IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Joint Administration Requested) |

## APPLICATION TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)

I, Betsy L. Feldman, an Associate with the law firm of Willkie Farr & Gallagher LLP, respectfully request the approval of this Court to appear on behalf of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") pursuant to Rule 9010-(e)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). Local Rule 9010-1(e)(ii) provides that "[a]ttorneys who are admitted to the Bar of the District Court and in good standing, but do not

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court." Del. Bankr. L.R. 9010-1(e)(ii).

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware. I do not maintain an office for the practice of law in the District of Delaware. I work in the New York, New York office of Willkie Farr & Gallagher LLP, at the address indicated below.

I respectfully request that this Court enter the proposed order, attached hereto as Exhibit A, approving my appearance in these proceedings pursuant to Local Rule 9010-1(e)(ii).

Dated: November 4 2024　　　　　　　**WILLKIE FARR & GALLAGHER LLP**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　*/s/ Betsy L. Feldman*
　　　　　　　　　　　　　　　　　　　Betsy L. Feldman (No. 6410)
　　　　　　　　　　　　　　　　　　　787 Seventh Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　Telephone: (212) 728-8000
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 728-8111
　　　　　　　　　　　　　　　　　　　E-mail:  bfeldman@willkie.com

　　　　　　　　　　　　　　　　　　　*Proposed Counsel to Debtors and Debtors in Possession*