# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480 (JTD) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Nicholas A. Bassett of Paul Hastings LLP to represent the Ad Hoc Group of First Lien Lenders and DIP Lenders in the above-captioned cases and any and all adversary proceedings commenced therein.

Dated: November 4, 2024

/s/ *Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:  mcguire@lrclaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 4, 2024

/s/ *Nicholas A. Bassett*
Nicholas A. Bassett, Esquire
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC  20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: nicholasbassett@paulhastings.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: November 4th, 2024**
**Wilmington, Delaware**

JOHN Y. DORSEY
UNITED STATES BANKRUPTCY JUDGE