## **CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, hereby certify that, on this 4th day of November, 2024, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* to be served upon all parties who have requested notice in this case via the Court's CM/ECF system.

| | |
|---|---|
| Dated: November 4, 2024<br>Wilmington, Delaware | */s/ Leslie C. Heilman*<br>Leslie C. Heilman (DE 4716)<br>BALLARD SPAHR LLP |