**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Joint Administration Requested) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Herb Baer, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 4, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Debtors' Motion for Order Authorizing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 2]

- Debtors' Application for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 3]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), B. Riley Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [Docket No. 4] (the "***Customer Program Motion***")

- Debtors' Motion for Interim and Final Orders Establishing Notice and Hearing Procedures for Transfers of Equity Interests in the Debtors and Declarations of Worthlessness with Respect to Equity Interests in Freedom VCM Interco Holdings, Inc. [Docket No. 5]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue their Insurance Policies, Including their Insurance Premium Finance Program and to Pay all Obligations in Respect Thereof, (II) Authorizing the Debtors Banks and Other Financial Institutions to Honor and Process Checks and Transfers Related Thereto, and (III) Granting Related Relief [Docket No. 6] (the "***Insurance Motion***")

- Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Resolving Objections by Utility Companies and Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 7]

- Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Redact Certain Personally Identifiable Information, (II) Authorizing Electronic Noticing Procedures for Customers, and (III) Granting Related Relief [Docket No. 8]

- Debtors' Motion for Interim and Final Orders (I)Authorizing the Debtors to (A) Continue to Maintain their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Waiving Certain Operating Guidelines; (III) Suspending Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 9] (the "***Cash Management Motion***")

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Shippers & Logistics Providers, and 503(b)(9) Claimants; and (II) Granting Related Relief [Docket No. 10] (the "***Critical Vendors Motion***")

- Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and Compensation Obligations and (B) Maintain Employee Benefits Programs and Compensation Obligations and (II) Granting Related Relief [Docket No. 11] (the "***Employee Wages and Benefits Motion***")

- Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [Docket No. 12] (the "***Tax Motion***")

- Debtors' First Omnibus Motion for Entry for an Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code Authorizing the Debtors to (I) Reject Certain (A) Unexpired Leases of Nonresidential Real Property, (B) Unexpired Leases of Nonresidential Non-Real Property, and (C) Executory Contracts, Effective as of the Petition Date; and (II) Abandon Personal Property [Docket No. 13] (the "***Lease Rejection Motion***")

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief [Docket No. 14]

- Declaration of David Orlofsky in Support of Debtors' Chapter 11 Petitions and First Day Pleadings [Docket No. 15]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 51] (the "***DIP Motion***")

- Declaration of Christopher Grubb in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 52] (the "***Declaration re DIP Motion***")

- Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Hearing on First Day Pleadings Scheduled for November 5, 2024 at 9:30 a.m. (ET), Before the Honorable John T. Dorsey in the United States Bankruptcy Court for the District of Delaware [Docket No. 58] (the "***First Day Hearing Agenda***")

On November 4, 2024, at my direction and under my supervision, employees of Kroll caused the Lease Rejection Motion and the First Day Hearing Agenda to be served by the method set forth on the Additional Core/2002 Service List attached hereto as **Exhibit B**.

On November 4, 2024, at my direction and under my supervision, employees of Kroll caused the Customer Programs Motion, Insurance Motion, Cash Management Motion, Critical Vendors Motion, Employee Wages and Benefits Motion, Tax Motion, DIP Motion, Declaration re DIP Motion and the First Day Hearing Agenda to be served via email on the Banks Email Service List attached hereto as **Exhibit C**.

On November 4, 2024, at my direction and under my supervision, employees of Kroll caused the First Day Hearing Agenda to be served via overnight mail on the Banks Service List attached hereto as **Exhibit D**.

On November 4, 2024, at my direction and under my supervision, employees of Kroll caused the Lease Rejection Motion to be served by the method set forth on the Contract Counterparties Service List attached hereto as **Exhibit E**.

On November 4, 2024, at my direction and under my supervision, employees of Kroll caused the DIP Motion, Declaration re DIP Motion and the First Day Hearing Agenda to be served via email on Mandel, Katz & Brosnan LLP, Attention: Allison Reich, Edward Leen [areich@mkbllp.com, eleen@mkbllp.com].

Dated: November 4, 2024

/s/ Herb Baer
Herb Baer

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 4, 2024, by Herb Baer, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 83463

## Exhibit A

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 50 Unsecured Creditor | Albany Industries Inc | Attn: Bentley Jones, Chief Revenue Officer | bjones@albanyfurniture.com |
| Top 50 Unsecured Creditor | Alphia Inc | Attn: Jeff Ulrich, Assistant Corporate Controller | jeffu@alphia.com |
| Top 50 Unsecured Creditor | Animal Supply CO  Wholesome | Attn: Joe Carras, Vice President of Sales | joe.carras@animalsupply.com |
| Top 50 Unsecured Creditor | Arizona Nutritional Supplement | Attn: Harrison Pappas, CEO | hpappas@aznutritional.com |
| Top 50 Unsecured Creditor | Assurant Inc. | Attn: Jennifer Clark, Vice President, Account Management - Retail | Jennifer.Clark@assurant.com |
| Top 50 Unsecured Creditor | Bcdc Portfolio Owner LLC | Attn: Heba Elayan, Real Estate Principal | Heba.elayan@blueowl.com |
| Top 50 Unsecured Creditor | BCHQ Owner LLC | Attn: Heba Elayan, Real Estate Principal | Heba.elayan@blueowl.com |
| Top 50 Unsecured Creditor | Champion Petfoods USA | Attn: Jenn Watt, Credit Associate | jwatt@championpetfoods.com |
| Counsel to Hilco Merchant Resources, LLC | Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Top 50 Unsecured Creditor | Costco Innovel (Logistics) | Attn: Michael Dunne, Manager | michaeldunne@costco.com |
| Top 50 Unsecured Creditor | Coyote Logistics | Attn: John Morel, SVP of Sales | John.Morel@Coyote.com |
| Top 50 Unsecured Creditor | Delta Furniture | Attn: Chris Bray, VP Sales and Marketing | chris_bray@comcast.new |
| Top 50 Unsecured Creditor | Elements International Group LLC | Attn: Paul Comrie, CEO | pcomrie@elementsgrp.com |
| Top 50 Unsecured Creditor | Ema Electrolux/Frigidaire | Attn: TJ Stoffer, Sr. VP Sales, North America | t.j.stoffer@electrolux.com |
| Top 50 Unsecured Creditor | Force Factor Brands LLC | Attn: Daniel Wallace, CEO & Co-Founder | daniel@forcefactor.com |
| Top 50 Unsecured Creditor | Google | Attn: Custodian of Records | legal-notices@google.com |
| Top 50 Unsecured Creditor | Hartz Mountain - Vmx | Attn: Rosemary Disla, Credit and Collections Analyst | rdisla@hartz.com |
| Top 50 Unsecured Creditor | Hill's Pet Nutrition | Attn: Robert Abele, Sr Director - Pet Omni-Channel Leader | Robert_abele@colpal.com |
| Top 50 Unsecured Creditor | Kith Furniture | Attn: Darin Wright, CFO | dwright@kithfurniture.com |
| Top 50 Unsecured Creditor | Kong Company | Attn: Ellen Craig, Sales Director | ellen.craig@kongcompany.com |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers | landis@lrclaw.com mcguire@lrclaw.com erogers@lrclaw.com |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: Andrew Sorkin | andrew.sorkin@lw.com |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: James Kstanes, Timothy Beau Parker | james.ktsanes@lw.com beau.parker@lw.com |
| Counsel to the ABL Secured Parties | Latham & Watkins LLP | Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin | Jennifer.Ezring@lw.com James.Ktsanes@lw.com andrew.sorkin@lw.com |
| Top 50 Unsecured Creditor | Living Style (Singapore) Pte. Limited | Attn: Henry Chan, CEO | henrychan@livingstyle.com |
| Top 50 Unsecured Creditor | Lowes Companies Inc | Attn: Brie Lieto, Director, Supply Chain | brie.lieto@lowes.com |
| Top 50 Unsecured Creditor | Mars Petcare | Attn: Cullen Mahan , Customer Development Team Lead | cullen.mahan@effem.com |
| Top 50 Unsecured Creditor | Muebles Briss S.A. De C.V.(Marby) | Attn: Luis Sanchez, General Manager | luis@southsourcing.com.mx |
| Top 50 Unsecured Creditor | National Retail Properties, LP | Attn: David G. Byrnes, Jr., Assistant General Counsel | david.byrnes@nnnreit.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 50 Unsecured Creditor | Natural Balance Pet Foods Inc | Attn: Darcy Hagan | darcy.hagan@ethospetbrands.com |
| Top 50 Unsecured Creditor | Nature's Way Brands, LLC | Attn: Erin Bovard | erin.bovard@naturesway.com |
| Top 50 Unsecured Creditor | Nestle Purina Petcare Company | Attn: Grant Wabnitz, Director, Market Activation | grant.wabnitz@purina.nestle.com |
| Top 50 Unsecured Creditor | Newfoundland And Labrador Inc | Attn: Brian Casutto, Consultant | brian@nutraholdings.com |
| Top 50 Unsecured Creditor | Nutraceutical | Attn: Brian Slobodow, CEO | bslobodow@betterbeing.com |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox, Esq | timothy.fox@usdoj.gov |
| Top 50 Unsecured Creditor | Open Farm Inc | Attn: Amy Horton, Chief Sales Officer | amy@openfarmpet.com |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman | jaymegoldstein@paulhastings.com jeremyevans@paulhastings.com isaacsasson@paulhastings.com danfliman@paulhastings.com |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Nicholas A. Bassett | nicholasbassett@paulhastings.com |
| Top 50 Unsecured Creditor | Peak Living, Inc. | Attn: Chad Cunningham , CEO Owner | chadcunningham03@gmail.com |
| Top 50 Unsecured Creditor | Phillips Feed And Pet Supply | Attn: Mark Patterson, Vice President Area Sales, Central | mark.patterson@phillipspet.com |
| Top 50 Unsecured Creditor | Planitretail LLC | Attn: Matthew Spahn, Founder & CEO | matt.spahn@planitretail.net |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik | jryan@potteranderson.com bhaywood@potteranderson.com esulik@potteranderson.com |
| Top 50 Unsecured Creditor | Premier Nutrition Company, LLC | Attn: Karren Job, SVP | karren.job@bellringbrands.com |
| Top 50 Unsecured Creditor | Print Comm | Attn: Kevin Naughton, President | knaughton@printcomm.com |
| Top 50 Unsecured Creditor | Radio Systems Corporation | Attn: Rhonda Witt | rwitt@petsafe.net |
| Top 50 Unsecured Creditor | Redcon 1 | Attn: Aaron Singerman, CEO | aaron@redcon1.com |
| Counsel to Hilco Merchant Resources, LLC | Riemer & Braunstein LLP | Attn: Steven Fox | sfox@reimerlaw.com |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Counsel to the DIP Agent | Seward & Kissel LLP | Attn: Gregg Bateman, Sagar Patel, Michael Danenberg | bateman@sewkis.com patel@sewkis.com danenberg@sewkis.com |
| Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Ronald M. Tucker | rtucker@simon.com |
| Top 50 Unsecured Creditor | Solstice Sleep Company | Attn: Dennis Straily, President/CEO | dstraily@solsticesleep.com |
| Top 50 Unsecured Creditor | Standard Furniture Mfg Co Inc | Attn: Lucas Hall, EVP | lucas.hall@sfmco.com |
| Top 50 Unsecured Creditor | Stella And Chewys LLC | Attn: Noelle Wolter, Director Of Accounting And Treasury | nwolter@stellaandchewys.com |
| Top 50 Unsecured Creditor | Titanic Furniture | Attn: Oday Abo, CEO | oday@titanicfurniture.com |
| Top 50 Unsecured Creditor | Transform Holdco LLC (3Pl) | Attn: Norman Krause | Norman.Krause@transformco.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | secbankruptcy@sec.gov |
| Top 50 Unsecured Creditor | Uber Freight Us LLC | Attn: Steve Moore, Head of TM Operations | steve.moore@uberfreight.com |
| Top 50 Unsecured Creditor | UPS (Ocean Freight) | Attn: Steve McMichael, VP, UPS Ocean | Ssmcmichael@ups.com |
| Top 50 Unsecured Creditor | Vitamin Well USA LLC | Attn: Brian Kuz, Chief Sales Officer | brian.kuz@vitaminwell.com |
| Top 50 Unsecured Creditor | Wellness Pet LLC | Attn: Rebecca Dow, Corporate Controller | bdow@wellnesspet.com |
| Top 50 Unsecured Creditor | Weruva International Inc | Attn: Robert Holt, Director of Finance | ar@Weruva.com |
| Top 50 Unsecured Creditor | Whirlpool | Attn: Dave Whitehead, VP & GM National Account Sales and Marketing | david_m_whitehead@whirlpool.com |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders | White & Case LLP | Attn: Bojan Guzina | bojan.guzina@whitecase.com |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders | White & Case LLP | Attn: Thomas Lauria | tlauria@whitecase.com |
| Proposed Counsel to Debtors and Debtors In Possession | Willkie Farr & Gallagher LLP | Attn: Debra M. Sinclair, Matthew A. Feldman, Betsy L. Feldman, Joseph R. Brandt | dsinclair@willkie.com<br>mfeldman@willkie.com<br>bfeldman@willkie.com<br>jbrandt@willkie.com |
| Proposed Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya | emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com |
| Top 50 Unsecured Creditor | Zoo Med Laboratories Inc | Attn: David Dieter, Senior Director | david@zoomed.com |

**Exhibit B**

## Exhibit B
Additional Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Unsecured Creditor | Department Of The Treasury | General Inquiries<br>Internal Revenue Service<br>Ogden UT 84201-0009 | | Overnight Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>1111 Constitution Ave., NW<br>Washington DC 20224 | 855-235-6787 | Facsimile |
| Top 50 Unsecured Creditor | Premier Nutrition Company, LLC | Attn: Karren Job, SVP<br>1222 67th Street 210<br>Emeryville CA 94608 | | Overnight Mail |
| Counsel to Hilco Merchant Resources, LLC | Riemer & Braunstein LLP | Attn: Steven Fox<br>Times Square Tower Suite 2506<br>Seven Times Square<br>New York NY 10036 | | Overnight Mail |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 | 302-573-6220 | Facsimile |

**Exhibit C**

## Exhibit C
Banks Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| American Savings Bank | Tess Jacinto, AVP-Pearlridge Asst Branch Manager | tjacinto@asbhawaii.com |
| Arvest Bank | Kennedy Merrill | kmerrill@arvest.com |
| Axos Bank | Attn: Treasury Management Dept | TreasuryManagement@axosbank.com |
| Bank of America, N.A. | Farai S. Sanyangore, Senior Vice President, Senior Relationship Manager | farai.sanyangore@bofa.com |
| Bank of America, N.A. | Maryann Miller, VP, Treasury Officer | maryann.miller@bofa.com |
| Bank of America, N.A. | Paula Nicholson, Assistant Vice President - Sales Support Associate | paula.m.nicholson@bofa.com |
| Bank of America, N.A. | Rudy Johnson | rudy.c.johnson@bofa.com |
| Centennial Bank | Jennifer Long | jlong@my100bank.com |
| CIBC Bank USA | Javier Gutierrez | Javier.Gutierrez2@cibc.com |
| Citizens Bank, N.A. | Ann Camero | Ann.Camero@citizensbank.com |
| Citizens Bank, N.A. | Dan Laurenzi | Dan.Laurenzi@citizensbank.com |
| Citizens Bank, N.A. | Stacy Sangermano | Stacy.Sangermano@citizensbank.com |
| Equity Bank | | treasury@equitybank.com |
| Fifth Third Bank | Clark Pore | clark.pore@53.com |
| First Commonwealth Bank | Katie Knight | KKnight@fcbanking.com |
| First Financial Bank | Kristen Howard | Kristen.Howard@bankatfirst.com |
| JPMorgan Chase, N.A. | Amy Silverstein | amy.silverstein@ccbsi.jpmorgan.com |
| JPMorgan Chase, N.A. | Amy Silverstein , Executive Director | amy.silverstein@jpmorgan.com |
| JPMorgan Chase, N.A. | Anna McCabe, Vice President - Client Relationship Manager | Anna.Mccabe@jpmorgan.com |
| JPMorgan Chase, N.A. | Travis Wong | Travis.Wong@jpmorgan.com |
| Keybank National Association | Alisa R. Renck, Sr. Treasury Client Management Officer | Alisa_R_Renck@KeyBank.com |
| Keybank National Association | Jeff Vergolini | jeffrey_j_vergolini@keybank.com |
| KeyBank National Association | Katie Glade | Katie_B_Glade@keybank.com |

Exhibit C

Banks Email Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| M&T Bank | | TreasuryCenter@mtb.com |
| PNC Bank, N.A. | Amy Townsell | amy.townsell@pnc.com |
| PNC Bank, N.A. | Chelsea Nakken | Chelsea.Nakken@pnc.com |
| PNC Bank, N.A. | July Ulloa | July.Ulloa@pnc.com |
| PNC Bank, N.A. | Lauren Keefe, Relationship Service Advisor | Lauren.Keefe@pnc.com |
| PNC Bank, N.A. | Nada Husseini, Vice President, Senior Relationship Service Advisor | Nada.husseini@pnc.com |
| Prosperity Bank | Ariana VanDusen, Vive President - Banking Center Manager | ariana.vandusen@prosperitybankusa.com |
| Regions Financial Corporation | Darren Messer | Darren.Messer@regions.com |
| Regions Financial Corporation | Sarah Tront, Commercial Relationship Assistant | Sarah.tront@regions.com |
| Simmons Bank | Joy Kinney | Joy.Kinney@simmonsbank.com |
| Southern Bank | Kelsey Bales | KBales@bankwithsouthern.com |
| US Bank | Emily Whittaker | emily.whittaker@usbank.com |
| US Bank | Kathy S Wollmuth , Commercial Bkg Client Rep | kathy.s.wollmuth@usbank.com |
| Wells Fargo Bank, N.A. | Todd Lisowski | todd.lisowski@wellsfargo.com |

**Exhibit D**

Exhibit D

Banks Service List
Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| First Bank of Clewiston | P.O. Box 1237 | | Clewiston | FL | 33440 |
| First Commonwealth Bank | Katie Knight | PO Box 400 | Indiana | PA | 15701-0400 |
| TD Bank | 1701 Marlton Pike East | | Cherry Hill | NJ | 08034 |
| Truist Bank | 214 North Tryon Street | | Charlotte | NC | 28202 |

**Exhibit E**

Exhibit E
Contract Counterparties Service List
Served as set forth below

| NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|------|---------|------|-------|-------------|---------|-------|-------------------|
| 5643 LLC | Attn: Muhammed Iftikhar, PO Box 6715 | Marietta | GA | 30066 | | ihop4449@gmail.com | Overnight Mail and Email |
| 8701 AIRPORT, L.P. | Attn: Don Farris, 3100 Monticello, Suite 765 | Dallas | TX | 75225 | | | Overnight Mail |
| A Team Sales, LLC | 2232 Kodiak Drive NE | Atlanta | GA | 30345 | | | Overnight Mail |
| AF Austin Ventures, LLC | 2211 La Salle Drive | Marietta | GA | 30062 | | gcanzano@rosemarycapital.com | Overnight Mail and Email |
| AFREIGHT Holdings, LLC | 300 N. Main Street 5th Floor | Stamford | CT | 06901 | | | Overnight Mail |
| AFREIGHT Holdings, LLC | Attn: Steve Belford, 300 N. Main Street 5th Floor | Stamford | CT | 06901 | | | Overnight Mail |
| Atlanticus Services Corporation | Attn: David Caruso, Chief Commercial Officer, Five Concourse Parkway, Suite 300 | Atlanta | GA | 30328 | | | Overnight Mail |
| Berns Communications Group, LLC | Attn: Stacy Berns, 475 Park Avenue South, 29th Floor | New York | NY | 10016 | | | Overnight Mail |
| Brian Kahn | c/o Derek C. Abbott, Partner, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347 | Wilmington | DE | 19899-1347 | | dabbott@morrisnichols.com | Overnight Mail and Email |
| Brian Kahn | Address on File | | | | | Email on File | Overnight Mail and Email |
| Brown Deer Mall LLC | Attn: Property Manager c/o Mallory Properties, 19315 Compton Lane | Brookfield | WI | 53045 | | | Overnight Mail |
| Cambridge Goods LLC | 3001 W. Big Beaver Road, Suite 324 | Troy | MI | 48084 | | tpurther@cambridgeinvestors.com | Overnight Mail and Email |
| CBRE, Inc. | Attn: Nancy Westphal, General Counsel - Global Workplace Solutions, 2100 McKinney Avenue, Suite 900 | Dallas | TX | 75201 | | albert.stabile@cbre.com | Overnight Mail and Email |
| CLAYCOMO SHOPPING CENTER, LLC | Attn: Judith Becker Rubin, 737 West Chester Pike, Suite 5 | Haverton | PA | 19083 | | | Overnight Mail |
| COMBINED PROPERTIES LIMITED PARTNERSHIP | W 3995 Kelly Rd., Attn: Steven Schultz | Lake Geneva | WI | 53147 | | | Overnight Mail |
| DIR ROBERTS DEARBORN LLC | c/o Dream Industrial Management (GP) Inc., State Street Financial Centre, Attn: Lenis Quan, 30 Adelaide Street East, Suite 301, | Toronto | ON | M5C 3H1 | Canada | | Overnight Mail |
| DP Contour, LLC | Attn: Rich Funke or Paul McClintock, 511 W. French Place | San Antonio | TX | 78212 | | rich@dpr-group.com | Overnight Mail and Email |
| Eagle-North Hills Shopping Center LP | 5420 LBJ Freeway, Suite 570, Attn: Michael Hershman | Dallas | TX | 75240 | | | Overnight Mail |
| Enterprise Fleet Management, Inc. | Attn: General Counsel, 3505 E. Frontage Rd., Suite 200B | Tampa | FL | 33607 | | | Overnight Mail |
| Enterprise FM Trust | Attn: General Counsel, 3505 E. Frontage Rd., Suite 200B | Tampa | FL | 33607 | | | Overnight Mail |
| Forum Analytics, a wholly owned subsidiary of CBRE, Inc. | C/oCBRE, Inc., Attn: Nancy Westphal, General Counsel - Global Workplace Solutions, 2100 McKinney Avenue, Suite 900 | Dallas | TX | 75201 | | albert.stabile@cbre.com | Overnight Mail and Email |
| Fredric Singer | Address on File | | | | | | Overnight Mail |
| FullContact, Inc. | Attention: Legal Department, 1580 N. Logan St., Ste. 660 PMB 45057 | Denver | CO | 80203 | | legal@fullcontact.com | Overnight Mail and Email |
| Gexa Energy, LP | Attn: Contract Administration, 601 Travis St., Ste 1400 | Houston | TX | 77002 | | tx@gexaenergy.com | Overnight Mail and Email |
| Godfrey Ukwuoma | Address on File | | | | | Email on File | Overnight Mail and Email |

Exhibit E
Contract Counterparties Service List
Served as set forth below

| NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| Integra CRE, LLC | Attn: Jerry N. Ward, President, 3270 E. 17th St., #210 | Ammon | ID | 83406 | | | Overnight Mail |
| Integra CRE, LLC | Attn: General Counsel, 3270 E. 17th St., #210 | Ammon | ID | 83406 | | | Overnight Mail |
| Interstate Gas Supply, LLC | Attn: Commercial & Industrial Sales, 6100 Emerald Parkway | Dublin | OH | 43016 | | | Overnight Mail |
| J&L Development Company | 2210 W. Kingshighway, Suite 9, Attn: Jason Gazaway | Paragould | AR | 72450 | | | Overnight Mail |
| Jenkins Rental LLC | Attn: Llaura S. Jenkins, 2 Steeplechase Trail | Longview | TX | 75605 | | llaurajenkins@gmail.com | Overnight Mail and Email |
| Jeremy Nowak | Address on File | | | | | | Overnight Mail |
| KELMAR Safety Inc. | 221 West Main | Greenfield | IN | 46140 | | | Overnight Mail |
| Kimbrell ARK Properties LLC | 4900 Poplar Springs Drive, Suite 24, Attn. Cathy Feltenstein | Meridian | MS | 39305 | | | Overnight Mail |
| LAWRENCE F. KOLB & CATHERINE M. KOLB | 214 Prodo Drive, Suite 101, P.O.Box 8850 | Jefferson City | MO | 65102 | | | Overnight Mail |
| LCRF, LLC | Attn: Robert Walpert, 12295 Olive Blvd. | St. Louis | MO | 63141 | | | Overnight Mail |
| Liandro Arellano Jr. | Address on File | | | | | Email on File | Overnight Mail and Email |
| Midwest Commercial Funding, LLC | 1521 Waukesha Rd., Attn: Robert Chandler | Caledonia | WI | 53108 | | | Overnight Mail |
| Mohamad Atieh | Address on File | | | | | Email on File | Overnight Mail and Email |
| Mr Stealth LLC | 181 S. Franklin Ave., Attn: Mark Rubin | Valley Stream | NY | 11581 | | | Overnight Mail |
| Muenchens Unlimited, LLC | 1783 E Ohio Pike, Attn: Stephen Muenchen | Amelia | OH | 45012 | | | Overnight Mail |
| Nasdaq Corporate Solutions International Limited | 22 Bishopsgate | London | | EC2N 4BQ | United Kingdom | | Overnight Mail |
| Nasdaq Corporate Solutions, LLC | 151 W  42nd St. | New York | NY | 10036 | | | Overnight Mail |
| Nasdaq Korea Ltd. | 22nd Floor, Two IFC, , 10 Gukjegeumyung-ro, Youngdeungpo-gu, | Seoul | | 07326 | South Korea | | Overnight Mail |
| Nasdaq Pty Ltd | Level 8 - 68 Harrington Street | Sydney, New South Wales | | 2000 | Australia | | Overnight Mail |
| Office of General Counsel, Nasdaq, Inc. | Attention: Contracts Group (GCS), 805 King Farm Blvd | Rockville | MD | 20850 | | | Overnight Mail |
| Omni Hotels Management Corporation, as agent on behalf of Frisco Silver Star Hotel Company, LLC d/b/a Omni Frisco Hotel at The Star | Attn: Emily Miller, Director, National Accounts, 11 Cowboys Way | Frisco | TX | 75034 | | ekmiller@omnihotels.com | Overnight Mail and Email |
| Osler Hoskin & Harcourt LLP, 1 First Canadian Place | Attn: Stella Di Cresce, 100 King Street West, Suite 6100 | Toronto | ON | M5X 1B8 | Canada | | Overnight Mail |
| Rabih Awad | Address on File | | | | | Email on File | Overnight Mail and Email |
| Radaro Inc. | 6872 Highover Dr. | Chanhassen | MN | 55317 | | | Overnight Mail |
| Slidell Athletic Club Property, LLC | 1311 Gause Blvd., Attn: Robert Thirstrup | Slidell | LA | 70458 | | | Overnight Mail |
| Tenalok Partners | 945 Heights Boulevard, Attn: Lease Administration | Houston | TX | 77008 | | | Overnight Mail |
| Troy Caron | Address on File | | | | | Email on File | Overnight Mail and Email |
| Tycer Heirs Separate Property, LLC | 46376 North Morrison Blvd., Attn: Glenda Tycer Whitaker | Hammond | LA | 70401 | | | Overnight Mail |
| US INVESTMENTS | Attn: Dan Nankani, 6644 Antoine Dr | Houston | TX | 77091 | | | Overnight Mail |
| WARNER ROBINS PERLMIX, LLC | 1220 East 16th Ave, PO Box 1097, Attn: Larry Perlis | Cordele | GA | 31015 | | | Overnight Mail |
| WFD Investments, LLC | Attn: HCB,LLLP, 5708 Warden Road | Sherwood | AR | 72120 | | | Overnight Mail |

Exhibit E
Contract Counterparties Service List
Served as set forth below

| NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| White Lane Bakersfield LLC | White Lane Bakersfield LLC, c/o National Sales Inc., Attn: Real Estate Department, 15001 S. Figueroa Street | Gardena | CA | 90248 | | | Overnight Mail |
| York Realty Invesment, LLC | Attn: Ameen Kesaria, 230 ChathamAve. | Sugar Land | TX | 77479 | | | Overnight Mail |
| Zinatex Imports Inc. | 2017 N. 25th Ave. | Franklin Park | IL | 60131 | | | Overnight Mail |