IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Joint Administration Requested)<br><br>Ref. Docket No. 14 |

**NOTICE OF FILING OF BLACKLINE OF *PROPOSED* INTERIM ORDER
(I) AUTHORIZING THE DEBTORS TO ASSUME THE CONSULTING AGREEMENT,
(II) APPROVING PROCEDURES FOR STORE CLOSING SALES, AND
<u>(III) GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that, on November 3, 2024, the debtors and debtors in possession in the above-captioned cases (collectively, the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief* [Docket No. 14] (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

Delaware (the "Court").  Attached to the Motion as Exhibit A was a proposed form of interim order (the "Proposed Interim Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Proposed Interim Order (the "Revised Proposed Interim Order") to incorporate certain comments received from the Office of the United States Trustee for the District of Delaware and various interested parties, and such parties have advised the Debtors' undersigned counsel that they do not object to entry of the Revised Proposed Interim Order.  For the convenience of the Court and other interested parties, a blackline of the Revised Proposed Interim Order compared against the Proposed Interim Order is attached hereto as Exhibit A.

A hearing to consider the relief requested has been scheduled for **November 5, 2024 at 9:30 a.m. (ET)** (the "Hearing").  The Debtors intend to present the Revised Proposed Interim Order for the Court's approval at the Hearing and reserve all rights to further modify the Revised Proposed Order at, prior to, or as a result of, the Hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 5, 2024
       Wilmington, Delaware

                **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                */s/ Shella Borovinskaya*
                Edmon L. Morton (Del. No. 3856)
                Matthew B. Lunn (Del. No. 4119)
                Allison S. Mielke (Del. No. 5934)
                Shella Borovinskaya (Del. No. 6758)
                Rodney Square
                1000 North King Street
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253
                emorton@ycst.com
                mlunn@ycst.com
                amielke@ycst.com
                sborovinskaya@ycst.com

                -and-

                **WILLKIE FARR & GALLAGHER LLP**
                Debra M. Sinclair (admitted *pro hac vice*)
                Matthew A. Feldman (admitted *pro hac vice*)
                Betsy L. Feldman (Del. No. 6410)
                Joseph R. Brandt (admitted *pro hac vice*)
                787 Seventh Avenue
                New York, New York 10019
                Telephone: (212) 728-8000
                Facsimile: (212) 728-8111
                dsinclair@willkie.com
                mfeldman@willkie.com
                bfeldman@willkie.com
                jbrandt@willkie.com

                *Proposed Co-Counsel to the Debtors*
                *and Debtors in Possession*