**Exhibit A**[1]

| Entity | Address | Nature and Principal Amount of Debt Holdings |
|---|---|---|
| Funds managed by Arena Capital Advisors, LLC and/or its affiliates | 12121 Wilshire Boulevard<br>Suite 1010<br>Los Angeles, CA 90025 | First Lien Term Loans: $128,583,825.65 |
| Funds managed by Blue Owl Liquid Credit Advisors, LLC and/or its affiliates | 1 Greenwich Plaza<br>Suite C, 2nd Floor<br>Greenwich, CT 06830 | First Lien Term Loans: $8,214,059.51 |
| Funds managed by CastleKnight Management LP and/or its affiliates | 888 Seventh Avenue<br>24 Floor<br>New York, NY 10019 | First Lien Term Loans: $6,516,202.00 |
| Certain funds and accounts managed by Fidelity Management & Research Company LLC and/or its affiliates | 245 Summer Street<br>Boston, MA 02210 | First Lien Term Loans: $64,629,957.41 |
| Funds managed by Garnett Station Partners and/or its affiliates | 450 Park Avenue<br>24th Floor<br>New York, NY 10022 | First Lien Term Loans: $95,460,727.68 |

---

[1] Amounts listed on this **Exhibit A** represent the aggregate principal amount of the relevant obligations held by, or held by funds or accounts managed or advised by, the listed entities or their respective affiliates solely to the extent such entities are members of the Ad Hoc Group of First Lien Lenders. Amounts listed on this **Exhibit A** do not include any claims for, without limitation, accrued and unpaid interest (including interest accruing after the commencement of the Chapter 11 Cases), fees, expenses, premiums, make-wholes, indemnification or other amounts that may be owing under any indenture, credit agreement or other instrument.

| Entity | Address | Nature and Principal Amount of Debt Holdings |
|---|---|---|
| Funds managed by Guggenheim Partners Investment Management, LLC and/or its affiliates | 330 Madison Avenue<br>New York, NY 10017 | First Lien Term Loans: $108,906,198.44 |
| Funds managed by HG Vora Capital Management, LLC and/or its affiliates | 330 Madison Avenue<br>21st Floor<br>New York, NY 10017 | First Lien Term Loans: $227,951,319.13<br>Second Lien Term Loans: $9,375,000.00<br>HoldCo Term Loans: $38,842,803.63 |
| Funds managed by HPS Investment Partners, LLC and/or its affiliates | 40 West 57th Street<br>33rd Floor<br>New York, NY 10019 | First Lien Term Loans: $77,800,453.74 |
| Funds managed by LCM Asset Management LLC and/or its affiliates | 399 Park Avenue<br>22nd Floor<br>New York, NY 10022 | First Lien Term Loans: $9,403,986.94 |
| Funds managed by MJX Asset Management, LLC and/or its affiliates | 12 East 49th Street<br>Floor 38<br>New York, NY 10017 | First Lien Term Loans: $11,911,203.47 |
| Funds managed by Monroe Capital LLC and/or its affiliates | 311 South Wacker Drive<br>Suite 6400<br>Chicago, IL 60606 | First Lien Term Loans: $8,011,015.95 |

| Entity | Address | Nature and Principal Amount of Debt Holdings |
|---|---|---|
| Funds managed by Oaktree Capital Management, L.P. and/or its affiliates | 333 South Grand Avenue<br>28th Floor<br>Los Angeles, CA 90071 | First Lien Term Loans: $71,344,091.88 |
| Funds managed by Octagon Credit Investors, LLC and/or its affiliates | 250 Park Avenue<br>New York, NY 10177 | First Lien Term Loans: $97,999,268.90 |
| Funds managed by Rimrock Capital Management, LLC and/or its affiliates | 100 Innovation Drive<br>Suite 200<br>Irvine, CA 92617 | First Lien Term Loans: $6,512,500 |
| Funds managed by Saratoga Partners and/or its affiliates | 535 Madison Avenue<br>4th Floor<br>New York, NY 10022 | First Lien Term Loans: $6,771,007.66 |