# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|   | : |   |
| FRANCHISE GROUP, INC., et al., | : | Case No. 24-12480 (JTD) |
|   | : |   |
|   | : | (Jointly Administered) |
| Debtors. | : |   |
|   | : |   |

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Kurtzman | Steady, LLC represents Oxford Valley Road Associates, L.P. in the above-captioned Chapter 11 cases. The undersigned hereby enters his appearance pursuant to §1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 9010 and 2002. All such notices should be addressed as follows:

> Jeffrey Kurtzman, Esquire
> **KURTZMAN | STEADY, LLC**
> 101 N. Washington Avenue, Suite 4A
> Margate, NJ 08402
> Telephone: (215) 839-1222
> Email: kurtzman@kurtzmansteady.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Dated:  November 5 2024	**KURTZMAN | STEADY, LLC**

By: */s/ Jeffrey Kurtzman*
	Jeffrey Kurtzman, Esquire
	101 N. Washington Avenue, Suite 4A
	Margate, NJ 08402
	Telephone: (215) 839-1222
	Email:  kurtzman@kurtzmansteady.com

Attorneys for Oxford Valley Road Associates, L.P.