UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                  Chapter __11__

Case No. __24__-__12480__ (__JTD__)

Debtor: __FRANCHISE GROUP, INC., et al.,__

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Thomas E Lauria of White & Case LLP__

to represent __Ad Hoc Group of Freedom Lenders__ in this action.

/s/ Michael J. Farnan (Bar No. 5165)

Firm Name: Farnan LLP
Address: 919 N. Market St., 12th Floor
Wilmington, DE 19801
Phone: (302) 777-0300
Email: mfarnan@farnanlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Florida and Texas__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Thomas E Lauria

Firm Name: White & Case LLP
Address: 200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352
Phone: (305) 371-2700
Email: tlauria@whitecase.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: November 5th, 2024
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

Local Form 105