# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 51** |

**DEBTORS' EXHIBIT LIST IN CONNECTION WITH THE DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN SENIOR SECURED PRIMING SUPERPRIORITY POSTPETITION FINANCING AND (B) USE CASH COLLATERAL, (II) GRANTING LIENS AND PROVIDING CLAIMS WITH SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (III) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES, (IV) MODIFYING THE AUTOMATIC STAY, AND <u>(V) GRANTING RELATED RELIEF</u>**

The debtors and debtors in possession in the above-captioned cases (collectively, the "<u>Debtors</u>") hereby provide the list of exhibits identified in <u>Exhibit A</u>, attached hereto, that the Debtors may use and/or offer into evidence at the hearing scheduled on November

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

6, 2024 (the "Hearing") to consider the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 51] (the "DIP Motion") (as may be supplemented, revised, and/or amended).

In addition to the below-referenced exhibits, the Debtors reserve the right to rely on any exhibit identified by a party in interest at the Hearing. The Debtors further reserve the right to amend or supplement this exhibit list at any time through the date of the Hearing, including with respect to documents that may be filed in the above-captioned chapter 11 cases after the date of this exhibit list.

The identification of a document on this exhibit list shall include all exhibits, attachments, or other materials appended to such document (including with respect to all documents filed in the above-captioned chapter 11 cases). The Debtors reserve the right to introduce other exhibits and evidence in rebuttal to any testimony or evidence put forth by any other party in interest at the Hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 6, 2024
Wilmington, Delaware

                          **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                          */s/ Shella Borovinskaya*
                          Edmon L. Morton (Del. No. 3856)
                          Matthew B. Lunn (Del. No. 4119)
                          Allison S. Mielke (Del. No. 5934)
                          Shella Borovinskaya (Del. No. 6758)
                          Rodney Square
                          1000 North King Street
                          Wilmington, Delaware 19801
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253
                          emorton@ycst.com
                          mlunn@ycst.com
                          amielke@ycst.com
                          sborovinskaya@ycst.com

                          -and-

                          **WILLKIE FARR & GALLAGHER LLP**
                          Debra M. Sinclair (admitted *pro hac vice*)
                          Matthew A. Feldman (admitted *pro hac vice*)
                          Betsy L. Feldman (Del. No. 6410)
                          Joseph R. Brandt (admitted *pro hac vice*)
                          787 Seventh Avenue
                          New York, New York 10019
                          Telephone: (212) 728-8000
                          Facsimile: (212) 728-8111
                          dsinclair@willkie.com
                          mfeldman@willkie.com
                          bfeldman@willkie.com
                          jbrandt@willkie.com

                          *Proposed Co-Counsel to the Debtors*
                          *and Debtors in Possession*