# **EXHIBIT A**

**Debtors' Exhibit List**

Case 24-12480-JTD    Doc 97-1    Filed 11/06/24    Page 1 of 2

# DEBTORS' EXHIBIT LIST FOR NOVEMBER 6, 2024 HEARING RE: DIP MOTION

| Debtors' Exhibit No. | Description | Date |
|---|---|---|
| 1 | November 2, 2024 Second Lien and HoldCo Lender Transaction Proposal | 11/2/24 |
| 2 | November 6, 2024 Second Lien and HoldCo Lender DIP Proposal Email Correspondence | 11/6/24 |