# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:

| | | |
|---|---|---|
| | § | CASE NO. 24-12519 |
| | § | (Chapter 11) |
| Pet Supplies "Plus", LLC | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

COPPERAS COVE INDEPENDENT SCHOOL DISTRICT

    c/o SERGIO E. GARCIA
    Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
    3301 Northland Drive
    Suite 505
    Austin, TX 78731
    (512) 302-0190
    (512) 302-1802 FAX
    sgarcia@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
3301 Northland Drive
Suite 505
Austin, TX 78731
(512) 302-0190
(512) 302-1802

Attorneys for Claimant


By:   /s/SERGIO E. GARCIA

  SERGIO E. GARCIA
  Bar No: 00795366


**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -</u>** 2

## **CERTIFICATE OF SERVICE**

I SERGIO E. GARCIA do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 6th day of November, 2024.

        /s/SERGIO E. GARCIA
        SERGIO E. GARCIA
        Bar No: 00795366

| | |
|---|---|
| **Franchise Group, Inc.**<br>109 Innovation Court, Suite J<br>Delaware, OH 43015<br>**aka Liberty Tax** | represented by **Shella Borovinskaya**<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>Email: sborovinskaya@ycst.com |
| | **Kristin L. McElroy**<br>*Same address as above*<br>Email: KMcElroy@ycst.com |
| | **Edmon L. Morton**<br>*Same address as above*<br>Email: emorton@ycst.com |
| | **Joseph R. Brandt**<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br>Email: jbrandt@willkie.com |
| | **James C. Dungan**<br>*Same address as above*<br>Email: jdugan@willkie.com |
| | **Betsy Lee Feldman**<br>*Same address as above*<br>Email: bfeldman@willkie.com |
| | **Matthew A. Feldman**<br>*Same address as above*<br>Email: mfeldman@wisllkie.com |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 3

                                        **Jessica D. Graber**
                                        *Same address as above*
                                        Email: jgarber@willkie.com

                                        **Yara Kass-Gergi**
                                        *Same address as above*
                                        Email: ykass-gergi@willkie.com

                                        **Marine Loison**
                                        *Same address as above*
                                        Email: mloison@willkie.com

                                        **Stuart R. Lombardi**
                                        *Same address as above*
                                        Email: slombardi@willkie.com

                                        **Debra McElligott Sinclair**
                                        *Same address as above*
                                        Email: dsinclair@willkie.com

| | |
|---|---|
| **U.S. Trustee** | represented by **Timothy Jay Fox, Jr.** |
| U.S. Trustee | Office of the United States Trustee |
| Office of the United States Trustee | U.S. Department of Justice |
| J. Caleb Boggs Federal Building | 844 King Street, Suite 2207 |
| 844 King Street, Suite 2207 | Lockbox #35 |
| Lockbox 35 | Wilmington, DE 19801 |
| Wilington, DE 19801 | (302) 573-6491 |
| (302) 573-6491 | Email: timothy.fox@usdoj.gov |

**Transcriber**
Reliable Companies
Attn: Gene Matthews
1007 North Orange Street
Suite 110
Wilmington, DE 19801
(302) 654-8080

<u>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -**</u> 4