# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,<br><br>Debtors. | ) <br>) Chapter 11<br>) <br>) Case No. 24-12480 (JTD)<br>) <br>) (Jointly Administered)<br>) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enters his appearance as counsel for The J. M. Smucker Company ("Smucker") and requests that all notices and other papers filed or served in the above-captioned cases be served upon the following attorney:

> Stephen B. Gerald
> TYDINGS & ROSENBERG LLP
> 200 Continental Drive, Suite 401
> Newark, Delaware 19713
> Telephone: (410) 752-9799
> Email: sgerald@tydings.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email or otherwise filed or given with regard to the referenced case and the proceedings herein.

Neither this Notice of Appearance nor any other appearance, pleading, filing, claim, or suit is intended or shall be deemed or construed to be (i) a consent to the jurisdiction of this Court or

6258805.1

any other court with respect to any actions or proceedings against or otherwise involving Smucker or (ii) a waiver of Smucker's: (a) right to have final orders entered only after de novo review by a district judge; (b) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (d) right to enforce any contractual provision with respect to arbitration; or (e) other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: November 6, 2024

Respectfully submitted,

TYDINGS & ROSENBERG LLP

/s/  Stephen B. Gerald
Stephen B. Gerald (Bar No. 5857)
200 Continental Drive, Suite 401
Newark, Delaware 19713
Telephone: (410) 752-9799
Email: sgerald@tydings.com

*Attorneys for The J. M. Smucker Company*

**CERTIFICATE OF SERVICE**

I, Stephen B. Gerald, do hereby certify that on the 6th day of November, 2024, I caused a copy of the foregoing Notice of Appearance and Demand for Service of Notices and Papers to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding.

/s/   Stephen B. Gerald
Stephen B. Gerald (DE No. 5857)