UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   24-12480 |
| FRANCHISE GROUP, INC. | § | |
| DEBTOR(S), | § | CHAPTER  11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CYPRESS-FAIRBANKS ISD**   **HARRIS COUNTY**   **GALVESTON COUNTY**
**MONTGOMERY COUNTY**   **FORT BEND COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on ___6th___ day of ___Nov.___, 2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

SHELLA BOROVINSKAYA
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
1000 NORTH KING STREET
WILMINGTON, DE 19801

US TRUSTEE (DE)
J. CALEB BOGGS FEDERAL
BUILDING
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:  (713) 844-3400
Facsimile:   (713) 844-3503
Email:         houston_bankruptcy@lgbs.com

By: /s/Tara L. Grundemeier
_____
Tara L. Grundemeier
SBN: 24036691 TX