## Franchise Group, Inc. - Chapter 11 - Case No. 24-12480

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| JORGE | AMARILLAS | muebles briss | | Video and Audio |
| Matthew | Amigh | Ethos Pet Nutrition | Ethos Pet Nutrition | Video and Audio |
| Rick | Archer | Law360 | | Audio Only |
| Todd | Arden | Franchise Group, Inc. | Interested Party | Video and Audio |
| Tej | Arora | Irradiant Partners | Creditor | Video and Audio |
| John | Ashmead | Seward & Kissel, LLP | | Video and Audio |
| Brett | Bakemeyer | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Negisa | Balluku | | | Audio Only |
| Yasir | Bari | Garnett Station Partners | Lender | Video and Audio |
| Caroline | Bartolotta | | Debtors | Video and Audio |
| Nicholas | Bassett | PAUL HASTINGS LLP | Ad Hoc Group of First Lien Lenders/DIP Lenders | Video and Audio |
| Gregg | Bateman | | DIP Agent | Video and Audio |
| Lauren | Beard | Nutraceutical Corp. | Nutraceutical Corp. | Video and Audio |
| Shella | Borovinskaya | Young Conaway Stargatt & Taylor, LLP | Debtors | Video and Audio |
| Joseph | Brandt | | Debtors | Video and Audio |
| Philip | Brendel | Bloomberg Intelligence | self | Audio Only |
| Patrick | Brown | Sullivan & Cromwell LLP | B. Riley Principal Investments, LLC | Video and Audio |
| Ronald | Bruckmann | Shumaker, Loop & Kendrick, LLP | Buckeye Corrugated, Inc. | Video and Audio |
| Joey | Carmody | FTI | | Audio Only |
| Rob | Chambers | Arena Capital | | Video and Audio |
| Edward | Chen | | | Video and Audio |
| Anthony | Clark | Greenberg Traurig, LLP | Creditor | Video and Audio |
| Henry | Colvin | AlixPartners | Debtors | Video and Audio |
| John | Cunningham | Miller Buckfire | | Audio Only |
| John | D&#039;Amico | Miller Buckfire | | Audio Only |
| Jeff | Daniel | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Xhon | Daulle | | Octagon Credit Investors | Video and Audio |
| Mark | Desgrosseilliers | Chipman Brown Cicero & Cole, LLP | Hilco Merchant Resources, LLC | Video and Audio |
| Swapna | Deshpande | AlixPartners | Debtors | Video and Audio |
| Jeremy | Dioso | AlixPartners | Debtors | Video and Audio |

| Kaan | Ekiner | Cozen O&#039;Connor | Settlement-Related Liquidating Trust 2022-23 | Video and Audio |
|---|---|---|---|---|
| Jeremy | Evans | PAUL HASTINGS LLP | Ad Hoc Group of First Lien Lenders/DIP Lenders | Video and Audio |
| Todd | Evans | Franchise Group, Inc. | Interested Party | Video and Audio |
| Michael | Farnan | Farnan LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Betsy | Feldman | | Debtors | Video and Audio |
| Matthew | Feldman | | | Video and Audio |
| Scott | Fleischer | Barclay Damon LLP | Various Landlords | Video and Audio |
| Daniel | Fliman | PAUL HASTINGS LLP | Ad Hoc Group of First Lien Lenders/DIP Lenders | Video and Audio |
| Austin | Flynn | | | Video and Audio |
| Steven | Fox | Riemer & Braunstein LLP | Hilco Merchant Resources, LLC | Video and Audio |
| Timothy | Fox | Office of the United States Trustee | U.S. Trustee | Video and Audio |
| Brynna | Gaffney | YCST | Debtors | Video and Audio |
| Ted | Gavin | Gavin/Solmonese LLC | Settlement-Related Liquidating Trust 2022-23 | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Ivan | Gold | Allen Matkins Leck Gamble Mallory & Natsis LLP | Pappas Laguna L.P.; 511 SR 7 Owner, LLC | Video and Audio |
| Ronald | Gold | Frost Brown Todd LLC | WPG Legacy, LLC | Video and Audio |
| Jayme | Goldstein | PAUL HASTINGS LLP | Ad Hoc Group of First Lien Lenders/DIP Lenders | Video and Audio |
| Jessica | Graber | | Debtors | Video and Audio |
| Terrence | Grossman | AlixPartners | Debtors | Video and Audio |
| Chris | Grubb | Ducera Partners | Debtors | Video and Audio |
| Jason | Gusciora | | | Audio Only |
| Jennifer | Hardy | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| John | Hartmann | Franchise Group, Inc. | Debtors | Video and Audio |
| Brett | Haywood | Potter Anderson & Corroon | | Video and Audio |
| Theodore | Heckel | Pachulski Stang Ziehl & Jones LLP | N/A | Audio Only |
| Ruth | Hennigan | | PNC | Audio Only |
| Angela | Herring | Wachtell, Lipton, Rosen & Katz | Interested Party | Video and Audio |

| Samuel | Hershey | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
|--------|---------|------------------|--------------------------------|-----------------|
| Nicholas | Hirschfeld | Miller Buckfire | | Audio Only |
| Rebecca | Hollander | B. Riley Fininical | B. Riley Principal Investments, | Video and Audio |
| Audrey | Hornisher | | Surprise Towne Center and Tempe Marketplace | Video and Audio |
| Samson | Isaacson | Oaktree Capital Management | | Video and Audio |
| Vihren | Ivanov | Octagon Credit Investors, LLC | | Video and Audio |
| Judy | Ivie | Champion Petfoods USA Inc. | Champion Petfoods USA Inc. | Video and Audio |
| Krista | Johnson | Champion Petfoods | Champion Petfoods | Video and Audio |
| Andrew | Kaminsky | Franchise Group, Inc. | Interested Party | Video and Audio |
| Jeffrey | Kaplan | | | Video and Audio |
| Yara | Kass-Gergi | | Debtors | Video and Audio |
| Dan | Kelsall | AlixPartners | Debtors | Video and Audio |
| Sanjeev | Khemlani | Lazard Frres & Co. | Ad Hoc Group of First Lien Lenders and DIP Lenders | Video and Audio |
| Mariam | Khoudari | YCST | Debtors | Video and Audio |
| Brent | Kirshner | Irradiant Partners | | Video and Audio |
| John | Knight | Richards, Layton & Finger, P.A. | B. Riley Principal Investments, LLC and its affili | Video and Audio |
| Leonie | Koch | Paul Hastings | 1Ls and DIP Lenders | Video and Audio |
| Jane | Komsky | | | Audio Only |
| Evan | Kramer | Oaktree | 1L Lender | Video and Audio |
| James | Ktsanes | | | Video and Audio |
| Adam | Landis | Landis Rath & Cobb LLP | Ad Hoc Group of First Lien Lenders/DIP Lenders | Video and Audio |
| Mathew | Laskowski | Paul Hastings LLP | Ad Hoc Group of First Lien Lenders and DIP Lenders | Audio Only |
| Andrew | Laurence | Franchise Group, Inc. | Debtors | Video and Audio |
| Thomas | Lauria | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Robert | LeHane | Kelley Drye & Warren LLP | Creditors | Video and Audio |
| Michael | Levitt | | | Audio Only |
| Geoffrey | Lewis | Wilmington Trust | DIP Agent | Video and Audio |
| Jimmy | Lin | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Marine | Loison | | Debtors | Video and Audio |

| Denise | Lorenzo | AlixPartners | Debtors | Video and Audio |
|--------|---------|--------------|---------|------------------|
| Matthew | Lunn | Young, Conaway, Stargatt & Taylor LLP | Debtors | Video and Audio |
| Dorothy | Ma | | | Audio Only |
| Perry | Mandarino | B. Riley Financial | B. Riley Principal Investments, LLC | Video and Audio |
| Thomas | Mark | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Ida | Mashburn-Myrick | Phelps Dunbar LLP | Creditor | Video and Audio |
| Andrew | Matott | Seward & Kissel LLP | DIP Agent | Video and Audio |
| Kristin | McElroy | Young Conaway Stargatt & Taylor, LLP | Debtors | Video and Audio |
| Matthew | McGuire | Landis Rath & Cobb LLP | Ad Hoc Group of First Lien Lenders/DIP Lenders | Video and Audio |
| Tiffany | McMillan-McWaters | Franchise Group, Inc. | Interested Party | Video and Audio |
| Dennis | Meloro | Greenberg Traurig, P.A | Greenberg Traurig, LLP | Video and Audio |
| Chris | Meyer | Franchise Group, Inc. | Interested Party | Video and Audio |
| Theresa | Mistretta | Potter | | Video and Audio |
| Nate | Mooney | Lazard | 1L Ad Hoc Group | Video and Audio |
| Edmon | Morton | Young Conaway Stargatt & Taylor, LLP | Debtors | Video and Audio |
| Saavan | Myneni | | | Audio Only |
| Beth | Olivere | Young Conaway Stargatt & Taylor, LLP | Debtors | Video and Audio |
| David | Orlofsky | AlixPartners | Debtors | Video and Audio |
| Dan | Ornstein | Pride Lacrosse | HG Vora | Video and Audio |
| Aryan | Pal | | | Audio Only |
| Timothy | Parker | | | Video and Audio |
| Sagar | Patel | Seward & Kissel LLP | DIP Agent | Video and Audio |
| John | Patouhas | | | Audio Only |
| Jonathan | Randles | | Bloomberg News | Audio Only |
| Jennifer | Raviele | Kelley Drye & Warren LLP | Creditors | Video and Audio |
| Jeffrey | Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. et al. | Video and Audio |
| Bryant | Riley | B Riley Financial | Interested Party | Video and Audio |
| Colin | Robinson | Pachulski Stang Ziehl & Jones LLP | Interested Party | Video and Audio |
| Elizabeth | Rogers | Landis Rath & Cobb LLP | Ad Hoc Group of First Lien Lenders/DIP Lenders | Video and Audio |
| Laurel | Roglen | Ballard Spahr LLP | Brixmor Operating Partnership LP | Video and Audio |
| Jeremy | Ryan | Potter Anderson & Corroon | | Video and Audio |
| Caroline | Salls | | BankruptcyData - media | Audio Only |

| Isaac | Sasson | PAUL HASTINGS LLP | Ad Hoc Group of First Lien Lenders/DIP Lenders | Video and Audio |
|---|---|---|---|---|
| Eric | Seeton | Franchise Group, Inc. | Interested Party | Video and Audio |
| Erin | Severini | Frost Brown Todd LLC | WPG Legacy, LLC | Video and Audio |
| Vinai | Sewaliah | | | Video and Audio |
| Nicholas | Shashy | Irradiant Partners, LP | | Video and Audio |
| Brian | Shaw | Cozen O&#039;Connor | Prophecy Settlement-related Liquidating Trust | Video and Audio |
| John | Shore | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Michelle | Shriro | Singer & Levick, PC | B33 Capital | Video and Audio |
| Kevin | Simard | Choate Hall & Stewart | Citizens Bank | Video and Audio |
| Debra | Sinclair | | Debtors | Video and Audio |
| Luis | Snchez | | | Video and Audio |
| Andrew | Sorkin | | | Video and Audio |
| Benjamin | Steele | Kroll Restructuring Administration LLC | debtors | Video and Audio |
| Benjamin | Steele | Kroll Restructuring Administration LLC | Kroll Restructuring Administration LLC | Video and Audio |
| Amanda | Steele | Richards, Layton and Finger | B. Riley Principal Investments, LLC and its affili | Video and Audio |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | B. Riley Principal Investments, LLC | Video and Audio |
| Jeremy | Stern | Octagon Credit Investors, LLC | Secured creditor/DIP lender | Video and Audio |
| Elizabeth | Stone | Lazard | | Video and Audio |
| Ethan | Sulik | Marine Midland Building | | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Mitchell | Sussman | TD COWEN | TD COWEN | Audio Only |
| Gabe | Sutherland | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Gabriel | Sutherland | White & Case LLP | | Audio Only |
| Nicole | Sweeney | Kramer Levin Naftalis & Frankel LLP | Interested Party | Video and Audio |
| Kate | Thomas | | | Audio Only |
| Sherri | Toub | Kekst CNC | FRG | Video and Audio |
| Michael | Tucker | UB Greensfelder LLP | MLO Great South Bay | Video and Audio |
| Ronald | Tucker | Simon Property Group, Inc. | | Video and Audio |
| Curtis | Tuggle | Thompson Hine | Assurant | Video and Audio |

| Lauren | Walker | Willkie Farr & Gallagher | Debtors | Video and Audio |
|--------|--------|--------------------------|---------|-----------------|
| Janet | Wang | | | Audio Only |
| Oliver | Weiss | | | Audio Only |
| Wayne | Weitz | B. Riley Advisory Services | | Audio Only |
| Reagan | Wong | Whitefort Capital | | Video and Audio |
| Andrew | Wu | | Premier Nutrition | Audio Only |
| Andrew | Zatz | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Seth | Zeleznik | Irradiant Partners | | Video and Audio |
| John | Zuberbuehler | DrVita, Inc | DrVita, Inc | Video and Audio |
| Oudai | abouassaf | American Dar Inc | American Dar Inc | Audio Only |
| Jim | dugan | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| brian | kahn | | | Video and Audio |
| stuart | lombardi | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| brian | marsh | Bank of America | BofA | Audio Only |
| michael | schwarzmann | | | Audio Only |

**Franchise Group, Inc. - Chapter 11 - Case No. 24-12480**

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Kwame | Akuffo | | | Audio Only |
| Negisa | Balluku | | | Audio Only |
| Cameron | Cavalier | | | Audio Only |
| Steven | Church | | non party | Audio Only |
| Michael | Gustafson | Faegre Drinker Biddle & Reath LLP | United Parcel Service, Inc. | Video and Audio |
| Jon | Hla | Aristeia | | Audio Only |
| Jennifer | Lappe | | | Audio Only |
| Robert | LeHane | Kelley Drye & Warren LLP | Creditors | Video and Audio |
| Rachel | Mersky | Monzack Mersky McLaughlin & Browder, PA | Kimco and other landlords | Video and Audio |
| Sona | Mkrttchian | Lazard | | Video and Audio |
| Phillip | Nelson | Holland & Knight LLP | Alter Domus (US) LLC | Video and Audio |
| Dan | Ornstein | Pride Lacrosse | HG Vora | Video and Audio |
| Lior | Pardess | MJX Asset Management | MJX | Audio Only |
| Jennifer | Raviele | Kelley Drye & Warren LLP | Creditors | Video and Audio |
| Varoon | Sachdev | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Andrew | Sorkin | Latham & Watkins | | Video and Audio |
| Greg | Stuecheli | Trive Mockingbird Management | | Audio Only |
| Adam | Swingle | | | Audio Only |
| Ronald | Tucker | Simon Property Group, Inc. | | Video and Audio |
| Lisa | Wheeler | 84401 Newfoundland and Labrador Inc | | Audio Only |

**CASE NAME:** *Franchise Group, Inc., et al.,*       SIGN-IN SHEET       **COURTROOM LOCATION: 5th Floor #5**
**CASE NO: 24-12480 (JTD)**       **DATE: November 6, 2024 at 12:00 p.m. (ET)**

| Name | Law Firm/Company | Client Representing |
|---|---|---|
| Adam G. Landis | Landis Rath & Cobb LLP | Ad Hoc Lender Group |
| Matthew B. McGuire | Landis Rath & Cobb LLP | Ad Hoc Lender Group |
| Elizabeth A. Rogers | Landis Rath & Cobb LLP | Ad Hoc Lender Group |
| Jayme Goldstein | Paul Hastings LLP | Ad Hoc Lender Group |
| Daniel Fliman | Paul Hastings LLP | Ad Hoc Lender Group |
| Jeremy D. Evans | Paul Hastings LLP | Ad Hoc Lender Group |
| Isaac Sasson | Paul Hastings LLP | Ad Hoc Lender Group |
| Sanjeev Khemlani | Paul Hastings LLP | Ad Hoc Lender Group |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 24-12480 **CASE NAME:** FRANCHISE GROUP, INC. **DATE:** 11/6/2024 (12:00 PM)

*\*\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ed Morton | YCST | Debtors |
| Matthew Lunn | | |
| Shella Borovinskaya | | |
| Kristin McElroy | | |
| Debra Sinclair | Willkie Farr & Gallagher | |
| Matt Feldman | | |
| Betsy Feldman | | |
| Jessica Graber | | |
| Marine Loison | | |
| Joseph Brandt | | |
| Stuart Lombardi | | |
| James Dugan | | |
| Yara Kass-Gergi | | |
| Andrew Sorkin | Latham & Watkins | JPM as ABL Agent |
| Brett Heywood | Potter Anderson | JPM as ABL Agent |
| Jeremy Ryan | Potter Anderson | JPM as ABL Agent |

# SIGN-IN SHEET

<u>JUDGE:</u> Dorsey      <u>COURTROOM:</u> 5

<u>CASE NUMBER(S):</u> 24-12480  <u>CASE NAME:</u> FRANCHISE GROUP, INC.  <u>DATE:</u> 11/6/2024 (12:00 PM)

*\*\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| MARK DESGROSSELLIER | Chipman Brown Cicero Escaful | Hilco Merchant Resources, LLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |