IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| | § | CASE NO. 24-12480 (JTD) |
| FRANCHISE GROUP, INC., et. al., | § | |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

NOW COMES Korber Supply Chain US, Inc., a creditor in the above-styled bankruptcy proceeding, and enters this its appearance pursuant to the United States Bankruptcy Code.

Korber Supply Chain US, Inc. hereby requests that any and all notices required pursuant to Bankruptcy Rule 2002 or any other applicable law or order of this Court, whether written or oral, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, plans of reorganization, disclosure statements and any other documents brought before this Court in this case, whether formal or informal, whether

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

NOTICE OF APPEARANCE, Page 1
1628885

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, that affect or seek to affect the above case, be served upon William L. Siegel, its attorney of record at the following address:

William L. Siegel
Cowles & Thompson, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2126
(214) 672-2326 facsimile
e-mail: bsiegel@cowlesthompson.com

Dated: November 6, 2024

Respectfully submitted,

**COWLES & THOMPSON, P.C.**

By: */s/ William L. Siegel*
    **WILLIAM L. SIEGEL**
    Texas Bar No. 18342480

901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
bsiegel@cowlesthompson.com

ATTORNEYS FOR KORBER SUPPLY
CHAIN US, INC.

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service was served on all parties who have requested notice per ECF on the 6th day of November 2024.

    */s/ William L. Siegel*
    William L. Siegel