**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 11 |

**CERTIFICATION OF COUNSEL SUBMITTING *REVISED PROPOSED* INTERIM ORDER (I) AUTHORIZING DEBTORS TO (A) PAY CERTAIN PREPETITION EMPLOYMENT OBLIGATIONS AND COMPENSATION OBLIGATIONS AND (B) MAINTAIN EMPLOYEE BENEFITS PROGRAMS AND COMPENSATION OBLIGATIONS AND (II) GRANTING RELATED RELIEF**

On November 3, 2024, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and Compensation Obligations and (B) Maintain Employee Benefits Programs and Compensation Obligations and (II) Granting Related Relief* [Docket No. 11] (the "Motion") with the United States Bankruptcy Court

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

for the District of Delaware (the "Court").  A proposed form of interim order was attached to the Motion as Exhibit A (the "Proposed Interim Order").

Subsequent to filing the Motion, the Debtors received informal comments to the Proposed Interim Order from the HoldCo Lenders and the Second Lien Term Loan Lenders.[2]  Following discussions with the HoldCo Lenders and the Second Lien Term Loan Lenders, the Debtors have agreed to a revised form of order (the "Revised Proposed Interim Order"), a copy of which is attached hereto as Exhibit A, which reflects the Court's ruling on the record at the hearing held on the Motion on November 6, 2024 (the "Hearing").  For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Interim Order against the Proposed Interim Order filed with the Motion is attached hereto as Exhibit B.

WHEREFORE, as the Revised Proposed Interim Order reflects the Court's ruling at the Hearing, the Debtors respectfully request entry of the Revised Proposed Interim Order at the Court's earliest convenience without further notice or a hearing.

[*Remainder of page intentionally left blank*]

---

[2]  Each as defined in the *Declaration of David Orlofsky in Support of Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 15].

Dated: November 6, 2024
       Wilmington, Delaware

                            **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                            */s/ Shella Borovinskaya*
                            Edmon L. Morton (Del. No. 3856)
                            Matthew B. Lunn (Del. No. 4119)
                            Allison S. Mielke (Del. No. 5934)
                            Shella Borovinskaya (Del. No. 6758)
                            Rodney Square
                            1000 North King Street
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253
                            emorton@ycst.com
                            mlunn@ycst.com
                            amielke@ycst.com
                            sborovinskaya@ycst.com

                            -and-

                            **WILLKIE FARR & GALLAGHER LLP**
                            Debra M. Sinclair (admitted *pro hac vice*)
                            Matthew A. Feldman (admitted *pro hac vice*)
                            Betsy L. Feldman (Del. No. 6410)
                            Joseph R. Brandt (admitted *pro hac vice*)
                            787 Seventh Avenue
                            New York, New York 10019
                            Telephone: (212) 728-8000
                            Facsimile: (212) 728-8111
                            dsinclair@willkie.com
                            mfeldman@willkie.com
                            bfeldman@willkie.com
                            jbrandt@willkie.com

                            *Proposed Co-Counsel to the Debtors*
                            *and Debtors in Possession*