**CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2024 I served or caused to be served the foregoing *Notice of Appearance and Request for Service of Papers* by CM/ECF upon those parties registered to receive such electronic notifications in these cases.

                                            */s/ Jordan L. Williams*
                                            Jordan L. Williams, Esq. (DE No. 7128)