**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) | Case No. 24-12480-JTD |
|  | ) |  |
| Debtors | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICE AND PLEADINGS**

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller") hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Christopher S. Murphy
Assistant Attorney General
christopher.murphy@oag.texas.gov
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Christopher S. Murphy*
**CHRISTOPHER S. MURPHY**
Assistant Attorney General
Texas State Bar No. 24079031

Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4867
Facsimile: (512) 936-1409
christopher.murphy@oag.texas.gov

**ATTORNEYS FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

# **CERTIFICATE OF SERVICE**

   I certify that on November 8, 2024, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Franchise Group, Inc.
109 Innovation Court
Suite J
Delaware, OH 43015

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Joseph H. Baldiga** jbaldiga@mirickoconnell.com
- **Shella Borovinskaya** sborovinskaya@ycst.com, bankfilings@ycst.com
- **Shannah L. Colbert** scolbert@mirickoconnell.com
- **Mark L. Desgrosseilliers** desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com
- **Monique Bair DiSabatino** monique.disabatino@saul.com, robyn.warren@saul.com
- **Turner Falk** turner.falk@saul.com, tnfalk@recap.email
- **Brian E Farnan** bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
- **Michael J. Farnan** mfarnan@farnanlaw.com, tfarnan@farnanlaw.com
- **Betsy Lee Feldman** bfeldman@willkie.com, bankfilings@ycst.com;maosbny@willkie.com
- **Daniel Fliman** danfliman@paulhastings.com, michaelmagzamen@paulhastings.com;matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;jeremyevans@paulhastings.com;jaymegoldstein@paulhastings.com;isaacsasson@paulhastings.com
- **Timothy Jay Fox** timothy.fox@usdoj.gov
- **Sergio E. Garcia** sgarcia@pbfcm.com
- **Stephen B Gerald** sgerald@whitefordlaw.com, trogers@whitefordlaw.com;clano@whitefordlaw.com
- **Tara L. Grundemeier** houston_bankruptcy@lgbs.com
- **Hiram Abif Gutierrez** edinburgbankruptcy@pbfcm.com
- **Brett Michael Haywood** bhaywood@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;jjones@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;jjones@potteranderson.com
- **William A. Hazeltine** whazeltine@sha-llc.com
- **Leslie C. Heilman** heilmanl@ballardspahr.com, friedmanm@ballardspahr.com
- **Samuel Paul Hershey** sam.hershey@whitecase.com
- **Patrick A. Jackson** Patrick.jackson@faegredrinker.com, cathy.greer@faegredrinker.com
- **Yara Kass-Gergi** ykass-gergi@willkie.com
- **John Henry Knight** knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com
- **Kroll Restructuring Administration LLC** info@ra.kroll.com

- **Jeffrey Kurtzman** kurtzman@kurtzmansteady.com
- **Adam G. Landis** landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com
- **Thomas E Lauria** tlauria@whitecase.com, mco@whitecase.com
- **Joseph H Lemkin** jlemkin@stark-stark.com
- **Stuart R. Lombardi** slombardi@willkie.com, slombardi@willkie.com
- **Matthew Barry Lunn** mlunn@ycst.com, bankfilings@ycst.com
- **L Katie Mason** katie.mason@quarles.com, docketwi@quarles.com
- **Kristin L McElroy** KMcElroy@ycst.com
- **Matthew B. McGuire** mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com
- **Rachel B. Mersky** rmersky@monlaw.com
- **Allison S Mielke** amielke@ycst.com, bankfilings@ycst.com
- **Laura J. Monroe** lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- **Edmon L. Morton** bankfilings@ycst.com
- **Julie Anne Parsons** jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com
- **Kristen N. Pate** bk@bpretail.com
- **Dana S. Plon** dplon@sirlinlaw.com
- **Reliable Companies** gmatthews@reliable-co.com
- **Laurel D. Roglen** roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Jeremy William Ryan** jryan@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com
- **Isaac Sasson** isaacsasson@paulhastings.com
- **John Christopher Shore** cshore@whitecase.com, caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com
- **William L. Siegel** bsiegel@cowlesthompson.com, brodela@cowlesthompson.com
- **Debra McElligott Sinclair** dsinclair@willkie.com, mao@willkie.com
- **Louis F. Solimine** louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com
- **Don Stecker** don.stecker@lgbs.com
- **Amanda R. Steele** steele@rlf.com
- **Benjamin Joseph Steele** ecf@primeclerk.com
- **Alexander R. Steiger** steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Ethan Hans Sulik** esulik@potteranderson.com
- **Ronald Mark Tucker** rtucker@simon.com, bankruptcy@simon.com
- **John Kendrick Turner** john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Margaret A. Vesper**vesperm@ballardspahr.com
- **Andrew T Zatz** azatz@whitecase.com, isilverbrand@whitecase.com;mco@whitecase.com

*/s/ Christopher S. Murphy*
**CHRISTOPHER S. MURPHY**