IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 11 |
|  | : |  |
| FRANCHISE GROUP, INC., et al.,[1] | : | Case No. 24-12480 (JTD) |
|  | : |  |
|  | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : |  |
|  | : |  |

## NOTICE OF APPEARANCE AND REQUEST
## FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for Sayville Plaza Development, LLC, a creditor, and party-in interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

1

disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

> Eric S. Goldstein, Esq.
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103-1919
> Telephone: (860) 251-5000
> Facsimile: (860) 251-5218
> egoldstein@goodwin.com
> bankruptcy@goodwin.com
> bankruptcyparalegal@goodwin.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Hartford, Connecticut, this 11th day of November 2024.

> By: /s/ Eric S. Goldstein
> Eric S. Goldstein (ct 27195)
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT  06103-1919
> (860) 251-5000
>
> *Counsel for Sayville Plaza Development, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2024, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric S. Goldstein
Eric S. Goldstein