## EXHIBIT B

**Liquidation Analysis**

[Intentionally Omitted]