## EXHIBIT C

**Financial Projections**

[Intentionally Omitted]