UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  24-12480 |
| FRANCHISE GROUP, INC. | § | |
| DEBTOR(S), | § | CHAPTER  11 |

## REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

| | | |
|---|---|---|
| **HOPKINS COUNTY** | **TARRANT COUNTY** | **CITY OF SULPHUR SPRINGS** |
| **KAUFMAN COUNTY** | **NAVARRO COUNTY** | **WISE COUNTY** |
| **SULPHUR SPRINGS ISD** | **SMITH COUNTY** | **TOM GREEN CAD** |
| **ROCKWALL CAD** | **ELLIS COUNTY** | **GRAYSON COUNTY** |

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on 12th day of November ,2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

SHELLA BOROVINSKAYA
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 NORTH KING STREET
WILMINGTON, DE 19801

US TRUSTEE (DE)
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
3500 Maple Avenue
Suite 800
DALLAS, TX 75219
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:         dallas.bankruptcy@lgbs.com

By: /s/ John K. Turner
John Kendrick Turner
SBN: 00788563 TX