UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   24-12480 |
| FRANCHISE GROUP, INC. | § | |
| DEBTOR(S), | § | CHAPTER   11 |

## REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

| | | |
|---|---|---|
| **GREGG COUNTY** | **NORTHWEST ISD** | **ALLEN ISD** |
| **PROSPER ISD** | **CITY OF ALLEN** | **CITY OF FRISCO** |
| **TOWN OF PROSPER** | **CITY OF WYLIE** | **IRVING ISD** |
| **CITY OF CARROLLTON** | **LEWISVILLE ISD** | **PARKER CAD** |

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on  12th  day of  November, 2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | |
|---|---|
| SHELLA BOROVINSKAYA<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 | US TRUSTEE (DE)<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
3500 Maple Avenue
Suite 800
DALLAS, TX 75219
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:          dallas.bankruptcy@lgbs.com

By: /s/ John K. Turner
    John Kendrick Turner
    SBN: 00788563 TX