IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

FRANCHISE GROUP, INC § 
§ Case No. 24-12480
§
§
Debtor/s § Chapter 11

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel request that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and serve upon the following:

**Potter County Tax office and Randall County Tax Office**
c/o Perdue, Brandon, Fielder, Collins and Mott, LLP
P.O. Box 9132
Amarillo, Texas 79105
(806) 359-3188
(806) 359-5126 FAX
Email: amabkr@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, request or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS AND MOTT, L.L.P.**
Potter County Tax Office and Randall County Tax Office

By: /s/ Alysia Córdova_____
Alysia Córdova
State Bar No. 24074076
P.O. Box 9132
Amarillo, Texas 79105
(806) 359-3188
(806) 359-5126 FAX
Email: acordova@pbfcm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICES OF PAPERS; has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. Mail on this date: November 12, 2024.

By: /s/ Alysia Córdova_____
Alysia Córdova