ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

RECEIVED
2024 NOV 13  AM 11:18
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                  Case No: 24-12510-JTD

Vitamin Shoppe Florida, LLC             Chapter: 11

_____/
Debtor (s)

### REQUEST FOR NOTICES

**I HEREBY FILE** this Request for Notices on behalf of creditor, KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR, and request that he is provided with copies of all further notices and pleadings filed herein.

Name to be added to the Matrix as follows:

Michelle Leeson, Paralegal, Collections Specialist, CFCA
KEN BURTON, JR., Manatee County Tax Collector
1001 3RD Ave W, Suite 240
Bradenton, FL 34205-7863
Phone: 941.741.4835
Facsimile: 941.708.4934
e-mail: legal@taxcollector.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was delivered by U.S. Mail this 7th day of November, 2024 to the following:

**Debtor:**   Vitamin Shoppe Florida, LLC
              109 Innovation Court, Suite J, Delaware, OH 43015

**Attorney for Debtor:**   Shella Borovinskaya
                           1000 North King Street, Wilmington, DE 19801

**Trustee:**   N/A

/s/Michelle Leeson
Michelle Leeson, Paralegal, Collections Specialist, CFCA
**KEN BURTON, JR., TAX COLLECTOR**
**MANATEE COUNTY, FLORIDA**
1001 3rd Ave W, Suite 240
Bradenton, FL 34205-7863
(941) 741-4835