### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FRANCHISE GROUP, INC. *et al.* | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of James H. Haithcock, III, Esquire to represent Comenity Capital Bank in this action.

Dated: November 13, 2024

BURR & FORMAN LLP
/s/ *J. Cory Falgowski*
J. Cory Falgowski (DE No. 4546)
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
Telephone: (302) 830-2300
Email: jfalgowski@burr.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Alabama and South Carolina and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: November 13, 2024

/s/ *James H. Haithcock, III*
James H. Haithcock, III
BURR & FORMAN LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 458-5277
Email: jhaithcock@burr.com

### ORDER GRANTING MOTION
IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 13th, 2024**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

55762044 v1