# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of November 2024, a true and correct copy of the foregoing was served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system and to the persons listed below as indicated:

**Via Electronic Mail**
Edmon L. Morton
Matthew B. Lunn
Allison S. Mielke
Shella Borovinskaya
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com
(*Counsel to the Debtor*)

Debra M. Sinclair
Matthew A. Feldman
Betsy L. Feldman
Joseph R. Brandt
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com
jbrandt@willkie.com
(*Counsel to the Debtor*)

Timothy J. Fox
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email: timothy.fox@usdoj.gov
(*U.S. Trustee*)

                                              /s/ *J. Cory Falgowski*
                                              J. Cory Falgowski (No. 4546)

55832194 v1