**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-12480-JTD |
| | § | |
| **FRANCHISE GROUP, INC.** | § | CHAPTER 11 |
| *Debtor(s)* | § | |
| | § | |

## NOTICE OF APPEARANCE

      Please take notice that the undersigned attorney appears as counsel for Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education (hereinafter "Harris County"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9010(b) and/or 9013, requests that all notices given or required to be given in this case and all pleadings and correspondence served or required to be served in this case, be directed to the following:

Susan Fuertes<br>
Assistant County Attorney<br>
Harris County Attorney's Office<br>
Attention: Property Tax Division<br>
P.O. Box 2848<br>
Houston, Texas 77252<br>
taxbankruptcy.cao@harriscountytx.gov

                                              Respectfully submitted,

                                              /s/ Susan Fuertes
                                              Susan Fuertes
                                              State Bar No. 00790895
                                              Harris County Attorney's Office
                                              P.O. Box 2848
                                              Houston, Texas 77252
                                              Telephone: (346) 286-8899

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing Notice of Appearance was served on the persons below in the manner indicated on November 18, 2024

/s/ Susan Fuertes
Susan Fuertes

| **VIA PRE-PAID U.S. MAIL** | **VIA ECF** |
|---|---|
| Franchise Group, Inc.<br>aka Liberty Tax, Inc.<br>109 Innovation Court, Ste J<br>Delaware, OH 43015<br>*Debtor* | Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorney for Debtor*<br><br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>*Attorney for Debtor*<br><br>U.S. Trustee (Delaware)<br>Office of the United States Trustee<br>844 King St. Suite 2207 Lockbox 35<br>Wilmington, DE 19801<br>*US Trustee* |