**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC. | ) | Case No. 24-12480-JTD |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enters its appearance as counsel to Doctor's Best Inc. ("Dr's Best") and requests that all notices and other papers filed or served in the above-captioned case be served upon the following:

> Scott E. Blakeley, Esq.
> Blakeley LC
> 530 Technology Drive, Suite 100
> Irvine, CA 92618
> Telephone: 949-260-0611
> Email: SEB@BlakeleyLC.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile,

electronically, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that filing of this Notice of Appearance and Request for Notices shall not be deemed or construed to constitute a waiver of any substantive or procedural right of Dr's Best including, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Dr's Best is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until Dr's Best expressly states otherwise, Dr's Best does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: November 19, 2024            Respectfully submitted,

   /s/ Scott E. Blakeley
Scott E. Blakeley (CA Bar No. 141418)
Blakeley LC
530 Technology Drive, Suite 100
Irvine, CA 92618
Phone: 949-260-0611
SEB@BlakeleyLC.com

***Attorney for Doctor's Best Inc.***

## **CERTIFICATE OF SERVICE**

**SCOTT E. BLAKELEY** certifies, pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that the following is true and correct:

I am an attorney representing Doctor's Best Inc. ("Dr's Best"). I hereby certify on November 19, 2024, I electronically filed with the Court's CM/ECF system an Appearance on behalf of Dr's Best. Notice of Filing and the ability to electronically access copies of any filed documents will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Dated: Irvine, California
       November 19, 2024

                                                                                 /s/ Scott E. Blakeley
                                                                                 Scott E. Blakeley