**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**PHONE (302) 573-6491 / FAX (302) 573-6497**

| | |
|---|---|
| ANDREW R. VARA | JOSEPH J. McMAHON, JR. |
| UNITED STATES TRUSTEE | ASSISTANT U.S. TRUSTEE |

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following case:

**DEBTOR:** Franchise Group, Inc., *et al.*

**CASE NO:** 24-12480 (JTD)

**DATE:** December 13, 2024

**TIME:** 2:00 P.M. ET

**LOCATION:** J. Caleb Boggs Federal Building
844 King Street
3rd Floor, Room 3209
Wilmington, DE 19801
**The 341 meeting will be held telephonically**

By: */s/ Timothy J. Fox*
Timothy J. Fox, Jr., Trial Attorney

Dated: November 19, 2024

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE. IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc:   Shella Borovinskaya, Esquire (Debtor's counsel)