**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Franchise Group, Inc., | : | Case No. 24-12480 (JTD) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Nestle and its Subsidiaries, including Nestle Purina Petcare, Nestle USA, Garden of Life, Orgain, & Atrium**, Attn: Craig Lydigsen, 30500 Bainbridge RD, Solon, OH 44139, Phone: 517-410-2923; Email: craig.lydigsen@us.nestle.com.

2. **Solstice Sleep Company**, Attn: Dennis Straily, 3720 West Broad Street, Columbus, OH 43228, Phone: 614-279-8850, Email: dstraily@solsticesleep.com.

3. **Federal Warranty Service Corporation,** Attn: Court Levy, 260 Interstate North Circle, SE, Atlanta, GA 30339, Phone: 770-763-1000, Email: court.levy@assurant.com.

4. **NNN REIT, LP (fka National Retail Properties)**, Attn: David G. Byrnes, Jr., 450 South Orange Ave., Suite 900, Orlando, FL 32801, Phone: 407-650-1103, Email: David.Byrnes@NNNReit.com.

5. **Jennifer Walker, Individually and in her Capacity as Putative Class Representative,** C/o: Ryan F. Stephan, Stephan Zouras, LLC, 222 W Adams St., Suite 2020, Chicago, IL 60606, Phone: 312-233-1550, Email: rstephan@stephanzouras.com.

ANDREW R. VARA
United States Trustee, Region 3

/s/ *Timothy J. Fox* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: November 19, 2024

Attorney assigned to this Case: Timothy J. Fox, Jr., Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mattew B. Lunn, Esq., Phone: 302-571-6600