| Information to identify the case: | |
|---|---|
| Debtor:      Franchise Group, Inc. | EIN: 27-3561876 |
| United States Bankruptcy Court for the District of Delaware | Date case filed in chapter 11: 11/3/24 |
| Case Number:   24-12480 (JTD) | |

<u>Official Form 309F1 (For Corporations or Partnerships)</u>

# Notice of Chapter 11 Bankruptcy Case

**10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (*See* line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected on the website created by the Claims and Noticing Agent for the case, Kroll Restructuring Administration LLC ("Kroll"), at https://cases.ra.kroll.com/FRG/, at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov). Email inquiries may be directed to FRGinquiries@ra.kroll.com.

---

**The staff of the bankruptcy clerk's office cannot give legal advice.**

---

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtor's full name:   Franchise Group, Inc. | | |
|---|---|---|
| **2. All other names used in the last 8 years: Liberty Tax, Inc.** | | |
| **Jointly Administered Case** | **Case No.** | **EIN** |
| *See* **Schedule 1**, attached hereto. | | |
| **3. Address:**      109 Innovation Court, Suite J, Delaware, Ohio 43015 | | |

| 4. Debtors' attorneys: | Debtors' Claims and Noticing Agent (for Court Documents and Case Information Inquiries): |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>Debra M. Sinclair<br>Matthew A. Feldman<br>Betsy L. Feldman<br>Joseph R. Brandt<br>787 Seventh Avenue<br>New York, New York 10019<br>Email: dsinclair@willkie.com<br>    mfeldman@willkie.com<br>    bfeldman@willkie.com<br>    jbrandt@willkie.com | **Case website:** https://cases.ra.kroll.com/FRG<br>**Email:**   FRGinquiries@ra.kroll.com<br><br>**Claim Processing Address Information:**<br>A proof of claim form may be obtained at www.uscourts.gov, any bankruptcy clerk's office or on the case website at https://cases.ra.kroll.com/FRG Completed proofs of claim may be submitted to Kroll as the official claims agent for these cases.<br><br>Toll Free (U.S. & Canada) #: (844) 285-4564<br>International #: +1 (646) 937-7751 |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Edmon L. Morton<br>Matthew B. Lunn<br>Allison S. Mielke<br>Shella Borovinskaya<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Email: emorton@ycst.com<br>    mlunn@ycst.com<br>    amielke@ycst.com<br>    sborovinskaya@ycst.com | |

**5. Bankruptcy clerk's office**

Documents in the case may be filed at this address.

824 Market Street, 3rd Floor
Wilmington, DE 19801

Hours open: Monday – Friday
8:00 AM – 4:00 PM

You may inspect all records filed in this case at this office or online at https://cases.ra.kroll.com/FRG at no charge or at https://pacer.uscourts.gov for a fee.

Contact phone 302−252−2900

---

**6. Meeting of creditors**

The debtors' representative must attend the meeting to be questioned under oath.

December 13, 2024 at 2:00 p.m. (ET)

Location:
**The meeting of creditors is scheduled to be held by phone: Please Call: 1-844-767-5651 Access Code: 7562831#**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

Creditors may attend, but are not required to do so.

---

**7. Proof of claim deadline**

**Deadline for filing proof of claim: Not yet set. If a deadline is set, notice will be sent at a later time.**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. A proof of claim form may be obtained by visiting the court-appointed claims agent's website at: https://cases.ra.kroll.com/FRG, www.uscourts.gov, or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:

- your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

Once the schedules are filed, you may review the schedules at the bankruptcy clerk's office or online for free at https://cases.ra.kroll.com/FRG

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

---

**8. Exception to discharge deadline**

The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.

If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below:

**Deadline for filing the complaint: February 11, 2025**

---

**9. Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

---

**10. Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

---

**11. Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

---

## **Schedule 1**

**List of Jointly Administered Cases**

**SCHEDULE 1**

**Pending Bankruptcy Cases**

|  | Entity Name | Tax ID No. | Case No. |
|---|---|---|---|
| 1. | Franchise Group, Inc. | 27-3561876 | 24-12480 |
| 2. | Freedom VCM Holdings, LLC | 93-2491225 | 24-12496 |
| 3. | Freedom VCM Interco Holdings, Inc. | 93-2512436 | 24-12499 |
| 4. | Freedom Receivables II, LLC | 92-0334066 | 24-12492 |
| 5. | Freedom VCM Receivables, Inc. | 93-3510028 | 24-12506 |
| 6. | Freedom VCM Interco, Inc. | 93-2733661 | 24-12502 |
| 7. | Freedom VCM, Inc. | 93-2543091 | 24-12509 |
| 8. | American Freight FFO, LLC | 85-3645743 | 24-12531 |
| 9. | Franchise Group New Holdco, LLC | 46-1110444 | 24-12528 |
| 10. | Franchise Group Acquisition TM, LLC | 85-2593068 | 24-12524 |
| 11. | Franchise Group Intermediate Holdco, LLC | 84-2891587 | 24-12491 |
| 12. | Franchise Group Intermediate L, LLC | 84-3269486 | 24-12495 |
| 13. | Franchise Group Intermediate PSP, LLC | 86-1565965 | 24-12500 |
| 14. | Franchise Group Newco PSP, LLC | 86-1602323 | 24-12522 |
| 15. | PSP Midco, LLC | 83-2736507 | 24-12488 |
| 16. | Pet Supplies "Plus", LLC | 27-3245852 | 24-12519 |
| 17. | PSP Group, LLC | 27-3245944 | 24-12482 |
| 18. | PSP Service Newco, LLC | 27-3246414 | 24-12493 |
| 19. | PSP Stores, LLC | 38-3249049 | 24-12497 |
| 20. | PSP Subco, LLC | 27-3246489 | 24-12501 |
| 21. | WNW Franchising, LLC | 88-0659398 | 24-12525 |
| 22. | PSP Franchising, LLC | 27-3064978 | 24-12481 |
| 23. | PSP Distribution, LLC | 27-3255242 | 24-12526 |
| 24. | WNW Stores, LLC | N/A | 24-12530 |
| 25. | Franchise Group Intermediate V, LLC | 84-3895958 | 24-12511 |
| 26. | Franchise Group Newco V, LLC | 84-3899746 | 24-12489 |
| 27. | Valor Acquisition, LLC | 84-3883490 | 24-12505 |
| 28. | Vitamin Shoppe Industries LLC | 13-2993785 | 24-12521 |

|  | Entity Name | Tax ID No. | Case No. |
|---|---|---|---|
| 29. | Vitamin Shoppe Global, LLC | 46-3461168 | 24-12517 |
| 30. | Vitamin Shoppe Mariner, LLC | 46-1516298 | 24-12523 |
| 31. | Vitamin Shoppe Procurement Services, LLC | 47-2188021 | 24-12532 |
| 32. | Vitamin Shoppe Franchising, LLC | 85-3928271 | 24-12513 |
| 33. | Vitamin Shoppe Florida, LLC | 76-0846590 | 24-12510 |
| 34. | Betancourt Sports Nutrition, LLC | 27-0590470 | 24-12507 |
| 35. | Franchise Group Newco Intermediate AF, LLC | 84-4268288 | 24-12518 |
| 36. | American Freight Group, LLC | 38-3942066 | 24-12490 |
| 37. | American Freight Holdings, LLC | 35-2518271 | 24-12494 |
| 38. | American Freight, LLC | 36-4795940 | 24-12527 |
| 39. | American Freight Management Company, LLC | 20-4081215 | 24-12498 |
| 40. | Franchise Group Intermediate S, LLC | 84-2905408 | 24-12504 |
| 41. | Franchise Group Newco S, LLC | 84-2891814 | 24-12484 |
| 42. | American Freight Franchising, LLC | 84-3351353 | 24-12483 |
| 43. | Home & Appliance Outlet, LLC | N/A | 24-12514 |
| 44. | American Freight Outlet Stores, LLC | 26-2779573 | 24-12503 |
| 45. | American Freight Franchisor, LLC | 85-3542123 | 24-12487 |
| 46. | Franchise Group Intermediate B, LLC | 84-2447836 | 24-12529 |
| 47. | Buddy's Newco, LLC | 84-2335404 | 24-12516 |
| 48. | Buddy's Franchising and Licensing LLC | 27-1519968 | 24-12512 |
| 49. | Franchise Group Intermediate BHF, LLC | 87-3268260 | 24-12486 |
| 50. | Franchise Group Newco BHF, LLC | 87-3254123 | 24-12515 |
| 51. | Franchise Group Intermediate SL, LLC | 87-2552695 | 24-12508 |
| 52. | Franchise Group Newco SL, LLC | 87-2537697 | 24-12485 |
| 53. | Educate, Inc. | 37-1465722 | 24-12520 |