IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Franchise Group, Inc.,** *et al*[1]<br><br>          **Debtors.** | Case No. 24-12480 (JTD)<br>Chapter 11<br><br>**(Jointly Administered)** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Dell Financial Services L.L.C., creditor herein, requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that copies of all notices, documents, and pleadings filed and/or served in the above referenced bankruptcy case be sent to its attorneys of record, STREUSAND, LANDON, OZBURN & LEMMON, LLP, as addressed below:

    Sabrina L. Streusand
    Streusand, Landon, Ozburn & Lemmon, LLP
    1801 S. MoPac Expressway, Suite 320
    Austin, TX 78746
    Telephone: (512) 236-9901
    Facsimile: (512) 236-9904
    streusand@slollp.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

This request includes all papers, reports, orders, notices, applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and transmitted or conveyed by mail, courier service, telephone, facsimile, electronically, or otherwise.

Dated: November 20, 2024

                                        Respectfully submitted,

By: /s/ *Sabrina L. Streusand*
      Sabrina L. Streusand
      Texas Bar No. 11701700
      Streusand, Landon Ozburn & Lemmon, LLP
      1801 S MoPac Expressway, Suite 320
      Austin, TX 78746
      Telephone: (512) 236-9901
      Facsimile: (512) 236-9904
      streusand@slollp.com

**ATTORNEYS FOR
DELL FINANCIAL SERVICES L.L.C.'**

### CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 20th day of November 2024 upon all parties requesting service via ECF Notification.

                                        /s/ *Sabrina L. Streusand*
                                        Sabrina L. Streusand