IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 14, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on (1) the Core/2002 Service List attached hereto as **Exhibit A**, and (2) the Banks Service List attached hereto as **Exhibit B**:

- Notice of Filing Proposed Second Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Shippers & Logistics Providers and 503(b)(9) Claimants; and (II) Granting Related Relief [Docket No. 176]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), B. Riley Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

Dated: November 18, 2024

                                                                         */s/ Ishrat Khan*
                                                                         Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 18, 2024, by Ishrat Khan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Unsecured Creditor | Albany Industries Inc | Attn: Bentley Jones, Chief Revenue Officer<br>1210 S Indiana Ave #5907<br>Chicago IL 60605 | bjones@albanyfurniture.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Alphia Inc | Attn: Jeff Ulrich, Assistant Corporate Controller<br>322 Main St<br>Bern KS 66408 | jeffu@alphia.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Animal Supply CO  Wholesome | Attn: Joe Carras, Vice President of Sales<br>2403 E Interstate 30<br>Grand Prairie TX 75050 | joe.carras@animalsupply.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Arizona Nutritional Supplement | Attn: Harrison Pappas, CEO<br>210 S.Beck Ave.<br>Chandler 85226 | hpappas@aznutritional.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Assurant Inc. | Attn: Jennifer Clark, Vice President, Account Management - Retail<br>260 Interstate N Circle SE<br>Atlanta GA 30339 | Jennifer.Clark@assurant.com | First Class Mail and Email |
| Counsel to Azalea Joint Venture, LLC, Brixmor Operating Partnership LP, Continental Realty Corporation, Federal Realty OP LP, FR Grossmont, LLC, Prime/FRIT Mission Hills, LLC, and ShopOne Centers REIT, Inc. | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper<br>919 North Market Street<br>11th Floor<br>Wilmington DE 19801 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| Counsel to Drink LMNT, Inc. | Barnes & Thornburg LLP | Attn: Kevin G. Collins<br>222 Delaware Avenue, Suite 1200<br>Wilmington DE 19801 | kevin.collins@btlaw.com | Email |
| Counsel for Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC | Bayard, P.A. | Attn: Ericka F. Johnson<br>600 N. Market Street, Suite 400<br>Wilmington DE 19801 | ejohnson@bayardlaw.com | Email |
| Top 50 Unsecured Creditor | Bcdc Portfolio Owner LLC | Attn: Heba Elayan, Real Estate Principal<br>Oak Street Real Estate Capital, LLC<br>30 North Lasalle Ste 4140<br>Chicago IL 60602 | Heba.elayan@blueowl.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | BCHQ Owner LLC | Attn: Heba Elayan, Real Estate Principal<br>Oak Street Real Estate Capital, LLC<br>30 North Lasalle Ste 4140<br>Chicago IL 60602 | Heba.elayan@blueowl.com | First Class Mail and Email |
| Counsel for Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent | Blank Rome LLP | Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams<br>1201 N. Market Street, Suite 800<br>Wilmington DE 19801 | mike.schaedle@blankrome.com<br>stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com | Email |
| Counsel to Brookfield Properties Retail Inc | Brookfield Properties Retail Inc | Attn: Kristen N. Pate<br>350 N. Orleans Street<br>Suite 300<br>Chicago IL 60654-1607 | bk@bpretail.com | Email |
| Counsel to Comenity Capital Bank, CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC | Burr & Forman LLP | Attn: J. Cory Falgowski<br>222 Delaware Avenue, Suite 1030<br>Wilmington DE 19801 | jfalgowski@burr.com | Email |
| Counsel for CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC | Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins<br>50 North Laura Street, Suite 3000<br>Jacksonville FL 32202 | esummers@burr.com<br>drobbins@burr.com | Email |
| Counsel to Comenity Capital Bank | Burr & Forman LLP | Attn: James H. Haithcock, III<br>420 N. 20th Street, Suite 3400<br>Birmingham AL 35203 | jhaithcock@burr.com | Email |
| Top 50 Unsecured Creditor | Champion Petfoods USA | Attn: Jenn Watt, Credit Associate<br>1103 - 95 St SW<br>Suite 301<br>Edmonton AB T6X 0P8 Canada | jwatt@championpetfoods.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Hilco Merchant Resources, LLC | Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 North Market St, Suite 5400<br>Wilmington DE 19801 | desgross@chipmanbrown.com | Email |
| Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, and VS Tempe, LLC | Clark Hill PLC | Attn: Audrey L. Hornisher<br>901 Main Street, Suite 6000<br>Dallas TX 75202 | ahornisher@clarkhill.com | Email |
| Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, and VS Tempe, LLC | Clark Hill PLC | Attn: Karen M. Grivner<br>824 N. Market Street, Suite 710<br>Wilmington DE 19801 | kgrivner@clarkhill.com | Email |
| Top 50 Unsecured Creditor | Costco Innovel (Logistics) | Attn: Michael Dunne, Manager<br>1045 Lake Drive<br>Issaquah WA 98027 | michaeldunne@costco.com | First Class Mail and Email |
| Counsel to Krober Supply Chain US, Inc | Cowles & Thompson, P.C. | Attn: William L. Siegel<br>901 Main Street, Suite 3900<br>Dallas TX 75202 | bsiegel@cowlesthompson.com | Email |
| Top 50 Unsecured Creditor | Coyote Logistics | Attn: John Morel, SVP of Sales<br>2545 West Diversey Ave<br>Chicago IL 60647 | John.Morel@Coyote.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Delta Furniture | Attn: Chris Bray, VP Sales and Marketing<br>5650 Private Road 8072<br>West Plains MO 65775 | | First Class Mail |
| Top 50 Unsecured Creditor | Department Of The Treasury | General Inquiries<br>Internal Revenue Service<br>Ogden UT 84201-0009 | | First Class Mail |
| Top 50 Unsecured Creditor | Elements International Group LLC | Attn: Paul Comrie, CEO<br>2250 Skyline Drive<br>Mesquite TX 75149 | pcomrie@elementsgrp.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Ema Electrolux/Frigidaire | Attn: TJ Stoffer, Sr. VP Sales, North America<br>10200 David Taylor Drive<br>Charlotte NC 28262 | t.j.stoffer@electrolux.com | First Class Mail and Email |
| Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates | Faegre Drinker Biddle & Reath LLP | Attn: Michael T. Gustafson<br>320 South Canal Street, Suite 3300<br>Chicago IL 60606 | mike.gustafson@faegredrinker.com | Email |
| Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson<br>222 Delaware Avenue, Suite 1410<br>Wilmington DE 19801 | patrick.jackson@faegredrinker.com | Email |
| Counsel to Ad Hoc Group of Freedom Lenders | Farnan LLP | Attn: Brian E. Farnan, Michael J. Farnan<br>919 North Market Street<br>12th Floor<br>Wilmington DE 19801 | bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Email |
| Top 50 Unsecured Creditor | Force Factor Brands LLC | Attn: Daniel Wallace, CEO & Co-Founder<br>24 School St.<br>4th Floor<br>Boston MA 02108 | daniel@forcefactor.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Google | Attn: Custodian of Records<br>1600 Amphitheatre Parkway<br>Mountain View CA 94043 | legal-notices@google.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Hartz Mountain - Vmx | Attn: Rosemary Disla, Credit and Collections Analyst<br>14971 Collection Center Drive<br>Chicago IL 60693 | rdisla@hartz.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Unsecured Creditor | Hill's Pet Nutrition | Attn: Robert Abele, Sr Director - Pet Omni-Channel Leader<br>6180 Sprint Parkway<br>Overland Park KS 66211 | Robert_abele@colpal.com | First Class Mail and Email |
| Counsel to Alter Domus (US) LLC | Holland & Knight LLP | Attn: Phillip W. Nelson<br>150 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606 | phillip.nelson@hklaw.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Ken Burton, Jr., Manatee County Tax Collector | Ken Burton, Jr., Manatee County Tax Collector | Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA<br>1001 3rd Ave W, Suite 240<br>Brandenton FL 34205-7863 | legal@taxcollector.com | Email |
| Top 50 Unsecured Creditor | Kith Furniture | Attn: Darin Wright, CFO<br>7155 State Highway 13<br>Haleyville AL 35565 | dwright@kithfurniture.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Kong Company | Attn: Ellen Craig, Sales Director<br>16191 Table Mountain Parkway<br>Golden CO 80403 | ellen.craig@kongcompany.com | First Class Mail and Email |
| Counsel to Oxford Valley Road Associates, L.P. | Kurtzman Steady LLC | Attn: Jeffrey Kurtzman<br>101 N. Washington Avenue<br>Suite 4A<br>Margate NJ 08402 | kurtzman@kurtzmansteady.com | Email |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers<br>919 Market Street Suite 1800<br>P.O. Box 2087<br>Wilmington DE 19801 | landis@lrclaw.com<br>mcguire@lrclaw.com<br>erogers@lrclaw.com | First Class Mail and Email |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: Andrew Sorkin<br>555 Eleventh Street NW<br>Suite 1000<br>Washington DC 20004 | andrew.sorkin@lw.com | Email |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: James Kstanes, Timothy Beau Parker<br>330 N Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 Canada | james.ktsanes@lw.com<br>beau.parker@lw.com | Email |
| Counsel to the ABL Secured Parties | Latham & Watkins LLP | Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin<br>1271 Avenue of the Americas<br>New York NY 10020 | Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com | First Class Mail and Email |
| Counsel to Nueces County, Mclennan County, Kerr County, Hidalgo County, City of McAllen | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| Counsel to Bexar County, City of El Paso | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E. Pecan Street, Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Hopkins County, Kaufman County, Sulphur Springs ISD, Rockwall CAD, Tarrant County, Navarro County, Smith County, Ellis County, City of Sulphur Springs, Wise County, Tom Green CAD, Grayson County, Gregg County, Prosper ISD, Town of Prosper, City of Carrollton, Northwest ISD, City of Allen, City of Wylie, Lewisville ISD, Allen ISD, City of Frisco, Irving ISD, Parker CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>3500 Maple Avenue<br>Suite 800<br>Dallas TX 75219 | dallas.bankruptcy@lgbs.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Cypress-Fairbanks ISD, Harris County, Galveston County, Montgomery County, Ford Bend County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Top 50 Unsecured Creditor | Living Style (Singapore) Pte. Limited | Attn: Henry Chan, CEO<br>3 Kallang Junction #05-02<br>Singapore 339265 Singapore | henrychan@livingstyle.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Lowes Companies Inc | Attn: Brie Lieto, Director, Supply Chain<br>1000 Lowe's Blvd<br>Mooresville NC 28117 | brie.lieto@lowes.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Mars Petcare | Attn: Cullen Mahan, Customer Development Team Lead<br>2013 Ovation Parkway<br>Franklin TN 37067 | cullen.mahan@effem.com | First Class Mail and Email |
| Counsel to Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>700 Jeffrey Way, Suite 100<br>Round Rock TX 78665 | jparsons@mvbalaw.com | Email |
| Counsel to Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock TX 78680-1269 | jparsons@mvbalaw.com | Email |
| Counsel to New Westgate Mall LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Joseph H. Baldiga, Shannah L. Colbert<br>1800 West Park Dr., Suite 400<br>Westborough MA 01581 | jbaldiga@mirickoconnell.com<br>scolbert@mirickoconnell.com | Email |
| Counsel to Kimco Realty Corporation, 2205 Federal Investors, LLC | Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky<br>1201 N. Orange Street, Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com | Email |
| Top 50 Unsecured Creditor | Muebles Briss S.A. De C.V.(Marby) | Attn: Luis Sanchez, General Manager<br>Cam. Santa ana tepetitlan 1112, col paseos del briseño<br>zapopan Jalisco, Mexico<br>Zapopan JAL 45236 Mexico | luis@southsourcing.com.mx | First Class Mail and Email |
| Top 50 Unsecured Creditor | National Retail Properties, LP | Attn: David G. Byrnes, Jr., Assistant General Counsel<br>450 S Orange Avenue, Suite 900<br>Orlando FL 32801 | david.byrnes@nnnreit.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Natural Balance Pet Foods Inc | Attn: Darcy Hagan<br>3101 Stephen F Austin Dr<br>Brownwood TX 76801 | darcy.hagan@ethospetbrands.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Nature's Way Brands, LLC | Attn: Erin Bovard<br>825 Challenger Drive<br>Green Bay WI 54311 | erin.bovard@naturesway.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Nestle Purina Petcare Company | Attn: Grant Wabnitz, Director, Market Activation<br>1 Checkerboard Square<br>St. Louis MO 63164 | grant.wabnitz@purina.nestle.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Newfoundland And Labrador Inc | Attn: Brian Casutto, Consultant<br>145 Aberdeen Ave, Unit 1<br>St. John's NL A1A5N6 Canada | brian@nutraholdings.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Nutraceutical | Attn: Brian Slobodow, CEO<br>1400 Kearns Blvd<br>Park City UT 84060 | bslobodow@betterbeing.com | First Class Mail and Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox, Esq<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | timothy.fox@usdoj.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Unsecured Creditor | Open Farm Inc | Attn: Amy Horton, Chief Sales Officer<br>559 College St, Suite 400<br>Toronto ON M6G 1A9 Canada | amy@openfarmpet.com | First Class Mail and Email |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman<br>200 Park Avenue<br>New York NY 10166 | jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com<br>danfliman@paulhastings.com | First Class Mail and Email |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Nicholas A. Bassett<br>2050 M Street NW<br>Washington DC 20036 | nicholasbassett@paulhastings.com | Email |
| Top 50 Unsecured Creditor | Peak Living, Inc. | Attn: Chad Cunningham , CEO Owner<br>604 Pontotoc Co Ind Park Road<br>Ecru MS 38841 | chadcunningham03@gmail.com | First Class Mail and Email |
| Cousnel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Hiram Gutierrez<br>P.O. Box 2916<br>McAllen TX 78502 | edinburgbankruptcy@pbfcm.com | Email |
| Cousel to Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Laura J. Monroe<br>PO Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email |
| Counsel to Kerrville Independent School District, Copperas Cove Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Sergio E. Garcia<br>3301 Northland Drive<br>Suite 505<br>Austin TX 78731 | sgarcia@pbfcm.com | Email |
| Counsel to Potter County Tax Office and Randall County Tax Office | Perdue, Brandon, Fielder, Collins and Mott, L.L.P. | Attn: Alysia Córdova<br>P.O. Box 9132<br>Amarillo TX 79105 | acordova@pbfcm.com<br>amabkr@pbfcm.com | Email |
| Top 50 Unsecured Creditor | Phillips Feed And Pet Supply | Attn: Mark Patterson, Vice President Area Sales, Central<br>3747 Hecktown Road<br>Easton PA 18045 | mark.patterson@phillipspet.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Planitretail LLC | Attn: Matthew Spahn, Founder & CEO<br>35 Holcomb Hill Road<br>West Granby CT 3003599 | matt.spahn@planitretail.net | First Class Mail and Email |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik<br>1313 N. Market Street<br>6th Floor<br>Wilmington DE 19801 | jryan@potteranderson.com<br>bhaywood@potteranderson.com<br>esulik@potteranderson.com | Email |
| Top 50 Unsecured Creditor | Premier Nutrition Company, LLC | Attn: Karren Job, SVP<br>1222 67th Street 210<br>Emeryville CA 94608 | | First Class Mail |
| Top 50 Unsecured Creditor | Print Comm | Attn: Kevin Naughton, President<br>3040 S Dye Rd<br>Flint MI 48473 | knaughton@printcomm.com | First Class Mail and Email |
| Counsel to Whirlpool Corporation | Quarles & Brady LLP | Attn: L. Kate Mason<br>411 E. Wisconsin Avenue<br>Suite 2400<br>Milwaukee WI 53202 | Katie.Mason@quarles.com | Email |
| Top 50 Unsecured Creditor | Radio Systems Corporation | Attn: Rhonda Witt<br>10427 Petsafe Way<br>Knoxville TN 37932 | rwitt@petsafe.net | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Unsecured Creditor | Redcon 1 | Attn: Aaron Singerman, CEO<br>701 Park of Commerce<br>100<br>Boca Raton FL 33487 | aaron@redcon1.com | First Class Mail and Email |
| Counsel to B. Riley Principal Investments, LLC and its affiliates | Richards Layton & Finger PA | Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | knight@rlf.com<br>steele@rlf.com<br>steiger@rlf.com | Email |
| Counsel to Hilco Merchant Resources, LLC | Riemer & Braunstein LLP | Attn: Steven Fox<br>Times Square Tower Suite 2506<br>Seven Times Square<br>New York NY 10036 | | First Class Mail |
| Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC, Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company | Saul Ewing LLP | Attn: Monique B. DiSabatino<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | monique.disabatino@saul.com | Email |
| Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC, Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company | Saul Ewing LLP | Attn: Turner N. Falk<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia PA 19102 | turner.falk@saul.com | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to the DIP Agent, Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent | Seward & Kissel LLP | Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott<br>One Battery Park Plaza<br>New York NY 10004 | bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br>ashmead@sewkis.com<br>bateman@sewkis.com<br>matott@sewkis.com | First Class Mail and Email |
| Counsel to Sayville Plaza Development, LLC | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Counsel to ShopCore Properties and its related entities | ShopCore Properties | Attn: William F. McDonald III<br>10920 Via Frontera, Suite 220<br>San Diego CA 92127 | wmcdonald@shopcore.com | Email |
| Counsel to Simon Property Group, Inc. and its related entities | Simon Property Group, Inc. | Attn: Ronald M. Tucker<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel to Paoli Shopping Center Limited Partnership, Phase II | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon<br>123 South Broad Street, Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email |
| Top 50 Unsecured Creditor | Solstice Sleep Company | Attn: Dennis Straily, President/CEO<br>3720 West Broad St<br>Columbus OH 43228 | dstraily@solsticesleep.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Unsecured Creditor | Standard Furniture Mfg Co Inc | Attn: Lucas Hall, EVP<br>PO Box 933715<br>Atlanta GA 31193-3715 | lucas.hall@sfmco.com | First Class Mail and Email |
| Counsel to Peoria Rental Properties, LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin<br>PO Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com | Email |
| Top 50 Unsecured Creditor | Stella And Chewys LLC | Attn: Noelle Wolter, Director Of Accounting And Treasury<br>111 W. Oakley Parkway<br>Oak Creek WI 53154 | nwolter@stellaandchewys.com | First Class Mail and Email |
| Counsel to Whirlpool Corporation | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine<br>919 N. Market Street<br>Suite 420<br>Wilmington DE 19801 | whazeltine@sha-llc.com | Email |
| Counsel to Raymond Leasing Corporation | Swanson, Martin & Bell, LLP | Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive<br>Suite 204<br>Lisle IL 60532 | cstahl@smbtrials.com | Email |
| Counsel for Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes<br>2001 L Street, NW, Suite 500<br>Washington DC 20036 | jrhodes@tlclawfirm.com | Email |
| Counsel to the Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Christopher S. Murphy, Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin TX 78711-2548 | christopher.murphy@oag.texas.gov | Email |
| Counsel to LU Candlers Station Holdings, LLC | Thompson Hine LLP | Attn: Louis F Solimine<br>312 Walnut Street<br>Suite 2000<br>Cincinnati OH 45202-4029 | Louis.Solimine@ThompsonHine.com | Email |
| Top 50 Unsecured Creditor | Titanic Furniture | Attn: Oday Abo, CEO<br>7400 S Loomis Blvd<br>Suwanee GA 30024 | oday@titanicfurniture.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Transform Holdco LLC (3Pl) | Attn: Norman Krause<br>3333 Beverly Road<br>Office: B5-178B<br>Hoffman Estates IL 60179 | Norman.Krause@transformco.com | First Class Mail and Email |
| Counsel to The J. M. Smucker Company | Tydings & Rosenberg LLP | Attn: Stephen B. Gerald<br>200 Continental Drive, Suite 401<br>Newark DE 19713 | sgerald@tydings.com | Email |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 | | First Class Mail |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Top 50 Unsecured Creditor | Uber Freight Us LLC | Attn: Steve Moore, Head of TM Operations<br>433 W Van Buren St<br>Chicago 60607 | steve.moore@uberfreight.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | UPS (Ocean Freight) | Attn: Steve McMichael, VP, UPS Ocean<br>28013 Network Place<br>Chicago IL 60673-1280 | Ssmcmichael@ups.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Vitamin Well USA LLC | Attn: Brian Kuz, Chief Sales Officer<br>3865 Grand View Blvd<br>Los Angeles CA 90066 | brian.kuz@vitaminwell.com | First Class Mail and Email |

In re: Franchise Group, Inc., et al.
Case No. 24-12480 (JTD)

Page 7 of 8

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 50 Unsecured Creditor | Wellness Pet LLC | Attn: Rebecca Dow, Corporate Controller<br>77 S Bedford St<br>Burlington MA 01803 | bdow@wellnesspet.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Weruva International Inc | Attn: Robert Holt, Director of Finance<br>17 Mercer Road<br>Natick MA 01760 | ar@Weruva.com | First Class Mail and Email |
| Top 50 Unsecured Creditor | Whirlpool | Attn: Dave Whitehead, VP & GM National Account Sales and Marketing<br>600 West Main Street<br>Benton Harbor MI 40922 | david_m_whitehead@whirlpool.com | First Class Mail and Email |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders | White & Case LLP | Attn: Bojan Guzina<br>111 S. Wacker Dr., Suite 5100<br>Chicago IL 60606 | bojan.guzina@whitecase.com | First Class Mail and Email |
| Counsel to Ad Hoc Group of Freedom Lenders | White & Case LLP | Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin Smith, Brett Bakemeyer<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | cshore@whitecase.com<br>sam.hershey@whitecase.com<br>azatz@whitecase.com<br>erin.smith@whitecase.com<br>brett.bakemeyer@whitecase.com | Email |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders, Ad Hoc Group of Freedom Lenders | White & Case LLP | Attn: Thomas Lauria<br>200 South Biscayne Boulevard, Suite 4900<br>Miami FL 33131 | tlauria@whitecase.com | First Class Mail and Email |
| Proposed Counsel to Debtors and Debtors In Possession | Willkie Farr & Gallagher LLP | Attn: Debra M. Sinclair, Matthew A. Feldman, Betsy L. Feldman, Joseph R. Brandt<br>787 Seventh Avenue<br>New York NY 10019 | dsinclair@willkie.com<br>mfeldman@willkie.com<br>bfeldman@willkie.com<br>jbrandt@willkie.com | Email |
| Proposed Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya<br>Rodney Square<br>1000 N. King Street<br>Wilmington DE 19801 | emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com | Email |
| Top 50 Unsecured Creditor | Zoo Med Laboratories Inc | Attn: David Dieter, Senior Director<br>3650 Sacramento Drive<br>San Luis Obispo CA 93401 | david@zoomed.com | First Class Mail and Email |

**<u>Exhibit B</u>**

Exhibit B
Banks Service List
Served as set forth below

| ADRID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 29487523 | American Savings Bank | Tess Jacinto, AVP-Pearlridge Asst Branch Manager | | | | tjacinto@asbhawaii.com | Email |
| 29487529 | Arvest Bank | Kennedy Merrill | | | | kmerrill@arvest.com | Email |
| 29478968 | Axos Bank | Attn: Treasury Management Dept | | | | TreasuryManagement@axosbank.com | Email |
| 29487521 | Bank of America, N.A. | Farai S. Sanyangore, Senior Vice President, Senior Relationship Manager | | | | farai.sanyangore@bofa.com | Email |
| 29487520 | Bank of America, N.A. | Maryann Miller, VP, Treasury Officer | | | | maryann.miller@bofa.com | Email |
| 29479724 | Bank of America, N.A. | Paula Nicholson, Assistant Vice President - Sales Support Associate | | | | paula.m.nicholson@bofa.com | Email |
| 29487530 | Bank of America, N.A. | Rudy Johnson | | | | rudy.c.johnson@bofa.com | Email |
| 29487531 | Centennial Bank | Jennifer Long | | | | jlong@my100bank.com | Email |
| 29478965 | CIBC Bank USA | Javier Gutierrez | | | | Javier.Gutierrez2@cibc.com | Email |
| 29478971 | Citizens Bank, N.A. | Ann Camero | | | | Ann.Camero@citizensbank.com | Email |
| 29479730 | Citizens Bank, N.A. | Ann Camero | | | | ann.camero@citizensbank.com | Email |
| 29478970 | Citizens Bank, N.A. | Dan Laurenzi | | | | Dan.Laurenzi@citizensbank.com | Email |
| 29478969 | Citizens Bank, N.A. | Stacy Sangermano | | | | Stacy.Sangermano@citizensbank.com | Email |
| 29479731 | Equity Bank | 7701 E. Kellogg, Suite 100 | | | | treasury@equitybank.com | Email |
| 29479732 | Fifth Third Bank | Clark Pore | | | | clark.pore@53.com | Email |
| 29479726 | First Bank of Clewiston | P.O. Box 1237 | Clewiston | FL | 33440 | | First Class Mail |
| 29479733 | First Commonwealth Bank | Katie Knight | | | | KKnight@fcbanking.com | Email |
| 29479734 | First Financial Bank | Kristen Howard | | | | Kristen.Howard@bankatfirst.com | Email |
| 29479708 | JP Morgan Chase | 2500 Westfield Drive | Elgin | IL | 60124 | | First Class Mail |
| 29479735 | JPMorgan Chase, N.A. | Amy Silverstein | | | | amy.silverstein@ccbsi.jpmorgan.com | Email |
| 29479720 | JPMorgan Chase, N.A. | Amy Silverstein | | | | Amy.Silverstein@jpmorgan.com | Email |
| 29479728 | JPMorgan Chase, N.A. | Amy Silverstein , Executive Director | | | | amy.silverstein@jpmorgan.com | Email |
| 29478966 | JPMorgan Chase, N.A. | Anna McCabe | | | | Anna.Mccabe@jpmorgan.com | Email |
| 29479719 | JPMorgan Chase, N.A. | Anna McCabe | | | | Anna.Mccabe@jpmorgan.com | Email |

Exhibit B
Banks Service List
Served as set forth below

| ADRID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 29479729 | JPMorgan Chase, N.A. | Anna McCabe , Vice President- Client Relationship Manager | | | | anna.mccabe@jpmorgan.com | Email |
| 29478967 | JPMorgan Chase, N.A. | Travis Wong | | | | Travis.Wong@jpmorgan.com | Email |
| 29478972 | JPMorgan Chase, N.A. | Travis Wong | | | | Travis.Wong@jpmorgan.com | Email |
| 29487524 | Keybank National Association | Alisa R. Renck, Sr. Treasury Client Management Officer | | | | Alisa_R_Renck@KeyBank.com | Email |
| 29479721 | Keybank National Association | Jeff Vergolini | | | | jeffrey_j_vergolini@keybank.com | Email |
| 29479736 | KeyBank National Association | Katie Glade | | | | Katie_B_Glade@keybank.com | Email |
| 29479737 | M&T Bank | 148 Vestal Pkwy | | | | TreasuryCenter@mtb.com | Email |
| 29479738 | PNC Bank, N.A. | Amy Townsell | | | | amy.townsell@pnc.com | Email |
| 29479723 | PNC Bank, N.A. | Chelsea Nakken | | | | Chelsea.Nakken@pnc.com | Email |
| 29479722 | PNC Bank, N.A. | July Ulloa | | | | July.Ulloa@pnc.com | Email |
| 29487526 | PNC Bank, N.A. | Lauren Keefe, Relationship Service Advisor | | | | Lauren.Keefe@pnc.com | Email |
| 29487525 | PNC Bank, N.A. | Nada Husseini, Vice President, Senior Relationship Service Advisor | | | | Nada.husseini@pnc.com | Email |
| 29479725 | Prosperity Bank | Ariana VanDusen, Vive President - Banking Center Manager | | | | ariana.vandusen@prosperitybankusa.com | Email |
| 29479739 | Regions Financial Corporation | Darren Messer | | | | Darren.Messer@regions.com | Email |
| 29487522 | Regions Financial Corporation | Sarah Tront, Commercial Relationship Assistant | | | | Sarah.tront@regions.com | Email |
| 29479740 | Simmons Bank | Joy Kinney | | | | Joy.Kinney@simmonsbank.com | Email |
| 29479741 | Southern Bank | Kelsey Bales | | | | KBales@bankwithsouthern.com | Email |
| 29479727 | TD Bank | 1701 Marlton Pike East | Cherry Hill | NJ | 08034 | | First Class Mail |
| 29487527 | Truist Bank | 214 North Tryon Street | Charlotte | NC | 28202 | | First Class Mail |
| 29487532 | US Bank | Emily Whittaker | | | | emily.whittaker@usbank.com | Email |
| 29487528 | US Bank | Kathy S Wollmuth , Commercial Bkg Client Rep | | | | kathy.s.wollmuth@usbank.com | Email |
| 29487533 | Wells Fargo Bank, N.A. | Todd Lisowski | | | | todd.lisowski@wellsfargo.com | Email |

In re: Franchise Group, Inc., *et al.*
Case No. 24-12480 (JTD)

Page 2 of 2