# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA FOR VIRTUAL HEARING OF MATTERS SCHEDULED FOR NOVEMBER 21, 2024 AT 4:30 P.M. (ET)

*[Continued on Next Page]*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

> **This proceeding will be conducted remotely via Zoom.**
>
> **Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by one-hour prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**
>
> **To attend this hearing remotely, please register using the eCourtAppearances tool (available here or on the Court's website, http://www.deb.uscourts.gov/ecourt-appearances)**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

## MATTER GOING FORWARD

1. Notice of Filing Proposed Second Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Shippers & Logistics Providers, and 503(b)(9) Claimants; and (II) Granting Related Relief [D.I. 176, 11/14/24]

    Objection Deadline:    November 21, 2024 at 4:00 p.m. (ET)

    Related Documents:

    A. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Shippers & Logistics Providers, and 503(b)(9) Claimants; and (II) Granting Related Relief [D.I. 10, 11/3/24]

    B. Certification of Counsel Submitting Revised Proposed Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Shippers & Logistics Providers, and 503(b)(9) Claimants; and (II) Granting Related Relief [D.I. 122, 11/6/24]

    C. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Shippers & Logistics Providers, and 503(b)(9) Claimants; and (II) Granting Related Relief [D.I. 129, 11/6/24]

    D. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 137, 11/7/24]

<u>Responses Received</u>:

 E. Informal Objection from the Ad Hoc Group of Freedom Lenders

<u>Status</u>: This matter is going forward.

Dated: November 21, 2024
   Wilmington, Delaware

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

        */s/ Shella Borovinskaya*
        Edmon L. Morton (Del. No. 3856)
        Matthew B. Lunn (Del. No. 4119)
        Allison S. Mielke (Del. No. 5934)
        Shella Borovinskaya (Del. No. 6758)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253
        emorton@ycst.com
        mlunn@ycst.com
        amielke@ycst.com
        sborovinskaya@ycst.com

        -and-

        **WILLKIE FARR & GALLAGHER LLP**
        Debra M. Sinclair (admitted *pro hac vice*)
        Matthew A. Feldman (admitted *pro hac vice*)
        Betsy L. Feldman (Del. No. 6410)
        Joseph R. Brandt (admitted *pro hac vice*)
        787 Seventh Avenue
        New York, New York 10019
        Telephone: (212) 728-8000
        Facsimile: (212) 728-8111
        dsinclair@willkie.com
        mfeldman@willkie.com
        bfeldman@willkie.com
        jbrandt@willkie.com

        *Proposed Co-Counsel to the Debtors*
        *and Debtors in Possession*