**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) Case No. 24-12480 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC (collectively, the "Client") hereby appears by and through the below named attorneys (collectively, "Counsel"). Counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned case. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

copies of all papers served or required to be served in these chapter 11 cases, including but not limited

to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions,

applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters

arising herein or in any related adversary proceeding, be given and served upon the Client through

service upon Counsel, at the address, telephone, and facsimile numbers set forth below:

| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **KLEHR HARRISON HARVEY** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **BRANZBURG LLP** |
| Steven N. Serajeddini P.C. | Domenic E. Pacitti, Esq. |
| 601 Lexington Avenue | 919 N. Market Street, Suite 1000 |
| New York, New York 10022 | Wilmington, Delaware 19801-3062 |
| Telephone: (212) 446-4800 | Telephone: (302) 426-1189 |
| Email: steven.serajeddini@kirkland.com | Email: dpacitti@klehr.com |
| | |
| -and- | -and- |
| | |
| Connor K. Casas, Esq. | Morton R. Branzburg, Esq. |
| 333 West Wolf Point Plaza | 1835 Market Street, Suite 1400 |
| Chicago, Illinois 60654 | Philadelphia, Pennsylvania 19103 |
| Telephone: (312) 862-2000 | Telephone: (215) 569-2700 |
| Email: connor.casas@kirkland.com | Email: mbranzburg@klehr.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the above-

mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions,

petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral,

transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for

Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of

the rights of the Client including, without limitation, to (i) have final orders in non-core matters

entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in

this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference

withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights,

11230341.v1

claims, actions, defenses, setoffs, or recoupments to which the Client may be entitled in law or in

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: November 21, 2024<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801-3062<br>Telephone: (302) 426-1189<br>Email: dpacitti@klehr.com |

-and-

Morton R. Branzburg
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
Email: mbranzburg@klehr.com

-and-

Steven N. Serajeddini P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Email: steven.serajeddini@kirkland.com

-and-

Connor K. Casas, Esq.
**KIRKLAND & ELLIS LLC**
**KIRKLAND & ELLIS INTERNATIONAL LLC**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: connor.casas@kirkland.com

*Counsel to Blue Owl Real Estate Capital LLC, BCDC*
*Portfolio Owner LLC, and BCHQ Owner LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I, Domenic E. Pacitti, hereby certify that on the 21st day of November 2024, a true and correct copy of the *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)

11230341.v1