# UNITED STATES BANKRUPTCY COURT
## District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

*To: Shella Borovinskaya*
*Young Conaway Stargatt & Taylor, LLP*
*Rodney Square*
*1000 North King Street*
*Wilmington, DE 19801*

**RE:** *Franchise Group, Inc., et al 24−12480*

  Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **December 13, 2024** at **2:00 P.M. E.T.**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

  Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

  Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before November 22, 2024 and file the Notice and Certificate of Service with the Court no later than November 29, 2024.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 11/19/24

*Una O'Boyle*

Una O'Boyle, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 24-12480-JTD |
| Franchise Group, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 10 |
| Date Rcvd: Nov 19, 2024 | Form ID: van472 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

**Recip ID        Recipient Name and Address**
db              + Franchise Group, Inc., 109 Innovation Court, Suite J, Delaware, OH 43015-7759

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

**Name              Email Address**

Adam G. Landis
    on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Alexander R. Steiger
    on behalf of Interested Party B. Riley Principal Investments  LLC and its affiliates steiger@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Allison S Mielke
    on behalf of Debtor Franchise Group Newco BHF  LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
    on behalf of Debtor Franchise Group Intermediate Holdco  LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
    on behalf of Debtor Franchise Group  Inc. amielke@ycst.com, bankfilings@ycst.com

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 10 |
| Date Rcvd: Nov 19, 2024 | Form ID: van472 | Total Noticed: 1 |

Allison S Mielke
    on behalf of Debtor Franchise Group Intermediate S LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
    on behalf of Debtor Franchise Group Newco Intermediate AF LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
    on behalf of Debtor WNW Franchising LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
    on behalf of Debtor Franchise Group Newco PSP LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
    on behalf of Debtor Franchise Group Intermediate PSP LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
    on behalf of Debtor Franchise Group Intermediate SL LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
    on behalf of Debtor Franchise Group Intermediate L LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
    on behalf of Debtor Franchise Group Intermediate BHF LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
    on behalf of Debtor Franchise Group Intermediate V LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
    on behalf of Debtor Franchise Group New Holdco LLC amielke@ycst.com, bankfilings@ycst.com

Amanda R. Steele
    on behalf of Interested Party B. Riley Principal Investments LLC and its affiliates steele@rlf.com

Andrew Matott
    on behalf of Interested Party Wilmington Trust National Association matott@sewkis.com

Andrew T Zatz
    on behalf of Interested Party Ad Hoc Group of Freedom Lenders azatz@whitecase.com isilverbrand@whitecase.com;mco@whitecase.com

Benjamin Joseph Steele
    on behalf of Other Prof. Kroll Restructuring Administration LLC ecf@primeclerk.com

Betsy Lee Feldman
    on behalf of Debtor Franchise Group Inc. bfeldman@willkie.com, bankfilings@ycst.com;maosbny@willkie.com

Brett Michael Haywood
    on behalf of Interested Party JP Morgan Chase N.A., as Prepetition ABL Agent bhaywood@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;jjones@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;jjones@potteranderson.com

Brian E Farnan
    on behalf of Interested Party Ad Hoc Group of Freedom Lenders bfarnan@farnanlaw.com tfarnan@farnanlaw.com

Charles S. Stahl, Jr.
    on behalf of Creditor Raymond Leasing Corporation cstahl@smbtrials.com

Christopher S. Murphy
    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division hristopher.murphy@oag.texas.gov, sherri.simpson@oag.texas.gov

Dana S. Plon
    on behalf of Creditor Paoli Shopping Center Limited Partnership Phase II dplon@sirlinlaw.com

Daniel Fliman
    on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders danfliman@paulhastings.com michaelmagzamen@paulhastings.com;matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;jeremyevans@paulhastings.com;jaymegoldstein@paulhastings.com

Debra McElligott Sinclair
    on behalf of Debtor Franchise Group Inc. dsinclair@willkie.com, mao@willkie.com

Diane W. Sanders
    on behalf of Creditor McLennan County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor City of McAllen austin.bankruptcy@publicans.com

Diane W. Sanders
    on behalf of Creditor Kerr County austin.bankruptcy@publicans.com

| Name | Details |
|---|---|
| Diane W. Sanders | on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Don Stecker | on behalf of Creditor City of El Paso don.stecker@lgbs.com |
| Edmon L. Morton | on behalf of Debtor Freedom VCM Interco Holdings Inc. bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Freedom VCM Inc. bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor WNW Stores LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Franchise Group Inc. bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Franchise Group Newco V LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Home & Appliance Outlet LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor American Freight FFO LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Freedom VCM Holdings LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Freedom VCM Interco Inc. bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Freedom Receivables II LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Franchise Group Newco SL LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor PSP Distribution LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Pet Supplies "Plus" LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Franchise Group Newco S LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Freedom VCM Receivables Inc. bankfilings@ycst.com |
| Eric S. Goldstein | on behalf of Creditor Sayville Plaza Development LLC egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com |
| Ericka Fredricks Johnson | on behalf of Interested Party Kin Properties Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| Ethan Hans Sulik | on behalf of Interested Party JP Morgan Chase N.A., as Prepetition ABL Agent esulik@potteranderson.com |
| Hiram Abif Gutierrez | on behalf of Creditor Brownsville Independent School District edinburgbankruptcy@pbfcm.com |
| Isaac Sasson | on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders isaacsasson@paulhastings.com |
| Jeffrey Kurtzman | on behalf of Creditor Oxford Valley Road Associates L.P. kurtzman@kurtzmansteady.com |
| Jeffrey Rhodes | on behalf of Interested Party Kin Properties Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., jrhodes@tlclawfirm.com |
| Jeremy William Ryan | on behalf of Interested Party JP Morgan Chase N.A., as Prepetition ABL Agent jryan@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 10 |
| Date Rcvd: Nov 19, 2024 | Form ID: van472 | Total Noticed: 1 |

John Christopher Shore
    on behalf of Interested Party Ad Hoc Group of Freedom Lenders cshore@whitecase.com
    caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Henry Knight
    on behalf of Interested Party B. Riley Principal Investments LLC and its affiliates knight@rlf.com,
    RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com

John Kendrick Turner
    on behalf of Creditor City Of Allen dallas.bankruptcyr@lgbs.com    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Hopkins County dallas.bankruptcyr@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Parker CAD dallas.bankruptcyr@lgbs.com    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Ellis county dallas.bankruptcyr@lgbs.com    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Wise County dallas.bankruptcyr@lgbs.com    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Town of Prosper dallas.bankruptcyr@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Navarro County dallas.bankruptcyr@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Sulphur Springs ISD dallas.bankruptcyr@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Prosper ISD dallas.bankruptcyr@lgbs.com    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor City of Carrollton dallas.bankruptcyr@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor City of Wylie dallas.bankruptcyr@lgbs.com    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Grayson County dallas.bankruptcyr@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Lewisville ISD dallas.bankruptcyr@lgbs.com    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Smith County dallas.bankruptcyr@lgbs.com    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor City Of Sulphur Springs dallas.bankruptcyr@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Irving ISD dallas.bankruptcyr@lgbs.com    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Tarrant County dallas.bankruptcyr@lgbs.com    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor City of Frisco dallas.bankruptcyr@lgbs.com    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Kaufman County dallas.bankruptcyr@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Northwest ISD dallas.bankruptcyr@lgbs.com    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Dallas County dallas.bankruptcyr@lgbs.com    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Tom Green CAD dallas.bankruptcyr@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 5 of 10 |
| Date Rcvd: Nov 19, 2024 | Form ID: van472 | Total Noticed: 1 |

John Kendrick Turner
    on behalf of Creditor Rockwall CAD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Gregg County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Allen ISD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John R. Ashmead
    on behalf of Interested Party Wilmington Trust National Association ashmead@sewkis.com, matott@sewkis.com;managingclerkoffice@sewkis.com

Jordan Williams
    on behalf of Interested Party Wilmington Trust National Association jordan.williams@blankrome.com

Joseph H Lemkin
    on behalf of Creditor Peoria Rental Properties LLC jlemkin@stark-stark.com

Joseph H. Baldiga
    on behalf of Creditor New Westgate Mall LLC jbaldiga@mirickoconnell.com

Julie Anne Parsons
    on behalf of Creditor Burnet Central Appraisal District jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Brazos County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Julie Anne Parsons Bowie Central Appraisal District jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Williamson County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor City of Waco/Waco ISD/La Vega ISD jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Denton County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Guadalupe County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Tax Appraisal District of Bell County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Hays County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Midland Central Appraisal District jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Justin Cory Falgowski
    on behalf of Creditor CTO24 Carolina LLC as successor in interest to DDR Carolina Pavilion, LP jfalgowski@burr.com

Justin Cory Falgowski
    on behalf of Creditor Sylvan Park Apartments LLC jfalgowski@burr.com

Justin Cory Falgowski
    on behalf of Creditor Comenity Capital Bank jfalgowski@burr.com

Karen M. Grivner
    on behalf of Creditor VS Tempe LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor Crossroads Centre II LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
    on behalf of Creditor Surprise Towne Center Holdings LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Kevin G. Collins
    on behalf of Interested Party Drink LMNT Inc. kevin.collins@btlaw.com, klytle@btlaw.com

Kristen N. Pate
    on behalf of Creditor Brookfield Properties Retail Inc. bk@bpretail.com

Kristin L McElroy

District/off: 0311-1  User: admin  Page 6 of 10
Date Rcvd: Nov 19, 2024  Form ID: van472  Total Noticed: 1

on behalf of Debtor Franchise Group Inc. KMcElroy@ycst.com

Kroll Restructuring Administration LLC
info@ra.kroll.com

L Katie Mason
on behalf of Creditor Whirlpool Corporation katie.mason@quarles.com docketwi@quarles.com

Laura J. Monroe
on behalf of Creditor Lubbock Central Appraisal District et al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Laurel D. Roglen
on behalf of Creditor ShopOne Centers REIT Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Brixmor Operating Partnership LP roglenl@ballardspahr.com carbonej@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor FR Grossmont LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Continental Realty Corporation roglenl@ballardspahr.com carbonej@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Azalea Joint Venture LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Prime/FRIT Mission Hills LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com friedmanm@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Continental Realty Corporation heilmanl@ballardspahr.com friedmanm@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com friedmanm@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor ShopOne Centers REIT Inc. heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor FR Grossmont LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Prime/FRIT Mission Hills LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Azalea Joint Venture LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Louis F. Solimine
on behalf of Interested Party LU Candlers Station Holdings LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

Margaret A. Vesper
on behalf of Creditor Continental Realty Corporation vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Brixmor Operating Partnership LP vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Azalea Joint Venture LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Prime/FRIT Mission Hills LLC vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor ShopOne Centers REIT Inc. vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor FR Grossmont LLC vesperm@ballardspahr.com

Mark L. Desgrosseilliers
on behalf of Interested Party Hilco Merchant Resources LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com

Matthew B. McGuire

Case 24-12480-JTD    Doc 220    Filed 11/21/24    Page 8 of 11

| District/off: 0311-1 | User: admin | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: van472 | Total Noticed: 1 |

| | |
|---|---|
| Matthew B. McGuire | on behalf of Interested Party Ad Hoc Group of First Lien Lenders mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com |
| | on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com |
| Matthew Barry Lunn | on behalf of Debtor Betancourt Sports Nutrition LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor Buddy's Newco LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor American Freight Outlet Stores LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor American Freight Group LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor Franchise Group Intermediate B LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor Educate Inc. mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor Vitamin Shoppe Procurement Services LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor American Freight Holdings LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor American Freight Management Company LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor Buddy's Franchising and Licensing LLC mlunn@ycst.com  bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor Franchise Group Acquisition TM LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor American Freight Franchisor LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor American Freight Franchising LLC mlunn@ycst.com, bankfilings@ycst.com |
| Michael J. Farnan | on behalf of Interested Party Ad Hoc Group of Freedom Lenders mfarnan@farnanlaw.com  tfarnan@farnanlaw.com |
| Monique Bair DiSabatino | on behalf of Creditor Harvest Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Valrico Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Orchard Square Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Southfield Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Fairlawn Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Summerville Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Jensen Beach Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Hampton Village Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Village Mooresville Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Lakewood (Ohio) Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Chapel Hill North Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | |

| | |
|---|---|
| | on behalf of Creditor Phillips Edison & Company monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Shoregate Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Memorial Kirkwood Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Atlantic Plaza Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Rainbow Station North LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Golden Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Stone Gate Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Hamilton Ridge Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Five Town Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Fairfield Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Edgewood Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Hartville Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Wheat Ridge Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Patrick A. Jackson | |
| | on behalf of Creditor United Parcel Service Patrick.jackson@faegredrinker.com cathy.greer@faegredrinker.com |
| Phillip Wesley Nelson | |
| | on behalf of Creditor Alter Domus (US) LLC phillip.nelson@hklaw.com hapi@hklaw.com |
| Rachel B. Mersky | |
| | on behalf of Creditor Kimco Realty Corporation rmersky@monlaw.com |
| Rachel B. Mersky | |
| | on behalf of Creditor 2205 Federal Investors  LLC rmersky@monlaw.com |
| Reliable Companies | |
| | gmatthews@reliable-co.com |
| Ronald Mark Tucker | |
| | on behalf of Creditor Simon Property Group  Inc. rtucker@simon.com, bankruptcy@simon.com |
| Samuel Paul Hershey | |
| | on behalf of Interested Party Ad Hoc Group of Freedom Lenders sam.hershey@whitecase.com |
| Scott E. Blakeley | |
| | on behalf of Creditor Doctor's Best Inc. seb@blakeleylc.com ecf@blakeleyllp.com |
| Sergio E. Garcia | |
| | on behalf of Creditor Copperas Cove Independent School District austinbankruptcy@pbfcm.com |
| Sergio E. Garcia | |
| | on behalf of Creditor c/o Sergio E. Garcia Kerrville Independent School District austinbankruptcy@pbfcm.com |
| Sergio E. Garcia | |
| | on behalf of Creditor Kerrville Independent School District austinbankruptcy@pbfcm.com |
| Shannah L. Colbert | |
| | on behalf of Creditor New Westgate Mall LLC scolbert@mirickoconnell.com |
| Shella Borovinskaya | |
| | on behalf of Debtor PSP Franchising  LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor Vitamin Shoppe Franchising  LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor PSP Service Newco  LLC sborovinskaya@ycst.com, bankfilings@ycst.com |

| | |
|---|---|
| Shella Borovinskaya | on behalf of Debtor American Freight LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor PSP Subco LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor Valor Acquisition LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor Vitamin Shoppe Mariner LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor Vitamin Shoppe Industries LLC sborovinskaya@ycst.com bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor Vitamin Shoppe Florida LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor PSP Group LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor PSP Stores LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor PSP Midco LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor Franchise Group Inc. sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor Vitamin Shoppe Global LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Stanley B. Tarr | on behalf of Interested Party Wilmington Trust National Association stanley.tarr@blankrome.com |
| Stephen B Gerald | on behalf of Creditor Amazing Organics LLC t/a Amazing Herbs sgerald@tydings.com |
| Stephen B Gerald | on behalf of Creditor The J. M. Smucker Company sgerald@tydings.com |
| Stuart R. Lombardi | on behalf of Debtor Franchise Group Inc. slombardi@willkie.com, slombardi@willkie.com |
| Susan R Fuertes | on behalf of Creditor Harris County ATTN: Property Tax Division susan.fuertes@harriscountytx.gov |
| Tara L. Grundemeier | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris County houston_bankruptcy@lgbs.com |
| Thomas E Lauria | on behalf of Interested Party Ad Hoc Group of Freedom Lenders tlauria@whitecase.com mco@whitecase.com |
| Timothy Jay Fox, Jr. | on behalf of U.S. Trustee U.S. Trustee timothy.fox@usdoj.gov |
| Turner Falk | on behalf of Creditor Fairlawn Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Edgewood Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Memorial Kirkwood Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Village Mooresville Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Phillips Edison & Company turner.falk@saul.com tnfalk@recap.email |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 10 of 10 |
| Date Rcvd: Nov 19, 2024 | Form ID: van472 | Total Noticed: 1 |

Turner Falk
    on behalf of Creditor Orchard Square Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Lakewood (Ohio) Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Golden Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Valrico Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Chapel Hill North Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Atlantic Plaza Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Stone Gate Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Hampton Village Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Harvest Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Shoregate Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Wheat Ridge Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Rainbow Station North LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Fairfield Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Jensen Beach Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Five Town Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Summerville Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Hamilton Ridge Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Southfield Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Creditor Hartville Station LLC turner.falk@saul.com tnfalk@recap.email

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

William McDonald, III
    on behalf of Creditor BREIT Canarsie Owner LLC wmcdonald@shopcore.com

William A. Hazeltine
    on behalf of Creditor Whirlpool Corporation whazeltine@sha-llc.com

William L. Siegel
    on behalf of Creditor Korber Supply Chain US  Inc. bsiegel@cowlesthompson.com, brodela@cowlesthompson.com

Yara Kass-Gergi
    on behalf of Debtor Franchise Group  Inc. ykass-gergi@willkie.com

TOTAL: 240