# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

## W. SILVER PRODUCTS, LLC'S NOTICE OF RECLAMATION DEMAND FOR PRODUCTS RECEIVED BY BUDDY'S NEWCO, LLC.

TO THE HONORABLE JOHN T. DORSEY, CHIEF UNITED STATES BANKRUPTCY JUDGE, and to the Debtors:

PLEASE TAKE NOTICE that W. Silver Products, LLC, as creditor, files this Notice of Reclamation Demand for Products Received by Buddy's Newco, LLC pursuant to 11 U.S.C. § 546(c) to reclaim certain goods delivered to Buddy's Newco, LLC d/b/a Buddy's Home Furnishings within the statutorily defined time frame applicable to reclamation. The subject goods were sold to Buddy's Newco, LLC in the ordinary course of business and were received by Buddy's Newco, LLC while it was insolvent, within 45 days before the commencement of this Chapter 11 action. *See* 11 USC §546(c). Attached hereto is W. Silver Products, LLC's formal reclamation demand directed to Buddy's Newco, LLC's counsel of record and dated November 22, 2024. *See* Ex. 1, Reclamation Demand Letter.

FURTHER, by this Notice, W. Silver Products, LLC reserves all rights and remedies available to it under the Bankruptcy Code, the Uniform Commercial Code, and other applicable state and federal law, including the right to receive payment of an administrative expense under

11 USC § 503(b)(9)[1]; the right to assert that W. Silver Products, LLC retains title to the subject goods; and the right to amend or supplement this Notice.

Respectfully submitted,

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

and

Robert R. Feuille
**SCOTTHULSE** **PC**
One San Jacinto Plaza
201 E. Main, 11th Floor
P.O. Box 99123
El Paso, Texas 79999-9123
(915) 533-2493
(915) 546-8333 Telecopier
bfeu@scotthulse.com

*Attorney for Creditor*
W. SILVER PRODUCTS, LLC

---

[1] 11 USC § 503 allows an entity to timely file a request for payment of an administrative expense, and after notice and a hearing, to receive payment for administrative expenses, including "the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." 11 U.S.C.A. § 503(a)–(b)(9); *see also* 11 USC § 546(c)(2) (stating "[i]f a seller of goods fails to provide notice [for reclamation] in the manner described in paragraph (1), the seller may assert the rights contained in section 503(b)(9)").



**ROBERT FEUILLE**

LICENSED IN TEXAS

WRITER'S DIRECT TELEPHONE:
(915) 546-8213

EMAIL:
RFEU@SCOTTHULSE.COM

EL PASO
201 EAST MAIN DRIVE, SUITE 1100
EL PASO, TEXAS 79901

TELEPHONE (915) 533-2493
FACSIMILE (915) 546-8333

LAS CRUCES
201 NORTH CHURCH STREET, SUITE 201
LAS CRUCES, NEW MEXICO 88001

TELEPHONE (575) 522-0765
FACSIMILE (575) 522-0006

November 22, 2024

**V**IA **C**ERTIFIED **M**AIL, **R**ETURN **R**ECEIPT **R**EQUESTED, AND **F**IRST **C**LASS **M**AIL
**AND E-MAIL**
Matthew Barry Lunn
Young, Conaway, Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801
302-571-6600
mlunn@ycst.com

Debra M. Sinclair
Matthew A. Feldman
Betsy L. Feldman
Joseph R. Brandt
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com
jbrandt@willkie.com

## DEMAND FOR RECLAMATION OF GOODS RECEIVED BY BUDDY'S NEWCO, LLC.

Dear Counsel:

This Firm represents W. Silver Products, LLC, a creditor in the bankruptcy case pending in the United States Bankruptcy Court for the District of Delaware, styled *In re Franchise Group, Inc.*, *et al.* 24-12480-JTD. The undersigned counsel writes this Demand For Reclamation of Goods Received By Buddy's Newco, LLC to preserve W. Silver Products, LLC's rights under section 546(c) of the Bankruptcy Code. *See* 11 USC § 546(c). Accordingly, W. Silver Products, LLC hereby demands the reclamation and immediate return of all the

Matthew Barry Lunn
Young, Conaway, Stargatt & Taylor LLP
November 22, 2024
Page 2 of 2

goods it sold to Buddy's Newco LLC and that Buddy's Newco LLC received within 45 days before the commencement of the abovementioned bankruptcy action, including but not limited to those goods identified in the invoices attached to this Demand as Exhibit A.

Notwithstanding this Demand, W. Silver Products, LLC further reserves its rights under section 503(b)(9) of the Bankruptcy Code to assert a claim for payment of an administrative expense for the value of goods received by Buddy's Newco, LLC within 20 days before the date of commencement of this bankruptcy action. Moreover, W. Silver Products, LLC asserts it does not waive, and this Notice should not be construed to limit, any other rights, claims, or remedies it may have against Buddy's Newco LLC for the payment or return of the subject goods.

Further, W. Silver Products, LLC reserves the right to supplement this Demand to identify additional goods it sold and delivered to Buddy's Newco, LLC within the statutorily defined time frame applicable to reclamation. In the event it must supplement this Demand, W. Silver Products, LLC will provide supporting invoices or other documentation upon request. W. Silver Products, LLC expressly disclaims any obligation vendors might assert against it with respect to the subject goods.

Very truly yours,

SCOTTHULSE<sup>PC</sup>

Robert Feuille

# Exhibit A

Invoices



## INVOICE

9059 DONIPHAN DR.
VINTON, TEXAS, 79821
Phone: 888-737-3102
Fax: (915) 886-5610

**Remit To:**
W. SILVER PRODUCTS, LLC.
9059 DONIPHAN DR.
VINTON, TEXAS, 79821

| Invoice | 137511 |
|---|---|
| Invoice Date | 13-Sep-2024 |
| Order | 138914 |
| Cust PO Number: | PO0542202408023 |
| Customer | 811050 |
| valid if paid before | 13-Oct-2024 |

*WWE*

**Invoice To:**

BUDDY'S NEWCO LLC DBA BUDDY'S HOME FURNISHIN
8529 SOUTHPARK CIRCLE
STE 150
ORLANDO, FL 32819

*2410020747*

**Phone:** (813) 623-5461   **Fax:** () - *809026*

**Deliver To:**

BUDDY'S HOME FURNISHINGS/ BB BHF STORES LLC.
1703 N. CHURCH ST
BURLINGTON, NC 27217-

**Phone:** (336) 228-8668    **Fax:** () -

| Line No. | Part Code | Description | Quantity | Uom | Price | Uom | Value | Tariff |
|---|---|---|---|---|---|---|---|---|
| 1 | FIDFR-T | Stormor Ideal Frame Twin Size | 2 | EA | 52.00 | EA | 104.00 | |
| 2 | FIDFR-Q | Stormor Ideal Frame Queen Size | 6 | EA | 70.00 | EA | 420.00 | |
| 3 | FIDFR-K_1 | FIDFR-K  High Rise platform King | 2 | EA | 80.00 | EA | 160.00 | |
| 4 | S281Q | S280Q Foldable Adjustable Bed QUEEN Pepper Color Silver Series 28 | 1 | EA | 325.00 | EA | 325.00 | |
| 5 | FIDFR-F_1 | FIDFR-F  High Rise platform Full | 2 | EA | 68.00 | EA | 136.00 | |
| 6 | S281K | S280K Foldable Adjustable Bed King Pepper Color Silver Series 28 | 1 | EA | 395.00 | EA | 395.00 | |

*159370*

*SEFL*
*388278269*

**Terms:** Net 30 Days
**Comments**

| | |
|---|---|
| Line Totals | 1,540.00 |
| Total Tax | 0.00 |
| Freight | 0.00 |
| Discount | 0.00 |
| Miscellaneous | 0.00 |
| Total Invoice Value   USD | 1,540.00 |

Page 1 of 1



**05**
**Dock Drop-Off**

### BILL OF LADING
**BOL#225441682**

9059 DONIPHAN DR
VINTON, TEXAS, 7982
Phone: 888-737-3102
Fax: (915) 886-5610

FOB:   FOB_Destination

Dispatch Number: 157112_1
Order Number: 138914
Customer Number: 811050
Ship Via: N30
Delivery Instructions: FREIGHT PREPAID
Customer PO#: PO0542202408023

**SOLD TO: BUDDY'S HOME FURNISHINGS/ BB BH**
BUDDY'S HOME FURNISHINGS/ BB BH
1703 N. CHURCH ST
BURLINGTON, NC 27217-

Phone: (336) 228-8668

| Line | Product Description | Part Number | Lot # | Requested Date | Bundles | Pieces | Weight |
|------|---------------------|-------------|-------|----------------|---------|--------|--------|
| 1 | Stormor Ideal Frame Twin Size | FIDFR-T | | 05-Sep-2024 | 2 | 2 | 51.18 |
| 2 | Stormor Ideal Frame Queen Size | FIDFR-Q | | 05-Sep-2024 | 6 | 6 | 271.92 |
| 3 | FIDFR-K   High Rise platform King | FIDFR-K_1 | | 05-Sep-2024 | 2 | 2 | 100.00 |
| 4 | S280Q Foldable Adjustable Bed QUEEN Pepper Color Silver Series 28 | S281Q | | 05-Sep-2024 | 1 | 1 | 161.00 |
| 5 | FIDFR-F   High Rise platform Full | FIDFR-F_1 | | 05-Sep-2024 | 2 | 2 | 78.98 |
| 6 | S280K Foldable Adjustable Bed King Pepper Color Silver Series 28 | S281K | | 05-Sep-2024 | 1 | 1 | 161.00 |

**FREIGHT CHARGES BILL TO**

Name:   W Silver Products c/o Worldwide Express
Address:  2323 Victory Ave. Suite 1600
City/State/Zip:  Dallas,TX 75219

**SK#1- 216 LBS 78X48X14 CLASS 125**
**SK#2- 163 LBS 66X46X14 CLASS 125**
**SK#3- 467 LBS 78X48X43 CLASS 175**

CARRIER'S LIABILITY LTD TO MAX OF $10.00/LB. TARIFFS NMF 100 & SEFL 1990.

| 24 | SEFL | 3882 7826-9 |

PHYSICAL PIECES
| PLTS HND | LPCS HND | TPCS HND | tot. PCS |

PHYSICAL SHIPPER (IF DIFFERENT FROM B/L)

Comments
RECEIVING HOURS ARE MONDAY- TUESDAY -THURSDAY AND FRIDAY 10:00 AM - 5:00PM
*CLOSED ON WEDNESDAYS*
LIFT GATE IS REQUIRED
NO INSIDE DELIVERY OR HAND UNLOADING CHARGES WILL BE APPROVED
STEEL BED FRAMES
ADJUSTABLE BEDS

**05**
**Dock Drop-Off**

**3 SKIDS**

Date Printed: 9/12/2024

3 (LTS)

STC   14 BXS

| Totals: | 14.0000 PCS |
| **846 LBS** | |

**09/12/2024**

Date Shipped

**ANTHONY CARRILLO**

Loaded By

Driver Signature

_____ 20240913

Received By & Date

**Via SOUTHEASTERN FREIGHT LINES - SEFL on September 16, 2024**

| | | | |
|---|---|---|---|
| Account# | W308184229 | Shipper | Consignee |
| PRO# | 388278285 | W SILVER PRODUCTS | BUDDYS HOME FURNISHINGS |
| BOL# | 225442102 | % SEFL DOCK | 4631 WESTBANK EXPY |
| Sales Order # | 138917 | EL PASO TX 79907 | MARRERO LA 70072 |

| PCS | PKG | Description | Class | Weight | | Paid by due date |
|---|---|---|---|---|---|---|
| | PCS | 6PC STORMOR IDEAL FRAME QUEEN SIZE | 85 | 272 | $ | 43.18 |
| | PCS | 1PC FOLDABLE ADJUSTABLE BED KING | 85 | 161 | $ | 30.84 |
| | PCS | 1PC FOLDABLE ADJUSTABLE BED QUEEN | 85 | 161 | $ | 24.67 |
| | | DEFICIT WGHT | | 154 | $ | 24.67 |
| | | FUEL SURCHARGE | | | $ | 21.59 |
| | PCS | 2PC HIGH RISE PLATFORM KING | 85 | 100 | $ | 12.34 |
| | PCS | 2PC HIGH RISE PLATFORM FULL | 85 | 79 | $ | 7.71 |
| | PCS | 2PC STORMOR IDEAL FRAME TWIN SIZE | 85 | 51 | $ | 6.17 |
| | PCS | PALLET WEIGHT | 85 | 22 | $ | 4.63 |
| Total | | | | | | Total |
| | | | | 1,000 | $ | 175.80 |

# SOUTHEASTERN FREIGHT LINES, INC. (SEFL)
P.O. BOX 1691 COLUMBIA, S.C. 29202 - FED. ID #57-0301199

**Delivery Receipt**

| SEFL FREIGHT BILL NUMBER | PAGE |
|---|---|
| 400026520-D/H | 1 OF 1 |

**CONSIGNEE**
W SILVER PRODUCTS
9058 DONIPHAN DR

VINTON                          TX
                                79821

**SHIPPER**
SEFL - GBO
8718 WEST MARKET STREET

GREENSBORO                      NC
                                27409

| ORIGIN | DEST | SEFL PICKUP DATE | COMMITTED DELIVERY DATE |
|---|---|---|---|
| GBO | ELP | 09/20/24 | 09/26/24 |

| SHIPPERS NO. OR B/L NO. | P.O. NUMBER |
|---|---|
| 225441682 | PO0542202408 |

| MASTER REVENUE PRO | SEFL AMOUNT | C/LINE AMOUNT |
|---|---|---|
| 388278269 | | |

**SPECIAL INSTRUCTIONS / DRIVER INSTRUCTIONS**
L I F T G A T E  REQUIRED!!
APPOINTMENT

** DEADHEAD **

*QUALITY WITHOUT QUESTION  -  VISIT WWW.SEFL.COM OR CALL US AT  915-592-7600*

| TRAILER | ORIGIN CARRIER | ORIGINATING CARRIER FREIGHT BILL NUMBER | INTERLINE PRO DATE | DELIVERING CARRIER | SEFL ROUTE |
|---|---|---|---|---|---|
| 484759 | | | | | LAS |

| APPT DATE | APPT TIME | CONSIGNEE PHONE NUMBER | APPOINTMENT REMARKS |
|---|---|---|---|
| 09/26/24 | 08:00 - 14:00 | 888-737-3102 | |

**BILL-TO**

| PIECES | HM | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | TYPE CHARGE / CLASS | WEIGHT | RATE | REVENUE |
|---|---|---|---|---|---|---|
| 1 | | FAK | | 20 | | |
| 1 | | | TOTAL | 20 | | |
| | | *** ALL WEIGHTS IN LBS *** | | | | |
| | | ORIGINAL PRO: 388278269 | | | | |
| | | RTS INSPECTION AND CREDIT | | | | |
| | | ADDITIONAL INFORMATION | | | | |
| | | BILL OF LADING NUMBER   : 225441682 | | | | |
| | | ORIGINAL PRO #          : 388278269 | | | | |
| | | PURCHASE ORDER          : PO6542202408 | | | | |
| | | 400026520-D/H FOR DELIVERY PURPOSES ONLY | | | | |
| | | 400026520-D/H REPRINT | | | | |
| | | ******************************************** | | | | |
| | | DRIVER ARRIVED AT 09/26/2024 12:44 | | | | |
| | | DRIVER DEPARTED AT 09/26/2024 12:56 | | | | |
| | | ******************************************** | | | | |

**PRO BARCODE**
400026520

| TOTAL PIECES | WEIGHT | CHARGES | * DEADHEAD * |
|---|---|---|---|
| 1 | 20 | | |
| 0 + 1 = 1 | TOTAL COLLECT ➝ | | |

**SIGNATURE**
*Tony G*

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED BY

**PRINT**
Tony G

| LAT/LONG | 31.9749076, -106.606237 |
|---|---|
| DRIVER # | 57434 |
| | PAYMENT OF FREIGHT CHARGES DUE WITHIN 15 DAYS |
| DATE | 09/26/24 |
| TIME | 12:44 |



**INVOICE**

9059 DONIPHAN DR.
VINTON, TEXAS, 79821
Phone: 888-737-3102
Fax: (915) 886-5610

**Remit To:**
W. SILVER PRODUCTS, LLC.
9059 DONIPHAN DR.
VINTON, TEXAS, 79821

| Invoice | 137522 |
|---|---|
| Invoice Date | 17-Sep-2024 |
| Order | 139063 |
| Cust PO Number: | PO0554202409001 |
| Customer | 811050 |
| valid if paid before | 17-Oct-2024 |

**Invoice To:**

BUDDY'S NEWCO LLC DBA BUDDY'S HOME FURNISHIN
8529 SOUTHPARK CIRCLE
STE 150
ORLANDO, FL 32819       *2910020815*

**Phone:** (813) 623-5461   **Fax:** () -   *809026*

**Deliver To:**

BUDDY'S NEWCO LLC DBA BUDDY'S HOME FURNISHIN
120 GARNER RD
SUITE A
SPARTANBURG, SC 29303

**Phone:** (864) 582-2201   **Fax:** () -

| Line No. | Part Code | Description | Quantity | Uom | Price | Uom | Value | Tariff |
|---|---|---|---|---|---|---|---|---|
| 1 | FIDFR-Q_1 | FIDFR-Q  High Rise Platform Queen | 15 | EA | 97.90 | EA | 1,468.50 | |
| 2 | FIDFR-K_1 | FIDFR-K  High Rise platform King | 6 | EA | 108.00 | EA | 648.00 | |

*WWE*

*159362*

*SEFL*
*388278293*

**Terms:** Net 30 Days
**Comments**

| | |
|---|---|
| Line Totals | 2,116.50 |
| Total Tax | 0.00 |
| Freight | 0.00 |
| Discount | 0.00 |
| Miscellaneous | 0.00 |
| Total Invoice Value   USD | 2,116.50 |

Page 1 of 1



**BILL OF LADING**
**BOL#225683374**

9059 DONIPHAN DR.
VINTON, TEXAS, 79821
Phone: 888-737-3102
Fax: (915) 886-5610

FOB:    FOB_Destination

SHIP TO: BUDDY'S NEWCO LLC DBA BUDDY'S HO

Dispatch Number: 157305_1
Order Number: 139063
Customer Number: 811050
Ship Via: N30
Delivery Instructions: FREIGHT PREPAID
Customer PO#: PO0554202409001

BUDDY'S NEWCO LLC DBA BUDDY'S H
120 GARNER RD
SUITE A
SPARTANBURG, SC 29303-

Phone: (864) 582-2201

| Line | | Part Number | Lot # | Requested Date | Bundles | Pieces | Weight |
|------|---|-------------|-------|----------------|---------|--------|--------|
| 1 FIDFR-Q | High Rise Platform Queen | FIDFR-Q_1 | | 17-Sep-2024 | 15 | 15 | 679.80 |
| 2 FIDFR-K | High Rise platform King | FIDFR-K_1 | | 17-Sep-2024 | 6 | 6 | 300.00 |

**05**
**Dock Drop-Off**

CARRIER'S LIABILITY LTD TO MAX OF $10,000.0. TARIFFS NMF 100 & SEFL 1000.

**FREIGHT CHARGES BILL TO**
Name:    W Silver Products c/o Worldwide Express
Address:    2323 Victory Ave. Suite 1600
City/State/Zip:   Dallas,TX 75219

SEFL    3882 7829-3

| 24 | | | | BK PCS |
|----|---|---|---|--------|
| PLTS HND | PHYSICAL PIECES | | | |
| | LPCS HND | TPCS HND | | |

PHYSICAL SHIPPER (IF DIFFERENT FROM B/L)

**SK#1- 919 LBS 78X48X72 CLASS 175**

**Comments**
RECEIVING HOURS ARE MONDAY- TUESDAY -THURSDAY AND FRIDAY 10:00 AM - 5:00PM
*CLOSED ON WEDNESDAYS*
LIFT GATE REQUIRED
NO INSIDE DELIVERY OR HAND UNLOADING CHARGES WILL BE APPROVED
STEEL BED FRAMES

**1 SKID**

Date Printed: 9/12/2024

Totals:             21.0000 PCS

**09/17/2024**

Date Shipped

**ANTHONY CARRILLO**

Loaded By

Driver Signature

Received By & Date

WORLDWIDE EXPRESS
PO BOX 733360
DALLAS TX 75373

## Remittance Advice

**Your payment is due October 16, 2024**
Invoice Number: 2410020815
Invoice Date: 10/02/2024
Account Number: W308184229



| Amount Due | |
|---|---|
| $ | 265.59 |

W SILVER PRODUCTS
9059 DONIPHAN DR
ANTHONY TX 79821


RECEIVED
OCT 07 2024
BY: 139063

Remit To:
**WORLDWIDE EXPRESS**
**P.O. BOX 733360**
**DALLAS TX 75373**

*To ensure proper credit, return this portion with your payment.*
*Please make checks payable to Worldwide Express.*
*To avoid late fees, allow 5 or more days for postal delivery.*

✂

W SILVER PRODUCTS
9059 DONIPHAN DR
ANTHONY TX 79821

**Invoice Number:**  **2410020815**
Invoice Date:         October 02, 2024
Account Number:   W308184229
Amount Due:          $265.59

**Invoice Questions?**
**Contact your Worldwide Express Office**
Phone:        833-7WE-SHIP
Fax:            (214) 393-6322

**Via SOUTHEASTERN FREIGHT LINES - SEFL on September 17, 2024**

| Account# | W308184229 | Shipper | Consignee |
|---|---|---|---|
| PRO# | 388278293 | W SILVER PRODUCTS | BUDDYS NEWCO |
| BOL# | 225683374 | % SEFL DOCK | 120 GARMER RD |
| Sales Order # | 139063 | EL PASO TX 79907 | SUITE A |
| | | | SPARTANBURG SC 29303 |

| PCS | PKG | Description | Class | Weight | | Paid by due date |
|---|---|---|---|---|---|---|
| | PCS | 15 BDLS HIGH RISE PLATFORM | 85 | 680 | $ | 135.16 |
| | PCS | 6 BDLS HIGH RISE PLATFORM KING | 85 | 250 | $ | 49.69 |
| | | LIFTGATE DELIVERY | | | $ | 40.00 |
| | | FUEL SURCHARGE | OCT 14 2024 | | $ | 26.83 |
| | | DEFICIT WGHT | 159362 | 70 | $ | 13.91 |
| Total | | | | | | Total |
| | | | | 1,000 | $ | 265.59 |

Worldwide Express payment terms require payment of this invoice by October 16, 2024
Late fees may be assessed on past due balances, as allowed by law.
Where allowed by state law, credit card payments are subject to a surcharge of up to 3%, which will not be greater than the cost of acceptance.

The Worldwide Express mark is a trademark of Worldwide Express Operations, LLC, which provides UPS, LTL and FTL transportation services. For
more information regarding Worldwide Express and our service offerings, please contact your local Worldwide Express office or visit our website,
www.wwex.com. Some Worldwide Express offices are individually owned and operated by franchisees of Worldwide Express Operations, LLC. Freight
services connected to this document are provided by Worldwide Express in its capacity as a freight broker, pursuant to its property brokerage authority
issued by the U.S. Department of Transportation Federal Motor Carrier Safety Administration. Worldwide Express is not a motor carrier. All prices are
subject to change. Please see wwex.com/legal for full terms and conditions.

Page 1 of 1

# SOUTHEASTERN FREIGHT LINES, INC. (SEFL)
P.O. BOX 1691 COLUMBIA, S.C. 29202 - FED. ID #57-0301199

**SEFL**

| | Delivery Receipt | | SEFL FREIGHT BILL NUMBER | PAGE |
|---|---|---|---|---|
| | | | 388278293 | 1 OF 1 |

| | | | ORIGIN | DEST | SEFL PICKUP DATE | COMMITTED DELIVERY DATE |
|---|---|---|---|---|---|---|
| | | | ELP | GRV | 09/17/24 | 09/20/24 |

**CONSIGNEE**
BUDDYS NEWCO
120 GARMER RD
SUITE A

SPARTANBURG                    SC
                               29303

**SHIPPER**
W SILVER PRODUCTS
% SEFL DOCK

EL PASO                    TX
                          79907

| SHIPPER'S NO. OR B/L NO. | P.O. NUMBER |
|---|---|
| 225683374 | PO0554202409 |

| MASTER REVENUE PRO | SEFL AMOUNT | CA INE AMOUNT |
|---|---|---|

**QUALITY WITHOUT QUESTION - VISIT WWW.SEFL.COM OR CALL US AT 864-277-3220**

| SPECIAL INSTRUCTIONS / DRIVER INSTRUCTIONS | TRAILER | ORIGIN CARRIER | ORIGINATING CARRIER FREIGHT BILL NUMBER | INTERLINE PRO DATE | DELIVERING CARRIER | SEFL ROUTE |
|---|---|---|---|---|---|---|
| | 400350 | | | | | SP2 |

| APPT. DATE | APPT. TIME | CONSIGNEE PHONE NUMBER | APPOINTMENT REMARKS |
|---|---|---|---|

BILL-TO

| PIECES | HM | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | TYPE CHARGE / CLASS | WEIGHT | RATE | REVENUE |
|---|---|---|---|---|---|---|
| 1 | | ***************CORRECTED BILL*************** | | | | |
| | | PLT STC 21 BDLS C/O | | 680 | | |
| | | 15 BDLS HIGH RISE PLATFORM | | 250 | | |
| | | 6 BDLS HIGH RISE PLATFORM KING | AS WEIGHT | 1000 | | |
| | | | DEFICIT | 70 | | |
| | | | W&I COR FEE | | | |
| 1 | | *** ALL WEIGHTS IN LBS *** | TOTAL | 930 | | |
| | | A Weight & Inspection review has | | | | |
| | | resulted in. | | | | |
| | | Wgt decr from  980Lbs to  930Lbs | | | | |
| | | ADDITIONAL INFORMATION | | | | |
| | | BILL OF LADING NUMBER   : 225683374 | | | | |
| | | CONSIGNEE PHONE  : 864 582 2201 | | | | |
| | | PURCHASE ORDER   : PO0554202409001 | | | | |
| | | RECEIVING HOURS  : 10AM-5PM M-T-THU-F | | | | |
| | | SHIPPER PHONE NUMBER  : 888 737 3102 | | | | |
| | | ******************************************** | | | | |
| | | DRIVER ARRIVED AT 09/20/2024 12:51 | | | | |
| | | DRIVER DEPARTED AT 09/20/2024 13:00 | | | | |
| | | ******************************************** | | | | |

| PRO BARCODE | | TOTAL PIECES | WEIGHT | * PREPAID * |
|---|---|---|---|---|
| 388278293 | | 1 | 930    CHARGES | |
| | | 1 + 0 = 1 | TOTAL COLLECT ⟶ | |

| SIGNATURE | LAT/LONG |
|---|---|
| *[signature]* | 34.9684402, -81.9283443 |
| | DRIVER # |
| RECEIVED IN GOOD CONDITION EXCEPT AS NOTED BY | 36888    PAYMENT OF FREIGHT CHARGES DUE WITHIN 15 DAYS |

| PRINT | DATE | TIME |
|---|---|---|
| Phillips | 09/20/24 | 12:51 |



# *INVOICE*

9059 DONIPHAN DR.
VINTON, TEXAS, 79821
Phone: 888-737-3102
Fax: (915) 886-5610

**Remit To:**
W. SILVER PRODUCTS, LLC.
9059 DONIPHAN DR.
VINTON, TEXAS, 79821

| Invoice | 137534 |
|---|---|
| Invoice Date | 18-Sep-2024 |
| Order | 139082 |
| Cust PO Number: | POO162202409002 |
| Customer | 811050 |
| valid if paid before | 18-Oct-2024 |

| Invoice To: |
|---|
| BUDDY'S NEWCO LLC DBA BUDDY'S HOME FURNISHIN⌐ |
| 8529 SOUTHPARK CIRCLE |
| STE 150 |
| ORLANDO, FL 32819 |
| Phone: (813) 623-5461    Fax: () - |

*WWE*
*2410020793*
*809026*

| Deliver To: |
|---|
| BUDDY'S NEWCO LLC DBA BUDDY'S HOME FURNISHIN⌐ |
| 5920 METROPOLIS WAY |
| ORLANDO, FL 32811- |
| Phone: (855) 268-7406    Fax: () - |

| Line No. | Part Code | Description | Quantity | Uom | Price | Uom | Value | Tariff |
|---|---|---|---|---|---|---|---|---|
| 1 | FIDFR-F-S_1 | FIDFR-F-S  High Rise platform Full with Skirt | 2 | EA | 108.65 | EA | 217.30 | |
| 2 | FIDFR-Q-S_1 | FIDFR-Q-S  High Rise Platform Queen with Skirt | 10 | EA | 112.90 | EA | 1,129.00 | |
| 3 | FIDFR-K-S_1 | FIDFR-K-S  High Rise platform King with Skirt | 6 | EA | 123.00 | EA | 738.00 | |

*159359*

*SEFL*
*388278331*

**Terms:** Net 30 Days
**Comments**

| | |
|---|---|
| Line Totals | 2,084.30 |
| Total Tax | 0.00 |
| Freight | 0.00 |
| Discount | 0.00 |
| Miscellaneous | 0.00 |
| Total Invoice Value   USD | 2,084.30 |

Page 1 of 1



**BILL OF LADING**
**BOL#225716448**

9059 DONIPHAN DR.
VINTON, TEXAS, 79821
Phone: 888-737-3102
Fax: (915) 886-5610

FOB:  FOB_Destination

Dispatch Number: 157342_1
Order Number: 139082
Customer Number: 811050
Ship Via: N30
Delivery Instructions: FREIGHT PREPAID
Customer PO#: PO0162202409002

BUDDY'S NEWCO LLC DBA BUDDY'S F
5920 METROPOLIS WAY
ORLANDO, FL 32811-

Phone: (855) 268-7406

| Line | Product Description | Part Number | Lot # | Requested Date | Bundles | Pieces | Weight |
|------|--------------------|-------------|-------|----------------|---------|--------|--------|
| 1 | FIDFR-F-S  High Rise platform Full with Skirt | FIDFR-F-S_1 | | 17-Sep-2024 | 2 | 2 | 83.96 |
| 2 | FIDFR-Q-S  High Rise Platform Queen with Skirt | FIDFR-Q-S_1 | | 17-Sep-2024 | 10 | 10 | 478.20 |
| 3 | FIDFR-K-S  High Rise platform King with Skirt | FIDFR-K-S_1 | | 17-Sep-2024 | 6 | 6 | 315.00 |

**05**
**Dock Drop-Off**

**FREIGHT CHARGES BILL TO**

| Name: | W Silver Products c/o Worldwide Express |
| Address: | 2323 Victory Ave. Suite 1600 |
| City/State/Zip: | Dallas,TX 75219 |

CARRIER'S LIABILITY LTD TO MAX OF $10.0MLB. TARIFFS NMF 100 & SEFL 1000.

SEFL  3882 7833-1

24    PHYSICAL PIECES   1PCS HND   ID/PCS
PLTS HND   1PCS HND
PHYSICAL SHIPPER IF DIFFERENT FROM BAT

**SK#1- 796 LBS 78X48X57 CLASS 125**

**Comments**
RECEIVING HOURS ARE MONDAY- TUESDAY -THURSDAY AND FRIDAY 10:00 AM - 5:00PM
*CLOSED ON WEDNESDAYS*
LIFT GATE REQUIRED
NO LIFT GATE OR HAND UNLOADING CHARGES WILL BE APPROVED
STEEL BED FRAMES

**1 SKID**

Date Printed: 9/17/2024

| Totals: | 18.0000 PCS |

**09/17/2024**

Date Shipped

**ANTHONY CARRILLO**

Loaded By

Driver Signature

Received By & Date

WORLDWIDE EXPRESS
PO BOX 733360
DALLAS TX 75373

**Remittance Advice**

Your payment is due **October 16, 2024**
Invoice Number: **2410020793**
Invoice Date: **10/02/2024**
Account Number: **W308184229**



| Amount Due | |
|---|---|
| $ | 360.07 |

**W SILVER PRODUCTS**
9059 DONIPHAN DR
ANTHONY TX 79821



RECEIVED
OCT 07 2024
139082
BY:_____

Remit To:
**WORLDWIDE EXPRESS**
P.O. BOX 733360
DALLAS TX 75373

To ensure proper credit, return this portion with your payment.
Please make checks payable to Worldwide Express.
To avoid late fees, allow 5 or more days for postal delivery.

---

W SILVER PRODUCTS
9059 DONIPHAN DR
ANTHONY TX 79821

**Invoice Number:**    **2410020793**
Invoice Date:          October 02, 2024
Account Number:        W308184229
Amount Due:            $360.07
**Invoice Questions?**
**Contact your Worldwide Express Office**
Phone:      833-7WE-SHIP
Fax:        (214) 393-6322

**Via SOUTHEASTERN FREIGHT LINES - SEFL on September 18, 2024**

| Account# | W308184229 | Shipper | Consignee |
|---|---|---|---|
| PRO# | 388278331 | W SILVER PRODUCTS | BUDDYS HO |
| BOL# | 225716448 | % SEFL DOCK | 5920 METROPOLIS WAY |
| Sales Order # | 139082 | EL PASO TX 79907 | ORLANDO FL 32811 |

| PCS | PKG | Description | Class | Weight | | Paid by due date |
|---|---|---|---|---|---|---|
| 1 | PCS | PLT METAL PLATFORM BASE IT-79300-5-CL | 85 | 796 | $ | 282.00 |
| | | LIFT GATE DELIVERY | | | $ | 40.00 |
| | | FUEL SURCHARGE | | | $ | 38.07 |
| Total | | | | | | Total |
| 1 | | | | 796 | $ | 360.07 |

159359

Worldwide Express payment terms require payment of this invoice by October 16, 2024
Late fees may be assessed on past due balances, as allowed by law.
Where allowed by state law, credit card payments are subject to a surcharge of up to 3%, which will not be greater than the cost of acceptance.

The Worldwide Express mark is a trademark of Worldwide Express Operations, LLC, which provides UPS, LTL and FTL transportation services. For
more information regarding Worldwide Express and our service offerings, please contact your local Worldwide Express office or visit our website,
www.wwex.com. Some Worldwide Express offices are individually owned and operated by franchisees of Worldwide Express Operations, LLC. Freight
services connected to this document are provided by Worldwide Express in its capacity as a freight broker, pursuant to its property brokerage authority
issued by the U.S. Department of Transportation Federal Motor Carrier Safety Administration. Worldwide Express is not a motor carrier. All prices are
subject to change. Please see wwex.com/legal for full terms and conditions.

Page 1 of 1

WORLDWIDE EXPRESS
PO BOX 733360
DALLAS TX 75373

**Remittance Advice**

Your payment is due **October 16, 2024**
Invoice Number: **2410020793**
Invoice Date: **10/02/2024**
Account Number: **W308184229**



| | Amount Due |
|---|---|
| $ | 360.07 |

**W SILVER PRODUCTS**
9059 DONIPHAN DR
**ANTHONY TX 79821**



RECEIVED
OCT 07 2024
139082
BY:

Remit To:
**WORLDWIDE EXPRESS**
**P.O. BOX 733360**
**DALLAS TX 75373**

*To ensure proper credit, return this portion with your payment.*
*Please make checks payable to Worldwide Express.*
*To avoid late fees, allow 5 or more days for postal delivery.*

✂

W SILVER PRODUCTS
9059 DONIPHAN DR
ANTHONY TX 79821

| | |
|---|---|
| **Invoice Number:** | **2410020793** |
| Invoice Date: | October 02, 2024 |
| Account Number: | W308184229 |
| Amount Due: | $360.07 |

**Invoice Questions?**
**Contact your Worldwide Express Office**
Phone:     833-7WE-SHIP
Fax:          (214) 393-6322

**Via SOUTHEASTERN FREIGHT LINES - SEFL on September 18, 2024**

| | | |
|---|---|---|
| Account# | W308184229 | Shipper |
| PRO# | 388278331 | W SILVER PRODUCTS |
| BOL# | 225716448 | % SEFL DOCK |
| Sales Order # | 139082 | EL PASO TX 79907 |

Consignee
BUDDYS HO
5920 METROPOLIS WAY
ORLANDO FL 32811

| PCS | PKG | Description | Class | Weight | | Paid by due date |
|---|---|---|---|---|---|---|
| 1 | PCS | PLT METAL PLATFORM BASE IT-79300-5-CL | 85 | 796 | $ | 282.00 |
| | | LIFT GATE DELIVERY | | | $ | 40.00 |
| | | FUEL SURCHARGE | | | $ | 38.07 |
| **Total** | | | | | | **Total** |
| 1 | | | | 796 | $ | 360.07 |

Worldwide Express payment terms require payment of this invoice by October 16, 2024
Late fees may be assessed on past due balances, as allowed by law.
Where allowed by state law, credit card payments are subject to a surcharge of up to 3%, which will not be greater than the cost of acceptance.

The Worldwide Express mark is a trademark of Worldwide Express Operations, LLC, which provides UPS, LTL and FTL transportation services. For more information regarding Worldwide Express and our service offerings, please contact your local Worldwide Express office or visit our website, www.wwex.com. Some Worldwide Express offices are individually owned and operated by franchisees of Worldwide Express Operations, LLC. Freight services connected to this document are provided by Worldwide Express in its capacity as a freight broker, pursuant to its property brokerage authority issued by the U.S. Department of Transportation Federal Motor Carrier Safety Administration. Worldwide Express is not a motor carrier. All prices are subject to change. Please see wwex.com/legal for full terms and conditions.

Page 1 of 1

**SOUTHEASTERN FREIGHT LINES, INC. (SEFL)**
P.O. BOX 1691 COLUMBIA, S.C. 29202 - FED. ID #57-0301109

SEFL

| Delivery Receipt | | SEFL FREIGHT BILL NUMBER | PAGE |
|---|---|---|---|
| | | 388278331 | 1 OF 1 |

| | ORIGIN | DEST | SEFL PICKUP DATE | COMMITTED DELIVERY DATE |
|---|---|---|---|---|
| | ELP | ORL | 09/18/24 | 09/23/24 |

CONSIGNEE
BUDDYS HO
%BUDDYS NEWCO
5920 METROPOLIS WAY

ORLANDO                    FL
                           32811

SHIPPER
W SILVER PRODUCTS
% SEFL DOCK

EL PASO                    TX
                           79907

| SHIPPER'S NO. OR B/L NO. | P.O. NUMBER |
|---|---|
| 225716448 | PO0162202409 |

| MASTER REVENUE PRO | SEFL AMOUNT | C/LINE AMOUNT |
|---|---|---|

SPECIAL INSTRUCTIONS / DRIVER INSTRUCTIONS
IXIX
LIFTGATE REQUIRED!!

**QUALITY WITHOUT QUESTION** - VISIT WWW.SEFL.COM OR CALL US AT  407-855-1540

| TRAILER | ORIGIN CARRIER | ORIGINATING CARRIER FREIGHT BILL NUMBER | INTERLINE PRO DATE | DELIVERING CARRIER | SEFL ROUTE |
|---|---|---|---|---|---|
| FM201845 | | | | | FM9 |

| APPT DATE | APPT TIME | CONSIGNEE PHONE NUMBER | APPOINTMENT REMARKS |
|---|---|---|---|

BILL-TO

| PIECES | HM | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | TYPE CHARGE / CLASS | WEIGHT | RATE | REVENUE |
|---|---|---|---|---|---|---|
| 1 | | ****************CORRECTED BILL***************** <br> PLT METAL PLATFORM BASE IT-79300-5-CL <br> -125 6.08 PCF. STC 18 BDLS. | | 796 | | |
| 1 | | | LIFTGATE SVC <br> W&I COR FEE <br> TOTAL | 796 <br> 796 | | |

```
            *** ALL WEIGHTS IN LBS ***
RCV:MON TUE THURS FRI 10A-5P
CLOSED ON WEDNESDAY
A Weight & Inspection review has
resulted in the following change:
Freight Classification updated
            ADDITIONAL INFORMATION
BILL OF LADING NUMBER   : 225716448
CUSTOMER/CUSTOMER ORDER # : 811050
ORDER NUMBER            : 139082
CONSIGNEE PHONE         : 855 268 7406
PURCHASE ORDER          : PO0162202409002
RECEIVING HOURS         : MON TUE THURS FRI
SHIPPER PHONE NUMBER    : 915 886 5610
            *** Special Services ***
INSIDE DELIVERY:
LIFTGATE:
SORT & SEG: 018
*******************************************
 SIGNATURE FOR SHIPMENT VERIFIES THE FOLLOWING
SERVICE WAS PERFORMED UNLESS OTHERWISE NOTED ON
            THIS RECEIPT.
*******************************************
LIFTGATE REQUIRED
*******************************************
DRIVER ARRIVED AT 09/24/2024 11:31
DRIVER DEPARTED AT 09/24/2024 11:50
*******************************************
```

| PRO BARCODE | | TOTAL PIECES | WEIGHT | CHARGES | * PREPAID * |
|---|---|---|---|---|---|
| 388278331 | | 1 | 796 | | |
| | | 1 + 0 = 1 | TOTAL COLLECT ➡ | | |

SIGNATURE
_(signature)_
RECEIVED IN GOOD CONDITION EXCEPT AS NOTED BY

PRINT
Maira Torres

| LAT/LONG | 28.5174755, -81.4608951 |
|---|---|
| DRIVER # | 49516 |

PAYMENT OF FREIGHT
CHARGES DUE WITHIN 15 DAYS

| DATE | TIME |
|---|---|
| 09/24/24 | 11:31 |



## INVOICE

9059 DONIPHAN DR.
VINTON, TEXAS, 79821
Phone: 888-737-3102
Fax: (915) 886-5610

**Remit To:**
W. SILVER PRODUCTS, LLC.
9059 DONIPHAN DR.
VINTON, TEXAS, 79821

| Invoice | 137552 |
|---|---|
| Invoice Date | 19-Sep-2024 |
| Order | 138919 |
| Cust PO No: | PO0519202408025 |
| Customer | 811050 |
| valid if paid before | 19-Oct-2024 |

**Invoice To:**
BUDDY'S NEWCO LLC DBA BUDDY'S HOME FURNISHIN
8529 SOUTHPARK CIRCLE
STE 150
ORLANDO, FL 32819                    *2410020819*

**Phone:** (813) 623-5461    **Fax:** () -    *909026*

**Deliver To:**
BUDDY'S HOME FURNISHINGS/ BB BHF STORES LLC
2511 W. MEIGHAM BLVD
GADSDEN, AL 35904-

**Phone:** (256) 543-2322    **Fax:** () -

| Line No. | Part Code | Description | Quantity | Uom | Price | Uom | Value | Tariff |
|---|---|---|---|---|---|---|---|---|
| 1 | FIDFR-T | Stormor Ideal Frame Twin Size | 2 | EA | 52.00 | EA | 104.00 | |
| 2 | FIDFR-Q | Stormor Ideal Frame Queen Size | 6 | EA | 70.00 | EA | 420.00 | |
| 3 | FIDFR-K_1 | FIDFR-K  High Rise platform King | 2 | EA | 80.00 | EA | 160.00 | |
| 4 | S281Q | S280Q Foldable Adjustable Bed QUEEN Pepper Color Silver Series 28 | 1 | EA | 325.00 | EA | 325.00 | |
| 5 | FIDFR-F_1 | FIDFR-F  High Rise platform Full | 2 | EA | 68.00 | EA | 136.00 | |
| 6 | S281K | S280K Foldable Adjustable Bed King Pepper Color Silver Series 28 | 1 | EA | 395.00 | EA | 395.00 | |

*159505*

*SEFL*
*388278391*

**Terms:** Net 30 Days
**Comments**

| | |
|---|---|
| Line Totals | 1,540.00 |
| Total Tax | 0.00 |
| Freight | 0.00 |
| Discount | 0.00 |
| Miscellaneous | 0.00 |
| Total Invoice Value   USD | 1,540.00 |

Page 1 of 1


W Silver products

## BILL OF LADING
### BOL#225794585

9059 DONIPHAN DR.
VINTON, TEXAS, 79821
Phone: 888-737-3102
Fax: (915) 886-6610

**05 Dock Drop-Off**

Dispatch Number: 157115_1
Order Number: 138919
Customer Number: 811050
Ship Via: N30
Delivery Instructions: FREIGHT PREPAID
Customer PO#: PO0519202408025

FOB:   FOB_Destination

BUDDY'S HOME FURNISHINGS/ BB BH
BUDDY'S HOME FURNISHINGS/ BB BH
2511 W. MEIGHAM BLVD
GADSDEN, AL 35904-

Phone: (256) 543-2322

| Line | Product Description | Part Number | Lot # | Requested Date | Bundles | Pieces | Weight |
|---|---|---|---|---|---|---|---|
| 1 | Stormor Ideal Frame Twin Size | FIDFR-T | | 05-Sep-2024 | 2 | 2 | 51.18 |
| 2 | Stormor Ideal Frame Queen Size | FIDFR-Q | | 05-Sep-2024 | 6 | 6 | 271.92 |
| 3 | FIDFR-K  High Rise platform King | FIDFR-K_1 | | 05-Sep-2024 | 2 | 2 | 100.00 |
| 4 | S280Q Foldable Adjustable Bed QUEEN Pepper Color Silver Series 28 | S281Q | | 05-Sep-2024 | 1 | 1 | 161.00 |
| 5 | FIDFR-F  High Rise platform Full | FIDFR-F_1 | | 05-Sep-2024 | 2 | 2 | 78.98 |
| 6 | S280K Foldable Adjustable Bed King Pepper Color Silver Series 28 | S281K | | 05-Sep-2024 | 1 | 1 | 161.00 |

CARRIER'S LIABILITY LTD TO MAX OF $10.00/LB. TARIFFS NMF 100 & SEFL 1000.

### FREIGHT CHARGES BILL TO

Name:   W Silver Products c/o Worldwide Express
Address:   2323 Victory Ave. Suite 1600
City/State/Zip:  Dallas,TX 75219

**SK#1- 461 LBS 78X48X42 CLASS 175**
**SK#2- 211 LBS 78X48X14 CLASS 125**
**SK#3- 173 LBS 66X46X13 CLASS 125**

24   SEFL   3882 7839-1

| PHYSICAL PIECES | | |
|---|---|---|
| PLTS HND | LPCS HND | 1PCS HND | BL PCS |

PHYSICAL SHIPPER (IF DIFFERENT FROM B/L)

**Comments**
RECEIVING HOURS ARE MONDAY- TUESDAY -THURSDAY AND FRIDAY 10:00 AM - 5:00PM
"CLOSED ON WEDNESDAYS"
NO LIFT GATE REQUIRED, CHARGES ARE NOT APPROVED
NO INSIDE DELIVERY OR HAND UNLOADING CHARGES WILL BE APPROVED
STEEL BED FRAMES
ADJUSTABLE BEDS

### 3 SKIDS

Date Printed: 9/17/2024

Totals:   14.0000 PCS
**845 LBS**

**09/18/2024**
_____
Date Shipped
**ANTHONY CARRILLO**
_____
Loaded By

Driver Signature   3 plts
_____   9/19/24
Received By & Date

WORLDWIDE EXPRESS
PO BOX 733360
DALLAS TX 75373

## Remittance Advice

Your payment is due **October 16, 2024**
Invoice Number: 2410020819
Invoice Date: 10/02/2024
Account Number: W308184229



| Amount Due |
| --- |
| $              200.50 |

**W SILVER PRODUCTS**
9059 DONIPHAN DR
ANTHONY TX 79821



OCT 07 2024
138919

Remit To:
**WORLDWIDE EXPRESS**
P.O. BOX 733360
DALLAS TX 75373

*To ensure proper credit, return this portion with your payment.*
*Please make checks payable to Worldwide Express.*
*To avoid late fees, allow 5 or more days for postal delivery.*

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

W SILVER PRODUCTS
9059 DONIPHAN DR
ANTHONY TX 79821

**Invoice Number:**   **2410020819**
Invoice Date:        October 02, 2024
Account Number:      W308184229
Amount Due:          $200.50
**Invoice Questions?**
**Contact your Worldwide Express Office**
Phone:       833-7WE-SHIP
Fax:         (214) 393-6322

**Via SOUTHEASTERN FREIGHT LINES - SEFL on September 19, 2024**

| Account# | W308184229 | Shipper | | Consignee | |
| --- | --- | --- | --- | --- | --- |
| PRO# | 388278391 | W SILVER PRODUCTS | | BUDDYS HOME FURNISHINGS | |
| BOL# | 225794585 | % SEFL DOCK | | 2511 W MEIGHAM BLVD | |
| Sales Order # | 138919 | EL PASO TX 79907 | | GADSDEN AL 35904 | |

| PCS | PKG | Description | Class | Weight | | Paid by due date |
| --- | --- | --- | --- | --- | --- | --- |
| 3 | PCS | PLTS  STEEL BED FRAMES CL65   OCT 2 1 2024  85 | | 845 | $ | 160.75 |
| | | FUEL SURCHARGE | | | $ | 23.85 |
| | | DEFICIT WGHT     159505 | | 155 | $ | 15.90 |
| **Total** | | | | | | **Total** |
| 3 | | | | 1,000 | $ | 200.50 |

Worldwide Express payment terms require payment of this invoice by October 16, 2024
Late fees may be assessed on past due balances, as allowed by law.
Where allowed by state law, credit card payments are subject to a surcharge of up to 3%, which will not be greater than the cost of acceptance.

The Worldwide Express mark is a trademark of Worldwide Express Operations, LLC, which provides UPS, LTL and FTL transportation services. For
more information regarding Worldwide Express and our service offerings, please contact your local Worldwide Express office or visit our website,
www.wwex.com. Some Worldwide Express offices are individually owned and operated by franchisees of Worldwide Express Operations, LLC. Freight
services connected to this document are provided by Worldwide Express in its capacity as a freight broker, pursuant to its property brokerage authority
issued by the U.S. Department of Transportation Federal Motor Carrier Safety Administration. Worldwide Express is not a motor carrier. All prices are
subject to change. Please see wwex.com/legal for full terms and conditions.

| Buddy's Invoice Number | Ship Date | Carrier | Shipper Transfer Date | Carrier | Delivery Date |
|---|---|---|---|---|---|
| 137511 | 9/12/2024 | World Wide Express | 9/16/2024 | Southeastern Freight Line | 9/26/2024 |
| 137522 | 9/17/2024 | World Wide Express | 9/17/2024 | Southeastern Freight Line | 9/20/2024 |
| 137534 | 9/17/2024 | World Wide Express | 9/18/2024 | Southeastern Freight Line | 9/24/2024 |
| 137553 | 9/19/2024 | World Wide Express | 9/19/2024 | Southeastern Freight Line | 9/24/2024 |
| 137552 | 9/19/2024 | World Wide Express | 9/18/2024 | Southeastern Freight Line | 9/24/2024 |

# SOUTHEASTERN FREIGHT LINES, INC. (SEFL)

P.O. BOX 1691 COLUMBIA, S.C. 29202 - FED. ID #57-0301109

| | | Delivery Receipt | SEFL FREIGHT BILL NUMBER | PAGE |
|---|---|---|---|---|
| | | | 388278391 | 1 OF 1 |

| CONSIGNEE | BUDDYS HOME FURNISHINGS<br>%BB BH<br>2511 W MEIGHAM BLVD<br><br>GADSDEN                    AL<br>35904 | SHIPPER | W SILVER PRODUCTS<br>% SEFL DOCK<br><br>EL PASO                     TX<br>79907 |
|---|---|---|---|

| ORIGIN | DEST | SEFL PICKUP DATE | COMMITTED DELIVERY DATE |
|---|---|---|---|
| ELP | BHM | 09/19/24 | 09/24/24 |

| SHIPPER'S NO. OR B/L NO. | P.O. NUMBER |
|---|---|
| 225794585 | PO0519202408 |

| MASTER REVENUE PRO | SEFL AMOUNT | C-LINE AMOUNT |
|---|---|---|
| | | |

**QUALITY WITHOUT QUESTION - VISIT WWW.SEFL.COM OR CALL US AT 205-853-2022**

| TRAILER | ORIGIN CARRIER | ORIGINATING CARRIER FREIGHT BILL NUMBER | INTERLINE PRO DATE | DELIVERING CARRIER | SEFL ROUTE |
|---|---|---|---|---|---|
| 484715 | | | | | GA2 |

| APPT DATE | APPT TIME | CONSIGNEE PHONE NUMBER | APPOINTMENT REMARKS |
|---|---|---|---|
| | | | |

BILL-TO

| PIECES | ITEM | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | TYPE: CHARGE / CLASS | WEIGHT | RATE | REVENUE |
|---|---|---|---|---|---|---|
| 3 | | PLTS  STEEL BED FRAMES CL65<br>STC 14 PCS | | 845 | | |
| 3 | | | AS WEIGHT<br>DEFICIT<br>TOTAL | 1000<br>155<br>845 | | |
| | | *** ALL WEIGHTS IN LBS ***<br>ADDITIONAL INFORMATION<br>BILL OF LADING NUMBER    : 225794585<br>CUSTOMER/CUSTOMER ORDER # : 811050<br>ORDER NUMBER             : 138919<br>CONSIGNEE PHONE          : 256 543 2322<br>PURCHASE ORDER           : PO0519202408025<br>RECEIVING HOURS          : 10A-5P M-F<br>SHIPPER PHONE NUMBER     : 888 737 3102<br>*******************************************<br>DRIVER ARRIVED AT 09/24/2024 12:40<br>DRIVER DEPARTED AT 09/24/2024 12:58<br>******************************************* | | | | |

| PRO BARCODE | | TOTAL PIECES | WEIGHT | | | | * PREPAID * |
|---|---|---|---|---|---|---|---|
| 388278391 | | 3 | 845 | CHARGES | | | |
| | | 3 + 0 = 3 | TOTAL COLLECT ➤ | | | | |

| SIGNATURE | | LAT/LONG |
|---|---|---|
| *E Dillard (signature)* | | 34.0238977, -86.0433764 |

| | DRIVER # | PAYMENT OF FREIGHT CHARGES DUE WITHIN 15 DAYS |
|---|---|---|
| RECEIVED IN GOOD CONDITION EXCEPT AS NOTED BY | 47515 | |

| PRINT | DATE | TIME |
|---|---|---|
| E Dillard | 09/24/24 | 12:40 |



## INVOICE

9059 DONIPHAN DR.
VINTON, TEXAS, 79821
Phone: 888-737-3102
Fax: (915) 886-5610

**Remit To:**
W. SILVER PRODUCTS, LLC.
9059 DONIPHAN DR.
VINTON, TEXAS, 79821

| Invoice | 137553 |
|---|---|
| Invoice Date | 19-Sep-2024 |
| Order | 138920 |
| Cust PO Number: | PO1002202408021 |
| Customer | 811050 |
| valid if paid before | 19-Oct-2024 |

| Invoice To: |
|---|
| BUDDY'S NEWCO LLC DBA BUDDY'S HOME FURNISHIN( |
| 8529 SOUTHPARK CIRCLE |
| STE 150 |
| ORLANDO, FL 32819        *WWE* |
| **Phone:** (813) 623-5461    **Fax:** () - |

| Deliver To: |
|---|
| BUDDY'S NEWCO LLC DBA BUDDY'S HOME FURNISHIN( |
| 110 BI-LO DRIVE |
| SUITE A |
| MONCKS CORNER, SC 29461 |
| **Phone:** (843) 237-4600    **Fax:** () - |

| Line No. | Part Code | Description | Quantity | Uom | Price | Uom | Value | Tariff |
|---|---|---|---|---|---|---|---|---|
| 1 | FIDFR-T | Stormor Ideal Frame Twin Size | 2 | EA | 52.00 | EA | 104.00 | |
| 2 | FIDFR-Q | Stormor Ideal Frame Queen Size | 6 | EA | 70.00 | EA | 420.00 | |
| 3 | FIDFR-K_1 | FIDFR-K  High Rise platform King | 2 | EA | 80.00 | EA | 160.00 | |
| 4 | S281Q | S280Q Foldable Adjustable Bed QUEEN Pepper Color Silver Series 28 | 1 | EA | 325.00 | EA | 325.00 | |
| 5 | FIDFR-F_1 | FIDFR-F  High Rise platform Full | 2 | EA | 68.00 | EA | 136.00 | |
| 6 | S281K | S280K Foldable Adjustable Bed King Pepper Color Silver Series 28 | 1 | EA | 395.00 | EA | 395.00 | |

*WWE*
*2410020759*

*SEFL*
*388 278 909*

**Terms:** Net 30 Days
**Comments**

| | |
|---|---|
| Line Totals | 1,540.00 |
| Total Tax | 0.00 |
| Freight | 0.00 |
| Discount | 0.00 |
| Miscellaneous | 0.00 |
| Total Invoice Value   USD | 1,540.00 |

Page 1 of 1



**BILL OF LADING**
**BOL#225795079**

9059 DONIPHAN DR.
VINTON, TEXAS, 79821
Phone: 888-737-3102
Fax: (915) 886-5610

FOB:    FOB_Destination

05
Dock Drop-Off

Dispatch Number: 157116_1
Order Number: 138920
Customer Number: 811050
Ship Via: N30
Delivery Instructions: FREIGHT PREPAID
Customer PO#: PO1002202408021

Sold To: BUDDY'S NEWCO LLC DBA BUDDY'S HO

BUDDY'S NEWCO LLC DBA BUDDY'S H
110 BI-LO DRIVE
SUITE A
MONCKS CORNER, SC 29461-

Phone: (843) 237-4600

| Line | Product Description | Part Number | Lot # | Requested Date | Bundles | Pieces | Weight |
|---|---|---|---|---|---|---|---|
| 1 | Stormor Ideal Frame Twin Size | FIDFR-T | | 05-Sep-2024 | 2 | 2 | 51.18 |
| 2 | Stormor Ideal Frame Queen Size | FIDFR-Q | | 05-Sep-2024 | 6 | 6 | 271.92 |
| 3 | FIDFR-K   High Rise platform King | FIDFR-K_1 | | 05-Sep-2024 | 2 | 2 | 100.00 |
| 4 | S280Q Foldable Adjustable Bed QUEEN Pepper Color Silver Series 28 | S281Q | | 05-Sep-2024 | 1 | 1 | 161.00 |
| 5 | FIDFR-F   High Rise platform Full | FIDFR-F_1 | | 05-Sep-2024 | 2 | 2 | 78.98 |
| 6 | S280K Foldable Adjustable Bed King Pepper Color Silver Series 28 | S281K | | 05-Sep-2024 | 1 | 1 | 161.00 |

FREIGHT CHARGES BILL TO

CARRIER'S LIABILITY LTD TO MAX OF $10,000.0. TARIFFS NMF 100 & SEFL 1090.

Name:     W Silver Products c/o Worldwide Express
Address:     2323 Victory Ave. Suite 1600
City/State/Zip:     Dallas, TX 75219

**SK#1- 461 LBS 78X48X42 CLASS 175**
**SK#2- 211 LBS 78X48X14 CLASS 125**
**SK#3- 173 LBS 66X46X13 CLASS 125**

24    SEFL    3882 7840-4

| PHYSICAL PIECES | | | BA. PCS |
|---|---|---|---|
| PLTS HND | LPCS HND | TPCS HND | |

PHYSICAL SHIPPER OR DIFFERENT FROM B/L)

Comments
RECEIVING HOURS ARE MONDAY- TUESDAY -THURSDAY AND FRIDAY 10:00 AM - 5:00PM
*CLOSED ON WEDNESDAYS*
NO LIFT GATE REQUIRED, CHARGES ARE NOT APPROVED
NO INSIDE DELIVERY OR HAND UNLOADING CHARGES WILL BE APPROVED
STEEL BED FRAMES
ADJUSTABLE BEDS

**3 SKIDS**

Date Printed: 9/17/2024

| Totals: | 14.0000 PCS |
|---|---|
| **845 LBS** | |

**09/18/2024**

Date Shipped

**ANTHONY CARRILLO**

Loaded By

Driver Signature

Received By & Date

WORLDWIDE EXPRESS
PO BOX 733360
DALLAS TX 75373

## Remittance Advice

**Your payment is due October 16, 2024**
**Invoice Number: 2410020759**
**Invoice Date: 10/02/2024**
**Account Number: W308184229**



| Amount Due | |
|---|---|
| $ | 277.04 |

W SILVER PRODUCTS
9059 DONIPHAN DR
ANTHONY TX 79821


RECEIVED
OCT 07 2024
BY: 138920

Remit To:
**WORLDWIDE EXPRESS**
**P.O. BOX 733360**
**DALLAS TX 75373**

*To ensure proper credit, return this portion with your payment.*
*Please make checks payable to Worldwide Express.*
*To avoid late fees, allow 5 or more days for postal delivery.*

✂ - - - - - - - - - - - - - - - - - -

W SILVER PRODUCTS
9059 DONIPHAN DR
ANTHONY TX 79821

**Invoice Number:**     **2410020759**
Invoice Date:         October 02, 2024
Account Number:       W308184229
Amount Due:           $277.04
**Invoice Questions?**
**Contact your Worldwide Express Office**
Phone:        833-7WE-SHIP
Fax:          (214) 393-6322

**Via SOUTHEASTERN FREIGHT LINES - SEFL on September 19, 2024**

| Account# | W308184229 | Shipper | | Consignee | |
|---|---|---|---|---|---|
| PRO# | 388278404 | W SILVER PRODUCTS | | BUDDYS H | |
| BOL# | 225795079 | % SEFL DOCK | | 110 BI LO DR STE A | |
| Sales Order # | 138920 | EL PASO TX 79907 | | MONCKS CORNER SC 29461 | |

| PCS | PKG | Description | Class | Weight | | Paid by due date |
|---|---|---|---|---|---|---|
| 3 | PCS | PLTS STC 14 PCS C/O | 85 | 845 | $ | 208.85 |
| | | LIFTGATE DELIVERY | | | $ | 40.00 |
| | | FUEL SURCHARGE | | | $ | 28.19 |
| **Total** | | | | | | **Total** |
| 3 | | | | 845 | $ | 277.04 |

237.04

Worldwide Express payment terms require payment of this invoice by October 16, 2024
Late fees may be assessed on past due balances, as allowed by law.
Where allowed by state law, credit card payments are subject to a surcharge of up to 3%, which will not be greater than the cost of acceptance.

The Worldwide Express mark is a trademark of Worldwide Express Operations, LLC, which provides UPS, LTL and FTL transportation services. For more information regarding Worldwide Express and our service offerings, please contact your local Worldwide Express office or visit our website, www.wwex.com. Some Worldwide Express offices are individually owned and operated by franchisees of Worldwide Express Operations, LLC. Freight services connected to this document are provided by Worldwide Express in its capacity as a freight broker, pursuant to its property brokerage authority issued by the U.S. Department of Transportation Federal Motor Carrier Safety Administration. Worldwide Express is not a motor carrier. All prices are subject to change. Please see wwex.com/legal for full terms and conditions.

Page 1 of 1

# SOUTHEASTERN FREIGHT LINES, INC. (SEFL)

P.O. BOX 1691 COLUMBIA, S.C. 29202 - FED. ID #57-0301199

**Delivery Receipt**

| | |
|---|---|
| SEFL FREIGHT BILL NUMBER | 388278404 |
| PAGE | 1 OF 1 |

| CONSIGNEE | SHIPPER | | |
|---|---|---|---|
| BUDDYS H | W SILVER PRODUCTS | | |
| %BUDDYS NEWCO | % SEFL DOCK | | |
| 110 BI LO OR STE A | | | |
| MONCKS CORNER    SC    29461 | EL PASO    TX    79907 | | |

| ORIGIN | DEST | SEFL PICKUP DATE | COMMITTED DELIVERY DATE |
|---|---|---|---|
| ELP | CHS | 09/19/24 | 09/24/24 |

| SHIPPERS NO. OR BIL NO. | P.O. NUMBER |
|---|---|
| 225795079 | PO1002202408 |

| MASTER REVENUE PRO | SEFL AMOUNT | C/LINE AMOUNT |
|---|---|---|

SPECIAL INSTRUCTIONS / DRIVER INSTRUCTIONS

**QUALITY WITHOUT QUESTION - VISIT WWW.SEFL.COM OR CALL US AT** 843-695-2300

| TRAILER | ORIGIN CARRIER | ORIGINATING CARRIER FREIGHT BILL NUMBER | INTERLINE PRO DATE | DELIVERING CARRIER | SEFL ROUTE |
|---|---|---|---|---|---|
| 484671 | | | | | MNC |

| APPT DATE | APPT TIME | CONSIGNEE PHONE NUMBER | APPOINTMENT REMARKS |
|---|---|---|---|

BILL-TO

| PIECES | HM | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | TYPE CHARGE / CLASS | WEIGHT | RATE | REVENUE |
|---|---|---|---|---|---|---|
| 3 | | PLTS STC 14 PCS C/O | | 845 | | |
| | | PC     ADJUSTABLE BEDS CL125 | | | | |
| | | PC     STEEL BED FRAMES CL65 | | | | |
| | | | AS WEIGHT | 1000 | | |
| | | | DEFICIT | 155 | | |
| 3 | | | TOTAL | 845 | | |
| | | *** ALL WEIGHTS IN LBS *** | | | | |
| | | ADDITIONAL INFORMATION | | | | |
| | | BILL OF LADING NUMBER   : 225795079 | | | | |
| | | CUSTOMER/CUSTOMER ORDER # : 811050 | | | | |
| | | ORDER NUMBER           : 138920 | | | | |
| | | CONSIGNEE PHONE        : 843 237 4600 | | | | |
| | | PURCHASE ORDER         : PO1002202408021 | | | | |
| | | RECEIVING HOURS        : 10A-5P | | | | |
| | | SHIPPER PHONE NUMBER   : 888 737 3102 | | | | |
| | | *** Special Services *** | | | | |
| | | LIFTGATE: | | | | |
| | | ************************************** | | | | |
| | | DRIVER ARRIVED AT 09/24/2024 12:15 | | | | |
| | | DRIVER DEPARTED AT 09/24/2024 12:26 | | | | |
| | | ************************************** | | | | |

| PRO BARCODE | TOTAL PIECES | WEIGHT | |
|---|---|---|---|
| 388278404 | 3 | 845 | * PREPAID * |

| | CHARGES | |
|---|---|---|
| 3 + 0 = 3 | TOTAL COLLECT → | |

| | | |
|---|---|---|
| SIGNATURE | LAT/LONG | 33.1899422, -79.9960971 |
| | DRIVER # | 62874 |
| RECEIVED IN GOOD CONDITION EXCEPT AS NOTED BY | PAYMENT OF FREIGHT CHARGES DUE WITHIN 15 DAYS | |
| PRINT    Hazzard | DATE    09/24/24 | TIME    12:15 |