**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>FRANCHISE GROUP, INC., *et al.*,<br>Debtors. | ) Chapter 11<br>) Case No. 24-12480 (JTD)<br>) (Jointly Administered)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for admission *pro hac vice* of Jennifer D. Raviele, Esq. of the law firm of Kelley Drye & Warren LLP to represent BCDC Portfolio Owner LLC, BCHQ Owner LLC, Brookfield Properties Retail, Inc., Curbline Properties Corp., First Washington Realty, GCP Boom LLC, JLL Property Management (Franklin Mall), Kite Realty Group, L.P., NNN REIT, Inc., Regency Centers, L.P., Shamrock A. Owner LLC, and SITE Centers Corp. in the above-captioned cases.

Dated: November 25, 2024

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DE Bar No. 3381)
**Law Office Of Susan E. Kaufman, LLC**
919 N. Market Street, Suite 460
Wilmington, DE 19801
Tel: (302) 472-7420 / Fax: (302) 792-7420
Email: skaufman@skaufmanlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of New York, Illinois and Michigan, United States District Courts for the Eastern and Southern Districts of New York, Eastern District of Michigan and the Northern District of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

*/s/ Jennifer D. Raviele*
**Kelley Drye & Warren LLP**
333 West Wacker Drive
Chicago, IL 60606
Tel: (212) 808-7800 / Fax: (212) 808-7897
Email: jraviele@kelleydrye.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.