# EXHIBIT B

## LEASE SUPPLEMENT

THIS LEASE SUPPLEMENT ("Supplement") is made on March 11, 2014, between AF COMPANY, L.L.C., a Missouri limited liability company ("Landlord") and SEARS OUTLET STORES, L.L.C., a Delaware limited liability company ("Tenant").

### RECITALS:

A. Landlord and Tenant entered into an Outlet Store Lease dated December 3, 2013 (the "**Lease**"), for certain property in the City of Kansas City, County of Jackson, State of Missouri, more specifically described in the Lease (the "**Premises**").

B. Section/Article/Paragraph 3(a) of the Lease provides that Landlord and Tenant shall specify the Commencement Date of the Lease by supplemental agreement.

C. Section/Article/Paragraph 4 of the Lease provides that the Rent Commencement Date shall be the later of (i) the date which is 24 days after all of Landlord's Work is Substantially Complete, or (ii) March 1, 2014.

NOW, THEREFORE, Landlord and Tenant agree to supplement the Lease as follows:

1. The Rent Commencement Date is March 10, 2014.

2. The Commencement Date of the Lease is February 14, 2014.

3. The Initial Term of the Lease is March 10, 2014, through March 9, 2024.

4. The Landlord's estimate of Taxes and insurance payable by Tenant for the first year are as follows: (i) Taxes $113,589.00; and (ii) Insurance $15,210.00.

5. The Lease, except as herein supplemented, is in all other respects fully ratified and confirmed.

6. Except as otherwise defined herein, all capitalized terms used in this Supplement shall have the meaning ascribed to such terms in the Lease.

76. Landlord represents and warrants that Landlord has full right, power and authority to enter into this Supplement.

*[Remainder of this page intentionally left blank; signature page follows.]*

IN WITNESS WHEREOF, Landlord and Tenant have caused this Supplement to be executed as of the day and year first above set forth.

**LANDLORD**:

**AF COMPANY, L.L.C.**, a Missouri limited liability company

By: _____
Name: Fred Stuckey
Its:   Manager

**TENANT**:

**SEARS OUTLET STORES, L.L.C.**, a Delaware limited liability company

By: Sears Hometown and Outlet Stores, Inc.,
    a Delaware corporation
Its: Sole Member

By: _____
        Peter Nero
Name: Vice President, Real Estate
Its: _____