# EXHIBIT C

## ASSIGNMENT AND ASSUMPTION OF LEASE

THIS ASSIGNMENT AND ASSUMPTION OF LEASE (this "**Assignment**"), is made as of March 3, 2022 (the "**Effective Date**"), by and between **AF COMPANY, L.L.C.**, a Missouri limited liability company ("**Assignor**"), with an address at c/o Gottlieb Corporation, P.O. BOX 1565, Fayetteville, Arkansas 72702, Attention: Fred R. Stuckey, and **FRONT STREET KANSAS CITY LLC**, a Texas limited liability company ("**Assignee**"), with an address at 5801 Edwards Ranch Road, Suite 101, Fort Worth, TX 76109, Attention: Eric Pelfrey.

RECITALS:

A.   Capitalized terms used herein but not otherwise defined have the meanings assigned to them in that certain Real Estate Contract dated January 7, 2022, between Assignor and Assignee (as amended, the "**Contract**").

B.   Concurrently with the execution and delivery of this Assignment, Assignee has purchased from Assignor the real property legally described on Exhibit A to the Contract (the "**Property**").

C.   The Property was conveyed subject to the Existing Lease.

D.   Assignor desires to assign the Existing Lease and Assignee desires to assume the Existing Lease in accordance with the terms of this Assignment.

NOW, THEREFORE, in consideration of mutual covenants, Assignor and Assignee agree as follows:

1.   **Assignment**. Assignor hereby assigns and transfers to Assignee all of Assignor's right, title and interest as landlord under the Existing Lease.

2.   **Assumption**. Assignee hereby accepts the assignment of all of Assignor's right, title and interest as landlord under the Existing Lease and assumes and agrees to perform and observe all obligations, terms, covenants and conditions imposed upon landlord under the Existing Lease accruing or arising on and after the Effective Date.

3.   **Assignor Indemnity**. Assignor agrees to defend, indemnify and hold harmless Assignee from and against any and all claims, suits, liability, damages and expenses (including reasonable attorneys' fees and court costs) accruing against the landlord under the Existing Lease with respect to events occurring under the Existing Lease prior to the Effective Date.

4.  **Assignee Indemnity**. Assignee agrees to defend, indemnify and hold harmless Assignor from and against any all claims, suits, liability, damages and expenses (including reasonable attorneys' fees and court costs) accruing against the landlord under the Existing Lease with respect to events occurring under the Existing Lease from and after the Effective Date.

5.  **Successors**. This Assignment shall be binding upon and shall inure to the benefit of Assignor and Assignee and their respective successors and assigns.

6.  **Counterparts**. This Assignment may be executed and delivered in any number of counterparts, or by the parties on separate counterpart signature pages, all of which shall constitute one and the same instrument.

IN WITNESS WHEREOF, Assignor and Assignee have executed this Assignment effective as of the Effective Date.

<u>**ASSINGOR:**</u>
**AF COMPANY, L.L.C.**, a Missouri limited liability company

By: _____
Fred R. Stuckey, not individually, but solely in his capacity as Trustee of the Fred R. Stuckey Revocable Trust U/T/A dated January 15, 1992, as amended and restated, Administrative Member


<u>**ASSIGNEE:**</u>
**FRONT STREET KANSAS CITY LLC**, a Texas limited liability company

By:   BridgeCap Partners Manager LLC, a Texas limited liability company, its Manager

    By:   BridgeCap Partners LLC, a Texas limited liability company, its Manager

        By: _____
        John Holt, its Manager

4. **Assignee Indemnity**. Assignee agrees to defend, indemnify and hold harmless Assignor from and against any all claims, suits, liability, damages and expenses (including reasonable attorneys' fees and court costs) accruing against the landlord under the Existing Lease with respect to events occurring under the Existing Lease from and after the Effective Date.

5. **Successors**. This Assignment shall be binding upon and shall inure to the benefit of Assignor and Assignee and their respective successors and assigns.

6. **Counterparts**. This Assignment may be executed and delivered in any number of counterparts, or by the parties on separate counterpart signature pages, all of which shall constitute one and the same instrument.

IN WITNESS WHEREOF, Assignor and Assignee have executed this Assignment effective as of the Effective Date.

**ASSINGOR:**
**AF COMPANY, L.L.C.**, a Missouri limited liability company

By: _____
Fred R. Stuckey, not individually, but solely in his capacity as Trustee of the Fred R. Stuckey Revocable Trust U/T/A dated January 15, 1992, as amended and restated, Administrative Member

**ASSIGNEE:**
**FRONT STREET KANSAS CITY LLC**, a Texas limited liability company

By:    BridgeCap Partners Manager LLC, a Texas limited liability company, its Manager

    By:    BridgeCap Partners LLC, a Texas limited liability company, its Manager

        By: _____
John Holt, its Manager