**CERTIFICATE OF SERVICE**

      I, Daniel K. Hogan, hereby certify that on November 25, 2024, I did cause to be served true and correct copies of the foregoing *Objection* on all parties registered to receive notice via CM/ECF in this matter as well as the below parties via electronic mail:

Young Conaway Stargatt & Taylor, LLP
Edmon L. Morton
Matthew B. Lunn
Allison S. Mielke
Shella Borovinskaya
1000 N. King Street
Wilmington, DE 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

Willkie Farr & Gallagher LLP
Debra M. Sinclair
Matthew A. Feldman
Betsy L. Feldman
Joseph R. Brandy
787 Seventh Avenue
New York, NY 10019
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com
jbrandt@willkie.com

                                            */s/ Daniel K. Hogan*
                                            Daniel K. Hogan (#2814)