# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FRANCHISE GROUP, INC., *et.al.*,[1] ) | Case No. 24-12480 (JTD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## CERTIFICATE OF SERVICE

I, Lisa Bittle Tancredi, do herby certify that on November 25, 2024, I caused a true and correct copy of the *Limited Objection of Buddy Mac Holdings, LLC to the Debtors' Motion for Entry of an Order Approving Bidding Procedures for The Sale of All or Substantially All of the Debtors' Assets* to be electronically filed and served via CM/ECF upon all parties authorized to receive electronic notice in this matter, and on the parties listed below via Electronic Mail.

*/s/ Lisa Bittle Tancredi*
Lisa Bittle Trancredi (DE Bar No. 4657)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

**SERVICE LIST**

| *Co-Counsel to Debtors and Debtors in Possession*<br>Edmon L. Morton<br>Matthew B. Lum<br>Allison S. Mielke<br>Shella Borovinskaya<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com | *Co-Counsel to Debtors and Debtors in Possession*<br>Debra M. Sinclair<br>Matthew A. Feldman<br>Betsy Lee Feldman<br>Joseph R. Brandt<br>**WILKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>Email: dsinclair@willkie.com<br>mfeldman@wisllkie.com<br>bfeldman@willkie.com<br>jbrandt@willkie.com |
|---|---|
| *Office of the United States Trustee for the District of Delaware*<br>Timothy Jay Fox, Jr.<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Email: timothy.fox@usdoj.gov | *The Committee*<br>Colin R. Robinson<br>Bradford J. Sandler<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br>Email: crobinson@pszjlaw.com<br>bsandler@pszjlaw.com |
| *The Committee*<br>Robert J. Feinstein<br>Theodore S. Heckel<br>Alan Kornfeld<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>Email: rfeinstein@pszjlaw.com<br>theckel@pszjlaw.com<br>akornfeld@pszjlaw.com | |