# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE (Delaware)

| | | |
|---|---|---|
| **In re:** | § | **Chapter** |
| | § | **Case No.: 24-12480-JTD** |
| **FRANCHISE GROUP, INC.,** | § | |
| | § | |
| **Debtor.** | § | |

## NOTICE OF APPEARANCE

Stephen B. Porterfield of the law firm of Dentons Sirote, PC hereby notifies the Court and all interested parties of his appearance as counsel for **Kings Mountain Investments Inc.** this case and respectfully requests electronic notification of all filings and other notices entered in this case at the following email address: stephen.porterfield@dentons.com.

/s/ Stephen B. Porterfield
Stephen B. Porterfield
**Counsel for Kings Mountain Investments, Inc.**

**OF COUNSEL:**

**DENTONS SIROTE PC**
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5278
Fax:  (205) 212-3862
stephen.porterfield@dentons.com

DOCSBHM\2483879\1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 26, 2024, I mailed a copy of the foregoing by U.S. Mail, postage prepaid, to the following:

| | |
|---|---|
| Shella Borovinskaya, Esq. | Joseph R. Brandt, Esq. |
| Kristin L. McElroy, Esq. | James C. Dugan, Esq. |
| Allison S. Mielke, esq. | Betsy Lee Feldman, Esq. |
| Edmon L. Mortan, Esq. | Matthew A. Feldman, Esq. |
| Young Conaway Stargatt & Taylor, LLP | Jessica D. Graber, Esq. |
| Rodney Square | Yara Kass-Gergi, Esq. |
| 1000 North King Street | Marine Loison, Esq. |
| Wilmington, DE 19801 | Stuart R. Lombardi, Esq. |
| | Debra McElligott Sinclair, Esq. |
| | Willkie Farr & Gallagher LLP |
| | 787 Seventh Avenue |
| | New York, NY 10019 |

/s/ Stephen B. Porterfield
OF COUNSEL