# EXHIBIT E

## Payments Made to PKB by Debtors within 90 Days of Petition

| DATE | TRANSACTION | DEPOSITS |
|---|---|---|
| 8-22-2024 | Invoice Payment[15] | $62,851 |
| 10-24-24 | Retainer | $75,000 |

[15] This payment reflects the final invoice to PKB in connection with the Initial Independent Investigation.