# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FRANCHISE GROUP, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-12480 (JTD) <br><br> (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF BRIAN L. SHAW

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Brian L. Shaw of Cozen O'Connor to represent the Prophecy Settlement-related Liquidating Trust 2022-23 in the above-captioned jointly administered bankruptcy cases.

Dated: November 26, 2024

*/s/ Marla S. Benedek*
Marla S. Benedek (DE Bar No. 6638)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email: mbenedek@cozen.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois pursuant to Local Rule 9010-1 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 26, 2024

*/s/ Brian L. Shaw*
Brian L. Shaw
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 382-3100
bshaw@cozen.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: November 27th, 2024
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE