# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

In Re:

FRANCHISE GROUP, INC., *et al.*[1]

Debtors.

---

Chapter 11

Case No. 24-12480 (JTD)

(Jointly Administered)

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 2002(g), request is hereby made that all papers, pleadings, motions, and applications served or required to be served in these cases be given to and served upon the following:

Barclay Damon LLP
Attn:  Kevin M. Newman
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone:  (315) 413-7115
Email:  knewman@barclaydamon.com

Barclay Damon LLP
Attn:  Niclas A. Ferland
545 Long Wharf Drive, Ninth Floor
New Haven, CT 06511
Telephone:  (203) 672-2667
Email:  nferland@barclaydamon.com

Barclay Damon LLP
Attn:  Scott L. Fleischer
1270 Avenue of the Americas, Suite 501
New York, NY 10020
Telephone:  (212) 784-5810
Email:  sfleischer@barclaydamon.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

22331633.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rule cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, telegraph, telex or otherwise, which may affect the rights or interests, in any way of Benenson Capital Partners, LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, *et al.*[2], Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, *et al.*[3], Wheeler REIT, LP, and/or certain of their affiliates in the above-captioned cases. More detailed information is set forth in **Exhibit A** attached hereto.

Dated: November 27, 2024
New York, New York

**BARCLAY DAMON LLP**

By: */s/Scott L. Fleischer*
Scott L. Fleischer
1270 Avenue of the Americas, Suite 501
New York, NY 10020
Telephone: (212) 784-5810
Email: sfleischer@barclaydamon.com

Kevin M. Newman
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone: (315) 413-7115
Email: knewman@barclaydamon.com

---

[2] HV Center LLC, HV Center TIC 1 LLC, and HV Center TIC 2 LLC.
[3] SS Tulsa Center LLC; SS Tulsa Center TIC 1 LLC; SS Tulsa Center TIC 2 LLC; SS Tulsa Center TIC 3 LLC; and SS Tulsa Center TIC 4 LLC.

22331633.1

Niclas A. Ferland
545 Long Wharf Drive, Ninth Floor
New Haven, CT 06511
Telephone: (203) 672-2667
Email: nferland@barclaydamon.com

*Attorneys for Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.[2], Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.[3], Wheeler REIT, LP, and/or certain of their affiliates*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Request for Service of Notices will be served electronically by the Court's CM/ECF system upon the following:

- John R. Ashmead    ashmead@sewkis.com, matott@sewkis.com;managingclerkoffice@sewkis.com
- Joseph H. Baldiga    jbaldiga@mirickoconnell.com
- Scott E. Blakeley    seb@blakeleylc.com, ecf@blakeleyllp.com
- Shella Borovinskaya    sborovinskaya@ycst.com, bankfilings@ycst.com
- Morton R. Branzburg    mbranzburg@klehr.com, jtaylor@klehr.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Shannah L. Colbert    scolbert@mirickoconnell.com
- Kevin G. Collins    kevin.collins@btlaw.com, klytle@btlaw.com
- Mark L. Desgrosseilliers    desgross@chipmanbrown.com, fusco@chipmanbrown.com; dero@chipmanbrown.com; hitchens@chipmanbrown.com
- Katherine Devanney    kdevanney@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Monique Bair DiSabatino    monique.disabatino@saul.com, robyn.warren@saul.com
- Michael Seth Etkin    metkin@lowenstein.com
- Justin Cory Falgowski    jfalgowski@burr.com
- Turner Falk    turner.falk@saul.com, tnfalk@recap.email
- Dean Farley    dfarley@brennanllc.com
- Brian E Farnan    bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
- Michael J. Farnan    mfarnan@farnanlaw.com, tfarnan@farnanlaw.com
- Robert J. Feinstein    rfeinstein@pszjlaw.com
- Betsy Lee Feldman    bfeldman@willkie.com, bankfilings@ycst.com;maosbny@willkie.com
- Daniel Fliman    danfliman@paulhastings.com, michaelmagzamen@paulhastings.com; matlaskowski@paulhastings.com; davidmohamed@paulhastings.com; jeremyevans@paulhastings.com; jaymegoldstein@paulhastings.com
- Timothy Jay Fox    timothy.fox@usdoj.gov
- Susan R Fuertes    susan.fuertes@harriscountytx.gov
- Sergio E. Garcia    austinbankruptcy@pbfcm.com
- Ronald S. Gellert    rgellert@gsbblaw.com
- Stephen B Gerald    sgerald@tydings.com
- Eric S. Goldstein    egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com; bankruptcy@goodwin.com
- Karen M. Grivner    kgrivner@clarkhill.com, kwebster@clarkhill.com
- Tara L. Grundemeier    houston_bankruptcy@lgbs.com
- Hiram Abif Gutierrez    edinburgbankruptcy@pbfcm.com
- Brett Michael Haywood    bhaywood@potteranderson.com, lhuber@potteranderson.com; bankruptcy@potteranderson.com; kmccloskey@potteranderson.com; jjones@potteranderson.com; bankruptcy@potteranderson.com; tmistretta@potteranderson.com; jjones@potteranderson.com
- William A. Hazeltine    whazeltine@sha-llc.com
- Leslie C. Heilman    heilmanl@ballardspahr.com, friedmanm@ballardspahr.com
- Samuel Paul Hershey    sam.hershey@whitecase.com
- Patrick A. Jackson    Patrick.jackson@faegredrinker.com, cathy.greer@faegredrinker.com
- Ericka Fredricks Johnson    ejohnson@bayardlaw.com, rhudson@bayardlaw.com; ccampbell@bayardlaw.com
- Yara Kass-Gergi    ykass-gergi@willkie.com
- Shanti M. Katona    skatona@polsinelli.com, LSuprum@Polsinelli.com; delawaredocketing@polsinelli.com

22331633.1

- Susan E. Kaufman    skaufman@skaufmanlaw.com
- Joy D Kleisinger    jkleisinger@fbtlaw.com
- John Henry Knight    knight@rlf.com, RBGroup@RLF.com; ann-jerominski-2390@ecf.pacerpro.com
- Kroll Restructuring Administration LLC    info@ra.kroll.com
- Jeffrey Kurtzman    kurtzman@kurtzmansteady.com
- Adam G. Landis    landis@lrclaw.com, brown@lrclaw.com; Ramirez@lrclaw.com; hitchens@lrclaw.com; Bianco@lrclaw.com; dellose@lrclaw.com; huynh@lrclaw.com
- Thomas E Lauria    tlauria@whitecase.com, mco@whitecase.com
- Robert L. LeHane    KDWBankruptcyDepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com; jchurchill@kelleydrye.com
- Joseph H Lemkin    jlemkin@stark-stark.com
- Stuart R. Lombardi    slombardi@willkie.com, slombardi@willkie.com
- Matthew Barry Lunn    mlunn@ycst.com, bankfilings@ycst.com
- L Katie Mason    katie.mason@quarles.com, docketwi@quarles.com
- Andrew Matott    matott@sewkis.com
- William McDonald    wmcdonald@shopcore.com
- Kristin L McElroy    KMcElroy@ycst.com
- Matthew B. McGuire    mcguire@lrclaw.com, rogers@lrclaw.com; dellose@lrclaw.com; ramirez@lrclaw.com; huynh@lrclaw.com; hitchens@lrclaw.com; ford@lrclaw.com
- Rachel B. Mersky    rmersky@monlaw.com
- Allison S Mielke    amielke@ycst.com, bankfilings@ycst.com
- Laura J. Monroe    lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- Edmon L. Morton    bankfilings@ycst.com
- Christopher S. Murphy    hristopher.murphy@oag.texas.gov, sherri.simpson@oag.texas.gov
- Phillip Wesley Nelson    phillip.nelson@hklaw.com, hapi@hklaw.com
- Sloane B. O'Donnell    sodonnell@fbtlaw.com
- Domenic E. Pacitti    dpacitti@klehr.com
- Michael Papandrea    mpapandrea@lowenstein.com, dclaussen@lowenstein.com
- Julie Anne Parsons    jparsons@mvbalaw.com, kalexander@mvbalaw.com; julie.parsons@ecf.courtdrive.com
- Kristen N. Pate    bk@bpretail.com
- Dana S. Plon    dplon@sirlinlaw.com
- Reliable Companies    gmatthews@reliable-co.com
- Jeffrey Rhodes    jrhodes@tlclawfirm.com
- Colin R. Robinson    crobinson@pszjlaw.com
- Laurel D. Roglen    roglenl@ballardspahr.com, carbonej@ballardspahr.com
- Frederick Brian Rosner    rosner@teamrosner.com, chen@teamrosner.com, dong@teamrosner.com, wang@teamrosner.com
- Jeremy William Ryan    jryan@potteranderson.com, bankruptcy@potteranderson.com; lhuber@potteranderson.com; kmccloskey@potteranderson.com; tmistretta@potteranderson.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Bradford J. Sandler    bsandler@pszjlaw.com, abates@pszjlaw.com
- Isaac Sasson    isaacsasson@paulhastings.com
- Erin Powers Severini    eseverini@fbtlaw.com
- John Christopher Shore    cshore@whitecase.com, caverch@whitecase.com; gsedlik@whitecase.com; mco@whitecase.com; rgorsich@whitecase.com; hannah.lee@whitecase.com
- William L. Siegel    bsiegel@cowlesthompson.com, brodela@cowlesthompson.com
- Christopher Page Simon    csimon@crosslaw.com, smacdonald@crosslaw.com
- Debra McElligott Sinclair    dsinclair@willkie.com, mao@willkie.com
- Louis F. Solimine    louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com, ecfdocket@thompsonhine.com
- Charles S. Stahl    cstahl@smbtrials.com
- Don Stecker    don.stecker@lgbs.com
- Amanda R. Steele    steele@rlf.com
- Benjamin Joseph Steele    ecf@primeclerk.com

- Alexander R. Steiger    steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Sabrina L. Streusand    streusand@slollp.com, prentice@slollp.com
- Ethan Hans Sulik    esulik@potteranderson.com
- Stanley B. Tarr    stanley.tarr@blankrome.com
- Ronald Mark Tucker    rtucker@simon.com, bankruptcy@simon.com
- John Kendrick Turner    dallas.bankruptcyr@lgbs.com, Dora.Casiano-Perez@lgbs.com; Dallas.Bankruptcy@lgbs.com
- U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
- Margaret A. Vesper    vesperm@ballardspahr.com
- Jordan Williams    jordan.williams@blankrome.com
- Andrew T Zatz    azatz@whitecase.com, isilverbrand@whitecase.com;mco@whitecase.com

I further certify that on the 27th day of November, 2024, a copy of the Request for Service of Notices was also mailed first class mail, postage paid to the following parties:

Office of the U.S. Trustee
Attn: Timothy J. Fox, Jr., Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Brett Bakemeyer
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

Nicholas A. Bassett
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036

Gregg S. Bateman
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Joseph R. Brandt
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Connor K. Casas
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Alysia Cordova
Perdue, Brandon, Fielder, Collins and Mo
P.O. Box 9132
Amarillo, TX 79105

James C Dugan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Jeremy D. Evans
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Federal Warranty Service Corporation
Attn: Court Levy
260 Interstate North Circle, SE
Atlanta, GA 30339

Matthew A. Feldman
Willkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019

Steven Fox
Riemer Braunstein LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036

Jayme Goldstein
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Jessica D. Graber
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Michael T. Gustafson
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606

James H. Haithcock, III
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203

Theodore S. Heckel
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Audrey L. Hornisher
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, TX 75202

Elisa Hyder
Polsinelli PC
Three Logan Square
1717 Arch Street, Suite 2800
Philadelphia, PA 19103

Jennifer Walker, Individually and in her
Capacity as Putative Class Representative
c/o Ryan F. Stephan, Stephan Zouras, LL
222 West Adams Street, Suite 2020
Chicago, IL 60606

Alan J. Kornfeld
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

James S. Ktsanes
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

Marine Loison
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Manatee County Tax Collector
Ken Burton JR / Michelle Lesson
1001 3rd Avenue West, Suite 240
P.O. Box 25300
Bradenton, FL 34205-7863

NNN REIT, LP
(fka National Retail Properties)
Attn: David G. Byrnes, Jr.
450 South Orange Avenue, Suite 900
Orlando, FL 32801

Nestle and its Subsidiaries, including Nestle
Purina Petcare, Nestle USA, Garden of Life,
Orgain, & Atrium,
Attn: Craig Lydigsen
30500 Bainbridge Road
Solon, OH 44139

Timothy Beau Parker
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

Michael B. Pugh
Thompson, O'Brien, Kappler & Nasuti, PC
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Jennifer D. Raviele
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Dana Robbins-Boehner
Burr & Forman LLP
201 North Franklin Street, Suite 3200
Tampa, FL 33602

Elizabeth A. Rogers
Landis Rath & Cobb LLP
919 North Market Street, Suite 1800
Wilmington, DE 19805

Michael B. Schaedle
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801

Allison Selick
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Steven N. Serajeddini
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Erin Smith
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

Solstice Sleep Company
Attn: Dennis Straily
3720 West Broad Street
Columbus, OH 43228

Andrew Sorkin
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

22331633.1

| | |
|---|---|
| J. Ellsworth Summers<br>Burr & Forman LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, FL 32202 | Texas Taxing Authorities<br>%PBFCM<br>PO Box 9132<br>Amarillo, TX 79105 |

                                     */s/Scott L. Fleischer*
                                     Scott L. Fleischer

## **EXHIBIT A**

| **Managing Agent / Landlord** | **Shopping Center** | **Location** | **Banner** |
|---|---|---|---|
| **Benenson Capital Partners, LLC** | | | |
| East Broadway Tucson LLC | East Broadway | Tucson, AZ | The Vitamin Shoppe |
| **CASTO** | | | |
| CRI New Albany Square, LLC | New Albany Square | Gahanna, OH | Pet Supplies Plus |
| Grove City Plaza L.P. | Grove City Plaza | Grove City, OH | Pet Supplies Plus |
| Northridge Crossing L.P. | NorthRidge Crossing | Westerville, OH | Pet Supplies Plus |
| **DLC Management Corporation** | | | |
| G&I IX Empire Williamsville Place LLC | Williamsville Place | Williamsville, NY | Pet Supplies Store |
| VAA Improvements, LLC | The Village at Allen | Allen, TX | The Vitamin Shoppe |
| **First National Realty Partners** | | | |
| HV Center LLC; HV Center TIC 1 LLC; and HV Center TIC 2 LLC | Hooksett Village | Hooksett, NH | American Freight |
| SS Tulsa Center LLC; SS Tulsa Center TIC 1 LLC; SS Tulsa Center TIC 2 LLC; SS Tulsa Center TIC 3 LLC; and SS Tulsa Center TIC 4 LLC | Summit Square | Tulsa, OK | American Freight |
| **Inland Commercial Real Estate Services LLC** | | | |
| IREIT Layton Pointe, L.L.C. | Harris Plaza | Layton, UT | American Freight |
| IREIT Pittsburgh Settlers Ridge, L.L.C. | Settlers Ridge | Pittsburgh, PA | Pet Supplies Plus |
| IREIT Pittsburgh Settlers Ridge, L.L.C. | Settlers Ridge | Pittsburgh, PA | The Vitamin Shoppe |
| SC North Myrtle Beach 11th Ave, LP | Coastal North Town Center | North Myrtle Beach, SC | The Vitamin Shoppe |
| **Kempner Properties, LLC** | | | |
| KP Hilltop Commons, LLC; Old 875 Hilltop Commons, LLC; and New 875 Hilltop Commons, LLC | Hilltop Commons | Derby, CT | American Freight |
| **National Realty & Development Corp.** | | | |
| South Plainfield Properties L.P. | Hadley Center | South Plainfield, NJ | The Vitamin Shoppe |
| **Wheeler REIT, LP** | | | |
| Cedar Golden Triangle, LLC | Golden Triangle | Lancaster, PA | American Freight |

22331633.1