## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2024, I caused a copy of the **Notice of Appearance and Demand for Service of Papers** to be served on all parties that are registered to receive notice via the Court's CM/ECF notification system, and on counsel listed below by email:

Edmon L. Morton
Matthew B. Lunn
Allison S. Mielke
Shella Borovinskaya
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

Debra M. Sinclair
Matthew A. Feldman
Betsy L. Feldman
Joseph R. Brandt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com
jbrandt@willkie.com

Timothy Jay Fox, Jr.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: timothy.fox@usdoj.gov

Dated: November 27, 2024                    */s/ Kevin G. Collins*
                                            Kevin G. Collins (DE No. 5149)