### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FRANCHISE GROUP, INC., et al., | ) Case No. 24-12480-JTD |
| | ) (Jointly Administered) |
| Debtors. | ) |

### REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

> COOK, VETTER, DOERHOFF & LANDWEHR, P.C.
> ATTN: John D. Landwehr
> 231 Madison Street
> Jefferson City, MO 65101
> Telephone: 573-635-7977
> Fax: 573-635-7414
> Email: jlandwehr@cvdl.net

The foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, telegraph, telex or otherwise, which may affect the rights or interests, in any way of **Missouri Boulevard Investment Company** in the above-captioned matter.

COOK, VETTER, DOERHOFF & LANDWEHR, P.C.

Dated: November 26, 2024    By: _/s/ John D. Landwehr_
John D. Landwehr
231 Madison Street
Jefferson City, MO 65101
Telephone: (573) 635-7977
Fax: (573) 635-7414
Email: jlandwehr@cvdl.net

# COOK VETTER DOERHOFF & LANDWEHR P.C.

ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION

231 MADISON STREET

JEFFERSON CITY, MISSOURI 65101

573-635-7977

FAX 573-635-7414

www.cvdl.net

DALE C. DOERHOFF
JOHN D. LANDWEHR
HEIDI DOERHOFF VOLLET
SHELLY A. KINTZEL
ERIC W. MCDONNELL

JEAN S. FEATHER
Of Counsel

WINSTON COOK
1924-1978

THOMAS A. VETTER
1935-2023

November 26, 2024

Clerk of the Bankruptcy Court
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Re:   Franchise Group, Inc., et al., Bankruptcy
      Case No.: 24-12480-JTD (Jointly Administered)

Dear Clerk:

Enclosed please find an original and one copy of our Request for Service of Notices to be filed in the above matter. Please return a stamp-filed copy of the Request to our office. A self-addressed stamped envelope is also enclosed for your convenience.

Sincerely,

John D. Landwehr

JDL/db
Enclosures