IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FRANCHISE GROUP, INC., et al., | ) Case No. 24-12480 (JTD) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) Re: Docket Nos. 7, 128 |
|  | ) |
|  | ) Obj. Deadline: 12/3/24, 4:00 p.m. |
|  | ) Hearing Date: 12/10/24, 10:00 a.m. |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1.  The names and addresses of the Utilities represented by the Firm are:

    A.  Entergy Arkansas, LLC
        Entergy Louisiana, LLC
        Entergy Mississippi, LLC
        Entergy Texas, Inc.
        Attn: Jon Majewski
        Entergy Credit Department
        Building 1, L-JEF-359, 4809 Jefferson Hwy.
        Jefferson, Louisiana 70121

B.  Salt River Project
    Anthony Beck, Customer Credit Services PAB21T
    1667 N. Priest Drive
    Tempe, Arizona 85288-1231

C.  Florida Power & Light Company
    Attn: Knecole Stroman
    Revenue Recovery Department RRD/LFO
    4200 W Flagler St
    Coral Gables, Florida 33134

D.  Tucson Electric Power Company
    Attn: Adam D. Melton, Esq.
    Assistant General Counsel - Litigation
    88 E. Broadway Blvd.
    HQE910
    Tucson, Arizona 85701

E.  American Electric Power
    Attn: Jason Reid
    1 Riverside Plaza, 13th Floor
    Columbus, Ohio 43215

F.  Ohio Edison Company
    Potomac Edison Company
    West Penn Power Company
    Pennsylvania Electric Company
    Monongahela Power Company
    Metropolitan Edison Company
    Pennsylvania Power Company
    Jersey Central Power & Light Company
    Toledo Edison Company
    The Cleveland Electric Illuminating Company
    Attn: Kathy M. Hofacre
    FirstEnergy Corp.
    76 S. Main St., A-GO-15
    Akron, Ohio 44308

G.  Georgia Power Company
    Attn: Daundra Fletcher
    2500 Patrick Henry Parkway
    McDonough, Georgia 30253

H. Baltimore Gas and Electric Company
   Atlantic City Electric Company
   Delmarva Power & Light Company
   Commonwealth Edison Company
   PECO Energy Company
   The Potomac Electric Power Company
   Attn: Lynn R. Zack, Esq.
   Assistant General Counsel
   Exelon Corporation
   2301 Market Street, S23-1
   Philadelphia, Pennsylvania 19103

I. Tampa Electric Company
   Peoples Gas System, Inc.
   Attn: Barbara Taulton FRP, CAP, Florida Registered Paralegal
   Tampa Electric Company
   702 N. Franklin Street
   Tampa, Florida 33602

J. New York State Electric and Gas Corporation
   Attn: Kelly Potter
   James A. Carrigg Center
   Bankruptcy Department
   18 Link Drive
   Binghamton, New York 13904

K. Rochester Gas and Electric Corporation
   Attn: Shannon Lawson
   180 South Clinton Avenue
   Rochester, New York 14607

L. Virginia Electric and Power Company d/b/a Dominion Energy Virginia
   Attn: Sherry Ward
   600 East Canal Street, 16th floor
   Richmond, Virginia 23219

M. Dominion Energy South Carolina, Inc.
   Attn: Jay Bressler, Esq.
   220 Operation Way
   Cayce, South Carolina 29033

N.  The Connecticut Light & Power Company
    Yankee Gas Services Company
    Public Service Company of New Hampshire
    Eversource Gas of Massachusetts
    NStar Electric Company – Western Massachusetts
    Attn: Honor S. Heath, Esq.
    Eversource Energy
    107 Selden Street
    Berlin, Connecticut 06037

O.  PSEG Long Island
    Attn: Brianna Maye, Back Office Collections
    15 Park Drive
    Melville, New York 11747

P.  Southern California Edison Company
    Attn: Jeffrey S. Renzi, Esq.
    Director and Managing Attorney
    Southern California Edison Company, Law Department
    2244 Walnut Grove Avenue
    Rosemead, California 91770

Q.  CenterPoint Energy Resources Corp
    Jeannetta Johnson
    Credit Department, 31st Floor
    CenterPoint Energy, Inc.
    1111 Louisiana St.
    Houston, Texas 77002

R.  Orange & Rockland Utilities, Inc.
    Attn: Jennifer Woehrle
    390 W. Route 59
    Spring Valley, New York 10977

S.  Consolidated Edison Company of New York, Inc.
    Attn: Bankruptcy
    Customer Operations, Specialized Activities, 9th Floor
    4 Irving Place
    New York, New York 10003

T.  San Diego Gas & Electric Company
    Attn: Kelli S. Davenport, Bankruptcy Specialist
    8326 Century Park Court
    San Diego, California 92123

U.  Boston Gas Company
    KeySpan Gas East Corporation
    The Brooklyn Union Gas Company
    Massachusetts Electric Company
    Niagara Mohawk Power Corporation
    Attn: Vicki Piazza, D-1
    National Grid
    300 Erie Boulevard West
    Syracuse, New York 13202

V.  Constellation NewEnergy, Inc.
    Constellation NewEnergy – Gas Division, LLC

W.  Gexa Energy, LP ("Gexa")
    Attn: John Gray, Esq., Senior Counsel
    601 Travis Street, Suite 1400
    Houston, Texas 77002

2. The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

(a) The following Utilities have unsecured claims against the above-referenced Debtors arising from prepetition utility usage: American Electric Power, Ohio Edison Company, Potomac Edison Company, West Penn Power Company, Pennsylvania Electric Company, Monongahela Power Company, Metropolitan Edison Company, Pennsylvania Power Company, Jersey Central Power & Light Company, Toledo Edison Company, The Cleveland Electric Illuminating Company, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Dominion Energy South Carolina, Inc., Georgia Power Company, PSEG Long Island , San Diego Gas and Electric Company, Southern California Edison Company, Baltimore

5

Gas and Electric Company, Commonwealth Edison Company, PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Tampa Electric Company, Peoples Gas System, Inc., Eversource Gas of Massachusetts, The Connecticut Light & Power Company, Yankee Gas Services Company, Public Service Company of New Hampshire, NStar Electric Company - Western Massachusetts, Orange & Rockland Utilities, Inc., Consolidated Edison Company of New York, Inc., Constellation NewEnergy, Inc., Constellation NewEnergy - Gas Division, LLC, CenterPoint Energy Resources Corp., New York State Electric and Gas Corporation, Rochester Gas & Electric Corporation, Boston Gas Company, KeySpan Gas East Corporation, The Brookyn Union Gas Company, Massachusetts Electric Company, Niagara Mohawk Power Corporation and Gexa Energy, LP.

(b)  Salt River Project, Entergy Arkansas, LLC, Entergy Louisiana, LLC, Entergy Mississippi, LLC, Florida Power & Light Company and Tucson Electric Power Company held prepetition cash deposits that wholly secured prepetition debt.

(c)  For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the *Objection of Certain Utility Companies to the Debtors' Motion For Interim and Final Orders (I) Prohibiting*

*Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures For Resolving Objections By Utility Companies and Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief* (Docket No. 280) filed in the above-captioned, jointly-administered, bankruptcy cases.

3. The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in November 2024. The circumstances and terms and conditions of employment of the Firm by the Utilities is protected by the attorney-client privilege and attorney work product doctrine.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Date: December 3, 2024

By: /s/ Russell R. Johnson III
Russell R. Johnson III (VSB No. 31468)
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
E-mail: russell@russelljohnsonlawfirm.com