Debtor _____

United States Bankruptcy Court for the District of Delaware

Case number _____

# Claim Withdrawal Form

### Part 1: Identify the Claim

**Creditor Name and Address:**

Name _____

Number _____ Street _____

City _____ State _____ Zip Code _____

Country _____

Contact phone _____

Contact email _____

**Claim Number (if known):** _____

**Date Claim Filed:** _____ (mm/dd/yyyy)

**Total Amount of Claim Filed:** $_____

### Part 2: Sign Below

**The person completing this form must sign and date it.**

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Executed on date _____ (mm/dd/yyyy)

Signature _____

Print Name _____

Title (if applicable) _____

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

**Completed forms can be returned via mail to the address below:**

Fisker Inc. Claims Processing Center
c/o KCC dba Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

**Alternatively, completed forms can be returned via email to fiskerinfo@veritaglobal.com.**