**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                                 )
In re:                                                          )        Chapter 11
                                                                 )
FRANCHISE GROUP, INC., et al.              )        Case No. 24-12480 (JTD)
                                                                 )
                  Debtors.                              )        (Jointly Administered)
                                                                 )
_____)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Bradshaw Rost, Esq., of Tenenbaum & Saas, P.C., 4504 Walsh Street, Suite 200, Chevy Chase, Maryland 20815 hereby enters his appearance on behalf of Parkridge Center Retail, LLC, a creditor. This appearance is intended solely for the purpose of receiving notices to include, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights or interest of Parkridge Center Retail, LLC, and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Dated: December 3, 2024                                    Respectfully Submitted,

                                                                             /s/ Bradshaw Rost
                                                                             Bradshaw Rost, Esq.
                                                                             Tenenbaum & Saas, P.C.
                                                                             4504 Walsh Street, Suite 200
                                                                             Chevy Chase, Maryland 20815
                                                                             (301) 961-5300 – Phone
                                                                             BRost@tspclaw.com
                                                                             *Counsel for Creditor*,
                                                                             *Parkridge Center Retail, LLC*