**Exhibit B**

September 24 Proposal

Confidential
Subject to FRE 408 and Equivalents
For Discussion Purposes Only - Subject to Material Revision and Ongoing Diligence



# AHG Counterproposal

## September 24, 2024

Evercore    Davis Polk

Case 24-12480-JTD  Doc 302-2  Filed 12/03/24  Page 3 of 6

Confidential
Subject to FRE 408 and Equivalents
For Discussion Purposes Only - Subject to Material Revision and Ongoing Diligence

# Illust. Term Sheet – Framework of Out of Court Transaction

| | ❶ 9/15 Ducera Construct[1] | ❷ 9/24 2L/HoldCo Response |
|---|---|---|
| **American Freight ("AF")** | ■ Silent | ■ AF to be separated and wound-down / sold<br>▸ 100% of net proceeds from sale of ABL priority collateral to repay the ABL<br>▸ 100% of net proceeds from sale of TL priority collateral to repay the 1L TL<br>■ In parallel with winddown planning and implementation, Company to market stores / leases to potential going-concern buyers (whole business and individual stores or packages of stores) |
| **New Money** | ■ ~$148.8mm new money by 2L/HoldCo lenders. Potential to upsize if capital need increases, subject to diligence and business plan<br>▸ $125.0mm new money liquidity funded as additional 2L debt<br>▸ ~$23.8mm capitalized for next HoldCo (~$18.9mm) and 2L (~$4.9mm) interest payments as additional 2L debt<br>▸ 2.0x MOIC provided on all new money, capitalized interest, and exchange debt provided as 2L | ■ ~$123.8.mm new money by 2L/HoldCo lenders<br>▸ $100mm new first-lien second-out term loan ("FLSO")<br>● Maturity: 3 months outside of FLFO (defined below)<br>● Rate/Amort: S+775 PIK; no amort<br>● Maintenance Covenants: None<br>● Use of Proceeds: Transaction fees/expenses and balance sheet liquidity<br>▸ ~$23.8mm capitalized for next HoldCo (~$18.9mm) and 2L (~$4.9mm) interest payments as additional 2L TL (defined below) |
| **ABL Treatment** | ■ Consent to Transaction and New 1L OpCo debt at PSP and VSI<br>■ Maintains senior position as ABL, maintains security package, and maintains priority in capital structure<br>■ Maturity to be extended to 3 months inside of the extended FRG 1L debt | ■ FRG ABL extended on market terms<br>▸ <u>Maturity</u>: Extended to 3 months inside of FLFO<br>▸ <u>Rate</u>: S+200 (unchanged)<br>▸ <u>Maintenance Covenants</u>: Revert to covenant package prior to amendment:<br>● Springing 1.0x FCCR test, subject to agreement on EBITDA and testing trigger<br>● Elimination of excess availability covenant<br>▸ <u>Downsize Facility</u>: Commitments downsized to reflect reduced borrowing base following repayment from AF winddown; covenant thresholds to be similarly reduced to reflect downsized facility |
| **FRG 1L Treatment** | ■ Exchange $800.0mm of existing FRG 1L into New 1L OpCo debt at PSP and VSI<br>▸ Subject to acceptable terms and conditions of new debt and stub debt, including with respect to potential cash flow sweep. 1.00% amortization after 12 months<br>■ Extension of maturity on remaining FRG 1L debt (~$298.1mm) to 10/31/2031[2]<br>■ Provide remaining FRG 1L debt with potential cash flow sweep that accelerates paydown and reduces effective term/duration, subject to business plan and liquidity review | ■ FRG 1L TL exchanged at par into:<br>▸ $650mm first lien first out term loan ("FLFO")<br>● <u>Maturity</u>: 5 years from transaction close (~3.5 year extension)<br>● <u>Rate/Amort</u>: S+475 cash (unchanged); 1.0% amortization<br>● <u>Maintenance Covenant</u>: TBD covenant and level with testing to commence quarter ended Dec 31, 2026<br>● <u>ECF Sweep</u>: TBD sweep commencing quarter ended Dec 31, 2026<br>▸ $446mm FLSO<br>● <u>Maturity</u>: 3 months outside of FLFO<br>● <u>Rate/Amort</u>: S+475 cash + 200 PIK (total of S+675); no amort<br>● <u>Maintenance Covenants</u>: None<br>■ FRG 1L TL Lenders to also receive their pro rata share of ~$36.1mm of 2L TL with 2.0x MOIC (~$72.2mm) and other terms outlined on following page |




1. Transaction does not reflect funding or capital needs for separation of American Freight
2. Subject to ongoing tax due diligence

Case 24-12480-JTD    Doc 302-2    Filed 12/03/24    Page 4 of 6

Confidential
Subject to FRE 408 and Equivalents
For Discussion Purposes Only - Subject to Material Revision and Ongoing Diligence

## Illust. Term Sheet – Framework of Out of Court Transaction *(Cont'd)*

|  | **① 9/15 Ducera Construct**[1] | **② 9/24 2L/HoldCo Response** |
|---|---|---|
| **FRG 2L/HoldCo Treatment** | ■ 2L debt to remain in place as 2L debt<br>  ▶ Maturity 3 months outside of extended 1L OpCo debt[2]<br>  ▶ Modify interest rate to S+8.00% cash or S+10.00% PIK, with toggle at FRG's election<br>  ▶ 2L debt to receive a 2.0x min MOIC on balances pro forma for the Transaction<br>  ▶ Next cash interest payment (~$4.9mm) to be provided via upsized 2L debt<br>■ $148.8mm total increase in 2L debt balance across (i) $125.0mm new money, (ii) ~$23.8mm for capitalized interest (HoldCo and 2L), and (iii) ~$88.7mm exchange of HoldCo debt into 2L<br>  ▶ All 2L debt issuances are pari passu with other 2L debt / existing 2L debt<br>■ Pro forma 2L debt with full MOIC of ~$362.5mm, reflecting:<br>  ▶ $125.0mm current balance<br>  ▶ ~$23.8mm for 2L and HoldCo interest<br>  ▶ $125.0mm new money liquidity funded as additional 2L debt<br>  ▶ ~$88.7mm HoldCo debt exchange<br>  ▶ Subtotal: ~$362.5mm<br>  ▶ 2.0x MOIC: ~$725.0mm | ■ FRG 2L/HoldCo debt exchanged into:<br>  ▶ $325mm in FRG second lien debt ("2L TL")<br>    ● <u>Maturity</u>: 6 months outside of FLFO<br>    ● <u>Rate</u>: S+1,000 PIK<br>    ● <u>Amort</u>: No amortization<br>    ● <u>Min MOIC</u>: 2.0x (i.e., $650mm)<br>  ▶ TBD% of common equity<br><br><br><br><br>■ Pro forma 2L TL with full MOIC of ~$361.1mm, reflecting:<br>  ▶ $125.0mm current balance<br>  ▶ ~$23.8mm for 2L and HoldCo interest<br>  ▶ ~$36.1mm to FRG 1L TL Lenders (10% of full amount)<br>  ▶ ~$176.2mm HoldCo debt exchange<br>  ▶ Subtotal: ~$361.1mm<br>  ▶ 2.0x MOIC: ~$722.2mm |
| **Equity** | ■ Existing equity to receive remaining TBD percentage of common equity, in addition to TBD warrants | ■ TBD |
| **Conn's Lease Rejection Claims** | ■ Conn's lease guarantee treatment to be determined prior to Transaction | ■ Conn's lease guarantee treatment to be determined prior to Transaction |
| **MIP** | ■ Pro forma fully diluted equity (post HoldCo conversion and warrants) subject to dilution from a TBD management incentive plan. MIP TBD by board, performance/value will be tested relative to 1L attachment point at the time of Transaction | ■ TBD, but performance/value shall be tested relative to FLSO detachment point at the time of the Transaction |
| **Governance** | ■ Governance TBD, with 2L/HoldCo lenders controlling the board | ■ 2L/HoldCo lenders controlling the board |





1. Transaction does not reflect funding or capital needs for separation of American Freight
2. Subject to ongoing tax due diligence

Case 24-12480-JTD   Doc 302-2   Filed 12/03/24   Page 5 of 6

Confidential
Subject to FRE 408 and Equivalents
For Discussion Purposes Only - Subject to Material Revision and Ongoing Diligence

# Illustrative Pro Forma Capitalization
**② 9/24 2L/HoldCo Response**

*($ in millions)*

## PF Capitalization

| | Q3'24 Transaction | | | Cash Interest Rate | | PIK Interest Rate | | Cash Interest | | Maturity | | xFY'25E Adj. EBITDA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SQ | Adj. | PF | SQ | PF | SQ | PF | SQ | PF | SQ | PF | SQ | PF |
| Total Consolidated Cash | $20 | $50 | $70 | | | | | | | | | | |
| $400mm ABL Facility[1] | $259 | $ - | $259 | S + 200[2] | S + 200[2] | - | - | $18 | $18 | Mar-26 | Jun-29[3] | | |
| First-Lien First-Out TL | - | 650 | 650 | - | S + 475 | - | - | - | 61 | - | Sep-29[5] | | |
| First-Lien Second-Out TL (Exchanged 1L TL) | - | 446 | 446 | - | S + 475 | - | 200 | - | 42 | - | Dec-29[6] | | |
| First-Lien Second-Out TL (New Money) | - | 100 | 100 | - | - | - | S + 775 | - | - | - | Dec-29[6] | | |
| Sr. Secured 1L TL | 1,096[4] | (1,096) | - | S + 475 | S + 475 | - | - | 103 | - | Mar-26 | Mar-26 | | |
| **Total FRG 1L Debt** | **$1,355** | | **$1,455** | | | | | **$121** | **$121** | | | **7.4x** | **8.0x** |
| *Total FRG 1L Net Debt* | *$1,335* | | *$1,385* | | | | | | | | | *7.3x* | *7.6x* |
| Sr. Secured 2L TL | $125 | ~$236 | ~$361 | S + 1,000 | - | 1,000 | S + 1,000 | $18 | $ - | Sep-26 | Mar-30[7] | | |
| **Total FRG Debt** | **$1,480** | | **$1,816** | | | | | **$139** | **$121** | | | **8.1x** | **9.9x** |
| *Total FRG 1L Net Debt* | *$1,460* | | *$1,746* | | | | | | | | | *8.0x* | *9.6x* |
| Freedom HoldCo Debt | $515 | ($515) | $ - | S + 1,000 | S + 1,000 | 1,000 | 1,000 | $75 | $ - | Mar-26 | Mar-26 | | |
| **Total Consolidated Debt** | **$1,995** | | **$1,816** | | | | | **$215** | **$121** | | | **10.9x** | **9.9x** |
| *Total Consolidated Net Debt* | *$1,975* | | *$1,746* | | | | | | | | | *10.8x* | *9.6x* |
| FY'25E Adj. EBITDA (excl. AF) | | | $183 | | | | | | | | | | |

> Maturity dates assume 9/30/24 transaction close

> Consists of (i) $325mm 2L TL to 2L/HoldCo Lenders ($125mm existing 2L TL, ~$24mm deferred HoldCo and 2L interest, and ~$176mm HoldCo rollup) and (ii) ~$36.1mm of 2L TL to FRG 1L TL Lenders (10% of full amount)

## Liquidity

| | SQ | Adj. | PF |
|---|---|---|---|
| ABL Availability | $400 | $ - | $400 |
| ABL Borrowing Base | 331[8] | - | 331 |
| **Lesser of** | **$331** | | **$331** |
| (-) ABL Outstanding | (259) | - | (259) |
| (-) LCs | (17) | - | (17) |
| **Unused ABL** | **$55** | | **$55** |
| (-) Cash Dominion Threshold [9] | (41) | - | (41) |
| **ABL Availability** | **$14** | | **$14** |
| (+) Cash | 20 | 50 | 70 |
| **Total Liquidity** | **$33** | | **$83** |

## Cash Sources & Uses

| Cash Sources | | Cash Uses | |
|---|---|---|---|
| New Money (FLSO) | $100 | Illust. Txn Expenses | $50 |
| | | Cash to Balance Sheet | 50 |
| **Total Cash Sources** | **$100** | **Total Cash Uses** | **$100** |

Source: Company Materials, FactSet, Markit
Note: 4.668% 3M SOFR as of 9/23/24; illustratively assumes transaction closes on 9/30/24 and AF exit occurs subsequently in Q4'24
1. ABL balance and pre-transaction ending cash as of WE 9/27 as proxy for 9/30 ending balance per 13WCF provided as of 9/19/24; excludes ~$17mm LCs
2. Plus 10bps of Credit Spread Adjustment
3. 3 months inside of FLFO
4. Illustratively assumes ~$2mm amortization paid out before transaction
5. 5 years from transaction close
6. 3 months outside of FLFO
7. 6 months outside of FLFO
8. Borrowing base projected for WE 9/27 per 13WCF provided as of 9/19/24
9. 12.5% of borrowing base




Confidential
Subject to FRE 408 and Equivalents
For Discussion Purposes Only - Subject to Material Revision and Ongoing Diligence

This non-binding presentation is provided for discussion purposes only, and is not intended to be and should not be construed as an offer, a commitment, nor an agreement to provide any financing, enter into any transaction or otherwise, nor should it be construed as an attempt to establish all of the requirements, terms, conditions, representations, warranties and other provisions relating to any transaction described herein. It is intended only to broadly outline at a high level certain illustrative terms of a potential transaction. This presentation does not constitute, nor shall it be construed as, an offer with respect to any securities, it being understood that any such offer will only be made in compliance with applicable securities laws and/or other applicable laws. Any transaction is subject to, among other things, completion of due diligence and the negotiation, execution and delivery of definitive, binding documentation satisfactory to the parties thereto and satisfaction of all applicable terms and conditions therein. No person or entity shall have any obligation to commence or thereafter continue any negotiations to enter into any such definitive, binding agreement with respect to any transaction involving the matters described herein, and no person or entity should rely on an eventual formation of any agreement. This presentation is provided on a confidential basis, and may not be used or disclosed to any person, including, without limitation, based on the protection provided pursuant to Rule 408 of the Federal Rules of Evidence and any other rule of similar import. Nothing contained herein shall be an admission of fact or liability or deemed binding on any person or entity.

