**Exhibit C**

October 9 Proposal

Confidential
Subject to FRE 408 and Equivalents
For Discussion Purposes Only
Subject to Material Revision and Ongoing Diligence



# 2L/HoldCo Lender Proposal

## October 9, 2024

Evercore   Davis Polk

Case 24-12480-JTD    Doc 302-3    Filed 12/03/24    Page 3 of 4

Confidential
Subject to FRE 408 and Equivalents
For Discussion Purposes Only
Subject to Material Revision and Ongoing Diligence

## 2L/HoldCo Lender Proposal (10.09.2024)

### Summary of Terms

| | |
|---|---|
| **New Money** | ■ $125mm new money 1.5L term loan ("1.5L TL") funded by FRG 2L/HoldCo Lenders<br>▸ Maturity: 3 months outside of FLSO (defined below)<br>▸ Rate/Amort: 10% PIK, no amort<br>▸ Min MOIC: 1.9x<br>▸ Maintenance Covenants: None<br>▸ Use of Proceeds: Transaction fees/expenses and balance sheet liquidity |
| **ABL** | ■ Extended on substantially similar terms to 3 months inside of FLFO<br>■ Repaid using 100% of net proceeds from sales of ABL priority collateral in connection with American Freight liquidation<br>▸ Commitments downsized (and thresholds decreased) to reflect reduced borrowing base following AF windown |
| **FRG 1L Treatment** | ■ FRG 1L TL exchanged at par into:<br>▸ $650mm first lien first out term loan ("FLFO")<br>  • Maturity: Mar-29 (3 year extension)<br>  • Rate/Amort: S + 500 cash; 1.0% amort<br>  • Maintenance Covenant: TBD covenant and level with testing to commence quarter ended June 30, 2027<br>    ○ Covenant to fall away following securitization that pays down FLFO by at least $[TBD]mm<br>  • ECF Sweep: TBD sweep commencing quarter ended Dec 31, 2026<br>▸ $446mm first lien second out term loan ("FLSO")<br>  • Maturity: 6 years from closing date<br>  • Rate/Amort: 8% PIK; no amort<br>  • Maintenance Covenants: None<br>▸ FLFO and FLSO documents to allow for PSP securitization if FCCR pro forma for the transaction will be no less than [TBD]x<br>■ FRG 1L TL Lenders to also receive additional upside participation in form to be determined<br>■ FLFO to be repaid using 100% of net proceeds from sale of TL priority collateral in connection with American Freight liquidation |
| **FRG 2L/HoldCo Treatment** | ■ FRG 2L/HoldCo debt exchanged into:<br>▸ $325mm in FRG second lien debt ("2L TL")<br>  • Maturity: 6 months outside of FLSO<br>  • Rate/Amort: 12% PIK, no amort<br>  • Min MOIC: 2.0x<br>  • Maintenance Covenants: None<br>▸ Other claims equitized into a majority stake of the common equity |
| **Equity and Governance** | ■ TBD equity splits with 2L/HoldCo group controlling the board<br>■ FRG 1L TL lenders to have either one board member or one board observer (at election of 1L TL lenders) |

Evercore    Davis Polk

1



Confidential
Subject to FRE 408 and Equivalents
For Discussion Purposes Only
Subject to Material Revision and Ongoing Diligence

This non-binding presentation is provided for discussion purposes only, and is not intended to be and should not be construed as an offer, a commitment, nor an agreement to provide any financing, enter into any transaction or otherwise, nor should it be construed as an attempt to establish all of the requirements, terms, conditions, representations, warranties and other provisions relating to any transaction described herein. It is intended only to broadly outline at a high level certain illustrative terms of a potential transaction. This presentation does not constitute, nor shall it be construed as, an offer with respect to any securities, it being understood that any such offer will only be made in compliance with applicable securities laws and/or other applicable laws. Any transaction is subject to, among other things, completion of due diligence and the negotiation, execution and delivery of definitive, binding documentation satisfactory to the parties thereto and satisfaction of all applicable terms and conditions therein. No person or entity shall have any obligation to commence or thereafter continue any negotiations to enter into any such definitive, binding agreement with respect to any transaction involving the matters described herein, and no person or entity should rely on an eventual formation of any agreement. This presentation is provided on a confidential basis, and may not be used or disclosed to any person, including, without limitation, based on the protection provided pursuant to Rule 408 of the Federal Rules of Evidence and any other rule of similar import. Nothing contained herein shall be an admission of fact or liability or deemed binding on any person or entity.

Evercore   Davis Polk

2

