**Exhibit D**

November 2, 2024 Email

| | |
|---|---|
| **From:** | Griffin, Patrick |
| **To:** | Khemlani, Sanjeev; Cowan, Tyler; Mooney, Nathan; Mkrttchian, Sona; Goldstein, Jayme; Evans, Jeremy; Sasson, Isaac |
| **Cc:** | Project FrontierRX; Thomas Lauria; Bennett, Rob |
| **Subject:** | [EXT] FRE 408: FRG 2L/HoldCo Proposal |
| **Date:** | Saturday, November 2, 2024 10:37:09 PM |
| **Attachments:** | 2024.11.02 FRG 2L-HoldCo Lender Transaction Proposal vF.pdf |

---

**--- External Email ---**

　Report Suspicious　

Lazard/Paul Hastings teams – please find attached a transaction proposal from our clients. Let us know if helpful to discuss.

Thanks,
Patrick


Patrick Griffin
**E V E R C O R E** | O: 646-264-4789 | M: 718-419-2737 | patrick.griffin@evercore.com

---

IMPORTANT INFORMATION: This email is from Evercore. For further information about the particular Evercore entity which has sent you this email, please click here. The information in this email (and any attachment) is confidential, is intended only for use of the intended recipient(s) and must not be used by any other person. If you have received this email in error, please inform Evercore immediately and delete the original. The security, accuracy and timeliness of electronic communications cannot be assured and Evercore does not accept any liability for any virus, malware or similar. If you do not wish to receive certain communications from which you are entitled to unsubscribe under applicable law, please contact the sender of this email to unsubscribe.

DISCLAIMER: Evercore does not provide tax advice and does not provide services to retail customers. Evercore reserves the right to monitor and record electronic and telephone communications made by or to its personnel for regulatory or operational purposes.

PRIVACY: The personal information contained in this email and any attachment, including the names and email address of any and all recipients, and any personal information provided in response to this email, is, to the extent applicable, handled by Evercore in accordance with its Privacy Notice which can be found here. Thank you.