# **Exhibit E**

## November 2 Proposal

Confidential
Subject to FRE 408 and Equivalents
For Discussion Purposes Only - Subject to Material Revision and Ongoing Diligence



# Discussion Materials

# November 2, 2024



Case 24-12480-JTD    Doc 302-5    Filed 12/03/24    Page 3 of 3

Confidential
Subject to FRE 408 and Equivalents
For Discussion Purposes Only - Subject to Material Revision and Ongoing Diligence

# Transaction Summary
## *11/2 2L/HoldCo Proposal*

| | |
|---|---|
| **Description** | ■ Consensual deleveraging and liquidity-enhancing transaction implemented via a prepackaged/prearranged chapter 11 filing of Franchise Group, Inc. ("FRG" or the "Company") and its operating companies ("OpCos"), including the wind-down of American Freight ("AF") in ch. 11<br>▶ To be documented via a restructuring support agreement ("RSA") executed by the Company, ABL lenders, AHG of 1L TL lenders, 2L/HoldCo lenders<br>▶ Contemplates 2L / HoldCo lenders funding $125mm new money via a junior DIP-to-exit |
| **New Money** | ■ Junior DIP-to-Exit: $125mm provided by 2L/HoldCo lenders as a junior DIP that coverts into senior preferred equity ("Tranche A Pref") at emergence<br>▶ DIP Security: Secured by a lien on all assets of the Company senior to 2L debt and junior to all other debt<br>▶ DIP Rate: S+[500] cash<br>▶ DIP Tenor: [6]mo<br>▶ Tranche A Pref to be fully PIK, perpetual, and senior to both Tranche B Pref and Tranche C Pref (defined below)<br>▶ Use of Proceeds: Fund the case and provide balance sheet liquidity |
| **ABL Treatment** | ■ 2L/HoldCo lenders will provide or arrange a replacement $300mm ABL<br>▶ Secured by same collateral as existing ABL<br>▶ Terms: S+[400], 2029 maturity, covenants set to eliminate all current defaults<br>▶ Repaid using 100% of net proceeds from sales of ABL priority collateral in connection with American Freight liquidation<br>▶ Commitments downsized (and thresholds decreased) to reflect reduced borrowing base following American Freight wind-down |
| **FRG 1L Treatment** | ■ Receive in exchange for existing claims a choice between two options:<br>▶ 1. Takeback Option: Pro rata share of (i) $560mm (50 cents) of Takeback 1L TL and (ii) $125mm of Tranche B Pref less any portion paid as Backstop Fees (defined below), and (iii) 50% of pro forma common equity[1]<br>   ● Terms of Takeback 1L TL to be agreed, but priced / structured to trade at par<br>   ● Tranche B Pref to be fully PIK, perpetual, and subordinated to Tranche A Pref but senior to Tranche C Pref<br>▶ 2. Cash-Out Option: Pro rata share of (i) $560mm (50 cents) in cash and (ii) 50% of pro forma common equity[1]<br>■ Backstopped 1L TL Cash-Out Option: To fund the Cash-Out Option, a subset of 1L term lenders ("Backstopping 1L Lenders") commit to (i) elect the Takeback option and (ii) backstop new money required to fund any cash-out elected by other 1L TL lenders<br>   ● Backstopping 1L Lenders to receive a fee (the "Backstop Fee") equal to [5-10]% of the commitment amount, payable in Tranche B Pref, which shall reduce the amount of $125mm Tranche B Pref available to 1L Lenders on account of electing the Takeback Option |
| **FRG 2L Treatment** | ■ Receive in exchange for existing claims:<br>▶ Right to participate in $125mm Junior DIP-to-Exit, *and*<br>▶ $125mm Tranche C Pref (fully PIK, perpetual, and subordinated to both Tranche A Pref and Tranche B Pref) |
| **HoldCo Debt Treatment** | ■ Receive in exchange for existing claims:<br>▶ Right to participate in $125mm Junior DIP-to-Exit, *and*<br>▶ 50% of pro forma common equity[1] |
| **Equity and Governance** | ■ Tranche A Pref holders to elect [2] directors<br>■ Tranche B Pref holders to elect [2] directors<br>■ Tranche C Pref holders to elect [1] director |
| **Pro Forma Capitalization** | ■ ~$200mm ABL<br>■ $560mm Takeback 1L TL<br>■ $125mm Tranche A Pref<br>■ $125mm Tranche B Pref<br>■ $125mm Tranche C Pref |




1
1. Before dilution from any MIP