UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 3, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 12/03/2024 | 299 | Objection (Objection of the Ad Hoc Group of First Lien Lenders to the Motion of the Ad Hoc Group of Freedom Lenders for Entry of an Order (I) Terminating Exclusivity in the HoldCo Debtors Cases, (II) Lifting the Automatic Stay in the HoldCo Debtors' Cases, or (III) Appointing a Chapter 11 Trustee for the HoldCo Debtors) (related document(s)192) Filed by Ad Hoc Group of First Lien Lenders (McGuire, Matthew) (Entered: 12/03/2024) |
| 12/03/2024 | 302 | Declaration in Support (Declaration of Daniel A. Fliman in Support of Objection of the Ad Hoc Group of First Lien Lenders to the Motion of the Ad Hoc Group of Freedom Lenders for Entry of an Order (I) Terminating Exclusivity in the HoldCo Debtors' Cases, (II) Lifting the Automatic Stay in the HoldCo Debtors' Cases, or (III) Appointing a Chapter 11 Trustee for the HoldCo Debtors) (related document(s)192) Filed by Ad Hoc Group of First Lien Lenders. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I) (McGuire, Matthew) (Entered: 12/03/2024) |
| 12/03/2024 | 303 | Joinder of Ad Hoc Group of First Lien Lenders in the Debtors' Objection to the Ad Hoc Group of Freedom Lenders' Emergency Motion for Entry of an Order (I) Adjourning the Second Day Hearing Set for December 10, 2024, (II) Extending the Objection Deadlines in Connection with the Second Day Hearing and (III) Granting Related Relief (related document(s)194, 297) Filed by Ad Hoc Group of First Lien Lenders. (McGuire, Matthew) (Entered: 12/03/2024) |

Dated: December 4, 2024

                                          */s/ Laurie Heggan*
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Perdue, Brandon, Fielder, Collins and Mott, L.L.P.<br>Attn: Alysia Córdova<br>P.O. Box 9132<br>Amarillo, TX 79105<br>acordova@pbfcm.com<br>amabkr@pbfcm.com | Clark Hill PLC<br>Attn: Audrey L. Hornisher<br>901 Main Street, Suite 6000<br>Dallas, TX 75202<br>ahornisher@clarkhill.com |

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Latham & Watkins LLP<br>Attn: Andrew Sorkin<br>555 Eleventh Street NW<br>Suite 1000<br>Washington, DC 20004<br>andrew.sorkin@lw.com | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane W. Sanders<br>PO Box 17428<br>Austin, TX 78760-7428<br>austin.bankruptcy@lgbs.com |

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Securities & Exchange Commission - NY Office<br>Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Seward & Kissel LLP<br>Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott<br>One Battery Park Plaza<br>New York, NY 10004<br>bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br>ashmead@sewkis.com<br>bateman@sewkis.com |

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Meyers, Rodbell & Rosenbaum, P.A.<br>Attn: Nicole C. Kenworthy<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385<br>bdept@mrrlaw.net | Farnan LLP<br>Attn: Brian E. Farnan, Michael J. Farnan<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Brookfield Properties Retail Inc<br>Attn: Kristen N. Pate<br>350 N. Orleans Street<br>Suite 300<br>Chicago, IL 60654-1607<br>bk@bpretail.com | White & Case LLP<br>Attn: Bojan Guzina<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br>bojan.guzina@whitecase.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| Pachulski Stang Ziehl & Jones LLP<br>Attn: Bradford J. Sandler, Colin R. Robinson<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com | Cozen O'Connor<br>Attn: Brian L. Shaw<br>123 North Wacker Drive<br>Suite 1800<br>Chicago, IL 60606<br>bshaw@cozen.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| Cowles & Thompson, P.C.<br>Attn: William L. Siegel<br>901 Main Street, Suite 3900<br>Dallas, TX 75202<br>bsiegel@cowlesthompson.com | Texas Attorney General's Office<br>Attn: Christopher S. Murphy, Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>christopher.murphy@oag.texas.gov |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| Morris James LLP<br>Attn: Carl N. Kunz, III, Christopher M. Donnelly<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>ckunz@morrisjames.com<br>cdonnelly@morrisjames.com | Kirkland & Ellis LLP Kirkland & Ellis International LLP<br>Attn: Connor K. Casas<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>connor.casas@kirkland.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| White & Case LLP<br>Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin Smith, Brett Bakemeyer<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>cshore@whitecase.com<br>sam.hershey@whitecase.com<br>azatz@whitecase.com<br>erin.smith@whitecase.com<br>brett.bakemeyer@whitecase.com | Cross & Simon, LLC<br>Attn: Christopher P. Simon<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>csimon@crosslaw.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| Swanson, Martin & Bell, LLP<br>Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive<br>Suite 204<br>Lisle, IL 60532<br>cstahl@smbtrials.com | Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207<br>dallas.bankruptcy@lgbs.com |

**VIA ELECTRONIC MAIL**

Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219
dallas.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**

Chipman Brown Cicero & Cole, LLP
Attn: Mark L. Desgrosseilliers
Hercules Plaza
1313 North Market St, Suite 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

**VIA ELECTRONIC MAIL**

Klehr Harrison Harvey Branzburg LLP
Attn: Domenic E. Pacitti
919 N. Market Street, Suite 1000
Wilmington, DE 19801-3062
dpacitti@klehr.com

**VIA ELECTRONIC MAIL**

Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
dplon@sirlinlaw.com

**VIA ELECTRONIC MAIL**

Willkie Farr & Gallagher LLP
Attn: Debra M. Sinclair, Matthew A. Feldman, Betsy L. Feldman, Joseph R. Brandt
787 Seventh Avenue
New York, NY 10019
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com
jbrandt@willkie.com

**VIA ELECTRONIC MAIL**

Perdue, Brandon, Fielder, Collins & Mott, L.L.P
Attn: Hiram Gutierrez
P.O. Box 2916
McAllen, TX 78502
edinburgbankruptcy@pbfcm.com

**VIA ELECTRONIC MAIL**

Shipman & Goodwin LLP
Attn: Eric S. Goldstein
One Constitution Plaza
Hartford, CT 06103-1919
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

**VIA ELECTRONIC MAIL**

Polsinelli PC
Attn: Elisa Hyder
Three Logan Square
1717 Arch Street, Suite 2800
Philadelphia, PA 19103
ehyder@polsinelli.com

**VIA ELECTRONIC MAIL**

Bayard, P.A.
Attn: Ericka F. Johnson
600 N. Market Street, Suite 400
Wilmington, DE 19801
ejohnson@bayardlaw.com

**VIA ELECTRONIC MAIL**

Young Conaway Stargatt & Taylor, LLP
Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya
Rodney Square
1000 N. King Street
Wilmington, DE 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

**VIA ELECTRONIC MAIL**

Frost Brown Todd LLP
Attn: Erin P. Severini, Joy D. Kleisinger
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
eseverini@fbtlaw.com
jkleisinger@fbtlaw.com

**VIA ELECTRONIC MAIL**

Burr & Forman LLP
Attn: J. Ellsworth Summers, Jr., Dana L. Robbins
50 North Laura Street, Suite 3000
Jacksonville, FL 32202
esummers@burr.com
drobbins@burr.com

**VIA ELECTRONIC MAIL**

Ballard Spahr LLP
Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper
919 North Market Street
11th Floor
Wilmington, DE 19801
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com

**VIA ELECTRONIC MAIL**

Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston, TX 77253-3064
houston_bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**

Latham & Watkins LLP
Attn: James Kstanes, Timothy Beau Parker
330 N Wabash Avenue
Suite 2800
Chicago, IL 60611
james.ktsanes@lw.com
beau.parker@lw.com

**VIA ELECTRONIC MAIL**

Paul Hastings LLP
Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman
200 Park Avenue
New York, NY 10166
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com
danfliman@paulhastings.com

**VIA ELECTRONIC MAIL**

Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Joseph H. Baldiga, Shannah L. Colbert
1800 West Park Dr., Suite 400
Westborough, MA 01581
jbaldiga@mirickoconnell.com
scolbert@mirickoconnell.com

**VIA ELECTRONIC MAIL**

Latham & Watkins LLP
Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin
1271 Avenue of the Americas
New York, NY 10020
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

**VIA ELECTRONIC MAIL**

Burr & Forman LLP
Attn: J. Cory Falgowski
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
jfalgowski@burr.com

**VIA ELECTRONIC MAIL**

Burr & Forman LLP
Attn: James H. Haithcock, III
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
jhaithcock@burr.com

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Cook, Vetter, Doerhoff & Landwehr, P.C.<br>Attn: John D. Landwehr<br>231 Madison Street<br>Jefferson City, MO 65101<br>jlandwehr@cvdl.net | Stark & Stark, P.C.<br>Attn: Joseph H. Lemkin<br>PO Box 5315<br>Princeton, NJ 08543<br>jlemkin@stark-stark.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| McCreary, Veselka, Bragg, & Allen, P.C.<br>Attn: Julie Anne Parsons<br>700 Jeffrey Way, Suite 100<br>Round Rock, TX 78665<br>jparsons@mvbalaw.com | McCreary, Veselka, Bragg, & Allen, P.C.<br>Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269<br>jparsons@mvbalaw.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| Tayman Lane Chaverri LLP<br>Attn: Jeffrey Rhodes<br>2001 L Street, NW, Suite 500<br>Washington, DC 20036<br>jrhodes@tlclawfirm.com | Potter Anderson & Corroon LLP<br>Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik<br>1313 N. Market Street<br>6th Floor<br>Wilmington, DE 19801<br>jryan@potteranderson.com<br>bhaywood@potteranderson.com<br>esulik@potteranderson.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| Quarles & Brady LLP<br>Attn: L. Kate Mason<br>411 E. Wisconsin Avenue<br>Suite 2400<br>Milwaukee, WI 53202<br>Katie.Mason@quarles.com | Benesch Friedlander Coplan & Aronoff LLP<br>Attn: Kevin M. Capuzzi, Juan E. Martinez<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801-6101<br>kcapuzzi@beneschlaw.com<br>jmartinez@beneschlaw.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| Kelley Drye & Warren LLP<br>Attn: Robert L. LeHane, Jennifer D. Raviele, Allison Selick<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>aselick@kelleydrye.com | Barnes & Thornburg LLP<br>Attn: Kevin G. Collins<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>kevin.collins@btlaw.com |

**VIA ELECTRONIC MAIL**

Barnes & Thornburg LLP
Attn: Kevin G. Collins, Mark R. Owens
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
kevin.collins@btlaw.com
mark.owens@btlaw.com

**VIA ELECTRONIC MAIL**

Clark Hill PLC
Attn: Karen M. Grivner
824 N. Market Street, Suite 710
Wilmington, DE 19801
kgrivner@clarkhill.com

**VIA ELECTRONIC MAIL**

Barclay Damon LLP
Attn: Kevin M. Newman
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
knewman@barclaydamon.com

**VIA ELECTRONIC MAIL**

Richards Layton & Finger PA
Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger
One Rodney Square
920 North King Street
Wilmington, DE 19801
knight@rlf.com
steele@rlf.com
steiger@rlf.com

**VIA ELECTRONIC MAIL**

Kurtzman Steady LLC
Attn: Jeffrey Kurtzman
101 N. Washington Avenue
Suite 4A
Margate, NJ 08402
kurtzman@kurtzmansteady.com

**VIA ELECTRONIC MAIL**

Landis Rath & Cobb LLP
Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers
919 Market Street Suite 1800
P.O. Box 2087
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com
erogers@lrclaw.com

**VIA ELECTRONIC MAIL**

Ken Burton, Jr., Manatee County Tax Collector
Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA
1001 3rd Ave W, Suite 240
Brandenton, FL 34205-7863
legal@taxcollector.com

**VIA ELECTRONIC MAIL**

Perdue, Brandon, Fielder, Collins & Mott, L.L.P
Attn: Laura J. Monroe
PO Box 817
Lubbock, TX 79408
lmbkr@pbfcm.com

**VIA ELECTRONIC MAIL**

Thompson Hine LLP
Attn: Louis F Solimine
312 Walnut Street
Suite 2000
Cincinnati, OH 45202-4029
Louis.Solimine@ThompsonHine.com

**VIA ELECTRONIC MAIL**

Cozen O'Connor
Attn: Marla S. Benedek, Kaan Ekiner
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
mbenedek@cozen.com
kekiner@cozen.com

**VIA ELECTRONIC MAIL**

Klehr Harrison Harvey Branzburg LLP
Attn: Morton R. Branzburg
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

**VIA ELECTRONIC MAIL**

Lowenstein Sandler LLP
Attn: Michael S. Etkin, Michael Papandrea
One Lowenstein Drive
Roseland, NJ 07068
metkin@lowenstein.com
mpapandrea@lowenstein.com

**VIA ELECTRONIC MAIL**

Faegre Drinker Biddle & Reath LLP
Attn: Michael T. Gustafson
320 South Canal Street, Suite 3300
Chicago, IL 60606
mike.gustafson@faegredrinker.com

**VIA ELECTRONIC MAIL**

Blank Rome LLP
Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams
1201 N. Market Street, Suite 800
Wilmington, DE 19801
mike.schaedle@blankrome.com
stanley.tarr@blankrome.com
jordan.williams@blankrome.com

**VIA ELECTRONIC MAIL**

Saul Ewing LLP
Attn: Monique B. DiSabatino
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
monique.disabatino@saul.com

**VIA ELECTRONIC MAIL**

Thompson O'Brien Kappler & Nasuti PC
Attn: Michael B. Pugh
2 Sun Court, Suite 400
Peachtree Corners, GA 30092
mpugh@tokn.com

**VIA ELECTRONIC MAIL**

Barclay Damon LLP
Attn: Niclas A. Ferland
545 Long Wharf Drive
Ninth Floor
New Haven, CT 06511
nferland@barclaydamon.com

**VIA ELECTRONIC MAIL**

Paul Hastings LLP
Attn: Nicholas A. Bassett
2050 M Street NW
Washington, DC 20036
nicholasbassett@paulhastings.com

**VIA ELECTRONIC MAIL**

Faegre Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
patrick.jackson@faegredrinker.com

**VIA ELECTRONIC MAIL**

Holland & Knight LLP
Attn: Phillip W. Nelson
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
phillip.nelson@hklaw.com

<table>
<tr><td>

**VIA ELECTRONIC MAIL**

Pachulski Stang Ziehl & Jones LLP
Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

</td><td>

**VIA ELECTRONIC MAIL**

Monzack Mersky and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

</td></tr>
</table>

**VIA ELECTRONIC MAIL**

Simon Property Group, Inc.
Attn: Ronald M. Tucker
225 West Washington Street
Indianapolis, IN 46204
rtucker@simon.com

**VIA ELECTRONIC MAIL**

Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
425 Market Street, Suite 2900
San Francisco, CA 94105-3493
schristianson@buchalter.com

**VIA ELECTRONIC MAIL**

Blakeley LC
Attn: Scott Blakeley
530 Technology Drive
Suite 100
Irvine, CA 92618
SEB@BlakeleyLC.com

**VIA ELECTRONIC MAIL**

Securities & Exchange Commission - Philadelphia Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Blvd, Suite 520
Philadelphia, PA 19103
secbankruptcy@sec.gov

**VIA ELECTRONIC MAIL**

U.S. Securities and Exchange Commission - Headquarters
Secretary of the Treasury
100 F. Street NE
Washington, DC 20549
secbankruptcy@sec.gov

**VIA ELECTRONIC MAIL**

Kroll Restructuring Administration LLC
Attn: Herb Baer, Christine Porter, Jessica Berman
1 World Trade Center
31st Floor
New York, NY 10007
serviceqa@ra.kroll.com
FRGTeam@ra.kroll.com

**VIA ELECTRONIC MAIL**

Barclay Damon LLP
Attn: Scott L. Fleischer
1270 Avenue of the Americas
Suite 501
New York, NY 10020
sfleischer@barclaydamon.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br><br>Riemer & Braunstein LLP<br>Attn: Steven Fox<br>Times Square Tower Suite 2506<br>Seven Times Square<br>New York, NY 10036<br>sfox@reimerlaw.com | **VIA ELECTRONIC MAIL**<br><br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P<br>Attn: Sergio E. Garcia<br>3301 Northland Drive<br>Suite 505<br>Austin, TX 78731<br>sgarcia@pbfcm.com |
| **VIA ELECTRONIC MAIL**<br><br>Tydings & Rosenberg LLP<br>Attn: Stephen B. Gerald<br>200 Continental Drive, Suite 401<br>Newark, DE 19713<br>sgerald@tydings.com | **VIA ELECTRONIC MAIL**<br><br>Polsinelli PC<br>Attn: Shanti M. Katona, Katherine M. Devanney<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>skatona@polsinelli.com<br>kdevanney@polsinelli.com |
| **VIA ELECTRONIC MAIL**<br><br>Law Office of Susan E. Kaufman<br>Attn: Susan E. Kaufan<br>919 N. Market Street, Suite 460<br>Wilmington, DE 19801<br>skaufman@skaufmanlaw.com | **VIA ELECTRONIC MAIL**<br><br>Frost Brown Todd LLP<br>Attn: Sloane B. O'Donnell<br>Union Trust Building<br>501 Grant Street, Suite 800<br>Pittsburgh, PA 15219<br>sodonnell@fbtlaw.com |
| **VIA ELECTRONIC MAIL**<br><br>Dentons Sirote PC<br>Attn: Stephen B. Porterfield<br>2311 Highland Avenue South<br>P.O. Box 55727<br>Birmingham, AL 35255-5727<br>stephen.porterfield@dentons.com | **VIA ELECTRONIC MAIL**<br><br>Kirkland & Ellis LLP Kirkland & Ellis International LLP<br>Attn: Steven N. Serajeddini P.C.<br>601 Lexington Avenue<br>New York, NY 10022<br>steven.serajeddini@kirkland.com |
| **VIA ELECTRONIC MAIL**<br><br>Streusand, Landon Ozburn & Lemmon, LLP<br>Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway, Suite 320<br>Austin, TX 78746<br>streusand@slollp.com | **VIA ELECTRONIC MAIL**<br><br>Harris County Attorney's Office<br>Susan Fuertes<br>Attn: Property Tax Division<br>P.O. Box 2848<br>Houston, TX 77252<br>taxbankruptcy.cao@harriscountytx.gov |

**VIA ELECTRONIC MAIL**

Office of the United States Trustee for the District of Delaware
Attn: Timothy J. Fox, Esq
844 King Street, Suite 2207

Lockbox 35
Wilmington, DE 19801
timothy.fox@usdoj.gov

**VIA ELECTRONIC MAIL**

White & Case LLP
Attn: Thomas Lauria
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com

**VIA ELECTRONIC MAIL**

Saul Ewing LLP
Attn: Turner N. Falk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
turner.falk@saul.com

**VIA ELECTRONIC MAIL**

Sullivan Hazeltine Allinson LLC
Attn: William A. Hazeltine
919 N. Market Street
Suite 420
Wilmington, DE 19801
whazeltine@sha-llc.com

**VIA ELECTRONIC MAIL**

ShopCore Properties
Attn: William F. McDonald III
10920 Via Frontera, Suite 220
San Diego, CA 92127
wmcdonald@shopcore.com

**VIA ELECTRONIC MAIL**

Franchise Group, Inc.
Attn: President or General Counsel

**VIA ELECTRONIC MAIL**

Internal Revenue Service
Centralized Insolvency Operation
1111 Constitution Ave., NW
Washington, DC 20224

**VIA ELECTRONIC MAIL**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**VIA ELECTRONIC MAIL**

U.S. Attorney for Delaware
Attn: David C. Weiss & Ellen Slights
U.S. Attorney's Office
1313 N Market Street, Suite 400
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
1111 Constitution Ave., NW
Washington, DC 20224

| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | U.S. Attorney for Delaware<br>Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington, DE 19801 |