**Exhibit 1**
**Leases**

**Curbline Properties Corp.**

| Mall / Property Name | Location | Tenant | Landlord |
|---|---|---|---|
| Creekside Plaza | Roseville, CA | The Vitamin Shoppe | CL Creekside Plaza South CA LP |
| Grove at Harper's Preserve | Conroe, TX | Pet Supplies Plus | CL Preserve at HG TX LP |

**First Washington Realty**

| Mall / Property Name | Location | Tenant | Landlord |
|---|---|---|---|
| Gold River Town Centre | Gold River, CA | Pet Supplies Plus | DS Properties 18 LP |
| The Corner at Wescott | North Charleston, SC | Pet Supplies Plus | Hendon Wescott LLC |
| Brookside Shops | Kansas City, MO | The Vitamin Shoppe | GRI Brookside Shops, LLC |

**GCP Boom, LLC**

| Mall / Property Name | Location | Tenant | Landlord |
|---|---|---|---|
| Grand Central Plaza | Horseheads, NY | American Freight | GCP Boom LLC |

**JLL Property Management**

| Mall / Property Name | Location | Tenant | Landlord |
|---|---|---|---|
| Franklin Mills | Franklin Mills Circle, Philadelphia, PA | American Freight | Franklin Mills Associated Limited Partnership |

**Regency Centers, L.P.**

| Mall / Property Name | Location | Tenant | Landlord |
|---|---|---|---|
| Balboa Mesa Shopping Center | San Diego, CA | The Vitamin Shoppe | Regency Centers, L.P. |
| Black Rock II | Fairfield, CT | The Vitamin Shoppe. | Regency Centers, L.P. |
| Broadway Plaza | New York, NY | The Vitamin Shoppe. | Regency Centers, L.P. |
| Lower Nazareth Commons | Easton, PA | The Vitamin Shoppe | Regency Centers, L.P. |
| Northgate Marketplace | Medford, OR | The Vitamin Shoppe | Regency Centers, L.P. |

| | | | |
|---|---|---|---|
| Valencia Crossroads | Valencia, CA | The Vitamin Shoppe | Regency Centers, L.P. |
| Atlantic Village | Atlantic Beach, FL | Pet Supplies Plus | Regency Centers, L.P. |
| Bethany Park Place | Allen, TX | Pet Supplies Plus | Regency Centers, L.P. |
| Carmel Commons | Charlotte, NC | Pet Supplies Plus | Regency Centers, L.P. |
| Culver Center | Culver City, CA | Pet Supplies Plus | Regency Centers, L.P. |
| The Meadows | East Meadow, NY | Pet Supplies Plus | Regency Centers, L.P. |
| Festival at Manchester Lakes | Franconia, VA | Pet Supplies Plus | Regency Centers, L.P. |
| Holly Park | Raleigh, NC | Pet Supplies Plus | Regency Centers, L.P. |
| Northlake Village | Hermitage, TN | Pet Supplies Plus | Regency Centers, L.P. |
| Riverside Square / River's Edge | Chicago, IL | Pet Supplies Plus | Regency Centers, L.P. |
| Sheridan Plaza | Hollywood, FL | Pet Supplies Plus | Regency Centers, L.P. |
| Staples Plaza - Yorktown Heights | Yorktown, NY | Pet Supplies Plus | Regency Centers, L.P. |
| Valley Stream | Valley Stream, NY | Pet Supplies Plus | Regency Centers, L.P. |

**<u>Exhibit 2</u>**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | . | Chapter 11 |
|  | . |  |
|  | . | Case No. 16-10527 (MFW) |
| SPORTS AUTHORITY HOLDINGS, | . |  |
| INC., et al, | . | Courtroom No. 4 |
|  | . | 824 Market Street |
|  | . | Wilmington, Delaware 19801 |
| Debtors. | . |  |
|  | . | Tuesday, April 26, 2016 |

. . . . . . . . . . . . . . .

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:          Michael R. Nestor, Esq.
                          Andrew L. Magaziner, Esq.
                          YOUNG, CONAWAY, STARTGATT
                           & TAYLOR, LLP
                          Rodney Square
                          1000 North King Street
                          Wilmington, Delaware 19801

For the Debtors:          Robert A. Klyman, Esq.
                          GIBSON, DUNN & CRUTCHER, LLP
                          333 South Grand Avenue
                          Los Angeles, California 90071

(Appearances Continued)

Audio Operator:           Electronically Recorded
                          by Brandon McCarthy, ECRO

Transcription Company:    Reliable
                          1007 N. Orange Street
                          Wilmington, Delaware 19801
                          (302)654-8080
                          Email: gmatthews@reliable-co.com

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

1  for the GOB leases.  But there's no commitment to allow that

2  payment to be made.  And I assume that the lenders are going to

3  retain a security interest in that cash escrow agreement.  Even

4  if they don't, that's clearly insufficient.

5       The debtor is correct under <u>Montgomery Ward</u>, you don't

6  have to pay the stub rent on the first day of the case.  But in

7  a case where the landlords and other administrative claims are

8  clearly not budgeted or being paid while the landlord -- excuse

9  me, while the secured lenders' collateral is being liquidated

10  and their secured claim is being paid, I have a serious problem

11  with that.

12       I think the fix is no 506(c) waiver for anybody.  And

13  to the extent that administrative claims are not paid at the

14  end of this case, there will be a claim against the lenders for

15  those costs under 506(c) to the extent they were necessary for

16  the preservation or realization of their collateral.

17       With respect to the DIP fees and interest, I accept

18  the debtors' testimony that the interest and other fees are

19  simply what were otherwise due to the lenders under the pre-

20  petition claims with the exception of the one six-million-

21  dollar fee.  I am not as outraged by that as the committee is,

22  and I don't think that that was unreasonable because I can't

23  look at it in hindsight.  I have to look at it from the

24  debtors' perspective at the day they entered into this DIP

25  loan, and given the terms and the amount, I'm not -- my