### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | ) ) ) | Case No. 24-12480 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, I did cause the foregoing *Notice of Appearance and Request for Notices* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

**SAUL EWING LLP**

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

53466324.1 12/04/2024