# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FRANCHISE GROUP, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-12480 (JTD) <br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, a true and correct copy of the foregoing *Limited Objection Of WPG Legacy, LLC To Debtors' Motion For Entry Of Orders (I) (A) Approving Bidding Procedures For The Sale Of All Or Substantially All Of The Debtors' Assets, (B) Scheduling An Auction And A Sale Hearing And Approving The Form And Manner Of Notice Thereof, (C) Approving Assumption And Assignment Procedures, And (D) Granting Related Relief; And (II) (A) Approving The Sale Of The Debtors' Assets Free And Clear Of Liens, Claims, Interests, And Encumbrances, (B) Approving The Assumption And Assignment Of Executory Contracts And Unexpired Leases, And (C) Granting Related Relief* was sent to the following as indicated:

### VIA E-MAIL ONLY

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Debra M. Sinclair, Esq.
Betsy L. Feldman, Esq.
dsinclair@willkie.com
bfeldman@willkie.com

Young Conaway Stargatt & Taylor, LLP, Rodney Square,
1000 North King Street
Wilmington, DE 19801
Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
emorton@ycst.com
mlunn@ycst.com

Timothy J. Fox, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
timothy.fox@usdoj.gov

Gregg Bateman, Esq.
Sagar Patel, Esq.
Michael Danenberg, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
bateman@sewkis.com
patel@sewkis.com
danenberg@sewkis.com

Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com

Adam G. Landis, Esq.
Matthew McGuire, Esq.
Landis Rath & Cobb LLP
919 N. Market Street
Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com

Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

Thomas Lauria, Esq.
White & Case LLP
200 S Biscayne Blvd
Miami, FL 33131
tlauria@whitecase.com

Bojan Guzina, Esq.
White & Case LLP
111 S. Wacker Dr.
Suite 5100
Chicago, IL 60606
bojan.guzina@whitecase.com

Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
bsandler@pszjlaw.com
crobinson@pszjlaw.com

Robert J. Feinstein, Esq.
Alan J. Kornfeld, Esq.
Theodore S. Heckel, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Date:  December 5, 2024