**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-12480 |
| | § | (Chapter 11) |
| FRANCHISE GROUP, INC. (LEAD CASE) | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

MAGNOLIA INDEPENDENT SCHOOL DISTRICT AND CITY OF MONTGOMERY

> c/o Melissa E. Valdez
> Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
> 1235 North Loop West
> Suite 600
> Houston, TX 77008
> (713) 862-1860
> (713) 862-1429 FAX
> mvaldez@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

Respectfully submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
1235 North Loop West
Suite 600
Houston, TX 77008
(713) 862-1860
(713) 862-1429

Attorneys for Claimant

By:   /s/Melissa E. Valdez

Melissa E. Valdez
Bar No: 24051463

## CERTIFICATE OF SERVICE

I Melissa E. Valdez do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 5th day of December, 2024.

ATTORNEY FOR DEBTOR
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

| | |
|---|---|
| Shella Borovinskaya | Email: sborovinskaya@ycst.com |
| Kristin L McElroy | Email: KMcElroy@ycst.com |
| Allison S Mielke | Email: amielke@ycst.com |
| Edmon L. Morton | Email: emorton@ycst.com |

Rodney Square
1000 North King Street
Wilmington, DE 19801

**WILLKIE FARR & GALLAGHER LLP**

| | |
|---|---|
| Joseph R. Brandt | Email: jbrandt@willkie.com |
| James C Dugan | Email: jdugan@willkie.com |
| Betsy Lee Feldman | Email: bfeldman@willkie.com |
| Matthew A. Feldman | Email: mfeldman@wisllkie.com |
| Jessica D. Graber | Email: jgraber@willkie.com |
| Yara Kass-Gergi | Email: ykass-gergi@willkie.com |
| Marine Loison | Email: mloison@wilkie.com |
| Stuart R. Lombardi | Email: slombardi@willkie.com |
| Debra McElligott Sinclair | Email: dsinclair@willkie.com |

787 Seventh Avenue
New York, NY 10019

<u>UNITED STATES TRUSTEE</u>              Email: timothy.fox@usdoj.gov
Timothy Jay Fox, Jr.
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

                                         /s/Melissa E. Valdez
                                         Melissa E. Valdez
                                         Bar No: 24051463

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -</u>** 3