**EXHIBIT B**

**Blackline**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. —13 |

## FIRST OMNIBUS ORDER, PURSUANT TO SECTIONS 105(a), 365(a), AND 554 OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTORS TO (I) REJECT CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, (B) UNEXPIRED LEASES OF NONRESIDENTIAL NON-REAL PROPERTY, AND (C) EXECUTORY CONTRACTS, EFFECTIVE AS OF THE PETITION DATE; AND (II) ABANDON PERSONAL PROPERTY

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the entry of an order (this "Order"), pursuant to sections 105(a), 365, and 554 of the Bankruptcy Code, authorizing the Debtors to (i) reject the Rejected Real Property Leases set forth on Schedule 1 to this Order, effective as of the Petition Date, (ii) reject the Rejected Non-Real Property Leases set forth on Schedule 2 to this Order, effective as of the Petition Date, and (iii) reject the Rejected Executory Contracts set forth on Schedule 3 to this Order, effective as of the Petition Date, and (iv) abandon personal property; and upon consideration of the Motion and all pleadings related thereto, including the First Day Declaration; and due and adequate notice of the Motion having been given under the circumstances; and having determined that no other or further notice of the Motion is required; and having determined that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of these Chapter 11 Cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Leases, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected by the Debtors, with such rejection being effective as of the Petition Date.

3.      Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Executory Contracts, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected by the Debtors, with such rejection being effective as of the Petition Date.

4.      Pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, any Personal Property remaining, as of the Petition Date, on the Rejected Premises is hereby abandoned by the Debtors, with such abandonment being effective as of the Petition Date.  Landlords of the Rejected Premises may dispose of any and all Abandoned Personal Property remaining on the Rejected Premises without further notice or liability to any third party or the Debtors.  To the extent necessary, the automatic stay is modified to allow such disposition.

5.      If the Debtors have deposited monies with a counterparty to a Rejected Agreement as a security deposit or other arrangement, such counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of this Court.

6.      Any person or entity that holds a claim that arises from the Rejected Agreements must file a proof of claim based on such rejection by the later of (i) the last date and time for each person or entity to file proofs of claim based on prepetition claims against any of the Debtors as set by an order of this Court; or (ii) thirty (30) days after the entry of this Order.

7.      Nothing in this Order shall impair, prejudice, waive or otherwise affect any of the rights of the Debtors or any other party to:  (a) assert or contest that the Rejected Agreements (i) were terminated on the Petition Date, or (ii) are not executory contracts or unexpired leases under section 365 of the Bankruptcy Code; (b) assert or contest that any claim for damages arising from the rejection of the Rejected Agreements is limited to the remedies available under any applicable termination provisions of the Rejected Agreements; (c) assert or contest that any

such claim is an obligation of a third party, and not that of the Debtors or their estates; or (d) otherwise assert or contest any claims that may be asserted in connection with the Rejected Agreements. All rights, claims, defenses and causes of action that the Debtors and their estates may have against the counterparties to the Rejected Agreements, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Agreements, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise affect such rights, claims, defenses and causes of action.  Additionally, all rights, claims, defenses, and causes of action of any counterparty to the Rejected Agreements, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Agreements, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise affect such rights, claims, defenses and causes of action.

8.     Nothing this Order shall be construed to (a) create or perfect, in favor of any person or entity, any interest in cash of a Debtor that did not exist as of the Petition Date or (b) alter or impair any security interest or perfection thereof, in favor of any person or entity, that existed as of the Petition Date.

9.     Nothing in this Order shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

10.     The requirements in Bankruptcy Rules 6006 and 6007 are satisfied.

11.     The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

12.     Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

13.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

## Schedule 1

**Rejected Real Property Leases[1]**

---

[1]    Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| Debtor Entity | Counterparty | Counterparty's Address | Rejected Agreement and Property | Store |
|---|---|---|---|---|
| American Freight, LLC | 8701 Airport, L.P. | 8701 Airport, L.P.<br>3100 Monticello, Suite 765<br>Dallas, TX 75225<br>Attn: Don Farris | *Lease Agreement* , dated May 8, 2017<br><br>8701 N Airport Fwy.<br>North Richland Hills, TX 76180 | 148 |
| American Freight, LLC | AFREIGHT Holdings, LLC | AFREIGHT Holdings, LLC  300<br>N. Main Street 5th Floor<br>Stamford, CT 06901 | *Lease* , dated November 1, 2014, and *Omnibus Lease Termination and Settlement Agreement* , dated August 23, 2024<br><br>8000 Broadway<br>Merrillville, IN 46410 | 73 |
| American Freight, LLC | AFREIGHT Holdings, LLC | AFREIGHT Holdings, LLC  300<br>N. Main Street 5th Floor<br>Stamford, CT 06901<br>Attn: Steve Belford | *Lease* , dated November 1, 2014, and *Omnibus Lease Termination and Settlement Agreement* , dated August 23, 2024<br><br>1000 Front Street<br>Vestal, NY 13850 | 84 |
| American Freight, LLC | AFREIGHT Holdings, LLC | AFREIGHT Holdings, LLC  300<br>N. Main Street 5th Floor<br>Stamford, CT 06901<br>Attn: Steve Belford | *Lease* , dated November 1, 2014, and *Omnibus Lease Termination and Settlement Agreement* , dated August 23, 2024<br><br>1503 Washington Rd.<br>Washington, IL 61571 | 95 |
| American Freight, LLC | Brown Deer Mall LLC | Brown Deer Mall LLC<br>19315 Compton Lane<br>Brookfield, WI 53045<br>Attn: Property Manager c/o Mallory Properties | *Lease Agreement* , dated December 16, 2020<br><br>8173 West Brown Deer Rd.  Milwaukee,<br>WI 53223 | 140 |
| American Freight, LLC | Claycomo Shopping Center, LLC | Claycomo Shopping Center, LLC 737<br>West Chester Pike, Suite 5<br>Haverton, PA 19083<br>Attn: Judith Becker Rubin | *Lease Agreement* , dated September 6, 2018<br><br>437 NE US Highway 69<br>Claycomo, MO 64119 | 169 |
| American Freight, LLC | Combined Properties Limited Partnership | Combined Properties Limited Partnership  W<br>3995 Kelly Rd.<br>Lake Geneva, WI 53147<br>Attn: Steven Schultz | *Lease Agreement* , dated December 9, 2020<br><br>1818 Milton Ave.<br>Janesville, WI 53545 | 202 |
| American Freight, LLC | DIR Roberts Dearborn LLC | DIR Roberts Dearborn LLC<br>c/o Dream Industrial Management (GP) Inc., State Street Financial Centre  30<br>Adelaide Street East, Suite 301,<br>Toronto, ON M5C 3H1<br>Attn: Lenis Quan<br><br>Osler Hoskin & Harcourt LLP,  1<br>First Canadian Place<br>100 King Street West, Suite 6100<br>Toronto, ON M5X 1B8<br>Attn: Stella Di Cresce | *Lease Agreement* , dated May 15, 2019<br><br>4701 Roberts Road<br>Columbus, Ohio 43228 | 17 |
| American Freight FFO, LLC | Eagle-North Hills Shopping Center LP | Eagle-North Hills Shopping Center LP<br>5420 LBJ Freeway, Suite 570<br>Dallas, TX 75240<br>Attn: Michael Hershman | *Lease Agreement* , dated June 24, 2017<br><br>1140 North Hills Drive<br>Ada, OK 74820 | 238 |
| American Freight, LLC | Fredric Singer | Fredric Singer<br>[ADDRESS ON FILE] | *Lease Agreement* , dated August 13, 2015<br><br>1930 Silas Deane Highway<br>Rocky Hill, CT 06067 | 113 |
| American Freight, LLC | Integra CRE, LLC | Integra CRE, LLC 3270<br>E. 17th St., #210<br>Ammon, ID 83406,<br>Attn: Jerry N. Ward, President<br><br>Integra CRE, LLC 3270<br>E. 17th St., #210<br>Ammon, ID 83406<br>Attn: General Counsel | *Lease Agreement* , dated January 4, 2024<br><br>1720 North Main Street<br>Logan, UT 84341 | 311 |
| American Freight FFO, LLC | J&L Development Company | J&L Development Company<br>2210 W. Kingshighway, Suite 9<br>Paragould, AR 72450<br>Attn: Jason Gazaway | *Lease Agreement* , dated June 16, 2016<br><br>1210 Linwood Dr.<br>Paragould, AR 72450 | 236 |
| American Freight, LLC | Kimbrell Ark Properties LLC | Kimbrell Ark Properties LLC  4900<br>Poplar Springs Drive, Suite 24<br>Meridian, MS 39305<br>attn: Cathy Feltenstein | *Lease Agreement* , dated August 3, 2020<br><br>2110 N Frontage Rd.<br>Meridian, MS 39301 | 197 |
| American Freight, LLC | Lawrence F. Kolb & Catherine M. Kolb | Lawrence F. Kolb & Catherine M. Kolb<br>214 Prodo Drive, Suite 101<br>P.O.Box 8850<br>Jefferson City, MO 65102 | *Lease Agreement* , dated September 1, 2019<br><br>2233 Missouri Blvd.<br>Jefferson City, MO 65109 | 185 |
| American Freight, LLC | ~~LCRE~~Eternia, LLC | LCRE , LLC<br>12295 Olive Blvd.  St.<br>Louis, MO 63141<br>Attn: Robert Walpert | *Lease Agreement* , dated September 11, 2018<br><br>6495 Quivira Rd.<br>Shawnee, KS 66216 | 170 |
| American Freight, LLC | Midwest Commercial Funding, LLC | Midwest Commercial Funding, LLC<br>1521 Waukesha Rd.<br>Caledonia, WI 53108<br>Attn: Robert Chandler | *Lease Agreement* , dated September 21, 2020<br><br>4224 Gander Rd.<br>Sheboygan, WI 53803 | 201 |
| American Freight, LLC | Mr Stealth LLC | Mr Stealth LLC<br>181 S. Franklin Ave.<br>Valley Stream, NY 11581<br>Attn: Mark Rubin | *Lease Agreement* , dated June 4, 2020<br><br>405 George Wallace Drive<br>Gadsden, AL 35903 | 194 |
| American Freight, LLC | Muenchens Unlimited, LLC | Muenchens Unlimited, LLC<br>1783 E Ohio Pike<br>Amelia, OH 45012<br>Attn: Stephen Muenchen | *Lease Agreement* , dated June 7, 2021<br><br>1783 E State Route 125<br>Amelia, OH 45102 | 263 |
| American Freight, LLC | Slidell Athletic Club Property, LLC | Slidell Athletic Club Property, LLC<br>1311 Gause Blvd.<br>Slidell, LA 70458<br>Attn: Robert Thinstrup | *Lease Agreement* , dated February 5, 2020<br><br>1317 Gause Blvd.<br>Slidell, LA 70458 | 186 |
| American Freight, LLC | Tenalok Partners | Tenalok Partners  945<br>Heights Boulevard<br>Houston, TX 77008<br>Attn: Lease Administration | *Lease Agreement* , dated September 8, 2021<br><br>3009 E Frank Phillips Blvd.<br>Bartlesville, OK 74006 | 270 |
| American Freight, LLC | Tycer Heirs Separate Property, LLC | Tycer Heirs Separate Property, LLC<br>46376 North Morrison Blvd.<br>Hammond, LA 70401<br>Attn: Glenda Tycer Whitaker | *Lease Agreement* , dated September 23, 2020<br><br>2103 Highway 190 E<br>Hammond, LA  70401 | 208 |
| American Freight, LLC | US Investments | US Investments<br>6644 Antoine Dr<br>Houston, TX 77091<br>Attn: Dan Nankani | *Lease Agreement* , dated March 21, 2019<br><br>6620 Antoine Dr.<br>Houston, TX 77091 | 178 |
| American Freight, LLC | Warner Robins Perlmix, LLC | Warner Robins Perlmix, LLC  1220<br>East 16th Ave, PO Box 1097<br>Cordele, GA 31015<br>Attn: Larry Perlis | *Lease Agreement* , dated March 16, 2021<br><br>844 N Houston Rd.<br>Warner Robins, GA 31093 | 259 |
| Debtor Entity | Counterparty | Counterparty's Address | Rejected Agreement and Property | Store |

| American Freight, LLC | WFO Investments, LLC | WFO Investments, LLC<br>5708 Warden Road<br>Sherwood, AR 72120<br>Attn: HCB,LLLP | *Lease Agreement* , dated June 26, 2015<br><br>9908 Interstate 30<br>Little Rock, AR 72209 | 110 |
| American Freight FFO, LLC | White Lane Bakersfield LLC | White Lane Bakersfield LLC<br>White Lane Bakersfield LLC, c/o National Sales Inc.<br>15001 S. Figueroa Street,<br>Gardena, CA 90248<br>Attn: Real Estate Department | *Lease Agreement* , dated August 26, 2013<br><br>2300 White Lane, Suite A<br>Bakersfield, CA 93304 | 4029 |
| American Freight, LLC | York Realty Investment, LLC | York Realty Investment, LLC<br>230 Chatham Ave.<br>Sugar Land, TX 77479<br>Attn: Ameen Kesaria | *Lease Agreement* , dated May 1, 2019<br><br>12355 Fondren Rd.<br>Houston, TX 77035 | 181 |

## Schedule 2

### Rejected Non-Real Property Leases[2]

*[Intentionally Omitted]*

---

[2] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

**<u>Schedule 3</u>**

**Rejected Executory Contracts[3]**

---

[3]    Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| Debtor Entity | Counterparty | Contract Counterparty and Address | Rejected Agreement(s) |
|---|---|---|---|
| American Freight Franchisor, LLC | 5643 LLC | 5643 LLC<br>PO Box 6731<br>Marietta, GA 30066 Attn:<br>Muhammed Iftkhar<br>ihop4647@gmail.com | *Franchise Agreement , dated April 22, 2021, as amended* |
| American Freight, LLC | A Team Sales, LLC | A Team<br>Sales, LLC<br>2232 Kodiak<br>Drive NE<br>Atlanta, GA 30345 | *Franchise Agreement , as amended (Marietta), dated October 23, 2019* |
| American Freight Franchisor, LLC | A Team Sales, LLC | A Team Sales, LLC<br>2232 Kodiak Drive NE<br>Atlanta, GA 30345 | *Franchise Agreement , as amended (Lawrenceville), dated October 23, 2019* |
| American Freight Franchisor, LLC | A Team Sales, LLC | A Team Sales, LLC<br>2232 Kodiak Drive NE<br>Atlanta, GA 30345 | *Franchise Agreement , as amended (Tucker), dated October 23, 2019* |
| American Freight Franchisor, LLC | AF Austin Ventures, LLC | AF Austin Ventures, LLC<br>2211 La Salle Drive<br>Marietta, GA 30062<br>gzencena@rosemarycapital.com | *Franchise Agreement , dated April 29, 2021, as amended* |
| Franchise Group, Inc. | Atlanticus Corporation | Atlanticus Services Corporation Five<br>Concourse Parkway, Suite 300<br>Atlanta, GA 30328<br>Attn: David Caruso, Chief Commercial Officer | *Reconciliation Agreement , dated May 4, 2022* |
| American Freight, LLC | Berns Communications Group, LLC | Berns Communications Group, LLC<br>475 Park Avenue South, 29th Floor<br>New York, NY 10016<br>Attn: Stacy Berns | *Agreement and Scope of Services , dated August 22, 2023* |
| Franchise Group, Inc. | Brian Kahn | Brian Kahn<br>[ADDRESS ON FILE]<br><br>Brian Kahn<br>c/o Derek C. Abbott, Partner Morris,<br>Nichols, Arsht & Tunnell LLP 1201<br>North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 dabbott@morrisnichols.com | *Consulting Agreement , dated January 19, 2024* |
| American Freight Franchisor, LLC | Cambridge Goods LLC | Cambridge Goods LLC<br>3001 W. Big Beaver Road, Suite 324<br>Troy, MI 48084<br>kpurther@cambridgeinvestors.com | *Franchise Agreement , dated July 14, 2022, as amended* |
| American Freight, LLC | CBRE, Inc. | CBRE, Inc.<br>2100 McKinney Avenue, Suite 900<br>Dallas, TX 75201<br>Attn: Nancy Westphal, General Counsel - Global Workplace Solutions<br>albert.stable@cbre.com | *Lease Audit Services Agreement , dated July 20, 2022* |
| American Freight Franchisor, LLC | DP Contour, LLC | DP Contour, LLC 511<br>W. French Place San<br>Antonio, TX 78212<br>Attn: Rich Funke or Paul McClintock<br>rich@dpr-group.com | *Franchise Agreement , dated September 8, 2022, as amended,* |
| American Freight, LLC | Forum Analytics, a wholly owned subsidiary of CBRE, Inc. | Forum Analytics, a wholly owned subsidiary of CBRE, Inc.<br>C/o CBRE, Inc.<br>2100 McKinney Avenue, Suite 900<br>Dallas, TX 75201<br>Attn: Nancy Westphal, General Counsel - Global Workplace Solutions<br>albert.stable@cbre.com | *Services Agreement , dated September 7, 2012* |
| American Freight, LLC | FullContact, Inc. | FullContact,   Inc.<br>1580   N.  Logan  St.<br>Ste. 660 PMB 45057<br>Denver,   CO   80203<br>Attention:  Legal  Department<br>Email: legal@fullcontact.com | *Order Form and Services Agreement , dated December 6, 2023* |
| ~~American Freight, LLC~~ | ~~Gexa Energy, LP~~ | ~~Gexa Energy, LP 601 Travis St., Ste 1400 Houston, TX 77002 Attn: Contract Administration tx@gexaenergy.com~~ | ~~Electricity Sales Agreement , dated July 8, 2024~~ |
| American Freight Franchisor, LLC | Godfrey Ukwuoma | Godfrey Ukwuoma<br>[ADDRESS ON FILE] | *Franchise Agreement , dated February 10, 2023, as amended* |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (West Penn Power) , dated August 23, 2024* |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Columbus Southern Power, Ohio Power) , dated  August 23, 2024* |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (AES Ohio) , dated August 23, 2024* |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Duquesne Light) , dated August 23, 2024* |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Duke Energy) , dated August 23, 2024* |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Toledo Edison) , dated August 23, 2024* |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Ohio Edison) , dated August 23, 2024* |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (The Illuminating Company) , dated August 23, 2024* |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Penelec) , dated August 23, 2024* |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (PPL Electric Utilities) , dated August 23, 2024* |
| American Freight Franchisor, LLC | Jenkins Rental LLC | Jenkins Rental LLC   3 Steeplechase Trail<br>Longview, TX 75605<br>Attn: Laura S. Jenkins<br>lauraantley@gmail.com | *Franchise Agreement , dated June 5, 2022, as amended* |
| American Freight Franchisor, LLC | Jeremy Nowak | Jeremy Nowak<br>[ADDRESS ON FILE] | *Franchise Agreement , as amended, dated 6/27/2021* |
| American Freight FFO, LLC | KILMAR Safety Inc. | KILMAR Safety Inc.<br>215 West Main<br>Greenfield, IN 46140 | *Consulting Services Agreement , dated August 22, 2019* |

| | | | |
|---|---|---|---|
| American Freight Franchisor, LLC | Liandro Arellano Jr. | Liandro Arellano Jr. [ADDRESS ON FILE] | Franchise Agreement , dated April 20, 2023, as amended |
| American Freight Franchisor, LLC | Mohamad Atieh | Mohamad Atieh [ADDRESS ON FILE] | Franchise Agreement , dated November 8, 2022, as amended |

| Debtor Entity | Counterparty | Contract Counterparty and Address | Rejected Agreement |
|---|---|---|---|
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC 6100 Emerald Parkway Dublin, OH 43016 Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Toledo Edison)*, dated August 23, 2024 |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC 6100 Emerald Parkway Dublin, OH 43016 Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Ohio Edison)*, dated August 23, 2024 |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC 6100 Emerald Parkway Dublin, OH 43016 Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (The Illuminating Company)*, dated August 23, 2024 |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC 6100 Emerald Parkway Dublin, OH 43016 Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Penelec)*, dated August 23, 2024 |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC 6100 Emerald Parkway Dublin, OH 43016 Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (PPL Electric Utilities)*, dated August 23, 2024 |
| American Freight Franchisor, LLC | Jenkins Rental LLC | Jenkins Rental LLC 2 Steep lechase Trail Longview, TX 75605 Attn: Llaura S. Jenkins llaurajenkins@gmail.com | *Franchise Agreement*, dated June 5, 2022, as amended |
| American Freight Franchisor, LLC | Jeremy Nowak | Jeremy Nowak [ADDRESS ON FILE] | *Franchise Agreement*, as amended, dated 6/17/2021 |
| American Freight FFO, LLC | KELMAR Safety Inc. | KELMAR Safety Inc. 221 West Main Greenfield, IN 46140 | *Consulting Services Agreement*, dated August 22, 2019 |
| American Freight Franchisor, LLC | Liandro Arellano Jr. | Liandro Arellano Jr. [ADDRESS ON FILE] | *Franchise Agreement*, dated April 20, 2023, as amended |
| American Freight Franchisor, LLC | Mohamad Atieh | Mohamad Atieh [ADDRESS ON FILE] | *Franchise Agreement*, dated November 8, 2022, as amended |
| American Freight Franchisor, LLC | Mohamad Atieh | Mohamad Atieh [ADDRESS ON FILE] | *Franchise Agreement*, dated June 25, 2021, as amended |
| Franchise Group, Inc. | Nasdaq Corporate Solutions, LLC Nasdaq Pty Ltd Nasdaq Korea Ltd. Nasdaq Corporate Solutions International Limited | Nasdaq Corporate Solutions, LLC 151 W. 42nd St. New York, NY 10036 Nasdaq Pty Ltd Level 8 - 68 Harrington Street Sydney, New South Wales - 2000 Australia Nasdaq Korea Ltd. 22nd Floor, Two IFC, 10 Gukjegeumyung-ro, Youngdeungpo-gu, Seoul 07326 South Korea Nasdaq Corporate Solutions International Limited 22 Bishopsgate London, EC2N4BQ United Kingdom Office of General Counsel, Nasdaq, Inc. 805 King Farm Blvd Rockville MD, 20850 Attention: Contracts Group (GCS) | *Master Services Agreement*, dated March 30, 2022 |

| American Freight, LLC | Omni Hotels Management Corporation, as agent on behalf of Frisco Silver Star Hotel Company, LLC d/b/a Omni Frisco Hotel at The Star | Omni Hotels Management Corporation, as agent on behalf of Frisco Silver Star Hotel Company, LLC d/b/a Omni Frisco Hotel at The Star<br>11 Cowboys Way<br>Frisco, TX 75034<br>Attn: Emily Miller, Director, National Accounts<br>ekmiller@omnihotels.com | *Letter of Agreement (American Freight 2026 Annual Meeting)* , dated June 5, 2024 |
| American Freight, LLC | Omni Hotels Management Corporation, as agent on behalf of Frisco Silver Star Hotel Company, LLC d/b/a Omni Frisco Hotel at The Star | Omni Hotels Management Corporation, as agent on behalf of Frisco Silver Star Hotel Company, LLC d/b/a Omni Frisco Hotel at The Star<br>11 Cowboys Way<br>Frisco, TX 75034<br>Attn: Emily Miller, Director, National Accounts<br>ekmiller@omnihotels.com | *Letter of Agreement (American Freight 2025 Annual Meeting)* , dated June 5, 2024 |
| American Freight Franchisor, LLC | Ralph Awad | Ralph Awad<br>[ADDRESS ON FILE] | *Franchise Agreement* , dated April 29, 2021, as amended |
| American Freight, LLC | Radaro Inc. | Radaro Inc.<br>6872 Highover Dr.<br>Chanhassen, MN 55317 | *Software License and Services Agreement* , dated March 14, 2023 |
| American Freight Franchisor, LLC | Troy Caron | Troy Caron<br>[ADDRESS ON FILE] | *Franchise Agreement* , dated May 2, 2024, as amended |
| American Freight, LLC | Znatex Imports Inc. | Znatex Imports Inc.<br>2017 N. 25th Ave.<br>Franklin Park, IL 60131 | *Area Rugs Metal Display Racks + Display Rugs Agreement* , dated August 21, 2019 |