# EXHIBIT A

Franchise Group, Inc.
Weekly DIP Budget

| ($ in millions) | | | | | | | Post Petition | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week:** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | |
| **Type:** | **Fcst** | **Fcst** | **Fcst** | **Fcst** | **Fcst** | **Fcst** | **Fcst** | **Fcst** | **Fcst** | **Fcst** | **Fcst** | **Fcst** | **Fcst** | |
| **Period Starting** | **11/2/2024** | **11/9/2024** | **11/16/2024** | **11/23/2024** | **11/30/2024** | **12/7/2024** | **12/14/2024** | **12/21/2024** | **12/28/2024** | **1/4/2025** | **1/11/2025** | **1/18/2025** | **1/25/2025** | **13-Weeks** |
| **Period Ending:** | **11/8/2024** | **11/15/2024** | **11/22/2024** | **11/29/2024** | **12/6/2024** | **12/13/2024** | **12/20/2024** | **12/27/2024** | **1/3/2025** | **1/10/2025** | **1/17/2025** | **1/24/2025** | **1/31/2025** | **Fcst** |
| **Total Operating Receipts** | 62.3 | 66.4 | 64.9 | 61.9 | 63.7 | 65.9 | 61.9 | 57.8 | 50.6 | 50.2 | 45.8 | 44.9 | 49.4 | 745.7 |
| **Total Operating Disbursements** | (31.3) | (75.6) | (67.6) | (54.5) | (60.3) | (41.9) | (51.2) | (47.0) | (56.1) | (42.7) | (36.9) | (52.8) | (61.3) | (679.3) |
| **Net Operating Cash Flow** | 31.0 | (9.2) | (2.7) | 7.4 | 3.3 | 24.0 | 10.6 | 10.8 | (5.5) | 7.4 | 8.9 | (7.8) | (11.9) | 66.4 |
| **Non Operating Disbursements** | | | | | | | | | | | | | | |
| Debt Service | (0.1) | (0.1) | (0.7) | (0.2) | (0.1) | - | - | (0.2) | (3.3) | (0.1) | (21.2) | (0.6) | (0.3) | (26.8) |
| AF Liquidator Fees | - | - | (0.1) | (0.2) | (0.3) | (0.3) | (0.3) | (0.3) | (0.4) | (0.6) | - | - | - | (2.4) |
| Other Expenses | (0.6) | (1.8) | - | - | - | - | - | - | - | - | - | - | - | (2.3) |
| **Total Non Operating Disbursements** | (0.6) | (1.9) | (0.9) | (0.4) | (0.3) | (0.3) | (0.3) | (0.5) | (3.7) | (0.7) | (21.2) | (0.6) | (0.3) | (31.6) |
| **Total Disbursements Prior to Professional Fees** | (31.9) | (77.5) | (68.4) | (54.9) | (60.7) | (42.2) | (51.5) | (47.5) | (59.8) | (43.4) | (58.1) | (53.4) | (61.6) | (710.8) |
| Professional Fees | (1.1) | - | - | (0.2) | (3.8) | - | (0.2) | (4.0) | (3.9) | (6.5) | (3.9) | (3.6) | (3.4) | (30.6) |
| **Total Disbursements** | (33.0) | (77.5) | (68.4) | (55.1) | (64.5) | (42.2) | (51.6) | (51.5) | (63.6) | (49.9) | (62.0) | (57.0) | (65.0) | (741.4) |
| **Net Cash Flow** | 29.3 | (11.1) | (3.6) | 6.9 | (0.8) | 23.7 | 10.2 | 6.3 | (13.0) | 0.3 | (16.2) | (12.0) | (15.6) | 4.3 |
| BOP Cash Balance | 14.3 | 141.6 | 124.5 | 106.9 | 110.8 | 103.0 | 117.7 | 115.9 | 265.3 | 251.2 | 253.5 | 237.3 | 225.3 | 14.3 |
| Net Cash Flow | 29.3 | (11.1) | (3.6) | 6.9 | (0.8) | 23.7 | 10.2 | 6.3 | (13.0) | 0.3 | (16.2) | (12.0) | (15.6) | 4.3 |
| DIP New Money Draw | 100.0 | - | - | - | - | - | - | 150.0 | - | - | - | - | - | 250.0 |
| (Funding)/Draw of GOB Proceeds Escrow | (2.0) | (6.0) | (14.0) | (3.0) | (7.0) | (9.0) | (12.0) | (7.0) | (1.0) | 2.0 | - | - | - | (59.0) |
| **EOP Cash Balance** | **141.6** | **124.5** | **106.9** | **110.8** | **103.0** | **117.7** | **115.9** | **265.3** | **251.2** | **253.5** | **237.3** | **225.3** | **209.6** | **209.6** |

**<u>EXHIBIT B</u>**

($ in millions)

| | | | | | Post Petition | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Month:** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | |
| **Type:** | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | **Fcst** |
| **Period Ending:** | 11/30/24 | 12/31/24 | 1/31/25 | 2/28/25 | 3/31/25 | 4/30/25 | 5/31/25 | 6/30/25 | 7/31/25 | |
| **Operating Receipts** | | | | | | | | | | |
| The Vitamin Shoppe | 72.7 | 88.7 | 78.3 | 94.0 | 94.0 | 91.5 | 91.5 | 91.5 | 88.3 | 790.4 |
| Pet Supplies Plus | 101.1 | 134.2 | 102.9 | 123.8 | 123.8 | 120.4 | 120.4 | 120.4 | 121.6 | 1,068.4 |
| Buddy's | 5.7 | 9.3 | 7.3 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.8 | 51.5 |
| American Freight | 76.0 | 67.7 | 1.8 | - | - | - | - | - | - | 145.5 |
| Other Receipts | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | **255.5** | **299.9** | **190.3** | **222.6** | **222.6** | **216.7** | **216.7** | **216.7** | **214.7** | **2,055.8** |
| **Operating Disbursements** | | | | | | | | | | |
| Merchandise & Freight | (119.3) | (124.6) | (117.0) | (139.2) | (139.2) | (138.2) | (133.7) | (133.7) | (135.9) | (1,180.8) |
| Occupancy | (19.5) | (30.1) | (15.4) | (16.2) | (16.2) | (16.2) | (16.2) | (16.2) | (16.4) | (162.7) |
| Payroll & Benefits | (39.5) | (51.4) | (30.7) | (26.8) | (26.8) | (25.4) | (25.4) | (25.4) | (25.9) | (277.2) |
| Taxes | (9.6) | (11.2) | (7.1) | (9.9) | (9.9) | (9.9) | (9.7) | (9.7) | (9.7) | (86.5) |
| Other Opex & Capex | (30.9) | (38.9) | (23.2) | (22.4) | (20.9) | (23.2) | (23.2) | (21.5) | (19.3) | (223.6) |
| Other | (10.3) | (0.4) | (0.3) | - | - | - | - | - | - | (11.0) |
| **Total Operating Disbursements** | **(229.0)** | **(256.5)** | **(193.7)** | **(214.5)** | **(213.0)** | **(213.0)** | **(208.2)** | **(206.5)** | **(207.2)** | **(1,941.8)** |
| **Net Operating Cash Flow** | **26.5** | **43.3** | **(3.4)** | **8.1** | **9.6** | **3.7** | **8.5** | **10.2** | **7.5** | **114.0** |
| **Non Operating Disbursements** | | | | | | | | | | |
| Debt Service | (1.1) | (3.5) | (22.2) | (7.0) | (9.3) | (22.3) | (6.7) | (9.5) | (28.8) | (110.5) |
| AF Liquidator Fees | (0.4) | (1.5) | (0.6) | - | - | - | - | - | - | (2.4) |
| AF 503(b)(9) & Other FDM Claims | - | - | - | - | - | - | - | - | (17.2) | (17.2) |
| Utility Deposits | (1.8) | - | - | - | - | - | - | - | 1.8 | - |
| Retention Payment | - | - | - | - | - | - | - | - | - | - |
| Other | (0.6) | - | - | - | - | - | - | - | - | (0.6) |
| **Total Non Operating Disbursements** | **(3.8)** | **(5.0)** | **(22.8)** | **(7.0)** | **(9.3)** | **(22.3)** | **(6.7)** | **(9.5)** | **(44.3)** | **(130.7)** |
| **Total Disbursements Prior to Professional Fees** | **(232.9)** | **(261.5)** | **(216.5)** | **(221.5)** | **(222.3)** | **(235.3)** | **(215.0)** | **(216.0)** | **(251.5)** | **(2,072.5)** |
| Professional Fees | (1.3) | (11.8) | (17.4) | (10.6) | (8.0) | (7.8) | (7.8) | (9.0) | (39.1) | (112.8) |
| **Total Disbursements** | **(234.1)** | **(273.3)** | **(234.0)** | **(232.0)** | **(230.3)** | **(243.1)** | **(222.8)** | **(225.0)** | **(290.5)** | **(2,185.3)** |
| **Net Cash Flow** | **21.4** | **26.5** | **(43.7)** | **(9.4)** | **(7.7)** | **(26.4)** | **(6.0)** | **(8.3)** | **(75.8)** | **(129.5)** |
| BOP Cash Balance | 14.3 | 110.7 | 251.3 | 209.6 | 202.6 | 194.9 | 168.5 | 162.4 | 154.1 | 14.3 |
| Net Cash Flow | 21.4 | 26.5 | (43.7) | (9.4) | (7.7) | (26.4) | (6.0) | (8.3) | (75.8) | (129.5) |
| DIP New Money Draw | 100.0 | 150.0 | - | - | - | - | - | - | - | 250.0 |
| (Funding)/Draw of GOB Proceeds Escrow | (25.0) | (36.0) | 2.0 | 2.5 | - | - | - | - | - | (56.5) |
| **EOP Cash Balance** | **110.7** | **251.3** | **209.6** | **202.6** | **194.9** | **168.5** | **162.4** | **154.1** | **78.3** | **78.3** |

## EXHIBIT C

# Illustrative Value Maximizing Sale Process Timeline

## The illustration below compares the current FRG sale process timeline to a timeline that is designed to achieve a value maximizing outcome

**Timelines herein exclude dates relating to assumption / assignment of executory contracts and unexpired leases**

### Current Sale Process Timeline
Bid Procedures Motion (Nov 11)

**Nov 11:** Bid Procedures motion filed

**Week of Nov 29:** Parties granted access to VDR and distribution of marketing materials

**Dec 10:** Second Day & Bid Procedures hearing

**Dec 16:** Non-binding IOI deadline *(6 days after Bid Procedures hearing)*

**Dec 17:** Disclosure Statement hearing

**Jan 23:** Binding bid deadline *(44 days after Bid Procedures hearing)*

**Jan 28:** Auction (if needed)

**Jan 30:** Deadline to object to conduct at Auction (if any)

**Feb 2:** Deadline to reply to Sale Objections (Jan 28 if no auction is held)

**Feb 3:** Sale Hearing (Jan 30 if no auction held)

| | Nov | December | | | | January | | | | | February | | | | March | | | | April | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Week ending:* | 29 | 6 | 13 | 20 | 27 | 3 | 10 | 17 | 24 | 31 | 7 | 14 | 21 | 28 | 7 | 14 | 21 | 28 | 4 | 11 |
| *Weeks[1]:* | +3 | +4 | +5 | +6 | +7 | +8 | +9 | +10 | +11 | +12 | +13 | +14 | +15 | +16 | +17 | +18 | +19 | +20 | +21 | +22 |
| *Liquidity[2]:* | $111 | $103 | $118 | $116 | $265 | $251 | $254 | $237 | $225 | $210 | n.a. | n.a. | n.a. | $203 | n.a. | n.a. | n.a. | $195 | n.a. | n.a. |

### Revised Value Maximizing Sale Process Timeline

**Dec 2 to Jan 3:** Preparation of updated business plan / revised CIM taking into account benefits from Chapter 11

**Jan 3:** Distribution of revised CIM to prospective bidders

← *Prospective bidders can continue conducting diligence during this time* →

**Jan 31:** Non-binding IOI deadline *(52 days after Bid Procedures hearing)*

**Jan 31 to Mar 28:** ~8 weeks to allow sufficient time for management presentations, confirmatory diligence and obtaining of financing commitments

**Mar 28:** Binding bid deadline *(108 days after Bid Procedures hearing)*

**Apr 2:** Auction (if needed)

**Apr 4:** Deadline to object to conduct at Auction (if any)

**Apr 7:** Deadline to reply to Sale Objections

**Apr 8:** Sale Hearing

1. Approximate number of weeks since filing of bid procedures on November 11, 2024
2. Reflects ending liquidity ($'s in millions) per (i) the Weekly DIP Budget (as filed on November 7, 2024) for weeks ending 11/29 through 1/31, and (ii) the Company's 9-month DIP Budget (as provided by the Company's financial advisor on November 22, 2024) for February and March month-end amounts; Assumes that FRG makes a final DIP draw of $150mm during the week ending 12/27

