**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:  Chapter 11

Case No. 24-12480 (JTD)

Debtor: FRANCHISE GROUP, INC., et al.,

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Colin T. West of White & Case LLP to represent Ad Hoc Group of Freedom Lenders in this action.

/s/ Michael J. Farnan (Bar No. 5165)

Firm Name: Farnan LLP
Address: 919 N. Market St., 12th Floor
Wilmington, DE 19801
Phone: (302) 777-0300
Email: mfarnan@farnanlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Colin T. West

Firm Name: White & Case LLP
Address: 1221 Avenue of the Americas
New York, New York 10020-1095
Phone: (212) 819-8200
Email: cwest@whitecase.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105