# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 257 |

## CERTIFICATION OF COUNSEL REGARDING *REVISED PROPOSED* ORDER AUTHORIZING (A) THE DEBTORS TO RETAIN, EMPLOY, AND COMPENSATE CERTAIN PROFESSIONALS UTILIZED BY THE DEBTORS IN THE ORDINARY COURSE OF BUSINESS EFFECTIVE AS OF THE PETITION DATE AND (B) WAIVING CERTAIN INFORMATION REQUIREMENTS OF LOCAL RULE 2016-2

On November 26, 2024, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Debtors' Motion for an Order Authorizing (A) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

*Requirements of Local Rule 2016-2* [Docket No. 257] (the "Motion"). A proposed form of order approving the Motion was attached to the Motion as Exhibit A (the "Proposed Order"). A list of ordinary course professionals (the "Ordinary Course Professionals List") was appended to the Proposed Order as Exhibit 1.

The deadline to file objections or otherwise respond to the Motion was set as December 3, 2024 at 4:00 p.m. (ET) (the "Objection Deadline"), as may have been extended for certain parties. Prior to the Objection Deadline, the Debtors received informal comments to Proposed Order from the Official Committee of Unsecured Creditors (the "Committee"). The Committee's comments were resolved without revisions to the Proposed Order.

Subsequent to filing the Motion, the Debtors revised the Ordinary Course Professionals List (the "Revised Ordinary Course Professionals List"), as reflected in Exhibit 1 appended to the Proposed Order attached hereto as Exhibit A. For convenience of the Court and other interested parties, a blackline comparing the Revised Ordinary Course Professionals List appended to the Proposed Order against the Ordinary Course Professionals List filed with the Motion is attached hereto as Exhibit B.

WHEREFORE, the Debtors did not receive any objections or responses other than those described herein, and the Committee does not object to entry of the Proposed Order, the Debtors respectfully request that the Court enter the Proposed Order without further notice or a hearing at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated: December 5, 2024
       Wilmington, Delaware

           **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

           */s/ Shella Borovinskaya*
           Edmon L. Morton (Del. No. 3856)
           Matthew B. Lunn (Del. No. 4119)
           Allison S. Mielke (Del. No. 5934)
           Shella Borovinskaya (Del. No. 6758)
           Rodney Square
           1000 North King Street
           Wilmington, Delaware 19801
           Telephone: (302) 571-6600
           Facsimile: (302) 571-1253
           emorton@ycst.com
           mlunn@ycst.com
           amielke@ycst.com
           sborovinskaya@ycst.com

           -and-

           **WILLKIE FARR & GALLAGHER LLP**
           Debra M. Sinclair (admitted *pro hac vice*)
           Matthew A. Feldman (admitted *pro hac vice*)
           Betsy L. Feldman (Del. No. 6410)
           Joseph R. Brandt (admitted *pro hac vice*)
           787 Seventh Avenue
           New York, New York 10019
           Telephone: (212) 728-8000
           Facsimile: (212) 728-8111
           dsinclair@willkie.com
           mfeldman@willkie.com
           bfeldman@willkie.com
           jbrandt@willkie.com

           *Proposed Co-Counsel to the Debtors*
           *and Debtors in Possession*