**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br>FRANCHISE GROUP, INC., et al.,<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered)<br><br>**Objection Deadline: To Be Heard at the Hearing**<br><br>**Hearing Date: December 10, 2024 at 10:00 a.m. Eastern** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the Ad Hoc Group of Freedom Lenders (the "**Freedom Lender Group**") has filed the attached Motion to Seal (I) Its Objection to the Debtors' DIP Motion [D.I. 274]; (II) Its Objection to the Debtors' Critical Vendor Motion [D.I. 277]; and (III) the Bakemeyer Declaration [D.I. 278](the "**Motion to Seal**").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Motion to Seal will be heard at the hearing on **December 10, 2024 at 10:00 a.m. Eastern** (the "**Objection Deadline**"). At the same time, copies of any responses or objections to the Motion to Seal must be served upon the undersigned counsel to the Freedom Lender Group so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION TO SEAL WILL BE HELD ON **DECEMBER 10, 2024 at 10:00 a.m. (Eastern)** BEFORE THE HONORABLE JOHN T. DORSEY IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS OR RESPONSES TO THE MOTION TO SEAL ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO SEAL WITHOUT FURTHER NOTICE.** COPIES OF THE MOTION TO SEAL AND OTHER FILINGS IN THIS CHAPTER 11 CASE CAN ACCESSED FOR FREE AT HTTPS://CASES.RA.KROLL.COM/FRG/.

[Remainder of Page Intentionally Left Blank]

| | |
|---|---|
| Dated: December 5, 2024 | Respectfully submitted,<br><br>**FARNAN LLP**<br><br>/s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>Telephone:    (302) 777-0300<br>Email: bfarnan@farnanlaw.com<br>            mfarnan@farnanlaw.com<br><br>WHITE & CASE LLP<br>Thomas Lauria (admitted pro hac vice)<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br>Email: tlauria@whitecase.com<br><br>-and-<br><br>J. Christopher Shore (admitted pro hac vice)<br>Andrew Zatz (admitted pro hac vice)<br>Samuel P. Hershey (admitted pro hac vice)<br>Erin Smith (admitted pro hac vice)<br>Brett Bakemeyer (admitted pro hac vice)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>Email: cshore@whitecase.com<br>azatz@whitecase.com<br>sam.hershey@whitecase.com<br>erin.smith@whitecase.com<br>brett.bakemeyer@whitecase.com<br><br>*Counsel to the Ad Hoc Group of Freedom Lenders* |