**CERTIFICATE OF SERVICE**

    I, Michael J. Farnan, hereby certify that in addition to the notice and service provided through the Court's ECF system that on December 5, 2024, a copy of foregoing Motion to Seal and related documents were served on the attached 2002 list.

/s/ Michael J. Farnan
Michael J. Farnan (Bar No. 5165)

In re: Franchise Group, Inc., et al.
Core/2002 Service List
Case No. 24-12480 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 50 Unsecured Creditor | Albany Industries Inc | Attn: Bentley Jones, Chief Revenue Officer | 1210 S Indiana Ave #5907 | | Chicago | IL | 60605 | | 662-316-2606 | | bjones@albanyfurniture.com |
| Top 50 Unsecured Creditor | Alphia Inc | Attn: Jeff Ulrich, Assistant Corporate Controller | 322 Main St | | Bern | KS | 66408 | | 785-285-0123 | | jeffu@alphia.com |
| Top 50 Unsecured Creditor | Animal Supply CO Wholesome | Attn: Joe Carras, Vice President of Sales | 2403 E Interstate 30 | | Grand Prairie | TX | 75050 | | 602-418-5807 | | joe.carras@animalsupply.com |
| Top 50 Unsecured Creditor | Arizona Nutritional Supplement | Attn: Harrison Pappas, CEO | 210 S.Beck Ave. | | Chandler | | 85226 | | 480-966-9630 | | hpappas@aznutritional.com |
| Top 50 Unsecured Creditor | Assurant Inc. | Attn: Jennifer Clark, Vice President, Account Management - Retail | 260 Interstate N Circle SE | | Atlanta | GA | 30339 | | 770-763-1000 | | Jennifer.Clark@assurant.com |
| Counsel to Azalea Joint Venture, LLC, Brixmor Operating Partnership LP, Continental Realty Corporation, Federal Realty OP LP, FR Grossmont, LLC, Prime/FRIT Mission Hills, LLC, and ShopOne Centers REIT, Inc. | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | 919 North Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4466 | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| Counsel to Drink LMNT, Inc. | Barnes & Thornburg LLP | Attn: Kevin G. Collins | 222 Delaware Avenue, Suite 1200 | | Wilmington | DE | 19801 | | 302-300-3434 | 302-300-3456 | kevin.collins@btlaw.com |
| Counsel for Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC | Bayard, P.A. | Attn: Ericka F. Johnson | 600 N. Market Street, Suite 400 | | Wilmington | DE | 19801 | | 302-655-5000 | 302-658-6395 | ejohnson@bayardlaw.com |
| Top 50 Unsecured Creditor | Bcdc Portfolio Owner LLC | Attn: Heba Elayan, Real Estate Principal | Oak Street Real Estate Capital, LLC | 30 North Lasalle Ste 4140 | Chicago | IL | 60602 | | | | Heba.elayan@blueowl.com |
| Top 50 Unsecured Creditor | BCHQ Owner LLC | Attn: Heba Elayan, Real Estate Principal | Oak Street Real Estate Capital, LLC | 30 North Lasalle Ste 4140 | Chicago | IL | 60602 | | | | Heba.elayan@blueowl.com |
| Counsel for Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent | Blank Rome LLP | Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams | 1201 N. Market Street, Suite 800 | | Wilmington | DE | 19801 | | 302-425-6400 | | mike.schaedle@blankrome.com stanley.tarr@blankrome.com jordan.williams@blankrome.com |
| Counsel to Brookfield Properties Retail Inc | Brookfield Properties Retail Inc | Attn: Kristen N. Pate | 350 N. Orleans Street | Suite 300 | Chicago | IL | 60654-1607 | | 312-960-2940 | 312-442-6374 | bk@bpretail.com |
| Counsel to Comenity Capital Bank, CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC | Burr & Forman LLP | Attn: J. Cory Falgowski | 222 Delaware Avenue, Suite 1030 | | Wilmington | DE | 19801 | | 302-830-2312 | 302-397-2566 | jfalgowski@burr.com |
| Counsel for CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC | Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins | 50 North Laura Street, Suite 3000 | | Jacksonville | FL | 32202 | | 904-232-7203 | 904-212-0315 | esummers@burr.com drobbins@burr.com |
| Counsel to Comenity Capital Bank | Burr & Forman LLP | Attn: James H. Haithcock, III | 420 N. 20th Street, Suite 3400 | | Birmingham | AL | 35203 | | 205-458-5277 | 205-244-5674 | jhaithcock@burr.com |
| Top 50 Unsecured Creditor | Champion Petfoods USA | Attn: Jenn Watt, Credit Associate | 1103 - 95 St SW Suite 301 | | Edmonton | AB | T6X 0P8 | Canada | 587-525-6983 | | jwatt@championpetfoods.com |
| Counsel to Hilco Merchant Resources, LLC | Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | Hercules Plaza | 1313 North Market St, Suite 5400 | Wilmington | DE | 19801 | | 302-295-0191 | | desgross@chipmanbrown.com |
| Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, and VS Tempe, LLC | Clark Hill PLC | Attn: Audrey L. Hornisher | 901 Main Street, Suite 6000 | | Dallas | TX | 75202 | | 214-651-4300 | 214-651-4330 | ahornisher@clarkhill.com |
| Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, and VS Tempe, LLC | Clark Hill PLC | Attn: Karen M. Grivner | 824 N. Market Street, Suite 710 | | Wilmington | DE | 19801 | | 302-250-4750 | 302-421-9439 | kgrivner@clarkhill.com |
| Top 50 Unsecured Creditor | Costco Innovel (Logistics) | Attn: Michael Dunne, Manager | 1045 Lake Drive | | Issaquah | WA | 98027 | | 847-858-4741 | | michaeldunne@costco.com |
| Counsel to Krober Supply Chain US, Inc | Cowles & Thompson, P.C. | Attn: William L. Siegel | 901 Main Street, Suite 3900 | | Dallas | TX | 75202 | | 214-672-2126 | 214-672-2326 | bsiegel@cowlesthompson.com |
| Top 50 Unsecured Creditor | Coyote Logistics | Attn: John Morel, SVP of Sales | 2545 West Diversey Ave | | Chicago | IL | 60647 | | 630-589-4077 | | John.Morel@Coyote.com |
| Top 50 Unsecured Creditor | Delta Furniture | Attn: Chris Bray, VP Sales and Marketing | 5650 Private Road 8072 | | West Plains | MO | 65775 | | 662-255-9044 | | chris_bray@comcast.new |
| Top 50 Unsecured Creditor | Department Of The Treasury | General Inquiries | Internal Revenue Service | | Ogden | UT | 84201-0009 | | 801-297-2200 | | |
| Top 50 Unsecured Creditor | Elements International Group LLC | Attn: Paul Comrie, CEO | 2250 Skyline Drive | | Mesquite | TX | 75149 | | 469-371-3147 | | pcomrie@elementsgrp.com |
| Top 50 Unsecured Creditor | Ema Electrolux/Frigidaire | Attn: TJ Stoffer, Sr. VP Sales, North America | 10200 David Taylor Drive | | Charlotte | NC | 28262 | | 815-670-8322 | | t.j.stoffer@electrolux.com |
| Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates | Faegre Drinker Biddle & Reath LLP | Attn: Michael T. Gustafson | 320 South Canal Street, Suite 3300 | | Chicago | IL | 60606 | | 312-569-1000 | 312-569-3000 | mike.gustafson@faegredrinker.com |
| Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | 222 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | 302-467-4200 | 302-467-4201 | patrick.jackson@faegredrinker.com |
| Counsel to Ad Hoc Group of Freedom Lenders | Farnan LLP | Attn: Brian E. Farnan, Michael J. Farnan | 919 North Market Street | 12th Floor | Wilmington | DE | 19801 | | 302-777-0300 | 302-777-0301 | bfarnan@farnanlaw.com mfarnan@farnanlaw.com |
| Top 50 Unsecured Creditor | Force Factor Brands LLC | Attn: Daniel Wallace, CEO & Co-Founder | 24 School St. | 4th Floor | Boston | MA | 02108 | | 877-492-7243 | | daniel@forcefactor.com |
| Debtors | Franchise Group, Inc. | Attn: President or General Counsel | | | | | | | | | |
| Top 50 Unsecured Creditor | Google | Attn: Custodian of Records | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 | | 650-253-0000 | | legal-notices@google.com |
| Top 50 Unsecured Creditor | Hartz Mountain - Vmx | Attn: Rosemary Disla, Credit and Collections Analyst | 14971 Collection Center Drive | | Chicago | IL | 60693 | | 800-999-3000 ext. 7194 | | rdisla@hartz.com |
| Top 50 Unsecured Creditor | Hill's Pet Nutrition | Attn: Robert Abele, Sr Director - Pet Omni-Channel Leader | 6180 Sprint Parkway | | Overland Park | KS | 66211 | | 846-630-4786 | | Robert_abele@colpal.com |
| Counsel to Alter Domus (US) LLC | Holland & Knight LLP | Attn: Phillip W. Nelson | 150 N. Riverside Plaza, Suite 2700 | | Chicago | IL | 60606 | | 312-263-3600 | 312-578-6666 | phillip.nelson@hklaw.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave., NW | | Washington | DC | 20224 | | 800-973-0424 | 855-235-6787 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Counsel to Ken Burton, Jr., Manatee County Tax Collector | Ken Burton, Jr., Manatee County Tax Collector | Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA | 1001 3rd Ave W, Suite 240 | | Brandenton | FL | 34205-7863 | | 941-741-4835 | 941-708-4934 | legal@taxcollector.com |
| Top 50 Unsecured Creditor | Kith Furniture | Attn: Darin Wright, CFO | 7155 State Highway 13 | | Haleyville | AL | 35565 | | 925-444-0466 | | dwright@kithfurniture.com |
| Top 50 Unsecured Creditor | Kong Company | Attn: Ellen Craig, Sales Director | 16191 Table Mountain Parkway | | Golden | CO | 80403 | | 330-554-6141 | | ellen.craig@kongcompany.com |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Herb Baer, Christine Porter, Jessica Berman | 1 World Trade Center | 31st Floor | New York | NY | 10007 | | 212-257-5450 | 646-536-2810 | serviceqa@ra.kroll.com FRGTeam@ra.kroll.com |
| Counsel to Oxford Valley Road Associates, L.P. | Kurtzman Steady LLC | Attn: Jeffrey Kurtzman | 101 N. Washington Avenue | Suite 4A | Margate | NJ | 08402 | | 215-839-1222 | | kurtzman@kurtzmansteady.com |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers | 919 Market Street Suite 1800 | P.O. Box 2087 | Wilmington | DE | 19801 | | 302-467-4400 | 302-467-4450 | landis@lrclaw.com mcguire@lrclaw.com erogers@lrclaw.com |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: Andrew Sorkin | 555 Eleventh Street NW | Suite 1000 | Washington | DC | 20004 | | 202-637-2200 | | andrew.sorkin@lw.com |

In re: Franchise Group, Inc., et al.
Core/2002 Service List
Case No. 24-12480 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: James Kstanes, Timothy Beau Parker | 330 N Wabash Avenue | Suite 2800 | Chicago | IL | 60611 | Canada | 312-876-7700 | | james.ktsanes@lw.com; beau.parker@lw.com |
| Counsel to the ABL Secured Parties | Latham & Watkins LLP | Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin | 1271 Avenue of the Americas | | New York | NY | 10020 | | | | Jennifer.Ezring@lw.com; James.Ktsanes@lw.com; andrew.sorkin@lw.com |
| Counsel to Nueces County, Mclennan County, Kerr County, Hidalgo County, City of McAllen | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@lgbs.com |
| Counsel to Bexar County, City of El Paso | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E. Pecan Street, Suite 2200 | | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@lgbs.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@lgbs.com |
| Counsel to Hopkins County, Kaufman County, Sulphur Springs ISD, Rockwall CAD, Tarrant County, Navarro County, Smith County, Ellis County, City of Sulphur Springs, Wise County, Tom Green CAD, Grayson County, Gregg County, Prosper ISD, Town of Prosper, City of Carrollton, Northwest ISD, City of Allen, City of Wylie, Lewisville ISD, Allen ISD, City of Frisco, Irving ISD, Parker CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 3500 Maple Avenue | Suite 800 | Dallas | TX | 75219 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@lgbs.com |
| Counsel to Cypress-Fairbanks ISD, Harris County, Galveston County, Montgomery County, Ford Bend County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@lgbs.com |
| Top 50 Unsecured Creditor | Living Style (Singapore) Pte. Limited | Attn: Henry Chan, CEO | 3 Kallang Junction #05-02 | | Singapore | | 339265 | Singapore | 522-300-5003 | | henrychan@livingstyle.com |
| Top 50 Unsecured Creditor | Lowes Companies Inc | Attn: Brie Lieto, Director, Supply Chain | 1000 Lowe's Blvd | | Mooresville | NC | 28117 | | 704-758-1000 | | brie.lieto@lowes.com |
| Top 50 Unsecured Creditor | Mars Petcare | Attn: Cullen Mahan , Customer Development Team Lead | 2013 Ovation Parkway | | Franklin | TN | 37067 | | 904-708-2652 | | cullen.mahan@effem.com |
| Counsel to Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | 700 Jeffrey Way, Suite 100 | | Round Rock | TX | 78665 | | 512-323-3241 | 512-323-3205 | jparsons@mvbalaw.com |
| Counsel to Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | P.O. Box 1269 | | Round Rock | TX | 78680-1269 | | 512-323-3241 | 512-323-3205 | jparsons@mvbalaw.com |
| Counsel to New Westgate Mall LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Joseph H. Baldiga, Shannah L. Colbert | 1800 West Park Dr., Suite 400 | | Westborough | MA | 01581 | | 508-898-1501 | 508-898-1502 | jbaldiga@mirickoconnell.com; scolbert@mirickoconnell.com |
| Counsel to Kimco Realty Corporation, 2205 Federal Investors, LLC | Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | 1201 N. Orange Street, Suite 400 | | Wilmington | DE | 19801 | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com |
| Top 50 Unsecured Creditor | Muebles Briss S.A. De C.V.(Marby) | Attn: Luis Sanchez, General Manager | Cam. Santa ana tepetitlan 1112, col paseos del briseño zapopan Jalisco, Mexico | | Zapopan | JAL | 45236 | Mexico | 52 33 3827-4673 | | luis@southsourcing.com.mx |
| Top 50 Unsecured Creditor | National Retail Properties, LP | Attn: David G. Byrnes, Jr., Assistant General Counsel | 450 S Orange Avenue, Suite 900 | | Orlando | FL | 32801 | | 407-650-1103 | | david.byrnes@nnnreit.com |
| Top 50 Unsecured Creditor | Natural Balance Pet Foods Inc | Attn: Darcy Hagan | 3101 Stephen F Austin Dr | | Brownwood | TX | 76801 | | 475-273-6391 | | darcy.hagan@ethospetbrands.com |
| Top 50 Unsecured Creditor | Nature's Way Brands, LLC | Attn: Erin Bovard | 825 Challenger Drive | | Green Bay | WI | 54311 | | | | erin.bovard@naturesway.com |
| Top 50 Unsecured Creditor | Nestle Purina Petcare Company | Attn: Grant Wabnitz, Director, Market Activation | 1 Checkerboard Square | | St. Louis | MO | 63164 | | 920-471-9382 | | grant.wabnitz@purina.nestle.com |
| Top 50 Unsecured Creditor | Newfoundland And Labrador Inc | Attn: Brian Casutto, Consultant | 145 Aberdeen Ave, Unit 1 | | St. John's | NL | A1A5N6 | Canada | 709-739-0002 | | brian@nutraholdings.com |
| Top 50 Unsecured Creditor | Nutraceutical | Attn: Brian Slobodow, CEO | 1400 Kearns Blvd | | Park City | UT | 84060 | | 435-655-6050 | | bslobodow@betterbeing.com |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox, Esq | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | | | | timothy.fox@usdoj.gov |
| Top 50 Unsecured Creditor | Open Farm Inc | Attn: Amy Horton, Chief Sales Officer | 559 College St, Suite 400 | | Toronto | ON | M6G 1A9 | Canada | 615-739-8699 | | amy@openfarmpet.com |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman | 200 Park Avenue | | New York | NY | 10166 | | 212-318-6000 | 212-319-4090 | jaymegoldstein@paulhastings.com; jeremyevans@paulhastings.com; isaacsasson@paulhastings.com; danfliman@paulhastings.com |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Nicholas A. Bassett | 2050 M Street NW | | Washington | DC | 20036 | | 202-551-1700 | 202-551-1705 | nicholasbassett@paulhastings.com |
| Top 50 Unsecured Creditor | Peak Living, Inc. | Attn: Chad Cunningham , CEO Owner | 604 Pontotoc Co Ind Park Road | | Ecru | MS | 38841 | | 989-239-4788 | | chadcunningham03@gmail.com |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Hiram Gutierrez | P.O. Box 2916 | | McAllen | TX | 78502 | | 956-631-4026 | 956-289-1023 | edinburgbankruptcy@pbfcm.com |
| Cousel to Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Laura J. Monroe | PO Box 817 | | Lubbock | TX | 79408 | | 806-744-5091 | 806-744-9953 | lmbkr@pbfcm.com |
| Counsel to Kerrville Independent School District, Copperas Cove Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Sergio E. Garcia | 3301 Northland Drive | Suite 505 | Austin | TX | 78731 | | 512-302-0190 | 512-302-1802 | sgarcia@pbfcm.com |
| Counsel to Potter County Tax Office and Randall County Tax Office | Perdue, Brandon, Fielder, Collins and Mott, L.L.P. | Attn: Alysia Córdova | P.O. Box 9132 | | Amarillo | TX | 79105 | | 806-359-3188 | 806-359-5126 | acordova@pbfcm.com; amabkr@pbfcm.com |
| Top 50 Unsecured Creditor | Phillips Feed And Pet Supply | Attn: Mark Patterson, Vice President Area Sales, Central | 3747 Hecktown Road | | Easton | PA | 18045 | | 813-417-1894 | | mark.patterson@phillipspet.com |
| Top 50 Unsecured Creditor | Planitretail LLC | Attn: Matthew Spahn, Founder & CEO | 35 Holcomb Hill Road | | West Granby | CT | 3003599 | | 630-338-2829 | | matt.spahn@planitretail.net |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | | 302-984-6000 | 302-658-1192 | jryan@potteranderson.com; bhaywood@potteranderson.com; esulik@potteranderson.com |
| Top 50 Unsecured Creditor | Premier Nutrition Company, LLC | Attn: Karren Job, SVP | 1222 67th Street 210 | | Emeryville | CA | 94608 | | 925-963-5304 | | karren.job@bellringbrands.com |
| Top 50 Unsecured Creditor | Print Comm | Attn: Kevin Naughton, President | 3040 S Dye Rd | | Flint | MI | 48473 | | 810-516-9975 | | knaughton@printcomm.com |

In re: Franchise Group, Inc., *et al.*
Core/2002 Service List
Case No. 24-12480 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Whirlpool Corporation | Quarles & Brady LLP | Attn: L. Kate Mason | 411 E. Wisconsin Avenue | Suite 2400 | Milwaukee | WI | 53202 | | 414-277-3018 | | Katie.Mason@quarles.com |
| Top 50 Unsecured Creditor | Radio Systems Corporation | Attn: Rhonda Witt | 10427 Petsafe Way | | Knoxville | TN | 37932 | | 865-888-5849 | | rwitt@petsafe.net |
| Top 50 Unsecured Creditor | Redcon 1 | Attn: Aaron Singerman, CEO | 701 Park of Commerce | 100 | Boca Raton | FL | 33487 | | | | aaron@redcon1.com |
| Cousnel to B. Riley Principal Investments, LLC and its affiliates | Richards Layton & Finger PA | Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | 302-651-7700 | 302-651-7701 | knight@rlf.com<br>steele@rlf.com<br>steiger@rlf.com |
| Counsel to Hilco Merchant Resources, LLC | Riemer & Braunstein LLP | Attn: Steven Fox | Times Square Tower Suite 2506 | Seven Times Square | New York | NY | 10036 | | 212-719-0140 | | sfox@reimerlaw.com |
| Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC,  Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company | Saul Ewing LLP | Attn: Monique B. DiSabatino | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | | 302-421-6806 | | monique.disabatino@saul.com |
| Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC,  Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company | Saul Ewing LLP | Attn: Turner N. Falk | Centre Square West | 1500 Market Street, 38th Floor | Philadelphia | PA | 19102 | | 215-972-8415 | | turner.falk@saul.com |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Blvd, Suite 520 | Philadelphia | PA | 19103 | | 215-597-3100 | | secbankruptcy@sec.gov |
| Counsel to the DIP Agent, Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent | Seward & Kissel LLP | Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott | One Battery Park Plaza | | New York | NY | 10004 | | | | bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br>ashmead@sewkis.com<br>bateman@sewkis.com<br>matott@sewkis.com |
| Counsel to Sayville Plaza Development, LLC | Shipman & Goodwin LLP | Attn: Eric S. Goldstein | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Counsel to ShopCore Properties and its related entities | ShopCore Properties | Attn: William F. McDonald III | 10920 Via Frontera, Suite 220 | | San Diego | CA | 92127 | | 858-798-1426 | | wmcdonald@shopcore.com |
| Counsel to Simon Property Group, Inc. and its related entities | Simon Property Group, Inc. | Attn: Ronald M. Tucker | 225 West Washington Street | | Indianapolis | IN | 46204 | | 317-263-2346 | 317-263-7901 | rtucker@simon.com |
| Counsel to Paoli Shopping Center Limited Partnership, Phase II | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street, Suite 2100 | | Philadelphia | PA | 19109 | | 215-864-9700 | | dplon@sirlinlaw.com |
| Top 50 Unsecured Creditor | Solstice Sleep Company | Attn: Dennis Straily, President/CEO | 3720 West Broad St | | Columbus | OH | 43228 | | 614-946-3501 | | dstraily@solsticesleep.com |
| Top 50 Unsecured Creditor | Standard Furniture Mfg Co Inc | Attn: Lucas Hall, EVP | PO Box 933715 | | Atlanta | GA | 31193-3715 | | 251-937-6741<br>251-610-4415 | | lucas.hall@sfmco.com |
| Counsel to Peoria Rental Properties, LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin | PO Box 5315 | | Princeton | NJ | 08543 | | 609-791-7022 | 609-896-0629 | jlemkin@stark-stark.com |
| Top 50 Unsecured Creditor | Stella And Chewys LLC | Attn: Noelle Wolter, Director Of Accounting And Treasury | 111 W. Oakley Parkway | | Oak Creek | WI | 53154 | | 262-899-0441 | | nwolter@stellaandchewys.com |
| Counsel to Whirlpool Corporation | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | 919 N. Market Street | Suite 420 | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com |
| Counsel to Raymond Leasing Corporation | Swanson, Martin & Bell, LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Drive | Suite 204 | Lisle | IL | 60532 | | 630-780-8472 | 630-799-6901 | cstahl@smbtrials.com |
| Counsel for Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | 2001 L Street, NW, Suite 500 | | Washington | DC | 20036 | | 202-921-4080 | 202-478-2781 | jrhodes@tlclawfirm.com |
| Counsel to the Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Christopher S. Murphy, Assistant Attorney General | Bankruptcy & Collections Division | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4867 | 512-936-1409 | christopher.murphy@oag.texas.gov |
| Counsel to LU Candlers Station Holdings, LLC | Thompson Hine LLP | Attn: Louis F Solimine | 312 Walnut Street | Suite 2000 | Cincinnati | OH | 45202-4029 | | 513-352-6700 | 513-241-4771 | Louis.Solimine@ThompsonHine.com |
| Top 50 Unsecured Creditor | Titanic Furniture | Attn: Oday Abo, CEO | 7400 S Loomis Blvd | | Suwanee | GA | 30024 | | 708-715-7546 | | oday@titanicfurniture.com |
| Top 50 Unsecured Creditor | Transform Holdco LLC (3Pl) | Attn: Norman Krause | 3333 Beverly Road | Office: B5-178B | Hoffman Estates | IL | 60179 | | 630-877-3682 | | Norman.Krause@transformco.com |
| Counsel to The J. M. Smucker Company | Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | 200 Continental Drive, Suite 401 | | Newark | DE | 19713 | | 410-752-9799 | | sgerald@tydings.com |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights | U.S. Attorney's Office | 1313 N Market Street, Suite 400 | Wilmington | DE | 19801 | | 302-573-6277 | 302-573-6220 | |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | 100 F. Street NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov |
| Top 50 Unsecured Creditor | Uber Freight Us LLC | Attn: Steve Moore, Head of TM Operations | 433 W Van Buren St | | Chicago | | 60607 | | 479-283-9347 | | steve.moore@uberfreight.com |
| Top 50 Unsecured Creditor | UPS (Ocean Freight) | Attn: Steve McMichael, VP, UPS Ocean | 28013 Network Place | | Chicago | IL | 60673-1280 | | 404-242-1436 | | Ssmcmichael@ups.com |
| Top 50 Unsecured Creditor | Vitamin Well USA LLC | Attn: Brian Kuz, Chief Sales Officer | 3865 Grand View Blvd | | Los Angeles | CA | 90066 | | 432-857-075 | | brian.kuz@vitaminwell.com |
| Top 50 Unsecured Creditor | Wellness Pet LLC | Attn: Rebecca Dow, Corporate Controller | 77 S Bedford St | | Burlington | MA | 01803 | | 978-609-8515 | | bdow@wellnesspet.com |
| Top 50 Unsecured Creditor | Weruva International Inc | Attn: Robert Holt, Director of Finance | 17 Mercer Road | | Natick | MA | 01760 | | 508-907-6325 | | ar@Weruva.com |
| Top 50 Unsecured Creditor | Whirlpool | Attn: Dave Whitehead, VP & GM National Account Sales and Marketing | 600 West Main Street | | Benton Harbor | MI | 40922 | | 269-338-5815 | | david_m_whitehead@whirlpool.com |

In re: Franchise Group, Inc., *et al.*
Core/2002 Service List
Case No. 24-12480 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Second Lien Secured Parties; HoldCo Lenders | White & Case LLP | Attn: Bojan Guzina | 111 S. Wacker Dr., Suite 5100 | | Chicago | IL | 60606 | | | | bojan.guzina@whitecase.com |
| Counsel to Ad Hoc Group of Freedom Lenders | White & Case LLP | Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin Smith, Brett Bakemeyer | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | 212-354-8113 | cshore@whitecase.com sam.hershey@whitecase.com azatz@whitecase.com erin.smith@whitecase.com brett.bakemeyer@whitecase.com |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders, Ad Hoc Group of Freedom Lenders | White & Case LLP | Attn: Thomas Lauria | 200 South Biscayne Boulevard, Suite 4900 | | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com |
| Proposed Counsel to Debtors and Debtors In Possession | Willkie Farr & Gallagher LLP | Attn: Debra M. Sinclair, Matthew A. Feldman, Betsy L. Feldman, Joseph R. Brandt | 787 Seventh Avenue | | New York | NY | 10019 | | 212-728-8000 | 212-728-8111 | dsinclair@willkie.com mfeldman@willkie.com bfeldman@willkie.com jbrandt@willkie.com |
| Proposed Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya | Rodney Square | 1000 N. King Street | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | emorton@ycst.com mlunn@ycst.com amielke@ycst.com sborovinskaya@ycst.com |
| Top 50 Unsecured Creditor | Zoo Med Laboratories Inc | Attn: David Dieter, Senior Director | 3650 Sacramento Drive | | San Luis Obispo | CA | 93401 | | 805-542-9988 | | david@zoomed.com |