IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 326 |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 326

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the *Certification of Counsel Regarding Revised Proposed Order Authorizing (A) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements of Local Rule 2016-2* filed on December 5, 2024 [Docket No. 326].

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

Dated: December 5, 2024
       Wilmington, Delaware

                                  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                                  */s/ Shella Borovinskaya*
                                  Edmon L. Morton (Del. No. 3856)
                                  Matthew B. Lunn (Del. No. 4119)
                                  Allison S. Mielke (Del. No. 5934)
                                  Shella Borovinskaya (Del. No. 6758)
                                  Rodney Square
                                  1000 North King Street
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 571-6600
                                  Facsimile: (302) 571-1253
                                  emorton@ycst.com
                                  mlunn@ycst.com
                                  amielke@ycst.com
                                  sborovinskaya@ycst.com

                                  -and-

                                  **WILLKIE FARR & GALLAGHER LLP**
                                  Debra M. Sinclair (admitted *pro hac vice*)
                                  Matthew A. Feldman (admitted *pro hac vice*)
                                  Betsy L. Feldman (Del. No. 6410)
                                  Joseph R. Brandt (admitted *pro hac vice*)
                                  787 Seventh Avenue
                                  New York, New York 10019
                                  Telephone: (212) 728-8000
                                  Facsimile: (212) 728-8111
                                  dsinclair@willkie.com
                                  mfeldman@willkie.com
                                  bfeldman@willkie.com
                                  jbrandt@willkie.com

                                  *Proposed Co-Counsel to the Debtors*
                                  *and Debtors in Possession*