# Exhibit 1

| Compensation | Final Period |
|---|---|
| Gross Wages | $13,610,000 |
| Temporary Employees / Independent Contractors | $140,000 |
| Payroll Processing Services | $216,000 |
| Commissions | $2,162,000 |
| Non-Insider Severance | $115,000 |
| Union Employee Attendance Awards | $150 |
| Withholding Obligations | 4,320,000 |
| Expense Reimbursement | $113,600 |
| Concur / ExpenseWire Administrative Fees | $24,200 |
| FRG Card Program | $329,000 |
| PSP Card Program | $1,966,000 |
| **Employee Benefits Programs** | |
| Benefits Administrators | $35,000 |
| Medical Plans | $2,465,000 |
| Prescription Plan | $350,000 |
| Dental Plan | $141,000 |
| Stop-Loss Policy | $230,000 |
| Flex Spending Account - Employee Deductions | $13,200 |
| Health Savings Account - Employee Deductions | $24,100 |
| Health Savings Account - Employer Contributions | $19,700 |
| Basic Life / AD&D | $94,000 |
| Short-Term - Disability | $135,000 |
| CorVel Claims Administrator | $70,850 |
| Workers' Compensation Program | $1,490,000 |
| **Total:** | **$28,063,800**[1] |

---

[1] For the avoidance of doubt, the Cap shall not apply to the Workers' Compensation Program, including any requirement for the Debtors to provide or post collateral or security related to insurance programs including the Workers' Compensation Program.