**Schedule 1**

**Rejected Real Property Leases[1]**

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| Debtor Entity | Counterparty | Counterparty's Address | Rejected Agreement and Property | Store |
|---|---|---|---|---|
| American Freight, LLC | 8701 Airport, L.P. | 8701 Airport, L.P.<br>3100 Monticello, Suite 765<br>Dallas, TX 75225<br>Attn: Don Farris | *Lease Agreement*, dated May 8, 2017<br><br>8701 N Airport Fwy.<br>North Richland Hills, TX 76180 | 148 |
| American Freight, LLC | AFREIGHT Holdings, LLC | AFREIGHT Holdings, LLC<br>300 N. Main Street 5th Floor<br>Stamford, CT 06901 | *Lease*, dated November 1, 2014, and *Omnibus Lease Termination and Settlement Agreement*, dated August 23, 2024<br><br>8000 Broadway<br>Merrillville, IN 46410 | 73 |
| American Freight, LLC | AFREIGHT Holdings, LLC | AFREIGHT Holdings, LLC<br>300 N. Main Street 5th Floor<br>Stamford, CT 06901<br>Attn: Steve Belford | *Lease*, dated November 1, 2014, and *Omnibus Lease Termination and Settlement Agreement*, dated August 23, 2024<br><br>1000 Front Street<br>Vestal, NY 13850 | 84 |
| American Freight, LLC | AFREIGHT Holdings, LLC | AFREIGHT Holdings, LLC<br>300 N. Main Street 5th Floor<br>Stamford, CT 06901<br>Attn: Steve Belford | *Lease*, dated November 1, 2014, and *Omnibus Lease Termination and Settlement Agreement*, dated August 23, 2024<br><br>1503 Washington Rd.<br>Washington, IL 61571 | 95 |
| American Freight, LLC | Brown Deer Mall LLC | Brown Deer Mall LLC<br>19315 Compton Lane<br>Brookfield, WI 53045<br>Attn: Property Manager c/o Mallory Properties | *Lease Agreement*, dated December 16, 2020<br><br>8173 West Brown Deer Rd.<br>Milwaukee, WI 53223 | 140 |
| American Freight, LLC | Claycomo Shopping Center, LLC | Claycomo Shopping Center, LLC<br>737 West Chester Pike, Suite 5<br>Haverton, PA 19083<br>Attn: Judith Becker Rubin | *Lease Agreement*, dated September 6, 2018<br><br>437 NE US Highway 69<br>Claycomo, MO 64119 | 169 |
| American Freight, LLC | Combined Properties Limited Partnership | Combined Properties Limited Partnership<br>W 3995 Kelly Rd.<br>Lake Geneva, WI 53147<br>Attn: Steven Schultz | *Lease Agreement*, dated December 9, 2020<br><br>1818 Milton Ave.<br>Janesville, WI 53545 | 202 |
| American Freight, LLC | DIR Roberts Dearborn LLC | DIR Roberts Dearborn LLC<br>c/o Dream Industrial Management (GP) Inc., State Street Financial Centre<br>30 Adelaide Street East, Suite 301,<br>Toronto, ON M5C 3H1<br>Attn: Lenis Quan<br><br>Osler Hoskin & Harcourt LLP,<br>1 First Canadian Place<br>100 King Street West, Suite 6100<br>Toronto, ON M5X 1B8<br>Attn: Stella Di Cresce | *Lease Agreement*, dated May 15, 2019<br><br>4701 Roberts Road<br>Columbus, Ohio 43228 | 17 |
| American Freight FFO, LLC | Eagle-North Hills Shopping Center LP | Eagle-North Hills Shopping Center LP<br>5420 LBJ Freeway, Suite 570<br>Dallas, TX 75240<br>Attn: Michael Hershman | *Lease Agreement*, dated June 24, 2017<br><br>1140 North Hills Center<br>Ada, OK 74820 | 238 |
| American Freight, LLC | Fredric Singer | Fredric Singer<br>[ADDRESS ON FILE] | *Lease Agreement*, dated August 13, 2015<br><br>1930 Silas Deane Highway<br>Rocky Hill, CT 06067 | 113 |
| American Freight, LLC | Integra CRE, LLC | Integra CRE, LLC<br>3270 E. 17th St., #210<br>Ammon, ID 83406,<br>Attn: Jerry N. Ward, President<br><br>Integra CRE, LLC<br>3270 E. 17th St., #210<br>Ammon, ID 83406<br>Attn: General Counsel | *Lease Agreement*, dated January 4, 2024<br><br>1720 North Main Street<br>Logan, UT 84341 | 311 |
| American Freight FFO, LLC | J&L Development Company | J&L Development Company<br>2210 W. Kingshighway, Suite 9<br>Paragould, AR 72450<br>Attn: Jason Gazaway | *Lease Agreement*, dated June 16, 2016<br><br>1210 Linwood Dr.<br>Paragould, AR 72450 | 236 |
| American Freight, LLC | Kimbrell Ark Properties LLC | Kimbrell Ark Properties LLC<br>4900 Poplar Springs Drive, Suite 24<br>Meridian, MS 39305<br>attn. Cathy Feltenstein | *Lease Agreement*, dated August 3, 2020<br><br>2110 N Frontage Rd.<br>Meridian, MS 39301 | 197 |
| American Freight, LLC | Lawrence F. Kolb & Catherine M. Kolb | Lawrence F. Kolb & Catherine M. Kolb<br>214 Prodo Drive, Suite 101<br>P.O.Box 8850<br>Jefferson City, MO 65102 | *Lease Agreement*, dated September 1, 2019<br><br>2233 Missouri Blvd.<br>Jefferson City, MO 65109 | 185 |
| American Freight, LLC | Eternia, LLC | LCRF, LLC<br>12295 Olive Blvd.<br>St. Louis, MO 63141<br>Attn: Robert Walpert | *Lease Agreement*, dated September 11, 2018<br><br>6495 Quivira Rd.<br>Shawnee, KS 66216 | 170 |
| American Freight, LLC | Midwest Commercial Funding, LLC | Midwest Commercial Funding, LLC<br>1521 Waukesha Rd.<br>Caledonia, WI 53108<br>Attn: Robert Chandler | *Lease Agreement*, dated September 21, 2020<br><br>4224 Gander Rd.<br>Sheboygan, WI 53803 | 201 |
| American Freight, LLC | Mr Stealth LLC | Mr Stealth LLC<br>181 S. Franklin Ave.<br>Valley Stream, NY 11581<br>Attn: Mark Rubin | *Lease Agreement*, dated June 4, 2020<br><br>405 George Wallace Drive<br>Gadsden, AL 35903 | 194 |
| American Freight, LLC | Muenchens Unlimited, LLC | Muenchens Unlimited, LLC<br>1783 E Ohio Pike<br>Amelia, OH 45012<br>Attn: Stephen Muenchen | *Lease Agreement*, dated June 7, 2021<br><br>1783 E State Route 125<br>Amelia, OH 45102 | 263 |
| American Freight, LLC | Slidell Athletic Club Property, LLC | Slidell Athletic Club Property, LLC<br>1311 Gause Blvd.<br>Slidell, LA 70458<br>Attn: Robert Thirstrup | *Lease Agreement*, dated February 5, 2020<br><br>1317 Gause Blvd.<br>Slidell, LA 70458 | 186 |
| American Freight, LLC | Tenalok Partners | Tenalok Partners<br>945 Heights Boulevard<br>Houston, TX 77008<br>Attn: Lease Administration | *Lease Agreement*, dated September 8, 2021<br><br>3009 E Frank Phillips Blvd.<br>Bartlesville, OK 74006 | 270 |
| American Freight, LLC | Tycer Heirs Separate Property, LLC | Tycer Heirs Separate Property, LLC<br>46376 North Morrison Blvd.<br>Hammond, LA 70401<br>Attn: Glenda Tycer Whitaker | *Lease Agreement*, dated September 23, 2020<br><br>2103 Highway 190 E<br>Hammond, LA 70401 | 208 |
| American Freight, LLC | US Investments | US Investments<br>6644 Antoine Dr<br>Houston, TX 77091<br>Attn: Dan Nankani | *Lease Agreement*, dated March 21, 2019<br><br>6620 Antoine Dr.<br>Houston, TX 77091 | 178 |
| American Freight, LLC | Warner Robins Perlmix, LLC | Warner Robins Perlmix, LLC<br>1220 East 16th Ave, PO Box 1097<br>Cordele, GA 31015<br>Attn: Larry Perlis | *Lease Agreement*, dated March 16, 2021<br><br>844 N Houston Rd.<br>Warner Robins, GA 31093 | 259 |

| Debtor Entity | Counterparty | Counterparty's Address | Rejected Agreement and Property | Store |
|---|---|---|---|---|
| American Freight, LLC | WFD Investments, LLC | WFD Investments, LLC<br>5708 Warden Road<br>Sherwood, AR 72120<br>Attn: HCB,LLLP | *Lease Agreement*, dated June 26, 2015<br><br>9908 Interstate 30<br>Little Rock, AR 72209 | 110 |
| American Freight FFO, LLC | White Lane Bakersfield LLC | White Lane Bakersfield LLC<br>White Lane Bakersfield LLC, c/o National Sales Inc.<br>15001 S. Figueroa Street,<br>Gardena, CA 90248<br>Attn: Real Estate Department | *Lease Agreement*, dated August 26, 2013<br><br>2300 White Lane, Suite A<br>Bakersfield, CA 93304 | 4029 |
| American Freight, LLC | York Realty Investment, LLC | York Realty Investment, LLC<br>230 Chatham Ave.<br>Sugar Land, TX 77479<br>Attn: Ameen Kesaria | *Lease Agreement*, dated May 1, 2019<br><br>12355 Fondren Rd.<br>Houston, TX 77035 | 181 |

**Schedule 2**

**Rejected Non-Real Property Leases[2]**

---

[2] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| Debtor | Counterparty | Counterparty Address | Rejected Agreement |
|---|---|---|---|
| American Freight, LLC | Enterprise Fleet Management, Inc. | Enterprise Fleet Management, Inc.<br>3505 E. Frontage Rd., Suite 200B<br>Tampa, FL 33607<br>Attn: General Counsel | *Maintenance Management and Fleet Rental Agreement*, dated January 29, 2021 |
| American Freight, LLC | Enterprise Fleet Management, Inc. | Enterprise Fleet Management, Inc.<br>3505 E. Frontage Rd., Suite 200B<br>Tampa, FL 33607<br>Attn: General Counsel | *Telematics Services Agreement*, dated March 17, 2022 |
| American Freight, LLC | Enterprise Fleet Management, Inc. | Enterprise Fleet Management, Inc.<br>3505 E. Frontage Rd., Suite 200B<br>Tampa, FL 33607<br>Attn: General Counsel | *Vehicle Accident Management Agreement*, dated November 13, 2023 |
| American Freight, LLC | Enterprise FM Trust | Enterprise FM Trust<br>3505 E. Frontage Rd., Suite 200B<br>Tampa, FL 33607<br>Attn: General Counsel | *Master Equity Lease Agreement (with Schedules)*, dated January 29, 2021 |
| American Freight, LLC | Enterprise FM Trust | Enterprise FM<br>3505 E. Frontage Rd., Suite 200B<br>Tampa, FL 33607<br>Attn: General Counsel | *Maintenance Agreement*, dated January 29, 2021 |

**Schedule 3**

**Rejected Executory Contracts[3]**

---

[3] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| Debtor | Counterparty | Counterparty Address | Rejected Agreement |
|---|---|---|---|
| American Freight Franchisor, LLC | 5643 LLC | 5643 LLC<br>PO Box 6715<br>Marietta, GA 30066<br>Attn: Muhammed Iftikhar<br>ihop4449@gmail.com | *Franchise Agreement*, dated April 22, 2022, as amended |
| American Freight Franchisor, LLC | A Team Sales, LLC | A Team Sales, LLC<br>2232 Kodiak Drive NE<br>Atlanta, GA 30345 | *Franchise Agreement*, as amended (Marietta), dated October 23, 2019 |
| American Freight Franchisor, LLC | A Team Sales, LLC | A Team Sales, LLC<br>2232 Kodiak Drive NE<br>Atlanta, GA 30345 | *Franchise Agreement*, as amended (Lawrenceville), dated October 23, 2019 |
| American Freight Franchisor, LLC | A Team Sales, LLC | A Team Sales, LLC<br>2232 Kodiak Drive NE<br>Atlanta, GA 30345 | *Franchise Agreement*, as amended (Tucker), dated October 23, 2019 |
| American Freight Franchisor, LLC | AF Austin Ventures, LLC | AF Austin Ventures, LLC<br>2211 La Salle Drive<br>Marietta, GA 30062<br>gcanzano@rosemarycapital.com | *Franchise Agreement*, dated April 29, 2021, as amended |
| Franchise Group, Inc. | Atlanticus Services Corporation | Atlanticus Services Corporation<br>Five Concourse Parkway, Suite 300<br>Atlanta, GA 30328<br>Attn: David Caruso, Chief Commercial Officer | *Reconciliation Agreement*, dated May 4, 2022 |
| American Freight, LLC | Berns Communications Group, LLC | Berns Communications Group, LLC<br>475 Park Avenue South, 29th Floor<br>New York, NY 10016<br>Attn: Stacy Berns | *Agreement and Scope of Services*, dated August 22, 2023 |
| Franchise Group, Inc. | Brian Kahn | Brian Kahn<br>[ADDRESS ON FILE]<br>Brian Kahn<br>c/o Derek C. Abbott, Partner<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>dabbott@morrisnichols.com | *Consulting Agreement*, dated January 19, 2024 |
| American Freight Franchisor, LLC | Cambridge Goods LLC | Cambridge Goods LLC<br>3001 W. Big Beaver Road, Suite 324<br>Troy, MI 48084<br>tpurther@cambridgeinvestors.com | *Franchise Agreement*, dated July 14, 2022, as amended |
| American Freight, LLC | CBRE, Inc. | CBRE, Inc.<br>2100 McKinney Avenue, Suite 900<br>Dallas, TX 75201<br>Attn: Nancy Westphal, General Counsel - Global Workplace Solutions<br>albert.stabile@cbre.com | *Lease Audit Services Agreement*, dated July 20, 2022 |
| American Freight Franchisor, LLC | DP Contour, LLC | DP Contour, LLC<br>511 W. French Place<br>San Antonio, TX 78212<br>Attn: Rich Funke or Paul McClintock<br>rich@dpr-group.com | *Franchise Agreement*, dated September 8, 2022, as amended, |
| American Freight, LLC | Forum Analytics, a wholly owned subsidiary of CBRE, Inc. | Forum Analytics, a wholly owned subsidiary of CBRE, Inc.<br>C/oCBRE, Inc.<br>2100 McKinney Avenue, Suite 900<br>Dallas, TX 75201<br>Attn: Nancy Westphal, General Counsel - Global Workplace Solutions<br>albert.stabile@cbre.com | *Services Agreement*, dated September 7, 2012 |
| American Freight, LLC | FullContact, Inc. | FullContact, Inc.<br>1580 N. Logan St.<br>Ste. 660 PMB 45057<br>Denver, CO 80203<br>Attention: Legal Department<br>Email: legal@fullcontact.com | *Order Form and Services Agreement*, dated December 6, 2023 |
| American Freight Franchisor, LLC | Godfrey Ukwuoma | Godfrey Ukwuoma<br>[ADDRESS ON FILE] | *Franchise Agreement*, dated February 10, 2023, as amended |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (West Penn Power)*, dated August 23, 2024 |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Columbus Southern Power, Ohio Power)*, dated August 23, 2024 |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (AES Ohio)*, dated August 23, 2024 |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Duquesne Light)*, dated August 23, 2024 |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Duke Energy)*, dated August 23, 2024 |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Toledo Edison)*, dated August 23, 2024 |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Ohio Edison)*, dated August 23, 2024 |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (The Illuminating Company)*, dated August 23, 2024 |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (Penelec)*, dated August 23, 2024 |
| American Freight, LLC | Interstate Gas Supply, LLC | Interstate Gas Supply, LLC<br>6100 Emerald Parkway<br>Dublin, OH 43016<br>Attn: Commercial & Industrial Sales | *Electricity Purchase Contract (PPL Electric Utilities)*, dated August 23, 2024 |
| American Freight Franchisor, LLC | Jenkins Rental LLC | Jenkins Rental LLC<br>2 Steeplechase Trail<br>Longview, TX 75605<br>Attn: LLaura S. Jenkins<br>llaurajenkins@gmail.com | *Franchise Agreement*, dated June 5, 2022, as amended |
| American Freight Franchisor, LLC | Jeremy Nowak | Jeremy Nowak<br>[ADDRESS ON FILE] | *Franchise Agreement*, as amended, dated 6/17/2021 |
| American Freight FFO, LLC | KELMAR Safety Inc. | KELMAR Safety Inc.<br>221 West Main<br>Greenfield, IN 46140 | *Consulting Services Agreement*, dated August 22, 2019 |
| American Freight Franchisor, LLC | Liandro Arellano Jr. | Liandro Arellano Jr.<br>[ADDRESS ON FILE] | *Franchise Agreement*, dated April 20, 2023, as amended |
| American Freight Franchisor, LLC | Mohamad Atieh | Mohamad Atieh<br>[ADDRESS ON FILE] | *Franchise Agreement*, dated November 8, 2022, as amended |

| Debtor | Counterparty | Counterparty Address | Rejected Agreement |
|---|---|---|---|
| American Freight Franchisor, LLC | Mohamad Atieh | Mohamad Atieh<br>[ADDRESS ON FILE] | *Franchise Agreement*, dated June 25, 2021, as amended |
| Franchise Group, Inc. | Nasdaq Corporate Solutions, LLC<br><br>Nasdaq Pty Ltd<br><br>Nasdaq Korea Ltd.<br><br>Nasdaq Corporate Solutions International Limited | Nasdaq Corporate Solutions, LLC<br>151 W 42nd St.<br>New York, NY 10036<br><br>Nasdaq Pty Ltd<br>Level 8 - 68 Harrington Street<br>Sydney, New South Wales - 2000<br>Australia<br><br>Nasdaq Korea Ltd.<br>22nd Floor, Two IFC,<br>10 Gukjegeumyung-ro, Youngdeungpo-gu,<br>Seoul 07326<br>South Korea<br><br>Nasdaq Corporate Solutions International Limited<br>22 Bishopsgate<br>London, EC2N 4BQ<br>United Kingdom<br><br>Office of General Counsel, Nasdaq, Inc.<br>805 King Farm Blvd<br>Rockville MD, 20850<br>Attention: Contracts Group (GCS) | *Master Services Agreement*, dated March 30, 2022 |
| American Freight, LLC | Omni Hotels Management Corporation, as agent on behalf of Frisco Silver Star Hotel Company, LLC d/b/a Omni Frisco Hotel at The Star | Omni Hotels Management Corporation, as agent on behalf of Frisco Silver Star Hotel Company, LLC d/b/a Omni Frisco Hotel at The Star<br>11 Cowboys Way<br>Frisco, TX 75034<br>Attn: Emily Miller, Director, National Accounts<br>ekmiller@omnihotels.com | *Letter of Agreement (American Freight 2026 Annual Meeting)*, dated June 5, 2024 |
| American Freight, LLC | Omni Hotels Management Corporation, as agent on behalf of Frisco Silver Star Hotel Company, LLC d/b/a Omni Frisco Hotel at The Star | Omni Hotels Management Corporation, as agent on behalf of Frisco Silver Star Hotel Company, LLC d/b/a Omni Frisco Hotel at The Star<br>11 Cowboys Way<br>Frisco, TX 75034<br>Attn: Emily Miller, Director, National Accounts<br>ekmiller@omnihotels.com | *Letter of Agreement (American Freight 2025 Annual Meeting)*, dated June 5, 2024 |
| American Freight Franchisor, LLC | Rabih Awad | Rabih Awad<br>[ADDRESS ON FILE] | *Franchise Agreement*, dated April 29, 2021, as amended |
| American Freight, LLC | Radaro Inc. | Radaro Inc.<br>6872 Highover Dr.<br>Chanhassen, MN 55317 | *Software License and Services Agreement*, dated March 14, 2023 |
| American Freight Franchisor, LLC | Troy Caron | Troy Caron<br>[ADDRESS ON FILE] | *Franchise Agreement*, dated May 2, 2024, as amended |
| American Freight, LLC | Zinatex Imports Inc. | Zinatex Imports Inc.<br>2017 N. 25th Ave.<br>Franklin Park, IL 60131 | *Area Rugs Metal Display Racks + Display Rugs Agreement*, dated August 21, 2019 |