**Schedule 1**

**Rejected Leases**[1]

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| Debtor Entity | Counterparty | Counterparty's Address | Rejected Agreement and Property | Store |
|---|---|---|---|---|
| American Freight, LLC | Airport Square NV, LLC | Airport Square NV, LLC<br>34505 W Twelve Mills Rd. Ste. 250<br>Farmington Hills, MI 48331<br>Attn: Traci Wiese | *Lease Agreement,* Dated April 26, 2019, as amended<br><br>5237 Airport Hwy<br>Toledo, OH 43615 | 88 |
| American Freight Outlet Stores, LLC | CLPF-Essex Green, LLC | CLPF-Essex Green, LLC<br>c/o Clarion Partners<br>Attn: Lauren Holden<br>230 Park Ave.<br>New York, NY 10169<br><br>Copy to:<br>CLPF-Essex, Green<br>c/o Brand Street Properties<br>309 Greenwich Avenue<br>Greenwich, CT 06830<br>Attn: Jessica Brown | *Lease Agreement,* Dated August 7, 1998, as amended<br><br>495 Prospect Ave #11<br>West Orange, NJ 07052 | 5361 |
| American Freight, LLC | LDC Silvertree, LLC | LDC Silvertree, LLC<br>302 Campusview Drive Ste. 106<br>Columbia, MO 65201<br>Attn: Jay Burchfield | *Lease Agreement,* Dated April 3, 2012, as amended<br><br>1450 Cinnamon Hill Lane<br>Columbia, MO 65201 | 229 |
| American Freight Outlet Stores, LLC | Osborne Properties Limited Partnership | Osborne Properties Limited Partnership<br>501 South Eighth Street<br>Minneapolis, MN 55404<br>Attn: Anne Kreiser | *Lease,* Dated August 18, 2003, as amended<br><br>141 85th Avenue Nw<br>Coon Rapids, MN 55433 | 4611 |
| American Freight, LLC | Rockhill Center, LLC | Rockhill Center, LLC<br>101 E Washington St. Ste 400<br>Greenville, SC 29601<br>Attn: Hunter Garrett | *Lease,* Dated June 22, 2021, as amended<br><br>809 Albright Rd<br>Rock Hill, SC 29730 | 266 |
| American Freight, Inc. | Space For Lease of Tennessee | Space For Lease of Tennessee<br>2231-A Madison Street<br>Clarksville, TN 37043<br>Attn: Trent Knott | *Lease,* Dated July 31, 2014, as amended<br><br>2231 B Madison St<br>Clarksville, TN 37043 | 68 |
| American Freight, LLC | WE 50 HWY 6 LLC | WE 50 HWY 6 LLC<br>c/o WE Property Management, LLC<br>1600 W Loop S Ste. 900<br>Houston, TX 77027 | *Lease Agreement,* Dated March 28, 2019, as amended<br><br>2665 Highway 6 S<br>Houston, TX 77082 | 179 |

**Schedule 2**

**Rejected Executory Contracts[1]**

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| Debtor | Counterparty | Counterparty Address | Rejected Agreement |
|---|---|---|---|
| American Freight, LLC | Comenity Capital Bank | Comenity Capital Bank<br>12921 South Vista Station Blvd., Suite 100<br>Draper, UT 84020<br>success@breadfinancial.com<br>legal@breadfinancial.com | *Bread Pay Merchant Terms of Service Agreement*, dated August 8, 2024 |
| American Freight, Inc. | Elytus Ltd. | Elytus Ltd.<br>601 South High Street<br>Columbus, OH 43215<br>Attn: Matthew S. Hollis | *Waste Management Services Agreement*, dated September 1, 2019 |
| American Freight, LLC | Palladio US, LLC | Palladio US, LLC<br>P.O. Box 10872<br>West Palm Beach, FL 33419<br>Attn: COO<br>claudeb@unitersna.com | *Administration Services Agreement*, dated December 22, 2021 |
| American Freight Furniture | Pilot Freight Services LLC - A Maersk Company | Pilot Freight Services LLC - A Maersk Company<br>2 Braxton Way, Suite 400<br>Glen Mills, PA 19342<br>Attn: Gordon Branov | *National Delivery Carrier Agreement*, dated September 19, 2017 |