**Exhibit A**

| | |
|---|---|
| **From:** | Lauria, Thomas E |
| **To:** | Sinclair, Debra |
| **Cc:** | Feldman, Matthew; Feldman, Betsy L.; Hershey, Samuel; Zatz, Andrew |
| **Subject:** | RE: Re: DIP |
| **Date:** | Wednesday, November 6, 2024 1:47:39 PM |

**\*\*\* EXTERNAL EMAIL \*\*\***

Yes.

---

**From:** Sinclair, Debra <DSinclair@willkie.com>
**Date:** Wednesday, Nov 06, 2024 at 1:39 PM
**To:** Lauria, Thomas E <tlauria@whitecase.com>
**Cc:** Feldman, Matthew <mfeldman@willkie.com>, Feldman, Betsy L. <BFeldman@willkie.com>, Hershey, Samuel <sam.hershey@whitecase.com>, Zatz, Andrew <azatz@whitecase.com>
**Subject:** [EXT] Re: DIP

Copying Sam and Andrew.

On November 6, 2024 at 1:35:32 PM EST, Sinclair, Debra <DSinclair@willkie.com> wrote:

> Is the concept of the two interim critical vendor orders acceptable to you? The caps would be $35m today and, assuming we come back for a second interim, $30m.
>
> **Debra McElligott Sinclair**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8719 | Fax: +1 212 728 8111
> dsinclair@willkie.com | vCard | www.willkie.com bio

**Debra McElligott Sinclair**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8719 | Fax: +1 212 728 8111
dsinclair@willkie.com | vCard | www.willkie.com bio

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

==========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available [here](#).

==============================================================================