**<u>Exhibit B</u>**

| | |
|---|---|
| **From:** | Orlofsky, David |
| **To:** | Sinclair, Debra; Feldman, Betsy L.; Lombardi, Stuart; Brandt, Joseph |
| **Subject:** | FW: American Freight - FDM Payments |
| **Date:** | Thursday, November 21, 2024 2:54:23 PM |
| **Attachments:** | AF Critical Vendor Description v.20241121 1445et.pdf |

<div style="background:yellow">*** EXTERNAL EMAIL ***</div>

fyi

**David Orlofsky**
Partner & Managing Director

**AlixPartners**
909 Third Avenue 28th Floor, New York NY 10022
M +1 (973) 615-4952
dorlofsky@alixpartners.com
alixpartners.com | linkedIn | twitter | facebook

**From:** Orlofsky, David
**Sent:** Thursday, November 21, 2024 2:52 PM
**To:** Scruton, Andrew <Andrew.Scruton@FTIConsulting.com>; Eisler, Marshall <Marshall.Eisler@fticonsulting.com>
**Cc:** Kelsall, Dan <dkelsall@alixpartners.com>; Cherian, Sujay <sucherian@alixpartners.com>; Colvin, Henry <HColvin@alixpartners.com>; Deshpande, Swapna <sdeshpande@alixpartners.com>
**Subject:** American Freight - FDM Payments

As a follow up to our call this morning, attached is an updated version of the AF Critical Vendor analysis. A few points of note:

- The large payments are to three vendors. Coyote and Transform help with either moving inventory from the DCs to stores and/or managing our DCs or 3PLs. On Demand handles the delivery of product from the stores to customer homes. It can be hard to sell some of these products without a delivery option given their size and weight. Plus, we make a margin on every sale that uses the delivery service during the GOB. The company makes 1% of the sales price as additional profit for delivery.
- These are not payments of inventory. We have the inventory on hand. To maximize value, we need to get the inventory into the stores as quickly as possible. As you know, each week that liquidation goes on, Hilco will take bigger discounts so there is a need to get the product into the stores as soon as we can.
- As you will see on page 3, we are expecting to net $12.9 million after paying the three large CV their prepetition amounts.

Happy to chat live if helpful.

**David Orlofsky**
Partner & Managing Director

**AlixPartners**
909 Third Avenue 28th Floor, New York NY 10022
M +1 (973) 615-4952
dorlofsky@alixpartners.com
alixpartners.com | linkedIn | twitter | facebook

Confidential: This electronic message and all contents contain information from the firm of AlixPartners, LLP and its affiliates which may be confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately at +1 (248) 358-4420 and destroy the original message and all copies.