**EXHIBIT A**[10]

| No. | Objecting Party | Objection Summary | Response | Status |
|-----|-----------------|-------------------|----------|--------|
| 1. | Front Street Kansas City, LLC [D.I. 241] | *Front Street Kansas City, LLC has confirmed this objection is resolved.* | | |
| 2. | Buddy Mac Holding, LLC [D.I. 242] | *Buddy Mac Holding, LLC has confirmed this objection is resolved.* | | |
| 3. | WPG Legacy, LLC [D.I. 309] | • **Adequate Assurance.** Bidding Procedures must contain insight into when landlords will be provided adequate assurance and the type of adequate assurance to be provided. WPG Legacy ¶¶ 8, 9. | • The type of adequate assurance that may be provided to requesting contract counterparties is incorporated into Article IV.6 of the proposed Revised Bidding Procedures and paragraph 31(b) of the proposed Revised Bidding Procedures Order. The timeline in the Revised Proposed Bidding Procedures includes a definitive date upon which the adequate assurance will be disseminated to requesting contract counterparties. | • The Debtors believe this objection is resolved by language in the Revised Bidding Procedures. |
| | | • **Notice of Successful Bidder.** Notice of Successful Bidder must be filed by specified deadlines and should include a copy of the asset purchase agreement and proposed sale order. WPG Legacy ¶ 12. | • Article VII of the Revised Bidding Procedures requires the Notice of Successful Bidder to be filed as soon as reasonably practicable after closing the Auction, if any, and, in any event, not more than twenty-four (24) hours following closing the Auction. Paragraph 18 of the Revised Bidding Procedures Order provides that the Notice of Successful Bidder shall be filed as soon as reasonable practicable after cancelling the Auction, and, in any event, not more than twenty-four (24) hours following cancellation. Paragraph 19 of the Revised Bidding Procedures Order provides that the Notice of Successful Bid will include | • The Debtors believe this objection is resolved by language in the Revised Bidding Procedures and Bidding Procedures Order. |

---

[10] Informal comments resolved prior to the hearing are not included in this Exhibit A.

| | | | |
|---|---|---|---|
| | | a copy of the Successful Bid or a summary of the material terms of such Bid, including any assumption and assignment of Contracts contemplated thereby, or instructions for accessing the Successful Bid free of charge from the Case Website. | |
| | - **Adequate Assurance Objection Deadline.** Parties in interest should have at least seven days between filing of Notice of Successful Bidder and auction/adequate assurance objection deadline to review. WPG Legacy ¶ 12. | - The Revised Bidding Procedures provide requesting contract counterparties with seven days to review adequate assurance prior to the objection deadline. | - Going forward. |
| | - **Objection Deadlines.** Deadline to object to the Sale should be combined with the deadline to object to adequate assurance of future performance. WPG Legacy ¶ 13 | - The Sale Objection Deadline and the Adequate Assurance Objection deadline each serve a distinct purpose and parties will not be required to file duplicative objections. The Sale Objection Deadline allows parties to object to elements of the Sale. The Adequate Assurance Objection deadline relates specifically to the adequate assurance of future performance information provided by Bidders. | - Going forward. |
| | - **Lease Contracts.** Bids for leases by counterparties should automatically be considered a Qualified Bid. WPG Legacy ¶ 14. | - The Debtors do not plan to accept bids for individual leases, but reserve the right to modify the Revised Bidding Procedures at the Auction, as set forth in the Bidding Procedures. | - Going forward. |
| | - **Auction Attendance.** Auction attendance language implies a degree of discretion on behalf of the Debtors on permitting a creditor to attend the Auction. WPG Legacy ¶ 15. | - Article VII.A of the Revised Bidding Procedures states that any Auction will be conducted openly and all creditors may be permitted to attend, limiting only the number of representatives and/or professional advisors that may appear on behalf of or accompany each Qualified Bidder or creditor at the Auction. This language does not limit the ability for creditors to attend the Auction. | - The Debtors believe this objection is resolved by language in the Revised Bidding Procedures. |

| | | | Paragraph 20 of the Revised Bidding Procedures Order further states that, if there is an Auction, the Auction shall be conducted openly and all creditors will be permitted to attend (but, unless such creditor is a Qualified Bidder, not participate in) the Auction. | |
|---|---|---|---|---|
| 4. | Certain Landlords [D.I. 328] | • **Adequate Assurance.** Bidding Procedures must contain insight into when landlords will be provided adequate assurance and the type of adequate assurance to be provided. Landlord Obj. ¶ 12. | • The type of adequate assurance that may be provided to requesting contract counterparties is incorporated into Article IV.6 of the proposed Revised Bidding Procedures and paragraph 31(b) of the proposed Revised Bidding Procedures Order. The timeline in the Revised Proposed Bidding Procedures includes a definitive date upon which the adequate assurance will be disseminated to requesting contract counterparties. | • The Debtors believe this objection is resolved by language in the Revised Bidding Procedures. |
| | | • **Adequate Assurance.** Bidding Procedures must provide a minimum of fourteen days to review adequate assurance prior to the objection deadline. Landlord Obj. ¶¶ 10, 14. | • The Revised Bidding Procedures provide requesting contract counterparties with seven days to review adequate assurance prior to the objection deadline. | • Going forward. |
| | | • **Assumption and Assignment / Cure Objection Hearing.** Any contested assumption and assignment of leases should not be heard at the Sale Hearing and, instead, a separate briefing and hearing should be scheduled for such lease. Landlord Obj. ¶ 15. Any hearing on a Cure Objection must be noticed at least seven days in advance. Landlord Obj. ¶ 20. | • Paragraph 31(f) of the Revised Bidding Procedures Order provides that any unresolved Cure Objection shall be heard at the Sale Hearing *or* such later date on at least seven (7) days' notice to the applicable non-Debtor contract counterparty, or such date as the parties agree, subject to the Court's calendar. | • The Debtors believe this objection is resolved by language in the Revised Bidding Procedures Order. |
| | | • **Procedure Modifications.** Debtors' ability to modify the Bidding Procedures should be limited to prevent reduction of time for filing objections. Landlord Obj. ¶ 17. | • Paragraph 22 of the Revised Bidding Procedures Order provides that the Debtors shall not modify the Bidding Procedures to reduce the time provided for a party in interest to file an objection. | • The Debtors believe this objection is resolved by language in the Revised Bidding Procedures Order. |

| | | • **Lease Contracts.** Bids for leases by counterparties should automatically be considered a Qualified Bid. Landlord Obj. ¶ 18. | • The Debtors do not plan to accept bids for individual leases, but reserve the right to modify the Revised Bidding Procedures at the Auction, as set forth in the Bidding Procedures. | • Going forward. |
|---|---|---|---|---|
| | | • **Assumption and Assignment Notice.** Such notice shall include the store / location number and address of any leased premises if the contract is for a real property lease. Landlord Obj. ¶ 19. | • Paragraph 31(a) of the Revised Bidding Procedures Order provides that such information will be included in the Assumption and Assignment Notice, as relevant. | • The Debtors believe this objection is resolved by language in the Revised Bidding Procedures Order. |
| 5. | Landlords represented by Barclay Damon LLP [n/a; informal comments] | • **Adequate Assurance Objection.** Landlords require more than seven days to object to adequate assurance information if an Auction is held. | • All non-Debtor Contract counterparties have seven days from receipt of the adequate assurance information to object. | • Going forward. |

4