**<u>EXHIBIT 2</u>**

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

December 5, 2024

**VIA EMAIL**

Samuel P. Hershey
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

RE:    *In re Franchise Group, Inc., et al.*, No. 24-12480-JTD (Bankr. D. Del.)

Dear Samuel:

On behalf of the debtors in the above-captioned matter (the "**Debtors**"), we are producing to you electronically under separate cover a production of documents (the "**Production**") in response to (i) the Ad Hoc Group of Freedom Lenders' First Requests for the Production of Documents to the HoldCo Debtors in Connection with the Second-Day Motions dated November 8, 2023, and (ii) the Ad Hoc Group of Freedom Lenders' First Requests for the Production of Documents to the OpCo Debtors in Connection with the Second-Day Motions dated November 8, 2023, served by the Ad Hoc Group of Freedom Lenders pursuant to Federal Rules of Bankruptcy Procedure 7026, 7034, and 9014. This Production contains documents stamped FRG00044831 through FRG00045143 which are marked for confidential treatment and subject to the protective order to be entered in the bankruptcy. The password to today's Production is the same as previously provided. This Production includes a small volume of additional documents from the custodial files of Andrew Laurence, pursuant to the Debtors' agreement to expand the date range of the review of Mr. Laurence's documents, as well as three additional financial documents.

The Production is not intended to, and does not, waive any applicable privilege or other legal basis under which information may be protected from disclosure. If it were found that the Production includes otherwise privileged matters, such disclosure would be inadvertent, and is not intended to, and does not, waive the attorney-client privilege, attorney work product protection, or any other protections.

Sincerely,

*/s/ James C. Dugan*
James C. Dugan

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HOUSTON   LONDON   LOS ANGELES   MILAN
MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON