# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

## DEBTORS' EXHIBIT LIST FOR SECOND DAY HEARING SET FOR DECEMBER 10, 2024

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") intend to introduce and/or reserve the right to introduce the below-listed exhibits at the hearing scheduled for **December 10, 2024 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing"), concerning the (i) *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors,*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

*Foreign Vendors, Shippers & Logistics Providers, and 503(b)(9) Claimants; and (II) Granting Related Relief* [Docket No. 10] (the "Critical Vendors Motion"); (ii) *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 51] (the "DIP Motion"); and (iii) *Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (C) Approving Assumption and Assignment Procedures, and (D) Granting Related Relief, and (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [Docket No. 154] (the "Bidding Procedures Motion").

The Debtors reserve the right to introduce at the Hearing documents that are part of the record of the above captioned chapter 11 cases, including pleadings and other documents filed on the docket, as well as to introduce any document, or to rebut the testimony of witnesses or evidence presented by any other party, or for impeachment and to amend or supplement the below-listed exhibits.

**EXHIBIT LIST**

| Exhibit Number | Document Name | Docket No. |
|---|---|---|
| 1. | November 4, 2024 Declaration of David Orlofsky in Support of Debtors' Chapter 11 Petitions and First Day Pleadings | 15 |
| 2. | November 3, 2024 Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors' to Pay Certain Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Shippers & Logistics Providers, and 503(b)(9) Claimants; and (II) Granting Related Relief | 10 |
| 3. | December 6, 2024 Supplemental Declaration of David Orlofsky in Support of Critical Vendor Motion | 339 |
| 4. | December 6, 2024 Debtors' Reply in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors' to Pay Certain Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Shippers & Logistics Providers, and 503(b)(9) Claimants; and (II) Granting Related Relief | 357 |
| 5. | December 6, 2024 Declaration of Betsy L. Feldman in Support of Debtors' Reply in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors' to Pay Certain Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Shippers & Logistics Providers, and 503(b)(9) Claimants; and (II) Granting Related Relief | 358 |
| 6. | November 6, 2024 Email from Thomas Laura re. DIP | 358-1, Ex A |
| 7. | November 21, 2024 Email from David Orlofsky re. FDM Payments | 358-2, Ex B |
| 8. | November 4, 2024 Debtors' Motion for Entry on Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief | 51 |
| 9. | November 4, 2024 Declaration of Christopher Grubb in Support of Debtors' Motion for Entry on Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief | 52 |
| 10. | Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief | 134 |

| 11. | Draft DIP Credit Agreement; Syndication Procedures; Initial Budget | 134-1, Ex 1-3 |
|---|---|---|
| 12. | Initial Budget | 134-1, Ex. 3 |
| 13. | December 6, 2024 Debtors' Reply in Support of Motion for Postpetition Financing and Use of Cash Collateral | 359 |
| 14. | December 6, 2024 Notice of Filing of Proposed Final Order (I) (A) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secures Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief | 336 |
| 15. | December 6, 2024 Proposed Final Order (I) (A) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secures Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief | 336, Ex A |
| 16. | Blackline re. Proposed Final Order (I) (A) Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secures Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief | 336, Ex B |
| 17. | Declaration of Andrew Laurence in Support of Motion for Postpetition Financing and Use of Cash Collateral | 370 |
| 18. | November 11, 2024 Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (C) Approving Assumption and assignment Procedures, and (D) Granting Related Relief; and (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief | 154 |
| 19. | December 2, 2024 Declaration of Neil A. Augustine in Support of the Objection of the Ad Hoc Group of Freedom Lenders to Debtors' Bidding Procedures | 276 |
| 20. | December 6, 2024 Declaration of Christopher Grubb in Support of the Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of All of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (C) Approving Assumption and Assignment Procedures, and (D) Granting Related Relief | 334 |

| | | |
|---|---|---|
| 21. | December 6, 2024 Notice of Filing of Revised Exhibit to the Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (C) Approving Assumption and assignment Procedures, and (D) Granting Related Relief; and (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief | 335 |
| 22. | December 6, 2024 Debtors' Reply in Support of Debtors' Motion for Entry of Orders (A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (B) Scheduling An Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (C) Approving Assumption and Assignment Procedures, and (D) Granting Related Relief | 360 |
| 23. | Chart Summarizing Other Objections to the Proposed Chapter 11 Plan | 360-1 |
| 24. | December 6, 2024 Notice of Filing of Revised Proposed Order (A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (C) Approving Assumption and Assignment Procedures, and (D) Granting Related Relief | 361 |
| 25. | December 6, 2024 Revised Proposed Order (A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (C) Approving Assumption and Assignment Procedures, and (D) Granting Related Relief | 361-1, Ex A |
| 26. | Blackline re. Revised Proposed Order (A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (C) Approving Assumption and Assignment Procedures, and (D) Granting Related Relief | 361-2, Ex B |
| 27. | November 5, 2024 First Day Hearing Transcript | 139 |
| 28. | November 6, 2024 First Day Hearing – Day 2 Transcript | 140 |
| 29. | FRG Demonstrative from November 6, 2024 First Day Hearing re. Selected DIP Analytics | |
| 30. | December 4, 2024 Email from Andrew Zate re. Franchise Group - Proposed HoldCo DIP Facility | |
| 31. | October 30, 2024 Email from Zachary Taylor re. DIP ABL Financing – Blue Torch Term Sheet [FRG00004686] | |
| 32. | October 31, 2024 Email from Chris Grubb re. DIP ABL Financing – Blue Torch Term Sheet [FRG00004497] | |
| 33. | October 23, 2024 Email from Andrew Kaminsky re. DIP/Cash [FRG00036791] | |

| | | |
|---|---|---|
| 34. | October 24, 2024 Email from Kishan Patel re. FRG Board Meeting – 10/25 [FRG00000463] | |

Dated: December 8, 2024
  Wilmington, Delaware

           **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

           */s/ Shella Borovinskaya*
           Edmon L. Morton (Del. No. 3856)
           Matthew B. Lunn (Del. No. 4119)
           Allison S. Mielke (Del. No. 5934)
           Shella Borovinskaya (Del. No. 6758)
           Rodney Square
           1000 North King Street
           Wilmington, Delaware 19801
           Telephone: (302) 571-6600
           Facsimile: (302) 571-1253
           emorton@ycst.com
           mlunn@ycst.com
           amielke@ycst.com
           sborovinskaya@ycst.com

           -and-

           **WILLKIE FARR & GALLAGHER LLP**
           James C. Dugan (admitted *pro hac vice*)
           Stuart R. Lombardi (admitted *pro hac vice*)
           Brady Sullivan (admitted *pro hac vice)*
           787 Seventh Avenue
           New York, New York 10019
           Telephone: (212) 728-8000
           Facsimile: (212) 728-8111
           jdugan@willkie.com
           slombardi@willkie.com
           bsullivan@willkie.com

           *Proposed Co-Counsel to the Debtors*
           *and Debtors in Possession*