# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC. *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 7th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via the methods indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 12/06/2024 | 367 | Joinder (Ad Hoc Group of First Lien Lenders' Joinder and Reply in Support of Debtors' DIP Motion and Reply to the Objection of the Ad Hoc Group of Freedom Lenders to Final Approval of the Debtors' DIP Motion) |
| 12/06/2024 | 368 | Joinder of the Ad Hoc Group of First Lien Lenders to the Debtors' Reply in Support of Debtors' Motion for Entry of Orders (A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (C) Approving Assumption and Assignment Procedures, and (D) Granting Related Relief |
| 12/06/2024 | 369 | Motion for Leave (Motion of Ad Hoc Group of First Lien Lenders for Entry of an Order Granting Leave to File Replies in Support of the Debtors' (1) DIP Motion and (2) Bidding Procedures Motion) (related document(s)51, 154, 274, 275) Filed by Ad Hoc Group of First Lien Lenders. Hearing scheduled for 12/10/2024 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. |

Dated: December 9th, 2024

*/s/ David Kitto*
David Kitto
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>Ballard Spahr LLP<br>Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper<br>919 North Market Street<br>11th Floor<br>Wilmington, DE 19801<br>heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com | **VIA ELECTRONIC MAIL:**<br>Barclay Damon LLP<br>Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202<br>knewman@barclaydamon.com |
| **VIA ELECTRONIC MAIL:**<br>Barclay Damon LLP<br>Attn: Niclas A. Ferland<br>545 Long Wharf Drive<br>Ninth Floor<br>New Haven, CT 06511<br>nferland@barclaydamon.com | **VIA ELECTRONIC MAIL:**<br>Barclay Damon LLP<br>Attn: Scott L. Fleischer<br>1270 Avenue of the Americas<br>Suite 501<br>New York, NY 10020<br>sfleischer@barclaydamon.com |
| **VIA ELECTRONIC MAIL:**<br>Barnes & Thornburg LLP<br>Attn: Kevin G. Collins<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>kevin.collins@btlaw.com | **VIA ELECTRONIC MAIL:**<br>Barnes & Thornburg LLP<br>Attn: Kevin G. Collins, Mark R. Owens<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>kevin.collins@btlaw.com<br>mark.owens@btlaw.com |
| **VIA ELECTRONIC MAIL:**<br>Bayard, P.A.<br>Attn: Ericka F. Johnson<br>600 N. Market Street, Suite 400<br>Wilmington, DE 19801<br>ejohnson@bayardlaw.com | **VIA ELECTRONIC MAIL:**<br>Benesch Friedlander Coplan & Aronoff LLP<br>Attn: Kevin M. Capuzzi, Juan E. Martinez<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801-6101<br>kcapuzzi@beneschlaw.com<br>jmartinez@beneschlaw.com |
| **VIA ELECTRONIC MAIL:**<br>Blakeley LC<br>Attn: Scott Blakeley<br>530 Technology Drive<br>Suite 100<br>Irvine, CA 92618<br>SEB@BlakeleyLC.com | **VIA ELECTRONIC MAIL:**<br>Blank Rome LLP<br>Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>mike.schaedle@blankrome.com<br>stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com |

**VIA ELECTRONIC MAIL:**
Brookfield Properties Retail Inc
Attn: Kristen N. Pate
350 N. Orleans Street
Suite 300
Chicago, IL 60654-1607
bk@bpretail.com

**VIA ELECTRONIC MAIL:**
Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
425 Market Street, Suite 2900
San Francisco, CA 94105-3493
schristianson@buchalter.com

**VIA ELECTRONIC MAIL:**
Burr & Forman LLP
Attn: J. Cory Falgowski
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
jfalgowski@burr.com

**VIA ELECTRONIC MAIL:**
Burr & Forman LLP
Attn: J. Ellsworth Summers, Jr., Dana L. Robbins
50 North Laura Street, Suite 3000
Jacksonville, FL 32202
esummers@burr.com
drobbins@burr.com

**VIA ELECTRONIC MAIL:**
Burr & Forman LLP
Attn: James H. Haithcock, III
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
jhaithcock@burr.com

**VIA ELECTRONIC MAIL:**
Chipman Brown Cicero & Cole, LLP
Attn: Mark L. Desgrosseilliers
Hercules Plaza
1313 North Market St, Suite 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

**VIA ELECTRONIC MAIL:**
Clark Hill PLC
Attn: Audrey L. Hornisher
901 Main Street, Suite 6000
Dallas, TX 75202
ahornisher@clarkhill.com

**VIA ELECTRONIC MAIL:**
Clark Hill PLC
Attn: Karen M. Grivner
824 N. Market Street, Suite 710
Wilmington, DE 19801
kgrivner@clarkhill.com

**VIA ELECTRONIC MAIL:**
Cook, Vetter, Doerhoff & Landwehr, P.C.
Attn: John D. Landwehr
231 Madison Street
Jefferson City, MO 65101
jlandwehr@cvdl.net

**VIA ELECTRONIC MAIL:**
Cowles & Thompson, P.C.
Attn: William L. Siegel
901 Main Street, Suite 3900
Dallas, TX 75202
bsiegel@cowlesthompson.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>Cozen O'Connor<br>Attn: Brian L. Shaw<br>123 North Wacker Drive<br>Suite 1800<br>Chicago, IL 60606<br>bshaw@cozen.com | **VIA ELECTRONIC MAIL:**<br>Cozen O'Connor<br>Attn: Marla S. Benedek, Kaan Ekiner<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>mbenedek@cozen.com<br>kekiner@cozen.com |
| **VIA ELECTRONIC MAIL:**<br>Cross & Simon, LLC<br>Attn: Christopher P. Simon<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>csimon@crosslaw.com | **VIA ELECTRONIC MAIL:**<br>Dentons Sirote PC<br>Attn: Stephen B. Porterfield<br>2311 Highland Avenue South<br>P.O. Box 55727<br>Birmingham, AL 35255-5727<br>stephen.porterfield@dentons.com |
| **VIA ELECTRONIC MAIL:**<br>Faegre Drinker Biddle & Reath LLP<br>Attn: Michael T. Gustafson<br>320 South Canal Street, Suite 3300<br>Chicago, IL 60606<br>mike.gustafson@faegredrinker.com | **VIA ELECTRONIC MAIL:**<br>Faegre Drinker Biddle & Reath LLP<br>Attn: Patrick A. Jackson<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>patrick.jackson@faegredrinker.com |
| **VIA ELECTRONIC MAIL:**<br>Farnan LLP<br>Attn: Brian E. Farnan, Michael J. Farnan<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | |
| **VIA ELECTRONIC MAIL:**<br>Frost Brown Todd LLP<br>Attn: Erin P. Severini, Joy D. Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202<br>eseverini@fbtlaw.com<br>jkleisinger@fbtlaw.com | **VIA ELECTRONIC MAIL:**<br>Frost Brown Todd LLP<br>Attn: Sloane B. O'Donnell<br>Union Trust Building<br>501 Grant Street, Suite 800<br>Pittsburgh, PA 15219<br>sodonnell@fbtlaw.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>Greenberg Traurig, LLP<br>Attn: Anthony W. Clark, Dennis A. Meloro<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801<br>Anthony.Clark@gtlaw.com<br>Dennis.Meloro@gtlaw.com | **VIA ELECTRONIC MAIL:**<br>Harris County Attorney's Office<br>Susan Fuertes<br>Attn: Property Tax Division<br>P.O. Box 2848<br>Houston, TX 77252<br>taxbankruptcy.cao@harriscountytx.gov |
| **VIA ELECTRONIC MAIL:**<br>Holland & Knight LLP<br>Attn: Phillip W. Nelson<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>phillip.nelson@hklaw.com | **VIA FIRST CLASS MAIL:**<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>1111 Constitution Ave., NW<br>Washington, DC 20224 |
| **VIA FIRST CLASS MAIL:**<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **VIA ELECTRONIC MAIL:**<br>Kelley Drye & Warren LLP<br>Attn: Robert L. LeHane, Jennifer D. Raviele, Allison Selick<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>aselick@kelleydrye.com |
| **VIA ELECTRONIC MAIL:**<br>Ken Burton, Jr., Manatee County Tax Collector<br>Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA<br>1001 3rd Ave W, Suite 240<br>Brandenton, FL 34205-7863<br>legal@taxcollector.com | **VIA ELECTRONIC MAIL:**<br>Kirkland & Ellis LLP Kirkland & Ellis International LLP<br>Attn: Connor K. Casas<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>connor.casas@kirkland.com |
| **VIA ELECTRONIC MAIL:**<br>Kirkland & Ellis LLP Kirkland & Ellis International LLP<br>Attn: Steven N. Serajeddini P.C.<br>601 Lexington Avenue<br>New York, NY 10022<br>steven.serajeddini@kirkland.com | **VIA ELECTRONIC MAIL:**<br>Klehr Harrison Harvey Branzburg LLP<br>Attn: Domenic E. Pacitti<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801-3062<br>dpacitti@klehr.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>Klehr Harrison Harvey Branzburg LLP<br>Attn: Morton R. Branzburg<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>mbranzburg@klehr.com | **VIA ELECTRONIC MAIL:**<br>Kroll Restructuring Administration LLC<br>Attn: Herb Baer, Christine Porter, Jessica Berman<br>1 World Trade Center<br>31st Floor<br>New York, NY 10007<br>serviceqa@ra.kroll.com<br>FRGTeam@ra.kroll.com |
| **VIA ELECTRONIC MAIL:**<br>Kurtzman Steady LLC<br>Attn: Jeffrey Kurtzman<br>101 N. Washington Avenue<br>Suite 4A<br>Margate, NJ 08402<br>kurtzman@kurtzmansteady.com | **VIA ELECTRONIC MAIL:**<br>Landis Rath & Cobb LLP<br>Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers<br>919 Market Street Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19801<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br>erogers@lrclaw.com |
| **VIA ELECTRONIC MAIL:**<br>Latham & Watkins LLP<br>Attn: Andrew Sorkin<br>555 Eleventh Street NW<br>Suite 1000<br>Washington, DC 20004<br>andrew.sorkin@lw.com | **VIA ELECTRONIC MAIL:**<br>Latham & Watkins LLP<br>Attn: James Kstanes, Timothy Beau Parker<br>330 N Wabash Avenue<br>Suite 2800<br>Chicago, IL 60611<br>Canada<br>james.ktsanes@lw.com<br>beau.parker@lw.com |
| **VIA ELECTRONIC MAIL:**<br>Latham & Watkins LLP<br>Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com | **VIA ELECTRONIC MAIL:**<br>Law Office of Susan E. Kaufman<br>Attn: Susan E. Kaufan<br>919 N. Market Street, Suite 460<br>Wilmington, DE 19801<br>skaufman@skaufmanlaw.com |
| **VIA ELECTRONIC MAIL:**<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane W. Sanders<br>PO Box 17428<br>Austin, TX 78760-7428<br>austin.bankruptcy@lgbs.com | **VIA ELECTRONIC MAIL:**<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Don Stecker<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205<br>sanantonio.bankruptcy@lgbs.com |

**VIA ELECTRONIC MAIL:**
Linebarger Goggan Blair & Sampson, LLP
Attn: John K. Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
dallas.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL:**
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219
dallas.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL:**
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston, TX 77253-3064
houston_bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL:**
Lowenstein Sandler LLP
Attn: Michael S. Etkin, Michael Papandrea
One Lowenstein Drive
Roseland, NJ 07068
metkin@lowenstein.com
mpapandrea@lowenstein.com

**VIA ELECTRONIC MAIL:**
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
700 Jeffrey Way, Suite 100
Round Rock, TX 78665
jparsons@mvbalaw.com

**VIA ELECTRONIC MAIL:**
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
P.O. Box 1269
Round Rock, TX 78680-1269
jparsons@mvbalaw.com

**VIA ELECTRONIC MAIL:**
Meyers, Rodbell & Rosenbaum, P.A.
Attn: Nicole C. Kenworthy
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385
bdept@mrrlaw.net

**VIA ELECTRONIC MAIL:**
Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Joseph H. Baldiga, Shannah L. Colbert
1800 West Park Dr., Suite 400
Westborough, MA 01581
jbaldiga@mirickoconnell.com
scolbert@mirickoconnell.com

**VIA ELECTRONIC MAIL:**
Monzack Mersky and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

**VIA ELECTRONIC MAIL:**
Morris James LLP
Attn: Carl N. Kunz, III, Christopher M. Donnelly
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
ckunz@morrisjames.com
cdonnelly@morrisjames.com

**VIA ELECTRONIC MAIL:**
Office of the United States Trustee for the District of Delaware
Attn: Timothy J. Fox, Esq
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
timothy.fox@usdoj.gov

**VIA ELECTRONIC MAIL:**
Pachulski Stang Ziehl & Jones LLP
Attn: Bradford J. Sandler, Colin R. Robinson
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
bsandler@pszjlaw.com
crobinson@pszjlaw.com

**VIA ELECTRONIC MAIL:**
Pachulski Stang Ziehl & Jones LLP
Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

**VIA ELECTRONIC MAIL:**
Paul Hastings LLP
Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman
200 Park Avenue
New York, NY 10166
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com
danfliman@paulhastings.com

**VIA ELECTRONIC MAIL:**
Paul Hastings LLP
Attn: Nicholas A. Bassett
2050 M Street NW
Washington, DC 20036
nicholasbassett@paulhastings.com

**VIA ELECTRONIC MAIL:**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
Attn: Hiram Gutierrez
P.O. Box 2916
McAllen, TX 78502
edinburgbankruptcy@pbfcm.com

**VIA ELECTRONIC MAIL:**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
Attn: Laura J. Monroe
PO Box 817
Lubbock, TX 79408
lmbkr@pbfcm.com

**VIA ELECTRONIC MAIL:**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
Attn: Sergio E. Garcia
3301 Northland Drive
Suite 505
Austin, TX 78731
sgarcia@pbfcm.com

**VIA ELECTRONIC MAIL:**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Melissa E. Valdez
1235 North Loop West
Suite 600
Houston, TX 77008
mvaldez@pbfcm.com

**VIA ELECTRONIC MAIL:**
Perdue, Brandon, Fielder, Collins and Mott, L.L.P.
Attn: Alysia Córdova
P.O. Box 9132
Amarillo, TX 79105
acordova@pbfcm.com
amabkr@pbfcm.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>Polsinelli PC<br>Attn: Elisa Hyder<br>Three Logan Square<br>1717 Arch Street, Suite 2800<br>Philadelphia, PA 19103<br>ehyder@polsinelli.com | **VIA ELECTRONIC MAIL:**<br>Polsinelli PC<br>Attn: Shanti M. Katona, Katherine M. Devanney<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>skatona@polsinelli.com<br>kdevanney@polsinelli.com |
| **VIA ELECTRONIC MAIL:**<br>Potter Anderson & Corroon LLP<br>Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik<br>1313 N. Market Street<br>6th Floor<br>Wilmington, DE 19801<br>jryan@potteranderson.com<br>bhaywood@potteranderson.com<br>esulik@potteranderson.com | **VIA ELECTRONIC MAIL:**<br>Quarles & Brady LLP<br>Attn: L. Kate Mason<br>411 E. Wisconsin Avenue<br>Suite 2400<br>Milwaukee, WI 53202<br>Katie.Mason@quarles.com |
| **VIA ELECTRONIC MAIL:**<br>Richards Layton & Finger PA<br>Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>knight@rlf.com<br>steele@rlf.com<br>steiger@rlf.com | **VIA ELECTRONIC MAIL:**<br>Riemer & Braunstein LLP<br>Attn: Steven Fox<br>Times Square Tower Suite 2506<br>Seven Times Square<br>New York, NY 10036<br>sfox@reimerlaw.com |
| **VIA ELECTRONIC MAIL:**<br>Saul Ewing LLP<br>Attn: Monique B. DiSabatino, Mark Minuti<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>monique.disabatino@saul.com<br>mark.minuti@saul.com | **VIA ELECTRONIC MAIL:**<br>Saul Ewing LLP<br>Attn: Turner N. Falk<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>turner.falk@saul.com |
| **VIA ELECTRONIC MAIL:**<br>Securities & Exchange Commission - NY Office<br>Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | **VIA ELECTRONIC MAIL:**<br>Securities & Exchange Commission - Philadelphia Office<br>Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia, PA 19103<br>secbankruptcy@sec.gov |

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>Seward & Kissel LLP<br>Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott<br>One Battery Park Plaza<br>New York, NY 10004<br>bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br>ashmead@sewkis.com<br>bateman@sewkis.com<br>matott@sewkis.com | **VIA ELECTRONIC MAIL:**<br>Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| **VIA ELECTRONIC MAIL:**<br>ShopCore Properties<br>Attn: William F. McDonald III<br>10920 Via Frontera, Suite 220<br>San Diego, CA 92127<br>wmcdonald@shopcore.com | **VIA ELECTRONIC MAIL:**<br>Simon Property Group, Inc.<br>Attn: Ronald M. Tucker<br>225 West Washington Street<br>Indianapolis, IN 46204<br>rtucker@simon.com |
| **VIA ELECTRONIC MAIL:**<br>Sirlin Lesser & Benson, P.C.<br>Attn: Dana S. Plon<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA 19109<br>dplon@sirlinlaw.com | **VIA ELECTRONIC MAIL:**<br>Stark & Stark, P.C.<br>Attn: Joseph H. Lemkin<br>PO Box 5315<br>Princeton, NJ 08543<br>jlemkin@stark-stark.com |
| **VIA ELECTRONIC MAIL:**<br>Streusand, Landon Ozburn & Lemmon, LLP<br>Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway, Suite 320<br>Austin, TX 78746<br>streusand@slollp.com | **VIA ELECTRONIC MAIL:**<br>Sullivan Hazeltine Allinson LLC<br>Attn: William A. Hazeltine<br>919 N. Market Street<br>Suite 420<br>Wilmington, DE 19801<br>whazeltine@sha-llc.com |
| **VIA ELECTRONIC MAIL:**<br>Swanson, Martin & Bell, LLP<br>Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive<br>Suite 204<br>Lisle, IL 60532<br>cstahl@smbtrials.com | **VIA ELECTRONIC MAIL:**<br>Tayman Lane Chaverri LLP<br>Attn: Jeffrey Rhodes<br>2001 L Street, NW, Suite 500<br>Washington, DC 20036<br>jrhodes@tlclawfirm.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL:**<br>Tenenbaum & Saas, P.C.<br>Attn: Bradshaw Rost<br>4504 Walsh Street, Suite 200<br>Chevy Chase, MD 20815<br>BRost@tspclaw.com | **VIA ELECTRONIC MAIL:**<br>Texas Attorney General's Office<br>Attn: Christopher S. Murphy, Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>christopher.murphy@oag.texas.gov |
| **VIA ELECTRONIC MAIL:**<br>Thompson Hine LLP<br>Attn: Louis F Solimine<br>312 Walnut Street<br>Suite 2000<br>Cincinnati, OH 45202-4029<br>Louis.Solimine@ThompsonHine.com | **VIA ELECTRONIC MAIL:**<br>Thompson O'Brien Kappler & Nasuti PC<br>Attn: Michael B. Pugh<br>2 Sun Court, Suite 400<br>Peachtree Corners, GA 30092<br>mpugh@tokn.com |
| **VIA ELECTRONIC MAIL:**<br>Tydings & Rosenberg LLP<br>Attn: Stephen B. Gerald<br>200 Continental Drive, Suite 401<br>Newark, DE 19713<br>sgerald@tydings.com | **VIA FIRST CLASS MAIL:**<br>U.S. Attorney for Delaware<br>Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington, DE 19801 |
| **VIA ELECTRONIC MAIL:**<br>U.S. Securities and Exchange Commission - Headquarters<br>Secretary of the Treasury<br>100 F. Street NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov | **VIA ELECTRONIC MAIL:**<br>White & Case LLP<br>Attn: Bojan Guzina<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br>bojan.guzina@whitecase.com |
| **VIA ELECTRONIC MAIL:**<br>White & Case LLP<br>Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin Smith, Brett Bakemeyer<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>cshore@whitecase.com<br>sam.hershey@whitecase.com<br>azatz@whitecase.com<br>erin.smith@whitecase.com<br>brett.bakemeyer@whitecase.com | **VIA ELECTRONIC MAIL:**<br>White & Case LLP<br>Attn: Thomas Lauria<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>tlauria@whitecase.com |

**VIA ELECTRONIC MAIL:**
Willkie Farr & Gallagher LLP
Attn: Debra M. Sinclair, Matthew A. Feldman, Betsy L. Feldman, Joseph R. Brandt
787 Seventh Avenue
New York, NY 10019
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com
jbrandt@willkie.com

**VIA ELECTRONIC MAIL:**
Young Conaway Stargatt & Taylor, LLP
Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya
Rodney Square
1000 N. King Street
Wilmington, DE 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com