UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) | CASE NO. 24-12480 (JTD) |
| | ) | |
| Debtor(s) | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE Comes now the undersigned attorney, Scott A. Bachert, of the firm of Kerrick Bachert PSC, and enters his appearance as counsel for the following creditors:

Frontier Bel Air LLC
Frontier Dania LLC
Frontier Osceola LLC
Frontier Dover LLC
Frontier Kissimmee LLC

in the above-styled action and respectfully request that copies of all future notices, orders and other pleadings be directed to him and at his address as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

Scott A. Bachert
Kerrick Bachert PSC
1411 Scottsville Road
P. O. Box 9547
Bowling Green, KY  42102-9547

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, deliver, telephone, fax or otherwise filed or made with regard to the referenced case and proceedings herein.

Electronically filed this day, December 9, 2024.

KERRICK BACHERT PSC
1411 Scottsville Road
P. O. Box 9547
Bowling Green, KY  42102-9547
Telephone:  (270) 782-8160
Facsimile:  (270) 782-5856

/s/Scott A. Bachert
SCOTT A. BACHERT

Certificate of Service:

This is to certify that a true copy of the foregoing was this day, December 9, 2024, was served upon the parties listed on the Court's ECF transmission list in the case via ECF e-notice, fax or U.S. Mail.

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

| | |
|---|---|
| Shella Borovinskaya | Email: sborovinskaya@ycst.com |
| Kristin L. McElroy | Email: KMcElroy@ycst.com |
| Allison S. Mielke | Email: amielke@ycst.com |
| Edmon L. Morton | Email: emorton@ycst.com |

Rodney Square
1000 North King Street
Wilmington, DE  19801

**WILLKIE FARR & GALLAGHER LLP**

| | |
|---|---|
| Joseph R. Brandt | Email: jbrandt@willkie.com |
| James C. Dugan | Email: jdugan@willkie.com |
| Betsey Lee Feldman | Email: bfeldman@willkie.com |
| Matthew A. Feldman | Email: mfeldman@willkie.com |
| Jessica D. Graber | Email: jgraber@willkie.com |
| Yara Kass-Gergi | Email: ykass-gergi@willkie.com |
| Marine Loison | Email: mloison@wilkie.com |
| Stuart R. Lombardi | Email: slombardi@willkie.com |
| Debra McElligott Sinclair | Email: dscinclair@willkie.com |

787 Seventh Avenue
New York, NY  10019

**UNITED STATES TRUSTEE**

Timothy Jay Fox, Jr.                                         Email:  timothy.fox@usdoj.gov
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801


/s/Scott A. Bachert
SCOTT A. BACHERT