**CERTIFICATE OF SERVICE**

    I hereby certify that in addition to the notice and service provided through the Court's ECF system, on December 9, 2024, I caused a true and correct copy of the *Notice of Withdrawal of Objection of Certain Utility Companies To the Debtors' Motion For Interim and Final Orders (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures For Resolving Objections By Utility Companies and Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief* to be served by email on:

Edmon L. Morton
Matthew B. Lunn
Allison S. Mielke
Shella Borovinskaya
YOUNG CONAWAY STARGATT & TAYLOR, LLP
One Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: emorton@ycst.com, mlunn@ycst.com, amielke@ycst.com, sborovinskaya@ycst.com
*Debtors' Counsel*

Debra M. Sinclair
Matthew A. Feldman
Betsy L. Feldman
Joseph R. Brandt
WILLKI FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Email: dsinclair@willkie.com, mfeldman@willkie.com, bfeldman@willkie.com, jbrandt@willkie.com
*Debtors' Counsel*

Timothy J. Fox, Jr.
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox #35
Wilmington, Delaware 19801
Email: timothy.fox@usdoj.gov

Robert J. Feinstein
Theodore S. Heckel
Alan J. Kornfeld
Colin R. Robinson
Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Email: rfeinstein@pszjlaw.com, theckel@pszjlaw.com, akornfeld@pszjlaw.com, crobinson@pszjlaw.com, bsandler@pszjlaw.com
*Creditor Committee Counsel*

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)