**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Gregory V. Demo of Pachulski Stang Ziehl & Jones LLP, to represent the Official Committee of Unsecured Creditors in this action.

Dated: December 9, 2024
      */s/ Bradford J. Sandler*
      Bradford J. Sandler (DE Bar No. 4142)
      Pachulski Stang Ziehl & Jones LLP
      919 North Market Street, 17th Floor
      Wilmington, DE  19899-8705 (Courier 19801)
      Telephone: (302) 652-4100
      Email: bsandler@pszjlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: December 9, 2024
      */s/ Gregory V. Demo*
      Gregory V. Demo, Esq.
      Pachulski Stang Ziehl & Jones LLP
      780 Third Avenue, 34th Floor
      New York, NY  10017-2024
      Telephone: (212) 561-7730
      Email: gdemo@pszjlaw.com

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.