IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No.: 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Scott L. Fleischer of Barclay Damon LLP to represent Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, First National Realty Partners, Grove City Plaza, L.P., HV Center LLC, et al., (HV Center LLC, HV Center TIC 1 LLC, HV Center TIC 2 LLC), Inland Commercial Real Estate Services LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al. (SS Tulsa Center LLC, SS Tulsa Center TIC 1 LLC, SS Tulsa Center TIC 2 LLC, Tulsa Center TIC 3 LLC, and SS Tulsa Center TIC 4 LLC), Wheeler REIT, LP, and/or certain of their affiliates in the above case and any associated adversary proceedings.

Dated: December 10, 2024
Wilmington, Delaware

*/s/ Laurel D. Roglen*
Laurel D. Roglen, Esquire (DE No. 5759)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4462
Facsimile: (302) 252-4466
E-mail: roglenl@ballardspahr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of the District Court.

Dated: December 10, 2024
Wilmington, Delaware

*/s/ Scott L. Fleischer*
Scott L. Fleischer
BARCLAY DAMON LLP
1270 Avenue of the Americas, Suite 501
New York, NY 10020
Telephone: (212) 784-5810
Facsimile: (212) 784-5777
E-mail: sfleischer@barclaydamon.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: December 10th, 2024**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE