**Franchise Group, Inc. - Case No. 24-12480**

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| John | Ashmead | Seward & Kissel, LLP | Wilmington Trust, National Association | Video and Audio |
| Brett | Bakemeyer | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Negisa | Balluku | | | Audio Only |
| Miguel | Bandeira | | | Audio Only |
| Yasir | Bari | Garnett Station | Lender | Video and Audio |
| Caroline | Bartolotta | | | Video and Audio |
| Nicholas | Bassett | Milbank Tweed Hadley & McCloy LLP | Ad Hoc Group of First Lien Lenders and DIP Lenders | Video and Audio |
| Gregg | Bateman | Seward & Kissel LLP | Wilmington Trust, National Association | Video and Audio |
| Sarah | Ben-Ezer | | | Audio Only |
| Scott | Blakeley | Blakeley LC | Dr&#039;s Best | Video and Audio |
| Lisa | Bonsall | McCarter & English | Heritage (property manager for landlord) | Video and Audio |
| Jessica | Bonteque | Duane Morris LLP | Chubb Companies | Video and Audio |
| Philip | Brendel | Bloomberg Intelligence | self | Audio Only |
| Patrick | Brown | Sullivan & Cromwell LLP | B. Riley Financial, Inc. | Video and Audio |
| Ronald | Bruckmann | Shumaker, Loop & Kendrick, LLP | Buckeye Corrugated, Inc. | Video and Audio |
| Michael | Busenkell | Gellert Seitz Busenkell & Brown, LLC | MEL Indiana LLC | Audio Only |
| Rob | Chambers | Arena Capital | Arena | Video and Audio |
| Edward | Chen | | | Video and Audio |
| Anthony | Clark | Greenberg Traurig, LLP | Arizona Nutritional Supplements | Video and Audio |
| Cat | Corey | | | Audio Only |
| Xhon | Daulle | Octagon Credit Investors | | Video and Audio |
| Emily | Davis | UB Greensfelder LLP | MLO Great South Bay | Video and Audio |
| Swapna | Deshpande | AlixPartners | Debtors | Video and Audio |
| Raquel | Dixon | | | Video and Audio |
| Raquel | Dixon | | | Video and Audio |
| Alexander | Doughty | Lincoln International | Lincoln International | Audio Only |
| Jeremy | Evans | Paul Hastings LLP | AHG | Video and Audio |
| Betsy | Feldman | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Matthew | Feldman | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Elizabeth | Finn | | | Audio Only |

| First | Last | Firm | Client | Mode |
|---|---|---|---|---|
| Scott | Fleischer | Barclay Damon LLP | Various Landlords [Dkt. 261] | Video and Audio |
| Dan | Fliman | | AHG | Video and Audio |
| Daniel | Fliman | Paul Hastings LLP | Ad Hoc Group of First Lien Lenders and DIP Lenders | Video and Audio |
| David | Forsh | Raines Feldman Littrell LLP | Creditor | Video and Audio |
| J. David | Forsyth | Sessions, Fishman & Nathan | Gateway Village | Audio Only |
| Steven | Fox | Riemer & Braunstein LLP | Hilco Merchant Resources, LLC | Video and Audio |
| James | Francis | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Olya | Fridgen | Jefferies | Sale participant | Video and Audio |
| Hillary | Gabriele | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Brynna | Gaffney | YCST | Debtors | Video and Audio |
| Clara | Geoghegan | | | Audio Only |
| Stephen | Gerald | Tydings & Rosenberg LLP | The J. M. Smucker Company | Video and Audio |
| Ivan | Gold | Allen Matkins Leck Gamble Mallory & Natsis LLP | Laguna Gateway Phase 2, LP; River Oaks Properties | Video and Audio |
| Ronald | Gold | Frost Brown Todd LLC | WPG Legacy, LLC | Video and Audio |
| Jayme | Goldstein | | AHG | Video and Audio |
| Anthony | Greene | Cadwalader, Wickersham & Taft LLP | Cadwalader, Wickersham & Taft LLP | Audio Only |
| James | Haithcock | Burr & Forman LLP | Comenity Capital Bank | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Brett | Haywood | Potter Anderson & Corroon | | Video and Audio |
| Theodore | Heckel | Pachulski Stang Ziehl & Jones LLP | UCC | Video and Audio |
| Talia | Helfrick | Akin Gump | | Audio Only |
| Ruth | Hennigan | | PNC | Audio Only |
| Angela | Herring | Wachtell, Lipton, Rosen & Katz | Interested party | Audio Only |
| Samuel | Hershey | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Jon | Hla | Aristeia Capital | | Audio Only |
| Rebecca | Hollander | B. Riley Finanical | B. Riley Financial, Inc. | Video and Audio |
| Patrick | Holohan | LevFin Insights | Interested party | Video and Audio |
| Audrey | Hornisher | Clark Hill PLC | Surprise Towne Center, Crossroads Centre II et al | Video and Audio |
| Elisa | Hyder | Polsinelli PC | Champion Petfoods | Video and Audio |
| Andrew | Kaminsky | Franchise Group, Inc. | Debtors | Video and Audio |
| Jeffrey | Kaplan | | | Video and Audio |

| First | Last | Firm | Client | Access |
|---|---|---|---|---|
| Mariam | Khoudari | YCST | Debtors | Video and Audio |
| Sanjuro | Kietlinski | Province Firm | | Video and Audio |
| John | Knight | Richards, Layton & Finger, P.A. | B. Riley Financial, Inc. | Video and Audio |
| Leonie | Koch | Paul Hastings LLP | Ad Hoc Group of First Lien Lenders | Video and Audio |
| Alan | Kornfeld | Pachulski Stang Ziehl & Jones | Creditors Committee | Audio Only |
| Evan | Kramer | | | Video and Audio |
| James | Ktsanes | | | Video and Audio |
| Carl | Kunz | Morris James LLP | RCG-PSC Camp Creek | Video and Audio |
| Jacob | Lang | Choate Hall & Stewart | | Video and Audio |
| Jennifer | Lappe | | | Audio Only |
| Mathew | Laskowski | Paul Hastings LLP | Ad Hoc Group of First Lien Lenders and DIP Lenders | Video and Audio |
| Fernand | Laudumiey | Chaffe McCall, LLP | All American Association, LLC | Video and Audio |
| Derrick | Layton | Province Firm | | Video and Audio |
| Robert | LeHane | Kelley Drye & Warren LLP | Landlord Creditors | Video and Audio |
| K&E | Listen Only | Kirkland & Ellis LLP | Interested Party | Video and Audio |
| Dorothy | Ma | | | Audio Only |
| Aaron | MacDonald | MacDonald Realty Group | Buddy Mac Holdings, LLC | Video and Audio |
| Ian | MacDonald | MacDonald Realty Group | Buddy Mac Holdings, LLC | Video and Audio |
| Roger | Maldonado | Faegre Drinker Biddle & Reath LLP | United Parcel Service, Inc. | Video and Audio |
| Perry | Mandarino | B. Riley Financial | B. Riley Financial, Inc. | Video and Audio |
| Ida | Mashburn-Myrick | Phelps Dunbar LLP | Creditor | Video and Audio |
| Andrew | Matott | Seward & Kissel LLP | DIP Agent | Video and Audio |
| Kristin | McElroy | Young Conaway Stargatt & Taylor, LLP | Debtors | Video and Audio |
| Tiffany | McMillan-McWaters | Franchise Group, Inc. | Debtors | Video and Audio |
| Dennis | Meloro | Greenberg Traurig, P.A | Greenberg Traurig, LLP | Video and Audio |
| Rachel | Mersky | Monzack Mersky McLaughlin & Browder, PA | Kimco | Video and Audio |
| Theresa | Mistretta | Potter | | Video and Audio |
| Anais | Mitra | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Sona | Mkrttchian | Lazard | | Video and Audio |
| Nathan | Mooney | Lazard | SteerCo | Audio Only |
| Colin | Murphy | Lazard | | Audio Only |
| Raymond | Navaro | Cadwalader, Wickersham & Taft LLP | Cadwalader, Wickersham & Taft LLP | Audio Only |

| First | Last | Firm | Client | Mode |
|---|---|---|---|---|
| Josh | Neifeld | | | Audio Only |
| Hannah | Nussbaum | | | Video and Audio |
| Tyler | Okada | Weil, Gotshal & Manges LLP | | Audio Only |
| Beth | Olivere | Young Conaway Stargatt & Taylor, LLP | Debtors | Video and Audio |
| Aryan | Pal | | | Audio Only |
| Michael | Papandrea | Lowenstein Sandler LLP | | Video and Audio |
| Beau | Parker | | JP Morgan Chase, N.A., as Prepetition ABL Agent | Video and Audio |
| Timothy | Parker | | | Video and Audio |
| Steve | Phillips | | | Audio Only |
| Daniel | Radi | Province Firm | | Video and Audio |
| Jonathan | Randles | | Bloomberg News | Audio Only |
| Jennifer | Raviele | Kelley Drye & Warren LLP | Landlord Creditors | Video and Audio |
| Jeffrey | Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. | Video and Audio |
| Dana | Robbins-Boehner | Burr & Forman LLP | CTO 24 Carolina and Sylvan Park Apartments | Video and Audio |
| Colin | Robinson | PSZJ | Committee | Video and Audio |
| Abe | Rosen | | | Audio Only |
| Douglas | Rosner | Goulston & Storrs | Garden City Owner LLC, et al | Video and Audio |
| Jeremy | Ryan | Potter Anderson & Corroon | | Video and Audio |
| Isaac | Sasson | Paul Hastings LLP | AHG | Video and Audio |
| Anthony | Scarcella | Shipman and Goodwin | UnitedHealthcare | Video and Audio |
| Eric | Seeton | Franchise Group, Inc. | Debtors | Video and Audio |
| Allison | Selick | Kelley Drye | | Video and Audio |
| Erin | Severini | Frost Brown Todd LLC | WPG Legacy, LLC | Video and Audio |
| John | Shore | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Michelle | Shriro | Singer & Levick, PC | Retail Plaza/B33 | Video and Audio |
| William | Siegel | Cowles & Thompson, P.C. | Korber Supply Chain US, Inc. | Video and Audio |
| Kevin | Simard | Choate Hall & Stewart | | Video and Audio |
| Lauren | Sisson | Haynes and Boone | Benebone | Video and Audio |
| Erin | Smith | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Andrew | Sorkin | | | Video and Audio |
| Amanda | Steele | Richards, Layton and Finger | B. Riley Financial, Inc. | Video and Audio |
| Nick | Steffen | Province Firm | | Audio Only |

| First | Last | Firm | Party | Mode |
|---|---|---|---|---|
| Alexander | Steiger | Richards, Layton & Finger, P.A. | B. Riley Financial, Inc. | Video and Audio |
| Ethan | Sulik | Potter | | Video and Audio |
| Jack | Sullivan | Lincoln International | | Audio Only |
| Ellsworth | Summers | Burr & Forman LLP | CTO 24 Carolina and Sylvan Park Apartments | Video and Audio |
| Adam | Swingle | | | Audio Only |
| Matthew | Talmo | Morris Nichols | Interested Party | Video and Audio |
| Lisa | Tancredi | Womble Bond Dickinson (US) LLP | Buddy mac Holdings, LLC | Video and Audio |
| Stanley | Tarr | Blank Rome LLP | Wilmington Trust | Video and Audio |
| William | Taylor | Whiteford, Taylor & Preston LLC | Certain Utility Companies | Video and Audio |
| Maribeth | Thomas | Tucker Arensberg, P.C. | SJN Realty Holdings, LLC | Audio Only |
| Cliff | Towns | | Buddy Mac Holdings, LLC | Video and Audio |
| Michael | Tucker | Ulmer & Berne LLP | MLO Great South Bay | Video and Audio |
| James | Walker | Pachulski Stang Ziehl & Jones | | Audio Only |
| Nichole | Wilcher | Womble Bond Dickinson (US) LLP | Buddy Mac Holdings, LLC | Video and Audio |
| Jordan | Williams | Blank Rome LLP | Wilmington Trust | Video and Audio |
| Andrew | Wu | Premier Nutrition Company | | Audio Only |
| Lydia | Yale | Kirkland & Ellis LLP | Interested Party | Audio Only |
| Andrew | Zatz | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Seth | Zeleznik | Irradiant Partners | | Video and Audio |
| michael | schwarzmann | | | Video and Audio |

| CASE NAME: *Franchise Group, Inc., et al.,* CASE NO: 24-12480 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5th Floor #5 DATE: December 10, 2024 at 10:00 a.m. (ET) |
|---|---|---|
| **Name** | **Law Firm/Company** | **Client Representing** |
| Adam G. Landis | Landis Rath & Cobb LLP | Ad Hoc Lender Group |
| Matthew B. McGuire | Landis Rath & Cobb LLP | Ad Hoc Lender Group |
| Elizabeth A. Rogers | Landis Rath & Cobb LLP | Ad Hoc Lender Group |
| Jayme Goldstein | Paul Hastings LLP | Ad Hoc Lender Group |
| Daniel Fliman | Paul Hastings LLP | Ad Hoc Lender Group |
| Jeremy D. Evans | Paul Hastings LLP | Ad Hoc Lender Group |
| Isaac Sasson | Paul Hastings LLP | Ad Hoc Lender Group |
| Leonie Koch | Paul Hastings LLP | Ad Hoc Lender Group |
| Nicholas A. Bassett | Paul Hastings LLP | Ad Hoc Lender Group |
| Miguel Cadavid | Paul Hastings LLP | Ad Hoc Lender Group |

# SIGN-IN SHEET

**JUDGE:** Dorsey  **COURTROOM:** 5

**CASE NUMBER(S):** 24-12480  **CASE NAME:** FRANCHISE GROUP, INC.  **DATE:** 12/10/2024 (10:00 AM)

**\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Colin Robinson | PSZJ | Committee |
| Brad Sandler | | |
| Robert Feinstein | | |
| Paul Labov | | |
| Greg Demo | | |
| Theodore Drischel | | |
| Ed Morton | YCST | Debtors |
| Matt Lunn | | |
| Allison Mielke | | |
| Shella Borovinskaya | | |
| Brynna Gaffney | | |
| Debra Sinclair | WFG | Debtors |
| Joseph Brandt | | |
| Jesse Graber | | |
| Yara Kass-Gergi | | |
| Stuart Lombardi | | |

# SIGN-IN SHEET

**JUDGE:** Dorsey  **COURTROOM:** 5

**CASE NUMBER(S):** 24-12480  **CASE NAME:** FRANCHISE GROUP, INC.  **DATE:** 12/10/2024 (10:00 AM)

**\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Dugan | WFG | Debtors |
| Kaydene Grinnell | | |
| Khara John | | |
| Andres Mena | | |
| Charlotta Chung | | |
| Manne Loison | | |
| Brett Haywood | Potter Anderson | JPM as ABL Agent |
| Andrew Sorkin | Latham & Watkins | JPM as ABL Agent |
| Laurel Roglen | Ballard Spahr LLP | Various Landlords |
| Timothy J. Fox, Jr. | Office of U.S. Trustee | U.S. Trustee |
| Tom Lauria | White & Case | Freedom Lender Group |
| Chris Shore | | |
| Andrew Zatz | | |
| Colin West | | |
| Sam Hershey | | |
| Brett Bakemeyer | | |

# SIGN-IN SHEET

JUDGE: Dorsey    COURTROOM: 5

CASE NUMBER(S): 24-12480  CASE NAME: FRANCHISE GROUP, INC.  DATE: 12/10/2024 (10:00 AM)

**PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Erin Smith | White & Case | Freedom Lender Group |
| Michael Farnan | Farnan LLP | " |