WWR# 041645995

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CASE NO. 24-12480 |
| FRANCHISE GROUP, INC., et al.,[1] | CHAPTER 11 |
| | JUDGE JOHN T DORSEY |
| | (Jointly Administered) |
| DEBTOR(S) | |

## NOTICE OF APPEARANCE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as agent for creditor, SANGAMON NORTH LLC.

Please send all further communications, pleadings, court notices, and other documents intended for SANGAMON NORTH LLC. to undersigned agent.

SANGAMON NORTH LLC has a lease in the specific case PSP Stores, LLC case number 24-12497.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GEOFFREY J. PETERS
GEOFFREY J. PETERS
Agent for Creditor
5475 RINGS ROAD, SUITE 200
DUBLIN, OH 43017
877-338-9484
bronationalecf@weltman.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 12th day of December, 2024 addressed to:

SHELLA BOROVINSKAYA, Attorney for Debtor
SBOROVINSKAYA@YCST.COM

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

PSP STORES, LLC
109 INNOVATION CT STE J
DELAWARE,  OH 43015-7759

,

        Respectfully submitted,
        Weltman, Weinberg & Reis Co. LPA

        /s/ GEOFFREY J. PETERS
        GEOFFREY J. PETERS
        Agent for Creditor
        5475 RINGS ROAD, SUITE 200
        DUBLIN, OH 43017
        877-338-9484
        bronationalecf@weltman.com