Richard J. McCord, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP.
Counsel to 3644 Long Beach Road LLC
90 Merrick Avenue
East Meadow, NY 11554
Telephone (516) 296-7000

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
---------------------------------------------------------X

In re

FRANCHISE GROUP, INC., *et al* [1]

Debtors.
---------------------------------------------------------X

Chapter 11

Case No. 24-12480 (JTD)
(Jointly Administered)

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that 3644 Long Beach Road LLC ("3644"), by its attorneys Certilman Balin Adler & Hyman, LLP, hereby submits this Notice of Appearance and Request for Service of Papers, and pursuant to 11 U.S.C. §1109(b) and Rules 2002, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and also request that all

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2346), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Immediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Immediate S, LLC (5408) Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries, LLC (3875), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

8453760.1

notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address. In addition, it is respectfully requested that pursuant to Rule 2002(g) of the Bankruptcy Rules, the following also be added to the Court's mailing matrix:

**CERTILMAN BALIN ADLER & HYMAN, LLP**
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
(516) 296-7000
Richard J. McCord, Esq.
rmccord@certilmanbalin.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE,** that if any limited service lists are used in this proceeding, the undersigned request inclusion thereon.

**PLEASE TAKE FURTHER NOTICE THAT** this Notice of Appearance and Demand for Service of Papers (the "Notice"), shall not constitute a submission by 3644 to the jurisdiction of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended or shall be deemed to waive 3644's substantive or procedural rights, including (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) the right to have the reference

withdrawn by the United States District Court for this district in any manner subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the State is or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules of Federal Rules of Civil Procedure.

Dated: East Meadow, New York
       December 12, 2024

                      **CERTILMAN BALIN ADLER & HYMAN, LLP**
                      Attorneys for 3644 Long Beach Road LLC

                      By:   /s/Richard J. McCord
                            **RICHARD J. MCCORD, ESQ.**
                            90 Merrick Avenue
                            East Meadow, New York 11554
                            (516) 296-7000


To:    **THE ATTACHED LIST OF PARTIES IN INTEREST**

Shella Borovinskaya, Esq.
Young Conaway Stargatt, et al.
Rodney Square
1000 North King Street
Wilmington, DE 19801

James C. Dugan, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Joseph R. Brandt, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Betsy Lee Feldman, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Matthew A. Feldman, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Jessica D. Graber, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Yara Kass-Gergi, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Marine Loison, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Stuart R. Lombardi, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Kristin L. McElroy, Esq.
Young Conaway Stargatt, et al.
Rodney Square
1000 North King Street
Wilmington, DE 19801

Allison S. Mielke, Esq.
Young Conaway Stargatt, et al.
Rodney Square
1000 North King Street
Wilmington, DE 19801

Edmon L. Morton, Esq.
Young Conaway Stargatt, et al.
Rodney Square
1000 North King Street
Wilmington, DE 19801

Debra McElligott Sinclair, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Brady Sullivan, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Timothy Jay Fox, Jr. Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Ste. 2207
Lockbox #35
Wilmington, DE 19801

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Gregory V. Demo, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Jeffrey M. Dine, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Theodore S. Heckel, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Alan J. Kornfeld, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Beth E. Levine, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Fl.
Wilmington, DE 19801

Bradford J. Sandler, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Fl.
Wilmington, DE 19801

James W. Walker, Esq.
Pachulski Stang Ziehl & Jones LLP
700 Louisiana Street, Ste. 4500
Houston, TX 77002

Hayley R. Winograd, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017