Richard J. McCord, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP.
Counsel to 3644 Long Beach Road LLC
90 Merrick Avenue
East Meadow, NY 11554
Telephone (516) 296-7000

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------X

In re

FRANCHISE GROUP, INC., *et al* [1]

Debtors.
------------------------------------------------------X

Chapter 11

Case No. 24-12480 (JTD)
(Jointly Administered)

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                  )ss:
COUNTY OF NASSAU )

**CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

On December 12, 2024, service of the *Notice of Appearance and Demand for Service of Papers* was caused to be served upon:

**THE ATTACHED LIST OF CREDITORS AND/OR PARTIES IN INTEREST**

via first class mail by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

/s/Christine C. Follett
CHRISTINE C. FOLLETT

Sworn to before me this
15th day of August, 2024
/s/ Karen P. Galvin
KAREN P. GALVIN
Notary Public, State of New York
No.01GA5001652
Qualified in Nassau County
Commission Expires September 14, 2026

_____

8454177.1

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2346), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Immediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Immediate S, LLC (5408) Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries, LLC (3875), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

Shella Borovinskaya, Esq.
Young Conaway Stargatt, et al.
Rodney Square
1000 North King Street
Wilmington, DE 19801

James C. Dugan, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Joseph R. Brandt, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Betsy Lee Feldman, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Matthew A. Feldman, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Jessica D. Graber, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Yara Kass-Gergi, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Marine Loison, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Stuart R. Lombardi, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Kristin L. McElroy, Esq.
Young Conaway Stargatt, et al.
Rodney Square
1000 North King Street
Wilmington, DE 19801

Allison S. Mielke, Esq.
Young Conaway Stargatt, et al.
Rodney Square
1000 North King Street
Wilmington, DE 19801

Edmon L. Morton, Esq.
Young Conaway Stargatt, et al.
Rodney Square
1000 North King Street
Wilmington, DE 19801

Debra McElligott Sinclair, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Brady Sullivan, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Timothy Jay Fox, Jr. Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Ste. 2207
Lockbox #35
Wilmington, DE 19801

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Gregory V. Demo, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Jeffrey M. Dine, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Theodore S. Heckel, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Alan J. Kornfeld, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Beth E. Levine, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017

Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Fl.
Wilmington, DE 19801

Bradford J. Sandler, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Fl.
Wilmington, DE 19801

James W. Walker, Esq.
Pachulski Stang Ziehl & Jones LLP
700 Louisiana Street, Ste. 4500
Houston, TX 77002

Hayley R. Winograd, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017