

Accelerated Services, Inc
Allied H.V.A.C.
158-2 Remington Blvd.
Ronkonkoma, NY 11779
www.acceleratedhvac.com
631.478.1444

December 3, 2024

The Clerk of the Bankruptcy Court
824 N. Market Street
3rd Floor
Wilmington, DE 19801

Re: Chapter 11 – Addendum to November 26, 2024 Objection to the Approval of the Debtors Disclosure Statement
Case No. 24-12480
PSP Stores, LLC
Pet Supplies Plus, LLC

To Whom It May Concern;

Please Take Notice that We, Accelerated Services Inc., with Office at 158-2 Remington Boulevard, Ronkonkoma, NY 11779, Make Addendum to Our Original Objection of November 26, 2024, to the Approval of the Debtors Disclosure Statement by the Bankruptcy Court. Accelerated Services Inc. has now been notified by our bank that the Debtors Stopped Payment on the two attached check copies for work completed in August and September leaving another four invoices unpaid. This increases the amount the Debtors Owes us by $1,630.88, bringing the total outstanding and owed balance to now $34,072.02. Supporting Documentation enclosed.

Regards,

*[signature]*

Peter Bojbasa, President
Accelerated Services Inc.

USPS Certified/Return Receipt Mail
Enclosed: Invoicing, Work Orders, Account Statements, Signed Authorization to Proceed
Email Copy to: (a) Willkie Farr & Gallagher LLP, 787 Seventh Avenue New York, NY 10019, Attn: Debra M. Sinclair (DSinclair@Willkie.com), Matthew A. Feldman (Mfeldman@Willkie.com), Betsy L. Feldman (BFeldman@Willkie.com) and Joseph R. Brandt (JBrandt@Willkie.com), and (b) Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801, Attn: Edmon L. Morton (EMorton@ycst.com), Matthew B. Lunn (MLunn@ycst.com), Allison S. Mielke (AMielke@ycst.com), and Shella Borovinskaya (SBorovinskaya@ycst.com),; (ii) proposed council to any official committee appointed in theses Chapter 11 cases; (iii) the Office of the United States Trustee for the District of



Accelerated Services, Inc
Allied H.V.A.C.
158-2 Remington Blvd.
Ronkonkoma, NY 11779
www.acceleratedhvac.com
631.478.1444

Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Timothy J. Fox (Timothy.Fox@usdoj.gov); (iv) counsel to the DIP Agent, Attn: Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004, Attn: Gregg Bateman (Bateman@sewkis.com), Sagar Patel (Patel@sewkis.com), and Michael Danenberg (Danenberg@sewkis.com); (v) Counsel to the DIP Lenders and Ad Hoc Group, (a) Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Jayme Goldstein (JaymeGoldstein@paulhastings.com), Jeremy Evans(JeremyEvans@paulhastings.com), and Isaac Sasson (IsaacSasson@paulhastings.com), and (b) Landis Rath & Cobb LLP, 919 N. Market Street Suite 1800, Wilmington, DE 19317, Attn: Adam G. Landis (Landis@lrclaw.com), and Matthew McGuire (McGuire@lrclaw.com); (vi) counsel to the ABL Lenders, Attn: Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, Attn: Jennifer Ezring (Jennifer.Ezring@lw.com), James Ktsanes (James.Ktsanes@lw.com), and Andrew Sorkin (Andrew.Sorkin@lw.com); (vii) counsel to the Second Lien Lenders, White & Case LLP, 200 S. Biscayne Blvd., Miami, FL 33131, Attn: Thomas Lauria (Tlauria@Whitecase.com), and 111 S. Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Bojan Guzina (Bojan.Guzina@Whitecase.com), and counsel to the HoldCo Lenders at the address set forth in (vii) above.

**Accelerated Services, Inc.**
**Allied H.V.A.C, Inc.**
158-2 Remington Blvd.
Ronkonkoma NY 11779
Phone: 631-478-1444
Fax: 631-389-2513

POSTED 9/30/24
FM Pilot ???

# INVOICE

| DATE | INVOICE # | CUST # |
|---|---|---|
| 9/16/2024 | 0000056716 | 0000381 |

**BILL TO:**
PSP Stores, L.L.C.
17410 College Pkwy.
Livonia MI 48152

**SHIP TO:**
Pet Supplies Plus #9036
1170 Northern Blvd.
Manhasset NY 11030

| P.O. NUMBER | TERMS | SALES PERSON |
|---|---|---|
| WEB-176565 | NET 30 | Dylan Q |

| QUAN | DESCRIPTION | | | | | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|---|---|
| | Manufacturer | Model | Serial # | Type | Mfg Code | Warranty | Location | Agreement |
| | TRANE | YSC120A3EHA0R0 | 231101807L | R.T.U | | | RTU#2 | |
| | TRANE | YSC090A3EHA0H0 | 215100126L | R.T.U | | | RTU#1 | |
| 1.00 | Miscellaneous Wiring Material | | | | | 25.00 | 25.00 |
| 1.00 | 10% Discount Applied per Contract Terms | | | | | -2.50 | -2.50 |
| 1.50 | Discounted Commercial Contract Labor Rate (per hour) | | | | | 135.00 | 202.50 |
| 1.50 | Technician Assigned: Eduardo | | | | | | |

Service Call: Install New Site Sage Thermostat
Once new thermostat was delivered to the store, returned to site to install as needed for RTU's to operate properly. Upon arrival, checked in and spoke with the manager who provided me with the new thermostat from Site Sage. Disconnected then removed the old thermostat, installed new thermostat and wired in. Spoke with Powerhouse and had the thermostat programmed. The thermostat updated and installed programming. Thermostat is operational and the units are cooling properly.

HVAC Equipment Model and Serial #'s verified by technician

System checked, tested and operating at this time.

11/13/24 stopped payment
11/4/24
~~PAID~~
#145551

| | |
|---|---|
| SUBTOTAL | $225.00 |
| TAX | $19.41 |
| TOTAL | $244.41 |

Total Technician Hours  12:01 PM  12:14 PM  01:50 PM

_signature_
Customer Signature

**Terms and Conditions:**
You agree that upon the completion of Accelerated Services, Inc.'s description of the work, labor, and services, as well as goods and wares, as specified, you will be given a statement, either in person, or by mail. You agree to make payment within 30 (thirty) days of receipt of any statement for services rendered. In the event payment is not timely received, you agree to be responsible for a 1 1/2% per month, per annum service charge.

Additionally, if Accelerated Services, Inc., retains an attorney to collect the debt, you will be responsible for an additional reasonable attorney fee of 33 1/3% of the total amount due, which is agreed upon to be reasonable attorney's fees, in addition to the amount due. If requested, Accelerated will provide appropriate lien waivers upon receipt of payment.

**Accelerated Services, Inc.**
**Allied H.V.A.C, Inc.**
158-2 Remington Blvd.
Ronkonkoma NY 11779
Phone: 631-478-1444
Fax: 631-389-2513

POSTED
9/25/24
FM Pilot Inv

# INVOICE

| DATE | INVOICE # | CUST # |
|---|---|---|
| 9/11/2024 | 0000056644 | 0000385 |

**BILL TO:**
PSP Stores, L.L.C.
17410 College Pkwy.
Livonia MI 48152

**SHIP TO:**
Pet Supplies Plus #9016
458 Hempstead Turnpike
West Hempstead NY 11552

| P.O. NUMBER | TERMS | SALES PERSON |
|---|---|---|
| WEB-174749 | NET 30 | Eduard T |

| QUAN | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| | Manufacturer: CARRIER  Model: 48TCEA06A2A6A0A0  Serial #: 1114C58418  Type: R.T.U  Mfg Code:  Warranty:  Location: RTU#3  Agreement: | | |
| 4.00 | Discounted Commercial Contract Labor Rate (per hour) | 135.00 | 540.00 |
| 2.50 | 7/31/24 - Technician Assigned: Eduardo | | |
| 1.50 | 9/11/24 - Technician Assigned: Eduardo | | |
| | Service Call: No Cooling
7/31/24 - Responded to service call for no cooling. Upon arrival, checked in with the customer then set up a ladder to the roof. The units do not have a second stage on any of the units. The units are running perfectly fine, RTU #3 is reporting something wrong with second stage but there is no second stage in the unit or connected in the thermostat or the unit. The thermostat is giving an incorrect signal back to the main server, it will need a new thermostat for RTU #3. All the units are up and running at this time.

9/11/24 - Once the Site Sage thermostat was received at the store, returned to site to replace the thermostat for RTU #3 as needed for unit to operate properly. Upon arrival, checked in with the store manager who gave me the thermostat and began. Changed the thermostat on RTU #3 and spoke to the Site Sage agent to assist with programming and connection. The thermostat is configured, and the set points are correct. The system is operating as it should be and now the thermostat is being read properly.

HVAC Equipment Model and Serial #'s verified by technician | | |

11/13/24 Stopped Payment

10/28/24 ~~PAID~~
#195252

**Total Technician Hours**    09:33 AM    10:38 AM    11:52 AM

**Terms and Conditions:**
You agree that upon the completion of Accelerated Services, Inc.'s description of the work, labor, and services, as well as goods and wares, as specified, you will be given a statement, either in person, or by mail. You agree to make payment within 30 (thirty) days of receipt of any statement for services rendered. In the event payment is not timely received, you agree to be responsible for a 1 1/2% per month, per annum service charge.

Additionally, if Accelerated Services, Inc., retains an attorney to collect the debt, you will be responsible for an additional reasonable attorney fee of 33 1/3% of the total amount due, which is agreed upon to be reasonable attorney's fees, in addition to the amount due. If requested, Accelerated will provide appropriate lien waivers upon receipt of payment.

Page 2

**Accelerated Services, Inc.**
**Allied H.V.A.C, Inc.**
158-2 Remington Blvd.
Ronkonkoma NY 11779
Phone: 631-478-1444
Fax: 631-389-2513

# INVOICE

| DATE | INVOICE # | CUST # |
|---|---|---|
| 9/11/2024 | 0000056644 | 0000385 |

**BILL TO:**

PSP Stores, L.L.C.
17410 College Pkwy.
Livonia MI 48152

**SHIP TO:**

Pet Supplies Plus #9016
458 Hempstead Turnpike
West Hempstead NY 11552

| P.O. NUMBER | TERMS | SALES PERSON |
|---|---|---|
| WEB-174749 | NET 30 | Eduard T |

| QUAN | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| | System checked, tested and operating at this time. | | |
| | SUBTOTAL | | $540.00 |
| | TAX | | $46.58 |
| | TOTAL | | $586.58 |

Total Technician Hours    09:33 AM    10:38 AM    11:52 AM

_Customer Signature_

**Terms and Conditions:**
You agree that upon the completion of Accelerated Services, Inc.'s description of the work, labor, and services, as well as goods and wares, as specified, you will be given a statement, either in person, or by mail. You agree to make payment within 30 (thirty) days of receipt of any statement for services rendered. In the event payment is not timely received, you agree to be responsible for a 1 1/2% per month, per annum service charge.

Additionally, if Accelerated Services, Inc., retains an attorney to collect the debt, you will be responsible for an additional reasonable attorney fee of 33 1/3% of the total amount due, which is agreed upon to be reasonable attorney's fees, in addition to the amount due. If requested, Accelerated will provide appropriate lien waivers upon receipt of payment.

**Accelerated Services, Inc.**
**Allied H.V.A.C, Inc.**
158-2 Remington Blvd.
Ronkonkoma NY 11779
Phone: 631-478-1444
Fax: 631-389-2513

POSTED 9/25/24
FM Pilot Sold

# INVOICE

| DATE | INVOICE # | CUST # |
|---|---|---|
| 9/10/2024 | 0000056620 | 0000380 |

**BILL TO:**
PSP Stores, L.L.C.
17410 College Pkwy.
Livonia MI 48152

**SHIP TO:**
Pet Supplies Plus #9030
1960A Jericho Turnpike
East Northport NY 11731

| P.O. NUMBER | TERMS | SALES PERSON |
|---|---|---|
| PM-0115396 | NET 30 | Eduard T |

| QUAN | DESCRIPTION | | | | | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|---|---|
| | Manufacturer | Model | Serial # | Type | Mfg Code | Warranty / Location | Agreement |
| | GOODMAN | CPG1502104BXXXAA | 1004064103 | R.T.U | | RTU#1 | |
| | CARRIER | 48HCED12A2A6A0A | 1412G20227 | R.T.U | | RTU#3 | |
| | CARRIER | 48TCED12A2A6A0A0 | 3116P35489 | R.T.U | 2016 | RTU#2 | |
| 8.00 | 20x20x2 MERV 10 Pleated Filters | | | | | 19.29 | 154.32 |
| 4.00 | 20x25x2 MERV 10 Pleated Filters | | | | | 24.87 | 99.48 |
| 3.00 | AX49 Belt | | | | | 45.72 | 137.16 |
| 1.00 | Nitrogen 60# Tank | | | | | 104.79 | 104.79 |
| 1.00 | 10% Discount Applied per Contract Terms | | | | | -49.58 | -49.58 |
| 4.00 | Discounted Commercial Contract Labor Rate (per hour) | | | | | 135.00 | 540.00 |
| 4.00 | Technician Assigned: Eduardo | | | | | | |
| -4.00 | PM Labor included per contract terms | | | | | 135.00 | -540.00 |

Commercial Cooling PM:
Inspected blower belts, pulleys, all motors and bearings.
Checked evaporator coil, drain pans, traps and drain lines.
Inspected all electrical connections, contactor's, control components and condenser coil. Checked refrigerant charge and visual inspection for leaks. All panel doors secured.

Replaced the filters, replaced the belts then tensioned as needed. Found Goodman RTU #1 to be waiting on a part and will need a new TXV valve and a filter drier. The unit was freezing up on circuit #1 after the TXV, I added Nitrogen but it was taking longer to get to the high side.

Disconnected Y1 on the terminal block and disconnected the

11/13/24 stopped payment
10/28/24 ~~PAID~~ #195258

| Total Technician Hours | 01:05 PM | 01:45 PM | 05:42 PM |
|---|---|---|---|

**Terms and Conditions:**
You agree that upon the completion of Accelerated Services, Inc.'s description of the work, labor, and services, as well as goods and wares, as specified, you will be given a statement, either in person, or by mail. You agree to make payment within 30 (thirty) days of receipt of any statement for services rendered. In the event payment is not timely received, you agree to be responsible for a 1 1/2% per month, per annum service charge.

Additionally, if Accelerated Services, Inc., retains an attorney to collect the debt, you will be responsible for an additional reasonable attorney fee of 33 1/3% of the total amount due, which is agreed upon to be reasonable attorney's fees, in addition to the amount due. If requested, Accelerated will provide appropriate lien waivers upon receipt of payment.

Page 2

**Accelerated Services, Inc.**
**Allied H.V.A.C, Inc.**
**158-2 Remington Blvd.**
**Ronkonkoma NY  11779**
Phone: 631-478-1444
Fax: 631-389-2513

# INVOICE

| DATE | INVOICE # | CUST # |
|---|---|---|
| 9/10/2024 | 0000056620 | 0000380 |

**BILL TO:**
PSP Stores, L.L.C.
17410 College Pkwy.
Livonia MI  48152

**SHIP TO:**
Pet Supplies Plus #9030
1960A Jericho Turnpike
East Northport NY  11731

| P.O. NUMBER | TERMS | SALES PERSON |
|---|---|---|
| PM-0115396 | NET 30 | Eduard T |

| QUAN | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| | high pressure switch to make sure the compressor does not turn on. RTU #1 is currently filled up with 250 psi of Nitrogen. | | |
| | Checked all the units and all are working except RTU #1 where circuit #1 is freezing after the TXV because the TXV is not working properly. The unit needs a new TXV for circuit #1 | | |
| | HVAC Equipment Model and Serial #'s verified by technician | | |
| | System checked, tested and operating at this time. | | |
| | Follow Up: Quotes for the technicians recommendations listed below was sent on 9/11/2024 and are still pending approval. | | |
| | Goodman RTU #1 Already Has A Quote Pending Approval from 9/6/2024, But Will Also Need: TXV, Filter Drier and a High Pressure Test or Replace the Entire Unit. | | |

**SUBTOTAL**                $446.17
**TAX**                     $38.48
**TOTAL**                   $484.65

Total Technician Hours    01:05 PM    01:45 PM    05:42 PM

_[signature]_
Customer Signature

**Terms and Conditions:**
You agree that upon the completion of Accelerated Services, Inc.'s description of the work, labor, and services, as well as goods and wares, as specified, you will be given a statement, either in person, or by mail. You agree to make payment within 30 (thirty) days of receipt of any statement for services rendered. In the event payment is not timely received, you agree to be responsible for a 1 1/2% per month, per annum service charge.

Additionally, if Accelerated Services, Inc., retains an attorney to collect the debt, you will be responsible for an additional reasonable attorney fee of 33 1/3% of the total amount due, which is agreed upon to be reasonable attorney's fees, in addition to the amount due. If requested, Accelerated will provide appropriate lien waivers upon receipt of payment.

**Accelerated Services, Inc.**
**Allied H.V.A.C, Inc.**
158-2 Remington Blvd.
Ronkonkoma NY 11779
Phone: 631-478-1444
Fax: 631-389-2513

POSTED 9/25/24 [signature]

# INVOICE

| DATE | INVOICE # | CUST # |
|---|---|---|
| 8/22/2024 | 0000056338 | 0006845 |

**BILL TO:**
PSP Stores, L.L.C.
17410 College Pkwy.
Livonia MI 48152

**SHIP TO:**
Pet Supplies Plus #4098
80 N. Research Place
Central Islip NY 11722

| P.O. NUMBER | TERMS | SALES PERSON |
|---|---|---|
| PM-0115397 | COD | Dylan Q |

| QUAN | DESCRIPTION | | | | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|---|
| | Manufacturer | Model | Serial # | Type | Mfg Code | Warranty | Location | Agreement |
| | TRANE | YSC036G3RHA01 | 171410226L | R.T.U | MFG. 2017 | | RTU#2 | |
| | TRANE | YHC092F3RHA0J | 172112123L | R.T.U | MFG. 2017 | | RTU#3 | |
| | TRANE | YHC092F3RHA0J | 172013049L | R.T.U | MFG. 2017 | | RTU#1 | |
| | Aerotherm | GG/BRT-75 | G1602017816000006 | UnitHeater | | | | |
| | DAIKIN | FTXB12AXVJU | 655756K112931S | AirHandler | | | VetArea | |
| | DAIKIN | RXB12AXVJU | 655671K112710J | Condenser | 2022 08 | | Front-Roof | |
| 8.00 | 20x25x2 MERV 10 Pleated Filters | | | | | 24.87 | 198.96 |
| 2.00 | 20x35x2 MERV 10 Pleated Filters | | | | | 59.19 | 118.38 |
| 2.00 | AAA Alkaline Battery | | | | | 2.56 | 5.12 |
| 1.00 | 10% Discount Applied per Contract Terms | | | | | -32.25 | -32.25 |
| 2.00 | Discounted Commercial Contract Labor Rate (per hour) | | | | | 135.00 | 270.00 |
| 2.00 | Technician Assigned: Dylan | | | | | | |
| -2.00 | PM Labor included per contract terms | | | | | 135.00 | -270.00 |

Commercial Cooling PM:
Inspected blower belts, pulleys, all motors and bearings. Checked evaporator coil, drain pans, traps and drain lines. Inspected all electrical connections, contactor's, control components and condenser coil. Checked refrigerant charge and visual inspection for leaks. All panel doors secured.

Checked in, changed filters and washed all split system filters. Checked pressures, inspected evaporator and condenser coils. Checked and cleared drain lines then checked all electrical components. Tested operations of each unit. Systems are operational at this time.

11/13/24 stopped payment
10/28/24
PAID #195252

Total Technician Hours    12:36 PM    12:59 PM    03:01 PM

**Terms and Conditions:**
You agree that upon the completion of Accelerated Services, Inc.'s description of the work, labor, and services, as well as goods and wares, as specified, you will be given a statement, either in person, or by mail. You agree to make payment within 30 (thirty) days of receipt of any statement for services rendered. In the event payment is not timely received, you agree to be responsible for a 1 1/2% per month, per annum service charge.

Additionally, if Accelerated Services, Inc., retains an attorney to collect the debt, you will be responsible for an additional reasonable attorney fee of 33 1/3% of the total amount due, which is agreed upon to be reasonable attorney's fees, in addition to the amount due. If requested, Accelerated will provide appropriate lien waivers upon receipt of payment.

Page 2

Accelerated Services, Inc.
Allied H.V.A.C, Inc.
158-2 Remington Blvd.
Ronkonkoma NY 11779
Phone: 631-478-1444
Fax: 631-389-2513

# INVOICE

| DATE | INVOICE # | CUST # |
|---|---|---|
| 8/22/2024 | 0000056338 | 0006845 |

**BILL TO:**
PSP Stores, L.L.C.
17410 College Pkwy.
Livonia MI 48152

**SHIP TO:**
Pet Supplies Plus #4098
80 N. Research Place
Central Islip NY 11722

| P.O. NUMBER | TERMS | SALES PERSON |
|---|---|---|
| PM-0115397 | COD | Dylan Q |

| QUAN | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
|  | Installed (2) AAA batteries for thermostat controlling space heater in warehouse. HVAC Equipment Model and Serial #'s verified by technician System checked, tested and operating at this time. |  |  |

| | | |
|---|---|---|
| SUBTOTAL | | $290.21 |
| TAX | | $25.03 |
| TOTAL | | $315.24 |

Total Technician Hours    12:36 PM    12:59 PM    03:01 PM

Customer Signature

**Terms and Conditions:**
You agree that upon the completion of Accelerated Services, Inc.'s description of the work, labor, and services, as well as goods and wares, as specified, you will be given a statement, either in person, or by mail. You agree to make payment within 30 (thirty) days of receipt of any statement for services rendered. In the event payment is not timely received, you agree to be responsible for a 1 1/2% per month, per annum service charge.

Additionally, if Accelerated Services, Inc., retains an attorney to collect the debt, you will be responsible for an additional reasonable attorney fee of 33 1/3% of the total amount due, which is agreed upon to be reasonable attorney's fees, in addition to the amount due. If Requested, Accelerated will provide appropriate lien waivers upon receipt of payment.

Returned Deposit Details - chase.com

**$1,386.47**
Total

Nov 13, 2024
Post date

1
Checks returned

The payer asked us to stop this payment so the check was returned unpaid.

---

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**PSP Stores LLC**
17410 College Parkway
Livonia, MI 48152

9342100002

**JPMorgan Chase Bank, N.A.**
Detroit, MI 48226

195252
October 21, 2024

$ 1,386.47****

**Stop Payment**

PAY TO THE ORDER OF   Accelerated Services Inc
                     158-2 Remington Blvd.
                     Ronkonkoma, NY 11779

*** One Thousand Three Hundred Eighty Six and 47/100

US Dollar

**************Void after 90 days**************

⑈195252⑈ ⑇072000032⑇ 9342193820⑈

Account #    934219320
Routing #    07200032
Check #      000000195252
Reason for return    Stop payment

Returned Deposit Details - chase.com

| | |
|---|---|
| Nov 13, 2024 | 1 |
| Post date | Checks returned |

**Total** $244.41

The payer asked us to stop this payment so the check was returned unpaid.

---

**Stop Payment**

195551

PSP Stores LLC
17410 College Parkway
Livonia, MI 48152

JPMorgan Chase Bank, N.A.
Detroit, MI 48226

9342100002

October 28, 2024

$ 244.41***

*** Two Hundred Forty Four and 41/100

PAY TO THE ORDER OF
Accelerated Services Inc
158-2 Remington Blvd.
Ronkonkoma, NY 11779

****************Void after 90 days****************

US Dollar

⑈195551⑈ ⑆072000326⑆ 9342193200⑈

| | |
|---|---|
| Account # | 934219320 |
| Routing # | 07200032 |
| Check # | 000000195551 |
| Reason for return | Stop payment |

2/3