## Schedule 1

## Rejected Leases[1]

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| Debtor Entity | Counterparty | Counterparty's Address | Rejected Agreement and Property | Store |
|---|---|---|---|---|
| American Freight Outlet Stores, LLC | Centerpoint 550, LLC | Centerpoint 550, LLC<br>2710 Centerville Road Suite 104<br>Wilmington, DE 19808 Attn: Patrick Moran | *Distribution Center Lease,* Dated August 7, 2013, as amended<br><br>700 Centerpoint Blvd New Castle, DE 19720 | 4052 |
| American Freight Outlet Stores, LLC | PFIILP - Parr Boulevard, LLC | PFIILP - Parr Boulevard, LLC<br>c/o PDC Nevada, LLC<br>980 Sand Hill Road Suite 100<br>Reno, NV 89521<br>Attn: Doug Roberts | *Lease Agreement,* Dated August 31, 2016, as amended<br><br>400 E Parr Blvd<br>Reno, NV 89512 | 5236 |
| Vitamin Shoppe Industries LLC | 400 Success LLC | 400 Success LLC<br>P.O. Box 148<br>Croton on Hudson, New York, 10520-0148<br>Attn: Andrew Zafir<br>andrewzafir@msn.com | *Lease,* Dated November 6, 2017, as amended<br><br>400 Plaza Drive<br>Secaucus, NJ 07094 | 6042 |
| Vitamin Shoppe Industries LLC | Maxim Chambers II, LLC | Maxim Chambers II, LLC<br>c/o Pegasus Asset Management Inc.<br>1901 Avenue of the Stars, Suite 630<br>Los Angeles, CA, 90067<br>Attn: Benn Schecter<br>bschecter@pegasusam.com | *Lease,* Dated September 19, 2014, as amended<br><br>108 Chambers Street<br>New York, NY 10007 | 766 |