**Franchise Group, Inc. (24-12480)**

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Rick | Archer | Law360 | | Audio Only |
| John | Ashmead | Seward & Kissel, LLP | Wilmington Trust, National Association | Video and Audio |
| John | Ashmead | Seward & Kissel, LLP | Wilmington Trust, National Association | Video and Audio |
| Brett | Bakemeyer | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Brett | Bakemeyer | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Michael | Ballew | JP Morgan | | Video and Audio |
| Michael | Ballew | JP Morgan | | Video and Audio |
| Negisa | Balluku | | | Audio Only |
| Negisa | Balluku | | | Audio Only |
| Miguel | Bandeira | | | Audio Only |
| Miguel | Bandeira | | | Audio Only |
| Yasir | Bari | Garnett Station Partners | | Video and Audio |
| Yasir | Bari | Garnett Station Partners | | Video and Audio |
| Nicholas | Bassett | Milbank Tweed Hadley & | Ad Hoc Group of First Lien Lenders and | Video and Audio |
| Nicholas | Bassett | Milbank Tweed Hadley & | Ad Hoc Group of First Lien Lenders and | Video and Audio |
| Gregg | Bateman | Seward & Kissel LLP | Wilmington Trust, National Association | Video and Audio |
| Gregg | Bateman | Seward & Kissel LLP | Wilmington Trust, National Association | Video and Audio |
| Sarah | Ben-Ezer | | | Audio Only |
| Sarah | Ben-Ezer | | | Audio Only |
| Scott | Blakeley | Blakeley LC | Dr&#039;s Best | Video and Audio |
| Scott | Blakeley | Blakeley LC | Dr&#039;s Best | Video and Audio |
| Jessica | Bonteque | Duane Morris LLP | Chubb Companies | Video and Audio |
| Jessica | Bonteque | Duane Morris LLP | Chubb Companies | Video and Audio |
| Shella | Borovinskaya | Young Conaway Stargatt & | Debtors | Video and Audio |
| Joseph | Brandt | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Philip | Brendel | Bloomberg Intelligence | self | Audio Only |
| Philip | Brendel | Bloomberg Intelligence | self | Audio Only |
| Patrick | Brown | Sullivan & Cromwell LLP | B. Riley Financial, Inc. | Video and Audio |
| Patrick | Brown | Sullivan & Cromwell LLP | B. Riley Financial, Inc. | Video and Audio |
| Miguel | Cadavid | Paul Hastings LLP | Ad Hoc Lender Group | Video and Audio |
| Edward | Chen | | | Video and Audio |
| Edward | Chen | | | Video and Audio |

| Shirley | Cho | Pachulski Stang Ziehl & Jones | UCC | Video and Audio |
| Steven | Church | | non party | Audio Only |
| Steven | Church | | non party | Audio Only |
| Anthony | Clark | Greenberg Traurig, LLP | Arizona Nutritional Supplements | Video and Audio |
| Kevin | Collins | Barnes & Thornburg LLP | Drink LMNT and Elanco US Inc. | Video and Audio |
| Hughes | Congleton | | UCC | Video and Audio |
| Cat | Corey | | | Audio Only |
| Cat | Corey | | | Audio Only |
| John | Cunningham | | | Audio Only |
| Swapna | Deshpande | AlixPartners | Debtors | Video and Audio |
| Alexander | Doughty | Lincoln International | Lincoln International | Audio Only |
| Alexander | Doughty | Lincoln International | Lincoln International | Audio Only |
| Jeremy | Evans | Paul Hastings LLP | AHG | Video and Audio |
| Jeremy | Evans | Paul Hastings LLP | AHG | Video and Audio |
| Dean | Farley | Brennan Investment Group | GKI Industrial Dallas LLC | Video and Audio |
| Dean | Farley | Brennan Investment Group | GKI Industrial Dallas LLC | Video and Audio |
| Betsy | Feldman | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Matthew | Feldman | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Scott | Flaherty | Debtwire/press outlet | | Audio Only |
| Scott | Fleischer | Barclay Damon LLP | Various Landlords [Dkt. 261] | Video and Audio |
| Scott | Fleischer | Barclay Damon LLP | Various Landlords [Dkt. 261] | Video and Audio |
| Dan | Fliman | | AHG | Video and Audio |
| Dan | Fliman | | AHG | Video and Audio |
| Daniel | Fliman | Paul Hastings LLP | Ad Hoc Group of First Lien Lenders and | Video and Audio |
| Daniel | Fliman | Paul Hastings LLP | Ad Hoc Group of First Lien Lenders and | Video and Audio |
| David | Forsh | Raines Feldman Littrell LLP | Creditor | Video and Audio |
| J David | Forsyth | Sessions Fishman & Nathan | Shanri Holdings Corp. | Audio Only |
| J David | Forsyth | Sessions Fishman & Nathan | Shanri Holdings Corp. | Audio Only |
| J. David | Forsyth | Sessions, Fishman & Nathan | Gateway Village | Audio Only |
| J. David | Forsyth | Sessions, Fishman & Nathan | Gateway Village | Audio Only |
| James | Francis | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| James | Francis | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Jayme | Goldstein | | AHG | Video and Audio |

| Jayme | Goldstein | | AHG | Video and Audio |
|---|---|---|---|---|
| Jessica | Graber | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Anthony | Greene | Cadwalader, Wickersham & Taft | Cadwalader, Wickersham & Taft LLP | Audio Only |
| Anthony | Greene | Cadwalader, Wickersham & Taft | Cadwalader, Wickersham & Taft LLP | Audio Only |
| Chris | Grubb | Ducera Partners | Debtors | Video and Audio |
| James | Haithcock | Burr & Forman LLP | Comenity Capital Bank | Video and Audio |
| James | Haithcock | Burr & Forman LLP | Comenity Capital Bank | Video and Audio |
| Will | Harvey | | | Audio Only |
| Will | Harvey | | | Audio Only |
| Brett | Haywood | Potter Anderson & Corroon | | Video and Audio |
| Theodore | Heckel | Pachulski Stang Ziehl & Jones | UCC | Video and Audio |
| Theodore | Heckel | Pachulski Stang Ziehl & Jones | UCC | Video and Audio |
| Talia | Helfrick | Akin Gump | | Audio Only |
| Talia | Helfrick | Akin Gump | | Audio Only |
| Ruth | Hennigan | | PNC | Audio Only |
| Ruth | Hennigan | | PNC | Audio Only |
| Angela | Herring | | interested party | Audio Only |
| Samuel | Hershey | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Samuel | Hershey | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Jon | Hla | Aristeia Capital | | Audio Only |
| Jon | Hla | Aristeia Capital | | Audio Only |
| Rebecca | Hollander | B. Riley Finanical | B. Riley Financial, Inc. | Video and Audio |
| Rebecca | Hollander | B. Riley Finanical | B. Riley Financial, Inc. | Video and Audio |
| Audrey | Hornisher | Clark Hill PLC | Surprise Town Center, Crossroads | Video and Audio |
| Audrey | Hornisher | Clark Hill PLC | Surprise Towne Center, Crossroads | Video and Audio |
| Elisa | Hyder | Polsinelli PC | | Video and Audio |
| Geoffrey | Jones | | | Video and Audio |
| Geoffrey | Jones | | | Video and Audio |
| Anthony | Jost | Riley Bennett Egloff LLP | SAB Investments, LLC | Audio Only |
| Andrew | Kaminsky | Franchise Group, Inc. | Debtors | Video and Audio |
| Jeffrey | Kaplan | | | Video and Audio |
| Jeffrey | Kaplan | | | Video and Audio |
| Yara | Kass-Gergi | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Sanjeev | Khemlani | Lazard | 1Ls | Video and Audio |

| Sanjeev | Khemlani | Lazard | 1Ls | Video and Audio |
|---------|----------|--------|-----|------------------|
| Sanjuro | Kietlinski | | UCC | Video and Audio |
| John | Knight | Richards, Layton & Finger, P.A. | B. Riley Financial, Inc. | Video and Audio |
| John | Knight | Richards, Layton & Finger, P.A. | B. Riley Financial, Inc. | Video and Audio |
| Leonie | Koch | Paul Hastings LLP | Ad Hoc Group of First Lien Lenders | Video and Audio |
| Leonie | Koch | Paul Hastings LLP | Ad Hoc Group of First Lien Lenders | Video and Audio |
| Evan | Kramer | | | Video and Audio |
| Evan | Kramer | | | Video and Audio |
| James | Ktsanes | | | Video and Audio |
| Carl | Kunz | Morris James LLP | RCG Camp Creek | Video and Audio |
| Jacob | Lang | Choate Hall & Stewart | | Video and Audio |
| Jennifer | Lappe | | | Audio Only |
| Jennifer | Lappe | | | Audio Only |
| Mathew | Laskowski | Paul Hastings LLP | Ad Hoc Group of First Lien Lenders and | Video and Audio |
| Mathew | Laskowski | Paul Hastings LLP | Ad Hoc Group of First Lien Lenders and | Video and Audio |
| Derrick | Laton | | UCC | Video and Audio |
| Andrew | Laurence | Franchise Group, Inc. | Debtors | Video and Audio |
| Thomas | Lauria | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Thomas | Lauria | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Marcella | Leonard | Paul Hastings | Franchise Group 1st Lien Lenders | Video and Audio |
| Marcella | Leonard | Paul Hastings | Franchise Group 1st Lien Lenders | Video and Audio |
| Emily | Lever | | | Audio Only |
| Emily | Lever | | | Audio Only |
| Beth | Levine | Pachulski Stang Ziehl & Jones | UCC | Audio Only |
| Marine | Loison | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Matthew | Lunn | Young, Conaway, Stargatt & | Debtors | Video and Audio |
| Dorothy | Ma | | | Audio Only |
| Dorothy | Ma | | | Audio Only |
| Ida | Mashburn-Myrick | Phelps Dunbar LLP | Creditor | Video and Audio |
| Ida | Mashburn-Myrick | Phelps Dunbar LLP | Creditor | Video and Audio |
| Andrew | Matott | Seward & Kissel LLP | DIP Agent | Video and Audio |
| Andrew | Matott | Seward & Kissel LLP | DIP Agent | Video and Audio |
| Kristin | McElroy | Young Conaway Stargatt & | | Video and Audio |
| Tiffany | McMillan-McWaters | Franchise Group, Inc. | Debtors | Video and Audio |

| Allison | Mielke | Young Conaway Stargatt & | Debtors | Video and Audio |
|---------|--------|--------------------------|---------|-----------------|
| Theresa | Mistretta | Potter | | Video and Audio |
| Anais | Mitra | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Anais | Mitra | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Sona | Mkrttchian | Lazard | | Video and Audio |
| Sona | Mkrttchian | Lazard | | Video and Audio |
| Colin | Murphy | Lazard | | Audio Only |
| Hannah | Nussbaum | | | Video and Audio |
| Hannah | Nussbaum | | | Video and Audio |
| Beth | Olivere | Young Conaway Stargatt & | Debtors | Video and Audio |
| David | Orlofsky | AlixPartners | Debtors | Video and Audio |
| Daniel | Ornstein | | Creditor | Video and Audio |
| Daniel | Ornstein | | Creditor | Video and Audio |
| Aryan | Pal | | | Audio Only |
| Aryan | Pal | | | Audio Only |
| Beau | Parker | | JP Morgan Chase, N.A., as Prepetition | Video and Audio |
| Beau | Parker | | JP Morgan Chase, N.A., as Prepetition | Video and Audio |
| Timothy | Parker | | | Video and Audio |
| Deborah | Perry | Munsch Hardt Kopf & Harr PC | BC Exchange Salt Pond | Video and Audio |
| Daniel | Radi | | UCC | Video and Audio |
| Jonathan | Randles | | Bloomberg News | Audio Only |
| Jonathan | Randles | | Bloomberg News | Audio Only |
| Jeffrey | Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. | Video and Audio |
| Jeffrey | Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. | Video and Audio |
| Dana | Robbins-Boehner | Burr & Forman LLP | CTO 24 Carolina and Sylvan Park | Video and Audio |
| Dana | Robbins-Boehner | Burr & Forman LLP | CTO 24 Carolina and Sylvan Park | Video and Audio |
| Colin | Robinson | PSZJ | Committee | Video and Audio |
| Colin | Robinson | PSZJ | Committee | Video and Audio |
| Jeremy | Ryan | Potter Anderson & Corroon | | Video and Audio |
| Isaac | Sasson | Paul Hastings LLP | AHG | Video and Audio |
| Isaac | Sasson | Paul Hastings LLP | AHG | Video and Audio |
| Eric | Seeton | Franchise Group, Inc. | Debtors | Video and Audio |
| Allison | Selick | Kelley Drye | | Video and Audio |
| Allison | Selick | Kelley Drye | | Video and Audio |

| Erin | Severini | Frost Brown Todd LLC | WPG Legacy, LLC | Video and Audio |
|------|----------|---------------------|-----------------|-----------------|
| Erin | Severini | Frost Brown Todd LLC | WPG Legacy, LLC | Video and Audio |
| Brian | Shaw | Cozen O&#039;Connor | Prophecy Settlement-related Trust | Video and Audio |
| John | Shore | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| John | Shore | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Michelle | Shriro | Singer & Levick, PC | Retail Plaza/B33 | Video and Audio |
| Michelle | Shriro | Singer & Levick, PC | Retail Plaza/B33 | Video and Audio |
| William | Siegel | Cowles & Thompson, P.C. | Korber Supply Chain US, Inc. | Video and Audio |
| William | Siegel | Cowles & Thompson, P.C. | Korber Supply Chain US, Inc. | Video and Audio |
| Kevin | Simard | Choate Hall & Stewart | | Video and Audio |
| Debra | Sinclair | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Lauren | Sisson | Haynes and Boone | Benebone | Video and Audio |
| Lauren | Sisson | Haynes and Boone | Benebone | Video and Audio |
| Andrew | Sorkin | | JP Morgan Chase, N.A., as Prepetition | Audio Only |
| Andrew | Sorkin | | JP Morgan Chase, N.A., as Prepetition | Audio Only |
| Chris | Stauble | Weil, Gotshal & Manges LLP | Alphia | Video and Audio |
| Chris | Stauble | Weil, Gotshal & Manges LLP | Alphia | Video and Audio |
| Nicholas | Steffen | Province Firm | UCC | Video and Audio |
| Nicholas | Steffen | Province Firm | UCC | Video and Audio |
| Nick | Steffen | Province Firm | | Audio Only |
| Nick | Steffen | Province Firm | | Audio Only |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | B. Riley Financial, Inc. | Video and Audio |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | B. Riley Financial, Inc. | Video and Audio |
| Ethan | Sulik | Potter | | Video and Audio |
| Brady | Sullivan | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| Jack | Sullivan | Lincoln International | | Audio Only |
| Jack | Sullivan | Lincoln International | | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| Ellsworth | Summers | Burr & Forman LLP | CTO 24 Carolina and Sylvan Park | Video and Audio |
| Ellsworth | Summers | Burr & Forman LLP | CTO 24 Carolina and Sylvan Park | Video and Audio |
| Kaitlyn | Sundt | AP Services, LLC | Debtors | Video and Audio |
| Adam | Swingle | | | Audio Only |
| Adam | Swingle | | | Audio Only |

CASE NAME: *Franchise Group, Inc., et al.,*
CASE NO: 24-12480 (JTD)

**SIGN-IN SHEET**

COURTROOM LOCATION: 5th Floor #5
DATE: December 17, 2024 at 11:00 a.m. (ET)

| Name | Law Firm/Company | Client Representing |
|---|---|---|
| Adam G. Landis | Landis Rath & Cobb LLP | Ad Hoc Lender Group |
| Elizabeth A. Rogers | Landis Rath & Cobb LLP | Ad Hoc Lender Group |
| Daniel Fliman | Paul Hastings LLP | Ad Hoc Lender Group |
| Isaac Sasson | Paul Hastings LLP | Ad Hoc Lender Group |
| Leonie Koch | Paul Hastings LLP | Ad Hoc Lender Group |
| Nicholas Bassett | Paul Hastings LLP | Ad Hoc Lender Group |

| | | | | |
|---|---|---|---|---|
| Lisa | Tancredi | Womble Bond Dickinson (US) | Buddy Mac Holdings, LLC | Video and Audio |
| Stanley | Tarr | Blank Rome LLP | Wilmington Trust | Video and Audio |
| Stanley | Tarr | Blank Rome LLP | Wilmington Trust | Video and Audio |
| Kate | Thomas | | | Audio Only |
| Nichole | Wilcher | Womble Bond Dickinson (US) | Buddy Mac Holdings, LLC | Video and Audio |
| Jordan | Williams | Blank Rome LLP | Wilmington Trust | Video and Audio |
| Jordan | Williams | Blank Rome LLP | Wilmington Trust | Video and Audio |
| Keyashia | Willis | Barclay Damon LLP | Various Landlords [Dkt. 261] | Video and Audio |
| Andrew | Wu | Premier Nutrition Company | | Audio Only |
| Andrew | Wu | Premier Nutrition Company | | Audio Only |
| Andrew | Zatz | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Andrew | Zatz | White & Case LLP | Ad Hoc Group of Freedom Lenders | Video and Audio |
| Seth | Zeleznik | Irradiant Partners | | Video and Audio |
| Seth | Zeleznik | Irradiant Partners | | Video and Audio |
| james | dugan | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| brian | kahn | | | Video and Audio |
| brian | kahn | | | Video and Audio |
| stuart | lombardi | Willkie Farr & Gallagher LLP | Debtors | Video and Audio |
| michael | schwarzmann | | | Video and Audio |
| michael | schwarzmann | | | Video and Audio |

# SIGN-IN SHEET

**JUDGE:** Dorsey   **COURTROOM:** 5

**CASE NUMBER(S):** 24-12480  **CASE NAME:** FRANCHISE GROUP, INC.  **DATE:** 12/17/2024 (11:00 AM)

*\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| BRAD SANDLER | Pachulski, Stang Ziehl Jones | Committee |
| ROBERT FEINSTEIN | " | " |
| PAUL LABOV | " | " |
| COLIN R ROBINSON | " | " |
| Timothy J. Fox, Jr. | Office of U.S. Trustee | U.S. Trustee |
| Matthew Feldman | WFG | Debtors |
| Betsy Feldman | " | " |
| Edmon Morton | YCST | " |
| Tom Lauria | White + Case | Freedom Lender Group |
| Andrew Zatz | " | " |
| Brett Bakemeyer | " | " |
| Michael Farnan | Farnan LLP | " |
| | | |
| | | |
| | | |
| | | |