## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br>(Jointly Administered)<br><br>**Related D.I. 192** |

### CERTIFICATION OF COUNSEL

The undersigned hereby certifies that:

1. On November 20, 2024, the Ad Hoc Group of Freedom Lenders, in the above captioned case, filed the *Motion for Entry of an Order (I) Terminating Exclusivity in the Holdco Debtors' Cases, (II) Lifting the Automatic Stay in the Holdco Debtors' Cases, or (III) Appointing a chapter 11 Trustee for the Holdco Debtors* [D.I. 192] ("**Motion**").

2. On December 17, 2024, the Court held a final hearing on the Motion and denied the request therein.

Accordingly, the Ad Hoc Group of Freedom Lenders, with the consent of the interested parties, respectfully requests entry of the Proposed Order attached hereto as **Exhibit A** at the Court's convenience.

(*Remainder of the page intentionally left blank*)

Dated: December 18, 2024

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Thomas E Lauria
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com

J. Christopher Shore
Samuel P. Hershey
Andrew Zatz
Erin Smith
Brett Bakemeyer
Jade Yoo
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
sam.hershey@whitecase.com
azatz@whitecase.com
erin.smith@whitecase.com
brett.bakemeyer@whitecase.com
jade.yoo@whitecase.com

*Counsel for Ad Hoc Group of Freedom Lenders*