**CERTIFICATE OF SERVICE**

    I, Michael J. Farnan, hereby certify that in addition to the notice and service provided through the Court's ECF system that on December 18, 2024, a copy of the Certification of Counsel was served on the attached 2002 list.

/s/ Michael J. Farnan
Michael J. Farnan (Bar No. 5165)

**In re: Franchise Group, Inc.,** *et al.*
Core/2002 Service List
Case No. 24-12480 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Azalea Joint Venture, LLC, Brixmor Operating Partnership LP, Continental Realty Corporation, Federal Realty OP LP, FR Grossmont, LLC, Prime/FRIT Mission Hills, LLC, and ShopOne Centers REIT, Inc. | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | 919 North Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4466 | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| Counsel to Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.2, Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.3, Wheeler REIT,LP, and/or certain of their affiliates | Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | | 315-413-7115 | | knewman@barclaydamon.com |
| Counsel to Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.2, Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.3, Wheeler REIT,LP, and/or certain of their affiliates | Barclay Damon LLP | Attn: Niclas A. Ferland | 545 Long Wharf Drive | Ninth Floor | New Haven | CT | 06511 | | 203-672-2667 | | nferland@barclaydamon.com |
| Counsel to Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.2, Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.3, Wheeler REIT,LP, and/or certain of their affiliates | Barclay Damon LLP | Attn: Scott L. Fleischer | 1270 Avenue of the Americas | Suite 501 | New York | NY | 10020 | | 212-784-5810 | | sfleischer@barclaydamon.com |
| Counsel to Drink LMNT, Inc. | Barnes & Thornburg LLP | Attn: Kevin G. Collins | 222 Delaware Avenue, Suite 1200 | | Wilmington | DE | 19801 | | 302-300-3434 | 302-300-3456 | kevin.collins@btlaw.com |
| Counsel to Elanco US Inc. | Barnes & Thornburg LLP | Attn: Kevin G. Collins, Mark R. Owens | 222 Delaware Avenue, Suite 1200 | | Wilmington | DE | 19801 | | 302-300-3434 | 302-300-3456 | kevin.collins@btlaw.com mark.owens@btlaw.com |
| Counsel for Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC | Bayard, P.A. | Attn: Ericka F. Johnson | 600 N. Market Street, Suite 400 | | Wilmington | DE | 19801 | | 302-655-5000 | 302-658-6395 | ejohnson@bayardlaw.com |
| Counsel to Babson Macedonia Partners, LLC | Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Juan E. Martinez | 1313 North Market Street, Suite 1201 | | Wilmington | DE | 19801-6101 | | 302-442-7010 | | kcapuzzi@beneschlaw.com jmartinez@beneschlaw.com |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass | Bernstein Litowitz Berger & Grossmann LLP | Attn: Benjamin Potts, Mae Oberste | 500 Delaware Avenue | Suite 901 | Wilmington | DE | 19801 | | 302-364-3600 | | benjamin.potts@blbglaw.com mae.oberste@blbglaw.com |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass | Bernstein Litowitz Berger & Grossmann LLP | Attn: Jeroen van Kwawegen, Thomas James | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-554-1400 | | jeroen@blbglaw.com thomas.james@blbglaw.com |
| Cousnel to Doctor's Best Inc | Blakeley LC | Attn: Scott Blakeley | 530 Technology Drive | Suite 100 | Irvine | CA | 92618 | | 949-260-0611 | | SEB@BlakeleyLC.com |

In re: Franchise Group, Inc., *et al.*
Core/2002 Service List
Case No. 24-12480 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent | Blank Rome LLP | Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams | 1201 N. Market Street, Suite 800 | | Wilmington | DE | 19801 | | 302-425-6400 | | mike.schaedle@blankrome.com stanley.tarr@blankrome.com jordan.williams@blankrome.com |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass | Block & Leviton, LLP | Attn: Kimberly A. Evans, Irene R. Lax | 222 Delaware Ave | Suite 1120 | Wilmington | DE | 19801 | | 302-499-3600 | | kim@blockleviton.com irene@blockleviton.com |
| Counsel to Brookfield Properties Retail Inc | Brookfield Properties Retail Inc | Attn: Kristen N. Pate | 350 N. Orleans Street | Suite 300 | Chicago | IL | 60654-1607 | | 312-960-2940 | 312-442-6374 | bk@bpretail.com |
| Counsel to Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 425 Market Street, Suite 2900 | | San Francisco | CA | 94105-3493 | | 415-227-0900 | | schristianson@buchalter.com |
| Counsel to Comenity Capital Bank, CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC | Burr & Forman LLP | Attn: J. Cory Falgowski | 222 Delaware Avenue, Suite 1030 | | Wilmington | DE | 19801 | | 302-830-2312 | 302-397-2566 | jfalgowski@burr.com |
| Counsel for CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC | Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins | 50 North Laura Street, Suite 3000 | | Jacksonville | FL | 32202 | | 904-232-7203 | 904-212-0315 | esummers@burr.com drobbins@burr.com |
| Counsel to Comenity Capital Bank | Burr & Forman LLP | Attn: James H. Haithcock, III | 420 N. 20th Street, Suite 3400 | | Birmingham | AL | 35203 | | 205-458-5277 | 205-244-5674 | jhaithcock@burr.com |
| Counsel to 3644 Long Beach Road LLC | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord | 90 Merrick Avenue | 9th Floor | East Meadow | NY | 11554 | | 516-296-7000 | | rmccord@certilmanbalin.com |
| Counsel to Hilco Merchant Resources, LLC | Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | Hercules Plaza | 1313 North Market St, Suite 5400 | Wilmington | DE | 19801 | | 302-295-0191 | | desgross@chipmanbrown.com |
| Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, and VS Tempe, LLC | Clark Hill PLC | Attn: Audrey L. Hornisher | 901 Main Street, Suite 6000 | | Dallas | TX | 75202 | | 214-651-4300 | 214-651-4330 | ahornisher@clarkhill.com |
| Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, and VS Tempe, LLC | Clark Hill PLC | Attn: Karen M. Grivner | 824 N. Market Street, Suite 710 | | Wilmington | DE | 19801 | | 302-250-4750 | 302-421-9439 | kgrivner@clarkhill.com |
| Counsel to Missouri Boulevard Investment Company | Cook, Vetter, Doerhoff & Landwehr, P.C. | Attn: John D. Landwehr | 231 Madison Street | | Jefferson City | MO | 65101 | | 573-635-7977 | 573-635-7414 | jlandwehr@cvdl.net |
| Counsel to County of Loudoun, Virginia | County of Loudoun, Virginia | Attn: Belkys Escobar | One Harrison Street, SE, 5th Floor | PO Box 7000 | Leesburg | VA | 20177-7000 | | 703-777-0307 | 703-771-5025 | belkys.escobar@loudoun.gov |
| Counsel to Krober Supply Chain US, Inc | Cowles & Thompson, P.C. | Attn: William L. Siegel | 901 Main Street, Suite 3900 | | Dallas | TX | 75202 | | 214-672-2126 | 214-672-2326 | bsiegel@cowlesthompson.com |
| Counsel to the Prophecy Settlement-related Liquidating Trust 2022-23 | Cozen O'Connor | Attn: Brian L. Shaw | 123 North Wacker Drive | Suite 1800 | Chicago | IL | 60606 | | 312-474-1644 | 312-382-8910 | bshaw@cozen.com |
| Counsel to the Prophecy Settlement-related Liquidating Trust 2022-23 | Cozen O'Connor | Attn: Marla S. Benedek, Kaan Ekiner | 1201 N. Market Street | Suite 1001 | Wilmington | DE | 19801 | | 302-295-2000 | 302-250-4498 | mbenedek@cozen.com kekiner@cozen.com |
| Counsel to Woodbolt Distribution, LLC, Glanbia Performance Nutrition, Inc., Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers, LLC | Cross & Simon, LLC | Attn: Christopher P. Simon | 1105 North Market Street, Suite 901 | | Wilmington | DE | 19801 | | 302-777-4200 | 302-777-4224 | csimon@crosslaw.com |
| Counsel to Kawips Delaware Cuyahoga Falls, LLC | Cross & Simon, LLC | Attn: Kevin S. Mann | 1105 North Market Street, Suite 901 | | Wilmington | DE | 19801 | | 302-777-4200 | | kmann@crosslaw.com |
| Counsel to Kings Mountain Investments, Inc. | Dentons Sirote PC | Attn: Stephen B. Porterfield | 2311 Highland Avenue South | P.O. Box 55727 | Birmingham | AL | 35255-5727 | | 205-930-5278 | 205-212-3862 | stephen.porterfield@dentons.com |
| Counsel to Ahuja Development LLC | Duane Morris LLP | Attn: Christopher M. Winter, James C. Carignan | 1201 N. Market Street, Suite 501 | | Wilmington | DE | 19801 | | 302-657-4900 | 302-657-490 | cmwinter@duanemorris.com jccarignan@duanemorris.com |
| Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates | Faegre Drinker Biddle & Reath LLP | Attn: Michael T. Gustafson | 320 South Canal Street, Suite 3300 | | Chicago | IL | 60606 | | 312-569-1000 | 312-569-3000 | mike.gustafson@faegredrinker.com |
| Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | 222 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | 302-467-4200 | 302-467-4201 | patrick.jackson@faegredrinker.com |
| Counsel to Ad Hoc Group of Freedom Lenders | Farnan LLP | Attn: Brian E. Farnan, Michael J. Farnan | 919 North Market Street | 12th Floor | Wilmington | DE | 19801 | | 302-777-0300 | 302-777-0301 | bfarnan@farnanlaw.com mfarnan@farnanlaw.com |
| Debtors | Franchise Group, Inc. | Attn: President or General Counsel | | | | | | | | | |

In re: Franchise Group, Inc., *et al.*
Core/2002 Service List
Case No. 24-12480 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for WPG Legacy, LLC | Frost Brown Todd LLP | Attn: Erin P. Severini, Joy D. Kleisinger | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | | 513-651-6800 | 513-651-6981 | eseverini@fbtlaw.com jkleisinger@fbtlaw.com |
| Counsel for Cintas Corporation No. 2 | Frost Brown Todd LLP | Attn: Sloane B. O'Donnell | Union Trust Building | 501 Grant Street, Suite 800 | Pittsburgh | PA | 15219 | | 412-513-4300 | 412-513-4299 | sodonnell@fbtlaw.com |
| Counsel to ACAR Leasing LTD d/b/a GM Financial Leasing | GM Financial Leasing | Attn: Lorenzo Nunez | PO Box 183853 | | Arlington | TX | 76096 | | 877-203-5538 | 877-259-6417 | Customer.service.bk@gmfinancial.com |
| Counsel to Arizona Nutritional Supplements | Greenberg Traurig, LLP | Attn: Anthony W. Clark, Dennis A. Meloro | 222 Delaware Avenue | Suite 1600 | Wilmington | DE | 19801 | | 302-661-7000 | | Anthony.Clark@gtlaw.com Dennis.Meloro@gtlaw.com |
| Counsel to Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education (hereinafter "Harris County") | Harris County Attorney's Office | Susan Fuertes | Attn: Property Tax Division | P.O. Box 2848 | Houston | TX | 77252 | | 346-286-8899 | | taxbankruptcy.cao@harriscountytx.gov |
| Counsel to Alter Domus (US) LLC | Holland & Knight LLP | Attn: Phillip W. Nelson | 150 N. Riverside Plaza, Suite 2700 | | Chicago | IL | 60606 | | 312-263-3600 | 312-578-6666 | phillip.nelson@hklaw.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave., NW | | Washington | DC | 20224 | | 800-973-0424 | 855-235-6787 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Counsel to BCDC Portfolio Owner LLC, BCHQ Owner LLC, Brookfield Properties Retail, Inc., Curbline Properties Corp., First Washington Realty, GCP Boom LLC, JLL Property Management (Franklin Mall), Kite Realty Group, L.P., NNN REIT, Inc., Regency Centers, L.P., Shamrock A. Owner LLC, and SITE Centers Corp. | Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Jennifer D. Raviele, Allison Selick | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com rlehane@kelleydrye.com jraviele@kelleydrye.com aselick@kelleydrye.com |
| Counsel to Ken Burton, Jr., Manatee County Tax Collector | Ken Burton, Jr., Manatee County Tax Collector | Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA | 1001 3rd Ave W, Suite 240 | | Brandenton | FL | 34205-7863 | | 941-741-4835 | 941-708-4934 | legal@taxcollector.com |
| Counsel to Frontier Bel Air LLC, Frontier Dania LLC, Frontier Osceola LLC, Frontier Dover LLC, Frontier Kissimmee LLC | Kerrick Bachert PSC | Attn: Scott A. Bachert | 1411 Scottsville Road | P. O. Box 9547 | Bowling Green | KY | 42102-9547 | | 270-782-8160 | 270-782-5856 | |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass | Kessler Topac Meltzer & Check LLP | Attn: J. Daniel Albert, Michael McCutcheon | 280 King of Prussia Rd | | Radnor | PA | 19087 | | 610-667-7706 | | dalbert@ktmc.com mmcutcheon@ktmc.com |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Connor K. Casas | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | | 312-862-2000 | | connor.casas@kirkland.com |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Steven N. Serajeddini P.C. | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | | steven.serajeddini@kirkland.com |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 N. Market Street, Suite 1000 | | Wilmington | DE | 19801-3062 | | 302-426-1189 | | dpacitti@klehr.com |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market Street, Suite 1400 | | Philadelphia | PA | 19103 | | 215-569-2700 | | mbranzburg@klehr.com |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Herb Baer, Christine Porter, Jessica Berman | 1 World Trade Center | 31st Floor | New York | NY | 10007 | | 212-257-5450 | 646-536-2810 | serviceqa@ra.kroll.com FRGTeam@ra.kroll.com |
| Counsel to Oxford Valley Road Associates, L.P. | Kurtzman Steady LLC | Attn: Jeffrey Kurtzman | 101 N. Washington Avenue | Suite 4A | Margate | NJ | 08402 | | 215-839-1222 | | kurtzman@kurtzmansteady.com |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers | 919 Market Street Suite 1800 | P.O. Box 2087 | Wilmington | DE | 19801 | | 302-467-4400 | 302-467-4450 | landis@lrclaw.com mcguire@lrclaw.com erogers@lrclaw.com |

In re: Franchise Group, Inc., *et al.*
Core/2002 Service List
Case No. 24-12480 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: Andrew Sorkin | 555 Eleventh Street NW | Suite 1000 | Washington | DC | 20004 | | 202-637-2200 | | andrew.sorkin@lw.com |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: James Kstanes, Timothy Beau Parker | 330 N Wabash Avenue | Suite 2800 | Chicago | IL | 60611 | Canada | 312-876-7700 | | james.ktsanes@lw.com beau.parker@lw.com |
| Counsel to the ABL Secured Parties | Latham & Watkins LLP | Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin | 1271 Avenue of the Americas | | New York | NY | 10020 | | | | Jennifer.Ezring@lw.com James.Ktsanes@lw.com andrew.sorkin@lw.com |
| Counsel to BCDC Portfolio Owner LLC, BCHQ Owner LLC, Brookfield Properties Retail, Inc., Curbline Properties Corp., First Washington Realty, GCP Boom LLC, JLL Property Management (Franklin Mall), Kite Realty Group, L.P., NNN REIT, Inc., Regency Centers, L.P., Shamrock A. Owner LLC, and SITE Centers Corp. | Law Office of Susan E. Kaufman | Attn: Susan E. Kaufan | 919 N. Market Street, Suite 460 | | Wilmington | DE | 19801 | | 302-472-7420 | 302-792-7420 | skaufman@skaufmanlaw.com |
| Counsel to Nueces County, Mclennan County, Kerr County, Hidalgo County, City of McAllen | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@lgbs.com |
| Counsel to Bexar County, City of El Paso | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E. Pecan Street, Suite 2200 | | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@lgbs.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@lgbs.com |
| Counsel to Hopkins County, Kaufman County, Sulphur Springs ISD, Rockwall CAD, Tarrant County, Navarro County, Smith County, Ellis County, City of Sulphur Springs, Wise County, Tom Green CAD, Grayson County, Gregg County, Prosper ISD, Town of Prosper, City of Carrollton, Northwest ISD, City of Allen, City of Wylie, Lewisville ISD, Allen ISD, City of Frisco, Irving ISD, Parker CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 3500 Maple Avenue | Suite 800 | Dallas | TX | 75219 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@lgbs.com |
| Counsel to Cypress-Fairbanks ISD, Harris County, Galveston County, Montgomery County, Ford Bend County, Katy ISD, Harris CO ESD # 08, City of Houston, Montgomery County, Harris CO ESD # 48, Lone Star College System, Harris CO ESD # 16, Harris CO ESD # 11, Houston ISD, Galveston County, Harris CO ESD # 09, Cypress-Fairbanks ISD, Deer Park ISD, Fort Bend County, Houston Comm Coll System, City of Pasadena, Jefferson County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@lgbs.com |
| Counsel to Woodbolt Distribution, LLC, Glanbia Performance Nutrition, Inc., Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers, LLC | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Michael Papandrea | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2333 | metkin@lowenstein.com mpapandrea@lowenstein.com |

In re: Franchise Group, Inc., et al.
Core/2002 Service List
Case No. 24-12480 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | 700 Jeffrey Way, Suite 100 | | Round Rock | TX | 78665 | | 512-323-3241 | 512-323-3205 | jparsons@mvbalaw.com |
| Counsel to Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | P.O. Box 1269 | | Round Rock | TX | 78680-1269 | | 512-323-3241 | 512-323-3205 | jparsons@mvbalaw.com |
| Counsel to Parm Golf Center LLC | McKenna Storer | Attn: David A. Shapiro | 33 N. LaSalle Street | Suite 1400 | Chicago | IL | 60602 | | 312-558-3900 | 312-558-8348 | dshapiro@mckenna-law.com service@mckenna-law.com |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | 6801 Kenilworth Avenue, Suite 400 | | Riverdale | MD | 20737-1385 | | 301-699-5800 | | bdept@mrrlaw.net |
| Counsel to New Westgate Mall LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Joseph H. Baldiga, Shannah L. Colbert | 1800 West Park Dr., Suite 400 | | Westborough | MA | 01581 | | 508-898-1501 | 508-898-1502 | jbaldiga@mirickoconnell.com scolbert@mirickoconnell.com |
| Counsel to Kimco Realty Corporation, 2205 Federal Investors, LLC | Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | 1201 N. Orange Street, Suite 400 | | Wilmington | DE | 19801 | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com |
| Counsel for RCG-PSC Camp Creek Owner, LLC, University Realty Associates, LLC | Morris James LLP | Attn: Carl N. Kunz, III, Christopher M. Donnelly | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 | | 302-888-6800 | 302-571-1750 | ckunz@morrisjames.com cdonnelly@morrisjames.com |
| Counsel to BC Exchange Salt Pond | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street | Suite 4000 | Dallas | TX | 75201-6659 | | 214-855-7500 | 214-855-7584 | dperry@munsch.com |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox, Esq | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | | | | timothy.fox@usdoj.gov |
| Counsel to Rockfirm, LLC | Offit Kurman, PA | Attn: Brian J. McLaughlin | 222 Delaware Avenue | Suite 1105 | Wilmington | DE | 19801 | | 302-351-0916 | | Brian.McLaughlin@offitkurman.com |
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Tammy Jones | 320 Robert S. Kerr | Room 307 | Oklahoma City | OK | 73102 | | 405-713-1324 | | tammy.jones@oklahomacounty.org |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Colin R. Robinson | 919 North Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | bsandler@pszjlaw.com crobinson@pszjlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel | 780 Third Avenue, 34th Floor | | New York | NY | 10017 | | 212-561-7700 | 212-561-7777 | rfeinstein@pszjlaw.com akornfeld@pszjlaw.com theckel@pszjlaw.com |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass | Pashman Stein Walder Hayden, PC | Attn: Joseph C. Barsalona II | 824 North Market Street | Suite 800 | Wilmington | DE | 19801 | | 302-592-6497 | | jbarsalona@pashmanstein.com |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman | 200 Park Avenue | | New York | NY | 10166 | | 212-318-6000 | 212-319-4090 | jaymegoldstein@paulhastings.com jeremyevans@paulhastings.com isaacsasson@paulhastings.com danfliman@paulhastings.com |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Nicholas A. Bassett | 2050 M Street NW | | Washington | DC | 20036 | | 202-551-1700 | 202-551-1705 | nicholasbassett@paulhastings.com |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Hiram Gutierrez | P.O. Box 2916 | | McAllen | TX | 78502 | | 956-631-4026 | 956-289-1023 | edinburgbankruptcy@pbfcm.com |
| Cousel to Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Laura J. Monroe | PO Box 817 | | Lubbock | TX | 79408 | | 806-744-5091 | 806-744-9953 | lmbkr@pbfcm.com |
| Counsel to Kerrville Independent School District, Copperas Cove Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Sergio E. Garcia | 3301 Northland Drive | Suite 505 | Austin | TX | 78731 | | 512-302-0190 | 512-302-1802 | sgarcia@pbfcm.com |

In re: Franchise Group, Inc., *et al.*
Core/2002 Service List
Case No. 24-12480 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Magnolia Independent School District and City of Montgomery | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | | 713-862-1860 | 713-862-1429 | mvaldez@pbfcm.com |
| Counsel to Potter County Tax Office and Randall County Tax Office | Perdue, Brandon, Fielder, Collins and Mott, L.L.P. | Attn: Alysia Córdova | P.O. Box 9132 | | Amarillo | TX | 79105 | | 806-359-3188 | 806-359-5126 | acordova@pbfcm.com<br>amabkr@pbfcm.com |
| Counsel for Champion Petfoods USA Inc., Mars Petcare US, Inc. and Mars Fishcare North America, Inc. | Polsinelli PC | Attn: Elisa Hyder | Three Logan Square | 1717 Arch Street, Suite 2800 | Philadelphia | PA | 19103 | | 215-267-3001 | 215-267-3002 | ehyder@polsinelli.com |
| Counsel for Champion Petfoods USA Inc., Mars Petcare US, Inc. and Mars Fishcare North America, Inc. | Polsinelli PC | Attn: Shanti M. Katona, Katherine M. Devanney | 222 Delaware Avenue, Suite 1101 | | Wilmington | DE | 19801 | | 302-252-0920 | 302-252-0921 | skatona@polsinelli.com<br>kdevanney@polsinelli.com |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | | 302-984-6000 | 302-658-1192 | jryan@potteranderson.com<br>bhaywood@potteranderson.com<br>esulik@potteranderson.com |
| Counsel to Whirlpool Corporation | Quarles & Brady LLP | Attn: L. Kate Mason | 411 E. Wisconsin Avenue | Suite 2400 | Milwaukee | WI | 53202 | | 414-277-3018 | | Katie.Mason@quarles.com |
| Cousnel to B. Riley Principal Investments, LLC and its affiliates | Richards Layton & Finger PA | Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | 302-651-7700 | 302-651-7701 | knight@rlf.com<br>steele@rlf.com<br>steiger@rlf.com |
| Counsel to Hilco Merchant Resources, LLC | Riemer & Braunstein LLP | Attn: Steven Fox | Times Square Tower Suite 2506 | Seven Times Square | New York | NY | 10036 | | 212-719-0140 | | sfox@reimerlaw.com |
| Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC, Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company, Beral, LLLP, Laurel Lakes, LLC | Saul Ewing LLP | Attn: Monique B. DiSabatino, Mark Minuti | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | | 302-421-6806<br>302-421-6840 | | monique.disabatino@saul.com<br>mark.minuti@saul.com |
| Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC, Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company | Saul Ewing LLP | Attn: Turner N. Falk | Centre Square West | 1500 Market Street, 38th Floor | Philadelphia | PA | 19102 | | 215-972-8415 | | turner.falk@saul.com |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |

In re: Franchise Group, Inc., *et al.*
Core/2002 Service List
Case No. 24-12480 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Blvd, Suite 520 | Philadelphia | PA | 19103 | | 215-597-3100 | | secbankruptcy@sec.gov |
| Counsel to Brookdale Shopping Center, L.L.C. (Creditor/Landlord) | Segal McCambridge Singer & Mahoney | Attn: Alan J. Taylor | 29100 Northwestern Highway, Suite 240 | | Southfield | MI | 48034 | | 248-994-0060 | 248-994-0061 | ataylor@smsm.com |
| Counsel to Shanri Holdings Corporation | Sessions, Fishman & Nathan, LLC | Attn: J. David Forsyth | 400 Poydras Street | Suite 2550 | New Orleans | LA | 70130 | | 504-582-1521 | 504-582-1555 | jdf@sessions-law.com |
| Counsel to the DIP Agent, Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent | Seward & Kissel LLP | Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott | One Battery Park Plaza | | New York | NY | 10004 | | | | bateman@sewkis.com; patel@sewkis.com; danenberg@sewkis.com; ashmead@sewkis.com; bateman@sewkis.com; matott@sewkis.com |
| Counsel to Sayville Plaza Development, LLC | Shipman & Goodwin LLP | Attn: Eric S. Goldstein | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| Counsel to ShopCore Properties and its related entities | ShopCore Properties | Attn: William F. McDonald III | 10920 Via Frontera, Suite 220 | | San Diego | CA | 92127 | | 858-798-1426 | | wmcdonald@shopcore.com |
| Counsel to Simon Property Group, Inc. and its related entities | Simon Property Group, Inc. | Attn: Ronald M. Tucker | 225 West Washington Street | | Indianapolis | IN | 46204 | | 317-263-2346 | 317-263-7901 | rtucker@simon.com |
| Counsel to Paoli Shopping Center Limited Partnership, Phase II | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street, Suite 2100 | | Philadelphia | PA | 19109 | | 215-864-9700 | | dplon@sirlinlaw.com |
| Counsel to Peoria Rental Properties, LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin | PO Box 5315 | | Princeton | NJ | 08543 | | 609-791-7022 | 609-896-0629 | jlemkin@stark-stark.com |
| Counsel to Dell Financial Service L.L.C. | Streusand, Landon Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S. MoPac Expressway, Suite 320 | | Austin | TX | 78746 | | 512-236-9901 | 512-236-9904 | streusand@slollp.com |
| Counsel to Whirlpool Corporation | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | 919 N. Market Street | Suite 420 | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com |
| Counsel to Raymond Leasing Corporation | Swanson, Martin & Bell, LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Drive | Suite 204 | Lisle | IL | 60532 | | 630-780-8472 | 630-799-6901 | cstahl@smbtrials.com |
| Counsel for Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | 2001 L Street, NW, Suite 500 | | Washington | DC | 20036 | | 202-921-4080 | 202-478-2781 | jrhodes@tlclawfirm.com |
| Counsel to Creditor, Parkridge Center Retail, LLC | Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | 4504 Walsh Street, Suite 200 | | Chevy Chase | MD | 20815 | | 301-961-5300 | | BRost@tspclaw.com |
| Counsel to the Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Christopher S. Murphy, Assistant Attorney General | Bankruptcy & Collections Division | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4867 | 512-936-1409 | christopher.murphy@oag.texas.gov |
| Counsel to LU Candlers Station Holdings, LLC | Thompson Hine LLP | Attn: Louis F Solimine | 312 Walnut Street | Suite 2000 | Cincinnati | OH | 45202-4029 | | 513-352-6700 | 513-241-4771 | Louis.Solimine@ThompsonHine.com |
| Counsel to Northside Village Conyers, LLC | Thompson O'Brien Kappler & Nasuti PC | Attn: Michael B. Pugh | 2 Sun Court, Suite 400 | | Peachtree Corners | GA | 30092 | | 770-925-0111 | 770-925-8597 | mpugh@tokn.com |
| Counsel to The J. M. Smucker Company and Amazing Organics LLC t/a Amazing Herbs | Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | 200 Continental Drive, Suite 401 | | Newark | DE | 19713 | | 410-752-9799 | | sgerald@tydings.com |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights | U.S. Attorney's Office | 1313 N Market Street, Suite 400 | Wilmington | DE | 19801 | | 302-573-6277 | 302-573-6220 | |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | 100 F. Street NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov |
| Counsel to Sangamon North LLC, the Commons at Southpark LLC | Weltman, Weinberg & Reis Co. LPA | Attn: Geoffrey J. Peters | 5475 Rings Road | Suite 200 | Dublin | OH | 43017 | | 877-338-9484 | | bronationalcf@weltman.com |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders | White & Case LLP | Attn: Bojan Guzina | 111 S. Wacker Dr., Suite 5100 | | Chicago | IL | 60606 | | | | bojan.guzina@whitecase.com |

**In re: Franchise Group, Inc.,** *et al.*
Core/2002 Service List
Case No. 24-12480 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Ad Hoc Group of Freedom Lenders | White & Case LLP | Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin Smith, Brett Bakemeyer | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | 212-354-8113 | cshore@whitecase.com; sam.hershey@whitecase.com; azatz@whitecase.com; erin.smith@whitecase.com; brett.bakemeyer@whitecase.com |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders, Ad Hoc Group of Freedom Lenders | White & Case LLP | Attn: Thomas Lauria | 200 South Biscayne Boulevard, Suite 4900 | | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com |
| Counsel to Debtors and Debtors In Possession | Willkie Farr & Gallagher LLP | Attn: Debra M. Sinclair, Matthew A. Feldman, Betsy L. Feldman, Joseph R. Brandt | 787 Seventh Avenue | | New York | NY | 10019 | | 212-728-8000 | 212-728-8111 | dsinclair@willkie.com; mfeldman@willkie.com; bfeldman@willkie.com; jbrandt@willkie.com |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya | Rodney Square | 1000 N. King Street | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | emorton@ycst.com; mlunn@ycst.com; amielke@ycst.com; sborovinskaya@ycst.com |