IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 355**<br><br><u>**Obj. Deadline:**</u><br>**January 2, 2025 at 4:00 p.m. (ET)** |

NOTICE OF FILING OF THE ORDINARY COURSE PROFESSIONAL
DECLARATION OF DUNN & ALLSMAN, LLC

**PLEASE TAKE NOTICE** that, in accordance with the procedures set forth in the *Order Authorizing (A) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements of Local Rule 2016-2* [Docket No. 355] (the "<u>OCP Order</u>"),[2] the debtors and debtors in possession in the above-captioned cases (collectively,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCP Order.

the "Debtors") hereby file the Declaration of Dunn & Allsman, LLC, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **January 2, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any objection upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT, IF NO OBJECTIONS ARE FILED IN ACCORDANCE WITH THIS NOTICE, THEN THE ORDINARY COURSE PROFESSIONAL SHALL BE DEEMED TO BE AN ORDINARY COURSE PROFESSIONAL WITHIN THE PURVIEW OF THE OCP ORDER WITHOUT THE NECESSITY OF A HEARING OR FURTHER NOTICE, AT WHICH TIME THE DEBTORS SHALL BE AUTHORIZED TO COMPENSATE THE ORDINARY COURSE PROFESSIONAL CONSISTENT WITH THE TERMS OF THE OCP ORDER.

*[Remainder of page left intentionally blank]*

Dated: December 18, 2024
Wilmington, Delaware

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

        */s/ Shella Borovinskaya*
        Edmon L. Morton (Del. No. 3856)
        Matthew B. Lunn (Del. No. 4119)
        Allison S. Mielke (Del. No. 5934)
        Shella Borovinskaya (Del. No. 6758)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253
        emorton@ycst.com
        mlunn@ycst.com
        amielke@ycst.com
        sborovinskaya@ycst.com

        -and-

        **WILLKIE FARR & GALLAGHER LLP**
        Debra M. Sinclair (admitted *pro hac vice*)
        Matthew A. Feldman (admitted *pro hac vice*)
        Betsy L. Feldman (Del. No. 6410)
        Joseph R. Brandt (admitted *pro hac vice*)
        787 Seventh Avenue
        New York, New York 10019
        Telephone: (212) 728-8000
        Facsimile: (212) 728-8111
        dsinclair@willkie.com
        mfeldman@willkie.com
        bfeldman@willkie.com
        jbrandt@willkie.com

        *Proposed Co-Counsel to the Debtors*
        *and Debtors in Possession*