## EXHIBIT A

**Feldman Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF MATTHEW A. FELDMAN IN SUPPORT OF
DEBTORS' APPLICATION FOR ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF WILLKIE FARR & GALLAGHER LLP
AS CO-COUNSEL FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Matthew A. Feldman, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.      I am a member of the firm of Willkie Farr & Gallagher LLP ("Willkie"), which

maintains offices for the practice of law at 787 Seventh Avenue, New York, New York 10019.  I

am an attorney-at-law, duly admitted to the States of New York, Massachusetts, and Connecticut

and the United States District Courts for the Southern and Northern Districts of New York, and

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

the United States District Court for the District of Massachusetts. I submit this Declaration in connection with the Application[2] of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") to retain Willkie as co-counsel to the Debtors in their Chapter 11 Cases, *nunc pro tunc* to November 3, 2024 (the "Petition Date"), and to provide the disclosures required under section 329 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

2.     Willkie has been actively involved in many recent chapter 11 cases. Willkie represents or has represented the debtors, creditors, or other parties in interest in recent cases, including: In re WOM S.A., Case No 24-10628 (KBO) (Bankr. D. Del); In re GOL Linhas Aéreas Inteligentes S.A., Case No 24-10118 (MG) (Bankr. S.D.N.Y.); In re New rue21 HoldCo, Inc., Case No. 24-10939 (BLS) (Bankr. D. Del.); In re NanoString Technologies, Inc., Case No. 24-10160 (CTG) (Bankr. D. Del.); In re Near Intelligence, Inc., Case No. 23-11962 (TMH) (Bankr. D. Del.); In re Troika Media Group, Inc., Case No. 23-11969 (DSJ) (Bankr. S.D.N.Y.); In re Unconditional Love, Inc., Case No. 23-11759 (MFW) (Bankr. D. Del.); In re Clovis Oncology, Inc., Case No. 22-11292 (JKS) (Bankr. D. Del.); In re Western Global Airlines, Inc., Case No. 23-11093 (KBO) (Bankr. D. Del.); In re Core Scientific, Inc., Case No. 22-90341 (CML) (Bankr. S.D. Tex.); In re Celsius Network LLC, Case No. 22-10964 (MG) (Bankr. S.D.N.Y.); In re Cineworld Group plc, Case No. 22-90168 (MI) (Bankr. S.D. Tex.); In re SAS AB, Case No. 22-10925 (MEW) (Bankr. S.D.N.Y.); In re GenapSys, Inc., Case No. 22-10621 (BLS) (Bankr. D. Del.); In re GBG USA Inc., Case No. 21-11369 (MEW) (Bankr. S.D.N.Y.); In

---

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

re Grupo Aeroméxico, S.A.B. de C.V., Case No. 20-11563 (SCC) (Bankr. S.D.N.Y.); In re Avianca Holdings S.A., Case No. 20-11133 (MG) (Bankr. S.D.N.Y.); In re Intelsat S.A., Case No. 20-32299 (KLP) (Bankr. E.D. Va.); In re Neiman Marcus Group LTD LLC, Case No. 20-32519 (DRJ) (Bankr. S.D. Tex.); In re Frontier Communications Corp., Case No. 20-22476 (RDD) (Bankr. S.D.N.Y.); In re Modell's Sporting Goods, Inc., Case No. 20-14179 (VFP) (Bankr. D.N.J.); In re Pace Industries, LLC, Case No. 20-10927 (MFW) (Bankr. D. Del.); In re Southland Royalty Co. LLC, Case No. 20-10158 (KBO) (Bankr. D. Del.), among many others.

3.      Accordingly, Willkie is well-qualified to represent the Debtors and to address both effectively and efficiently the potential legal issues that may arise in the context of these Chapter 11 Cases.[3]

## WILLKIE'S CONNECTIONS TO THE DEBTORS

4.      Willkie utilizes a number of procedures (the "Firm Procedures") to determine its relationships, if any, to parties that may have connections to a debtor client.  In implementing such Firm Procedures, the following actions were taken to identify parties that may have connections to the Debtors and Willkie's relationship with such parties:

> (a)      Willkie requested and obtained from the Debtors extensive  lists of interested parties and significant creditors (the "Potential Parties in Interest").[4]  The Potential Parties in Interest include, among others, (i) the Debtors, (ii) the Debtors' equity holders, secured creditors, banks, officers, directors, fifty (50) largest unsecured creditors, insurers, vendors, material contract counterparties, landlords/lessees, professionals, employee benefits

---

[3]   Capitalized terms used but not defined herein have the meaning ascribed to them in the Application.

[4]   The list of Potential Parties in Interest provided by the Debtors is extensive, but may not be complete.  Willkie intends to work with the Debtors throughout these Chapter 11 Cases to ensure that the list of Potential Parties in Interest is updated regularly throughout these Chapter 11 Cases.  Willkie will continue to review the relationships its attorneys may have with potentially interested parties and to determine whether any relationships other than those set forth herein exist.  As may be necessary, Willkie will supplement this Declaration if it becomes aware of a relationship that may adversely affect Willkie's retention in these Chapter 11 Cases or otherwise should be disclosed pursuant to applicable law or rules.  Willkie also will update this disclosure if it is advised of any acquisition of claims against the Debtors by parties with which Willkie has a relationship that is required to be disclosed pursuant to applicable law or rules.

providers, utility providers, litigation parties, and taxing authorities, (iii) employees of the Office of the United States Trustee, and (iv) the judges of the United States Bankruptcy Court for the District of Delaware. A copy of the list of the Potential Parties in Interest searched by Willkie is annexed hereto as Schedule 1.

(b)     Willkie then compared each of the Potential Parties in Interest to the names in its master electronic database of current and former clients (the "Client Database").  The Client Database generally includes the name of each client of the firm, the name of each party who is or was known to be adverse to such client of the firm, the name of each party that has or had a substantial role with regard to the subject matter of Willkie's retention, and the names of the Willkie partners who are or were primarily responsible for matters for such clients.

(c)     A questionnaire was issued by e-mail to all Willkie attorneys worldwide requesting disclosure of information regarding: (i) any known personal connections between the respondent and/or Willkie, on the one hand, and any of the Debtors or the Potential Parties in Interest, on the other hand;[5] (ii) any known connections or representation by the respondent and/or Willkie of any of the Potential Parties in Interest in matters relating to the Debtors; and (iii) any other conflict or reason why Willkie may be unable to represent the Debtors.

(d)     Known connections between former or current clients of Willkie and the Potential Parties in Interest were compiled for purposes of preparing this Declaration.

5.     As a result of the Firm Procedures, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, Willkie:

(a)     is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services), an equity security holder of the Debtors, or an "insider" of the Debtors, as that term is defined in section 101(31) of the Bankruptcy Code;

(b)     is not and has not been, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

---

[5]     In reviewing its records and the relationships of its attorneys, Willkie did not seek information as to whether any Willkie attorney or member of their immediate family:  (a) indirectly owns, through a public mutual fund or through partnerships in which certain Willkie partners have invested but as to which such partners have no control over or knowledge of investment decisions, securities of any party in interest; or (b) has engaged in any ordinary course consumer transaction with any party in interest.  If any such relationship does exist, I do not believe it would impact Willkie's disinterestedness or otherwise give rise to a finding that Willkie holds or represents an interest adverse to the Debtors' estates.

(c)    does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason.

Accordingly, I believe Willkie is a "disinterested person" as that term is defined in section 101(14), as modified by section 1107(b), of the Bankruptcy Code.

## REPRESENTATION OF PARTIES IN INTEREST

6.    As a result of the Firm Procedures, I have thus far ascertained that, in each case, upon information and belief, Willkie has the following connections with certain of the Potential Parties in Interest:

### A.    General Disclosures

7.    Because of its broad-based general practice, Willkie:  (i) has appeared in the past and may appear in the future in cases unrelated to these Chapter 11 Cases where one or more of the Potential Parties in Interest may be involved; and (ii) has represented in the past, currently represents, and/or may represent in the future one or more of said parties or other potentially interested parties or creditors in matters unrelated to the Debtors and these Chapter 11 Cases.

8.    Willkie has in the past three (3) years represented the Potential Parties in Interest or their affiliates listed on Schedule 2 hereto.[6]  Upon information and belief, and based on information adduced through the Firm Procedures, unless disclosed herein, all such matters were unrelated to the Debtors and these Chapter 11 Cases.  Willkie may represent such entities in the future in matters unrelated to the Debtors and these Chapter 11 Cases.

9.    Willkie currently represents or has open matters respecting the Potential Parties in Interest or their affiliates listed on Schedule 3 attached hereto (the "Current Clients").  Upon

---

[6]    In certain instances, the precise identity of the Potential Party in Interest was not readily ascertainable (e.g., only the trade name or a portion thereof was known).  Solely for purposes of this Declaration, such party was treated as including affiliates and/or other entities bearing a similar name unless such Potential Party in Interest was believed by Willkie to be unrelated.

information and belief, and based on the information obtained through the Firm Procedures, such matters are unrelated to the Debtors and these Chapter 11 Cases.  Willkie may continue to represent such entities in the future in matters unrelated to the Debtors and these Chapter 11 Cases.

10.      Specifically, in addition to certain specific disclosures discussed below, Willkie currently represents JPMorgan Chase Bank, N.A. ("JPMorgan") in connection with certain corporate and financial matters unrelated to the Debtors and these Chapter 11 Cases.  JPMorgan represented less than 0.6% of Willkie's revenue in 2021 and 2023, and less than 0.4% of Willkie's revenue in 2022.  Willkie currently represents, and has in the past represented, AlixPartners, the Debtors' financial advisor in these Chapter 11 Cases, in connection with matters wholly unrelated to the Debtors or these Chapter 11 Cases.  AlixPartners represented less than 0.4% of Willkie's revenue in 2021, 2022, and 2023.  Of the Current Clients listed in Schedule 3, only Google represented more than 1% of Willkie's revenues in 2021, 2022 or 2023.  No other Current Clients listed in Schedule 3 represented more than 1% of Willkie's revenues generated during any of 2021, 2022 or 2023.

11.      Certain of my partners at Willkie and certain counsel to and associates of Willkie and certain of such persons' relatives may have familial or personal relationships, as well as business, contractual, or economic relationships, with affiliates, officers, directors, creditors, or competitors of the Debtors and/or other Potential Parties in Interest in these Chapter 11 Cases.  I do not believe these familial or personal relationships, considered separately or collectively, are material.   Specifically, I am aware that Debra Sinclair, a partner of Willkie and one of the attorneys involved in representing the Debtors, is married to Cullen Sinclair, a partner of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, which has advised Debtor Franchise

Group Intermediate PSP, LLC and its subsidiaries (collectively, "Pet Supplies Plus") with respect to a potential securitization of Pet Supplies Plus. To the best of my knowledge, Mr. Sinclair does not represent, and has not in the past represented, Pet Supplies Plus. I am also aware that Andres Mena, a partner of Willkie and one of the attorneys involved in representing the Debtors, is a former partner of Paul Hastings LLP, counsel to the Ad Hoc Group of First Lien Lenders. To the best of my knowledge, Mr. Mena did not represent the Ad Hoc Group of First Lien Lenders or any member thereof with respect to the Debtors or these Chapter 11 Cases while he was employed by Paul Hastings LLP.

12.    Certain of my partners at Willkie, certain of the associates and counsel to Willkie, and certain of such persons' relatives may directly or indirectly be shareholders or creditors of the Debtors, competitors of the Debtors and/or other Parties in Interest in these Chapter 11 Cases. As a result of Willkie's Firm Procedures, I am aware that certain attorneys at Willkie disclosed that they or their immediate family members own securities in the following Parties in Interest: Meta Platforms, Inc, Google, and Microsoft Corporation. Based on the information provided to me, I believe any such holdings are insignificant and, insofar as I have been able to ascertain, none of these shareholders controls or has any influence on such creditor or party in interest. I do not believe these shareholders' interests, considered separately or collectively, are material.

13.    Finally, Willkie has reviewed the relationship that its partners and employees have with the U.S. Trustee and those persons employed in the office of the U.S. Trustee, and I do not believe that Willkie has any material connections with the U.S. Trustee or any person employed in the office of the U.S. Trustee. Further, I do not believe that the relationships Willkie has with the U.S. Trustee, or any person employed in the office of the U.S. Trustee, are

beyond those interactions to be reasonably expected for attorneys and other professionals within the bankruptcy bar, which include, among other things, speaking and social engagements that both Willkie and attorneys within the office of the U.S. Trustee may participate in or attend.

B.   **Specific Disclosures**

14.   **Connections to Vintage Capital Management.**  Willkie has acted as counsel to Vintage Capital, an investment fund founded by the Debtors' former Chief Executive Officer and Chairman, Mr. Kahn, and certain of Vintage Capital's affiliates in matters unrelated to these Chapter 11 Cases.

15.   *Liberty Tax.*  As discussed in further detail in the First Day Declaration, the Debtors trace their roots to August 2018, when Vintage Tributum LP, an affiliate of Vintage Capital, acquired shares of Liberty Tax, Inc. ("Liberty Tax").  Willkie did not represent Vintage Capital, Mr. Kahn, or any of their or his affiliates in connection with the acquisition of shares of Liberty Tax, but thereafter did represent Liberty Tax (which, at the time, was a publicly traded company) and a committee of the board of directors thereof in connection with matters unrelated to the Debtors or these Chapter 11 Cases.  These representations concluded in 2018.  In 2021, Franchise Group sold the Liberty Tax business to Nextpoint Financial, Inc. ("Nextpoint").  Since January 2024, Willkie has represented Liberty Tax and Nextpoint in matters unrelated to the Debtors and these Chapter 11 Cases.

16.   *Rent-a-Center.*  In December 2018, Willkie represented Vintage Capital and affiliates thereof as post-transaction litigation counsel in connection with Vintage Capital's terminated acquisition of Rent-a-Center Inc., which transaction was not related to the Debtors or these Chapter 11 Cases.  This representation concluded in 2020.

17.   *Other Investments.*  In 2019, 2020, and 2021, Willkie represented Vintage Capital and affiliates thereof in connection with their investments in Red Robin, KVH Industries and

The Vitamin Shoppe.  None of these transactions related to the Debtors or these Chapter 11 Cases.  I understand that the investment by Vintage Capital in The Vitamin Shoppe was unrelated to the Debtors, although (as further described below) the Debtors subsequently acquired The Vitamin Shoppe.  At the time of the Debtors' acquisition of The Vitamin Shoppe, The Vitamin Shoppe was a publicly traded company and the transaction was approved by its board of directors and shareholders.  These representations concluded by March 2021.

18.    *Evolution of Franchise Group*.  In 2019, Vintage Capital or affiliates thereof owned a controlling stake in Buddy's Newco, LLC d/b/a Buddy's Home Furnishings ("Buddy's").  Willkie did not represent Vintage Capital in connection with the acquisition of its controlling stake in Buddy's.  In July 2019, Liberty Tax merged with Buddy's.  Willkie represented Buddy's and Vintage Capital (as controlling shareholder of Buddy's) in this merger transaction.  Following this transaction, the combined company was renamed "Franchise Group, Inc."

19.    Over the next five years, the Debtors expanded into their current corporate structure through a series of corporate acquisitions, combinations, and divestitures. During this time, Willkie has advised Franchise Group on substantially all of its corporate transactional matters, and, from time to time, on litigation and regulatory matters (such as responding to governmental requests), including, but not limited to, the following:

(a)    Willkie acted as counsel to Franchise Group in its acquisition of The Vitamin Shoppe and Sears Hometown Outlet Stores Inc. ("SHO") in 2019.

(b)    Willkie acted as counsel to Franchise Group in its acquisition of American Freight and its combination of SHO and American Freight in 2020.

(c)    Willkie acted as counsel to Franchise Group in its acquisitions of Pet Supplies Plus, Sylvan Learning, and W.S. Badcock in 2021 and subsequent sale and leaseback transactions involving real estate formerly owned by W.S. Badcock, which were consummated in 2022.

(d)  Willkie acted as counsel to Franchise Group in its contribution of W.S. Badcock to Conn's, Inc. in 2023 and its sale of Sylvan Learning in 2024.

(e)  Willkie has acted as counsel to Franchise Group and its subsidiaries on substantially all of its financing transactions undertaken since 2019, including the secured debt financings that remain outstanding as of the date hereof, as well as equity financings undertaken while Franchise Group was a publicly traded company, including the issuance of perpetual preferred stock by Franchise Group in 2020 and 2021 and equity financings and commitments that were undertaken in connection with some of the acquisition transactions outlined above.

(f)  Willkie has advised Franchise Group on certain transactions that did not proceed, such as the proposed acquisition of Kohl's Inc. in 2022.

(g)  Willkie represented The Vitamin Shoppe in 2020 and 2021 in connection with certain government investigations.

(h)  Willkie represented Franchise Group in early 2023 with respect to a limited inquiry from the United States Department of Justice and the Securities and Exchange Commission.  Willkie did not represent any other parties with respect to this inquiry, including Mr. Kahn, who was represented by separate counsel.

(i)  Willkie is representing Franchise Group in its capacity as a non-party in a class action lawsuit pending in Delaware Chancery Court captioned *Gale et al. v. Vintage Capital Management, LLC et al.*, Case No. 2024-0726-LWW (Del. Ch. 2024).  That case involves the take-private transaction and was brought against several co-defendants, including Mr. Laurence and Mr. Kahn. Although Franchise Group is not a party in the litigation, it may potentially have indemnification obligations.  Willkie is not representing, and has not ever represented, any of the co-defendants with respect to this litigation.

20.    Willkie has not represented and will not represent (i) Vintage Capital or any of its affiliates (other than the Debtors) or (ii) any entities comprising previously divested business segments, including Liberty Tax, Sylvan, or W.S. Badcock, or any of their respective affiliates, in each case, in connection with the Debtors or these Chapter 11 Cases.  Moreover, Willkie will not, with the exception of Liberty Tax, represent any of these entities in connection with matters unrelated to the Debtors or these Chapter 11 Cases during the pendency of these Chapter 11 Cases.

21.    **Connections to Mr. Kahn.**   *Take-Private Transaction.*   Between March and August of 2023, Willkie represented Mr. Kahn in the Take-Private Transaction and related ancillary matters.   Pursuant to the Take-Private Transaction, Mr. Kahn and his affiliates took private control of Franchise Group.   The transaction was financed, in part, with equity financing provided by various investors, including B. Riley Financial, Inc. ("BRF") and certain affiliated entities, and debt financing provided by several lenders, including Irradiant Partners and Pacific Investment Management Company LLC (the "HoldCo Investors").   The Take-Private Transaction closed in August 2023.   All of the parties involved in the Take-Private Transaction were represented by separate counsel and investment bankers of their choosing.   Franchise Group was represented by Troutman Pepper LLP.   A special committee of the board of Franchise Group, which had been formed to oversee the Take-Private Transaction, was represented by Wachtell, Lipton, Rosen & Katz LLP.   BRF was represented by Sullivan & Cromwell LLP.   The HoldCo Investors were represented by Davis Polk & Wardwell LLP.   Willkie's representation of Mr. Kahn in the Take-Private and related ancillary matters concluded in August 2023, upon the closing of the transaction.

22.    *Fraud Allegations*.   As discussed more fully in the First Day Declaration, in November 2023, Mr. Kahn was identified by federal prosecutors as an unindicted co-conspirator in a securities fraud indictment (and by the Securities and Exchange Commission in a related civil complaint) against the former president and chief compliance officer of an unrelated hedge fund, Prophecy Asset Management LP ("Prophecy"), for his alleged involvement in a multi-year fraud that allegedly concealed losses of hundreds of millions of dollars from Prophecy's investors.

23.     On November 7, 2023, upon learning of the allegations against Mr. Kahn, Willkie established an exclusionary ethical wall between the teams representing Franchise Group, on one hand, and Mr. Kahn on personal criminal and civil matters, on the other hand.  The purpose of the ethical wall was and is to ensure that the individuals who have represented Mr. Kahn and/or his affiliates with respect to personal criminal and civil matters (i) are not, and do not become, a part of the team that represents Franchise Group with respect to any matters related to the criminal and civil allegations against Mr. Kahn, and (ii) do not have access to documents created by the team that represents Franchise Group with respect to any matters related to the criminal and civil allegations against Mr. Kahn.  At all times, Willkie has had separate teams of attorneys dedicated to working on Mr. Kahn's personal criminal and civil matters, on the one hand, and for Franchise Group on any matters related to the criminal and civil allegations against Mr. Kahn, on the other hand.

24.     From November 2023 through September 2024, Willkie, alongside other counsel, assisted Mr. Kahn in the Prophecy matter, including in document production to the Office of the United States Attorney and in an arbitration matter involving Prophecy investors.  At all times, Mr. Kahn had separate counsel at the Libby Hoopes Brooks & Mulvey firm.  Willkie transitioned all substantive work in respect of these matters to the Libby Hoopes Brooks & Mulvey firm effective as of October 2024.  None of the Willkie attorneys working on these Chapter 11 Cases advised Mr. Kahn on any matters related to these fraud allegations or to Prophecy generally.

25.     After learning of Mr. Kahn's alleged involvement in matters pertaining to Prophecy, Franchise Group retained Petrillo to conduct an investigation (the "Independent Investigation") into whether Franchise Group or any of its executive officers or employees at the

time (other than Mr. Kahn) were involved in, or had any knowledge of, any of Mr. Kahn's alleged misconduct involving Prophecy.  Willkie provided documentary assistance to facilitate Petrillo's investigation.

26.    *Mr. Kahn's Departure from Franchise Group.*  Following the conclusion of the Independent Investigation, in January 2024, Mr. Kahn resigned from his roles as (i) a member of the Boards of Directors of Franchise Group and Freedom VCM Holdings, LLC and (ii) Chief Executive Officer of Franchise Group, and he also relinquished certain governance rights. Willkie assisted Mr. Kahn in connection with his separation from Franchise Group and, in the course of that representation, held certain funds in a professional fee escrow for the benefit of Mr. Kahn until the funds were ultimately released to Mr. Kahn in January 2024.  Willkie's representation of Mr. Kahn in this regard concluded in January 2024.  The team of attorneys who assisted Mr. Kahn in connection with his separation was separate from the team of Willkie attorneys who assisted Franchise Group in connection therewith.

27.    Willkie's prior representations of Mr. Kahn and his affiliates (other than the Debtors) accounted for 0.0016%, 0% and 0.27% of Willkie's total revenue in 2021, 2022 and 2023, respectively.  Willkie has not and will not represent Mr. Kahn and his affiliates (other than the Debtors) in connection with the Debtors or these Chapter 11 Cases.  The ethical wall described above remains in place today.  Accordingly, I do not believe that Willkie's representations of Mr. Kahn preclude Willkie from meeting the disinterestedness standard under the Bankruptcy Code.

28.    **Connections to B. Riley Financial.**  Willkie currently represents BRF in connection with certain ongoing litigation matters, including securities class action lawsuits, which are unrelated to the Debtors and these Chapter 11 Cases.  BRF is an affiliate of the entity

B. Riley Principal Investments, LLC, which is the majority equity holder of Freedom VCM Holdings, LLC.

29.     Willkie has not represented, and will not represent, BRF in connection with the Debtors or these Chapter 11 Cases.  BRF represented 0.0388% of Willkie's revenue in 2021, approximately 0.061% of Willkie's revenue in 2022, and approximately 0.11% of Willkie's revenue in 2023.  Willkie intends to continue to represent BRF in matters unrelated to the Debtors or these Chapter 11 Cases.

### C.   **Statement of Disinterestedness**

30.     I believe that none of the representations or relationships recited above would give rise to a finding that Willkie represents or holds an interest adverse to the Debtors or their estates with respect to the services for which Willkie would be retained.  Further, I do not believe any of the representations or relationships recited herein will prevent Willkie from representing the Debtors in any potential matters that will arise in these Chapter 11 Cases.  However, to the extent Willkie determines that any of Willkie's client relationships would prevent Willkie from representing the Debtors' interests in a particular aspect of Chapter 11 Cases due to, among other things, an inability to be directly adverse to a current client, then Willkie will advise the Debtors to retain conflicts counsel.  To the extent Willkie determines that its prior relationship with Mr. Kahn would prevent Willkie from representing the Debtors' interests in a particular aspect of the Chapter 11 Cases, then Willkie will transfer the representation of the Debtors on such particular matter solely to YCST.

### **NO DUPLICATION OF SERVICES**

31.     The Debtors have retained, or seek to apply to the Court to retain: (a) Young Conaway Stargatt & Taylor LLP as co-counsel, (b) Kroll Restructuring Administration LLC as claims, noticing, and administrative agent; (c) AP Services, LLP as financial advisor; (d) Ducera

Partners LLC as investment banker; (e) Petrillo Klein & Boxer LLP, as special investigation counsel to Todd Arden, Christopher Meyer, and John Hartmann, the Debtors' independent directors; (f) Akin Gump Strauss Hauer & Feld LLP, as special investigation counsel to Michael Wartell, an independent director of Debtors Freedom VCM Interco, Inc. and Freedom VCM, Inc.; (g) Ernst & Young LLP as tax services provider; (h) Deloitte & Touche LLP as independent auditor; (i) Hilco Real Estate, LLC as real estate advisor; and (j) certain other professionals used in the ordinary course of business.[7]    Willkie intends to work closely with each of these professionals and the Debtors' senior management team to avoid unnecessary duplication of services performed for, or charged to, the Debtors' estates.

## **WILLKIE'S COMPENSATION**

32.    Willkie is seeking to be retained by the Debtors as their bankruptcy co-counsel and intends to apply to the Court for allowances of compensation and reimbursement of out-of-pocket expenses incurred after the Petition Date in connection with these Chapter 11 Cases, subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and further orders of this Court.  In connection with its retention, Willkie will bill at its standard hourly rates, which currently are: $1,650 to $2,500 for partners and senior counsel, $625 to $1,575 for associates, other attorneys and law clerks, and $380 to $650 for paraprofessionals.  The current hourly rates for the Willkie attorneys and paraprofessionals with primary responsibility for this matter are:

(a)    Matthew A. Feldman (Partner – Restructuring), $2,500;

(b)    Debra M. Sinclair (Partner – Restructuring), $1,825;

---

[7]    As of the date hereof, the Court has entered orders approving the Debtors' retention of Kroll [Docket No. 447], Hilco [Docket No. 449], AlixPartners [Docket No. 450], Petrillo [Docket No 453], and certain other professionals used in the ordinary course of business [Docket No. 355].

(c)        Betsy L. Feldman (Associate – Restructuring), $1,575;

(d)        Joseph R. Brandt (Associate – Restructuring), $1,400;

(e)        Yara Kass-Gergi (Associate – Restructuring), $1,400;

(f)        Jessica D. Graber (Associate – Restructuring), $1,325;

(g)        Marine Loison (Associate – Restructuring), $1,025;

(h)        Andrew Bates (Law Clerk – Restructuring), $625;

(i)        Jessica Flynn (Law Clerk – Restructuring), $625; and

(j)        Caroline Bartolotta (Paraprofessional – Restructuring), $380.

33.       The foregoing hourly rates are subject to periodic adjustments (typically on October 1st of each year) in the normal course of Willkie's business.  The hourly rates that will be charged in these Chapter 11 Cases are Willkie's standard hourly rates.  These rates are set at a level designed to fairly compensate Willkie for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  It is Willkie's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case or cases.  The expenses charged to clients include, among other things, mail and express mail charges, special or hand delivery charges, document processing and photocopying charges, travel expenses, expenses for "working meals," and computerized research and transcription costs.  Willkie bills these expenses at cost to its clients and makes no profit from these expenses.  Willkie believes that it is appropriate to charge these expenses to the clients incurring them rather than to increase its hourly rates and thereby spread such expenses among all clients.

34.       Willkie is not currently utilizing, nor does it currently intend to utilize, contract attorneys in connection with the work being performed in connection with its representation of the Debtors; however, to the extent Willkie believes it is necessary to retain contract attorneys, Willkie will ensure that the contract attorneys are subject to the same conflict checks as required

16

for Willkie and shall file with the Court any such disclosures required by Bankruptcy Rule 2014. Further, any work performed on behalf of the Debtors by contract attorneys will be passed-through to the Debtors at the same rate that Willkie pays the contract attorneys.

35. This Declaration is intended to comply with Bankruptcy Rule 2016(b). Willkie intends to apply to this Court for compensation for professional services rendered in connection with Chapter 11 Cases in accordance with the procedures established by the Bankruptcy Code, Bankruptcy Rules, Local Rules and the administrative and other orders entered by this Court.

36. In the ninety days prior to the Petition Date, Willkie received payments in the amount of $7,087,177.90 for services rendered to the Debtors as follows:

| Payment Date | Amount Received |
|---|---|
| 8/9/2024 | 331,368.25 |
| 8/29/2024 | 250,000.00 |
| 9/6/2024 | 752,331.93 |
| 10/4/2024 | 500,000.00 |
| 10/4/2024 | 1,270,319.90 |
| 10/4/2024 | 391,051.91 |
| 10/11/2024 | 500,000.00 |
| 10/17/2024 | 500,000.00 |
| 10/17/2024 | 46,922.91 |
| 10/22/2024 | 500,000.00 |
| 10/22/2024 | 45,183.00 |
| 10/25/2024 | 1,500,000.00 |
| 11/1/2024 | 500,000.00 |

As of the Petition Date, Willkie held no retainer and is not owed any amounts for prepetition fees and expenses from the Debtors. Willkie will waive any outstanding fees and expenses that were owed as of the Petition Date.

37. No promises have been received by Willkie or by any member or associate thereof as to compensation in connection with Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

38.     Willkie further states that it has not shared, nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel and associates of Willkie, or (b) any compensation another person or party has received or may receive.

39.     Except as disclosed herein, neither I, Willkie, nor any member or associate thereof or "counsel" thereto, insofar as I have been able to ascertain, represents any interest adverse to the Debtors or their estates in the matters regarding which Willkie is to be engaged.  I believe Willkie is a "disinterested person" as that term is defined in section 101(14), as modified by section 1107(b), of the Bankruptcy Code.   Moreover, I do not believe that any of the representations or relationships recited herein would result in Willkie representing or holding an interest adverse to the Debtors or their estates with respect to the services for which Willkie would be retained.  To the extent that Willkie becomes aware of any additional relationships and/or connections that may be relevant to Willkie's representations of the Debtors, an additional supplemental declaration will be filed.

### STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

40.     In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases* (the "Appendix B Guidelines"), Willkie shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court.  Willkie also intends to make every effort to comply with the U.S. Trustee's requests for information and additional disclosures set forth in the Appendix B Guidelines, both

in connection with this Application and the interim and final fee applications to be filed by Willkie in these Chapter 11 Cases.

**ATTORNEY STATEMENT PURSUANT TO APPENDIX B GUIDELINES**

41.    The following is provided in response to the request for additional information set forth in paragraph D.1 of the Appendix B Guidelines:

**Question**:    Did you agree to any variations from, or alternatives to, your standard or customer billing arrangements for this engagement?

Response:    No.

**Question**:    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response:    No.

**Question**:    If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition period.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

Response:    The Debtors and Willkie agree that Willkie will receive compensation at its standard full rates for these Chapter 11 Cases in accordance with the terms of the Engagement Letter.

**Question**:    Has your client approved your prospective budget and staffing plan and, if so, for what budget period?

Response:    Yes.  The Debtors have approved a budget and staffing plan for the period of November 3, 2024 through February 28, 2025.  In accordance with the Appendix B Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments.

42.    Willkie intends to perform the services set forth in Section B of the Application. By separate application, the Debtors will ask the Court to approve the retention of YCST as co-counsel with respect to these Chapter 11 Cases.  Willkie has discussed the division of responsibilities with YCST and will make every effort to avoid duplication of efforts in

connection with these Chapter 11 Cases. To specifically disclose the division of labor and to avoid unnecessary duplication of services, Willkie expects to provide the following services for its engagement in these Chapter 11 Cases as co-counsel to the Debtors:

(a)     prepare, on behalf of the Debtors, certain necessary motions, applications, answers, orders, reports, and papers in connection with the administration of these Chapter 11 Cases;

(b)     counsel the Debtors with regard to their rights and obligations as debtor in possession in the continued operation of their businesses and the management of their estates;

(c)     represent and advise the Debtors in connection with conducting going out of business sales and conducting a marketing and sale process;

(d)     provide the Debtors with advice, represent the Debtors and prepare all necessary documents on behalf of the Debtors in the areas of corporate finance, employee benefits, real estate, tax and bankruptcy law, and commercial litigation, debt restructuring, and asset dispositions in connection with these Chapter 11 Cases;

(e)     advise the Debtors with respect to actions to protect and preserve the Debtors' estates during the pendency of these Chapter 11 Cases; and

(f)     perform all other necessary or requested legal services in connection with these Chapter 11 Cases.

33.     By reason of the foregoing, I believe Willkie is eligible for employment and retention by the Debtors pursuant to sections 327(a), 328(a) and 1107(b) of the Bankruptcy Code, and the applicable Bankruptcy Rules and Local Rules.

Dated: December 19, 2024

By:     */s/ Matthew A. Feldman*
        Matthew A. Feldman
        Willkie Farr & Gallagher LLP

## <u>SCHEDULE 1</u>

**Parties in Interest List**

**Franchise Group, Inc.**
**Parties In Interest List**

### Debtor Entities & Related Subsidiaries

American Freight FFO, LLC
American Freight Franchising, LLC
American Freight Franchisor, LLC
American Freight Group, LLC
American Freight Holdings, LLC
American Freight Management Company, LLC
American Freight Outlet Stores, LLC
American Freight, LLC
B. Riley Receivables II, LLC
Betancourt Sports Nutrition, LLC
Buddy's Franchising and Licensing LLC
Buddy's New Co, LLC
Educate, Inc.
Franchise Group Acquisition TM, LLC
Franchise Group Intermediate AF, LLC
Franchise Group Intermediate B, LLC
Franchise Group Intermediate BHF LLC
Franchise Group Intermediate Holdco, LLC
Franchise Group Intermediate L, LLC
Franchise Group Intermediate PSP, LLC
Franchise Group Intermediate S, LLC
Franchise Group Intermediate SL, LLC
Franchise Group Intermediate V, LLC
Franchise Group New Holdco, LLC
Franchise Group Newco BHF, LLC
Franchise Group Newco PSP, LLC
Franchise Group Newco S, LLC
Franchise Group Newco SL, LLC
Franchise Group Newco V, LLC
Franchise Group, Inc.
Freedom VCM Holdings, LLC
Freedom VCM Interco Holdings, Inc.
Freedom VCM Interco, Inc.
Freedom VCM Receivables, Inc.
Freedom VCM, Inc.
Home & Appliance Outlet LLC
Pet Supplies "Plus", LLC
PSP Distribution, LLC
PSP Franchising, LLC
PSP Group, LLC
PSP Midco, LLC
PSP Service Newco, LLC

PSP Stores, LLC (Ohio)
PSP Subco, LLC
Valor Acquisition, LLC
Vitamin Shoppe Florida, LLC
Vitamin Shoppe Franchising, LLC
Vitamin Shoppe Global, LLC
Vitamin Shoppe Industries LLC
Vitamin Shoppe Mariner, LLC
Vitamin Shoppe Procurement Services, LLC
W.S. Badcock Corporation
WNW Franchising, LLC
WNW Stores, LLC

### 5% or Greater Equity Holders

B. Riley Private Shares 2023-2 QP, LLC
B. Riley Securities, Inc.
BRF Investments, LLC
Brian Kahn and Lauren Kahn Joint Tenants by Entirety
Vintage Opportunity Partners, L.P.

### Directors and Officers

Aaron Granger
Alissa Ahlman
Andrew Kaminsky
Andrew Laudato
Andrew M. Laurence
Anthony Block-Belmonte
Brian Hoke
Bryant R. Riley
Chris Meyer
Christopher Rowland
Daniel McNamara
Eric Seeton
Jacob Jones
Jeff Van Orden
Jeffrey Seghi
Jemma Lawrance
John Hartmann
Kenneth Miles Tedder
Lee Wright
Michael Bennett
Mike Gray
Muriel Gonzalez

Neal Panza
Norman McLeod
Peter Corsa
Philip Etter
Teresa Orth
Tiffany McMillan-McWaters
Todd Arden
Todd Evans

**Administrative and Collateral Agents**
Alter Domus (US) LLC
JPMorgan Chase Bank, N.A.

**Significant Suppliers and Vendors**
A Team Sales LLC
Affordable Furniture Mfg Inc
Alani Nutrition
American Agco (ADMC)
Animal Supply Co Lone Star
Animal Supply Co Wholesome
Ashley Furniture Industries Inc
Brodnax Printing Company I, LLC dba
Brodnax 21c Printers
California Pet Partners LLC
Capstone Nutrition
CRAMCO
Crown Mark Imports Inc
DAS LABS LLC
Elytus Ltd
Enterprise FM Trust
Flexport
Florida State Games Inc.
Garden of Life
Generis Tek Inc
Ghost, LLC.
Gorilla Mind
KFM247 LTD
Kith Furniture
Korber Supply Chain US, Inc.
Lumisource, LLC
Marcone Appliance Parts Company
Mars Petcare
Media Works, Ltd.
Merrick Pet Foods Inc
Meta Platforms, Inc.
MMXXI Investments LLC

Nutrivo, LLC
ODP Business Solutions, LLC (Office
Depot)
One Stop Facilities Maintenance Corp
Optimum Nutrition
Origin
Peak Living
Phillips Lansing Facility
Planitretail LLC
Prime Hydration LLC
Pro-Form Laboratories
Quest Nutrition, LLC
Raw Sport Supplement Company
REDCON 1
Royal Canin
Ryse Up Sports Nutrition LLC
Seaboard International Forest Products LLC
Sealy Mattress Company
Seminole Furniture
Steve Silver Company
Uber Freight US LLC
Velosio LLC
Vitality Works, Inc.
WEX Bank

**Top Unsecured Creditors (as of 10.10.24)**
Albany Industries Inc
Alphia Inc
Aquatic & Reptile - Central Garden & Pet
Arizona Nutritional Supplement
Assurant Inc.
Champion Petfoods USA
Climatic Home Products
Coyote Logistics
Delta Furniture
Earth Animal Ventures
Ehplabs LLC
Elanco US Inc
Elements International Group LLC
EMA Electrolux/Frigidaire
Force Factor Brands LLC
GE Appliances
GE General Electric-Haier US Appliance
Google
Hartz Mountain - VMX
Hill's Pet Nutrition

Kong Company
Living Style (Singapore) Pte. Limited
Lowes Companies Inc
M I Industries Inc
Madix Inc
Midwestern Pet Foods
Muebles Briss S.A. De C.V.(Marby)
Natural Balance Pet Foods Inc
Nestle Purina Petcare Company
Open Farm Inc
Order Groove Inc
O'Rourke Bros., Inc.
O'Rourke Sales Company
Peak Living, Inc.
Phillips Feed and Pet Supply
Premier Nutrition Company, LLC
Radio Systems Corporation
Sealy Mattress Manufacturing Company
Simmons Pet Food Inc
Solstice Sleep Company
Spectrum Brands Pet LLC
Standard Furniture MFG Co Inc
Stella and Chewys LLC
Surest/UnitedHealthcare Inc.
Titanic Furniture
Transform Holdco LLC (3PL)
UPS (Ocean Freight)
Vitamin Well USA LLC
Wellness Pet LLC
Weruva International Inc
Whirlpool
Zinatex Imports, Inc

**Landlords & Lessors**
103rd Street 6024, LLC
1210 Morena West LLC
1230 Zion, LLC
1700 Eubank, LLC
1997 GRP Limited Partnership
2151 Highland Partners, LLC
2885 Gender Road, LLC
30X30 34th Street Lubbock Partners, LLC
3200 Hwy 13, LLC
4100 Tomlynn Street-Rebkee, LLC and
Tomlynn Street-Fountainhead, LLC
4116 OBT Investments, LLC

425 Broadway RE Holdings LLC & 431
Broadway RE Holdings LLC
4801 Washtenaw LLC
5737-5848 North Elizabeth Street Holdings,
LLC
6001 Powerline, LLC
65 Holmes Investment Partners LLC
6588 LLC
7000 S May Ave, LLC
801 South Ft. Hood, LLC
900-71, LLC
A. Roland Kimbrell Trust
Acorn Ridge Properties LLC, JDM Capital,
LLC, MO Partners LLC, Confluence
Investment LLC
Afreight Holdings, LLC
AJDC 2, LLC
Albany Plaza Shopping Center LLC
Alisan LLC and Roseff LLC
All American Association, LLC and Yvonne
Keff
Allentex, LP
Amerco Real Estate Company
AMG Properties Inc.
Amplify Credit Union
Anderson Plaza, LLC
Arch Village Management Realty LLC
Ares Holdings, L.L.C.
Arizona Mills Mall, LLC
AR-Park Shopping Center, LLC and JSP-
Park Shopping Center, LLC
Atlanta Industrial TT, LLC
B.J. McCord d/b/a McCord Business Center
B33 Broadview Village LLC
Baldwin Gardens, Inc.
Bane Holdings of Tallahassee, LLC
Banner Partners, LLC
Bardstown S.C., LLC
BC Airport, LLC
Bell-51st, LLC
Belt 98, Inc.
Berryessa Plaza LLC
BG Plaza, LLC
Boatlanding Development Co., Inc.
Bostick Development, L.C.
BRC Hendersonville, LLC

BRE Mariner Venice Shopping Center LLC
BRE Retail NP Festival Centre Owner LLC
Brierwood Village LLC
Brighton Landmark, LLC
Brixmor Holdings 8 SPE, LLC
Brixmor SPE 5 LLC
Brixton Rogue, LLC
Brookhill V Acquisition, LLC
Brooksville Commercial Properties, LLC
and Oak Tree Lane, LLC
Brown Deer Mall, LLC
Bruce Howe Trust
BSW/DMW Properties LLC
Cafaro Leasing Company, LTD.
Candler RD Plaza GA LLC
Cedar Golden Triangle, LLC
Centerpoint 550, LLC
Centerview Plaza, LLC
Central Mall Port Arthur Realty Holding,
LLC
Certified Capital, LP, Horowitz Holdings,
LLC, Asset Acquisitions, LLC, and 3610
Partners, GP
CETA Group Limited Partnership
Chapel Hills Realty LLC, Chapel Hills CH
LLC, and Chapel Hills Nassim LLC
Charleigh Davis and TCCB Properties
Chicago Title & Trust Company, As Trustee
Under Trust Agreement Dated 10/10/1984
and Known as Trust No. 1086065
Chillicothe Shopping Center, LP
Chris McCarty Company, LLC
Cielo Paso Las Tiendas, L.P.
Circle City Property Group Inc.
Citimark Charleston, LLC
CJM Limited Liability Limited Partnership
Clear Creek Brothers - CV, LLC
Clear Lake Center, L.P.
Clendenin Partners
CLPF-Essex Green, LLC
Cobblestone Square Company, Ltd.
ColFin 2015-2 Industrial Owner, LLC
Colony Mills Enterprises, LLC
Combined Properties Limited Partnership
Commercial Properties Associates, LLP
Concord Retail Investment Group, LLC

Core MR Westview, LLC
Costco-Innovel Owner LLC
Costco-Innovel Properties LLC
Creekstone/Juban I, LLC
Crossing Point LLC
Crossroads Centre II, LLC
Crossroads Plaza, LLC
Crossroads Sunset Holdings, LLC
Cuyahoga Investments, LLC
CWP/Arlington LLC
D3 New Albany, LLC
Daniel G. Kamin Wadsworth Enterprises
Daniel P. Hagaman
Danville Riverside Partners, LLC
Daytona Commons, LLC
DCT Presidents Drive LLC
DDR Carolina Pavilion LP
Dennis R. Phillips Revocable Trust
Derby Improvements, LLC
DES 2015, LLC and CJCM, LLC-Series
CV505
Dixie Manor, LLC
Donna M. Rainwater & Larry J. Rainwater
Donna Rainwater Reece, Larry J. Rainwater,
R. Bryan Whitmire and Karla J. Whitmire
Douglas C. Foyt and Trailers for Sale or
Rent, Inc.
Dyn Sycamore Investments, L.L.C.
E & L Investments LLC
E.W. Thompson, Inc.
Eagle Water, LLC
Eagle-North Hills Shopping Centre LP
Eastlake Edison LLC and Eastlake Milford
LLC
Economy Square, Inc.
Ellis Chai LLC
Esue LLC
Ethan Conrad Properties, Inc.
Excel Realty Partners, L.P.
Exchange Right Value-Add Portfolio 2
Master Lessee, LLC
F.M.K., LLC
Fairview Heights Realty, LLC and Fairview
Nassim LLC
Fall River Shopping Center North, LLC
Faye Gross

Fiddler's Run, LLC
Fivel Family, LLC
Fox Jr. Development Inc.
Franklin Mills Associates Limited Partnership
Franklin Towne Plaza LLC
Frayer Enterprises, LLC
Fredric Singer
Front Street Kansas City, LLC
FSC West Covina, LLC
FSH Galleria Plaza, LLC
G&I X Industrial IN LLC
Gamble Brothers, LLC
Gary Mehan, DBA G.M. Properties
Gateway Retail Partner III, LLC
Gateway South, LLC #1
GBUZZ, LLC
GCP Boom, LLC
Giuffre IV, LLC
GKI Industrial Dallas, LLC
Glendale Galleria Center, LLC
GLL BVK Properties, L.P.
Gosula Holdings Ltd.
Gravois Bluffs East 8-A, LLC
Greater Orlando Aviation Authority
Greenfield Plaza LLC
Greenlight Development, LLC
GRH Goodyear LLC, Gaston Holdings LLC, and MRH Venture Capital LLC
Gridley Square Property, LLC
GS Centennial LLC
Gulson Retail LLC
Halltown Farms, LLC
Hankins Real Estate Partnership
Hart & Hart Corp.
Henry Fine Trust
Hidden Hill Road Associates, LLC
High Cotton Palisades, LLC, High Cotton Shoals, LLC and Pharo Palisades I, LLC
Himaloy Taylor LLC
HM Peachtree Corners I LLC
Hogan Holdings 56, LLC
HV Center LLC, HV Center TIC 1 LLC, and HV Center TIC 2 LLC
IH 35 Loop 340 Investors, LTD.
IH-10 Hayden, Ltd.

Indian Trail Square, LLC
Inland Commercial Real Estate Services LLC
Innovation Realty IN, LLC
Integra CRE, LLC
IRC Park Center Plaza, L.L.C.
Ireland Corner, LLC
Isador Schreiber & Associates, LLC
J & F Gainesville Properties, LLC
J&L Development Company, LLC
Jackson Street Group, LLC
Jeffnan U.S.A. Inc.
JHG Properties, LLC
JMK5 Winchester, LLC
JMW Hebron, LLC
Joe Amato East End Centre, LP
JRF Texas Properties, LLC
JSM Land Group, LLC
Kelley Commercial Realty, LLC and Stephanie D. Kelley
Keyser Oak Investors, LLC
KGI Military LLC
Kin Properties Inc.
Kings Mountain Investments
Kingsport Green AC Managing Company, LLC
Kinsman Investors
Kitty Wells, Inc.
KMD, LLC
KRG Houston Royal Oaks Village II, LLC
KRG Plaza Green, LLC
L.W. Miller Holding Company
Laurie Industries, Inc., Kinpark Associates and Fundamentals Company
Lawrence F. Kolb & Catherine M. Kolb, Trustees of The Lawrence F. Kolb and Catherine M. Kolb JLRT U/A/D April 12, 2018 and 2233 & 2235 MO Blvd, LLC
LBD Properties, LLC
LCRF, LLC
LDC Silvertree, LLC
Leland J3, LLC
Leveraged Holdings, L.L.C.
Lexington 2770, LLC
Lichtefeld Development Trust
Lidl US Operations, LLC

Lincoln Associates
LIT-ENVP Limited Partnership
LoLo Enterprises, LLC
Lovell 2.5, LLC
LU Candlers Station Holdings, LLC
Lynch Butler
M3 Ventures, LLC
Macon Center, LLC
Malco T.I.C.
Mall at Potomac Mills, LLC
Marathon Management, LLC
Marc NaperW LLC and NaperW, LLC
MarketFair North, LLC
McRae Mortgage & Investments, LLC
Meditrina Properties, LLC
Melvin C. McClung, Trustee of the Tommie
Louise McClung Family Trust
Menard, Inc.
Merchant 33 LLC
Merchant's Investors, LLC
Meredith, Inc.
Midwest Commercial Funding, LLC
Missouri Boulevard Investment Company,
LLC
Mobile Highway 4500, LLC
Mojack Holdings, LLC
Mongia Capital Michigan, LLC
Moon Village, LLC
Morningside Plaza, L.P.
MR Stealth LLC
Muenchens Unlimited, LLC
NDF III MJ Crossing, LLC
New Bern Development LLC
New Plaza Management, LLC
Newport Crossing Investors, LLC
Niagara Falls 778, LLC
North County Columbia Realty, LLC
Northern McFadden Limited Partnership
Northside Village Conyers, LLC
Northtowne Center Investors, LLC
Oak Forest Group, LTD
Okee Realty Associates, LLC
Old Orchard, LLC
One Home Realty, Inc.
One Land Company, LLC
One Oak Investments, LLC

Osborne Properties Limited Partnership
Oxford Street Huntsville
P & S Axelrod, L.L.C.
P&H Investments, LLC
Pacifica Muskegon, LLC
Parker-Anderson, LLC
Parkway Mall, LLC
PCRIF Spring Park Holdings, LLC
Pensacola Corners LLC
PFIILP - Parr Boulevard, LLC
Pilchers Summit Limited Partnership
Pinellas Park Square, LLC
Piqua Investment Partners, LLC
PK II El Camino North L.P.
Plaza North Shopping Center, LLC
Polk County Partners, LLC
Port St. Lucie Plaza I, II, III, LLC
Prattville Partners, Limited Partnership
Prologis Targeted U.S. Logistics Fund, L.P.
Pullman Square Associates
Rainbow Investment Co.
Randall M. Schulz
Ravi Randal Investment Group, LLC
RE Pecan, LLC
Realty Income Corporation
Regions Bank as Trustee of the Thomas H.
Willings Jr. Family Trust
Repwest Insurance Company
Richard Briggs and John Nathan Briggs, as
Trustees of the Stephanie R. Briggs
Irrevocable Trust dated October 15, 2009;
and Stephanie R. Briggs and John Nathan
Briggs, as Trustees of the Richard M. Briggs
Irrevocable Trust dated October 15, 2009
Ridgewater Commerce LLC
Rini Realty Company
River Oaks Properties, Ltd.
Riverdale Center North, LLC
Riverplace Shopping Center, LLC
Rock N Roll Development, LLC
Rockhill Center, LLC
Rodi Road 501, LLC
Rogers Commercial Properties, LLC
Rose & Rose, LLC
RPI Ridgmar Town Square, Ltd.
RRG LLC

Sabatine BK Development, LLC
Saia Family Limited Partnership
Sarabara Corp.
Sav 15000 Abercorn, LLC
Sears Authorized Hometown Stores, LLC
SEK 7753, LLC
Shrewsbury Village Limited Partnership
Sissel Juliano
SJN Realty Holdings, LLC
Slidell Athletic Club Property, L.L.C.
Somera Road - Athens Georgia II, LLC
South Tulsa Storage, LLC
Southern Hills Center, Ltd.
Southgate Properties, LLC
Southtown Plaza Realty LLC and
Southtown Nassim LLC
Southview Dothan Investors, LLC
Space For Lease of Tennessee
State Road 4201, LLC
Stature High Ridge, LLC
Sterling Equities II, LLC
Stewart & Hamilton Properties, LLC
Stone Mountain Square Shopping
Center, LLC
SVR Investments, LLC
SW 17th Street 1010, LLC
Sylvan Park Apartments, LLC
T.B.R. Property Group, LLC
T18 Investments, LLC
Tanglewood Venture, LLC
TB Garrett Creek, LLC
TBF Group Battle Creek, LLC
TCP Enterprise Parkway, LLC
Tejas Center, LTD.
Tenalok, LLC
Texas Main Street, LLC
The Collins Investment Trust
TKC CCXXXIX, LLC
TKG Colerain Towne Center, LLC
TKG Cranston Development, L.L.C.
TKG Fairhaven Commons, LLC
TLP 4782 Muhlhauser LLC
Tops Holding, LLC
Town Real Estate Enterprises, LLC
Tucson Speedway Square, LLC
Tumon Bay Resort & Spa, LLC

Turfway Baceline, LLC
Two by Two Properties, LLC
Tycer Heirs Separate Property, LLC
University Realty Associates, LLC
US Investments
Victory River Square, LLC
Vishal Kalmia Plaza, LLC
W.H. Warehouse, L.L.C.
Wal-Austin, LLC
Warner Robins Perlmix, LLC
Watson Village Retail, LLC
Waverly Plaza Shopping Center, Inc.
West County Investors, LLC
Weston SCIP 2 LLC
Westphal Leasing, LLC
Westside Village Shopping Center of Rome,
Inc.
WFD Investments, L.L.C.
White Lane, LLC
Whitehall Crossing D, LLC
William Shane Courtney
Woodcrest Akers, LLC
Woodforest Mini-City Partners, LP and
JLCM Partners, LP, TIC
Wylds 1708, LLC
YEK #9, LLC
York Realty Investment, LLC

**Significant Counterparties to Material
Agreements**
Capturis
Engie Resources LLC

**Significant Litigation Matters**
Charles Knight
Health Advocate
Gale et al [Class Action]
Joseph F Gazzo III
Matthew Giffuni
Quadre Investment Advisors LLC
Buddy's Mac Holdings, LLC

**Professionals**
AlixPartners LLP
Davis Polk & Wardwell LLP
Deloitte & Touche LLP

Ducera Partners LLC
Ernst & Young
Evercore LP
Foley & Lardner LLP
Gordon Rees Scully Mansukhani, LLP
Gordon Brothers Asset Advisors, LLC
Grant Thornton LLP
Guggenheim Securities, LLC
Hilco Merchant Resources, LLC
Hilco Real Estate, LLC
Holland & Knight, LLP
Kroll Restructuring Administration LLC
Landis Rath & Cobb LLP
Latham & Watkins LLP
Lazard Group LLC
M3 Advisory Partners, LP
Morris, Nichols, Arsht & Tunnell LLP
Paul Hastings LLP
Paul, Weiss, Rifkind, Whaton & Garrison LLP
Petrillo Klein & Boxer LLP
Porter Wright Morris & Arthur LLP
Ryan, LLC
Sheppard Mullin Richter & Hampton LLP
Troutman Pepper Hamilton Sanders LLP
White & Case LLP
Willkie Farr & Gallagher LLP
Young Conaway Stargatt & Taylor, LLP

**Other Parties**
BCDC Portfolio Owners LLC
BCHQ Owner LLC
National Retail Properties, LP

**DE - Judges**
Chan, Ashely M.
Dorsey, John T.

Goldblatt, Craig T.
Horan, Thomas M.
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

**DE – Office of the United States Trustee**
Andrew R. Vara
Benjamin Hackman
Christine Green
Diane Giordano
Dion Wynn
Edith A. Serrano
Elizabeth Thomas
Fang Bu
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jonathan Lipshie
Jonathan Nyaku
Joseph Cudia
Joseph McMahon
Lauren Attix
Linda Casey
Linda Richenderfer
Malcolm M. Bates
Michael Girello
Nyanquoi Jones
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

## <u>SCHEDULE 2</u>

**Former Clients[1]**

Brian Kahn
B. Riley FBR
B. Riley Securities, Inc.
BRF Finance Co. LLC
Granite Telecommunications
Evercore LP
GE General Electric-Haier US Appliance

---

[1]    In certain instances, the precise identity of the Potential Party in Interest was not readily ascertainable (<u>e.g.</u>, only the trade name or a portion thereof was known).  Solely for purposes of this Declaration, such party was treated as including affiliates and/or other entities bearing a similar name unless such Potential Party in Interest was believed by Willkie to be unrelated.

## **SCHEDULE 3**

## **Current Clients**[1]

AlixPartners, LLP
Arena Capital Advisors, LLC
Assurant, Inc.
Bardin Hill Investment Partners LP
B. Riley Financial, Inc.
B. Riley Principal 150 Sponsor Co., LLC
Blue Owl Liquid Credit Advisors, LLC, funds or accounts it manages and/or affiliates
Bryant Riley
B. Riley Principal Investments, LLC
B. Riley Principal Sponsor Co. II, LLC
Bryant & Carleen Riley
Bryant Riley
Castle Knight
Delaware Life Insurance Company
EAF comPlan II – Private Debt
Flexport
Fidelity Management & Research Company LLC, funds or accounts it manages and/or affiliates
Garnett Station Partners, funds or accounts it manages, and/or affiliates
Global Atlantic Financial Group, Ltd.
Google
Guggenheim Partners LLC
Hayfin Capital Management LLP
HPS Investment Partners, LLC
Intermediate Capital Group PLC (ICG)
Jackson Street Group, LLC
JPMorgan Chase Bank, N.A.
Meta Platforms, Inc.
MJX Asset Management, LLC, certain funds and accounts it manages and/or affiliates
Oaktree Capital
Pacifica
Pacific Investment Management Company LLC, certain funds it manages and/or affiliates
PK II El Camino North L.P.
Rainbow Investment Co.
Regions Banks
Rockhill Center, LLC
Sterling Equities II, LLC
Tops Holding, LLC
Whirlpool EMEA SPA
SPPC Group LLC

---

[1]    In certain instances, the precise identity of the Potential Party in Interest was not readily ascertainable (e.g., only the trade name or a portion thereof was known).  Solely for purposes of this Declaration, such party was treated as including affiliates and/or other entities bearing a similar name unless such Potential Party in Interest was believed by Willkie to be unrelated.