UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number:  24-12480                    BK ● AP ○

If AP, related BK case number:

Title of Order Appealed:  Order Denying Motion of the Ad Hoc Group of Freedom Lenders Seeking Entry of an Order (I) Terminating Exclusivity in the Holdco Debtors' Cases, (II) Lifting the Automatic Stay in the Holdco Debtors' Cases, or (III) Appointing a Chapter 11 Trustee for the Holdco Debtors

Docket #: 460                Date Entered: 12/18/24

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 466 | Date Filed: 12/18/24 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Freedom Lender Group

**Appellee/Cross Appellee**

Debtors
(see footnote 1, listed on notice of appeal)

**Counsel for Appellant/Cross Appellant:**

Brian E Farnan
Michael J Farnan
919 N Market St, 12th FL
Wilmington, DE  19801
(see additional attorneys on notice of appeal)

**Counsel for Appellee/Cross Appellee:**

Edmon L Morton
Matthew B Lunn
1000 N King St
Wilmington, DE 19801
(see additional attorneys on notice of appeal)

| | | |
|---|---|---|
| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ○ | No ● |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ● |
| Civil Action Number: | | |

(continued on next page)

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/20/24      **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   24-72