# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRANCHISE GROUP, INC.[1] | ) ) ) | Case No. 24-12480 (JTD) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) |  |

### NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO THE DEBTORS

**PLEASE TAKE NOTICE** that on December 19, 2024, a true and correct copy of the *Official Committee of Unsecured Creditors' First Requests for the Production of Documents to the Debtors* was served via email upon Franchise Group, Inc. and its direct and indirect subsidiaries (together, the **"Debtors"**), the Ad Hoc Group of First Lien Lenders and DIP Lenders, and the Freedom Lender Group, as set forth below.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

4920-3626-6504.1 29177.00002

WILLKIE FARR & GALLAGHER LLP
Debra M. Sinclair
James Dugan
Stuart Lombardi
Brady M. Sullivan
787 Seventh Avenue
New York, New York 10019
Email: dsinclair@willkie.com
      jdugan@willkie.com
      slombardi@willkie.com
      bsullivan@willkie.com

*Counsel to the Debtors*

PAUL HASTINGS LLP
Jayme Goldstein
Isaac Sasson
200 Park Avenue
New York, NY 10166
Email: jaymegoldstein@paulhastings.com
      isaacsasson@paulhastings.com

*Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders*

WHITE & CASE LLP
J. Christopher Shore
Samuel P. Hershey
1221 Avenue of the Americas
New York, NY 10020
Email: cshore@whitecase.com
      sam.hershey@whitecase.com

*Counsel to the Ad Hoc Group of Freedom Lenders*

Dated: December 20, 2024

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
  crobinson@pszjlaw.com

-and-

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Alan J. Kornfeld, Esq. (admitted *pro hac vice*)
Theodore S. Heckel, Esq. (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
  akornfeld@pszjlaw.com
  theckel@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*