UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number:  24-12480           BK ◉  AP ○

If AP, related BK case number:

Title of Order Appealed:   Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Shippers & Logistics Providers, and 503 (b) (9) Claimants; and (II) Granting Related Relief

Docket #: 410                Date Entered: 12/11/2024

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 467 | Date Filed: | 12/18/2024 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ Cross Appeal | Docket #: | Date Filed: | |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

Freedom Lender Group

**Appellee/Cross Appellee**

Debtors
(see footnote 1, listed on notice of appeal)

**Counsel for Appellant/Cross Appellant:**

Brian E Farnan
Michael J Farnan
919 N Market St, 12th FL
Wilmington, DE  19801
(see additional attorneys listed on appeal)

**Counsel for Appellee/Cross Appellee:**

Edmon L Morton
Matthew B Lunn
1000 N King St
Wilmington, DE  19801
(see additional attorneys listed on appeal)

| | | |
|---|---|---|
| Filing fee paid? | Yes ◉ | No ○ |
| IFP application filed by applicant? | Yes ○ | No ◉ |
| Have additional appeals of the same order been filed? | Yes ○ | No ◉ |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ◉ |
| Civil Action Number: | | |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/23/2024    **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   24-77