UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number:  24-12480          BK ⬤  AP ◯

If AP, related BK case number:

Title of Order Appealed:  Order (I) (A) Approving Bidding Procedures for the Sale of all or Substantially all of the Debtors' Assets, (B) Schedulin an Auction and a Sale Hearing and Approving th Form and Manner of Notice Thereof, 9C) Approving Assumption and Assignment Procedures, and (D) Granting Related Relief; Amended Order

Docket #: 411; 444          Date Entered: 12/11/2024; 12/16/2024 as j

Item Transmitted:

| ✓ | Notice of Appeal | Docket #: 469 | Date Filed: 12/18/2024 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ | Cross Appeal | Docket #: | Date Filed: |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Freedom Lender Group

**Appellee/Cross Appellee**

Debtors
(see footnote 1, listed on notice of appeal)

**Counsel for Appellant/Cross Appellant:**

Brian E Farnan
Michael J Farnan
919 N Market St, 12th FL
Wilmington, DE  19801
(see additional attorneys listed on appeal)

**Counsel for Appellee/Cross Appellee:**

Edmon L Morton
Matthew B Lunn
1000 N King St
Wilmington, DE  19801
(see additional attorneys listed on appeal)

| Filing fee paid? | Yes ⬤ | No ◯ |
| IFP application filed by applicant? | Yes ◯ | No ⬤ |
| Have additional appeals of the same order been filed? | Yes ◯ | No ⬤ |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ◯ | No ⬤ |

Civil Action Number:

(continued on next page)

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/23/2024      **by:** /s/ Kimberly Ross
                                                     **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   24-79