# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Franchise Group, Inc.

**Case No.:** 24−12480−JTD

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 12/23/24  
(VAN−440)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 24-12480-JTD |
| Franchise Group, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 18 |
| Date Rcvd: Dec 23, 2024 | Form ID: van440 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Edmon L. Morton, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + Timothy Jay Fox, Jr., Office of the United States Trustee, U. S. Department of Justice, 844 King Street, Suite 2207, Lockbox #35 Wilmington, DE 19801-3519 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 25, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:

**Name**            **Email Address**

Adam G. Landis
                    on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders landis@lrclaw.com
                    brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Alan J. Taylor
                    on behalf of Creditor Brookdale Shopping Center  L.L.C. ataylor@smsm.com, tpope@smsm.com,gleskie@smsm.com

Alexander R. Steiger
                    on behalf of Interested Party B. Riley Principal Investments  LLC and its affiliates steiger@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Allison S Mielke
                    on behalf of Debtor Franchise Group Intermediate Holdco  LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

| District/off: 0311-1 | User: admin | Page 2 of 18 |
|---|---|---|
| Date Rcvd: Dec 23, 2024 | Form ID: van440 | Total Noticed: 2 |

| | |
|---|---|
| Allison S Mielke | on behalf of Debtor Franchise Group  Inc. amielke@ycst.com, bankfilings@ycst.com |
| Allison S Mielke | on behalf of Debtor WNW Franchising  LLC amielke@ycst.com, bankfilings@ycst.com |
| Allison S Mielke | on behalf of Debtor Franchise Group Newco PSP  LLC amielke@ycst.com, bankfilings@ycst.com |
| Allison S Mielke | on behalf of Debtor Franchise Group Intermediate PSP  LLC amielke@ycst.com, bankfilings@ycst.com |
| Allison S Mielke | on behalf of Debtor Franchise Group Intermediate SL  LLC amielke@ycst.com, bankfilings@ycst.com |
| Allison S Mielke | on behalf of Debtor Franchise Group Intermediate L  LLC amielke@ycst.com, bankfilings@ycst.com |
| Allison S Mielke | on behalf of Debtor Franchise Group Intermediate S  LLC amielke@ycst.com, bankfilings@ycst.com |
| Allison S Mielke | on behalf of Debtor Franchise Group Newco Intermediate AF  LLC amielke@ycst.com, bankfilings@ycst.com |
| Allison S Mielke | on behalf of Debtor Franchise Group Intermediate V  LLC amielke@ycst.com, bankfilings@ycst.com |
| Allison S Mielke | on behalf of Debtor Franchise Group Intermediate BHF  LLC amielke@ycst.com, bankfilings@ycst.com |
| Allison S Mielke | on behalf of Debtor Franchise Group New Holdco  LLC amielke@ycst.com, bankfilings@ycst.com |
| Allison S Mielke | on behalf of Debtor Franchise Group Newco BHF  LLC amielke@ycst.com, bankfilings@ycst.com |
| Amanda R. Steele | on behalf of Interested Party B. Riley Principal Investments  LLC and its affiliates steele@rlf.com |
| Andrew Matott | on behalf of Interested Party Wilmington Trust  National Association matott@sewkis.com |
| Andrew T Zatz | on behalf of Interested Party Ad Hoc Group of Freedom Lenders azatz@whitecase.com isilverbrand@whitecase.com;mco@whitecase.com |
| Belkys Escobar | on behalf of Creditor County of Loudoun  Virginia belkys.escobar@loudoun.gov |
| Benjamin Joseph Steele | on behalf of Other Prof. Kroll Restructuring Administration LLC ecf@primeclerk.com |
| Benjamin Joseph Steele | on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com |
| Betsy Lee Feldman | on behalf of Debtor Franchise Group  Inc. bfeldman@willkie.com, bankfilings@ycst.com;maosbny@willkie.com |
| Bradford J. Sandler | on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS bsandler@pszjlaw.com abates@pszjlaw.com |
| Brett Michael Haywood | on behalf of Interested Party JP Morgan Chase  N.A., as Prepetition ABL Agent bhaywood@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Brian E Farnan | on behalf of Interested Party Ad Hoc Group of Freedom Lenders bfarnan@farnanlaw.com  tfarnan@farnanlaw.com |
| Brian J. McLaughlin | on behalf of Creditor Rockfirm  LLC brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com |
| Brian L Shaw | on behalf of Creditor Prophecy Settlement-related Liquidating Trust 2022-23 bshaw@cozen.com cknez@cozen.com;brian-shaw-5749@ecf.pacerpro.com |
| Brian T. FitzGerald | on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hillsboroughcounty.org connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org |
| Carl N. Kunz, III | on behalf of Interested Party University Realty Associates  LLC ckunz@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com |

Case 24-12480-JTD    Doc 560    Filed 12/25/24    Page 4 of 19

| District/off: 0311-1 | User: admin | Page 3 of 18 |
|---|---|---|
| Date Rcvd: Dec 23, 2024 | Form ID: van440 | Total Noticed: 2 |

Carl N. Kunz, III
　　on behalf of Interested Party RCG-PSC Camp Creek Owner LLC ckunz@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Charles S. Stahl, Jr.
　　on behalf of Creditor Raymond Leasing Corporation cstahl@smbtrials.com

Christopher M. Donnelly
　　on behalf of Interested Party University Realty Associates LLC cdonnelly@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Christopher M. Donnelly
　　on behalf of Interested Party RCG-PSC Camp Creek Owner LLC cdonnelly@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Christopher M. Winter
　　on behalf of Creditor Ahuja Development LLC cmwinter@duanemorris.com

Christopher Page Simon
　　on behalf of Interested Party Glanbia Performance Nutrition Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon
　　on behalf of Interested Party Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers LLC csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon
　　on behalf of Interested Party Woodbolt Distribution LLC csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher S. Murphy
　　on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division hristopher.murphy@oag.texas.gov, sherri.simpson@oag.texas.gov

Colin R. Robinson
　　on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS crobinson@pszjlaw.com

Dana S. Plon
　　on behalf of Creditor Paoli Shopping Center Limited Partnership Phase II dplon@sirlinlaw.com

Daniel Fliman
　　on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders danfliman@paulhastings.com michaelmagzamen@paulhastings.com;matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;jeremyevans@paulhastings.com;jaymegoldstein@paulhastings.com

Daniel K. Hogan
　　on behalf of Creditor Front Street Kansas City LLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,

David A Shapiro
　　on behalf of Creditor Parm Golf Center LLC dshapiro@mckenna-law.com

Dean Farley
　　on behalf of Creditor GKI Industrial Dallas LLC dfarley@brennanllc.com

Deborah M. Perry
　　on behalf of Creditor BC Exchange Salt Pond dperry@munsch.com

Debra McElligott Sinclair
　　on behalf of Debtor Franchise Group Inc. dsinclair@willkie.com, mao@willkie.com

Dennis A. Meloro
　　on behalf of Interested Party Arizona Nutritional Supplements Dennis.Meloro@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Diane W. Sanders
　　on behalf of Creditor City of McAllen austin.bankruptcy@publicans.com

Diane W. Sanders
　　on behalf of Creditor Kerr County austin.bankruptcy@publicans.com

Diane W. Sanders
　　on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane W. Sanders
　　on behalf of Creditor McLennan County austin.bankruptcy@publicans.com

Diane W. Sanders
　　on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Domenic E. Pacitti
　　on behalf of Interested Party BCHQ Owner LLC dpacitti@klehr.com

Domenic E. Pacitti
　　on behalf of Interested Party BCDC Portfolio Owner LLC dpacitti@klehr.com

Case 24-12480-JTD    Doc 560    Filed 12/25/24    Page 5 of 19

| District/off: 0311-1 | User: admin | Page 4 of 18 |
|---|---|---|
| Date Rcvd: Dec 23, 2024 | Form ID: van440 | Total Noticed: 2 |

Domenic E. Pacitti
    on behalf of Interested Party Blue Owl Real Estate Capital LLC dpacitti@klehr.com

Don Stecker
    on behalf of Creditor Bexar County don.stecker@lgbs.com

Don Stecker
    on behalf of Creditor City of El Paso don.stecker@lgbs.com

Edmon L. Morton
    on behalf of Debtor Freedom VCM  Inc. bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor WNW Stores  LLC bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Freedom VCM Holdings  LLC bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Freedom VCM Interco  Inc. bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Home & Appliance Outlet  LLC bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Pet Supplies "Plus"  LLC bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Freedom VCM Receivables  Inc. bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Freedom VCM Interco Holdings  Inc. bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Franchise Group  Inc. bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Franchise Group Newco V  LLC bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor American Freight FFO  LLC bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Freedom Receivables II  LLC bankfilings@ycst.com

Edmon L. Morton
    on behalf of Plaintiff Franchise Group  Inc. bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Franchise Group Newco SL  LLC bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor PSP Distribution  LLC bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Franchise Group Newco S  LLC bankfilings@ycst.com

Eric S. Goldstein
    on behalf of Creditor Sayville Plaza Development  LLC egoldstein@goodwin.com,
    bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

Ericka Fredricks Johnson
    on behalf of Interested Party Kin Properties  Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC,
    Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc.,
    ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Erin Powers Severini
    on behalf of Creditor WPG Legacy  LLC eseverini@fbtlaw.com

Ethan H. Sulik
    on behalf of Interested Party JP Morgan Chase  N.A., as Prepetition ABL Agent esulik@potteranderson.com

Frederick Brian Rosner
    on behalf of Interested Party Daniel P. Hagaman rosner@teamrosner.com
    chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Geoffrey Peters
    on behalf of Creditor Sangamon North LLC. bronationalecf@weltman.com

Geoffrey Peters
    on behalf of Creditor The Commons at Southpark LLC bronationalecf@weltman.com

Gregory V. Demo

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 5 of 18 |
| Date Rcvd: Dec 23, 2024 | Form ID: van440 | Total Noticed: 2 |

on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS gdemo@pszjlaw.com

Hiram Abif Gutierrez
    on behalf of Creditor Brownsville Independent School District edinburgbankruptcy@pbfcm.com

Isaac Sasson
    on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders isaacsasson@paulhastings.com

J. David Forsyth
    on behalf of Creditor Shanri Holdings Corporation jdf@sessions-law.com

James C. Carignan
    on behalf of Creditor Ahuja Development LLC  jccarignan@duanemorris.com

Jeffrey Kurtzman
    on behalf of Creditor Oxford Valley Road Associates  L.P. kurtzman@kurtzmansteady.com

Jeffrey Rhodes
    on behalf of Interested Party Kin Properties  Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., jrhodes@tlclawfirm.com

Jeremy W. Ryan
    on behalf of Interested Party JP Morgan Chase  N.A., as Prepetition ABL Agent jryan@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

John Christopher Shore
    on behalf of Interested Party Ad Hoc Group of Freedom Lenders cshore@whitecase.com caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Henry Knight
    on behalf of Interested Party B. Riley Principal Investments  LLC and its affiliates knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com

John Kendrick Turner
    on behalf of Creditor City Of Allen dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Parker CAD dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Town of Prosper dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Navarro County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Prosper ISD dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Ellis county dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor City of Wylie dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Smith County dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Irving ISD dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Dallas County dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Tom Green CAD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Allen ISD dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Tarrant County dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Kaufman County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Northwest ISD dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

District/off: 0311-1  User: admin  Page 6 of 18
Date Rcvd: Dec 23, 2024  Form ID: van440  Total Noticed: 2

John Kendrick Turner

    on behalf of Creditor Rockwall CAD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

    on behalf of Creditor Gregg County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

    on behalf of Creditor Hopkins County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

    on behalf of Creditor City of Frisco dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

    on behalf of Creditor Wise County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

    on behalf of Creditor Sulphur Springs ISD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

    on behalf of Creditor City of Carrollton dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

    on behalf of Creditor Grayson County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

    on behalf of Creditor Lewisville ISD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

    on behalf of Creditor City Of Sulphur Springs dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John R. Ashmead

    on behalf of Interested Party Wilmington Trust  National Association ashmead@sewkis.com, matott@sewkis.com;managingclerkoffice@sewkis.com

Jordan Williams

    on behalf of Interested Party Wilmington Trust  National Association jordan.williams@blankrome.com

Joseph C. Barsalona II

    on behalf of Defendant Brian Gale jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

    on behalf of Defendant John Does 1-20 jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

    on behalf of Defendant Terry Philippas jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

    on behalf of Defendant Lawrence Bass jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

    on behalf of Defendant Mark Noble jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

    on behalf of Interested Party Former Stockholders jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph H Lemkin

    on behalf of Creditor Peoria Rental Properties  LLC jlemkin@stark-stark.com

Joseph H. Baldiga

    on behalf of Creditor New Westgate Mall LLC jbaldiga@mirickoconnell.com

Joy D Kleisinger

    on behalf of Creditor WPG Legacy  LLC jkleisinger@fbtlaw.com

Juan E Martinez

    on behalf of Creditor Babson Macedonia Partners  LLC jmartinez@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Juan E Martinez

    on behalf of Creditor TM2  LLC jmartinez@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Julie Anne Parsons

    on behalf of Creditor Guadalupe County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

    on behalf of Creditor Brazos County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

District/off: 0311-1 User: admin Page 7 of 18
Date Rcvd: Dec 23, 2024 Form ID: van440 Total Noticed: 2

| | |
|---|---|
| Julie Anne Parsons | on behalf of Creditor Julie Anne Parsons Bowie Central Appraisal District jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor Williamson County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor City of Waco/Waco ISD/La Vega ISD jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor Denton County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor Tax Appraisal District of Bell County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor Hays County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor Midland Central Appraisal District jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor Burnet Central Appraisal District jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Justin Cory Falgowski | on behalf of Creditor Sylvan Park Apartments LLC jfalgowski@burr.com |
| Justin Cory Falgowski | on behalf of Creditor Comenity Capital Bank jfalgowski@burr.com |
| Justin Cory Falgowski | on behalf of Creditor CTO24 Carolina LLC as successor in interest to DDR Carolina Pavilion, LP jfalgowski@burr.com |
| Kaan Ekiner | on behalf of Creditor Prophecy Settlement-related Liquidating Trust 2022-23 kekiner@cozen.com sshidner@cozen.com;kaan-ekiner-7206@ecf.pacerpro.com |
| Karen M. Grivner | on behalf of Creditor Crossroads Centre II LLC kgrivner@clarkhill.com, kwebster@clarkhill.com |
| Karen M. Grivner | on behalf of Creditor Surprise Towne Center Holdings LLC kgrivner@clarkhill.com, kwebster@clarkhill.com |
| Karen M. Grivner | on behalf of Creditor Vestar-CPT Tempe Marketplace LLC kgrivner@clarkhill.com, kwebster@clarkhill.com |
| Karen M. Grivner | on behalf of Creditor VS Tempe LLC kgrivner@clarkhill.com, kwebster@clarkhill.com |
| Katherine Devanney | on behalf of Creditor Mars Petcare US Inc. kdevanney@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com |
| Katherine Devanney | on behalf of Creditor Champion Petfoods USA Inc. kdevanney@polsinelli.com lsuprum@polsinelli.com;delawaredocketing@polsinelli.com |
| Katherine Devanney | on behalf of Creditor Mars Fishcare North America Inc. kdevanney@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com |
| Kevin G. Collins | on behalf of Interested Party Elanco US Inc. kevin.collins@btlaw.com klytle@btlaw.com |
| Kevin G. Collins | on behalf of Interested Party Drink LMNT Inc. kevin.collins@btlaw.com, klytle@btlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor TM2 LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor Babson Macedonia Partners LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Newman | on behalf of Creditor HV Center LLC et al. knewman@barclaydamon.com, kmnbk@barclaydamon.com |
| Kevin M. Newman | |

District/off: 0311-1             User: admin             Page 8 of 18
Date Rcvd: Dec 23, 2024             Form ID: van440             Total Noticed: 2

| | |
|---|---|
| | on behalf of Creditor CRI New Albany Square LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor DLC Management Corporation knewman@barclaydamon.com kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor Grove City Plaza L.P. knewman@barclaydamon.com, kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor Benenson Capital Partners LLC knewman@barclaydamon.com kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor Wheeler REIT LP knewman@barclaydamon.com, kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor SS Tulsa Center LLC et al. knewman@barclaydamon.com, kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor First National Realty Partners knewman@barclaydamon.com kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor National Realty & Development Corp. knewman@barclaydamon.com kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor Northridge Crossing L.P. knewman@barclaydamon.com kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor Inland Commercial Real Estate Services LLC knewman@barclaydamon.com kmnbk@barclaydamon.com |
| Kevin Scott Mann | on behalf of Creditor Kawips Delaware Cuyahoga Falls LLC kmann@crosslaw.com, smacdonald@crosslaw.com |
| Kristen N. Pate | on behalf of Creditor Brookfield Properties Retail Inc. bk@bpretail.com |
| Kristin L McElroy | on behalf of Debtor Franchise Group Inc. KMcElroy@ycst.com |
| Kroll Restructuring Administration LLC | info@ra.kroll.com |
| L Katie Mason | on behalf of Creditor Whirlpool Corporation katie.mason@quarles.com docketwi@quarles.com |
| Laura J. Monroe | on behalf of Creditor Lubbock Central Appraisal District et al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com |
| Laurel D. Roglen | on behalf of Creditor ShopOne Centers REIT Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Brixmor Operating Partnership LP roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor National Realty & Development Corp. roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor SS Tulsa Center LLC et al. roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor FR Grossmont LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Continental Realty Corporation roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Benenson Capital Partners LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Prime/FRIT Mission Hills LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Northridge Crossing L.P. roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Inland Commercial Real Estate Services LLC roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor First National Realty Partners roglenl@ballardspahr.com carbonej@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor CRI New Albany Square LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com |

Case 24-12480-JTD    Doc 560    Filed 12/25/24    Page 10 of 19

| District/off: 0311-1 | User: admin | Page 9 of 18 |
|---|---|---|
| Date Rcvd: Dec 23, 2024 | Form ID: van440 | Total Noticed: 2 |

Laurel D. Roglen
    on behalf of Creditor DLC Management Corporation roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Azalea Joint Venture  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Wheeler REIT  LP roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Grove City Plaza  L.P. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor HV Center LLC  et al. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor ShopOne Centers REIT  Inc. heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor FR Grossmont  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Federal Realty OP LP heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Continental Realty Corporation heilmanl@ballardspahr.com  friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Prime/FRIT Mission Hills  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Azalea Joint Venture  LLC heilmanl@ballardspahr.com, friedmanm@ballardspahr.com

Lisa Bittle Tancredi
    on behalf of Interested Party Buddy Mac Holdings  LLC lisa.tancredi@wbd-us.com, cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Louis F. Solimine
    on behalf of Interested Party LU Candlers Station Holdings  LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

Margaret A. Vesper
    on behalf of Creditor Azalea Joint Venture  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Prime/FRIT Mission Hills  LLC vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor ShopOne Centers REIT  Inc. vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Continental Realty Corporation vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Brixmor Operating Partnership LP vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com

Margaret A. Vesper
    on behalf of Creditor FR Grossmont  LLC vesperm@ballardspahr.com

Mark Minuti
    on behalf of Creditor Beral  LLLP mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti
    on behalf of Creditor Laurel Lakes  LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark L. Desgrosseilliers
    on behalf of Interested Party Hilco Merchant Resources  LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com

Marla S. Benedek
    on behalf of Creditor Prophecy Settlement-related Liquidating Trust 2022-23 mbenedek@cozen.com, marla-benedek-0597@ecf.pacerpro.com

Matthew B. McGuire

District/off: 0311-1 User: admin Page 10 of 18
Date Rcvd: Dec 23, 2024 Form ID: van440 Total Noticed: 2

| | |
|---|---|
| | on behalf of Interested Party Ad Hoc Group of First Lien Lenders mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com |
| Matthew B. McGuire | |
| | on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor American Freight Group  LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Buddy's Newco  LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Educate  Inc. mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Vitamin Shoppe Procurement Services  LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor American Freight Management Company  LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Buddy's Franchising and Licensing LLC mlunn@ycst.com  bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Franchise Group Acquisition TM  LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Betancourt Sports Nutrition  LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor American Freight Outlet Stores  LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Franchise Group Intermediate B  LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor American Freight Franchisor  LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor American Freight Holdings  LLC mlunn@ycst.com, bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor American Freight Franchising  LLC mlunn@ycst.com, bankfilings@ycst.com |
| Melissa E. Valdez | |
| | on behalf of Creditor Magnolia Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com |
| Michael Papandrea | |
| | on behalf of Interested Party Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers  LLC mpapandrea@lowenstein.com, dclaussen@lowenstein.com |
| Michael Papandrea | |
| | on behalf of Interested Party Woodbolt Distribution  LLC mpapandrea@lowenstein.com, dclaussen@lowenstein.com |
| Michael Papandrea | |
| | on behalf of Interested Party Glanbia Performance Nutrition  Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com |
| Michael J. Farnan | |
| | on behalf of Interested Party Ad Hoc Group of Freedom Lenders mfarnan@farnanlaw.com  tfarnan@farnanlaw.com |
| Michael Seth Etkin | |
| | on behalf of Interested Party Woodbolt Distribution  LLC metkin@lowenstein.com |
| Michael Seth Etkin | |
| | on behalf of Interested Party Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers  LLC metkin@lowenstein.com |
| Michael Seth Etkin | |
| | on behalf of Interested Party Glanbia Performance Nutrition  Inc. metkin@lowenstein.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Southfield Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Fairlawn Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Jensen Beach Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |
| Monique Bair DiSabatino | |
| | on behalf of Creditor Hampton Village Station LLC monique.disabatino@saul.com  robyn.warren@saul.com |

| | |
|---|---|
| Monique Bair DiSabatino | on behalf of Creditor Village Mooresville Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Lakewood (Ohio) Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Phillips Edison & Company monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Atlantic Plaza Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Summerville Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Memorial Kirkwood Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Golden Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Edgewood Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Hartville Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Wheat Ridge Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Stone Gate Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Harvest Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Valrico Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Orchard Square Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Chapel Hill North Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Shoregate Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Rainbow Station North LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Hamilton Ridge Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Five Town Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Fairfield Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Morton R. Branzburg | on behalf of Interested Party BCDC Portfolio Owner LLC mbranzburg@klehr.com jtaylor@klehr.com |
| Morton R. Branzburg | on behalf of Interested Party BCHQ Owner LLC mbranzburg@klehr.com jtaylor@klehr.com |
| Morton R. Branzburg | on behalf of Interested Party Blue Owl Real Estate Capital LLC mbranzburg@klehr.com jtaylor@klehr.com |
| Patrick A. Jackson | on behalf of Creditor United Parcel Service Patrick.jackson@faegredrinker.com cathy.greer@faegredrinker.com |
| Phillip Wesley Nelson | on behalf of Creditor Alter Domus (US) LLC phillip.nelson@hklaw.com hapi@hklaw.com |
| Rachel B. Mersky | on behalf of Creditor Kimco Realty Corporation rmersky@monlaw.com |
| Rachel B. Mersky | on behalf of Creditor 2205 Federal Investors LLC rmersky@monlaw.com |
| Reliable Companies | gmatthews@reliable-co.com |

Case 24-12480-JTD    Doc 560    Filed 12/25/24    Page 13 of 19

| District/off: 0311-1 | User: admin | Page 12 of 18 |
|---|---|---|
| Date Rcvd: Dec 23, 2024 | Form ID: van440 | Total Noticed: 2 |

| | |
|---|---|
| Richard J. McCord | on behalf of Creditor 3644 Long Beach Road LLC afollett@certilmanbalin.com;cfollett@certilmanbalin.com;jmayall@certilmanbalin.com;rnosek@certilmanbalin.com |
| Robert J. Feinstein | on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS rfeinstein@pszjlaw.com |
| Robert L. LeHane | on behalf of Interested Party NNN REIT Inc. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert L. LeHane | on behalf of Interested Party Kite Realty Group L.P. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert L. LeHane | on behalf of Interested Party BCHQ Owner LLC KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert L. LeHane | on behalf of Creditor Brookfield Properties Retail Inc. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert L. LeHane | on behalf of Interested Party BCDC Portfolio Owner LLC KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert L. LeHane | on behalf of Interested Party Shamrock A. Owner LLC KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert L. LeHane | on behalf of Interested Party GCP Bloom LLC KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert L. LeHane | on behalf of Interested Party Curbline Properties Corp. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert L. LeHane | on behalf of Interested Party Regency Centers L.P. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert L. LeHane | on behalf of Interested Party SITE Centers Corp. KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert L. LeHane | on behalf of Interested Party First Washington Realty KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Robert L. LeHane | on behalf of Interested Party JLL Property Management (Franklin Mall) KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com |
| Ronald Mark Tucker | on behalf of Creditor Simon Property Group Inc. rtucker@simon.com, bankruptcy@simon.com |
| Ronald S. Gellert | on behalf of Creditor GKI Industrial Dallas LLC rgellert@gsbblaw.com |
| Sabrina L. Streusand | on behalf of Creditor Dell Financial Services L.L.C. streusand@slollp.com prentice@slollp.com |
| Samuel Paul Hershey | on behalf of Interested Party Ad Hoc Group of Freedom Lenders sam.hershey@whitecase.com |
| Scott A Bachert | on behalf of Creditor Frontier Bel Air LLC sbachert@kerricklaw.com |
| Scott A Bachert | on behalf of Creditor Frontier Osceola LC sbachert@kerricklaw.com |
| Scott A Bachert | on behalf of Creditor Frontier Dania LLC sbachert@kerricklaw.com |
| Scott A Bachert | on behalf of Creditor Frontier Dover LLC sbachert@kerricklaw.com |
| Scott A Bachert | on behalf of Creditor Frontier Kissimmee LLC sbachert@kerricklaw.com |
| Scott E. Blakeley | |

Case 24-12480-JTD    Doc 560    Filed 12/25/24    Page 14 of 19

| District/off: 0311-1 | User: admin | Page 13 of 18 |
|---|---|---|
| Date Rcvd: Dec 23, 2024 | Form ID: van440 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Doctor's Best Inc. seb@blakeleylc.com ecf@blakeleyllp.com |
| Scott L. Fleischer | |
| | on behalf of Creditor HV Center LLC et al. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | |
| | on behalf of Creditor Wheeler REIT LP sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | |
| | on behalf of Creditor Benenson Capital Partners LLC sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | |
| | on behalf of Creditor Northridge Crossing L.P. sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | |
| | on behalf of Creditor Inland Commercial Real Estate Services LLC sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | |
| | on behalf of Creditor DLC Management Corporation sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | |
| | on behalf of Creditor Kempner Properties LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | |
| | on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | |
| | on behalf of Creditor SS Tulsa Center LLC et al. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | |
| | on behalf of Creditor Grove City Plaza L.P. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | |
| | on behalf of Creditor CRI New Albany Square LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com |
| Sergio E. Garcia | |
| | on behalf of Creditor Copperas Cove Independent School District austinbankruptcy@pbfcm.com |
| Sergio E. Garcia | |
| | on behalf of Creditor Kerrville Independent School District austinbankruptcy@pbfcm.com |
| Sergio E. Garcia | |
| | on behalf of Creditor c/o Sergio E. Garcia Kerrville Independent School District austinbankruptcy@pbfcm.com |
| Shannah L. Colbert | |
| | on behalf of Creditor New Westgate Mall LLC scolbert@mirickoconnell.com |
| Shanti M. Katona | |
| | on behalf of Creditor Mars Petcare US Inc. skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Shanti M. Katona | |
| | on behalf of Creditor Champion Petfoods USA Inc. skatona@polsinelli.com LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Shanti M. Katona | |
| | on behalf of Creditor Mars Fishcare North America Inc. skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Shella Borovinskaya | |
| | on behalf of Plaintiff Franchise Group Inc. sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor PSP Franchising LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor Vitamin Shoppe Franchising LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor PSP Service Newco LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor Vitamin Shoppe Mariner LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor Vitamin Shoppe Florida LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |

Case 24-12480-JTD    Doc 560    Filed 12/25/24    Page 15 of 19

| District/off: 0311-1 | User: admin | Page 14 of 18 |
|---|---|---|
| Date Rcvd: Dec 23, 2024 | Form ID: van440 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Debtor PSP Stores LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor Franchise Group Inc. sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor American Freight LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor PSP Subco LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor Valor Acquisition LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor Vitamin Shoppe Industries LLC sborovinskaya@ycst.com bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor PSP Group LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor PSP Midco LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |
| | on behalf of Debtor Vitamin Shoppe Global LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Sloane B. O'Donnell | |
| | on behalf of Creditor Cintas Corporation No. 2 sodonnell@fbtlaw.com |
| Stanley B. Tarr | |
| | on behalf of Interested Party Wilmington Trust National Association stanley.tarr@blankrome.com |
| Stephen B Gerald | |
| | on behalf of Creditor Amazing Organics LLC t/a Amazing Herbs sgerald@tydings.com |
| Stephen B Gerald | |
| | on behalf of Creditor The J. M. Smucker Company sgerald@tydings.com |
| Stephen B. Porterfield | |
| | on behalf of Creditor Kings Mountain Investments Inc. stephen.porterfield@dentons.com pcastleberry@sirote.com |
| Stuart R. Lombardi | |
| | on behalf of Debtor Franchise Group Inc. slombardi@willkie.com, mao@willkie.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Kite Realty Group L.P. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Creditor WPG Legacy LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party JLL Property Management (Franklin Mall) skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party BCDC Portfolio Owner LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Shamrock A. Owner LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party NNN REIT Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Curbline Properties Corp. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Creditor Brookfield Properties Retail Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party GCP Bloom LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party First Washington Realty skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party BCHQ Owner LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Creditor W. Silver Products LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party SITE Centers Corp. skaufman@skaufmanlaw.com |

| | |
|---|---|
| Susan E. Kaufman | on behalf of Interested Party Regency Centers L.P. skaufman@skaufmanlaw.com |
| Susan R Fuertes | on behalf of Creditor Harris County ATTN: Property Tax Division susan.fuertes@harriscountytx.gov |
| Tara L. Grundemeier | on behalf of Creditor Deer Park ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris Co ESD #08 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris Co ESD #48 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris Co ESD #16 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Pasadena houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Katy ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris Co ESD #09 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris Co ESD #11 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Thomas E Lauria | on behalf of Interested Party Ad Hoc Group of Freedom Lenders tlauria@whitecase.com mco@whitecase.com |
| Timothy Jay Fox, Jr. | on behalf of U.S. Trustee U.S. Trustee timothy.fox@usdoj.gov |
| Turner Falk | on behalf of Creditor Edgewood Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Village Mooresville Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Orchard Square Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Lakewood (Ohio) Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Valrico Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Memorial Kirkwood Station LLC turner.falk@saul.com tnfalk@recap.email |

District/off: 0311-1                             User: admin                                Page 16 of 18
Date Rcvd: Dec 23, 2024                          Form ID: van440                            Total Noticed: 2

| | |
|---|---|
| Turner Falk | on behalf of Creditor Chapel Hill North Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Stone Gate Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Harvest Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Wheat Ridge Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Fairfield Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Jensen Beach Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Five Town Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Summerville Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Southfield Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Hartville Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Fairlawn Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Phillips Edison & Company turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Golden Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Rainbow Station North LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Atlantic Plaza Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Hampton Village Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Shoregate Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Hamilton Ridge Station LLC turner.falk@saul.com tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William McDonald, III | on behalf of Creditor BREIT Canarsie Owner LLC wmcdonald@shopcore.com |
| William A. Hazeltine | on behalf of Creditor Whirlpool Corporation whazeltine@sha-llc.com |
| William F. Taylor, Jr | on behalf of Creditor Orange & Rockland Utilities Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Entergy Arkansas LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor American Electric Power wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor KeySpan Energy Delivery Long Island wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Metropolitan Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |

Case 24-12480-JTD   Doc 560   Filed 12/25/24   Page 18 of 19

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 17 of 18 |
| Date Rcvd: Dec 23, 2024 | Form ID: van440 | Total Noticed: 2 |

| | |
|---|---|
| William F. Taylor, Jr | on behalf of Creditor Peoples Gas System Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor NStar Electric Company Western Massachusetts wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Boston Gas Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor KeySpan Energy Deliver New York wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Entergy Mississippi LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Pennsylvania Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor NStar Electric Company - Western Massachusetts wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Entergy Texas Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Tampa Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Constellation NewEnergy Gas Division LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Dominion Energy South Carolina Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor New York State Electric and Gas Corporation wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Constellation NewEnergy Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Constellation NewEnergy - Gas Division LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Consolidated Edison Company of New York Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Rochester Gas & Electric Corporation wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Entergy Louisiana LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Connecticut Light & Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |

District/off: 0311-1    User: admin    Page 18 of 18
Date Rcvd: Dec 23, 2024    Form ID: van440    Total Noticed: 2

| | |
|---|---|
| William F. Taylor, Jr | on behalf of Creditor Gexa Energy LP wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Yankee Gas Services Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Public Service Company of New Hampshire wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Salt River Project wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor San Diego Gas and Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Monongahela Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor CenterPoint Energy Resources Corp. wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor PSEG Long Island wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Massachusetts Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Niagara Mohawk Power Corporation wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Florida Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Eversource Gas of Massachusetts wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Tucson Electric Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William L. Siegel | on behalf of Creditor Korber Supply Chain US Inc. bsiegel@cowlesthompson.com, brodela@cowlesthompson.com |
| William Matthew Uptegrove | on behalf of Interested Party U.S. Securities and Exchange Commission uptegrovew@sec.gov |
| Yara Kass-Gergi | on behalf of Debtor Franchise Group Inc. ykass-gergi@willkie.com |

TOTAL: 445