IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: Franchise Group, Inc., et al.

| | ) | |
|---|---|---|
| Freedom Lender Group, | ) | |
| | ) | Civil Action No. 1:24-cv-01394-UNA |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Franchise Group, Inc., et al, | ) | Bankruptcy Case No. 24-12480 (JTD) |
| | ) | Bankruptcy BAP No. 24-72 |
| Appellee. | | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 12/18/2024 was docketed in the District Court on 12/20/2024:

**ORDER DENY MOTION OF THE AD HOC GROUP OF FREEDOM LENDERS SEEKING ENTRY OF AN ORDER (I) TERMINATING EXCLUSIVITY IN THE HOLDCO DEBTORS' CASES, (II) LIFTING THE AUTOMATIC STAY IN THE HOLDCO DEBTORS' CASES, OR (III) APPOINTING A CHAPTER 11 TRUSTEE FOR THE HOLDCO DEBTORS**

In accordance with the Standing Order of the Court dated July 19, 2023, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

Randall Lohan
Clerk of Court

Date: 12/20/2024
CC: U.S. Bankruptcy Court
Counsel via CM/ECF