IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: Franchise Group, Inc., et al.

|  |  |  |
|---|---|---|
| Freedom Lender Group, | ) ) ) | Civil Action No. 1:24-cv-01405-UNA |
| Appellant, | ) ) ) |  |
| v. | ) ) |  |
| Franchise Group, Inc., et al, | ) ) | Bankruptcy Case No. 24-12480 (JTD) Bankruptcy BAP No. 24-79 |
| Appellees. |  |  |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 12/11/2024 was docketed in the District Court on 12/23/2024:

**ORDER (I) (A) APPROVING BIDDING
PROCEDURES FOR THE SALE OF ALL OR
SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (B) SCHEDULING
AN AUCTION AND A SALE HEARING AND APPROVING THE FORM
AND MANNER OF NOTICE THEREOF, (C) APPROVING ASSUMPTION
AND ASSIGNMENT PROCEDURES, AND (D) GRANTING RELATED RELIEF**

In accordance with the Standing Order of the Court dated July 19, 2023, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                                                                                    Randall Lohan
                                                                                                     Clerk of Court

Date: 12/23/2024
CC:    U.S. Bankruptcy Court
        Counsel via CM/ECF