# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRANCHISE GROUP, INC., *et al.* | ) Case No. 24-12480 (JTD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) Objection Deadline 1/3/2025 |
| | Related to Docket # 487 |

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF KIMCO LANDLORDS TO DEBTORS' NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT AND CURE COSTS WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Comes Now, Kimco Landlords ("Landlords) by and through the undersigned counsel and files this Limited Objection and Reservation of Rights to Debtors' Notice of Possible Assumption and Assignment and Cure Costs With Respect to Executory Contracts and Unexpired Leases (the "Notice") and in furtherance thereof states as follows:

1. Landlords and the Debtors are parties to unexpired nonresidential real property leases ("**Leases**")

2. Debtors filed their case under Chapter 11 of the Bankruptcy Code ("Bankruptcy Code") on November 3, 2024 ("Petition Date"). Debtors continue to act as debtors-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

{00251786-4}

3. Debtors filed the Notice on December 20, 2024. which identifies the Leases below as subject to possible Assumption and Assignment:

| Store # | Brand Account Name | Building: Building Name | City | State / Prov |
|---|---|---|---|---|
| 595 | Vitamin Shoppe | 110260-280 Metro Center | Colma | CA |
| 779 | Vitamin Shoppe | 114180-La Verne Towne Center | La Verne | CA |
| 149 | Vitamin Shoppe | 114090-El Camino North | Oceanside | CA |
| 567 | Vitamin Shoppe | 100380-Torrance Promenade | Torrance | CA |
| 502 | Vitamin Shoppe | 105540-Home Depot Plaza - North Haven | North Haven | CT |
| 333 | Vitamin Shoppe | 105480-West Farm S.C. | Farmington | CT |
| 116 | Vitamin Shoppe | 100110-Plaza at Brandon Town Center | Brandon | FL |
| 1019 | Buddy's Home Furnishings | 101240-Center at Missouri Avenue | Largo | FL |
| 9028 | Pet Supplies Plus | 117240-Fellsway @ 630 | Medford | MA |
| 414 | Vitamin Shoppe | 111140-Festival at Hyannis S.C. | Hyannis | MA |
| 66 | Vitamin Shoppe | 102010-Columbia Crossing | Columbia | MD |
| 342 | Vitamin Shoppe | 110120-Webster Square | Nashua | NH |
| 9058 | Pet Supplies Plus | 117320-Plaza at Short Hills | Millburn | NJ |
| 82 | Vitamin Shoppe | 110080-Commons at Holmdel | Holmdel | NJ |
| 357 | Vitamin Shoppe | 113140-Del Monte Plaza | Reno | NV |
| 636 | Vitamin Shoppe | 113780 Sunset Valley Marketfair | Austin | TX |
| 375 | Vitamin Shoppe | 111970-Las Tiendas Plaza | Brownsville | TX |
| 172 | Vitamin Shoppe | 113550-Copperwood Village | Houston | TX |
| 603 | Vitamin Shoppe | 118220 North Creek Plaza | Laredo | TX |
| 365 | Vitamin Shoppe | 120540 Northcross S.C. | McAllen | TX |
| 872 | Vitamin Shoppe | 117500-Grand Parkway Marketplace | Spring | TX |
| 509 | Vitamin Shoppe | 109160-Smoketown Station-Block 2 | Woodbridge | VA |
| 109 | Vitamin Shoppe | 111750-Dulles Town Crossing | Sterling | VA |

## Objection to Cure Amount

4. Landlords object to the Cure Costs for the leases set forth below and identify the correct cure which is further documented in Exhibit A attached hereto and incorporated herein by reference:

| Brand Account Name | Building: Building Name | City | State | Store# | Debtor Cure | Landlord Cure |
|---|---|---|---|---|---|---|
| Vitamin Shoppe | 110260-280 Metro Center | Colma | CA | 595 | $0.00 | $72.50 |
| Vitamin Shoppe | 114180-La Verne Towne Center | La Verne | CA | 779 | $0.00 | $5,306.01 |
| Vitamin Shoppe | 114090-El Camino North | Oceanside | CA | 149 | $1,431 | $28,867.52 |
| Vitamin Shoppe | 100380-Torrance Promenade | Torrance | CA | 567 | $0.00 | $1,037.58 |
| Vitamin Shoppe | 100110-Plaza at Brandon Town C | Brandon | FL | 116 | $0.00 | $1,473.61 |
| Buddy's Home Furni | 101240-Center at Missouri Avenu | Largo | FL | 1019 | $481.83 | $4,199.71 |
| Pet Supplies Plus | 117320-Plaza at Short Hills | Millburn | NJ | 9058 | $0.00 | $686.70 |
| Vitamin Shoppe | 118220-North Creek Plaza | Laredo | TX | 603 | $766.67 | $12,891.34 |
| Vitamin Shoppe | 120540-Northcross S.C. | McAllen | TX | 365 | $875.38 | $4,213.77 |
| Vitamin Shoppe | 111970-Las Tiendas Plaza | Brownsville | TX | 375 | $0.00 | $4,248.69 |

5. Furthermore, in regard to all of the Leases additional amounts may come due regarding the Actual Cure Cost, and Debtors will remain liable for all such amounts as they come due under the Lease.

6. Bankruptcy Code § 365(b) provides that a debtor may not assume an executory contract or unexpired lease unless the debtor cures, or provides adequate assurance that it will cure, defaults in such executory contract or unexpired lease. Thus, any order approving cure costs and assumption of the Lease must require that Debtors escrow and/or segregate sufficient funds to fully compensate Landlords for at least the Actual Cure Cost.

7. Landlords will continue to incur charges under the Lease through the effective date(s) of any assumption of the Lease and reserve all rights regarding the same.

8. In addition, any proposed assignee will be required to pay any as yet unbilled costs including, but not limited to, any 2024 CAM or RET reconciliations that will be calculated and billed in 2025.

9. Based on the foregoing, and as a condition to any assumption of any of the Leases, Debtors must first pay Landlords the Actual Cure Cost, plus any and all additional unpaid charges incurred under the Lease through the effective date of any assumption(s) of the Lease.

{00251786-4}

10. Landlords reserve the right to supplement, modify, and/or amend this Objection and make any and such other and further objections to the Notice and related transactions, including any assumption and/or assignment of any of the Leases. Nothing set forth in this Objection shall constitute a waiver, discharge, or disallowance of any rights, claims, causes of actions, or defenses that Landlords have asserted or may assert against Debtors.

**WHEREFORE**, Landlords request that the Court enter an Order denying assumption of the Lease unless and until the Debtors cure the existing default and pay to Landlords the Actual Cure Costs set forth above, plus all additional charges incurred under the Lease through the assumption's effective date and further that any charges that come due post assignment remain the liability of any assignee.

Dated:  December 26, 2024

**MONZACK MERSKY AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone:    (302) 656-8162
Facsimile:    (302) 656-2769
Email:         rmersky@monlaw.com

*Attorneys for Kimco Landlords*

{00251786-4}