# EXHIBIT A

| 280 Metro Center (BLDG: 110260) | Building Status: Active |
|---|---|
| Aging By Billing Date | Occupancy Status: Current, Inactive |

# Aged Delinquencies Report

Report Date: 12/24/2024

| Invoice Date | Category | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---:|---:|---:|---:|---:|---:|

**110260-039431** *Vitamin Shoppe* — *Suite Id:* 00028 — *Day Due:* 1  *Delq Day:* 10
*Contact:* Tania Haddock — *Status: Inactive 595* — *Last Payment:* 10/1/2024   16,034.18
*Legal / Bankruptcy Status:* Bankruptcy — *Master Occupant Id:* 00007407-2

| Invoice Date | Category | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 6/7/2024 | TTO  Tnt Exp Trash Direct | CH | 72.50 | 0.00 | 0.00 | 0.00 | 0.00 | 72.50 |
| | **Vitamin Shoppe Total:** | | **72.50** | **0.00** | **0.00** | **0.00** | **0.00** | **72.50** |
| | **BLDG 110260 Total:** | | **72.50** | **0.00** | **0.00** | **0.00** | **0.00** | **72.50** |

La Verne Towne Center (BLDG: 114180)  
Aging By Billing Date  

Building Status: Active  
Occupancy Status: Current, Inactive  

# Aged Delinquencies Report

Report Date: 12/24/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---:|---:|---:|---:|---:|---:|
| **114180-007883** | | *Vitamin Shoppe* | | *Suite Id:* | *00015* | | *Day Due:* 1 | *Delq Day:* 10 | |
| Contact: | | | | *Status:* | *Inactive* | | *Last Payment:* | 9/3/2024 | 13,700.94 |
| Legal / Bankruptcy Status: Bankruptcy | | | (541) 245-5998 | | 779 | | *Master Occupant Id:* | 00008586-1 | |
| 3/27/2023 | CPR | CAM PY Rec RTL | CH | 1,267.99 | 0.00 | 0.00 | 0.00 | 0.00 | 1,267.99 |
| 4/3/2023 | ZWR | TT Water Sub PY Rec RTL | CH | 63.83 | 0.00 | 0.00 | 0.00 | 0.00 | 63.83 |
| 6/21/2023 | ROR | RE PY Tax Rec Other RTL | CH | 45.58 | 0.00 | 0.00 | 0.00 | 0.00 | 45.58 |
| 6/27/2023 | RCR | RE PY Tax Rec County RTL | CH | 9.40 | 0.00 | 0.00 | 0.00 | 0.00 | 9.40 |
| 4/3/2024 | CPR | CAM PY Rec RTL | CH | 3,125.73 | 0.00 | 0.00 | 0.00 | 0.00 | 3,125.73 |
| 4/3/2024 | ZWR | TT Water Sub PY Rec RTL | CH | 74.36 | 0.00 | 0.00 | 0.00 | 0.00 | 74.36 |
| 8/2/2024 | RCR | RE PY Tax Rec County RTL | CH | 719.12 | 0.00 | 0.00 | 0.00 | 0.00 | 719.12 |
| | **Vitamin Shoppe Total:** | | | **5,306.01** | **0.00** | **0.00** | **0.00** | **0.00** | **5,306.01** |
| | **BLDG 114180 Total:** | | | **5,306.01** | **0.00** | **0.00** | **0.00** | **0.00** | **5,306.01** |

El Camino North (BLDG: 114090)     Building Status: Active
Aging By Billing Date     Occupancy Status: Current, Inactive

# Aged Delinquencies Report

Report Date: 12/24/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| **114090-021773** | ***Vitamin Shoppe*** | | *Suite Id:* | **00044** | | *Day Due:* 1 | *Delq Day:* 5 | | |
| *Contact:* | *Tania Haddock* | | *Status:* | ***Inactive*** | | *Last Payment:* | 4/30/2024 | | 21,412.70 |
| *Legal / Bankruptcy Status: Bankruptcy* | | (760) 433-4109 | | 149 | | *Master Occupant Id:* | 00003562-3 | | |
| 1/18/2024 | UAC | Unapplied Cash | CR | -68.02 | 0.00 | 0.00 | 0.00 | 0.00 | -68.02 |
| 8/12/2024 | RCR | RE PY Tax Rec County RTL | CH | 987.19 | 0.00 | 0.00 | 0.00 | 0.00 | 987.19 |
| | **Vitamin Shoppe Total:** | | | **919.17** | **0.00** | **0.00** | **0.00** | **0.00** | **919.17** |
| **114090-045189** | ***Vitamin Shoppe*** | | *Suite Id:* | **00044** | | *Day Due:* 1 | *Delq Day:* 5 | | |
| *Contact:* | *Tania Haddock* | | *Status:* | ***Current*** | | *Last Payment:* | 12/11/2024 | | 21,460.39 |
| *Legal / Bankruptcy Status: Bankruptcy* | | (760) 433-4109 | | 149 | | *Master Occupant Id:* | 00003562-4 | | |
| 8/12/2024 | RCR | RE PY Tax Rec County RTL | CH | 7,382.13 | 0.00 | 0.00 | 0.00 | 0.00 | 7,382.13 |
| 11/1/2024 | BRN | Base Rent RTL | CH | 18,868.73 | 0.00 | 18,868.73 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | EGR | RE Tax Escrow Gen RTL | CH | 1,205.70 | 0.00 | 1,205.70 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | FXR | Fixed CAM RTL | CH | 1,239.96 | 0.00 | 1,239.96 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | UWR | TT Water Sub Escrow RTL | CH | 146.00 | 0.00 | 146.00 | 0.00 | 0.00 | 0.00 |
| 11/15/2024 | NSF | NSF Fee | CH | 25.00 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 |
| | **Vitamin Shoppe Total:** | | | **28,867.52** | **0.00** | **21,485.39** | **0.00** | **0.00** | **7,382.13** |
| **114090-029132** | ***American Freight - Appliance Furniture*** | | *Suite Id:* | **00028** | | *Day Due:* 1 | *Delq Day:* 10 | | |
| *Contact:* | *Jason Lympany* | | *Status:* | ***Current*** | | *Last Payment:* | 12/2/2024 | | 49,001.98 |
| *Legal / Bankruptcy Status: Bankruptcy* | | (760) 722-0405 | | 7359 | | *Master Occupant Id:* | 00006620-2 | | |
| 11/1/2024 | CMR | CAM Escrow RTL | CH | 3,267.00 | 0.00 | 3,267.00 | 0.00 | 0.00 | 0.00 |
| | **American Freight - Appliance Furniture** | | | **3,267.00** | **0.00** | **3,267.00** | **0.00** | **0.00** | **0.00** |
| | **BLDG 114090 Total:** | | | **33,053.69** | **0.00** | **24,752.39** | **0.00** | **0.00** | **8,301.30** |

Torrance Promenade (BLDG: 100380) | Building Status: Active
Aging By Billing Date | Occupancy Status: Current, Inactive

# Aged Delinquencies Report

Report Date: 12/24/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| **100380-003753** | ***Vitamin Shoppe*** | | *Suite Id:* | **00022** | *Day Due:* 1 | *Delq Day:* 10 | | | |
| *Contact:* | | | *Status:* | ***Inactive*** | *Last Payment:* 8/17/2023 | 1,505.10 | | | |
| *Legal / Bankruptcy Status: Bankruptcy* | | | | 567 | *Master Occupant Id:* 00006699-1 | | | | |
| 12/16/2024 | RRR | RE PY Tax Refund RTL | NC | -63.25 | -63.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Vitamin Shoppe Total:** | | | **-63.25** | **-63.25** | **0.00** | **0.00** | **0.00** | **0.00** |
| **100380-030448** | ***Vitamin Shoppe*** | | *Suite Id:* | **00022** | *Day Due:* 1 | *Delq Day:* 10 | | | |
| *Contact:* | Cindy Pfeifer | | *Status:* | ***Current*** | *Last Payment:* 12/3/2024 | 12,341.00 | | | |
| *Legal / Bankruptcy Status: Bankruptcy* | (310) 921-3574 | | | 567 | *Master Occupant Id:* 00006699-2 | | | | |
| 5/1/2023 | EGR | RE Tax Escrow Gen RTL | CH | 446.09 | 0.00 | 0.00 | 0.00 | 0.00 | 446.09 |
| 9/1/2023 | EGR | RE Tax Escrow Gen RTL | CH | 368.20 | 0.00 | 0.00 | 0.00 | 0.00 | 368.20 |
| 3/19/2024 | CPR | CAM PY Rec RTL | CH | 208.26 | 0.00 | 0.00 | 0.00 | 0.00 | 208.26 |
| 5/1/2024 | CMR | CAM Escrow RTL | CH | 840.00 | 0.00 | 0.00 | 0.00 | 0.00 | 840.00 |
| 12/13/2024 | RRR | RE PY Tax Refund RTL | NC | -256.82 | -256.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/13/2024 | RRR | RE PY Tax Refund RTL | NC | -317.22 | -317.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/16/2024 | RRR | RE PY Tax Refund RTL | NC | -187.68 | -187.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Vitamin Shoppe Total:** | | | **1,100.83** | **-761.72** | **0.00** | **0.00** | **0.00** | **1,862.55** |
| | **BLDG 100380 Total:** | | | **1,037.58** | **-824.97** | **0.00** | **0.00** | **0.00** | **1,862.55** |

Plaza at Brandon Town Center (BLDG: 100110) | Building Status: Active
Aging By Billing Date | Occupancy Status: Current, Inactive

# Aged Delinquencies Report

Report Date: 12/24/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| **100110-016773** | ***Vitamin Shoppe*** | | ***Suite Id:*** | | ***00001*** | | *Day Due:* 1 | *Delq Day:* 10 | |
| *Contact:* | *Ariella Alvarez* | | ***Status:*** | | ***Inactive*** | | *Last Payment:* | *1/18/2024* | *1,644.24* |
| *Legal / Bankruptcy Status: Bankruptcy* | | (201) 552-6084 | | 116 | | | *Master Occupant Id:  00003043-3* | | |
| 1/5/2023 | PPR | Prepaid Rent | CR | -819.17 | 0.00 | 0.00 | 0.00 | 0.00 | -819.17 |
| 1/19/2023 | STX | Sales Tax | NC | -2.31 | 0.00 | 0.00 | 0.00 | 0.00 | -2.31 |
| 1/19/2023 | STX | Sales Tax | NC | -0.63 | 0.00 | 0.00 | 0.00 | 0.00 | -0.63 |
| 1/19/2023 | ZWR | TT Water Sub PY Rec RTL | NC | -41.91 | 0.00 | 0.00 | 0.00 | 0.00 | -41.91 |
| | **Vitamin Shoppe Total:** | | | **-864.02** | **0.00** | **0.00** | **0.00** | **0.00** | **-864.02** |
| **100110-029998** | ***Vitamin Shoppe*** | | ***Suite Id:*** | | ***00001*** | | *Day Due:* 1 | *Delq Day:* 10 | |
| *Contact:* | *Ariella Alvarez* | | ***Status:*** | | ***Inactive*** | | *Last Payment:* | *5/1/2024* | *13,319.50* |
| *Legal / Bankruptcy Status: Bankruptcy* | | (201) 552-6084 | | 116 | | | *Master Occupant Id:  00003043-4* | | |
| 1/19/2023 | STX | Sales Tax | NC | -3.97 | 0.00 | 0.00 | 0.00 | 0.00 | -3.97 |
| 1/19/2023 | STX | Sales Tax | NC | -1.08 | 0.00 | 0.00 | 0.00 | 0.00 | -1.08 |
| 1/19/2023 | ZWR | TT Water Sub PY Rec RTL | NC | -72.19 | 0.00 | 0.00 | 0.00 | 0.00 | -72.19 |
| 4/3/2024 | STX | Sales Tax | NC | -4.59 | 0.00 | 0.00 | 0.00 | 0.00 | -4.59 |
| 4/3/2024 | STX | Sales Tax | NC | -1.53 | 0.00 | 0.00 | 0.00 | 0.00 | -1.53 |
| 4/3/2024 | ZWR | TT Water Sub PY Rec RTL | NC | -101.90 | 0.00 | 0.00 | 0.00 | 0.00 | -101.90 |
| 11/11/2024 | RGR | RE PY Tax Rec Gen RTL | CH | 1,003.41 | 0.00 | 1,003.41 | 0.00 | 0.00 | 0.00 |
| 11/11/2024 | STX | Sales Tax | CH | 20.07 | 0.00 | 20.07 | 0.00 | 0.00 | 0.00 |
| 11/11/2024 | STX | Sales Tax | CH | 15.05 | 0.00 | 15.05 | 0.00 | 0.00 | 0.00 |
| | **Vitamin Shoppe Total:** | | | **853.27** | **0.00** | **1,038.53** | **0.00** | **0.00** | **-185.26** |
| **100110-053006** | ***Vitamin Shoppe*** | | ***Suite Id:*** | | ***00001*** | | *Day Due:* 1 | *Delq Day:* 10 | |
| *Contact:* | *Ariella Alvarez* | | ***Status:*** | | ***Current*** | | *Last Payment:* | *12/3/2024* | *15,542.64* |
| *Legal / Bankruptcy Status: Bankruptcy* | | (201) 552-6084 | | 116 | | | *Master Occupant Id:  00003043-5* | | |
| 11/11/2024 | RGR | RE PY Tax Rec Gen RTL | CH | 1,434.16 | 0.00 | 1,434.16 | 0.00 | 0.00 | 0.00 |
| 11/11/2024 | STX | Sales Tax | CH | 28.68 | 0.00 | 28.68 | 0.00 | 0.00 | 0.00 |
| 11/11/2024 | STX | Sales Tax | CH | 21.51 | 0.00 | 21.51 | 0.00 | 0.00 | 0.00 |
| 12/1/2024 | UWR | TT Water Sub Escrow RTL | CH | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Vitamin Shoppe Total:** | | | **1,484.36** | **0.01** | **1,484.35** | **0.00** | **0.00** | **0.00** |
| | **BLDG 100110 Total:** | | | **1,473.61** | **0.01** | **2,522.88** | **0.00** | **0.00** | **-1,049.28** |

Center at Missouri Avenue (BLDG: 101240)     Building Status: Active
Aging By Billing Date     Occupancy Status: Current, Inactive

# Aged Delinquencies Report

Report Date: 12/24/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| **101240-029208** | **Buddy's Home Furnishings** | | | *Suite Id:* | **00005** | | *Day Due:* 1 | *Delq Day:* 10 | |
| *Contact:* | *Victorine Merritt* | | | *Status:* | *Current* | | *Last Payment:* | 12/4/2024 | 7,468.39 |
| *Legal / Bankruptcy Status: Bankruptcy* | | | (813) 321-0373 | | | | *Master Occupant Id:* | 00004260-4 | |
| 12/1/2024 | BRN | Base Rent RTL | CH | 3,491.86 | 3,491.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2/2024 | RGR | RE PY Tax Rec Gen RTL | CH | 707.85 | 707.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Buddy's Home Furnishings Total:** | | | **4,199.71** | **4,199.71** | **0.00** | **0.00** | **0.00** | **0.00** |
| | **BLDG 101240 Total:** | | | **4,199.71** | **4,199.71** | **0.00** | **0.00** | **0.00** | **0.00** |

Plaza at Short Hills (BLDG: 117320)  
Aging By Billing Date  

Building Status: Active  
Occupancy Status: Current, Inactive  

# Aged Delinquencies Report

Report Date: 12/24/2024

| Invoice Date | Category | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|
| **117320-005785** | ***Pet Supplies Plus*** | | *Suite Id:* | **00015** | | *Day Due:* 1 | *Delq Day:* 0 | |
| *Contact:* | *Andrea Revoyr* | | *Status:* | ***Inactive*** | | *Last Payment:* | 9/6/2023 | 23,904.29 |
| *Legal / Bankruptcy Status: Bankruptcy* | | | | 9058 | | *Master Occupant Id:* 00007921-1 | | |
| 3/1/2023 | CMR  CAM Escrow RTL | CH | 852.03 | 0.00 | 0.00 | 0.00 | 0.00 | 852.03 |
| | **Pet Supplies Plus Total:** | | **852.03** | **0.00** | **0.00** | **0.00** | **0.00** | **852.03** |
| **117320-042358** | ***Pet Supplies Plus*** | | *Suite Id:* | **00015** | | *Day Due:* 1 | *Delq Day:* 0 | |
| *Contact:* | *Andrea Revoyr* | | *Status:* | ***Current*** | | *Last Payment:* | 12/11/2024 | 23,796.72 |
| *Legal / Bankruptcy Status: Bankruptcy* | | | | 9058 | | *Master Occupant Id:* 00007921-2 | | |
| 9/9/2024 | UAC  Unapplied Cash | CR | -165.33 | 0.00 | 0.00 | 0.00 | -165.33 | 0.00 |
| | **Pet Supplies Plus Total:** | | **-165.33** | **0.00** | **0.00** | **0.00** | **-165.33** | **0.00** |
| | **BLDG 117320 Total:** | | **686.70** | **0.00** | **0.00** | **0.00** | **-165.33** | **852.03** |

North Creek Plaza (BLDG: 118220) Building Status: Active
Aging By Billing Date Occupancy Status: Current, Inactive

# Aged Delinquencies Report

Report Date: 12/24/2024

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---:|---:|---:|---:|---:|---:|
| **118220-040597** | | ***The Vitamin Shoppe*** | | *Suite Id:* | *00021* | | *Day Due:* 1 | *Delq Day:* 10 | |
| *Contact:* | | *Vanessa Ramos* | | *Status:* | *Current* | | *Last Payment:* | *12/11/2024* | *11,500.11* |
| *Legal / Bankruptcy Status: Bankruptcy* | | *(201) 552-6081* | | | *603* | | *Master Occupant Id:* | *00016626-2* | |
| 10/1/2024 | CMR | CAM Escrow RTL | CH | 621.45 | 0.00 | 0.00 | 621.45 | 0.00 | 0.00 |
| 10/1/2024 | EGR | RE Tax Escrow Gen RTL | CH | 744.78 | 0.00 | 0.00 | 744.78 | 0.00 | 0.00 |
| 11/1/2024 | BRN | Base Rent RTL | CH | 9,945.83 | 0.00 | 9,945.83 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | CMR | CAM Escrow RTL | CH | 679.42 | 0.00 | 679.42 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | EGR | RE Tax Escrow Gen RTL | CH | 744.78 | 0.00 | 744.78 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | IER | Insurance Escrow RTL | CH | 80.08 | 0.00 | 80.08 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | UWR | TT Water Sub Escrow RTL | CH | 50.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 |
| 11/15/2024 | NSF | NSF Fee | CH | 25.00 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 |
| | **The Vitamin Shoppe Total:** | | | **12,891.34** | **0.00** | **11,525.11** | **1,366.23** | **0.00** | **0.00** |
| | **BLDG 118220 Total:** | | | **12,891.34** | **0.00** | **11,525.11** | **1,366.23** | **0.00** | **0.00** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Northcross S.C. (BLDG: 120540) | | | | | | | | Building Status: Active |
| Aging By Billing Date | | | | | | | | Occupancy Status: Current, Inactive |
| **Aged Delinquencies Report** | | | | | | | | Report Date: 12/24/2024 |

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| **120540-036343** | | **The Vitamin Shoppe** | | *Suite Id:* | *00002* | | *Day Due:* 1 | *Delq Day:* 10 | |
| *Contact:* | | | | *Status:* | *Inactive* | | *Last Payment:* | *12/24/2024* | *13,130.64* |
| *Legal / Bankruptcy Status: Bankruptcy* | | | | | *365* | | *Master Occupant Id:* | *00016322-1* | |
| 11/13/2024 | NSF | NSF Fee | CH | 25.00 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 |
| | | **The Vitamin Shoppe Total:** | | **25.00** | **0.00** | **25.00** | **0.00** | **0.00** | **0.00** |
| **120540-042835** | | **The Vitamin Shoppe** | | *Suite Id:* | *00002* | | *Day Due:* 1 | *Delq Day:* 10 | |
| *Contact:* | | | | *Status:* | *Current* | | *Last Payment:* | *7/6/2023* | *13,130.64* |
| *Legal / Bankruptcy Status: Bankruptcy* | | | | | *365* | | *Master Occupant Id:* | *00016322-2* | |
| 11/1/2024 | AIP | AI Pylons | CH | 25.00 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | BRN | Base Rent RTL | CH | 2,472.74 | 0.00 | 2,472.74 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | CMR | CAM Escrow RTL | CH | 900.00 | 0.00 | 900.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2024 | EGR | RE Tax Escrow Gen RTL | CH | 730.00 | 0.00 | 730.00 | 0.00 | 0.00 | 0.00 |
| 12/1/2024 | EGR | RE Tax Escrow Gen RTL | CH | 61.03 | 61.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | **The Vitamin Shoppe Total:** | | **4,188.77** | **61.03** | **4,127.74** | **0.00** | **0.00** | **0.00** |
| | | **BLDG 120540 Total:** | | **4,213.77** | **61.03** | **4,152.74** | **0.00** | **0.00** | **0.00** |

| Las Tiendas Plaza (BLDG: 111970) | Building Status: Active |
|---|---|
| Aging By Billing Date | Occupancy Status: Current, Inactive |
| **Aged Delinquencies Report** | Report Date: 12/24/2024 |

| Invoice Date | Category | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|

**111970-044596** *Vitamin Shoppe*    *Suite Id:* **00018**    *Day Due:* 1    *Delq Day:* 10
Contact: *Debra Roles*    *Status:* **Current**    *Last Payment:* 12/3/2024    14,909.46
Legal / Bankruptcy Status: Bankruptcy    (201) 624-3017    375    *Master Occupant Id:* 00005466-3

| Invoice Date | Category | | Src. | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 12/5/2024 | RCR | RE PY Tax Rec County RTL | CH | 4,248.69 | 4,248.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Vitamin Shoppe Total:** | | | **4,248.69** | **4,248.69** | **0.00** | **0.00** | **0.00** | **0.00** |
| | **BLDG 111970 Total:** | | | **4,248.69** | **4,248.69** | **0.00** | **0.00** | **0.00** | **0.00** |