## **CERTIFICATE OF SERVICE**

I, Maria Aprile Sawczuk, hereby certify that on December 26, 2024, I caused a true and correct copy of the foregoing *Objection of 6001 Powerline Road, LLC to Motion of Debtors for Entry of Order (A) Approving the Private Sale of Certain of Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, with Such Interests to Attach to the Proceeds, and (B) Granting Related Relief* to be served upon the parties listed below via electronic mail, and electronically through the Court's CM/ECF System:

| | |
|---|---|
| Edmon L. Morton<br>Matthew B. Lunn<br>Allison S. Mielke<br>Shella Borovinskaya<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com | Debra M. Sinclair<br>Matthew A. Feldman<br>Betsy L. Feldman<br>Joseph R. Brandt<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>dsinclair@willkie.com<br>mfeldman@willkie.com<br>bfeldman@willkie.com<br>jbrandt@willkie.com |
| Bradford J. Sandler<br>Colin R. Robinson<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com | Robert J. Feinstein<br>Alan J. Kornfeld<br>Theodore S. Heckel<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>akornfeld@pszjlaw.com<br>theckel@pszjlaw.com |
| Timothy J. Fox<br>Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>Timothy.fox@usdoj.gov | |

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)