IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC, *et al.*,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Elliot M. Smith of Benesch, Friedlander, Coplan & Aronoff LLP, to represent the The ChildSmiles Group, LLC a/k/a Abra Health in the above-captioned cases.

Dated: December 26, 2024　　　　　　　　/s/ Jennifer R. Hoover
　　　Wilmington, Delaware　　　　　　　Jennifer R. Hoover (DE #5111)
　　　　　　　　　　　　　　　　　　　　Benesch, Friedlander, Coplan & Aronoff LLP
　　　　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 1201
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 442-7010
　　　　　　　　　　　　　　　　　　　　Email: jhoover@beneschlaw.com

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of New York and Ohio submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: December 26, 2024　　　　　　　　/s/ Elliot M. Smith
　　　Cleveland, Ohio　　　　　　　　　　Elliot M. Smith, Esq.
　　　　　　　　　　　　　　　　　　　　Benesch, Friedlander, Coplan & Aronoff LLP
　　　　　　　　　　　　　　　　　　　　127 Public Square, Suite 4900
　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114
　　　　　　　　　　　　　　　　　　　　Telephone: (216) 363-6165
　　　　　　　　　　　　　　　　　　　　Email: esmith@beneschlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: December 27th, 2024**
**Wilmington, Delaware**

　　　　　　　　　　　　　　　　　　　　JOHN T. DORSEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE