**EXHIBIT A**

| Property Address | Description of Lease | Lessor |
|---|---|---|
| **4116-4120 N. Orange Blossom Trail, Orlando, FL** | Real Property Lease | 4116 OBT Investments, LLC |
| **1230 Mt. Zion Road, Morrow, GA** | Real Property Lease | 1230 Zion, LLC |