## **EXHIBIT A**

| Property Address | Description of Lease | Lessor | Debtor Cure Amount | Lessor Cure Amount |
|---|---|---|---|---|
| **1010 SW 17th Street, Ocala, FL** | Real Property Lease | SW 17th Street 1010, LLC | $879 | $TBD |
| **778 Niagara Falls Boulevard, North Tonawanda, NY** | Real Property Lease | Niagara Falls 778, LLC | $1,038 | $TBD |
| **503 Rodi Road, Pittsburgh, PA** | Real Property Lease | Rodi Road 501, LLC | $993 | $TBD |
| **4515 Merchant Road, Ft. Wayne, IN** | Real Property Lease | Merchant 33, LLC | $875 | $TBD |