# **EXHIBIT A**

2024 Real Estate Taxes



# 2024 REAL ESTATE
## NOTICE OF AD VALOREM & NON-AD VALOREM ASSESSMENTS
### JIM OVERTON, TAX COLLECTOR

231 E. Forsyth Street, Suite 130, Jacksonville, FL 32202-3370    (904) 255-5700, option 4    www.duvaltaxcollect.net

**ACCOUNT NUMBER:** ████0050

**ESCROW CODE/COMPANY:**

**LOCATION ADDRESS:** 6024 103RD ST, JACKSONVILLE, 32210-

TRIDE FAMILY HOLDINGS LLC
1124 KANE CONCOURSE
BAY HARBOR ISLANDS, FL  33154

**LEGAL DESCRIPTION:** 5-93 18-3S-26E 4.528
JACKSONVILLE HEIGHTS
PT TRACT 1 RECD O/R 20644-1658
BLK 2

## AD VALOREM TAXES FOR REAL ESTATE

| TAXING AUTHORITY | ASSESSED VALUE $ | EXEMPT VALUE $ | TAXABLE VALUE $ | MILLAGE RATE | TAX AMOUNT $ | EXEMPTION CODES APPLIED |
|---|---|---|---|---|---|---|
| CITY OF JACKSONVILLE | 2,038,800 | 0 | 2,038,800 | 11.3169 | 23,072.90 | |
| ST JOHNS RIVER WTR MGM | 2,038,800 | 0 | 2,038,800 | 0.1793 | 365.56 | |
| FL INLAND NAVIGATION | 2,038,800 | 0 | 2,038,800 | 0.0288 | 58.72 | |
| SCHOOLS | | | | | | |
| SCH DISCRETIONARY | 2,038,800 | 0 | 2,038,800 | 0.7480 | 1,525.02 | |
| SCH CAPITAL OUTLAY | 2,038,800 | 0 | 2,038,800 | 1.5000 | 3,058.20 | |
| SCHOOLS-LOCAL | 2,038,800 | 0 | 2,038,800 | 3.0920 | 6,303.97 | |
| SCHOOLS-VTR APPRVD | 2,038,800 | 0 | 2,038,800 | 1.0000 | 2,038.80 | |

**AD VALOREM TOTALS**    MILL CODE: GS    17.8650    $36,423.17

## NON-AD VALOREM ASSESSMENTS FOR SERVICES

| LEVYING AUTHORITY | AMOUNT $ |
|---|---|
| SOLW  COJ SOLID WASTE | 0.00 |
| STMW  COJ STORMWATER | 2,953.20 |
| **NON-AD VALOREM TOTALS** | **$2,953.20** |

**REMARKS:** PAYMENTS MUST BE MADE IN US FUNDS.

| IF PAID BY: | Nov 30, 2024 | Dec 31, 2024 | Jan 31, 2025 | Feb 28, 2025 | Mar 31, 2025 |
|---|---|---|---|---|---|
| PLEASE PAY ONE AMOUNT: | $37,801.32 | $38,195.08 | $38,588.84 | $38,982.61 | $39,376.37 |

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS. RECEIPTS AVAILABLE ONLINE.

---

**DUVAL COUNTY 2024 REAL ESTATE**

**ACCOUNT NUMBER:** ████0050

**ESCROW CODE/COMPANY:**

**LOCATION ADDRESS:** 6024 103RD ST, JACKSONVILLE, 32210-

**ALTERNATE KEY:** 1147082

**MAKE CHECKS PAYABLE TO:**
**DUVAL COUNTY TAX COLLECTOR**

| IF PAID BY: | PLEASE PAY ONE AMOUNT: |
|---|---|
| Nov 30, 2024 | $37,801.32 |
| Dec 31, 2024 | $38,195.08 |
| Jan 31, 2025 | $38,588.84 |
| Feb 28, 2025 | $38,982.61 |
| Mar 31, 2025 | $39,376.37 |

TO ENSURE PROPER CREDIT FOR ONLINE BILL PAYMENT, INCLUDE ACCOUNT NUMBER ████0050

RETURN WITH PAYMENT

**JIM OVERTON, TAX COLLECTOR**
**PO BOX 44009**
**JACKSONVILLE, FL 32231-4009**

0

1 01147082 2024 6