**EXHIBIT A**

**Kin No.**     **3646 (Outlet Store #4612)**
Location:     11997 -- 12001 Sears Drive, Livonia, Michigan
Landlord:     Alisan LLC and Roseff LLC ("Landlord")
Tenant:     American Freight Outlet Stores, LLC ("American Freight")
Lease:     Lease dated January 23, 1968, originally by and between A. Alfred Taubman, as Landlord, and Sears, Roebuck and Co., as Tenant, as amended and assigned ("Lease")

**Claim:**

| Item | Amount |
|---|---|
| Rent (1/1/2025 to 1/31/2025) | $8,206.04 |
| Unbilled CAM and utility charges (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid CAM and utilities to third parties (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties (if any) | t/b/d |
| Remove outstanding permits and/or liens (if any) to third parties for pre- and post-petition time periods (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| Parking Lot (concrete repair/asphalt replacement) | $1,850,000.00 |
| Exterior (pressure cleaning/painting exterior) | $450,000.00 |
| Restrooms (restoration) | $50,000.00 |
| Roof (repairs) | $10,000.00 |
| Docks and Doors (dock shelters) | $75,000.00 |
| Docks and Doors (dock levelers) | $201,500.00 |
| Docks and Doors (dock doors) | $15,000.00 |
| Fire Protection (50-Year Certification) | $10,000.00 |
| Fire Protection (replace sprinkler heads) | $245,000.00 |
| Fire Protection (replace/repair fire doors) | $60,000.00 |
| Fire Protection (fire hydrant/fire loop repair) | $75,000.00 |
| Mechanical (replace boilers) | $1,675,000.00 |
| Mechanical (replace air handlers) | $350,000.00 |
| Mechanical (replace exhaust fans) | $229,500.00 |
| Mechanical (repair/replace Pneumatic Control System) | $110,000.00 |
| Electrical (distribution/switchgear) | $225,000.00 |
| Contractor Costs (General Conditions) | $168,750.00 |
| Contractor Costs (Contingency @ 2.5%) | $144,993.75 |
| Contractor Costs (Contractor's Insurance) | $104,033.02 |
| Contractor's Fee @ 10% | $604,877.68 |
| Legal Fees | t/b/d |
| **TOTAL (not less than):**[1] | **$6,662,407.49** |

---

[1] Under the Lease, American Freight is obligated to Landlord for additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, environmental cleanup obligations, and indemnification obligations, including those related to any current or pending claims, lawsuits or other proceedings, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the claim amount set forth herein, and Landlord may file separate proof of claims or applications, including without limitation, applications for payment of administrative expenses, as applicable.