**CERTIFICATE OF SERVICE**

I, Ericka F. Johnson, hereby certify that on December 27, 2024, a true and correct copy of the foregoing *Objection of Kin Properties Inc., Alisan LLC, and Roseff LLC to The Motion of Debtors for Entry of Order (A) Approving the Private Sale of Certain of Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, With Such Interests to Attach to the Proceeds, and (B) Granting Related Relief* was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Allison S. Mielke, Esq.
Shella Borovinskaya, Esq.
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

WILLKIE FARR & GALLAGHER LLP
Debra M. Sinclair, Esq.
Matthew A. Feldman, Esq.
Betsy L. Feldman, Esq.
Joseph R. Brandt, Esq.
787 Seventh Avenue
New York, New York 10019
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com
jbrandt@willkie.com

PACHULSKI STANG ZIEHL & JONES, LLP
Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
bsandler@pszjlaw.com
crobinson@pszjlaw.com

and

Robert J. Feinstein, Esq.
Alan J. Kornfeld, Esq.
Theodore S. Heckel, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE
Timothy Jay Fox, Jr., Esq.
844 King Street, Suite 2207
Wilmington, DE 19801
timothy.fox@usdoj.gov

*/s/ Ericka F. Johnson*
Ericka F. Johnson (No. 5024)