## CERTIFICATE OF SERVICE

I, Gary F. Seitz, Esquire, hereby certify that on December 27, 2024, I caused a true and correct copy  of the foregoing *Amended Objection of SW 17th Street 1010, LLC, Niagara Falls 778, LLC Rodi Road 501, LLC, and Merchant 33, LLC to The Motion of Debtors For Entry of Order (A) Approving The Private Sale of Certain of Debtors' Assets Free and Clear of Liens, Claims and Encumbrances, With Such Interests to Attach to The Proceeds, and (B) Granting Related Relief* to be filed and served via CM/ECF upon those parties registered to receive such electronic notifications and upon the parties below via electronic mail:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Allison S. Mielke, Esq.
Shella Borovinskaya, Esq.
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

WILLKIE FARR & GALLAGHER LLP
Debra M. Sinclair, Esq.
Matthew A. Feldman, Esq.
Betsy L. Feldman, Esq.
Joseph R. Brandt, Esq.
787 Seventh Avenue
New York, New York 10019
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com
jbrandt@willkie.com

*/s/ Gary F. Seitz*
By: Gary F. Seitz (DE 4457)