## CERTIFICATE OF SERVICE

I, Lisa Bittle Tancredi, do herby certify that on December 27, 2024, I caused a true and correct copy of the *Objection of Buddy Mac Holdings, LLC to the Motion of Debtors for Entry of Order (A) Approving the Private Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, with Such Interests to Attach to the Proceeds, and (B) Granting Related Relief, and Reservation of Rights* to be electronically filed and served via CM/ECF upon all parties authorized to receive electronic notice in this matter, and on the parties listed below via Electronic Mail.

| *Co-Counsel to Debtors and Debtors in Possession* <br> Edmon L. Morton <br> Matthew B. Lum <br> Allison S. Mielke <br> Shella Borovinskaya <br> **YOUNG CONAWAY STARGATT & TAYLOR, LLP** <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Email: emorton@ycst.com <br> mlunn@ycst.com <br> amielke@ycst.com <br> sborovinskaya@ycst.com | *Co-Counsel to Debtors and Debtors in Possession* <br> Debra M. Sinclair <br> Matthew A. Feldman <br> Betsy Lee Feldman <br> Joseph R. Brandt <br> **WILKIE FARR & GALLAGHER LLP** <br> 787 Seventh Avenue <br> New York, NY 10019 <br> Email: dsinclair@willkie.com <br> mfeldman@wisllkie.com <br> bfeldman@willkie.com <br> jbrandt@willkie.com |
|---|---|
| *Office of the United States Trustee for the District of Delaware* <br> Timothy Jay Fox, Jr. <br> U.S. Department of Justice <br> 844 King Street, Suite 2207 <br> Lockbox 35 <br> Wilmington, Delaware 19801 <br> Email: timothy.fox@usdoj.gov | *The Committee* <br> Colin R. Robinson <br> Bradford J. Sandler <br> **PACHULSKI STANG ZIEHL & JONES LLP** <br> 919 North Market Street <br> 17th Floor <br> Wilmington, DE 19801 <br> Email: crobinson@pszjlaw.com <br> bsandler@pszjlaw.com |
| *The Committee* <br> Robert J. Feinstein <br> Theodore S. Heckel <br> Alan Kornfeld | *Counsel to the Purchaser* <br> Andrew Behlmann <br> **LOWENSTEIN SANDLER LLP** <br> One Lowenstein Drive |

2

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>Email: rfeinstein@pszjlaw.com<br>          theckel@pszjlaw.com<br>          akornfeld@pszjlaw.com | Roseland, NJ 07068<br>Email: abehlmann@lowenstein.com |

*/s/ Lisa Bittle Tancredi*
Lisa Bittle Trancredi (DE Bar No. 4657)