# EXHIBIT 1

# THE PELICAN GROUP, INC.

## OCCUPANT LEDGER

| Unit Reference Number | : | 130-008 |
|---|---|---|
| Property Name | | GATEWAY VILLAGE SHOP CENTER |
| Co. Name | | Buddy's Newco, LLC |
| Address1 | : | 1430 North Woodland Blvd |
| Address2 | : | |
| City, State, Zip | | Deland, Florida 32720 |
| D/B/A Name | | Buddy's Home Furnishings |
| Email Address | : | john.wilson@buddyrents.com |

| Occupant Name/Type : | Buddy's Newco, LLC / CURRENT |
|---|---|
| Tenant Id | 12783000257 |
| Phone Number | (813) 623-5461 |
| Cell Number | (281) 989-7813 |
| Fax Number | |
| Unit Number | 008 |

Shortfall/(Overage)

| Date | Code | Description | Amount | Balance | Shortfall/(Overage) |
|---|---|---|---|---|---|
| 11/01/2020 | PTX | PROPERTY TAXES | 297.50 | 297.50 | |
| 11/01/2020 | RNT | MONTHLY BASE RENT | 5,054.00 | 5,351.50 | |
| 11/01/2020 | STX | SALES AND USE TAX | 362.25 | 5,713.75 | |
| 11/01/2020 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 5,871.25 | |
| 11/01/2020 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 6,399.75 | |
| 11/04/2020 | CAM | Pymt. Batch 900 Check 12706 | -5,864.42 | 535.33 | $ 535.33 |
| 12/01/2020 | PTX | PROPERTY TAXES | 297.50 | 832.83 | |
| 12/01/2020 | RNT | MONTHLY BASE RENT | 5,054.00 | 5,886.83 | |
| 12/01/2020 | STX | SALES AND USE TAX | 362.25 | 6,249.08 | |
| 12/01/2020 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 6,406.58 | |
| 12/01/2020 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 6,935.08 | |
| 12/08/2020 | STX | 2020 PTX Recon - STX | 68.28 | 7,003.36 | |
| 12/08/2020 | TTR | 2020 PTX Reconciliation | 1,137.99 | 8,141.35 | |
| 12/09/2020 | CAM | Pymt. Batch 940 Check 13572 | -5,864.42 | 2,276.93 | |
| 12/28/2020 | STX | 2019 CAM Recon - STX | 155.06 | 2,431.99 | |
| 12/28/2020 | TCR | 2019 CAM Reconciliation | 2,500.99 | 4,932.98 | $ 4,397.65 |
| 01/01/2021 | PTX | PROPERTY TAXES | 297.50 | 5,230.48 | |
| 01/01/2021 | RNT | MONTHLY BASE RENT | 5,054.00 | 10,284.48 | |
| 01/01/2021 | STX | SALES AND USE TAX | 362.25 | 10,646.73 | |
| 01/01/2021 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 10,804.23 | |
| 01/01/2021 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 11,332.73 | |
| 01/13/2021 | CAM | Pymt. Batch 013 Check 14582 | -5,864.42 | 5,468.31 | $ 535.33 |
| 02/01/2021 | PTX | PROPERTY TAXES | 297.50 | 5,765.81 | |
| 02/01/2021 | RNT | MONTHLY BASE RENT | 5,054.00 | 10,819.81 | |
| 02/01/2021 | STX | SALES AND USE TAX | 362.25 | 11,182.06 | |
| 02/01/2021 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 11,339.56 | |
| 02/01/2021 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 11,868.06 | |
| 02/08/2021 | CAM | Pymt. Batch 112 Check 15575 | -5,864.42 | 6,003.64 | $ 535.33 |
| 03/01/2021 | PTX | PROPERTY TAXES | 297.50 | 6,301.14 | |
| 03/01/2021 | RNT | MONTHLY BASE RENT | 5,054.00 | 11,355.14 | |
| 03/01/2021 | STX | SALES AND USE TAX | 362.25 | 11,717.39 | |
| 03/01/2021 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 11,874.89 | |
| 03/01/2021 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 12,403.39 | |
| 03/08/2021 | CAM | Pymt. Batch 108 Check 16336 | -5,864.42 | 6,538.97 | $ 535.33 |
| 04/01/2021 | PTX | PROPERTY TAXES | 297.50 | 6,836.47 | |
| 04/01/2021 | RNT | MONTHLY BASE RENT | 5,054.00 | 11,890.47 | |

| Date | Code | Description | Amount | Balance | | |
|---|---|---|---|---|---|---|
| 04/01/2021 | STX | SALES AND USE TAX | 362.25 | 12,252.72 | | |
| 04/01/2021 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 12,410.22 | | |
| 04/01/2021 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 12,938.72 | | |
| 04/07/2021 | CAM | Pymt. Batch 200 Check 17125 | -5,864.42 | 7,074.30 | $ | 535.33 |
| 05/01/2021 | PTX | PROPERTY TAXES | 297.50 | 7,371.80 | | |
| 05/01/2021 | RNT | MONTHLY BASE RENT | 5,054.00 | 12,425.80 | | |
| 05/01/2021 | STX | SALES AND USE TAX | 362.25 | 12,788.05 | | |
| 05/01/2021 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 12,945.55 | | |
| 05/01/2021 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 13,474.05 | | |
| 05/05/2021 | CAM | Pymt. Batch 208 Check 17689 | -5,864.42 | 7,609.63 | $ | 535.33 |
| 06/01/2021 | PTX | PROPERTY TAXES | 297.50 | 7,907.13 | | |
| 06/01/2021 | RNT | MONTHLY BASE RENT | 5,054.00 | 12,961.13 | | |
| 06/01/2021 | STX | SALES AND USE TAX | 362.25 | 13,323.38 | | |
| 06/01/2021 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 13,480.88 | | |
| 06/01/2021 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 14,009.38 | | |
| 06/02/2021 | CAM | Pymt. Batch 299 Check 18288 (iIncludes 2019 CAM) | -8,520.47 | 5,488.91 | $ | (2,120.72) |
| 07/01/2021 | PTX | PROPERTY TAXES | 297.50 | 5,786.41 | | |
| 07/01/2021 | RNT | MONTHLY BASE RENT | 5,054.00 | 10,840.41 | | |
| 07/01/2021 | STX | SALES AND USE TAX | 362.25 | 11,202.66 | | |
| 07/01/2021 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 11,360.16 | | |
| 07/01/2021 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 11,888.66 | | |
| 07/06/2021 | CAM | Pymt. Batch 282 Check 19038 | -5,864.42 | 6,024.24 | $ | 535.33 |
| 08/01/2021 | PTX | PROPERTY TAXES | 297.50 | 6,321.74 | | |
| 08/01/2021 | RNT | MONTHLY BASE RENT | 5,054.00 | 11,375.74 | | |
| 08/01/2021 | STX | SALES AND USE TAX | 362.25 | 11,737.99 | | |
| 08/01/2021 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 11,895.49 | | |
| 08/01/2021 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 12,423.99 | | |
| 08/09/2021 | CAM | Pymt. Batch 356 Check 19593 | -5,864.42 | 6,559.57 | $ | 535.33 |
| 09/01/2021 | PTX | PROPERTY TAXES | 297.50 | 6,857.07 | | |
| 09/01/2021 | RNT | MONTHLY BASE RENT | 5,054.00 | 11,911.07 | | |
| 09/01/2021 | STX | SALES AND USE TAX | 362.25 | 12,273.32 | | |
| 09/01/2021 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 12,430.82 | | |
| 09/01/2021 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 12,959.32 | | |
| 09/08/2021 | CAM | Pymt. Batch 383 Check 20353 | -5,864.42 | 7,094.90 | $ | 535.33 |
| 10/01/2021 | PTX | PROPERTY TAXES | 297.50 | 7,392.40 | | |
| 10/01/2021 | RNT | MONTHLY BASE RENT | 5,054.00 | 12,446.40 | | |
| 10/01/2021 | STX | SALES AND USE TAX | 362.25 | 12,808.65 | | |
| 10/01/2021 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 12,966.15 | | |
| 10/01/2021 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 13,494.65 | | |
| 10/06/2021 | CAM | Pymt. Batch 456 Check 21146 | -5,864.42 | 7,630.23 | $ | 535.33 |
| 11/01/2021 | PTX | PROPERTY TAXES | 297.50 | 7,927.73 | | |
| 11/01/2021 | RNT | MONTHLY BASE RENT | 5,054.00 | 12,981.73 | | |
| 11/01/2021 | STX | SALES AND USE TAX | 362.25 | 13,343.98 | | |
| 11/01/2021 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 13,501.48 | | |
| 11/01/2021 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 14,029.98 | | |
| 11/04/2021 | CAM | Pymt. Batch 520 Check 21798 | -5,864.42 | 8,165.56 | $ | 535.33 |
| 12/01/2021 | PTX | PROPERTY TAXES | 297.50 | 8,463.06 | | |
| 12/01/2021 | RNT | MONTHLY BASE RENT | 5,054.00 | 13,517.06 | | |
| 12/01/2021 | STX | SALES AND USE TAX | 362.25 | 13,879.31 | | |
| 12/01/2021 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 14,036.81 | | |
| 12/01/2021 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 14,565.31 | | |

| Date | Code | Description | Amount | Balance | | |
|---|---|---|---|---|---|---|
| 12/13/2021 | CAM | Pymt. Batch 538 Check 22407 | -5,864.42 | 8,700.89 | $ | 535.33 |
| 01/01/2022 | PTX | PROPERTY TAXES | 297.50 | 8,998.39 | | |
| 01/01/2022 | RNT | MONTHLY BASE RENT | 5,054.00 | 14,052.39 | | |
| 01/01/2022 | STX | SALES AND USE TAX | 362.25 | 14,414.64 | | |
| 01/01/2022 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 14,572.14 | | |
| 01/01/2022 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 15,100.64 | | |
| 01/05/2022 | CAM | Pymt. Batch 550 Check 23105 | -5,864.42 | 9,236.22 | $ | 535.33 |
| 02/01/2022 | PTX | PROPERTY TAXES | 297.50 | 9,533.72 | | |
| 02/01/2022 | RNT | MONTHLY BASE RENT | 5,054.00 | 14,587.72 | | |
| 02/01/2022 | STX | SALES AND USE TAX | 362.25 | 14,949.97 | | |
| 02/01/2022 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 15,107.47 | | |
| 02/01/2022 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 15,635.97 | | |
| 02/04/2022 | CAM | Pymt. Batch 598 Check 23557 | -5,864.42 | 9,771.55 | $ | 535.33 |
| 03/01/2022 | PTX | PROPERTY TAXES | 297.50 | 10,069.05 | | |
| 03/01/2022 | RNT | MONTHLY BASE RENT | 5,054.00 | 15,123.05 | | |
| 03/01/2022 | STX | SALES AND USE TAX | 362.25 | 15,485.30 | | |
| 03/01/2022 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 15,642.80 | | |
| 03/01/2022 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 16,171.30 | | |
| 03/02/2022 | CAM | Pymt. Batch 647 Check 23944 | -5,864.42 | 10,306.88 | $ | 535.33 |
| 04/01/2022 | PTX | PROPERTY TAXES | 297.50 | 10,604.38 | | |
| 04/01/2022 | RNT | MONTHLY BASE RENT | 5,054.00 | 15,658.38 | | |
| 04/01/2022 | STX | SALES AND USE TAX | 362.25 | 16,020.63 | | |
| 04/01/2022 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 16,178.13 | | |
| 04/01/2022 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 16,706.63 | | |
| 04/05/2022 | CAM | Pymt. Batch 692 Check 24521 | -5,864.42 | 10,842.21 | $ | 535.33 |
| 05/01/2022 | PTX | PROPERTY TAXES | 297.50 | 11,139.71 | | |
| 05/01/2022 | RNT | MONTHLY BASE RENT | 5,054.00 | 16,193.71 | | |
| 05/01/2022 | STX | SALES AND USE TAX | 362.25 | 16,555.96 | | |
| 05/01/2022 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 16,713.46 | | |
| 05/01/2022 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 17,241.96 | | |
| 05/05/2022 | CAM | Pymt. Batch 749 Check 25013 | -5,864.42 | 11,377.54 | $ | 535.33 |
| 06/01/2022 | PTX | PROPERTY TAXES | 297.50 | 11,675.04 | | |
| 06/01/2022 | RNT | MONTHLY BASE RENT | 5,054.00 | 16,729.04 | | |
| 06/01/2022 | STX | SALES AND USE TAX | 362.25 | 17,091.29 | | |
| 06/01/2022 | CAM | Pymt. Batch 786 Check 25532 | -5,864.42 | 11,226.87 | | |
| 06/01/2022 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 11,384.37 | | |
| 06/01/2022 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 11,912.87 | $ | 535.33 |
| 07/01/2022 | PTX | PROPERTY TAXES | 297.50 | 12,210.37 | | |
| 07/01/2022 | RNT | MONTHLY BASE RENT | 5,054.00 | 17,264.37 | | |
| 07/01/2022 | STX | SALES AND USE TAX | 362.25 | 17,626.62 | | |
| 07/01/2022 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 17,784.12 | | |
| 07/01/2022 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 18,312.62 | | |
| 07/06/2022 | CAM | Pymt. Batch 836 Check 26129 | -5,864.42 | 12,448.20 | $ | 535.33 |
| 08/01/2022 | PTX | PROPERTY TAXES | 297.50 | 12,745.70 | | |
| 08/01/2022 | RNT | MONTHLY BASE RENT | 5,054.00 | 17,799.70 | | |
| 08/01/2022 | STX | SALES AND USE TAX | 362.25 | 18,161.95 | | |
| 08/01/2022 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 18,319.45 | | |
| 08/01/2022 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 18,847.95 | | |
| 08/02/2022 | CAM | Pymt. Batch 845 Check 26594 | -5,864.42 | 12,983.53 | $ | 535.33 |
| 09/01/2022 | PTX | PROPERTY TAXES | 297.50 | 13,281.03 | | |

| Date | Code | Description | Amount | Balance | | |
|---|---|---|---|---|---|---|
| 09/01/2022 | RNT | MONTHLY BASE RENT | 5,054.00 | 18,335.03 | | |
| 09/01/2022 | STX | SALES AND USE TAX | 362.25 | 18,697.28 | | |
| 09/01/2022 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 18,854.78 | | |
| 09/01/2022 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 19,383.28 | | |
| 09/06/2022 | CAM | Pymt. Batch 897 Check 27188 | -5,864.42 | 13,518.86 | $ | 535.33 |
| 10/01/2022 | PTX | PROPERTY TAXES | 297.50 | 13,816.36 | | |
| 10/01/2022 | RNT | MONTHLY BASE RENT | 5,054.00 | 18,870.36 | | |
| 10/01/2022 | STX | SALES AND USE TAX | 362.25 | 19,232.61 | | |
| 10/01/2022 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 19,390.11 | | |
| 10/01/2022 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 19,918.61 | | |
| 10/06/2022 | CAM | Pymt. Batch 937 Check 27685 | -5,864.42 | 14,054.19 | $ | 535.33 |
| 11/01/2022 | PTX | PROPERTY TAXES | 297.50 | 14,351.69 | | |
| 11/01/2022 | RNT | MONTHLY BASE RENT | 5,054.00 | 19,405.69 | | |
| 11/01/2022 | STX | SALES AND USE TAX | 362.25 | 19,767.94 | | |
| 11/01/2022 | CAM | Pymt. Batch 969 Check 28125 | -5,864.42 | 13,903.52 | | |
| 11/01/2022 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 14,061.02 | | |
| 11/01/2022 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 14,589.52 | $ | 535.33 |
| 12/01/2022 | PTX | PROPERTY TAXES | 297.50 | 14,887.02 | | |
| 12/01/2022 | RNT | MONTHLY BASE RENT | 5,054.00 | 19,941.02 | | |
| 12/01/2022 | STX | SALES AND USE TAX | 362.25 | 20,303.27 | | |
| 12/01/2022 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 20,460.77 | | |
| 12/01/2022 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 20,989.27 | | |
| 12/07/2022 | CAM | Pymt. Batch 987 Check 28665 | -5,864.42 | 15,124.85 | $ | 535.33 |
| 01/01/2023 | PTX | PROPERTY TAXES | 297.50 | 15,422.35 | | |
| 01/01/2023 | RNT | MONTHLY BASE RENT | 5,054.00 | 20,476.35 | | |
| 01/01/2023 | STX | SALES AND USE TAX | 362.25 | 20,838.60 | | |
| 01/01/2023 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 20,996.10 | | |
| 01/01/2023 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 21,524.60 | | |
| 01/04/2023 | CAM | Pymt. Batch 032 Check 29194 | -5,864.42 | 15,660.18 | $ | 535.33 |
| 02/01/2023 | PTX | PROPERTY TAXES | 297.50 | 15,957.68 | | |
| 02/01/2023 | RNT | MONTHLY BASE RENT | 5,054.00 | 21,011.68 | | |
| 02/01/2023 | STX | SALES AND USE TAX | 362.25 | 21,373.93 | | |
| 02/01/2023 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 21,531.43 | | |
| 02/01/2023 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 22,059.93 | | |
| 02/08/2023 | CAM | Pymt. Batch 077 Check 29738 | -6,321.34 | 15,738.59 | $ | 78.41 |
| 03/01/2023 | PTX | PROPERTY TAXES | 297.50 | 16,036.09 | | |
| 03/01/2023 | RNT | MONTHLY BASE RENT | 5,054.00 | 21,090.09 | | |
| 03/01/2023 | STX | SALES AND USE TAX | 362.25 | 21,452.34 | | |
| 03/01/2023 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 21,609.84 | | |
| 03/01/2023 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 22,138.34 | | |
| 03/06/2023 | CAM | Pymt. Batch 167 Check 30136 | -6,092.88 | 16,045.46 | $ | 306.87 |
| 04/01/2023 | PTX | PROPERTY TAXES | 297.50 | 16,342.96 | | |
| 04/01/2023 | RNT | MONTHLY BASE RENT | 5,054.00 | 21,396.96 | | |
| 04/01/2023 | STX | SALES AND USE TAX | 362.25 | 21,759.21 | | |
| 04/01/2023 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 21,916.71 | | |
| 04/01/2023 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 22,445.21 | | |
| 04/05/2023 | CAM | Pymt. Batch 196 Check 30624 | -6,092.88 | 16,352.33 | $ | 306.87 |
| 05/01/2023 | PTX | PROPERTY TAXES | 297.50 | 16,649.83 | | |
| 05/01/2023 | RNT | MONTHLY BASE RENT | 5,054.00 | 21,703.83 | | |
| 05/01/2023 | STX | SALES AND USE TAX | 362.25 | 22,066.08 | | |

| Date | Code | Description | Amount | Balance | | Payment |
|---|---|---|---|---|---|---|
| 05/01/2023 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 22,223.58 | | |
| 05/01/2023 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 22,752.08 | | |
| 05/04/2023 | CAM | Pymt. Batch 221 Check 00031083 | -6,092.88 | 16,659.20 | $ | 306.87 |
| 06/01/2023 | PTX | PROPERTY TAXES | 297.50 | 16,956.70 | | |
| 06/01/2023 | RNT | MONTHLY BASE RENT | 5,054.00 | 22,010.70 | | |
| 06/01/2023 | STX | SALES AND USE TAX | 362.25 | 22,372.95 | | |
| 06/01/2023 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 22,530.45 | | |
| 06/01/2023 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 23,058.95 | | |
| 06/05/2023 | CAM | Pymt. Batch 267 Check 31609 | -6,092.88 | 16,966.07 | $ | 306.87 |
| 07/01/2023 | PTX | PROPERTY TAXES | 297.50 | 17,263.57 | | |
| 07/01/2023 | RNT | MONTHLY BASE RENT | 5,054.00 | 22,317.57 | | |
| 07/01/2023 | STX | SALES AND USE TAX | 362.25 | 22,679.82 | | |
| 07/01/2023 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 22,837.32 | | |
| 07/01/2023 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 23,365.82 | | |
| 07/06/2023 | CAM | Pymt. Batch 287 Check 32086 | -6,092.88 | 17,272.94 | $ | 306.87 |
| 08/01/2023 | PTX | PROPERTY TAXES | 297.50 | 17,570.44 | | |
| 08/01/2023 | RNT | MONTHLY BASE RENT | 5,054.00 | 22,624.44 | | |
| 08/01/2023 | STX | SALES AND USE TAX | 362.25 | 22,986.69 | | |
| 08/01/2023 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 23,144.19 | | |
| 08/01/2023 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 23,672.69 | | |
| 08/07/2023 | CAM | Pymt. Batch 355 Check 32604 | -6,092.88 | 17,579.81 | $ | 306.87 |
| 09/01/2023 | PTX | PROPERTY TAXES | 297.50 | 17,877.31 | | |
| 09/01/2023 | RNT | MONTHLY BASE RENT | 5,054.00 | 22,931.31 | | |
| 09/01/2023 | STX | SALES AND USE TAX | 362.25 | 23,293.56 | | |
| 09/01/2023 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 23,451.06 | | |
| 09/01/2023 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 23,979.56 | | |
| 09/07/2023 | CAM | Pymt. Batch 377 Check 33078 | -6,092.88 | 17,886.68 | $ | 306.87 |
| 10/01/2023 | PTX | PROPERTY TAXES | 297.50 | 18,184.18 | | |
| 10/01/2023 | RNT | MONTHLY BASE RENT | 5,054.00 | 23,238.18 | | |
| 10/01/2023 | STX | SALES AND USE TAX | 362.25 | 23,600.43 | | |
| 10/01/2023 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 23,757.93 | | |
| 10/01/2023 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 24,286.43 | | |
| 10/05/2023 | CAM | Pymt. Batch 406 Check 33455 | -6,092.88 | 18,193.55 | $ | 306.87 |
| 11/01/2023 | PTX | PROPERTY TAXES | 297.50 | 18,491.05 | | |
| 11/01/2023 | RNT | MONTHLY BASE RENT | 5,054.00 | 23,545.05 | | |
| 11/01/2023 | STX | SALES AND USE TAX | 362.25 | 23,907.30 | | |
| 11/01/2023 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 24,064.80 | | |
| 11/01/2023 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 24,593.30 | | |
| 11/06/2023 | CAM | Pymt. Batch 434 Check 34062 | -6,092.88 | 18,500.42 | $ | 306.87 |
| 12/01/2023 | PTX | PROPERTY TAXES | 297.50 | 18,797.92 | | |
| 12/01/2023 | RNT | MONTHLY BASE RENT | 5,054.00 | 23,851.92 | | |
| 12/01/2023 | STX | SALES AND USE TAX (Decrease to 5%) | 301.88 | 24,153.80 | | |
| 12/01/2023 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 24,311.30 | | |
| 12/01/2023 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 24,839.80 | | |
| 12/04/2023 | CAM | Pymt. Batch 487 Check 34525 | -6,035.40 | 18,804.40 | $ | 303.98 |
| 01/01/2024 | PTX | PROPERTY TAXES | 297.50 | 19,101.90 | | |
| 01/01/2024 | RNT | MONTHLY BASE RENT | 5,054.00 | 24,155.90 | | |
| 01/01/2024 | STX | SALES AND USE TAX | 301.88 | 24,457.78 | | |
| 01/01/2024 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 24,615.28 | | |
| 01/01/2024 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 25,143.78 | | |

| Date | Code | Description | Amount | Balance | | Payment |
|---|---|---|---|---|---|---|
| 01/02/2024 | CAM | Pymt. Batch 509 Check 34876 | -6,035.40 | 19,108.38 | $ | 303.98 |
| 02/01/2024 | PTX | PROPERTY TAXES | 297.50 | 19,405.88 | | |
| 02/01/2024 | RNT | MONTHLY BASE RENT | 5,054.00 | 24,459.88 | | |
| 02/01/2024 | STX | SALES AND USE TAX | 301.88 | 24,761.76 | | |
| 02/01/2024 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 24,919.26 | | |
| 02/01/2024 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 25,447.76 | | |
| 02/09/2024 | CAM | Pymt. Batch 538 Check 35443 | -6,035.40 | 19,412.36 | $ | 303.98 |
| 03/01/2024 | PTX | PROPERTY TAXES | 297.50 | 19,709.86 | | |
| 03/01/2024 | RNT | MONTHLY BASE RENT | 5,054.00 | 24,763.86 | | |
| 03/01/2024 | STX | SALES AND USE TAX | 301.88 | 25,065.74 | | |
| 03/01/2024 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 25,223.24 | | |
| 03/01/2024 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 25,751.74 | | |
| 03/08/2024 | CAM | Pymt. Batch 592 Check 35960 | -6,035.40 | 19,716.34 | $ | 303.98 |
| 04/01/2024 | PTX | PROPERTY TAXES | 297.50 | 20,013.84 | | |
| 04/01/2024 | RNT | MONTHLY BASE RENT | 5,054.00 | 25,067.84 | | |
| 04/01/2024 | STX | SALES AND USE TAX | 301.88 | 25,369.72 | | |
| 04/01/2024 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 25,527.22 | | |
| 04/01/2024 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 26,055.72 | | |
| 04/03/2024 | CAM | Pymt. Batch 602 Check 36410 | -6,035.40 | 20,020.32 | $ | 303.98 |
| 05/01/2024 | PTX | PROPERTY TAXES | 297.50 | 20,317.82 | | |
| 05/01/2024 | RNT | MONTHLY BASE RENT | 5,054.00 | 25,371.82 | | |
| 05/01/2024 | STX | SALES AND USE TAX | 301.88 | 25,673.70 | | |
| 05/01/2024 | INS | TAXABLE PROPERTY INSURANCE | 157.50 | 25,831.20 | | |
| 05/01/2024 | CAM | TAXABLE COMMON AREA MAINT. | 528.50 | 26,359.70 | | |
| 05/16/2024 | CAM | Pymt. Batch 637 Check 1284 | -6,035.40 | 20,324.30 | $ | 303.98 |
| 06/01/2024 | PTX | PROPERTY TAXES | 290.50 | 20,614.80 | | |
| 06/01/2024 | RNT | MONTHLY BASE RENT | 5,054.00 | 25,668.80 | | |
| 06/01/2024 | STX | SALES AND USE TAX (Decrease to 2.5%) | 152.08 | 25,820.88 | | |
| 06/01/2024 | INS | TAXABLE PROPERTY INSURANCE | 486.50 | 26,307.38 | | |
| 06/01/2024 | CAM | TAXABLE COMMON AREA MAINT. | 252.00 | 26,559.38 | | |
| 06/07/2024 | CAM | Pymt. Batch 668 Check 1727 | -5,891.70 | 20,667.68 | $ | 343.38 |
| 07/01/2024 | PTX | PROPERTY TAXES | 290.50 | 20,958.18 | | |
| 07/01/2024 | RNT | MONTHLY BASE RENT | 5,054.00 | 26,012.18 | | |
| 07/01/2024 | STX | SALES AND USE TAX | 152.08 | 26,164.26 | | |
| 07/01/2024 | INS | TAXABLE PROPERTY INSURANCE | 486.50 | 26,650.76 | | |
| 07/01/2024 | CAM | TAXABLE COMMON AREA MAINT. | 252.00 | 26,902.76 | | |
| 07/12/2024 | CAM | Pymt. Batch 756 Check 2189 | -6,578.46 | 20,324.30 | $ | (343.38) |
| 08/01/2024 | PTX | PROPERTY TAXES | 290.50 | 20,614.80 | | |
| 08/01/2024 | RNT | MONTHLY BASE RENT | 5,054.00 | 25,668.80 | | |
| 08/01/2024 | STX | SALES AND USE TAX | 152.08 | 25,820.88 | | |
| 08/01/2024 | INS | TAXABLE PROPERTY INSURANCE | 486.50 | 26,307.38 | | |
| 08/01/2024 | CAM | TAXABLE COMMON AREA MAINT. | 252.00 | 26,559.38 | | |
| 08/05/2024 | CAM | Pymt. Batch 779 Check 2664 | -6,235.08 | 20,324.30 | $ | - |
| 09/01/2024 | PTX | PROPERTY TAXES | 290.50 | 20,614.80 | | |
| 09/01/2024 | RNT | MONTHLY BASE RENT | 5,054.00 | 25,668.80 | | |
| 09/01/2024 | STX | SALES AND USE TAX | 152.08 | 25,820.88 | | |
| 09/01/2024 | INS | TAXABLE PROPERTY INSURANCE | 486.50 | 26,307.38 | | |
| 09/01/2024 | CAM | TAXABLE COMMON AREA MAINT. | 252.00 | 26,559.38 | | |
| 09/04/2024 | CAM | Pymt. Batch 811 Check 3128 | -6,235.08 | 20,324.30 | $ | - |
| 10/01/2024 | PTX | PROPERTY TAXES | 290.50 | 20,614.80 | | |
| 10/01/2024 | RNT | MONTHLY BASE RENT | 5,054.00 | 25,668.80 | | |

| Date | Code | Description | Amount | Balance | | |
|------|------|-------------|--------|---------|---|---|
| 10/01/2024 | STX | SALES AND USE TAX | 152.08 | 25,820.88 | | |
| 10/01/2024 | INS | TAXABLE PROPERTY INSURANCE | 486.50 | 26,307.38 | | |
| 10/01/2024 | CAM | TAXABLE COMMON AREA MAINT. | 252.00 | 26,559.38 | | |
| 10/02/2024 | CAM | Pymt. Batch 850 Check 3555 | -6,235.08 | 20,324.30 | $ | - |
| 11/01/2024 | PTX | PROPERTY TAXES | 290.50 | 20,614.80 | | |
| 11/01/2024 | RNT | MONTHLY BASE RENT | 5,054.00 | 25,668.80 | | |
| 11/01/2024 | STX | SALES AND USE TAX | 152.08 | 25,820.88 | | |
| 11/01/2024 | INS | TAXABLE PROPERTY INSURANCE | 486.50 | 26,307.38 | | |
| 11/01/2024 | CAM | TAXABLE COMMON AREA MAINT. | 252.00 | 26,559.38 | | |
| 11/06/2024 | CAM | Pymt. Batch 900 Check 4107 | -6,235.08 | 20,324.30 | | |
| 11/08/2024 | CAM | Rem. Batch 900 Check 4107 | 6,235.08 | 26,559.38 | | |
| 11/19/2024 | CAM | Pymt. Batch 901 Check 4138 | -5,611.57 | 20,947.81 | $ | 623.51 |
| 12/01/2024 | PTX | PROPERTY TAXES | 290.50 | 21,238.31 | | |
| 12/01/2024 | RNT | MONTHLY BASE RENT | 5,054.00 | 26,292.31 | | |
| 12/01/2024 | STX | SALES AND USE TAX | 152.08 | 26,444.39 | | |
| 12/01/2024 | INS | TAXABLE PROPERTY INSURANCE | 486.50 | 26,930.89 | | |
| 12/01/2024 | CAM | TAXABLE COMMON AREA MAINT. | 252.00 | 27,182.89 | | |
| 12/23/2024 | CAM | Pymt. Batch 943 Check 4383 | -6,442.92 | 20,739.97 | $ | (207.84) |
| | | | | | $ | 20,739.97 |

### Unbilled Reconciliations

| | | |
|------|------|------|
| 2021 Property Taxes | $ (45.08) | |
| 2022 Property Taxes | $ (192.47) | |
| 2023 Property Taxes | $ (90.00) | |
| 2024 Property Taxes | $ 1,174.56 | $ 847.01 |
| | | |
| 2020 Common Area Maintenance | $ 2,483.24 | Waived - Covid |
| 2021 Common Area Maintenance | $ 1,157.82 | Waived - Covid |
| 2022 Common Area Maintenance | $ (650.88) | |
| 2023 Common Area Maintenance | $ (270.66) | $ (921.54) |
| | | |
| 2019/2020 Property Insurances | $ (382.74) | |
| 2020/2021 Property Insurances | $ (17.81) | |
| 2021/2022 Property Insurances | $ 562.58 | Waived - Covid |
| 2022/2023 Property Insurances | $ 1,928.58 | |
| 2023/2024 Property Insurances | $ 4,301.82 | |
| 2024/2025 Property Insurances | $ 3,978.47 | $ 9,808.32 |
| | | |
| Total Outstanding | | $ 30,473.76 |

December 1, 2021

**GATEWAY VILLAGE SHOPPING CENTER**
**Deland, Florida**

**2021 Property Taxes**
**January 1, 2021 - December 31, 2021**



| Parcel Number | Property Tax Bill |
|---|---|
| 2150 | $54,143.54 |
| 2151 | $2,296.02 |
| 1570 Sign | $0.00 |
| 2153 | $16,240.62 |
| **TOTAL** | **$72,680.18** |

| TENANT | Unit Area | Prorata Area | Prorata Share | Tenant Payments | Net Tax Due | Sales Tax 6.0% | Total Tax Due |
|---|---|---|---|---|---|---|---|
| 130-008 Buddy's Bi Rite | 4,200.00 | 4.8534% | $ 3,527.47 | $ 3,570.00 | $ (42.53) | $ (2.55) | $ (45.08) |

8529 SouthPark Circle, Suite 150
Orlando, Florida 32819

**Total Due:** **$ (45.08)**

Please Remit Payments To:
**THE PELICAN GROUP, INC.**
Post Office Box 160403 * Mobile, AL 36616-1403
917 Western America Circle * Suite 503
Mobile, Alabama 36609-4110
251-342-8600 * FAX: 251-342-8744

December 1, 2022

**GATEWAY VILLAGE SHOPPING CENTER**
**Deland, Florida**

**2022 Property Taxes**
**January 1, 2022 - December 31, 2022**



| Parcel Number | Property Tax Bill |
|---|---|
| 2150 | $52,012.73 |
| 2151 | $2,170.39 |
| 1570 Sign | $0.00 |
| 2153 | $15,632.19 |
| **TOTAL** | **$69,815.31** |

| TENANT | Unit Area | Prorata Area | Prorata Share | Tenant Payments | Net Tax Due | Sales Tax 6.0% | Total Tax Due |
|---|---|---|---|---|---|---|---|
| 130-008 Buddy's Bi Rite | 4,200.00 | 4.8534% | $ 3,388.43 | $ 3,570.00 | $ (181.57) | $ (10.89) | $ (192.47) |

8529 SouthPark Circle, Suite 150
Orlando, Florida 32819

**Total Due:**   **$   (192.47)**

Please Remit Payments To:
**THE PELICAN GROUP, INC.**
Post Office Box 160403 * Mobile, AL 36616-1403
917 Western America Circle * Suite 503
Mobile, Alabama 36609-4110
251-342-8600 * FAX: 251-342-8744

December 1, 2023

**GATEWAY VILLAGE SHOPPING CENTER**
Deland, Florida

**2023 Property Taxes**
January 1, 2023 - December 31, 2023



| Parcel Number | Property Tax Bill |
|---|---|
| 2150 | $53,410.35 |
| 2151 | $2,156.80 |
| 1570 Sign | $0.00 |
| 2153 | $16,239.95 |
| **TOTAL** | **$71,807.10** |

| TENANT | Unit Area | Prorata Area | Prorata Share | Tenant Payments | Net Tax Due | Sales Tax 6.0% | Total Tax Due |
|---|---|---|---|---|---|---|---|
| 130-008 Buddy's Bi Rite | 4,200.00 | 4.8534% | $ 3,485.10 | $ 3,570.00 | $ (84.90) | $ (5.09) | $ (90.00) |

8529 SouthPark Circle, Suite 150
Orlando, Florida 32819

**Total Due:** $ (90.00)

Please Remit Payments To:
**THE PELICAN GROUP, INC.**
Post Office Box 160403 * Mobile, AL 36616-1403
917 Western America Circle * Suite 503
Mobile, Alabama 36609-4110
251-342-8600 * FAX: 251-342-8744

December 1, 2024

**GATEWAY VILLAGE SHOPPING CENTER**
Deland, Florida

**2024 Property Taxes**
January 1, 2024 - December 31, 2024

| Parcel Number | Property Tax Bill |
|---|---|
| | $0.00 |
| | $0.00 |
| 1570 Sign | $0.00 |
| 2153 | $16,556.44 |
| **TOTAL** | **$16,556.44** |



| TENANT | Unit Area | Prorata Area | Prorata Share | Tenant Payments | Net Tax Due | Sales Tax 6.0% | Total Tax Due |
|---|---|---|---|---|---|---|---|
| 130-008 Buddy's Bi Rite | 4,200.00 | 28.1879% | $ 4,666.92 | $ 3,521.00 | $ 1,145.92 | $ 28.65 | $ 1,174.56 |

8529 SouthPark Circle, Suite 150
Orlando, Florida 32819

**Total Due:**     $     **1,174.56**

Please Remit Payments To:
**THE PELICAN GROUP, INC.**
Post Office Box 160403  *  Mobile, AL 36616-1403
917 Western America Circle  *  Suite 503
Mobile, Alabama 36609-4110
251-342-8600  *  FAX: 251-342-8744

June 10, 2022

**Gateway Village Shopping Center**

**2020 CAM Reconciliation**

| TOTAL CAM | $ 218,566.82 |
|---|---|

| Tenant | Tenant Area | Prorata Area | Share of CAM | Tenant Payments | Admin. Fee. 15% | Net CAM Billing | Sales Tax 6.0% | Credits On Account | Total CAM Billing |
|---|---|---|---|---|---|---|---|---|---|
| 130-008 Bi-Rite Company | 4,200.00 | 2.4387% | $ 5,330.16 | $ 3,787.00 | $ 799.52 | $ 2,342.68 | $ 140.56 | $ - | $ 2,483.24 |

8529 SouthPark Circle, Suite 150
Orlando, Florida 32819

Tenant PMTS $273.00 for 10 months and $528.50 for 2 months.

Total Due: **$ 2,483.24**

| Entire Shopping Center | January | February | March | April | May | June | July | August | September | October | November | December | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Landscape Maint/Repair | 5,600.00 | 5,600.00 | 5,600.00 | 6,103.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 67,703.00 |
| Parking Lot/Irrigation Electricity | 2,080.69 | 2,127.39 | 1,966.09 | 2,004.42 | 1,617.15 | 1,159.65 | 1,357.65 | 1,243.61 | 1,224.63 | 1,289.73 | 1,207.64 | 1,150.14 | 18,428.79 |
| Parking Lot SWEEPING | 2,754.66 | 2,754.66 | 2,754.66 | 2,754.66 | 2,754.66 | 2,754.66 | 2,754.66 | 2,754.66 | 2,754.66 | 2,754.66 | 2,754.66 | 2,754.66 | 33,055.92 |
| Parking Lot Maint/Irrigation Repair | | | | 5,500.00 | 217.44 | | | | 1,752.13 | 55.00 | | 1,481.70 | 9,006.27 |
| Parking Lot Light Maint/Repair | 568.08 | 100.00 | 100.00 | 260.00 | | | | | | | 1,782.28 | | 2,810.36 |
| Pylon Sign Maint/Repair | | 1,208.00 | 2,320.00 | | | | | | | | | 1,492.00 | 5,020.00 |
| Life Safety Communications | 613.44 | | | 613.44 | 255.00 | | 270.00 | 667.09 | | 408.96 | | | 2,827.93 |
| Life Safety Systems Mgmt/Maint | | | | | 2,643.00 | 1,335.00 | 600.00 | 425.00 | | | 915.00 | | 5,918.00 |
| Painting | | | | | | | | | | | | | - |
| Security | | | | | | | | | | | | | - |
| Pest Control | 148.04 | 148.04 | 148.04 | 148.04 | 148.04 | 148.04 | 148.04 | 148.04 | 148.04 | 148.04 | 148.04 | 148.04 | 1,776.48 |
| Trash Removal | | | | | | 137.50 | | | | 82.50 | | | 220.00 |
| Striping & Paving | | | | | | - | | | | | | | - |
| Roof Maintenance | | | 2,119.36 | | 272.94 | | | | | 272.94 | | 993.00 | 3,658.24 |
| Storm Water Management | | | 1,425.00 | | | | | | | 9,465.79 | | | 10,890.79 |
| Management Fees | 4,933.22 | 3,766.46 | 2,522.66 | 4,445.10 | 2,936.41 | 3,912.77 | 3,979.42 | 5,715.72 | 4,347.51 | 4,023.01 | 4,896.05 | 5,211.71 | 50,690.04 |
| TOTALS | 16,698.13 | 15,704.55 | 18,955.81 | 21,828.66 | 16,444.64 | 15,047.62 | 14,709.77 | 16,554.12 | 15,826.97 | 22,978.12 | 24,072.18 | 19,746.25 | 218,566.82 |

**Not all attached invoice are appliable to this CAM reconciliation. Please refer to the spreadsheet above.**

Please Remit Payment To:
**THE PELICAN GROUP, INC.**
P.O. Box 160403 Mobile, AL 36616
917 Western America Circle, Suite 503
Mobile, AL 36609-4110
251-342-8600  Fax:251-342-8744

June 24, 2022

**Gateway Village Shopping Center**

**2021 CAM Reconciliation**

| TOTAL CAM | $ 265,085.28 |
|---|---|

| Tenant | Tenant Area | Prorata Area | Share of CAM | Tenant Payments | Admin. Fee. 15% | Net CAM Billing | Sales Tax 6.0% | Credits On Account | Total CAM Billing |
|---|---|---|---|---|---|---|---|---|---|
| 130-008 Bi-Rite Company | 4,200.00 | 2.4387% | $ 6,464.59 | $ 6,342.00 | $ 969.69 | $ 1,092.28 | $ 65.54 | $ - | $ 1,157.82 |

8529 SouthPark Circle, Suite 150
Orlando, Florida 32819

Tenant payments of $528.50 for 12 months.

**Total Due:  $ 1,157.82**

| Entire Shopping Center | January | February | March | April | May | June | July | August | September | October | November | December | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Landscape Maint/Repair | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 10,503.00 | $ 5,600.00 | $ 15,519.64 | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 82,022.64 |
| Parking Lot/Irrigation Electricity | $ 1,121.87 | $ 1,108.79 | $ 1,038.67 | $ 1,128.03 | $ 1,000.50 | $ 1,061.21 | $ 1,096.36 | $ 1,143.50 | $ 1,214.52 | $ 1,207.85 | $ 1,102.33 | $ 1,075.23 | $ 13,298.86 |
| Parking Lot SWEEPING | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 33,055.92 |
| Parking Lot Maint/Irrigation Repair | | | | | | | | $ 527.06 | | $ 1,300.00 | $ 410.00 | | $ 2,237.06 |
| Parking Lot Light Maint/Repair | $ 4,212.07 | | | | | | $ 3,500.00 | | | | $ 2,030.86 | $ 1,420.00 | $ 11,162.93 |
| Pylon Sign Maint/Repair | $ 1,492.00 | $ 1,496.00 | | | | | | | | | | | $ 2,988.00 |
| Life Safety Communications | $ 408.96 | | $ 408.96 | | | $ 255.00 | $ 678.96 | | $ 121.41 | | $ 545.37 | | $ 2,418.66 |
| Life Safety Systems Mgmt/Maint | $ 95.00 | $ 113.00 | $ 1,425.00 | | | | $ 1,960.00 | | | $ 1,125.00 | $ 80.00 | | $ 4,798.00 |
| Painting | | | $ 2,148.75 | | | | $ 4,553.57 | | | | | | $ 6,702.32 |
| Security | | | | | | | | | | | | | $ - |
| Pest Control | $ 148.04 | $ 148.04 | $ 148.04 | $ 148.04 | $ 148.04 | $ 148.04 | | $ 148.04 | $ 162.95 | $ 162.95 | $ 162.95 | $ 162.95 | $ 1,688.08 |
| Trash Removal | | | | | $ 50.00 | | | | | | | | $ 50.00 |
| Striping & Paving | | | | | | $ - | | | | | | | $ - |
| Roof Maintenance | | | $ 980.13 | | | | $ 139.81 | $ 1,841.00 | $ 133.13 | $ 686.00 | $ 4,831.77 | $ 1,141.00 | $ 9,752.84 |
| Storm Water Management | | | | | | | | | | $ 9,943.77 | | | $ 9,943.77 |
| Management Fees | $ 4,175.84 | $ 4,870.43 | $ 4,787.38 | $ 3,414.71 | $ 17,991.21 | $ 3,862.51 | $ 4,110.41 | $ 3,435.53 | $ 4,586.28 | $ 4,094.48 | $ 3,381.46 | $ 3,485.96 | $ 62,196.20 |
| TOTALS | $ 20,008.44 | $ 16,090.92 | $ 25,091.59 | $ 13,045.44 | $ 37,397.41 | $ 13,681.42 | $ 43,163.41 | $ 15,449.79 | $ 17,072.95 | $ 25,749.71 | $ 21,399.03 | $ 16,935.17 | $ 265,085.28 |

**Not all attached invoice are appliable to this CAM reconciliation. Please refer to the spreadsheet above.**

Please Remit Payment To:
**THE PELICAN GROUP, INC.**
P.O. Box 160403 Mobile, AL 36616
917 Western America Circle, Suite 503
Mobile, AL 36609-4110
251-342-8600  Fax:251-342-8744

May 1, 2024

**Gateway Village Shopping Center**

**2022 CAM Reconciliation**

| TOTAL CAM | $ 204,242.72 |
|---|---|

| Tenant | Tenant Area | Prorata Area | Share of CAM | Tenant Payments | Admin. Fee. 15% | Net CAM Billing | Sales Tax 6.0% | Credits On Account | Total CAM Billing |
|---|---|---|---|---|---|---|---|---|---|
| 130-008 Bi-Rite Company | 4,200.00 | 2.4387% | $ 4,980.84 | $ 6,342.00 | $ 747.13 | $ (614.04) | $ (36.84) | $ - | $ (650.88) |

8529 SouthPark Circle, Suite 150
Orlando, Florida 32819

Tenant payments of $528.50 for 12 months.

**Total Due:  $   (650.88)**

| Entire Shopping Center | January | February | March | April | May | June | July | August | September | October | November | December | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Landscape Maint/Repair | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 6,595.00 | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 5,600.00 | $ 68,195.00 |
| Parking Lot/Irrigation Electricity | $ 1,035.15 | $ 1,225.50 | $ 1,058.93 | $ 1,133.56 | $ 1,110.85 | $ 793.16 | $ 856.17 | $ 914.72 | $ 984.81 | $ 1,049.66 | $ 1,034.52 | $ 1,102.51 | $ 12,299.54 |
| Parking Lot SWEEPING | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,754.66 | $ 2,809.75 | $ 2,809.75 | $ 2,809.75 | $ 2,809.75 | $ 2,809.75 | $ 33,331.37 |
| Parking Lot Maint/Irrigation Repair | | $ 8,741.50 | | $ 740.00 | | | | $ 1,035.00 | | | | | $ 10,516.50 |
| Parking Lot Light Maint/Repair | $ 4,212.07 | | | | | | | | | | $ 2,030.86 | | $ 6,242.93 |
| Pylon Sign Maint/Repair | | | | | | | | $ 270.00 | | | | | $ 270.00 |
| Life Safety Communications | $ 408.96 | | | $ 530.37 | | | $ 121.41 | | | $ 530.37 | | | $ 1,591.11 |
| Life Safety Systems Mgmt/Maint | | $ 4,303.00 | | | $ 162.00 | $ 450.00 | | | | | | | $ 4,915.00 |
| Painting | | | | | | | $ 4,553.57 | | | | | | $ 4,553.57 |
| Security | | | | | | | | | | | | | $ - |
| Pest Control | $ 162.95 | | | | | | | | | | | | $ 162.95 |
| Trash Removal | | $ 110.00 | | | | | | $ 455.00 | | $ 390.00 | | | $ 955.00 |
| Striping & Paving | | | | | | $ - | | | | | | | $ - |
| Roof Maintenance | | | | | | | | $ 1,596.72 | | | | | $ 1,596.72 |
| Storm Water Management | | | | | | | | | | $ 10,340.97 | | | $ 10,340.97 |
| Management Fees | $ 3,953.84 | $ 2,653.09 | $ 3,484.22 | $ 3,891.64 | $ 4,289.36 | $ 3,297.79 | $ 7,210.48 | $ 4,223.06 | $ 4,173.98 | $ 4,056.81 | $ 3,733.75 | $ 3,953.84 | $ 48,922.06 |
| TOTALS | $ 18,127.63 | $ 21,084.75 | $ 17,200.81 | $ 15,645.43 | $ 14,266.87 | $ 12,895.61 | $ 21,096.29 | $ 16,449.25 | $ 14,023.54 | $ 24,387.56 | $ 3,891.84 | $ 13,466.10 | $ 204,242.72 |

**Not all attached invoice are appliable to this CAM reconciliation. Please refer to the spreadsheet above.**

Please Remit Payment To:
**THE PELICAN GROUP, INC.**
P.O. Box 160403 Mobile, AL 36616
917 Western America Circle, Suite 503
Mobile, AL 36609-4110
251-342-8600  Fax:251-342-8744

**May 20, 2024**

**Gateway Village Shopping Center**

**2023 CAM Reconciliation**

| TOTAL CAM | $ 216,946.34 |
|---|---|

| Tenant | Tenant Area | Prorata Area | Share of CAM | Tenant Payments | Admin. Fee. 15% | Net CAM Billing | Sales Tax 5.0% | Credits On Account | Total CAM Billing |
|---|---|---|---|---|---|---|---|---|---|
| 130-008 Bi-Rite Company | 4,200.00 | 2.4387% | $ 5,290.64 | $ 6,342.00 | $ 793.60 | $ (257.77) | $ (12.89) | $ - | $ (270.66) |

8529 SouthPark Circle, Suite 150
Orlando, Florida 32819

Tenant payments of $528.50 for 12 months.

**Total Due:  $  (270.66)**

| Entire Shopping Center | January | February | March | April | May | June | July | August | September | October | November | December | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Landscape Maint/Repair | $ 5,600.00 | $ 5,880.00 | $ 5,880.00 | $ 5,880.00 | $ 5,880.00 | $ 5,880.00 | $ 5,880.00 | $ 5,880.00 | $ 5,880.00 | $ 5,880.00 | $ 5,880.00 | $ 5,880.00 | $ 70,280.00 |
| Parking Lot/Irrigation Electricity | $ 1,161.31 | $ 1,266.73 | $ 1,205.82 | $ 1,175.68 | $ 1,150.76 | $ 1,083.15 | $ 1,124.75 | $ 1,043.24 | $ 1,099.40 | $ 1,148.72 | $ 1,164.72 | $ 1,140.03 | $ 13,764.31 |
| Parking Lot SWEEPING | $ 2,809.75 | $ 2,809.75 | $ 2,809.75 | $ 2,809.75 | $ 2,809.75 | $ 2,809.75 | $ 2,809.75 | $ 2,809.75 | $ 2,809.75 | $ 2,809.75 | $ 2,809.75 | $ 2,809.75 | $ 33,717.00 |
| Parking Lot Maint/Irrigation Repair | | | | $ 2,070.76 | $ 1,830.00 | | | | | | $ 9,250.00 | | $ 13,150.76 |
| Parking Lot Light Maint/Repair | $ 4,212.07 | | | | | | | $ 320.00 | | | $ 2,030.86 | | $ 6,562.93 |
| Pylon Sign Maint/Repair | | | | $ 290.00 | | | | | | | | | $ 290.00 |
| Life Safety Communications | $ 121.41 | | | $ 530.37 | | | $ 530.36 | | | $ 408.96 | | | $ 1,591.10 |
| Life Safety Systems Mgmt/Maint | | | $ 1,315.00 | $ 780.00 | | $ 613.72 | $ 3,092.00 | | | | $ 1,140.00 | $ 915.00 | $ 7,855.72 |
| Painting | | | | | | | $ 4,553.57 | | | | | | $ 4,553.57 |
| Security | | | | | | | | | | | | | $ - |
| Pest Control | | $ 162.95 | $ 162.95 | | | | | | | | | | $ 325.90 |
| Trash Removal | | | | $ 390.00 | | | | $ 845.00 | | | | | $ 1,235.00 |
| Striping & Paving | | | | | | $ - | | | | | | | $ - |
| Roof Maintenance | | | | | $ 2,504.86 | | | | | | | | $ 2,504.86 |
| Storm Water Management | | | | | | | | | | $ 10,753.91 | | | $ 10,753.91 |
| Management Fees | $ 4,501.85 | $ 3,269.46 | $ 2,869.15 | $ 3,739.41 | $ 5,331.09 | $ 2,838.97 | $ 3,968.53 | $ 3,941.83 | $ 3,049.99 | $ 4,450.96 | $ 3,821.50 | $ 4,428.54 | $ 46,211.28 |
| TOTALS | $ 18,406.39 | $ 13,388.89 | $ 14,242.67 | $ 18,015.97 | $ 19,506.46 | $ 13,225.59 | $ 21,958.96 | $ 14,839.82 | $ 12,839.14 | $ 25,452.30 | $ 3,891.84 | $ 17,073.32 | $ 216,946.34 |

**Not all attached invoice are appliable to this CAM reconciliation. Please refer to the spreadsheet above.**

Please Remit Payment To:
**THE PELICAN GROUP, INC.**
P.O. Box 160403 Mobile, AL 36616
917 Western America Circle, Suite 503
Mobile, AL 36609-4110
251-342-8600  Fax:251-342-8744

**June 19, 2020**

**GATEWAY VILLAGE SHOPPING CENTER**

**Property Insurance Reconciliation**
**Policy Period 06/01/2019 - 05/31/2020**



| FIRE & EXTENDED COVERAGES | $ | 25,589.71 |
|---|---|---|
| LOSS OF RENTS | | 2,136.25 |
| SIGNS | | 164.29 |
| LIABILITY | | 8,347.00 |
| UMBRELLA | | 1,408.42 |
| TOTAL INSURANCE COST | $ | 37,645.67 |

| TENANT | Unit Area | Prorata Area | Prorata Insurance | Monthly Payments | Net Ins Due | Sales Tax 6.2% | Total Insurance |
|---|---|---|---|---|---|---|---|
| 130-008 Buddy's Newco | 4,200 | 4.8534% | $ 1,827.10 | $ 2,187.50 | $ (360.40) | $ (22.34) | $ (382.74) |

6608 Adamo Drive
Tampa, Florida  33619

Please Remit Payment To:

The Pelican Group, INC.
Post Office Box 160403 * Mobile, Al. 36616
917 Western American Circle, Suite 503
Mobile, AL 36609-4110
251-342-8600  Fax: 251-342-8744

**Total Due:** $ (382.74)

$217.00 for 5 months and $157.50 for 7 months.

**June 19, 2020**

**GATEWAY VILLAGE SHOPPING CENTER**

**Property Insurance Reconciliation**
**Policy Period 06/01/2020 - 05/31/2021**



| FIRE & EXTENDED COVERAGES | $ | 26,165.98 |
|---|---|---|
| LOSS OF RENTS | | 2,184.36 |
| SIGNS | | 167.99 |
| LIABILITY | | 8,618.00 |
| UMBRELLA | | 1,459.17 |
| TOTAL INSURANCE COST | $ | 38,595.50 |

| TENANT | Unit Area | Prorata Area | Prorata Insurance | Monthly Payments | Net Ins Due | Sales Tax 6.0% | Total Insurance |
|---|---|---|---|---|---|---|---|
| 130-008 Buddy's Newco | 4,200 | 4.8534% | $ 1,873.20 | $ 1,890.00 | $ (16.80) | $ (1.01) | $ (17.81) |

6608 Adamo Drive
Tampa, Florida 33619

Please Remit Payment To:

The Pelican Group, INC.
Post Office Box 160403 * Mobile, Al. 36616
917 Western American Circle, Suite 503
Mobile, AL 36609-4110
251-342-8600  Fax: 251-342-8744

**Total Due:**   **$   (17.81)**

June 5, 2021

**GATEWAY VILLAGE SHOPPING CENTER**

**Property Insurance Reconciliation**
**Policy Period 06/01/2021 - 05/31/2022**



| | |
|---|---:|
| **FIRE & EXTENDED COVERAGES** | $ 38,664.47 |
| **LOSS OF RENTS** | 1,184.97 |
| **SIGNS** | 117.56 |
| **LIABILITY** | 8,400.00 |
| **UMBRELLA** | 1,509.92 |
| **TOTAL INSURANCE COST** | $ 49,876.92 |

| TENANT | Unit Area | Prorata Area | Prorata Insurance | Monthly Payments | Net Ins Due | Sales Tax 6.0% | Total Insurance |
|---|---:|---:|---:|---:|---:|---:|---:|
| 130-008 Buddy's Newco | 4,200 | 4.8534% | $ 2,420.73 | $ 1,890.00 | $ 530.73 | $ 31.84 | $ 562.58 |

8529 SouthPark Circle, Suite 150
Orlando, Florida 32819

Please Remit Payment To:

The Pelican Group, INC.
Post Office Box 160403 * Mobile, Al. 36616
917 Western American Circle, Suite 503
Mobile, AL 36609-4110
251-342-8600  Fax: 251-342-8744

**Total Due:** $ 562.58

**June 5, 2022**

**GATEWAY VILLAGE SHOPPING CENTER**

**Property Insurance Reconciliation**
**Policy Period 06/01/2022 - 05/31/2023**



| | |
|---|---|
| **FIRE & EXTENDED COVERAGES** | $   51,046.23 |
| **LOSS OF RENTS** | 1,387.00 |
| **SIGNS** | 109.62 |
| **LIABILITY** | 7,674.00 |
| **UMBRELLA** | 1,466.20 |
| **TOTAL INSURANCE COST** | $   76,429.05 |

| TENANT | Unit Area | Prorata Area | Prorata Insurance | Monthly Payments | Net Ins Due | Sales Tax 6.0% | Total Insurance |
|---|---|---|---|---|---|---|---|
| 130-008 Buddy's Newco | 4,200 | 4.8534% | $   3,709.42 | $   1,890.00 | $   1,819.42 | $   109.17 | $   1,928.58 |

8529 SouthPark Circle, Suite 150
Orlando, Florida 32819

**Total Due:**   $   1,928.58

Please Remit Payment To:

The Pelican Group, INC.
Post Office Box 160403 * Mobile, Al. 36616
917 Western American Circle, Suite 503
Mobile, AL 36609-4110
251-342-8600  Fax: 251-342-8744

**June 1, 2023**

**GATEWAY VILLAGE SHOPPING CENTER**

**Property Insurance Reconciliation**
**Policy Period 06/01/2023 - 05/31/2024**



| FIRE & EXTENDED COVERAGES | $ 80,459.48 |
|---|---|
| WIND STORM BUY DOWN | $ 31,575.59 |
| LOSS OF RENTS | 2,926.00 |
| SIGNS | 145.00 |
| LIABILITY | 8,782.20 |
| UMBRELLA | 1,526.50 |
| TOTAL INSURANCE COST | $ 125,414.77 |

| TENANT | Unit Area | Prorata Area | Prorata Insurance | Monthly Payments | Net Ins Due | Sales Tax 2.5% | Total Insurance |
|---|---|---|---|---|---|---|---|
| 130-008 Buddy's Newco | 4,200 | 4.8534% | $ 6,086.90 | $ 1,890.00 | $ 4,196.90 | $ 104.92 | $ 4,301.82 |

8529 SouthPark Circle, Suite 150
Orlando, Florida 32819

**Total Due:** $ 4,301.82

Please Remit Payment To:

The Pelican Group, INC.
Post Office Box 160403  *  Mobile, Al. 36616
917 Western American Circle, Suite 503
Mobile, AL 36609-4110
251-342-8600  Fax: 251-342-8744

**August 1, 2024**

**GATEWAY VILLAGE SHOPPING CENTER**

**Property Insurance Reconciliation**
**Policy Period 06/01/2024 - 05/31/2025**



| | |
|---|---|
| **FIRE & EXTENDED COVERAGES** | $ 88,465.08 |
| **WIND STORM BUY DOWN** | $ 15,554.70 |
| **LOSS OF RENTS** | 3,028.37 |
| **SIGNS** | 275.30 |
| **LIABILITY** | 9,810.13 |
| **UMBRELLA** | 1,781.25 |
| **TOTAL INSURANCE COST** | $ 118,914.83 |

| TENANT | Unit Area | Prorata Area | Prorata Insurance | Monthly Payments | Net Ins Due | Sales Tax 2.5% | Total Insurance |
|---|---|---|---|---|---|---|---|
| 130-008 Buddy's Newco | 4,200 | 4.8534% | $ 5,771.43 | $ 1,890.00 | $ 3,881.43 | $ 97.04 | $ 3,978.47 |

8529 SouthPark Circle, Suite 150
Orlando, Florida 32819

**Total Due:** $ 3,978.47

Please Remit Payment To:

The Pelican Group, INC.
Post Office Box 160403 * Mobile, Al. 36616
917 Western American Circle, Suite 503
Mobile, AL 36609-4110
251-342-8600  Fax: 251-342-8744