# EXHIBIT A

STATE OF     Maryland
COUNTY OF   Prince Georges

## NOTICE OF INTENT TO FILE A LIEN

**Notice Delivered to:**
General Contractor
Build Retail Inc.
C/O Wes Cashwell
103 Gannaway St.
Jamestown, NC 27282

**Property Owner**
Laurel Lakes LLC
STE 340
2800 Quarry Lake Dr.
Baltimore, MD 21209

**Property** where services provided:
County: Prince Georges
Vitamin Shoppe Tenant Space
14136 Baltimore Ave
Laurel, MD 20707

**Notifying Party:**
Stella Electric Construction, LLC. dba Stella Electric
5 Glyndon Dr. #361
Reisterstown, MD 21136

**Services:** Description of services, materials and/or labor provided by the notifying part to the below identified project:
Interior fit out of retail store

If the party that has given you this notice is not paid in full for labor, service, equipment, or material provided, or to be provided, to your construction project, a lien may lead to loss of all or part of this property, and/or significant legal consequences.

Total Amount Owed to Notifying Party (the Debt): $28,496.22

This notice is provided to inform you the Notifying Party has provided the above-described services to the property, and that payment for these services (the "**Debt**") is due and owing to the Notifying Party. This is a notice to you that the Notifying Party is owed the Debt, and that payment has not been made to the Notifying Party on the Debt.

If payment is not made to the Notifying Party in ten (10) days, a Claim of Lien, commonly referred to as a Mechanic's Lien, or Claim against the Project Bond or Contract Funds, as the case may be, will be filed against the Property in ten (10) days after delivery of this Notice as per Maryland Statutes

**Signature of Claimant, and Verification**

State of   MARYLAND

County of   CARROLL

I, Jeffrey Buerhaus, the undersigned, being of lawful age and being first duly sworn upon oath, do state that I am the authorized, limited and disclosed agent of the Claimant named herein, appointed for the purposes of filing the Notice of Intention to Claim a Lien, and that I have read the foregoing Notice of Claim of Lien, know the contents thereof, and as an agent appointed by the Claimant to sign the instrument, I have been provided and thereby have knowledge of the facts, and certify that based thereupon, upon my information and belief the foregoing is true and correct, and that I believe them to be true.

_(signature)_
Claimant: STELLA ELECTRIC CONSTRUCTION LLC
Signed by Authorized and Disclosed Agent
Print Name: Jeffrey Buerhaus
Dated November 18th 2024

Sworn and subscribed to before me, undersigned Notary Public in and for the above listed State and County/Parish on this July 23rd 2024 Jeffrey Buerhaus, who is known to me or satisfactorily proved to me, to be the person whose name is subscribed to this document, and who acknowledged that he/she executed the document in the capacity indicated for the principal named.

_(signature)_
Notary Public

_(Notary Seal: RICHARD DILLON ARNOLD, NOTARY PUBLIC, CARROLL COUNTY, MD, MY COMMISSION EXPIRES JANUARY 19, 2025)_

LAW OFFICES
# HARRISON E. GREENE, III, LLC
107 Thomas Street
Bel Air, Maryland 21014

HARRISON E. GREENE, III

Telephone (443) 318-2775
Facsimile (443) 318-2699
hgreene@harrisongreenelaw.com

November 26, 2024

**VIA CERTIFIED MAIL, RETURN RECEIPT**

Laurel Lakes, LLC
Suite 340
2800 Quarry Lake Drive
Baltimore, Maryland 21209

RE: *Notice to Owner of Intention to Claim a Lien*
    My Client:    416 Mechanical Plumbing, LLC
    Location:    14136 Baltimore Avenue, Laurel, Maryland 20707
                     The Vitamin Shoppe
    General Contractor    Build Retail, Inc.

To Whom it May Concern:

I represent 416 Mechanical Plumbing, LLC. This letter will serve as notice, pursuant to Ann. Code. Md., *Real Property* § 9-104 of my client's intent to obtain a lien on the above referenced real property.

416 Mechanical Plumbing, LLC was a subcontractor of Build Retail, Inc. Build Retail, Inc. was engaged by your tenant, The Vitamin Shoppe. The total amount earned under my client's undertaking to the date hereof is $19,351.04. The work done and materials provided under the subcontract were as follows: plumbing work for The Vitamin Shoppe location at 14136 Baltimore Avenue, including permit fees, installation of a power flush toilet, groundwork and wall closein, trim work, installation of a new sanitary line and water fountain. All of the aforementioned work and materials were provided and completed by September 15, 2024.

I do solemnly declare or affirm under the penalties of perjury that the contents of the foregoing notice are true to the best of the affiant's knowledge, information and belief.

                                                    Roger Wright
                                                    Mechanical Plumbing, LLC

Very truly yours,

Harrison E. Greene, III

cc:    Build Retail, Inc.
       The Vitamin Shoppe