**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FRANCHISE GROUP, INC., *et al.*, | ) Case No. 24-12480 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2024, I did cause the foregoing *Limited Objection of Beral, LLLP and Laurel Lakes, LLC to Notice of Possible Assumption and Assignment and Cure Costs with Respect to Executory Contracts and Unexpired Leases* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

**SAUL EWING LLP**

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840