# **EXHIBIT A**

**Amended VSI Schedule A/B**

# Schedule A/B: Assets - Real and Personal Property

**Part 5:** Inventory, excluding agriculture assets - detail

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☐ No. Go to Part 6.
    - ☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

| 21.1 VARIOUS INVENTORY | | $131,399,553.50 | NET BOOK VALUE | $131,399,553.50 |
|---|---|---|---|---|

22. **Other Inventory or supplies**

| 22.1 VARIOUS INVENTORY | | $10,853,343.06 | NET BOOK VALUE | $10,853,343.06 |
|---|---|---|---|---|

23. **Total of Part 5.**
    Add lines 19 through 22. Copy the total to line 84.    **$142,252,896.56**

24. **Is any of the property listed in Part 5 perishable?**
    - ☑ No.
    - ☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No.
    - ☑ Yes.

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☑ No.
    - ☐ Yes.

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name: | Vitamin Shoppe Industries LLC |
| United States Bankruptcy Court: | DISTRICT OF DELAWARE |
| Case Number (if known): | 24-12521 (JTD) |

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

Warning -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form (206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☑ Amended Schedule
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** 12/30/2024

**Signature:** /s/ Eric Seeton         Eric Seeton, Chief Financial Officer
                                       **Name and Title**

- Page 1 of 1 -