**EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. __** |

**SEVENTH OMNIBUS ORDER, PURSUANT TO SECTIONS 105(a), 365(a), AND 554 OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO (I) REJECT CERTAIN UNEXPIRED LEASES, EFFECTIVE AS OF THE REJECTION DATE; AND (II) ABANDON PERSONAL PROPERTY**

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for the entry of an order (this "Order"), pursuant to sections 105(a), 365, and 554 of the Bankruptcy Code, authorizing the Debtors to (i) reject those certain unexpired leases (the "Rejected Leases") set forth on Schedule 1

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

to this Order, effective as of December 31, 2024 (the "Rejection Date"), and (ii) abandon personal property (the "Personal Property") remaining on the Rejected Premises as of the Rejection Date; and upon consideration of the Motion and all pleadings related thereto, including the First Day Declaration; and due and adequate notice of the Motion having been given under the circumstances; and having determined that no other or further notice of the Motion is required; and having determined that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of these Chapter 11 Cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is GRANTED as set forth herein.

2.     Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Leases, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected by the Debtors, with such rejection being effective as of the Rejection Date.

3.     Pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, any Personal Property remaining, as of the Rejection Date, on the Rejected Premises is hereby abandoned by the Debtors, with such abandonment being effective as of the Rejection Date. Landlords of the Rejected Premises may dispose of any and all Abandoned Personal

Property remaining on the Rejected Premises without further notice or liability to any third party or the Debtors. To the extent necessary, the automatic stay is modified to allow such disposition.

4. If the Debtors have deposited monies with a counterparty to a Rejected Lease as a security deposit or other arrangement, such counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of this Court.

5. Any person or entity that holds a claim that arises from the Rejected Leases must file a proof of claim based on such rejection on or before the date that is thirty (30) days after the entry of this Order.

6. Nothing in this Order shall impair, prejudice, waive or otherwise affect any of the rights of the Debtors or any other party to: (a) assert or contest that the Rejected Leases (i) were terminated on the Rejection Date, or (ii) are not unexpired leases under section 365 of the Bankruptcy Code; (b) assert or contest that any claim for damages arising from the rejection of the Rejected Leases is limited to the remedies available under any applicable termination provisions of the Rejected Leases; (c) assert or contest that any such claim is an obligation of a third party, and not that of the Debtors or their estates; or (d) otherwise assert or contest any claims that may be asserted in connection with the Rejected Leases. All rights, claims, defenses and causes of action that the Debtors and their estates may have against the counterparties to the Rejected Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Leases, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise affect such rights, claims, defenses and causes of action. Additionally, all rights, claims, defenses, and causes of action of any counterparty to the Rejected Leases, whether or not such claims arise under, are related to the rejection of, or are independent

of the Rejected Leases, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise affect such rights, claims, defenses and causes of action.

7. Nothing in this Order shall be construed to (a) create or perfect, in favor of any person or entity, any interest in cash of a Debtor that did not exist as of the Petition Date or (b) alter or impair any security interest or perfection thereof, in favor of any person or entity, that existed as of the Petition Date.

8. Nothing in this Order shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

9. The requirements in Bankruptcy Rules 6006 and 6007 are satisfied.

10. The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

11. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

12. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

## Schedule 1

## Rejected Leases[1]

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 101 | Fox Jr. Development, Inc. | Fox Jr. Development, Inc.<br>Connie Denning<br>4425 William Penn Highway<br>Murrysville, PA 15668 | American Freight, LLC | Lease, dated December 6, 2021<br><br>820 Scalp Ave<br>Johnstown, PA 15904 | 274 |
| 102 | Franklin Towne Plaza | Franklin Towne Plaza<br>Christina Albi<br>855 Broad Street, Ste. 300<br>Boise, ID 83702 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated November 7, 2013<br><br>8033 West Franklin Road<br>Boise, ID 83704 | 4824 |
| 103 | Front Street Kansas City, LLC | Front Street Kansas City, LLC<br>Chris Carver<br>100 Lexington St., Ste. 50<br>Fort Worth, TX 76102 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated December 3, 2013<br><br>3632 E Front St<br>Kansas City, MO 64120 | 7820/4001 |
| 104 | FSC West Covina, LLC | FSC West Covina, LLC<br>Mark Carrington<br>1001 Canal Blvd, Ste. A1<br>Richmond, CA 94804 | American Freight Outlet Stores, LLC | Sublease, dated October 1, 2012<br><br>728 South Orange Ave<br>West Covina, CA 91790 | 5282 |
| 105 | G&I X Industrial In, LLC | G&I X Industrial In, LLC<br>Brian Riley<br>220 East 42nd St<br>New York, NY 10017 | American Freight, LLC | Lease, dated April 23, 2014<br><br>8920 Corporation Dr<br>Indianapolis, IN 46256 | 44 |
| 106 | Gamble Brothers LLC | Gamble Brothers LLC<br>Jeremy Gamble<br>24 CR 912<br>Brookland, AR 72417 | American Freight FFO, LLC | Lease, dated January 14, 2015<br><br>1 Furniture Lane<br>Batesville, AR 72901 | 232 |
| 107 | Gamble Brothers, LLC | Gamble Brothers, LLC<br>Jeremy Gamble<br>24 CR 912<br>Brookland, AR 72417 | American Freight FFO, LLC | Lease, dated December 4, 2013<br><br>2839 Race Street<br>Jonesboro, AR 26750 | 230 |
| 108 | Gates Inc. | Gates Inc.<br>Whitney Gates<br>PO Box 209<br>Bloomington, IN 47402 | American Freight, LLC | Lease, dated June 12, 2020<br><br>3100 W Susan Drive<br>Bloomington, IN 47404 | 193 |
| 109 | Gateway Retail Partner III, LLC | Gateway Retail Partner III, LLC<br>Crystal Patterson<br>2960 Fairview Dr.<br>Owensboro, KY 42303 | American Freight FFO, LLC | Lease, dated December 20, 2018<br><br>2512 Calumet Trace<br>Owensboro, KY 42303 | 244 |
| 110 | Gateway South LLC #1 | Gateway South LLC #1<br>Patricia Kopetsky<br>5730 Kopetsky Drive, Ste. A<br>Indianapolis, IN 46217 | American Freight, LLC | Lease, dated February 1, 2014<br><br>5750 Kopetsky Dr.<br>Indianapolis, IN 46217 | 41 |
| 111 | GBUZZ, LLC | GBUZZ, LLC<br>James Sole<br>P.O . Box 600910<br>Jacksonville, FL 32260 | American Freight, LLC | Lease, dated June 1, 2012<br><br>3350 S. Ridgewood Ave<br>Port Orange, FL 32129 | 27 |
| 112 | GCP Boom, LLC | GCP Boom, LLC<br>Chris Fogarty<br>244 West 39th St., 5th Floor<br>New York, NY 14845 | American Freight, LLC | Lease, dated August 29, 2022<br><br>1020 Center St<br>Horseheads, NY 14845 | 287 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 113 | Giuffre Property Management | Giuffre Property Management<br>Frank Giuffre Jr.<br>445 W Oklahoma Ave.<br>Milwaukee, WI 53207 | American Freight, LLC | Lease, dated June 1, 2011<br><br>3804 South 27th St<br>Milwaukee, WI 53221 | 63 |
| 114 | GKI Industrial Dallas, LLC | GKI Industrial Dallas, LLC<br>Lara Wilson<br>10275 W. Higgins Rd., Ste. 810<br>Rosemont, IL 60018 | American Freight Outlet Stores, LLC | Lease, dated March 10, 2003<br><br>1215 Marsh Lane<br>Carrollton, TX 75006 | 9449/4617 |
| 115 | GLL BVK Properties, LP | GLL BVK Properties, LP<br>Sarah Wadkins<br>200 S Orange Ave., STE #1375<br>Orlando, FL 32801 | American Freight, LLC | Lease Agreement, dated September 25, 2020<br><br>9745 Patriot Hwy<br>Fredericksburg, VA 22407 | 210 |
| 116 | GM Properties | GM Properties<br>Gary Mehan<br>1911 Sheppard Access Rd., Bldg. #5<br>Wichita Falls, TX 76306 | American Freight, LLC | Lease, dated December 28, 2020<br><br>3127 Lawrence Rd.<br>Wichita Falls, TX 76308 | 257 |
| 117 | Gosula Holdings LTD | Gosula Holdings LTD<br>Mohan Reddy Gosula<br>6028 Trent Ct.<br>Lewis Center, OH 43035 | American Freight, LLC | Lease Agreement, dated March 19, 2018<br><br>1141 S. Columbus Pike<br>Delaware, OH 43015 | 160 |
| 118 | Gravois Bluffs East 8-A, LLC | Gravois Bluffs East 8-A, LLC<br>Michael Grewe<br>639 Gravois Bluffs Blvd., Ste. D<br>St. Louis, MO 63026 | American Freight Outlet Stores, LLC | Lease, dated March 26, 2003<br><br>639 Gravois Bluff Blvd Suite A<br>Fenton, MO 63026 | 4619 |
| 119 | Greater Orlando Aviation Authortity | Greater Orlando Aviation Authortity<br>Stephanie Bean<br>1900 Summit Tower Blvd., Ste. 240<br>Orlando, FL 32810 | American Freight Outlet Stores, LLC | Retail Lease Agreement, dated October 1, 2022<br><br>4308 E Colonial Drive<br>Orlando, FL 32803 | 4345 |
| 120 | Greenfield Plaza, LLC | Greenfield Plaza, LLC<br>Marie A. Wouters<br>1136 W. Baseline Rd<br>Mesa, AZ 85210 | American Freight, LLC | Lease, dated May 15, 2017<br><br>4422 E. University Dr. Suite 101<br>Mesa, AZ 85205 | 154 |
| 121 | Greenlight Development LLC | Greenlight Development LLC<br>Geoffrey Patak<br>80 Fuller Rd<br>Albany, NY 12205 | American Freight, LLC | Lease Agreement, dated February 1, 2015<br><br>76 Fuller Rd.<br>Albany, NY 12205 | 107 |
| 122 | Gregory Realty, G.P. | Gregory Realty, G.P.<br>Attn: General Counsel<br>PO Box 382366<br>Germantown, TN 38183 | American Freight, LLC | Lease, dated December 29, 2020<br><br>7258 Interstate Boulevard<br>Horn Lake, MS 38637 | 254 |
| 123 | GRH Holdings, LLC | GRH Holdings, LLC<br>Christina Albi<br>855 W Broad St., Ste. 300<br>Boise, ID 83702 | American Freight Outlet Stores, LLC | Lease Agreement, dated July 25, 2020<br><br>857 North Val Vista Drive<br>Gilbert, AZ 85234 | 7349 |
| 124 | Gridley Square Property LLC | Gridley Square Property LLC<br>Andre Philips<br>13071 Abing Ave<br>San Diego, CA 92129 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated August 14, 2019<br><br>18714 South Gridley Rd<br>Cerritos, CA 90703 | 5632 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 125 | Gulsons, LLC c/o Norris & Stevens, Inc. | Gulsons, LLC c/o Norris & Stevens, Inc.<br>Brue Soihr<br>900 SW 5th Avenue, 17th Floor<br>Portland, OR 97204 | American Freight Outlet Stores, LLC | Lease, dated February 26, 1996<br><br>10176 Se 82nd Ave<br>Clackamas, OR 97086 | 9888 |
| 126 | Halena Partners I, LLC c/o Burke Automotive Group | Halena Partners I, LLC c/o Burke Automotive Group<br>Mark H Livings<br>801 Boulder Lake Court<br>Birmingham , AL 35242 | American Freight, LLC | Lease, dated September 1, 2015<br><br>4600 Highway 52<br>Helena, AL 35080 | 114 |
| 127 | Hankins Real Estate Partnership | Hankins Real Estate Partnership<br>Stephen Hankins/Erik Hankins<br>9889 Page Avenue<br>St. Louis , MO 63132 | American Freight, LLC | Lease Agreement, dated January 10, 2014<br><br>9801 Page Ave<br>St. Louis, MO 63132 | 97 |
| 128 | Hart & Hart Corporation | Hart & Hart Corporation<br>Carolyn Hart<br>PO Box 98<br>Lynn Haven, FL 32444 | American Freight Outlet Stores, LLC | Lease, dated October 5, 2015<br><br>2116 South Highway 77<br>Lynn Haven, FL 32444 | 53 |
| 129 | Harvey-Given CO | Harvey-Given CO<br>Jim Givens<br>PO Box 1894, 16 Commerce Court<br>Rome, GA 30162 | American Freight, LLC | Lease, dated November 21, 2014<br><br>2502 Shorter Ave Nw<br>Rome, GA 30165 | 104 |
| 130 | Herdor LLC | Herdor LLC<br>Salim Valiani<br>9125 Southern Breeze Dr.<br>Orlando, FL 32836 | American Freight, LLC | Lease, dated November 15, 2017<br><br>3818 S Orlando Dr<br>Sanford, FL 32773 | 158 |
| 131 | Hidden Hill Road Associates LLC | Hidden Hill Road Associates LLC<br>Jane Crocker<br>1759 Union Street<br>Spartanburg, SC 29302 | American Freight, LLC | Lease, dated December 16, 2016<br><br>473 East Blackstock Rd Unit 1<br>Spartanburg, SC 29301 | 138 |
| 132 | High Cotton Palisades, LLC c/o Red Rock Realty Group Inc. | High Cotton Palisades, LLC<br>c/o Red Rock Realty Group Inc.<br>Thomas Joyce<br>1425 Richard Arrington Jr. Blvd. S., Ste. 100<br>Birmingham , AL 35205 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated February 19, 2019<br><br>372 Palidades Blvd<br>Birmingham, AL 35209 | 5446 |
| 133 | Himaloy Taylor, LLC | Himaloy Taylor, LLC<br>Chinu Mridha<br>4705 Towne Center Rd., Ste. 201<br>Saginaw, MI 48604 | American Freight Outlet Stores, LLC | Specialty Store Lease, dated January 21, 1997<br><br>9860 Telegraph Road<br>Taylor, MI 48180 | 7561 |
| 134 | HM Peachtree Corners 1, LLC | HM Peachtree Corners 1, LLC<br>Sonita Hong<br>1230 Peachtree Street NE, STE #3400<br>Atlanta, GA 30309 | American Freight, LLC | Lease, dated September 15, 2008<br><br>6796-A Jimmy Carter Blvd.<br>Norcross, GA 30071 | 37 |
| 135 | HV Center LLC | HV Center LLC<br>Cheryl Bennett<br>151 Bodman Place, Ste. 201<br>Red Bank, NJ 7701 | American Freight, LLC | Lease, dated September 14, 2022<br><br>1328 Hooksett Rd<br>Hooksett, NH 03106 | 288 |
| 136 | IH 35 Loop 340 TIC | IH 35 Loop 340 TIC<br>Debbie Dill<br>4560 Belt Line Road, Ste. 400<br>Addison, TX 75001 | American Freight, LLC | Lease Agreement, dated November 17, 2015<br><br>1000 N Loop 340<br>Waco, TX 76705 | 121 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 137 | IH-10 Hayden, LTD | IH-10 Hayden, LTD<br>Carolyn Cruise<br>2410 Polk Street, Ste. 200<br>Houston, TX 77003 | American Freight Outlet Stores, LLC | Lease, dated January 3, 2023<br><br>5901 Griggs Rd<br>Houston, TX 77023 | 9889/8234 |
| 138 | Indian Trail Square, LLC | Indian Trail Square, LLC<br>Heather Small<br>1020 Industry Rd., STE 40<br>Lexington, KY 40505 | American Freight FFO, LLC | Lease, dated July 19, 2007<br><br>5749 Preston Highway<br>Louisville, KY 40219 | 249 |
| 139 | Indvestia Darien, LLC | Indvestia Darien, LLC<br>Philip G. Sturtevant<br>718 Ogden Ave., Ste. 100<br>Downers Grove, IL 60515 | American Freight Outlet Stores, LLC | Specialty Store Lease, dated February 13, 1997<br><br>7415 South Cass Avenue<br>Darien, IL 60561 | 4606 |
| 140 | Inland Commercial Real Estate Services, LLC | Inland Commercial Real Estate Services, LLC<br>Sean Steuart<br>2901 Butterfield Road<br>Oak Brook, IL 60523 | American Freight, LLC | Lease Agreement, dated October 6, 2023<br><br>2159 Harris Blvd<br>Layton, UT 84041 | 300 |
| 141 | Ireland Corner, LLC | Ireland Corner, LLC<br>Nancy Velazquez<br>4200 Morganton Rd., Ste. 150<br>Fayetteville, NC 28314 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated April 16, 2014<br><br>1240 Ireland Drive<br>Fayetteville, NC 28304 | 4268 |
| 142 | Isador Schreiber & Associates, LLC | Isador Schreiber & Associates, LLC<br>Ezra Genauer<br>18915 142nd Ave. NE, Ste. 155<br>Woodinville, WA 98072 | American Freight Outlet Stores, LLC | Lease, dated June 1, 1994<br><br>5401 6th Ave. Suite 515<br>Tacoma, WA 98406 | 4119 |
| 143 | J&F Gainesville Properties LLC | J&F Gainesville Properties LLC<br>Fran Williams<br>1310 Gulf Blvd, Unit 10-A<br>Clearwater , FL 33767 | American Freight, LLC | Lease, dated November 1, 2009<br><br>4222 N W 13th St<br>Gainesville, FL 32609 | 47 |
| 144 | Jackson Street Group LLC | Jackson Street Group LLC<br>Lane Patterson<br>11323 Arcade Dr, Ste A<br>Little Rock, AR 72212 | American Freight FFO, LLC | Lease Agreement, dated February 3, 2003<br><br>6527 Warden Road<br>Sherwood, AR 72124 | 225 |
| 145 | JDR Woodlock Fesival, LLC | JDR Woodlock Fesival, LLC<br>Kaitlyn Hipple<br>2201 Mechanic Street, Ste. C<br>North Charleston, SC 29405 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated October 9, 2014<br><br>5101 Ashley Phosphate Rd., Suite 136<br>North Charleston, SC 29418 | 7604 |
| 146 | Jeffnan U.S.A. Inc. | Jeffnan U.S.A. Inc.<br>David Mangrum<br>201 - 8400 Cote De Liesse<br>St. Laurant, QC H4T 1G7 Canada | American Freight, LLC | Lease, dated September 26, 2023<br><br>2222 Texoma Pkwy<br>Sherman, TX 75090 | 303 |
| 147 | JFR Texas Properties LLC | JFR Texas Properties LLC<br>Mark Freeland<br>806 Pecan<br>McAllen , TX 78501 | American Freight, LLC | Lease Agreement, dated December 8, 2016<br><br>1001 E Highway 83<br>Mcallen, TX 78501 | 136 |
| 148 | JH Berry & Gilbert, Inc. | JH Berry & Gilbert, Inc.<br>Joe Saling<br>3125 Independence Drive, Ste. 125<br>Birmingham , AL 35206 | American Freight, LLC | Lease, dated November 16, 2012<br><br>3260 Morrow Rd<br>Trussville, AL 35235 | 83 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 149 | JHG Properties, LLC | JHG Properties, LLC<br>Robert Grand<br>539 Dunmoreland Dr<br>Shreveport, LA 71106 | American Freight, LLC | Lease, dated March 12, 2014<br><br>8560 Florida Blvd<br>Baton Rouge, LA 70815 | 98 |
| 150 | Joe Amato East End Centre, LP | Joe Amato East End Centre, LP<br>Liana Kissinger<br>272 East End Centre<br>Wilkes-Barre, PA 18702 | American Freight, LLC | Lease, dated August 8, 2020<br><br>370 East End Center<br>Wilkes-Barre, PA 18702 | 200 |
| 151 | JSM Land Group, LLC | JSM Land Group, LLC<br>Michael Kosto<br>4535 S. Dale Marby Hwy, Ste. 300<br>Tampa, FL 33611 | American Freight, LLC | Lease Agreement, dated February 1, 2009<br><br>4535 S. Dale Mabry Hwy.<br>Tampa, FL 33611 | 24 |
| 152 | Kelley Commercial Realty, LLC | Kelley Commercial Realty, LLC<br>Henry Kelley<br>425 W. Capitol Ave., STE 300<br>Little Rock, AR 72201 | American Freight FFO, LLC | Lease, dated January 31, 2018<br><br>831 Sonoma Park Drive<br>Norman, OK 73071 | 243 |
| 153 | KG1 Military, LLC | KG1 Military, LLC<br>Chris Good<br>1128 Independence Blvd., Ste. 200<br>Virginia Beach, VA 23455 | American Freight Outlet Stores, LLC | Commercial Retail Lease, dated October 26, 2022<br><br>2005 South Military Hwy<br>Chesapeake, VA 23320 | 7593 |
| 154 | Kingsport Green AC Managing Company, LLC | Kingsport Green AC Managing Company, LLC<br>Mila Gant<br>1500 Huguenot Road, Ste. 108<br>Midlothian, VA 23113 | American Freight, LLC | Lease, dated April 1, 2023<br><br>1189 N Eastman Rd<br>Kingsport, TN 37664 | 291 |
| 155 | Kinsman Investors | Kinsman Investors<br>Joel Bahr<br>6514 Odana Road, Ste. 6<br>Madison, WI 53719 | American Freight, LLC | Lease Agreement, dated April 11, 2011<br><br>3674 Kinsman Blvd<br>Madison, WI 23554 | 60 |
| 156 | Kite Realty Group | Kite Realty Group<br>Ericka Stensgaard<br>30 S. Meridian St., Ste. 1100<br>Indianapolis, IN 46204 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated December 27, 2011<br><br>11687 Westheimer Rd<br>Houston, TX 77077 | 9411 |
| 157 | Kitty Wells, INC | Kitty Wells, INC<br>Skylar Rogers<br>5502 Cowhorn Creek Rd., STE. C<br>Texarkana, TX 75503 | American Freight, LLC | Lease, dated February 10, 2020<br><br>1801 N Robison Rd #1e<br>Texarkana, TX 75501 | 187 |
| 158 | KMD, LLC | KMD, LLC<br>Raj Kullar<br>198 Calabria St.<br>Aptos, CA 95003 | American Freight, LLC | Lease, dated November 1, 2014<br><br>501 Mall Dr.<br>Portage, MI 49024 | 77 |
| 159 | KRG Plaza Green, LLC | KRG Plaza Green, LLC<br>Ericka Stensgaard<br>30 S. Meridian St., Ste. 1100<br>Indianapolis, IN 46204 | American Freight Outlet Stores, LLC | Lease Agreement, dated June 30, 2008<br><br>1117 Woodruff Rd, Suite K.<br>Greenville, SC 28860 | 7533 |
| 160 | L.W. Miller Holding Company Inc | L.W. Miller Holding Company Inc<br>Lyle Miller<br>1475 LK Lansing Rd<br>Lansing, MI 48912 | American Freight, LLC | Lease, dated June 8, 2011<br><br>1475 Lake Lansing Rd<br>Lansing, MI 30000 | 65 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 161 | Laurie Industries, Inc., Kinpark Associates and Fundamentals Company c/o Kin Properties | Laurie Industries, Inc., Kinpark Associates and Fundamentals Company c/o Kin Properties Attn: Lee Cherney and General Counsel 185 N.W. Spanish River Boulevard, Ste. 100 Boca Raton, FL 33431 | American Freight Outlet Stores, LLC | Direct Lease Agreement, dated October 1, 2012  3203 N Mayfair Rd Wauwatosa, WI 53222 | 4583 |
| 162 | LCU Candlers Station Holdings, LLC | LCU Candlers Station Holdings, LLC Attn: Real Estate Management / MSC 710715 1971 University Blvd. Lynchburg, VA 24515 | American Freight, LLC | Lease, dated April 29, 2022  3700 Candlers Mountain Rd Ste 67 Lynchburg, VA 24502 | 279 |
| 163 | Leland J3, LLC | Leland J3, LLC Tom Diehl 304 East Warren St. Lebanon, OH 45036 | American Freight, LLC | Lease Agreement, dated November 30, 2010  2800 Springboro Pike Moraine, OH 45439 | 54 |
| 164 | Leveraged Holdings, LLC | Leveraged Holdings, LLC Thad DenHartog 5167 Utica Ridge Rd Davenport, IA 52807 | American Freight, LLC | Lease, dated November 19, 2018  1010 E Kimberly Rd Davenport, IA 35488 | 172 |
| 165 | Lexington 2770, LLC | Lexington 2770, LLC Steve Belford 6649 N. High St., Ste. LL2 Worthington, OH 43085 | American Freight, LLC | Lease, dated November 1, 2014  2770 Lexington Ave. Lexington, OH 44904 | 3 |
| 166 | LIT-ENVP Limited Partnership | LIT-ENVP Limited Partnership Barbara Roe 2323 Victory Avenue, Ste. 1500 Dallas, TX 75219 | American Freight Outlet Stores, LLC | Lease Agreement, dated July 27, 2016  1936 W 140th Ave San Leandro, CA 94577 | 8346 |
| 167 | Lolo Enterprises, LLC | Lolo Enterprises, LLC Gary Dorner 1415 Heil Quaker Blvd La Vergne, TN 37086 | American Freight, LLC | Lease, dated November 1, 2013  3041 Owen Dr Antioch, TN 37013 | 51 |
| 168 | Lovell 2.5 LLC | Lovell 2.5 LLC Brandon Clark 100 Dalton Place Way, Ste. 105 Knoxville, TN 3712 | American Freight, LLC | Lease Agreement, dated November 1, 2014  737 Lovell Rd Knoxville, TN 37922 | 52 |
| 169 | Lynch Butler | Lynch Butler Lynch Butler 15707 Fairmount Rd Siloam Springs, AR 72761 | American Freight FFO, LLC | Lease, dated June 29, 2015  3758 Hwy 412 E Siloam Springs, AR 72761 | 233 |
| 170 | M3 Ventures, LLC | M3 Ventures, LLC Brittany Loyd PO Box 263 Bryant, AR 72089 | American Freight FFO, LLC | Lease Agreement, dated February 3, 2003  22401 I-30 S Bryant, AR 72022 | 226 |
| 171 | Macon Center, LLC | Macon Center, LLC Joe Sabbagh 1202 Avenue U, Ste. 1117 Brooklyn, NY 11229 | American Freight, LLC | Lease, dated April 18, 2016  2525 Pio Nono Ave Macon, GA 31206 | 126 |
| 172 | Mall at Potomac Mills, LLC | Mall at Potomac Mills, LLC Attn;  General Counsel P.O. Box 402298 Atlanta, GA 30384 | American Freight Outlet Stores, LLC | Specialty Store Lease, dated December 11, 2003  2700 Potomac Mills Circle, Suite #707 Prince William, VA 33008 | 4599 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 173 | Marketfair North, LLC | Marketfair North, LLC<br>Guy Tuvia<br>244 W 39th St, 4th Floor<br>New York, NY 10018 | American Freight, LLC | Lease, dated January 15, 2021<br><br>4124 Nys Route 31<br>Clay, NY 13041 | 217 |
| 174 | McCord Business Center | McCord Business Center<br>BJ McCord<br>5568 Ayers St.<br>Corpus Christi, TX 78415 | American Freight, LLC | Lease, dated December 1, 2016<br><br>5568 Ayers St<br>Corpus Christi, TX 78415 | 131 |
| 175 | McRae Mortgage & Investments, LLC | McRae Mortgage & Investments, LLC<br>Ken McRae<br>PO Box 7420,<br>Little Rock, AR 72217 | American Freight FFO, LLC | Lease, dated September 9, 2010<br><br>280 S Shackleford Rd<br>Little Rock, AR 72211 | 228 |
| 176 | Meditrina Properties, LLC | Meditrina Properties, LLC<br>Barbara Mei<br>990 Blvd of the Arts, Apt. 1203<br>Sarasota, FL 34236 | American Freight, LLC | Lease, dated November 1, 2014<br><br>1201 U.S. Highway 301<br>Palmetto, FL 34221 | 93 |
| 177 | MEL Indiana LLC | MEL Indiana LLC<br>AnnMarie Mizuno<br>700 Bishop Street, STE #1928<br>Honolulu, HI 96813 | American Freight Outlet Stores, LLC | Ground Lease, dated October 22, 2019<br><br>6169 Us Highway 6<br>Portage, IN 46368 | 4790 |
| 178 | Menard, Inc. | Menard, Inc.<br>Sallie Butcher<br>5101 Menard Drive<br>Eau Claire, WI 54703 | American Freight, LLC | Lease, dated January 30, 2020<br><br>717 Prior Ave North<br>Saint Paul, MN 55104 | 66 |
| 179 | Merchant's Investors, LLC | Merchant's Investors, LLC<br>Sarah Mendel<br>3265 Meridian Pkwy, Ste. 130<br>Weston, FL 33331 | American Freight, LLC | Lease, dated June 11, 2021<br><br>2607 Decherd Blvd<br>Winchester, TN 37398 | 264 |
| 180 | Middle Neck Road Associates, LLC | Middle Neck Road Associates, LLC<br>Mike Vogel<br>17927 Lake Estates Dr.<br>Boca Raton, FL 33496 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 18, 2019<br><br>2031 Okeechobee Blvd<br>West Palm Beach, FL 33409 | 4526 |
| 181 | Missouri Boulevard Investment Compant, LLC | Missouri Boulevard Investment Compant, LLC<br>Ruth Ann Schneiders<br>1309 Fairgrounds Rd.<br>Jefferson City, MO 65109 | American Freight FFO, LLC | Lease, dated March 30, 2014<br><br>2010 Missouri Blvd.<br>Jefferson City, MO 65109 | 222 |
| 182 | Mobile Highway 4500, LLC | Mobile Highway 4500, LLC<br>Steve Belford<br>6649 N. High St., Ste. LL2<br>Worthington, OH 43085 | American Freight Outlet Stores, LLC | Lease, dated November 1, 2014<br><br>4500 Mobile Highway<br>Pensacola, FL 32506 | 56 |
| 183 | Mongia Capital Michigan, LLC | Mongia Capital Michigan, LLC<br>Raj Kumar/Daniel Line<br>31700 Middlebelt Rd, Ste 225<br>Farmington Hills, MI 48334 | American Freight, LLC | Lease, dated October 9, 2020<br><br>5038 Miller Rd<br>Flint, MI 48507 | 213 |
| 184 | Morningside Plaza LP | Morningside Plaza LP<br>Christopher Kruppa<br>4041 Liberty Avenue, Ste. 201<br>Pittsburgh, PA 15224 | American Freight, LLC | Lease, dated February 7, 2014<br><br>516 West Plank Rd Suite #22<br>Altoona, PA 16602 | 99 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 185 | NAI Horizon | NAI Horizon<br>Laura Kirkander<br>2944 N 44th ST, Ste. 200N<br>Phoenix, AZ 85018 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated September 4, 2013<br><br>5734 W. Peoria Avenue<br>Glendale, AZ 20990 | 4962 |
| 186 | Namdar Realty Group | Namdar Realty Group<br>Paul Lichtefeld<br>150 Great Neck Road, Ste. 304<br>Great Neck, NY 11021 | American Freight, LLC | Lease Agreement, dated August 30, 2023<br><br>1680 Briargate Blvd<br>Colorado Springs, CO 80920 | 295 |
| 187 | Naper West, LLC | Naper West, LLC<br>Stacey Hansen<br>1350 E. Touhy Avenue, Ste. 360 E<br>Des Plaines, IL 60018 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated March 29, 2011<br><br>540 S. Hwy 59<br>Naperville, IL 60540 | 9670 |
| 188 | National Retail Properties, Inc. | National Retail Properties, Inc.<br>Ana Aguirre<br>450 South Orange Avenue, Ste. 900<br>Orlando, FL 32801 | American Freight, LLC | Lease Agreement, dated September 21, 2012<br><br>9700 W. Broad Street<br>Glen Allen, VA 23233 | 78 |
| 189 | NDF III MJ Crossing, LLC | NDF III MJ Crossing, LLC<br>Ryan Vickers<br>511 N Broadway<br>Denver, CO 80203 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated January 5, 2012<br><br>1418 N Town East Blvd Ste 100<br>Mesquite, TX 75150 | 4650 |
| 190 | Net Leased Management, LLC | Net Leased Management, LLC<br>Anna Marie Deleon<br>10951 Sorrento Valley Road, #2A<br>San Diego, CA 92121 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated March 21, 2019<br><br>1210 W Morena Blvd<br>San Diego, CA 92110 | 5630 |
| 191 | New Bern Development, LLC | New Bern Development, LLC<br>Rebecca Andrews<br>PO Box 6309<br>Raleigh, NC 27628 | American Freight Outlet Stores, LLC | Retail Lease Agreement, dated June 30, 2022<br><br>3529 Maitland Dr<br>Raleigh, NC 39121 | 9876 |
| 192 | New Plaza Management LLC | New Plaza Management LLC<br>Howard Shafron<br>2720 Van Aken Blvd., Ste. 200<br>Cleveland, OH 44120 | American Freight, LLC | Lease Agreement, dated March 19, 2019<br><br>10333 Northfield Rd - Unit 110<br>Northfield, OH 44067 | 43 |
| 193 | Newport Crossing Investors, LLC c/o Coastal Equities Real Estate | Newport Crossing Investors, LLC c/o Coastal Equities Real Estate<br>Sarah Mendel<br>3265 Meridian Pkwy, Ste. 1300<br>Weston, FL 33331 | American Freight, LLC | Lease, dated February 14, 2023<br><br>451 A Oriana Rd<br>Newport News, VA 23602 | 81 |
| 194 | North County Columbia Realty, LLC c/o ORDA Corporation | North County Columbia Realty, LLC c/o ORDA Corporation<br>Diane<br>15400 Knoll Trail, Suite 201<br>Dallas, TX 75248 | American Freight, LLC | Lease, dated May 26, 2018<br><br>2900 Paris Rd Suite 200<br>Columbia, MO 65202 | 165 |
| 195 | Northern McFadden Limited Partnership | Northern McFadden Limited Partnership<br>Brent Gregory<br>400 Montgomery Street, 4th Floor<br>San Francisco, CA 94104 | American Freight Outlet Stores, LLC | Lease, dated August 22, 2019<br><br>1430 S Village Way Suite K<br>Santa Ana, CA 92705 | 5631 |
| 196 | Northside Village Conyers, LLC | Northside Village Conyers, LLC<br>Donna Cauther<br>85-A Mill Street, STE #100<br>Roswell, GA 30075 | American Freight, LLC | Lease, dated November 19, 2020<br><br>425 Sigman Rd Ste 105-106<br>Conyers, GA 30012 | 215 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 197 | Oil Capital Commercial Real Estate Services | Oil Capital Commercial Real Estate Services<br>Mike Schnake<br>5555 E. 71st St., STE. 7300<br>Tulsa, OK 74136 | American Freight, LLC | Lease, dated March 29, 2018<br><br>3301 South Elm Place<br>Broken Arrow, OK 74012 | 161 |
| 198 | Old Orchard, LLC | Old Orchard, LLC<br>Christina Line<br>30 W Franklin St., Ste. 302<br>Hagerstown, MD 21740 | American Freight, LLC | Lease Agreement, dated May 29, 2015<br><br>17627 Virginia Ave<br>Hagerstown, MD 21740 | 112 |
| 199 | Oldacre Mcdonald | Oldacre Mcdonald<br>David Heydasch<br>3841 Green Hills Drive, STE #400<br>Nashville, TN 37215 | American Freight FFO, LLC | Lease, dated March 1, 1999<br><br>2300 State Street<br>New Albany, IN 47150 | 245 |
| 200 | One Home Realty, INC | One Home Realty, INC<br>Ed Stroud<br>16617 Hwy 71<br>Savannah, MO 64485 | American Freight FFO, LLC | Lease Agreement, dated December 15, 2017<br><br>3715 N Belt Highway<br>Saint Joseph, MO 64506 | 242 |