**<u>EXHIBIT A</u>**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. __ |

**EIGHTH OMNIBUS ORDER, PURSUANT TO SECTIONS 105(a), 365(a), AND 554 OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO (I) REJECT CERTAIN UNEXPIRED LEASES, EFFECTIVE AS OF THE REJECTION DATE; AND (II) ABANDON PERSONAL PROPERTY**

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for the entry of an order (this "Order"), pursuant to sections 105(a), 365, and 554 of the Bankruptcy Code, authorizing the Debtors to (i) reject those certain unexpired leases (the "Rejected Leases") set forth on Schedule 1

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

to this Order, effective as of December 31, 2024 (the "Rejection Date"), and (ii) abandon personal property (the "Personal Property") remaining on the Rejected Premises as of the Rejection Date; and upon consideration of the Motion and all pleadings related thereto, including the First Day Declaration; and due and adequate notice of the Motion having been given under the circumstances; and having determined that no other or further notice of the Motion is required; and having determined that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of these Chapter 11 Cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Leases, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected by the Debtors, with such rejection being effective as of the Rejection Date.

3. Pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, any Personal Property remaining, as of the Rejection Date, on the Rejected Premises is hereby abandoned by the Debtors, with such abandonment being effective as of the Rejection Date. Landlords of the Rejected Premises may dispose of any and all Abandoned Personal

Property remaining on the Rejected Premises without further notice or liability to any third party or the Debtors.  To the extent necessary, the automatic stay is modified to allow such disposition.

4.     If the Debtors have deposited monies with a counterparty to a Rejected Lease as a security deposit or other arrangement, such counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of this Court.

5.     Any person or entity that holds a claim that arises from the Rejected Leases must file a proof of claim based on such rejection on or before the date that is thirty (30) days after the entry of this Order.

6.     Nothing in this Order shall impair, prejudice, waive or otherwise affect any of the rights of the Debtors or any other party to:  (a) assert or contest that the Rejected Leases (i) were terminated on the Rejection Date, or (ii) are not unexpired leases under section 365 of the Bankruptcy Code; (b) assert or contest that any claim for damages arising from the rejection of the Rejected Leases is limited to the remedies available under any applicable termination provisions of the Rejected Leases; (c) assert or contest that any such claim is an obligation of a third party, and not that of the Debtors or their estates; or (d) otherwise assert or contest any claims that may be asserted in connection with the Rejected Leases.  All rights, claims, defenses and causes of action that the Debtors and their estates may have against the counterparties to the Rejected Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Leases, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise affect such rights, claims, defenses and causes of action. Additionally, all rights, claims, defenses, and causes of action of any counterparty to the Rejected Leases, whether or not such claims arise under, are related to the rejection of, or are independent

of the Rejected Leases, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise affect such rights, claims, defenses and causes of action.

7. Nothing in this Order shall be construed to (a) create or perfect, in favor of any person or entity, any interest in cash of a Debtor that did not exist as of the Petition Date or (b) alter or impair any security interest or perfection thereof, in favor of any person or entity, that existed as of the Petition Date.

8. Nothing in this Order shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

9. The requirements in Bankruptcy Rules 6006 and 6007 are satisfied.

10. The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

11. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

12. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Schedule 1**

**Rejected Leases[1]**

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 201 | One Land Company, LLC | One Land Company, LLC<br>Karen Johnston<br>215 Union St, STE #400<br>Jonesboro, AR 72401 | American Freight FFO, LLC | Lease Agreement, dated June 6, 2017<br><br>133 E Parsons Avenue<br>Warrensburg, MO 64093 | 239 |
| 202 | One Oak Investments | One Oak Investments<br>Amandeep Mangat<br>1685 H Street, Unit #205<br>Blaine, WA 98230 | American Freight, LLC | Lease Agreement, dated September 9, 2020<br><br>2108 Us Highway 70 Se<br>Hickory, NC 28602 | 206 |
| 203 | 801 South Ft. Hood, LLC | 801 South Ft. Hood, LLC<br>c/o Only Epic Holding<br>4350 Brownsboro Rd., Ste. 110<br>Louisville , KY 40207 | American Freight, LLC | Lease, dated June 23, 2021<br><br>3315 Sherwood Way Suite 149<br>San Angelo, TX 76904 | 267 |
| 204 | OPEX CRE Management, LLC | OPEX CRE Management, LLC<br>Attn:  General Counsel<br>12110 Ellington Court<br>Cincinatti, OH 45249 | American Freight Outlet Stores, LLC | Lease, dated September 26, 2002<br><br>1357 Franklin Mills Circle<br>Philadelphia, PA 30237 | 4621 |
| 205 | Oxford Street Huntsville | Oxford Street Huntsville<br>Mike Arafat<br>106 Catbird Ct.<br>Madison, AL 35756 | American Freight, LLC | Lease Agreement, dated October 14, 2013<br><br>2518 North Memorial Parkway<br>Huntsville, AL 35810 | 91 |
| 206 | P&H Investments, LLC | P&H Investments, LLC<br>Tara Newman<br>PO Box 16787<br>Jonesboro, AR 72403 | American Freight FFO, LLC | Lease, dated April 15, 2016<br><br>4939 N. Union Ave.<br>Shawnee, OK 74804 | 234 |
| 207 | P&S Axelrod, LLC | P&S Axelrod, LLC<br>Philip Axelrod<br>4850 Brookpark Rd<br>Parma, OH 44129 | American Freight FFO, LLC | Lease and Option to Purchase, dated February 1, 2016<br><br>6767 Brookpark Rd<br>Parma, OH 44129 | 50 |
| 208 | Pacifica Muskegon, LLC | Pacifica Muskegon, LLC<br>Justin Thadsamany<br>1775 Hancock , Ste. 200N<br>San Diego, CA 92110 | American Freight, LLC | Lease, dated November 11, 2021<br><br>1750 E Sherman Blvd<br>Muskegon, MI 49444 | 273 |
| 209 | Paragon Realty Group | Paragon Realty Group<br>Lenny Linsker<br>276 Post Road West, STE #201<br>Westport, CT 6880 | American Freight, LLC | Lease Agreement, dated June 30, 2017<br><br>34700 Vine Street Suite 200<br>Eastlake, OH 44095 | 155 |
| 210 | Parker-Anderson, LLC | Parker-Anderson, LLC<br>Kevin Parker<br>1115 Illinois Ave, Ste. 1<br>Joplin, MO 64801 | American Freight FFO, LLC | Lease Agreement, dated February 2, 2016<br><br>1400 E. 32nd Street<br>Joplin, MO 64804 | 221 |
| 211 | PCRIF Spring Park Holdings, LLC | PCRIF Spring Park Holdings, LLC<br>Toni Ryan<br>1215 Gessner Dr.<br>Houston, TX 77055 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated December 7, 2010<br><br>19750 North Freeway Hi-45n<br>Spring, TX 77373 | 7818 |
| 212 | Pensacola Corners, LLC | Pensacola Corners, LLC<br>Jamie Robinson<br>1901 W Cypress Creek Rd., Ste. 102<br>Fort Lauderdale, FL 33309 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated August 30, 2013<br><br>6235 N Davis Hwy, Ste 101<br>Pensacola, FL 32504 | 4058 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 213 | Peoria Rental Properties, LLC | Peoria Rental Properties, LLC<br>Ronald C. Ward<br>7170 Oakwood Pines Dr.<br>Flagstaff , AZ 86004 | American Freight, LLC | Lease, dated August 13, 2021<br><br>5212 N Big Hollow Rd<br>Peoria, IL 61615 | 269 |
| 214 | Pilchers Summit Limited Partnership, a Texas Limited Partnership | Pilchers Summit Limited Partnership, a Texas Limited Partnership<br>KR Vineyard<br>7001 Preston Road, Ste. 200<br>Dallas, TX 75202 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated August 27, 2013<br><br>7302 Sw 34th Ave<br>Amarillo, TX 79121 | 4025 |
| 215 | Pinellas Park Square, LLC | Pinellas Park Square, LLC<br>Marquise Frasier<br>2400 Maitland Center Parkway, Ste. 107<br>Maitland, FL 32751 | American Freight Outlet Stores, LLC | Lease, dated February 1, 1995<br><br>5251 110th Ave. N., #120<br>Clearwater, FL 33760 | 4185 |
| 216 | Piqua Investment Partners, LLC | Piqua Investment Partners, LLC<br>Attn:  General Counsel<br>987 East Ash St<br>Piqua, OH 45356 | American Freight, LLC | Lease, dated June 7, 2021<br><br>987 E Ash St<br>Piqua, OH 45356 | 262 |
| 217 | PK II El Camino North L.P.<br>Kimcor Realty | PK II El Camino North L.P.<br>Kimcor Realty<br>Alex Rajkumar<br>500 N. Broadway, Ste. 201<br>Jericho, NY 11753 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated January 19, 2011<br><br>2505 B Vista Way #1<br>Oceanside, CA 92054 | 7359 |
| 218 | Plaza North Investors, LLC | Plaza North Investors, LLC<br>Sarah Mendel<br>3265 Meridian Pkwy, Ste. 130<br>Weston, FL 33331 | American Freight, LLC | Lease, dated April 30, 2019<br><br>1800 Fort Harrison Rd Suite 4<br>Terre Haute, IN 47804 | 5 |
| 219 | Polk County Partners LLC | Polk County Partners LLC<br>Ricardo Grinberg<br>126 S Federal Hwy, Ste. 200<br>Dania, FL 33004 | American Freight, Inc. | Lease Agreement, dated December 22, 2015<br><br>2240 Commerce Point Dr<br>Lakeland, FL 33801 | 58 |
| 220 | Port St. Lucie Plaza I, II, III | Port St. Lucie Plaza I, II, III<br>Todd Nepola<br>4000 Hollywood Blvd., STE #685-S<br>Hollywood, FL 33021 | American Freight, LLC | Lease Agreement, dated March 1, 2016<br><br>7121 Us-1, Suite 7151<br>Port St Lucie, FL 34952 | 149 |
| 221 | Prattville Partners Limited Partnership | Prattville Partners Limited Partnership<br>Irene Bartley<br>P.O Box 235000 , 3500 Eastern Boulevard<br>Montgomery, AL 36123-5000 | American Freight, LLC | Lease, dated May 10, 2022<br><br>1890 E Main St<br>Prattville, AL 36067 | 280 |
| 222 | Prologis, LP | Prologis, LP<br>Michelle Luis<br>8355 NW 12th Street<br>Doral, FL 33126 | American Freight Outlet Stores, LLC | Lease Agreement, dated December 16, 2015<br><br>8090 Nw 77th Court<br>Medley, FL 33166 | 8495 |
| 223 | Pullman Square Associates | Pullman Square Associates<br>Zachary Gumberg<br>535 Smithfield Street, Ste. 901<br>Pittsburgh, PA 15223 | American Freight, LLC | Lease, dated July 22, 2022<br><br>100 Pullman Sq<br>Butler, PA 16001 | 285 |
| 224 | Quantum Equity One, LLC | Quantum Equity One, LLC<br>Larry Groll<br>17749 Collins Ave., Ste. 2501<br>Sunny Isles, FL 33160 | American Freight, LLC | Lease, dated November 1, 2014<br><br>5240 Nw 167th St.<br>Miami Gardens, FL 33014 | 21 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 225 | Rainbow Investment Co. | Rainbow Investment Co.<br>Jennifer Zamora<br>10620 Treena Street, Ste. 110<br>San Diego, CA 92131 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated April 5, 2019<br><br>8805 Murray Drive<br>La Mesa, CA 91942 | 4820 |
| 226 | Ravi Randall Investment Group, LLC | Ravi Randall Investment Group, LLC<br>Manuel Ramon<br>6220 Campbell Rd.<br>Dallas, TX 75248 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated April 22, 2009<br><br>401 Southwest Plz Ste 105<br>Arlington, TX 25200 | 7631 |
| 227 | RE Pecan, LLC | RE Pecan, LLC<br>Veronica Torres<br>200 Concord Plaza Dr., Ste. 240<br>San Antonio, TX 78216 | American Freight Outlet Stores, LLC | Lease, dated October 3, 1995<br><br>820 East Rector Drive, Suite 120<br>San Antonio, TX 78216 | 9897 |
| 228 | Realty Income Corporation | Realty Income Corporation<br>Holly Yee<br>11995 El Camino Real<br>San Diego, CA 92130 | American Freight, LLC | Lease Agreement, dated February 1, 2014<br><br>1544 Sr 436<br>Winter Park, FL 32792 | 39 |
| 229 | Richard M Briggs Irrevocable Trust | Richard M Briggs Irrevocable Trust<br>Kristin Hawkins<br>2235 Breakwater Drive<br>Knoxville, TN 37922 | American Freight Outlet Stores, LLC | Lease, dated October 12, 2020<br><br>9305 Kingston Pike Ste 110<br>Knoxville, TN 37922 | 4695 |
| 230 | Ridgewater Commerce LLC C/O Curo MGMT | Ridgewater Commerce LLC C/O Curo MGMT<br>Josh Niederhelman<br>121 E 4th St.<br>Covington, KY 41011 | American Freight, LLC | Lease, dated May 22, 2020<br><br>5375 Ridge Ave<br>Cincinnati, OH 45213 | 189 |
| 231 | Rini Realty Company | Rini Realty Company<br>Dan Rini<br>924 Westpoint Parkway, Ste. 150<br>Westlake, OH 44145 | American Freight Outlet Stores, LLC | Appliance Store Lease, dated October 3, 2016<br><br>7490 Broadview Rd.<br>Parma, OH 44134 | 4794 |
| 232 | River Oaks Properties | River Oaks Properties<br>Jasmine Alacron<br>106 Mesa Park Drive<br>El Paso, TX 79912 | American Freight, LLC | Lease, dated January 30, 2017<br><br>11330 James Watt Dr<br>El Paso, TX 79936 | 142 |
| 233 | Riverdale Center North, LLC | Riverdale Center North, LLC<br>Alexander Usdan<br>5670 Wilshire Blvd., Ste. 1250<br>Los Angeles, CA 90036 | American Freight, LLC | Lease, dated August 17, 2023<br><br>4113 Riverdale Rd<br>Ogden, UT 84405 | 301 |
| 234 | Riverplace Shopping Center, LLC | Riverplace Shopping Center, LLC<br>Tish Hawkins<br>3333 New Hyde Park Rd., Ste. 100<br>New Hyde Park, NY 11042 | American Freight Outlet Stores, LLC | Lease, dated October 20, 1994<br><br>11111 San Jose Blvd. Suite 1<br>Jacksonville, FL 32223 | 8412 |
| 235 | Rogers Commercial Properties, LLC | Rogers Commercial Properties, LLC<br>Chad Rogers<br>60 NW Sheridan Rd., STE #1<br>Lawton, OK 73505 | American Freight, LLC | Lease, dated September 4, 2020<br><br>30 Nw Sheridan Rd<br>Lawton, OK 73505 | 205 |
| 236 | Rose and Rose LLC | Rose and Rose LLC<br>Janet Swart<br>203 Country Club Road<br>Jacksonville, FL 28546 | American Freight, LLC | Lease, dated May 15, 2019<br><br>5128 Oleander Dr<br>Wilmington, NC 28403 | 180 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 237 | RPI Ridgmar Town Square, LTD | RPI Ridgmar Town Square, LTD<br>Kay Mead<br>2929 Carlisle, Ste. 170<br>Dallas, TX 75204 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated November 22, 2011<br><br>1265 Town Square Drive<br>Ft Worth, TX 30577 | 7920 |
| 238 | RRG, LLC | RRG, LLC<br>Sheryl Christianson<br>PO Box 2228<br>201 Main Street, Ste. 800<br>La Crosse, WI 54602 | American Freight, LLC | Lease, dated October 14, 2015<br><br>2490 Main St.<br>Green Bay, WI 54311 | 118 |
| 239 | Sabatine BK Development LLC | Sabatine BK Development LLC<br>James Sabatine Jr.<br>1305 Boardman-Canfield Rd, Ste. 8<br>Boardman, OH 44512 | American Freight, LLC | Lease Agreement, dated May 15, 2012<br><br>6224 South Ave<br>Boardman, OH 44512 | 76 |
| 240 | SAIA Family Limited Partnership | SAIA Family Limited Partnership<br>Gabriel Saia<br>2120 E. Sixth, #16<br>Tempe, AZ 85288 | American Freight, LLC | Lease, dated November 7, 2017<br><br>3144 E Thomas Rd<br>Phoenix, AZ 25000 | 157 |
| 241 | Sarabara Corp. | Sarabara Corp.<br>Nicole Farantatos<br>28870 U.S. Highway 19 North, Ste. 300<br>Clearwater , FL 33761 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 12, 2019<br><br>8333 Lockwood Ridge Rd<br>Sarasota, FL 34243 | 4192 |
| 242 | Sissel Juliano | Sissel Juliano<br>2060 Briggs Road<br>Mt. Laurel, NJ 8054 | American Freight Outlet Stores, LLC | Lease, dated August 25, 1992<br><br>332 S. Burnt Mill Rd.<br>Voorhees, NJ 08043 | 4601 |
| 243 | SJN Holdings, LLC | SJN Holdings, LLC<br>Bill Hamad<br>6303 Allentown Blvd<br>Harrisburg, PA 17112 | American Freight, LLC | Lease Agreement, dated October 31, 2011<br><br>6305 Allentown Blvd<br>Harrisburg, PA 17112 | 70 |
| 244 | Somera Road - Athens Georgia II, LLC | Somera Road - Athens Georgia II, LLC<br>Joe LeMense Jr.<br>130 W 42nd St, STE. #1001<br>New York, NY 10036 | American Freight, LLC | Lease, dated June 5, 2019<br><br>3190 Atlanta Hwy Suite 12<br>Athens, GA 30606 | 182 |
| 245 | South Tulsa Storage LLC | South Tulsa Storage LLC<br>David Sweezy<br>7170 Braden Ave., STE #200<br>Tulsa, OK 74136 | American Freight FFO, LLC | Lease Agreement, dated December 8, 2017<br><br>3521 James Sanders Blvd<br>Paducah, KY 42001 | 241 |
| 246 | Southern Hills Center, LTD | Southern Hills Center, LTD<br>Rick Hoover<br>1307 Southern Hills<br>West Plains, MO 65775 | American Freight FFO, LLC | Lease, dated March 31, 2009<br><br>1364 Southern Hills Ctr<br>West Plains, MO 15450 | 224 |
| 247 | Southgate Properties, LLC | Southgate Properties, LLC<br>Dan Levine<br>1350 Main Street, Ste. 312<br>Springfield, MA 1103 | American Freight, LLC | Lease, dated June 2, 2022<br><br>890 Suffield St<br>Agawam, MA 01001 | 281 |
| 248 | Southtown Plaza Realty LLC<br>c/o Namdar Realty Group LLC | Southtown Plaza Realty LLC<br>c/o Namdar Realty Group LLC<br>Giancarlos Caceres<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | American Freight, LLC | Lease, dated May 28, 2020<br><br>333 West Henrietta Rd<br>Rochester, NY 14623 | 190 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 249 | SS Tulsa Center | SS Tulsa Center<br>Kurt Padavano<br>151 Bodman Place, Ste. 201<br>Red Bank, NJ 7701 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 16, 2019<br><br>6120 E 71st Street<br>Tulsa, OK 74136 | 4221 |
| 250 | State Road 4201, LLC | State Road 4201, LLC<br>Steve Belford<br>6649 N. High St., Ste. LL2<br>Worthington, OH 43085 | American Freight, LLC | Lease, dated November 25, 2014<br><br>4201 N Old State Rd. 3<br>Muncie, IN 47303 | 105 |
| 251 | Sterling Equities II, LLC | Sterling Equities II, LLC<br>Eric Wilson<br>5500 Trillium Boulevard, Ste. 501<br>Hoffman Estates, IL 60192 | American Freight Outlet Stores, LLC | Lease, dated August 9, 2018<br><br>8245b North Florida Ave<br>Tampa, FL 33604 | 6052 |
| 252 | Stewart & Hamilton Properties | Stewart & Hamilton Properties<br>Steve Belford<br>6649 N. High St., Ste. LL2<br>Worthington , OH 43085 | American Freight, LLC | Lease, dated November 1, 2014<br><br>3650 Fort Shawnee Drive<br>Lima, OH 45806 | 1 |
| 253 | Stewart and Hamilton Properties, LLC | Stewart and Hamilton Properties, LLC<br>Steve Belford<br>6649 N. High St., Ste. LL2<br>Worthington , OH 43085 | American Freight, LLC | Lease, dated November 1, 2014<br><br>1217 E. Mckinley Ave.<br>Mishawaka, IN 46545 | 4 |
| 254 | Stone Mountain Shopping Center, LLC c/o Colliers International Management - Atlanta | Stone Mountain Shopping Center, LLC c/o Colliers International Management - Atlanta<br>Jacob Sedgh<br>9454 Wilshire Boulevard, STE. 205<br>Beverl Hills, CA 90212 | American Freight, LLC | Lease, dated May 25, 2016<br><br>5370 Stone Mountain Hwy Sw Unit 400<br>Stone Mountain, GA 30087 | 129 |
| 255 | StoneBridge Construction | StoneBridge Construction<br>John Perry (LL)<br>2211 Hill Park Cove<br>Jonesboro, AR 72401 | American Freight FFO, LLC | Lease Agreement, dated June 6, 2017<br><br>7420 Nw Sun Valley Blvd.<br>Lawton, OK 73505 | 240 |
| 256 | Stowsan Limited Partnership | Stowsan Limited Partnership c/o Kin Properties, Inc.<br>Attn: Lee Cherney and General Counsel<br>185 N.W. Spanish River Boulevard, Ste. 100<br>Boca Raton, FL 33431 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated May 19, 2020<br><br>2003 Cheryl Dr<br>Pittsburgh, PA 15237 | 7454 |
| 257 | Sylvan Park Apartments, LLC<br>Attn. Kenneth A. Lucas | Sylvan Park Apartments, LLC<br>Attn. Kenneth A. Lucas<br>Justin Wilson<br>7424 Chapel Hill Rd<br>Raleigh , NC 27607 | American Freight, LLC | Lease, dated February 2, 2021<br><br>1049b Glendforest Rd<br>Myrtle Beach, SC 29579 | 117 |
| 258 | T.B.R. Property Group, LLC | T.B.R. Property Group, LLC<br>Joe Springer<br>9401 Bay Pines Blvd<br>St. Petersburg, FL 33708 | American Freight, LLC | Lease, dated April 1, 2015<br><br>4400 34th Street North, Unit H-I<br>St. Petersburg, FL 33714 | 36 |
| 259 | T-18 Investments, LLC | T-18 Investments, LLC<br>Denise Swanson<br>484 Little Vine Church Rd<br>Villa Rica, GA 30180 | American Freight, LLC | Lease, dated May 1, 2015<br><br>5834 Fairburn Rd<br>Douglasville, GA 30134 | 74 |
| 260 | Tanglewood Venture, LLC | Tanglewood Venture, LLC<br>Karen James<br>4420A Electric Rd.<br>Roanoke, VA 24018 | American Freight, LLC | Lease Agreement, dated December 30, 2015<br><br>4498 Electric Rd<br>Roanoke, VA 24018 | 123 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 261 | TB Garrett Creek LLC | TB Garrett Creek LLC<br>Grant Stewart<br>PO Box 520973<br>Tulsa, OK 74152 | American Freight FFO, LLC | Lease, dated April 24, 2014<br><br>580 Amity Rd<br>Conway, AR 72032 | 231 |
| 262 | TBF Group Battle Creek, LLC | TBF Group Battle Creek, LLC<br>Jeanne Michalski<br>175 Great Neck Road, Ste. 201<br>Great Neck, NY 11021 | American Freight, LLC | Lease, dated February 16, 2022<br><br>30 Columbia Ave E Ste H<br>Battle Creek, MI 49105 | 277 |
| 263 | TC 3125 Lake Eastbrook LLC | TC 3125 Lake Eastbrook LLC<br>Max Benedict<br>PO Box 6685<br>Grand Rapids, MI 49516 | American Freight FFO, LLC | Lease, dated November 1, 2014<br><br>3125 Lake Eastbrook Blvd. S.E.<br>Grand Rapids, MI 49512 | 26 |
| 264 | TC 630 N Telegraph | TC 630 N Telegraph<br>Max Benedict<br>PO Box 6685<br>Grand Rapids, MI 49516 | American Freight, LLC | Lease, dated January 1, 2014<br><br>630 N Telegraph Rd<br>Monroe, MI 48162 | 103 |
| 265 | TCP Realty Services,LLC | TCP Realty Services,LLC<br>Rubin Kremling<br>5910 N. Central Expy., Ste. 1802<br>Dallas, TX 75206 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated April 14, 2014<br><br>2001 Nw Evangeline Trwy<br>Lafayette, LA 70501 | 4657 |
| 266 | Tejas Center, Ltd. | Tejas Center, Ltd.<br>Ardian Martinez<br>1700 George Bush Dr. East, STE 240<br>College Station, TX 77840 | American Freight, LLC | Lease, dated May 11, 2018<br><br>3125 S. Texas Ave #1500<br>Bryan, TX 77802 | 163 |
| 267 | Texas Main Street, LLC | Texas Main Street, LLC<br>William Belford<br>501 Morrison Rd, Ste. 100<br>Gahanna, OH 43230 | American Freight, LLC | Lease, dated November 1, 2014<br><br>5055 E. Main St.<br>Columbus, OH 43213 | 10 |
| 268 | The Collins Investment Trust | The Collins Investment Trust<br>Maleah Townsend<br>729 Grapevine Hwy, Ste. 227<br>Hurst, TX 76054 | American Freight, LLC | Lease, dated July 9, 2021<br><br>340 N Commerce St<br>Ardmore, OK 73401 | 268 |
| 269 | The Irex 4, LLC | The Irex 4, LLC<br>Jonathan Keller<br>771 Corporate Dr, STE 500<br>Lexington, KY 40503 | American Freight, LLC | Lease, dated January 8, 2021<br><br>104 Brighton Park Blvd.<br>Frankfort, KY 40601 | 252 |
| 270 | The Shoppes at Eastlake, LLC C/O Blass Properties, INC. | The Shoppes at Eastlake, LLC C/O Blass Properties, INC.<br>Brett Feldman<br>1333 Sunland Drive NE<br>Brookhaven, GA 30319 | American Freight, LLC | Lease, dated December 10, 2018<br><br>1960 B Candler Rd<br>Decatur, GA 30032 | 175 |
| 271 | TKC CCXXXIX, LLC | TKC CCXXXIX, LLC<br>Attn:  Greg Keither or Ke Bueley<br>4500 Cameron Valley Pkwy, STE #400<br>Charlotte, NC 28211 | American Freight, LLC | Lease, dated December 16, 2020<br><br>1357 W Main Street<br>Salem, VA 24152 | 219 |
| 272 | TKG Colerain Towne Center, LLC | TKG Colerain Towne Center, LLC<br>Lou Malamas<br>211 N. Stadium Blvd., Ste. 201<br>Columbia, Missouri 65203 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated June 30, 2009<br><br>10200 Colerain Ave. Ste 11<br>Cincinatti, OH 52510 | 7601 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 273 | TKG Cranston Development | TKG Cranston Development<br>Laurie Timmons<br>211 N. Stadium Blvd., Ste. 201<br>Columbia, MO 65203 | American Freight, LLC | Lease, dated August 15, 2017<br><br>1808 Plainfield Pike<br>Cranston, RI 02921 | 139 |
| 274 | TKG Fairhaven Commons, LLC | TKG Fairhaven Commons, LLC<br>Laurie Timmons<br>211 N. Stadium Blvd., STE #201<br>Columbia, MO 65203 | American Freight, LLC | Lease, dated February 9, 2021<br><br>2 Fairhaven Commons Way<br>Fairhaven, MA 02719 | 204 |
| 275 | Tops Holding, LLC | Tops Holding, LLC<br>Joseph Quinn<br>1385 Hancock Street<br>Quincy, MA 2169 | American Freight Outlet Stores, LLC | Lease Agreement, dated June 17, 2008<br><br>26662 Brookpark Rd Extension<br>North Olmsted, OH 44070 | 7450 |
| 276 | Tride Holdings, LLC | Tride Holdings, LLC<br>Richard Waserstein<br>1124 Kane Concourse<br>Bay Harbor Islands, FL 33154 | American Freight, LLC | Lease, dated November 1, 2014<br><br>6688 N. Military Trail<br>Riviera Beach, FL 33407 | 48 |
| 277 | Tumon Bay Resort and Spa, LLC | Tumon Bay Resort and Spa, LLC<br>Dawn Phillips<br>17542 E. 17th St., Ste. 420<br>Tustin, CA 92780 | American Freight Outlet Stores, LLC | Specialty Store Lease, dated November 14, 1991<br><br>2401 S Vineyard Ave.<br>Ontario, CA 91761 | 4958 |
| 278 | Turfway Baceline, LLC | Turfway Baceline, LLC<br>Ryan Vickers<br>511 Broadway<br>Denver, CO 80203 | American Freight FFO, LLC | Lease Agreement, dated January 28, 2014<br><br>7102 Turfway Rd.<br>Florence, KY 41042 | 20 |
| 279 | Two by Two Properties, LLC | Two by Two Properties, LLC<br>Daniel Foster<br>9160 Hwy64, Ste. 12 #269<br>Lakeland, TN 38002 | American Freight, LLC | Lease, dated November 1, 2014<br><br>7859 Highway 64<br>Memphis, TN 38133 | 80 |
| 280 | University Realty Associates, LLC | University Realty Associates, LLC<br>Craig Jaffey<br>1308 Society Dr<br>Claymont, DE 19703 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 19, 2013<br><br>49 University Plaza<br>Newark, DE 19713 | 4952 |
| 281 | Victory Real Estate Investments LLC | Victory Real Estate Investments LLC<br>Stephen Waynick<br>240 Brookstone Centre Parkway<br>Columbus, GA 31904 | American Freight, LLC | Lease, dated March 25, 2016<br><br>1627 South Lumpkin Rd. Suite 5<br>Columbus, GA 31903 | 124 |
| 282 | Victory Real Estate Investments, LLC | Victory Real Estate Investments, LLC<br>Ellis Darby<br>240 Brookstone Centre Parkway<br>Columbus, GA 31904 | American Freight, LLC | Lease, dated November 30, 2018<br><br>2131 Ross Clark Circle<br>Dothan, AL 45736 | 174 |
| 283 | Vishal Kalmia Plaza, LLC | Vishal Kalmia Plaza, LLC<br>Shiv Aggarwal<br>5675 Jimmy Carter Blvd.<br>Norcross, GA 30071 | American Freight, LLC | Lease, dated August 24, 2020<br><br>1680 Richland Ave West Ste<br>Aiken, SC 29801 | 216 |
| 284 | W.H. Warehouse LLC | W.H. Warehouse LLC<br>Frank Perry<br>2800 W. 118th St.<br>Leawood, KS 66211 | American Freight, LLC | Lease, dated January 17, 2018<br><br>3333 S. Kansas Ave<br>Topeka, KS 66611 | 159 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 285 | WAL-Austin, LLC | WAL-Austin, LLC<br>Paige Ingram<br>312 16th St.<br>Santa Monica, CA 90402 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated April 30, 2011<br><br>13435 N Hwy 183<br>Austin, TX 78746 | 9284 |
| 286 | Watson Village Retail, LLC c/o Reliance Realty Advisors | Watson Village Retail, LLC c/o Reliance Realty Advisors<br>Juan Celis<br>PO Box 699<br>Fountain Inn, SC 29644 | American Freight, LLC | Lease, dated June 3, 2020<br><br>122 E Shockley Ferry Rd<br>Anderson, SC 29624 | 196 |
| 287 | Waverly Plaza Shopping Center, Inc | Waverly Plaza Shopping Center, Inc<br>Larry Lebow<br>1051 Brinton Rd.<br>Pittsburgh, PA 15221 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated November 18, 2013<br><br>810 S. Waverly Road<br>Lansing, MI 48917 | 4073 |
| 288 | West County Investors, LLC | West County Investors, LLC<br>Sarah Mendel<br>3265 Meridian Pkwy, Ste. 130<br>Weston, FL 33331 | American Freight, LLC | Lease, dated November 11, 2020<br><br>2012 Veterans Memorial Dr<br>Birmingham, AL 35214 | 214 |
| 289 | Westphal Leasing, LLC | Westphal Leasing, LLC<br>Kevin Keefner<br>109 N. 6th St.<br>Fort Smith, AR 72901 | American Freight FFO, LLC | Lease Agreement, dated August 24, 2005<br><br>8819 Rogers Avenue Ste A<br>Fort Smith, AR 72903 | 220 |
| 290 | William Shane Courtney | William Shane Courtney<br>Shane Courtney<br>PO Box 309<br>Floyds Knobs, IN 47119 | American Freight FFO, LLC | Lease, dated June 28, 2010<br><br>440 E. Clifty Drive<br>Madison, IN 47250 | 246 |
| 291 | Woodcrest Capital, LLC | Woodcrest Capital, LLC<br>Samantha Ackerman<br>3113 S. University Dr., STE 600<br>Fort Worth, TX 76109 | American Freight, LLC | Lease, dated June 24, 2020<br><br>1467 E. Franklin Blvd<br>Gastonia, NC 28054 | 195 |
| 292 | Woodforest Mini-City Partners, LP / JLCM Partners, LP | Woodforest Mini-City Partners, LP / JLCM Partners, LP<br>Jay Cooke<br>2125 Butterfield Dr., Ste. 225<br>Troy, MI 48084 | American Freight, LLC | Lease, dated August 13, 2019<br><br>11051 East Freeway<br>Houston, TX 77029 | 184 |
| 293 | World Class Property Company, LLC | World Class Property Company, LLC<br>Rosalie Keszler, VP<br>814 Lavaca St<br>Austin, TX 78701 | American Freight, LLC | Lease, dated July 27, 2015<br><br>639 Lanark Dr<br>San Antonio, TX 78218 | 111 |
| 294 | YEK #9, LLC | YEK #9, LLC<br>Enoch Kimmelman<br>PO Box 1022<br>El Paso, TX 79946 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 16, 2013<br><br>6157 Nw Loop 410<br>San Antonio, TX 78238 | 7487 |