# EXHIBIT A

**Schedule Amendment**

| ID # | Counterparty | Counterparty Address | Debtor Entity | Agreement | Store | Estimated Cure |
|---|---|---|---|---|---|---|
| 121807148 | VBNET Investments I, LLC | VBNET Investments I, LLC<br>33478 US Highway 19 North<br>Palm Harbor, FL 34684 | Vitamin Shoppe Industries LLC | Lease, dated 03/15/2009, as amended<br>(Palm Harbor) | 0463 | $0.00 |
| 121807149 | VDF FutureCeuticals, Inc. | VDF FutureCeuticals, Inc.<br>2692 N. State Rt. 1-17<br>Momence, IL 60954 | Vitamin Shoppe Industries LLC | DERMAVALTM TRADEMARK LICENSE AGREEMENT | | $0.00 |
| 121807153 | VDF FutureCeuticals, Inc. | VDF FutureCeuticals, Inc.<br>2692 N. State Rt. 1-17<br>Momence, IL 60954 | Vitamin Shoppe Procurement Services, LLC | COFFEEBERRY® WHOLE COFFEE FRUIT PATENT LICENSE AND TRADEMARK LICENSE AGREEMENT | | $0.00 |
| 121807154 | VDF FutureCeuticals, Inc. | VDF FutureCeuticals, Inc.<br>300 Harmon Meadow Blvd.<br>Secaucus, NJ 07094 | Vitamin Shoppe Procurement Services, LLC | COFFEEBERRY® WHOLE COFFEE FRUIT PATENT LICENSE AND TRADEMARK LICENSE AGREEMENT | | $0.00 |
| 121807155 | VDF FutureCeuticals, Inc. | VDF FutureCeuticals, Inc.<br>2692 N. State Rt. 1-17<br>Momence, IL 60954 | Vitamin Shoppe Procurement Services, LLC | ELEVATP® PATENT LICENSE AND TRADEMARK LICENSE AGREEMENT | | $0.00 |
| 121807189 | Vera Roasting Company, Inc. | Vera Roasting Company, Inc.<br>75 Congress St, STE L05<br>Portsmouth, NH 03801 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807194 | Veriditas by Pranarom | Veriditas by Pranarom<br>2301 Nevada Ave N<br>Minneapolis, MN  55427 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807198 | Veritiv Operating Company | Veritiv Operating Company<br>PO BOX 57006<br>Los Angeles, CA 900747006 | Vitamin Shoppe Industries LLC | Customer Dedicated Inventory Agreement | | $0.00 |
| 121807200 | VerMints Inc. | VerMints Inc.<br>106 Finnell Drive, Unit 19<br>Weymouth, MA 02188 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807205 | Vertex, Inc. | Vertex, Inc.<br>1041 Old Cassatt Road<br>Berwyn, PA 19312 | Vitamin Shoppe Industries LLC | Vertex, Inc. Software License Agreement | | $0.00 |
| 121807207 | Vestiage, Inc. | Vestiage, Inc.<br>2901 W. Coast Highway<br>Newport Beach, CA 92663 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |
| 121807209 | VH Nutrition | VH Nutrition<br>51 Zaca Lane<br>San Luis Obispo, CA  93401 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807210 | VH Nutrition LLC | VH Nutrition LLC<br>51 Zaca Lane Suite 90<br>San Luis Obispo, CA 93401 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807218 | Vibrant Health | Vibrant Health<br>1 Waterview Dr<br>Shelton , CT  06484 | Vitamin Shoppe Industries LLC | Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807224 | Vida Lifescience, LLC | Vida Lifescience, LLC<br>16691 Noyes Avenue<br>Irvine, CA 92606 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |
| 121807231 | VIGOR S.A. | VIGOR S.A.<br>Teodoro S. Mongelos 3373<br>Asuncion,  1228<br>Republic of Paraguay | Vitamin Shoppe Global, LLC | Distribution Agreement | | $0.00 |
| 121807229 | Vigor S.A. | Vigor S.A.<br>Teodoro S. Mongelos 3373<br>Asuncion,  1228<br>Paraguay | Vitamin Shoppe Global, LLC | Online Store Agreement | | $0.00 |
| 121807232 | Vigor S.A. | Vigor S.A.<br>Teodoro S. Mongelos 3373<br>Asuncion,  1228<br>Republic of Paraguay | Vitamin Shoppe Global, LLC | Supply Agreement | | $0.00 |
| 121807237 | Viobin U.S.A. div of McShares, Inc. | Viobin U.S.A. div of McShares, Inc.<br>P.O. Box 1460<br>Salina, KS 67402-1460 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |

| ID # | Counterparty | Counterparty Address | Debtor Entity | Agreement | Store | Estimated Cure |
|---|---|---|---|---|---|---|
| 121807240 | Virgin Pulse, Inc. | Virgin Pulse, Inc.<br>139 Newbury Street<br>Framingham, MA 01701 | Vitamin Shoppe Industries LLC | Business Associate Agreement | | $0.00 |
| 121807245 | Vital Amine Inc. | Vital Amine Inc.<br>1431 Pacific Hwy Suite 4<br>San Diego, CA 92101 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $6,789.30 |
| 121807247 | Vital Pharmaceuticals, Inc. | Vital Pharmaceuticals, Inc.<br>1600 North Park Drive<br>Weston, FL 33326 | Vitamin Shoppe Industries LLC | Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807248 | Vital Planet, LLC | Vital Planet, LLC<br>133 Candy Ln.<br>Palm Harbor, FL 34683 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807251 | Vitalah LLC | Vitalah LLC<br>111 Jennings Dr<br>Watsonville , CA  95076 | Vitamin Shoppe Industries LLC | Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807256 | Vitamin and Supplement Wholesalers Inc. | Vitamin and Supplement Wholesalers Inc.<br>3600 W. Commercial Blvd<br>Fort Lauderdale, FL 33309 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |
| 121807259 | Vitamin Friends, LLC | Vitamin Friends, LLC<br>5300 Beethoven Street<br>Los Angeles, CA 90066 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807264 | Vitamin Shoppe Industries Inc. | Vitamin Shoppe Industries Inc.<br>2101 91st Street<br>North Bergen, NJ 07047 | Vitamin Shoppe Procurement Services, LLC | Assignment of Trademarks | | $0.00 |
| 121807265 | Vitamin Well USA LLC | Vitamin Well USA LLC<br>3865 Grand View Blvd<br>Los Angeles, CA  90066 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807266 | Vitaminas Y Suplementos, S.A. | Vitaminas Y Suplementos, S.A.<br>Corregimiento de BELLA VISTA, Urbanization MARBELLA, Edificio TORRE MMG, Apartamento 16<br>Panama, Provincia de PANAMA, Distrito de PANAMA<br>Calle 53<br>Panama | Vitamin Shoppe Industries LLC | Multi-Unit Development and Operations Agreement | | $0.00 |
| 121807267 | Vitamins International Inc. | Vitamins International Inc.<br>6721 Discovery Blvd<br>Mableton, GA 30126 | Vitamin Shoppe Global, LLC | Multi-Unit Development and Operations Agreement | | $0.00 |
| 121807268 | Vitanica | Vitanica<br>PO Box 1299<br>Tualatin, OR  97062 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $628.03 |
| 121807269 | Vitapath Canada Limited | Vitapath Canada Limited<br>100 King Street West, Suite 6100, 1 First: Canadian Place<br>Toronto, ON M5X 1B8<br>Canada | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |
| 121807270 | VitaPath, Inc. | VitaPath, Inc.<br>2101 91st Street<br>North Bergen, NJ 07047 | Vitamin Shoppe Industries LLC | CJ Affiliate Marketing Insertion Order | | $0.00 |
| 121807272 | Vitargo Global Sciences, LLC | Vitargo Global Sciences, LLC<br>32565 B Golden Lantern St PMB 232<br>Dana Point, CA 92629 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |
| 121807273 | Vitasalud | Vitasalud<br>Avenida Nuñez De Caceres Esq. Sarasota<br>Santo Domingo,<br>Dominican Republic | Betancourt Sports Nutrition, LLC | Schedule No. 2 to Distribution Agreement | | $0.00 |
| 121807274 | VIVO BRAND MANAGEMENT INC. | VIVO BRAND MANAGEMENT INC.<br>830 Campbell, Unit 2<br>Cornwall, ON K6H 6L7<br>Canada | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807275 | Volo Vitamins LLC | Volo Vitamins LLC<br>229 East 85th Street<br>New York, NY 10028-1614 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |

| ID # | Counterparty | Counterparty Address | Debtor Entity | Agreement | Store | Estimated Cure |
|---|---|---|---|---|---|---|
| 121807277 | VORESNOLD ENTERPRISES LTD | VORESNOLD ENTERPRISES LTD<br>23 Janis Way<br>Scots Valley, CA  95066 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |
| 121807278 | Voss Production AS | Voss Production AS<br>236 W 30th st, FL 12<br>New York , NY  10001 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |
| 121807303 | VSC Holdings, Inc. | VSC Holdings, Inc.<br>10516 Route 116, Suite 200<br>Hinesburg, VT 05461 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |
| 121807305 | W.B. Mason | W.B. Mason<br>300 Harmon Meadow Blvd<br>Secaucus, NJ 07094 | Vitamin Shoppe Industries LLC | Janitorial Dispenser Agreement | | $0.00 |
| 121807306 | W.B. Mason | W.B. Mason<br>Lockbox 735178<br>PO Box 735178<br>Chicago, IL 60673-5178 | Vitamin Shoppe Industries LLC | Beverage Service Agreement | | $0.00 |
| 121807308 | W.S. Badger Co., Inc. | W.S. Badger Co., Inc.<br>768 Route 10<br>Gilsum, NH 03448 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |
| 121807312 | Wakunaga of America Co., Ltd. | Wakunaga of America Co., Ltd.<br>23501 Madero<br>Mission Viejo, CA 92691 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |
| 121807314 | Wakunaga of America Co., Ltd. | Wakunaga of America Co., Ltd.<br>23501 Madero<br>Mission Viejo, CA 92691 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807317 | Walker-Clay, Inc. | Walker-Clay, Inc.<br>211 Station Street<br>Hanson, MA 02341 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807319 | Wal-Mart.com USA, LLC | Wal-Mart.com USA, LLC<br>850 Cherry Avenue<br>San Bruno, CA 94066 | Vitamin Shoppe Industries LLC | MARKETPLACE RETAILER AGREEMENT (Standard Terms and Conditions for Walmart Marketplace Program) | | $0.00 |
| 121807329 | Warren Laboratories LLC | Warren Laboratories LLC<br>1656 IH 35 S<br>Abbott, TX 76621 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $90,420.45 |
| 121807333 | Watkins Incorporated | Watkins Incorporated<br>150 LIBERTY STREET<br>Winona, MN  55987 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807335 | Wave Naturals Pet Products | Wave Naturals Pet Products<br>Cabot Rd - 117<br>Laguna Hills, CA 91653 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |
| 121807347 | WEBER LOGISTICS, LLC | WEBER LOGISTICS, LLC<br>13265 Valley Blvd.<br>Fontana, CA 92335 | Vitamin Shoppe Industries LLC | First Addendum to Contract Warehousing Agreement | | $0.00 |
| 121807353 | Wedderspoon Organic | Wedderspoon Organic<br>334 Central Ave<br>Malvern, PA  19355 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807357 | Wellements LLC | Wellements LLC<br>8901 E. Pima Center Parkway<br>Scottsdale, AZ 85258 | Vitamin Shoppe Industries LLC | Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807359 | Wellgenix, LLC | Wellgenix, LLC<br>118 W. Julie Dr<br>Tempe, AZ 85283 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807361 | Wellington Foods, Inc. | Wellington Foods, Inc.<br>1930 California Avenue<br>Corona, CA 92881 | Vitamin Shoppe Procurement Services, LLC | Quality Agreement | | $0.00 |
| 121807397 | Wess Hottenstein | Wess Hottenstein<br>121 Hottensteins Hill Road<br>New Albany, PA 18833 | Vitamin Shoppe Industries LLC | SALE AND PURCHASE AGREEMENT Pennsylvania Resource Enhancement and Protection Tax Credits | | $0.00 |
| 121807398 | Wess Hottenstein | Wess Hottenstein<br>2101 91st St.<br>North Bergen, NJ 07047 | Vitamin Shoppe Industries LLC | SALE/ASSIGNMENT APPLICATION RESOURCE ENHANCEMENT AND PROTECTION (REAP) TAX CREDITS | | $0.00 |

| ID # | Counterparty | Counterparty Address | Debtor Entity | Agreement | Store | Estimated Cure |
|---|---|---|---|---|---|---|
| 121807401 | Westech Recyclers | Westech Recyclers<br>220 S. 9th St. Suite 400B<br>Phoenix, AZ 85034 | Vitamin Shoppe Industries LLC | Electronics Recycling, Data Destruction, CRT and Toner Disposal | | $0.00 |
| 121807402 | Westgate Marketplace Developers, LLC | Westgate Marketplace Developers, LLC<br>7725 W. Reno Ave.<br>Oklahoma City, OK 73127 | Vitamin Shoppe Industries LLC | Lease, dated 09/04/2015, as amended<br>(Oklahoma City West) | 0823 | $0.00 |
| 121807423 | White Cloud Nutrition LLC | White Cloud Nutrition LLC<br>PMB 2599<br>Castro Valley, CA 94546 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807424 | White Egret | White Egret<br>950 West Kershaw<br>Ogden, UT 84401 | Vitamin Shoppe Industries LLC | Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807427 | Wholesome Sweeteners, Inc. | Wholesome Sweeteners, Inc.<br>8016 Highway 90A<br>Sugar Land, TX 77478 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807428 | Wibbitz Inc. | Wibbitz Inc.<br>85 Broad St.<br>New York, NY 10002 | Vitamin Shoppe Industries LLC | Wibbitz Publisher Agreement | | $0.00 |
| 121807432 | Wild Squirrel LLC dba/Wild Friends Foods | Wild Squirrel LLC dba/Wild Friends Foods<br>22265 SW Taylors Drive<br>Tualatin, OR 97062 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807436 | Wiley's Finest LLC | Wiley's Finest LLC<br>PO Box 1665<br>Coshocton, OH 43812 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $108,517.56 |
| 121807447 | Windecker Contruction LLC | Windecker Contruction LLC<br>2101 91st Street<br>North Bergen, NJ 07047 | Vitamin Shoppe Industries LLC | Construction Agreement | | $0.00 |
| 121807448 | Windecker LLC | Windecker LLC<br>39-30 Sycamore Drive<br>Fairlawn, NJ 07410 | Vitamin Shoppe Industries LLC | Construction Agreement | | $0.00 |
| 121807449 | Windecker LLC. | Windecker LLC.<br>39-30 Sycamore Drive<br>Fairlawn, NJ 07410 | Vitamin Shoppe Industries LLC | Construction Agreement | | $0.00 |
| 121807450 | Windmill Health Products | Windmill Health Products<br>6 Henderson Drive<br>West Caldwell, NJ 07006 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807460 | Wisconsin Specialty Protein, LLC | Wisconsin Specialty Protein, LLC<br>1605 John Street<br>Suite 201A<br>Fort Lee, NJ 07024 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807462 | Wisdom Natural Brands | Wisdom Natural Brands<br>1203 W. SanPedro Street<br>Gilbert , AZ 85233 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807463 | WishGarden Herbs, Inc. | WishGarden Herbs, Inc.<br>3100 Carbon Pl. #103<br>Boulder, CO 80301 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807474 | WOMEN'S BEST USA, LLC | WOMEN'S BEST USA, LLC<br>215 S. Monroe Street, Suite 200<br>Tallahassee, FL 32301 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807476 | Woodbolt Distribution, LLC | Woodbolt Distribution, LLC<br>715 N. Main Street<br>Bryan, TX 77803 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807479 | Woods Bagot | Woods Bagot<br>5338 Plumb Rd<br>Galena, OH 43021 | Vitamin Shoppe Industries LLC | Data Transfer Protocols and Agreement | | $0.00 |
| 121807483 | World Nutrition Inc | World Nutrition Inc<br>200 % N. SCOTTSPACE RD<br>SCOTTSDALE, AZ 85253 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807484 | World Sports Expo | World Sports Expo<br>1920 Booth Circle, Suite 100<br>Longwood, FL 32750 | Vitamin Shoppe Industries LLC | World Sports Expo Vendor Agreement | | $0.00 |

| ID # | Counterparty | Counterparty Address | Debtor Entity | Agreement | Store | Estimated Cure |
|---|---|---|---|---|---|---|
| 121807485 | World Triathlon Corporation | World Triathlon Corporation<br>3407 W. DR. MARTIN LUTHER KING JR. BLVD<br>Tampa, FL 33607 | Vitamin Shoppe Industries LLC | 2015 IRONMAN Village Contract - North America | | $0.00 |
| 121807487 | WorldWide/Pure Protein | WorldWide/Pure Protein<br>241 Bellwood Drive<br>West Mifflin, PA 15122 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |
| 121807502 | Xlear Inc. | Xlear Inc.<br>723 S. Auto Mall Drive<br>American Fork, UT 84003 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $60,339.78 |
| 121807504 | XPO Logistics, LLC | XPO Logistics, LLC<br>13777 Ballantyne Corporate PL<br>Charlotte, NC 28277 | Vitamin Shoppe Procurement Services, LLC | Broker Transportation Agreement | | $0.00 |
| 121807505 | XTREME BEAUTY INTERNATIONAL | XTREME BEAUTY INTERNATIONAL<br>15400 NW 34 AVENUE<br>Miamia Gardens, FL 33054 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807512 | Yerba Prima Inc | Yerba Prima Inc<br>740 Jefferson Avenue<br>Ashland, OR 97520 | Vitamin Shoppe Industries LLC | Vitamin Shoppe Purchase Agreement | | $11,364.46 |
| 121807514 | YES 18 INC | YES 18 INC<br>655 4THE 2ND FLOOR<br>SAN FRANSVERS, CA 94107 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807515 | Yes To Inc. | Yes To Inc.<br>655 Fourth Street Second Floor<br>San Francisco, CA 94107 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807519 | YogaRat | YogaRat<br>2703 Pico Blvd<br>Santa Monica, CA 90405 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807523 | You Fresh Natural Vending, LLC | You Fresh Natural Vending, LLC<br>3240 Corporate Way<br>Miramar, FL 33025 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807525 | YouBar Inc | YouBar Inc<br>597 Monterey Pass Rd<br>Monterey Park, CA 91754 | Vitamin Shoppe Procurement Services, LLC | PRIVATE LABEL MANUFACTURING AND SUPPLY AGREEMENT | | $0.00 |
| 121807526 | YUP Brands LLC | YUP Brands LLC<br>3960 Howard Hughes Pkwy Suite 500<br>Las Vegas, NV 89169 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807527 | Zarbee's Naturals | Zarbee's Naturals<br>11650 South State Street #101<br>Draper, UT 84020 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807528 | Zeavision | Zeavision<br>680-F Crown Industrial Court<br>Chesterfield, MO 63005 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807529 | Zeb Jafri | Zeb Jafri<br>22 CRAMPTON AVENUE<br>Woodbridge, NJ 7095 | Vitamin Shoppe Industries LLC | Model Release Agreement | | $0.00 |
| 121807533 | Zeikos | Zeikos<br>86 Northfield Ave.<br>EDISON, NJ  08837 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807534 | Zenrin USA, Inc. | Zenrin USA, Inc.<br>851 Traeger Avenue Suite 210<br>San Bruno, CA 94066 | Vitamin Shoppe Industries LLC | Trademark License Agreement | | $0.00 |
| 121807537 | Zhena's Gypsy Tea | Zhena's Gypsy Tea<br>6041 Triangle Dr.<br>Commerce, CA 90040 | Vitamin Shoppe Industries LLC | The Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807540 | Zhou, Inc. | Zhou, Inc.<br>1777 Sun Peak Drive<br>Park City, UT 84098 | Vitamin Shoppe Industries LLC | Trade Channel Agreement | | $0.00 |
| 121807541 | Zing Anything LLC | Zing Anything LLC<br>1760 Wadsworth Rd<br>Akron, OH 44320 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |

| ID # | Counterparty | Counterparty Address | Debtor Entity | Agreement | Store | Estimated Cure |
|---|---|---|---|---|---|---|
| 121807543 | Zint LLC | Zint LLC<br>334 County Route 49<br>Middletown , NY  10940 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807544 | Zionhealth Incorporated | Zionhealth Incorporated<br>430 E Grand Avenue<br>South San Francisco, CA 94080 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807545 | Zipfizz Corporation | Zipfizz Corporation<br>18303 Bothell-Everett Hwy, Suite 140<br>Mill Creek, WA 98012 | Vitamin Shoppe Industries LLC | Vitamin Shoppe Purchase Agreement | | $0.00 |
| 121807551 | ZOA Energy LLC | ZOA Energy LLC<br>5301 Wisconsin Ave. NW Suite 570<br>Washington, DC  20015 | Vitamin Shoppe Procurement Services, LLC | Purchase Agreement | | $0.00 |
| 121807553 | Zoho Corporation | Zoho Corporation<br>4141 HACIENDA DRIVE<br>Pleasanton, CA 945888519 | Vitamin Shoppe Industries LLC | Master Subscription Agreement | | $0.00 |
| 121807555 | ZoomInfo | ZoomInfo<br>275 Wyman St.<br>Waltham, MA 02451 | Vitamin Shoppe Industries LLC | ZoomInfo Early Renewal Promotion | | $0.00 |
| 121807556 | Zorb Naturals, LLC dba HCP Formulas | Zorb Naturals, LLC dba HCP Formulas<br>2700 N. 3rd St. Suite 2014<br>Phoenix, AZ 85004 | Vitamin Shoppe Industries LLC | Purchase Agreement | | $0.00 |
| 121807563 | zulily, llc | zulily, llc<br>2601 Elliott Avenue<br>Seattle, WA 98121 | Vitamin Shoppe Industries LLC | Promotion Agreement | | $0.00 |