# Exhibit "A"

| 1/2/2025 | | GOLDENBERG MANAGEMENT, INC. | | | | | | 8:44:01AM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| User: JOE | | | | | | | | Page 1 of 2 |

## Aging Report
## (Detailed)

**Property:** OXFORD VALLEY ROAD ASSOCIATES  401                                     as of 01/02/2025

| Unit Type | Unit Reference Number | Occupant Name | Deposits Held | Balance Due | AGED 1 - 30 DAYS | AGED 31 - 60 DAYS | AGED 61-90 DAYS | AGED OVER 90 DAYS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **CURR** | **09** | **VITAMIN SHOPPE INDUSTRIES INC** | **0.00** | **24,867.06** | **18,497.65** | | **69.63** | **6,299.78** |

| | CHARGE CODE | CHARGE DESCRIPTION | CHARGE DATE | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | C06 | Monitoring Srvs-6.1-8.31.21 | 06/11/2021 | | | | 43.83 |
| | C06 | Monitoring Srv 12.1.21-2.28.2 | 12/06/2021 | | | | 97.50 |
| | C06 | Designed Alarm Inv 2/03/22 | 03/29/2022 | | | | 166.50 |
| | RCM | 2020 CAM Recovery | 03/31/2022 | | | | 1,907.52 |
| | C06 | legacy group 06/27/22 | 08/16/2022 | | | | 2,059.05 |
| | C06 | Designed alarm security 6/1/2 | 08/16/2022 | | | | 97.50 |
| | RCM | 2021 CAM Adjustment | 08/23/2023 | | | | 16.13 |
| | C15 | Designed Alarm Sec 8/28/23 | 08/30/2023 | | | | 97.50 |
| | C06 | 2022 Designed Alarm Security | 10/30/2023 | | | | 292.50 |
| | C06 | 2021 Designed Alarm Security | 10/30/2023 | | | | 292.50 |
| | C06 | 2020 Designed Alarm Security | 10/30/2023 | | | | 195.00 |
| | C06 | 2019 Designed Alarm Security | 10/30/2023 | | | | 390.00 |
| | C06 | 2018 Designed Alarm Security | 10/30/2023 | | | | 930.00 |
| | C15 | Designed Alarm  11/29/23 | 12/01/2023 | | | | 97.50 |
| | RCM | 2021 CAM rec ck#5725 | 12/12/2023 | | | | (1,923.65) |
| | C06 | Designed Alarm 03/01/24 | 02/29/2024 | | | | 97.50 |
| | C06 | Designed Alarm Sec 06.01.24 | 06/06/2024 | | | | 97.53 |
| | RCM | 2023 CAM Recovery | 07/17/2024 | | | | 1,247.87 |
| | C06 | DAS 9/1/24 to 11/30/24 | 08/28/2024 | | | | 97.50 |
| | C21 | Water 09/11/24 to 10/10/24 | 10/24/2024 | | | 69.63 | |
| | C06 | Des Alarm Sec 12/01-02/28/25 | 12/03/2024 | 97.50 | | | |
| | C21 | Water 11/08/24 to 12/11/24 | 12/20/2024 | 17.41 | | | |
| | CAM | Common Area Maintenance | 01/01/2025 | 672.24 | | | |
| | RET | Real Estate Tax Escrow | 01/01/2025 | 1,194.00 | | | |
| | RNT | Minimum Rent | 01/01/2025 | 16,516.50 | | | |

## Aging Report (Detailed)

**Property :** OXFORD VALLEY ROAD 401 ASSOCIATES     as of 01/02/2025

| Unit Type | Unit Reference Number | Occupant Name | Deposits Held | Balance Due | AGED 1 - 30 DAYS | AGED 31 - 60 DAYS | AGED 61-90 DAYS | AGED OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|
| **PROPERTY TOTALS** | | | 0.00 | 24,867.06 | 18,497.65 | 0.00 | 69.63 | 6,299.78 |

| CHARGE CODE | CHARGE DESCRIPTION | CHARGE TOTAL | | | | |
|---|---|---|---|---|---|---|
| RNT | Minimum Rent | 16,516.50 | 16,516.50 | | | |
| RET | Real Estate Tax Escrow | 1,194.00 | 1,194.00 | | | |
| CAM | Common Area Maintenance | 672.24 | 672.24 | | | |
| C21 | Chargeback - Water/Sewer | 87.04 | 17.41 | | 69.63 | |
| C15 | Chargeback - GAS | 195.00 | | | | 195.00 |
| RCM | Yearly CAM Recovery | 1,247.87 | | | | 1,247.87 |
| C06 | Chargeback - Misc Expenses | 4,954.41 | 97.50 | | | 4,856.91 |