# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRANCHISE GROUP, INC., *et al.*, | ) Case No. 24-12480 (JTD) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Related to D.I. 487 |

## CERTIFICATE OF SERVICE

I, Jennifer Vagnozzi, hereby certify that on January 2, 2025, a true and correct copy of the foregoing Objection of Oxford Valley Road Associates, L.P. to the Debtors' Notice of Possible Assumption and Assignment and Cure Costs with respect to Executory Contracts and Unexpired Leases as sent to the parties below:

**VIA EMAIL**

| | |
|---|---|
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Debra M. Sinclair, Esq<br>Matthew A. Feldman, Esq.<br>Betsy L. Feldman, Esq.<br>Joseph R. Brandt, Esq. | dsinclair@willkie.com<br>mfeldman@willkie.com<br>bfeldman@willkie.com<br>jbrandt@willkie.com |
| Young Conaway Stargatt and Taylor, LLP<br>1000 North King Street<br>Wilmington, DE, 19801<br>Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq.<br>Allison S. Mielke, Esq.<br>Shella Borovinskaya, Esq. | emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com |
| Timothy J. Fox, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | timothy.fox@usdoj.gov |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>New York NY 10017, 34th Floor<br>Bradford J. Sandler, Esq.<br>Robert J. Feinstein, Esq.<br>Paul J. Labov, Esq.<br>Theodore S. Heckel, Esq. | bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>plabov@pszjlaw.com<br>theckel@pszjlaw.com |
| Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>Jayme Goldstein, Esq.<br>Jeremy Evans, Esq.<br>Isaac Sasson, Esq. | jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com |
| Landis Rath & Cobb LLP<br>919 N. Market Street<br>Suite 1800<br>Wilmington, DE 19317<br>Adam G. Landis, Esq<br>Matthew McGuire, Esq. | landis@lrclaw.com<br>mcguire@lrclaw.com |
| Latham & Watkins LLP<br>Jennifer Ezring, Esq.<br>James Ktsanes, Esq.<br>Andrew Sorkin, Esq.<br>1271 Avenue of the Americas<br>New York, NY 10020 | Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com |
| Bojan Guzina, Esq.<br>White & Case LLP<br>111 S. Wacker Dr. Suite 5100<br>Chicago, IL 60606 | bojan.guzina@whitecase.com |

| | |
|---|---|
| Seward & Kissel LLP<br>Gregg Bateman, Esq.<br>Sagar Patel, Esq.<br>Michael Danenberg, Esq.<br>One Battery Park Plaza<br>New York, NY 10004 | bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com |
| White & Case LLP<br>Thomas Lauria, Esq.<br>200 S Biscayne Blvd | tlauria@whitecase.com |

| | |
|---|---|
| Miami, FL 33131 | |
| PACHULSKI STANG ZIEHL & JONES Bradford J. Sandler, Esq.<br>Colin R. Robinson, Esq.<br>LLP 919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | bsandler@pszjlaw.com<br>crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES<br>Robert J. Feinstein, Esq.<br>Alan J. Kornfeld, Esq.<br>Theodore S. Heckel, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017 | rfeinstein@pszjlaw.com<br>akornfeld@pszjlaw.com<br>theckel@pszjlaw.com |

Dated: January 2, 2025

*/s/ Jennifer Vagnozzi*
Jennifer Vagnozzi, Paralegal