# CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on the 2nd day of January, 2025, a copy of the foregoing was served via the Court's Electronic Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below in the manner indicated below.

/s/ Karen C. Bifferato
Karen C. Bifferato (#3279)

**BY ELECTRONIC MAIL**

Debra M. Sinclair, Esq.
Matthew A. Feldman, Esq.
Betsy L. Feldman, Esq.
WILLKIE FARR & GALLAGHER LLP
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com

Timothy J. Fox, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
timothy.fox@usdoj.gov

Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
PAUL HASTINGS LLP
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com

Adam G. Landis, Esq.
Matthew McGuire, Esq.
LANDIS RATH & COBB LLP
landis@lrclaw.com
mcguire@lrclaw.com

Thomas Lauria, Esq.
Bojan Guzina, Esq.
WHITE & CASE LLP
tlauria@whitecase.com
bojan.guzina@whitecase.com

Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Allison S. Mielke, Esq.
YOUNG CONAWAY STARGATT AND TAYLOR, LLP
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com

Bradford J. Sandler, Esq.
Robert J. Feinstein, Esq.
Paul J. Labov, Esq.
Theodore S. Heckel, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
plabov@pszjlaw.com
theckel@pszjlaw.com

Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.
LATHAM & WATKINS LLP
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com