UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter __11__

Case No. __24__-__12480__ (__JTD__)

Debtor: __Franchise Group, Inc. et al.__

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Lisa S. Bonsall, Esq. of McCarter & English, LLP Four Gateway Center, 100 Mulberry St., Newark, NJ 07102__ to represent __Heritage Capital Management, LLC__ in this action.

/s/ Shannon D. Humiston, Esquire

Firm Name: McCarter & English, LP
Address: Renaissance Center
405 N. King Street, 8th Floor
Wilmington, DE 19801
Phone: 302-984-6300
Email: shumiston@mccarter.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Pennsylvania and New Jersey__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Lisa S. Bonsall

Firm Name: McCarter & English, LLP
Address: Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Phone: 973-622-4444
Email: lbonsall@mccarter.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105