# E<u>XHIBIT</u> 1

| Document Number | Document Date | Assignment | Amount in local currency | Posting Key | Account |
|---|---|---|---|---|---|
| 8101332110 | 10/21/2024 | PO1053202410003 | 1,260.00 | Invoice | 2160662 |
| 8101335418 | 10/21/2024 | PO1055202410003 | 2,520.00 | Invoice | 2160662 |
| 8101353952 | 10/22/2024 | PO0442202410001 | 1,890.00 | Invoice | 2160662 |
|  |  |  | 5,670.00 |  |  |