**CERTIFICATE OF SERVICE**

I, William A. Hazeltine, hereby certify that on the 2nd day of January 2025, a copy of the foregoing *Whirlpool Corporation's Objection to Notice of Cure Amounts Contained in the Debtors' Notice of Possible Assumption and Assignment and Cure Costs with Respect to Executory Contracts and Unexpired Leases* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

| *Counsel to the Debtors:* | |
|---|---|
| Willkie Farr & Gallagher LLP,<br>787 Seventh Avenue<br>New York, NY 10019<br>Attn: Debra M. Sinclair, Esq.<br>(dsinclair@willkie.com)<br>Matthew A. Feldman, Esq.<br>(mfeldman@willkie.com)<br>Betsy L. Feldman, Esq.<br>(bfeldman@willkie.com) | Young Conaway Stargatt and Taylor, LLP<br>1000 North King Street<br>Wilmington, DE, 19801<br>Attn: Edmon L. Morton, Esq.<br>(emorton@ycst.com)<br>Matthew B. Lunn, Esq.<br>(mlunn@ycst.com)<br>Allison S. Mielke, Esq.<br>(amielke@ycst.com) |
| *U.S. Trustee:* | *Proposed Counsel to the Committee:* |
| Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>Attn: Timothy J. Fox<br>(timothy.fox@usdoj.gov) | Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York NY 10017<br>Attn: Bradford J. Sandler<br>(bsandler@pszjlaw.com),<br>Robert J. Feinstein<br>(rfeinstein@pszjlaw.com),<br>Paul J. Labov<br>(plabov@pszjlaw.com)<br>Theodore S. Heckel<br>(theckel@pszjlaw.com) |
| *Counsel to the Second Lien Secured Parties:* | |
| White & Case LLP<br>200 S Biscayne Blvd<br>Miami, FL 33131<br>Attn: Thomas Lauria, Esq.<br>(tlauria@whitecase.com) | White & Case LLP<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br>Attn: Bojan Guzina, Esq.<br>(bojan.guzina@whitecase.com) |

| | |
|---|---|
| *Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders:* | |
| Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>Attn: Jayme Goldstein, Esq.<br>   (jaymegoldstein@paulhastings.com)<br>   Jeremy Evans, Esq.<br>   (jeremyevans@paulhastings.com)<br>   Isaac Sasson, Esq.<br>   (isaacsasson@paulhastings.com) | Landis Rath & Cobb LLP<br>919 N. Market Street Suite 1800<br>Wilmington, DE 19801<br>Attn: Adam G. Landis, Esq.<br>   (landis@lrclaw.com)<br>   Matthew McGuire, Esq.<br>   (mcguire@lrclaw.com) |
| *Counsel to the HoldCo Lenders:* | |
| White & Case LLP<br>200 S Biscayne Blvd<br>Miami, FL 33131<br>Attn: Thomas Lauria, Esq.<br>   (tlauria@whitecase.com) | White & Case LLP<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br>Attn: Bojan Guzina, Esq.<br>   (bojan.guzina@whitecase.com) |
| *Counsel to the ABL Secured Parties* | |
| Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Attn: Jennifer Ezring, Esq.<br>   (Jennifer.Ezring@lw.com)<br>   James Ktsanes, Esq.<br>   (James.Ktsanes@lw.com)<br>   Andrew Sorkin, Esq.<br>   (andrew.sorkin@lw.com) | |

January 2, 2025                                                        */s/ William A. Hazeltine*
Date                                                                            William A. Hazeltine