## CERTIFICATE OF SERVICE

      I, Karen C. Bifferato, hereby certify that on the 2nd day of January, 2025, a copy of the foregoing was served via the Court's Electronic Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below in the manner indicated below.

                                                      /s/ *Karen C. Bifferato*
                                                      Karen C. Bifferato (#3279)

**BY ELECTRONIC MAIL**

| | |
|---|---|
| Debra M. Sinclair, Esq. | Edmon L. Morton, Esq. |
| Matthew A. Feldman, Esq. | Matthew B. Lunn, Esq. |
| Betsy L. Feldman, Esq. | Allison S. Mielke, Esq. |
| WILLKIE FARR & GALLAGHER LLP | YOUNG CONAWAY STARGATT AND TAYLOR, LLP |
| dsinclair@willkie.com | emorton@ycst.com |
| mfeldman@willkie.com | mlunn@ycst.com |
| bfeldman@willkie.com | amielke@ycst.com |
| | |
| Timothy J. Fox, Esq. | Bradford J. Sandler, Esq. |
| OFFICE OF THE UNITED STATES TRUSTEE | Robert J. Feinstein, Esq. |
| timothy.fox@usdoj.gov | Paul J. Labov, Esq. |
| | Theodore S. Heckel, Esq. |
| Jayme Goldstein, Esq. | PACHULSKI STANG ZIEHL & JONES LLP |
| Jeremy Evans, Esq. | bsandler@pszjlaw.com |
| Isaac Sasson, Esq. | rfeinstein@pszjlaw.com |
| PAUL HASTINGS LLP | plabov@pszjlaw.com |
| jaymegoldstein@paulhastings.com | theckel@pszjlaw.com |
| jeremyevans@paulhastings.com | |
| isaacsasson@paulhastings.com | Jennifer Ezring, Esq. |
| | James Ktsanes, Esq. |
| Adam G. Landis, Esq. | Andrew Sorkin, Esq. |
| Matthew McGuire, Esq. | LATHAM & WATKINS LLP |
| LANDIS RATH & COBB LLP | Jennifer.Ezring@lw.com |
| landis@lrclaw.com | James.Ktsanes@lw.com |
| mcguire@lrclaw.com | andrew.sorkin@lw.com |
| | |
| Thomas Lauria, Esq. | |
| Bojan Guzina, Esq. | |
| WHITE & CASE LLP | |
| tlauria@whitecase.com | |
| bojan.guzina@whitecase.com | |