# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| FRANCHISE GROUP, INC., *et al.*, | : Case No. 24-12480 (JTD) |
| | : (Jointly Administered) |
| Debtors. | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Lisa S. Bonsall, Esq. to represent Heritage Seymour I, LLC and Heritage Seymour II, LLC in this action.

Dated: January 2, 2025

**McCARTER & ENGLISH, LLP**

/s/ *Shannon D. Humiston*
Shannon D. Humiston (No. 5740)
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6344
Facsimile (302) 442-4709
shumiston@mccarter.com
*Counsel for Heritage Seymour I, LLC*
*and Heritage Seymour II, LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New Jersey and the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 2, 2025

**McCARTER & ENGLISH, LLP**

/s/ *Lisa S. Bonsall*
Lisa S. Bonsall, Esq.
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 639-2066
lbonsall@mccarter.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.