**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.,*<br><br>                              Debtors, | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below enter their appearance as counsel for Dell Financial Services, L.L.C. ("DFS") pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010. The undersigned requests that all notices given or required to be given pursuant to Bankruptcy Rules 2002, 3017, or otherwise, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints, and demands, be given to and served upon the following:

| | |
|---|---|
| Matthew P. Austria<br>Austria Legal, LLC<br>1007 N. Orange Street, 4th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 521-5197<br>Fax: (302) 291-1722<br>Email: maustria@austriallc.com | G. James Landon<br>Streusand, Landon, Ozburn & Lemmon, LLP<br>1801 S. Mopac Expressway, Suite 320<br>Austin, Texas 78746<br>Telephone: (512) 236-9900<br>Fax: (512) 236-9904<br>Email: landon@slollp.com |

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) DFS's right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) DFS's

right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) DFS's right to have the reference withdrawn by the U.S. District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any lack of venue or jurisdiction by this Court over this case or any adversary proceeding, contested matter, or other proceeding; (v) the right to service under Bankruptcy Rule 7004 in adversary proceedings, and counsel is not appointed as its agent for service of process in any such adversary proceedings; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which DFS is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments DFS expressly reserves.

Dated: January 2, 2025

**AUSTRIA LEGAL, LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE # 4827)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 521-5197
Facsimile: (302) 291-1722
Email: maustria@austriallc.com

-and-

**STREUSAND, LANDON, OZBURN & LEMMON, LLP**
G. James Landon
1801 S. Mopac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Fax: (512) 236-9904
Email: landon@slollp.com

*Counsel for Dell Financial Services, L.L.C.*