**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.,*<br><br>                      Debtors, | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Matthew P. Austria, hereby certify that on the 2nd day of January, 2025, I caused a true and correct copy of the foregoing *Limited Objection of Dell Financial Services, L.L.C. to Notice of Potential Assumption and Assignment and Cure Costs with Respect to Executory Contracts and Unexpired Leases* to be served: 1) electronically on all parties receiving service through the Electronic Case Filing (ECF) system in the above case; and 2) on the parties on the attached Service List via electronic mail.

Date: January 2, 2025                                        **AUSTRIA LEGAL, LLC**

                                                                */s/ Matthew P. Austria*
                                                                 Matthew P. Austria (No. 4827)

**SERVICE LIST**

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Attn: Debra M. Sinclair, Esq.
(dsinclair@willkie.com)
Matthew A. Feldman, Esq.
(mfeldman@willkie.com)
Betsy L. Feldman, Esq.
(bfeldman@willkie.com)

Young Conaway Stargatt and Taylor, LLP
1000 North King Street
Wilmington, DE, 19801
Attn: Edmon L. Morton, Esq.
(emorton@ycst.com)
Matthew B. Lunn, Esq.
(mlunn@ycst.com)
Allison S. Mielke, Esq.
(amielke@ycst.com)

The Office of the United States Trustee for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801
Attn: Timothy J. Fox
(timothy.fox@usdoj.gov)

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York NY 10017
Attn: Bradford J. Sandler
(bsandler@pszjlaw.com)
Robert J. Feinstein
(rfeinstein@pszjlaw.com)
Paul J. Labov
(plabov@pszjlaw.com)
Theodore S. Heckel
(theckel@pszjlaw.com)

Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Jayme Goldstein, Esq.
(jaymegoldstein@paulhastings.com)
Jeremy Evans, Esq.
(jeremyevans@paulhastings.com)
Isaac Sasson, Esq.
(isaacsasson@paulhastings.com)

Landis Rath & Cobb LLP
919 N. Market Street
Suite 1800
Wilmington, DE 19317
Attn: Adam G. Landis, Esq.
(landis@lrclaw.com)
Matthew McGuire, Esq.
(mcguire@lrclaw.com)

Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attn: Jennifer Ezring, Esq.
(Jennifer.Ezring@lw.com)
James Ktsanes, Esq.
(James.Ktsanes@lw.com)
Andrew Sorkin, Esq.
(andrew.sorkin@lw.com)

White & Case LLP
200 S Biscayne Blvd
Miami, FL 33131
Attn: Thomas Lauria, Esq.
(tlauria@whitecase.com)

White & Case LLP
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606,
Attn: Bojan Guzina, Esq.
(bojan.guzina@whitecase.com)