**EXHIBIT A**

| Item | Date | Hearing Ex. No. | Description |
|---|---|---|---|
| 1 | 5/9/2023 | FLG Exhibit 6 | Jeffries Presentation (Ex. 6 to FRG SEC 13A Filing) |
| 2 | 1/19/2024 | FLG Exhibit 7 | Email from A. Laurence to S. Zeleznik |
| 3 | 1/30/2024 | FLG Exhibit 8 | Email from A. Laurence to S. Zeleznik |
| 4 | 7/29/2024 | FLG Exhibit 9 | AlixPartners Engagement Letter dated July 29, 2024 |
| 5 | 9/27/2024 | FLG Exhibit 10 | Sept. 27, 2024 FRG Board Meeting Agenda and Deck |
| 6 | 9/29/2024 | FLG Exhibit 11 | Email re Project Fusion (Restructuring Proposal (September 28, 2024) |
| 7 | N/A | FLG Exhibit 12 | Project Bookshelf [Buddy's CIM] |
| 8 | N/A | FLG Exhibit 13 | Project Pluto [PSP CIM] |
| 9 | N/A | FLG Exhibit 14 | Project Vitality [The Vitamin Shoppe CIM] |
| 10 | 10/10/2024 | AHG Exhibit 15 | Guggenheim Lender Materials |
| 11 | 10/11/2024 | FLG Exhibit 16 | Oct. 11, 2024 FRG Board Meeting Agenda and Deck |
| 12 | 10/18/2024 | FLG Exhibit 17 | Oct. 18, 2024 FRG Board Meeting Agenda and Deck |
| 13 | 10/25/2024 | FLG Exhibit 18 | Oct. 25, 2024 FRG Board Meeting Agenda and Deck |
| 14 | 11/1/2024 | FLG Exhibit 19 | Nov. 1, 2024 Freedom VCM Holdings, LLC Board Minutes |
| 15 | 11/1/2024 | FLG Exhibit 20 | Nov. 1, 2024 FRG Board Meeting Agenda and Deck |
| 16 | 11/3/2024 | FLG Exhibit 21 | Nov. 3, 2024 Freedom VCM Holdings, LLC Board Minutes |
| 17 | 11/3/2024 | FLG Exhibit 22 | Nov. 3, 2024 Email from C. Grubb to D. Sinclair re: FRG - DIP Term Sheet and Interim Order |
| 18 | 11/4/2024 | FLG Exhibit 23 | Objecting Lenders' Notice of 30(b)(6) Deposition to Freedom VCM, Inc., in Connection with First Day Motions |
| 19 | 11/4/2024 | FLG Exhibit 24 | Objection Lenders' Notice of 30(b)(6) Deposition Franchise Group Inc. and its Debtor Subsidiaries in Connection with First Day Motions |
| 20 | 11/5/2024 | FLG Exhibit 25 | Nov. 5, 2024 Email from K. Patel to S. Lombardi Re: FRE 408-FRG |

| | | | |
|---|---|---|---|
| 21 | 11/6/2024 | FLG Exhibit 26 | Nov. 6, 2024 Email from T. Lauria to D. Sinclair re: DIP Proposal (8:16am) |
| 22 | 11/6/2024 | FLG Exhibit 27 | Nov.6, 2024 Email from A. Zatz to D. Sinclair re: DIP Proposal (11:04am) |
| 23 | 11/6/2024 | FLG Exhibit 28 | Nov. 6, 2024 Email from T. Lauria to D. Sinclair re: DIP Proposal (11:32am) |
| 24 | 11/8/2024 | FLG Exhibit 29 | The Ad Hoc Group of Freedom Lenders' Notice of Deposition of Christopher Grubb |
| 25 | 11/8/2024 | FLG Exhibit 30 | The Ad Hoc Group of Freedom Lender's Notice of Deposition of David Orlofsky |
| 26 | 11/15/2024 | FLG Exhibit 31 | Nov. 15, 2024 Email from S. Lombardi to S. Hershey re: FRG Discovery |
| 27 | 11/18/2024 | FLG Exhibit 32 | HoldCo Debtors Responses and Objections to the Ad Hoc Group of Freedom Lenders' First Set of Interrogatories to the HoldCo Debtors in Connection with the Second-Day Motions |
| 28 | 11/22/2024 | FLG Exhibit 33 | Nov. 22, 2024 Email from A. Zatz to D. Sinclair re: Franchise Group |
| 29 | 11/22/2024 | FLG Exhibit 34 | FRG DIP Order Budget weekly+monthly 2024.11.22 vFULL (PEO) |
| 30 | 11/29/2024 | FLG Exhibit 35 | FRG Vendor Due Diligence 11292024 |
| 31 | 12/3/2024 | FLG Exhibit 36 | FRG - Budget to Actuals_2024.12.03v2 |
| 32 | 12/4/2024 | FLG Exhibit 37 | December 4, 2024 Email from D. Sinclair to A. Zatz re: Freedom Lender Group Proposed Plan (Willkie and W&C) |
| 33 | 12/4/2024 | FLG Exhibit 38 | December 4, 2024 Email from D. Sinclair to A. Zatz r: FRG - WFG/W&C Call re: Adjournment and CV Open Issues |
| 34 | 12/19/2024 | FLG Exhibit 39 | December 19, 2024 Email from E. Smith to A. Occhipinti re: In re Production |
| 35 | N/A | FLG Exhibit 40 | List of Directors and Officers at each Debtor Entity [FRG00035583] |
| 36 | N/A | FLG Exhibit 41 | Omnibus Written Consent (unsigned and undated) [FRG00044782] |
| 37 | N/A | FLG Exhibit 42 | Augustine Declaration in Support of Bid Procedures (In re Global Eagle Entertainment) |
| 38 | 8/17/2020 | FLG Exhibit 43 | August 17, 2020 Hearing Transcript (In re Global Eagle Entertainment) |

| 39 | 11/6/2024 | Debtor Exhibit 29 | FRG Demonstrative from November 6, 2024 First Day Hearing re. Selected DIP Analytics |
|---|---|---|---|
| 40 | 12/4/2024 | Debtor Exhibit 30 | Email from Andrew Zate re. Franchise Group - Proposed HoldCo DIP Facility |
| 41 | 10/30/2024 | Debtor Exhibit 31 | Email from Zachary Taylor re. DIP ABL Financing – Blue Torch Term Sheet [FRG00004686] |
| 42 | 10/31/2024 | Debtor Exhibit 32 | Email from Chris Grubb re. DIP ABL Financing – Blue Torch Term Sheet [FRG00004497] |
| 43 | 10/23/2024 | Debtor Exhibit 33 | Email from Andrew Kaminsky re. DIP/Cash [FRG00036791] |
| 44 | 10/24/2024 | Debtor Exhibit 34 | Email from Kishan Patel re. FRG Board Meeting – 10/25 [FRG00000463] |
| 45 | 11/5/2024 | Debtor Exhibit 35 | Email from Lee Wright re: Vendor Reactions to the Bankruptcy Filing [FRG00001958] |
| 46 | 11/5/2024 | Debtor Exhibit 36 | Email from Dan McNamara re PSP 11.5 Update [FRG00001963] |
| 47 | 11/5/2024 | Debtor Exhibit 37 | Email from Muriel Gonzalez FW: Critical Vendor Trade Agreement- Nestle & Subsidiaries [FRG00001970] |
| 48 | 11/6/2024 | Debtor Exhibit 38 | Email from Lee Wright FW: Vendor Reactions to the Bankruptcy Filing [FRG00001964] |
| 49 | 11/6/2024 | Debtor Exhibit 39 | Email from Lee Wright FW: Vendor Reactions to the Bankruptcy Filing [FRG00001967] |
| 50 | 11/6/2024 | Debtor Exhibit 40 | Email from Dan McNamara re PSP 11.6 Update [FRG1962] |
| 51 | 11/7/2024 | Debtor Exhibit 41 | Email from Dan McNamara re PSP 11.7 Update [FRG00001961] |
| 52 | 11/8/2024 | Debtor Exhibit 42 | Email from Dan McNamara re PSP 11.8 Update [FRG00001960] |
| 53 | 11/13/2024 | Debtor Exhibit 43 | Email from Dan McNamara Fwd: Rough Draft [FRG00046028] |