|  |  |  | WORKOUT FOR LEGAL PRE-PETITION<br>GAITWAY PLAZA - VITAMIN SHOPPE, THE<br>INTEREST & LATE FEES THROUGH 11/4/2024 |  |  |  | Run Date: 11/4/2024 |
|---|---|---|---|---|---|---|---|

Lease Information If payment not received when due:
Interest per month: 0.10%    Late Fee Percent: 0.00%    Or    Late Fee Amount: 250.00    Lease Expiration: 3/31/2024

| Date | | Income category | Period Open Amount | Prorated Open Amount | Cumulative Open Amount | Cumulative Interest | Period Late Fee | Balance Due end of Period |
|---|---|---|---|---|---|---|---|---|
| 4/28/2022 | CPY | CAM PRIOR YR | 723.89 | 723.89 | | | | |
| | | **Apr-22** | | **723.89** | **723.89** | **0.72** | **250.00** | **974.61** |
| 10/3/2022 | OPT | OPTION PERIOD BASE RENT | -10.67 | -10.67 | | | | |
| | | **Oct-22** | | **-10.67** | **713.22** | **0.71** | **0.00** | **964.65** |
| 11/1/2022 | OPT | OPTION PERIOD BASE RENT | -10.67 | -10.67 | | | | |
| | | **Nov-22** | | **-10.67** | **702.55** | **0.70** | **0.00** | **954.68** |
| 12/1/2022 | OPT | OPTION PERIOD BASE RENT | -10.67 | -10.67 | | | | |
| | | **Dec-22** | | **-10.67** | **691.88** | **0.69** | **0.00** | **944.70** |
| 1/3/2023 | OPT | OPTION PERIOD BASE RENT | -10.67 | -10.67 | | | | |
| | | **Jan-23** | | **-10.67** | **681.21** | **0.68** | **0.00** | **934.71** |
| 2/1/2023 | OPT | OPTION PERIOD BASE RENT | -10.67 | -10.67 | | | | |
| | | **Feb-23** | | **-10.67** | **670.54** | **0.67** | **0.00** | **924.71** |
| 3/1/2023 | OPT | OPTION PERIOD BASE RENT | -10.67 | -10.67 | | | | |
| | | **Mar-23** | | **-10.67** | **659.87** | **0.66** | **0.00** | **914.70** |
| 4/1/2023 | OPT | OPTION PERIOD BASE RENT | 403.89 | 403.89 | | | | |
| | | **Apr-23** | | **403.89** | **1,063.76** | **1.06** | **250.00** | **1,569.65** |
| 5/1/2023 | OPT | OPTION PERIOD BASE RENT | 403.89 | 403.89 | | | | |
| | | **May-23** | | **403.89** | **1,467.65** | **1.47** | **250.00** | **2,225.01** |
| 6/1/2023 | OPT | OPTION PERIOD BASE RENT | 403.89 | 403.89 | | | | |
| 6/8/2023 | RTX | RENTAL TAX | -71.97 | -71.97 | | | | |
| 6/8/2023 | TAX | TAXES MONTHLY | -1,107.75 | -1,107.75 | | | | |
| 6/26/2023 | CPY | CAM PRIOR YR | 776.80 | 776.80 | | | | |
| 6/26/2023 | IPY | INSURANCE PRIOR YR | 90.17 | 90.17 | | | | |
| 6/26/2023 | RTX | RENTAL TAX | 50.49 | 50.49 | | | | |
| 6/26/2023 | RTX | RENTAL TAX | 37.63 | 37.63 | | | | |
| | | **Jun-23** | | **179.26** | **1,646.91** | **1.65** | **250.00** | **2,655.92** |
| 8/15/2023 | IPY | INSURANCE PRIOR YR | -243.80 | -243.80 | | | | |
| 8/30/2023 | RTA | RENT ABATEMENT | -12,813.08 | -12,813.08 | | | | |
| 8/30/2023 | RTX | RENTAL TAX | -832.85 | -832.85 | | | | |
| | | **Aug-23** | | **-13,889.73** | **-12,242.82** | **0.00** | **0.00** | **-11,233.81** |
| 9/1/2023 | CMF | FIXED CAM MONTHLY | 1,293.82 | 1,293.82 | | | | |
| 9/1/2023 | INS | INSURANCE MONTHLY | 86.84 | 86.84 | | | | |
| 9/1/2023 | OPT | OPTION PERIOD BASE RENT | 10,366.79 | 10,366.79 | | | | |
| 9/1/2023 | RTX | RENTAL TAX | 673.84 | 673.84 | | | | |
| 9/1/2023 | RTX | RENTAL TAX | 84.10 | 84.10 | | | | |
| 9/1/2023 | RTX | RENTAL TAX | 5.64 | 5.64 | | | | |
| 9/1/2023 | RTX | RENTAL TAX | 5.33 | 5.33 | | | | |
| 9/1/2023 | RTX | RENTAL TAX | 63.94 | 63.94 | | | | |
| 9/1/2023 | SPR | SPRINKLER | 81.98 | 81.98 | | | | |
| 9/1/2023 | TAX | TAXES MONTHLY | 983.63 | 983.63 | | | | |
| 9/12/2023 | CPY | CAM PRIOR YR | -69.47 | -69.47 | | | | |
| 9/12/2023 | RTX | RENTAL TAX | -4.52 | -4.52 | | | | |
| | | **Sep-23** | | **13,571.92** | **1,329.10** | **1.33** | **250.00** | **2,589.44** |

| Date | Code | Description | Amount | Amount | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 10/24/2023 | CPY | CAM PRIOR YR | -776.80 | -776.80 | | | | |
| 10/24/2023 | RTX | RENTAL TAX | -50.49 | -50.49 | | | | |
| | | **Oct-23** | | **-827.29** | **501.81** | **0.50** | **0.00** | **1,762.65** |
| 12/1/2023 | RTX | RENTAL TAX | -0.01 | -0.01 | | | | |
| | | **Dec-23** | | **-0.01** | **501.80** | **0.50** | **0.00** | **1,763.14** |
| 8/25/2024 | CPY | CAM PRIOR YR | 341.42 | 341.42 | | | | |
| 8/25/2024 | IPY | INSURANCE PRIOR YR | 1,042.86 | 1,042.86 | | | | |
| 8/25/2024 | RTX | RENTAL TAX | 29.62 | 29.62 | | | | |
| 8/25/2024 | RTX | RENTAL TAX | 10.24 | 10.24 | | | | |
| 8/25/2024 | RTX | RENTAL TAX | 31.29 | 31.29 | | | | |
| 8/25/2024 | TPY | TAX PRIOR YR | 987.48 | 987.48 | | | | |
| | | **Aug-24** | | **2,442.91** | **2,944.71** | **2.94** | **250.00** | **4,458.99** |
| | | **Total** | | **2,944.71** | | **14.28** | **1,500.00** | **4,458.99** |