# E<span style="font-variant:small-caps">xhibit</span> A

Sun Life Assurance Company of Canada

Summary Statement



| **Client Number** | **Customer Service Center** | **Payment Address** |
| --- | --- | --- |
| 964157 | 1-800-247-6875 | Sun Life |
|  |  | PO Box 843201 |
| **Billing Group Number** | **Web Site** | Kansas City, MO 64184-3201 |
| 964157-0001 | www.sunlife.com/us |  |
|  |  |  |
| Stealth Invoicing | **Please be sure to include an updated** | **Payment Due Date** |
| Franchise Group, Inc. | **copy of this Summary Statement with payment** | 12/01/2024 |
| 18700 N. Hayden Rd. | **or email to premium.statements@sunlife.com.** |  |
| Suite 405 |  |  |
| Scottsdale, AZ 85255 |  |  |

| Benefit | Option | Lives | Rate | Calculate | Volume | Current Period | Adjustments | Total Premium |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Specific SL Emp & Family | Specific SL Emp & Family | 3545 | 50.27 | Lives x Rate | 0 | $ 178,207.15 | $ - | $ 178,207.15 |

The rates shown include insurance premium and fees for services.                                                                    Total        $    178,207.15

**Explanation of Adjustments**

| Premiums are due and payable on the premium due date. A grace period (as specified in your Group Insurance Policy) is granted for administrative and mailing purposes. If full payment is not received prior to the expiration of the grace period, all coverage will cease. Also, if any insureds contribute to the cost of coverage and you continue to collect contributions after the date of termination, you may be liable for claims. Mail in your completed statement to the PO Box listed above. |
| --- |
|  |

| **Name of person completing this form** | **Title** | **Phone Number** |
| --- | --- | --- |
| Stealth Invoicing | Benefits Administrator |  |

| **Signature** | **Date** | **Email** |
| --- | --- | --- |
|  | 01/02/2025 |  |