## **CERTIFICATE OF SERVICE**

I, Elihu E. Allinson, III, hereby certify that on the 3rd day of January 2025, a copy of the foregoing *Objection to Cure Amount and Reservation of Rights of Sun Life Assurance Company of Canada* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel to the Debtors*

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Debra M. Sinclair, Esq.
Matthew A. Feldman, Esq.
Betsy L. Feldman, Esq.
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com

*U.S. Trustee*

Timothy J. Fox
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801
timothy.fox@usdoj.gov

*Counsel to the ABL Secured Parties*

Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

*Co-Counsel to the Debtors*

Young Conaway Stargatt and Taylor, LLP
1000 North King Street
Wilmington, DE, 19801
Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Allison S. Mielke, Esq.
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com

*Proposed Counsel to the Committee*

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York NY 10017
Bradford J. Sandler
Robert J. Feinstein
Paul J. Labov
Theodore S. Heckel
bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
plabov@pszjlaw.com
theckel@pszjlaw.com

<table>
<tr><td>

*Counsel to the Second Lien Secured Parties and HoldCo Lenders*

White & Case LLP
200 S Biscayne Blvd
Miami, FL 33131
Thomas Lauria, Esq.
tlauria@whitecase.com

and

111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
Bojan Guzina, Esq.
bojan.guzina@whitecase.com


Dated:  January 3, 2025

</td><td>

*Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders*

Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com

Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19317
Adam G. Landis, Esq.
Matthew McGuire, Esq.
landis@lrclaw.com
mcguire@lrclaw.com


 /s/ E.E. Allinson III
Elihu E. Allinson, III

</td></tr>
</table>