**CERTIFICATE OF SERVICE**

    I, Morgan L. Patterson, do hereby certify that on January 3, 2025, I caused a copy of **Objection of BC Exchange Salt Pond to (I) Notice of Possible Assumption and Assignment and Cure Costs with Respect to Executory Contracts and Unexpired Leases, and (II) Notice of Filing of Proposed Order (A) Approving the Sale of the Debtors' Assets Free and Clear and Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief** to be served on the parties listed on the attached service list via CM/ECF and Electronic Mail.

                                                */s/ Morgan L. Patterson*
                                                Morgan L. Patterson (Bar No. 5388)

**SERVICE PARTIES**

| **Proposed Counsel to the Debtors**<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Attn: Debra M. Sinclair<br>　　　Matthew A. Feldman<br>　　　Betsy L. Feldman<br>Email: dsinclair@willkie.com<br>　　　mfeldman@willkie.com<br>　　　bfeldman@willkie.com | **Proposed Counsel to the Debtors**<br>Young Conaway Stargatt and Taylor, LLP<br>1000 North King Street<br>Wilmington, DE, 19801<br>Attn: Edmon L. Morton<br>　　　Matthew B. Lunn<br>　　　Allison S. Mielke<br>Email: emorton@ycst.com<br>　　　mlunn@ycst.com<br>　　　amielke@ycst.com |
|---|---|
| **Proposed Counsel to the Committee**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor,<br>New York NY 10017<br>Attn: Bradford J. Sandler<br>　　　Robert J. Feinstein<br>　　　Paul J. Labov<br>　　　Theodore S. Heckel<br>Email: bsandler@pszjlaw.com<br>　　　rfeinstein@pszjlaw.com<br>　　　plabov@pszjlaw.com<br>　　　theckel@pszjlaw.com | **Proposed Counsel to the Committee**<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Attn: Bradford J. Sandler<br>　　　Colin R. Robinson, Esq.<br>Email: bsandler@pszjlaw.com<br>　　　crobinson@pszjlaw.com |
| **Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>Attn: Jayme Goldstein<br>　　　Jeremy Evans<br>　　　Isaac Sasson<br>Email: jaymegoldstein@paulhastings.com<br>　　　jeremyevans@paulhastings.com<br>　　　isaacsasson@paulhastings.com | **Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders**<br>Landis Rath & Cobb LLP<br>919 N. Market Street Suite 1800<br>Wilmington, DE 19317<br>Attn: Adam G. Landis<br>　　　Matthew McGuire<br>Email: landis@lrclaw.com<br>　　　mcguire@lrclaw.com |

| **Counsel to the ABL Secured Parties**<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Attn: Jennifer Ezring<br>    James Ktsanes<br>    Andrew Sorkin<br>Email: Jennifer.Ezring@lw.com<br>    James.Ktsanes@lw.com<br>    andrew.sorkin@lw.com | **Counsel to the Second Lien Secured Parties**<br>White & Case LLP<br>200 S Biscayne Blvd<br>Miami, FL 33131<br>Attn: Thomas Lauria<br>Email: tlauria@whitecase.com |
|---|---|
| **Counsel to the Second Lien Secured Parties**<br>White & Case LLP<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br>Attn: Bojan Guzina<br>Email: bojan.guzina@whitecase.com | **The Office of the United States Trustee<br>for the District of Delaware**<br>Attn.: Timothy J. Fox<br>844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801<br>Email: timothy.fox@usdoj.gov |

4906-4078-2860v.1 018571.00378