## **EXHIBIT A-1**

**Kin No.** 0343

Location: 6105 O Street, Lincoln, Nebraska
Landlord: Aberdeen Oklahoma Associates and Pasan LLC ("Landlord")
Tenant: Vitamin Shoppe Industries LLC ("Tenant")
Lease: Agreement of Lease dated December 29, 2010, originally by and between Aberdeen Oklahoma Associates and Susan Sandelman, as Trustee of the Pasan Trust, as Landlord, and VS Direct Inc., as Tenant, as amended and assigned ("Lease")

**Vitamin Shoppe Store #551**

**Claim:**

| | |
|---|---:|
| Rent (1/1/2025 to 1/31/2025) | $10,473.75 |
| Real Estate Tax Deposit (1/1/2025 to 1/31/2025) | $1,125.29 |
| CAM Deposit (1/1/2025 to 1/31/2025) | $638.00 |
| 2024 Real Estate Taxes (due in 2025) | t/b/d |
| 2025 Real Estate Taxes (due in 2026) | t/b/d |
| 2024 CAM Reconciliation (12/1/2023 to 11/30/2024) | $1,305.66 |
| Unbilled CAM and utility charges (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid CAM and utilities to third parties (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties (if any) | t/b/d |
| Remove outstanding permits and/or liens (if any) to third parties for pre- and post-petition time periods (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| Parking Lot | t/b/d |
| Exterior | t/b/d |
| Interior | t/b/d |
| Roof (repairs) | t/b/d |
| Fire Protection | t/b/d |
| Mechanical – HVAC | t/b/d |
| Electrical | t/b/d |
| Contractor Costs | t/b/d |
| Legal Fees | t/b/d |
| **TOTAL (not less than):**[1] | **$13,542.70** |

---

[1] Under the Lease, Tenant is obligated to Landlord for additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, environmental cleanup obligations, and indemnification obligations, including those related to any current or pending claims, lawsuits or other proceedings, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the claim amount set forth herein, and Landlord may file separate proof of claims or applications, including without limitation, applications for payment of administrative expenses, as applicable.