**EXHIBIT A-2**

**Kin No.**     **1071**
Location:     2433 McCarthur Road, Allentown (Whitehall), Pennsylvania
Landlord:    Kin Properties Inc. ("Landlord")
Owner:        Fundamental Company LLC
Tenant:        PSP Stores, LLC ("Tenant")
Lease:         Agreement of Lease dated April 21, 1997, originally by and between Kin Properties Inc., as Landlord, and Dandy, Ltd d/b/a Pet Supplies Plus, as Tenant, as amended and assigned ("Lease")

**PSP Store #9026**

**Claim:**

| | |
|---|---:|
| Rent Due 1/1/2025 | $14,666.67 |
| Real Estate Tax Deposit Due 1/1/2025) | $2,323.13 |
| Water/Sewer Invoice (6/5/2024 to 9/5/2024; billed 10/14/2024) | $167.20 |
| Unbilled CAM and utility charges (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid CAM and utilities to third parties (including, but not limited to water, sewer, stormwater, electricity and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties (if any) | t/b/d |
| Remove outstanding permits and/or liens (if any) to third parties for pre- and post-petition time periods (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| Parking Lot (2" mill and overlay; restripe parking lot per existing layout) | t/b/d |
| Exterior | t/b/d |
| Interior | t/b/d |
| Roof | t/b/d |
| Fire Protection | t/b/d |
| Mechanical – HVAC | t/b/d |
| Electrical | t/b/d |
| ADA Compliance | t/b/d |
| Contractor Costs | t/b/d |
| Legal Fees | t/b/d |
| **TOTAL (not less than):**[1] | **$17,157.00** |

---

[1] Under the Lease, Tenant is obligated to Landlord for additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, environmental cleanup obligations, and indemnification obligations, including those related to any current or pending claims, lawsuits or other proceedings, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the claim amount set forth herein, and Landlord may file separate proof of claims or applications, including without limitation, applications for payment of administrative expenses, as applicable.