## **CERTIFICATE OF SERVICE**

I, Ericka F. Johnson, hereby certify that on January 3, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Allison S. Mielke, Esq.
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
emorton@ycst.com; mlunn@ycst.com; amielke@ycst.com

WILLKIE FARR & GALLAGHER LLP
Debra M. Sinclair, Esq.
Matthew A. Feldman, Esq.
Betsy L. Feldman, Esq.
787 Seventh Avenue
New York, New York 10019
dsinclair@willkie.com; mfeldman@willkie.com; bfeldman@willkie.com

PACHULSKI STANG ZIEHL & JONES, LLP
Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
bsandler@pszjlaw.com; crobinson@pszjlaw.com

 and

Robert J. Feinstein, Esq.
Paul J. Labov, Esq.
Theodore S. Heckel, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com; plabov@pszjlaw.com; theckel@pszjlaw.com

PAUL HASTINGS LLP
Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
200 Park Avenue
New York, NY 10166
jaymegoldstein@paulhastings.com; jeremyevans@paulhastings.com; isaacsasson@paulhastings.com

Landis Rath & Cobb LLP
Adam G. Landis, Esq.
Matthew McGuire, Esq.
 919 N. Market Street, Suite 1800
Wilmington, DE 19317
landis@lrclaw.com; mcguire@lrclaw.com

Latham & Watkins LLP
Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.
1271 Avenue of the Americas
New York, NY 10020
Jennifer.Ezring@lw.com; James.Ktsanes@lw.com; andrew.sorkin@lw.com

White & Case LLP
Thomas Lauria, Esq.
200 S Biscayne Blvd.
Miami, FL 33131
tlauria@whitecase.com

 and

Bojan Guzina, Esq.
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
bojan.guzina@whitecase.com

*/s/ Ericka F. Johnson*
Ericka F. Johnson (No. 5024)