# EXHIBIT A



**DoorDash, Inc.**
303 2nd Street
Suite Tower 800
San Francisco CA 94107
(Do not send Checks to this Address)

*Drive Invoice*

**Bill To**
PSP Group, LLC
17197 N. Laurel Park Drive, Suite 402
Livonia MI 48152
United States

| | Date | 8/31/2024 |
|---|---|---|
| | Invoice # | 1889095 |
| | Terms | Net 30 |
| | Due Date | 9/30/2024 |
| | Service | Drive |
| | Currency | USD |
| | Customer Id | 2597778 |

| Deliveries | Description | Units | Serial/Lot Numbers | Amount |
|---|---|---|---|---|
| 27,654 | August Drive Fees | | | $203,803.47 |
| 0 | August Tax on Drive Fees | | | $0.00 |
| 23,726 | August Dasher Tips | | | $102,350.51 |
| 0 | August Acceptance Rate Fee | | | $0.00 |
| 0 | August Aggregator Fee | | | $0.00 |
| 0 | August Aggregator Fee | | | $0.00 |
| 0 | August Store Charges | | | $0.00 |
| 11 | August Store Refunds | | | ($186.00) |
| 0 | August OSW DWT Adjustment | | | $0.00 |
| 0 | August Transaction Adjustment | | | $0.00 |
| 0 | August Promotions Adjustment | | | $0.00 |
| 0 | August Support Fee | | | $0.00 |
| 58 | August Dasher Regulatory Fee | | | $116.00 |
| 0 | August Cash Adjustment | | | $0.00 |
| | | | **Total** | **$306,083.98** |

For all delivery details related to this invoice , please access the below URL: Please note that the URL expires after 90 days from the invoice date.
For access to expired links please contact

https://drd.sh/F8E0WZPu4DLGzc4c

**YOUR SUPPORT TO SUBMIT ELECTRONIC PAYMENTS INSTEAD OF CHECKS WILL BE GREATLY APPRECIATED TO IMPROVE THE PAYMENT PROCESSING EXPERIENCE.**



**DoorDash, Inc.**
303 2nd Street
Suite Tower 800
San Francisco CA 94107
(Do not send Checks to this Address)

*Drive Invoice*

**Bill To**

PSP Group, LLC
17197 N. Laurel Park Drive, Suite 402
Livonia MI 48152
United States

| | | Date | 9/30/2024 |
| | | Invoice # | 1929592 |
| | | Terms | Net 30 |
| | | Due Date | 10/30/2024 |
| | | Service | Drive |
| | | Currency | USD |
| | | Customer Id | 2597778 |

| Deliveries | Description | Units | Serial/Lot Numbers | Amount |
|---|---|---|---|---|
| 29,441 | September Drive Fees | | | $216,890.12 |
| 0 | September Tax on Drive Fees | | | $0.00 |
| 25,047 | September Dasher Tips | | | $107,881.82 |
| 0 | September Acceptance Rate Fee | | | $0.00 |
| 0 | September Aggregator Fee | | | $0.00 |
| 0 | September Aggregator Fee | | | $0.00 |
| 0 | September Store Charges | | | $0.00 |
| 9 | September Store Refunds | | | ($47.95) |
| 0 | September OSW DWT Adjustment | | | $0.00 |
| 0 | September Transaction Adjustment | | | $0.00 |
| 0 | September Promotions Adjustment | | | $0.00 |
| 0 | September Support Fee | | | $0.00 |
| 67 | September Dasher Regulatory Fee | | | $134.00 |
| 0 | September Cash Adjustment | | | $0.00 |
| | | | **Total** | **$324,857.99** |



**DoorDash, Inc.**
303 2nd Street
Suite Tower 800
San Francisco CA 94107
**(Do not send Checks to this Address)**

| | |
|---|---|
| Date | 10/31/2024 |
| Invoice # | 2000446 |
| Terms | Net 30 |
| Due Date | 11/30/2024 |
| Service | Drive |
| Currency | USD |
| Customer Id | 2597778 |

## *Drive Invoice*

**Bill To**

PSP Group, LLC
17197 N. Laurel Park Drive, Suite 402
Livonia MI 48152
United States

| Deliveries | Description | Units | Serial/Lot Numbers | Amount |
|---|---|---|---|---|
| 26,658 | October Drive Fees | | | $196,453.50 |
| 0 | October Tax on Drive Fees | | | $0.00 |
| 22,868 | October Dasher Tips | | | $97,760.77 |
| 0 | October Acceptance Rate Fee | | | $0.00 |
| 0 | October Aggregator Fee | | | $0.00 |
| 0 | October Aggregator Fee | | | $0.00 |
| 0 | October Store Charges | | | $0.00 |
| 5 | October Store Refunds | | | ($133.00) |
| 0 | October OSW DWT Adjustment | | | $0.00 |
| 0 | October Transaction Adjustment | | | $0.00 |
| 0 | October Promotions Adjustment | | | $0.00 |
| 0 | October Support Fee | | | $0.00 |
| 51 | October Dasher Regulatory Fee | | | $102.00 |
| 0 | October Cash Adjustment | | | $0.00 |
| | | | **Total** | **$294,183.27** |

For all delivery details related to this invoice , please access the below URL: Please note that the URL expires after 90 days from the invoice date.
For access to expired links please contact

https://drd.sh/GkOGiViOHfGjEKah

**YOUR SUPPORT TO SUBMIT ELECTRONIC PAYMENTS INSTEAD OF CHECKS WILL BE GREATLY APPRECIATED TO IMPROVE THE PAYMENT PROCESSING EXPERIENCE.**



**Doordash G&C, LLC**
303 2nd Street
South Tower 800
San Francisco, CA 94107

| | |
|---|---|
| **Date** | 9/30/2024 |
| **Invoice #** | 1954275 |
| **Terms** | Net 30 |
| **Due Date** | 10/30/2024 |
| **PO #** | |
| **DoorDash Rep** | |
| **Start Date** | 9/1/2024 |
| **End Date** | 9/30/2024 |
| **Service** | Sep 2024 Redcard Grocery |
| **Bank Account info** | |
| **Customer ID** | 8762309 |

*Invoice*

**Bill To**
PSP Group, LLC
17197 N Laurel Park Drive, Suite 402
Livonia MI 48152
United States

| Deliveries | Description | Units | Serial/Lot Numbers | Amount | Options |
|---|---|---|---|---|---|
| 13,336 | Sep 2024 Redcard Grocery | | | 87,326.97 | |

| | |
|---|---|
| **Total** | **$87,326.97** |

Please remit payment via ACH or EFT and include the invoice number in the memo to ensure timely application of your payment to your account:

*For all delivery details related to this invoice , please access the below URL:*
*Please note that the URL expires after 90 days from the invoice date.*
*For access to expired links please contact*

https://drd.sh/7HO6IYUVyBoPaSSR



**Doordash G&C, LLC**
303 2nd Street
South Tower 800
San Francisco, CA 94107

| | |
|---|---|
| Date | 10/31/2024 |
| Invoice # | 2004312 |
| Terms | Net 30 |
| Due Date | 11/30/2024 |
| PO # | |
| DoorDash Rep | |
| Start Date | 10/1/2024 |
| End Date | 10/31/2024 |
| Service | Oct 2024 Redcard Grocery |
| Bank Account info | |
| Customer ID | 8762309 |

*Invoice*

**Bill To**
PSP Group, LLC
17197 N Laurel Park Drive, Suite 402
Livonia MI 48152
United States

| Deliveries | Description | Units | Serial/Lot Numbers | Amount | Options |
|---|---|---|---|---|---|
| 14,371 | Oct 2024 Redcard Grocery | | | 94,099.37 | |

| | |
|---|---|
| **Total** | **$94,099.37** |

Please remit payment via ACH or EFT and include the invoice number in the memo to ensure timely application of your payment to your account:

*For all delivery details related to this invoice , please access the below URL:*
*Please note that the URL expires after 90 days from the invoice date.*
*For access to expired links please contact*

https://drd.sh/YC5OXFsEdpSvz3yw



**DoorDash, Inc.**
303 2nd Street
Suite Tower 800
San Francisco CA 94107
**(Do not send Checks to this Address)**

*Drive Invoice*

**Bill To**

PSP Group LLC
17410 College Parkway
Livonia MI 48152
United States

| | **Date** | 10/31/2024 |
| --- | --- | --- |
| | **Invoice #** | 2002314 |
| | **Terms** | Net 30 |
| | **Due Date** | 11/30/2024 |
| | **Service** | Drive |
| | **Currency** | USD |
| | **Customer Id** | 10340903 |

| Deliveries | Description | Units | Serial/Lot Numbers | Amount |
| --- | --- | --- | --- | --- |
| 213 | October Drive Fees | | | $1,559.29 |
| 0 | October Tax on Drive Fees | | | $0.00 |
| 157 | October Dasher Tips | | | $667.43 |
| 0 | October Acceptance Rate Fee | | | $0.00 |
| 0 | October Aggregator Fee | | | $0.00 |
| 0 | October Aggregator Fee | | | $0.00 |
| 0 | October Store Charges | | | $0.00 |
| 0 | October Store Refunds | | | $0.00 |
| 0 | October OSW DWT Adjustment | | | $0.00 |
| 0 | October Transaction Adjustment | | | $0.00 |
| 0 | October Promotions Adjustment | | | $0.00 |
| 0 | October Support Fee | | | $0.00 |
| 0 | October Dasher Regulatory Fee | | | $0.00 |
| 0 | October Cash Adjustment | | | $0.00 |
| | | | **Total** | **$2,226.72** |

*For all delivery details related to this invoice , please access the below URL: Please note that the URL expires after 90 days from the invoice date.*
*For access to expired links please contact*

https://drd.sh/RLzareifQyYaiPRf

**YOUR SUPPORT TO SUBMIT ELECTRONIC PAYMENTS INSTEAD OF CHECKS WILL BE GREATLY APPRECIATED TO IMPROVE THE PAYMENT PROCESSING EXPERIENCE.**



**DoorDash, Inc.**
303 2nd Street
Suite Tower 800
San Francisco CA 94107
(Do not send Checks to this Address)

*Drive Invoice*

**Bill To**

PSP Group LLC
17410 College Parkway
Livonia MI 48152
United States

| | | **Date** | 11/30/2024 |
| | | **Invoice #** | 2018646 |
| | | **Terms** | Net 30 |
| | | **Due Date** | 12/30/2024 |
| | | **Service** | Drive |
| | | **Currency** | USD |
| | | **Customer Id** | 10340903 |

| Deliveries | Description | Units | Serial/Lot Numbers | Amount |
|---|---|---|---|---|
| 223 | November Drive Fees | | | $1,618.64 |
| 0 | November Tax on Drive Fees | | | $0.00 |
| 161 | November Dasher Tips | | | $690.00 |
| 0 | November Acceptance Rate Fee | | | $0.00 |
| 0 | November Aggregator Fee | | | $0.00 |
| 0 | November Aggregator Fee | | | $0.00 |
| 0 | November Store Charges | | | $0.00 |
| 0 | November Store Refunds | | | $0.00 |
| 0 | November OSW DWT Adjustment | | | $0.00 |
| 0 | November Transaction Adjustment | | | $0.00 |
| 0 | November Promotions Adjustment | | | $0.00 |
| 0 | November Support Fee | | | $0.00 |
| 0 | November Dasher Regulatory Fee | | | $0.00 |
| 0 | November Cash Adjustment | | | $0.00 |
| | | | **Total** | **$2,308.64** |