## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 3, 2025, she caused the foregoing to be electronically filed with the Clerk of Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing.

 */s/ Noelle B. Torrice*
Noelle B. Torrice

*Counsel to DoorDash, Inc. and DoorDash G&C, LLC*