# EXHIBIT A

8255 Laguna Blvd  
c/o Inverness Management, LLC  
2020 L Street, 5th Floor  
Sacramento, CA  95811  
(916) 447-1058

8255 Laguna Blvd  
c/o Inverness Management, LLC  
2020 L Street, 5th Floor  
Sacramento, CA  95811  
(916) 447-1058

Vitamin Shoppe Industries,Inc.  
Lease Administration Dept.  
300 Harmon Meadow Blvd.  
Secaucus, NJ  07094

| DATE | ACCOUNT NUMBER |
|---|---|
| 12/23/2024 | 9000094   1 |
| INVOICE #: | |

| DATE | ACCOUNT NUMBER |
|---|---|
| 12/23/2024 | 9000094   1 |
| INVOICE #: | |
| Vitamin Shoppe Industries,Inc. | |

**MAKE CHECKS PAYABLE TO:**  PF Portfolio 2, LP

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 4/12/2024 | CR1 | 1/24-4/24 CAM Adj | 626.09 | 0.00 | 626.09 | 4/12/2024 | CR1 | 626.09 |
| 5/1/2024 | CR1 | Current Year CAM Recove | 2,239.00 | 2,043.44 | 195.56 | 5/1/2024 | CR1 | 195.56 |
| 6/1/2024 | CR1 | Current Year CAM Recove | 2,239.00 | 2,043.44 | 195.56 | 6/1/2024 | CR1 | 195.56 |
| 7/1/2024 | CR1 | Current Year CAM Recove | 2,239.00 | 2,043.44 | 195.56 | 7/1/2024 | CR1 | 195.56 |
| 8/1/2024 | CR1 | Current Year CAM Recove | 2,239.00 | 2,043.44 | 195.56 | 8/1/2024 | CR1 | 195.56 |
| 9/1/2024 | CR1 | Current Year CAM Recove | 2,239.00 | 2,043.44 | 195.56 | 9/1/2024 | CR1 | 195.56 |
| 1/1/2025 | CR1 | Current Year CAM Recove | 2,239.00 | 0.00 | 2,239.00 | 1/1/2025 | CR1 | 2,239.00 |
| 4/12/2024 | CR2 | 2023 CAM/Tax Recon | 6,071.37 | 0.00 | 6,071.37 | 4/12/2024 | CR2 | 6,071.37 |
| 1/1/2025 | RT1 | Rent | 13,763.75 | 0.00 | 13,763.75 | 1/1/2025 | RT1 | 13,763.75 |
| 12/3/2024 | TO1 | 120324ACH Overpayment | -0.17 | 0.00 | -0.17 | 12/3/2024 | TO1 | -0.17 |
| 4/12/2024 | TR1 | 1/24-4/24 Tax Adj | 156.17 | 113.84 | 42.33 | 4/12/2024 | TR1 | 42.33 |
| 1/1/2025 | TR1 | Current Year Tax Recover | 2,158.80 | 0.00 | 2,158.80 | 1/1/2025 | TR1 | 2,158.80 |
| 6/3/2024 | UT1 | Wtr/Swr 4/1-5/31/24 | 108.73 | 0.00 | 108.73 | 6/3/2024 | UT1 | 108.73 |
| 9/18/2024 | UT1 | Wtr/Swr 8/1-9/30/24 | 113.82 | 0.00 | 113.82 | 9/18/2024 | UT1 | 113.82 |
| 11/18/2024 | UT1 | Wtr/Swr 10/1-11/30/24 | 112.94 | 0.00 | 112.94 | 11/18/2024 | UT1 | 112.94 |
| 11/20/2024 | UT1 | Wtr/Swr 6/1-7/31/24 | 111.08 | 0.00 | 111.08 | 11/20/2024 | UT1 | 111.08 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 18,161.38 | 224.02 | 0.00 | 309.38 | 7,630.76 | 26,325.54 |

BALANCE DUE      26,325.54

# River Oaks Properties, Ltd.

Remittance Address:
5678 N. Mesa Street
El Paso, TX 79912

(Ch.11)Vitamin Shoppe #442
Vitamin Shoppe Industries Inc., a New York corporation
Attn: Lease Administration Dept.
300 Harmon Meadow Blvd.
Secaucus,NJ 07094

## Statement

| | |
|---|---|
| **Account** | 1elmpero (t0000318) |
| | (Ch.11)Vitamin Shoppe #442 |
| **Date** | 01/02/2025 |
| **Payment** | $ _____ |

*Please include your lease code **(t0000318)** on any checks or correspondence sent to our Remittance Address.

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 01/01/2024 | Base Rent (01/2024) | 9,900.00 | 0.00 | 9,900.00 |
| 01/01/2024 | CAM - Outparcel (01/2024) | 232.89 | 0.00 | 10,132.89 |
| 01/01/2024 | CAM, T & I (01/2024) | 2,190.00 | 0.00 | 12,322.89 |
| 01/02/2024 | ACH | 0.00 | 12,322.89 | 0.00 |
| 02/01/2024 | ACH | 0.00 | 12,322.89 | -12,322.89 |
| 02/01/2024 | Base Rent (02/2024) | 9,900.00 | 0.00 | -2,422.89 |
| 02/01/2024 | CAM - Outparcel (02/2024) | 232.89 | 0.00 | -2,190.00 |
| 02/01/2024 | CAM, T & I (02/2024) | 2,190.00 | 0.00 | 0.00 |
| 03/01/2024 | ACH | 0.00 | 12,322.89 | -12,322.89 |
| 03/01/2024 | Base Rent (03/2024) | 9,900.00 | 0.00 | -2,422.89 |
| 03/01/2024 | CAM - Outparcel (03/2024) | 232.89 | 0.00 | -2,190.00 |
| 03/01/2024 | CAM, T & I (03/2024) | 2,190.00 | 0.00 | 0.00 |
| 04/01/2024 | ACH | 0.00 | 12,322.89 | -12,322.89 |
| 04/01/2024 | Base Rent (04/2024) | 9,900.00 | 0.00 | -2,422.89 |
| 04/01/2024 | CAM - Outparcel (04/2024) | 232.89 | 0.00 | -2,190.00 |
| 04/01/2024 | CAM, T & I (04/2024) | 2,190.00 | 0.00 | 0.00 |
| 05/01/2024 | ACH | 0.00 | 12,322.89 | -12,322.89 |
| 05/01/2024 | Base Rent (05/2024) | 9,900.00 | 0.00 | -2,422.89 |
| 05/01/2024 | CAM - Outparcel (05/2024) | 232.89 | 0.00 | -2,190.00 |
| 05/01/2024 | CAM, T & I (05/2024) | 2,190.00 | 0.00 | 0.00 |
| 05/13/2024 | Prior Yr. Reconciliation (01/2023 - 12/2023) | -10,558.99 | 0.00 | -10,558.99 |
| 06/01/2024 | Base Rent (06/2024) | 9,900.00 | 0.00 | -658.99 |
| 06/01/2024 | CAM - Outparcel (06/2024) | 232.89 | 0.00 | -426.10 |
| 06/01/2024 | CAM, T & I (06/2024) | 2,190.00 | 0.00 | 1,763.90 |
| 06/03/2024 | ACH | 0.00 | 12,322.89 | -10,558.99 |
| 07/01/2024 | ACH | 0.00 | 12,322.89 | -22,881.88 |
| 07/01/2024 | Base Rent (07/2024) | 9,900.00 | 0.00 | -12,981.88 |
| 07/01/2024 | CAM - Outparcel (07/2024) | 232.89 | 0.00 | -12,748.99 |
| 07/01/2024 | CAM, T & I (07/2024) | 2,190.00 | 0.00 | -10,558.99 |
| 08/01/2024 | ACH | 0.00 | 12,322.89 | -22,881.88 |
| 08/01/2024 | Base Rent (08/2024) | 9,900.00 | 0.00 | -12,981.88 |
| 08/01/2024 | CAM - Outparcel (08/2024) | 232.89 | 0.00 | -12,748.99 |
| 08/01/2024 | CAM, T & I (08/2024) | 2,190.00 | 0.00 | -10,558.99 |
| 09/01/2024 | Base Rent (09/2024) | 9,900.00 | 0.00 | -658.99 |
| 09/01/2024 | CAM - Outparcel (09/2024) | 232.89 | 0.00 | -426.10 |
| 09/01/2024 | CAM, T & I (09/2024) | 2,190.00 | 0.00 | 1,763.90 |
| 09/03/2024 | ACH | 0.00 | 12,322.89 | -10,558.99 |
| 10/01/2024 | ACH | 0.00 | 12,322.89 | -22,881.88 |
| 10/01/2024 | Base Rent (10/2024) | 9,900.00 | 0.00 | -12,981.88 |
| 10/01/2024 | CAM - Outparcel (10/2024) | 232.89 | 0.00 | -12,748.99 |
| 10/01/2024 | CAM, T & I (10/2024) | 2,190.00 | 0.00 | -10,558.99 |
| 11/01/2024 | Base Rent (11/2024) | 9,900.00 | 0.00 | -658.99 |
| 11/01/2024 | CAM - Outparcel (11/2024) | 232.89 | 0.00 | -426.10 |
| 11/01/2024 | CAM, T & I (11/2024) | 2,190.00 | 0.00 | 1,763.90 |
| 11/04/2024 | ACH | 0.00 | 12,322.89 | -10,558.99 |
| 12/01/2024 | Base Rent (12/2024) | 9,900.00 | 0.00 | -658.99 |
| 12/01/2024 | CAM - Outparcel (12/2024) | 232.89 | 0.00 | -426.10 |

**River Oaks Properties, Ltd.**

Remittance Address:
5678 N. Mesa Street
El Paso, TX 79912

(Ch.11)Vitamin Shoppe #442
Vitamin Shoppe Industries Inc., a New York corporation
Attn: Lease Administration Dept.
300 Harmon Meadow Blvd.
Secaucus,NJ 07094

**Statement**

| | |
|---|---|
| **Account** | 1elmpero (t0000318) |
| | (Ch.11)Vitamin Shoppe #442 |
| **Date** | 01/02/2025 |
| **Payment** | $ _____ |

*Please include your lease code **(t0000318)** on any checks or correspondence sent to our Remittance Address.

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 12/01/2024 | CAM, T & I (12/2024) | 2,190.00 | 0.00 | 1,763.90 |
| 12/03/2024 | ACH | 0.00 | 12,322.89 | -10,558.99 |
| 01/01/2025 | Base Rent (01/2025) | 9,900.00 | 0.00 | -658.99 |
| 01/01/2025 | CAM - Outparcel (01/2025) | 232.89 | 0.00 | -426.10 |
| 01/01/2025 | CAM, T & I (01/2025) | 2,190.00 | 0.00 | 1,763.90 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 12,322.89 | 0.00 | 0.00 | -10,558.99 | 1,763.90 |

| Database: | NAIHIFFMAN | CM Receivables Ledger | Page: | 1 |
|---|---|---|---|---|
| | | NAI Hiffman Asset Management | Date: | 1/3/2025 |
| Occupancy Status: Current | | 01/24 Through 01/25 | Time: | 12:31 PM |

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NLVSC-003489** | | **Buddy's Home Furnishings** | | | | **Josh Newman, Director of RE** | | **(281) 989-7813** | | **Master Occp Id:** | **00003269-1** | |
| | Balance Forward | | | | | | | | 0.00 | | | |
| NLVSC | 003489 | 1/1/2024 | CAM | CAM | CH | AUTOCHRG @T1/31/2024 @ | 1,136.00 | | 1,136.00 | | | |
| NLVSC | 003489 | 1/1/2024 | INS | Insurance | CH | AUTOCHRG @T1/31/2024 @ | 1,016.00 | | 2,152.00 | | | |
| NLVSC | 003489 | 1/1/2024 | RET | Real Estate Tax | CH | AUTOCHRG @T1/31/2024 @ | 716.00 | | 2,868.00 | | | |
| NLVSC | 003489 | 1/1/2024 | RNT | Rent | CH | AUTOCHRG @T1/31/2024 | 3,791.67 | | 6,659.67 | | | |
| NLVSC | 003489 | 1/1/2024 | SAL | Florida Sales Tax | CH | Tax for RNT | 208.54 | | 6,868.21 | | | |
| NLVSC | 003489 | 1/1/2024 | SAL | Florida Sales Tax | CH | Tax for INS | 55.88 | | 6,924.09 | | | |
| NLVSC | 003489 | 1/1/2024 | SAL | Florida Sales Tax | CH | Tax for CAM | 62.48 | | 6,986.57 | | | |
| NLVSC | 003489 | 1/1/2024 | SAL | Florida Sales Tax | CH | Tax for RET | 39.38 | | 7,025.95 | | | |
| NLVSC | 003489 | 1/3/2024 | CAM | CAM | CR | CreditApply | | 1,247.91 | 5,778.04 | 34524 | | APL |
| NLVSC | 003489 | 1/3/2024 | CAM | CAM | CR | Receipt | | 1,136.00 | 4,642.04 | 34875 | | CHK |
| NLVSC | 003489 | 1/3/2024 | INS | Insurance | CR | Receipt | | 1,016.00 | 3,626.04 | 34875 | | CHK |
| NLVSC | 003489 | 1/3/2024 | PPD | PrePaid Rent | CR | PREPAID PAYMENT | | 0.02 | 3,626.02 | 34875 | | CHK |
| NLVSC | 003489 | 1/3/2024 | PPD | PrePaid Rent | PR | CreditApply | 5,823.17 | | 9,449.19 | 34524 | | APL |
| NLVSC | 003489 | 1/3/2024 | RET | Real Estate Tax | CR | Receipt | | 716.00 | 8,733.19 | 34875 | | CHK |
| NLVSC | 003489 | 1/3/2024 | RET | Real Estate Tax | CR | CreditApply | | 480.01 | 8,253.18 | 34524 | | APL |
| NLVSC | 003489 | 1/3/2024 | RNT | Rent | CR | Receipt | | 3,791.67 | 4,461.51 | 34875 | | CHK |
| NLVSC | 003489 | 1/3/2024 | RNT | Rent | CR | CreditApply | | 3,791.67 | 669.84 | 34524 | | APL |
| NLVSC | 003489 | 1/3/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 31.20 | 638.64 | | | APL |
| NLVSC | 003489 | 1/3/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 23.99 | 614.65 | | | APL |
| NLVSC | 003489 | 1/3/2024 | SAL | Florida Sales Tax | PR | CreditApply | 55.19 | | 669.84 | | | APL |
| NLVSC | 003489 | 1/3/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 57.12 | 612.72 | 34524 | | APL |
| NLVSC | 003489 | 1/3/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 246.46 | 366.26 | 34524 | | APL |
| NLVSC | 003489 | 1/3/2024 | SAL | Florida Sales Tax | CR | Receipt | | 208.54 | 157.72 | 34875 | | CHK |
| NLVSC | 003489 | 1/3/2024 | SAL | Florida Sales Tax | CR | Receipt | | 62.48 | 95.24 | 34875 | | CHK |
| NLVSC | 003489 | 1/3/2024 | SAL | Florida Sales Tax | CR | Receipt | | 39.38 | 55.86 | 34875 | | CHK |
| NLVSC | 003489 | 1/3/2024 | SAL | Florida Sales Tax | CR | Receipt | | 55.88 | -0.02 | 34875 | | CHK |
| NLVSC | 003489 | 2/1/2024 | CAM | CAM | CH | AUTOCHRG @T2/29/2024 | 1,136.00 | | 1,135.98 | | | |
| NLVSC | 003489 | 2/1/2024 | INS | Insurance | CH | AUTOCHRG @T2/29/2024 | 1,016.00 | | 2,151.98 | | | |
| NLVSC | 003489 | 2/1/2024 | RET | Real Estate Tax | CH | AUTOCHRG @T2/29/2024 | 716.00 | | 2,867.98 | | | |
| NLVSC | 003489 | 2/1/2024 | RNT | Rent | CH | AUTOCHRG @T2/29/2024 | 3,791.67 | | 6,659.65 | | | |
| NLVSC | 003489 | 2/1/2024 | SAL | Florida Sales Tax | CH | Tax for RNT | 208.54 | | 6,868.19 | | | |
| NLVSC | 003489 | 2/1/2024 | SAL | Florida Sales Tax | CH | Tax for RET | 39.38 | | 6,907.57 | | | |
| NLVSC | 003489 | 2/1/2024 | SAL | Florida Sales Tax | CH | Tax for INS | 55.88 | | 6,963.45 | | | |
| NLVSC | 003489 | 2/1/2024 | SAL | Florida Sales Tax | CH | Tax for CAM | 62.48 | | 7,025.93 | | | |

| Database: | NAIHIFFMAN | | | | CM Receivables Ledger | | | | | Page: | 2 |
| | | | | | NAI Hiffman Asset Management | | | | | Date: | 1/3/2025 |
| | | | | | | | | | | Time: | 12:31 PM |
| Occupancy Status: Current | | | | | 01/24 Through 01/25 | | | | | | |

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NLVSC | 003489 | 2/5/2024 | CAM | CAM | CR | Receipt | | 1,136.00 | 5,889.93 | 35442 | | CHK |
| NLVSC | 003489 | 2/5/2024 | INS | Insurance | CR | Receipt | | 1,016.00 | 4,873.93 | 35442 | | CHK |
| NLVSC | 003489 | 2/5/2024 | PPD | PrePaid Rent | CR | Prepaid Payment | | 0.02 | 4,873.91 | 35442 | | CHK |
| NLVSC | 003489 | 2/5/2024 | RET | Real Estate Tax | CR | Receipt | | 716.00 | 4,157.91 | 35442 | | CHK |
| NLVSC | 003489 | 2/5/2024 | RNT | Rent | CR | Receipt | | 3,791.67 | 366.24 | 35442 | | CHK |
| NLVSC | 003489 | 2/5/2024 | SAL | Florida Sales Tax | CR | Receipt | | 208.54 | 157.70 | 35442 | | CHK |
| NLVSC | 003489 | 2/5/2024 | SAL | Florida Sales Tax | CR | Receipt | | 55.88 | 101.82 | 35442 | | CHK |
| NLVSC | 003489 | 2/5/2024 | SAL | Florida Sales Tax | CR | Receipt | | 62.48 | 39.34 | 35442 | | CHK |
| NLVSC | 003489 | 2/5/2024 | SAL | Florida Sales Tax | CR | Receipt | | 39.38 | -0.04 | 35442 | | CHK |
| NLVSC | 003489 | 2/12/2024 | PYC | Prior Year Cam | NC | 2023 RECON CAM | | 2,313.57 | -2,313.61 | | | |
| NLVSC | 003489 | 2/12/2024 | PYI | Prior Year Insurance | CH | 2023 RECON Insurance | 13,991.72 | | 11,678.11 | | | |
| NLVSC | 003489 | 2/12/2024 | PYS | Prior Year Sales Tax | CH | 2023 RECON Ins SAL | 769.54 | | 12,447.65 | | | |
| NLVSC | 003489 | 2/12/2024 | PYS | Prior Year Sales Tax | CH | 2023 RECON RETAXSAL | 367.87 | | 12,815.52 | | | |
| NLVSC | 003489 | 2/12/2024 | PYS | Prior Year Sales Tax | NC | 2023 RECON CAM SAL | | 127.25 | 12,688.27 | | | |
| NLVSC | 003489 | 2/12/2024 | PYT | Prior Year RE Tax | CH | 2023 RECON RETAX | 6,688.46 | | 19,376.73 | | | |
| NLVSC | 003489 | 2/12/2024 | PYU | Prior Year Utilites | CH | 2023 RECON Utilities | 2,619.26 | | 21,995.99 | | | |
| NLVSC | 003489 | 3/1/2024 | CAM | CAM | CH | AUTOCHRG @T3/31/2024 | 1,136.00 | | 23,131.99 | | | |
| NLVSC | 003489 | 3/1/2024 | INS | Insurance | CH | AUTOCHRG @T3/31/2024 | 1,016.00 | | 24,147.99 | | | |
| NLVSC | 003489 | 3/1/2024 | RET | Real Estate Tax | CH | AUTOCHRG @T3/31/2024 | 716.00 | | 24,863.99 | | | |
| NLVSC | 003489 | 3/1/2024 | RNT | Rent | CH | AUTOCHRG @T3/31/2024 | 3,791.67 | | 28,655.66 | | | |
| NLVSC | 003489 | 3/1/2024 | SAL | Florida Sales Tax | CH | Tax for RNT | 208.54 | | 28,864.20 | | | |
| NLVSC | 003489 | 3/1/2024 | SAL | Florida Sales Tax | CH | Tax for RET | 39.38 | | 28,903.58 | | | |
| NLVSC | 003489 | 3/1/2024 | SAL | Florida Sales Tax | CH | Tax for INS | 55.88 | | 28,959.46 | | | |
| NLVSC | 003489 | 3/1/2024 | SAL | Florida Sales Tax | CH | Tax for CAM | 62.48 | | 29,021.94 | | | |
| NLVSC | 003489 | 3/4/2024 | CAM | CAM | CR | Receipt | | 1,136.00 | 27,885.94 | 35959 | | CHK |
| NLVSC | 003489 | 3/4/2024 | INS | Insurance | CR | Receipt | | 1,016.00 | 26,869.94 | 35959 | | CHK |
| NLVSC | 003489 | 3/4/2024 | PPD | PrePaid Rent | CR | PREPAID PAYMENT | | 0.02 | 26,869.92 | 35959 | | CHK |
| NLVSC | 003489 | 3/4/2024 | RET | Real Estate Tax | CR | Receipt | | 716.00 | 26,153.92 | 35959 | | CHK |
| NLVSC | 003489 | 3/4/2024 | RNT | Rent | CR | Receipt | | 3,791.67 | 22,362.25 | 35959 | | CHK |
| NLVSC | 003489 | 3/4/2024 | SAL | Florida Sales Tax | CR | Receipt | | 208.54 | 22,153.71 | 35959 | | CHK |
| NLVSC | 003489 | 3/4/2024 | SAL | Florida Sales Tax | CR | Receipt | | 62.48 | 22,091.23 | 35959 | | CHK |
| NLVSC | 003489 | 3/4/2024 | SAL | Florida Sales Tax | CR | Receipt | | 39.38 | 22,051.85 | 35959 | | CHK |
| NLVSC | 003489 | 3/4/2024 | SAL | Florida Sales Tax | CR | Receipt | | 55.88 | 21,995.97 | 35959 | | CHK |
| NLVSC | 003489 | 3/28/2024 | UTL | Utility Reimbursement | CH | Jan 2024 Utility Charge | 130.00 | | 22,125.97 | | | |
| NLVSC | 003489 | 3/28/2024 | UTL | Utility Reimbursement | CH | Feb 2024 Utility Charge | 130.00 | | 22,255.97 | | | |
| NLVSC | 003489 | 3/28/2024 | UTL | Utility Reimbursement | CH | March 2024 Utility Charge | 130.00 | | 22,385.97 | | | |
| NLVSC | 003489 | 3/28/2024 | UTL | Utility Reimbursement | CH | April 2024 Utility Charge | 130.00 | | 22,515.97 | | | |
| NLVSC | 003489 | 4/1/2024 | CAM | CAM | CH | AUTOCHRG @T4/30/2024 | 1,136.00 | | 23,651.97 | | | |
| NLVSC | 003489 | 4/1/2024 | INS | Insurance | CH | AUTOCHRG @T4/30/2024 | 1,016.00 | | 24,667.97 | | | |
| NLVSC | 003489 | 4/1/2024 | RET | Real Estate Tax | CH | AUTOCHRG @T4/30/2024 | 716.00 | | 25,383.97 | | | |

| Database: | NAIHIFFMAN | | | | | CM Receivables Ledger | | | | Page: | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | NAI Hiffman Asset Management | | | | Date: | 1/3/2025 |
| Occupancy Status: Current | | | | | | 01/24 Through 01/25 | | | | Time: | 12:31 PM |

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NLVSC | 003489 | 4/1/2024 | RNT | Rent | CH | AUTOCHRG @T4/30/2024 | 3,791.67 | | 29,175.64 | | | |
| NLVSC | 003489 | 4/1/2024 | SAL | Florida Sales Tax | CH | Tax for RNT | 208.54 | | 29,384.18 | | | |
| NLVSC | 003489 | 4/1/2024 | SAL | Florida Sales Tax | CH | Tax for RET | 39.38 | | 29,423.56 | | | |
| NLVSC | 003489 | 4/1/2024 | SAL | Florida Sales Tax | CH | Tax for INS | 55.88 | | 29,479.44 | | | |
| NLVSC | 003489 | 4/1/2024 | SAL | Florida Sales Tax | CH | Tax for CAM | 62.48 | | 29,541.92 | | | |
| NLVSC | 003489 | 4/2/2024 | CAM | CAM | CR | Receipt | | 1,136.00 | 28,405.92 | 36409 | | CHK |
| NLVSC | 003489 | 4/2/2024 | INS | Insurance | CR | Receipt | | 1,016.00 | 27,389.92 | 36409 | | CHK |
| NLVSC | 003489 | 4/2/2024 | PPD | PrePaid Rent | CR | PREPAID PAYMENT | | 21,996.05 | 5,393.87 | 36409 | | CHK |
| NLVSC | 003489 | 4/2/2024 | RET | Real Estate Tax | CR | Receipt | | 716.00 | 4,677.87 | 36409 | | CHK |
| NLVSC | 003489 | 4/2/2024 | RNT | Rent | CR | Receipt | | 3,791.67 | 886.20 | 36409 | | CHK |
| NLVSC | 003489 | 4/2/2024 | SAL | Florida Sales Tax | CR | Receipt | | 208.54 | 677.66 | 36409 | | CHK |
| NLVSC | 003489 | 4/2/2024 | SAL | Florida Sales Tax | CR | Receipt | | 39.38 | 638.28 | 36409 | | CHK |
| NLVSC | 003489 | 4/2/2024 | SAL | Florida Sales Tax | CR | Receipt | | 55.88 | 582.40 | 36409 | | CHK |
| NLVSC | 003489 | 4/2/2024 | SAL | Florida Sales Tax | CR | Receipt | | 62.48 | 519.92 | 36409 | | CHK |
| NLVSC | 003489 | 4/4/2024 | PPD | PrePaid Rent | PR | CreditApply | 21,996.03 | | 22,515.95 | 36409 | | APL |
| NLVSC | 003489 | 4/4/2024 | PYC | Prior Year Cam | PR | CreditApply | 2,313.57 | | 24,829.52 | | | APL |
| NLVSC | 003489 | 4/4/2024 | PYI | Prior Year Insurance | CR | CreditApply | | 2,313.57 | 22,515.95 | | | APL |
| NLVSC | 003489 | 4/4/2024 | PYI | Prior Year Insurance | CR | CreditApply | | 127.25 | 22,388.70 | | | APL |
| NLVSC | 003489 | 4/4/2024 | PYI | Prior Year Insurance | CR | CreditApply | | 11,550.90 | 10,837.80 | 36409 | | APL |
| NLVSC | 003489 | 4/4/2024 | PYS | Prior Year Sales Tax | CR | CreditApply | | 367.87 | 10,469.93 | 36409 | | APL |
| NLVSC | 003489 | 4/4/2024 | PYS | Prior Year Sales Tax | CR | CreditApply | | 769.54 | 9,700.39 | 36409 | | APL |
| NLVSC | 003489 | 4/4/2024 | PYS | Prior Year Sales Tax | PR | CreditApply | 127.25 | | 9,827.64 | | | APL |
| NLVSC | 003489 | 4/4/2024 | PYT | Prior Year RE Tax | CR | CreditApply | | 6,688.46 | 3,139.18 | 36409 | | APL |
| NLVSC | 003489 | 4/4/2024 | PYU | Prior Year Utilites | CR | CreditApply | | 2,619.26 | 519.92 | 36409 | | APL |
| NLVSC | 003489 | 5/1/2024 | CAM | CAM | CH | AUTOCHRG @T5/31/2024 | 1,136.00 | | 1,655.92 | | | |
| NLVSC | 003489 | 5/1/2024 | INS | Insurance | CH | AUTOCHRG @T5/31/2024 | 1,016.00 | | 2,671.92 | | | |
| NLVSC | 003489 | 5/1/2024 | RET | Real Estate Tax | CH | AUTOCHRG @T5/31/2024 | 716.00 | | 3,387.92 | | | |
| NLVSC | 003489 | 5/1/2024 | RNT | Rent | CH | AUTOCHRG @T5/31/2024 | 3,791.67 | | 7,179.59 | | | |
| NLVSC | 003489 | 5/1/2024 | SAL | Florida Sales Tax | CH | Tax for RNT | 208.54 | | 7,388.13 | | | |
| NLVSC | 003489 | 5/1/2024 | SAL | Florida Sales Tax | CH | Tax for INS | 55.88 | | 7,444.01 | | | |
| NLVSC | 003489 | 5/1/2024 | SAL | Florida Sales Tax | CH | Tax for CAM | 62.48 | | 7,506.49 | | | |
| NLVSC | 003489 | 5/1/2024 | SAL | Florida Sales Tax | CH | Tax for RET | 39.38 | | 7,545.87 | | | |
| NLVSC | 003489 | 5/3/2024 | PPD | PrePaid Rent | CR | PRE PAID PAYMENT | | 7,155.97 | 389.90 | 1283 | | CHK |
| NLVSC | 003489 | 5/10/2024 | CAM | CAM | CR | CreditApply | | 1,136.00 | -746.10 | 1283 | | APL |
| NLVSC | 003489 | 5/10/2024 | INS | Insurance | CR | CreditApply | | 1,016.00 | -1,762.10 | 1283 | | APL |
| NLVSC | 003489 | 5/10/2024 | PPD | PrePaid Rent | PR | CreditApply | 7,155.95 | | 5,393.85 | 1283 | | APL |
| NLVSC | 003489 | 5/10/2024 | RET | Real Estate Tax | CR | CreditApply | | 716.00 | 4,677.85 | 1283 | | APL |
| NLVSC | 003489 | 5/10/2024 | RNT | Rent | CR | CreditApply | | 3,791.67 | 886.18 | 1283 | | APL |
| NLVSC | 003489 | 5/10/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 208.54 | 677.64 | 1283 | | APL |
| NLVSC | 003489 | 5/10/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 39.38 | 638.26 | 1283 | | APL |

| Database: | NAIHIFFMAN | | | | CM Receivables Ledger | | | | | Page: | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | NAI Hiffman Asset Management | | | | | Date: | 1/3/2025 |
| Occupancy Status: Current | | | | | 01/24 Through 01/25 | | | | | Time: | 12:31 PM |

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NLVSC | 003489 | 5/10/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 55.88 | 582.38 | 1283 | | APL |
| NLVSC | 003489 | 5/10/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 62.48 | 519.90 | 1283 | | APL |
| NLVSC | 003489 | 5/10/2024 | UTL | Utility Reimbursement | CR | CreditApply | | 130.00 | 389.90 | 1283 | | APL |
| NLVSC | 003489 | 5/14/2024 | UTL | Utility Reimbursement | CH | May 2024 Utility Charge | 130.00 | | 519.90 | | | |
| NLVSC | 003489 | 6/1/2024 | CAM | CAM | CH | AUTOCHRG @T6/30/2024 | 1,136.00 | | 1,655.90 | | | |
| NLVSC | 003489 | 6/1/2024 | INS | Insurance | CH | AUTOCHRG @T6/30/2024 | 1,016.00 | | 2,671.90 | | | |
| NLVSC | 003489 | 6/1/2024 | RET | Real Estate Tax | CH | AUTOCHRG @T6/30/2024 | 716.00 | | 3,387.90 | | | |
| NLVSC | 003489 | 6/1/2024 | RNT | Rent | CH | AUTOCHRG @T6/30/2024 | 3,791.67 | | 7,179.57 | | | |
| NLVSC | 003489 | 6/1/2024 | SAL | Florida Sales Tax | CH | Tax for RNT | 113.75 | | 7,293.32 | | | |
| NLVSC | 003489 | 6/1/2024 | SAL | Florida Sales Tax | CH | Tax for RET | 21.48 | | 7,314.80 | | | |
| NLVSC | 003489 | 6/1/2024 | SAL | Florida Sales Tax | CH | Tax for INS | 30.48 | | 7,345.28 | | | |
| NLVSC | 003489 | 6/1/2024 | SAL | Florida Sales Tax | CH | Tax for CAM | 34.08 | | 7,379.36 | | | |
| NLVSC | 003489 | 6/1/2024 | SAL | Florida Sales Tax | CH | Tax for UTL | 3.90 | | 7,383.26 | | | |
| NLVSC | 003489 | 6/1/2024 | UTL | Utility Reimbursement | CH | AUTOCHRG @T6/30/2024 @ | 130.00 | | 7,513.26 | | | |
| NLVSC | 003489 | 6/6/2024 | PPD | PrePaid Rent | CR | PRE PAID PAYMENT | | 7,509.36 | 3.90 | 1726 | | CHK |
| NLVSC | 003489 | 6/14/2024 | CAM | CAM | CR | CreditApply | | 1,136.00 | -1,132.10 | 1726 | | APL |
| NLVSC | 003489 | 6/14/2024 | INS | Insurance | CR | CreditApply | | 1,016.00 | -2,148.10 | 1726 | | APL |
| NLVSC | 003489 | 6/14/2024 | PPD | PrePaid Rent | PR | CreditApply | 0.02 | | -2,148.08 | 36409 | | APL |
| NLVSC | 003489 | 6/14/2024 | PPD | PrePaid Rent | PR | CreditApply | 7,509.36 | | 5,361.28 | 1726 | | APL |
| NLVSC | 003489 | 6/14/2024 | PPD | PrePaid Rent | PR | CreditApply | 0.02 | | 5,361.30 | 1283 | | APL |
| NLVSC | 003489 | 6/14/2024 | PPD | PrePaid Rent | PR | CreditApply | 0.02 | | 5,361.32 | 34875 | | APL |
| NLVSC | 003489 | 6/14/2024 | PPD | PrePaid Rent | PR | CreditApply | 0.02 | | 5,361.34 | 35442 | | APL |
| NLVSC | 003489 | 6/14/2024 | PPD | PrePaid Rent | PR | CreditApply | 0.02 | | 5,361.36 | 35959 | | APL |
| NLVSC | 003489 | 6/14/2024 | RET | Real Estate Tax | CR | CreditApply | | 716.00 | 4,645.36 | 1726 | | APL |
| NLVSC | 003489 | 6/14/2024 | RNT | Rent | CR | CreditApply | | 3,791.67 | 853.69 | 1726 | | APL |
| NLVSC | 003489 | 6/14/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 0.02 | 853.67 | 36409 | | APL |
| NLVSC | 003489 | 6/14/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 0.02 | 853.65 | 1283 | | APL |
| NLVSC | 003489 | 6/14/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 0.02 | 853.63 | 34875 | | APL |
| NLVSC | 003489 | 6/14/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 0.02 | 853.61 | 35442 | | APL |
| NLVSC | 003489 | 6/14/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 0.02 | 853.59 | 35959 | | APL |
| NLVSC | 003489 | 6/14/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 21.38 | 832.21 | 1726 | | APL |
| NLVSC | 003489 | 6/14/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 30.48 | 801.73 | 1726 | | APL |
| NLVSC | 003489 | 6/14/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 34.08 | 767.65 | 1726 | | APL |
| NLVSC | 003489 | 6/14/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 113.75 | 653.90 | 1726 | | APL |
| NLVSC | 003489 | 6/14/2024 | UTL | Utility Reimbursement | CR | CreditApply | | 130.00 | 523.90 | 1726 | | APL |
| NLVSC | 003489 | 6/14/2024 | UTL | Utility Reimbursement | CR | CreditApply | | 130.00 | 393.90 | 1726 | | APL |
| NLVSC | 003489 | 6/14/2024 | UTL | Utility Reimbursement | CR | CreditApply | | 130.00 | 263.90 | 1726 | | APL |
| NLVSC | 003489 | 6/14/2024 | UTL | Utility Reimbursement | CR | CreditApply | | 130.00 | 133.90 | 1726 | | APL |
| NLVSC | 003489 | 6/14/2024 | UTL | Utility Reimbursement | CR | CreditApply | | 130.00 | 3.90 | 1726 | | APL |
| NLVSC | 003489 | 7/1/2024 | CAM | CAM | CH | AUTOCHRG @T7/31/2024 | 1,136.00 | | 1,139.90 | | | |

| Database: | NAIHIFFMAN | | | | CM Receivables Ledger | | | | Page: | 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | NAI Hiffman Asset Management | | | | Date: | 1/3/2025 |
| | | | | | | | | | Time: | 12:31 PM |
| Occupancy Status: Current | | | | | 01/24 Through 01/25 | | | | | |

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NLVSC | 003489 | 7/1/2024 | INS | Insurance | CH | AUTOCHRG @T7/31/2024 | 1,016.00 | | 2,155.90 | | | |
| NLVSC | 003489 | 7/1/2024 | RET | Real Estate Tax | CH | AUTOCHRG @T7/31/2024 | 716.00 | | 2,871.90 | | | |
| NLVSC | 003489 | 7/1/2024 | RNT | Rent | CH | AUTOCHRG @T7/31/2024 | 3,791.67 | | 6,663.57 | | | |
| NLVSC | 003489 | 7/1/2024 | SAL | Florida Sales Tax | CH | Tax for RNT | 113.75 | | 6,777.32 | | | |
| NLVSC | 003489 | 7/1/2024 | SAL | Florida Sales Tax | CH | Tax for RET | 21.48 | | 6,798.80 | | | |
| NLVSC | 003489 | 7/1/2024 | SAL | Florida Sales Tax | CH | Tax for UTL | 3.90 | | 6,802.70 | | | |
| NLVSC | 003489 | 7/1/2024 | SAL | Florida Sales Tax | CH | Tax for INS | 30.48 | | 6,833.18 | | | |
| NLVSC | 003489 | 7/1/2024 | SAL | Florida Sales Tax | CH | Tax for CAM | 34.08 | | 6,867.26 | | | |
| NLVSC | 003489 | 7/1/2024 | UTL | Utility Reimbursement | CH | AUTOCHRG @T7/31/2024 | 130.00 | | 6,997.26 | | | |
| NLVSC | 003489 | 7/3/2024 | PPD | PrePaid Rent | CR | PRE PAID PAYMENT | | 6,997.26 | 0.00 | 002188 | | CHK |
| NLVSC | 003489 | 7/15/2024 | CAM | CAM | CR | CreditApply | | 1,136.00 | -1,136.00 | 002188 | | APL |
| NLVSC | 003489 | 7/15/2024 | INS | Insurance | CR | CreditApply | | 1,016.00 | -2,152.00 | 002188 | | APL |
| NLVSC | 003489 | 7/15/2024 | PPD | PrePaid Rent | PR | CreditApply | 6,997.26 | | 4,845.26 | 002188 | | APL |
| NLVSC | 003489 | 7/15/2024 | RET | Real Estate Tax | CR | CreditApply | | 716.00 | 4,129.26 | 002188 | | APL |
| NLVSC | 003489 | 7/15/2024 | RNT | Rent | CR | CreditApply | | 3,791.67 | 337.59 | 002188 | | APL |
| NLVSC | 003489 | 7/15/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 3.90 | 333.69 | 002188 | | APL |
| NLVSC | 003489 | 7/15/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 3.90 | 329.79 | 002188 | | APL |
| NLVSC | 003489 | 7/15/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 21.48 | 308.31 | 002188 | | APL |
| NLVSC | 003489 | 7/15/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 30.48 | 277.83 | 002188 | | APL |
| NLVSC | 003489 | 7/15/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 34.08 | 243.75 | 002188 | | APL |
| NLVSC | 003489 | 7/15/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 113.75 | 130.00 | 002188 | | APL |
| NLVSC | 003489 | 7/15/2024 | UTL | Utility Reimbursement | CR | CreditApply | | 130.00 | 0.00 | 002188 | | APL |
| NLVSC | 003489 | 8/1/2024 | CAM | CAM | CH | AUTOCHRG @T8/31/2024 | 1,136.00 | | 1,136.00 | | | |
| NLVSC | 003489 | 8/1/2024 | INS | Insurance | CH | AUTOCHRG @T8/31/2024 | 1,016.00 | | 2,152.00 | | | |
| NLVSC | 003489 | 8/1/2024 | RET | Real Estate Tax | CH | AUTOCHRG @T8/31/2024 | 716.00 | | 2,868.00 | | | |
| NLVSC | 003489 | 8/1/2024 | RNT | Rent | CH | AUTOCHRG @T8/31/2024 | 3,791.67 | | 6,659.67 | | | |
| NLVSC | 003489 | 8/1/2024 | SAL | Florida Sales Tax | CH | Tax for RNT | 113.75 | | 6,773.42 | | | |
| NLVSC | 003489 | 8/1/2024 | SAL | Florida Sales Tax | CH | Tax for RET | 21.48 | | 6,794.90 | | | |
| NLVSC | 003489 | 8/1/2024 | SAL | Florida Sales Tax | CH | Tax for INS | 30.48 | | 6,825.38 | | | |
| NLVSC | 003489 | 8/1/2024 | SAL | Florida Sales Tax | CH | Tax for CAM | 34.08 | | 6,859.46 | | | |
| NLVSC | 003489 | 8/1/2024 | SAL | Florida Sales Tax | CH | Tax for UTL | 3.90 | | 6,863.36 | | | |
| NLVSC | 003489 | 8/1/2024 | UTL | Utility Reimbursement | CH | AUTOCHRG @T8/31/2024 | 130.00 | | 6,993.36 | | | |
| NLVSC | 003489 | 8/5/2024 | CAM | CAM | CR | Receipt | | 1,136.00 | 5,857.36 | 2663 | | CHK |
| NLVSC | 003489 | 8/5/2024 | INS | Insurance | CR | Receipt | | 1,016.00 | 4,841.36 | 2663 | | CHK |
| NLVSC | 003489 | 8/5/2024 | RET | Real Estate Tax | CR | Receipt | | 716.00 | 4,125.36 | 2663 | | CHK |
| NLVSC | 003489 | 8/5/2024 | RNT | Rent | CR | Receipt | | 3,791.67 | 333.69 | 2663 | | CHK |
| NLVSC | 003489 | 8/5/2024 | SAL | Florida Sales Tax | CR | Receipt | | 113.75 | 219.94 | 2663 | | CHK |
| NLVSC | 003489 | 8/5/2024 | SAL | Florida Sales Tax | CR | Receipt | | 21.48 | 198.46 | 2663 | | CHK |
| NLVSC | 003489 | 8/5/2024 | SAL | Florida Sales Tax | CR | Receipt | | 30.48 | 167.98 | 2663 | | CHK |
| NLVSC | 003489 | 8/5/2024 | SAL | Florida Sales Tax | CR | Receipt | | 3.90 | 164.08 | 2663 | | CHK |

| Database: | NAIHIFFMAN | | | CM Receivables Ledger | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | NAI Hiffman Asset Management | | | | Page: | 6 | |
| | | | | | | | | Date: | 1/3/2025 | |
| Occupancy Status: Current | | | | 01/24 Through 01/25 | | | | Time: | 12:31 PM | |

| Building | Lease | Date | Category | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NLVSC | 003489 | 8/5/2024 | SAL Florida Sales Tax | CR | Receipt | | 34.08 | 130.00 | 2663 | | CHK |
| NLVSC | 003489 | 8/5/2024 | UTL Utility Reimbursement | CR | Receipt | | 130.00 | 0.00 | 2663 | | CHK |
| NLVSC | 003489 | 9/1/2024 | CAM CAM | CH | AUTOCHRG @T9/30/2024 | 1,136.00 | | 1,136.00 | | | |
| NLVSC | 003489 | 9/1/2024 | INS Insurance | CH | AUTOCHRG @T9/30/2024 | 1,016.00 | | 2,152.00 | | | |
| NLVSC | 003489 | 9/1/2024 | RET Real Estate Tax | CH | AUTOCHRG @T9/30/2024 | 716.00 | | 2,868.00 | | | |
| NLVSC | 003489 | 9/1/2024 | RNT Rent | CH | AUTOCHRG @T9/30/2024 | 3,791.67 | | 6,659.67 | | | |
| NLVSC | 003489 | 9/1/2024 | SAL Florida Sales Tax | CH | Tax for RNT | 113.75 | | 6,773.42 | | | |
| NLVSC | 003489 | 9/1/2024 | SAL Florida Sales Tax | CH | Tax for UTL | 3.90 | | 6,777.32 | | | |
| NLVSC | 003489 | 9/1/2024 | SAL Florida Sales Tax | CH | Tax for RET | 21.48 | | 6,798.80 | | | |
| NLVSC | 003489 | 9/1/2024 | SAL Florida Sales Tax | CH | Tax for INS | 30.48 | | 6,829.28 | | | |
| NLVSC | 003489 | 9/1/2024 | SAL Florida Sales Tax | CH | Tax for CAM | 34.08 | | 6,863.36 | | | |
| NLVSC | 003489 | 9/1/2024 | UTL Utility Reimbursement | CH | AUTOCHRG @T9/30/2024 | 130.00 | | 6,993.36 | | | |
| NLVSC | 003489 | 9/5/2024 | CAM CAM | CR | Receipt | | 1,136.00 | 5,857.36 | 003127 | | CHK |
| NLVSC | 003489 | 9/5/2024 | INS Insurance | CR | Receipt | | 1,016.00 | 4,841.36 | 003127 | | CHK |
| NLVSC | 003489 | 9/5/2024 | RET Real Estate Tax | CR | Receipt | | 716.00 | 4,125.36 | 003127 | | CHK |
| NLVSC | 003489 | 9/5/2024 | RNT Rent | CR | Receipt | | 3,791.67 | 333.69 | 003127 | | CHK |
| NLVSC | 003489 | 9/5/2024 | SAL Florida Sales Tax | CR | Receipt | | 113.75 | 219.94 | 003127 | | CHK |
| NLVSC | 003489 | 9/5/2024 | SAL Florida Sales Tax | CR | Receipt | | 21.48 | 198.46 | 003127 | | CHK |
| NLVSC | 003489 | 9/5/2024 | SAL Florida Sales Tax | CR | Receipt | | 30.48 | 167.98 | 003127 | | CHK |
| NLVSC | 003489 | 9/5/2024 | SAL Florida Sales Tax | CR | Receipt | | 3.90 | 164.08 | 003127 | | CHK |
| NLVSC | 003489 | 9/5/2024 | SAL Florida Sales Tax | CR | Receipt | | 34.08 | 130.00 | 003127 | | CHK |
| NLVSC | 003489 | 9/5/2024 | UTL Utility Reimbursement | CR | Receipt | | 130.00 | 0.00 | 003127 | | CHK |
| NLVSC | 003489 | 10/1/2024 | CAM CAM | CH | AUTOCHRG @T10/31/2024 | 1,136.00 | | 1,136.00 | | | |
| NLVSC | 003489 | 10/1/2024 | INS Insurance | CH | AUTOCHRG @T10/31/2024 | 1,016.00 | | 2,152.00 | | | |
| NLVSC | 003489 | 10/1/2024 | RET Real Estate Tax | CH | AUTOCHRG @T10/31/2024 | 716.00 | | 2,868.00 | | | |
| NLVSC | 003489 | 10/1/2024 | RNT Rent | CH | AUTOCHRG @T10/31/2024 | 3,791.67 | | 6,659.67 | | | |
| NLVSC | 003489 | 10/1/2024 | SAL Florida Sales Tax | CH | Tax for RNT | 113.75 | | 6,773.42 | | | |
| NLVSC | 003489 | 10/1/2024 | SAL Florida Sales Tax | CH | Tax for RET | 21.48 | | 6,794.90 | | | |
| NLVSC | 003489 | 10/1/2024 | SAL Florida Sales Tax | CH | Tax for UTL | 3.90 | | 6,798.80 | | | |
| NLVSC | 003489 | 10/1/2024 | SAL Florida Sales Tax | CH | Tax for INS | 30.48 | | 6,829.28 | | | |
| NLVSC | 003489 | 10/1/2024 | SAL Florida Sales Tax | CH | Tax for CAM | 34.08 | | 6,863.36 | | | |
| NLVSC | 003489 | 10/1/2024 | UTL Utility Reimbursement | CH | AUTOCHRG @T10/31/2024 | 130.00 | | 6,993.36 | | | |
| NLVSC | 003489 | 10/2/2024 | CAM CAM | CR | Receipt | | 1,136.00 | 5,857.36 | 3554 | | CHK |
| NLVSC | 003489 | 10/2/2024 | INS Insurance | CR | Receipt | | 1,016.00 | 4,841.36 | 3554 | | CHK |
| NLVSC | 003489 | 10/2/2024 | RET Real Estate Tax | CR | Receipt | | 716.00 | 4,125.36 | 3554 | | CHK |
| NLVSC | 003489 | 10/2/2024 | RNT Rent | CR | Receipt | | 3,791.67 | 333.69 | 3554 | | CHK |
| NLVSC | 003489 | 10/2/2024 | SAL Florida Sales Tax | CR | Receipt | | 113.75 | 219.94 | 3554 | | CHK |
| NLVSC | 003489 | 10/2/2024 | SAL Florida Sales Tax | CR | Receipt | | 21.48 | 198.46 | 3554 | | CHK |
| NLVSC | 003489 | 10/2/2024 | SAL Florida Sales Tax | CR | Receipt | | 30.48 | 167.98 | 3554 | | CHK |
| NLVSC | 003489 | 10/2/2024 | SAL Florida Sales Tax | CR | Receipt | | 3.90 | 164.08 | 3554 | | CHK |

| Database: | NAIHIFFMAN | | | | CM Receivables Ledger | | | | | Page: | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | NAI Hiffman Asset Management | | | | | Date: | 1/3/2025 |
| Occupancy Status: Current | | | | | 01/24 Through 01/25 | | | | | Time: | 12:31 PM |

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NLVSC | 003489 | 10/2/2024 | SAL | Florida Sales Tax | CR | Receipt | | 34.08 | 130.00 | 3554 | | CHK |
| NLVSC | 003489 | 10/2/2024 | UTL | Utility Reimbursement | CR | Receipt | | 130.00 | 0.00 | 3554 | | CHK |
| NLVSC | 003489 | 11/1/2024 | CAM | CAM | CH | AUTOCHRG @T11/30/2024 | 1,136.00 | | 1,136.00 | | | |
| NLVSC | 003489 | 11/1/2024 | INS | Insurance | CH | AUTOCHRG @T11/30/2024 | 1,016.00 | | 2,152.00 | | | |
| NLVSC | 003489 | 11/1/2024 | RET | Real Estate Tax | CH | AUTOCHRG @T11/30/2024 | 716.00 | | 2,868.00 | | | |
| NLVSC | 003489 | 11/1/2024 | RNT | Rent | CH | AUTOCHRG @T11/30/2024 | 3,791.67 | | 6,659.67 | | | |
| NLVSC | 003489 | 11/1/2024 | SAL | Florida Sales Tax | CH | Tax for RNT | 113.75 | | 6,773.42 | | | |
| NLVSC | 003489 | 11/1/2024 | SAL | Florida Sales Tax | CH | Tax for RET | 21.48 | | 6,794.90 | | | |
| NLVSC | 003489 | 11/1/2024 | SAL | Florida Sales Tax | CH | Tax for INS | 30.48 | | 6,825.38 | | | |
| NLVSC | 003489 | 11/1/2024 | SAL | Florida Sales Tax | CH | Tax for UTL | 3.90 | | 6,829.28 | | | |
| NLVSC | 003489 | 11/1/2024 | SAL | Florida Sales Tax | CH | Tax for CAM | 34.08 | | 6,863.36 | | | |
| NLVSC | 003489 | 11/1/2024 | UTL | Utility Reimbursement | CH | AUTOCHRG @T11/30/2024 | 130.00 | | 6,993.36 | | | |
| NLVSC | 003489 | 11/5/2024 | CAM | CAM | PR | Check Returned Stop Paymer | 1,136.00 | | 8,129.36 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | CAM | CAM | CR | Receipt | | 1,136.00 | 6,993.36 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | INS | Insurance | PR | Check Returned Stop Paymer | 1,016.00 | | 8,009.36 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | INS | Insurance | CR | Receipt | | 1,016.00 | 6,993.36 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | RET | Real Estate Tax | CR | Receipt | | 716.00 | 6,277.36 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | RET | Real Estate Tax | PR | Check Returned Stop Paymer | 716.00 | | 6,993.36 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | RNT | Rent | CR | Receipt | | 3,791.67 | 3,201.69 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | RNT | Rent | PR | Check Returned Stop Paymer | 3,791.67 | | 6,993.36 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | SAL | Florida Sales Tax | PR | Check Returned Stop Paymer | 113.75 | | 7,107.11 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | SAL | Florida Sales Tax | CR | Receipt | | 113.75 | 6,993.36 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | SAL | Florida Sales Tax | CR | Receipt | | 21.48 | 6,971.88 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | SAL | Florida Sales Tax | CR | Receipt | | 30.48 | 6,941.40 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | SAL | Florida Sales Tax | PR | Check Returned Stop Paymer | 21.48 | | 6,962.88 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | SAL | Florida Sales Tax | PR | Check Returned Stop Paymer | 30.48 | | 6,993.36 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | SAL | Florida Sales Tax | PR | Check Returned Stop Paymer | 3.90 | | 6,997.26 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | SAL | Florida Sales Tax | PR | Check Returned Stop Paymer | 34.08 | | 7,031.34 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | SAL | Florida Sales Tax | CR | Receipt | | 3.90 | 7,027.44 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | SAL | Florida Sales Tax | CR | Receipt | | 34.08 | 6,993.36 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | UTL | Utility Reimbursement | CR | Receipt | | 130.00 | 6,863.36 | 4106 | | CHK |
| NLVSC | 003489 | 11/5/2024 | UTL | Utility Reimbursement | PR | Check Returned Stop Paymer | 130.00 | | 6,993.36 | 4106 | | CHK |
| NLVSC | 003489 | 11/18/2024 | PPD | PrePaid Rent | CR | PREPAID PAYMENT | | 6,294.02 | 699.34 | 4137 | | CHK |
| NLVSC | 003489 | 11/21/2024 | CAM | CAM | CR | CreditApply | | 1,136.00 | -436.66 | 4137 | | APL |
| NLVSC | 003489 | 11/21/2024 | INS | Insurance | CR | CreditApply | | 316.66 | -753.32 | 4137 | | APL |
| NLVSC | 003489 | 11/21/2024 | PPD | PrePaid Rent | PR | CreditApply | 6,294.02 | | 5,540.70 | 4137 | | APL |
| NLVSC | 003489 | 11/21/2024 | RET | Real Estate Tax | CR | CreditApply | | 716.00 | 4,824.70 | 4137 | | APL |
| NLVSC | 003489 | 11/21/2024 | RNT | Rent | CR | CreditApply | | 3,791.67 | 1,033.03 | 4137 | | APL |
| NLVSC | 003489 | 11/21/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 3.90 | 1,029.13 | 4137 | | APL |
| NLVSC | 003489 | 11/21/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 21.48 | 1,007.65 | 4137 | | APL |

| Database: | NAIHIFFMAN | | | | CM Receivables Ledger | | | | | Page: | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | NAI Hiffman Asset Management | | | | | Date: | 1/3/2025 |
| | | | | | | | | | | Time: | 12:31 PM |
| Occupancy Status: Current | | | | | 01/24 Through 01/25 | | | | | | |

| Building | Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NLVSC | 003489 | 11/21/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 30.48 | 977.17 | 4137 | | APL |
| NLVSC | 003489 | 11/21/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 34.08 | 943.09 | 4137 | | APL |
| NLVSC | 003489 | 11/21/2024 | SAL | Florida Sales Tax | CR | CreditApply | | 113.75 | 829.34 | 4137 | | APL |
| NLVSC | 003489 | 11/21/2024 | UTL | Utility Reimbursement | CR | CreditApply | | 130.00 | 699.34 | 4137 | | APL |
| NLVSC | 003489 | 12/1/2024 | CAM | CAM | CH | AUTOCHRG @T12/31/2024 | 1,136.00 | | 1,835.34 | | | |
| NLVSC | 003489 | 12/1/2024 | INS | Insurance | CH | AUTOCHRG @T12/31/2024 | 1,016.00 | | 2,851.34 | | | |
| NLVSC | 003489 | 12/1/2024 | RET | Real Estate Tax | CH | AUTOCHRG @T12/31/2024 | 716.00 | | 3,567.34 | | | |
| NLVSC | 003489 | 12/1/2024 | RNT | Rent | CH | AUTOCHRG @T12/31/2024 | 3,791.67 | | 7,359.01 | | | |
| NLVSC | 003489 | 12/1/2024 | SAL | Florida Sales Tax | CH | Tax for RNT | 113.75 | | 7,472.76 | | | |
| NLVSC | 003489 | 12/1/2024 | SAL | Florida Sales Tax | CH | Tax for RET | 21.48 | | 7,494.24 | | | |
| NLVSC | 003489 | 12/1/2024 | SAL | Florida Sales Tax | CH | Tax for INS | 30.48 | | 7,524.72 | | | |
| NLVSC | 003489 | 12/1/2024 | SAL | Florida Sales Tax | CH | Tax for UTL | 3.90 | | 7,528.62 | | | |
| NLVSC | 003489 | 12/1/2024 | SAL | Florida Sales Tax | CH | Tax for CAM | 34.08 | | 7,562.70 | | | |
| NLVSC | 003489 | 12/1/2024 | UTL | Utility Reimbursement | CH | AUTOCHRG @T12/31/2024 | 130.00 | | 7,692.70 | | | |
| NLVSC | 003489 | 12/9/2024 | PPD | PrePaid Rent | CR | PRE PAID PAYMENT | | 7,226.47 | 466.23 | 4382 | | CHK |
| NLVSC | 003489 | 1/1/2025 | CAM | CAM | CH | AUTOCHRG @T1/31/2025 @ | 649.00 | | 1,115.23 | | | |
| NLVSC | 003489 | 1/1/2025 | CAM | CAM | CH | 2025 escrow adj | 544.03 | | 1,659.26 | | | |
| NLVSC | 003489 | 1/1/2025 | INS | Insurance | CH | 2025 escrow adj | 384.74 | | 2,044.00 | | | |
| NLVSC | 003489 | 1/1/2025 | INS | Insurance | CH | AUTOCHRG @T1/31/2025 @ | 544.00 | | 2,588.00 | | | |
| NLVSC | 003489 | 1/1/2025 | RET | Real Estate Tax | CH | AUTOCHRG @T1/31/2025 @ | 737.84 | | 3,325.84 | | | |
| NLVSC | 003489 | 1/1/2025 | RNT | Rent | CH | AUTOCHRG @T1/31/2025 | 3,791.67 | | 7,117.51 | | | |
| NLVSC | 003489 | 1/1/2025 | SAL | Florida Sales Tax | CH | Tax for RNT | 113.75 | | 7,231.26 | | | |
| NLVSC | 003489 | 1/1/2025 | SAL | Florida Sales Tax | CH | Tax for RET | 22.14 | | 7,253.40 | | | |
| NLVSC | 003489 | 1/1/2025 | SAL | Florida Sales Tax | CH | Tax for INS | 16.32 | | 7,269.72 | | | |
| NLVSC | 003489 | 1/1/2025 | SAL | Florida Sales Tax | CH | 2025 escrow adj sal | 11.54 | | 7,281.26 | | | |
| NLVSC | 003489 | 1/1/2025 | SAL | Florida Sales Tax | CH | 2025 escrow adj sal | 16.37 | | 7,297.63 | | | |
| NLVSC | 003489 | 1/1/2025 | SAL | Florida Sales Tax | CH | Tax for CAM | 19.47 | | 7,317.10 | | | |
| NLVSC | 003489 | 1/1/2025 | UTL | Utility Reimbursement | CH | AUTOCHRG @T1/31/2025 @ | 136.57 | | 7,453.67 | | | |