**CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, hereby certify that on this 3rd day of January 2025, I caused a true and correct copy of the foregoing pleading to be served on the by electronic notice upon all parties registered to receive notice via CM/ECF in these cases, and also upon the parties on the attached service list in the manner indicated.

Dated: January 3, 2025
Wilmington, Delaware

/s/ *Laurel D. Roglen*
Laurel D. Roglen (DE #5759)
BALLARD SPAHR LLP

## SERVICE LIST

**Via E-mail and First-Class Mail**
Debra M. Sinclair, Esq.
Matthew A. Feldman, Esq.
Betsy L. Feldman, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
E-mail: dsinclair@willkie.com;
mfeldman@willkie.com;
bfeldman@willkie.com

*Counsel to the Debtors*

**Via E-mail and Hand-Delivery**
Timothy J. Fox
Office of the United States Trustee for the
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801,
E-mail: timothy.fox@usdoj.gov

*United States Trustee*

**Via E-mail and First-Class Mail**
Robert J. Feinstein, Esq.
Paul J. Labov, Esq.
Theodore S. Heckel, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York NY 10017
E-mail: rfeinstein@pszjlaw.com;
plabov@pszjlaw.com;
theckel@pszjlaw.com

*Proposed Counsel to the Committee*

**Via E-mail and Hand-Delivery**
Adam G. Landis, Esq.
Matthew McGuire, Esq.
Landis Rath & Cobb LLP
919 N. Market Street Suite 1800
Wilmington, DE 19317
E-mail: landis@lrclaw.com;
mcguire@lrclaw.com

*Counsel to the DIP Lenders and Ad Hoc
Group of First Lien Secured Lenders*

**Via E-mail and Hand-Delivery**
Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Allison S. Mielke, Esq.
Young Conaway Stargatt and Taylor, LLP
1000 North King Street
Wilmington, DE, 19801
E-mail: emorton@ycst.com;
mlunn@ycst.com;
amielke@ycst.com

*Counsel to the Debtors*

**Via E-mail and Hand-Delivery**
Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
E-mail: bsandler@pszjlaw.com
crobinson@pszjlaw.com

*Proposed Counsel to the Committee*

**Via E-mail and First-Class Mail**
Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
E-mail: jaymegoldstein@paulhastings.com;
jeremyevans@paulhastings.com;
 isaacsasson@paulhastings.com

*Counsel to the DIP Lenders and Ad Hoc
Group of First Lien Secured Lenders*

**Via E-mail and First-Class Mail**
Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
E-mail: Jennifer.Ezring@lw.com;
James.Ktsanes@lw.com;
Andrew.Sorkin@lw.com

*Counsel to the ABL Secured Parties,*

**<u>Via E-mail and First-Class Mail</u>**
Thomas Lauria, Esq.
White & Case LLP
200 S Biscayne Blvd
Miami, FL 33131
E-mail: tlauria@whitecase.com

*Counsel to the Second Lien Secured Parties*
*and HoldCo Lenders*

**<u>Via E-mail and First-Class Mail</u>**
Bojan Guzina, Esq.
White & Case LLP
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
E-mail: bojan.guzina@whitecase.com

*Counsel to the Second Lien Secured Parties*
*and HoldCo Lenders*