# EXHIBIT A



GENEVA
MANAGEMENT

2950 SW 27th Avenue, Suite 300, Miami, FL 33133
Office: (305) 692-9992 | Fax: (305) 692-3032

June 19, 2024

Vitamin Shoppe Industries LLC
300 Harmon Meadow Blvd
Secaucus, NJ 07094
Attention: Lease Administration Department
Vitamin Shoppe #42

RE:    Landlord:    Frontier Dania LLC
       Tenant:      Vitamin Shoppe Industries, Inc.
       Premises:    1780 Stirling Rd, Suite 108, Dania Beach, FL 33004

Dear Tenant:

Pursuant to the terms of the Lease Agreement, please find the 2023 Common Area Maintenance ("CAM") reconciliation.

Enclosures include:

1. Tenant invoice
2. CAM Reconciliation worksheet
3. CAM CAP worksheet, if applicable
4. Copy of Property Real Estate Tax invoice
5. Copy of Property Insurance invoice

Should there be any questions, please do not hesitate to contact our office at (305) 692-9992:

Jessica Wilkins
Asset Manager
Extension 127
JWilkins@FDLLC.com

Sincerely,

**GENEVA MANAGEMENT LLC, agent for FRONTIER DANIA LLC**

*Jessica Wilkins*
Asset Manager

Enclosures

Frontier Dania LLC
2950  SW 27th Ave Suite 300
Miami, FL  33133

# I N V O I C E

Vitamin Shoppe Industries, Inc
Attn: Lease Admin Dept, #42
300 Harmon Meadow Blvd
Secaucus, NJ  07049

Date:    06-12-2024
Invoice Number: 6202458

Amount enclosed:  _____

**Please enclose this portion with your remittance.**

Make checks payable to:
  Frontier Dania LLC
  2950  SW 27th Ave Suite 300
  Miami, FL  33133

Invoice for:
  Vitamin Shoppe #42
  1780 Stirling Road #108
  Dania Beach, FL  30004

Invoice Number: 6202458
Invoice date
06-12-2024

| Unit | Due Date | Description | Amount |
|------|----------|-------------|--------|
| 108 | 06-11-2024 | 2023 CAM Reconciliation | 4,986.70 |
| | | Balance: | **4,986.70** |

**Payment due upon receipt.**

**Please pay by due date to avoid late charges.**

**If you have any questions, please call 305-662-9992**