# **EXHIBIT A**

17116433/2



**GENEVA**
MANAGEMENT
2950 SW 27th Avenue, Suite 300, Miami, FL 33133
Office: (305) 692-9992 | Fax: (305) 692-3032

June 20, 2024

Vitamin Shoppe Industries LLC
300 Harmon Meadow Blvd
Secaucus, NJ 07094
Attention: Lease Administration Department
Vitamin Shoppe #41

RE:  Landlord:   Frontier Osceola LLC
     Tenant:     Vitamin Shoppe Industries, Inc.
     Premises:   800 E Merritt Island Causeway, Merritt Island, FL 32952

Dear Tenant:

Pursuant to the terms of the lease agreement, please find the 2023 Common Area Maintenance ("CAM") reconciliation.

Enclosures include:

1. Tenant invoice
2. CAM Reconciliation worksheet
3. CAM CAP worksheet, if applicable
4. Copy of Property Real Estate Tax invoice
5. Copy of Property Insurance invoice

Should there be any questions, please do not hesitate to contact our office at (305) 692-9992:

Jessica Wilkins
Asset Manager
Extension 127
JWilkins@FDLLC.com

Sincerely,

**GENEVA MANAGEMENT LLC, agent for FRONTIER OSCEOLA LLC**

*Jessica Wilkins*
Asset Manager


Enclosures

Frontier Osceola LLC
2950 SW 27th Ave Suite 300
Miami, FL  33133

# INVOICE

Vitamin Shoppe Industries Inc
Attn: Lease Admin Dept, #41
300 Harmon Meadow Blvd
Secaucus, NJ  07094

Date:   06-12-2024
Invoice Number: 6202462

Amount enclosed: _____

**Please enclose this portion with your remittance.**

Make checks payable to:
  Frontier Osceola LLC
  2950 SW 27th Ave Suite 300
  Miami, FL  33133

Invoice for:
  Vitamin Shoppe #41
  800 E Merritt Island Causeway
  Suite 109
  Merritt Island, FL  32952

Invoice Number: 6202462
Invoice date
06-12-2024

| Unit | Due Date | Description | Amount |
|---|---|---|---|
| 109 | 06-11-2024 | 2023 CAM Reconciliation | 6,852.93 |
| | | Balance: | **6,852.93** |

Payment due upon receipt.

Please pay by due date to avoid late charges.

If you have any questions, please call 305-662-9992