## **CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on January 3, 2025, a true and correct copy of the foregoing *Glanbia Performance Nutrition (NA), Inc.'s Limited Objection and Reservation of Rights Regarding the Debtors' Notice of Possible Assumption and Assignment and Cure Costs With Respect to Executory Contracts and Unexpired Leases* was served upon all interested parties by CM/ECF and the parties listed on the attached service list by electronic mail.

      */s/ Christopher P. Simon*
      Christopher P. Simon (No. 3697)

**SERVICE LIST**

| | |
|---|---|
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Attn: Debra M. Sinclair, Esq.<br>Matthew A. Feldman, Esq.<br>Betsy L. Feldman, Esq.<br>dsinclair@willkie.com<br>mfeldman@willkie.com<br>bfeldman@willkie.com | Young Conaway Stargatt and Taylor, LLP<br>1000 North King Street<br>Wilmington, DE, 19801<br>Attn: Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq.<br>Allison S. Mielke, Esq.<br>emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com |
| Office of the United States Trustee<br>for the District of Delaware<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>Attn: Timothy J. Fox, Esq.<br>timothy.fox@usdoj.gov | Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York NY 10017<br>Attn: Bradford J. Sandler, Esq.<br>Robert J. Feinstein, Esq.<br>Paul J. Labov, Esq.<br>Theodore S. Heckel, Esq.<br>bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>plabov@pszjlaw.com<br>theckel@pszjlaw.com |
| Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>Attn: Jayme Goldstein, Esq.<br>Jeremy Evans, Esq.<br>Isaac Sasson, Esq.<br>jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com | Landis Rath & Cobb LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>Attn: Adam G. Landis, Esq.<br>Matthew McGuire, Esq.<br>landis@lrclaw.com<br>mcguire@lrclaw.com |
| Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Attn: Jennifer Ezring, Esq.<br>James Ktsanes, Esq.<br>Andrew Sorkin, Esq.<br>Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com | White & Case LLP<br>200 S Biscayne Blvd<br>Miami, FL 33131<br>Attn: Thomas Lauria, Esq.<br>tlauria@whitecase.com |

White & Case LLP
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
Attn: Bojan Guzina, Esq.
bojan.guzina@whitecase.com