## **CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on January 3, 2025, a true and correct copy of the foregoing *Woodbolt Distribution, LLC's Limited Objection and Reservation of Rights Regarding the Debtors' Notices of Possible Assumption and Assignment and Cure Costs With Respect to Executory Contracts and Unexpired Leases* was served upon all interested parties by CM/ECF and the parties listed on the attached service list by electronic mail.

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)

**SERVICE LIST**

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Attn: Debra M. Sinclair, Esq.
Matthew A. Feldman, Esq.
Betsy L. Feldman, Esq.
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com

Young Conaway Stargatt and Taylor, LLP
1000 North King Street
Wilmington, DE, 19801
Attn: Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Allison S. Mielke, Esq.
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com

Office of the United States Trustee
for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801
Attn: Timothy J. Fox, Esq.
timothy.fox@usdoj.gov

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York NY 10017
Attn: Bradford J. Sandler, Esq.
Robert J. Feinstein, Esq.
Paul J. Labov, Esq.
Theodore S. Heckel, Esq.
bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
plabov@pszjlaw.com
theckel@pszjlaw.com

Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com

Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
Attn: Adam G. Landis, Esq.
Matthew McGuire, Esq.
landis@lrclaw.com
mcguire@lrclaw.com

Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attn: Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

White & Case LLP
200 S Biscayne Blvd
Miami, FL 33131
Attn: Thomas Lauria, Esq.
tlauria@whitecase.com

White & Case LLP
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
Attn: Bojan Guzina, Esq.
bojan.guzina@whitecase.com