**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FRANCHISE GROUP, INC. et al.,[1] | ) | Chapter 11 |
| | ) | Case No. 24-12480 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Dkt. 487 |

**OBJECTION OF COLUMBIA-BBB WESTCHESTER SHOPPING CENTER ASSOCIATES TO DEBTORS' NOTICE OF POSSIBLE ASSUMPTION AND CURE COSTS WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Columbia-BBB Westchester Shopping Center Associates ("Columbia BBB"), hereby submits its objection to the above captioned Debtors' *Notice of Possible Assumption and Assignment and Cure Costs with Respect to Executory Contracts and Unexpired Leases* (the "Cure Notice") (D.I. 487). In support of its Objection, Columbia BBB states as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

## RELEVANT BACKGROUND

1. On November 3, 2024 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). (D.I. 1). Upon information and belief, the Debtors continue to operate their business under sections 1107(a) and 1108 of the Bankruptcy Code.

2. Columbia BBB and Debtor Vitamin Shoppe Industries LLC are the current landlord and tenant under that certain lease agreement (the "Lease") entered into as of April 10, 2011 for a store located at 8415 Coral Way, Miami, FL 33155 (the "Property"). The Debtors identify the Property as Store #0533. Debtor Vitamin Shoppe Industries LLC currently owes $9,399.73 in past due rent plus sales taxes of $281.99 for a total currently due under the Lease of $9,671.82. A copy of correspondence between Debtor Vitamin Shoppe Industries LLC and Columbia BBB reconciling the current amounts due under the Lease is attached hereto as Exhibit A.

3. In addition to the amount currently owing, there are common area maintenance adjustments required to be made. Columbia BBB expects the amount to be close to $9,500 but the amount will not be certain until year-end adjustments are made which are expected around the end of January 2025.

## OBJECTION

4. The Lease is identified on the Cure Notice, but with a purported cure amount of $0.00. To the extent the Debtors seek to assume the Lease, Columbia-BBB Westchester Shopping Center Associates objects to the assumption to the extent the cure amount is incorrect and to the extent not enough information has been provided regarding the assignee's ability to provide adequate assurance of future performance.

A. **Objection to the Proposed Cure Amount**

5. Pursuant to sections 365(b)(1) and 365(f)(2)(A) of the Bankruptcy Code, prior to assumption of a contract in default, (i) the trustee must cure or provide adequate assurance that the trustee will promptly cure a default; (ii) compensate, or provide adequate assurance of prompt compensation, of a party other than the debtor to such contract, for any actual pecuniary loss to such party resulting from such default; and (iii) provide adequate assurance of future performance under such contract.

6. Columbia-BBB Westchester Shopping Center Associates objects to the Cure Notice as it fails to provide the correct cure amount for all amounts currently due and for additional amounts which may be incurred for common area maintenance adjustments as set forth above.

B. **Adequate Assurance and Clarification Regarding Counterparties to the Assumed Contracts and their Respective Obligations**

7. Columbia-BBB Westchester Shopping Center Associates also objects to the assumption and assignment of the Lease as it has not been provided with adequate assurance of future performance.

8. Adequate assurance of future performance "is considered to be something less than an absolute guarantee." *In re DBSI, Inc.*, 405 B.R. 698, 708 (Bankr. D. Del. 2009) (quoting *In re PRK Enters., Inc.*, 235 B.R. 597, 603 (Bankr. E.D. Tex. 1999)). To determine what constitutes adequate assurance of future performance, the Court must evaluate the facts and circumstances of each case. *Id.*; *see In re Fleming Companies*, 499 F.3d 300, 307 (3d Cir. 2007) ("Adequate assurance of future performance are not words of art; the legislative history of the Bankruptcy Code shows that they were intended to be given a practical, pragmatic construction," and "must

be determined by consideration of the facts of the proposed assumption." (quoting *Cinicola v. Scharffenberger*, 248 F.3d 110, 120 n.10 (3d Cir. 2001)).

9. In order for Columbia BBB to determine that sufficient adequate assurance is provided, at a minimum, it must be able to evaluate the financial ability of the purported assignee of the Lease.

## Joinder

10. Columbia-BBB Westchester Shopping Center Associates hereby joins in and incorporates by reference any objections filed by other contract counter-parties to the assumption and assignment of their contracts.

## RESERVATION OF RIGHTS

11. Columbia-BBB Westchester Shopping Center Associates reserves its right to amend, modify or supplement this Objection and to raise any additional arguments and objections as permitted under applicable law, including without limitation, the right to objections regarding adequate assurance of future performance under section 365.

## CONCLUSION

WHEREFORE, Columbia-BBB Westchester Shopping Center Associates respectfully requests that the Court enter an Order (i) sustaining this Objection to the extent that the Debtors do not rectify the cure amount as set forth herein and requiring any order authorizing the assumption of any agreements of Columbia-BBB Westchester Shopping Center Associates to include the cure amounts set forth herein; and (ii) granting Columbia-BBB Westchester Shopping Center Associates such other and further relief as the Court deems proper.

4934-6297-9851, v. 1

Dated: January 3, 2025  **GELLERT SEITZ BUSENKELL & BROWN, LLC**

By: */s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Amy D. Brown (DE 4077)
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Fax: (302) 425-5814
E-mail:  mbusenkell@gsbblaw.com
   abrown@gsbblaw.com

*Counsel for Columbia-BBB Westchester Shopping Center Associates*

4934-6297-9851, v. 1