# **EXHIBIT A**

| | |
|---|---|
| **From:** | Ariella Alvarez |
| **To:** | Marilyn Fresnedo; Rosa Mesa |
| **Cc:** | Gary Brown; leaseaccounting |
| **Subject:** | Re: Vitamin Shoppe #533 - 2023 Year End Reconciliation Billing |
| **Date:** | Tuesday, December 17, 2024 8:52:48 AM |
| **Attachments:** | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image012.png |
| | image013.png |
| | image021.png |
| | image022.png |
| | Outlook-signature_.png |
| | Outlook-signature_.png |
| | Outlook-signature_.png |
| | Outlook-signature_.png |
| | Outlook-signature_.png |
| | Outlook-signature_.png |
| | Outlook-signature_.png |
| | Outlook-signature_ |

Good morning Marilyn,

All is well and hope you are too.  Thank you for reviewing and agreeing with the total amount due to be $9,681.72.  Since this charge is during the pre-petition period then the payment requires additional approval.  Once approval is received then the payment will be issued to the Landlord.

Thanks,
Ariella

**Ariella Alvarez**
**Director of Lease Administration, Legal Department**
Mom. Theatergoer. Health Enthusiast.

Shop with us    |       



**From:** Marilyn Fresnedo <Marilyn@cdamiami.com>
**Sent:** Friday, December 6, 2024 11:37 AM
**To:** Ariella Alvarez <Ariella.Alvarez@vitaminshoppe.com>; Rosa Mesa <Rosa@cdamiami.com>

**Cc:** Gary Brown <Gary@cdamiami.com>; leaseaccounting <leaseaccounting@vitaminshoppe.com>
**Subject:** [EXTERNAL] RE: Vitamin Shoppe #533 - 2023 Year End Reconciliation Billing

> External Sender. Please do not click on links or open attachments from senders you do not trust.

Good morning Ariella,

Hope you are well. Yes, we agree with your number $9399.73 plus sales taxes of $281.99 total due $9,671.82.

Thank you.

*Marilyn Fresnedo*
Bookkeeper
Ideal Management Company
12568 SW 88th Street
Miami, Florida 33186
Ph: 305-662-8999     Fax: 305-779-7774
email: marilyn@cdamiami.com

This email transmission and any attachment are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Ideal Management Company. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email in any attachments.

---

**From:** Ariella Alvarez <Ariella.Alvarez@vitaminshoppe.com>
**Sent:** Thursday, December 5, 2024 4:36 PM
**To:** Rosa Mesa <Rosa@cdamiami.com>
**Cc:** Marilyn Fresnedo <Marilyn@cdamiami.com>; Gary Brown <Gary@cdamiami.com>; leaseaccounting <leaseaccounting@vitaminshoppe.com>
**Subject:** Re: Vitamin Shoppe #533 - 2023 Year End Reconciliation Billing

Hi Rosa,

I have reviewed the 2023 annual reconciliation billed in the amount of $14,408.09 and determined that we owe the Landlord $9,399.73 plus sales tax based upon the following calculations:

| CAM | CY 2023 |
|---|---|
| **Capped Costs** | |
| General Repairs & Maintenance | 610,800.00 |
| Elevator Service | 34,956.00 |

| | |
|---|---:|
| Air Conditioning (Excluded) | 0.00 |
| Roof Repairs | 35,750.00 |
| CAM-Landscaping | 48,159.00 |
| CAM-Muzak | 3,398.00 |
| CAM-Waste Disposal | 64,425.00 |
| Depreciation (10% of Total) | 0.00 |
| - | 0.00 |
| - | 0.00 |
| - | 0.00 |
| - | 0.00 |
| 10% Admin Fee (excl Insurance) | 103,129.50 |
| **Subtotal Capped CAM** | **900,617.50** |
| Less Majors & Outlots Contributions | 0.00 |
| **Total Capped CAM Expense** | **900,617.50** |
| P/R Share | 1.27% |
| P/R Share of Capped CAM | 11,398.79 |
| 5% CAM Cap | 7,487.88 |
| | |
| **Uncapped Costs** | |
| Insurance | 805,382.00 |
| CAM-Electricity | 35,054.00 |
| CAM-Water & Sewer | 1,140.00 |
| CAM-Security | 197,613.00 |
| **Subtotal Uncapped CAM** | **1,039,189.00** |
| Less Majors & Outlots Contributions | 0.00 |
| **Total Uncapped CAM Expenses** | **1,039,189.00** |
| P/R Share | 1.27% |
| P/R Share of Uncapped CAM | 13,152.64 |
| | |
| **Total CAM Due** | **20,640.52** |
| Less Already Paid (Per AP) | (10,580.52) |
| **Total Due** | **10,060.00** |
| LL Billing | 14,317.23 |

| RE Tax Expenses | CY 2023 |
|---|---:|
| 30-4010-000-0020 | 602,405.37 |
| 30-4010-000-0033 | 67,326.53 |
| 2019 Property Tax Appeal | 0.00 |
| 2018 Tax Refund | 0.00 |
| 2020 Property Tax Appeal | 0.00 |
| 2020 Tax Refund | 0.00 |

| | |
|---|---:|
| 2019 Tax Refund | 0.00 |
| **Total RE Taxes Due** | **669,731.90** |
| P/R Share | 1.23% |
| P/R Share of RE Tax Expenses | 8,251.05 |
| Less Already Paid (Per AP) | (8,911.32) |
| **Total Due** | **(660.27)** |
| LL Billing | (660.27) |

Please review and confirm the calculations above so we may seek approval during the bankruptcy proceedings.

Thank you,
Ariella

**Ariella Alvarez**
**Director of Lease Administration, Legal Department**
Mom. Theatergoer. Health Enthusiast.

Shop with us |



---

**From:** Rosa Mesa <Rosa@cdamiami.com>
**Sent:** Wednesday, December 4, 2024 6:00 PM
**To:** leaseaccounting <leaseaccounting@vitaminshoppe.com>
**Cc:** Marilyn Fresnedo <Marilyn@cdamiami.com>; Gary Brown <Gary@cdamiami.com>; Ariella Alvarez <Ariella.Alvarez@vitaminshoppe.com>
**Subject:** [EXTERNAL] RE: Vitamin Shoppe #533 - 2023 Year End Reconciliation Billing

External Sender. Please do not click on links or open attachments from senders you do not trust.

Ariella,
I resent the attachments in another e-mail, but just in case you didn't get them here they are again. Please acknowledge receipt of the information. Should you have any questions, please do not hesitate to let us know.



**Rosa Mesa**
Property Manager

(305)662-8999 ext. 223
www.idealshoppingcentermanagement.com

This email transmission and any attachment are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Ideal Management Company. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email in any attachments.

**From:** leaseaccounting <leaseaccounting@vitaminshoppe.com>
**Sent:** Wednesday, December 04, 2024 5:05 PM
**To:** Rosa Mesa <Rosa@cdamiami.com>
**Cc:** Marilyn Fresnedo <Marilyn@cdamiami.com>; Gary Brown <Gary@cdamiami.com>; leaseaccounting <leaseaccounting@vitaminshoppe.com>; Ariella Alvarez <Ariella.Alvarez@vitaminshoppe.com>
**Subject:** Re: Vitamin Shoppe #533 - 2023 Year End Reconciliation Billing

Hi Rosa,

It was a pleasure speaking with you a few minutes ago.  We received your email below but cannot open the outlook email so please resend with the PDF attachments.  As I mentioned, I will be away from the office next week and will get back to you when I return the week of the 17th.

Unfortunately, our parent company, FRG, filed Chapter 11 on November 3rd however this will not affect our operations as we intend to continue our business.  However this will affect the Landlord if any pre-petition rent is owed, which 2023 annual reconciliation will fall under.

Once I receive and review everything then I will get back to you.

Best,
Ariella

Case 24-12480-JTD    Doc 639-1    Filed 01/03/25    Page 7 of 12

**Ariella Alvarez**
**Director of Lease Administration, Legal Department**
Mom. Theatergoer. Health Enthusiast.

Shop with us   |     



---

**From:** Rosa Mesa <Rosa@cdamiami.com>
**Sent:** Tuesday, December 3, 2024 10:45 AM
**To:** leaseaccounting <leaseaccounting@vitaminshoppe.com>
**Cc:** Marilyn Fresnedo <Marilyn@cdamiami.com>; Gary Brown <Gary@cdamiami.com>
**Subject:** [EXTERNAL] RE: Vitamin Shoppe #533 - 2023 Year End Reconciliation Billing

External Sender. Please do not click on links or open attachments from senders you do not trust.

Good morning,
Please see attached email previously sent with attachments.

**Rosa Mesa**
Property Manager

IDEAL
MANAGEMENT COMPANY
LICENSED REAL ESTATE BROKERS

(305)662-8999 ext. 223
www.idealshoppingcentermanagement.com

This email transmission and any attachment are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Ideal Management Company. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email in any attachments.

**From:** leaseaccounting <leaseaccounting@vitaminshoppe.com>
**Sent:** Monday, December 02, 2024 5:07 PM
**To:** Rosa Mesa <Rosa@cdamiami.com>
**Cc:** Marilyn Fresnedo <Marilyn@cdamiami.com>; Gary Brown <Gary@cdamiami.com>; leaseaccounting <leaseaccounting@vitaminshoppe.com>

**Subject:** Re: Vitamin Shoppe #533 - 2023 Year End Reconciliation Billing

Hello Rosa,

We received your email below however we never received the information requested on February 18th below.  Please provide the information so we may review and advise of payment.

Thank you,

Lease Administration Department



300 Harmon Meadow Blvd.
Secaucus, NJ 07094

---

**From:** Rosa Mesa <Rosa@cdamiami.com>
**Sent:** Monday, December 2, 2024 1:55 PM
**To:** leaseaccounting <leaseaccounting@vitaminshoppe.com>
**Cc:** Marilyn Fresnedo <Marilyn@cdamiami.com>; Gary Brown <Gary@cdamiami.com>
**Subject:** [EXTERNAL] RE: Vitamin Shoppe #533 - 2023 Year End Reconciliation Billing

| External Sender. Please do not click on links or open attachments from senders you do not trust. |
|---|

Hello,
I'm checking on the status of the 2023 Year-End Reconciliation.  It has not been paid yet and the requested information was provided.  Please let me know when we can receive payment.

Your attention to this matter is greatly appreciated.



**Rosa Mesa**
Property Manager



(305)662-8999 ext. 223
www.idealshoppingcentermanagement.com

This email transmission and any attachment are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Ideal Management Company. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email in any attachments.

**From:** Rosa Mesa
**Sent:** Tuesday, February 20, 2024 12:18 PM
**To:** leaseaccounting <leaseaccounting@vitaminshoppe.com>
**Cc:** Marilyn Fresnedo <Marilyn@cdamiami.com>
**Subject:** RE: Vitamin Shoppe #533 - 2023 Year End Reconciliation Billing

Please see attached requested information.

**Rosa Mesa**
Property Manager





(305)662-8999 ext. 223
www.idealshoppingcentermanagement.com

This email transmission and any attachment are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Ideal Management Company. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email in any attachments.

**From:** leaseaccounting <leaseaccounting@vitaminshoppe.com>
**Sent:** Sunday, February 18, 2024 5:46 PM
**To:** Rosa Mesa <Rosa@cdamiami.com>
**Cc:** leaseaccounting <leaseaccounting@vitaminshoppe.com>; Marilyn Fresnedo <Marilyn@cdamiami.com>
**Subject:** RE: Vitamin Shoppe #533 - 2023 Year End Reconciliation Billing

Hello Rosa,

Thank you for providing a copy of the 2023 annual reconciliation.  Please provide a detailed breakdown of the operating expenses along with copies of the insurance and real estate tax bills.

Thank you,

Lease Administration Department



300 Harmon Meadow Blvd.
Secaucus, NJ 07094

---

**From:** Rosa Mesa <Rosa@cdamiami.com>
**Sent:** Thursday, February 15, 2024 2:02 PM
**To:** leaseaccounting <leaseaccounting@vitaminshoppe.com>
**Subject:** [EXTERNAL] Vitamin Shoppe #533 - 2023 Year End Reconciliation Billing

External Sender. Please do not click on links or open attachments from senders you do not trust.

Please see the attached information.  Should you have any questions, please email me.

**Rosa Mesa**
Property Manager





12568 N. Kendall Drive
Miami, Florida 33186
305-662-8999 ext 223

www.idealshoppingcentermanagement.com
E-mail:   rosa@CDAmiami.com

🖨 **Please consider your environmental responsibility before printing this e-mail or any other document.** 🌳

This email transmission and any attachment are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Ideal Management Company. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email in any attachments.


-----Original Message-----
From: CDA Scanner <abe.scanner.2021@gmail.com>
Sent: Monday, February 05, 2024 6:29 PM
To: Rosa Mesa <Rosa@cdamiami.com>

Subject: Send data from MFP14307334 02/05/2024 18:29

Scanned from MFP14307334
Date:02/05/2024 18:29
Pages:2
Resolution:200x200 DPI

---------------------------------------
please don not reply

The information contained in this electronic message is intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. It is intended only for the use of the individual(s) or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the electronic message and any associated attachments.

The information contained in this electronic message is intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. It is intended only for the use of the individual(s) or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the electronic message and any associated attachments.

The information contained in this electronic message is intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. It is intended only for the use of the individual(s) or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the electronic message and any associated attachments.

The information contained in this electronic message is intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. It is intended only for the use of the individual(s) or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the electronic message and any associated attachments.

The information contained in this electronic message is intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. It is intended only for the use of the individual(s) or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or

copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the electronic message and any associated attachments.