**CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esquire, certify that on January 3, 2025, I caused a true and correct copy of the foregoing *Objection of Columbia-BBB Westchester Shopping Center Associates to Debtors' Notice of Possible Assumption and Cure Costs With Respect to Executory Contracts and Unexpired Leases* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties listed below via electronic mail:

| | |
|---|---|
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Attn: Debra M. Sinclair, Esq.<br>Matthew A. Feldman, Esq.<br>and Betsy L. Feldman, Esq.<br>dsinclair@willkie.com<br>mfeldman@willkie.com<br>bfeldman@willkie.com | Young Conaway<br>Stargatt and Taylor, LLP<br>1000 North King Street<br>Wilmington, DE, 1980<br>Attn: Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq. and Allison S. Mielke, Esq.<br>emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com |
| Office of the United States Trustee for the District of Delaware<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>Attn: Timothy J. Fox<br>timothy.fox@usdoj.gov | Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>New York NY 10017, 34th Floor<br>Attn: Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, and Theodore S. Heckel<br>bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>plabov@pszjlaw.com<br>theckel@pszjlaw.com |
| Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>Attn: Jayme Goldstein, Esq.<br>Jeremy Evans, Esq. and Isaac Sasson, Esq.<br>jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com | Landis Rath & Cobb LLP<br>919 N. Market Street Suite 1800<br>Wilmington, DE 19317<br>Attn: Adam G. Landis, Esq. and Matthew McGuire, Esq.<br>landis@lrclaw.com<br>mcguire@lrclaw.com |

| Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Attn: Jennifer Ezring, Esq., James Ktsanes, Esq., and Andrew Sorkin, Esq.<br>Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com | White & Case LLP<br>200 S Biscayne Blvd<br>Miami, FL 33131<br>Attn: Thomas Lauria, Esq. and Bojan Guzina, Esq.<br>tlauria@whitecase.com<br>bojan.guzina@whitecase.com |
|---|---|

Dated: January 3, 2025

*/s/ Michael Busenkell*
Michael Busenkell (#3933)