# Exhibit A

# STATEMENT
## Edens Limited Partnership

***** We are showing a Past Due Balance on your account *****
If your records do not agree with ours, please contact us immediately.
The balance includes the following items.

Billing:

Vitamin Shoppe Industries Inc
dba Vitamin Shoppe No 468
Attn Lease Administration
300 Harmon Meadow Blvd
Secaucus NJ 07094

Premises:   Fifth & Alton
Unit:  180
Vitamin Shoppe
1101 5th St
Miami Beach FL 33139

Make checks payable to:

Fifth & Alton (Edens) LLC
C/O Fifth & Alton (Edens) LLC
Tenant # 62949
P.O. Box 536856
Atlanta GA 30353-6856

Date:              1/3/2025
Property ID:       2441
Tenant ID:         62949
Lease ID           7821    Holdover
Amount Enclosed:   _____

Pay Rent Online
To learn more and enroll, visit edens.com/tenants
Tenant ID         62949

**Credit Analyst**    Marie Downer

**Email:  MDowner@edens.com**

| Inv Date | Due Date | Charge | Description | Charge | Payment | Date | Check Number | Open | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/1/2021 | 11/1/2021 | PKRR | Parking Retail Contribution | 683.51 | 665.77- | 11/8/2021 | 0000085704 | 17.74 | 17.74 |
| 11/22/2021 | 12/22/2021 | WTRC | 7/2-8/3/21 Water Sewer | 32.58 | 12.13- | 11/19/2021 | 0000085796 | 20.45 | 38.19 |
| 11/22/2021 | 12/22/2021 | WTRC | 8/3-9/3/21 Water Sewer | 34.48 | 32.34- | 11/21/2022 | 0000094824 | 2.14 | 40.33 |
| 12/1/2021 | 12/1/2021 | PKRR | Parking Retail Contribution | 683.51 | 665.77- | 1/10/2022 | 0000087231 | 17.74 | 58.07 |
| 12/14/2021 | 1/13/2022 | WTRC | 9/3-10/3/21 Water Sewer | 32.24 | 11.79- | 1/4/2022 | 0000087100 | 20.45 | 78.52 |
| 1/19/2022 | 1/19/2022 | WTRC | 10/3-11/3/21 Water | 36.24 | 15.79- | 1/31/2022 | 0000087705 | 20.45 | 98.97 |
| 3/23/2022 | 4/22/2022 | WTRC | 12/2/21-1/3/22 Water | 37.02 | 16.57- | 4/5/2022 | 0000085434 | 20.45 | 119.42 |
| 4/14/2022 | 5/14/2022 | WTRC | 1-3-2/3/22 Water Sewer | 35.89 | 15.44- | 5/6/2022 | 0000090549 | 20.45 | 139.87 |
| 5/27/2022 | 6/26/2022 | WTRC | 2/3-3/4/22 Water Sewer | 35.36 | 14.91- | 6/13/2022 | 0000091412 | 20.45 | 160.32 |
| 8/22/2022 | 9/21/2022 | WTRC | 3/4-4/5/22 Water | 33.96 | 13.51- | 9/2/2022 | 0000092877 | 20.45 | 180.77 |
| 9/23/2022 | 10/23/2022 | WTRC | 4/5-5/2/22 Water Sewer | 34.95 | 14.50- | 10/3/2022 | 0000093438 | 20.45 | 201.22 |
| 10/19/2022 | 11/18/2022 | WTRC | 5/2-6/6/22 Water Sewer | 40.93 | 20.48- | 11/21/2022 | 0000094824 | 20.45 | 221.67 |
| 11/29/2022 | 12/29/2022 | WTRC | 6/6-7/5/22 Water Sewer | 32.71 | 11.61- | 12/2/2022 | 0000095079 | 21.10 | 242.77 |
| 12/6/2022 | 1/5/2023 | WTRC | 7/5-8/4/22 Water Sewer | 32.74 | 11.64- | 12/15/2022 | 0000095497 | 21.10 | 263.87 |
| 12/27/2022 | 1/26/2023 | WTRC | 8/4-8/31/22 Water Sewer | 31.47 | 10.37- | 1/18/2023 | 0000096073 | 21.10 | 284.97 |
| 3/1/2023 | 3/31/2023 | WTRC | 8/31-10/4/22 Water Sewer | 32.02 | 10.92- | 4/4/2023 | 0000097693 | 21.10 | 306.07 |
| 3/7/2023 | 4/6/2023 | WTRC | 10/4-11/7/22 Water Sewer | 31.97 | 10.87- | 4/4/2023 | 0000097693 | 21.10 | 327.17 |
| 3/23/2023 | 4/22/2023 | WTRC | 11/7-12/6/22 Water sewer | 31.08 | 9.98- | 4/11/2023 | 0000097989 | 21.10 | 348.27 |
| 4/25/2023 | 5/25/2023 | WTRC | 12/6/22-1/4/23 Water Sewer | 31.03 | 9.93- | 5/23/2023 | 0000098674 | 21.10 | 369.37 |

If applicable, enter your sales information online or
call your property manager for details.

## STATEMENT

Edens Limited Partnership

| Date | Date | Code | Description | Amount | Adj | Date | Ref | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6/9/2023 | 7/9/2023 | WTRC | 1/4-2/2/23 Water Sewer | 30.75 | 9.65- | 6/14/2023 | 0000099308 | 21.10 | 390.47 |
| 7/13/2023 | 8/12/2023 | WTRC | 02/02 - 03/07/23 Water Sewer | 35.14 | 14.04- | 7/19/2023 | 0000100226 | 21.10 | 411.57 |
| 8/25/2023 | 9/24/2023 | WTRC | 3/7-5/9/23 Water Sewer | 65.21 | 4.39- | 12/5/2022 | 0000095242 | 60.82 | 472.39 |
| 9/12/2023 | 10/12/2023 | WTRC | 5/9-6/3/23 Water Sewer | 31.06 | 9.96- | 9/25/2023 | 0000101339 | 21.10 | 493.49 |
| 10/12/2023 | 11/11/2023 | WTRC | 6/3-7/3/23 Water Sewer | 32.76 | 11.66- | 11/1/2023 | 0000102025 | 21.10 | 514.59 |
| 11/7/2023 | 12/7/2023 | WTRC | 7/3-8/4/23 Water | 32.51 | 11.41- | 11/20/2023 | 0000102277 | 21.10 | 535.69 |
| 12/1/2023 | 12/1/2023 | RNTR | Base Rent | 22,743.04 | 22,738.34- | 1/8/2024 | 0000103123 | 4.70 | 540.39 |
| 12/6/2023 | 1/5/2024 | WTRC | 8/4-8/30/23 Water | 28.33 | 7.23- | 1/3/2024 | 0000103007 | 21.10 | 561.49 |
| 12/21/2023 | 1/20/2024 | LCHM | Generated Fee or Interest | 350.00 | | | | 350.00 | 911.49 |
| 1/5/2024 | 2/4/2024 | WTRC | 8/30-9/28/23 Water | 27.67 | 6.57- | 1/22/2024 | 0000103435 | 21.10 | 932.59 |
| 2/6/2024 | 3/7/2024 | WTRC | 9/23-10/30/23 Water | 30.27 | 9.17- | 2/26/2024 | 0000104292 | 21.10 | 953.69 |
| 2/21/2024 | 3/22/2024 | LCHM | Generated Fee or Interest | 350.00 | | | | 350.00 | 1,303.69 |
| 3/7/2024 | 4/6/2024 | WTRC | 10/30-12/4/23 Water | 33.53 | 12.43- | 4/1/2024 | 0000104774 | 21.10 | 1,324.79 |
| 3/21/2024 | 4/20/2024 | LCHM | Generated Fee or Interest | 350.00 | | | | 350.00 | 1,674.79 |
| 4/8/2024 | 5/8/2024 | CAAM | CAM Recon | 13,908.68 | 13,890.88- | 8/2/2024 | 0000106981 | 17.80 | 1,692.59 |
| 4/8/2024 | | MSCP | Operating Expense Recon Adj | 27.15- | | | | 27.15- | 1,665.44 |
| 4/8/2024 | | STXR | Sales Tax | 1.49- | | | | 1.49- | 1,663.95 |
| 4/8/2024 | | STXR | Sales Tax | .27- | | | | .27- | 1,663.68 |
| 4/8/2024 | 5/8/2024 | STXR | Sales Tax Offset | .27 | | | | .27 | 1,663.95 |
| 4/16/2024 | 5/16/2024 | WTRC | 12/4/23-1/1/24 Water | 33.00 | 11.90- | 4/23/2024 | 0000105305 | 21.10 | 1,685.05 |
| 5/6/2024 | 6/5/2024 | WTRC | 1/1-2/1/24 Water | 33.33 | 12.23- | 5/28/2024 | 0000105853 | 21.10 | 1,706.15 |
| 5/21/2024 | 6/20/2024 | LCHM | Generated Fee or Interest | 33.31 | | | | 33.31 | 1,739.46 |
| 6/10/2024 | | UC | uc - ck# 106097 | | | | | 2.03- | 1,737.43 |
| 6/21/2024 | 7/21/2024 | LCHM | Generated Fee or Interest | 285.89 | | | | 285.89 | 2,023.32 |
| 6/24/2024 | 7/24/2024 | WTRC | Water 2/1/24-2/27/24 | 30.45 | 9.35- | 7/8/2024 | 0000106484 | 21.10 | 2,044.42 |
| 7/8/2024 | | UC | uc - ck# 106579 | | | | | 2.03- | 2,042.39 |
| 7/30/2024 | 8/29/2024 | WTRC | 2/27-4/1/24 Water | 31.88 | | | | 31.88 | 2,074.27 |
| 8/8/2024 | | UC | VITAMIN SHOPPE INDUS | | | | | 2.03- | 2,072.24 |
| 8/29/2024 | 9/28/2024 | WTRC | 4/1-5/1/24 Water | 31.34 | | | | 31.34 | 2,103.58 |
| 9/1/2024 | 9/1/2024 | RNTR | Base Rent | 22,743.04 | 22,736.95- | 9/6/2024 | 0000107489 | 6.09 | 2,109.67 |
| 9/12/2024 | | UC | VITAMIN SHOPPE INDUS | | | | | 10.24- | 2,099.43 |
| 9/19/2024 | 10/19/2024 | WTRC | 6/1-6/30/24 Water | 30.27 | | | | 30.27 | 2,129.70 |
| 10/1/2024 | | UC | uc ck#0000107807 | | | | | 9.17- | 2,120.53 |
| 10/23/2024 | 11/22/2024 | WTRC | 5/30-7/03/24 Water | 32.43 | 11.33- | 10/31/2024 | 0000108350 | 21.10 | 2,141.63 |
| 11/1/2024 | 11/1/2024 | CAMR | CAM Escrow | 1,387.71 | | 12/5/2024 | 0000108751 | 1,387.71 | 3,529.34 |
| 11/1/2024 | 11/1/2024 | ELER | Electricity Escrow | 67.70 | | 12/5/2024 | 0000108751 | 67.70 | 3,597.04 |
| 11/1/2024 | 11/1/2024 | PKRR | Parking Retail Contribution | 700.59 | | 12/5/2024 | 0000108751 | 700.59 | 4,297.63 |
| 11/1/2024 | 11/1/2024 | RNTR | Base Rent | 22,743.04 | | 12/5/2024 | 0000108751 | 22,743.04 | 27,040.67 |
| 11/1/2024 | 11/1/2024 | RTXR | Real Estate Tax Escrow | 1,794.00 | | 12/5/2024 | 0000108751 | 1,794.00 | 28,834.67 |
| 11/1/2024 | 11/1/2024 | STXR | Miami-Dade County | 35.88 | | 12/5/2024 | 0000108751 | 35.88 | 28,870.55 |
| 11/1/2024 | 11/1/2024 | STXR | Miami-Dade County | 17.94 | | 12/5/2024 | 0000108751 | 17.94 | 28,888.49 |
| 11/1/2024 | 11/1/2024 | STXR | Miami-Dade County | 27.75 | | 12/5/2024 | 0000108751 | 27.75 | 28,916.24 |
| 11/1/2024 | 11/1/2024 | STXR | Miami-Dade County | 13.88 | | 12/5/2024 | 0000108751 | 13.88 | 28,930.12 |
| 11/1/2024 | 11/1/2024 | STXR | Miami-Dade County | 454.86 | | 12/5/2024 | 0000108751 | 454.86 | 29,384.98 |
| 11/1/2024 | 11/1/2024 | STXR | Miami-Dade County | 227.43 | | 12/5/2024 | 0000108751 | 227.43 | 29,612.41 |

If applicable, enter your sales information online or
call your property manager for details.

**STATEMENT**

Edens Limited Partnership

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/1/2024 | 11/1/2024 | STXR | Miami-Dade County | 14.01 | 12/5/2024 | 0000108751 | 14.01 | 29,626.42 |
| 11/1/2024 | 11/1/2024 | STXR | Miami-Dade County | 7.01 | 12/5/2024 | 0000108751 | 7.01 | 29,633.43 |
| 11/19/2024 | 12/19/2024 | WTRC | 7/3-8/3/24 Water | 31.19 | | | 31.19 | 29,664.62 |
| 11/21/2024 | 12/21/2024 | LCHM | Generated Fee or Interest | 350.00 | | | 350.00 | 30,014.62 |
| 11/21/2024 | 12/21/2024 | LCHM | Generated Fee or Interest | 160.97 | | | 160.97 | 30,175.59 |
| 12/9/2024 | | RTAC | Real Estate Taxes Recon | 1,597.22- | | | 1,597.22- | 28,578.37 |
| 12/9/2024 | | STXR | Sales Tax | 47.91- | | | 47.91- | 28,530.46 |
| 12/21/2024 | 1/20/2025 | LCHM | Generated Fee or Interest | 350.00 | | | 350.00 | 28,880.46 |
| 12/21/2024 | 1/20/2025 | LCHM | Generated Fee or Interest | 160.69 | | | 160.69 | 29,041.15 |

**AMOUNT DUE:** 29,041.15

***** Please enclose this statement with your payment *****

If applicable, enter your sales information online or
call your property manager for details.