**CERTIFICATE OF SERVICE**

I, R. Grant Dick IV, hereby certify that a copy of the foregoing Objection was served on the parties below in the manner indicated, and upon all parties of record receiving notice via the Court's ECF PACER system on January 3, 2025.

**Via Email and First Class Mail**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Attn: Debra M. Sinclair, Esq.
Matthew A. Feldman, Esq.
Betsy L. Feldman, Esq.
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com

**Via Email and Hand Delivery**
Young Conaway Stargatt and Taylor, LLP
1000 North King Street
Wilmington, DE, 19801
Attn: Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Allison S. Mielke, Esq.
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com

**Via Email and Hand Delivery**
Timothy Fox
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801,
timothy.fox@usdoj.gov

**Via Email and First Class Mail**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York NY 10017
Attn: Bradford J. Sandler
Robert J. Feinstein
Paul J. Labov
Theodore S. Heckel
bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
plabov@pszjlaw.com
theckel@pszjlaw.com

**Via Email and First Class Mail**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com

**Via Email and Hand Delivery**
Landis Rath & Cobb LLP
919 N. Market Street Suite 1800
Wilmington, DE 19801
Attn: Adam G. Landis, Esq.
Matthew McGuire, Esq.
landis@lrclaw.com
mcguire@lrclaw.com

**<u>Via Email and First Class Mail</u>**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attn: Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

**<u>Via Email and First Class Mail</u>**
White & Case LLP
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
Attn: Bojan Guzina, Esq.
bojan.guzina@whitecase.com

**<u>Via Email and First Class Mail</u>**
White & Case LLP
200 S Biscayne Blvd.
Miami, FL 33131
Attn: Thomas Lauria, Esq.
tlauria@whitecase.com

/s/ *R. Grant Dick IV*
R. Grant Dick IV (DE No. 5123)