# **Exhibit A**

AR Collection Detail                                     $ 3,945,997.56   $ 3,884,653.03

| Customer # | CUSTNAME | VOUCHER | INVOICEID | INVOICEDATE | DUEDATE | SALESID | CustPO or Pmt # | Payment Comments | Original Inv $$ | Balance Inv $$ | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40929 | Vitamin Shoppe Procurement Services, Inc. | FTC000001558 | CFC-001558 | 9/19/2024 | 10/19/2024 | | | | $ (37.32) | $ (37.32) | Credit |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPY-016609 | Partially paid | 9/27/2024 | 9/27/2024 Partially paid | (blank) | | VSI 40929 20240924 | $ 10.38 | $ 10.38 | Discrepancy |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10263393 | 00529605 | 10/4/2024 | 11/3/2024 | SO563034 | 140123 | | $ 88,917.84 | $ 2,373.12 | Discrepancy |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10263495 | 00529707 | 10/16/2024 | 11/15/2024 | SO561591 | 108566 | | $ 762.00 | $ 762.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CCNV-10006214 | 00529890 | 10/29/2024 | 11/28/2024 | SO564243 | PO138257_SO562970 | | $ (270.90) | $ (270.90) | Credit |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPY-016803 | Partially paid | 11/1/2024 | 11/1/2024 Partially paid | (blank) | | VSI 40929 | $ 56.39 | $ 56.39 | Discrepancy |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPY-016803 | Partially paid | 11/1/2024 | 11/1/2024 Partially paid | (blank) | | VSI 40929 10022024DM | $ (54,433.97) | $ (54,433.97) | Discrepancy |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10263753 | 00529969 | 11/1/2024 | 12/1/2024 | SO563167 | 143066 | | $ 51,748.20 | $ 51,748.20 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10263776 | 00529992 | 11/1/2024 | 12/1/2024 | SO563154 | 143028 | | $ 138,729.48 | $ 138,729.48 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPY-016884 | Partially paid | 11/13/2024 | 11/13/2024 Partially paid | (blank) | | VSI 40929 20240625V | $ 219.54 | $ 219.54 | Discrepancy |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264142 | 00530362 | 11/22/2024 | 12/22/2024 | SO563164 | 143068 | | $ 10,380.00 | $ 10,380.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264150 | 00530370 | 11/22/2024 | 12/22/2024 | SO563663 | 151435 | | $ 40,208.00 | $ 40,208.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264175 | 00530395 | 11/22/2024 | 12/22/2024 | SO563155 | 143031 | | $ 15,881.40 | $ 15,881.40 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264180 | 00530400 | 11/22/2024 | 12/22/2024 | SO563658 | 151434 | | $ 14,072.80 | $ 14,072.80 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPY-016946 | Partially paid | 11/25/2024 | 11/25/2024 Partially paid | (blank) | | VSI 40929 20240924V | $ 62.30 | $ 62.30 | Discrepancy |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPY-016946 | Partially paid | 11/25/2024 | 11/25/2024 Partially paid | (blank) | | VSI 40929 20241119 | $ 760.72 | $ 760.72 | Discrepancy |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPY-016946 | Partially paid | 11/25/2024 | 11/25/2024 Partially paid | (blank) | | VSI 40929 20241119A | $ 16.97 | $ 16.97 | Discrepancy |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264238 | 00530458 | 11/27/2024 | 12/27/2024 | SO563995 | 157110 | | $ 132,118.08 | $ 132,118.08 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264240 | 00530460 | 11/27/2024 | 12/27/2024 | SO563996 | 157111 | | $ 30,063.69 | $ 30,063.69 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264247 | 00530467 | 11/27/2024 | 12/27/2024 | SO563519 | 147236 | | $ 25,894.08 | $ 25,894.08 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264292 | 00530514 | 12/4/2024 | 1/3/2025 | SO563330 | 145858 | | $ 856.32 | $ 856.32 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | FTC000001633 | CFC-001633 | 12/4/2024 | 1/3/2025 | | | | $ (3,571.38) | $ (3,571.38) | Credit |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | FTI000000757 | CFT-000757 | 12/4/2024 | 1/3/2025 | | | | $ 1,185.76 | $ 1,185.76 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | FTI000000758 | CFT-000758 | 12/4/2024 | 1/3/2025 | | | | $ 755.06 | $ 755.06 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | FTI000000759 | CFT-000759 | 12/4/2024 | 1/3/2025 | | | | $ 160.91 | $ 160.91 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | FTI000000760 | CFT-000760 | 12/4/2024 | 1/3/2025 | | | | $ 5,669.91 | $ 5,669.91 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264310 | 00530532 | 12/5/2024 | 1/4/2025 | SO563661 | 151438 | | $ 24,732.11 | $ 24,732.11 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264311 | 00530533 | 12/5/2024 | 1/4/2025 | SO563573 | 149974 | | $ 17,998.92 | $ 17,998.92 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264312 | 00530534 | 12/5/2024 | 1/4/2025 | SO562908 | 136823 | | $ 34,524.00 | $ 34,524.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264313 | 00530535 | 12/5/2024 | 1/4/2025 | SO563601 | 151102 | | $ 14,352.00 | $ 14,352.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264314 | 00530536 | 12/5/2024 | 1/4/2025 | SO563551 | 149805 | | $ 9,741.32 | $ 9,741.32 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264315 | 00530537 | 12/5/2024 | 1/4/2025 | SO563747 | 152662 | | $ 32,275.80 | $ 32,275.80 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264316 | 00530538 | 12/5/2024 | 1/4/2025 | SO563558 | 149807 | | $ 9,298.80 | $ 9,298.80 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264318 | 00530540 | 12/5/2024 | 1/4/2025 | SO563609 | 151246 | | $ 42,090.00 | $ 42,090.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264319 | 00530541 | 12/5/2024 | 1/4/2025 | SO563322 | 145900 | | $ 36,410.22 | $ 36,410.22 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264320 | 00530542 | 12/5/2024 | 1/4/2025 | SO563627 | 151397 | | $ 25,572.20 | $ 25,572.20 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264321 | 00530543 | 12/5/2024 | 1/4/2025 | SO563630 | 151382 | | $ 25,029.78 | $ 25,029.78 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264322 | 00530544 | 12/5/2024 | 1/4/2025 | SO563621 | 151347 | | $ 44,399.60 | $ 44,399.60 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264323 | 00530545 | 12/5/2024 | 1/4/2025 | SO563326 | 145901 | | $ 37,679.04 | $ 37,679.04 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264324 | 00530546 | 12/5/2024 | 1/4/2025 | SO563569 | 149971 | | $ 45,982.44 | $ 45,982.44 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPY-017009 | Partially paid | 12/6/2024 | 12/6/2024 Partially paid | (blank) | | VSI 40929 RTV009279 | $ 203,479.00 | $ 203,479.00 | Discrepancy |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPY-017009 | Partially paid | 12/6/2024 | 12/6/2024 Partially paid | (blank) | | VSI 40929 RTV009280 | $ 66,732.00 | $ 66,732.00 | Discrepancy |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264327 | 00530549 | 12/6/2024 | 1/5/2025 | SO563604 | 151103 | | $ 5,520.00 | $ 5,520.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264328 | 00530550 | 12/6/2024 | 1/5/2025 | SO563607 | 151248 | | $ 15,132.60 | $ 15,132.60 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264329 | 00530551 | 12/6/2024 | 1/5/2025 | SO563324 | 145942 | | $ 4,165.20 | $ 4,165.20 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264330 | 00530552 | 12/6/2024 | 1/5/2025 | SO563550 | 149821 | | $ 39,828.80 | $ 39,828.80 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264331 | 00530553 | 12/6/2024 | 1/5/2025 | SO563634 | 151383 | | $ 11,244.48 | $ 11,244.48 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264332 | 00530554 | 12/6/2024 | 1/5/2025 | SO563633 | 151368 | | $ 5,903.52 | $ 5,903.52 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264333 | 00530555 | 12/6/2024 | 1/5/2025 | SO563622 | 151348 | | $ 12,935.68 | $ 12,935.68 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264334 | 00530556 | 12/6/2024 | 1/5/2025 | SO563327 | 145941 | | $ 19,813.50 | $ 19,813.50 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264335 | 00530557 | 12/6/2024 | 1/5/2025 | SO563537 | 149822 | | $ 3,444.00 | $ 3,444.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264336 | 00530558 | 12/6/2024 | 1/5/2025 | SO563654 | 151422 | | $ 17,956.08 | $ 17,956.08 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264339 | 00530561 | 12/6/2024 | 1/5/2025 | SO563321 | 145940 | | $ 13,782.60 | $ 13,782.60 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264340 | 00530562 | 12/6/2024 | 1/5/2025 | SO563236 | 144182 | | $ 7,866.00 | $ 7,866.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264341 | 00530563 | 12/6/2024 | 1/5/2025 | SO563571 | 149983 | | $ 9,340.80 | $ 9,340.80 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264342 | 00530564 | 12/6/2024 | 1/5/2025 | SO563572 | 149975 | | $ 6,228.00 | $ 6,228.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264343 | 00530565 | 12/6/2024 | 1/5/2025 | SO563734 | 152685 | | $ 13,622.40 | $ 13,622.40 | Invoice |

| Vendor ID | Vendor Name | Invoice Number | Ref | Invoice Date | Due Date | SO | PO | | Amount | | Amount | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264345 | 00530567 | 12/6/2024 | 1/5/2025 | SO563671 | 151610 | $ | 2,130.80 | $ | 2,130.80 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264346 | 00530568 | 12/6/2024 | 1/5/2025 | SO563432 | 147885 | $ | 36,860.64 | $ | 36,860.64 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264347 | 00530569 | 12/6/2024 | 1/5/2025 | SO562912 | 136831 | $ | 34,851.00 | $ | 34,851.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264348 | 00530570 | 12/6/2024 | 1/5/2025 | SO563736 | 152688 | $ | 15,683.28 | $ | 15,683.28 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264349 | 00530571 | 12/6/2024 | 1/5/2025 | SO563640 | 151416 | $ | 7,677.18 | $ | 7,677.18 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264352 | 00530574 | 12/6/2024 | 1/5/2025 | SO563660 | 151439 | $ | 14,136.00 | $ | 14,136.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264354 | 00530576 | 12/6/2024 | 1/5/2025 | SO563539 | 149820 | $ | 1,689.08 | $ | 1,689.08 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264355 | 00530577 | 12/6/2024 | 1/5/2025 | SO563628 | 151398 | $ | 17,304.12 | $ | 17,304.12 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264401 | 00530623 | 12/6/2024 | 1/5/2025 | SO563092 | 141346 | $ | 46,334.40 | $ | 46,334.40 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264405 | 00530627 | 12/6/2024 | 1/5/2025 | SO563771 | 152884 | $ | 40,659.84 | $ | 40,659.84 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264410 | 00530632 | 12/6/2024 | 1/5/2025 | SO563653 | 151427 | $ | 66,923.20 | $ | 66,923.20 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264414 | 00530636 | 12/6/2024 | 1/5/2025 | SO563090 | 141354 | $ | 12,576.48 | $ | 12,576.48 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264415 | 00530637 | 12/6/2024 | 1/5/2025 | SO564047 | 158556 | $ | 4,728.00 | $ | 4,728.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264423 | 00530646 | 12/6/2024 | 1/5/2025 | SO563328 | 145898 | $ | 13,524.68 | $ | 13,524.68 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264424 | 00530647 | 12/6/2024 | 1/5/2025 | SO563639 | 151415 | $ | 11,880.18 | $ | 11,880.18 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264425 | 00530648 | 12/6/2024 | 1/5/2025 | SO563548 | 149806 | $ | 84,796.80 | $ | 84,796.80 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264426 | 00530649 | 12/6/2024 | 1/5/2025 | SO563741 | 152665 | $ | 29,813.76 | $ | 29,813.76 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264427 | 00530650 | 12/6/2024 | 1/5/2025 | SO563656 | 151421 | $ | 50,795.64 | $ | 50,795.64 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264430 | 00530653 | 12/6/2024 | 1/5/2025 | SO563560 | 149932 | $ | 24,464.00 | $ | 24,464.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264431 | 00530654 | 12/6/2024 | 1/5/2025 | SO563431 | 147884 | $ | 97,878.96 | $ | 97,878.96 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | FTI000000763 | CFT-000763 | 12/10/2024 | 1/9/2025 | | | $ | 129.69 | $ | 129.69 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264467 | 00530690 | 12/12/2024 | 1/11/2025 | SO563744 | 152691 | $ | 2,106.00 | $ | 2,106.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264468 | 00530691 | 12/12/2024 | 1/11/2025 | SO563731 | 152690 | $ | 3,690.36 | $ | 3,690.36 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264473 | 00530696 | 12/12/2024 | 1/11/2025 | SO563160 | 143070 | $ | 1,756.44 | $ | 1,756.44 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264474 | 00530697 | 12/12/2024 | 1/11/2025 | SO563670 | 151612 | $ | 14,802.48 | $ | 14,802.48 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264476 | 00530699 | 12/12/2024 | 1/11/2025 | SO563776 | 152888 | $ | 6,932.16 | $ | 6,932.16 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264479 | 00530702 | 12/12/2024 | 1/11/2025 | SO563737 | 152669 | $ | 12,041.25 | $ | 12,041.25 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264480 | 00530703 | 12/12/2024 | 1/11/2025 | SO563674 | 151611 | $ | 4,584.60 | $ | 4,584.60 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264481 | 00530704 | 12/12/2024 | 1/11/2025 | SO563760 | 152687 | $ | 5,010.00 | $ | 5,010.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264482 | 00530705 | 12/12/2024 | 1/11/2025 | SO564041 | 158550 | $ | 10,051.84 | $ | 10,051.84 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264483 | 00530706 | 12/12/2024 | 1/11/2025 | SO563775 | 152887 | $ | 10,816.56 | $ | 10,816.56 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264485 | 00530708 | 12/12/2024 | 1/11/2025 | SO563629 | 151380 | $ | 24,942.60 | $ | 24,942.60 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264486 | 00530709 | 12/12/2024 | 1/11/2025 | SO563157 | 143069 | $ | 13,107.60 | $ | 13,107.60 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264491 | 00530714 | 12/12/2024 | 1/11/2025 | SO563519 | 147236 | $ | 25,920.00 | $ | 25,920.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264492 | 00530715 | 12/12/2024 | 1/11/2025 | SO563729 | 152663 | $ | 25,738.08 | $ | 25,738.08 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264500 | 00530723 | 12/12/2024 | 1/11/2025 | SO563161 | 143060 | $ | 16,493.40 | $ | 16,493.40 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264501 | 00530724 | 12/12/2024 | 1/11/2025 | SO564039 | 158503 | $ | 32,126.88 | $ | 32,126.88 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264506 | 00530729 | 12/12/2024 | 1/11/2025 | SO563546 | 149810 | $ | 21,184.38 | $ | 21,184.38 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264507 | 00530730 | 12/12/2024 | 1/11/2025 | SO563769 | 152664 | $ | 18,069.40 | $ | 18,069.40 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264508 | 00530731 | 12/12/2024 | 1/11/2025 | SO563159 | 143059 | $ | 42,301.80 | $ | 42,301.80 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264517 | 00530740 | 12/12/2024 | 1/11/2025 | SO563675 | 151583 | $ | 13,371.75 | $ | 13,371.75 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264518 | 00530741 | 12/12/2024 | 1/11/2025 | SO563668 | 151584 | $ | 27,735.96 | $ | 27,735.96 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264519 | 00530742 | 12/12/2024 | 1/11/2025 | SO563625 | 151377 | $ | 85,869.36 | $ | 85,869.36 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264520 | 00530743 | 12/12/2024 | 1/11/2025 | SO563743 | 152668 | $ | 14,544.36 | $ | 14,544.36 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264521 | 00530744 | 12/12/2024 | 1/11/2025 | SO562915 | 136824 | $ | 93,721.68 | $ | 93,721.68 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | FTI000000764 | CFT-000764 | 12/11/2024 | 1/10/2025 | | | $ | 41.76 | $ | 41.76 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264528 | 00530751 | 12/13/2024 | 1/12/2025 | SO561592 | 108565 | $ | 95,834.52 | $ | 95,834.52 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264529 | 00530752 | 12/13/2024 | 1/12/2025 | SO563650 | 151430 | $ | 15,592.80 | $ | 15,592.80 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264530 | 00530753 | 12/13/2024 | 1/12/2025 | SO563555 | 149830 | $ | 6,755.04 | $ | 6,755.04 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264537 | 00530760 | 12/13/2024 | 1/12/2025 | SO563092 | 141346 | $ | 7,981.92 | $ | 7,981.92 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264538 | 00530761 | 12/13/2024 | 1/12/2025 | SO563997 | 157112 | $ | 38,885.28 | $ | 38,885.28 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264542 | 00530765 | 12/13/2024 | 1/12/2025 | SO563772 | 152883 | $ | 141,889.52 | $ | 141,889.52 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264544 | 00530767 | 12/13/2024 | 1/12/2025 | SO561591 | L561623-01 | $ | 24,267.96 | $ | 24,267.96 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264545 | 00530768 | 12/13/2024 | 1/12/2025 | SO563655 | 151431 | $ | 2,934.60 | $ | 2,934.60 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264546 | 00530769 | 12/13/2024 | 1/12/2025 | SO563653 | 151427 | $ | 5,490.00 | $ | 5,490.00 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264547 | 00530770 | 12/13/2024 | 1/12/2025 | SO563998 | 157113 | $ | 13,379.04 | $ | 13,379.04 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264548 | 00530771 | 12/13/2024 | 1/12/2025 | SO563556 | 149816 | $ | 20,167.38 | $ | 20,167.38 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264670 | 00530896 | 12/20/2024 | 1/19/2025 | SO563570 | 149967 | $ | 32,500.26 | $ | 32,500.26 | Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264671 | 00530897 | 12/20/2024 | 1/19/2025 | SO563240 | 144162 | $ | 6,591.78 | $ | 6,591.78 | Invoice |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264672 | 00530898 | 12/20/2024 | 1/19/2025 | SO562910 | 136832 | | $ 19,487.28 | $ 19,487.28 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264673 | 00530899 | 12/20/2024 | 1/19/2025 | SO563549 | 149825 | | $ 8,127.00 | $ 8,127.00 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264674 | 00530900 | 12/20/2024 | 1/19/2025 | SO563599 | 150398 | | $ 39,929.12 | $ 39,929.12 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264675 | 00530901 | 12/20/2024 | 1/19/2025 | SO563730 | 152686 | | $ 4,638.84 | $ 4,638.84 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264676 | 00530902 | 12/20/2024 | 1/19/2025 | SO562921 | 136825 | | $ 48,574.24 | $ 48,574.24 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264677 | 00530903 | 12/20/2024 | 1/19/2025 | SO563460 | 148861 | | $ 38,376.24 | $ 38,376.24 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264678 | 00530904 | 12/20/2024 | 1/19/2025 | SO563950 | L561623-01 | | $ 11,375.19 | $ 11,375.19 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264679 | 00530905 | 12/20/2024 | 1/19/2025 | SO563774 | 152886 | | $ 1,814.40 | $ 1,814.40 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264680 | 00530906 | 12/20/2024 | 1/19/2025 | SO563947 | 156604 | | $ 14,541.48 | $ 14,541.48 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264681 | 00530907 | 12/20/2024 | 1/19/2025 | SO563777 | 152885 | | $ 11,836.80 | $ 11,836.80 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264682 | 00530908 | 12/20/2024 | 1/19/2025 | SO563603 | 150407 | | $ 36,718.80 | $ 36,718.80 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264683 | 00530909 | 12/20/2024 | 1/19/2025 | SO563235 | 144181 | | $ 2,140.92 | $ 2,140.92 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264684 | 00530910 | 12/20/2024 | 1/19/2025 | SO562968 | 138258 | | $ 3,075.84 | $ 3,075.84 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264685 | 00530911 | 12/20/2024 | 1/19/2025 | SO563567 | 149968 | | $ 14,789.28 | $ 14,789.28 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264686 | 00530912 | 12/20/2024 | 1/19/2025 | SO563605 | 150406 | | $ 83,836.56 | $ 83,836.56 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264687 | 00530913 | 12/20/2024 | 1/19/2025 | SO563598 | 150401 | | $ 8,310.40 | $ 8,310.40 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264688 | 00530914 | 12/20/2024 | 1/19/2025 | SO562967 | 138274 | | $ 20,185.20 | $ 20,185.20 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | FTI000000766 | CFT-000766 | 12/20/2024 | 1/19/2025 | | | | $ 513.40 | $ 513.40 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | FTI000000767 | CFT-000767 | 12/20/2024 | 1/19/2025 | | | | $ 329.38 | $ 329.38 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPY-017109 | Partially paid | 12/24/2024 | 12/24/2024 Partially paid | (blank) | | VSI 40929 12192024DM | $ (76,996.73) | $ (51,796.54) Discrepancy |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264722 | 00530948 | 12/27/2024 | 1/26/2025 | SO563702 | 152498 | | $ 10,233.24 | $ 10,233.24 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264723 | 00530949 | 12/27/2024 | 1/26/2025 | SO563456 | 148883 | | $ 22,032.72 | $ 22,032.72 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264724 | 00530950 | 12/27/2024 | 1/26/2025 | SO563236 | 144182 | | $ 9,408.00 | $ 9,408.00 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264725 | 00530951 | 12/27/2024 | 1/26/2025 | SO563077 | 140996 | | $ 32,834.64 | $ 32,834.64 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264726 | 00530952 | 12/27/2024 | 1/26/2025 | SO564337 | 162516 | | $ 9,500.40 | $ 9,500.40 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264727 | 00530953 | 12/27/2024 | 1/26/2025 | SO563608 | 151240 | | $ 17,071.56 | $ 17,071.56 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264728 | 00530954 | 12/27/2024 | 1/26/2025 | SO563888 | 156135 | | $ 85,118.40 | $ 85,118.40 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264729 | 00530955 | 12/27/2024 | 1/26/2025 | SO563706 | 152501 | | $ 9,457.92 | $ 9,457.92 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264730 | 00530956 | 12/27/2024 | 1/26/2025 | SO563464 | 149027 | | $ 7,292.64 | $ 7,292.64 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264731 | 00530957 | 12/27/2024 | 1/26/2025 | SO564337 | 162516 | | $ 6,760.80 | $ 6,760.80 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264732 | 00530958 | 12/27/2024 | 1/26/2025 | SO564047 | 158556 | | $ 3,096.84 | $ 3,096.84 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264733 | 00530959 | 12/27/2024 | 1/26/2025 | SO563701 | 152503 | | $ 7,396.38 | $ 7,396.38 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264734 | 00530960 | 12/27/2024 | 1/26/2025 | SO564631 | 165343 | | $ 20,563.84 | $ 20,563.84 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264735 | 00530961 | 12/27/2024 | 1/26/2025 | SO563773 | 152893 | | $ 14,074.56 | $ 14,074.56 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264738 | 00530964 | 12/27/2024 | 1/26/2025 | SO562968 | 138258 | | $ 19,416.24 | $ 19,416.24 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264739 | 00530965 | 12/27/2024 | 1/26/2025 | SO563895 | 156128 | | $ 63,237.12 | $ 63,237.12 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264740 | 00530966 | 12/27/2024 | 1/26/2025 | SO563941 | 156606 | | $ 30,558.08 | $ 30,558.08 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264741 | 00530967 | 12/27/2024 | 1/26/2025 | SO564328 | 162474 | | $ 13,029.12 | $ 13,029.12 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264743 | 00530969 | 12/27/2024 | 1/26/2025 | SO563938 | 156605 | | $ 18,036.00 | $ 18,036.00 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264744 | 00530970 | 12/27/2024 | 1/26/2025 | SO563238 | 144163 | | $ 24,829.20 | $ 24,829.20 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264747 | 00530973 | 12/27/2024 | 1/26/2025 | SO563886 | 156130 | | $ 38,925.22 | $ 38,925.22 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264748 | 00530974 | 12/27/2024 | 1/26/2025 | SO563238 | 144163 | | $ 18,312.00 | $ 18,312.00 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264750 | 00530976 | 12/27/2024 | 1/26/2025 | SO563070 | 140948 | | $ 11,398.20 | $ 11,398.20 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264751 | 00530977 | 12/27/2024 | 1/26/2025 | SO563070 | 140948 | | $ 94,703.04 | $ 94,703.04 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264753 | 00530979 | 12/27/2024 | 1/26/2025 | SO563952 | 156607 | | $ 11,193.00 | $ 11,193.00 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264754 | 00530980 | 12/27/2024 | 1/26/2025 | SO563954 | 156601 | | $ 3,190.20 | $ 3,190.20 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264755 | 00530981 | 12/27/2024 | 1/26/2025 | SO564328 | 162474 | | $ 2,704.32 | $ 2,704.32 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264756 | 00530982 | 12/27/2024 | 1/26/2025 | SO563899 | 156092 | | $ 84,273.20 | $ 84,273.20 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264758 | 00530984 | 12/27/2024 | 1/26/2025 | SO563954 | 156601 | | $ 7,619.64 | $ 7,619.64 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264759 | 00530985 | 12/27/2024 | 1/26/2025 | SO565115 | 172416 | | $ 5,280.00 | $ 5,280.00 Invoice |
| 40929 | Vitamin Shoppe Procurement Services, Inc. | CPIV-10264760 | 00530986 | 12/27/2024 | 1/26/2025 | SO563936 | 156602 | | $ 41,481.72 | $ 41,481.72 Invoice |