**EXHIBIT 2**

**PRELIMINARY REPORT OF DAMAGES**
**BUDDY MAC HOLDINGS, LLC STORES WHERE AMERICAN FREIGHT IN VIOLATION OF EXCLUSIVE TERRITORIES**

| LLC | Address | City | State | Date Owned | Date Violation Began | # mths Violation existed * | % | Lost Profit for Location | Distance to Store |
|---|---|---|---|---|---|---|---|---|---|
| 1-Buddy Mac One LLC | 1404 W. Gentry Parkway | Tyler | TX | Feb-15 | Dec 11, 2020 | 48.68 | 4.773% | $ 1,106,723 | 1.48 Miles |
| 12-Buddy Mac Twelve, LLC | 1727 Texoma Parkway | Sherman | TX | Aug-16 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | .68 miles |
| 17-Buddy Mac Seventeen, LLC | 5234 Rufe Snow Drive, Suite A | North Richland Hills | TX | May-19 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | 2.4 Miles |
| 19-Buddy Mac Nineteen, LLC | 1337 E. Lindsey | Norman | OK | Jul-20 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | 1.65 Miles |
| 2-Buddy Mac Two LLC | 2725 Sherwood Way STE 500 | San Angelo | TX | Aug-15 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | .54 miles |
| 21-Buddy Mac Twenty One, LLC | 1803 North Harrison | Shawnee | OK | Oct-19 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | 2.5 Miles |
| 31-BMH-TMN 31, LLC | 2014 50th Street | Lubbock | TX | Dec-19 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | 2.8 Miles |
| 34-BMH-RCL 34, LLC | 3800 Townson Ave | Fort Smith | AR | Dec-19 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | 1.6 Miles |
| 36-BMH-RCL 36, LLC | 330 Hwy 62 E | Mountain Home | AR | Dec-19 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | 1.69 Miles |
| 4-Buddy Mac Four LLC | 1809 W. Loop 281 | Longview | TX | Jun-16 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | 2.1 Miles |
| 41-BMH-RCL 41, LLC | 1760 New Boston Road | Texarkana | TX | Dec-19 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | 1.1 Miles |
| 43-BMH-FAN 43, LLC | 1413 Mitchell Road | West Plains | MO | Jan-20 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | .38 Miles |
| 44-BMH-FAN 44, LLC | 2330 Harrison Street | Batesville | AR | Jan-20 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | 1.5 miles |
| 51-BMH-FAN 51, LLC | 8117 Rogers Ave | Fort Smith | AR | Jan-20 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | .47 Miles |
| 58-BMH-NEW 58, LLC | 1001 NW Sheridan Rd | Lawton | OK | Aug-21 | Dec 11, 2020 | 41.00 | 4.020% | 932,121 | .66 Miles |
| 61-BMH-NEW 61, LLC | 801 N Broadway Avenue | Ada | OK | Mar-21 | Dec 11, 2020 | 46.00 | 4.510% | 1,045,794 | 1.1 Miles |
| 67-BMH-WF TX 67, LLC | 2924 Kemp Blvd | Wichita Falls | TX | Aug-22 | Dec 11, 2020 | 29.00 | 2.843% | 659,305 | .75 Miles |
| 68-BMH-NEW 68, LLC | 4301 SW 45th, Suite 400 | Amarillo | TX | Apr-22 | Dec 11, 2020 | 33.00 | 3.236% | 750,244 | 2.2 Miles |
| 69-BMH-NEW 69, LLC | 223-303 W Camp Wisdom Rd | Duncanville | TX | Dec-21 | Dec 11, 2020 | 37.00 | 3.628% | 841,182 | 2.7 Miles |
| 73-BMH-TB 73, LLC | 10015 N. Nebraska Ave | Tampa | FL | Dec-20 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | AF*1.26 Miles; Bad 4.6 miles |
| 9-Buddy Mac Nine, LLC | 8849 Menaul Blvd NE | Alburquerque | NM | May-16 | Dec 11, 2020 | 48.68 | 4.773% | 1,106,723 | .85 Miles |
| 92-BMH-NEW 92, LLC | 1349 North Westwood Blvd | Poplar Bluff | MO | Nov-22 | Dec 11, 2020 | 26.00 | 2.549% | 591,101 | .37 Miles |
| 97-BMH Prime 97, LLC | 1710 West 7th St | Joplin | MO | Aug-22 | Dec 11, 2020 | 29.00 | 2.843% | 659,305 | 2.8 Miles |
| | | | | | | 1,019.88 | 100.000% | $ 23,186,620 | |

* Months in violation are through December of 2024.