**CERTIFICATE OF SERVICE**

      I, Lisa Bittle Tancredi, do herby certify that on January 3, 2025, I caused a true and correct copy of the *Objection of Buddy Mac Holdings, LLC to Notice of Possible Assumption and Assignment Cure Costs with Respect to Executory Contracts and Unexpired Leases, and Reservation of Rights* to be electronically filed and served via CM/ECF upon all parties authorized to receive electronic notice in this matter, and on the parties listed in the attached service list via Electronic Mail.

                                                   */s/ Lisa Bittle Tancredi*
                                                   Lisa Bittle Tancredi (DE Bar No. 4657)

# EXHIBIT A

## Service List

| | |
|---|---|
| ***Co-Counsel to Debtors and Debtors in Possession*** <br> Edmon L. Morton <br> Matthew B. Lum <br> Allison S. Mielke <br> **YOUNG CONAWAY STARGATT & TAYLOR, LLP** <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Email: emorton@ycst.com <br> mlunn@ycst.com <br> amielke@ycst.com | ***Co-Counsel to Debtors and Debtors in Possession*** <br> Debra M. Sinclair <br> Matthew A. Feldman <br> Betsy Lee Feldman <br> **WILKIE FARR & GALLAGHER LLP** <br> 787 Seventh Avenue <br> New York, NY 10019 <br> Email: dsinclair@willkie.com <br> mfeldman@wisllkie.com <br> bfeldman@willkie.com |
| ***Office of the United States Trustee for the District of Delaware*** <br> Timothy Jay Fox, Jr. <br> U.S. Department of Justice <br> 844 King Street, Suite 2207 <br> Lockbox 35 <br> Wilmington, Delaware 19801 <br> Email: timothy.fox@usdoj.gov | ***Counsel to the ABL Secured Parties*** <br> Jennifer Ezring <br> James Ktsanes <br> Andrew Sorkin <br> **LATHAM & WATKINS LLP** <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> Email: jennifer.ezring@lw.com <br> james.ktsanes@lw.com <br> andrew.sorkin@lw.com |
| ***The Committee*** <br> Robert J. Feinstein <br> Theodore S. Heckel <br> Paul J. Labov <br> **PACHULSKI STANG ZIEHL & JONES LLP** <br> 780 Third Avenue <br> 34th Floor <br> New York, NY 10017 <br> Email: rfeinstein@pszjlaw.com <br> theckel@pszjlaw.com <br> plabov@pszjlaw.com | ***The Committee*** <br> Bradford J. Sandler <br> **PACHULSKI STANG ZIEHL & JONES LLP** <br> 919 North Market Street <br> 17th Floor <br> Wilmington, DE 19801 <br> Email: bsandler@pszjlaw.com |
| ***Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders*** <br> Adam G. Landis <br> Matthew McGuire <br> **LANDIS RATH & COBB LLP** | ***Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders*** <br> Jayme Goldstein <br> Jeremy Evans <br> Isaac Sasson |

| | |
|---|---|
| 919 N. Market Street, Suite 1800<br>Wilmington, DE 19317<br>Email: landis@lrclaw.com<br>           mcguire@lrclaw.com | **PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Email: jaymegoldstein@paulhastings.com<br>           jeremyevans@paulhastings.com<br>           isaacsasson@paulhastings.com |
| ***Counsel to the Second Lien Secured Parties***<br>Thomas Lauria<br>**WHITE & CASE LLP**<br>200 S. Biscayne Blvd.<br>Miami, FL 33131<br>Email: tlauria@whitecase.com | ***Counsel to the Second Lien Secured Parties***<br>Bojan Guzina<br>**WHITE & CASE LLP**<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br>Email: bojan.guzina@whitecase.com |
| ***Counsel to Holdco Lenders***<br>Thomas Lauria<br>**WHITE & CASE LLP**<br>200 S. Biscayne Blvd.<br>Miami, FL 33131<br>Email: tlauria@whitecase.com | ***Counsel to Holdco Lenders***<br>Bojan Guzina<br>**WHITE & CASE LLP**<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br>Email: bojan.guzina@whitecase.com |

WBD (US) 4875-1533-3068