

109 Innovation Court, Suite J
Delaware, OH 43015

December 30, 2024
VIA UPS OVERNIGHT MAIL AND EMAIL

Mr. Daniel P. Hagaman
5700 Laurel Ridge Road
Chattanooga, TN 37416
hagaman7@icloud.com

RE:   6242 Perimeter Drive, Chattanooga, Tennessee 37421
      Lease dated August 8, 2007 between Daniel P. Hagaman as landlord and
      American Freight, Inc. as tenant, as heretofore amended

Dear Mr. Hagaman:

In accordance with the Third Amendment dated May 12, 2019, Tenant hereby renews the Lease for an additional five-year term. The renewal term will commence on July 1, 2025 and expire on June 30, 2030.

We look forward to continued success at this location.  Happy Holidays!

Very truly yours,
AMERICAN FREIGHT, LLC

By: *Jeffrey Seghi*

Jeffrey Seghi
Chief Financial Officer