**CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, hereby certify that, on this 3rd day of January, 2025, I caused a true and correct copy of the foregoing *Limited Objection of Acadia Realty Limited Partnership, ARC CPFAYNC001,LLC, ARC MCLVSNV001, LLC, ARC TSKCYMO001, LLC, ARG LSSALMD001, LLC, Azalea Joint Venture, LLC, BMA Springhurst, LLC, Brixmor Operating Partnership LP, Continental Realty Corporation, Deutsche Asset & Wealth Management, Federal Realty OP LP, FR Grossmont, LLC, Gerrity Group, LLC, PRIME/FRIT Mission Hills, LLC, RD Management, LLC, Realty Income Corporation, The Macerich Company, and The Sterling Organization, LLC to Debtors' Notice of Possible Assumption and Assignment and Cure Costs With Respect to Executory Contracts and Unexpired Leases* to be served upon all parties who have requested notice in this case via the Court's CM/ECF system, and in the manner indicated to the Objection Notice Parties listed below:

| **Via Hand Delivery** | **Via First-Class Mail** |
|---|---|
| Edmon L. Morton, Esq. | Debra M. Sinclair, Esq. |
| (emorton@ycst.com) | (dsinclair@willkie.com) |
| Matthew B. Lunn, Esq. | Matthew A. Feldman, Esq. |
| (mlunn@ycst.com) | (mfeldman@willkie.com) |
| Allison S. Mielke, Esq. | Betsy L. Feldman, Esq. |
| (amielke@ycst.com) | (bfeldman@willkie.com) |
| Young Conaway Stargatt and Taylor, LLP | Willkie Farr & Gallagher LLP |
| 1000 North King Street | 787 Seventh Avenue |
| Wilmington, DE, 19801 | New York, NY 10019 |
| | |
| *Co-Counsel to the Debtors* | *Counsel to the Debtors* |
| **Via Hand Delivery** | **Via First-Class Mail** |
| | Bradford J. Sandler |
| The Office of the United States Trustee | (bsandler@pszjlaw.com) |
| for the District of Delaware | Robert J. Feinstein |
| ATTN: Timothy J. Fox | (rfeinstein@pszjlaw.com) |
| (timothy.fox@usdoj.gov) | Paul J. Labov |
| J. Caleb Boggs Federal Building | (plabov@pszjlaw.com) |
| 844 King Street, Room 2207 | Theodore S. Heckel |
| Wilmington, DE 19801 | (theckel@pszjlaw.com) |

|  | Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York NY 10017<br><br>*Proposed counsel to the Committee* |
|---|---|
| **Via Hand Delivery**<br>Adam G. Landis, Esq.<br>(landis@lrclaw.com)<br>Matthew McGuire, Esq.<br>(mcguire@lrclaw.com)<br>Landis Rath & Cobb LLP<br>919 N. Market Street Suite 1800<br>Wilmington, DE 19317<br><br>*Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders* | **Via First-Class Mail**<br>Jayme Goldstein, Esq.<br>(jaymegoldstein@paulhastings.com)<br>Jeremy Evans, Esq.<br>(jeremyevans@paulhastings.com)<br>Isaac Sasson, Esq.<br>(isaacsasson@paulhastings.com)<br>Paul Hastings LLP<br>200 Park Avenue,<br>New York, NY 10166<br><br>*Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders* |
| **Via First-Class Mail**<br>Jennifer Ezring, Esq.<br>(Jennifer.Ezring@lw.com)<br>James Ktsanes, Esq.<br>(James.Ktsanes@lw.com)<br>Andrew Sorkin, Esq.<br>(andrew.sorkin@lw.com)<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br><br>*Counsel to the ABL Secured Parties* | **Via First-Class Mail**<br>Thomas Lauria, Esq.<br>(tlauria@whitecase.com)<br>White & Case LLP<br>200 S Biscayne Blvd<br>Miami, FL 33131<br><br>Bojan Guzina, Esq.<br>(bojan.guzina@whitecase.com)<br>White & Case LLP<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br><br>*Counsel to the Second Lien Secured Parties & HoldCo Lenders* |

Dated: January 3, 2025　　　　　　　　*/s/ Leslie C. Heilman*
Wilmington, Delaware　　　　　　　　Leslie C. Heilman (DE 4716)
　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP