## Lease Ledger

Page 1

Date: 12/30/2024
Property: 1500com
Tenant: t0000138 Vitamin Shoppe #759
From Date: 01/31/2015  To Date: 12/31/2029
Move In Date: 01/31/2015
Unit(S): D4

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 08/13/2018 | RET Recovery Reconciliation | | (697.03) | 0.00 | (697.03) | C-771 | No |
| 08/14/2018 | INS Recovery Reconciliation | | (366.24) | 0.00 | (1,063.27) | C-772 | No |
| 07/31/2019 | Water | | (148.60) | 0.00 | (1,211.87) | C-773 | No |
| 01/01/2020 | Water | | (148.60) | 0.00 | (1,360.47) | C-774 | No |
| 06/02/2020 | RET Recovery Reconciliation | | (99.00) | 0.00 | (1,459.47) | C-775 | No |
| 06/10/2020 | INS Recovery Reconciliation | | (624.09) | 0.00 | (2,083.56) | C-776 | No |
| 07/01/2020 | Tenant Operating Contribution | | 936.69 | 0.00 | (1,146.87) | C-777 | No |
| 07/01/2020 | Insurance | | 88.32 | 0.00 | (1,058.55) | C-778 | No |
| 07/01/2020 | Real Estate Taxes | | 1,030.72 | 0.00 | (27.83) | C-779 | No |
| 07/01/2020 | Water | | 155.75 | 0.00 | 127.92 | C-780 | No |
| 12/01/2020 | Tenant Operating Contribution | | 511.57 | 0.00 | 639.49 | C-781 | No |
| 12/01/2020 | Insurance | | 88.32 | 0.00 | 727.81 | C-782 | No |
| 12/01/2020 | Real Estate Taxes | | 1,030.72 | 0.00 | 1,758.53 | C-783 | No |
| 12/01/2020 | Water | | 155.75 | 0.00 | 1,914.28 | C-784 | No |
| 03/01/2021 | Minimum Rent | | 11,110.00 | 0.00 | 13,024.28 | C-785 | No |
| 05/17/2021 | INS Recovery Reconciliation | | (438.63) | 0.00 | 12,585.65 | C-786 | No |
| 05/19/2021 | RET Recovery Reconciliation | | 180.09 | 0.00 | 12,765.74 | C-787 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 964.79 | 0.00 | 13,730.53 | C-9360 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 88.32 | 0.00 | 13,818.85 | C-9361 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 1,030.72 | 0.00 | 14,849.57 | C-9362 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 11,110.00 | 0.00 | 25,959.57 | C-9363 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 155.75 | 0.00 | 26,115.32 | C-9364 | No |
| 07/02/2021 | Chk# WRE | | 0.00 | 155.75 | 25,959.57 | R-2479 | |
| 07/02/2021 | Chk# WRE | | 0.00 | 13,193.83 | 12,765.74 | R-2483 | |
| 08/01/2021 | Common Area Maintenance (08/2021) | D4 | 964.79 | 0.00 | 13,730.53 | C-17252 | No |
| 08/01/2021 | Commercial Rental (08/2021) | D4 | 11,110.00 | 0.00 | 24,840.53 | C-17253 | No |
| 08/01/2021 | Insurance (08/2021) | D4 | 88.32 | 0.00 | 24,928.85 | C-17254 | No |
| 08/01/2021 | Real Estate Taxes (08/2021) | D4 | 1,030.72 | 0.00 | 25,959.57 | C-17255 | No |
| 08/01/2021 | Water/ Sewer (08/2021) | D4 | 155.75 | 0.00 | 26,115.32 | C-17256 | No |
| 08/02/2021 | Chk# WRE | | 0.00 | 13,349.58 | 12,765.74 | R-8833 | |
| 09/01/2021 | Common Area Maintenance (09/2021) | D4 | 964.79 | 0.00 | 13,730.53 | C-21557 | No |
| 09/01/2021 | Commercial Rental (09/2021) | D4 | 11,110.00 | 0.00 | 24,840.53 | C-21558 | No |
| 09/01/2021 | Insurance (09/2021) | D4 | 88.32 | 0.00 | 24,928.85 | C-21559 | No |
| 09/01/2021 | Real Estate Taxes (09/2021) | D4 | 1,030.72 | 0.00 | 25,959.57 | C-21560 | No |
| 09/01/2021 | Water/ Sewer (09/2021) | D4 | 155.75 | 0.00 | 26,115.32 | C-21561 | No |
| 09/02/2021 | Chk# WRE | | 0.00 | 13,349.58 | 12,765.74 | R-8834 | |

## Lease Ledger

Page 2

Date: 12/30/2024
Property: 1500com
Tenant: t0000138 Vitamin Shoppe #759
From Date: 01/31/2015  To Date: 12/31/2029
Move In Date: 01/31/2015
Unit(S): D4

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 10/01/2021 | Common Area Maintenance (10/2021) | D4 | 964.79 | 0.00 | 13,730.53 | C-27555 | No |
| 10/01/2021 | Commercial Rental (10/2021) | D4 | 11,110.00 | 0.00 | 24,840.53 | C-27556 | No |
| 10/01/2021 | Insurance (10/2021) | D4 | 88.32 | 0.00 | 24,928.85 | C-27557 | No |
| 10/01/2021 | Real Estate Taxes (10/2021) | D4 | 1,030.72 | 0.00 | 25,959.57 | C-27558 | No |
| 10/01/2021 | Water/ Sewer (10/2021) | D4 | 155.75 | 0.00 | 26,115.32 | C-27559 | No |
| 10/01/2021 | Chk# ACH Oct rent, cam. ins. ret, water | | 0.00 | 13,349.58 | 12,765.74 | R-11056 | |
| 11/01/2021 | Common Area Maintenance (11/2021) | D4 | 964.79 | 0.00 | 13,730.53 | C-32330 | No |
| 11/01/2021 | Commercial Rental (11/2021) | D4 | 11,110.00 | 0.00 | 24,840.53 | C-32331 | No |
| 11/01/2021 | Insurance (11/2021) | D4 | 88.32 | 0.00 | 24,928.85 | C-32332 | No |
| 11/01/2021 | Real Estate Taxes (11/2021) | D4 | 1,030.72 | 0.00 | 25,959.57 | C-32333 | No |
| 11/01/2021 | Water/ Sewer (11/2021) | D4 | 155.75 | 0.00 | 26,115.32 | C-32334 | No |
| 11/01/2021 | Chk# WIR | | 0.00 | 13,349.58 | 12,765.74 | R-13160 | |
| 12/01/2021 | Common Area Maintenance (12/2021) | D4 | 964.79 | 0.00 | 13,730.53 | C-38294 | No |
| 12/01/2021 | Commercial Rental (12/2021) | D4 | 11,110.00 | 0.00 | 24,840.53 | C-38295 | No |
| 12/01/2021 | Insurance (12/2021) | D4 | 88.32 | 0.00 | 24,928.85 | C-38296 | No |
| 12/01/2021 | Real Estate Taxes (12/2021) | D4 | 1,030.72 | 0.00 | 25,959.57 | C-38297 | No |
| 12/01/2021 | Water/ Sewer (12/2021) | D4 | 155.75 | 0.00 | 26,115.32 | C-38298 | No |
| 12/01/2021 | Chk# WRE-A12012021 | | 0.00 | 13,349.58 | 12,765.74 | R-16428 | |
| 01/01/2022 | Common Area Maintenance (01/2022) | D4 | 993.74 | 0.00 | 13,759.48 | C-42146 | No |
| 01/01/2022 | Commercial Rental (01/2022) | D4 | 11,110.00 | 0.00 | 24,869.48 | C-42147 | No |
| 01/01/2022 | Insurance (01/2022) | D4 | 88.32 | 0.00 | 24,957.80 | C-42148 | No |
| 01/01/2022 | Real Estate Taxes (01/2022) | D4 | 1,030.72 | 0.00 | 25,988.52 | C-42149 | No |
| 01/01/2022 | Water/ Sewer (01/2022) | D4 | 155.75 | 0.00 | 26,144.27 | C-42150 | No |
| 01/03/2022 | Chk# WIR | | 0.00 | 13,378.52 | 12,765.75 | R-19485 | |
| 02/01/2022 | Common Area Maintenance (02/2022) | D4 | 993.74 | 0.00 | 13,759.49 | C-45875 | No |
| 02/01/2022 | Commercial Rental (02/2022) | D4 | 11,110.00 | 0.00 | 24,869.49 | C-45876 | No |
| 02/01/2022 | Insurance (02/2022) | D4 | 88.32 | 0.00 | 24,957.81 | C-45877 | No |
| 02/01/2022 | Real Estate Taxes (02/2022) | D4 | 1,030.72 | 0.00 | 25,988.53 | C-45878 | No |
| 02/01/2022 | Water/ Sewer (02/2022) | D4 | 155.75 | 0.00 | 26,144.28 | C-45879 | No |
| 02/01/2022 | Chk# WRE-A02012022 | | 0.00 | 13,378.52 | 12,765.76 | R-22800 | |
| 02/24/2022 | Chk# ACH | | 0.00 | 13,321.48 | (555.72) | R-24371 | |
| 03/01/2022 | Common Area Maintenance (03/2022) | D4 | 993.74 | 0.00 | 438.02 | C-49523 | No |
| 03/01/2022 | Commercial Rental (03/2022) | D4 | 11,110.00 | 0.00 | 11,548.02 | C-49524 | No |
| 03/01/2022 | Insurance (03/2022) | D4 | 88.32 | 0.00 | 11,636.34 | C-49525 | No |
| 03/01/2022 | Real Estate Taxes (03/2022) | D4 | 1,030.72 | 0.00 | 12,667.06 | C-49526 | No |
| 03/01/2022 | Water/ Sewer (03/2022) | D4 | 155.75 | 0.00 | 12,822.81 | C-49527 | No |

Monday, December 30, 2024
09:14 AM

## Lease Ledger

Page 3

Date: 12/30/2024
Property: 1500com
Tenant: t0000138 Vitamin Shoppe #759
From Date: 01/31/2015  To Date: 12/31/2029
Move In Date: 01/31/2015
Unit(S): D4

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 03/01/2022 | Chk# WRE-A03012022 | | 0.00 | 13,378.52 | (555.71) | R-25345 | |
| 04/01/2022 | Common Area Maintenance (04/2022) | D4 | 993.74 | 0.00 | 438.03 | C-57599 | No |
| 04/01/2022 | Commercial Rental (04/2022) | D4 | 11,110.00 | 0.00 | 11,548.03 | C-57600 | No |
| 04/01/2022 | Insurance (04/2022) | D4 | 88.32 | 0.00 | 11,636.35 | C-57601 | No |
| 04/01/2022 | Real Estate Taxes (04/2022) | D4 | 1,030.72 | 0.00 | 12,667.07 | C-57602 | No |
| 04/01/2022 | Water/ Sewer (04/2022) | D4 | 155.75 | 0.00 | 12,822.82 | C-57603 | No |
| 04/01/2022 | Chk# WIR | | 0.00 | 13,378.52 | (555.70) | R-27955 | |
| 05/01/2022 | Common Area Maintenance (05/2022) | D4 | 993.74 | 0.00 | 438.04 | C-63485 | No |
| 05/01/2022 | Commercial Rental (05/2022) | D4 | 11,110.00 | 0.00 | 11,548.04 | C-63486 | No |
| 05/01/2022 | Insurance (05/2022) | D4 | 88.32 | 0.00 | 11,636.36 | C-63487 | No |
| 05/01/2022 | Real Estate Taxes (05/2022) | D4 | 1,030.72 | 0.00 | 12,667.08 | C-63488 | No |
| 05/01/2022 | Water/ Sewer (05/2022) | D4 | 155.75 | 0.00 | 12,822.83 | C-63489 | No |
| 05/02/2022 | Chk# WIR | | 0.00 | 13,378.52 | (555.69) | R-30529 | |
| 06/01/2022 | Common Area Maintenance (06/2022) | D4 | 993.74 | 0.00 | 438.05 | C-67343 | No |
| 06/01/2022 | Commercial Rental (06/2022) | D4 | 11,110.00 | 0.00 | 11,548.05 | C-67344 | No |
| 06/01/2022 | Insurance (06/2022) | D4 | 88.32 | 0.00 | 11,636.37 | C-67345 | No |
| 06/01/2022 | Real Estate Taxes (06/2022) | D4 | 1,030.72 | 0.00 | 12,667.09 | C-67346 | No |
| 06/01/2022 | Water/ Sewer (06/2022) | D4 | 155.75 | 0.00 | 12,822.84 | C-67347 | No |
| 06/01/2022 | Chk# WIR | | 0.00 | 13,378.52 | (555.68) | R-32829 | |
| 07/01/2022 | Common Area Maintenance (07/2022) | D4 | 993.74 | 0.00 | 438.06 | C-69903 | No |
| 07/01/2022 | Commercial Rental (07/2022) | D4 | 11,110.00 | 0.00 | 11,548.06 | C-69904 | No |
| 07/01/2022 | Insurance (07/2022) | D4 | 88.32 | 0.00 | 11,636.38 | C-69905 | No |
| 07/01/2022 | Real Estate Taxes (07/2022) | D4 | 1,030.72 | 0.00 | 12,667.10 | C-69906 | No |
| 07/01/2022 | Water/ Sewer (07/2022) | D4 | 155.75 | 0.00 | 12,822.85 | C-69907 | No |
| 07/01/2022 | Chk# WIRE | | 0.00 | 13,378.52 | (555.67) | R-35089 | |
| 08/01/2022 | Common Area Maintenance (08/2022) | D4 | 993.74 | 0.00 | 438.07 | C-80830 | No |
| 08/01/2022 | Commercial Rental (08/2022) | D4 | 11,110.00 | 0.00 | 11,548.07 | C-80831 | No |
| 08/01/2022 | Insurance (08/2022) | D4 | 88.32 | 0.00 | 11,636.39 | C-80832 | No |
| 08/01/2022 | Real Estate Taxes (08/2022) | D4 | 1,030.72 | 0.00 | 12,667.11 | C-80833 | No |
| 08/01/2022 | Water/ Sewer (08/2022) | D4 | 155.75 | 0.00 | 12,822.86 | C-80834 | No |
| 08/01/2022 | Chk# WIRE | | 0.00 | 13,378.52 | (555.66) | R-43297 | |
| 08/22/2022 | RET 2021 Reconciliation | | 58.44 | 0.00 | (497.22) | C-178678 | No |
| 09/01/2022 | Common Area Maintenance (09/2022) | D4 | 993.74 | 0.00 | 496.52 | C-176361 | No |
| 09/01/2022 | Commercial Rental (09/2022) | D4 | 11,110.00 | 0.00 | 11,606.52 | C-176362 | No |
| 09/01/2022 | Insurance (09/2022) | D4 | 88.32 | 0.00 | 11,694.84 | C-176363 | No |
| 09/01/2022 | Real Estate Taxes (09/2022) | D4 | 1,030.72 | 0.00 | 12,725.56 | C-176364 | No |

## Lease Ledger

Page 4

Date: 12/30/2024
Property: 1500com
Tenant: t0000138 Vitamin Shoppe #759
From Date: 01/31/2015  To Date: 12/31/2029
Move In Date: 01/31/2015
Unit(S): D4

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 09/01/2022 | Water/ Sewer (09/2022) | D4 | 155.75 | 0.00 | 12,881.31 | C-176365 | No |
| 09/01/2022 | Chk# WIRE | | 0.00 | 13,378.52 | (497.21) | R-62178 | |
| 10/01/2022 | Common Area Maintenance (10/2022) | D4 | 993.74 | 0.00 | 496.53 | C-213174 | No |
| 10/01/2022 | Commercial Rental (10/2022) | D4 | 11,110.00 | 0.00 | 11,606.53 | C-213175 | No |
| 10/01/2022 | Insurance (10/2022) | D4 | 88.32 | 0.00 | 11,694.85 | C-213176 | No |
| 10/01/2022 | Real Estate Taxes (10/2022) | D4 | 1,030.72 | 0.00 | 12,725.57 | C-213177 | No |
| 10/01/2022 | Water/ Sewer (10/2022) | D4 | 155.75 | 0.00 | 12,881.32 | C-213178 | No |
| 10/03/2022 | Chk# WIRE | | 0.00 | 13,378.52 | (497.20) | R-75998 | |
| 10/13/2022 | CO2 replacement | | 608.00 | 0.00 | 110.80 | C-215288 | No |
| 10/14/2022 | CO2 Replacement :Reversed by Charge Ctrl# 278920 | | 608.00 | 0.00 | 718.80 | C-215353 | No |
| 11/01/2022 | Common Area Maintenance (11/2022) | D4 | 993.74 | 0.00 | 1,712.54 | C-249536 | No |
| 11/01/2022 | Commercial Rental (11/2022) | D4 | 11,110.00 | 0.00 | 12,822.54 | C-249537 | No |
| 11/01/2022 | Insurance (11/2022) | D4 | 88.32 | 0.00 | 12,910.86 | C-249538 | No |
| 11/01/2022 | Real Estate Taxes (11/2022) | D4 | 1,030.72 | 0.00 | 13,941.58 | C-249539 | No |
| 11/01/2022 | Water/ Sewer (11/2022) | D4 | 155.75 | 0.00 | 14,097.33 | C-249540 | No |
| 11/01/2022 | Chk# WIRE | | 0.00 | 13,378.52 | 718.81 | R-108360 | |
| 11/14/2022 | INS Reconciliation  Recoveries 2021 | | (271.45) | 0.00 | 447.36 | C-320081 | No |
| 11/15/2022 | :Reverse Charge Ctrl#215353 Reverse duplicate charge | | (608.00) | 0.00 | (160.64) | C-278920 | Yes |
| 12/01/2022 | Common Area Maintenance (12/2022) | D4 | 993.74 | 0.00 | 833.10 | C-319857 | No |
| 12/01/2022 | Commercial Rental (12/2022) | D4 | 11,110.00 | 0.00 | 11,943.10 | C-319858 | No |
| 12/01/2022 | Insurance (12/2022) | D4 | 88.32 | 0.00 | 12,031.42 | C-319859 | No |
| 12/01/2022 | Real Estate Taxes (12/2022) | D4 | 1,030.72 | 0.00 | 13,062.14 | C-319860 | No |
| 12/01/2022 | Water/ Sewer (12/2022) | D4 | 155.75 | 0.00 | 13,217.89 | C-319861 | No |
| 12/01/2022 | Chk# WIRE | | 0.00 | 13,378.52 | (160.63) | R-134873 | |
| 12/13/2022 | Chk# 0000095433 :CHECKscan Payment | | 0.00 | 608.00 | (768.63) | R-143676 | |
| 01/01/2023 | Common Area Maintenance (01/2023) | D4 | 1,023.55 | 0.00 | 254.92 | C-366039 | No |
| 01/01/2023 | Commercial Rental (01/2023) | D4 | 11,110.00 | 0.00 | 11,364.92 | C-366040 | No |
| 01/01/2023 | Insurance (01/2023) | D4 | 88.32 | 0.00 | 11,453.24 | C-366041 | No |
| 01/01/2023 | Real Estate Taxes (01/2023) | D4 | 1,030.72 | 0.00 | 12,483.96 | C-366042 | No |
| 01/01/2023 | Water/ Sewer (01/2023) | D4 | 155.75 | 0.00 | 12,639.71 | C-366043 | No |
| 01/03/2023 | Chk# WIRE | | 0.00 | 13,408.33 | (768.62) | R-156570 | |
| 02/01/2023 | Common Area Maintenance (02/2023) | D4 | 1,023.55 | 0.00 | 254.93 | C-413736 | No |
| 02/01/2023 | Commercial Rental (02/2023) | D4 | 11,110.00 | 0.00 | 11,364.93 | C-413737 | No |
| 02/01/2023 | Insurance (02/2023) | D4 | 88.32 | 0.00 | 11,453.25 | C-413738 | No |
| 02/01/2023 | Real Estate Taxes (02/2023) | D4 | 1,030.72 | 0.00 | 12,483.97 | C-413739 | No |

## Lease Ledger

Page 5

Date: 12/30/2024
Property: 1500com
Tenant: t0000138 Vitamin Shoppe #759
From Date: 01/31/2015  To Date: 12/31/2029
Move In Date: 01/31/2015
Unit(S): D4

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 02/01/2023 | Water/ Sewer (02/2023) | D4 | 155.75 | 0.00 | 12,639.72 | C-413740 | No |
| 02/01/2023 | Chk# WIRE | | 0.00 | 13,408.33 | (768.61) | R-178266 | |
| 03/01/2023 | Common Area Maintenance (03/2023) | D4 | 1,023.55 | 0.00 | 254.94 | C-464154 | No |
| 03/01/2023 | Commercial Rental (03/2023) | D4 | 11,110.00 | 0.00 | 11,364.94 | C-464155 | No |
| 03/01/2023 | Insurance (03/2023) | D4 | 88.32 | 0.00 | 11,453.26 | C-464156 | No |
| 03/01/2023 | Real Estate Taxes (03/2023) | D4 | 1,030.72 | 0.00 | 12,483.98 | C-464157 | No |
| 03/01/2023 | Water/ Sewer (03/2023) | D4 | 155.75 | 0.00 | 12,639.73 | C-464158 | No |
| 03/01/2023 | Chk# ACH 03/01/2023 | | 0.00 | 13,408.33 | (768.60) | R-201637 | |
| 04/01/2023 | Common Area Maintenance (04/2023) | D4 | 1,023.55 | 0.00 | 254.95 | C-509552 | No |
| 04/01/2023 | Commercial Rental (04/2023) | D4 | 11,110.00 | 0.00 | 11,364.95 | C-509553 | No |
| 04/01/2023 | Insurance (04/2023) | D4 | 88.32 | 0.00 | 11,453.27 | C-509554 | No |
| 04/01/2023 | Real Estate Taxes (04/2023) | D4 | 1,030.72 | 0.00 | 12,483.99 | C-509555 | No |
| 04/01/2023 | Water/ Sewer (04/2023) | D4 | 155.75 | 0.00 | 12,639.74 | C-509556 | No |
| 04/03/2023 | Chk# WIRE | | 0.00 | 13,408.33 | (768.59) | R-226020 | |
| 05/01/2023 | Common Area Maintenance (05/2023) | D4 | 1,023.55 | 0.00 | 254.96 | C-553472 | No |
| 05/01/2023 | Commercial Rental (05/2023) | D4 | 11,110.00 | 0.00 | 11,364.96 | C-553473 | No |
| 05/01/2023 | Insurance (05/2023) | D4 | 88.32 | 0.00 | 11,453.28 | C-553474 | No |
| 05/01/2023 | Real Estate Taxes (05/2023) | D4 | 1,030.72 | 0.00 | 12,484.00 | C-553475 | No |
| 05/01/2023 | Water/ Sewer (05/2023) | D4 | 155.75 | 0.00 | 12,639.75 | C-553476 | No |
| 05/01/2023 | Chk# WIRE | | 0.00 | 13,408.33 | (768.58) | R-243364 | |
| 06/01/2023 | Common Area Maintenance (06/2023) | D4 | 1,023.55 | 0.00 | 254.97 | C-600928 | No |
| 06/01/2023 | Commercial Rental (06/2023) | D4 | 11,110.00 | 0.00 | 11,364.97 | C-600929 | No |
| 06/01/2023 | Insurance (06/2023) | D4 | 88.32 | 0.00 | 11,453.29 | C-600930 | No |
| 06/01/2023 | Real Estate Taxes (06/2023) | D4 | 1,030.72 | 0.00 | 12,484.01 | C-600931 | No |
| 06/01/2023 | Water/ Sewer (06/2023) | D4 | 155.75 | 0.00 | 12,639.76 | C-600932 | No |
| 06/01/2023 | Chk# WIRE | | 0.00 | 13,408.33 | (768.57) | R-266521 | |
| 07/01/2023 | Common Area Maintenance (07/2023) | D4 | 1,023.55 | 0.00 | 254.98 | C-648346 | No |
| 07/01/2023 | Commercial Rental (07/2023) | D4 | 11,110.00 | 0.00 | 11,364.98 | C-648347 | No |
| 07/01/2023 | Insurance (07/2023) | D4 | 88.32 | 0.00 | 11,453.30 | C-648348 | No |
| 07/01/2023 | Real Estate Taxes (07/2023) | D4 | 1,030.72 | 0.00 | 12,484.02 | C-648349 | No |
| 07/01/2023 | Water/ Sewer (07/2023) | D4 | 155.75 | 0.00 | 12,639.77 | C-648350 | No |
| 07/03/2023 | Chk# WRE-A07032023 | | 0.00 | 13,408.33 | (768.56) | R-291707 | |
| 08/01/2023 | Common Area Maintenance (08/2023) | D4 | 1,023.55 | 0.00 | 254.99 | C-693101 | No |
| 08/01/2023 | Commercial Rental (08/2023) | D4 | 11,110.00 | 0.00 | 11,364.99 | C-693102 | No |
| 08/01/2023 | Insurance (08/2023) | D4 | 88.32 | 0.00 | 11,453.31 | C-693103 | No |
| 08/01/2023 | Real Estate Taxes (08/2023) | D4 | 1,030.72 | 0.00 | 12,484.03 | C-693104 | No |

## Lease Ledger

Page 6

Date: 12/30/2024
Property: 1500com
Tenant: t0000138 Vitamin Shoppe #759
From Date: 01/31/2015  To Date: 12/31/2029
Move In Date: 01/31/2015
Unit(S): D4

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 08/01/2023 | Water/ Sewer (08/2023) | D4 | 155.75 | 0.00 | 12,639.78 | C-693105 | No |
| 08/01/2023 | Chk# WIRE |  | 0.00 | 13,408.33 | (768.55) | R-312566 |  |
| 09/01/2023 | Common Area Maintenance (09/2023) | D4 | 1,023.55 | 0.00 | 255.00 | C-739452 | No |
| 09/01/2023 | Commercial Rental (09/2023) | D4 | 11,110.00 | 0.00 | 11,365.00 | C-739453 | No |
| 09/01/2023 | Insurance (09/2023) | D4 | 88.32 | 0.00 | 11,453.32 | C-739454 | No |
| 09/01/2023 | Real Estate Taxes (09/2023) | D4 | 1,030.72 | 0.00 | 12,484.04 | C-739455 | No |
| 09/01/2023 | Water/ Sewer (09/2023) | D4 | 155.75 | 0.00 | 12,639.79 | C-739456 | No |
| 09/01/2023 | CAM Reconciliation (01/2021 - 12/2021) :Reversed by Charge Ctrl# 751706 |  | (9,466.87) | 0.00 | 3,172.92 | C-741146 | No |
| 09/01/2023 | CAM Reconciliation (01/2022 - 12/2022) :Reversed by Charge Ctrl# 751707 |  | (9,970.31) | 0.00 | (6,797.39) | C-741308 | No |
| 09/01/2023 | Insurance Reconciliation (01/2022 - 12/2022) |  | (28.58) | 0.00 | (6,825.97) | C-741309 | No |
| 09/01/2023 | Real Estate Tax Reconciliation (01/2022 - 12/2022) |  | 16.50 | 0.00 | (6,809.47) | C-741310 | No |
| 09/01/2023 | Chk# WIRE |  | 0.00 | 13,408.33 | (20,217.80) | R-335991 |  |
| 09/13/2023 | :Reverse Charge Ctrl#741146 |  | 9,466.87 | 0.00 | (10,750.93) | C-751706 | Yes |
| 09/13/2023 | :Reverse Charge Ctrl#741308 |  | 9,970.31 | 0.00 | (780.62) | C-751707 | Yes |
| 10/01/2023 | Common Area Maintenance (10/2023) | D4 | 1,023.55 | 0.00 | 242.93 | C-790040 | No |
| 10/01/2023 | Commercial Rental (10/2023) | D4 | 11,110.00 | 0.00 | 11,352.93 | C-790041 | No |
| 10/01/2023 | Insurance (10/2023) | D4 | 88.32 | 0.00 | 11,441.25 | C-790042 | No |
| 10/01/2023 | Real Estate Taxes (10/2023) | D4 | 1,030.72 | 0.00 | 12,471.97 | C-790043 | No |
| 10/01/2023 | Water/ Sewer (10/2023) | D4 | 155.75 | 0.00 | 12,627.72 | C-790044 | No |
| 10/02/2023 | Chk# WIRE |  | 0.00 | 13,408.33 | (780.61) | R-361236 |  |
| 11/01/2023 | Common Area Maintenance (11/2023) | D4 | 1,023.55 | 0.00 | 242.94 | C-835531 | No |
| 11/01/2023 | Commercial Rental (11/2023) | D4 | 11,110.00 | 0.00 | 11,352.94 | C-835532 | No |
| 11/01/2023 | Insurance (11/2023) | D4 | 88.32 | 0.00 | 11,441.26 | C-835533 | No |
| 11/01/2023 | Real Estate Taxes (11/2023) | D4 | 1,030.72 | 0.00 | 12,471.98 | C-835534 | No |
| 11/01/2023 | Water/ Sewer (11/2023) | D4 | 155.75 | 0.00 | 12,627.73 | C-835535 | No |
| 11/01/2023 | Chk# WIRE |  | 0.00 | 13,408.33 | (780.60) | R-382873 |  |
| 12/01/2023 | Common Area Maintenance (12/2023) | D4 | 1,023.55 | 0.00 | 242.95 | C-872938 | No |
| 12/01/2023 | Commercial Rental (12/2023) | D4 | 11,110.00 | 0.00 | 11,352.95 | C-872939 | No |
| 12/01/2023 | Insurance (12/2023) | D4 | 88.32 | 0.00 | 11,441.27 | C-872940 | No |
| 12/01/2023 | Real Estate Taxes (12/2023) | D4 | 1,030.72 | 0.00 | 12,471.99 | C-872941 | No |
| 12/01/2023 | Water/ Sewer (12/2023) | D4 | 155.75 | 0.00 | 12,627.74 | C-872942 | No |
| 12/01/2023 | Chk# WIRE |  | 0.00 | 13,408.33 | (780.59) | R-405083 |  |
| 01/01/2024 | Common Area Maintenance (01/2024) | D4 | 1,054.26 | 0.00 | 273.67 | C-925114 | No |
| 01/01/2024 | Commercial Rental (01/2024) | D4 | 11,110.00 | 0.00 | 11,383.67 | C-925115 | No |

# Lease Ledger

Page 7

Date: 12/30/2024
Property: 1500com
Tenant: t0000138 Vitamin Shoppe #759
From Date: 01/31/2015  To Date: 12/31/2029
Move In Date: 01/31/2015
Unit(S): D4

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 01/01/2024 | Insurance (01/2024) | D4 | 88.32 | 0.00 | 11,471.99 | C-925116 | No |
| 01/01/2024 | Real Estate Taxes (01/2024) | D4 | 1,030.72 | 0.00 | 12,502.71 | C-925117 | No |
| 01/01/2024 | Water/ Sewer (01/2024) | D4 | 155.75 | 0.00 | 12,658.46 | C-925118 | No |
| 01/02/2024 | Chk# WIRE | | 0.00 | 13,439.04 | (780.58) | R-427341 | |
| 02/01/2024 | Common Area Maintenance (02/2024) | D4 | 1,054.26 | 0.00 | 273.68 | C-970685 | No |
| 02/01/2024 | Commercial Rental (02/2024) | D4 | 11,110.00 | 0.00 | 11,383.68 | C-970686 | No |
| 02/01/2024 | Insurance (02/2024) | D4 | 88.32 | 0.00 | 11,472.00 | C-970687 | No |
| 02/01/2024 | Real Estate Taxes (02/2024) | D4 | 1,030.72 | 0.00 | 12,502.72 | C-970688 | No |
| 02/01/2024 | Water/ Sewer (02/2024) | D4 | 155.75 | 0.00 | 12,658.47 | C-970689 | No |
| 02/01/2024 | Real Estate Tax Reconciliation (01/2023 - 12/2023) | | 158.03 | 0.00 | 12,816.50 | C-979998 | No |
| 02/01/2024 | Chk# WIRE02012024 | | 0.00 | 13,439.04 | (622.54) | R-448613 | |
| 03/01/2024 | Common Area Maintenance (03/2024) | D4 | 1,054.26 | 0.00 | 431.72 | C-1022618 | No |
| 03/01/2024 | Commercial Rental (03/2024) | D4 | 11,110.00 | 0.00 | 11,541.72 | C-1022619 | No |
| 03/01/2024 | Insurance (03/2024) | D4 | 88.32 | 0.00 | 11,630.04 | C-1022620 | No |
| 03/01/2024 | Real Estate Taxes (03/2024) | D4 | 1,298.71 | 0.00 | 12,928.75 | C-1022621 | No |
| 03/01/2024 | Water/ Sewer (03/2024) | D4 | 155.75 | 0.00 | 13,084.50 | C-1022622 | No |
| 03/01/2024 | Chk# WIRE | | 0.00 | 13,439.04 | (354.54) | R-477467 | |
| 04/01/2024 | Insurance Reconciliation (01/2023 - 12/2023) | | 184.63 | 0.00 | (169.91) | C-1070015 | No |
| 04/01/2024 | Common Area Maintenance (04/2024) | D4 | 1,054.26 | 0.00 | 884.35 | C-1071750 | No |
| 04/01/2024 | Commercial Rental (04/2024) | D4 | 11,110.00 | 0.00 | 11,994.35 | C-1071751 | No |
| 04/01/2024 | Insurance (04/2024) | D4 | 88.32 | 0.00 | 12,082.67 | C-1071752 | No |
| 04/01/2024 | Real Estate Taxes (04/2024) | D4 | 1,298.71 | 0.00 | 13,381.38 | C-1071753 | No |
| 04/01/2024 | Water/ Sewer (04/2024) | D4 | 155.75 | 0.00 | 13,537.13 | C-1071754 | No |
| 04/01/2024 | Chk# WIRE | | 0.00 | 13,439.04 | 98.09 | R-499888 | |
| 04/24/2024 | Chk# 0000105277 :CHECKscan Payment | | 0.00 | 535.98 | (437.89) | R-518039 | |
| 05/01/2024 | Common Area Maintenance (05/2024) | D4 | 1,054.26 | 0.00 | 616.37 | C-1126035 | No |
| 05/01/2024 | Commercial Rental (05/2024) | D4 | 11,110.00 | 0.00 | 11,726.37 | C-1126036 | No |
| 05/01/2024 | Insurance (05/2024) | D4 | 88.32 | 0.00 | 11,814.69 | C-1126037 | No |
| 05/01/2024 | Real Estate Taxes (05/2024) | D4 | 1,298.71 | 0.00 | 13,113.40 | C-1126038 | No |
| 05/01/2024 | Water/ Sewer (05/2024) | D4 | 155.75 | 0.00 | 13,269.15 | C-1126039 | No |
| 05/01/2024 | Chk# WIRE | | 0.00 | 13,707.03 | (437.88) | R-526339 | |
| 06/01/2024 | Common Area Maintenance (06/2024) | D4 | 1,054.26 | 0.00 | 616.38 | C-1171549 | No |
| 06/01/2024 | Commercial Rental (06/2024) | D4 | 11,110.00 | 0.00 | 11,726.38 | C-1171550 | No |
| 06/01/2024 | Insurance (06/2024) | D4 | 88.32 | 0.00 | 11,814.70 | C-1171551 | No |
| 06/01/2024 | Real Estate Taxes (06/2024) | D4 | 1,298.71 | 0.00 | 13,113.41 | C-1171552 | No |
| 06/01/2024 | Water/ Sewer (06/2024) | D4 | 155.75 | 0.00 | 13,269.16 | C-1171553 | No |

## Lease Ledger

Page 8

Date: 12/30/2024
Property: 1500com
Tenant: t0000138 Vitamin Shoppe #759
From Date: 01/31/2015  To Date: 12/31/2029
Move In Date: 01/31/2015
Unit(S): D4

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 06/03/2024 | Chk# WIRE | | 0.00 | 13,707.03 | (437.87) | R-551540 | |
| 07/01/2024 | Common Area Maintenance (07/2024) | D4 | 1,054.26 | 0.00 | 616.39 | C-1219652 | No |
| 07/01/2024 | Commercial Rental (07/2024) | D4 | 11,110.00 | 0.00 | 11,726.39 | C-1219653 | No |
| 07/01/2024 | Insurance (07/2024) | D4 | 88.32 | 0.00 | 11,814.71 | C-1219654 | No |
| 07/01/2024 | Real Estate Taxes (07/2024) | D4 | 1,298.71 | 0.00 | 13,113.42 | C-1219655 | No |
| 07/01/2024 | Water/ Sewer (07/2024) | D4 | 155.75 | 0.00 | 13,269.17 | C-1219656 | No |
| 07/01/2024 | Chk# WIRE | | 0.00 | 13,707.03 | (437.86) | R-571771 | |
| 08/01/2024 | Common Area Maintenance (08/2024) | D4 | 1,054.26 | 0.00 | 616.40 | C-1266024 | No |
| 08/01/2024 | Commercial Rental (08/2024) | D4 | 11,110.00 | 0.00 | 11,726.40 | C-1266025 | No |
| 08/01/2024 | Insurance (08/2024) | D4 | 88.32 | 0.00 | 11,814.72 | C-1266026 | No |
| 08/01/2024 | Real Estate Taxes (08/2024) | D4 | 1,298.71 | 0.00 | 13,113.43 | C-1266027 | No |
| 08/01/2024 | Water/ Sewer (08/2024) | D4 | 155.75 | 0.00 | 13,269.18 | C-1266028 | No |
| 08/01/2024 | Chk# WIRE | | 0.00 | 13,707.03 | (437.85) | R-596072 | |
| 09/01/2024 | Common Area Maintenance (09/2024) | D4 | 1,054.26 | 0.00 | 616.41 | C-1312980 | No |
| 09/01/2024 | Commercial Rental (09/2024) | D4 | 11,110.00 | 0.00 | 11,726.41 | C-1312981 | No |
| 09/01/2024 | Insurance (09/2024) | D4 | 88.32 | 0.00 | 11,814.73 | C-1312982 | No |
| 09/01/2024 | Real Estate Taxes (09/2024) | D4 | 1,298.71 | 0.00 | 13,113.44 | C-1312983 | No |
| 09/01/2024 | Water/ Sewer (09/2024) | D4 | 155.75 | 0.00 | 13,269.19 | C-1312984 | No |
| 09/03/2024 | Chk# WIRE | | 0.00 | 13,707.03 | (437.84) | R-621729 | |
| 09/06/2024 | Late Fee | | 100.00 | 0.00 | (337.84) | C-1317832 | No |
| 10/01/2024 | Common Area Maintenance (10/2024) | D4 | 1,054.26 | 0.00 | 716.42 | C-1358905 | No |
| 10/01/2024 | Commercial Rental (10/2024) | D4 | 11,110.00 | 0.00 | 11,826.42 | C-1358906 | No |
| 10/01/2024 | Insurance (10/2024) | D4 | 88.32 | 0.00 | 11,914.74 | C-1358907 | No |
| 10/01/2024 | Real Estate Taxes (10/2024) | D4 | 1,298.71 | 0.00 | 13,213.45 | C-1358908 | No |
| 10/01/2024 | Water/ Sewer (10/2024) | D4 | 155.75 | 0.00 | 13,369.20 | C-1358909 | No |
| 10/01/2024 | Chk# WIRE | | 0.00 | 13,707.03 | (337.83) | R-642937 | |
| 11/01/2024 | Common Area Maintenance (11/2024) | D4 | 1,054.26 | 0.00 | 716.43 | C-1406110 | No |
| 11/01/2024 | Commercial Rental (11/2024) | D4 | 11,110.00 | 0.00 | 11,826.43 | C-1406111 | No |
| 11/01/2024 | Insurance (11/2024) | D4 | 88.32 | 0.00 | 11,914.75 | C-1406112 | No |
| 11/01/2024 | Real Estate Taxes (11/2024) | D4 | 1,298.71 | 0.00 | 13,213.46 | C-1406113 | No |
| 11/01/2024 | Water/ Sewer (11/2024) | D4 | 155.75 | 0.00 | 13,369.21 | C-1406114 | No |
| 11/04/2024 | Chk# WIRE | | 0.00 | 13,707.03 | (337.82) | R-668735 | |
| 12/01/2024 | Common Area Maintenance (12/2024) | D4 | 1,054.26 | 0.00 | 716.44 | C-1452053 | No |
| 12/01/2024 | Commercial Rental (12/2024) | D4 | 11,110.00 | 0.00 | 11,826.44 | C-1452054 | No |
| 12/01/2024 | Insurance (12/2024) | D4 | 88.32 | 0.00 | 11,914.76 | C-1452055 | No |
| 12/01/2024 | Real Estate Taxes (12/2024) | D4 | 1,298.71 | 0.00 | 13,213.47 | C-1452056 | No |

Page 8

## Lease Ledger

Page 9

Date: 12/30/2024

Property: 1500com

Tenant: t0000138 Vitamin Shoppe #759

From Date: 01/31/2015  To Date: 12/31/2029

Move In Date: 01/31/2015

Unit(S): D4

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 12/01/2024 | Water/ Sewer (12/2024) | D4 | 155.75 | 0.00 | 13,369.22 | C-1452057 | No |
| 12/03/2024 | Chk# WIRE | | 0.00 | 13,707.03 | (337.81) | R-689360 | |
| 01/01/2025 | Common Area Maintenance (01/2025) | D4 | 1,085.89 | 0.00 | 748.08 | C-1456844 | No |
| 01/01/2025 | Commercial Rental (01/2025) | D4 | 11,110.00 | 0.00 | 11,858.08 | C-1456845 | No |
| 01/01/2025 | Insurance (01/2025) | D4 | 88.32 | 0.00 | 11,946.40 | C-1456846 | No |
| 01/01/2025 | Real Estate Taxes (01/2025) | D4 | 1,298.71 | 0.00 | 13,245.11 | C-1456847 | No |
| 01/01/2025 | Water/ Sewer (01/2025) | D4 | 155.75 | 0.00 | 13,400.86 | C-1456848 | No |



**EXHIBIT A**