## Lease Ledger

Page 1

Date: 12/30/2024

Property: 1800com

Tenant: t0000188 Vitamin Shoppe #615

From Date: 02/25/2013  To Date: 12/31/2027

Move In Date: 02/25/2013

Unit(S): C-03

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 04/10/2020 | Late Fee | | 141.61 | 0.00 | 141.61 | C-7935 | No |
| 05/10/2020 | Late Fee | | 141.61 | 0.00 | 283.22 | C-7936 | No |
| 06/10/2020 | Late Fee | | 141.61 | 0.00 | 424.83 | C-7937 | No |
| 06/13/2020 | RET Recovery Reconciliation | | (105.03) | 0.00 | 319.80 | C-7938 | No |
| 06/29/2020 | INS Recovery Reconciliation | | (557.92) | 0.00 | (238.12) | C-7939 | No |
| 07/10/2020 | Late Fee | | 141.61 | 0.00 | (96.51) | C-7940 | No |
| 06/11/2021 | Late Fee | | 141.70 | 0.00 | 45.19 | C-7941 | No |
| 06/30/2021 | RET Recovery Reconciliation | | (142.80) | 0.00 | (97.61) | C-7942 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 959.10 | 0.00 | 861.49 | C-9070 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 197.45 | 0.00 | 1,058.94 | C-9071 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 487.25 | 0.00 | 1,546.19 | C-9072 | No |
| 07/01/2021 | AUTOCHRG T7/31/2021 | | 11,040.00 | 0.00 | 12,586.19 | C-9073 | No |
| 07/01/2021 | 2020 Insurance Reconciliation | | (217.29) | 0.00 | 12,368.90 | C-9542 | No |
| 07/01/2021 | Chk# WRE | | 0.00 | 12,683.80 | (314.90) | R-2830 | |
| 08/01/2021 | Common Area Maintenance (08/2021) | C-03 | 959.10 | 0.00 | 644.20 | C-17747 | No |
| 08/01/2021 | Commercial Rental (08/2021) | C-03 | 11,040.00 | 0.00 | 11,684.20 | C-17748 | No |
| 08/01/2021 | Insurance (08/2021) | C-03 | 197.45 | 0.00 | 11,881.65 | C-17749 | No |
| 08/01/2021 | Real Estate Taxes (08/2021) | C-03 | 487.25 | 0.00 | 12,368.90 | C-17750 | No |
| 08/02/2021 | Chk# WRE | | 0.00 | 12,683.80 | (314.90) | R-6466 | |
| 09/01/2021 | Common Area Maintenance (09/2021) | C-03 | 959.10 | 0.00 | 644.20 | C-21407 | No |
| 09/01/2021 | Commercial Rental (09/2021) | C-03 | 11,040.00 | 0.00 | 11,684.20 | C-21408 | No |
| 09/01/2021 | Insurance (09/2021) | C-03 | 197.45 | 0.00 | 11,881.65 | C-21409 | No |
| 09/01/2021 | Real Estate Taxes (09/2021) | C-03 | 487.25 | 0.00 | 12,368.90 | C-21410 | No |
| 09/01/2021 | Chk# WRE   Reversed by ctrl# 12024 to adjust cash account | | 0.00 | 12,683.80 | (314.90) | R-8837 | |
| 09/01/2021 | Chk# WRE :Prog Gen Reverses receipt Ctrl# 8837 to adjust cash account | | 0.00 | (12,683.80) | 12,368.90 | R-12024 | |
| 09/01/2021 | Chk# WRE | | 0.00 | 12,683.80 | (314.90) | R-12025 | |
| 10/01/2021 | Common Area Maintenance (10/2021) | C-03 | 959.10 | 0.00 | 644.20 | C-27669 | No |
| 10/01/2021 | Commercial Rental (10/2021) | C-03 | 11,040.00 | 0.00 | 11,684.20 | C-27670 | No |
| 10/01/2021 | Insurance (10/2021) | C-03 | 197.45 | 0.00 | 11,881.65 | C-27671 | No |
| 10/01/2021 | Real Estate Taxes (10/2021) | C-03 | 487.25 | 0.00 | 12,368.90 | C-27672 | No |
| 10/01/2021 | Chk# ACH | | 0.00 | 12,683.80 | (314.90) | R-11058 | |
| 11/01/2021 | Common Area Maintenance (11/2021) | C-03 | 959.10 | 0.00 | 644.20 | C-31439 | No |
| 11/01/2021 | Commercial Rental (11/2021) | C-03 | 11,040.00 | 0.00 | 11,684.20 | C-31440 | No |
| 11/01/2021 | Insurance (11/2021) | C-03 | 197.45 | 0.00 | 11,881.65 | C-31441 | No |

## Lease Ledger

Page 2

Date: 12/30/2024
Property: 1800com
Tenant: t0000188 Vitamin Shoppe #615
From Date: 02/25/2013  To Date: 12/31/2027
Move In Date: 02/25/2013
Unit(S): C-03

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 11/01/2021 | Real Estate Taxes (11/2021) | C-03 | 487.25 | 0.00 | 12,368.90 | C-31442 | No |
| 11/01/2021 | Chk# WIR | | 0.00 | 12,683.80 | (314.90) | R-13165 | |
| 12/01/2021 | Common Area Maintenance (12/2021) | C-03 | 959.10 | 0.00 | 644.20 | C-37830 | No |
| 12/01/2021 | Commercial Rental (12/2021) | C-03 | 11,040.00 | 0.00 | 11,684.20 | C-37831 | No |
| 12/01/2021 | Insurance (12/2021) | C-03 | 197.45 | 0.00 | 11,881.65 | C-37832 | No |
| 12/01/2021 | Real Estate Taxes (12/2021) | C-03 | 487.25 | 0.00 | 12,368.90 | C-37833 | No |
| 12/01/2021 | Chk# WRE-A12012021 | | 0.00 | 12,683.80 | (314.90) | R-16433 | |
| 01/01/2022 | Common Area Maintenance (01/2022) | C-03 | 987.87 | 0.00 | 672.97 | C-41625 | No |
| 01/01/2022 | Commercial Rental (01/2022) | C-03 | 11,040.00 | 0.00 | 11,712.97 | C-41626 | No |
| 01/01/2022 | Insurance (01/2022) | C-03 | 197.45 | 0.00 | 11,910.42 | C-41627 | No |
| 01/01/2022 | Real Estate Taxes (01/2022) | C-03 | 487.25 | 0.00 | 12,397.67 | C-41628 | No |
| 01/03/2022 | Chk# WIR | | 0.00 | 12,712.57 | (314.90) | R-19493 | |
| 02/01/2022 | Common Area Maintenance (02/2022) | C-03 | 987.87 | 0.00 | 672.97 | C-46742 | No |
| 02/01/2022 | Commercial Rental (02/2022) | C-03 | 11,040.00 | 0.00 | 11,712.97 | C-46743 | No |
| 02/01/2022 | Insurance (02/2022) | C-03 | 197.45 | 0.00 | 11,910.42 | C-46744 | No |
| 02/01/2022 | Real Estate Taxes (02/2022) | C-03 | 487.25 | 0.00 | 12,397.67 | C-46745 | No |
| 02/01/2022 | Chk# WRE-A02012022 | | 0.00 | 12,712.57 | (314.90) | R-22802 | |
| 03/01/2022 | Common Area Maintenance (03/2022) | C-03 | 987.87 | 0.00 | 672.97 | C-51504 | No |
| 03/01/2022 | Commercial Rental (03/2022) | C-03 | 11,040.00 | 0.00 | 11,712.97 | C-51505 | No |
| 03/01/2022 | Insurance (03/2022) | C-03 | 197.45 | 0.00 | 11,910.42 | C-51506 | No |
| 03/01/2022 | Real Estate Taxes (03/2022) | C-03 | 487.25 | 0.00 | 12,397.67 | C-51507 | No |
| 03/01/2022 | Chk# WRE-A03012022 | | 0.00 | 12,712.57 | (314.90) | R-25357 | |
| 04/01/2022 | Common Area Maintenance (04/2022) | C-03 | 987.87 | 0.00 | 672.97 | C-57995 | No |
| 04/01/2022 | Commercial Rental (04/2022) | C-03 | 11,040.00 | 0.00 | 11,712.97 | C-57996 | No |
| 04/01/2022 | Insurance (04/2022) | C-03 | 197.45 | 0.00 | 11,910.42 | C-57997 | No |
| 04/01/2022 | Real Estate Taxes (04/2022) | C-03 | 487.25 | 0.00 | 12,397.67 | C-57998 | No |
| 04/01/2022 | Chk# WRE-A04012022 | | 0.00 | 12,712.57 | (314.90) | R-27998 | |
| 05/01/2022 | Common Area Maintenance (05/2022) | C-03 | 987.87 | 0.00 | 672.97 | C-63215 | No |
| 05/01/2022 | Commercial Rental (05/2022) | C-03 | 11,040.00 | 0.00 | 11,712.97 | C-63216 | No |
| 05/01/2022 | Insurance (05/2022) | C-03 | 197.45 | 0.00 | 11,910.42 | C-63217 | No |
| 05/01/2022 | Real Estate Taxes (05/2022) | C-03 | 487.25 | 0.00 | 12,397.67 | C-63218 | No |
| 05/02/2022 | Chk# WRE-A05022022 | | 0.00 | 12,712.57 | (314.90) | R-30679 | |
| 06/01/2022 | Common Area Maintenance (06/2022) | C-03 | 987.87 | 0.00 | 672.97 | C-67994 | No |
| 06/01/2022 | Commercial Rental (06/2022) | C-03 | 11,040.00 | 0.00 | 11,712.97 | C-67995 | No |
| 06/01/2022 | Insurance (06/2022) | C-03 | 197.45 | 0.00 | 11,910.42 | C-67996 | No |
| 06/01/2022 | Real Estate Taxes (06/2022) | C-03 | 487.25 | 0.00 | 12,397.67 | C-67997 | No |

Monday, December 30, 2024
09:15 AM

## Lease Ledger

Page 3

Date: 12/30/2024
Property: 1800com
Tenant: t0000188 Vitamin Shoppe #615
From Date: 02/25/2013  To Date: 12/31/2027
Move In Date: 02/25/2013
Unit(S): C-03

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 06/01/2022 | Chk# WRE-A06012022 | | 0.00 | 12,712.57 | (314.90) | R-32877 | |
| 07/01/2022 | Common Area Maintenance (07/2022) | C-03 | 987.87 | 0.00 | 672.97 | C-72902 | No |
| 07/01/2022 | Commercial Rental (07/2022) | C-03 | 11,040.00 | 0.00 | 11,712.97 | C-72903 | No |
| 07/01/2022 | Insurance (07/2022) | C-03 | 197.45 | 0.00 | 11,910.42 | C-72904 | No |
| 07/01/2022 | Real Estate Taxes (07/2022) | C-03 | 487.25 | 0.00 | 12,397.67 | C-72905 | No |
| 07/01/2022 | Chk# WRE-A07012022 | | 0.00 | 12,712.57 | (314.90) | R-34798 | |
| 08/01/2022 | Common Area Maintenance (08/2022) | C-03 | 987.87 | 0.00 | 672.97 | C-81143 | No |
| 08/01/2022 | Commercial Rental (08/2022) | C-03 | 11,040.00 | 0.00 | 11,712.97 | C-81144 | No |
| 08/01/2022 | Insurance (08/2022) | C-03 | 197.45 | 0.00 | 11,910.42 | C-81145 | No |
| 08/01/2022 | Real Estate Taxes (08/2022) | C-03 | 487.25 | 0.00 | 12,397.67 | C-81146 | No |
| 08/01/2022 | Chk# WRE-A08012022 | | 0.00 | 12,712.57 | (314.90) | R-43893 | |
| 08/12/2022 | RET Recovery Rec 2021 | | (132.90) | 0.00 | (447.80) | C-113794 | No |
| 09/01/2022 | Common Area Maintenance (09/2022) | C-03 | 987.87 | 0.00 | 540.07 | C-178097 | No |
| 09/01/2022 | Commercial Rental (09/2022) | C-03 | 11,040.00 | 0.00 | 11,580.07 | C-178098 | No |
| 09/01/2022 | Insurance (09/2022) | C-03 | 197.45 | 0.00 | 11,777.52 | C-178099 | No |
| 09/01/2022 | Real Estate Taxes (09/2022) | C-03 | 487.25 | 0.00 | 12,264.77 | C-178100 | No |
| 09/01/2022 | Chk# WRE-A09012022 | | 0.00 | 12,712.57 | (447.80) | R-61187 | |
| 10/01/2022 | Common Area Maintenance (10/2022) | C-03 | 987.87 | 0.00 | 540.07 | C-213733 | No |
| 10/01/2022 | Commercial Rental (10/2022) | C-03 | 11,040.00 | 0.00 | 11,580.07 | C-213734 | No |
| 10/01/2022 | Insurance (10/2022) | C-03 | 197.45 | 0.00 | 11,777.52 | C-213735 | No |
| 10/01/2022 | Real Estate Taxes (10/2022) | C-03 | 487.25 | 0.00 | 12,264.77 | C-213736 | No |
| 10/03/2022 | Chk# WRE-A10032022 | | 0.00 | 12,712.57 | (447.80) | R-75906 | |
| 11/01/2022 | Common Area Maintenance (11/2022) | C-03 | 987.87 | 0.00 | 540.07 | C-267649 | No |
| 11/01/2022 | Commercial Rental (11/2022) | C-03 | 11,040.00 | 0.00 | 11,580.07 | C-267650 | No |
| 11/01/2022 | Insurance (11/2022) | C-03 | 197.45 | 0.00 | 11,777.52 | C-267651 | No |
| 11/01/2022 | Real Estate Taxes (11/2022) | C-03 | 487.25 | 0.00 | 12,264.77 | C-267652 | No |
| 11/01/2022 | Chk# WRE-A11012022 | | 0.00 | 12,712.57 | (447.80) | R-109228 | |
| 12/01/2022 | Common Area Maintenance (12/2022) | C-03 | 987.87 | 0.00 | 540.07 | C-320840 | No |
| 12/01/2022 | Commercial Rental (12/2022) | C-03 | 11,040.00 | 0.00 | 11,580.07 | C-320841 | No |
| 12/01/2022 | Insurance (12/2022) | C-03 | 197.45 | 0.00 | 11,777.52 | C-320842 | No |
| 12/01/2022 | Real Estate Taxes (12/2022) | C-03 | 487.25 | 0.00 | 12,264.77 | C-320843 | No |
| 12/01/2022 | Chk# WRE-A12012022 | | 0.00 | 12,712.57 | (447.80) | R-137563 | |
| 01/01/2023 | Common Area Maintenance (01/2023) | C-03 | 1,017.51 | 0.00 | 569.71 | C-366822 | No |
| 01/01/2023 | Commercial Rental (01/2023) :Reversed by Charge Ctrl# 368050 | | 11,040.00 | 0.00 | 11,609.71 | C-366823 | No |
| 01/01/2023 | Commercial Rental (01/2023) | C-03 | 12,419.65 | 0.00 | 24,029.36 | C-366824 | No |

Monday, December 30, 2024
09:15 AM

## Lease Ledger

Page 4

Date: 12/30/2024
Property: 1800com
Tenant: t0000188 Vitamin Shoppe #615
From Date: 02/25/2013  To Date: 12/31/2027
Move In Date: 02/25/2013
Unit(S): C-03

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 01/01/2023 | Insurance (01/2023) | C-03 | 197.45 | 0.00 | 24,226.81 | C-366825 | No |
| 01/01/2023 | Real Estate Taxes (01/2023) | C-03 | 487.25 | 0.00 | 24,714.06 | C-366826 | No |
| 01/03/2023 | :Reverse Charge Ctrl#366823 | | (11,040.00) | 0.00 | 13,674.06 | C-368050 | Yes |
| 01/03/2023 | Chk# WRE-A01032023 | | 0.00 | 12,965.92 | 708.14 | R-155667 | |
| 02/01/2023 | Common Area Maintenance (02/2023) | C-03 | 1,017.51 | 0.00 | 1,725.65 | C-414359 | No |
| 02/01/2023 | Commercial Rental (02/2023) | C-03 | 12,419.65 | 0.00 | 14,145.30 | C-414360 | No |
| 02/01/2023 | Insurance (02/2023) | C-03 | 197.45 | 0.00 | 14,342.75 | C-414361 | No |
| 02/01/2023 | Real Estate Taxes (02/2023) | C-03 | 487.25 | 0.00 | 14,830.00 | C-414362 | No |
| 02/01/2023 | Chk# WRE-A02012023 | | 0.00 | 14,121.86 | 708.14 | R-178222 | |
| 02/15/2023 | Late Fee(2), 1.5% of $708.14 | | 10.62 | 0.00 | 718.76 | C-456954 | No |
| 03/01/2023 | Common Area Maintenance (03/2023) | C-03 | 1,017.51 | 0.00 | 1,736.27 | C-464062 | No |
| 03/01/2023 | Commercial Rental (03/2023) | C-03 | 12,419.65 | 0.00 | 14,155.92 | C-464063 | No |
| 03/01/2023 | Insurance (03/2023) | C-03 | 197.45 | 0.00 | 14,353.37 | C-464064 | No |
| 03/01/2023 | Real Estate Taxes (03/2023) | C-03 | 487.25 | 0.00 | 14,840.62 | C-464065 | No |
| 03/01/2023 | Chk# WRE-A03012023 | | 0.00 | 14,121.86 | 718.76 | R-200255 | |
| 03/07/2023 | Late Fee(2), 1.5% of $718.76 | | 10.78 | 0.00 | 729.54 | C-470242 | No |
| 04/01/2023 | Common Area Maintenance (04/2023) | C-03 | 1,017.51 | 0.00 | 1,747.05 | C-511348 | No |
| 04/01/2023 | Commercial Rental (04/2023) | C-03 | 12,419.65 | 0.00 | 14,166.70 | C-511349 | No |
| 04/01/2023 | Insurance (04/2023) | C-03 | 197.45 | 0.00 | 14,364.15 | C-511350 | No |
| 04/01/2023 | Real Estate Taxes (04/2023) | C-03 | 487.25 | 0.00 | 14,851.40 | C-511351 | No |
| 04/03/2023 | Chk# WRE-A04012023 | | 0.00 | 14,121.86 | 729.54 | R-224202 | |
| 04/06/2023 | Reversed late fees :Reversed by Charge Ctrl# 513530 | | 729.54 | 0.00 | 1,459.08 | C-513529 | No |
| 04/06/2023 | :Reverse Charge Ctrl#513529 | | (729.54) | 0.00 | 729.54 | C-513530 | Yes |
| 04/06/2023 | Reverse Late Fees | | (729.54) | 0.00 | 0.00 | C-513532 | No |
| 05/01/2023 | Common Area Maintenance (05/2023) | C-03 | 1,017.51 | 0.00 | 1,017.51 | C-555634 | No |
| 05/01/2023 | Commercial Rental (05/2023) | C-03 | 12,419.65 | 0.00 | 13,437.16 | C-555635 | No |
| 05/01/2023 | Insurance (05/2023) | C-03 | 197.45 | 0.00 | 13,634.61 | C-555636 | No |
| 05/01/2023 | Real Estate Taxes (05/2023) | C-03 | 487.25 | 0.00 | 14,121.86 | C-555637 | No |
| 05/01/2023 | Chk# WRE-A05012023 | | 0.00 | 14,121.86 | 0.00 | R-243376 | |
| 06/01/2023 | Common Area Maintenance (06/2023) | C-03 | 1,017.51 | 0.00 | 1,017.51 | C-600432 | No |
| 06/01/2023 | Commercial Rental (06/2023) | C-03 | 12,419.65 | 0.00 | 13,437.16 | C-600433 | No |
| 06/01/2023 | Insurance (06/2023) | C-03 | 197.45 | 0.00 | 13,634.61 | C-600434 | No |
| 06/01/2023 | Real Estate Taxes (06/2023) | C-03 | 487.25 | 0.00 | 14,121.86 | C-600435 | No |
| 06/01/2023 | Chk# WRE-A06012023 | | 0.00 | 14,121.86 | 0.00 | R-266793 | |
| 07/01/2023 | Common Area Maintenance (07/2023) | C-03 | 1,017.51 | 0.00 | 1,017.51 | C-648706 | No |
| 07/01/2023 | Commercial Rental (07/2023) | C-03 | 12,419.65 | 0.00 | 13,437.16 | C-648707 | No |

## Lease Ledger

Page 5

Date: 12/30/2024
Property: 1800com
Tenant: t0000188 Vitamin Shoppe #615
From Date: 02/25/2013  To Date: 12/31/2027
Move In Date: 02/25/2013
Unit(S): C-03

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 07/01/2023 | Insurance (07/2023) | C-03 | 197.45 | 0.00 | 13,634.61 | C-648708 | No |
| 07/01/2023 | Real Estate Taxes (07/2023) | C-03 | 487.25 | 0.00 | 14,121.86 | C-648709 | No |
| 07/05/2023 | Chk# WRE-A07032023 | | 0.00 | 14,121.86 | 0.00 | R-291721 | |
| 08/01/2023 | Common Area Maintenance (08/2023) | C-03 | 1,017.51 | 0.00 | 1,017.51 | C-692504 | No |
| 08/01/2023 | Commercial Rental (08/2023) | C-03 | 12,419.65 | 0.00 | 13,437.16 | C-692505 | No |
| 08/01/2023 | Insurance (08/2023) | C-03 | 197.45 | 0.00 | 13,634.61 | C-692506 | No |
| 08/01/2023 | Real Estate Taxes (08/2023) | C-03 | 487.25 | 0.00 | 14,121.86 | C-692507 | No |
| 08/01/2023 | Chk# WRE-A08012023 | | 0.00 | 14,121.86 | 0.00 | R-311214 | |
| 08/03/2023 | Insurance Reconciliation (01/2021 - 12/2021) | | (1,346.82) | 0.00 | (1,346.82) | C-697101 | No |
| 08/03/2023 | Insurance Reconciliation (01/2022 - 12/2022) | | (1,341.43) | 0.00 | (2,688.25) | C-697119 | No |
| 08/03/2023 | Real Estate Tax Reconciliation (01/2022 - 12/2022) | | (9.99) | 0.00 | (2,698.24) | C-697120 | No |
| 09/01/2023 | Common Area Maintenance (09/2023) | C-03 | 1,017.51 | 0.00 | (1,680.73) | C-739832 | No |
| 09/01/2023 | Commercial Rental (09/2023) | C-03 | 12,419.65 | 0.00 | 10,738.92 | C-739833 | No |
| 09/01/2023 | Insurance (09/2023) | C-03 | 197.45 | 0.00 | 10,936.37 | C-739834 | No |
| 09/01/2023 | Real Estate Taxes (09/2023) | C-03 | 487.25 | 0.00 | 11,423.62 | C-739835 | No |
| 09/01/2023 | Chk# WRE-A09012023 | | 0.00 | 14,121.86 | (2,698.24) | R-333564 | |
| 10/01/2023 | Common Area Maintenance (10/2023) | C-03 | 1,017.51 | 0.00 | (1,680.73) | C-790375 | No |
| 10/01/2023 | Commercial Rental (10/2023) | C-03 | 12,419.65 | 0.00 | 10,738.92 | C-790376 | No |
| 10/01/2023 | Insurance (10/2023) | C-03 | 197.45 | 0.00 | 10,936.37 | C-790377 | No |
| 10/01/2023 | Real Estate Taxes (10/2023) | C-03 | 487.25 | 0.00 | 11,423.62 | C-790378 | No |
| 10/02/2023 | Chk# WRE-A10022023 | | 0.00 | 14,121.86 | (2,698.24) | R-356287 | |
| 11/01/2023 | Common Area Maintenance (11/2023) | C-03 | 1,017.51 | 0.00 | (1,680.73) | C-834986 | No |
| 11/01/2023 | Commercial Rental (11/2023) | C-03 | 12,419.65 | 0.00 | 10,738.92 | C-834987 | No |
| 11/01/2023 | Insurance (11/2023) | C-03 | 197.45 | 0.00 | 10,936.37 | C-834988 | No |
| 11/01/2023 | Real Estate Taxes (11/2023) | C-03 | 487.25 | 0.00 | 11,423.62 | C-834989 | No |
| 11/01/2023 | Chk# WRE-A11012023 | | 0.00 | 14,121.86 | (2,698.24) | R-381325 | |
| 12/01/2023 | Common Area Maintenance (12/2023) | C-03 | 1,017.51 | 0.00 | (1,680.73) | C-872392 | No |
| 12/01/2023 | Commercial Rental (12/2023) | C-03 | 12,419.65 | 0.00 | 10,738.92 | C-872393 | No |
| 12/01/2023 | Insurance (12/2023) | C-03 | 197.45 | 0.00 | 10,936.37 | C-872394 | No |
| 12/01/2023 | Real Estate Taxes (12/2023) | C-03 | 487.25 | 0.00 | 11,423.62 | C-872395 | No |
| 12/01/2023 | Chk# WRE-A12012023 | | 0.00 | 14,121.86 | (2,698.24) | R-402749 | |
| 01/01/2024 | Common Area Maintenance (01/2024) | C-03 | 1,048.03 | 0.00 | (1,650.21) | C-925526 | No |
| 01/01/2024 | Commercial Rental (01/2024) | C-03 | 12,419.65 | 0.00 | 10,769.44 | C-925527 | No |
| 01/01/2024 | Insurance (01/2024) | C-03 | 197.45 | 0.00 | 10,966.89 | C-925528 | No |
| 01/01/2024 | Real Estate Taxes (01/2024) | C-03 | 487.25 | 0.00 | 11,454.14 | C-925529 | No |
| 01/02/2024 | Chk# WIRE01022024 | | 0.00 | 14,152.38 | (2,698.24) | R-425931 | |

## Lease Ledger

Page 6

Date: 12/30/2024
Property: 1800com
Tenant: t0000188 Vitamin Shoppe #615
From Date: 02/25/2013  To Date: 12/31/2027
Move In Date: 02/25/2013
Unit(S): C-03

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 02/01/2024 | Common Area Maintenance (02/2024) | C-03 | 1,048.03 | 0.00 | (1,650.21) | C-939883 | No |
| 02/01/2024 | Commercial Rental (02/2024) | C-03 | 12,419.65 | 0.00 | 10,769.44 | C-939884 | No |
| 02/01/2024 | Insurance (02/2024) | C-03 | 197.45 | 0.00 | 10,966.89 | C-939885 | No |
| 02/01/2024 | Real Estate Taxes (02/2024) | C-03 | 487.25 | 0.00 | 11,454.14 | C-939886 | No |
| 02/01/2024 | Real Estate Tax Reconciliation (01/2023 - 12/2023) | | 156.92 | 0.00 | 11,611.06 | C-980032 | No |
| 02/01/2024 | 2023 RET Adjustment | | (0.09) | 0.00 | 11,610.97 | C-1027103 | No |
| 02/01/2024 | Chk# WIRE02012024 | | 0.00 | 14,152.38 | (2,541.41) | R-448620 | |
| 03/01/2024 | Common Area Maintenance (03/2024) | C-03 | 1,048.03 | 0.00 | (1,493.38) | C-1022809 | No |
| 03/01/2024 | Commercial Rental (03/2024) | C-03 | 12,419.65 | 0.00 | 10,926.27 | C-1022810 | No |
| 03/01/2024 | Insurance (03/2024) | C-03 | 197.45 | 0.00 | 11,123.72 | C-1022811 | No |
| 03/01/2024 | Real Estate Taxes (03/2024) | C-03 | 487.25 | 0.00 | 11,610.97 | C-1022812 | No |
| 03/01/2024 | Chk# WRE-A03012024 | | 0.00 | 14,152.38 | (2,541.41) | R-472264 | |
| 04/01/2024 | Common Area Maintenance (04/2024) | C-03 | 1,048.03 | 0.00 | (1,493.38) | C-1069468 | No |
| 04/01/2024 | Commercial Rental (04/2024) | C-03 | 12,419.65 | 0.00 | 10,926.27 | C-1069469 | No |
| 04/01/2024 | Insurance (04/2024) | C-03 | 197.45 | 0.00 | 11,123.72 | C-1069470 | No |
| 04/01/2024 | Real Estate Taxes (04/2024) | C-03 | 487.25 | 0.00 | 11,610.97 | C-1069471 | No |
| 04/01/2024 | Insurance Reconciliation (01/2023 - 12/2023) | | (1,147.92) | 0.00 | 10,463.05 | C-1070171 | No |
| 04/01/2024 | Chk# Wire04012024 | | 0.00 | 14,152.38 | (3,689.33) | R-497226 | |
| 05/01/2024 | Common Area Maintenance (05/2024) | C-03 | 1,048.03 | 0.00 | (2,641.30) | C-1125352 | No |
| 05/01/2024 | Commercial Rental (05/2024) | C-03 | 12,419.65 | 0.00 | 9,778.35 | C-1125353 | No |
| 05/01/2024 | Insurance (05/2024) | C-03 | 197.45 | 0.00 | 9,975.80 | C-1125354 | No |
| 05/01/2024 | Real Estate Taxes (05/2024) | C-03 | 487.25 | 0.00 | 10,463.05 | C-1125355 | No |
| 05/01/2024 | Chk# WIRE05012024 | | 0.00 | 14,152.38 | (3,689.33) | R-524684 | |
| 06/01/2024 | Common Area Maintenance (06/2024) | C-03 | 1,048.03 | 0.00 | (2,641.30) | C-1172357 | No |
| 06/01/2024 | Commercial Rental (06/2024) | C-03 | 12,419.65 | 0.00 | 9,778.35 | C-1172358 | No |
| 06/01/2024 | Insurance (06/2024) | C-03 | 197.45 | 0.00 | 9,975.80 | C-1172359 | No |
| 06/01/2024 | Real Estate Taxes (06/2024) | C-03 | 487.25 | 0.00 | 10,463.05 | C-1172360 | No |
| 06/03/2024 | Chk# WIRE06032024 | | 0.00 | 14,152.38 | (3,689.33) | R-549858 | |
| 07/01/2024 | Common Area Maintenance (07/2024) | C-03 | 1,048.03 | 0.00 | (2,641.30) | C-1220073 | No |
| 07/01/2024 | Commercial Rental (07/2024) | C-03 | 12,419.65 | 0.00 | 9,778.35 | C-1220074 | No |
| 07/01/2024 | Insurance (07/2024) | C-03 | 197.45 | 0.00 | 9,975.80 | C-1220075 | No |
| 07/01/2024 | Real Estate Taxes (07/2024) | C-03 | 487.25 | 0.00 | 10,463.05 | C-1220076 | No |
| 07/01/2024 | Chk# WIRE07012024 | | 0.00 | 14,152.38 | (3,689.33) | R-569791 | |
| 08/01/2024 | Common Area Maintenance (08/2024) | C-03 | 1,048.03 | 0.00 | (2,641.30) | C-1264991 | No |
| 08/01/2024 | Commercial Rental (08/2024) | C-03 | 12,419.65 | 0.00 | 9,778.35 | C-1264992 | No |
| 08/01/2024 | Insurance (08/2024) | C-03 | 197.45 | 0.00 | 9,975.80 | C-1264993 | No |

Monday, December 30, 2024
09:15 AM

## Lease Ledger

Page 7

Date: 12/30/2024
Property: 1800com
Tenant: t0000188 Vitamin Shoppe #615
From Date: 02/25/2013  To Date: 12/31/2027
Move In Date: 02/25/2013
Unit(S): C-03

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 08/01/2024 | Real Estate Taxes (08/2024) | C-03 | 487.25 | 0.00 | 10,463.05 | C-1264994 | No |
| 08/01/2024 | Chk# WIRE-08012024 | | 0.00 | 14,152.38 | (3,689.33) | R-595974 | |
| 09/01/2024 | Common Area Maintenance (09/2024) | C-03 | 1,048.03 | 0.00 | (2,641.30) | C-1312413 | No |
| 09/01/2024 | Commercial Rental (09/2024) | C-03 | 12,419.65 | 0.00 | 9,778.35 | C-1312414 | No |
| 09/01/2024 | Insurance (09/2024) | C-03 | 197.45 | 0.00 | 9,975.80 | C-1312415 | No |
| 09/01/2024 | Real Estate Taxes (09/2024) | C-03 | 487.25 | 0.00 | 10,463.05 | C-1312416 | No |
| 09/03/2024 | Chk# Wire090324 | | 0.00 | 14,152.38 | (3,689.33) | R-619871 | |
| 10/01/2024 | Common Area Maintenance (10/2024) | C-03 | 1,048.03 | 0.00 | (2,641.30) | C-1358507 | No |
| 10/01/2024 | Commercial Rental (10/2024) | C-03 | 12,419.65 | 0.00 | 9,778.35 | C-1358508 | No |
| 10/01/2024 | Insurance (10/2024) | C-03 | 197.45 | 0.00 | 9,975.80 | C-1358509 | No |
| 10/01/2024 | Real Estate Taxes (10/2024) | C-03 | 487.25 | 0.00 | 10,463.05 | C-1358510 | No |
| 10/01/2024 | Chk# Wire 100124 | | 0.00 | 14,152.38 | (3,689.33) | R-641357 | |
| 11/01/2024 | Common Area Maintenance (11/2024) | C-03 | 1,048.03 | 0.00 | (2,641.30) | C-1406510 | No |
| 11/01/2024 | Commercial Rental (11/2024) | C-03 | 12,419.65 | 0.00 | 9,778.35 | C-1406511 | No |
| 11/01/2024 | Insurance (11/2024) | C-03 | 197.45 | 0.00 | 9,975.80 | C-1406512 | No |
| 11/01/2024 | Real Estate Taxes (11/2024) | C-03 | 487.25 | 0.00 | 10,463.05 | C-1406513 | No |
| 11/04/2024 | Chk# Wire 110424 | | 0.00 | 14,152.38 | (3,689.33) | R-668392 | |
| 12/01/2024 | Common Area Maintenance (12/2024) | C-03 | 1,048.03 | 0.00 | (2,641.30) | C-1452372 | No |
| 12/01/2024 | Commercial Rental (12/2024) | C-03 | 12,419.65 | 0.00 | 9,778.35 | C-1452373 | No |
| 12/01/2024 | Insurance (12/2024) | C-03 | 197.45 | 0.00 | 9,975.80 | C-1452374 | No |
| 12/01/2024 | Real Estate Taxes (12/2024) | C-03 | 487.25 | 0.00 | 10,463.05 | C-1452375 | No |
| 12/03/2024 | Chk# Wire 120324 | | 0.00 | 14,152.38 | (3,689.33) | R-688407 | |
| 01/01/2025 | Common Area Maintenance (01/2025) | C-03 | 1,079.47 | 0.00 | (2,609.86) | C-1458366 | No |
| 01/01/2025 | Commercial Rental (01/2025) | C-03 | 12,419.65 | 0.00 | 9,809.79 | C-1458367 | No |
| 01/01/2025 | Insurance (01/2025) | C-03 | 197.45 | 0.00 | 10,007.24 | C-1458368 | No |
| 01/01/2025 | Real Estate Taxes (01/2025) | C-03 | 487.25 | 0.00 | 10,494.49 | C-1458369 | No |



**EXHIBIT B**