# **EXHIBIT A**

**Supplemental Cure Schedule**

| ID # | Counterparty | Counterparty's Address | Debtor Entity | Agreement | Store | Estimated Cure |
|---|---|---|---|---|---|---|
| 129990001 | Electronic Imaging Services, Inc., d/b/a Vestcom Retail Solutions | Electronic Imaging Services, Inc., d/b/a Vestcom Retail Solutions<br>2800 Cantrell Road, Suite 500<br>Little Rock, AR 72202 | PSP Group, LLC | Master Services Agreement By and Between PSP Group, LLC And Electronic Imagine Services, Inc., d/b/a Vestcom Retail Solutions dated October 1st, 2024 | | $0.00 |
| 129990002 | Electronic Imaging Services, Inc., d/b/a Vestcom Retail Solutions | Electronic Imaging Services, Inc., d/b/a Vestcom Retail Solutions<br>2800 Cantrell Road, Suite 500<br>Little Rock, AR 72202 | PSP Group, LLC | Addendum A - Shelf Edge Products Service Agreement By and Between PSP Group, LLC And Electronic Imagine Services, Inc., d/b/a Vestcom Retail Solutions dated October 1st, 2024 | | $0.00 |
| 129990004 | Google, Inc. | Google, Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | PSP Group, LLC | Google Advertising Service Agreement | | $1,041,042.04 |
| 122300001 | Trace Minerals Opco, LLC | Trace Minerals Opco, LLC<br>1996 W. 3300 S<br>Ogden, UT 84401 | Vitamin Shoppe Procurement Services, LLC | Private Label Manufacturing and Supply Agreement dated as of March 25, 2024 | | $0.00 |
| 129990003 | UMR, Inc. | UMR, Inc.<br>UnitedHealthcare<br>Attention: Paul Cirillo<br>City Place I<br>185 Asylum St.<br>Hartford, CT 06103 | Franchise Group, Inc. | Administrative Services Agreement, between UMR, Inc. and Franchise Group, Inc., effective as of January 1, 2024 | | $0.00[1] |

1) The cure amount listed for UMR is as of the Petition Date.