**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                      Chapter __11__

                         Case No. __24__-__12480__ (__JTD__)

Debtor: __FRANCHISE GROUP, INC., et al,__

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Lisa C. Cohen of Ruff & Cohen, P.A.__ to represent __Brierwood Villages, LLC__ in this action.

/s/ Robert D. Wilcox

Firm Name: Robert D. Wilcox (DE # 4321)
Wilcox Law Firm
Address: 1301 Riverplace Blvd., Ste 800
Jacksonville, FL 32207
Phone: (904) 405-1250
Email: rw@wflaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Florida__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Lisa C. Cohen

Firm Name: Lisa C. Cohen (FL Bar #558291)
Ruff & Cohen, P.A.
Address: 4010 Newberry Road, Ste G
Gainesville, FL 32607
Phone:
Email: (352) 376-3601
lcohen@ruffcohen.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105