## EXHIBIT 1

**Supporting Documentation**



| Remit to: |
|---|
| **Wells Fargo Bank** |
| P.O. Box 713824 |
| Philadelphia, PA 19171-3824 |
| **Routing #:** |
| **Account #:** |
| Remit email: Jessica_Bussard@corvel.com |

| Invoice Number |
|---|
| FG11302024 |

| **_Service for the Period of:  November 1, 2024 to November 3, 2024_** |
|---|

| Details | Totals |
|---|---|
| **American Freight Total** | **$            37.86** |
|     Claim Handling Fees | $            37.86 |
|     24/7 Calls - 0 x $114.65 | $               - |
| | |
| **Buddy's Total** | **$               -** |
|     Claim Handling Fees | |
|     24/7 Calls - 0 x $114.65 | $               - |
| | |
| **Pet Supplies Plus Total** | **$               -** |
|     Claim Handling Fees | |
|     24/7 Calls - 0 x $114.65 | $               - |
| | |
| **Vitamin Shoppe Total** | **$            37.86** |
|     Claim Handling Fees | $            37.86 |
|     24/7 Calls - 0 x $114.65 | $               - |
|     VSI Payroll EDI - not processed until 11/15 | $               - |
| | |
| **WS Badcock Total** | **$               -** |
|     Claim Handling Fees | $               - |
|     24/7 Calls | $               - |
| | |
| **Monthly Medicare Maintenance Fee = $1,081.60, 3 days = $108.16** | **$          108.16** |
| | |
| **Thank You**          **Total Invoice:** | **$          183.88** |

| Please Pay This Amount |
|---|
| $183.88 |

**FEDERAL TIN NO. 42-1704550**

*Franchise Group Claim Fees invoiced November 1-3, 2024*

| Entity | Location | Invoice Number | Invoice Date | Claim Number | Date of Loss | Fee Description | Fee |
|--------|----------|----------------|--------------|--------------|--------------|-----------------|-----|
| American Freight | AF296 - Westminster | 1721773 | 11/01/2024 | 1687-WC-24-0301333 | 10/27/2024 | Flat Fee WC - Report Only - (CO) | $37.86 |
| Vitamin Shoppe | VS-Arizona Distribution | 1721794 | 11/02/2024 | 1687-WC-24-0301334 | 10/31/2024 | Flat Fee WC - Report Only - (AZ) | $37.86 |
| | | | | | | **Total November 1-3, 2024** | **$75.72** |



| Remit to: |
|---|
| **Wells Fargo Bank** |
| **P.O. Box 713824** |
| **Philadelphia, PA 19171-3824** |
| **Routing #:** |
| **Account #:** |
| **Remit email: Jessica_Bussard@corvel.com** |

| Invoice Number |
|---|
| FG10312024 |

| *Service for the Period of: October 1, 2024 to October 31, 2024* |
|---|

| Details | Totals |
|---|---|
| **American Freight Total** | **$      15,684.78** |
| Claim Handling Fees | $      14,899.87 |
| 24/7 Calls - 4 x $110.24 & 3 x $114.65 | $           784.91 |
| | |
| **Buddy's Total** | **$           303.93** |
| Claim Handling Fees | $           189.28 |
| 24/7 Calls - 1 x $114.65 | $           114.65 |
| | |
| **Pet Supplies Plus Total** | **$      10,581.43** |
| Claim Handling Fees | $        8,107.64 |
| 24/7 Calls - 11 x $110.24 & 11 x $114.65 | $        2,473.79 |
| | |
| **Vitamin Shoppe Total** | **$        9,445.72** |
| Claim Handling Fees | $        9,225.24 |
| 24/7 Calls - 0 x $114.65 | $                  - |
| VSI Payroll EDI | $           220.48 |
| | |
| **WS Badcock Total** | **$           676.00** |
| Claim Handling Fees | $           676.00 |
| 24/7 Calls | $                  - |
| | |
| **Liberty Tax Total** | **$                  -** |
| Claim Handling Fees | $                  - |
| | |
| **Monthly Medicare Maintenance Fee** | **$        1,081.60** |
| **Annual Administrative Fee** | **$      17,197.44** |
| **Annual Banking Fee - 1 Account included, 5 additional at $1,146.50 each** | **$        5,732.50** |
| **Annual CareMC Users Fee - 25 Users included, 3 additional users at $540.80 each** | **$        1,622.40** |
| | |
| Thank You                                                Total Invoice: | **$      62,325.80** |

| Please Pay This Amount |
|---|
| $62,325.80 |

**FEDERAL TIN NO. 42-1704550**

*Franchise Group - October 2024 Claim Fee Details by Entity*

| Entity | Location | Claim Number | Date of Loss | Fee Description | Fee |
|---|---|---|---|---|---|
| American Freight | AF105 - Muncie | 1687-WC-24-0301306 | 09/26/2024 | Flat Fee WC - Indemnity - (IN) | $1,038.34 |
| American Freight | AF111 - San Antonio | 1687-AL-24-0301257-001 | 10/01/2024 | Flat Fee AL - Property Damage | $410.80 |
| American Freight | AF132 - Oklahoma City | 1687-GL-24-0301246-001 | 08/19/2024 | Flat Fee GL - PROPERTY DAMAGE | $410.80 |
| American Freight | AF200 - Wilkes-Barre | 1687-WC-24-0301191 | 09/12/2024 | Adjustment from [WC] Medical Only to [WC] Indemnity | $816.40 |
| American Freight | AF200 - Wilkes-Barre | 1687-WC-24-0301237 | 09/28/2024 | Flat Fee WC - Medical Only - (PA) | $182.00 |
| American Freight | AF21 - Miami Gardens | 1687-AL-24-0301293-001 | 07/09/2024 | Flat Fee AL - Property Damage | $410.80 |
| American Freight | AF215 - Conyers | 1687-GL-24-0301311-001 | 09/14/2024 | Flat Fee GL - PROPERTY DAMAGE | $427.23 |
| American Freight | AF223 - Sedalia | 1687-GL-24-0300520-001 | 4/15/2024 | Deleted Claims Credit | ($410.80) |
| American Freight | AF230 - Jonesboro | 1687-GL-24-0301301-001 | 10/20/2024 | Flat Fee GL - Report Only | $36.40 |
| American Freight | AF242 - Saint Joseph | 1687-AL-24-0301309-001 | 10/18/2024 | Flat Fee AL - Property Damage | $410.80 |
| American Freight | AF25 - Ft. Wayne | 1687-GL-24-0301302-001 | 09/14/2024 | Flat Fee GL - PROPERTY DAMAGE | $410.80 |
| American Freight | AF251 - Springfield | 1687-WC-24-0301195 | 09/12/2024 | Adjustment from [WC] Medical Only to [WC] Indemnity | $816.40 |
| American Freight | AF33 - Syracuse | 1687-WC-24-0301267 | 09/27/2024 | Flat Fee WC - Report Only - (NY) | $36.40 |
| American Freight | AF33 - Syracuse | 1687-WC-24-0301268 | 09/27/2024 | Flat Fee WC - Report Only - (NY) | $36.40 |
| American Freight | AF39 - Winter Park | 1687-WC-24-0301296 | 07/10/2024 | Flat Fee WC - Indemnity - (FL) | $1,322.88 |
| American Freight | AF4068 - Webster | 1687-GL-24-0301304-001 | 10/22/2024 | Flat Fee GL - PROPERTY DAMAGE | $410.80 |
| American Freight | AF4324 - Newington | 1687-GL-24-0301272-001 | 09/21/2024 | Flat Fee GL - General Liability Bodily Injury | $728.00 |
| American Freight | AF4790 - Portage | 1687-AL-24-0301297-001 | 09/28/2024 | Flat Fee AL - Collision | $410.80 |
| American Freight | AF4794 - Parma | 1687-GL-24-0301259-001 | 06/12/2024 | Flat Fee GL - PROPERTY DAMAGE | $410.80 |
| American Freight | AF4994 - Richmond | 1687-WC-24-0301189 | 09/05/2024 | Invoice Credit - File moved to deleted | ($182.00) |
| American Freight | AF5630 - San Diego | 1687-WC-24-0301248-001 | 09/29/2024 | Flat Fee WC - Medical Only - (CA) | $410.80 |
| American Freight | AF5632 - Cerritos | 1687-GL-24-0301307-001 | 06/12/2024 | Flat Fee GL - PROPERTY DAMAGE | $427.23 |
| American Freight | AF59 - West Melbourne | 1687-WC-23-0301542 | 09/17/2023 | Adjustment from [WC] Medical Only to [WC] Indemnity | $1,140.88 |
| American Freight | AF7322 - Fairview Heights | 1687-WC-24-0301277 | 10/10/2024 | Flat Fee WC - Medical Only - (IL) | $182.00 |
| American Freight | AF7450 - North Olmsted | 1687-GL-24-0301254-001 | 09/23/2024 | Flat Fee GL - PROPERTY DAMAGE | $410.80 |
| American Freight | AF7533 - Greenville | 1687-AL-24-0300987-008 | 07/19/2024 | Flat Fee AL - Property Damage | $410.80 |
| American Freight | AF7604 - North Charleston | 1687-WC-24-0301240 | 09/29/2024 | Flat Fee WC - Medical Only - (SC) | $182.00 |
| American Freight | AF7604 - North Charleston | 1687-WC-24-0301325 | 10/28/2024 | Flat Fee WC - Medical Only - (SC) | $189.28 |
| American Freight | AF7604 - North Charleston | 1687-WC-24-0301326 | 10/28/2024 | Flat Fee WC - Medical Only - (SC) | $189.28 |
| American Freight | AF7611 - Florence | 1687-GL-24-0301266-001 | 10/09/2024 | Flat Fee GL - PROPERTY DAMAGE | $410.80 |
| American Freight | AF7611 - Florence | 1687-GL-24-0301280-001 | 10/11/2024 | Flat Fee GL - Report Only | $36.40 |
| American Freight | AF8495 - Medley | 1687-GL-24-0301319-001 | 10/27/2024 | Flat Fee GL - PROPERTY DAMAGE | $427.23 |
| American Freight | AF94 - Burnsville | 1687-WC-24-0301258 | 09/20/2024 | Flat Fee WC - Medical Only - (MN) | $182.00 |
| American Freight | AF97 - St. Louis | 1687-GL-24-0301320-001 | 10/16/2024 | Flat Fee GL - PREMISES (BI) | $757.12 |
| American Freight | AF9756 - Tinley Park | 1687-WC-24-0301241-001 | 04/15/2024 | Flat Fee WC - Medical Only - (IL) | $410.80 |
| American Freight | AF9974 - Concord | 1687-WC-24-0301250 | 09/22/2024 | Flat Fee WC - Indemnity - (NC) | $998.40 |
| **American Freight Total** | | | | | **$14,899.87** |
| Buddy's | BNC #36 | 1687-WC-24-0301323 | 10/28/2024 | Flat Fee WC - Medical Only - (FL) | $189.28 |
| **Buddy's Total** | | | | | **$189.28** |
| Pet Supplies Plus | PSP192 Blasdell | 1687-WC-24-0301324 | 10/27/2024 | Flat Fee WC - Medical Only - (NY) | $189.28 |
| Pet Supplies Plus | PSP217 Portage | 1687-GL-24-0301288-001 | 10/14/2024 | Flat Fee GL - PROPERTY DAMAGE | $410.80 |
| Pet Supplies Plus | PSP237 Deerfield | 1687-WC-24-0301290 | 10/20/2024 | Flat Fee WC - Report Only - (IL) | $36.40 |
| Pet Supplies Plus | PSP248 White Oak | 1687-WC-24-0301209 | 09/17/2024 | Flat Fee WC - Medical Only - (PA) | $182.00 |
| Pet Supplies Plus | PSP38 Morton Grove | 1687-WC-24-0301238 | 09/28/2024 | Flat Fee WC - Report Only - (IL) | $36.40 |
| Pet Supplies Plus | PSP4137 Nashua | 1687-WC-24-0301265 | 10/09/2024 | Flat Fee WC - Medical Only - (NH) | $182.00 |
| Pet Supplies Plus | PSP4152 Pittsfield | 1687-WC-24-0301260 | 10/07/2024 | Flat Fee WC - Report Only - (MA) | $36.40 |
| Pet Supplies Plus | PSP4152 Pittsfield | 1687-WC-24-0301315 | 10/25/2024 | Flat Fee WC - Medical Only - (MA) | $189.28 |
| Pet Supplies Plus | PSP4165 Pittston | 1687-WC-04-0300001 | 9/24/2024 | Deleted Claims Credit | ($182.00) |
| Pet Supplies Plus | PSP4165 Pittston | 1687-WC-24-0301233 | 09/24/2024 | Flat Fee WC - Medical Only - (PA) | $182.00 |
| Pet Supplies Plus | PSP4175 Stony Point | 1687-WC-24-0301270 | 10/10/2024 | Flat Fee WC - Medical Only - (NY) | $182.00 |
| Pet Supplies Plus | PSP4193 Watertown | 1687-GL-24-0300922-001 | 07/06/2024 | Adjustment from [GL] Report Only to [GL] General Liability Bodily Injury | $691.60 |
| Pet Supplies Plus | PSP4200 Chili | 1687-WC-24-0301321 | 10/27/2024 | Flat Fee WC - Medical Only - (NY) | $189.28 |
| Pet Supplies Plus | PSP4249 Medford | 1687-WC-23-0302281 | 03/24/2023 | Flat Fee WC - Indemnity - (NY) | $1,322.88 |
| Pet Supplies Plus | PSP64 Elmwood Park | 1687-WC-24-0301322 | 10/28/2024 | Flat Fee WC - Report Only - (IL) | $37.86 |
| Pet Supplies Plus | PSP9005 Cranston | 1687-WC-24-0301269 | 10/10/2024 | Flat Fee WC - Medical Only - (RI) | $182.00 |
| Pet Supplies Plus | PSP9005 Cranston | 1687-WC-24-0301327 | 10/08/2024 | Flat Fee WC - Medical Only - (RI) | $189.28 |
| Pet Supplies Plus | PSP9026 Whitehall | 1687-GL-24-0301300-001 | 10/19/2024 | Flat Fee GL - General Liability Bodily Injury | $728.00 |
| Pet Supplies Plus | PSP9049 Lake Ronkonkoma | 1687-WC-24-0301249 | 10/01/2024 | Flat Fee WC - Report Only - (NY) | $36.40 |
| Pet Supplies Plus | PSP9056 Fairlawn | 1687-WC-24-0301316 | 10/23/2024 | Flat Fee WC - Medical Only - (NJ) | $189.28 |
| Pet Supplies Plus | PSP9059 West Chester | 1687-WC-24-0301310 | 10/22/2024 | Flat Fee WC - Medical Only - (PA) | $189.28 |
| Pet Supplies Plus | PSP9068 Haverhill | 1687-GL-24-0301273-001 | 10/10/2024 | Flat Fee GL - General Liability Bodily Injury | $728.00 |
| Pet Supplies Plus | PSP DIST CTR - IN | 1687-WC-24-0301290 | 09/30/2024 | Flat Fee WC - Indemnity - (IN) | $998.40 |
| Pet Supplies Plus | PSP DIST CTR - IN | 1687-WC-24-0301294 | 09/30/2024 | Flat Fee WC - Report Only - (IN) | $36.40 |
| Pet Supplies Plus | PSP DIST CTR - IN | 1687-WC-24-0301312 | 10/22/2024 | Flat Fee WC - Medical Only - (IN) | $189.28 |
| Pet Supplies Plus | PSP DIST CTR - SC | 1687-WC-24-0301264 | 10/09/2024 | Flat Fee WC - Medical Only - (SC) | $182.00 |
| Pet Supplies Plus | PSP DIST CTR - SC | 1687-WC-24-0301284 | 10/14/2024 | Flat Fee WC - Medical Only - (SC) | $182.00 |
| Pet Supplies Plus | PSP DIST CTR - SC | 1687-WC-24-0301287 | 10/15/2024 | Flat Fee WC - Medical Only - (SC) | $182.00 |
| Pet Supplies Plus | PSP DIST CTR - SC | 1687-WC-24-0301305 | 10/21/2024 | Flat Fee WC - Medical Only - (SC) | $189.28 |
| Pet Supplies Plus | PSP DIST CTR - SC | 1687-WC-24-0301328 | 10/28/2024 | Flat Fee WC - Report Only - (SC) | $37.86 |
| Pet Supplies Plus | PSP-Default | 1687-WC-24-0301297 | 10/19/2024 | Flat Fee WC - Medical Only - (FL) | $182.00 |
| **Pet Supplies Plus Total** | | | | | **$8,107.64** |
| Vitamin Shoppe | VS-Spokane City (#1015) | 1687-GL-24-0301255-001 | 09/11/2024 | Flat Fee GL - General Liability Bodily Injury | $728.00 |

| Entity | Location | Claim Number | Date of Loss | Fee Description | Fee |
|--------|----------|--------------|--------------|-----------------|-----|
| Vitamin Shoppe | VS-Redmond - S (#1025) | 1687-WC-24-0301147 | 09/03/2024 | Adjustment from [WC] Medical Only to [WC] Report Only | ($145.60) |
| Vitamin Shoppe | VS-East Hanover (#56) | 1687-GL-24-0301274-001 | 10/11/2024 | Flat Fee GL - General Liability Bodily Injury | $728.00 |
| Vitamin Shoppe | VS-East Hanover (#56) | 1687-GL-24-0301314-001 | 10/24/2024 | Flat Fee GL - General Liability Bodily Injury | $757.12 |
| Vitamin Shoppe | VS-Milford (#86) | 1687-WC-24-0301295 | 10/16/2024 | Flat Fee WC - Report Only - (CT) | $36.40 |
| Vitamin Shoppe | VS-Avondale (#229) | 1687-WC-24-0301289 | 10/16/2024 | Flat Fee WC - Report Only - (AZ) | $36.40 |
| Vitamin Shoppe | VS-Cedar Hill (#230) | 1687-WC-24-0301281 | 10/14/2024 | Flat Fee WC - Indemnity - (TX) | $1,322.88 |
| Vitamin Shoppe | VS-North Kendall (#349) | 1687-WC-24-0301247 | 10/01/2024 | Flat Fee WC - Indemnity - (FL) | $1,322.88 |
| Vitamin Shoppe | VS-McAllen (#365) | 1687-GL-24-0301263-001 | 10/07/2024 | Flat Fee GL - Report Only | $36.40 |
| Vitamin Shoppe | VS-Fields Ertel (#521) | 1687-WC-24-0301308 | 10/23/2024 | Flat Fee WC - Report Only - (OH) | $37.86 |
| Vitamin Shoppe | VS-Edina (#588) | 1687-GL-24-0301282-001 | 10/13/2024 | Flat Fee GL - PROPERTY DAMAGE | $410.80 |
| Vitamin Shoppe | VS-Lafayette (#612) | 1687-GL-24-0301239-001 | 09/26/2024 | Flat Fee GL - General Liability Bodily Injury | $728.00 |
| Vitamin Shoppe | VS-Cincinnati (#643) | 1687-WC-24-0301285 | 10/14/2024 | Flat Fee WC - Report Only - (OH) | $36.40 |
| Vitamin Shoppe | VS-Highland (#657) | 1687-GL-24-0301253-001 | 10/01/2024 | Flat Fee GL - General Liability Bodily Injury | $728.00 |
| Vitamin Shoppe | VS-Perrysburg (#685) | 1687-GL-24-0301283-001 | 10/13/2024 | Flat Fee GL - General Liability Bodily Injury | $728.00 |
| Vitamin Shoppe | VS-Flatbush-Triangle (#810) | 1687-WC-24-0301261 | 10/07/2024 | Flat Fee WC - Report Only - (NY) | $36.40 |
| Vitamin Shoppe | VS-Arizona Distribution | 1687-WC-24-0301166 | 09/07/2024 | Adjustment from [WC] Medical Only to [WC] Report Only | ($144.14) |
| Vitamin Shoppe | VS-Arizona Distribution | 1687-WC-24-0301244 | 09/30/2024 | Flat Fee WC - Medical Only - (AZ) | $182.00 |
| Vitamin Shoppe | VS-Arizona Distribution | 1687-WC-24-0301252 | 10/02/2024 | Flat Fee WC - Report Only - (AZ) | $37.86 |
| Vitamin Shoppe | VS-Arizona Distribution | 1687-WC-24-0301271 | 10/10/2024 | Flat Fee WC - Medical Only - (AZ) | $182.00 |
| Vitamin Shoppe | VS-Arizona Distribution | 1687-WC-24-0301303 | 10/22/2024 | Flat Fee WC - Report Only - (AZ) | $36.40 |
| Vitamin Shoppe | VS-Virginia Distribution | 1687-WC-24-0300970 | 07/17/2024 | Adjustment from [WC] Medical Only to [WC] Indemnity | $816.40 |
| Vitamin Shoppe | VS-Virginia Distribution | 1687-WC-24-0301234 | 09/28/2024 | Flat Fee WC - Report Only - (VA) | $36.40 |
| Vitamin Shoppe | VS-Virginia Distribution | 1687-WC-24-0301235 | 09/28/2024 | Flat Fee WC - Medical Only - (VA) | $182.00 |
| Vitamin Shoppe | VS-Virginia Distribution | 1687-WC-24-0301236 | 09/28/2024 | Flat Fee WC - Report Only - (VA) | $36.40 |
| Vitamin Shoppe | VS-Virginia Distribution | 1687-WC-24-0301256 | 10/02/2024 | Flat Fee WC - Report Only - (VA) | $36.40 |
| Vitamin Shoppe | VS-Virginia Distribution | 1687-WC-24-0301262 | 10/08/2024 | Flat Fee WC - Report Only - (VA) | $36.40 |
| Vitamin Shoppe | VS-Virginia Distribution | 1687-WC-24-0301278 | 10/12/2024 | Flat Fee WC - Report Only - (VA) | $36.40 |
| Vitamin Shoppe | VS-Virginia Distribution | 1687-WC-24-0301279 | 10/13/2024 | Flat Fee WC - Report Only - (VA) | $36.40 |
| Vitamin Shoppe | VS-Virginia Distribution | 1687-WC-24-0301286 | 10/15/2024 | Flat Fee WC - Report Only - (VA) | $36.40 |
| Vitamin Shoppe | VS-Virginia Distribution | 1687-WC-24-0301291 | 10/16/2024 | Flat Fee WC - Report Only - (VA) | $36.40 |
| Vitamin Shoppe | VS-Virginia Distribution | 1687-WC-24-0301309 | 10/23/2024 | Flat Fee WC - Report Only - (VA) | $37.86 |
| Vitamin Shoppe | VS-Virginia Distribution | 1687-WC-24-0301313 | 10/25/2024 | Flat Fee WC - Report Only - (VA) | $37.86 |
| Vitamin Shoppe | VS-Virginia Distribution | 1687-WC-24-0301316 | 10/26/2024 | Flat Fee WC - Report Only - (VA) | $37.86 |
| **Vitamin Shoppe Total** | | | | | **$9,225.24** |
| WS Badcock | SOLD-WSB-Fort Payne AL (862 | 1687-AL-24-0301292-001 | 06/07/2024 | Flat Fee AL - Underinsured Motorist (BI) | $676.00 |
| **WS Badcock Total** | | | | | **$676.00** |
| **Grand Total** | | | | | **$33,098.03** |