## **CERTIFICATE OF SERVICE**

I, Kevin J. Mangan, do hereby certify that on January 7, 2025, I caused a copy of **CorVel Enterprise Comp, Inc.'s Objection to Proposed Cure Amount** to be served on the parties listed on the attached service list via CM/ECF and Electronic Mail.

*/s/ Kevin J. Mangan*
Kevin J. Mangan (DE Bar #3810)

**SERVICE PARTIES**

| **Proposed Counsel to the Debtors**<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Attn: Debra M. Sinclair<br>　　　Matthew A. Feldman<br>　　　Betsy L. Feldman<br>Email: dsinclair@willkie.com<br>　　　mfeldman@willkie.com<br>　　　bfeldman@willkie.com | **Proposed Counsel to the Debtors**<br>Young Conaway Stargatt and Taylor, LLP<br>1000 North King Street<br>Wilmington, DE, 19801<br>Attn: Edmon L. Morton<br>　　　Matthew B. Lunn<br>　　　Allison S. Mielke<br>Email: emorton@ycst.com<br>　　　mlunn@ycst.com<br>　　　amielke@ycst.com |
|---|---|
| **Proposed Counsel to the Committee**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor,<br>New York NY 10017<br>Attn: Bradford J. Sandler<br>　　　Robert J. Feinstein<br>　　　Paul J. Labov<br>　　　Theodore S. Heckel<br>Email: bsandler@pszjlaw.com<br>　　　rfeinstein@pszjlaw.com<br>　　　plabov@pszjlaw.com<br>　　　theckel@pszjlaw.com | **Proposed Counsel to the Committee**<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Attn: Bradford J. Sandler<br>　　　Colin R. Robinson, Esq.<br>Email: bsandler@pszjlaw.com<br>　　　crobinson@pszjlaw.com |
| **Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>Attn: Jayme Goldstein<br>　　　Jeremy Evans<br>　　　Isaac Sasson<br>Email: jaymegoldstein@paulhastings.com<br>　　　jeremyevans@paulhastings.com<br>　　　isaacsasson@paulhastings.com | **Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders**<br>Landis Rath & Cobb LLP<br>919 N. Market Street Suite 1800<br>Wilmington, DE 19317<br>Attn: Adam G. Landis<br>　　　Matthew McGuire<br>Email: landis@lrclaw.com<br>　　　mcguire@lrclaw.com |

| | |
|---|---|
| **Counsel to the ABL Secured Parties**<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Attn: Jennifer Ezring<br>   James Ktsanes<br>   Andrew Sorkin<br>Email: Jennifer.Ezring@lw.com<br>   James.Ktsanes@lw.com<br>   andrew.sorkin@lw.com | **Counsel to the Second Lien Secured Parties and HoldCo Lenders**<br>White & Case LLP<br>200 S Biscayne Blvd<br>Miami, FL 33131<br>Attn: Thomas Lauria<br>Email: tlauria@whitecase.com |
| **Counsel to the Second Lien Secured Parties and HoldCo Lenders**<br>White & Case LLP<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br>Attn: Bojan Guzina<br>Email: bojan.guzina@whitecase.com | **The Office of the United States Trustee for the District of Delaware**<br>Attn.: Timothy J. Fox<br>844 King Street, Suite 2207, Lockbox 35,<br>Wilmington, Delaware 19801<br>Email: timothy.fox@usdoj.gov |