**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:
  FRANCHISE GROUP, Inc., *et al* : CHAPTER 11
              Debtors    : 
                                     : JOINTLY ADMINISTERED
                                     : No. 24-12480(jtd)

**REQUEST for SERVICE of NOTICES**

**TO THE CLERK :**

Kindly direct all notices intended for 100 Brentwood Associates, L.P. in this matter to me at the address appearing below.

                        **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   */S/ William J. Levant, Esquire*
        William J. Levant, Esquire
        **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
        910 Harvest Drive
        Post Office Box 3037
        Blue Bell, PA 19422
        (610)260-6000
        (610)684-2020 – Telecopier
        wlevant@kaplaw.com
        Counsel for 100 Brentwood Associates, L.P.

Date : January 7, 2024