IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FRANCHISE GROUP, INC., et al[1]　　　　　　　Case No. 24-12480 (JTD)

　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)
　　　　　　　　　　　　　　　　　　　　　　Docket Ref. No. 675

　　　　　　　Debtor.
_____/

**WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION
OF RIGHTS OF BRIERWOOD VILLAGE LLC TO MOTION OF DEBTORS
FOR ENTRY OF ORDER (A) APPROVING THE PRIVATE SALE OF CERTAIN
OF DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND
ENCUMBRANCES, WITH SUCH INTERESTS TO ATTACH TO THE
PROCEEDS, AND (B) GRANTING RELATED RELIEF**

　　　　Brierwood Village LLC ("Landlord") as party in interest in the above-captioned case and creditor of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned attorney, withdraws its *Limited Objection and Reservation of Rights of Brierwood Village LLC to Motion of Debtors for Entry of Order (A) Approving the Private Sale of Certain of Debtors' Assets Free and Clear of Liens,*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

*Claims, and Encumbrances, with such Interests to Attach to the Proceeds, and (B) Granting Related Relief* (Doc. No. 675).

Dated:  January 6, 2025 /s/ **Robert Wilcox**
Robert D. Wilcox (DE #4321)
Wilcox Law Firm
1301 Riverplace Blvd, Ste 800
Jacksonville, FL 32207-9032
rw@wlflaw.com

Dated: January 6, 2025 RUFF & COHEN, P. A.
4010 Newberry Road, Suite G
Gainesville, Florida  32607
Telephone No. (352) 376-3601
Facsimile No. (352) 378-1261
Attorneys for Brierwood Village LLC

By: /s/ Lisa C. Cohen
Lisa C. Cohen
Florida Bar No. 558291
lcohen@ruffcohen.com