IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FRANCHISE GROUP, INC., et al           Case No. 24-12480 (JTD)

                                                                (Jointly Administered)
                                                                Docket Ref. No.

                        Debtor.

_____/

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 8, 2025, a true and correct copy of the *Withdrawal of Limited Objection And Reservation of Rights of Brierwood Village LLC to Motion of Debtors for Entry of Order (A) Approving the Private Sale of Certain of Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, With Such Interests to Attach to the Proceeds, and (B) Granting Related Relief* (Docket No. 675) was furnished by **electronic mail only** to the foregoing:

Willkie Farr & Gallagher LLP 787 Seventh Avenue
New York, NY 10019
Debra M. Sinclair, Esq.
Betsy L. Feldman, Esq.
Matthew A. Feldman, Esq.
dsinclair@willkie.com
bfeldman@willkie.com
mfeldman@willkie.com

Young Conaway Stargatt & Taylor, LLP, Rodney Square
1000 North King Street Wilmington, DE 1980
Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Allison S. Mielke, Esq.
emorton@ycst.co
mlunn@ycst.com
amielke@ycst.com

Timothy J. Fox, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
timothy.fox@usdoj.gov


Gregg Bateman, Esq.
Sagar Patel, Esq.
Michael Danenberg, Esq.
Seward & Kissel LL
One Battery Park Plaza
New York, NY 10004
bateman@sewkis.com
patel@sewkis.com
danenberg@sewkis.com


Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com


Adam G. Landis, Esq.
Matthew McGuire, Esq.
Landis Rath & Cobb LLP
919 N. Market Street  Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com

Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas New York
NY 10020

Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

Thomas Lauria, Esq.
White & Case LLP
200 S Biscayne Blvd
Miami, FL 33131
tlauria@whitecase.com

Bojan Guzina, Esq.
White & Case LLP
111 S. Wacker Dr.
Suite 5100
Chicago, IL 60606
bojan.guzina@whitecase.com


Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
bsandler@pszjlaw.com
crobinson@pszjlaw.com


Robert J. Feinstein, Esq.
Alan J. Kornfeld, Esq.
Theodore S. Heckel, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com Dated:


January 8, 2025                         /s/ **_Robert Wilcox_**
                                        Robert D. Wilcox (DE #4321)
                                        Wilcox Law Firm
                                        1301 Riverplace Blvd, Ste 800
                                        Jacksonville, FL 32207-9032
                                        rw@wlflaw.com

Dated: January 8, 2025

RUFF & COHEN, P. A.
4010 Newberry Road, Suite G
Gainesville, Florida  32607
Telephone No. (352) 376-3601
Attorneys for Brierwood Village LLC

By: /s/ Lisa C. Cohen
Lisa C. Cohen
Florida Bar No. 558291
lcohen@ruffcohen.com