**Schedule 1**

**Rejected Leases[1]**

---

[1]   Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 1 | Amerco Real Estate Company | Amerco Real Estate Company<br>2727 N. Central Ave. Ste. 500<br>Phoenix, AZ 85004<br>Attn: Thao Nguyen | American Freight, LLC | *Lease*, Dated October 26, 2021, as amended<br>7060 Winchester Rd<br>Memphis, TN 38125 | 275 |
| 2 | Brooksville Commercial Properties, LLC | Brooksville Commercial Properties, LLC<br>c/o WBS Management and Acquisition Corp.<br>5801 Congress Ave Ste. 219<br>Boca Raton, FL 33487<br>Attn: Ro Sarmoen | American Freight, LLC | *Lease*, Dated June 15, 2021, as amended<br>657 S Broad St<br>Brooksville, FL 34601 | 265 |
| 3 | Malco TIC | Malco TIC<br>3500 Eastern Blvd.<br>Montgomery, AL 36123<br>Attn: Haley Carter, Dawn Casey | American Freight, LLC | *Lease Agreement*, Dated December 1, 2011, as amended<br>231 N Eastern Blvd/Bypass Whs #3<br>Montgomery, AL 36117 | 72 |