**Schedule 2**

**Rejected Executory Contracts[2]**

---
[2] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement |
|---|---|---|---|---|
| 1 | Jefferies LLC | Jefferies LLC<br>520 Madison Avenue<br>New York, NY 10022<br>Attn: General Counsel | Franchise Group, Inc. | *Agreement*, Dated April 6 2023 |
| 2 | Thomson Reuters Enterprise Centre GmbH | Thomson Reuters Enterprise Centre GmbH<br>c/o West Publishing Corporation<br>610 Opperman Drive<br>P.O. Box 64833<br>Eagan, MN 55123-1396<br>Attn: Customer Service | American Freight, LLC | *Agreement*, Dated January 1, 2022 |