**Schedule 1**

**Rejected Executory Contracts[1]**

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement |
|---|---|---|---|---|
| 1 | Carpe Vitam PK, LLC | Carpe Vitam PK, LLC<br>3100 E 14th Street<br>Brownsville TX, 78521<br>Attn: Joey Zayas; Marcy Zayas | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated June 23, 2023, as amended (Kyle, TX) |
| 2 | Carpe Vitam, LLC | Carpe Vitam LLC<br>3100 E. 14th Street<br>Brownsville, TX 78521<br>Attn: Joe R. Zayas | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated July 1, 2021, as amended (New Braunfels, TX) |
| 3 | Carpe Vitam, LLC | Carpe Vitam LLC<br>3100 E. 14th Street<br>Brownsville, TX 78521<br>Attn: Joe R. Zayas | Vitamin Shoppe Franchising, LLC | *Development Agreement*, dated July 1, 2021, as amended (New Braunfels, TX) |
| 4 | Cheval Noir, LLC | Cheval Noir, LLC<br>Edward Martin<br>8112 Avalon Dr<br>Weymouth, MA 02188 | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated August 15, 2022, as amended (Hanover, MA) |
| 5 | Cheval Noir, LLC | Alexander Pare<br>8 Roberts Rd<br>Litchfield, NH 03052<br>Cheval Noir, LLC<br>Edward Martin<br>8112 Avalon Dr<br>Weymouth, MA 02188<br>Alexander Pare<br>8 Roberts Rd<br>Litchfield, NH 03052 | Vitamin Shoppe Franchising, LLC | *Development Agreement*, dated June 9, 2023, as amended (Hanover, MA) |
| 6 | GDK Nutrition, LLC | GDK Nutrition, LLC<br>109 Gainsborough Sq, Suite 204<br>Chesapeake, VA 23320<br>Attn: Inderjeet Singh | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated August 4, 2022, as amended (Chesterfield, VA) |
| 7 | GDK Nutrition, LLC | GDK Nutrition, LLC<br>109 Gainsborough Sq, Suite 204<br>Chesapeake, VA 23320<br>Attn: Inderjeet Singh | Vitamin Shoppe Franchising, LLC | *Development Agreement*, dated July 12, 2023, as amended (Chesterfield, VA) |
| 8 | H.I. Health, LLC | H.I. Health LLC<br>9498 Emerald Ave.<br>Fontana, CA 92335<br>Attn: Guillermo A. Santamaria | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated August 4, 2023, as amended (Escondido, CA) |
| 9 | Health Food Company, Inc. | Health Food Company, Inc.<br>24 Decente<br>Irvine, CA 92614<br>Attn: Ronnie Givargis | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated September 13, 2022, as amended (San Ramon, CA) |
| 10 | Health Food Company, Inc. | Health Food Company, Inc.<br>24 Decente<br>Irvine, CA 92614<br>Attn: Ronnie Givargis | Vitamin Shoppe Franchising, LLC | *Development Agreement*, dated September 6, 2022, as amended (San Ramon, CA) |
| 11 | Healthy Wealthy Battleground Inc | Healthy Wealthy Battleground Inc<br>14 Oak Branch Drive, Suite A<br>Greensboro, NC 27407<br>Attn: Muhammad Kamran Awan | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated, April 5, 2023, as amended (Greensboro, NC) |
| 12 | Healthy Wealthy Inc | Healthy Wealthy Inc<br>14 Oak Branch Drive, Suite A<br>Greensboro, NC 27407<br>Attn: Muhammad Kamran Awan | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated December 8, 2021, as amended (Greensboro, NC) |
| 13 | Healthy Wealthy Inc | Healthy Wealthy Inc<br>14 Oak Branch Drive, Suite A<br>Greensboro, NC 27407<br>Attn: Muhammad Kamran Awan | Vitamin Shoppe Franchising, LLC | *Development Agreement*, dated August 29, 2022, as amended (Greensboro, NC) |
| 14 | Healthy Wealthy New Bern Inc. | Healthy Wealthy New Bern Inc.<br>14 Oak Branch Drive, Suite A<br>Greensboro, NC 27407<br>Attn: Muhammad Kamran Awan | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated April 5, 2023, as amended (New Bern, NC) |
| 15 | Living Good, Inc. | Living Good, Inc.<br>54 Bedford Avenue<br>Middletown, NY 10940<br>Attn: Ryan Cranston | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated June 7, 2022, as amended (Canton, GA) |
| 16 | Lotus Leaf, LLC | Lotus Leaf LLC<br>9145 Magnolia Ct<br>Davison, MI 48423<br>Attn: Amanda Lambourn | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated November 14, 2022, as amended (Fenton, MI) |
| 17 | Magnolia Wellness Group 2 LLC | Magnolia Wellness Group 2, LLC<br>9437 Grove Trail Lane<br>Germantown, TN 38139<br>Attn: Justin Ross | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated August 4, 2023, as amended (Oxford, MS) |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement |
|---|---|---|---|---|
| 18 | Magnolia Wellness Group, LLC | Magnolia Wellness Group, LLC<br>9437 Grove Trail Lane<br>Germantown, TN 38139<br>Attn: Justin Ross | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated August 2, 2022, as amended (Olive Branch, MS) |
| 19 | Magnolia Wellness Group, LLC | Magnolia Wellness Group, LLC<br>9437 Grove Trail Lane<br>Germantown, TN 38139<br>Attn: Justin Ross | Vitamin Shoppe Franchising, LLC | *Development Agreement*, dated July 22, 2023, as amended (Olive Branch, MS) |
| 20 | Pelnik TVS, LLC | Pelnik TVS, LLC<br>123 Dunedin Court<br>Cary, NC 27511<br>Attn: Christopher Pelnik | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated September 20, 2022, as amended (Southern Pines, NC) |
| 21 | Pelnik TVS, LLC | Pelnik TVS, LLC<br>123 Dunedin Court<br>Cary, NC 27511<br>Attn: Christopher Pelnik | Vitamin Shoppe Franchising, LLC | *Development Agreement*, dated January 6, 2023, as amended (Southern Pines, NC) |
| 22 | R&R Valparaiso, LLC | R&R Valparaiso LLC<br>702 N 200 E<br>Valparaiso, IN 46383-8915<br>Attn: Rick Cantrell | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated November 15, 2021, as amended (Valparaiso, IN) |
| 23 | R&R Valparaiso, LLC | R&R Valparaiso LLC<br>702 N 200 E<br>Valparaiso, IN 46383-8915<br>Attn: Rick Cantrell | Vitamin Shoppe Franchising, LLC | *Development Agreement*, dated April 12, 2021, as amended (Valparaiso, IN) |
| 24 | Segarra Business Group, LLC | Segarra Business Group LLC<br>Urb Belair #125<br>Guaynabo, PR 00969<br>Attn: Oriol Segarra | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated February 11, 2023, as amended (Guaynabo, PR) |
| 25 | Segarra Business Group, LLC | Segarra Business Group LLC<br>Urb Belair #125<br>Guaynabo, PR 00969<br>Attn: Oriol Segarra | Vitamin Shoppe Franchising, LLC | *Development Agreement*, dated February 17, 2023, as amended (Guaynabo, PR) |
| 26 | Segarra Business Group, LLC | Segarra Business Group LLC<br>Oriol Segarra<br>P.O. Box 192388<br>San Juan, PR 00919 | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated July 11, 2023, as amended (Caguas, PR) |
| 27 | Stax Investments, LLC | Stax Investments, LLC<br>24 County Road 912<br>Brookland, AR 72417<br>Attn: Chris Gamble | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated August 30, 2023, as amended (Jonesboro, AR) |
| 28 | Stax Investments, LLC | Stax Investments, LLC<br>24 County Road 912<br>Brookland, AR 72417<br>Attn: Chris Gamble | Vitamin Shoppe Franchising, LLC | *Development Agreement*, dated August 30, 2023, as amended (Jonesboro, AR) |
| 29 | VS Queen Creek, LLC | VS Queen Creek LLC<br>1101-3557 Sawmill Crescent<br>Vancouver, BC, V5S0E2<br>Attn: Hamir Bansel | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated July 28, 2023, as amended (Queen Creek, AZ) |
| 30 | VS Queen Creek, LLC | VS Queen Creek LLC<br>1101-3557 Sawmill Crescent<br>Vancouver, BC, V5S0E2<br>Attn: Hamir Bansel | Vitamin Shoppe Franchising, LLC | *Development Agreement*, dated February 28, 2022, as amended (Queen Creek, AZ) |
| 31 | VS Tempe, LLC | VS Tempe LLC<br>1101-3557 Sawmill Crescent<br>Vancouver, BC, V5S0E2<br>Attn: Hamir Bansel | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated February 28, 2022, as amended (Tempe, AZ) |
| 32 | Wellness Shoppe LLC | Wellness Shoppe LLC<br>239 New Gate Loop<br>Lake Mary, FL 32746<br>Attn: Edward Zausch | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated June 7, 2023, as amended (Daytona Beach, FL) |
| 33 | Wellness Shoppe LLC | Wellness Shoppe LLC<br>239 New Gate Loop<br>Lake Mary, FL 32746<br>Attn: Edward Zausch | Vitamin Shoppe Franchising, LLC | *Development Agreement*, dated May 31, 2022, as amended (Daytona Beach, FL) |
| 34 | Wellness Shoppe LLC | Wellness Shoppe LLC<br>239 New Gate Loop<br>Lake Mary, FL 32746<br>Attn: Edward Zausch | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated June 6, 2022, as amended (Fort Walton, FL) |
| 35 | Wellness Shoppe LLC | Wellness Shoppe LLC<br>239 New Gate Loop<br>Lake Mary, FL 32746<br>Attn: Edward Zausch | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated September 18, 2023, as amended (Dothan, AL) |
| 36 | Wellness Shoppe LLC | Wellness Shoppe LLC<br>239 New Gate Loop<br>Lake Mary, FL 32746<br>Attn: Edward Zausch | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated March 6, 2024, as amended (Odessa, FL) |
| 37 | Wellness Shoppe LLC | Wellness Shoppe LLC<br>239 New Gate Loop<br>Lake Mary, FL 32746<br>Attn: Edward Zausch | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated June 17, 2024, as amended (Huber Heights, OH) |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement |
|---|---|---|---|---|
| 38 | Wellness Shoppe of Georgia, LLC | Wellness Shoppe of Georgia, LLC<br>239 New Gate Loop<br>Lake Mary, FL 32736<br>Attn: Edward Zausch | Vitamin Shoppe Franchising, LLC | *Franchise Agreement*, dated November 20, 2023, as amended (Valdosta, GA) |