## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January 2025, a true and correct copy of the foregoing was served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system and to the persons listed below as indicated:

**Via Electronic Mail**

| | |
|---|---|
| Edmon L. Morton | Jayne Goldstein |
| Matthew B. Lunn | Jeremy Evans |
| Allison S. Mielke | Isaac Sasson |
| Young Conaway Stargatt & Taylor LLP | Paul Hastings LLP |
| Rodney Square | 200 Park Avenue |
| 1000 North King Street | New York, NY 10166 |
| Wilmington, Delaware 19801 | jaymegoldstein@paulhastings.com |
| emorton@ycst.com | jeremyevans@paulhastings.com |
| mlunn@ycst.com | isaacsasson@paulhastings.com |
| amielke@ycst.com | (*Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders*) |
| (*Counsel to the Debtor*) | |

| | |
|---|---|
| Debra M. Sinclair | Adam G. Landis |
| Matthew A. Feldman | Matthew McGuire |
| Betsy L. Feldman | Landis Roth & Cobb LLP |
| Joseph R. Brandt | 919 N. Market Street |
| Willkie Farr & Gallagher LLP | Suite 1800 |
| 787 Seventh Avenue | Wilmington, DE 19801 |
| New York, New York 10019 | landis@lrclaw.com |
| dsinclair@willkie.com | mcguire@lrclaw.com |
| mfeldman@willkie.com | (*Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders*) |
| bfeldman@willkie.com | |
| jbrandt@willkie.com | |
| (*Counsel to the Debtor*) | |

| | |
|---|---|
| Bradford J. Sandler | Jennifer Ezring |
| Robert J. Feinstein | James Ktsanes |
| Paul J. Labov | Andrew Sorkin |
| Theodore S. Heckel | Latham & Watkins LLP |
| Pachulski Stang Ziehl & Jones LLP | 1271 Avenue of the Americas |
| 780 Third Avenue | New York, NY 10020 |
| New York, NY 10017 | Jennifer.ezring@lw.com |
| bsandler@pszjlaw.com | James.ktsanes@lw.com |
| rfeinstein@pszjlaw.com | andrew.sorkin@lw.com |
| plabov@pszjlaw.com | (*Counsel to the ABL Secured Parties*) |
| theckel@pszjlaw.com | |
| (*Counsel to Committee*) | Thomas Lauria |
| | White & Case LLP |
| | 200 S Biscayne Blvd. |
| | Miami, FL 33131 |
| | tlauria@whitecase.com |
| | (*Counsel to the Second Lien Secured Parties and Counsel to the HoldCo Lenders*) |

56249115 v1

Bojan Guzina
White & Case LLP
111 S. Wacker Drive
Suite 5100
Chicago, IL 60606
bojan.guzina@whitecase.com
(*Counsel to the Second Lien Secured Parties and Counsel to the HoldCo Lenders*)

Timothy J. Fox
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email:  timothy.fox@usdoj.gov
(*U.S. Trustee*)

/s/  *J. Cory Falgowski*
J. Cory Falgowski (No. 4546)