IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 475 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 475

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Debtors' Application for an Order Authorizing Employment and Retention of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date* [Docket No. 475] (the "Application") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on December 19, 2024.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

appears thereon.  Objections to the Application were to be filed and served by January 3, 2025 at 4:00 p.m. (ET).

As no responses to the Application have been received, it is hereby respectfully requested that the proposed order be entered at the earliest convenience of the Court.

Dated: January 9, 2025
    Wilmington, Delaware   **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                      */s/ Shella Borovinskaya*
                      Edmon L. Morton (Del. No. 3856)
                      Matthew B. Lunn (Del. No. 4119)
                      Allison S. Mielke (Del. No. 5934)
                      Shella Borovinskaya (Del. No. 6758)
                      Rodney Square
                      1000 North King Street
                      Wilmington, Delaware 19801
                      Telephone: (302) 571-6600
                      Facsimile: (302) 571-1253
                      emorton@ycst.com
                      mlunn@ycst.com
                      amielke@ycst.com
                      sborovinskaya@ycst.com

                      -and-

                      **WILLKIE FARR & GALLAGHER LLP**
                      Debra M. Sinclair (admitted *pro hac vice*)
                      Matthew A. Feldman (admitted *pro hac vice*)
                      Betsy L. Feldman (Del. No. 6410)
                      Joseph R. Brandt (admitted *pro hac vice*)
                      787 Seventh Avenue
                      New York, New York 10019
                      Telephone: (212) 728-8000
                      Facsimile: (212) 728-8111
                      dsinclair@willkie.com
                      mfeldman@willkie.com
                      bfeldman@willkie.com
                      jbrandt@willkie.com

                      *Proposed Co-Counsel to the Debtors*
                      *and Debtors in Possession*