# EXHIBIT A

| Company | Customer Account | Customer Name | Invoice Number | Customer PO | Description | Transaction Date | Due Date | Transaction Amount | Open Amount | Partial Flag | Days Past Due | Check Number | Voucher |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000491865 | PO0546202308014 | | 09/14/23 | 10/14/23 | $339.00 | 339.00 | Open | 450 | | I0000491865 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | C0000040583 | P14201 R29142 | | 08/16/24 | 09/15/24 | ($302.00) | (302.00) | Open | 113 | | C0000040583 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000790649 | PO0563202408002 | | 08/27/24 | 09/26/24 | $1,695.00 | 1,695.00 | Open | 102 | | I0000790649 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000842800 | PO0170202409006 | | 10/28/24 | 11/27/24 | $2,450.00 | 2,450.00 | Open | 40 | | I0000842800 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000848867 | PO0033202410004 | | 11/05/24 | 12/05/24 | $1,240.00 | 1,240.00 | Open | 32 | | I0000848867 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000848956 | PO0023202410006 | | 11/05/24 | 12/05/24 | $1,494.00 | 1,494.00 | Open | 32 | | I0000848956 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000849038 | PO0024202410008 | | 11/06/24 | 12/06/24 | $3,558.00 | 3,558.00 | Open | 31 | | I0000849038 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000850119 | PO0438202410002 | | 11/07/24 | 12/07/24 | $1,316.00 | 1,316.00 | Open | 30 | | I0000850119 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000850301 | PO0020202410008 | | 11/07/24 | 12/07/24 | $1,488.00 | 1,488.00 | Open | 30 | | I0000850301 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | | | | 12/11/24 | 12/11/24 | ($10,952.00) | (10,952.00) | Open | 26 | 12.11.24 ACH | ARP001473152 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000856214 | PO0022202411006 | | 11/14/24 | 12/14/24 | $2,369.00 | 2,369.00 | Open | 23 | | I0000856214 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000856487 | PO0140202410007 | | 11/15/24 | 12/15/24 | $2,020.00 | 2,020.00 | Open | 22 | | I0000856487 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000858071 | PO0161202409018 | | 11/19/24 | 12/19/24 | $530.00 | 530.00 | Open | 18 | | I0000858071 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000859451 | PO0566202410005 | | 11/19/24 | 12/19/24 | $1,952.00 | 1,952.00 | Open | 18 | | I0000859451 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000860603 | PO1038202411003 | | 11/20/24 | 12/20/24 | $4,219.00 | 4,219.00 | Open | 17 | | I0000860603 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000860974 | PO0024202411007 | | 11/20/24 | 12/20/24 | $2,231.00 | 2,231.00 | Open | 17 | | I0000860974 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000861360 | PO0565202411003 | | 11/21/24 | 12/21/24 | $5,274.00 | 5,274.00 | Open | 16 | | I0000861360 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000863761 | PO0556202411011 | | 11/22/24 | 12/22/24 | $475.00 | 475.00 | Open | 15 | | I0000863761 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | C0000044699 | P15904 R32608 | | 12/02/24 | 01/01/25 | ($592.00) | (592.00) | Open | 5 | | C0000044699 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | C0000044701 | P15907 R32610 | | 12/02/24 | 01/01/25 | ($430.00) | (430.00) | Open | 5 | | C0000044701 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | C0000044708 | P15905 R32614 | | 12/02/24 | 01/01/25 | ($410.00) | (410.00) | Open | 5 | | C0000044708 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000867598 | PO0024202411007 | | 12/02/24 | 01/01/25 | $693.00 | 693.00 | Open | 5 | | I0000867598 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000869777 | PO0002202411018 | | 12/03/24 | 01/02/25 | $2,334.00 | 2,334.00 | Open | 4 | | I0000869777 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000876005 | PO0543202411010 | | 12/09/24 | 01/08/25 | $4,294.00 | 4,294.00 | Open | -2 | | I0000876005 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000876310 | PO0153202410002 | | 12/09/24 | 01/08/25 | $809.00 | 809.00 | Open | -2 | | I0000876310 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000876387 | PO0591202411015 | | 12/09/24 | 01/08/25 | $2,534.00 | 2,534.00 | Open | -2 | | I0000876387 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000877030 | PO0123202411009 | | 12/10/24 | 01/09/25 | $1,993.00 | 1,993.00 | Open | -3 | | I0000877030 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000877409 | PO1024202411007 | | 12/10/24 | 01/09/25 | $826.00 | 826.00 | Open | -3 | | I0000877409 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000877495 | PO1024202411009 | | 12/10/24 | 01/09/25 | $769.00 | 769.00 | Open | -3 | | I0000877495 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000877530 | PO0066202411006 | | 12/10/24 | 01/09/25 | $2,870.00 | 2,870.00 | Open | -3 | | I0000877530 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000877674 | PO0565202411008 | | 12/10/24 | 01/09/25 | $3,128.00 | 3,128.00 | Open | -3 | | I0000877674 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000877788 | PO0464202411007 | | 12/10/24 | 01/09/25 | $2,960.00 | 2,960.00 | Open | -3 | | I0000877788 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000877791 | PO0562202411016 | | 12/10/24 | 01/09/25 | $3,128.00 | 3,128.00 | Open | -3 | | I0000877791 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000878207 | PO0537202411004 | | 12/10/24 | 01/09/25 | $430.00 | 430.00 | Open | -3 | | I0000878207 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | C0000044979 | PO0546202308014 CM | | 12/11/24 | 01/10/25 | ($1,017.00) | (1,017.00) | Open | -4 | | C0000044979 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000879061 | PO0048202411017 | | 12/11/24 | 01/10/25 | $2,463.00 | 2,463.00 | Open | -4 | | I0000879061 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000879089 | PO0163202411015 | | 12/11/24 | 01/10/25 | $4,880.00 | 4,880.00 | Open | -4 | | I0000879089 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000879690 | PO0018202411009 | | 12/11/24 | 01/10/25 | $484.00 | 484.00 | Open | -4 | | I0000879690 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000879955 | PO0121202412003 | | 12/12/24 | 01/11/25 | $2,440.00 | 2,440.00 | Open | -5 | | I0000879955 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000880042 | PO0034202412001 | | 12/12/24 | 01/11/25 | $2,880.00 | 2,880.00 | Open | -5 | | I0000880042 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000880406 | PO0163202411022 | | 12/12/24 | 01/11/25 | $4,120.00 | 4,120.00 | Open | -5 | | I0000880406 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000880821 | PO0574202411013 | | 12/12/24 | 01/11/25 | $2,195.00 | 2,195.00 | Open | -5 | | I0000880821 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000880828 | PO0018202411009 | | 12/12/24 | 01/11/25 | $116.00 | 116.00 | Open | -5 | | I0000880828 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000880870 | PO0068202412001 | | 12/12/24 | 01/11/25 | $2,370.00 | 2,370.00 | Open | -5 | | I0000880870 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000881321 | PO0545202411009 | | 12/13/24 | 01/12/25 | $2,152.00 | 2,152.00 | Open | -6 | | I0000881321 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000881389 | PO0035202412002 | | 12/13/24 | 01/12/25 | $2,057.00 | 2,057.00 | Open | -6 | | I0000881389 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000881606 | PO0566202411014 | | 12/13/24 | 01/12/25 | $4,782.00 | 4,782.00 | Open | -6 | | I0000881606 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000881813 | PO0043202411011 | | 12/13/24 | 01/12/25 | $792.00 | 792.00 | Open | -6 | | I0000881813 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000881837 | PO0058202411007 | | 12/13/24 | 01/12/25 | $4,634.00 | 4,634.00 | Open | -6 | | I0000881837 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000881930 | PO0141202412001 | | 12/13/24 | 01/12/25 | $1,017.00 | 1,017.00 | Open | -6 | | I0000881930 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000882213 | PO1010202411014 | | 12/13/24 | 01/12/25 | $1,356.00 | 1,356.00 | Open | -6 | | I0000882213 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000882296 | PO0016202412003 | | 12/13/24 | 01/12/25 | $2,361.00 | 2,361.00 | Open | -6 | | I0000882296 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000882326 | PO0591202411015 | | 12/13/24 | 01/12/25 | $594.00 | 594.00 | Open | -6 | | I0000882326 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000883697 | PO0185202412001 | | 12/17/24 | 01/16/25 | $1,108.00 | 1,108.00 | Open | -10 | | I0000883697 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000883728 | PO0574202411013 | | 12/17/24 | 01/16/25 | $594.00 | 594.00 | Open | -10 | | I0000883728 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000883851 | PO0543202411010 | | 12/17/24 | 01/16/25 | $488.00 | 488.00 | Open | -10 | I0000883851 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000883898 | PO0030202412001 | | 12/17/24 | 01/16/25 | $3,446.00 | 3,446.00 | Open | -10 | I0000883898 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000884616 | PO0034202412001 | | 12/18/24 | 01/17/25 | $1,094.00 | 1,094.00 | Open | -11 | I0000884616 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000885180 | PO0141202412001 | | 12/18/24 | 01/17/25 | $1,464.00 | 1,464.00 | Open | -11 | I0000885180 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000885925 | PO0033202412004 | | 12/19/24 | 01/18/25 | $4,517.00 | 4,517.00 | Open | -12 | I0000885925 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000885973 | PO0009202412002 | | 12/19/24 | 01/18/25 | $2,751.00 | 2,751.00 | Open | -12 | I0000885973 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000885985 | PO1019202412002 | | 12/19/24 | 01/18/25 | $1,678.00 | 1,678.00 | Open | -12 | I0000885985 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000885998 | PO0043202412017 | | 12/19/24 | 01/18/25 | $2,556.00 | 2,556.00 | Open | -12 | I0000885998 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000886148 | PO0545202411009 | | 12/19/24 | 01/18/25 | $976.00 | 976.00 | Open | -12 | I0000886148 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000886245 | PO0025202412009 | | 12/19/24 | 01/18/25 | $2,551.00 | 2,551.00 | Open | -12 | I0000886245 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000886269 | N1539844 Parts | | 12/19/24 | 01/18/25 | $39.00 | 39.00 | Open | -12 | I0000886269 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000886497 | N1539984 Parts | | 12/19/24 | 01/18/25 | $25.36 | 25.36 | Open | -12 | I0000886497 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000887899 | PO0024202411010 | | 12/23/24 | 01/22/25 | $2,330.00 | 2,330.00 | Open | -16 | I0000887899 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000888525 | PO0170202411006 | | 12/26/24 | 01/25/25 | $1,101.00 | 1,101.00 | Open | -19 | I0000888525 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000888788 | PO0563202412002 | | 12/26/24 | 01/25/25 | $3,438.00 | 3,438.00 | Open | -19 | I0000888788 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000888980 | PO0025202412009 | | 12/26/24 | 01/25/25 | $339.00 | 339.00 | Open | -19 | I0000888980 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000889400 | PO0015202412013 | | 12/27/24 | 01/26/25 | $5,557.00 | 5,557.00 | Open | -20 | I0000889400 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000890048 | PO0027202412014 | | 12/27/24 | 01/26/25 | $2,042.00 | 2,042.00 | Open | -20 | I0000890048 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000890152 | PO1008202412011 | | 12/27/24 | 01/26/25 | $1,583.00 | 1,583.00 | Open | -20 | I0000890152 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000890228 | PO1024202412009 | | 12/28/24 | 01/27/25 | $1,539.00 | 1,539.00 | Open | -21 | I0000890228 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000890816 | PO0019202412002 | | 12/30/24 | 01/29/25 | $1,452.00 | 1,452.00 | Open | -23 | I0000890816 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000891010 | PO0027202412014 | | 12/31/24 | 01/30/25 | $332.00 | 332.00 | Open | -24 | I0000891010 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000891400 | PO0170202412007 | | 01/02/25 | 02/01/25 | $3,812.00 | 3,812.00 | Open | -26 | I0000891400 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000891552 | PO0025202412009 | | 01/02/25 | 02/01/25 | $332.00 | 332.00 | Open | -26 | I0000891552 |
| 415 | CUS16800 | BUDDY'S NEWCO LLC | I0000891940 | PO1008202412011 | | 01/03/25 | 02/02/25 | $184.00 | 184.00 | Open | -27 | I0000891940 |