**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Michael S. Stamer of Akin Gump Strauss Hauer & Feld LLP, proposed special counsel for Michael J. Wartell, as independent director and sole member of the conflicts committees of the boards of directors of Freedom VCM Interco, Inc. and Freedom VCM, Inc., in the above-captioned cases and any related proceedings.

Dated: January 9, 2025

*/s/ Michael D. DeBaecke*
**ASHBY & GEDDES, P.A.**
Michael D. DeBaecke (Bar No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: mdebaecke@ashbygeddes.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and State of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised **12/21/23**. I further certify the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 9, 2025

*/s/ Michael S. Stamer*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer
One Bryant Park
New York, NY  10036-6745
Tel: (212) 872-1000
Email: mstamer@akingump.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.