**EXHIBIT A**

**Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 586 |

**SIXTH OMNIBUS ORDER, PURSUANT TO SECTIONS 105(a), 365(a), AND 554 OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO (I) REJECT CERTAIN UNEXPIRED LEASES, EFFECTIVE AS OF THE REJECTION DATE; AND (II) ABANDON PERSONAL PROPERTY**

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for the entry of an order (this "Order"), pursuant to sections 105(a), 365, and 554 of the Bankruptcy Code, authorizing the Debtors to (i) reject those certain unexpired leases (the "Rejected Leases") set forth on Schedule 1

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

to this Order, effective as of December 31, 2024 (the "Rejection Date"), and (ii) abandon personal property (the "Personal Property") remaining on the Rejected Premises as of the Rejection Date; and upon consideration of the Motion and all pleadings related thereto, including the First Day Declaration; and due and adequate notice of the Motion having been given under the circumstances; and having determined that no other or further notice of the Motion is required; and having determined that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of these Chapter 11 Cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Leases, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected by the Debtors, with such rejection being effective as of the Rejection Date.

3. Pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, any Personal Property remaining, as of the Rejection Date, on the Rejected Premises is hereby abandoned by the Debtors, with such abandonment being effective as of the Rejection Date. Landlords of the Rejected Premises may dispose of any and all Abandoned Personal

Property remaining on the Rejected Premises without further notice or liability to any third party or the Debtors.  To the extent necessary, the automatic stay is modified to allow such disposition.

4. If the Debtors have deposited monies with a counterparty to a Rejected Lease as a security deposit or other arrangement, such counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of this Court.

5. Any person or entity that holds a claim that arises from the Rejected Leases must file a proof of claim based on such rejection on or before the date that is thirty (30) days after the entry of this Order.

6. Nothing in this Order shall impair, prejudice, waive or otherwise affect any of the rights of the Debtors or any other party to:  (a) assert or contest that the Rejected Leases (i) were terminated on the Rejection Date, or (ii) are not unexpired leases under section 365 of the Bankruptcy Code; (b) assert or contest that any claim for damages arising from the rejection of the Rejected Leases is limited to the remedies available under any applicable termination provisions of the Rejected Leases; (c) assert or contest that any such claim is an obligation of a third party, and not that of the Debtors or their estates; or (d) otherwise assert or contest any claims that may be asserted in connection with the Rejected Leases.  All rights, claims, defenses and causes of action that the Debtors and their estates may have against the counterparties to the Rejected Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Leases, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise affect such rights, claims, defenses and causes of action. Additionally, all rights, claims, defenses, and causes of action of any counterparty to the Rejected Leases, whether or not such claims arise under, are related to the rejection of, or are independent

of the Rejected Leases, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise affect such rights, claims, defenses and causes of action.

7. Nothing in this Order shall be construed to (a) create or perfect, in favor of any person or entity, any interest in cash of a Debtor that did not exist as of the Petition Date or (b) alter or impair any security interest or perfection thereof, in favor of any person or entity, that existed as of the Petition Date.

8. Nothing in this Order shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

9. The requirements in Bankruptcy Rules 6006 and 6007 are satisfied.

10. The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

11. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

12. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Schedule 1**

**Rejected Leases**[1]

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 1 | 1000 Boston Turnpike LLC | 1000 Boston Turnpike LLC<br>Raymond Cheng<br>1000 Boston Turnpike<br>Shrewsbury, MA 1545 | American Freight Outlet Stores, LLC | Lease, dated August 8, 1994<br><br>Shrewsbury Vlg Shpng Ctr. 1000 Boston Trnpk<br>Shrewsbury, MA 01545 | 8286 |
| 2 | 1700 Eubank LLC | 1700 Eubank LLC<br>Mark Friedman<br>6106 Jefferson NE, STE A-2<br>Alburquerque, NM 87109 | American Freight, LLC | Lease, dated June 12, 2017<br><br>1700 Eubank Blvd Ne<br>Albuquerque, NM 87112 | 150 |
| 3 | 2151 Highland Partners LLC | 2151 Highland Partners LLC<br>Anabeth Redmond<br>2926 B Foster Creighton Drive<br>Nashville, TN 37204 | American Freight, LLC | Lease, dated December 31, 2018<br><br>2151 N Highland Ave<br>Jackson, TN 29702 | 176 |
| 4 | 2885 Gender Road, LLC | 2885 Gender Road, LLC<br>David Anderson<br>9 North Third St.<br>PO Box 4053<br>Newark, OH 43055 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated February 18, 2011<br><br>2885 Gender Rd<br>Reynoldsburg, OH 43068 | 5060 |
| 5 | 3200 HWY 13, LLC | 3200 HWY 13, LLC<br>Kyle Thompson/Colin Quinn<br>6920 Dakota Trail<br>Minneapolis, MN 55439 | American Freight, LLC | Lease, dated November 1, 2014<br><br>3200 Highway 13 West<br>Burnsville, MN 55337 | 94 |
| 6 | 4100 Tomlynn Street-Rebkee, LLC | 4100 Tomlynn Street-Rebkee, LLC<br>Kari Fordin<br>2800 Patterson Ave<br>Richmond, VA 23221 | American Freight Outlet Stores, LLC | Lease Agreement, dated December 12, 2017<br><br>4100 Tomlynn St. - Suite A<br>Richmond, VA 23230 | 4994 |
| 7 | 425 Broadway RE Holdings LLC & 431 Broadway RE Holdings LLC | 425 Broadway RE Holdings LLC & 431 Broadway RE Holdings LLC<br>Joseph Fallas<br>15001 South Figueroa St<br>Gardena, CA 90248 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated August 26, 2013<br><br>320 W Rancho Vista Blvd<br>Palmdale, CA 93551 | 4038 |
| 8 | 4801 Washtenaw LLC | 4801 Washtenaw LLC<br>Joseph Nusbaum<br>15041 Burton<br>Oak Park , MI 48237 | American Freight, LLC | Lease, dated August 5, 2008<br><br>4801 Washtenaw Ave.<br>Ann Arbor, MI 48108 | 34 |
| 9 | 5737-5848 North Elizabeth Street Holdings, LLC c/o CW Capital Asset Management LLC | 5737-5848 North Elizabeth Street Holdings, LLC c/o CW Capital Asset Management LLC<br>Justin Backstrom<br>900 19th Street, NW, 8th Floor<br>Washington, DC 20006 | American Freight, LLC | Lease, dated August 17, 2023<br><br>5737 N Elizabeth St<br>Pueblo, CO 81001 | 302 |
| 10 | 65 Holmes Investment Partners, LLC | 65 Holmes Investment Partners, LLC<br>Michael Grossman<br>137 Danbury Road, PMB 300<br>New Milford, CT 6776 | American Freight Outlet Stores, LLC | Lease, dated August 10, 2018<br><br>65 Holmes Rd.<br>Newington, CT 06111 | 4324 |
| 11 | 7000 S May Ave LLC | 7000 S May Ave LLC<br>J. Russell<br>114 NW 6th ST, Ste. 206<br>Oklahoma City , OK 73102 | American Freight, LLC | Lease, dated August 12, 2016<br><br>2825 W I-240 Service Rd.<br>Oklahoma City, OK 73159 | 132 |
| 12 | 94 LLC | 94 LLC<br>Aaron Kendall<br>7820 Eagle Crest Blvd<br>Evansville, IN 47715 | American Freight, LLC | Lease, dated March 24, 2008<br><br>2800 Lynch Rd<br>Evansville, IN 47711 | 2 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 13 | Access Commercial LLC | Access Commercial LLC<br>Corey Kline (PM)<br>10730 Pacific Street, Ste. 230<br>Omaha, NE 68114 | American Freight Outlet Stores, LLC | Lease, dated June 27, 2014<br><br>1040 S. Barrington Rd<br>Streamwood, IL 60107 | 5292 |
| 14 | AJDC2 LLC | AJDC2 LLC<br>Joe Hardage<br>1092 Titleist Way<br>Auburn, AL 36830 | American Freight, LLC | Lease, dated April 26, 2011<br><br>3233 Teal Road<br>Lafayette, IN 47905 | 61 |
| 15 | Albany Plaza Shopping Center, LLC | Albany Plaza Shopping Center, LLC<br>Sammy Hajibai<br>370 Seventh Avenue, Ste. 1600<br>New York, NY 10001 | American Freight, LLC | Lease, dated February 19, 2021<br><br>2304 N Slappey Blvd<br>Albany, GA 31701 | 258 |
| 16 | Alisan, LLC and Roseff, LLC | Alisan LLC and Roseff LLC<br>c/o Kin Properties<br>Attn: Lee Cherney and General Counsel<br>185 N.W. Spanish River Boulevard, Ste. 100<br>Boca Raton, FL 33431 | American Freight Outlet Stores, LLC | Lease, dated January 23, 1968<br><br>12001 Sears St<br>Livonia, MI 48150 | 5230/4612 |
| 17 | All American Associations LLC | All American Associations LLC<br>Colette Cisco<br>307 Focis Street<br>Metairie, LA 70005 | American Freight, LLC | Lease, dated January 23, 2015<br><br>3409 N I-10 Service Rd. W<br>Metairie, LA 70002 | 109 |
| 18 | Allentex, LP | Allentex, LP<br>Derek Boisse<br>319 S. Robertson Blvd.<br>Beverly Hills, CA 90211 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated October 1, 2011<br><br>109 N Greenville Ave<br>Allen, TX 75002 | 9796 |
| 19 | Alqam Musa Realty LLC | Alqam Musa Realty LLC<br>Iyad Alqam<br>8642 Normandy Ave<br>Burbank, IL 60459 | American Freight, LLC | Lease Agreement, dated May 4, 2016<br><br>2964 W. Wheatland Rd.<br>Dallas, TX 75237 | 127 |
| 20 | Amerco Real Estate Company | Amerco Real Estate Company<br>Thao Nguyen<br>2727 N. Central Ave., Ste. 500<br>Phoenix, AZ 85004 | American Freight Outlet Stores, LLC | Lease, dated January 1, 2022<br><br>1200 Blumenfeld Dr, Suite C<br>Sacramento, CA 95815 | 9229 |
| 21 | AMG Properties Inc | AMG Properties Inc<br>Dinora Casanova<br>1430 S Dixie Highway, Ste. 306<br>Coral Gables, FL 33912 | American Freight, LLC | Lease, dated December 21, 2015<br><br>13080 Metro Parkway<br>Ft. Myers, FL 33966 | 57 |
| 22 | Anderson Plaza, LLC | Anderson Plaza, LLC<br>Mardy Shore<br>1360 E 14th St., Ste. 101<br>Brooklyn, NY 11230 | American Freight, LLC | Lease, dated December 2, 2016<br><br>2600 Anderson Rd Suite 101<br>Greenville, SC 29611 | 134 |
| 23 | Arch Village Mgmt Realty | Arch Village Mgmt Realty<br>David Galpern<br>PO Box 7331<br>Richmond, VA 23221 | American Freight, LLC | Lease, dated August 31, 2015<br><br>9131 Midlothian Turnpike<br>Richmond, VA 23236 | 115 |
| 24 | ARES Holdings, LLC | ARES Holdings, LLC<br>Chris Becraft<br>15205 E Fairy Duster Ct.<br>Fountain Hills, AZ 85268 | American Freight Outlet Stores, LLC | Lease, dated April 21, 2015<br><br>16809 N. 9th Street<br>Phoenix, AZ 85022 | 4666 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 25 | Arizona Mills Mall, LLC | Arizona Mills Mall, LLC<br>Attn: General Counsel<br>P.O Box 402298<br>Atlanta, GA 30384 | American Freight Outlet Stores, LLC | Specialty Store Lease, dated March 18, 2004<br><br>5000 Arizona Mills Circle, Suite 625<br>Tempe, AZ 85282 | 4598 |
| 26 | AR-Park Shopping Center, LLC and JSP Park Shopping Center, LLC | AR-Park Shopping Center, LLC and JSP-Park Shopping Center, LLC<br>Bridget Mullen<br>11155 Red Run Blvd., Ste. 320<br>Owings Mills, MD 21117 | American Freight, LLC | Lease, dated November 6, 2023<br><br>270 Park Center Dr<br>Parkersburg, WV 26101 | 297 |
| 27 | B33 Broadview Village LLC | B33 Broadview Village LLC<br>Arshad Sultan<br>9330 West Sahara Avenue, Ste. 270<br>Las Vegas, NV 89117 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated September 16, 2020<br><br>1000 Broadview Village Square<br>Broadview, IL 60153 | 5438 |
| 28 | B33 Centennial Promenade III, LLC | B33 Centennial Promenade III, LLC<br>Anjali Chase<br>601 Union Street, Ste. 1115<br>Seattle, WA 98101 | American Freight, LLC | Lease, dated June 9, 2023<br><br>9667 E County Line Rd<br>Centennial, CO 80112 | 294 |
| 29 | Baldwin Gardens, Inc. | Baldwin Gardens, Inc.<br>John A. Munch, Esq.<br>2540 Village Common Drive<br>Erie, PA 16506 | American Freight, LLC | Lease, dated March 10, 2010<br><br>2411 West 12th St<br>Erie, PA 16505 | 49 |
| 30 | Bardstown S.C., LLC | Bardstown S.C., LLC<br>Kevin Sullivan<br>200 S Fifth St., STE 200N<br>Louisville, KY 40202 | American Freight FFO, LLC | Lease, dated November 30, 2009<br><br>223 Kentucky Home Sq<br>Bardstown, KY 40004 | 250 |
| 31 | BC Airport, LLC | BC Airport, LLC<br>Mario Kiezi<br>888 W Big Beaver Rd, Ste. 300<br>Troy, MI 48084 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated December 5, 2013<br><br>6645 Airport Hwy.<br>Holland, OH 43528 | 4076 |
| 32 | Bell Tower 24, LLC | Bell Tower 24, LLC<br>Kari Barker<br>2701 E Camelback Rd, Ste. 170<br>Phoenix, AZ 85016 | American Freight, LLC | Lease Agreement, dated October 5, 2017<br><br>4961 W. Bell Rd<br>Glendale, AZ 85308 | 151 |
| 33 | Belt 98, LLC | Belt 98, LLC<br>Robert Denenberg<br>4325 Marquette Dr<br>Mobile, AL 36608 | American Freight Outlet Stores, LLC | Lease, dated November 22, 2016<br><br>3404 Moffett Rd Unit-B<br>Mobile, AL 36607 | 62 |
| 34 | Berryessa Plaza, LLC | Berryessa Plaza, LLC<br>George Mersho<br>755 Jarvis Drive<br>Morgan Hill, CA 95037 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated February 2, 2013<br><br>4854 West Lone Mountain Rd<br>Las Vegas, NV 89130 | 4989 |
| 35 | BG Plaza LLC | BG Plaza LLC<br>Inder Singh<br>4325 Bay Rd<br>Saginaw, MI | American Freight, LLC | Lease, dated July 18, 2016<br><br>4345 Bay Road<br>Saginaw, MI 48603 | 130 |
| 36 | BRE Mariner Venice Shopping Center LLC | BRE Mariner Venice Shopping Center LLC<br>Greg Lenners<br>450 Lexington Ave, Floor 13<br>New York, NY 10017 | American Freight, LLC | Lease, dated March 31, 2021<br><br>515 Tamiami Trail<br>Venice, FL 34285 | 261 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 37 | Brixmor Holdings 8 SPE LLC C/O Brixmor Property Group | Brixmor Holdings 8 SPE LLC C/O Brixmor Property Group<br>Attn: General Counsel<br>200 Ridge Pike, STE #100<br>Conshohocken, PA 19428 | American Freight, LLC | Lease Agreement, dated July 22, 2019<br><br>3267 East Broadway St<br>Pearland, TX 77581 | 183 |
| 38 | Brixmor SPE 5 LLC | Brixmor SPE 5 LLC<br>Binal Shah<br>200 Ridge Pike, Ste. 100<br>Conshohocken, PA 19428 | American Freight Outlet Stores, LLC | Lease, dated August 12, 1994<br><br>6022 W. Crawfordsville Rd.<br>Speedway, IN 46224 | 8279 |
| 39 | Brixton Rogue, LLC<br>C/O Spinoso Real Estate Group<br>Attn: Lease Administration | Brixton Rogue, LLC<br>C/O Spinoso Real Estate Group<br>Attn: Lease Administration<br>Anna Orlando<br>112 Northern Concourse<br>North Syracuse, NY 13212 | American Freight, LLC | Lease, dated September 1, 2023<br><br>1600 N Riverside Ave<br>Medford, OR 97501 | 299 |
| 40 | Brookhill V Acquisition | Brookhill V Acquisition<br>Gerald Bedrin<br>65 Harristown Road, Ste. 301<br>Glen Rock, NJ 7452 | American Freight, LLC | Lease, dated July 17, 2023<br><br>9120 Wadsworth Pkwy<br>Westminster, CO 80021 | 296 |
| 41 | BSW/DMW Properties LLC | BSW/DMW Properties LLC<br>Mr. Dennis Walsh<br>8 Chapel Street<br>Canton, NY 13617 | American Freight, LLC | Lease, dated May 1, 2008<br><br>2410 Erie Blvd. East<br>Syracuse, NY 13224 | 33 |
| 42 | Builders, Inc.-Commercial Division | Builders, Inc.-Commercial Division<br>Stacie Wilkes<br>1081 S Glendale<br>Wichita, KS 67218 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated May 3, 2013<br><br>3535 N Rock Rd , Ste #100<br>Wichita, KS 67226 | 9881 |
| 43 | BZA Northtowne Center SPE, LLC c/o Silver Bears Management, LLC | BZA Northtowne Center SPE, LLC c/o Silver Bears Management, LLC<br>Gabrielle Shuster<br>604 Banyan Trail, Unit 811240<br>Boca Raton, FL 33481 | American Freight Outlet Stores, LLC | Lease, dated October 8, 2008<br><br>5450 Highway 153 Ste 100<br>Hixson, TN 37343 | 5264 |
| 44 | Cafaro Leasing Company, LLC | Cafaro Leasing Company, LLC<br>Attn:  General Counsel<br>5577 Youngstown-Warren Rd.<br>Niles, OH 44446 | American Freight, LLC | Lease, dated March 27, 2023<br><br>5185 Youngstown-Warren Rd<br>Niles, OH 44446 | 290 |
| 45 | Cedar Golden Triangle, LLC | Cedar Golden Triangle, LLC<br>Attn:  General Counsel<br>44 South Bayles Avenue, Suite 304<br>Port Washington, NY 11050 | American Freight, LLC | Lease, dated September 30, 2020<br><br>1276 Lititz Pike<br>Lancaster, PA 17601 | 209 |
| 46 | Cental Mall Port Arthur Realty Holding, LLC | Cental Mall Port Arthur Realty Holding, LLC<br>c/o 4th Dimension Properties, LLC<br>1909 Tyler Street, Ste. 401<br>Hollywood, FL 33020<br>Attn: General Counsel | American Freight, LLC | Lease, dated August 15, 2023<br><br>3100 Highway 365<br>Port Arthur, TX 77643 | 298 |
| 47 | Centerview Plaza, LLC | Centerview Plaza, LLC<br>Chase Lansford<br>3113 S. University Dr. , Ste. 600<br>Fort Worth , TX 76109 | American Freight, LLC | Lease, dated November 17, 2021<br><br>106 S Us 29 Hwy<br>China Grove, NC 28023 | 272 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 48 | Certified Capital, LP, Horowitz Holdings, LLC, LW Acquisitions, LLC, and 3610 Partners, GP | Certified Capital, LP, Horowitz Holdings, LLC, LW Acquisitions, LLC, and 3610 Partners, GP<br>David Sostchen<br>11661 San Vincente Blvd., Ste. 301<br>Los Angeles, CA 90049 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated August 16, 2023<br><br>3610 Torrance Boulevard<br>Torrance, CA 90503 | 7659 |
| 49 | CETA Group Limited Partnership | CETA Group Limited Partnership<br>Jim Barger<br>166 West Chestnut Street<br>Washington , PA 15301 | American Freight, LLC | Lease Agreement, dated November 17, 2015<br><br>3116 Us Route 60<br>Huntington, WV 25705 | 120 |
| 50 | Charleigh Davis and TCCB Properties | Charleigh Davis and TCCB Properties<br>Charleigh Davis<br>220 Jack Warner Pkwy, STE 300<br>Tuscaloosa, AL 35401 | American Freight, LLC | Lease, dated July 22, 2020<br><br>2300 Mcfarland Blvd<br>Northport, AL 35476 | 198 |
| 51 | CHILLICOTHE SHOPPING CENTER, LP C/O Landmark Properties | CHILLICOTHE SHOPPING CENTER, LP C/O Landmark Properties<br>Laura Chirillo<br>4848 Route 8 , Unit 2<br>Allison Park, PA 15101 | American Freight, LLC | Lease, dated August 20, 2020<br><br>110 Consumer Center Dr Ste 1<br>Chillicothe, OH 45601 | 199 |
| 52 | Chris McCarty Company, LLC | Chris McCarty Company, LLC<br>Kelly McCarty<br>PO Box 33354<br>Louisville, KY 40232 | American Freight, LLC | Lease, dated September 8, 2020<br><br>511 Little League Blvd<br>Clarksville, IN 47129 | 207 |
| 53 | Cielo Paso Las Tiendas c/o MIMCO | Cielo Paso Las Tiendas c/o MIMCO<br>Kimberly Montero<br>6500 Montana Ave.<br>El Paso, TX 79925 | American Freight Outlet Stores, LLC | Lease, dated August 21, 2023<br><br>700 E Expy 83, Suite 200<br>Mcallen, TX 30969 | 1916 |
| 54 | Circle City Property Group Inc. | Circle City Property Group Inc.<br>Michael Gilley<br>1504 Sadlier Circle South Dr.<br>Indianapolis, IN 46239 | American Freight, LLC | Lease, dated October 13, 2015<br><br>5615 West 38th Street Unit A<br>Indianapolis, IN 46254 | 119 |
| 55 | CJM Limited Liability Limited Partnership | CJM Limited Liability Limited Partnership<br>Mark Ridley<br>10780 W State Street, Ste. 252<br>Star, ID 83669 | American Freight, LLC | Lease, dated December 20, 2023<br><br>21 West Center Street<br>Orem, UT 84058 | 310 |
| 56 | Clear Creek Brothers - CV, LLC | Clear Creek Brothers - CV, LLC<br>Ed Fahey<br>PO Box 32462<br>Charlotte, NC 28232 | American Freight, LLC | Indenture to Lease, dated March 10, 2017<br><br>1526-A Alleghany St<br>Charlotte, NC 28208 | 147 |
| 57 | Clear Lake Center, LP | Clear Lake Center, LP<br>Ken Allen<br>4545 Bissonnet, Ste. 100<br>Bellaire, TX 77401 | American Freight Outlet Stores, LLC | Shopping Center Lease Agreement, dated September 18, 2013<br><br>20750 Gulf Freeway<br>Webster, TX 77598 | 4068 |
| 58 | Clendenin Partners | Clendenin Partners<br>Roy Clendenin<br>PO Box 418,<br>Goodlettsville, TN 37070 | American Freight, LLC | Lease Agreement, dated February 1, 2013<br><br>309 N Main St<br>Goodlettsville, TN 37072 | 85 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 59 | Cobblestone Square Company LTD. c/o Carnegie Management and Development Corporation | Cobblestone Square Company LTD.  c/o Carnegie Management and Development Corporation<br>Rustom R. Khouri, President cc: General Counsel<br>27500 Detroit Road, STE #300<br>Westlake, OH 44145 | American Freight, LLC | Lease Agreement, dated October 5, 2020<br><br>445 Midway Blvd<br>Elyria, OH 44035 | 212 |
| 60 | Cofe Charleston, LLC | Cofe Charleston, LLC<br>2950 SW 27th Ave, Ste. 100<br>Miami, FL 33133 | American Freight, LLC | Lease Agreement, dated September 16, 2013<br><br>4750 Goer Dr. Suite C<br>North Charleston, SC 29406 | 90 |
| 61 | ColFin 2015-2 Industrial C/O Link Industrial Management LLC | ColFin 2015-2 Industrial C/O Link Industrial Management LLC<br>Michelle Annett<br>602 W. Office Center Dr., Ste. 200<br>Fort Washington, PA 19034 | American Freight, LLC | Lease, dated April 29, 2016<br><br>1825 Westpark Dr<br>Grand Prairie, TX 75050 | 125 |
| 62 | Commerical Properties Associates, LLP | Commerical Properties Associates, LLP<br>James D. Crawford, Trustee<br>26565 Miles Rd, Ste. 200<br>Warrensville Heights, OH 44128 | American Freight, LLC | Lease, dated November 2, 2012<br><br>1291 E Pershing Road<br>Decatur, IL 62526 | 82 |
| 63 | Concord Retail Investment Group, LLC | Concord Retail Investment Group, LLC<br>Samantha Pope<br>2400 South Boulevard, Ste. 300<br>Charlotte, NC 38203 | American Freight Outlet Stores, LLC | Lease Agreement, dated October 1, 2012<br><br>545 Concord Pkwy N<br>Concord, NC 28027 | 9974 |
| 64 | Confluence Investments, LLC | Confluence Investments, LLC<br>Kyle Hagen<br>1941 Montreal Ave<br>Saint Paul, MN 55116 | American Freight, LLC | Lease, dated August 1, 2018<br><br>2210 South St Rt 291 Hwy Suite B<br>Independence, MO 64057 | 167 |
| 65 | Core Park Center, LLC | Core Park Center, LLC<br>Jonathan Spitz<br>10 Parkway North, Ste. 120<br>Deerfield, IL 60015 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 6, 2011<br><br>16040 S. Harlem Ave<br>Tinley Park, IL 60477 | 9756 |
| 66 | Costco-Innovel Properties, LLC | Costco-Innovel Properties, LLC<br>Eileen Carrel<br>999 Lake Drive<br>Issaquah, WA 98027 | American Freight Outlet Stores, LLC | Lease Agreement, dated October 1, 2012<br><br>642 Thompson Ln.<br>Nashville, TN 37204 | 8487 |
| 67 | Costco-Innovel Properties, LLC | Costco-Innovel Properties, LLC<br>Eileen Carrel<br>999 Lake Drive<br>Issaquah, WA 98027 | American Freight Outlet Stores, LLC | Lease Agreement, dated October 1, 2012<br><br>350 Glendale Ave. Ste 100<br>Sparks, NV 89431 | 9486 |
| 68 | Creekstone/Juban, LLC | Creekstone/Juban, LLC<br>Attn:  General Counsel<br>6765 Corporate Blvd.<br>Baton Rouge, LA 70809 | American Freight, LLC | Lease, dated November 16, 2021<br><br>10076 Crossing Way Ste 530<br>Denham Springs, LA 70726 | 271 |
| 69 | Crossing Point, LLC | Crossing Point, LLC<br>Ben Stroh<br>401 Main St., Ste. 218<br>Cedar Falls, IA 50613 | American Freight, LLC | Lease, dated May 16, 2023<br><br>2060 Sovia Dr<br>Waterloo, IA 50702 | 293 |
| 70 | Crossroads Centre II, LLC | Crossroads Centre II, LLC<br>Timothy Timmons<br>700 Mall Drive<br>Portage, MI 49024 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 8, 2013<br><br>669 Mall Drive<br>Portage, MI 49024 | 4032 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 71 | Crossroads Plaza, LLC | Crossroads Plaza, LLC<br>Michael Greene<br>14212 Reed Farm Way<br>North Potomac, MD 20878 | American Freight, LLC | Lease, dated March 4, 2021<br><br>1980 Stone Rose Dr<br>Rocky Mount, NC 27804 | 260 |
| 72 | Crossroads Sunset Holdings, LLC | Crossroads Sunset Holdings, LLC<br>Lease/Legal Concerns (James Phillips)<br>8350 W. Shara Ave, Ste. 210<br>Las Vegas, NV 89117 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated March 13, 2017<br><br>1437 W Sunset Suite 100<br>Henderson, NV 89014 | 9849 |
| 73 | CTO24 Carolina Pavilion | CTO24 Carolina Pavilion c/o CTO Realty Growth, Inc.<br>LaRessa Jones<br>1140 Williamson Blvd., Ste. 140<br>Daytona Beach, FL 32114 | American Freight Outlet Stores, LLC | Lease Agreement, dated August 18, 2020<br><br>9575 South Blvd<br>Charlotte, NC 28273 | 7564 |
| 74 | Curry Companies | Curry Companies<br>Attn: General Counsel<br>1825 Veterans Blvd<br>Dublin, GA 31021 | American Freight, LLC | Lease, dated May 29, 2020<br><br>116 B Hillcrest Parkway<br>Dublin, GA 31021 | 192 |
| 75 | Cuyahoga Investments, LLC | Cuyahoga Investments, LLC<br>Leanne Hopkins<br>2080 Byers Rd.<br>Miamisburg, OH 45342 | American Freight Outlet Stores, LLC | Lease Agreement, dated May 31, 1995<br><br>2000 E. Dorothy Ln<br>Kettering, OH 45420 | 5233 |
| 76 | CVSC Phase II Associates | CVSC Phase II Associates<br>Bridget Wright<br>Eleven Parkway Center, Ste. 300<br>Pittsburgh, PA 15220 | American Freight Outlet Stores, LLC | Lease, dated June 16, 1994<br><br>1051 Washington Pike<br>Bridgeville, PA 15017 | 4333 |
| 77 | CWP/Arlington LLC | CWP/Arlington LLC<br>Mr. Dennis Robinson<br>1801 E 9th St., Ste. 1505<br>Cleveland, OH 44114 | American Freight, LLC | Lease, dated March 24, 2017<br><br>2655 S. Arlington Rd.<br>Akron, OH 44319 | 16 |
| 78 | Daniel G. Kamin Wadsworth Enterprises | Daniel G. Kamin Wadsworth Enterprises<br>Daniel G. Kamin<br>PO Box 10234<br>Pittsburgh, PA 15232 | American Freight, LLC | Lease, dated November 16, 2022<br><br>180 Great Oaks Trail<br>Wadsworth, OH 44281 | 289 |
| 79 | Danville Riverside Partners, LLC | Danville Riverside Partners, LLC<br>Mila W. Gant<br>1500 Huguenot Road, STE #108<br>Midlothian, VA 23113 | American Freight, LLC | Lease, dated September 25, 2020<br><br>3316 Riverside Dr<br>Danville, VA 24541 | 211 |
| 80 | Davco Heights, LLC | Davco Heights, LLC<br>Sholom Davidowits<br>4403 15th Ave, Ste. 310<br>Brooklyn, NY 11219 | American Freight Outlet Stores, LLC | Lease, dated December 16, 1993<br><br>1750 Richmond Rd<br>Mchenry, IL 60050 | 5207 |
| 81 | Daytona Commons, LLC | Daytona Commons, LLC<br>Harry Spitzer<br>1901 W. Cypress Creek Rd. , Ste. 102<br>Fort Lauderdale, FL 33309 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 19, 2013<br><br>1415 S Nova Rd<br>Daytona Beach, FL 32114 | 4015 |
| 82 | Dennis R Phillips revocable Trust | Dennis R Phillips revocable Trust<br>Dennis R Phillips<br>931 E. Fort King St.<br>Ocala , FL 34471 | American Freight, LLC | Indenture to Lease, dated November 12, 2016<br><br>7201 Smith Corners Blvd<br>Charlotte, NC 28269 | 141 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 83 | Derby Improvements, LLC | Derby Improvements, LLC<br>David Zimmerman<br>565 Taxter Road<br>Elmsford, NY 10523 | American Freight Outlet Stores, LLC | Lease Agreement, dated May 11, 2022<br><br>656 New Haven Ave<br>Derby, CT 06418 | 7633 |
| 84 | Donna Rainwater Reece, Larry J. Rainwater, R. Bryan Whitmire and Karle J. Whitmire | Donna Rainwater Reece, Larry J. Rainwater, R. Bryan Whitmire and Karle J. Whitmire<br>Bryan Whitmire<br>6806 Rogers Ave.<br>Fort Smith, AR 72903 | American Freight, LLC | Lease, dated May 11, 2021<br><br>6721 Us Hwy 54<br>Osage Beach, MO 65065 | 253 |
| 85 | Dyn Sycamore Investments, LLC C/O First Midwest Group | Dyn Sycamore Investments, LLC C/O First Midwest Group<br>Attn: General Counsel<br>6801 Spring Creek Rd<br>Rockford, IL 61114 | American Freight, LLC | Lease, dated October 1, 2015<br><br>1502 E Riverside Blvd<br>Loves Park, IL 61111 | 116 |
| 86 | E&L Investments, LLC | E&L Investments, LLC<br>Elio Espino<br>2200 Pebble Beach Trl<br>Oxnard, CA 93036 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 17, 2014<br><br>4150 W Shaw Avenue<br>Fresno, CA 93722 | 9059 |
| 87 | E.W Thompson, Inc. | E.W Thompson, Inc.<br>Dianne Simon<br>906 Thompson Blvd.<br>Sedalia, MO 65301 | American Freight FFO, LLC | Lease Agreement, dated November 8, 2000<br><br>3200 West Broadway Blvd<br>Sedalia, MO 65301 | 223 |
| 88 | Eagle Water, LLC | Eagle Water, LLC<br>Keith Howard<br>336 Montgomery Street<br>Shreveport, LA 71107 | American Freight, LLC | Lease Agreement, dated January 13, 2015<br><br>336 Montgomery St.<br>Shreveport, LA 34000 | 106 |
| 89 | Economy Square, Inc | Economy Square, Inc<br>George Miskovsky<br>210 Park Ave., Ste. 2175<br>Oklahoma City, OK 73102 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated June 25, 2019<br><br>2805 Sw 29th Street<br>Oklahoma City, OK 73119 | 4307 |
| 90 | Esue LLC | Esue LLC<br>Attn: Lee Cherney and General Counsel<br>185 NW Spanish River Blvd., Ste. 100<br>Boca Raton, FL 33431 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated December 4, 2009<br><br>51 Spiral Dr<br>Florence, KY 41042 | 7611 |
| 91 | ETERNIA LLC  c/o  Sachin Jain Avondale Property Management LLC | ETERNIA LLC  c/o  Sachin Jain<br>Avondale Property Management LLC<br>Sachin Jain<br>610 Arden Oaks Dr.<br>Sugarland, TX 77479 | American Freight Outlet Stores, LLC | Lease Agreement, dated February 20, 2019<br><br>6495 Quivira Rd.<br>Shawnee, KS 66203 | 9112 |
| 92 | Ethan Conrad Properties, Inc | Ethan Conrad Properties, Inc<br>Alexis Roberts<br>1300 National Drive , Ste. 100<br>Sacramento, CA 95834 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated December 1, 2015<br><br>10379 Folsom Blvd.<br>Rancho Cordova, CA 95670 | 4618 |
| 93 | Excel Realty Partners, LP | Excel Realty Partners, LP<br>Tracey Kusner<br>200 Ridge Pike, Ste. 100<br>Conshohocken, PA 19428 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated January 28, 2014<br><br>1800 Prescott Rd. Suite J<br>Modesto, CA 95350 | 4684 |
| 94 | ExchangeRight Value-Add Portfolio 2 Master Lessee, LLC | ExchangeRight Value-Add Portfolio 2 Master Lessee, LLC<br>Quinton Briggs<br>1055 E. Colorado Blvd., Ste. 310<br>Pasadena, CA 91106 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated November 14, 2011<br><br>8284 Troy Pike<br>Huber Heights, OH 45424 | 9603 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 95 | Fairview Heights Realty, LLC | Fairview Heights Realty, LLC<br>Elvin<br>150 Great Neck Rd., Ste. 304<br>Great Neck, NY 11021 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated September 10, 2013<br><br>55 Ludwig Drive<br>Fairview Heights, IL 62208 | 7322 |
| 96 | Fall River Shopping Center North, LLC | Fall River Shopping Center North, LLC<br>Lynne Boylan<br>PO Box 590249<br>Newton Centre, MA 2459 | American Freight Outlet Stores, LLC | Retail Outlet Store Lease Agreement, dated December 29, 1993<br><br>133 Mariano S. Bishop Blvd.<br>Fall River, MA 38190 | 4823 |
| 97 | Faye Howard Gross | Faye Howard Gross<br>Peggy Comstock<br>709 Beechmont Rd<br>Lexington, KY 40502 | American Freight, LLC | Lease, dated October 1, 2013<br><br>272 W. New Circle Rd.<br>Lexington, KY 40505 | 12 |
| 98 | Fiddler's Run, LLC | Fiddler's Run, LLC<br>Abe Karmel<br>10101 Fondren Rd., STE #545<br>Houston, TX 77096 | American Freight, LLC | Lease, dated December 7, 2020<br><br>118 Fiddler's Run Blvd<br>Morganton, NC 28655 | 218 |
| 99 | FLC + W, LLC | FLC + W, LLC<br>Dylan Qualls<br>109 N 6th St.<br>Fort Smith, AR 72901 | American Freight FFO, LLC | Lease, dated April 15, 2016<br><br>8300 Hwy 71 South<br>Fort Smith, AR 72903 | 235 |
| 100 | FMK, LLC DBA CORONA MARKETPLACE | FMK, LLC DBA CORONA MARKETPLACE<br>Sammir Abassi<br>3737 Ross St.<br>Vernon, CA 90058 | American Freight Outlet Stores, LLC | Shopping Center Lease, dated August 7, 2017<br><br>1208 Magnolia Ave<br>Corona, CA 92881 | 9150 |