**<u>EXHIBIT B</u>**

**Stamer Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF MICHAEL S. STAMER IN SUPPORT OF THE APPLICATION OF DEBTORS FREEDOM VCM INTERCO, INC. AND FREEDOM VCM, INC. FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL CO-COUNSEL ON BEHALF OF AND AT THE SOLE DIRECTION OF THE INDEPENDENT DIRECTOR, <u>MICHAEL J. WARTELL, EFFECTIVE AS OF DECEMBER 9, 2024</u>

I, Michael S. Stamer, under penalty of perjury, declare as follows:

1.      I am an attorney admitted to practice in the state courts of New York and New

Jersey and the United States District Courts for the Eastern, Northern and Southern Districts of

New York and the District of New Jersey, and my admission *pro hac vice* to the United States

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (9049), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

Bankruptcy Court for the District of Delaware for the purposes of these Chapter 11 Cases is currently pending.  I am a member of the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin"). Akin maintains offices at, among other places, One Bryant Park, New York, New York 10036. There are no disciplinary proceedings pending against me.

2.    I am familiar with the matters set forth herein and make this declaration (the "Declaration") in support of the *Application of Debtors Freedom VCM Interco, Inc. and Freedom VCM, Inc. for Entry of an Order Authorizing the Employment and Retention of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, Effective as of December 9, 2024* (the "Application").[2]

3.    I am not, nor is Akin, an insider of the Debtors.  To the best of my knowledge and information, neither Akin nor I hold directly any claim, debt or equity security of the Debtors.

4.    To the best of my knowledge and information, no partner or employee of Akin has been, within two years from the date of the filing of the Debtors' petitions, a director, officer or employee of any Debtor as specified in Bankruptcy Code section 101(14)(B).

5.    Akin does not have an interest materially adverse to the interests of the Independent Director, the Debtors' estates or any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, as specified in Bankruptcy Code section 101(14)(C), or for any other reason.

6.    Akin does not currently represent any Debtor or, to the best of my knowledge and information, any of the Debtors' related parties, affiliates, partners, or subsidiaries.  Moreover,

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

Akin will not undertake the representation of any party other than the Independent Director in connection with these Chapter 11 Cases.

7.      Except as otherwise set forth herein, to the best of my knowledge and information, Akin neither holds nor represents any interest adverse to the Independent Director, the Debtors, their creditors or other parties in interest or their respective attorneys in connection with these Chapter 11 Cases.  Based upon information available to me, I believe that Akin is a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

8.      In connection with its proposed retention in these Chapter 11 Cases, Akin undertook a thorough review of its computerized database (the "Conflicts Database") to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  The Conflicts Database is designed to include every matter on which Akin is now and has been engaged and, in each instance, the identity of related parties, adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter.  It is the policy of Akin that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the Conflicts Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter and the related and adverse parties.  Accordingly, Akin maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

9.      In particular, and in connection with preparing this Declaration, through my colleagues, I submitted to the Conflicts Database the names set forth on a list of parties in interest provided to me by Willkie Farr & Gallagher LLP ("Willkie"), the Debtors' proposed lead bankruptcy counsel, as well as the names of certain additional parties identified by Akin, which

are categorized for ease of reference.  A copy of the list of the parties searched by Akin is attached

hereto as **Schedule 1** (collectively, the "Searched Parties").[3]

10.    Where an entity has a name similar to a party on **Schedule 1** or is possibly related

to such party in matters wholly unrelated to these Chapter 11 Cases, those parties have also been

searched in the Conflicts Database.  The information listed on **Schedule 1** may have changed

without Akin's knowledge and may change during the pendency of these Chapter 11 Cases.  Akin

will update or supplement this Declaration as necessary when Akin becomes aware of additional

material information.

## Representation of Parties in Interest

11.    Set forth on **Schedule 2** annexed hereto is a list of those Searched Parties from

**Schedule 1** that Akin either (i) currently represents (or represents a related party thereto)

(the "Current Clients") in matters wholly unrelated to these Chapter 11 Cases or (ii) has, in the

past three calendar years, represented in matters wholly unrelated to these Chapter 11 Cases

(the "Former Clients").[4]  In connection with the services to be rendered to the Independent

---

[3]    Akin's inclusion of parties on **Schedule 1** (and the categorization thereof), which is based on information provided by the Debtors, is solely to illustrate Akin's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs on **Schedule 1** or has a claim or legal relationship to the Debtors of the nature described in any of the schedules.  In some instances, Schedule 1 may not disclose the full legal name of the relevant entity.  When the names of the entities reviewed were incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Akin reviewed each entity in its Conflicts Database to the extent feasible.

[4]    For purposes of the disclosures set forth herein, Akin has searched for connections with clients with whom time has been posted in the last three full calendar years to the present, as of Akin's proposed retention date.  "Current Clients" are those clients (or related parties thereof) in which the Conflicts Database shows that one or more timekeepers have posted time to such client matters in the last 12 months from the date of Akin's proposed retention and are not listed in the Conflicts Database as "closed" matters.  "Former Clients" are those clients in which the Conflict Database shows that Akin has previously represented such clients (or related parties thereof) within the last three calendar years and (i) no time has been posted to such client matters in the last 12 months from the date of Akin's proposed retention or (ii) such client matters are otherwise listed as "closed" within the Conflicts Database.  To the extent that a client (or related party thereof) is both a Current Client and a Former Client on separate matters, such client is listed only once on **Schedule 2** as a Current Client.  Notwithstanding the foregoing, whether an actual client relationship exists can only be determined by reference to the documents governing Akin's representation rather than its potential listing in the Conflicts Database.  As such, for purposes
(Continued)

Director, Akin will not commence a cause of action against any Current Client with respect to these Chapter 11 Cases unless Akin has received a waiver from the Current Client allowing Akin to commence such an action. In connection with these Chapter 11 Cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting Akin to participate in such action, the Independent Director either will use Ashby or, if necessary, retain conflicts counsel to represent the Independent Director in connection therewith.

12.     As part of its diverse restructuring practice, Akin routinely represents informal and official creditors' committees. In that regard, set forth on **Schedule 3** attached hereto is a listing of those Searched Parties from **Schedule 1** and/or certain related parties that currently serve or have served, within the last three calendar years, on informal or official creditors' committees represented by Akin in chapter 11 cases.

13.     Akin and certain of its partners, senior counsel, counsel and associates also may have in the past represented, may currently represent and likely in the future will represent creditors, equity security holders or other parties in interest in these Chapter 11 Cases in connection with matters unrelated to these Chapter 11 Cases. Akin believes that its representation of such creditors, equity security holders or other parties in interest in such unrelated matters will not affect its representation of the Independent Director in these Chapter 11 Cases.

14.     Moreover, Akin currently represents, and/or has in the past represented, and likely in the future will represent entities that are adverse and/or potentially adverse to one or more of the Searched Parties in matters unrelated to these Chapter 11 Cases. Akin believes that its

---

of the disclosures set forth herein, some of the disclosures set forth herein and on **Schedule 2** may be over-inclusive.

representation of such parties in such unrelated matters will not affect its representation of the Independent Directors in these Chapter 11 Cases.

15.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge, I do not believe there is any connection between Akin and the U.S. Trustee, any person employed with the U.S. Trustee or any bankruptcy judge currently serving on the United States Bankruptcy Court for the District of Delaware, except as disclosed or otherwise described herein.

16.    Akin will periodically review its Conflicts Database during the representation of the Independent Director in these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Akin will use reasonable efforts to identify such further developments and will file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

### SPECIFIC DISCLOSURES

**A.    Connections with Parties Representing 1% or More of Akin's Revenues for 2024**

17.    At the inception of each engagement for which a declaration is required pursuant to Bankruptcy Rule 2014, Akin reviews the information relating to the parties involved in a bankruptcy case to determine whether any such party, together with its known related entities, were clients of Akin and made payments to Akin for services rendered in the calendar year prior to the date of review that in the aggregate for each such party exceeds 1% of Akin's total revenues for such prior calendar year.

18.    With the exception of the parties described below,[5] Akin's revenues for services rendered on behalf of each of the parties in interest identified on **Schedule 1** make up, in the

---

[5]    Specific percentages will be disclosed to the U.S. Trustee on a confidential basis, upon request.

aggregate, with respect to each such party in interest, less than 1% of Akin's annual revenue in calendar year 2024.

19.     Akin currently represents the Official Committee of Unsecured Creditors appointed by the U.S. Trustee in the chapter 11 cases of Purdue Pharma L.P., *et al.* (the "Purdue Creditors' Committee").  One or more members of the Purdue Creditors' Committee and/or their affiliates are parties in interest in these Chapter 11 Cases.  Akin represents the Purdue Creditors' Committee in matters wholly unrelated to these Chapter 11 Cases.  The total fees received from the Purdue Creditors' Committee represented more than 1% of Akin's 2024 revenue.

20.     Akin represented the Official Committee of Tort Claimants appointed in the chapter 11 cases of Rite Aid Corporation, *et al.* (the "Rite Aid Tort Creditors' Committee" and, such chapter 11 cases, the "Rite Aid Chapter 11 Cases").  The chapter 11 plan in the Rite Aid Chapter 11 Cases went effective in August 2024.  One or more members of the Rite Aid Tort Creditors' Committee and/or their affiliates are parties in interest in these Chapter 11 Cases.  Akin represented the Rite Aid Tort Creditors' Committee in matters wholly unrelated to these Chapter 11 Cases. The total fees received from the Rite Aid Tort Creditors' Committee represented more than 1% of Akin's 2024 revenue.

**B.      Connections to Debtor Entities and Related Subsidiaries**

21.     Except for Akin's proposed retention as described herein and in the Application, Akin has not in the past represented, and currently does not represent, the Debtors and/or their related subsidiaries identified on **Schedule 1** (the "Debtor Entities and Related Subsidiaries").  Furthermore, except with respect to Akin's proposed retention set forth herein, Akin will not represent the Debtors or their related subsidiaries in connection with these Chapter 11 Cases.

22.     Akin has in the past represented one or more entities that were potentially adverse to one or more of the Debtor Entities and Related Subsidiaries or parties related thereto in matters

7

unrelated to these Chapter 11 Cases, as described in paragraph 32 below.  I do not believe that Akin's past representation of such parties precludes it from meeting the disinterestedness standard under the Bankruptcy Code.

**C.    Connections to the Independent Director**

23.    Akin previously advised Michael J. Wartell and Karen Wartell with respect to certain estate planning matters (the "Estate Matter").  The Estate Matter was unrelated to these Chapter 11 Cases.  Akin last billed time to the Estate Matter in March 2015.  Although the Estate Matter falls outside of the 3-year lookback period that Akin has set as a parameter for its **Schedule 2** disclosures, Akin is making this disclosure out of an abundance of caution.  I do not believe that Akin's past representation of such parties precludes it from meeting the disinterested standard under the Bankruptcy Code.

**D.    Connections to Directors and Officers**

24.    Except with respect to its proposed representation of the Independent Director as set forth in the Application and as described herein, Akin does not currently represent, and has not in the past three calendar years represented, any of the Debtors' directors and officers in their individual capacity.  However, given the broad range of Akin's client representations, it is possible that one or more directors or officers identified on **Schedule 1** serves, or has served, as an officer or director on the board of directors (or board of managers) of an entity that Akin currently represents or has in the past represented.  I do not believe that Akin's current or past representation of such parties, as applicable, precludes it from meeting the disinterestedness standard under the Bankruptcy Code.

**E.    Connections to Agents and Lenders**

25.    Akin searched the full agent and lender listed provided to it by Willkie, as well as those lenders identified in the *Verified Statement of the Ad Hoc Group of First Lien Lenders*

*Pursuant to Bankruptcy Rule 2019* [Docket No. 77] and the *Verified Statement of the Ad Hoc Group of Freedom Lenders Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* [Docket No. 229] (such names, collectively, the "Agents and Lenders") to determine any connections to the Agents and Lenders.  As set forth on **Schedule 2**, Akin currently represents, and has in the past three calendar years represented, certain entities or related parties thereto that are Agents and Lenders, in matters wholly unrelated to these Chapter 11 Cases.  In addition, as set forth on **Schedule 3**, Akin currently represents, and has in the past three calendar years represented, informal or official committees on which certain of these entities have served.

**F.    Connections to Professionals**

26.    As part of its restructuring practice, Akin appears in cases, proceedings and transactions involving many different professionals, including attorneys, accountants, financial consultants and investment bankers, some of which may represent claimants and parties in interest in these Chapter 11 Cases.  In addition, Akin may have in the past or may currently be representing other professionals involved in these Chapter 11 Cases in matters unrelated to these Chapter 11 Cases.  Based on our current knowledge of the professionals involved, Akin does not represent or have a relationship with any attorneys, accountants, financial consultants or investment bankers that would be materially adverse to the Independent Director, the Debtors, their estates or their creditors in matters upon which Akin is to be employed, and none are in connection with these Chapter 11 Cases.

27.    Alison Ambeault, who serves as Akin's Director of Practice Management for its financial restructuring group, previously worked at Willkie from February 2006 through June 2024.  Prior to leaving Willkie, Ms. Ambeault's then-current role was Director of Practice Support.  I have been informed that, to the best of Ms. Ambeault's information and belief, Ms. Ambeault did not work on any matter related to the Debtors or these Chapter 11 Cases during her time at

Willkie.  I do not believe that Ms. Ambeault's prior work at Willkie precludes Akin from meeting the disinterestedness standard under the Bankruptcy Code.  However, out of an abundance of caution, Akin has instituted formal screening measures to screen Ms. Ambeault from all aspects of Akin's representation of the Independent Director.

28.     Sophie Dizengoff, the daughter of Akin partner Ira Dizengoff, is an associate at Willkie.  Mr. Dizengoff currently is not working on matters related to Akin's representation of the Independent Director.  Moreover, I have been informed by Willkie that Ms. Dizengoff is not working on matters with respect to these Chapter 11 Cases.  I do not believe that this connection precludes Akin from meeting the disinterestedness standard under the Bankruptcy Code.

**G.     Former Clerks**

29.     Emony Robertson is an Akin associate who had a clerkship in the Court during the last three years.  Ms. Robertson clerked with the Honorable Craig T. Goldblatt, for the District of Delaware, from September 12, 2022 to September 8, 2023.  Ms. Robertson had no connection with these Chapter 11 Cases while clerking for Judge Goldblatt.

30.     In addition, I have been informed that Judge Goldblatt has served as a coach for certain teams in the Duberstein Bankruptcy Moot Court Competition (the "National Duberstein Competition"), which is an annual moot court competition, and in the ACB Fourth Circuit Moot Court (the "Regional Duberstein Competition" and, together with the National Duberstein Competition, the "Duberstein Competitions"), a region-specific moot court competition aligned with the annual National Duberstein Competition.  Prior to taking the bench, Judge Goldblatt served as a coach for Ms. Robertson's team in the Duberstein Competitions from January 2021 to March 2021 (during which time Judge Goldblatt was a partner at Wilmer Cutler Pickering Hale and Dorr LLP).  Judge Goldblatt also served as a coach for the Duberstein Competitions team that Ms. Robertson participated in from January 2022 to March 2022.  In mid-January 2024, Judge

Goldblatt asked Ms. Robertson, and Ms. Robertson agreed, to assist Judge Goldblatt in writing an article for the NCBJ newsletter regarding the Duberstein Competitions.  This article was published in the Summer of 2024 and Ms. Robertson's work with Judge Goldblatt on this article has concluded.

31.      I do not believe that Ms. Robertson's work for the Court or her agreement to assist Judge Goldblatt with an article for the NCBJ newsletter precludes Akin from meeting the disinterestedness standard under the Bankruptcy Code.

**H.      Additional Disclosures Related to these Chapter 11 Cases**

32.      In 2023, Akin advised an entity (the "Formerly Represented Party") in connection with audit work the Formerly Represented Party was performing for its client, B. Riley Financial, Inc.  The matter is now closed (the "Closed Matter") and Akin's work on the Closed Matter was limited.  A total of 1.8 hours were billed to the Closed Matter, by only one timekeeper.  Time was last billed time to the Closed Matter in 2023.  The Formerly Represented Party is not a potential party in interest in these Chapter 11 Cases and, to the best of my knowledge, during Akin's representation, I do not believe that the Formerly Represented Party was actually adverse to any of the Searched Parties in connection with the Closed Matter.  I do not believe that Akin's work on the Closed Matter precludes it from meeting the disinterestedness standard under the Bankruptcy Code.  Nevertheless, Akin is disclosing the Closed Matter out of an abundance of caution and has instituted formal screening measures to screen the attorney who worked on the Closed Matter from all aspects of Akin's representation of the Independent Director.

**I.      Other Connections and Disclosures**

33.      Akin performed general diligence to determine any connections beyond what is disclosed in the attached schedules.  In matters unrelated to these Chapter 11 Cases, Akin may have represented in the past, may currently represent or in the future may represent other persons

or entities (other than parties identified in the attached schedules) who may be parties in interest in these Chapter 11 Cases. Akin will only represent such persons or entities in matters wholly unrelated to these Chapter 11 Cases.

34.    In addition, Akin regularly represents informal groups of creditors of companies that are facing financial distress, which financial distress may not have been publicly disclosed. Some of these companies may be or become parties in interest in these Chapter 11 Cases. Akin will only represent such informal groups in matters wholly unrelated to these Chapter 11 Cases.

35.    Akin has over 1,000 attorneys and advisors and many other employees. It is possible that certain Akin professionals or employees hold interests in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors or other parties in interest in these Chapter 11 Cases, often without Akin's knowledge. Each Akin person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell or vote any particular security. The Investment Fund is generally operated as a blind pool, meaning that when such Akin employee makes an investment in the Investment Fund, such person does not know what securities the blind pool Investment Fund will purchase or sell and such person has no control over such purchases or sales.

36.    From time to time, Akin professionals and other employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors or other parties in interest in these Chapter 11 Cases. Akin has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their

attention in the course of their work, so that all Akin professionals and other employees are barred from trading in securities with respect to which they possess confidential information.

37.     On December 20, 2024, Akin sent a firm-wide email asking all employees to report, to the best of their knowledge, if they, or a member of their immediate family, (i) hold any securities in the Debtors and/or (ii) have any current or former personal, business and/or any other relationship or connections with the Independent Director or the Debtors.  Although no responses were received, it is possible that Akin employees own small amounts of the Debtors' securities or that an employee may have a personal connection with the Independent Director or the Debtors that I am not aware of.

38.     None of Akin's representations of creditors or other parties in interest who are involved in these Chapter 11 Cases comprise a material component of Akin's practice, nor does Akin currently represent such parties on any issue relating to these Chapter 11 Cases.  For the reasons stated herein, Akin represents no interests adverse to the Debtors' individual creditors or the Independent Director and, therefore, is capable of fulfilling its duties to the Independent Director.

## **COMPENSATION**

39.     Akin will make appropriate applications to this Court pursuant to Bankruptcy Code sections 328, 330 and 331 for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Interim Compensation Order and any other orders of this Court.  Subject to this Court's approval, Akin will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered, subject to Bankruptcy Code sections 328, 330 and 331.

40.    Akin's hourly rates are subject to periodic adjustments (typically in January of each year) to reflect economic and other conditions.[6]  The then-current 2024 hourly rates and 2025 hours rates charged by Akin for professionals and paraprofessionals employed in its domestic offices are provided below:

| Billing Category | 2024 Range | 2025 Range |
|---|---|---|
| Partners | $1,420 - $2,195 | $1,625 - $2,495 |
| Senior Counsel | $1,055 - $1,800 | $1,145 - $1,900 |
| Counsel | $1,250 - $1,575 | $1,360 - $1,675 |
| Associates | $840 - $1,200 | $895 - $1,310 |
| Paralegals | $225 - $530 | $255 - $635 |

41.    The hourly rates set forth above are Akin's standard hourly rates for work of this nature.  These rates are set at a level designed to compensate Akin fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  Akin operates in a complicated, national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, the lawyer's area of specialization, the firm's expertise, performance and reputation, the nature of the work involved and other factors.  Akin's hourly rates vary with the experience and seniority of the individuals assigned.  Akin's hourly rates, including those adjustments as set forth herein, are consistent with (i) market rates for comparable services and (ii) the rates that Akin charges and will charge other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

---

[6]    For example, like many of its peer law firms, Akin typically increases the hourly billing rate of attorneys and paraprofessionals periodically in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing in seniority and promotion; and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the Revised UST Guidelines (defined below)).  While the rate ranges provided for herein may change if an individual leaves or joins Akin, and if any such individual's billing rate falls outside the ranges disclosed above, Akin does not intend to update the ranges for such circumstances.

42.     It is Akin's policy to charge its clients in all areas of practice for all expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, photocopying charges, travel expenses, expenses for "working meals" and computerized research.  Akin will seek reimbursement for such expenses pursuant to, among other things, any applicable guidelines established by the Office of the U.S. Trustee.

43.     No agreement exists, nor will any be made, to share any compensation received by Akin for its services with any other person or firm other than members of Akin.

44.     As specifically set forth herein and in the attached schedules, Akin represents certain of the Debtors' creditors or other parties in interest in ongoing matters unrelated to the Debtors and these Chapter 11 Cases.  To the best of my knowledge and insofar as I have been able to ascertain, none of the representations described herein are materially adverse to the interests of the Independent Director, the Debtors or the Debtors' estates.  Moreover, based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, Akin is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b) and as required by Bankruptcy Code section 327(a).

45.     The foregoing constitutes the statement of Akin pursuant to Bankruptcy Code sections 328(a), 329 and 504, Bankruptcy Rules 2014(a) and 2016(b) and Local Rules 2014-1 and 2016-1.

## STATEMENT REGARDING REVISED UST GUIDELINES

46.     The Retaining Debtors and Akin intend to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Revised UST Guidelines, both in connection with the Application and the interim and final fee applications

to be filed by Akin in the course of its engagement.  In doing so, however, the Retaining Debtors, the Independent Director and Akin reserve all rights as to the relevance and substantive legal effect of the Revised UST Guidelines in respect of any application for employment or compensation in these Chapter 11 Cases that falls within the ambit of the Revised UST Guidelines.

47.     The following is provided in response to the request for additional information set forth in Section D of the Revised UST Guidelines.

(a)     Akin did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement; the hourly rates set forth in the Application and this Declaration are consistent with (i) market rates for comparable services and (ii) the rates that Akin charges and will charge other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

(b)     No rate for any of the professionals included in this engagement varies based on the geographic location of these Chapter 11 Cases.

(c)     Akin did not represent the Independent Director or the Debtors in the 12-months prior to the Petition Date.

(d)     Akin expects to develop a budget and staffing plan to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which Akin reserves all rights.

(e)     The Independent Director has approved Akin's proposed hourly billing rates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 9, 2025

/s/ *Michael S. Stamer*
Name: Michael S. Stamer

## Schedule 1

### Schedule of Searched Parties

**Independent Director**

Michael J. Wartell

**Counsel to Independent Director**

Ashby & Geddes, P.A.

**Debtors Entities & Related Subsidiaries**

American Freight FFO, LLC
American Freight Franchising, LLC
American Freight Franchisor, LLC
American Freight Group, LLC
American Freight Holdings, LLC
American Freight Management
    Company, LLC
American Freight Outlet Stores, LLC
American Freight, LLC
Betancourt Sports Nutrition, LLC
Buddy's Franchising and Licensing LLC
Buddy's New Co, LLC
Educate, Inc.
Franchise Group Acquisition TM, LLC
Franchise Group Intermediate AF, LLC
Franchise Group Intermediate B, LLC
Franchise Group Intermediate BHF LLC
Franchise Group Intermediate Holdco,
    LLC
Franchise Group Intermediate L, LLC
Franchise Group Intermediate PSP, LLC
Franchise Group Intermediate S, LLC
Franchise Group Intermediate SL, LLC
Franchise Group Intermediate V, LLC
Franchise Group New Holdco, LLC
Franchise Group Newco BHF, LLC
Franchise Group Newco PSP, LLC
Franchise Group Newco S, LLC
Franchise Group Newco SL, LLC
Franchise Group Newco V, LLC

Franchise Group, Inc.
Freedom Receivables II, LLC f/k/a B.
    Riley Receivables II, LLC
Freedom VCM Holdings, LLC
Freedom VCM Interco Holdings, Inc.
Freedom VCM Interco, Inc.
Freedom VCM Receivables, Inc.
Freedom VCM, Inc.
Home & Appliance Outlet LLC
Pet Supplies "Plus", LLC
PSP Distribution, LLC
PSP Franchising, LLC
PSP Group, LLC
PSP Midco, LLC
PSP Service Newco, LLC
PSP Stores, LLC (Ohio)
PSP Subco, LLC
Valor Acquisition, LLC
Vitamin Shoppe Florida, LLC
Vitamin Shoppe Franchising, LLC
Vitamin Shoppe Global, LLC
Vitamin Shoppe Industries LLC
Vitamin Shoppe Mariner, LLC
Vitamin Shoppe Procurement Services,
    LLC
W.S. Badcock Corporation
WNW Franchising, LLC
WNW Stores, LLC

## Directors and Officers

| | |
|---|---|
| Aaron Granger | John Hartmann |
| Alissa Ahlman | Kenneth Miles Tedder |
| Andrew Kaminsky | Lee Wright |
| Andrew Laudato | Michael Bennett |
| Andrew M. Laurence | Mike Gray |
| Anthony Block-Belmonte | Muriel Gonzalez |
| Brian Hoke | Neal Panza |
| Bryant R. Riley | Norman McLeod |
| Christopher Meyer | Peter Corsa |
| Christopher Rowland | Philip Etter |
| Daniel McNamara | Teresa Orth |
| Eric Seeton | Tiffany McMillan-McWaters |
| Jacob Jones | Todd Arden |
| Jeff Van Orden | Todd Evans |
| Jeffrey Seghi | |
| Jemma Lawrance | |

## 5% or Greater Equity Holders

| | |
|---|---|
| B. Riley Private Shares 2023-2 QP, LLC | Brian Kahn and Lauren Kahn Joint Tenants by Entirety |
| B. Riley Securities, Inc. | |
| BRF Investments, LLC | Vintage Opportunity Partners, L.P. |

## Committee Members

| | |
|---|---|
| Federal Warranty Service Corporation | NNN Reit, LP (fka National Retail Properties) |
| Jennifer Walker | |
| Nestle and its Subsidiaries, including Nestle Purina Petcare, Nestle USA, Garden of Life, Orgain, and Atrium | Solstice Sleep Company |

## Committee Professionals

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Province, LLC |
| Perella Weinberg Partners LP | |

## Other Professionals

| | |
|---|---|
| AlixPartners LLP | |
| Blank Rome LLP | Ernst & Young |
| Chipman Brown Cicero & Cole, LLP | Evercore LP |
| Davis Polk & Wardwell LLP | Farnan LLP |
| Deloitte & Touche LLP | Foley & Lardner LLP |
| Ducera Partners LLC | FTI Consulting |

Gordon Brothers Asset Advisors, LLC
Gordon Rees Scully Mansukhani, LLP
Grant Thornton LLP
Greenhill & Co.
Guggenheim Securities, LLC
Hilco Merchant Resources, LLC
Hilco Real Estate, LLC
Holland & Knight, LLP
Kroll Restructuring Administration LLC
Landis Rath & Cobb LLP
Latham & Watkins LLP
Lazard Group LLC
M3 Advisory Partners, LP
Morris, Nichols, Arsht & Tunnell LLP
Paul Hastings LLP
Paul, Weiss, Rifkind, Whaton & Garrison LLP

Petrillo Klein & Boxer LLP
Porter Wright Morris & Arthur LLP
Potter Anderson & Corroon LLP
Richards Layton & Finger, PA
Riemer & Braunstein LLP
Ryan, LLC
Seward & Kissel LLP
Sheppard Mullin Richter & Hampton LLP
Sullivan & Cromwell LLP
Timothy J. Fox
Troutman Pepper Hamilton Sanders LLP
White & Case LLP
Willkie Farr & Gallagher LLP
Winston & Strawn LLP
Young Conaway Stargatt & Taylor, LLP

**Agents and Lenders**

*See para. 25 of the Stamer Declaration.*

**Administrative and Collateral Agents**

Alter Domus (US) LLC
JPMorgan Chase Bank, N.A.

**Significant Litigation Matters**

Charles Knight
Health Advocate
Gale et al [Class Action]
Joseph F Gazzo III
Matthew Giffuni

Quadre Investment Advisors LLC
Buddy's Mac Holdings, LLC

**Top Unsecured Creditors (as of 10.10.24)**

Albany Industries Inc.
Alphia Inc.
Aquatic & Reptile - Central Garden & Pet
Arizona Nutritional Supplements
Assurant Inc.
Champion Petfoods USA
Climatic Home Products
Coyote Logistics

Delta Furniture
Earth Animal Ventures
Ehplabs LLC
Elanco US Inc.
Elements International Group LLC
EMA Electrolux/Frigidaire
Force Factor Brands LLC
GE Appliances
GE General Electric-Haier US

Appliance
Google
Hartz Mountain - VMX
Hill's Pet Nutrition
Kong Company
Living Style (Singapore) Pte. Limited
Lowes Companies Inc.
M I Industries Inc.
Madix Inc.
Midwestern Pet Foods
Muebles Briss S.A. De C.V. (Marby)
Natural Balance Pet Foods Inc.
Nestle Purina Petcare Company
Open Farm Inc.
Order Groove Inc.
O'Rourke Bros., Inc.
O'Rourke Sales Company
Peak Living, Inc.

Phillips Feed and Pet Supply
Premier Nutrition Company, LLC
Radio Systems Corporation
Sealy Mattress Manufacturing Company
Simmons Pet Food Inc.
Solstice Sleep Company
Spectrum Brands Pet LLC
Standard Furniture MFG Co. Inc.
Stella and Chewys LLC
Surest/UnitedHealthcare Inc.
Titanic Furniture
Transform Holdco LLC (3PL)
UPS (Ocean Freight)
Vitamin Well USA LLC
Wellness Pet LLC
Weruva International Inc.
Whirlpool
Zinatex Imports, Inc.

**Landlords & Lessors**

103rd Street 6024, LLC
1210 Morena West LLC
1230 Zion, LLC
1700 Eubank, LLC
1997 GRP Limited Partnership
2151 Highland Partners, LLC
2885 Gender Road, LLC
30X30 34th Street Lubbock Partners, LLC
3200 Hwy 13, LLC
4100 Tomlynn Street-Rebkee, LLC and Tomlynn Street-Fountainhead, LLC
4116 OBT Investments, LLC
425 Broadway RE Holdings LLC & 431 Broadway RE Holdings LLC
4801 Washtenaw LLC
5737-5848 North Elizabeth Street Holdings, LLC
6001 Powerline, LLC
65 Holmes Investment Partners LLC
6588 LLC
7000 S May Ave, LLC
801 South Ft. Hood, LLC
900-71, LLC
A. Roland Kimbrell Trust

Acorn Ridge Properties LLC, JDM Capital, LLC, MO Partners LLC, Confluence Investment LLC
Afreight Holdings, LLC
AJDC 2, LLC
Albany Plaza Shopping Center LLC
Alisan LLC and Roseff LLC
All American Association, LLC and Yvonne Keff
Allentex, LP
Amerco Real Estate Company
AMG Properties Inc.
Amplify Credit Union
Anderson Plaza, LLC
Arch Village Management Realty LLC
Ares Holdings, L.L.C.
Arizona Mills Mall, LLC
AR-Park Shopping Center, LLC and JSP-Park Shopping Center, LLC
Atlanta Industrial TT, LLC
B.J. McCord D/B/A McCord Business Center
B33 Broadview Village LLC
Baldwin Gardens, Inc.
Bane Holdings of Tallahassee, LLC

4

Banner Partners, LLC
Bardstown S.C., LLC
BC Airport, LLC
Bell-51st, LLC
Belt 98, Inc.
Berryessa Plaza LLC
BG Plaza, LLC
Boatlanding Development Co., Inc.
Bostick Development, L.C.
BRC Hendersonville, LLC
BRE Mariner Venice Shopping Center LLC
BRE Retail NP Festival Centre Owner LLC
Brierwood Village LLC
Brighton Landmark, LLC
Brixmor Holdings 8 SPE, LLC
Brixmor SPE 5 LLC
Brixton Rogue, LLC
Brookhill V Acquisition, LLC
Brooksville Commercial Properties, LLC and Oak Tree Lane, LLC
Brown Deer Mall, LLC
Bruce Howe Trust
BSW/DMW Properties LLC
Cafaro Leasing Company, LTD.
Candler RD Plaza GA LLC
Cedar Golden Triangle, LLC
Centerpoint 550, LLC
Centerview Plaza, LLC
Central Mall Port Arthur Realty Holding, LLC
Certified Capital, LP, Horowitz Holdings, LLC, Asset Acquisitions, LLC, and 3610 Partners, GP
Ceta Group Limited Partnership
Chapel Hills Realty LLC, Chapel Hills CH LLC, and Chapel Hills Nassim LLC
Charleigh Davis and TCCB Properties
Chicago Title & Trust Company, As Trustee Under Trust Agreement Dated 10/10/1984 and Known as Trust No. 1086065
Chillicothe Shopping Center, LP
Chris McCarty Company, LLC

Cielo Paso Las Tiendas, L.P.
Circle City Property Group Inc.
Citimark Charleston, LLC
CJM Limited Liability Limited Partnership
Clear Creek Brothers - CV, LLC
Clear Lake Center, L.P.
Clendenin Partners
CLPF-Essex Green, LLC
Cobblestone Square Company, Ltd.
ColFin 2015-2 Industrial Owner, LLC
Colony Mills Enterprises, LLC
Combined Properties Limited Partnership
Commercial Properties Associates, LLP
Concord Retail Investment Group, LLC
Core MR Westview, LLC
Costco-Innovel Owner LLC
Costco-Innovel Properties LLC
Creekstone/Juban I, LLC
Crossing Point LLC
Crossroads Centre II, LLC
Crossroads Plaza, LLC
Crossroads Sunset Holdings, LLC
Cuyahoga Investments, LLC
CWP/Arlington LLC
D3 New Albany, LLC
Daniel G. Kamin Wadsworth Enterprises
Daniel P. Hagaman
Danville Riverside Partners, LLC
Daytona Commons, LLC
DCT Presidents Drive LLC
DDR Carolina Pavilion LP
Dennis R. Phillips Revocable Trust
Derby Improvements, LLC
DES 2015, LLC and CJCM, LLC-Series CV505
Dixie Manor, LLC
Donna M. Rainwater & Larry J. Rainwater
Donna Rainwater Reece, Larry J. Rainwater, R. Bryan Whitmire and Karla J. Whitmire
Douglas C. Foyt and Trailers for Sale or Rent, Inc.
Dyn Sycamore Investments, L.L.C.

E & L Investments LLC
E.W. Thompson, Inc.
Eagle Water, LLC
Eagle-North Hills Shopping Centre LP
Eastlake Edison LLC and Eastlake
Milford LLC
Economy Square, Inc.
Ellis Chai LLC
Esue LLC
Ethan Conrad Properties, Inc.
Excel Realty Partners, L.P.
ExchangeRight Value-Add Portfolio 2
Master Lessee, LLC
F.M.K., LLC
Fairview Heights Realty, LLC and
Fairview Nassim LLC
Fall River Shopping Center North, LLC
Faye Gross
Fiddler's Run, LLC
Fivel Family, LLC
Fox Jr. Development Inc.
Franklin Mills Associates Limited
    Partnership
Franklin Towne Plaza LLC
Frayer Enterprises, LLC
Fredric Singer
Front Street Kansas City, LLC
FSC West Covina, LLC
FSH Galleria Plaza, LLC
G&I X Industrial IN LLC
Gamble Brothers, LLC
Gary Mehan, DBA G.M. Properties
Gateway Retail Partner III, LLC
Gateway South, LLC #1
Gbuzz, LLC
GCP Boom, LLC
Giuffre IV, LLC
GKI Industrial Dallas, LLC
Glendale Galleria Center, LLC
GLL BVK Properties, L.P.
Gosula Holdings Ltd.
Gravois Bluffs East 8-A, LLC
Greater Orlando Aviation Authority
Greenfield Plaza LLC
Greenlight Development, LLC
GRH Goodyear LLC, Gaston Holdings

LLC, and MRH Venture Capital LLC
Gridley Square Property, LLC
GS Centennial LLC
Gulson Retail LLC
Halltown Farms, LLC
Hankins Real Estate Partnership
Hart & Hart Corp.
Henry Fine Trust
Hidden Hill Road Associates, LLC
High Cotton Palisades, LLC, High
Cotton Shoals, LLC and Pharo Palisades
    I, LLC
Himaloy Taylor LLC
HM Peachtree Corners I LLC
Hogan Holdings 56, LLC
HV Center LLC, HV Center TIC 1 LLC,
and HV Center TIC 2 LLC
IH 35 Loop 340 Investors, Ltd.
IH-10 Hayden, Ltd.
Indian Trail Square, LLC
Inland Commercial Real Estate Services
    LLC
Innovation Realty IN, LLC
Integra CRE, LLC
IRC Park Center Plaza, L.L.C.
Ireland Corner, LLC
Isador Schreiber & Associates, LLC
J & F Gainesville Properties, LLC
J&L Development Company, LLC
Jackson Street Group, LLC
Jeffnan U.S.A. Inc.
JHG Properties, LLC
JMK5 Winchester, LLC
JMW Hebron, LLC
Joe Amato East End Centre, LP
JRF Texas Properties, LLC
JSM Land Group, LLC
Kelley Commercial Realty, LLC and
    Stephanie D. Kelley
Keyser Oak Investors, LLC
KGI Military LLC
Kin Properties Inc.
Kings Mountain Investments
Kingsport Green AC Managing
    Company, LLC
Kinsman Investors

Kitty Wells, Inc.
KMD, LLC
KRG Houston Royal Oaks Village II,
    LLC
KRG Plaza Green, LLC
L.W. Miller Holding Company
Laurie Industries, Inc., Kinpark
    Associates and Fundamentals
    Company
Lawrence F. Kolb & Catherine M. Kolb,
    Trustees of the Lawrence F. Kolb and
    Catherine M. Kolb JLRT U/A/D
    April 12, 2018 and 2233 & 2235 MO
    Blvd, LLC
LBD Properties, LLC
LCRF, LLC
LDC Silvertree, LLC
Leland J3, LLC
Leveraged Holdings, L.L.C.
Lexington 2770, LLC
Lichtefeld Development Trust
Lidl US Operations, LLC
Lincoln Associates
LIT-ENVP Limited Partnership
LoLo Enterprises, LLC
Lovell 2.5, LLC
LU Candlers Station Holdings, LLC
Lynch Butler
M3 Ventures, LLC
Macon Center, LLC
Malco T.I.C.
Mall at Potomac Mills, LLC
Marathon Management, LLC
Marc NaperW LLC and NaperW, LLC
MarketFair North, LLC
McRae Mortgage & Investments, LLC
Meditrina Properties, LLC
Melvin C. McClung, Trustee of the
    Tommie Louise McClung Family
    Trust
Menard, Inc.
Merchant 33 LLC
Merchant's Investors, LLC
Meredith, Inc.
Midwest Commercial Funding, LLC
Missouri Boulevard Investment

Company, LLC
Mobile Highway 4500, LLC
Mojack Holdings, LLC
Mongia Capital Michigan, LLC
Moon Village, LLC
Morningside Plaza, L.P.
MR Stealth LLC
Muenchens Unlimited, LLC
NDF III MJ Crossing, LLC
New Bern Development LLC
New Plaza Management, LLC
Newport Crossing Investors, LLC
Niagara Falls 778, LLC
North County Columbia Realty, LLC
Northern McFadden Limited Partnership
Northside Village Conyers, LLC
Northtowne Center Investors, LLC
Oak Forest Group, Ltd
Okee Realty Associates, LLC
Old Orchard, LLC
One Home Realty, Inc.
One Land Company, LLC
One Oak Investments, LLC
Osborne Properties Limited Partnership
Oxford Street Huntsville
P & S Axelrod, L.L.C.
P&H Investments, LLC
Pacifica Muskegon, LLC
Parker-Anderson, LLC
Parkway Mall, LLC
PCRIF Spring Park Holdings, LLC
Pensacola Corners LLC
PFIILP - Parr Boulevard, LLC
Pilchers Summit Limited Partnership
Pinellas Park Square, LLC
Piqua Investment Partners, LLC
PK II El Camino North L.P.
Plaza North Shopping Center, LLC
Polk County Partners, LLC
Port St. Lucie Plaza I, II, III, LLC
Prattville Partners, Limited Partnership
Prologis Targeted U.S. Logistics Fund,
    L.P.
Pullman Square Associates
Rainbow Investment Co.
Randall M. Schulz

Ravi Randal Investment Group, LLC
RE Pecan, LLC
Realty Income Corporation
Regions Bank as Trustee of the Thomas
   H. Willings Jr. Family Trust
Repwest Insurance Company
Richard Briggs and John Nathan Briggs,
   as Trustees of the Stephanie R.
   Briggs Irrevocable Trust dated
   October 15, 2009; and Stephanie R.
   Briggs and John Nathan Briggs, as
   Trustees of the Richard M. Briggs
   Irrevocable Trust dated October 15,
   2009
Ridgewater Commerce LLC
Rini Realty Company
River Oaks Properties, Ltd.
Riverdale Center North, LLC
Riverplace Shopping Center, LLC
Rock N Roll Development, LLC
Rockhill Center, LLC
Rodi Road 501, LLC
Rogers Commercial Properties, LLC
Rose & Rose, LLC
RPI Ridgmar Town Square, Ltd.
RRG LLC
Sabatine BK Development, LLC
Saia Family Limited Partnership
Sarabara Corp.
Sav 15000 Abercorn, LLC
Sears Authorized Hometown Stores,
   LLC
SEK 7753, LLC
Shrewsbury Village Limited Partnership
Sissel Juliano
SJN Realty Holdings, LLC
Slidell Athletic Club Property, L.L.C.
Somera Road - Athens Georgia II, LLC
South Tulsa Storage, LLC
Southern Hills Center, Ltd.
Southgate Properties, LLC
Southtown Plaza Realty LLC and
   Southtown Nassim LLC
Southview Dothan Investors, LLC
Space For Lease of Tennessee
State Road 4201, LLC

Stature High Ridge, LLC
Sterling Equities II, LLC
Stewart & Hamilton Properties, LLC
Stone Mountain Square Shopping
   Center, LLC
SVR Investments, LLC
SW 17th Street 1010, LLC
Sylvan Park Apartments, LLC
T.B.R. Property Group, LLC
T18 Investments, LLC
Tanglewood Venture, LLC
TB Garrett Creek, LLC
TBF Group Battle Creek, LLC
TCP Enterprise Parkway, LLC
Tejas Center, Ltd.
Tenalok, LLC
Texas Main Street, LLC
The Collins Investment Trust
TKC CCXXXIX, LLC
TKG Colerain Towne Center, LLC
TKG Cranston Development, L.L.C.
TKG Fairhaven Commons, LLC
TLP 4782 Muhlhauser LLC
Tops Holding, LLC
Town Real Estate Enterprises, LLC
Tucson Speedway Square, LLC
Tumon Bay Resort & Spa, LLC
Turfway Baceline, LLC
Two by Two Properties, LLC
Tycer Heirs Separate Property, LLC
University Realty Associates, LLC
US Investments
Victory River Square, LLC
Vishal Kalmia Plaza, LLC
W.H. Warehouse, L.L.C.
Wal-Austin, LLC
Warner Robins Perlmix, LLC
Watson Village Retail, LLC
Waverly Plaza Shopping Center, Inc.
West County Investors, LLC
Weston SCIP 2 LLC
Westphal Leasing, LLC
Westside Village Shopping Center of
   Rome, Inc.
WFD Investments, L.L.C.
White Lane, LLC

Whitehall Crossing D, LLC
William Shane Courtney
Woodcrest Akers, LLC
Woodforest Mini-City Partners, LP and

JLCM Partners, LP, TIC
Wylds 1708, LLC
YEK #9, LLC
York Realty Investment, LLC

**Significant Counterparties to Material Agreements**

Capturis

Engie Resources LLC

**Significant Suppliers and Vendors**

A Team Sales LLC
Affordable Furniture Mfg Inc
Alani Nutrition
American Agco (ADMC)
Animal Supply Co Lone Star
Animal Supply Co Wholesome
Ashley Furniture Industries Inc
Brodnax Printing Company I, LLC dba
    Brodnax 21c Printers
California Pet Partners LLC
Capstone Nutrition
Cramco
Crown Mark Imports Inc
Das Labs LLC
Elytus Ltd
Enterprise FM Trust
Flexport
Florida State Games Inc.
Garden of Life
Generis Tek Inc
GHOST, LLC.
Gorilla Mind
KFM247 Ltd
Kith Furniture
Korber Supply Chain US, Inc.
Lumisource, LLC
Marcone Appliance Parts Company
Mars Petcare
Media Works, Ltd.

Merrick Pet Foods Inc
Meta Platforms, Inc.
MMXXI Investments LLC
Nutrivo, LLC
ODP Business Solutions, LLC (Office
    Depot)
One Stop Facilities Maintenance Corp
Optimum Nutrition
Origin Labs
Peak Living
Phillips Lansing Facility
Planitretail LLC
Prime Hydration LLC
Pro-Form Laboratories
Quest Nutrition, LLC
Raw Sport Supplement Company
Redcon 1
Royal Canin
Ryse Up Sports Nutrition LLC
Seaboard International Forest Products
    LLC
Sealy Mattress Company
Seminole Furniture
Steve Silver Company
Uber Freight US LLC
Velosio LLC
Vitality Works, Inc.
Wex Bank

**Other Parties**

BCDC Portfolio Owners LLC
BCHQ Owner LLC
National Retail Properties, LP

**DE - Judges**

| | |
|---|---|
| Chan, Ashely M. | Shannon, Brendan L. |
| Dorsey, John T. | Silverstein, Laurie Selber |
| Goldblatt, Craig T. | Stickles, J. Kate |
| Horan, Thomas M. | Walrath, Mary F. |
| Owens, Karen B. | |

**DE - Office of the United States Trustee**

Andrew R. Vara
Benjamin Hackman
Christine Green
Diane Giordano
Dion Wynn
Edith A. Serrano
Elizabeth Thomas
Fang Bu
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jonathan Lipshie
Jonathan Nyaku
Joseph Cudia
Joseph McMahon
Lauren Attix
Linda Casey
Linda Richenderfer
Malcolm M. Bates
Michael Girello
Nyanquoi Jones
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**Notice of Appearance Parties, as of December 30, 2024[1]**

| | |
|---|---|
| 2205 Federal Investors, LLC | Ahuja Development LLC |
| 3644 Long Beach Road LLC | Amazing Organics LLC t/a Amazing |
| Aberdeen Oklahoma Associates |   Herbs |

---

[1]   This category only includes parties that filed notices of appearance and have not been searched under other categories.

Atlantic Plaza Station LLC
Azalea Joint Venture, LLC
B. Riley Principal Investments, LLC and
    its affiliates
Babson Macedonia Partners, LLC
BC Exchange Salt Pond
Beral, LLLP
Blue Owl Real Estate Capital LLC
Brixmor Operating Partnership LP
Brookdale Shopping Center, L.L.C.
Brookfield Properties Retail Inc.
Brookfield Properties Retail Inc.
Brownsville Independent School District
Chapel Hill North Station LLC
Cintas Corporation No. 2
City of El Paso, Bexar County
City of Houston
City of Pasadena
Comenity Capital Bank
Continental Realty Corporation
Copperas Cove Independent School
    District
County of Loudoun, Virginia
CTO24 Carolina LLC, as successor in
    interest to DDR Carolina Pavilion, LP
Curbline Properties Corp.
Cypress-Fairbanks ISD
Cypress-Fairbanks ISD
Deer Park ISD
Dell Financial Services L.L.C.
Doctor's Best Inc.
Drink LMNT, Inc.
Edgewood Station LLC
Elanco US Inc.
Fairfield Station LLC
Fairlawn Station LLC
Federal Realty OP LP
First Washington Realty
Five Town Station LLC
Former Stockholders
Fort Bend County
Fort Bend County
FR Grossmont, LLC
Frontier Bel Air LLC
Frontier Dania LLC
Frontier Dover LLC

Frontier Kissimmee LLC
Frontier Osceola LC
Fundamentals Company
Fundamentals Company LLC
Galveston County
Galveston County
GCP Bloom LLC
Glanbia Performance Nutrition, Inc.
Golden Station LLC
Hamilton Ridge Station LLC
Hampton Village Station LLC
Harris Co ESD #08
Harris Co ESD #09
Harris Co ESD #11
Harris Co ESD #16
Harris Co ESD #48
Harris County
Harris County, ATTN: Property Tax
    Division
Hartville Station LLC
Harvest Station LLC
Hillsborough County Tax Collector
Houston Community College System
Houston ISD
Jefan LLC
Jefferson County
Jensen Beach Station LLC
JLL Property Management (Franklin
    Mall)
Katy ISD
Kawips Delaware Cuyahoga Falls, LLC
Kerrville Independent School District
Kimco Realty Corporation
Kin Properties, Inc.
Kinpark Associates
Kite Realty Group, L.P.
Lakewood (Ohio) Station LLC
Laurel Lakes, LLC
Laurie Industries Inc
Lone Star College System
Lubbock Central Appraisal District
    Midland County
Magnolia Independent School District
Mars Fishcare North America, Inc.
Mars Petcare US, Inc.
Memorial Kirkwood Station LLC

Montgomery County
Montgomery County
Muffrey LLC
NNN REIT, Inc.
Orchard Square Station LLC
Oxford Valley Road Associates, L.P.
Paoli Shopping Center Limited
    Partnership, Phase II
Parkridge Center Retail, LLC
Parm Golf Center LLC
Pasan LLC, Esan LLC
Phillips Edison & Company
Prime/FRIT Mission Hills, LLC
Prince George's County, Maryland
Prophecy Settlement-related Liquidating
    Trust 2022-23
Rainbow Station North LLC
Raymond Leasing Corporation
RCG-PSC Camp Creek Owner, LLC
Regency Centers, L.P.
Rockfirm, LLC
Sangamon North LLC
Sayville Plaza Development, LLC
Shamrock A. Owner LLC
Shanri Holdings Corporation
ShopOne Centers REIT, Inc.,
Shoregate Station LLC

Simon Property Group, Inc.
SITE Centers Corp.
Southfield Station LLC
Stone Gate Station LLC
Summerville Station LLC
Sunwarrior Ventures LLC d/b/a
    Sunwarrior LLC and Sun Brothers,
    LLC
Surprise Towne Center Holdings, LLC
Surprise Towne Center Holdings, LLC
Texas Comptroller of Public Accounts,
    Revenue Accounting Division
Texas Taxing Authorities
The Commons at Southpark LLC
The J. M. Smucker Company
TM2, LLC
United Parcel Service, Inc. and its
    subsidiaries and affiliates
Valrico Station LLC
Vestar-CPT Tempe Marketplace, LLC
Village Mooresville Station LLC
VS Tempe, LLC
Wheat Ridge Station LLC
Whirlpool Corporation
Wilmington Trust, National Association
Woodbolt Distribution, LLC
WPG Legacy, LLC

## Parties Listed on Filed 2019 Statements, as of December 30, 2024[2]

American Electric Power
Atlantic City Electric Company
Baltimore Gas and Electric Company
Boston Gas Company
CenterPoint Energy Resources Corp.
Commonwealth Edison Company
Consolidated Edison Company of New
    York, Inc.
Constellation NewEnergy - Gas
    Division, LLC
Constellation NewEnergy, Inc.

Delmarva Power & Light Company
Dominion Energy South Carolina, Inc.
Entergy Arkansas, LLC
Entergy Louisiana, LLC
Entergy Mississippi, LLC
Entergy Texas, Inc.
Eversource Gas of Massachusetts
Florida Power & Light Company
Georgia Power Company
Gexa Energy, LP
Jersey Central Power & Light Company

---

[2]    This category only includes parties listed on filed Bankruptcy Rule 2019 statements and have not
    already been searched under other categories.

KeySpan Energy Deliver New York
KeySpan Energy Delivery Long Island
Massachusetts Electric Company
Metropolitan Edison Company
Monongahela Power Company
New York State Electric and Gas
    Corporation
Niagara Mohawk Power Corporation
NStar Electric Company - Western
    Massachusetts
Ohio Edison Company
Orange & Rockland Utilities, Inc.
PECO Energy Company
Pennsylvania Electric Company
Pennsylvania Power Company
Peoples Gas System, Inc.
Potomac Edison Company
PSEG Long Island
Public Service Company of New
    Hampshire
Rochester Gas & Electric Corporation
Salt River Project
San Diego Gas and Electric Company
Southern California Edison Company
Tampa Electric Company
The Cleveland Electric Illuminating
    Company
The Connecticut Light & Power
    Company
The Potomac Electric Power Company
Toledo Edison Company
Tucson Electric Power Company
Virginia Electric and Power Company
    d/b/a Dominion Energy Virginia
West Penn Power Company
Yankee Gas Services Company

## Schedule 2

**Schedule of Searched Parties and/or Certain Related Parties
that Akin Currently Represents, or Has in the Past Three
Calendar Years Represented, in Matters Unrelated to these Chapter 11 Cases**

### Independent Director

*Akin has not in the past three calendar years represented and, except with respect to Akin's proposed retention set forth in the Application, currently does not represent this Searched Party; see also para. 23 of the Stamer Declaration.*

### Counsel to Independent Director

*Akin has not in the past three calendar years represented and currently does not represent this Searched Party.*

### Debtors Entities & Related Subsidiaries

*Except with respect to Akin's proposed retention as set forth in the Application, Akin has not in the past three calendar years represented and currently does not represent these Searched Parties.*

### Directors and Officers

*Akin has not in the past three calendar years represented and currently does not represent these Searched Parties.*

### 5% or Greater Equity Holder

*Akin has not in the past three calendar years represented and currently does not represent these Searched Parties.*

### Committee Members

*Akin has in the past three calendar years represented the following Searched Party and/or certain related parties of such Searched Party on matters wholly unrelated to these Chapter 11 Cases:*

Nestle and its Subsidiaries, including
  Nestle Purina Petcare, Nestle USA,
  Garden of Life, Orgain, and Atrium

**Committee Professionals**

*Akin has in the past three calendar years represented the following Searched Party and/or certain related parties of such Searched Party on matters wholly unrelated to these Chapter 11 Cases:*

Perella Weinberg Partners LP

**Other Professionals**

*Akin currently represents the following Searched Parties and/or related parties of such Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| AlixPartners LLP | Holland & Knight, LLP |
| Deloitte & Touche LLP | Kroll Restructuring Administration LLC |
| Evercore LP | Lazard Group LLC |
| FTI Consulting | White & Case LLP |
| Guggenheim Securities, LLC | |

*Akin has in the past three calendar years represented the following Searched Party and/or certain related parties of such Searched Party on matters wholly unrelated to these Chapter 11 Cases:*

Ernst & Young

**Agents and Lenders**

*Akin currently represents the following Searched Parties and/or related parties of such Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| Bardin Hill Investment Partners LP, funds or accounts it manages and/or affiliates | HPS Investment Partners, LLC, funds or accounts it manages and/or affiliates |
| Blue Owl Liquid Credit Advisors, LLC, funds or accounts it manages and/or affiliates | Hayfin Capital Management, funds or accounts it manages and/or affiliates |
| Fidelity Management & Research Company LLC, funds or accounts it manages and/or affiliates | Irradiant Partners, LP, funds or accounts it manages and/or affiliates |
| Garnett Station Partners, funds or accounts it manages and/or affiliates | JPMorgan Chase Bank, N.A. |
| | Monroe Capital LLC, funds or accounts it manages and/or affiliates |
| Global Atlantic Financial Group, Ltd., funds or accounts it manages and/or affiliates | Morgan Stanley Bank NA, funds or accounts it manages and/or affiliates |
| Guggenheim Partners Investment Management, funds or accounts it manages and/or affiliates | Oaktree Capital Management, L.P., funds or accounts it manages and/or affiliates |
| | Octagon Credit Investors, LLC, funds or accounts it manages and/or affiliates |
| HSBC Bank PLC, funds or accounts it manages and/or affiliates | Pacific Investment Management Company LLC, funds or accounts it manages and/or affiliates |

Taconic Capital Advisors, LP, funds or accounts it manages and/or affiliates

Western Asset Management Company, funds or accounts it manages and/or affiliates

*Akin has in the past three calendar years represented the following Searched Parties and/or certain related parties of such Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

HG Vora Capital Management, LLC, funds and/or its affiliates
Intermediate Capital Group PLC, funds or accounts it manages and/or affiliates

LCM Asset Management LLC, funds or accounts it manages and/or affiliates

## **Administrative and Collateral Agents**

*Akin currently represents the following Searched Party and/or related parties of such Searched Party on matters wholly unrelated to these Chapter 11 Cases:*

JPMorgan Chase Bank, N.A.

## **Significant Litigation Matters**

*Akin currently represents the following Searched Party and/or related parties of such Searched Party on matters wholly unrelated to these Chapter 11 Cases:*

Quadre Investment Advisors LLC

## **Top 30 Unsecured Creditors (as of 10.10.24)**

*Akin currently represents the following Searched Parties and/or related parties of such Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

Champion Petfoods USA
EMA Electrolux/Frigidaire
GE Appliances
GE General Electric-Haier US

Google
Surest/UnitedHealthcare Inc.
Vitamin Well USA LLC

*Akin has in the past three calendar years represented the following Searched Party and/or certain related parties of such Searched Party on matters wholly unrelated to these Chapter 11 Cases:*

Nestle Purina Petcare Company

**Landlords & Lessors**

*Akin currently represents the following Searched Party and/or related parties of such Searched Party on matters wholly unrelated to these Chapter 11 Cases:*

Centerpoint 550, LLC

*Akin has in the past three calendar years represented the following Searched Parties and/or certain related parties of such Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| Kings Mountain Investments | Regions Bank as Trustee of the Thomas H. |
| Prologis Targeted U.S. Logistics Fund, L.P. | Willings Jr. Family Trust |
| Realty Income Corporation | Sears Authorized Hometown Stores, LLC |
| | West County Investors, LLC |

**Significant Counterparties to Material Agreements**

*Akin has in the past three calendar years represented the following Searched Party and/or certain related parties of such Searched Party on matters wholly unrelated to these Chapter 11 Cases:*

Engie Resources LLC

**Significant Suppliers and Vendors**

*Akin currently represents the following Searched Parties and/or related parties of such Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| Mars Petcare | Royal Canin |
| Meta Platforms, Inc. | |

*Akin has in the past three calendar years represented the following Searched Parties and/or certain related parties of such Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

Nestle and its Subsidiaries, including
  Nestle Purina Petcare, Nestle USA,
  Garden of Life, Orgain, and Atrium
Optimum Nutrition

**Other Parties**

*Akin has not in the past three calendar years represented and currently does not represent these Searched Parties.*

**DE - Judges**

*Akin has not in the past three calendar years represented and currently does not represent these Searched Parties.*

**DE - Office of the United States Trustee**

*Akin has not in the past three calendar years represented and currently does not represent these Searched Parties.*

**Notice of Appearance Parties, as of December 30, 2024[1]**

*Akin currently represents the following Searched Parties and/or related parties of such Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| Blue Owl Real Estate Capital LLC | United Parcel Service, Inc. and its |
| City of Houston | subsidiaries and affiliates |
| Mars Fishcare North America, Inc. | |

*Akin has in the past three calendar years represented the following Searched Parties and/or certain related parties of such Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

Glanbia Performance Nutrition, Inc.

**Parties Listed on Filed 2019 Statements, as of December 30, 2024[2]**

*Akin currently represents the following Searched Parties and/or related parties of such Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| CenterPoint Energy Resources Corp. | Entergy Texas, Inc. |
| Entergy Arkansas, LLC | Florida Power & Light Company |
| Entergy Louisiana, LLC | Niagara Mohawk Power Corporation |
| Entergy Mississippi, LLC | Salt River Project |

---

[1] This category only includes parties that filed notices of appearance and have not been already searched under other categories.

[2] This category only includes parties listed on filed Bankruptcy Rule 2019 statements and have not been already searched under other categories.

## Schedule 3

**Schedule of Searched Parties and/or Certain Related Parties
that are Currently Serving, or Have in the Past Three Calendar Years Served,
on Informal and/or Official Creditors' Committees Represented by Akin**

Arena Capital Advisors, LLC, funds or accounts it manages and/or affiliates

Bardin Hill Investment Partners LP, funds or accounts it manages and/or affiliates

CastleKnight Management LP, funds or accounts it manages and/or affiliates

Fidelity Management & Research Company LLC, funds or accounts it manages and/or affiliates

Global Atlantic Financial Group, Ltd., funds or accounts it manages and/or affiliates

Guggenheim Partners Investment Management, funds or accounts it manages and/or affiliates

Hayfin Capital Management, funds or accounts it manages and/or affiliates

HG Vora Capital Management, LLC, funds or accounts it manages and/or affiliates

HPS Investment Partners, LLC, funds or accounts it manages and/or affiliates

HSBC Bank PLC, funds or accounts it manages and/or affiliates

Intermediate Capital Group PLC, funds or accounts it manages and/or affiliates

JPMorgan Chase Bank, N.A.

Morgan Stanley Bank NA

MJX Asset Management, LLC, funds or accounts it manages and/or affiliates

Lazard Group LLC

Oaktree Capital Management, L.P., funds or accounts it manages and/or affiliates

Octagon Credit Investors, LLC, funds or accounts it manages and/or affiliates

Pacific Investment Management Company LLC, funds or accounts it manages and/or affiliates

Riva Ridge Capital Management, funds or accounts it manages and/or affiliates

Taconic Capital Advisors, LP, funds or accounts it manages and/or affiliates

Western Asset Management Company, funds or accounts it manages and/or affiliates

ZAIS Group LLC, funds or accounts it manages and/or affiliates