**Schedule 1**

**Rejected Leases[1]**

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 1 | 1000 Boston Turnpike LLC | 1000 Boston Turnpike LLC<br>Raymond Cheng<br>1000 Boston Turnpike<br>Shrewsbury, MA 1545 | American Freight Outlet Stores, LLC | Lease, dated August 8, 1994<br>Shrewsbury Vlg Shpng Ctr. 1000 Boston Trnpk<br>Shrewsbury, MA 01545 | 8286 |
| 2 | 1700 Eubank LLC | 1700 Eubank LLC<br>Mark Friedman<br>6106 Jefferson NE, STE A-2<br>Alburquerque, NM 87109 | American Freight, LLC | Lease, dated June 12, 2017<br>1700 Eubank Blvd Ne<br>Albuquerque, NM 87112 | 150 |
| 3 | 2151 Highland Partners LLC | 2151 Highland Partners LLC<br>Anabeth Redmond<br>2926 B Foster Creighton Drive<br>Nashville, TN 37204 | American Freight, LLC | Lease, dated December 31, 2018<br>2151 N Highland Ave<br>Jackson, TN 29702 | 176 |
| 4 | 2885 Gender Road, LLC | 2885 Gender Road, LLC<br>David Anderson<br>9 North Third St.<br>PO Box 4053<br>Newark, OH 43055 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated February 18, 2011<br>2885 Gender Rd<br>Reynoldsburg, OH 43068 | 5060 |
| 5 | 3200 HWY 13, LLC | 3200 HWY 13, LLC<br>Kyle Thompson/Colin Quinn<br>6920 Dakota Trail<br>Minneapolis, MN 55439 | American Freight, LLC | Lease, dated November 1, 2014<br>3200 Highway 13 West<br>Burnsville, MN 55337 | 94 |
| 6 | 4100 Tomlynn Street-Rebkee, LLC | 4100 Tomlynn Street-Rebkee, LLC<br>Kari Fordin<br>2800 Patterson Ave<br>Richmond, VA 23221 | American Freight Outlet Stores, LLC | Lease Agreement, dated December 12, 2017<br>4100 Tomlynn St. - Suite A<br>Richmond, VA 23230 | 4994 |
| 7 | 425 Broadway RE Holdings LLC & 431 Broadway RE Holdings LLC | 425 Broadway RE Holdings LLC & 431 Broadway RE Holdings LLC<br>Joseph Fallas<br>15001 South Figueroa St<br>Gardena, CA 90248 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated August 26, 2013<br>320 W Rancho Vista Blvd<br>Palmdale, CA 93551 | 4038 |
| 8 | 4801 Washtenaw LLC | 4801 Washtenaw LLC<br>Joseph Nusbaum<br>15041 Burton<br>Oak Park, MI 48237 | American Freight, LLC | Lease, dated August 5, 2008<br>4801 Washtenaw Ave.<br>Ann Arbor, MI 48108 | 34 |
| 9 | 5737-5848 North Elizabeth Street Holdings, LLC c/o CW Capital Asset Management LLC | 5737-5848 North Elizabeth Street Holdings, LLC c/o CW Capital Asset Management LLC<br>Justin Backstrom<br>900 19th Street, NW, 8th Floor<br>Washington, DC 20006 | American Freight, LLC | Lease, dated August 17, 2023<br>5737 N Elizabeth St<br>Pueblo, CO 81001 | 302 |
| 10 | 65 Holmes Investment Partners, LLC | 65 Holmes Investment Partners, LLC<br>Michael Grossman<br>137 Danbury Road, PMB 300<br>New Milford, CT 6776 | American Freight Outlet Stores, LLC | Lease, dated August 10, 2018<br>65 Holmes Rd.<br>Newington, CT 06111 | 4324 |
| 11 | 7000 S May Ave LLC | 7000 S May Ave LLC<br>J. Russell<br>114 NW 6th ST, Ste. 206<br>Oklahoma City , OK 73102 | American Freight, LLC | Lease, dated August 12, 2016<br>2825 W I-240 Service Rd.<br>Oklahoma City, OK 73159 | 132 |
| 12 | 94 LLC | 94 LLC<br>Aaron Kendall<br>7820 Eagle Crest Blvd<br>Evansville, IN 47715 | American Freight, LLC | Lease, dated March 24, 2008<br>2800 Lynch Rd<br>Evansville, IN 47711 | 2 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 13 | Access Commercial LLC | Access Commercial LLC<br>Corey Kline (PM)<br>10730 Pacific Street, Ste. 230<br>Omaha, NE 68114 | American Freight Outlet Stores, LLC | Lease, dated June 27, 2014<br>1040 S. Barrington Rd<br>Streamwood, IL 60107 | 5292 |
| 14 | AJDC2 LLC | AJDC2 LLC<br>Joe Hardage<br>1092 Titleist Way<br>Auburn, AL 36830 | American Freight, LLC | Lease, dated April 26, 2011<br>3233 Teal Road<br>Lafayette, IN 47905 | 61 |
| 15 | Albany Plaza Shopping Center, LLC | Albany Plaza Shopping Center, LLC<br>Sammy Hajibai<br>370 Seventh Avenue, Ste. 1600<br>New York, NY 10001 | American Freight, LLC | Lease, dated February 19, 2021<br>2304 N Slappey Blvd<br>Albany, GA 31701 | 258 |
| 16 | Alisan, LLC and Roseff, LLC | Alisan LLC and Roseff LLC<br>c/o Kin Properties<br>Attn: Lee Cherney and General Counsel<br>185 N.W. Spanish River Boulevard, Ste. 100<br>Boca Raton, FL 33431 | American Freight Outlet Stores, LLC | Lease, dated January 23, 1968<br>12001 Sears St<br>Livonia, MI 48150 | 5230/4612 |
| 17 | All American Associations LLC | All American Associations LLC<br>Colette Cisco<br>307 Focis Street<br>Metairie, LA 70005 | American Freight, LLC | Lease, dated January 23, 2015<br>3409 N I-10 Service Rd. W<br>Metairie, LA 70002 | 109 |
| 18 | Allentex, LP | Allentex, LP<br>Derek Boisse<br>319 S. Robertson Blvd.<br>Beverly Hills, CA 90211 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated October 1, 2011<br>109 N Greenville Ave<br>Allen, TX 75002 | 9796 |
| 19 | Alqam Musa Realty LLC | Alqam Musa Realty LLC<br>Iyad Alqam<br>8642 Normandy Ave<br>Burbank, IL 60459 | American Freight, LLC | Lease Agreement, dated May 4, 2016<br>2964 W. Wheatland Rd.<br>Dallas, TX 75237 | 127 |
| 20 | Amerco Real Estate Company | Amerco Real Estate Company<br>Thao Nguyen<br>2727 N. Central Ave., Ste. 500<br>Phoenix, AZ 85004 | American Freight Outlet Stores, LLC | Lease, dated January 1, 2022<br>1200 Blumenfeld Dr, Suite C<br>Sacramento, CA 95815 | 9229 |
| 21 | AMG Properties Inc | AMG Properties Inc<br>Dinora Casanova<br>1430 S Dixie Highway, Ste. 306<br>Coral Gables, FL 33912 | American Freight, LLC | Lease, dated December 21, 2015<br>13080 Metro Parkway<br>Ft. Myers, FL 33966 | 57 |
| 22 | Anderson Plaza, LLC | Anderson Plaza, LLC<br>Mardy Shore<br>1360 E 14th St., Ste. 101<br>Brooklyn, NY 11230 | American Freight, LLC | Lease, dated December 2, 2016<br>2600 Anderson Rd Suite 101<br>Greenville, SC 29611 | 134 |
| 23 | Arch Village Mgmt Realty | Arch Village Mgmt Realty<br>David Galpern<br>PO Box 7331<br>Richmond, VA 23221 | American Freight, LLC | Lease, dated August 31, 2015<br>9131 Midlothian Turnpike<br>Richmond, VA 23236 | 115 |
| 24 | ARES Holdings, LLC | ARES Holdings, LLC<br>Chris Becraft<br>15205 E Fairy Duster Ct.<br>Fountain Hills, AZ 85268 | American Freight Outlet Stores, LLC | Lease, dated April 21, 2015<br>16809 N. 9th Street<br>Phoenix, AZ 85022 | 4666 |

2

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 25 | Arizona Mills Mall, LLC | Arizona Mills Mall, LLC<br>Attn: General Counsel<br>P.O Box 402298<br>Atlanta, GA 30384 | American Freight Outlet Stores, LLC | Specialty Store Lease, dated March 18, 2004<br>5000 Arizona Mills Circle, Suite 625<br>Tempe, AZ 85282 | 4598 |
| 26 | AR-Park Shopping Center, LLC and JSP Park Shopping Center, LLC | AR-Park Shopping Center, LLC and JSP-Park Shopping Center, LLC<br>Bridget Mullen<br>11155 Red Run Blvd., Ste. 320<br>Owings Mills, MD 21117 | American Freight, LLC | Lease, dated November 6, 2023<br>270 Park Center Dr<br>Parkersburg, WV 26101 | 297 |
| 27 | B33 Broadview Village LLC | B33 Broadview Village LLC<br>Arshad Sultan<br>9330 West Sahara Avenue, Ste. 270<br>Las Vegas, NV 89117 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated September 16, 2020<br>1000 Broadview Village Square<br>Broadview, IL 60153 | 5438 |
| 28 | B33 Centennial Promenade III, LLC | B33 Centennial Promenade III, LLC<br>Anjali Chase<br>601 Union Street, Ste. 1115<br>Seattle, WA 98101 | American Freight, LLC | Lease, dated June 9, 2023<br>9667 E County Line Rd<br>Centennial, CO 80112 | 294 |
| 29 | Baldwin Gardens, Inc. | Baldwin Gardens, Inc.<br>John A. Munch, Esq.<br>2540 Village Common Drive<br>Erie, PA 16506 | American Freight, LLC | Lease, dated March 10, 2010<br>2411 West 12th St<br>Erie, PA 16505 | 49 |
| 30 | Bardstown S.C., LLC | Bardstown S.C., LLC<br>Kevin Sullivan<br>200 S Fifth St., STE 200N<br>Louisville, KY 40202 | American Freight FFO, LLC | Lease, dated November 30, 2009<br>223 Kentucky Home Sq<br>Bardstown, KY 40004 | 250 |
| 31 | BC Airport, LLC | BC Airport, LLC<br>Mario Kiezi<br>888 W Big Beaver Rd, Ste. 300<br>Troy, MI 48084 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated December 5, 2013<br>6645 Airport Hwy.<br>Holland, OH 43528 | 4076 |
| 32 | Bell Tower 24, LLC | Bell Tower 24, LLC<br>Kari Barker<br>2701 E Camelback Rd, Ste. 170<br>Phoenix, AZ 85016 | American Freight, LLC | Lease Agreement, dated October 5, 2017<br>4961 W. Bell Rd<br>Glendale, AZ 85308 | 151 |
| 33 | Belt 98, LLC | Belt 98, LLC<br>Robert Denenberg<br>4325 Marquette Dr<br>Mobile, AL 36608 | American Freight Outlet Stores, LLC | Lease, dated November 22, 2016<br>3404 Moffett Rd Unit-B<br>Mobile, AL 36607 | 62 |
| 34 | Berryessa Plaza, LLC | Berryessa Plaza, LLC<br>George Mersho<br>755 Jarvis Drive<br>Morgan Hill, CA 95037 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated February 2, 2013<br>4854 West Lone Mountain Rd<br>Las Vegas, NV 89130 | 4989 |
| 35 | BG Plaza LLC | BG Plaza LLC<br>Inder Singh<br>4325 Bay Rd<br>Saginaw, MI | American Freight, LLC | Lease, dated July 18, 2016<br>4345 Bay Road<br>Saginaw, MI 48603 | 130 |
| 36 | BRE Mariner Venice Shopping Center LLC | BRE Mariner Venice Shopping Center LLC<br>Greg Lenners<br>450 Lexington Ave, Floor 13<br>New York, NY 10017 | American Freight, LLC | Lease, dated March 31, 2021<br>515 Tamiami Trail<br>Venice, FL 34285 | 261 |

3

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 37 | Brixmor Holdings 8 SPE LLC C/O Brixmor Property Group | Brixmor Holdings 8 SPE LLC C/O Brixmor Property Group<br>Attn: General Counsel<br>200 Ridge Pike, STE #100<br>Conshohocken, PA 19428 | American Freight, LLC | Lease Agreement, dated July 22, 2019<br>3267 East Broadway St<br>Pearland, TX 77581 | 183 |
| 38 | Brixmor SPE 5 LLC | Brixmor SPE 5 LLC<br>Binal Shah<br>200 Ridge Pike, Ste. 100<br>Conshohocken, PA 19428 | American Freight Outlet Stores, LLC | Lease, dated August 12, 1994<br>6022 W. Crawfordsville Rd.<br>Speedway, IN 46224 | 8279 |
| 39 | Brixton Rogue, LLC<br>C/O Spinoso Real Estate Group<br>Attn: Lease Administration | Brixton Rogue, LLC<br>C/O Spinoso Real Estate Group<br>Attn: Lease Administration<br>Anna Orlando<br>112 Northern Concourse<br>North Syracuse, NY 13212 | American Freight, LLC | Lease, dated September 1, 2023<br>1600 N Riverside Ave<br>Medford, OR 97501 | 299 |
| 40 | Brookhill V Acquisition | Brookhill V Acquisition<br>Gerald Bedrin<br>65 Harristown Road, Ste. 301<br>Glen Rock, NJ 7452 | American Freight, LLC | Lease, dated July 17, 2023<br>9120 Wadsworth Pkwy<br>Westminster, CO 80021 | 296 |
| 41 | BSW/DMW Properties LLC | BSW/DMW Properties LLC<br>Mr. Dennis Walsh<br>8 Chapel Street<br>Canton, NY 13617 | American Freight, LLC | Lease, dated May 1, 2008<br>2410 Erie Blvd. East<br>Syracuse, NY 13224 | 33 |
| 42 | Builders, Inc.-Commercial Division | Builders, Inc.-Commercial Division<br>Stacie Wilkes<br>1081 S Glendale<br>Wichita, KS 67218 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated May 3, 2013<br>3535 N Rock Rd , Ste #100<br>Wichita, KS 67226 | 9881 |
| 43 | BZA Northtowne Center SPE, LLC c/o Silver Bears Management, LLC | BZA Northtowne Center SPE, LLC c/o Silver Bears Management, LLC<br>Gabrielle Shuster<br>604 Banyan Trail, Unit 811240<br>Boca Raton, FL 33481 | American Freight Outlet Stores, LLC | Lease, dated October 8, 2008<br>5450 Highway 153 Ste 100<br>Hixson, TN 37343 | 5264 |
| 44 | Cafaro Leasing Company, LLC | Cafaro Leasing Company, LLC<br>Attn: General Counsel<br>5577 Youngstown-Warren Rd.<br>Niles, OH 44446 | American Freight, LLC | Lease, dated March 27, 2023<br>5185 Youngstown-Warren Rd<br>Niles, OH 44446 | 290 |
| 45 | Cedar Golden Triangle, LLC | Cedar Golden Triangle, LLC<br>Attn: General Counsel<br>44 South Bayles Avenue, Suite 304<br>Port Washington, NY 11050 | American Freight, LLC | Lease, dated September 30, 2020<br>1276 Lititz Pike<br>Lancaster, PA 17601 | 209 |
| 46 | Cental Mall Port Arthur Realty Holding, LLC | Cental Mall Port Arthur Realty Holding, LLC<br>c/o 4th Dimension Properties, LLC<br>1909 Tyler Street, Ste. 401<br>Hollywood, FL 33020<br>Attn: General Counsel | American Freight, LLC | Lease, dated August 15, 2023<br>3100 Highway 365<br>Port Arthur, TX 77643 | 298 |
| 47 | Centerview Plaza, LLC | Centerview Plaza, LLC<br>Chase Lansford<br>3113 S. University Dr., Ste. 600<br>Fort Worth , TX 76109 | American Freight, LLC | Lease, dated November 17, 2021<br>106 S Us 29 Hwy<br>China Grove, NC 28023 | 272 |

4

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 48 | Certified Capital, LP, Horowitz Holdings, LLC, LW Acquisitions, LLC, and 3610 Partners, GP | Certified Capital, LP, Horowitz Holdings, LLC, LW Acquisitions, LLC, and 3610 Partners, GP<br>David Sostchen<br>11661 San Vincente Blvd., Ste. 301<br>Los Angeles, CA 90049 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated August 16, 2023<br><br>3610 Torrance Boulevard<br>Torrance, CA 90503 | 7659 |
| 49 | CETA Group Limited Partnership | CETA Group Limited Partnership<br>Jim Barger<br>166 West Chestnut Street<br>Washington, PA 15301 | American Freight, LLC | Lease Agreement, dated November 17, 2015<br><br>3116 Us Route 60<br>Huntington, WV 25705 | 120 |
| 50 | Charleigh Davis and TCCB Properties | Charleigh Davis and TCCB Properties<br>Charleigh Davis<br>220 Jack Warner Pkwy, STE 300<br>Tuscaloosa, AL 35401 | American Freight, LLC | Lease, dated July 22, 2020<br><br>2300 Mcfarland Blvd<br>Northport, AL 35476 | 198 |
| 51 | CHILLICOTHE SHOPPING CENTER, LP C/O Landmark Properties | CHILLICOTHE SHOPPING CENTER, LP C/O Landmark Properties<br>Laura Chirillo<br>4848 Route 8 , Unit 2<br>Allison Park, PA 15101 | American Freight, LLC | Lease, dated August 20, 2020<br><br>110 Consumer Center Dr Ste 1<br>Chillicothe, OH 45601 | 199 |
| 52 | Chris McCarty Company, LLC | Chris McCarty Company, LLC<br>Kelly McCarty<br>PO Box 33354<br>Louisville, KY 40232 | American Freight, LLC | Lease, dated September 8, 2020<br><br>511 Little League Blvd<br>Clarksville, IN 47129 | 207 |
| 53 | Cielo Paso Las Tiendas c/o MIMCO | Cielo Paso Las Tiendas c/o MIMCO<br>Kimberly Montero<br>6500 Montana Ave.<br>El Paso, TX 79925 | American Freight Outlet Stores, LLC | Lease, dated August 21, 2023<br><br>700 E Expy 83, Suite 200<br>Mcallen, TX 30969 | 1916 |
| 54 | Circle City Property Group Inc. | Circle City Property Group Inc.<br>Michael Gilley<br>1504 Sadlier Circle South Dr.<br>Indianapolis, IN 46239 | American Freight, LLC | Lease, dated October 13, 2015<br><br>5615 West 38th Street Unit A<br>Indianapolis, IN 46254 | 119 |
| 55 | CJM Limited Liability Limited Partnership | CJM Limited Liability Limited Partnership<br>Mark Ridley<br>10780 W State Street, Ste. 252<br>Star, ID 83669 | American Freight, LLC | Lease, dated December 20, 2023<br><br>21 West Center Street<br>Orem, UT 84058 | 310 |
| 56 | Clear Creek Brothers - CV, LLC | Clear Creek Brothers - CV, LLC<br>Ed Fahey<br>PO Box 32462<br>Charlotte, NC 28232 | American Freight, LLC | Indenture to Lease, dated March 10, 2017<br><br>1526-A Alleghany St<br>Charlotte, NC 28208 | 147 |
| 57 | Clear Lake Center, LP | Clear Lake Center, LP<br>Ken Allen<br>4545 Bissonnet, Ste. 100<br>Bellaire, TX 77401 | American Freight Outlet Stores, LLC | Shopping Center Lease Agreement, dated September 18, 2013<br><br>20750 Gulf Freeway<br>Webster, TX 77598 | 4068 |
| 58 | Clendenin Partners | Clendenin Partners<br>Roy Clendenin<br>PO Box 418,<br>Goodlettsville, TN 37070 | American Freight, LLC | Lease Agreement, dated February 1, 2013<br><br>309 N Main St<br>Goodlettsville, TN 37072 | 85 |

5

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 59 | Cobblestone Square Company LTD. c/o Carnegie Management and Development Corporation | Cobblestone Square Company LTD. c/o Carnegie Management and Development Corporation<br>Rustom R. Khouri, President cc: General Counsel<br>27500 Detroit Road, STE #300<br>Westlake, OH 44145 | American Freight, LLC | Lease Agreement, dated October 5, 2020<br><br>445 Midway Blvd<br>Elyria, OH 44035 | 212 |
| 60 | Cofe Charleston, LLC | Cofe Charleston, LLC<br>2950 SW 27th Ave, Ste. 100<br>Miami, FL 33133 | American Freight, LLC | Lease Agreement, dated September 16, 2013<br><br>4750 Goer Dr. Suite C<br>North Charleston, SC 29406 | 90 |
| 61 | ColFin 2015-2 Industrial C/O Link Industrial Management LLC | ColFin 2015-2 Industrial C/O Link Industrial Management LLC<br>Michelle Annett<br>602 W. Office Center Dr., Ste. 200<br>Fort Washington, PA 19034 | American Freight, LLC | Lease, dated April 29, 2016<br><br>1825 Westpark Dr<br>Grand Prairie, TX 75050 | 125 |
| 62 | Commerical Properties Associates, LLP | Commerical Properties Associates, LLP<br>James D. Crawford, Trustee<br>26565 Miles Rd, Ste. 200<br>Warrensville Heights, OH 44128 | American Freight, LLC | Lease, dated November 2, 2012<br><br>1291 E Pershing Road<br>Decatur, IL 62526 | 82 |
| 63 | Concord Retail Investment Group, LLC | Concord Retail Investment Group, LLC<br>Samantha Pope<br>2400 South Boulevard, Ste. 300<br>Charlotte, NC 38203 | American Freight Outlet Stores, LLC | Lease Agreement, dated October 1, 2012<br><br>545 Concord Pkwy N<br>Concord, NC 28027 | 9974 |
| 64 | Confluence Investments, LLC | Confluence Investments, LLC<br>Kyle Hagen<br>1941 Montreal Ave<br>Saint Paul, MN 55116 | American Freight, LLC | Lease, dated August 1, 2018<br><br>2210 South St Rt 291 Hwy Suite B<br>Independence, MO 64057 | 167 |
| 65 | Core Park Center, LLC | Core Park Center, LLC<br>Jonathan Spitz<br>10 Parkway North, Ste. 120<br>Deerfield, IL 60015 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 6, 2011<br><br>16040 S. Harlem Ave<br>Tinley Park, IL 60477 | 9756 |
| 66 | Costco-Innovel Properties, LLC | Costco-Innovel Properties, LLC<br>Eileen Carrel<br>999 Lake Drive<br>Issaquah, WA 98027 | American Freight Outlet Stores, LLC | Lease Agreement, dated October 1, 2012<br><br>642 Thompson Ln.<br>Nashville, TN 37204 | 8487 |
| 67 | Costco-Innovel Properties, LLC | Costco-Innovel Properties, LLC<br>Eileen Carrel<br>999 Lake Drive<br>Issaquah, WA 98027 | American Freight Outlet Stores, LLC | Lease Agreement, dated October 1, 2012<br><br>350 Glendale Ave. Ste 100<br>Sparks, NV 89431 | 9486 |
| 68 | Creekstone/Juban, LLC | Creekstone/Juban, LLC<br>Attn: General Counsel<br>6765 Corporate Blvd.<br>Baton Rouge, LA 70809 | American Freight, LLC | Lease, dated November 16, 2021<br><br>10076 Crossing Way Ste 530<br>Denham Springs, LA 70726 | 271 |
| 69 | Crossing Point, LLC | Crossing Point, LLC<br>Ben Stroh<br>401 Main St., Ste. 218<br>Cedar Falls, IA 50613 | American Freight, LLC | Lease, dated May 16, 2023<br><br>2060 Sovia Dr<br>Waterloo, IA 50702 | 293 |
| 70 | Crossroads Centre II, LLC | Crossroads Centre II, LLC<br>Timothy Timmons<br>700 Mall Drive<br>Portage, MI 49024 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 8, 2013<br><br>669 Mall Drive<br>Portage, MI 49024 | 4032 |

6

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 71 | Crossroads Plaza, LLC | Crossroads Plaza, LLC<br>Michael Greene<br>14212 Reed Farm Way<br>North Potomac, MD 20878 | American Freight, LLC | Lease, dated March 4, 2021<br>1980 Stone Rose Dr<br>Rocky Mount, NC 27804 | 260 |
| 72 | Crossroads Sunset Holdings, LLC | Crossroads Sunset Holdings, LLC<br>Lease/Legal Concerns (James Phillips)<br>8350 W. Shara Ave, Ste. 210<br>Las Vegas, NV 89117 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated March 13, 2017<br>1437 W Sunset Suite 100<br>Henderson, NV 89014 | 9849 |
| 73 | CTO24 Carolina Pavilion | CTO24 Carolina Pavilion c/o CTO Realty Growth, Inc.<br>LaRessa Jones<br>11140 Williamson Blvd., Ste. 140<br>Daytona Beach, FL 32114 | American Freight Outlet Stores, LLC | Lease Agreement, dated August 18, 2020<br>9575 South Blvd<br>Charlotte, NC 28273 | 7564 |
| 74 | Curry Companies | Curry Companies<br>Attn: General Counsel<br>1825 Veterans Blvd<br>Dublin, GA 31021 | American Freight, LLC | Lease, dated May 29, 2020<br>116 B Hillcrest Parkway<br>Dublin, GA 31021 | 192 |
| 75 | Cuyahoga Investments, LLC | Cuyahoga Investments, LLC<br>Leanne Hopkins<br>2080 Byers Rd.<br>Miamisburg, OH 45342 | American Freight Outlet Stores, LLC | Lease Agreement, dated May 31, 1995<br>2000 E. Dorothy Ln<br>Kettering, OH 45420 | 5233 |
| 76 | CVSC Phase II Associates | CVSC Phase II Associates<br>Bridget Wright<br>Eleven Parkway Center, Ste. 300<br>Pittsburgh, PA 15220 | American Freight Outlet Stores, LLC | Lease, dated June 16, 1994<br>1051 Washington Pike<br>Bridgeville, PA 15017 | 4333 |
| 77 | CWP/Arlington LLC | CWP/Arlington LLC<br>Mr. Dennis Robinson<br>1801 E 9th St., Ste. 1505<br>Cleveland, OH 44114 | American Freight, LLC | Lease, dated March 24, 2017<br>2655 S. Arlington Rd.<br>Akron, OH 44319 | 16 |
| 78 | Daniel G. Kamin Wadsworth Enterprises | Daniel G. Kamin Wadsworth Enterprises<br>Daniel G. Kamin<br>PO Box 10234<br>Pittsburgh, PA 15232 | American Freight, LLC | Lease, dated November 16, 2022<br>180 Great Oaks Trail<br>Wadsworth, OH 44281 | 289 |
| 79 | Danville Riverside Partners, LLC | Danville Riverside Partners, LLC<br>Mila W. Gant<br>1500 Huguenot Road, STE #108<br>Midlothian, VA 23113 | American Freight, LLC | Lease, dated September 25, 2020<br>3316 Riverside Dr<br>Danville, VA 24541 | 211 |
| 80 | Davco Heights, LLC | Davco Heights, LLC<br>Sholom Davidowits<br>4403 15th Ave, Ste. 310<br>Brooklyn, NY 11219 | American Freight Outlet Stores, LLC | Lease, dated December 16, 1993<br>1750 Richmond Rd<br>Mchenry, IL 60050 | 5207 |
| 81 | Daytona Commons, LLC | Daytona Commons, LLC<br>Harry Spitzer<br>1901 W. Cypress Creek Rd. , Ste. 102<br>Fort Lauderdale, FL 33309 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 19, 2013<br>1415 S Nova Rd<br>Daytona Beach, FL 32114 | 4015 |
| 82 | Dennis R Phillips revocable Trust | Dennis R Phillips revocable Trust<br>Dennis R Phillips<br>931 E. Fort King St.<br>Ocala , FL 34471 | American Freight, LLC | Indenture to Lease, dated November 12, 2016<br>7201 Smith Corners Blvd<br>Charlotte, NC 28269 | 141 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 83 | Derby Improvements, LLC | Derby Improvements, LLC<br>David Zimmerman<br>565 Taxter Road<br>Elmsford, NY 10523 | American Freight Outlet Stores, LLC | Lease Agreement, dated May 11, 2022<br>656 New Haven Ave<br>Derby, CT 06418 | 7633 |
| 84 | Donna Rainwater Reece, Larry J. Rainwater, R. Bryan Whitmire and Karle J. Whitmire | Donna Rainwater Reece, Larry J. Rainwater, R. Bryan Whitmire and Karle J. Whitmire<br>Bryan Whitmire<br>6806 Rogers Ave.<br>Fort Smith, AR 72903 | American Freight, LLC | Lease, dated May 11, 2021<br>6721 Us Hwy 54<br>Osage Beach, MO 65065 | 253 |
| 85 | Dyn Sycamore Investments, LLC C/O First Midwest Group | Dyn Sycamore Investments, LLC C/O First Midwest Group<br>Attn: General Counsel<br>6801 Spring Creek Rd<br>Rockford, IL 61114 | American Freight, LLC | Lease, dated October 1, 2015<br>1502 E Riverside Blvd<br>Loves Park, IL 61111 | 116 |
| 86 | E&L Investments, LLC | E&L Investments, LLC<br>Elio Espino<br>2200 Pebble Beach Trl<br>Oxnard, CA 93036 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 17, 2014<br>4150 W Shaw Avenue<br>Fresno, CA 93722 | 9059 |
| 87 | E.W Thompson, Inc. | E.W Thompson, Inc.<br>Dianne Simon<br>906 Thompson Blvd.<br>Sedalia, MO 65301 | American Freight FFO, LLC | Lease Agreement, dated November 8, 2000<br>3200 West Broadway Blvd<br>Sedalia, MO 65301 | 223 |
| 88 | Eagle Water, LLC | Eagle Water, LLC<br>Keith Howard<br>336 Montgomery Street<br>Shreveport, LA 71107 | American Freight, LLC | Lease Agreement, dated January 13, 2015<br>336 Montgomery St.<br>Shreveport, LA 34000 | 106 |
| 89 | Economy Square, Inc | Economy Square, Inc<br>George Miskovsky<br>210 Park Ave., Ste. 2175<br>Oklahoma City, OK 73102 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated June 25, 2019<br>2805 Sw 29th Street<br>Oklahoma City, OK 73119 | 4307 |
| 90 | Esue LLC | Esue LLC<br>Attn: Lee Cherney and General Counsel<br>185 NW Spanish River Blvd., Ste. 100<br>Boca Raton, FL 33431 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated December 4, 2009<br>51 Spiral Dr<br>Florence, KY 41042 | 7611 |
| 91 | ETERNIA LLC c/o Sachin Jain Avondale Property Management LLC | ETERNIA LLC c/o Sachin Jain<br>Avondale Property Management LLC<br>Sachin Jain<br>610 Arden Oaks Dr.<br>Sugarland, TX 77479 | American Freight Outlet Stores, LLC | Lease Agreement, dated February 20, 2019<br>6495 Quivira Rd.<br>Shawnee, KS 66203 | 9112 |
| 92 | Ethan Conrad Properties, Inc | Ethan Conrad Properties, Inc<br>Alexis Roberts<br>1300 National Drive, Ste. 100<br>Sacramento, CA 95834 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated December 1, 2015<br>10379 Folsom Blvd.<br>Rancho Cordova, CA 95670 | 4618 |
| 93 | Excel Realty Partners, LP | Excel Realty Partners, LP<br>Tracey Kusner<br>200 Ridge Pike, Ste. 100<br>Conshohocken, PA 19428 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated January 28, 2014<br>1800 Prescott Rd. Suite J<br>Modesto, CA 95350 | 4684 |
| 94 | ExchangeRight Value-Add Portfolio 2 Master Lessee, LLC | ExchangeRight Value-Add Portfolio 2 Master Lessee, LLC<br>Quinton Briggs<br>1055 E. Colorado Blvd., Ste. 310<br>Pasadena, CA 91106 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated November 14, 2011<br>8284 Troy Pike<br>Huber Heights, OH 45424 | 9603 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 95 | Fairview Heights Realty, LLC | Fairview Heights Realty, LLC<br>Elvin<br>150 Great Neck Rd., Ste. 304<br>Great Neck, NY 11021 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated September 10, 2013<br>55 Ludwig Drive<br>Fairview Heights, IL 62208 | 7322 |
| 96 | Fall River Shopping Center North, LLC | Fall River Shopping Center North, LLC<br>Lynne Boylan<br>PO Box 590249<br>Newton Centre, MA 2459 | American Freight Outlet Stores, LLC | Retail Outlet Store Lease Agreement, dated December 29, 1993<br>133 Mariano S. Bishop Blvd.<br>Fall River, MA 38190 | 4823 |
| 97 | Faye Howard Gross | Faye Howard Gross<br>Peggy Comstock<br>709 Beechmont Rd<br>Lexington, KY 40502 | American Freight, LLC | Lease, dated October 1, 2013<br>272 W. New Circle Rd.<br>Lexington, KY 40505 | 12 |
| 98 | Fiddler's Run, LLC | Fiddler's Run, LLC<br>Abe Karmel<br>10101 Fondren Rd., STE #545<br>Houston, TX 77096 | American Freight, LLC | Lease, dated December 7, 2020<br>118 Fiddler's Run Blvd<br>Morganton, NC 28655 | 218 |
| 99 | FLC + W, LLC | FLC + W, LLC<br>Dylan Qualls<br>109 N 6th St.<br>Fort Smith, AR 72901 | American Freight FFO, LLC | Lease, dated April 15, 2016<br>8300 Hwy 71 South<br>Fort Smith, AR 72903 | 235 |
| 100 | FMK, LLC DBA CORONA MARKETPLACE | FMK, LLC DBA CORONA MARKETPLACE<br>Sammir Abassi<br>3737 Ross St.<br>Vernon, CA 90058 | American Freight Outlet Stores, LLC | Shopping Center Lease, dated August 7, 2017<br>1208 Magnolia Ave<br>Corona, CA 92881 | 9150 |

9