# Schedule 1

## Rejected Leases[1]

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 201 | One Land Company, LLC | One Land Company, LLC<br>Karen Johnston<br>215 Union St, STE #400<br>Jonesboro, AR 72401 | American Freight FFO, LLC | Lease Agreement, dated June 6, 2017<br><br>133 E Parsons Avenue<br>Warrensburg, MO 64093 | 239 |
| 202 | One Oak Investments | One Oak Investments<br>Amandeep Mangat<br>1685 H Street, Unit #205<br>Blaine, WA 98230 | American Freight, LLC | Lease Agreement, dated September 9, 2020<br><br>2108 Us Highway 70 Se<br>Hickory, NC 28602 | 206 |
| 203 | 801 South Ft. Hood, LLC | 801 South Ft. Hood, LLC<br>c/o Only Epic Holding<br>4350 Brownsboro Rd., Ste. 110<br>Louisville , KY 40207 | American Freight, LLC | Lease, dated June 23, 2021<br><br>3315 Sherwood Way Suite 149<br>San Angelo, TX 76904 | 267 |
| 204 | OPEX CRE Management, LLC | OPEX CRE Management, LLC<br>Attn: General Counsel<br>12110 Ellington Court<br>Cincinatti, OH 45249 | American Freight Outlet Stores, LLC | Lease, dated September 26, 2002<br><br>1357 Franklin Mills Circle<br>Philadelphia, PA 30237 | 4621 |
| 205 | Oxford Street Huntsville | Oxford Street Huntsville<br>Mike Arafat<br>106 Catbird Ct.<br>Madison, AL 35756 | American Freight, LLC | Lease Agreement, dated October 14, 2013<br><br>2518 North Memorial Parkway<br>Huntsville, AL 35810 | 91 |
| 206 | P&H Investments, LLC | P&H Investments, LLC<br>Tara Newman<br>PO Box 16787<br>Jonesboro, AR 72403 | American Freight FFO, LLC | Lease, dated April 15, 2016<br><br>4939 N. Union Ave.<br>Shawnee, OK 74804 | 234 |
| 207 | P&S Axelrod, LLC | P&S Axelrod, LLC<br>Philip Axelrod<br>4850 Brookpark Rd<br>Parma, OH 44129 | American Freight FFO, LLC | Lease and Option to Purchase, dated February 1, 2016<br><br>6767 Brookpark Rd<br>Parma, OH 44129 | 50 |
| 208 | Pacifica Muskegon, LLC | Pacifica Muskegon, LLC<br>Justin Thadsamany<br>1775 Hancock , Ste. 200N<br>San Diego, CA 92110 | American Freight, LLC | Lease, dated November 11, 2021<br><br>1750 E Sherman Blvd<br>Muskegon, MI 49444 | 273 |
| 209 | Paragon Realty Group | Paragon Realty Group<br>Lenny Linsker<br>276 Post Road West, STE #201<br>Westport, CT 6880 | American Freight, LLC | Lease Agreement, dated June 30, 2017<br><br>34700 Vine Street Suite 200<br>Eastlake, OH 44095 | 155 |
| 210 | Parker-Anderson, LLC | Parker-Anderson, LLC<br>Kevin Parker<br>1115 Illinois Ave, Ste. 1<br>Joplin, MO 64801 | American Freight FFO, LLC | Lease Agreement, dated February 2, 2016<br><br>1400 E. 32nd Street<br>Joplin, MO 64804 | 221 |
| 211 | PCRIF Spring Park Holdings, LLC | PCRIF Spring Park Holdings, LLC<br>Toni Ryan<br>1215 Gessner Dr.<br>Houston, TX 77055 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated December 7, 2010<br><br>19750 North Freeway Hi-45n<br>Spring, TX 77373 | 7818 |
| 212 | Pensacola Corners, LLC | Pensacola Corners, LLC<br>Jamie Robinson<br>1901 W Cypress Creek Rd., Ste. 102<br>Fort Lauderdale, FL 33309 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated August 30, 2013<br><br>6235 N Davis Hwy, Ste 101<br>Pensacola, FL 32504 | 4058 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 213 | Peoria Rental Properties, LLC | Peoria Rental Properties, LLC<br>Ronald C. Ward<br>7170 Oakwood Pines Dr.<br>Flagstaff , AZ 86004 | American Freight, LLC | Lease, dated August 13, 2021<br><br>5212 N Big Hollow Rd<br>Peoria, IL 61615 | 269 |
| 214 | Pilchers Summit Limited Partnership, a Texas Limited Partnership | Pilchers Summit Limited Partnership, a Texas Limited Partnership<br>KR Vineyard<br>7001 Preston Road, Ste. 200<br>Dallas, TX 75202 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated August 27, 2013<br><br>7302 Sw 34th Ave<br>Amarillo, TX 79121 | 4025 |
| 215 | Pinellas Park Square, LLC | Pinellas Park Square, LLC<br>Marquise Frasier<br>2400 Maitland Center Parkway, Ste. 107<br>Maitland, FL 32751 | American Freight Outlet Stores, LLC | Lease, dated February 1, 1995<br><br>5251 110th Ave. N., #120<br>Clearwater, FL 33760 | 4185 |
| 216 | Piqua Investment Partners, LLC | Piqua Investment Partners, LLC<br>Attn: General Counsel<br>987 East Ash St<br>Piqua, OH 45356 | American Freight, LLC | Lease, dated June 7, 2021<br><br>987 E Ash St<br>Piqua, OH 45356 | 262 |
| 217 | PK II El Camino North L.P.<br>Kimcor Realty | PK II El Camino North L.P.<br>Kimcor Realty<br>Alex Rajkumar<br>500 N. Broadway, Ste. 201<br>Jericho, NY 11753 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated January 19, 2011<br><br>2505 B Vista Way #1<br>Oceanside, CA 92054 | 7359 |
| 218 | Plaza North Investors, LLC | Plaza North Investors, LLC<br>Sarah Mendel<br>3265 Meridian Pkwy, Ste. 130<br>Weston, FL 33331 | American Freight, LLC | Lease, dated April 30, 2019<br><br>1800 Fort Harrison Rd Suite 4<br>Terre Haute, IN 47804 | 5 |
| 219 | Polk County Partners LLC | Polk County Partners LLC<br>Ricardo Grinberg<br>126 S Federal Hwy, Ste. 200<br>Dania, FL 33004 | American Freight, Inc. | Lease Agreement, dated December 22, 2015<br><br>2240 Commerce Point Dr<br>Lakeland, FL 33801 | 58 |
| 220 | Port St. Lucie Plaza I, II, III | Port St. Lucie Plaza I, II, III<br>Todd Nepola<br>4000 Hollywood Blvd., STE #685-S<br>Hollywood, FL 33021 | American Freight, LLC | Lease Agreement, dated March 1, 2016<br><br>7121 Us-1, Suite 7151<br>Port St Lucie, FL 34952 | 149 |
| 221 | Prattville Partners Limited Partnership | Prattville Partners Limited Partnership<br>Irene Bartley<br>P.O Box 235000 , 3500 Eastern Boulevard<br>Montgomery, AL 36123-5000 | American Freight, LLC | Lease, dated May 10, 2022<br><br>1890 E Main St<br>Prattville, AL 36067 | 280 |
| 222 | Prologis, LP | Prologis, LP<br>Michelle Luis<br>8355 NW 12th Street<br>Doral, FL 33126 | American Freight Outlet Stores, LLC | Lease Agreement, dated December 16, 2015<br><br>8090 Nw 77th Court<br>Medley, FL 33166 | 8495 |
| 223 | Pullman Square Associates | Pullman Square Associates<br>Zachary Gumberg<br>535 Smithfield Street, Ste. 901<br>Pittsburgh, PA 15223 | American Freight, LLC | Lease, dated July 22, 2022<br><br>100 Pullman Sq<br>Butler, PA 16001 | 285 |
| 224 | Quantum Equity One, LLC | Quantum Equity One, LLC<br>Larry Groll<br>17749 Collins Ave., Ste. 2501<br>Sunny Isles, FL 33160 | American Freight, LLC | Lease, dated November 1, 2014<br><br>5240 Nw 167th St.<br>Miami Gardens, FL 33014 | 21 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 225 | Rainbow Investment Co. | Rainbow Investment Co.<br>Jennifer Zamora<br>10620 Treena Street, Ste. 110<br>San Diego, CA 92131 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated April 5, 2019<br><br>8805 Murray Drive<br>La Mesa, CA 91942 | 4820 |
| 226 | Ravi Randall Investment Group, LLC | Ravi Randall Investment Group, LLC<br>Manuel Ramon<br>6220 Campbell Rd.<br>Dallas, TX 75248 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated April 22, 2009<br><br>401 Southwest Plz Ste 105<br>Arlington, TX 25200 | 7631 |
| 227 | RE Pecan, LLC | RE Pecan, LLC<br>Veronica Torres<br>200 Concord Plaza Dr., Ste. 240<br>San Antonio, TX 78216 | American Freight Outlet Stores, LLC | Lease, dated October 3, 1995<br><br>820 East Rector Drive, Suite 120<br>San Antonio, TX 78216 | 9897 |
| 228 | Realty Income Corporation | Realty Income Corporation<br>Holly Yee<br>11995 El Camino Real<br>San Diego, CA 92130 | American Freight, LLC | Lease Agreement, dated February 1, 2014<br><br>1544 Sr 436<br>Winter Park, FL 32792 | 39 |
| 229 | Richard M Briggs Irrevocable Trust | Richard M Briggs Irrevocable Trust<br>Kristin Hawkins<br>2235 Breakwater Drive<br>Knoxville, TN 37922 | American Freight Outlet Stores, LLC | Lease, dated October 12, 2020<br><br>9305 Kingston Pike Ste 110<br>Knoxville, TN 37922 | 4695 |
| 230 | Ridgewater Commerce LLC C/O Curo MGMT | Ridgewater Commerce LLC C/O Curo MGMT<br>Josh Niederhelman<br>121 E 4th St.<br>Covington, KY 41011 | American Freight, LLC | Lease, dated May 22, 2020<br><br>5375 Ridge Ave<br>Cincinnati, OH 45213 | 189 |
| 231 | Rini Realty Company | Rini Realty Company<br>Dan Rini<br>924 Westpoint Parkway, Ste. 150<br>Westlake, OH 44145 | American Freight Outlet Stores, LLC | Appliance Store Lease, dated October 3, 2016<br><br>7490 Broadview Rd.<br>Parma, OH 44134 | 4794 |
| 232 | River Oaks Properties | River Oaks Properties<br>Jasmine Alacron<br>106 Mesa Park Drive<br>El Paso, TX 79912 | American Freight, LLC | Lease, dated January 30, 2017<br><br>11330 James Watt Dr<br>El Paso, TX 79936 | 142 |
| 233 | Riverdale Center North, LLC | Riverdale Center North, LLC<br>Alexander Usdan<br>5670 Wilshire Blvd., Ste. 1250<br>Los Angeles, CA 90036 | American Freight, LLC | Lease, dated August 17, 2023<br><br>4113 Riverdale Rd<br>Ogden, UT 84405 | 301 |
| 234 | Riverplace Shopping Center, LLC | Riverplace Shopping Center, LLC<br>Tish Hawkins<br>3333 New Hyde Park Rd., Ste. 100<br>New Hyde Park, NY 11042 | American Freight Outlet Stores, LLC | Lease, dated October 20, 1994<br><br>11111 San Jose Blvd. Suite 1<br>Jacksonville, FL 32223 | 8412 |
| 235 | Rogers Commercial Properties, LLC | Rogers Commercial Properties, LLC<br>Chad Rogers<br>60 NW Sheridan Rd., STE #1<br>Lawton, OK 73505 | American Freight, LLC | Lease, dated September 4, 2020<br><br>30 Nw Sheridan Rd<br>Lawton, OK 73505 | 205 |
| 236 | Rose and Rose LLC | Rose and Rose LLC<br>Janet Swart<br>203 Country Club Road<br>Jacksonville, FL 28546 | American Freight, LLC | Lease, dated May 15, 2019<br><br>5128 Oleander Dr<br>Wilmington, NC 28403 | 180 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 237 | RPI Ridgmar Town Square, LTD | RPI Ridgmar Town Square, LTD<br>Kay Mead<br>2929 Carlisle, Ste. 170<br>Dallas, TX 75204 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated November 22, 2011<br><br>1265 Town Square Drive<br>Ft Worth, TX 30577 | 7920 |
| 238 | RRG, LLC | RRG, LLC<br>Sheryl Christianson<br>PO Box 2228<br>201 Main Street, Ste. 800<br>La Crosse, WI 54602 | American Freight, LLC | Lease, dated October 14, 2015<br><br>2490 Main St.<br>Green Bay, WI 54311 | 118 |
| 239 | Sabatine BK Development LLC | Sabatine BK Development LLC<br>James Sabatine Jr.<br>1305 Boardman-Canfield Rd, Ste. 8<br>Boardman, OH 44512 | American Freight, LLC | Lease Agreement, dated May 15, 2012<br><br>6224 South Ave<br>Boardman, OH 44512 | 76 |
| 240 | SAIA Family Limited Partnership | SAIA Family Limited Partnership<br>Gabriel Saia<br>2120 E. Sixth, #16<br>Tempe, AZ 85288 | American Freight, LLC | Lease, dated November 7, 2017<br><br>3144 E Thomas Rd<br>Phoenix, AZ 25000 | 157 |
| 241 | Sarabara Corp. | Sarabara Corp.<br>Nicole Farantatos<br>28870 U.S. Highway 19 North, Ste. 300<br>Clearwater , FL 33761 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 12, 2019<br><br>8333 Lockwood Ridge Rd<br>Sarasota, FL 34243 | 4192 |
| 242 | Sissel Juliano | Sissel Juliano<br>2060 Briggs Road<br>Mt. Laurel, NJ 8054 | American Freight Outlet Stores, LLC | Lease, dated August 25, 1992<br><br>332 S. Burnt Mill Rd.<br>Voorhees, NJ 08043 | 4601 |
| 243 | SJN Holdings, LLC | SJN Holdings, LLC<br>Bill Hamad<br>6303 Allentown Blvd<br>Harrisburg, PA 17112 | American Freight, LLC | Lease Agreement, dated October 31, 2011<br><br>6305 Allentown Blvd<br>Harrisburg, PA 17112 | 70 |
| 244 | Somera Road - Athens Georgia II, LLC | Somera Road - Athens Georgia II, LLC<br>Joe LeMense Jr.<br>130 W 42nd St, STE. #1001<br>New York, NY 10036 | American Freight, LLC | Lease, dated June 5, 2019<br><br>3190 Atlanta Hwy Suite 12<br>Athens, GA 30606 | 182 |
| 245 | South Tulsa Storage LLC | South Tulsa Storage LLC<br>David Sweezy<br>7170 Braden Ave., STE #200<br>Tulsa, OK 74136 | American Freight FFO, LLC | Lease Agreement, dated December 8, 2017<br><br>3521 James Sanders Blvd<br>Paducah, KY 42001 | 241 |
| 246 | Southern Hills Center, LTD | Southern Hills Center, LTD<br>Rick Hoover<br>1307 Southern Hills<br>West Plains, MO 65775 | American Freight FFO, LLC | Lease, dated March 31, 2009<br><br>1364 Southern Hills Ctr<br>West Plains, MO 15450 | 224 |
| 247 | Southgate Properties, LLC | Southgate Properties, LLC<br>Dan Levine<br>1350 Main Street, Ste. 312<br>Springfield, MA 1103 | American Freight, LLC | Lease, dated June 2, 2022<br><br>890 Suffield St<br>Agawam, MA 01001 | 281 |
| 248 | Southtown Plaza Realty LLC<br>c/o Namdar Realty Group LLC | Southtown Plaza Realty LLC<br>c/o Namdar Realty Group LLC<br>Giancarlos Caceres<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | American Freight, LLC | Lease, dated May 28, 2020<br><br>333 West Henrietta Rd<br>Rochester, NY 14623 | 190 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 249 | SS Tulsa Center | SS Tulsa Center<br>Kurt Padavano<br>151 Bodman Place, Ste. 201<br>Red Bank, NJ 7701 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 16, 2019<br><br>6120 E 71st Street<br>Tulsa, OK 74136 | 4221 |
| 250 | State Road 4201, LLC | State Road 4201, LLC<br>Steve Belford<br>6649 N. High St., Ste. LL2<br>Worthington, OH 43085 | American Freight, LLC | Lease, dated November 25, 2014<br><br>4201 N Old State Rd. 3<br>Muncie, IN 47303 | 105 |
| 251 | Sterling Equities II, LLC | Sterling Equities II, LLC<br>Eric Wilson<br>5500 Trillium Boulevard, Ste. 501<br>Hoffman Estates, IL 60192 | American Freight Outlet Stores, LLC | Lease, dated August 9, 2018<br><br>8245b North Florida Ave<br>Tampa, FL 33604 | 6052 |
| 252 | Stewart & Hamilton Properties | Stewart & Hamilton Properties<br>Steve Belford<br>6649 N. High St., Ste. LL2<br>Worthington , OH 43085 | American Freight, LLC | Lease, dated November 1, 2014<br><br>3650 Fort Shawnee Drive<br>Lima, OH 45806 | 1 |
| 253 | Stewart and Hamilton Properties, LLC | Stewart and Hamilton Properties, LLC<br>Steve Belford<br>6649 N. High St., Ste. LL2<br>Worthington , OH 43085 | American Freight, LLC | Lease, dated November 1, 2014<br><br>1217 E. Mckinley Ave.<br>Mishawaka, IN 46545 | 4 |
| 254 | Stone Mountain Shopping Center, LLC c/o Colliers International Management - Atlanta | Stone Mountain Shopping Center, LLC c/o Colliers International Management - Atlanta<br>Jacob Sedgh<br>9454 Wilshire Boulevard, STE. 205<br>Beverl Hills, CA 90212 | American Freight, LLC | Lease, dated May 25, 2016<br><br>5370 Stone Mountain Hwy Sw Unit 400<br>Stone Mountain, GA 30087 | 129 |
| 255 | StoneBridge Construction | StoneBridge Construction<br>John Perry (LL)<br>2211 Hill Park Cove<br>Jonesboro, AR 72401 | American Freight FFO, LLC | Lease Agreement, dated June 6, 2017<br><br>7420 Nw Sun Valley Blvd.<br>Lawton, OK 73505 | 240 |
| 256 | Stowsan Limited Partnership | Stowsan Limited Partnership c/o Kin Properties, Inc.<br>Attn: Lee Cherney and General Counsel<br>185 N.W. Spanish River Boulevard, Ste. 100<br>Boca Raton, FL 33431 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated May 19, 2020<br><br>2003 Cheryl Dr<br>Pittsburgh, PA 15237 | 7454 |
| 257 | Sylvan Park Apartments, LLC<br>Attn. Kenneth A. Lucas | Sylvan Park Apartments, LLC<br>Attn. Kenneth A. Lucas<br>Justin Wilson<br>7424 Chapel Hill Rd<br>Raleigh , NC 27607 | American Freight, LLC | Lease, dated February 2, 2021<br><br>1049b Glendforest Rd<br>Myrtle Beach, SC 29579 | 117 |
| 258 | T.B.R. Property Group, LLC | T.B.R. Property Group, LLC<br>Joe Springer<br>9401 Bay Pines Blvd<br>St. Petersburg, FL 33708 | American Freight, LLC | Lease, dated April 1, 2015<br><br>4400 34th Street North, Unit H-I<br>St. Petersburg, FL 33714 | 36 |
| 259 | T-18 Investments, LLC | T-18 Investments, LLC<br>Denise Swanson<br>484 Little Vine Church Rd<br>Villa Rica, GA 30180 | American Freight, LLC | Lease, dated May 1, 2015<br><br>5834 Fairburn Rd<br>Douglasville, GA 30134 | 74 |
| 260 | Tanglewood Venture, LLC | Tanglewood Venture, LLC<br>Karen James<br>4420A Electric Rd.<br>Roanoke, VA 24018 | American Freight, LLC | Lease Agreement, dated December 30, 2015<br><br>4498 Electric Rd<br>Roanoke, VA 24018 | 123 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 261 | TB Garrett Creek LLC | TB Garrett Creek LLC<br>Grant Stewart<br>PO Box 520973<br>Tulsa, OK 74152 | American Freight FFO, LLC | Lease, dated April 24, 2014<br><br>580 Amity Rd<br>Conway, AR 72032 | 231 |
| 262 | TBF Group Battle Creek, LLC | TBF Group Battle Creek, LLC<br>Jeanne Michalski<br>175 Great Neck Road, Ste. 201<br>Great Neck, NY 11021 | American Freight, LLC | Lease, dated February 16, 2022<br><br>30 Columbia Ave E Ste H<br>Battle Creek, MI 49105 | 277 |
| 263 | TC 3125 Lake Eastbrook LLC | TC 3125 Lake Eastbrook LLC<br>Max Benedict<br>PO Box 6685<br>Grand Rapids, MI 49516 | American Freight FFO, LLC | Lease, dated November 1, 2014<br><br>3125 Lake Eastbrook Blvd. S.E.<br>Grand Rapids, MI 49512 | 26 |
| 264 | TC 630 N Telegraph | TC 630 N Telegraph<br>Max Benedict<br>PO Box 6685<br>Grand Rapids, MI 49516 | American Freight, LLC | Lease, dated January 1, 2014<br><br>630 N Telegraph Rd<br>Monroe, MI 48162 | 103 |
| 265 | TCP Realty Services,LLC | TCP Realty Services,LLC<br>Rubin Kremling<br>5910 N. Central Expy., Ste. 1802<br>Dallas, TX 75206 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated April 14, 2014<br><br>2001 Nw Evangeline Trwy<br>Lafayette, LA 70501 | 4657 |
| 266 | Tejas Center, Ltd. | Tejas Center, Ltd.<br>Ardian Martinez<br>1700 George Bush Dr. East, STE 240<br>College Station, TX 77840 | American Freight, LLC | Lease, dated May 11, 2018<br><br>3125 S. Texas Ave #1500<br>Bryan, TX 77802 | 163 |
| 267 | Texas Main Street, LLC | Texas Main Street, LLC<br>William Belford<br>501 Morrison Rd, Ste. 100<br>Gahanna, OH 43230 | American Freight, LLC | Lease, dated November 1, 2014<br><br>5055 E. Main St.<br>Columbus, OH 43213 | 10 |
| 268 | The Collins Investment Trust | The Collins Investment Trust<br>Maleah Townsend<br>729 Grapevine Hwy, Ste. 227<br>Hurst, TX 76054 | American Freight, LLC | Lease, dated July 9, 2021<br><br>340 N Commerce St<br>Ardmore, OK 73401 | 268 |
| 269 | The Irex 4, LLC | The Irex 4, LLC<br>Jonathan Keller<br>771 Corporate Dr, STE 500<br>Lexington, KY 40503 | American Freight, LLC | Lease, dated January 8, 2021<br><br>104 Brighton Park Blvd.<br>Frankfort, KY 40601 | 252 |
| 270 | The Shoppes at Eastlake, LLC C/O Blass Properties, INC. | The Shoppes at Eastlake, LLC C/O Blass Properties, INC.<br>Brett Feldman<br>1333 Sunland Drive NE<br>Brookhaven, GA 30319 | American Freight, LLC | Lease, dated December 10, 2018<br><br>1960 B Candler Rd<br>Decatur, GA 30032 | 175 |
| 271 | TKC CCXXXIX, LLC | TKC CCXXXIX, LLC<br>Attn: Greg Keither or Ke Bueley<br>4500 Cameron Valley Pkwy, STE #400<br>Charlotte, NC 28211 | American Freight, LLC | Lease, dated December 16, 2020<br><br>1357 W Main Street<br>Salem, VA 24152 | 219 |
| 272 | TKG Colerain Towne Center, LLC | TKG Colerain Towne Center, LLC<br>Lou Malamas<br>211 N. Stadium Blvd., Ste. 201<br>Columbia, Missouri 65203 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated June 30, 2009<br><br>10200 Colerain Ave. Ste 11<br>Cincinatti, OH 52510 | 7601 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 273 | TKG Cranston Development | TKG Cranston Development<br>Laurie Timmons<br>211 N. Stadium Blvd., Ste. 201<br>Columbia, MO 65203 | American Freight, LLC | Lease, dated August 15, 2017<br><br>1808 Plainfield Pike<br>Cranston, RI 02921 | 139 |
| 274 | TKG Fairhaven Commons, LLC | TKG Fairhaven Commons, LLC<br>Laurie Timmons<br>211 N. Stadium Blvd., STE #201<br>Columbia, MO 65203 | American Freight, LLC | Lease, dated February 9, 2021<br><br>2 Fairhaven Commons Way<br>Fairhaven, MA 02719 | 204 |
| 275 | Tops Holding, LLC | Tops Holding, LLC<br>Joseph Quinn<br>1385 Hancock Street<br>Quincy, MA 2169 | American Freight Outlet Stores, LLC | Lease Agreement, dated June 17, 2008<br><br>26662 Brookpark Rd Extension<br>North Olmsted, OH 44070 | 7450 |
| 276 | Tride Holdings, LLC | Tride Holdings, LLC<br>Richard Waserstein<br>1124 Kane Concourse<br>Bay Harbor Islands, FL 33154 | American Freight, LLC | Lease, dated November 1, 2014<br><br>6688 N. Military Trail<br>Riviera Beach, FL 33407 | 48 |
| 277 | Tumon Bay Resort and Spa, LLC | Tumon Bay Resort and Spa, LLC<br>Dawn Phillips<br>17542 E. 17th St., Ste. 420<br>Tustin, CA 92780 | American Freight Outlet Stores, LLC | Specialty Store Lease, dated November 14, 1991<br><br>2401 S Vineyard Ave.<br>Ontario, CA 91761 | 4958 |
| 278 | Turfway Baceline, LLC | Turfway Baceline, LLC<br>Ryan Vickers<br>511 Broadway<br>Denver, CO 80203 | American Freight FFO, LLC | Lease Agreement, dated January 28, 2014<br><br>7102 Turfway Rd.<br>Florence, KY 41042 | 20 |
| 279 | Two by Two Properties, LLC | Two by Two Properties, LLC<br>Daniel Foster<br>9160 Hwy64, Ste. 12 #269<br>Lakeland, TN 38002 | American Freight, LLC | Lease, dated November 1, 2014<br><br>7859 Highway 64<br>Memphis, TN 38133 | 80 |
| 280 | University Realty Associates, LLC | University Realty Associates, LLC<br>Craig Jaffey<br>1308 Society Dr<br>Claymont, DE 19703 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 19, 2013<br><br>49 University Plaza<br>Newark, DE 19713 | 4952 |
| 281 | Victory Real Estate Investments LLC | Victory Real Estate Investments LLC<br>Stephen Waynick<br>240 Brookstone Centre Parkway<br>Columbus, GA 31904 | American Freight, LLC | Lease, dated March 25, 2016<br><br>1627 South Lumpkin Rd. Suite 5<br>Columbus, GA 31903 | 124 |
| 282 | Victory Real Estate Investments, LLC | Victory Real Estate Investments, LLC<br>Ellis Darby<br>240 Brookstone Centre Parkway<br>Columbus, GA 31904 | American Freight, LLC | Lease, dated November 30, 2018<br><br>2131 Ross Clark Circle<br>Dothan, AL 45736 | 174 |
| 283 | Vishal Kalmia Plaza, LLC | Vishal Kalmia Plaza, LLC<br>Shiv Aggarwal<br>5675 Jimmy Carter Blvd.<br>Norcross, GA 30071 | American Freight, LLC | Lease, dated August 24, 2020<br><br>1680 Richland Ave West Ste<br>Aiken, SC 29801 | 216 |
| 284 | W.H. Warehouse LLC | W.H. Warehouse LLC<br>Frank Perry<br>2800 W. 118th St.<br>Leawood, KS 66211 | American Freight, LLC | Lease, dated January 17, 2018<br><br>3333 S. Kansas Ave<br>Topeka, KS 66611 | 159 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 285 | WAL-Austin, LLC | WAL-Austin, LLC<br>Paige Ingram<br>312 16th St.<br>Santa Monica, CA 90402 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated April 30, 2011<br><br>13435 N Hwy 183<br>Austin, TX 78746 | 9284 |
| 286 | Watson Village Retail, LLC c/o Reliance Realty Advisors | Watson Village Retail, LLC c/o Reliance Realty Advisors<br>Juan Celis<br>PO Box 699<br>Fountain Inn, SC 29644 | American Freight, LLC | Lease, dated June 3, 2020<br><br>122 E Shockley Ferry Rd<br>Anderson, SC 29624 | 196 |
| 287 | Waverly Plaza Shopping Center, Inc | Waverly Plaza Shopping Center, Inc<br>Larry Lebow<br>1051 Brinton Rd.<br>Pittsburgh, PA 15221 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated November 18, 2013<br><br>810 S. Waverly Road<br>Lansing, MI 48917 | 4073 |
| 288 | West County Investors, LLC | West County Investors, LLC<br>Sarah Mendel<br>3265 Meridian Pkwy, Ste. 130<br>Weston, FL 33331 | American Freight, LLC | Lease, dated November 11, 2020<br><br>2012 Veterans Memorial Dr<br>Birmingham, AL 35214 | 214 |
| 289 | Westphal Leasing, LLC | Westphal Leasing, LLC<br>Kevin Keefner<br>109 N. 6th St.<br>Fort Smith, AR 72901 | American Freight FFO, LLC | Lease Agreement, dated August 24, 2005<br><br>8819 Rogers Avenue Ste A<br>Fort Smith, AR 72903 | 220 |
| 290 | William Shane Courtney | William Shane Courtney<br>Shane Courtney<br>PO Box 309<br>Floyds Knobs, IN 47119 | American Freight FFO, LLC | Lease, dated June 28, 2010<br><br>440 E. Clifty Drive<br>Madison, IN 47250 | 246 |
| 291 | Woodcrest Capital, LLC | Woodcrest Capital, LLC<br>Samantha Ackerman<br>3113 S. University Dr. , STE 600<br>Fort Worth, TX 76109 | American Freight, LLC | Lease, dated June 24, 2020<br><br>1467 E. Franklin Blvd<br>Gastonia, NC 28054 | 195 |
| 292 | Woodforest Mini -City Partners, LP / JLCM Partners, LP | Woodforest Mini -City Partners, LP / JLCM Partners, LP<br>Jay Cooke<br>2125 Butterfield Dr., Ste. 225<br>Troy, MI 48084 | American Freight, LLC | Lease, dated August 13, 2019<br><br>11051 East Freeway<br>Houston, TX 77029 | 184 |
| 293 | World Class Property Company, LLC | World Class Property Company, LLC<br>Rosalie Keszler, VP<br>814 Lavaca St<br>Austin, TX 78701 | American Freight, LLC | Lease, dated July 27, 2015<br><br>639 Lanark Dr<br>San Antonio, TX 78218 | 111 |
| 294 | YEK #9, LLC | YEK #9, LLC<br>Enoch Kimmelman<br>PO Box 1022<br>El Paso, TX 79946 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 16, 2013<br><br>6157 Nw Loop 410<br>San Antonio, TX 78238 | 7487 |