**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

RECEIVED
2025 JAN 10 PM 12: 54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) | Case No. 24-12480 (JTD) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Bruce Z. Walker of Cohen Pollock Merlin Turner, P.C., hereby enters his appearance as counsel on behalf of creditor Horizon Jajo, LLC, and further requests service of papers pursuant to Bankruptcy Rules 2002 and 3017(a). The Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address or telephone number:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

2366826

Bruce Z. Walker, Esq.
Cohen Pollock Merlin Turner, P.C.
3350 Riverwood Parkway, Suite 1600
Atlanta, GA 30339
Telephone: (770) 858-1288
Facsimile: (770) 858-1277
Email: bwalker@cpmtlaw.com

This 8th day of January, 2025.

**COHEN POLLOCK MERLIN TURNER, P.C.**
Counsel for Horizon Jajo, LLC

By:  /s/ Bruce Z. Walker
Bruce Z. Walker
Georgia Bar No.: 731260

3350 Riverwood Parkway, Suite 1600
Atlanta, GA 30339
(P) 770-858-1288; (F) 770-858-1277
bwalker@cpmtlaw.com

2366826

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC., *et al.*, | ) | Case No. 24-12480 (JTD) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that upon filing a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** will be served automatically via the Court's CM/ECF system to all registered parties.

This 8th day of January, 2025.

**COHEN POLLOCK MERLIN TURNER, P.C.**
Counsel for Horizon Jajo, LLC

By: /s/ Bruce Z. Walker
Bruce Z. Walker
Georgia Bar No.: 731260

3350 Riverwood Parkway, Suite 1600
Atlanta, GA 30339
(P) 770-858-1288; (F) 770-858-1277
bwalker@cpmtlaw.com

RECEIVED 2025 JAN 10 PM 12:54 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

2366826



RECEIVED

Jennifer G. Penston
direct (770) 857-4789
fax (770) 769-3158
jpenston@cpmtlaw.com

2025 JAN 10 PM 12: 54

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 8, 2025

**VIA FEDERAL EXPRESS**

Una O'Boyle, Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, Delaware 19801

      Re:    Franchise Group, Inc., *et.al.* Chapter 11 Bankruptcy (Jointly Administered)

Dear Clerk,

    Enclosed please find a Notice of Appearance of Bruce Z. Walker, Esq. and Cohen Pollock Merlin Turner, P.C. to be filed on behalf of creditor Horizon Jajo, LLC, in the above referenced Chapter 11 matter.

    Please contact either me or Mr. Walker (bwalker@cpmtlaw.com) should you require anything additional to fulfill this request.

                                              Sincerely,

                                              Jennifer Penston
                                              Paralegal to Bruce Walker

Enclosure

email info@cpmtlaw.com    3350 Riverwood Parkway    cpmtlaw.com
main 770.858.1288    Suite 1600
fax 770.858.1277    Atlanta, Georgia 30339