# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 10, 2025, proposed counsel for the debtors and debtors in possession in the above-captioned cases caused to be served the *Debtors' Responses and Objections to the Official Committee of Unsecured Creditors' First Requests for the Production of Documents to the Debtors* via electronic mail upon the following counsel:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

| *(Via Email)* | *(Via Email)* |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES, LLP** <br> Bradford J. Sandler <br> Colin R. Robinson <br> 919 North Market Street, 17th Floor <br> Wilmington, DE 19899 <br> bsandler@pszjlaw.com <br> crobinson@pszjlaw.com <br><br> *Counsel to the Official Committee of Unsecured Creditors* | **FARNAN LLP** <br> Brian E. Farnan, Esq. <br> Michael J. Farnan, Esq. <br> 919 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Counsel for the Ad Hoc Group of Freedom Lenders* |
| *(Via Email)* <br><br> **WHITE & CASE LLP** <br> J. Christopher Shore, Esq. <br> Andrew Zatz, Esq. <br> Samuel P. Hershey, Esq. <br> Erin Smith, Esq. <br> Brett Bakemeyer, Esq. <br> Jade Yoo, Esq. <br> Paula Kates, Esq. <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> cshore@whitecase.com <br> azatz@whitecase.com <br> sam.hershey@whitecase.com <br> erin.smith@whitecase.com <br> brett.bakemeyer@whitecase.com <br> jade.yoo@whitecase.com <br> paula.kate@whitecase.com <br><br> *Counsel for the Ad Hoc Group of Freedom Lenders* | *(Via Email)* <br><br> **WHITE & CASE LLP** <br> Thomas Lauria, Esq. <br> Southeast Financial Center <br> 200 South Biscayne Boulevard, Suite 4900 <br> Miami, FL 33131 <br> tlauria@whitecase.com <br><br> *Counsel for the Ad Hoc Group of Freedom Lenders* |

| | |
|---|---|
| *(Via Email)*<br><br>**OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**<br>Timothy J. Fox, Jr., Esq.<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207<br>Wilmington, DE 19801<br>Timothy.Fox@usdoj.gov<br><br>*Trial Attorney for the United Stated Department of Justice* | |

*[Signature Page Follows]*

Dated: January 10, 2025
      Wilmington, Delaware

                        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                        */s/ Shella Borovinskaya*
                        Edmon L. Morton (Del. No. 3856)
                        Matthew B. Lunn (Del. No. 4119)
                        Allison S. Mielke (Del. No. 5934)
                        Shella Borovinskaya (Del. No. 6758)
                        Rodney Square
                        1000 North King Street
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253
                        emorton@ycst.com
                        mlunn@ycst.com
                        amielke@ycst.com
                        sborovinskaya@ycst.com

                        -and-

                        **WILLKIE FARR & GALLAGHER LLP**
                        Debra M. Sinclair (admitted *pro hac vice*)
                        Matthew A. Feldman (admitted *pro hac vice*)
                        Betsy L. Feldman (Del. No. 6410)
                        Joseph R. Brandt (admitted *pro hac vice*)
                        787 Seventh Avenue
                        New York, New York 10019
                        Telephone: (212) 728-8000
                        Facsimile: (212) 728-8111
                        dsinclair@willkie.com
                        mfeldman@willkie.com
                        bfeldman@willkie.com
                        jbrandt@willkie.com

                        *Proposed Co-Counsel to the Debtors and Debtors in Possession*