IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FRANCHISE GROUP, INC., et al.,[1] | § | Case No. 24-12480-JTD |
| | § | |
| Debtors. | § | (Jointly Administered) |

## THE BRIDGE 33 LANDLORDS' AMENDED LIMITED OBJECTION AND RESERVATION OF RIGHTS TO CURE AMOUNT AND ASSUMPTION AND ASSIGNMENT OF LEASES

B33 Ashley Furniture Plaza II LLC, B33 Metro Crossing II LLC, B33 Wrangleboro II LLC, B33 Yuma Palms III LLC and B33 Shops at Centerpoint III LLC ("**Bridge33 Landlords**"), by and through their counsel, Singer & Levick, PC, files their *Amended Limited Objection And Reservation of Rights to Cure Amount and Assumption and Assignment of Leases* ("**Amended Limited Objection**") and, in support of same, would respectfully show as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

---

1. The Bridge33 Landlords are owners of shopping centers and the Debtors are parties to certain non-residential real property leases with the Bridge33 Landlords. The locations at issue concerning this matter are the Ashley Furniture Plaza, North Olmsted, OH ("**Ashley Lease**"), Metro Crossing, Council Bluffs, IA ("**Metro Lease**"), Wrangleboro Consumer Square, Hamilton, NJ ("**Wrangleboro Lease**"), Yuma Palms Regional Center, Yuma, AZ ("**Yuma Palms Lease**") and Shops at Centerpoint ("**Centerpoint Lease**") (collectively, "**Leases**"). The locations covered by these Leases are shopping centers within the meaning of Section 365(b)(3) of the BANKRUPTCY CODE. The Debtors operate their brand, the Vitamin Shoppe, in all of these locations.

## BACKGROUND

2. On November 3, 2024 ("**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the UNITED STATES CODE ("**Bankruptcy Code**") with the United States Bankruptcy Court for the District of Delaware ("**Court**"), commencing the above-captioned case ("**Bankruptcy Case**").

3. Since the Petition Date, the Debtors have continued in the operation and management of their businesses as Debtors-in-Possession under Sections 1107 and 1108 of the Bankruptcy Code.

4. On December 16, 2024, the Court entered the (Revised) *Order (I) (A) Approving Bidding Procedures for the Sale of all or Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (C) Approving Assumption and Assignment Procedures, and (D) Granting Related Relief* ("**Revised Order**") (**Dkt.444**).

5. On December 20, 2024, the Debtors filed their *Notice of Possible Assumption and Assignment and Cure Costs with Respect to Executory Contracts and Unexpired Leases* ("**Cure**

**Notice**") (**Dkt.487**).  The Leases were listed as potential assumed contracts with cure amounts for all four Leases of $0.00 ("**Cure Amount**") (**Dkt.487-1:P.14:#121800808, 121800811, 121800812 and 121800813**).

6.      This Amended Limited Objection is filed to add a location that was not included in the original Limited Objection filed on January 3, 2025 ("**Original Limited Objection**") (**Dkt.633**).  The Shops at Centerpoint location was recently purchased by B33 Capital, LLC ("**B33 Capital**"), with closing at the end of business on December 30, 2024.  The corporate office of Bridge33 Capital, the managing agent for the B33 Landlords, was closed for the holiday during the last few days of the 2024 and during the first few days of 2025 so counsel did not receive word that this location should be included in the Cure Objection until after the filing of the Original Limited Objection.

7.      The Bridge33 Landlords file this Amended Limited Objection to object to the Cure Amount and to reserve and preserve their rights in the event that the Debtors attempt to assume and assign the Leases to a buyer. The Correct Cure Amounts listed on the attached **Exhibit A** are correct as of December 23, 2024; however, those numbers may change in the event that any post-petition obligations are not paid and if any additional amounts accrue, which remain unpaid.

8.      The Bridge33 Landlords object to the entry of any Order that sets the Cure Amounts listed as the final cure amount for their Leases and submit that the correct cure amounts used in any final Order authorizing the assumption of the Leases should include any additional unpaid amounts which accrue and remain unpaid prior to the date of assumption, including any post-petition charges which remain unpaid and any other charges which have accrued but are not yet payable such as year-end reconciliation and attorneys' fees.

9. Additionally, there may also be unknown and/or unasserted claims that may exist presently or may exist in the future against the Bridge33 Landlords for which the Debtors may be obligated to indemnify and defend. The Bridge33 Landlords reserve their rights under the Leases and all applicable law to assert a claim for any and all amounts which may be due and owing for any currently unknown and/or unasserted claim against the Bridge33 Landlords that may presently exist or may exist in the future for which the Debtors may be obligated to indemnify and defend the Bridge33 Landlords. Any assumption of the Leases must include these obligations.

## **RESERVATION OF RIGHTS**

10. The Bridge33 Landlords reserve their rights to supplement this Amended Limited Objection prior to any final determination by the Court regarding assumption and assignment of the Leases, including the amount and payment required for purposes of cure under Section 365 of the Bankruptcy Code.

11. The Bridge33 Landlords further reserve the right to object to any other relief sought by the Debtors in connection with any proposed assignment including, without limitation, any proposed showing of adequate assurance of future performance for any purchaser if assigned.

12. This Reservation of Rights is not intended to be, nor should be construed as, a waiver by the Bridge33 Landlords of any of their rights under the Leases, the Bankruptcy Code, or applicable law. The Bridge33 Landlords file this Amended Limited Objection and Reservation of Rights to reserve and preserve any and all rights of the Bridge33 Landlords in connection with any proposed assumption and assignment of their Leases and adequate assurance including, without limitation, issues regarding the financial condition and ability of any proposed assignee to meet the heightened requirements for assumption and assignment of contracts and leases as set forth in Section 365 of the Bankruptcy Code.

## **PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, the Bridge33 Landlords request that the Court enter an Order:

(a) establishing the actual cure amount owed to the Leases;

(b) requiring Debtors to comply with all obligations under the Leases pursuant to 11 U.S.C. § 365(d)(3) pending the actual assumption of the Leases;

(c) requiring Debtors to cure any additional defaults that may occur under the Leases between the date of this Amended Limited Objection and the effective date of any assumption by the Reorganized Debtors, or an assumption and assignment to a purchaser; and

(d) granting such other and further relief as the Court deems just and proper.

**DATED: January 10, 2025**

    Respectfully submitted,

    SINGER & LEVICK, P.C.

    By:    /s/  *Michelle E. Shriro*
           Michelle E. Shriro
           Delaware Bar No. 3219

    16200 Addison Road, Suite 140
    Addison, Texas 75001
    Phone: 972-380-5533
    Fax: 972-380-5748
    Email: mshriro@singerlevick.com

    ATTORNEYS FOR:
    B33 ASHLEY FURNITURE PLAZA II LLC,
    B33 METRO CROSSING II LLC,
    B33 WRANGLEBORO II LLC,
    B33 YUMA PALMS III LLC AND
    B33 SHOPS AT CENTERPOINT III LLC

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties listed below, on this 10th day of January, 2025.

| | |
|---|---|
| **Debtors:**<br>Franchise Group, Inc., *et al.*<br>109 Innovation Court, Suite J<br>Delaware, Ohio 43015<br>**VIA ECF Noticing through its attorneys** | **Counsel to the Debtors:**<br>Debra M. Sinclair<br>dsinclair@willkie.com<br>Matthew A. Feldman<br>mfeldman@willkie.com<br>Betsy L. Feldman<br>bfeldman@willkie.com<br>**Willkie Farr & Gallagher LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>**VIA ECF Noticing and/or Email**<br><br>Edmon L. Morton<br>emorton@ycst.com<br>Matthew B. Lunn<br>mlunn@ycst.com<br>Allison S. Mielke<br>amielke@ycst.com<br>**Young Conaway Stargatt and Taylor, LLP**<br>1000 North King Street<br>Wilmington, DE, 19801<br>**VIA ECF Noticing and/or Email** |
| **US Trustee:**<br>Timothy J. Fox<br>timothy.fox@usdoj.gov<br>**Office of the United States Trustee for the District of Delaware**<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>**VIA ECF Noticing and/or Email** | |

| **Counsel to the Committee:**<br>Bradford J. Sandler<br>bsandler@pszjlaw.com<br>Robert J. Feinstein<br>rfeinstein@pszjlaw.com<br>Paul J. Labov<br>plabov@pszjlaw.com<br>Theodore S. Heckel<br>theckel@pszjlaw.com<br>**Pachulski Stang Ziehl & Jones LLP**<br>780 Third Avenue, 34th Floor<br>New York NY 10017<br>**VIA ECF Noticing and/or Email** | **Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders:**<br>Jayme Goldstein<br>jaymegoldstein@paulhastings.com<br>Jeremy Evans<br>jeremyevans@paulhastings.com<br>Isaac Sasson<br>isaacsasson@paulhastings.com<br>**Paul Hastings LLP**<br>200 Park Avenue<br>New York, NY 10166<br>**VIA ECF Noticing and/or Email**<br><br>Adam G. Landis<br>landis@lrclaw.com<br>Matthew McGuire<br>mcguire@lrclaw.com<br>**Landis Rath & Cobb LLP**<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19317<br>**VIA ECF Noticing and/or Email** |
|---|---|
| **Counsel to the ABL Secured Parties:**<br>Jennifer Ezring<br>Jennifer.Ezring@lw.com<br>James Ktsanes<br>James.Ktsanes@lw.com<br>Andrew Sorkin<br>andrew.sorkin@lw.com<br>**Latham & Watkins LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>**VIA ECF Noticing and/or Email** | **Counsel to the Second Lien Secured Parties and HoldCo Lenders:**<br>Thomas Lauria<br>tlauria@whitecase.com<br>**White & Case LLP**<br>200 S Biscayne Blvd<br>Miami, FL 33131<br>**VIA ECF Noticing and/or Email**<br><br>Bojan Guzina<br>bojan.guzina@whitecase.com<br>**White & Case LLP**<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br>**VIA ECF Noticing and/or Email** |

　　　　　　　　　　　　　　　　　　　　 /s/ *Michelle E. Shriro*
　　　　　　　　　　　　　　　　　　　　Michelle E. Shriro

# Exhibit A

**BRIDGE33 LEASES – Franchise Group, Inc.**

| Landlord | Location | Proposed Cure Amount | Correct Cure Amount |
|---|---|---|---|
| B33 Ashley Furniture Plaza II LLC | Ashley Furniture Plaza<br>26520 Lorain Road<br>North Olmstead, OH | $0.00 | $0.00 |
| B33 Metro Crossing II LLC | Metro Crossing<br>3816 Metro Drive, Suite 100<br>Council Bluffs, IA 51501 | $0.00 | $1,116.22 |
| B33 Wrangleboro II LLC | Wrangleboro Consumer Square<br>2274 Wrangleboro Road<br>Mays Landing, NJ | $0.00 | $0.00 |
| B33 Yuma Palms III LLC | Yuma Palms Regional Center<br>1305 S. Yuma Palms Parkway<br>Yuma, AZ | $0.00 | $0.00 |
| B33 Shops at Centerpoint III LLC | Shops at Centerpoint<br>3665 28th Street<br>Grand Rapids, MI | $0.00 | $2,508.66 |