**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

I, James Roy, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**, and (2) via Overnight Mail on the Notice Parties Service List attached hereto as **Exhibit B**:

- Supplemental Notice of Possible Assumption and Assignment and Cure Costs With Respect to Executory Contracts and Unexpired Leases [Docket No. 650]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), B. Riley Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

2

Dated: January 9, 2025

_/s/ James Roy_
James Roy

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 9, 2025, by James Roy, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

_/s/ OLEG BITMAN_
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 84993

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Azalea Joint Venture, LLC, Brixmor Operating Partnership LP, Continental Realty Corporation, Federal Realty OP LP, FR Grossmont, LLC, Prime/FRIT Mission Hills, LLC, and ShopOne Centers REIT, Inc. | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper<br>919 North Market Street<br>11th Floor<br>Wilmington DE 19801 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| Counsel to Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.2, Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.3, Wheeler REIT,LP, and/or certain of their affiliates | Barclay Damon LLP | Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse NY 13202 | knewman@barclaydamon.com | Email |
| Counsel to Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.2, Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.3, Wheeler REIT,LP, and/or certain of their affiliates | Barclay Damon LLP | Attn: Niclas A. Ferland<br>545 Long Wharf Drive<br>Ninth Floor<br>New Haven CT 06511 | nferland@barclaydamon.com | Email |
| Counsel to Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.2, Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.3, Wheeler REIT,LP, and/or certain of their affiliates | Barclay Damon LLP | Attn: Scott L. Fleischer<br>1270 Avenue of the Americas<br>Suite 501<br>New York NY 10020 | sfleischer@barclaydamon.com | Email |
| Counsel to Drink LMNT, Inc. | Barnes & Thornburg LLP | Attn: Kevin G. Collins<br>222 Delaware Avenue, Suite 1200<br>Wilmington DE 19801 | kevin.collins@btlaw.com | Email |
| Counsel to Elanco US Inc. | Barnes & Thornburg LLP | Attn: Kevin G. Collins, Mark R. Owens<br>222 Delaware Avenue, Suite 1200<br>Wilmington DE 19801 | kevin.collins@btlaw.com<br>mark.owens@btlaw.com | Email |
| Counsel for Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC | Bayard, P.A. | Attn: Ericka F. Johnson<br>600 N. Market Street, Suite 400<br>Wilmington DE 19801 | ejohnson@bayardlaw.com | Email |
| Counsel to The ChildSmiles Group, LLC a/k/a Abra Health | Benesch Friedlander Coplan & Aronoff LLP | Attn: Elliot M. Smith<br>127 Public Square, Suite 4900<br>Cleveland OH 44114 | esmith@beneschlaw.com | Email |
| Counsel to Babson Macedonia Partners, LLC, TM2, LLC, The ChildSmiles Group, LLC a/k/a Abra Health | Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Juan E. Martinez, Jennifer R. Hoover<br>1313 North Market Street, Suite 1201<br>Wilmington DE 19801-6101 | kcapuzzi@beneschlaw.com<br>jmartinez@beneschlaw.com<br>jhoover@beneschlaw.com | Email |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass and Former Stockholders | Bernstein Litowitz Berger & Grossmann LLP | Attn: Benjamin Potts, Mae Oberste<br>500 Delaware Avenue<br>Suite 901<br>Wilmington DE 19801 | benjamin.potts@blbglaw.com<br>mae.oberste@blbglaw.com | Email |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass and Former Stockholders | Bernstein Litowitz Berger & Grossmann LLP | Attn: Jeroen van Kwawegen, Thomas James<br>1251 Avenue of the Americas<br>New York NY 10020 | jeroen@blbglaw.com<br>thomas.james@blbglaw.com | Email |
| Cousnel to Doctor's Best Inc | Blakeley LC | Attn: Scott Blakeley<br>530 Technology Drive<br>Suite 100<br>Irvine CA 92618 | SEB@BlakeleyLC.com | Email |
| Counsel for Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent | Blank Rome LLP | Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams<br>1201 N. Market Street, Suite 800<br>Wilmington DE 19801 | mike.schaedle@blankrome.com<br>stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass, and  Former Stockholders | Block & Leviton, LLP | Attn: Kimberly A. Evans, Irene R. Lax<br>222 Delaware Ave<br>Suite 1120<br>Wilmington DE 19801 | kim@blockleviton.com<br>irene@blockleviton.com | Email |
| Counsel to Nancy C. Millan, Hillsborough County Tax Collector | Brian T. FitzGerald | Post Office Box 1110<br>Tampa FL 33601-1110 | fitzgeraldb@hcfl.gov<br>stroupj@hcfl.gov<br>connorsa@hcfl.gov | Email |
| Counsel to Brookfield Properties Retail Inc | Brookfield Properties Retail Inc | Attn: Kristen N. Pate<br>350 N. Orleans Street<br>Suite 300<br>Chicago IL 60654-1607 | bk@bpretail.com | Email |
| Counsel to Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>425 Market Street, Suite 2900<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Comenity Capital Bank, CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC | Burr & Forman LLP | Attn: J. Cory Falgowski<br>222 Delaware Avenue, Suite 1030<br>Wilmington DE 19801 | jfalgowski@burr.com | Email |
| Counsel for CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC | Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins<br>50 North Laura Street, Suite 3000<br>Jacksonville FL 32202 | esummers@burr.com<br>drobbins@burr.com | Email |
| Counsel to Comenity Capital Bank | Burr & Forman LLP | Attn: James H. Haithcock, III<br>420 N. 20th Street, Suite 3400<br>Birmingham AL 35203 | jhaithcock@burr.com | Email |
| Counsel to 3644 Long Beach Road LLC | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord<br>90 Merrick Avenue<br>9th Floor<br>East Meadow NY 11554 | rmccord@certilmanbalin.com | Email |
| Counsel to Hilco Merchant Resources, LLC | Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 North Market St, Suite 5400<br>Wilmington DE 19801 | desgross@chipmanbrown.com | Email |
| Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, VS Tempe, LLC, Vestar-CPT Tempe Marketplace, LLC | Clark Hill PLC | Attn: Audrey L. Hornisher<br>901 Main Street, Suite 6000<br>Dallas TX 75202 | ahornisher@clarkhill.com | Email |
| Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, VS Tempe, LLC, Vestar-CPT Tempe Marketplace, LLC | Clark Hill PLC | Attn: Karen M. Grivner<br>824 N. Market Street, Suite 710<br>Wilmington DE 19801 | kgrivner@clarkhill.com | Email |
| Counsel to Missouri Boulevard Investment Company | Cook, Vetter, Doerhoff & Landwehr, P.C. | Attn: John D. Landwehr<br>231 Madison Street<br>Jefferson City MO 65101 | jlandwehr@cvdl.net | Email |
| Counsel to County of Loudoun, Virginia | County of Loudoun, Virginia | Attn: Belkys Escobar<br>One Harrison Street, SE, 5th Floor<br>PO Box 7000<br>Leesburg VA 20177-7000 | belkys.escobar@loudoun.gov | Email |
| Counsel to Krober Supply Chain US, Inc | Cowles & Thompson, P.C. | Attn: William L. Siegel<br>901 Main Street, Suite 3900<br>Dallas TX 75202 | bsiegel@cowlesthompson.com | Email |
| Counsel to the Prophecy Settlement-related Liquidating Trust 2022-23 | Cozen O'Connor | Attn: Brian L. Shaw<br>123 North Wacker Drive<br>Suite 1800<br>Chicago IL 60606 | bshaw@cozen.com | Email |
| Counsel to the Prophecy Settlement-related Liquidating Trust 2022-23 | Cozen O'Connor | Attn: Marla S. Benedek, Kaan Ekiner<br>1201 N. Market Street<br>Suite 1001<br>Wilmington DE 19801 | mbenedek@cozen.com<br>kekiner@cozen.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Woodbolt Distribution, LLC, Glanbia Performance Nutrition, Inc., Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers, LLC | Cross & Simon, LLC | Attn: Christopher P. Simon<br>1105 North Market Street, Suite 901<br>Wilmington DE 19801 | csimon@crosslaw.com | Email |
| Counsel to Kawips Delaware Cuyahoga Falls, LLC | Cross & Simon, LLC | Attn: Kevin S. Mann<br>1105 North Market Street, Suite 901<br>Wilmington DE 19801 | kmann@crosslaw.com | Email |
| Counsel to Kings Mountain Investments, Inc. | Dentons Sirote PC | Attn: Stephen B. Porterfield<br>2311 Highland Avenue South<br>P.O. Box 55727<br>Birmingham AL 35255-5727 | stephen.porterfield@dentons.com | Email |
| Counsel to Ahuja Development LLC | Duane Morris LLP | Attn: Christopher M. Winter, James C. Carignan<br>1201 N. Market Street, Suite 501<br>Wilmington DE 19801 | cmwinter@duanemorris.com<br>jccarignan@duanemorris.com | Email |
| Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates | Faegre Drinker Biddle & Reath LLP | Attn: Michael T. Gustafson<br>320 South Canal Street, Suite 3300<br>Chicago IL 60606 | mike.gustafson@faegredrinker.com | Email |
| Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson<br>222 Delaware Avenue, Suite 1410<br>Wilmington DE 19801 | patrick.jackson@faegredrinker.com | Email |
| Counsel to Ad Hoc Group of Freedom Lenders | Farnan LLP | Attn: Brian E. Farnan, Michael J. Farnan<br>919 North Market Street<br>12th Floor<br>Wilmington DE 19801 | bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Email |
| Counsel for WPG Legacy, LLC | Frost Brown Todd LLP | Attn: Erin P. Severini, Joy D. Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | eseverini@fbtlaw.com<br>jkleisinger@fbtlaw.com | Email |
| Counsel for Cintas Corporation No. 2 | Frost Brown Todd LLP | Attn: Sloane B. O'Donnell<br>Union Trust Building<br>501 Grant Street, Suite 800<br>Pittsburgh PA 15219 | sodonnell@fbtlaw.com | Email |
| Counsel to ACAR Leasing LTD d/b/a GM Financial Leasing | GM Financial Leasing | Attn: Lorenzo Nunez<br>PO Box 183853<br>Arlington TX 76096 | Customer.service.bk@gmfinancial.com | Email |
| Counsel to Arizona Nutritional Supplements | Greenberg Traurig, LLP | Attn: Anthony W. Clark, Dennis A. Meloro<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington DE 19801 | Anthony.Clark@gtlaw.com<br>Dennis.Meloro@gtlaw.com | Email |
| Counsel to Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education (hereinafter "Harris County") | Harris County Attorney's Office | Susan Fuertes<br>Attn: Property Tax Division<br>P.O. Box 2848<br>Houston TX 77252 | taxbankruptcy.cao@harriscountytx.gov | Email |
| Counsel to Alter Domus (US) LLC | Holland & Knight LLP | Attn: Phillip W. Nelson<br>150 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606 | phillip.nelson@hklaw.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to BCDC Portfolio Owner LLC, BCHQ Owner LLC, Brookfield Properties Retail, Inc., Curbline Properties Corp., First Washington Realty, GCP Boom LLC, JLL Property Management (Franklin Mall), Kite Realty Group, L.P., NNN REIT, Inc., Regency Centers, L.P., Shamrock A. Owner LLC, and SITE Centers Corp. | Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Jennifer D. Raviele, Allison Selick<br>3 World Trade Center<br>175 Greenwich Street<br>New York NY 10007 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>aselick@kelleydrye.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ken Burton, Jr., Manatee County Tax Collector | Ken Burton, Jr., Manatee County Tax Collector | Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA<br>1001 3rd Ave W, Suite 240<br>Brandenton FL 34205-7863 | legal@taxcollector.com | Email |
| Counsel to Frontier Bel Air LLC, Frontier Dania LLC, Frontier Osceola LLC, Frontier Dover LLC, Frontier Kissimmee LLC | Kerrick Bachert PSC | Attn: Scott A. Bachert<br>1411 Scottsville Road<br>P. O. Box 9547<br>Bowling Green KY 42102-9547 | | First Class Mail |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass, and  Former Stockholders | Kessler Topac Meltzer & Check LLP | Attn: J. Daniel Albert, Michael McCutcheon<br>280 King of Prussia Rd<br>Radnor PA 19087 | dalbert@ktmc.com<br>mmcutcheon@ktmc.com | Email |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Connor K. Casas<br>333 West Wolf Point Plaza<br>Chicago IL 60654 | connor.casas@kirkland.com | Email |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Steven N. Serajeddini P.C.<br>601 Lexington Avenue<br>New York NY 10022 | steven.serajeddini@kirkland.com | Email |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti<br>919 N. Market Street, Suite 1000<br>Wilmington DE 19801-3062 | dpacitti@klehr.com | Email |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg<br>1835 Market Street, Suite 1400<br>Philadelphia PA 19103 | mbranzburg@klehr.com | Email |
| Counsel to Oxford Valley Road Associates, L.P. | Kurtzman Steady LLC | Attn: Jeffrey Kurtzman<br>101 N. Washington Avenue<br>Suite 4A<br>Margate NJ 08402 | kurtzman@kurtzmansteady.com | Email |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers<br>919 Market Street Suite 1800<br>P.O. Box 2087<br>Wilmington DE 19801 | landis@lrclaw.com<br>mcguire@lrclaw.com<br>erogers@lrclaw.com | First Class Mail and Email |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: Andrew Sorkin<br>555 Eleventh Street NW<br>Suite 1000<br>Washington DC 20004 | andrew.sorkin@lw.com | Email |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: James Kstanes, Timothy Beau Parker<br>330 N Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 Canada | james.ktsanes@lw.com<br>beau.parker@lw.com | Email |
| Counsel to the ABL Secured Parties | Latham & Watkins LLP | Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin<br>1271 Avenue of the Americas<br>New York NY 10020 | Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com | First Class Mail and Email |
| Counsel to BCDC Portfolio Owner LLC, BCHQ Owner LLC, Brookfield Properties Retail, Inc., Curbline Properties Corp., First Washington Realty, GCP Boom LLC, JLL Property Management (Franklin Mall), Kite Realty Group, L.P., NNN REIT, Inc., Regency Centers, L.P., Shamrock A. Owner LLC, and SITE Centers Corp. | Law Office of Susan E. Kaufman | Attn: Susan E. Kaufan<br>919 N. Market Street, Suite 460<br>Wilmington DE 19801 | skaufman@skaufmanlaw.com | Email |
| Counsel to Nueces County, Mclennan County, Kerr County, Hidalgo County, City of McAllen | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| Counsel to Bexar County, City of El Paso | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E. Pecan Street, Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Hopkins County, Kaufman County, Sulphur Springs ISD, Rockwall CAD, Tarrant County, Navarro County, Smith County, Ellis County, City of Sulphur Springs, Wise County, Tom Green CAD, Grayson County, Gregg County, Prosper ISD, Town of Prosper, City of Carrollton, Northwest ISD, City of Allen, City of Wylie, Lewisville ISD, Allen ISD, City of Frisco, Irving ISD, Parker CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>3500 Maple Avenue<br>Suite 800<br>Dallas TX 75219 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Cypress-Fairbanks ISD, Harris County, Galveston County, Montgomery County, Ford Bend County, Katy ISD, Harris CO ESD # 08, City of Houston, Montgomery County, Harris CO ESD # 48, Lone Star College System, Harris CO ESD # 16, Harris CO ESD # 11, Houston ISD, Galveston County, Harris CO ESD # 09, Cypress-Fairbanks ISD, Deer Park ISD, Fort Bend County, Houston Comm Coll System, City of Pasadena, Jefferson County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Counsel to Woodbolt Distribution, LLC, Glanbia Performance Nutrition, Inc., Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers, LLC | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Michael Papandrea<br>One Lowenstein Drive<br>Roseland NJ 07068 | metkin@lowenstein.com<br>mpapandrea@lowenstein.com | Email |
| Counsel to Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>700 Jeffrey Way, Suite 100<br>Round Rock TX 78665 | jparsons@mvbalaw.com | Email |
| Counsel to Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock TX 78680-1269 | jparsons@mvbalaw.com | Email |
| Counsel to Parm Golf Center LLC | McKenna Storer | Attn: David A. Shapiro<br>33 N. LaSalle Street<br>Suite 1400<br>Chicago IL 60602 | dshapiro@mckenna-law.com<br>service@mckenna-law.com | Email |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale MD 20737-1385 | bdept@mrrlaw.net | Email |
| Counsel to New Westgate Mall LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Joseph H. Baldiga, Shannah L. Colbert<br>1800 West Park Dr., Suite 400<br>Westborough MA 01581 | jbaldiga@mirickoconnell.com<br>scolbert@mirickoconnell.com | Email |
| Counsel to Kimco Realty Corporation, 2205 Federal Investors, LLC | Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky<br>1201 N. Orange Street, Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com | Email |
| Counsel for RCG-PSC Camp Creek Owner, LLC, University Realty Associates, LLC | Morris James LLP | Attn: Carl N. Kunz, III, Christopher M. Donnelly<br>500 Delaware Avenue, Suite 1500<br>Wilmington DE 19801 | ckunz@morrisjames.com<br>cdonnelly@morrisjames.com | Email |
| Counsel to BC Exchange Salt Pond | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry<br>500 N. Akard Street<br>Suite 4000<br>Dallas TX 75201-6659 | dperry@munsch.com | Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox, Esq<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | timothy.fox@usdoj.gov | Email |
| Counsel to Rockfirm, LLC | Offit Kurman, PA | Attn: Brian J. McLaughlin<br>222 Delaware Avenue<br>Suite 1105<br>Wilmington DE 19801 | Brian.McLaughlin@offitkurman.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Tammy Jones<br>320 Robert S. Kerr<br>Room 307<br>Oklahoma City OK 73102 | tammy.jones@oklahomacounty.org | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Colin R. Robinson<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | bsandler@pszjlaw.com<br>crobinson@pszjlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel<br>780 Third Avenue, 34th Floor<br>New York NY 10017 | rfeinstein@pszjlaw.com<br>akornfeld@pszjlaw.com<br>theckel@pszjlaw.com | Email |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass, and Former Stockholders | Pashman Stein Walder Hayden, PC | Attn: Joseph C. Barsalona II<br>824 North Market Street<br>Suite 800<br>Wilmington DE 19801 | jbarsalona@pashmanstein.com | Email |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman<br>200 Park Avenue<br>New York NY 10166 | jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com<br>danfliman@paulhastings.com | First Class Mail and Email |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Nicholas A. Bassett<br>2050 M Street NW<br>Washington DC 20036 | nicholasbassett@paulhastings.com | Email |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Hiram Gutierrez<br>P.O. Box 2916<br>McAllen TX 78502 | edinburgbankruptcy@pbfcm.com | Email |
| Cousel to Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Laura J. Monroe<br>PO Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email |
| Counsel to Kerrville Independent School District, Copperas Cove Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Sergio E. Garcia<br>3301 Northland Drive<br>Suite 505<br>Austin TX 78731 | sgarcia@pbfcm.com | Email |
| Counsel to Magnolia Independent School District and City of Montgomery | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | mvaldez@pbfcm.com | Email |
| Counsel to Potter County Tax Office and Randall County Tax Office | Perdue, Brandon, Fielder, Collins and Mott, L.L.P. | Attn: Alysia Córdova<br>P.O. Box 9132<br>Amarillo TX 79105 | acordova@pbfcm.com<br>amabkr@pbfcm.com | Email |
| Counsel for Champion Petfoods USA Inc., Mars Petcare US, Inc. and Mars Fishcare North America, Inc. | Polsinelli PC | Attn: Elisa Hyder<br>Three Logan Square<br>1717 Arch Street, Suite 2800<br>Philadelphia PA 19103 | ehyder@polsinelli.com | Email |
| Counsel for Champion Petfoods USA Inc., Mars Petcare US, Inc. and Mars Fishcare North America, Inc. | Polsinelli PC | Attn: Shanti M. Katona, Katherine M. Devanney<br>222 Delaware Avenue, Suite 1101<br>Wilmington DE 19801 | skatona@polsinelli.com<br>kdevanney@polsinelli.com | Email |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik<br>1313 N. Market Street<br>6th Floor<br>Wilmington DE 19801 | jryan@potteranderson.com<br>bhaywood@potteranderson.com<br>esulik@potteranderson.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Whirlpool Corporation | Quarles & Brady LLP | Attn: L. Kate Mason<br>411 E. Wisconsin Avenue<br>Suite 2400<br>Milwaukee WI 53202 | Katie.Mason@quarles.com | Email |
| Cousnel to B. Riley Principal Investments, LLC and its affiliates | Richards Layton & Finger PA | Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | knight@rlf.com<br>steele@rlf.com<br>steiger@rlf.com | Email |
| Counsel to Hilco Merchant Resources, LLC | Riemer & Braunstein LLP | Attn: Steven Fox<br>Times Square Tower Suite 2506<br>Seven Times Square<br>New York NY 10036 | | First Class Mail |
| Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC,  Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company, Beral, LLLP, Laurel Lakes, LLC | Saul Ewing LLP | Attn: Monique B. DiSabatino, Mark Minuti<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | monique.disabatino@saul.com<br>mark.minuti@saul.com | Email |
| Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC,  Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company | Saul Ewing LLP | Attn: Turner N. Falk<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia PA 19102 | turner.falk@saul.com | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to Brookdale Shopping Center, L.L.C. ( Creditor/Landlord) | Segal McCambridge Singer & Mahoney | Attn: Alan J. Taylor<br>29100 Northwestern Highway, Suite 240<br>Southfield MI 48034 | ataylor@smsm.com | Email |
| Counsel to Shanri Holdings Corporation | Sessions, Fishman & Nathan, LLC | Attn: J. David Forsyth<br>400 Poydras Street<br>Suite 2550<br>New Orleans LA 70130 | jdf@sessions-law.com | Email |
| Counsel to the DIP Agent, Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent | Seward & Kissel LLP | Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott<br>One Battery Park Plaza<br>New York NY 10004 | bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br>ashmead@sewkis.com<br>bateman@sewkis.com<br>matott@sewkis.com | First Class Mail and Email |
| Counsel to Sayville Plaza Development, LLC | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Counsel to ShopCore Properties and its related entities | ShopCore Properties | Attn: William F. McDonald III<br>10920 Via Frontera, Suite 220<br>San Diego CA 92127 | wmcdonald@shopcore.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Simon Property Group, Inc. and its related entities | Simon Property Group, Inc. | Attn: Ronald M. Tucker<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel to Paoli Shopping Center Limited Partnership, Phase II | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon<br>123 South Broad Street, Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email |
| Counsel to Peoria Rental Properties, LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin<br>PO Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com | Email |
| Counsel to Dell Financial Service L.L.C. | Streusand, Landon Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway, Suite 320<br>Austin TX 78746 | streusand@slollp.com | Email |
| Counsel to Whirlpool Corporation | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine<br>919 N. Market Street<br>Suite 420<br>Wilmington DE 19801 | whazeltine@sha-llc.com | Email |
| Counsel to Raymond Leasing Corporation | Swanson, Martin & Bell, LLP | Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive<br>Suite 204<br>Lisle IL 60532 | cstahl@smbtrials.com | Email |
| Counsel for Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes<br>2001 L Street, NW, Suite 500<br>Washington DC 20036 | jrhodes@tlclawfirm.com | Email |
| Counsel to Creditor, Parkridge Center Retail, LLC | Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost<br>4504 Walsh Street, Suite 200<br>Chevy Chase MD 20815 | BRost@tspclaw.com | Email |
| Counsel to the Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Christopher S. Murphy, Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin TX 78711-2548 | christopher.murphy@oag.texas.gov | Email |
| Counsel to LU Candlers Station Holdings, LLC | Thompson Hine LLP | Attn: Louis F Solimine<br>312 Walnut Street<br>Suite 2000<br>Cincinnati OH 45202-4029 | Louis.Solimine@ThompsonHine.com | Email |
| Counsel to Northside Village Conyers, LLC | Thompson O'Brien Kappler & Nasuti PC | Attn: Michael B. Pugh<br>2 Sun Court, Suite 400<br>Peachtree Corners GA 30092 | mpugh@tokn.com | Email |
| Counsel to The J. M. Smucker Company and Amazing Organics LLC t/a Amazing Herbs | Tydings & Rosenberg LLP | Attn: Stephen B. Gerald<br>200 Continental Drive, Suite 401<br>Newark DE 19713 | sgerald@tydings.com | Email |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 | | First Class Mail |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to Sangamon North LLC, the Commons at Southpark LLC | Weltman, Weinberg & Reis Co. LPA | Attn: Geoffrey J. Peters<br>5475 Rings Road<br>Suite 200<br>Dublin OH 43017 | bronationalecf@weltman.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Second Lien Secured Parties; HoldCo Lenders | White & Case LLP | Attn: Bojan Guzina<br>111 S. Wacker Dr., Suite 5100<br>Chicago IL 60606 | bojan.guzina@whitecase.com | First Class Mail and Email |
| Counsel to Ad Hoc Group of Freedom Lenders | White & Case LLP | Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin Smith, Brett Bakemeyer<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | cshore@whitecase.com<br>sam.hershey@whitecase.com<br>azatz@whitecase.com<br>erin.smith@whitecase.com<br>brett.bakemeyer@whitecase.com | Email |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders, Ad Hoc Group of Freedom Lenders | White & Case LLP | Attn: Thomas Lauria<br>200 South Biscayne Boulevard, Suite 4900<br>Miami FL 33131 | tlauria@whitecase.com | First Class Mail and Email |
| Counsel to Debtors and Debtors In Possession | Willkie Farr & Gallagher LLP | Attn: Debra M. Sinclair, Matthew A. Feldman, Betsy L. Feldman, Joseph R. Brandt<br>787 Seventh Avenue<br>New York NY 10019 | dsinclair@willkie.com<br>mfeldman@willkie.com<br>bfeldman@willkie.com<br>jbrandt@willkie.com | Email |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya<br>Rodney Square<br>1000 N. King Street<br>Wilmington DE 19801 | emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com | Email |

**Exhibit B**

## Exhibit B
Notice Parties Service List
Served via Overnight Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 29882235 | Electronic Imaging Services, Inc., d/b/a Vestcom Retail Solutions | 2800 Cantrell Road, Suite 500 | Little Rock | AR | 72202 |
| 29777156 | Google Inc. | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 |
| 29791333 | Trace Minerals Opco, LLC | 1996 W. 3300 S | Ogden | UT | 84401 |
| 29882236 | UMR, Inc. | UnitedHealthcare, Attention: Paul Cirillo, City Place I, 185 Asylum St. | Hartford | CT | 06103 |