# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 11 |
|  | ) |  |
| FRANCHISE GROUP, INC., et al., | ) | (Jointly Administered) |
| VITAMIN SHOPPE INDUSTRIES LLC | ) | Case No. 24-12480 (JTD) |
|  | ) |  |
| Debtors. | ) |  |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES

Michael L. Schlepp of the law firm of S&D Law hereby notifies all parties that he is authorized to act as counsel for Wilson AmCap II LLC in matters relating to this bankruptcy case. All notices, pleadings and other documents filed and/or served in this case (including, without limitation, all notices pursuant to Fed.R.B.P. 2002, financial statements, plans, disclosure statements and the U.S. Trustee's reports) should be served upon the following:

> Michael L. Schlepp, Esq.
> S&D Law
> 1550 Wewatta Street, Floor 2
> Denver, CO 80202

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Wilson AmCap II LLC's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Wilson AmCap II LLC's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Wilson AmCap II LLC's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any applicable requirements for personal service or *in personam* jurisdiction in this or any other proceedings in the courts of the United States; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Wilson AmCcap II LLC are or may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Wilson AmCap II LLC expressly reserve.

[CONTINUED ON THE FOLLOWING PAGE]

Dated:  January 14, 2025

Respectfully submitted,

S&D Law

By: <u>/s/ Michael L. Schlepp</u>
Michael L. Schlepp, #52652
1550 Wewatta Street
2nd Floor
Denver, CO 80202
(303) 399-3000
mschleep@s-d.com
*Counsel for Wilson AmCap II LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I electronically served a copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES** via the Court's electronic filing system upon the following and all counsel of record entitled to receive notice.

| | |
|---|---|
| Edmon L. Morton, Esq. | Debra M. Sinclair, Esq. |
| Matthew B. Lunn, Esq. | Matthew A. Feldman, Esq. |
| Allison S. Mielke, Esq. | Betsy L. Feldman, Esq. |
| Shella Borovinskaya, Esq. | Joseph R. Brandt, Esq. |
| Rodney Square, Esq. | **WILLKIE FARR & GALLAGHER LLP** |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | 787 Seventh Avenue |
| 1000 North King Street | New York, New York 10019 |
| Wilmington, Delaware 19801 | Telephone:  (212) 728-8000 |
| Telephone: (302) 571-6600 | Facsimile:(212) 728-8111 |
| Facsimile: (302) 571-1253 | dsinclair@willkie.com |
| emorton@ycst.com | mfeldman@willkie.com |
| mlunn@ycst.com | bfeldman@willkie.com |
| amielke@ycst.com | jbrandt@willkie.com |
| sborovinskaya@ycst.com | |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

<u>/s/  Isai Blobaum</u>