**Schedule 1**

**Rejected Executory Contracts[1]**

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement |
|---|---|---|---|---|
| 1 | A Team Sales, LLC | A Team Sales, LLC<br>2232 Kodiak Dr NE<br>Atlanta, GA 30345<br>Attn: William K Butler | American Freight Outlet Stores, LLC | Confidential Agreement of Purchase and Sale, dated October 16, 2023 |
| 2 | ADT Commercial LLC | ADT Commercial LLC<br>PO BOX 872987<br>Kansas City, MO 64187 | American Freight Group, LLC | Commercial Proposal and Sales Agreement, dated January 17, 2022 |
| 3 | Agilence, Inc | Agilence, Inc<br>1020 Briggs Rd, Suite 110<br>Mount Laurel, NJ 08054<br>Attn: Craig Orr | American Freight, LLC | SOW, dated December 13, 2018 |
| 4 | Albany Industries LLC | Albany Industries LLC<br>504 N Glenfield Rd<br>New Albany, MS 38652<br>Attn: General Counsel | American Freight, LLC | Universal Terms and Conditions for Furniture and Mattress Supplier, dated March 17, 2022 |
| 5 | Cramco Inc. | Cramco Inc.<br>2200 East Ann Street<br>Philadelphia, PA 19134<br>Attn: Louis Cramer | American Freight, LLC | Universal Terms and Conditions - For Furniture and Mattress Supplier Use Only, dated February 21, 2022 |
| 6 | Delta Furniture Mfg. LLC | Delta Furniture Mfg. LLC<br>292 Industrial Drive<br>Pontotoc, MS 38863<br>Attn: Jeff Hamilton | American Freight, LLC | Universal Terms and Conditions - For Furniture and Mattress Supplier Use Only, dated March 02, 2022 |
| 7 | Dunbar Security Products, Inc. | Dunbar Security Products, Inc.<br>8525 Kelso Drive, Ste L<br>Baltimore, MD 21221<br>Attn: Paul Ohlson | American Freight Outlet Stores, LLC | Procurement Terms and Conditions, dated December 12, 2018 |
| 8 | Electrolux Major Appliances, North America | Electrolux Major Appliances, North America<br>10200 David Taylor Drive<br>Charlotte, NC 28262<br>Attn: VP-Sales | American Freight Outlet Stores, LLC | Universal Terms And Conditions, dated February 21, 2022 |
| 9 | Elements International Group, LLC | Elements International Group, LLC<br>2250 Skyline Drive<br>Mesquite, TX 74149<br>Attn: Richard Frankl | American Freight, LLC | Universal Terms and Conditions, dated June 13, 2022 |
| 10 | Field Manufacturing Corporation | Field Manufacturing Corporation<br>2301 W 205th St Unit 106<br>Torrance, CA 90501<br>Attn: Patrick Field | American Freight Outlet Stores, LLC | Procurement Terms and Conditions, dated June 26, 2019 |
| 11 | FlexPrint, Inc. | FlexPrint, Inc.<br>2845 N. Omaha St.<br>Mesa, AZ 85215<br>Attn: President | American Freight Outlet Stores, LLC | Master Procurement and Service Agreement, dated June 12, 2015 |
| 12 | Google LLC | Google LLC<br>P.O. BOX 39000<br>SAN FRANCISCO, CA 94139<br>Attn: Philipp Schindler | American Freight, LLC | Video Incentive Program Addendum (Program Year 2024), dated March 05, 2024 |
| 13 | GS Centennial LLC | GS Centennial LLC<br>3300 Enterprise Parkway<br>Beachwood, OH 43015 | American Freight Outlet Stores, LLC | Pylon Sign Agreement, dated September 27, 2023 |
| 14 | Haier America Company, LLC | Haier America Company, LLC<br>1800 Valley Road<br>Wayne, NJ 7470<br>Attn: John Paul Riley | Home & Appliance Outlet, LLC | SUPPLY AGREEMENT FOR OUTLET HOME APPLIANCES, dated May 09, 2016 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement |
|---|---|---|---|---|
| 15 | Kith Furniture | Kith Furniture<br>7155 State Highway 13 N<br>Haleyville, AL 35565<br>Attn: Dylan Smith | American Freight, LLC | Universal Terms and Conditions, dated March 04, 2022 |
| 16 | LG Electronics USA Inc. | LG Electronics USA Inc.<br>1000 Sylvan Avenue<br>Englewood Cliffs, NJ 07632<br>Attn: Sam Kim | American Freight, LLC | SUPPLY AGREEMENT, dated July 01, 2021 |
| 17 | Living Style (Singapore) Pte. Limited | Living Style (Singapore) Pte. Limited<br>3 Kallang Junction, #05-02<br>Singapore 339265 | American Freight, LLC | Buying Agency Agreement, dated June 09, 2022 |
| 18 | MMXXI Investments LLC | MMXXI Investments LLC<br>1754 Tuscan Ridge Cir<br>Southlake, TX 76092-3458<br>Attn: Keith Zagar | American Freight, LLC | Universal Terms and Conditions, dated February 10, 2022 |
| 19 | Nanshe Partners, LLC | Nanshe Partners, LLC<br>3102 E Mariposa Street<br>Phoenix, AZ 85016<br>Attn: Dennis Williams | American Freight FFO, LLC | Project Management Proposal, dated April 12, 2023 |
| 20 | PFW LLC | PFW LLC<br>1020 N Gloster St #147<br>Tupelo, MS 38804<br>Attn: Carolyn Cole | American Freight, LLC | Universal Terms and Conditions, dated March 15, 2022 |
| 21 | Seminole Mfg | Seminole Mfg<br>274 Mackenzie Ave<br>Ajax, ON L1S 2E9<br>Attn: Nicole Guanti | American Freight, LLC | Universal Terms and Conditions - For Furniture and Mattress Supplier Use Only, dated June 29, 2022 |
| 22 | Whirlpool Corporation | Whirlpool Corporation<br>2000 North M-63<br>Benton Harbor, MI 49022-2693<br>Attn: David Whitehead | American Freight Outlet Stores, LLC | Amendment No. 4 to Supply Agreement for Outlet Home Appliances, dated January 01, 2022 |
| 23 | Whirlpool Corporation | Whirlpool Corporation<br>2000 North M-63<br>Benton Harbor, MI 49022-2693<br>Attn: Brian Sarchett | American Freight Outlet Stores, LLC | Amendment No. 1 to Supply Agreement for Outlet Home Appliances, dated June 01, 2018 |
| 24 | Whirlpool Corporation | Whirlpool Corporation<br>2000 North M-63<br>Benton Harbor, MI 49022-2692<br>Attn: Susan Hilsenbeck | American Freight Outlet Stores, LLC | Amendment No. 2 to Supply Agreement for Outlet Home Appliances, dated October 11, 2018 |
| 25 | Whirlpool Corporation | Whirlpool Corporation<br>2000 North M-63<br>Benton Harbor, MI 49022-2692<br>Attn: General Manager, Sales and Marketing | American Freight Outlet Stores, LLC | Supply Agreement for Outlet Home Appliances, dated January 01, 2018 |
| 26 | Whirlpool Corporation | Whirlpool Corporation<br>2000 North M-63<br>Benton Harbor, MI 49022-2692<br>Attn: James Koenig | American Freight Outlet Stores, LLC | Amendment No. 3 to Supply Agreement for Outlet Home Appliances, dated January 01, 2020 |