**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FRANCHISE GROUP, INC. | § | |
| | § | CASE NO. 24-12480 |
| DEBTOR | § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 23

NOW COMES Bexar County and files this Notice of Withdrawal of Proof of Claim No. 23 in American Freight, LLC, Case No. 24-12527. In support thereof, Bexar County respectfully represents the following:

1. Bexar County filed its secured proof of claim herein on November 8, 2024 in the amount of $11,511.18, which claim is designated as claim number 23 with the claims' agent.
2. The tax debt to subject to Bexar County's proof of claim is paid in full.
3. Bexar County desires to withdraw its proof of claim no. 23 filed herein based upon the reasons stated above.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By:   /s/ Don Stecker
David G. Aelvoet (SBN 00786959)
Don Stecker (SBN 19095300)

Attorney for Bexar County

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Bexar County Proof of Claim No. 23 was served this 14th day of January, 2025 by Electronic Mail and/or by First Class Mail upon the following:

Debtor:
    American Freight, LLC
    109 Innovation Court
    Suite J
    Delaware, OH 43015

Attorney for Debtor:
    Shella Borovinskaya
    Young Conaway Stargatt & Taylor, LLP
    Rodney Square
    1000 North King Street
    Wilmington, DE 19801

U.S. Trustee:
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 King Street, Suite 2207
    Lockbox 35
    Wilmington, DE 19801

                                                              /s/ Don Stecker
                                                              Don Stecker