**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FRANCHISE GROUP, INC. | § | |
| | § | CASE NO. 24-12480 |
| DEBTOR | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 151**

NOW COMES the City of El Paso and files this Notice of Withdrawal of Proof of Claim No. 151 in American Freight, LLC, Case No. 24-12527. In support thereof, the City of El Paso respectfully represents the following:

1. The City of El Paso filed its secured proof of claim herein on November 19, 2024 in the amount of $8,315.09, which claim is designated as claim number 151 with the claims' agent.
2. The tax debt to subject to the City of El Paso's proof of claim is paid in full.
3. The City of El Paso desires to withdraw its proof of claim no. 151 filed herein based upon the reasons stated above.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By:     /s/ Don Stecker             
        David G. Aelvoet (SBN 00786959)
        Don Stecker (SBN 19095300)

        Attorney for the City of El Paso

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of the City of El Paso Proof of Claim No. 151 was served this 14th day of January, 2025 by Electronic Mail and/or by First Class Mail upon the following:

Debtor:
    American Freight, LLC
    109 Innovation Court
    Suite J
    Delaware, OH 43015

Attorney for Debtor:
    Shella Borovinskaya
    Young Conaway Stargatt & Taylor, LLP
    Rodney Square
    1000 North King Street
    Wilmington, DE 19801

U.S. Trustee:
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 King Street, Suite 2207
    Lockbox 35
    Wilmington, DE 19801

                                                                    /s/ Don Stecker
                                                                    Don Stecker