**Schedule 1**

**Rejected Leases**[1]

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 101 | Fox Jr. Development, Inc. | Fox Jr. Development, Inc.<br>Connie Denning<br>4425 William Penn Highway<br>Murrysville, PA 15668 | American Freight, LLC | Lease, dated December 6, 2021<br>820 Scalp Ave<br>Johnstown, PA 15904 | 274 |
| 102 | Franklin Towne Plaza | Franklin Towne Plaza<br>Christina Albi<br>855 Broad Street, Ste. 300<br>Boise, ID 83702 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated November 7, 2013<br>8033 West Franklin Road<br>Boise, ID 83704 | 4824 |
| 103 | Front Street Kansas City, LLC | Front Street Kansas City, LLC<br>Chris Carver<br>100 Lexington St., Ste. 50<br>Fort Worth, TX 76102 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated December 3, 2013<br>3632 E Front St<br>Kansas City, MO 64120 | 7820/4001 |
| 104 | FSC West Covina, LLC | FSC West Covina, LLC<br>Mark Carrington<br>1001 Canal Blvd, Ste. A1<br>Richmond, CA 94804 | American Freight Outlet Stores, LLC | Sublease, dated October 1, 2012<br>728 South Orange Ave<br>West Covina, CA 91790 | 5282 |
| 105 | G&I X Industrial In, LLC | G&I X Industrial In, LLC<br>Brian Riley<br>220 East 42nd St<br>New York, NY 10017 | American Freight, LLC | Lease, dated April 23, 2014<br>8920 Corporation Dr<br>Indianapolis, IN 46256 | 44 |
| 106 | Gamble Brothers LLC | Gamble Brothers LLC<br>Jeremy Gamble<br>24 CR 912<br>Brookland, AR 72417 | American Freight FFO, LLC | Lease, dated January 14, 2015<br>1 Furniture Lane<br>Batesville, AR 72901 | 232 |
| 107 | Gamble Brothers, LLC | Gamble Brothers, LLC<br>Jeremy Gamble<br>24 CR 912<br>Brookland, AR 72417 | American Freight FFO, LLC | Lease, dated December 4, 2013<br>2839 Race Street<br>Jonesboro, AR 26750 | 230 |
| 108 | Gates Inc. | Gates Inc.<br>Whitney Gates<br>PO Box 209<br>Bloomington, IN 47402 | American Freight, LLC | Lease, dated June 12, 2020<br>3100 W Susan Drive<br>Bloomington, IN 47404 | 193 |
| 109 | Gateway Retail Partner III, LLC | Gateway Retail Partner III, LLC<br>Crystal Patterson<br>2960 Fairview Dr.<br>Owensboro, KY 42303 | American Freight FFO, LLC | Lease, dated December 20, 2018<br>2512 Calumet Trace<br>Owensboro, KY 42303 | 244 |
| 110 | Gateway South LLC #1 | Gateway South LLC #1<br>Patricia Kopetsky<br>5730 Kopetsky Drive, Ste. A<br>Indianapolis, IN 46217 | American Freight, LLC | Lease, dated February 1, 2014<br>5750 Kopetsky Dr.<br>Indianapolis, IN 46217 | 41 |
| 111 | GBUZZ, LLC | GBUZZ, LLC<br>James Sole<br>P.O. Box 600910<br>Jacksonville, FL 32260 | American Freight, LLC | Lease, dated June 1, 2012<br>3350 S. Ridgewood Ave<br>Port Orange, FL 32129 | 27 |
| 112 | GCP Boom, LLC | GCP Boom, LLC<br>Chris Fogarty<br>244 West 39th St., 5th Floor<br>New York, NY 14845 | American Freight, LLC | Lease, dated August 29, 2022<br>1020 Center St<br>Horseheads, NY 14845 | 287 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 113 | Giuffre Property Management | Giuffre Property Management<br>Frank Giuffre Jr.<br>445 W Oklahoma Ave.<br>Milwaukee, WI 53207 | American Freight, LLC | Lease, dated June 1, 2011<br>3804 South 27th St<br>Milwaukee, WI 53221 | 63 |
| 114 | GKI Industrial Dallas, LLC | GKI Industrial Dallas, LLC<br>Lara Wilson<br>10275 W. Higgins Rd., Ste. 810<br>Rosemont, IL 60018 | American Freight Outlet Stores, LLC | Lease, dated March 10, 2003<br>1215 Marsh Lane<br>Carrollton, TX 75006 | 9449/4617 |
| 115 | GLL BVK Properties, LP | GLL BVK Properties, LP<br>Sarah Wadkins<br>200 S Orange Ave., STE #1375<br>Orlando, FL 32801 | American Freight, LLC | Lease Agreement, dated September 25, 2020<br>9745 Patriot Hwy<br>Fredericksburg, VA 22407 | 210 |
| 116 | GM Properties | GM Properties<br>Gary Mehan<br>1911 Sheppard Access Rd., Bldg. #5<br>Wichita Falls, TX 76306 | American Freight, LLC | Lease, dated December 28, 2020<br>3127 Lawrence Rd.<br>Wichita Falls, TX 76308 | 257 |
| 117 | Gosula Holdings LTD | Gosula Holdings LTD<br>Mohan Reddy Gosula<br>6028 Trent Ct.<br>Lewis Center, OH 43035 | American Freight, LLC | Lease Agreement, dated March 19, 2018<br>1141 S. Columbus Pike<br>Delaware, OH 43015 | 160 |
| 118 | Gravois Bluffs East 8-A, LLC | Gravois Bluffs East 8-A, LLC<br>Michael Grewe<br>639 Gravois Bluffs Blvd., Ste. D<br>St. Louis, MO 63026 | American Freight Outlet Stores, LLC | Lease, dated March 26, 2003<br>639 Gravois Bluff Blvd Suite A<br>Fenton, MO 63026 | 4619 |
| 119 | Greater Orlando Aviation Authority | Greater Orlando Aviation Authortity<br>Stephanie Bean<br>1900 Summit Tower Blvd., Ste. 240<br>Orlando, FL 32810 | American Freight Outlet Stores, LLC | Retail Lease Agreement, dated October 1, 2022<br>4308 E Colonial Drive<br>Orlando, FL 32803 | 4345 |
| 120 | Greenfield Plaza, LLC | Greenfield Plaza, LLC<br>Marie A. Wouters<br>1136 W. Baseline Rd<br>Mesa, AZ 85210 | American Freight, LLC | Lease, dated May 15, 2017<br>4422 E. University Dr. Suite 101<br>Mesa, AZ 85205 | 154 |
| 121 | Greenlight Development LLC | Greenlight Development LLC<br>Geoffrey Patak<br>80 Fuller Rd<br>Albany, NY 12205 | American Freight, LLC | Lease Agreement, dated February 1, 2015<br>76 Fuller Rd.<br>Albany, NY 12205 | 107 |
| 122 | Gregory Realty, G.P. | Gregory Realty, G.P.<br>Attn: General Counsel<br>PO Box 382366<br>Germantown, TN 38183 | American Freight, LLC | Lease, dated December 29, 2020<br>7258 Interstate Boulevard<br>Horn Lake, MS 38637 | 254 |
| 123 | GRH Holdings, LLC | GRH Holdings, LLC<br>Christina Albi<br>855 W Broad St., Ste. 300<br>Boise, ID 83702 | American Freight Outlet Stores, LLC | Lease Agreement, dated July 25, 2020<br>857 North Val Vista Drive<br>Gilbert, AZ 85234 | 7349 |
| 124 | Gridley Square Property LLC | Gridley Square Property LLC<br>Andre Philips<br>13071 Abing Ave<br>San Diego, CA 92129 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated August 14, 2019<br>18714 South Gridley Rd<br>Cerritos, CA 90703 | 5632 |

2

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 125 | Gulsons, LLC c/o Norris & Stevens, Inc. | Gulsons, LLC c/o Norris & Stevens, Inc.<br>Brue Soihr<br>900 SW 5th Avenue, 17th Floor<br>Portland, OR 97204 | American Freight Outlet Stores, LLC | Lease, dated February 26, 1996<br>10176 Se 82nd Ave<br>Clackamas, OR 97086 | 9888 |
| 126 | Halena Partners I, LLC c/o Burke Automotive Group | Halena Partners I, LLC c/o Burke Automotive Group<br>Mark H Livings<br>801 Boulder Lake Court<br>Birmingham , AL 35242 | American Freight, LLC | Lease, dated September 1, 2015<br>4600 Highway 52<br>Helena, AL 35080 | 114 |
| 127 | Hankins Real Estate Partnership | Hankins Real Estate Partnership<br>Stephen Hankins/Erik Hankins<br>9889 Page Avenue<br>St. Louis, MO 63132 | American Freight, LLC | Lease Agreement, dated January 10, 2014<br>9801 Page Ave<br>St. Louis, MO 63132 | 97 |
| 128 | Hart & Hart Corporation | Hart & Hart Corporation<br>Carolyn Hart<br>PO Box 98<br>Lynn Haven, FL 32444 | American Freight Outlet Stores, LLC | Lease, dated October 5, 2015<br>2116 South Highway 77<br>Lynn Haven, FL 32444 | 53 |
| 129 | Harvey-Given CO | Harvey-Given CO<br>Jim Givens<br>PO Box 1894, 16 Commerce Court<br>Rome, GA 30162 | American Freight, LLC | Lease, dated November 21, 2014<br>2502 Shorter Ave Nw<br>Rome, GA 30165 | 104 |
| 130 | Herdor LLC | Herdor LLC<br>Salim Valiani<br>9125 Southern Breeze Dr.<br>Orlando, FL 32836 | American Freight, LLC | Lease, dated November 15, 2017<br>3818 S Orlando Dr<br>Sanford, FL 32773 | 158 |
| 131 | Hidden Hill Road Associates LLC | Hidden Hill Road Associates LLC<br>Jane Crocker<br>1759 Union Street<br>Spartanburg, SC 29302 | American Freight, LLC | Lease, dated December 16, 2016<br>473 East Blackstock Rd Unit 1<br>Spartanburg, SC 29301 | 138 |
| 132 | High Cotton Palisades, LLC c/o Red Rock Realty Group Inc. | High Cotton Palisades, LLC<br>c/o Red Rock Realty Group Inc.<br>Thomas Joyce<br>1425 Richard Arrington Jr. Blvd. S., Ste. 100<br>Birmingham , AL 35205 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated February 19, 2019<br>372 Palidades Blvd<br>Birmingham, AL 35209 | 5446 |
| 133 | Himaloy Taylor, LLC | Himaloy Taylor, LLC<br>Chinu Mridha<br>4705 Towne Center Rd., Ste. 201<br>Saginaw, MI 48604 | American Freight Outlet Stores, LLC | Specialty Store Lease, dated January 21, 1997<br>9860 Telegraph Road<br>Taylor, MI 48180 | 7561 |
| 134 | HM Peachtree Corners 1, LLC | HM Peachtree Corners 1, LLC<br>Sonita Hong<br>1230 Peachtree Street NE, STE #3400<br>Atlanta, GA 30309 | American Freight, LLC | Lease, dated September 15, 2008<br>6796-A Jimmy Carter Blvd.<br>Norcross, GA 30071 | 37 |
| 135 | HV Center LLC | HV Center LLC<br>Cheryl Bennett<br>151 Bodman Place, Ste. 201<br>Red Bank, NJ 7701 | American Freight, LLC | Lease, dated September 14, 2022<br>1328 Hooksett Rd<br>Hooksett, NH 03106 | 288 |
| 136 | IH 35 Loop 340 TIC | IH 35 Loop 340 TIC<br>Debbie Dill<br>4560 Belt Line Road, Ste. 400<br>Addison, TX 75001 | American Freight, LLC | Lease Agreement, dated November 17, 2015<br>1000 N Loop 340<br>Waco, TX 76705 | 121 |

3

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 137 | IH-10 Hayden, LTD | IH-10 Hayden, LTD<br>Carolyn Cruise<br>2410 Polk Street, Ste. 200<br>Houston, TX 77003 | American Freight Outlet Stores, LLC | Lease, dated January 3, 2023<br>5901 Griggs Rd<br>Houston, TX 77023 | 9889/8234 |
| 138 | Indian Trail Square, LLC | Indian Trail Square, LLC<br>Heather Small<br>1020 Industry Rd., STE 40<br>Lexington, KY 40505 | American Freight FFO, LLC | Lease, dated July 19, 2007<br>5749 Preston Highway<br>Louisville, KY 40219 | 249 |
| 139 | Indvestia Darien, LLC | Indvestia Darien, LLC<br>Philip G. Sturtevant<br>718 Ogden Ave., Ste. 100<br>Downers Grove, IL 60515 | American Freight Outlet Stores, LLC | Specialty Store Lease, dated February 13, 1997<br>7415 South Cass Avenue<br>Darien, IL 60561 | 4606 |
| 140 | Inland Commercial Real Estate Services, LLC | Inland Commercial Real Estate Services, LLC<br>Sean Steuart<br>2901 Butterfield Road<br>Oak Brook, IL 60523 | American Freight, LLC | Lease Agreement, dated October 6, 2023<br>2159 Harris Blvd<br>Layton, UT 84041 | 300 |
| 141 | Ireland Corner, LLC | Ireland Corner, LLC<br>Nancy Velazquez<br>4200 Morganton Rd., Ste. 150<br>Fayetteville, NC 28314 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated April 16, 2014<br>1240 Ireland Drive<br>Fayetteville, NC 28304 | 4268 |
| 142 | Isador Schreiber & Associates, LLC | Isador Schreiber & Associates, LLC<br>Ezra Genauer<br>18915 142nd Ave. NE, Ste. 155<br>Woodinville, WA 98072 | American Freight Outlet Stores, LLC | Lease, dated June 1, 1994<br>5401 6th Ave. Suite 515<br>Tacoma, WA 98406 | 4119 |
| 143 | J&F Gainesville Properties LLC | J&F Gainesville Properties LLC<br>Fran Williams<br>1310 Gulf Blvd, Unit 10-A<br>Clearwater , FL 33767 | American Freight, LLC | Lease, dated November 1, 2009<br>4222 N W 13th St<br>Gainesville, FL 32609 | 47 |
| 144 | Jackson Street Group LLC | Jackson Street Group LLC<br>Lane Patterson<br>11323 Arcade Dr, Ste A<br>Little Rock, AR 72212 | American Freight FFO, LLC | Lease Agreement, dated February 3, 2003<br>6527 Warden Road<br>Sherwood, AR 72124 | 225 |
| 145 | JDR Woodlock Fesival, LLC | JDR Woodlock Fesival, LLC<br>Kaitlyn Hipple<br>2201 Mechanic Street, Ste. C<br>North Charleston, SC 29405 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated October 9, 2014<br>5101 Ashley Phosphate Rd., Suite 136<br>North Charleston, SC 29418 | 7604 |
| 146 | Jeffnan U.S.A. Inc. | Jeffnan U.S.A. Inc.<br>David Mangrum<br>201 - 8400 Cote De Liesse<br>St. Laurant, QC H4T 1G7 Canada | American Freight, LLC | Lease, dated September 26, 2023<br>2222 Texoma Pkwy<br>Sherman, TX 75090 | 303 |
| 147 | JFR Texas Properties LLC | JFR Texas Properties LLC<br>Mark Freeland<br>806 Pecan<br>McAllen, TX 78501 | American Freight, LLC | Lease Agreement, dated December 8, 2016<br>1001 E Highway 83<br>McAllen, TX 78501 | 136 |
| 148 | JH Berry & Gilbert, Inc. | JH Berry & Gilbert, Inc.<br>Joe Saling<br>3125 Independence Drive, Ste. 125<br>Birmingham , AL 35206 | American Freight, LLC | Lease, dated November 16, 2012<br>3260 Morrow Rd<br>Trussville, AL 35235 | 83 |

4

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 149 | JHG Properties, LLC | JHG Properties, LLC<br>Robert Grand<br>539 Dunmoreland Dr<br>Shreveport, LA 71106 | American Freight, LLC | Lease, dated March 12, 2014<br>8560 Florida Blvd<br>Baton Rouge, LA 70815 | 98 |
| 150 | Joe Amato East End Centre, LP | Joe Amato East End Centre, LP<br>Liana Kissinger<br>272 East End Centre<br>Wilkes-Barre, PA 18702 | American Freight, LLC | Lease, dated August 8, 2020<br>370 East End Center<br>Wilkes-Barre, PA 18702 | 200 |
| 151 | JSM Land Group, LLC | JSM Land Group, LLC<br>Michael Kosto<br>4535 S. Dale Marby Hwy, Ste. 300<br>Tampa, FL 33611 | American Freight, LLC | Lease Agreement, dated February 1, 2009<br>4535 S. Dale Mabry Hwy.<br>Tampa, FL 33611 | 24 |
| 152 | Kelley Commercial Realty, LLC | Kelley Commercial Realty, LLC<br>Henry Kelley<br>425 W. Capitol Ave., STE 300<br>Little Rock, AR 72201 | American Freight FFO, LLC | Lease, dated January 31, 2018<br>831 Sonoma Park Drive<br>Norman, OK 73071 | 243 |
| 153 | KG1 Military, LLC | KG1 Military, LLC<br>Chris Good<br>1128 Independence Blvd., Ste. 200<br>Virginia Beach, VA 23455 | American Freight Outlet Stores, LLC | Commercial Retail Lease, dated October 26, 2022<br>2005 South Military Hwy<br>Chesapeake, VA 23320 | 7593 |
| 154 | Kingsport Green AC Managing Company, LLC | Kingsport Green AC Managing Company, LLC<br>Mila Gant<br>1500 Huguenot Road, Ste. 108<br>Midlothian, VA 23113 | American Freight, LLC | Lease, dated April 1, 2023<br>1189 N Eastman Rd<br>Kingsport, TN 37664 | 291 |
| 155 | Kinsman Investors | Kinsman Investors<br>Joel Bahr<br>6514 Odana Road, Ste. 6<br>Madison, WI 53719 | American Freight, LLC | Lease Agreement, dated April 11, 2011<br>3674 Kinsman Blvd<br>Madison, WI 23554 | 60 |
| 156 | Kite Realty Group | Kite Realty Group<br>Ericka Stensgaard<br>30 S. Meridian St., Ste. 1100<br>Indianapolis, IN 46204 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated December 27, 2011<br>11687 Westheimer Rd<br>Houston, TX 77077 | 9411 |
| 157 | Kitty Wells, INC | Kitty Wells, INC<br>Skylar Rogers<br>5502 Cowhorn Creek Rd., STE. C<br>Texarkana, TX 75503 | American Freight, LLC | Lease, dated February 10, 2020<br>1801 N Robison Rd #1e<br>Texarkana, TX 75501 | 187 |
| 158 | KMD, LLC | KMD, LLC<br>Raj Kullar<br>198 Calabria St.<br>Aptos, CA 95003 | American Freight, LLC | Lease, dated November 1, 2014<br>501 Mall Dr.<br>Portage, MI 49024 | 77 |
| 159 | KRG Plaza Green, LLC | KRG Plaza Green, LLC<br>Ericka Stensgaard<br>30 S. Meridian St., Ste. 1100<br>Indianapolis, IN 46204 | American Freight Outlet Stores, LLC | Lease Agreement, dated June 30, 2008<br>1117 Woodruff Rd, Suite K.<br>Greenville, SC 28860 | 7533 |
| 160 | L.W. Miller Holding Company Inc | L.W. Miller Holding Company Inc<br>Lyle Miller<br>1475 LK Lansing Rd<br>Lansing, MI 48912 | American Freight, LLC | Lease, dated June 8, 2011<br>1475 Lake Lansing Rd<br>Lansing, MI 30000 | 65 |

5

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 161 | Laurie Industries, Inc., Kinpark Associates and Fundamentals Company c/o Kin Properties | Laurie Industries, Inc., Kinpark Associates and Fundamentals Company c/o Kin Properties Attn: Lee Cherney and General Counsel 185 N.W. Spanish River Boulevard, Ste. 100 Boca Raton, FL 33431 | American Freight Outlet Stores, LLC | Direct Lease Agreement, dated October 1, 2012 3203 N Mayfair Rd Wauwatosa, WI 53222 | 4583 |
| 162 | LCU Candlers Station Holdings, LLC | LCU Candlers Station Holdings, LLC Attn: Real Estate Management / MSC 710715 1971 University Blvd. Lynchburg, VA 24515 | American Freight, LLC | Lease, dated April 29, 2022 3700 Candlers Mountain Rd Ste 67 Lynchburg, VA 24502 | 279 |
| 163 | Leland J3, LLC | Leland J3, LLC Tom Diehl 304 East Warren St. Lebanon, OH 45036 | American Freight, LLC | Lease Agreement, dated November 30, 2010 2800 Springboro Pike Moraine, OH 45439 | 54 |
| 164 | Leveraged Holdings, LLC | Leveraged Holdings, LLC Thad DenHartog 5167 Utica Ridge Rd Davenport, IA 52807 | American Freight, LLC | Lease, dated November 19, 2018 1010 E Kimberly Rd Davenport, IA 35488 | 172 |
| 165 | Lexington 2770, LLC | Lexington 2770, LLC Steve Belford 6649 N. High St., Ste. LL2 Worthington, OH 43085 | American Freight, LLC | Lease, dated November 1, 2014 2770 Lexington Ave. Lexington, OH 44904 | 3 |
| 166 | LIT-ENVP Limited Partnership | LIT-ENVP Limited Partnership Barbara Roe 2323 Victory Avenue, Ste. 1500 Dallas, TX 75219 | American Freight Outlet Stores, LLC | Lease Agreement, dated July 27, 2016 1936 W 140th Ave San Leandro, CA 94577 | 8346 |
| 167 | Lolo Enterprises, LLC | Lolo Enterprises, LLC Gary Dorner 1415 Heil Quaker Blvd La Vergne, TN 37086 | American Freight, LLC | Lease, dated November 1, 2013 3041 Owen Dr Antioch, TN 37013 | 51 |
| 168 | Lovell 2.5 LLC | Lovell 2.5 LLC Brandon Clark 100 Dalton Place Way, Ste. 105 Knoxville, TN 3712 | American Freight, LLC | Lease Agreement, dated November 1, 2014 737 Lovell Rd Knoxville, TN 37922 | 52 |
| 169 | Lynch Butler | Lynch Butler Lynch Butler 15707 Fairmount Rd Siloam Springs, AR 72761 | American Freight FFO, LLC | Lease, dated June 29, 2015 3758 Hwy 412 E Siloam Springs, AR 72761 | 233 |
| 170 | M3 Ventures, LLC | M3 Ventures, LLC Brittany Loyd PO Box 263 Bryant, AR 72089 | American Freight FFO, LLC | Lease Agreement, dated February 3, 2003 22401 I-30 S Bryant, AR 72022 | 226 |
| 171 | Macon Center, LLC | Macon Center, LLC Joe Sabbagh 1202 Avenue U, Ste. 1117 Brooklyn, NY 11229 | American Freight, LLC | Lease, dated April 18, 2016 2525 Pio Nono Ave Macon, GA 31206 | 126 |
| 172 | Mall at Potomac Mills, LLC | Mall at Potomac Mills, LLC Attn; General Counsel P.O. Box 402298 Atlanta, GA 30384 | American Freight Outlet Stores, LLC | Specialty Store Lease, dated December 11, 2003 2700 Potomac Mills Circle, Suite #707 Prince William, VA 33008 | 4599 |

6

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 173 | Marketfair North, LLC | Marketfair North, LLC<br>Guy Tuvia<br>244 W 39th St, 4th Floor<br>New York, NY 10018 | American Freight, LLC | Lease, dated January 15, 2021<br>4124 Nys Route 31<br>Clay, NY 13041 | 217 |
| 174 | McCord Business Center | McCord Business Center<br>BJ McCord<br>5568 Ayers St.<br>Corpus Christi, TX 78415 | American Freight, LLC | Lease, dated December 1, 2016<br>5568 Ayers St<br>Corpus Christi, TX 78415 | 131 |
| 175 | McRae Mortgage & Investments, LLC | McRae Mortgage & Investments, LLC<br>Ken McRae<br>PO Box 7420,<br>Little Rock, AR 72217 | American Freight FFO, LLC | Lease, dated September 9, 2010<br>280 S Shackleford Rd<br>Little Rock, AR 72211 | 228 |
| 176 | Meditrina Properties, LLC | Meditrina Properties, LLC<br>Barbara Mei<br>990 Blvd of the Arts, Apt. 1203<br>Sarasota, FL 34236 | American Freight, LLC | Lease, dated November 1, 2014<br>1201 U.S. Highway 301<br>Palmetto, FL 34221 | 93 |
| 177 | MEL Indiana LLC | MEL Indiana LLC<br>AnnMarie Mizuno<br>700 Bishop Street, STE #1928<br>Honolulu, HI 96813 | American Freight Outlet Stores, LLC | Ground Lease, dated October 22, 2019<br>6169 Us Highway 6<br>Portage, IN 46368 | 4790 |
| 178 | Menard, Inc. | Menard, Inc.<br>Sallie Butcher<br>5101 Menard Drive<br>Eau Claire, WI 54703 | American Freight, LLC | Lease, dated January 30, 2020<br>717 Prior Ave North<br>Saint Paul, MN 55104 | 66 |
| 179 | Merchant's Investors, LLC | Merchant's Investors, LLC<br>Sarah Mendel<br>3265 Meridian Pkwy, Ste. 130<br>Weston, FL 33331 | American Freight, LLC | Lease, dated June 11, 2021<br>2607 Decherd Blvd<br>Winchester, TN 37398 | 264 |
| 180 | Middle Neck Road Associates, LLC | Middle Neck Road Associates, LLC<br>Mike Vogel<br>17927 Lake Estates Dr.<br>Boca Raton, FL 33496 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated July 18, 2019<br>2031 Okeechobee Blvd<br>West Palm Beach, FL 33409 | 4526 |
| 181 | Missouri Boulevard Investment Compant, LLC | Missouri Boulevard Investment Compant, LLC<br>Ruth Ann Schneiders<br>1309 Fairgrounds Rd.<br>Jefferson City, MO 65109 | American Freight FFO, LLC | Lease, dated March 30, 2014<br>2010 Missouri Blvd.<br>Jefferson City, MO 65109 | 222 |
| 182 | Mobile Highway 4500, LLC | Mobile Highway 4500, LLC<br>Steve Belford<br>6649 N. High St., Ste. LL2<br>Worthington, OH 43085 | American Freight Outlet Stores, LLC | Lease, dated November 1, 2014<br>4500 Mobile Highway<br>Pensacola, FL 32506 | 56 |
| 183 | Mongia Capital Michigan, LLC | Mongia Capital Michigan, LLC<br>Raj Kumar/Daniel Line<br>31700 Middlebelt Rd, Ste 225<br>Farmington Hills, MI 48334 | American Freight, LLC | Lease, dated October 9, 2020<br>5038 Miller Rd<br>Flint, MI 48507 | 213 |
| 184 | Morningside Plaza LP | Morningside Plaza LP<br>Christopher Kruppa<br>4041 Liberty Avenue, Ste. 201<br>Pittsburgh, PA 15224 | American Freight, LLC | Lease, dated February 7, 2014<br>516 West Plank Rd Suite #22<br>Altoona, PA 16602 | 99 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 185 | NAI Horizon | NAI Horizon<br>Laura Kirkander<br>2944 N 44th ST, Ste. 200N<br>Phoenix, AZ 85018 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated September 4, 2013<br>5734 W. Peoria Avenue<br>Glendale, AZ 20990 | 4962 |
| 186 | Namdar Realty Group | Namdar Realty Group<br>Paul Lichtefeld<br>150 Great Neck Road, Ste. 304<br>Great Neck, NY 11021 | American Freight, LLC | Lease Agreement, dated August 30, 2023<br>1680 Briargate Blvd<br>Colorado Springs, CO 80920 | 295 |
| 187 | Naper West, LLC | Naper West, LLC<br>Stacey Hansen<br>1350 E. Touhy Avenue, Ste. 360 E<br>Des Plaines, IL 60018 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated March 29, 2011<br>540 S. Hwy 59<br>Naperville, IL 60540 | 9670 |
| 188 | National Retail Properties, Inc. | National Retail Properties, Inc.<br>Ana Aguirre<br>450 South Orange Avenue, Ste. 900<br>Orlando, FL 32801 | American Freight, LLC | Lease Agreement, dated September 21, 2012<br>9700 W. Broad Street<br>Glen Allen, VA 23233 | 78 |
| 189 | NDF III MJ Crossing, LLC | NDF III MJ Crossing, LLC<br>Ryan Vickers<br>511 N Broadway<br>Denver, CO 80203 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated January 5, 2012<br>1418 N Town East Blvd Ste 100<br>Mesquite, TX 75150 | 4650 |
| 190 | Net Leased Management, LLC | Net Leased Management, LLC<br>Anna Marie Deleon<br>10951 Sorrento Valley Road, #2A<br>San Diego, CA 92121 | American Freight Outlet Stores, LLC | Outlet Store Lease, dated March 21, 2019<br>1210 W Morena Blvd<br>San Diego, CA 92110 | 5630 |
| 191 | New Bern Development, LLC | New Bern Development, LLC<br>Rebecca Andrews<br>PO Box 6309<br>Raleigh, NC 27628 | American Freight Outlet Stores, LLC | Retail Lease Agreement, dated June 30, 2022<br>3529 Maitland Dr<br>Raleigh, NC 39121 | 9876 |
| 192 | New Plaza Management LLC | New Plaza Management LLC<br>Howard Shafron<br>2720 Van Aken Blvd., Ste. 200<br>Cleveland, OH 44120 | American Freight, LLC | Lease Agreement, dated March 19, 2019<br>10333 Northfield Rd - Unit 110<br>Northfield, OH 44067 | 43 |
| 193 | Newport Crossing Investors, LLC c/o Coastal Equities Real Estate | Newport Crossing Investors, LLC c/o Coastal Equities Real Estate<br>Sarah Mendel<br>3265 Meridian Pkwy, Ste. 1300<br>Weston, FL 33331 | American Freight, LLC | Lease, dated February 14, 2023<br>451 A Oriana Rd<br>Newport News, VA 23602 | 81 |
| 194 | North County Columbia Realty, LLC c/o ORDA Corporation | North County Columbia Realty, LLC c/o ORDA Corporation<br>Diane<br>15400 Knoll Trail, Suite 201<br>Dallas, TX 75248 | American Freight, LLC | Lease, dated May 26, 2018<br>2900 Paris Rd Suite 200<br>Columbia, MO 65202 | 165 |
| 195 | Northern McFadden Limited Partnership | Northern McFadden Limited Partnership<br>Brent Gregory<br>400 Montgomery Street, 4th Floor<br>San Francisco, CA 94104 | American Freight Outlet Stores, LLC | Lease, dated August 22, 2019<br>1430 S Village Way Suite K<br>Santa Ana, CA 92705 | 5631 |
| 196 | Northside Village Conyers, LLC | Northside Village Conyers, LLC<br>Donna Cauther<br>85-A Mill Street, STE #100<br>Roswell, GA 30075 | American Freight, LLC | Lease, dated November 19, 2020<br>425 Sigman Rd Ste 105-106<br>Conyers, GA 30012 | 215 |

8

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement and Property | Store |
|---|---|---|---|---|---|
| 197 | Oil Capital Commercial Real Estate Services | Oil Capital Commercial Real Estate Services<br>Mike Schnake<br>5555 E. 71st St., STE. 7300<br>Tulsa, OK 74136 | American Freight, LLC | Lease, dated March 29, 2018<br>3301 South Elm Place<br>Broken Arrow, OK 74012 | 161 |
| 198 | Old Orchard, LLC | Old Orchard, LLC<br>Christina Line<br>30 W Franklin St., Ste. 302<br>Hagerstown, MD 21740 | American Freight, LLC | Lease Agreement, dated May 29, 2015<br>17627 Virginia Ave<br>Hagerstown, MD 21740 | 112 |
| 199 | Oldacre Mcdonald | Oldacre Mcdonald<br>David Heydasch<br>3841 Green Hills Drive, STE #400<br>Nashville, TN 37215 | American Freight FFO, LLC | Lease, dated March 1, 1999<br>2300 State Street<br>New Albany, IN 47150 | 245 |
| 200 | One Home Realty, INC | One Home Realty, INC<br>Ed Stroud<br>16617 Hwy 71<br>Savannah, MO 64485 | American Freight FFO, LLC | Lease Agreement, dated December 15, 2017<br>3715 N Belt Highway<br>Saint Joseph, MO 64506 | 242 |