**EXHIBIT 1**

**Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF W. JOSEPH DRYER IN SUPPORT OF ORDER APPOINTING DIRECT FEE REVIEW LLC AS FEE EXAMINER**

I, W. Joseph Dryer, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a member of Direct Fee Review LLC (the "Firm"), which maintains offices at 24A Trolley Square #1225, Wilmington, Delaware 19806.

2. I submit this declaration (this "Declaration") to establish that both the Firm and I are a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in connection with the Firm's

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

appointment as the independent Fee Examiner in the above-captioned chapter 11 cases of Franchise Group, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors").

3. Except as otherwise indicated, I have personal knowledge of the facts set forth herein.

4. With respect to my and the Firm's "disinterestedness" under section 101(14) of the Bankruptcy Code, I provide the following information:

    a. Neither the Firm nor I is, or has been, during the pendency of the chapter 11 cases, a creditor, equity security holder or insider of any of the Debtors.

    b. Neither any professional at the Firm nor I is, or has been, a director, officer or employee of any of the Debtors.

    c. Neither the Firm nor I have any interest materially adverse to the interests of these bankruptcy estates or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with or interest in any of the Debtors, or for any other reason.

    d. Neither any professional at the Firm nor I is a relative of any Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware, the United States Trustee for Region 3 or any person employed by the Office of the United States Trustee (Region 3) (the "U.S. Trustee").

    e. Neither the Firm nor I represent or has represented in the past any of the Debtors or any of their affiliates.

5. To the best of my knowledge after reasonable inquiry, neither I nor the Firm has any connection to the Debtors, their creditors, any other potential party in interest set forth on the list provided by the Debtors included as Exhibit A hereto, their respective attorneys and/or accountants, or any person employed by the U.S. Trustee except that as a fee examiner in unrelated chapter 11 cases, the Firm and I have previously audited fee applications of firms listed in Exhibit B hereto. The Firm and I also maintain, or have in the past maintained, incidental consumer accounts with JPMorgan Chase.

6. I do not believe that auditing fee applications of professionals retained in these chapter 11 cases or any of the other disclosed connections with potential parties in interest in matters unrelated to the Debtors' chapter 11 cases presents any conflict of interest.

7. The Firm's current customary hourly rate, subject to change from time to time, is $300 per hour, plus reimbursement of expenses. In the normal course of business, the Firm revises its regular hourly rates on January 1st of each year and requests that, effective January 1st of each year, the aforementioned rate be revised to the regular hourly rate which will be in effect at that time; *provided*, *however*, the Firm will provide at least ten (10) days advance notice of the revised regular hourly rate to counsel to the Debtors, the U.S. Trustee, and proposed counsel to the Official Committee of Unsecured Creditors.

8. No agreement or understanding exists between the Firm or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases.

9. As required by section 504 of the Bankruptcy Code, neither the Firm nor I have any agreement with any entity to share with such entity any compensation received by the Firm.

10. The Firm and its partners, auditors and members may have in the past been retained as fee examiner and may in the future be retained as fee examiner by entities that are or may become claimants of the Debtors in matters totally unrelated to the matters with respect to which the Firm is to be engaged in the Debtors' chapter 11 cases.

11. Neither I, the Firm, nor any partner, auditor or member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which the Firm is to be engaged.

12. In the event that additional facts bearing on the matters described herein are discovered, I will supplement the information contained in this Declaration.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge, information, and belief after reasonable inquiry, the foregoing is true and correct.

Dated: January 15, 2025
Wilmington, Delaware

*/s/ W. Joseph Dryer*
W. Joseph Dryer

# **EXHIBIT A**

**Parties in Interest List**

**Debtor Entities & Related Subsidiaries**
American Freight FFO, LLC
American Freight Franchising, LLC
American Freight Franchisor, LLC
American Freight Group, LLC
American Freight Holdings, LLC
American Freight Management Company, LLC
American Freight Outlet Stores, LLC
American Freight, LLC
B. Riley Receivables II, LLC
Betancourt Sports Nutrition, LLC
Buddy's Franchising and Licensing LLC
Buddy's New Co, LLC
Educate, Inc.
Franchise Group Acquisition TM, LLC
Franchise Group Intermediate AF, LLC
Franchise Group Intermediate B, LLC
Franchise Group Intermediate BHF LLC
Franchise Group Intermediate Holdco, LLC
Franchise Group Intermediate L, LLC
Franchise Group Intermediate PSP, LLC
Franchise Group Intermediate S, LLC
Franchise Group Intermediate SL, LLC
Franchise Group Intermediate V, LLC
Franchise Group New Holdco, LLC
Franchise Group Newco BHF, LLC
Franchise Group Newco PSP, LLC
Franchise Group Newco S, LLC
Franchise Group Newco SL, LLC
Franchise Group Newco V, LLC
Franchise Group, Inc.
Freedom VCM Holdings, LLC
Freedom VCM Interco Holdings, Inc.
Freedom VCM Interco, Inc.
Freedom VCM Receivables, Inc.
Freedom VCM, Inc.
Home & Appliance Outlet LLC
Pet Supplies "Plus", LLC
PSP Distribution, LLC
PSP Franchising, LLC
PSP Group, LLC
PSP Midco, LLC
PSP Service Newco, LLC
PSP Stores, LLC (Ohio)
PSP Subco, LLC
Valor Acquisition, LLC
Vitamin Shoppe Florida, LLC
Vitamin Shoppe Franchising, LLC
Vitamin Shoppe Global, LLC
Vitamin Shoppe Industries LLC
Vitamin Shoppe Mariner, LLC
Vitamin Shoppe Procurement Services, LLC
W.S. Badcock Corporation
WNW Franchising, LLC
WNW Stores, LLC

**5% or Greater Equity Holders**
B. Riley Private Shares 2023-2 QP, LLC
B. Riley Securities, Inc.
BRF Investments, LLC
Brian Kahn and Lauren Kahn Joint Tenants by Entirety
Vintage Opportunity Partners, L.P.

**Directors and Officers**
Aaron Granger
Alissa Ahlman
Andrew Kaminsky
Andrew Laudato
Andrew M. Laurence
Anthony Block-Belmonte
Brian Hoke
Bryant R. Riley
Chris Meyer
Christopher Rowland
Daniel McNamara
Eric Seeton
Jacob Jones
Jeff Van Orden
Jeffrey Seghi
Jemma Lawrance
John Hartmann
Kenneth Miles Tedder
Lee Wright
Michael Bennett
Mike Gray
Muriel Gonzalez
Neal Panza
Norman McLeod
Peter Corsa
Philip Etter

Teresa Orth
Tiffany McMillan-McWaters
Todd Arden
Todd Evans

**Administrative and Collateral Agents**
Alter Domus (US) LLC
JPMorgan Chase Bank, N.A.

**Significant Suppliers and Vendors**
A Team Sales LLC
Affordable Furniture Mfg Inc
Alani Nutrition
American Agco (ADMC)
Animal Supply Co Lone Star
Animal Supply Co Wholesome
Ashley Furniture Industries Inc
Brodnax Printing Company I, LLC dba
Brodnax 21c Printers
California Pet Partners LLC
Capstone Nutrition
CRAMCO
Crown Mark Imports Inc
DAS LABS LLC
Elytus Ltd
Enterprise FM Trust
Flexport
Florida State Games Inc.
Garden of Life
Generis Tek Inc
Ghost, LLC.
Gorilla Mind
KFM247 LTD
Kith Furniture
Korber Supply Chain US, Inc.
Lumisource, LLC
Marcone Appliance Parts Company
Mars Petcare
Media Works, Ltd.
Merrick Pet Foods Inc
Meta Platforms, Inc.
MMXXI Investments LLC
Nutrivo, LLC
ODP Business Solutions, LLC (Office Depot)
One Stop Facilities Maintenance Corp

Optimum Nutrition
Origin
Peak Living
Phillips Lansing Facility
Planitretail LLC
Prime Hydration LLC
Pro-Form Laboratories
Quest Nutrition, LLC
Raw Sport Supplement Company
REDCON 1
Royal Canin
Ryse Up Sports Nutrition LLC
Seaboard International Forest Products LLC
Sealy Mattress Company
Seminole Furniture
Steve Silver Company
Uber Freight US LLC
Velosio LLC
Vitality Works, Inc.
WEX Bank

**Top Unsecured Creditors (as of 10.10.24)**
Albany Industries Inc
Alphia Inc
Aquatic & Reptile - Central Garden & Pet
Arizona Nutritional Supplement
Assurant Inc.
Champion Petfoods USA
Climatic Home Products
Coyote Logistics
Delta Furniture
Earth Animal Ventures
Ehplabs LLC
Elanco US Inc
Elements International Group LLC
EMA Electrolux/Frigidaire
Force Factor Brands LLC
GE Appliances
GE General Electric-Haier US Appliance
Google
Hartz Mountain - VMX
Hill's Pet Nutrition
Kong Company
Living Style (Singapore) Pte. Limited
Lowes Companies Inc
M I Industries Inc

2

Madix Inc
Midwestern Pet Foods
Muebles Briss S.A. De C.V.(Marby)
Natural Balance Pet Foods Inc
Nestle Purina Petcare Company
Open Farm Inc
Order Groove Inc
O'Rourke Bros., Inc.
O'Rourke Sales Company
Peak Living, Inc.
Phillips Feed and Pet Supply
Premier Nutrition Company, LLC
Radio Systems Corporation
Sealy Mattress Manufacturing Company
Simmons Pet Food Inc
Solstice Sleep Company
Spectrum Brands Pet LLC
Standard Furniture MFG Co Inc
Stella and Chewys LLC
Surest/UnitedHealthcare Inc.
Titanic Furniture
Transform Holdco LLC (3PL)
UPS (Ocean Freight)
Vitamin Well USA LLC
Wellness Pet LLC
Weruva International Inc
Whirlpool
Zinatex Imports, Inc

**Landlords & Lessors**
103rd Street 6024, LLC
1210 Morena West LLC
1230 Zion, LLC
1700 Eubank, LLC
1997 GRP Limited Partnership
2151 Highland Partners, LLC
2885 Gender Road, LLC
30X30 34th Street Lubbock Partners, LLC
3200 Hwy 13, LLC
4100 Tomlynn Street-Rebkee, LLC and Tomlynn Street-Fountainhead, LLC
4116 OBT Investments, LLC
425 Broadway RE Holdings LLC & 431 Broadway RE Holdings LLC
4801 Washtenaw LLC

5737-5848 North Elizabeth Street Holdings, LLC
6001 Powerline, LLC
65 Holmes Investment Partners LLC
6588 LLC
7000 S May Ave, LLC
801 South Ft. Hood, LLC
900-71, LLC
A. Roland Kimbrell Trust
Acorn Ridge Properties LLC, JDM Capital, LLC, MO Partners LLC, Confluence Investment LLC
Afreight Holdings, LLC
AJDC 2, LLC
Albany Plaza Shopping Center LLC
Alisan LLC and Roseff LLC
All American Association, LLC and Yvonne Keff
Allentex, LP
Amerco Real Estate Company
AMG Properties Inc.
Amplify Credit Union
Anderson Plaza, LLC
Arch Village Management Realty LLC
Ares Holdings, L.L.C.
Arizona Mills Mall, LLC
AR-Park Shopping Center, LLC and JSP-Park Shopping Center, LLC
Atlanta Industrial TT, LLC
B.J. McCord d/b/a McCord Business Center
B33 Broadview Village LLC
Baldwin Gardens, Inc.
Bane Holdings of Tallahassee, LLC
Banner Partners, LLC
Bardstown S.C., LLC
BC Airport, LLC
Bell-51st, LLC
Belt 98, Inc.
Berryessa Plaza LLC
BG Plaza, LLC
Boatlanding Development Co., Inc.
Bostick Development, L.C.
BRC Hendersonville, LLC
BRE Mariner Venice Shopping Center LLC
BRE Retail NP Festival Centre Owner LLC
Brierwood Village LLC

3

Brighton Landmark, LLC
Brixmor Holdings 8 SPE, LLC
Brixmor SPE 5 LLC
Brixton Rogue, LLC
Brookhill V Acquisition, LLC
Brooksville Commercial Properties, LLC and Oak Tree Lane, LLC
Brown Deer Mall, LLC
Bruce Howe Trust
BSW/DMW Properties LLC
Cafaro Leasing Company, LTD.
Candler RD Plaza GA LLC
Cedar Golden Triangle, LLC
Centerpoint 550, LLC
Centerview Plaza, LLC
Central Mall Port Arthur Realty Holding, LLC
Certified Capital, LP, Horowitz Holdings, LLC, Asset Acquisitions, LLC, and 3610 Partners, GP
CETA Group Limited Partnership
Chapel Hills Realty LLC, Chapel Hills CH LLC, and Chapel Hills Nassim LLC
Charleigh Davis and TCCB Properties
Chicago Title & Trust Company, As Trustee Under Trust Agreement Dated 10/10/1984 and Known as Trust No. 1086065
Chillicothe Shopping Center, LP
Chris McCarty Company, LLC
Cielo Paso Las Tiendas, L.P.
Circle City Property Group Inc.
Citimark Charleston, LLC
CJM Limited Liability Limited Partnership
Clear Creek Brothers - CV, LLC
Clear Lake Center, L.P.
Clendenin Partners
CLPF-Essex Green, LLC
Cobblestone Square Company, Ltd.
ColFin 2015-2 Industrial Owner, LLC
Colony Mills Enterprises, LLC
Combined Properties Limited Partnership
Commercial Properties Associates, LLP
Concord Retail Investment Group, LLC
Core MR Westview, LLC
Costco-Innovel Owner LLC
Costco-Innovel Properties LLC

Creekstone/Juban I, LLC
Crossing Point LLC
Crossroads Centre II, LLC
Crossroads Plaza, LLC
Crossroads Sunset Holdings, LLC
Cuyahoga Investments, LLC
CWP/Arlington LLC
D3 New Albany, LLC
Daniel G. Kamin Wadsworth Enterprises
Daniel P. Hagaman
Danville Riverside Partners, LLC
Daytona Commons, LLC
DCT Presidents Drive LLC
DDR Carolina Pavilion LP
Dennis R. Phillips Revocable Trust
Derby Improvements, LLC
DES 2015, LLC and CJCM, LLC-Series CV505
Dixie Manor, LLC
Donna M. Rainwater & Larry J. Rainwater
Donna Rainwater Reece, Larry J. Rainwater, R. Bryan Whitmire and Karla J. Whitmire
Douglas C. Foyt and Trailers for Sale or Rent, Inc.
Dyn Sycamore Investments, L.L.C.
E & L Investments LLC
E.W. Thompson, Inc.
Eagle Water, LLC
Eagle-North Hills Shopping Centre LP
Eastlake Edison LLC and Eastlake Milford LLC
Economy Square, Inc.
Ellis Chai LLC
Esue LLC
Ethan Conrad Properties, Inc.
Excel Realty Partners, L.P.
Exchange Right Value-Add Portfolio 2 Master Lessee, LLC
F.M.K., LLC
Fairview Heights Realty, LLC and Fairview Nassim LLC
Fall River Shopping Center North, LLC
Faye Gross
Fiddler's Run, LLC
Fivel Family, LLC
Fox Jr. Development Inc.

4

Franklin Mills Associates Limited Partnership
Franklin Towne Plaza LLC
Frayer Enterprises, LLC
Fredric Singer
Front Street Kansas City, LLC
FSC West Covina, LLC
FSH Galleria Plaza, LLC
G&I X Industrial IN LLC
Gamble Brothers, LLC
Gary Mehan, DBA G.M. Properties
Gateway Retail Partner III, LLC
Gateway South, LLC #1
GBUZZ, LLC
GCP Boom, LLC
Giuffre IV, LLC
GKI Industrial Dallas, LLC
Glendale Galleria Center, LLC
GLL BVK Properties, L.P.
Gosula Holdings Ltd.
Gravois Bluffs East 8-A, LLC
Greater Orlando Aviation Authority
Greenfield Plaza LLC
Greenlight Development, LLC
GRH Goodyear LLC, Gaston Holdings LLC, and MRH Venture Capital LLC
Gridley Square Property, LLC
GS Centennial LLC
Gulson Retail LLC
Halltown Farms, LLC
Hankins Real Estate Partnership
Hart & Hart Corp.
Henry Fine Trust
Hidden Hill Road Associates, LLC
High Cotton Palisades, LLC, High Cotton Shoals, LLC and Pharo Palisades I, LLC
Himaloy Taylor LLC
HM Peachtree Corners I LLC
Hogan Holdings 56, LLC
HV Center LLC, HV Center TIC 1 LLC, and HV Center TIC 2 LLC
IH 35 Loop 340 Investors, LTD.
IH-10 Hayden, Ltd.
Indian Trail Square, LLC
Inland Commercial Real Estate Services LLC
Innovation Realty IN, LLC
Integra CRE, LLC
IRC Park Center Plaza, L.L.C.
Ireland Corner, LLC
Isador Schreiber & Associates, LLC
J & F Gainesville Properties, LLC
J&L Development Company, LLC
Jackson Street Group, LLC
Jeffnan U.S.A. Inc.
JHG Properties, LLC
JMK5 Winchester, LLC
JMW Hebron, LLC
Joe Amato East End Centre, LP
JRF Texas Properties, LLC
JSM Land Group, LLC
Kelley Commercial Realty, LLC and Stephanie D. Kelley
Keyser Oak Investors, LLC
KGI Military LLC
Kin Properties Inc.
Kings Mountain Investments
Kingsport Green AC Managing Company, LLC
Kinsman Investors
Kitty Wells, Inc.
KMD, LLC
KRG Houston Royal Oaks Village II, LLC
KRG Plaza Green, LLC
L.W. Miller Holding Company
Laurie Industries, Inc., Kinpark Associates and Fundamentals Company
Lawrence F. Kolb & Catherine M. Kolb, Trustees of The Lawrence F. Kolb and Catherine M. Kolb JLRT U/A/D April 12, 2018 and 2233 & 2235 MO Blvd, LLC
LBD Properties, LLC
LCRF, LLC
LDC Silvertree, LLC
Leland J3, LLC
Leveraged Holdings, L.L.C.
Lexington 2770, LLC
Lichtefeld Development Trust
Lidl US Operations, LLC
Lincoln Associates
LIT-ENVP Limited Partnership
LoLo Enterprises, LLC

Lovell 2.5, LLC
LU Candlers Station Holdings, LLC
Lynch Butler
M3 Ventures, LLC
Macon Center, LLC
Malco T.I.C.
Mall at Potomac Mills, LLC
Marathon Management, LLC
Marc NaperW LLC and NaperW, LLC
MarketFair North, LLC
McRae Mortgage & Investments, LLC
Meditrina Properties, LLC
Melvin C. McClung, Trustee of the Tommie Louise McClung Family Trust
Menard, Inc.
Merchant 33 LLC
Merchant's Investors, LLC
Meredith, Inc.
Midwest Commercial Funding, LLC
Missouri Boulevard Investment Company, LLC
Mobile Highway 4500, LLC
Mojack Holdings, LLC
Mongia Capital Michigan, LLC
Moon Village, LLC
Morningside Plaza, L.P.
MR Stealth LLC
Muenchens Unlimited, LLC
NDF III MJ Crossing, LLC
New Bern Development LLC
New Plaza Management, LLC
Newport Crossing Investors, LLC
Niagara Falls 778, LLC
North County Columbia Realty, LLC
Northern McFadden Limited Partnership
Northside Village Conyers, LLC
Northtowne Center Investors, LLC
Oak Forest Group, LTD
Okee Realty Associates, LLC
Old Orchard, LLC
One Home Realty, Inc.
One Land Company, LLC
One Oak Investments, LLC
Osborne Properties Limited Partnership
Oxford Street Huntsville
P & S Axelrod, L.L.C.
P&H Investments, LLC
Pacifica Muskegon, LLC
Parker-Anderson, LLC
Parkway Mall, LLC
PCRIF Spring Park Holdings, LLC
Pensacola Corners LLC
PFIILP - Parr Boulevard, LLC
Pilchers Summit Limited Partnership
Pinellas Park Square, LLC
Piqua Investment Partners, LLC
PK II El Camino North L.P.
Plaza North Shopping Center, LLC
Polk County Partners, LLC
Port St. Lucie Plaza I, II, III, LLC
Prattville Partners, Limited Partnership
Prologis Targeted U.S. Logistics Fund, L.P.
Pullman Square Associates
Rainbow Investment Co.
Randall M. Schulz
Ravi Randal Investment Group, LLC
RE Pecan, LLC
Realty Income Corporation
Regions Bank as Trustee of the Thomas H. Willings Jr. Family Trust
Repwest Insurance Company
Richard Briggs and John Nathan Briggs, as Trustees of the Stephanie R. Briggs Irrevocable Trust dated October 15, 2009; and Stephanie R. Briggs and John Nathan Briggs, as Trustees of the Richard M. Briggs Irrevocable Trust dated October 15, 2009
Ridgewater Commerce LLC
Rini Realty Company
River Oaks Properties, Ltd.
Riverdale Center North, LLC
Riverplace Shopping Center, LLC
Rock N Roll Development, LLC
Rockhill Center, LLC
Rodi Road 501, LLC
Rogers Commercial Properties, LLC
Rose & Rose, LLC
RPI Ridgmar Town Square, Ltd.
RRG LLC
Sabatine BK Development, LLC
Saia Family Limited Partnership
Sarabara Corp.

6

Sav 15000 Abercorn, LLC
Sears Authorized Hometown Stores, LLC
SEK 7753, LLC
Shrewsbury Village Limited Partnership
Sissel Juliano
SJN Realty Holdings, LLC
Slidell Athletic Club Property, L.L.C.
Somera Road - Athens Georgia II, LLC
South Tulsa Storage, LLC
Southern Hills Center, Ltd.
Southgate Properties, LLC
Southtown Plaza Realty LLC and
Southtown Nassim LLC
Southview Dothan Investors, LLC
Space For Lease of Tennessee
State Road 4201, LLC
Stature High Ridge, LLC
Sterling Equities II, LLC
Stewart & Hamilton Properties, LLC
Stone Mountain Square Shopping Center, LLC
SVR Investments, LLC
SW 17th Street 1010, LLC
Sylvan Park Apartments, LLC
T.B.R. Property Group, LLC
T18 Investments, LLC
Tanglewood Venture, LLC
TB Garrett Creek, LLC
TBF Group Battle Creek, LLC
TCP Enterprise Parkway, LLC
Tejas Center, LTD.
Tenalok, LLC
Texas Main Street, LLC
The Collins Investment Trust
TKC CCXXXIX, LLC
TKG Colerain Towne Center, LLC
TKG Cranston Development, L.L.C.
TKG Fairhaven Commons, LLC
TLP 4782 Muhlhauser LLC
Tops Holding, LLC
Town Real Estate Enterprises, LLC
Tucson Speedway Square, LLC
Tumon Bay Resort & Spa, LLC
Turfway Baceline, LLC
Two by Two Properties, LLC
Tycer Heirs Separate Property, LLC
University Realty Associates, LLC
US Investments
Victory River Square, LLC
Vishal Kalmia Plaza, LLC
W.H. Warehouse, L.L.C.
Wal-Austin, LLC
Warner Robins Perlmix, LLC
Watson Village Retail, LLC
Waverly Plaza Shopping Center, Inc.
West County Investors, LLC
Weston SCIP 2 LLC
Westphal Leasing, LLC
Westside Village Shopping Center of Rome, Inc.
WFD Investments, L.L.C.
White Lane, LLC
Whitehall Crossing D, LLC
William Shane Courtney
Woodcrest Akers, LLC
Woodforest Mini-City Partners, LP and JLCM Partners, LP, TIC
Wylds 1708, LLC
YEK #9, LLC
York Realty Investment, LLC

**Significant Counterparties to Material Agreements**
Capturis
Engie Resources LLC

**Significant Litigation Matters**
Charles Knight
Health Advocate
Gale et al [Class Action]
Joseph F Gazzo III
Matthew Giffuni
Quadre Investment Advisors LLC
Buddy's Mac Holdings, LLC

**Professionals**
AlixPartners LLP
Davis Polk & Wardwell LLP
Deloitte & Touche LLP
Ducera Partners LLC
Ernst & Young
Evercore LP

| | |
|---|---|
| Foley & Lardner LLP | Diane Giordano |
| Gordon Rees Scully Mansukhani, LLP | Dion Wynn |
| Gordon Brothers Asset Advisors, LLC | Edith A. Serrano |
| Grant Thornton LLP | Elizabeth Thomas |
| Guggenheim Securities, LLC | Fang Bu |
| Hilco Merchant Resources, LLC | Hannah M. McCollum |
| Hilco Real Estate, LLC | Holly Dice |
| Holland & Knight, LLP | James R. O'Malley |
| Kroll Restructuring Administration LLC | Jane Leamy |
| Landis Rath & Cobb LLP | Jonathan Lipshie |
| Latham & Watkins LLP | Jonathan Nyaku |
| Lazard Group LLC | Joseph Cudia |
| M3 Advisory Partners, LP | Joseph McMahon |
| Morris, Nichols, Arsht & Tunnell LLP | Lauren Attix |
| Paul Hastings LLP | Linda Casey |
| Paul, Weiss, Rifkind, Whaton & Garrison LLP | Linda Richenderfer |
| | Malcolm M. Bates |
| Petrillo Klein & Boxer LLP | Michael Girello |
| Porter Wright Morris & Arthur LLP | Nyanquoi Jones |
| Ryan, LLC | Richard Schepacarter |
| Sheppard Mullin Richter & Hampton LLP | Rosa Sierra-Fox |
| Troutman Pepper Hamilton Sanders LLP | Shakima L. Dortch |
| White & Case LLP | Timothy J. Fox, Jr. |
| Willkie Farr & Gallagher LLP | |
| Young Conaway Stargatt & Taylor, LLP | |

**Other Parties**
BCDC Portfolio Owners LLC
BCHQ Owner LLC
National Retail Properties, LP

**DE - Judges**
Chan, Ashely M.
Dorsey, John T.
Goldblatt, Craig T.
Horan, Thomas M.
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

**DE – Office of the United States Trustee**
Andrew R. Vara
Benjamin Hackman
Christine Green

8

**EXHIBIT B**

## Direct Fee Review LLC

Direct Fee Review LLC has reviewed or is currently reviewing fee applications submitted by the professional firms and in the matters listed below, which are wholly unrelated to the Debtors' chapter 11 cases:

**Cases**

AbitibiBowater, Inc.
Adoc Holdings, Inc.
AES Eastern Energy LP
Allied Systems, Inc.
Bolta US LTD
Borden Dairy Company
Building Materials Holding Corp
Capmark Financial Group Inc.
CCS Medical, Inc.
Chicago Newspaper Liquidation Corp.
Colt Holding Company LLC
DGI Resolution Inc.
Direct Buy Holdings Inc.
First Energy Solutions Corp.
Fresh & Easy Neighborhood Market Inc.
Furniture Brands International, Inc.
GNC Holdings Inc.
Hospital Acquisition LLC
LBI Media
Lucky Brand Dungarees, LLC
Maxus Energy Corp.

Mallinckrodt PLC
Mission Coal
Molycorp, Inc.
OTC Holding Corp.
Raser Technologies, Inc.
RathGibson, Inc.
Remington Outdoor Company, Inc.
RMH Franchise Holdings, Inc.
RS Legacy Corp.
School Specialty, Inc.
SFX Entertainment, Inc.
Southern Air Holdings, Inc.
SP Newsprint Holdings LLC
Specialty Products Holding Corp.
Takata Holdings
The Hertz Corp.
Vertis Holdings, Inc.
Walter Energy, Inc.
WP Steel Venture LLC
Zohar III Corp.

**Firms**

A&G Realty
Adams and Reese LLP
Akin Gump Strauss Hauer & Feld LLP
Alix Partners, LLP
Alvarez & Marsal North America, LLC
Alvarez & Marsal Securities
Analysis Group, Inc.
Analysis Research and Planning Corp
AP Services LLC
Arent Fox LLP
Arnold & Porter Kaye Scholer LLP
Arthur Cox LLP

Ashby & Geddes PA
Assessment Technologies Ltd
B. Riley Advisory Services
Baker Donelson Bearman Caldwell & Berkowitz
Ballard Spahr LLP
Barclays Capital Inc
Barnes & Thornburg LLP
Bates White LLC
Bayard PA
BDO Consulting
BDO USA LLP

Beekman Advisors Inc.
Benesch Friedlander Coplan & Aronoff LLP
Bennett Jones LLP
Berkeley Research Group LLC
Bifferato LLC
Black McCuskey Souers & Arbaugh, LPA
Blackstone Advisory Partners LP
Blank Rome LLP
Bradley Arant Boult Cummings LLP
Broadpoint Capital, Inc.
Brouse McDowell LPA
Brown Rudnick LLP
Bryan Cave LLP
Buchanan Ingersoll & Rooney PC
Burr & Forman, LLP
Cadwalader, Wickersham & Taft LLP
Caplin & Drysdale Chartered and Seitz Van Ogtrop & Green PA
Cahill Gordon & Reindel LLP
Calfee Halter & Griswold LLP
Carl Marks Advisory Group LLC
Cassels Brock & Blackwell LLP
Charter Oak Financial Consultants LLC
Christian & Small LLP
Chuo Sogo Law Office PC
Cole Schotz PC
Colley LLP
Complete Discovery Source, Inc.
Conway MacKenzie, Inc.
Cooley LLP
Cousins Chipman & Brown LLP
Cornerstone Research Inc.
Covington & Burling LLP
Cross & Simon LLC
Cushman & Wakefield Inc.
Davies Ward Phillips & Vineberg LLP
Debevoise & Plimpton LLP
Dechert LLP
Deloitte & Touche LLP
Deloitte Consulting LLP
Deloitte Financial Advisory Services LLP
Deloitte LLP FAS
Deloitte Tax LLP

Dewey & LeBoeuf LLP
DLA Piper
Donlin & Recano & Company, Inc.
Donnelly Penman & Partners
Drinker Biddle & Reath LLP
Ducera Partners, LLC
Duff & Phelps
Dundon Advisors LLC
Edmond R. Denaberg
Emerald Capital Advisors Corp.
Epiq Corporate Restructuring LLC
Ernst & Young LLP
Evercore Group
Evert Weathersby Houff
Executive Sounding Board Associates
Foley & Lardner LLP
Forman Perry Watkins Krutz & Tardy LLP
Fox Rothschild LLP
Frankel Wyron LLP
Freed Maxick CPAs PC
FTI Consulting Inc
Gibson Dunn & Crutcher LLP
Gilbert LLP
Gnarus Advisors LLC
Godfrey & Kahn SC
Goldman Sachs & Co LLC
Gordon Brothers Group LLC
Grant Thornton LLP
Greenberg Traurig, LLP
Growling Lafleur Henderson LLP
Guggenheim Securities LLC
Hahn & Hessen LLP
Hahn Loeser & Parks LLP
Hilco Real Estate,
Hogan Lovells US LLP
Holland & Knight LLP
Houlihan Lokey
Houlihan Lokey Capital Inc
Hunton & Williams LLP
Huron Consulting LLC
ICF Resources, LLC
Jefferies & Co, Inc.

2

Jefferson & Company Inc.
Jefferson Wells Inc. Inc.
Jenner & Block LLP
Johnson Associates Inc
Jones Day
Jones Lang Lasalle Brokerage Inc
JR Myriad LLC
Kasowitz Benson Torres & Friedman LLP
Katten Muchin Rosenman LLP
Kaye Scholer LLP
Keightly & Ashner LLP
Kelly Drye & Warren LLP
Kilpatrick Townsend & Stockton LLP
Kirkland & Ellis LLP
Klehr Harrison Harvey Branzburg LLP
KPMG Canada
KPMG LLP
Kramer Levin Naftalis & Frankel LLP
Kurtzman Carson Consultants LLC
Latham & Watkins LLP
Landis Rath & Cobb LLP
Lax O'Sullivan Lisus Gottlieb LLP
Lazard Freres & Co LLC
Legal Analysis Systems Inc.
Locke Lord LLP
Loughlin Meghji & Co
Lowenstein Sandler LLP
Loyens & Loeff NV
Mackinac Partners LLC
Maples and Calder (Ireland) LLP
Maples Law Firm PC
Mason Hayes & Curan LLP
Maynard Cooper & Gale PC
McCarthy Tetrault LLP
McDonald Hopkins LLC
McKool Smith PC
Mercer (Canada) Limited
Mesirow Financial Consulting LLC
Meunier Carlin & Curfman LLC
M-III Advisory Partners, LP
Milbank Tweed Hadley & McLoy LLP
Miller Buckfire & Co LLC
Mintz, Levin, Cohn, Faris Glosky and Popeo PC

Moelis & Company LLC
Montgomery McCracken Walker & Rhoads LLP
Morgan Lewis & Bockius LLP
Morris James LLP
Morris Nichols Arsht & Tunnell LLP
Morrison & Foerster LLP
MPA Inc
NERA Economic Consulting
Ogletree Deakins Nash Smoak & Stewart PC
O'Melveny & Myers LLP
Omni Management Group
Otterbourg Steindler Houston & Rosen PC
Pachulski Stang Ziehl & Jones LLP
Parella Weinberg Partners LP
Paul Hastings Janofsky & Walker LLP
Paul Hastings LLP
Paul Weiss Rifkind Wharton & Garrison LLP
Pepper Hamilton LLP
Perella Weinberg Partners LP
Perkins Coie LLP
Pillsbury Winthrop Shaw Pittman LLC
PJ Solomon Company
PJT Partners LP
PricewaterhouseCoopers LLP
PricewaterhouseCoopers LLP, Canada
Prime Clerk LLC
Protiviti Inc.
Province Inc
Quinn Emanuel Urquhart & Sullivan, LLP
Raymond James & Associates, Inc.
Reed Smith LLP
Retail Consulting Services, Inc.
Richards Layton & Finger PA
Riveron Consulting
Robert B MacLellan
Robinson & Cole LLP
Roger Frankel
Ropes & Gray LLP
Rosen Harwood, PA
Rosner Law Group LLP

Rothschild Inc.
RSM US LLP
Rust Consulting
Sakura Kyodo
Saul Ewing LLP
Schulte Roth & Zabel LLP
Seaport Group Securities LLC
Seelig + Cussigh HCO LLC
Segal Company
Shearman & Sterling LLP
Sheppard Mullin
Seitz Van Ogtrop & Green PA
Sichenzi Ross Friedman Ference LLP
Sidley Austin LLP
Sirote & Permutt, PC
Sitrick and Company, Inc.
Spangenberg Shibley & Liber LLP
Squire Patton Boggs (US) LLP
Stevens & Lee PC
Stikeman Elliott LLP
Strook Strook & Lavan LLP
Sullivan Hazeltine LLC
Taylor English Duma LLP
The Boston Consulting Group, Inc.
Togut Segal & Segal

Tom Weiskotten and GR Robbins & Associates, PA
Torys LLP
Troutman Sanders LLP
UBS Securities LLC
Van Benthem & Keulen NV
Van Wobeser Y Sierra, SC
Venable LLP
Waller Lansden Dortch & Davis, LLP
Wachtell Lipton Rosen & Katz
Weil Gotshal & Manges LLP
Weinsweig Advisors LLC
Whireford Taylor & Preston LLC
White & Case LLP
Whiteford, Taylor & Preston LLC
Whittlesey & Hadley PC
Willkie Farr & Gallagher LLP
Wilmer Cutler Pickering Hale & Dorr LLP
William Fry
Witmer Karp Warner & Ryan LLP
Womble Carlyle Sandridge & Rice
Young Conaway Stargatt & Taylor LLP
Zolfo Cooper LLC
Zolfo Cooper Management LLC