IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FRANCHISE GROUP, INC., et al.,**[1] | § | Case No. 24-12480-JTD |
| | § | |
| Debtors. | § | (Jointly Administered) |

**AMENDED NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE OF PLEADINGS**

**PLEASE TAKE NOTICE** that Bridge33 Capital LLC, as representative for various owners of Shopping Centers ("**Bridge33**"), by and through its counsel, Singer & Levick, P.C., files this, its *Amended Notice of Appearance and Request for Notice and Service of Pleadings*.

Pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342 and 1109(b) of the BANKRUPTCY CODE, Bridge33 respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon its counsel at the address, telephone number and email address listed below.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

---

Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas  75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: mshriro@singerlevick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the BANKRUPTCY CODE, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any Application, Motion, Petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notice and Service of Pleadings* is without prejudice to: (1) Bridge33's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoff and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit Bridge33 to the jurisdiction of the Court.

**DATED:  January 15, 2025**

Respectfully submitted,

SINGER & LEVICK, P.C.

By:    /s/ *Michelle E. Shriro*
      Michelle E. Shriro
      Delaware Bar No. 3219

16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972-380-5533
Fax: 972-380-5748
Email: mshriro@singerlevick.com

ATTORNEYS FOR:
BRIDGE33 CAPITAL LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties listed below, on this 15th day of January, 2025.

| **Debtors:**<br>Franchise Group, Inc., *et al.*<br>109 Innovation Court, Suite J<br>Delaware, Ohio 43015<br>**VIA ECF Noticing through its attorneys** | **Counsel to the Debtors:**<br>Debra M. Sinclair<br>Matthew A. Feldman<br>Betsy L. Feldman<br>**Willkie Farr & Gallagher LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>**VIA ECF Noticing** |
|---|---|
| **US Trustee:**<br>Timothy J. Fox<br>**Office of the United States Trustee**<br>**for the District of Delaware**<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>**VIA ECF Noticing** | Edmon L. Morton<br>Matthew B. Lunn<br>Allison S. Mielke<br>**Young Conaway Stargatt and Taylor, LLP**<br>1000 North King Street<br>Wilmington, DE, 19801<br>**VIA ECF Noticing** |

| | |
|---|---|
| **Counsel to the Committee:**<br>Bradford J. Sandler<br>Robert J. Feinstein<br>Paul J. Labov<br>Theodore S. Heckel<br>**Pachulski Stang Ziehl & Jones LLP**<br>780 Third Avenue, 34th Floor<br>New York NY 10017<br>**VIA ECF Noticing** | **Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders:**<br>Jayme Goldstein<br>Jeremy Evans<br>Isaac Sasson<br>**Paul Hastings LLP**<br>200 Park Avenue<br>New York, NY 10166<br>**VIA ECF Noticing**<br><br>Adam G. Landis<br>Matthew McGuire<br>**Landis Rath & Cobb LLP**<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19317<br>**VIA ECF Noticing** |
| **Counsel to the ABL Secured Parties:**<br>Jennifer Ezring<br>James Ktsanes<br>Andrew Sorkin<br>**Latham & Watkins LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>**VIA ECF Noticing** | **Counsel to the Second Lien Secured Parties and HoldCo Lenders:**<br>Thomas Lauria<br>**White & Case LLP**<br>200 S Biscayne Blvd<br>Miami, FL 33131<br>**VIA ECF Noticing**<br><br>Bojan Guzina<br>**White & Case LLP**<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br>**VIA ECF Noticing** |

    /s/ *Michelle E. Shriro*
    Michelle E. Shriro