IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 14, 2025, a true and correct copy of *B. Riley Principal Investments, LLC and B. Riley Financial, Inc.'s Responses and Objections to the Official Committee of Unsecured Creditors' Subpoena for Documents* was caused to be served on the following counsel as indicated:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

2

**BY ELECTRONIC MAIL**

Robert J. Feinstein, Esq.
Beth E. Levine, Esq.
Alan J. Kornfeld, Esq.
PACHULSKI STANG ZIEHL & JONES
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Email: rfeinstein@pszjlaw.com
      blevine@pszjlaw.com
      akornfeld@pszjlaw.com

-and-

James W. Walker, Esq.
PACHULSKI STANG ZIEHL & JONES
700 Louisiana Street, Suite 4500
Houston, TX 77002
Email: jwalker@pszjlaw.com

-and-

Bradford J. Sandler, Esq.
PACHULSKI STANG ZIEHL & JONES
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
Email: bsandler@pszjlaw.com

Respectfully submitted,

Dated: January 15, 2025
       Wilmington, Delaware

/s/ Alexander R. Steiger
John H. Knight (No. 3704)
Amanda R. Steele (No. 5530)
Cory D. Kandestin (No. 5025)
Alexander R. Steiger (No. 7139)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: knight@rlf.com
       steele@rlf.com
       kandestin@rlf.com
       steiger@rlf.com

*Counsel to B. Riley Principal Investments, LLC and its Affiliates*