**CERTIFICATE OF SERVICE**

   I, Alexander R. Steiger, hereby certify that, on January 15, 2025, I caused a copy of the foregoing *Notice of Service* to be served via electronic mail upon the parties below:

**BY ELECTRONIC MAIL**

Robert J. Feinstein, Esq.
Beth E. Levine, Esq.
Alan J. Kornfeld, Esq.
PACHULSKI STANG ZIEHL & JONES
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Email: rfeinstein@pszjlaw.com
   blevine@pszjlaw.com
   akornfeld@pszjlaw.com

-and-

James W. Walker, Esq.
PACHULSKI STANG ZIEHL & JONES
700 Louisiana Street, Suite 4500
Houston, TX 77002
Email: jwalker@pszjlaw.com

-and-

Bradford J. Sandler, Esq.
PACHULSKI STANG ZIEHL & JONES
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
Email: bsandler@pszjlaw.com

            /s/ Alexander R. Steiger
            Alexander R. Steiger (No. 7139)

RLF1 32221358v.1