# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FRANCHISE GROUP, INC., *et al.,* [1] | : | Case No. 24-12480 (JTD) |
| | : | (Jointly Administered) |
| | : | |
| _____ | : | **Ref. Docket No. 487** |

## CERTIFICATE OF SERVICE

I, Lawrence J. Kotler, certify that I am not less than 18 years of age, and that on January 16, 2025, I caused a true and correct copy of the *Objection, Joinder and Reservation of Rights of A-Team Leasing, LLC to Notice of Possible Assumption and Assignment and Cure Costs with Respect to Executory Contracts and Unexpired Leases* to be served by first class mail, postage prepaid and via e-mail on the parties on the attached Service List.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 16, 2025                                  Respectfully submitted,

                                                                              DUANE MORRIS LLP

                                                                              */s/ Lawrence J. Kotler*
                                                                              Lawrence J. Kotler, Esquire
                                                                              1201 N. Market Street, Suite 501
                                                                              Wilmington, Delaware 19801
                                                                              Telephone: (302) 657-4950
                                                                              Email: ljkotler@duanemorris.com
                                                                              E-mail: LJKotler@duanemorris.com

                                                                              *Attorneys for A-Team Leasing, LLC*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VIM Holdings, LLC (1225), Freedom VIM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VIM Receivables, Inc. (0028), Freedom VIM Interco, Inc. (3661), Freedom VIM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FOFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newcomb Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newcomb S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newcomb, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newcomb V, LLC (9746), Franchise Group Intermediate BUFF, LLC (8260); Franchise Group Newcomb BUFF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newcomb PSP, LLC (2323), PSP Medco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newcomb, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Succor, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newcomb SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

## SERVICE LIST

Debra M. Sinclair, Esquire
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Matthew A. Feldman, Esquire
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Betsy L. Feldman, Esquire
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Edmon L. Morton, Esquire
Young Conaway Stargatt and Taylor, LLP
1000 North King Street
Wilmington, DE 19801

Allison S. Mielke, Esquire
Young Conaway Stargatt and Taylor, LLP
1000 North King Street
Wilmington, DE 19801

Office of the United States Trustee for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Room 2207
Wilmington, DE 19801
Attention: Timothy J. Fox

Bradford J. Sandler, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017

Paul J. Labov, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017

Theodore S. Heckel, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017

Jayme Goldstein, Esquire
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Jeremy Evans, Esquire
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Isaac Sasson, Esquire
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Adam G. Landis, Esquire
Landis Rath & Cobb, LLP
919 N. Market Street
Suite 1800
Wilmington, DE 19317

Matthew McGuire, Esquire
919 N. Market Street
Suite 1800
Wilmington, DE 19317

Jennifer Ezring, Esquire
Latham & Watkins L.L.P.
1271 Avenue of the Americas
New York, NY 10020

James Ktsanes, Esquie
Latham & Watkins L.L.P.
1271 Avenue of the Americas
New York, NY 10020

Andrew Sorkin, Esquire
Latham & Watkins L.L.P.
1271 Avenue of the Americas
New York, NY 10020

Thomas Lauria, Esquire
White & Case LLP
200 South Biscayne Boulevard
Miami, FL 33131

Bojan Guzina, Esquire
White & Case
111 S. Wacker Drive
Suite 5100
Chicago, IL 60606