**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 751** |

**CERTIFICATE OF SERVICE**

I, Alexander R. Steiger, hereby certify that on January 16, 2025, I caused a copy of the *Limited Response of B. Riley to the Objection of the United States Trustee to Debtors' Application for an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 751] to be served upon the parties listed below in the manner indicated:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

RLF1 32229068v.2

| | |
|---|---|
| *Via Email*<br>Timothy Jay Fox, Jr.<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207, Lockbox #35<br>Wilmington, DE 19801<br>Email: timothy.fox@usdoj.gov | *Via Email*<br>Joseph R. Brandt<br>James C Dugan<br>Betsy Lee Feldman<br>Matthew A. Feldman<br>Jessica D. Graber<br>Yara Kass-Gergi<br>Marine Loison<br>Stuart R. Lombardi<br>Debra McElligott Sinclair<br>Brady Sullivan<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Email: jbrandt@willkie.com<br>         jdugan@willkie.com<br>         bfeldman@willkie.com<br>         mfeldman@wisllkie.com<br>         jgraber@willkie.com<br>         ykass-gergi@willkie.com<br>         mloison@wilkie.com<br>         slombardi@willkie.com<br>         sinclair@willkie.com<br>         bsullivan@willkie.com |
| *Via Email*<br>Shella Borovinskaya<br>Kristin L McElroy<br>Allison S Mielke<br>Edmon L. Morton<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: sborovinskaya@ycst.com<br>         kmcelroy@ycst.com<br>         amielke@ycst.com<br>         emorton@ycst.com | *Via Email*<br>Bradford J. Sandler<br>Colin R. Robinson<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705 Wilmington, DE 19899-8705<br>Email: bsandler@pszjlaw.com<br>         crobinson@pszjlaw.com |
| *Via Email*<br>Alan J. Kornfeld<br>Theodore S. Heckel<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor New York, NY 10017<br>Email: rfeinstein@pszjlaw.com<br>         akornfeld@pszjlaw.com<br>         theckel@pszjlaw.com | *Via Email*<br>Brian E. Farnan<br>Michael J. Farnan<br>Farnan LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Email: bfarnan@farnanlaw.com<br>         mfarnan@farnanlaw.com |

2

RLF1 32229068v.2

| *Via Email*<br>Thomas E Lauria<br>White & Case LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131-2352<br>Email: tlauria@whitecase.com | *Via Email*<br>J. Christopher Shore<br>Samuel P. Hershey<br>Andrew Zatz<br>Erin Smith<br>Brett Bakemeyer<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, New York 10020-1095<br>Email: cshore@whitecase.com<br>      sam.hershey@whitecase.com<br>      azatz@whitecase.com<br>      erin.smith@whitecase.com<br>      brett.bakemeyer@whitecase.com |
|---|---|

RLF1 32229068v.2

Respectfully submitted,

Dated: January 16, 2025
       Wilmington, Delaware

/s/ *Alexander R. Steiger*
John H. Knight (No. 3704)
Amanda R. Steele (No. 5530)
Cory D. Kandestin (No. 5025)
Alexander R. Steiger (No. 7139)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: knight@rlf.com
       steele@rlf.com
       kandestin@rlf.com
       steiger@rlf.com

*Counsel to B. Riley Principal Investments, LLC and its Affiliates*