**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480 (JTD) |
| | (Jointly Administered) |
| Debtors. | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Hugh Murtagh of Latham & Watkins LLP to represent JPMorgan Chase Bank, N.A., the Prepetition ABL Agent in the above-captioned cases and any and all adversary proceedings.

Dated: January 17, 2025  
Wilmington, Delaware

Respectfully submitted,

*/s/ Brett M. Haywood*  
Brett M. Haywood (No. 6166)  
**POTTER ANDERSON & CORROON LLP**  
1313 N. Market Street, 6th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 984-6000  
Email: bhaywood@potteranderson.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: January 17, 2025

*/s/ Hugh Murtagh*  
Hugh Murtagh, Esq.  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 906-1200  
Email: hugh.murtagh@lw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

11987788v.1