## Exhibit A
## Pro Forma Post Closing Balance Sheet

| AF Newco I, LLC | |
|---|---:|
| Pro Forma Post-Closing Balance Sheet | |
| | |
| Cash | 8,224,865 |
| Inventory[1] | 9,735,176 |
| FF&E | 637,000 |
| Intangible Assets | 500,000 |
| Total Assets | 19,097,041 |
| Debt | 0 |
| Total Liabilities | 0 |
| Shareholder equity | 19,097,041 |

[1] Represents inventory purchased from Sellers at conclusion of store-closing sales