## Exhibit A
*Electronic Articles of Organization For Florida Limited Liability Company*
for American Freight of South Florida, LLC

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L05000091573
FILED 8:00 AM
September 16, 2005
Sec. Of State
mthomas

## Article I
The name of the Limited Liability Company is:

AMERICAN FREIGHT OF SOUTH FLORIDA, LLC

## Article II
The street address of the principal office of the Limited Liability Company is:

2385 EXECUTIVE CENTER DRIVE
100
BOCA RATON, FL.  33431

The mailing address of the Limited Liability Company is:

2385 EXECUTIVE CENTER DRIVE
100
BOCA RATON, FL.  33431

## Article III
The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV
The name and Florida street address of the registered agent is:

HOWARD  BELFORD
2385 EXECUTIVE CENTER DRIVE
100
BOCA RATON, FL.  33431

Having been named as registered agent and to accept service of process
for the above stated limited liability company at the place designated
in this certificate, I hereby accept the appointment as registered agent
and agree to act in this capacity.  I further agree to comply with the
provisions of all statutes relating to the proper and complete performance
of my duties, and I am familiar with and accept the obligations of my
position as registered agent.

Registered Agent Signature:   HOWARD BELFORD

## Article V

The name and address of managing members/managers are:

Title: MGR
HOWARD BELFORD
2385 EXECUTIVE CENTER DRIVE, SUITE 100
BOCA RATON, FL. 33431

## Article VI

The effective date for this Limited Liability Company shall be:

09/16/2005

Signature of member or an authorized representative of a member
Signature: WILLIAM M. SHAHEEN

L05000091573
FILED 8:00 AM
September 16, 2005
Sec. Of State
mthomas