**Exhibit B**
*Articles of Conversion for Florida Limited Liability Company
into "Converted or Other Business Entity"*

L05 000091573

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



200265725682

12/30/14--01025--011   **25.00

RECEIVED
DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
2014 DEC 30 AM 11:21
NOT ABLE TO
ACKNOWLEDGE
SUFFICIENCY OF FILING

FILED
14 DEC 30 PM 4:40
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

T. Burch DEC 31 2014



December 30, 2014

Department of State, Florida
Clifton Building
2611 Executive Center Circle
Tallahassee FL 32301

Re:    Order #:   9392359 SO
        Customer Reference 1:   None Given
        Customer Reference 2:   None Given

Dear Department of State, Florida :

Please obtain the following:

    American Freight of South Florida, LLC (FL)
    Conversion
    Florida

(Effective Jan. 01st 2015)

Enclosed please find a check for the requisite fees. Please return document(s) to the attention of the undersigned.

If for any reason the enclosed cannot be processed upon receipt, please contact the undersigned immediately at (850) 222-1092 .

Thank you very much for your help.

Sincerely,

Connie R Bryan
Senior Fulfillment Specialist
Connie.Bryan@wolterskluwer.com

# Articles of Conversion
## For
## Florida Limited Liability Company
## Into
## "Converted or Other Business Entity"

The Articles of Conversion is submitted to convert the following **Florida Limited Liability Company into an "Other Business Entity"** in accordance with s. 605.1045, Florida Statutes.

1. The name of the Florida Limited Liability Company converting into the "Other Business Entity" is:

American Freight of South Florida, LLC
_____
Enter Name of Florida Limited Liability Company

2. The name of the "Converted or Other Business Entity" is:

American Freight of South Florida, LLC
_____
Enter Name of "Converted or Other Business Entity"

3. The "Converted or Other Business Entity" is a  LLC _____
   (Enter entity type. Example: corporation, limited partnership, sole proprietorship, general partnership, common law or business trust, etc.)

organized, formed or incorporated under the laws of Delaware _____
(Enter state, or if a non-U.S. entity, the name of the country)

on _____.
(Date of organization, formation or incorporation)

and the formation document is attached (if applicable).

4. The plan of conversion was approved by the converting Florida Limited Liability Company in accordance with Chapter 605, F.S.

5. This conversion shall be effective in Florida on: 12:01 a.m. on January 1, 2015 .
(The effective date: 1) cannot be prior to nor more than 90 days after the date this document is filed by the Florida Department of State; AND 2) must be the same as the effective date of the conversion under the laws governing the "Other Business Entity.")

FILED 14 DEC 30 PM 4:40 SECRETARY OF STATE TALLAHASSEE, FLORIDA

Page 1 of 2

6. If the "Converted or Other Business Entity" is an out-of-state entity not registered to transact business in Florida, the "Converted or Other Business Entity":

a.) Lists the following street and mailing address of an office the Florida Department of State may send and process served on the department pursuant to 605.0117 and Chapter 48.

Street Address: c/o American Freight
680 Sunbury Rd.

Mailing Address: Delaware, Ohio
43015

7. The "Converted or Other Business Entity" has agreed to pay any members having appraisal rights the amount to which such members are entitled under ss. 605.1006 and 605.1061-605.1072, F.S.

Signed this 23rd day of DECEMBER, 20 14

Signature: _____
Must be signed by a Member or Authorized Representative

Printed Name: Charles Jennings    Title: Assistant Secretary

**Fees:** Filing Fee: $25.00
Certified Copy: $30.00 (Optional)
Certificate of Status: $5.00 (Optional)

FILED 14 DEC 30 PM 4:40 SECRETARY OF STATE TALLAHASSEE, FLORIDA

Page 2 of 2