**Exhibit C**
Delaware Certificate of Status - AFSF

# State Of Delaware

**\*\*THIS IS NOT AN OFFICAL CERTIFICATE OF STATUS\*\***

Date Retrieved: 12/27/2024   7:46:21AM

| | | | |
|---|---|---|---|
| File Number: | 5665639 | Incorporation Date / Formation Date: | 1/1/2015 |
| Entity Name: | AMERICAN FREIGHT OF SOUTH FLORIDA, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Merged | Status as of: | 10/1/2017 |

## Registered Agent Information

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON |
| Country: | |
| State: | DE |
| Postal Code: | 19801 |
| Phone: | 302-658-7581 |

## Tax Information

| | | | |
|---|---|---|---|
| Last AnnualReport Filed: | 0 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $300 | Total Authorized Shares: | |

## Filing History (Last 5 Filings)

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Merger; Non-Survivor [Non-Survivor]<BR>[Survivor Name] AMERICAN FREIGHT, INC. | 2 | 20170920 | 175700 | 20171001 |
| 2 | Conversion | 2 | 20141229 | 185800 | 20150101 |
| 3 | Formation | 2 | 20141229 | 185800 | 20150101 |

**\*\*THIS IS NOT AN OFFICAL CERTIFICATE OF STATUS\*\***