**<u>Exhibit D</u>**
Delaware Certificate of Status - AFL

# State Of Delaware

**\*\*THIS IS NOT AN OFFICAL CERTIFICATE OF STATUS\*\***

Date Retrieved:  12/27/2024   7:49:43AM

| | |
|---|---|
| File Number: | 5602671 |
| Entity Name: | AMERICAN FREIGHT, LLC |
| Entity Kind: | Limited Liability Company |
| Residency: | Domestic |
| Status: | Good Standing |

| | |
|---|---|
| Incorporation Date / Formation Date: | 9/12/2014 |
| Entity Type: | General |
| State: | DELAWARE |
| Status as of: | 2/25/2020 |

## Registered Agent Information

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON |
| State: | DE |
| Phone: | 302-658-7581 |
| Country: | |
| Postal Code: | 19801 |

## Tax Information

| | |
|---|---|
| Last AnnualReport Filed: | 2020 |
| Annual Tax Assessment: | $300 |
| Tax Due: | $ 0 |
| Total Authorized Shares: | 0 |

## Filing History (Last 5 Filings)

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Conversion<BR>AMERICAN FREIGHT, INC. | 2 | 20200225 | 154300 | 20200225 |
| 2 | Formation<BR>AMERICAN FREIGHT, INC. | 1 | 20200225 | 154300 | 20200225 |
| 3 | Change of Agent<BR>9000010 | 1 | 20181214 | 160200 | 20181214 |
| 4 | Merger [Survivor] | 2 | 20170920 | 175700 | 20171001 |
| 5 | Stock Corporation | 4 | 20140912 | 160200 | 20140912 |

**\*\*THIS IS NOT AN OFFICAL CERTIFICATE OF STATUS\*\***