**Exhibit E**
Florida Division of Corporations Detail by Entity Name - AFSF

46968/2
01/17/2025 218005140.1



# Detail by Entity Name

Florida Limited Liability Company
AMERICAN FREIGHT OF SOUTH FLORIDA, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L05000091573 |
| **FEI/EIN Number** | 20-3508575 |
| **Date Filed** | 09/16/2005 |
| **Effective Date** | 09/16/2005 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | CONVERSION |
| **Event Date Filed** | 12/30/2014 |
| **Event Effective Date** | 01/01/2015 |

**Principal Address**

6001 POWERLINE RD
FORT LAUDERDALE, FL 33309

Changed: 01/04/2012

**Mailing Address**

680 SUNBURY RD.
DELAWARE, OH 43015

Changed: 11/12/2010

**Registered Agent Name & Address**

BELFORD, HOWARD
2385 EXECUTIVE CENTER DRIVE
100
BOCA RATON, FL 33431

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

BELFORD, HOWARD
2385 EXECUTIVE CENTER DRIVE, SUITE 100
BOCA RATON, FL 33431

Title P

BELFORD, STEVEN J
680 SUNBURY ROAD
DELAWARE, OH 43015

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2012 | 01/04/2012 |
| 2013 | 01/15/2013 |
| 2014 | 01/08/2014 |

**Document Images**

| | |
|---|---|
| 12/30/2014 -- Conversion | View image in PDF format |
| 01/08/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2012 -- ANNUAL REPORT | View image in PDF format |
| 02/10/2011 -- ANNUAL REPORT | View image in PDF format |
| 11/12/2010 -- ADDRESS CHANGE | View image in PDF format |
| 04/22/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2007 -- ANNUAL REPORT | View image in PDF format |
| 03/27/2006 -- ANNUAL REPORT | View image in PDF format |
| 09/16/2005 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations