IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered) |

**AMENDED
NOTICE OF RULE 30(b)(6) DEPOSITION OF FRANCHISE GROUP, INC.
CORPORATE REPRESENTATIVE**

**PLEASE TAKE NOTICE** that pursuant to FRCP 30(b)(6), Rule 7030 of the Federal Bankruptcy Rules, and Local Rule 7030-1 of the United States Bankruptcy Court for the District of Delaware, Buddy Mac Holdings, LLC ("BMH"), by and through its undersigned counsel, will take the deposition upon oral examination of the person(s) designated by FRANCHISE GROUP, INC. with respect to the topics set forth below. The deposition will take place at **10:00 a.m.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

**Eastern on February 10, 2025**, or such other date/time as is mutually agreeable to the parties, before a Notary Public or other person authorized by law to administer oaths.

The deposition will take place at the following location, or such other location as is mutually agreeable to the parties:

> Womble Bond Dickinson (US) LLP
> 1313 North Market Street,
> Suite 1200
> Wilmington, DE 19801

The deposition will be recorded by stenographic/audio means and may also be videotaped at BMH's option. You are invited to attend and cross-examine.

BMH reserves the right to seek relief from the court in the event that the designated deponent is not properly prepared to testify on behalf of FRANCHISE GROUP, INC. with respect to each of the identified topics.

### RULE 30(b)(6) TOPICS

### DEFINITIONS

1. "Communications" is to be construed as broadly as possible, includes any type of "document," and means the transmittal of any information in any form through any manner, means, or medium. For avoidance of doubt, "communications" includes communications made between persons covered by the definition of "you" provided below (i.e., "internal communications").

2. "You" and "your" means Debtor, Franchise Group, Inc., and all of its subsidiaries involved in the above-captioned Bankruptcy Cases including Buddy's Franchising and Licensing

LLC and American Freight LLC ("AF"), and each of their successors, predecessors, divisions, departments, and any other person acting or purporting to act on any of their behalf.

3. "Concerning" means directly or indirectly addressing, advising, analyzing, assessing, calculating characterizing, comprising, considering, constituting, containing, corroborating, demonstrating, describing, discussing, embodying, evidencing, involving, mentioning, memorializing, noting referencing, referring to, reflecting, regarding, relating to, pertaining to, showing, suggesting, summarizing, or supporting.

4. "Income" is defined as the money or other form of payment that one receives, sometimes periodically, from sales, contracts, employment, business, investments, royalties, commissions, rebates, kick-backs, gifts, and the like.

5. "Revenue" is defined as income from any and all sources.

**TOPICS**

1. Financing or other contractual arrangements between Franchise Group, Inc. and/or American Freight LLC on the one hand, with American First Finance, LLC on the other hand, including any referral agreements.

2. Income, Revenues and other payments received by Franchise Group, Inc. and/or American Freight LLC from financing or other contractual arrangements with American First Finance, LLC.

3. Communications to or from Franchise Group, Inc and/or American Freight LLC regarding any financing or other contractual arrangements with American First Finance, LLC.

4. Payments, Revenues and Income received by Franchise Group, Inc. and/or American Freight LLC from any business relationships with American First Finance.

5. Payments, Revenues and Income received by Franchise Group, Inc., and/or American Freight LLC from any business relationships with American First Finance related to American Freight LLC store locations within the franchise territories owned or controlled by Buddy Mac Holdings, LLC or its affiliates, including but not limited to the stores and territories of Buddy Mac Holdings, LLC and its affiliates identified on the attached Exhibit A.

6. The purchase price or other consideration paid by Franchise Group, Inc. to purchase, acquire, or merge with American Freight, LLC.

7. Financial statements, including profit-and-loss statements, balance sheets, and cash flow statements, concerning the American Freight, LLC locations which operated within the franchise territories owned or controlled by Buddy Mac Holdings, LLC or its affiliates.

8. The purchase price offered to franchisees, at Buddy's Franchising & Licensing LLC's 2020 Leadership Meeting in Orlando, Florida, held on September 14-18, 2020, or otherwise, to purchase American Freight, LLC stores or W.S. Badcock LLC stores.

9. The identity of the suppliers of inventory sold at the American Freight, LLC stores which operated within the franchise territories owned or controlled by Buddy Mac Holdings, LLC or its affiliates.

Dated: January 19, 2025
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (Del. Bar No. 4471)
Lisa Bittle Tancredi (Del. Bar No. 4657)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: matthew.ward@wbd-us.com
           lisa.tancredi@wbd-us.com

-and-

**ZARCO EINHORN SALKOWSKI, P.A.**
Robert M. Einhorn (admitted *pro hac vice*)
One Biscayne Tower
2. S. Biscayne Blvd., 34th Floor
Miami, Florida 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428
Email: reinhorn@zarcolaw.com

*Counsel to Buddy Mac Holdings, LLC and its Subsidiaries*

# EXHIBIT A

# Territorial Rights Infringement Schedule

| Count | LLC | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 1 | 1-Buddy Mac One LLC | 1404 W. Gentry Parkway | Tyler | TX | 75702 |
| 2 | 12-Buddy Mac Twelve, LLC | 1727 Texoma Parkway | Sherman | TX | 75090 |
| 3 | 17-Buddy Mac Seventeen, LLC | 5234 Rufe Snow Drive, Suite A | North Richland Hills | TX | 76180 |
| 4 | 19-Buddy Mac Nineteen, LLC | 1337 E. Lindsey | Norman | OK | 73071 |
| 5 | 2-Buddy Mac Two LLC | 2725 Sherwood Way STE 500 | San Angelo | TX | 76901 |
| 6 | 21-Buddy Mac Twenty One, LLC | 1803 North Harrison | Shawnee | OK | 74804 |
| 7 | 31-BMH-TMN 31, LLC | 2014 50th Street | Lubbock | TX | 79412 |
| 8 | 34-BMH-RCL 34, LLC | 3800 Townson Ave | Fort Smith | AR | 72901 |
| 9 | 36-BMH-RCL 36, LLC | 330 Hwy 62 E | Mountain Home | AR | 72653 |
| 10 | 4-Buddy Mac Four LLC | 1809 W. Loop 281 | Longview | TX | 75604 |
| 11 | 41-BMH-RCL 41, LLC | 1760 New Boston Road | Texarkana | TX | 75501 |
| 12 | 43-BMH-FAN 43, LLC | 1413 Mitchell Road | West Plains | MO | 65775 |
| 13 | 44-BMH-FAN 44, LLC | 2330 Harrison Street | Batesville | AR | 72501 |
| 14 | 51-BMH-FAN 51, LLC | 8117 Rogers Ave | Fort Smith | AR | 72903 |
| 15 | 58-BMH-NEW 58, LLC | 1001 NW Sheridan Rd | Lawton | OK | 73505 |
| 16 | 61-BMH-NEW 61, LLC | 801 N Broadway Avenue | Ada | OK | 74820 |
| 17 | 67-BMH-WF TX 67, LLC | 2924 Kemp Blvd | Wichita Falls | TX | 76308 |
| 18 | 68-BMH-NEW 68, LLC | 4301 SW 45th, Suite 400 | Amarillo | TX | 79109 |
| 19 | 69-BMH-NEW 69, LLC | 223-303 W Camp Wisdom Rd | Duncanville | TX | 75116 |
| 20 | 73-BMH-TB 73, LLC | 10015 N. Nebraska Ave | Tampa | FL | 33612 |
| 21 | 9-Buddy Mac Nine, LLC | 8849 Menaul Blvd NE | Albuquerque | NM | 87110 |
| 22 | 92-BMH-NEW 92, LLC | 1349 North Westwood Blvd | Poplar Bluff | MO | 63901 |
| 23 | 97-BMH Prime 97, LLC | 1710 West 7th St | Joplin | MO | 64801 |
| 24 | BMH - Area Development Agreement | | Albuquerque #2 | NM | |
| 25 | BMH - Area Development Agreement | | Amarillo #2 | TX | |
| 26 | BMH - Area Development Agreement | | Oklahoma City #1 | OK | |
| 27 | BMH - Area Development Agreement | | Oklahoma City #2 | OK | |
| 28 | BMH - Area Development Agreement | | Oklahoma City #3 | OK | |
| 29 | BMH - Area Development Agreement | | Grand Prairie | TX | |
| 30 | BMH - Area Development Agreement | | Mesquite | TX | |
| 31 | BMH - Area Development Agreement | | Ardmore | OK | |
| 32 | BMH - Area Development Agreement | | Arlington | TX | |
| 33 | BMH - Area Development Agreement | | Brandon | FL | |
| 34 | BMH - Area Development Agreement | | Town & Country | FL | |
| 35 | BMH - Area Development Agreement | | Ruskin | FL | |
| 36 | BMH - Area Development Agreement | | Sarasota | FL | |