**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew Behlmann, Esq., to represent AF Newco I, LLC in this action.

Dated: January 20, 2025                                   **KLEIN LLC**

*/s/ Julia Klein*
Julia B. Klein (DE 5198)
225 W. 14th Street, Suite 100
Wilmington, DE 19801

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 20, 2025                                   **LOWENSTEIN SANDLER LLP**

*/s/ Andrew Behlmann*
Andrew Behlmann, Esq.
One Lowenstein Drive
Roseland, NJ 07068

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.