**<u>Exhibit A</u>**
**Certificate of Merger of American Freight of South Florida, LLC**
**With and Into American Freight, Inc.**



# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"AMERICAN FREIGHT OF WISCONSIN, LLC", A DELAWARE LIMITED LIABILITY COMPANY,

"AMERICAN FREIGHT OF WESTERN NEW YORK, LLC", A DELAWARE LIMITED LIABILITY COMPANY,

"AMERICAN FREIGHT OF WEST VIRGINIA, LLC", A DELAWARE LIMITED LIABILITY COMPANY,

"AMERICAN FREIGHT OF VIRGINIA, LLC", A DELAWARE LIMITED LIABILITY COMPANY,

"AMERICAN FREIGHT OF TENNESSEE, LLC", A DELAWARE LIMITED LIABILITY COMPANY,

"AMERICAN FREIGHT OF TALLAHASSEE, LLC", A DELAWARE LIMITED LIABILITY COMPANY,

"AMERICAN FREIGHT OF SOUTHERN OHIO, LLC", A DELAWARE LIMITED LIABILITY COMPANY,

Jeffrey W. Bullock, Secretary of State

5665639  8100M
SR# 20250174893
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202724582
Date: 01-17-25

# Delaware

### The First State

"AMERICAN FREIGHT OF SOUTH FLORIDA, LLC", A DELAWARE LIMITED
LIABILITY COMPANY,

"AMERICAN FREIGHT OF SOUTH CAROLINA, LLC", A DELAWARE LIMITED
LIABILITY COMPANY,

"AMERICAN FREIGHT OF PENNSYLVANIA, LLC", A DELAWARE LIMITED
LIABILITY COMPANY,

"AMERICAN FREIGHT OF OHIO, LLC", A DELAWARE LIMITED LIABILITY
COMPANY,

"AMERICAN FREIGHT OF MISSOURI, LLC", A DELAWARE LIMITED
LIABILITY COMPANY,

"AMERICAN FREIGHT OF MINNESOTA, LLC", A DELAWARE LIMITED
LIABILITY COMPANY,

"AMERICAN FREIGHT OF MICHIGAN, LLC", A DELAWARE LIMITED
LIABILITY COMPANY,

"AMERICAN FREIGHT OF LOUISIANA, LLC", A DELAWARE LIMITED
LIABILITY COMPANY,

"AMERICAN FREIGHT OF KENTUCKY, LLC", A DELAWARE LIMITED
LIABILITY COMPANY,

Jeffrey W. Bullock, Secretary of State

# Delaware

### The First State

*"AMERICAN FREIGHT OF INDIANA, LLC", A DELAWARE LIMITED LIABILITY COMPANY,*

*"AMERICAN FREIGHT OF ILLINOIS, LLC", A DELAWARE LIMITED LIABILITY COMPANY,*

*"AMERICAN FREIGHT OF FLORIDA, LLC", A DELAWARE LIMITED LIABILITY COMPANY,*

*"AMERICAN FREIGHT OF CENTRAL FLORIDA, LLC", A DELAWARE LIMITED LIABILITY COMPANY,*

*WITH AND INTO "AMERICAN FREIGHT, INC." UNDER THE NAME OF "AMERICAN FREIGHT, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE ON THE TWENTIETH DAY OF SEPTEMBER, A.D. 2017, AT 5:57 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE FIRST DAY OF OCTOBER, A.D. 2017 AT 11:59 O'CLOCK P.M.*

Jeffrey W. Bullock, Secretary of State

5665639  8100M
SR# 20250174893

Authentication: 202724582
Date: 01-17-25

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered  05:57 PM 09/20/2017
FILED  05:57 PM 09/20/2017
SR  20176248898  - File Number  5602671

## STATE OF DELAWARE
## CERTIFICATE OF MERGER OF
## DOMESTIC LIMITED LIABILITY COMPANIES
## INTO A
## DOMESTIC CORPORATION

Pursuant to Title 8, Section 264(c) of the Delaware General Corporation Law and Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned corporation executed the following Certificate of Merger:

FIRST: The name of the surviving corporation is American Freight, Inc., a Delaware corporation, and the name of the limited liability companies being merged into this surviving corporation are American Freight of Central Florida, LLC, American Freight of Florida, LLC, American Freight of Illinois, LLC, American Freight of Indiana, LLC, American Freight of Kentucky, LLC, American Freight of Louisiana, LLC, American Freight of Michigan, LLC, American Freight of Minnesota, LLC, American Freight of Missouri, LLC, American Freight of Ohio, LLC, American Freight of Pennsylvania, LLC, American Freight of South Carolina, LLC, American Freight of South Florida, LLC, American Freight of Southern Ohio, LLC, American Freight of Tallahassee, LLC, American Freight of Tennessee, LLC, American Freight of Virginia, LLC, American Freight of West Virginia, LLC, American Freight of Western New York, LLC and American Freight of Wisconsin, LLC.

SECOND: The Agreement of Merger has been approved, adopted, certified, executed and acknowledged by the surviving corporation and the merging limited liability company.

THIRD: The name of the surviving corporation is American Freight, Inc.

FOURTH: The merger is to become effective at 11:59 p.m. Eastern Daylight Time, on October 1, 2017.

FIFTH: The Agreement of Merger is on file at 680 Sunbury Road, Delaware, OH 43015, the place of business of the surviving corporation.

SIXTH: A copy of the Agreement of Merger will be furnished by the corporation on request, without cost, to any stockholder of any constituent corporation or member of any constituent limited liability company.

SEVENTH: The Certificate of Incorporation of the surviving corporation shall be its Certificate of Incorporation.

IN WITNESS WHEREOF, said Corporation has caused this certificate to be signed by an authorized officer of the Corporation on September 20, 2017.

[Signature Page Follows]

725342842

**AMERICAN FREIGHT, INC.**

By: _____

Name: Ronald C. Allender

Title: Chief Financial Officer