**Exhibit B**
**Certificate of Conversion of American Freight, Inc. into American Freight, LLC**

# Delaware
## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "AMERICAN FREIGHT, INC." TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "AMERICAN FREIGHT, INC." TO "AMERICAN FREIGHT, LLC", FILED IN THIS OFFICE ON THE TWENTY-FIFTH DAY OF FEBRUARY, A.D. 2020, AT 3:43 O`CLOCK P.M.



Jeffrey W. Bullock, Secretary of State



5602671 8100V  
SR# 20250174667  
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202724424  
Date: 01-17-25

# STATE OF DELAWARE
# CERTIFICATE OF CONVERSION
# FROM A CORPORATION TO A
# LIMITED LIABILITY COMPANY PURSUANT TO
# SECTION 18-214 OF THE LIMITED LIABILITY COMPANY ACT

1. The jurisdiction where the Corporation first formed is Delaware.

2. The jurisdiction immediately prior to filing this Certificate is Delaware.

3. The date the Corporation first formed is September 12, 2014.

4. The name of the Corporation immediately prior to filing this Certificate is American Freight, Inc.

5. The name of the Limited Liability Company as set forth in the Certificate of Formation is American Freight, LLC.

6. All outstanding shares of capital stock of American Freight, Inc. shall be converted into membership interests in American Freight, LLC.

*[Signature page follows]*

40743619

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:43 PM 02/25/2020
FILED 03:43 PM 02/25/2020
SR 20201500739 - File Number 5602671

IN WITNESS WHEREOF, the undersigned has executed this Certificate on the 24th day of February, 2020.

By: _____
Name: Andrew Kaminsky
Title: Chief Administrative Officer and Executive Vice President

*[Signature Page to Certificate of Conversion – American Freight, Inc.]*

40743619

# Delaware

### The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "AMERICAN FREIGHT, LLC", FILED IN THIS OFFICE ON THE TWENTY-FIFTH DAY OF FEBRUARY, A.D. 2020, AT 3:43 O`CLOCK P.M.*



Jeffrey W. Bullock, Secretary of State

5602671  8100  
SR# 20250174667  

Authentication: 202724425  
Date: 01-17-25  

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:43 PM 02/25/2020
FILED 03:43 PM 02/25/2020
SR 20201500739 - File Number 5602671

# CERTIFICATE OF FORMATION

## OF

## AMERICAN FREIGHT, LLC

The undersigned hereby executes this Certificate of Formation of American Freight, LLC (the "**Company**"), for the purpose of forming a limited liability company pursuant to the Delaware Limited Liability Company Act.

1. The name of the limited liability company formed hereby is "American Freight, LLC".

2. The address of the registered office of the Company in the State of Delaware is: c/o The Corporation Trust Company, 1209 Orange Street, Corporation Trust Center, Wilmington, Delaware 19801. The name of its registered agent at such address is The Corporation Trust Company.

IN WITNESS WHEREOF, the undersigned, an authorized person of the Company, has caused this Certificate of Formation to be duly executed as of the __24th__ day of February, 2020.

DocuSigned by:

913FEB05E8CD4CC...

Andrew Kaminsky, Authorized Person

41497218