**Exhibit C**
**Certificate of Good Standing of American Freight, LLC**

# Delaware
Page 1

The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT "AMERICAN FREIGHT, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE NOT HAVING BEEN CANCELLED OR REVOKED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.*

*THE FOLLOWING DOCUMENTS HAVE BEEN FILED:*

*CERTIFICATE OF INCORPORATION, FILED THE TWELFTH DAY OF SEPTEMBER, A.D. 2014, AT 4:02 O`CLOCK P.M.*

*CERTIFICATE OF MERGER, FILED THE TWENTIETH DAY OF SEPTEMBER, A.D. 2017, AT 5:57 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE FIRST DAY OF OCTOBER, A.D. 2017 AT 11:59 O'CLOCK P.M.*

*CERTIFICATE OF CHANGE OF REGISTERED AGENT, FILED THE FOURTEENTH DAY OF DECEMBER, A.D. 2018, AT 4:02 O`CLOCK P.M.*

*CERTIFICATE OF CONVERSION, CHANGING ITS NAME FROM "AMERICAN FREIGHT, INC." TO "AMERICAN FREIGHT, LLC", FILED THE TWENTY-FIFTH DAY OF FEBRUARY, A.D. 2020, AT 3:43 O`CLOCK P.M.*

Jeffrey W. Bullock, Secretary of State

5602671  8310B
SR# 20250172943
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202722954
Date: 01-17-25



Page 2

*CERTIFICATE OF FORMATION, FILED THE TWENTY-FIFTH DAY OF FEBRUARY, A.D. 2020, AT 3:43 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "AMERICAN FREIGHT, LLC".*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.*

Jeffrey W. Bullock, Secretary of State

5602671  8310B  
SR# 20250172943  
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202722954  
Date: 01-17-25