# EXHIBIT A

**Schedule Amendment**

| ID # | Counterparty | Counterparty's Address | Debtor Entity | Agreement | Store | Revised Cure Amount |
|---|---|---|---|---|---|---|
| 121900205 | 250 Three Springs, LP | 250 Three Springs, LP<br>4041 Liberty Avenue<br>Suite 201<br>Pittsburgh, PA 15224 | PSP Stores, LLC | Lease, dated 09/25/2022, as amended<br>(Weirton, WV) | 4556 | $695.16 |
| 121900154 | 4968 Transit Road LLC | 4968 Transit Road LLC<br>c/o Gold Seal Equity Partnership<br>2 Wendling Court<br>Lancaster, NY 14086<br><br>Ralph C. Lorigo<br>101 Slade Avenue<br>West Seneca, New York 14224 | PSP Stores, LLC | Lease, dated 02/02/2016, as amended<br>(Depew, NY) | 4055 | $763.18 |
| 121900068 | Albert Hans, LLC | Albert Hans, LLC<br>7240 West Foster Avenue<br>Chicago, IL 60656 | PSP Stores, LLC | Lease, dated 09/16/2005, as amended<br>(Chicago, IL) | 0053 | $1,231.31 |
| 121900179 | Arsenal Plaza Associates, LLC | Arsenal Plaza Associates, LLC<br>c/o Nigro Companies<br>20 Corporate Woods Blvd<br>Albany, NY 12211 | PSP Stores, LLC | Lease Agreement, dated 08/02/2018, as amended<br>(Watertown, NY) | 4193 | $699.62 |
| 121900053 | Bell Tower Associates | Bell Tower Associates<br>3555 Washington Road<br>McMurray, PA 15317 | PSP Stores, LLC | Lease, dated 07/02/2015, as amended<br>(McMurray, PA) | 4379 | $878.00 |
| 129900015 | Bradley Boulevard Shopping Center | Bradley Boulevard Shopping Center<br>12510 Property Drive<br>Suite 150<br>Silver Spring, MA 20904-1639<br><br>L Edward O'Hara, Jr., CFP, EA<br>Capital Asset Management Services<br>12510 Prosperity Drive Suite 150<br>Silver Spring, MD 20904 | PSP Stores, LLC | Lease, dated 10/05/2018, as amended<br>(Bethesda, MD) | 3029 | $1,866.67 |
| 121900131 | BRE Retail Residual Owner 1 LLC | BRE Retail Residual Owner 1 LLC<br>c/o Brixmor Property Group<br>200 Ridge Pike, Suite 100<br>Conshohocken, PA 19428<br><br>BRE Retail Residual Owner 2LLC<br>c/o Brixmor Property Group<br>8700 W. Bryn Mawr Avenue, Suite 1 000-S<br>Chicago, IL 60631<br>Attn: VP of Legal Services | PSP Stores, LLC | Lease Agreement, dated 03/31/2014, as amended<br>(Cincinnati, OH) | 0234 | $0.00 |
| 121900147 | Brunswick Center Associates, L.L.C. | Brunswick Center Associates, L.L.C.<br>c/o Nigro Companies<br>20 Corporate Woods Blvd.<br>Albany, NY 12211 | PSP Stores, LLC | Lease, dated 08/28/2015, as amended<br>(Troy, NY) | 4032 | $837.61 |
| 121900182 | Chili MZL, LLC | Chili MZL, LLC<br>c/o KPR Centers LLC<br>535 Fifth Ave, 12th Floor<br>New York, NY 10017 | PSP Stores, LLC | Lease, dated 09/12/2018, as amended<br>(Rochester, NY) | 4200 | $779.78 |
| 121900174 | CPEG MALTA, L.L.C | CPEG MALTA, L.L.C<br>c/o Nigro Companies<br>20 Corporate Woods Boulevard<br>Albany, NY 12211 | PSP Stores, LLC | Lease Agreement, dated 10/27/2017, as amended<br>(Rensselaer, NY) | 4162 | $1,499.69 |
| 121900105 | Cranberry Creek Plaza, LLC | Cranberry Creek Plaza, LLC<br>c/o Paramount Development Corp.<br>607 Briarwood Drive, Suite 5<br>Myrtle Beach, SC 29572 | PSP Stores, LLC | Lease, dated 10/07/2004, as amended<br>(Beckley, WV) | 0165 | $916.30 |

| ID # | Counterparty | Counterparty's Address | Debtor Entity | Agreement | Store | Revised Cure Amount |
|---|---|---|---|---|---|---|
| 121900207 | Crest Properties, LLC | Crest Properties, LLC<br>Attn: David Shenton, Managing Member<br>3134 Sycamore, Lane<br>Billings, MT 59102 | PSP Stores, LLC | Lease, dated 06/25/2019, as amended<br>(Buda, TX) | 4561 | $991.72 |
| 121900210 | Cross Grand Plaza LLC | Cross Grand Plaza LLC<br>3155 West Big Beaver Road<br>Suite 110<br>Troy, MI 48084 | PSP Stores, LLC | Lease, dated 1.3.95, as amended<br>(Brighton, MI) | 4645 | $854.86 |
| 121900039 | CSHV 20/35, LLC | CSHV 20/35, LLC<br>c/o Principal Real Estate Investors<br>801 Grand Avenue<br>Des Moines, IA 50392-1370 | PSP Distribution, LLC | Commercial Industrial Lease Agreement, dated November 18, 2020<br>(TX Distribution Center) | 9805 | $3,542.54 |
| 121900165 | Dawnbury Inc. | Dawnbury Inc.<br>7899 High Dr.<br>Indianapolis, IN 46248 | PSP Stores, LLC | Lease, dated 08/10/1992, as amended<br>(Indianapolis, IN) | 4100 | $1,076.78 |
| 121900073 | DDR Ohio Opportunity II LLC | DDR Ohio Opportunity II LLC<br>Attn: Executive VP - Leasing<br>3300 Enterprise Parkway<br>Beachwood, OH 44122<br><br>DDR Corp.<br>Attn: General Counsel<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | PSP Stores, LLC | Lease, dated 01/22/2014, as amended<br>(Stow, OH) | 0068 | $0.00 |
| 121900076 | Echo Solon, LLC | Echo Solon, LLC<br>c/o ECHO Real Estate Services Co.<br>560 Epsilon Drive<br>Pittsburgh, PA 15238 | PSP Stores, LLC | Lease, dated 07/30/2012, as amended<br>(Solon, OH) | 0098 | $0.00 |
| 121900117 | EGAP Crawfordsville I, LLC | EGAP Crawfordsville I, LLC<br>c/o 1045, LLC<br>1045 South Woods Mill Rd., Suite One<br>Town and Country, MO 63017 | PSP Stores, LLC | Lease, dated 01/31/2014, as amended<br>(Crawfordsville, IN) | 0209 | $520.21 |
| 121900093 | ExchangeRight Value-Add Portfolio 1 DST | ExchangeRight Value-Add Portfolio 1 DST<br>c/o ExchangeRight Real Estate, LLC<br>1055 E. Colorado, Blvd., Suite 310<br>Pasadena, CA 91106 | PSP Stores, LLC | Lease, dated 10/05/2001, as amended<br>(Streetsboro, OH) | 0131 | $997.42 |
| 121900044 | Fairview Realty Investors, Ltd. | Fairview Realty Investors, Ltd.<br>P.O. Box 16452<br>Rocky River, OH 44116 | PSP Stores, LLC | Lease, dated 05/09/1992, as amended<br>(Fairview Park, OH) | 0027 | $954.98 |
| 121900058 | Fishkill Plaza Partners LP | Fishkill Plaza Partners LP<br>c/o Mosbacher Properties Group<br>18 E. 48th St, 19 Floor<br>New York, NY 10017 | PSP Stores, LLC | Lease Agreement, dated 08/01/2021, as amended<br>(Fishkill, NY) | 9034 | $1,235.01 |
| 121900176 | George Street LLC | George Street LLC<br>151 Haggetts Pond Rd.<br>Andover, MA 01810 | PSP Stores, LLC | Lease, dated 02/09/2018, as amended<br>(Olean, NY) | 4171 | $8,657.18 |
| 121900045 | Georgetown Square Properties | Georgetown Square Properties<br>29010 Chardon Road<br>Willoughby Hills, OH 44092 | PSP Stores, LLC | Lease, dated 04/24/1992, as amended<br>(Middleburg Heights, OH) | 0028 | $991.56 |
| 121900046 | Gold Star Properties | Gold Star Properties<br>c/o 606 Realty Team<br>4653 N. Milwaukee Ave<br>Chicago, IL 60630 | PSP Stores, LLC | Store Lease, dated 11/01/2008, as amended<br>(Des Plaines, IL) | 0042 | $1,115.15 |
| 121803028 | Google Inc. | Google Inc.<br>c/o James C. Vandermark<br>810 Seventh Avenue<br>Suite 500<br>New York, NY 10019 | Vitamin Shoppe Industries LLC | Google Shopping Express (GSX) Merchant Agreement | | $0.00 |

| ID # | Counterparty | Counterparty's Address | Debtor Entity | Agreement | Store | Revised Cure Amount |
|---|---|---|---|---|---|---|
| 121900118 | Gosula Realty, LTD | Gosula Realty, LTD<br>6028 Trent Ct<br>Lewis Center, Oh 43035 | PSP Stores, LLC | Lease Agreement, dated 08/29/2012, as amended<br>(Delaware, OH) | 0210 | $681.78 |
| 121900081 | Hickory Plaza Shopping Center, Inc. | Hickory Plaza Shopping Center, Inc.<br>c/o JJ Gumberg Co.<br>1051 Brinton Road<br>Pittsburgh, PA 15221 | PSP Stores, LLC | Lease, dated 09/25/1998, as amended<br>(Hermitage, PA) | 0111 | $1,031.87 |
| 121900050 | Jack W. Eichelberger Trust | Jack W. Eichelberger Trust<br>3066 Kettering Blvd.<br>Moraine, OH 45439<br><br>Gary Froelich<br>c/o Sebaly Shillito + Dyer<br>40 N. Main St., Suite 1900<br>Dayton, OH 45423 | PSP Stores, LLC | Lease, dated 04/03/1995, as amended<br>(Kettering, OH) | 0088 | $959.93 |
| 121900062 | Joseph Plaza, LLC | Joseph Plaza, LLC<br>c/o Joseph Brothers Company<br>4133 Talmadge Road<br>Toledo, OH 43623<br><br>Paul A. Radon<br>Barkan & Robon Ltd.<br>1701 Woodlands Drive, Suite 100<br>Maumee, OH 43537 | PSP Stores, LLC | Business Property Lease, dated 01/31/2012, as amended<br>(Toledo, OH) | 0014 | $1,187.36 |
| 121900137 | Kercheval Owner LLC | Kercheval Owner LLC<br>c/o Versa Real Estate, LLC<br>326 E. Fourth Street, Suite 200<br>Rotal Oak, MI 48067 | PSP Stores, LLC | Lease Agreement, dated 08/25/2014, as amended<br>(Grosse Pointe, MI) | 0242 | $1,981.75 |
| 121900113 | Lincoln Grace Investments, LLC | Lincoln Grace Investments, LLC<br>c/o Washington Properties, Inc.<br>400 Skokie Blvd., Suite 425<br>Northbrook, IL 60062 | PSP Stores, LLC | Lease Agreement, dated 09/15/2011, as amended<br>(Chicago, IL) | 0205 | $2,518.87 |
| 121900167 | Linear Retail #9 LLC | Linear Retail #9 LLC<br>c/o Linear Retail Properties, LLC<br>77 South Bedford Street, Suite 401<br>Burlington, MA 01803 | PSP Stores, LLC | Lease, dated 04/10/2017, as amended<br>(Nashua, NH) | 4137 | $652.60 |
| 121900047 | Mayrich III, Ltd. | Mayrich III, Ltd.<br>761 East 200th Street<br>Euclid, Oh 44119 | PSP Stores, LLC | Lease Agreement, dated 03/31/2009, as amended<br>(Lyndhurst, OH) | 0083 | $2,112.62 |
| 121900141 | Oak Park Associates, Inc. | Oak Park Associates, Inc.<br>8954 Hill Drive<br>North Huntington<br>North Huntington, PA 15642 | PSP Stores, LLC | Lease, dated 03/05/2015, as amended<br>(White Oak, PA) | 0248 | $660.19 |
| 121900180 | OGR Tanglewood LLC | OGR Tanglewood LLC<br>141 Robert E. Lee Blvd - 253<br>New Orleans, LA 70124<br><br>Sirling Properties<br>109 Northpark Blvd.<br>Covington, LA 70433 | PSP Stores, LLC | Lease, dated 08/13/2018, as amended<br>(Elizabeth City, NC) | 4195 | $770.71 |
| 121900150 | Oxford Crossing LLC | Oxford Crossing LLC<br>c/o Capital Group Properties LLC<br>259 Turnpike Road, Suite 100<br>Southborough, MA 01772 | PSP Stores, LLC | Lease, dated 12/03/2015, as amended<br>(Oxford, MA) | 4039 | $987.76 |
| 121900212 | PBC Seguin, LLC | PBC Seguin, LLC<br>PO Box 19831<br>Houston, TX 77224 | PSP Stores, LLC | Lease, dated 02/07/2008, as amended<br>(Seguin, TX) | 7008 | $415.12 |

| ID # | Counterparty | Counterparty's Address | Debtor Entity | Agreement | Store | Revised Cure Amount |
|---|---|---|---|---|---|---|
| 121900059 | Phoenixville Town Center LP | Phoenixville Town Center LP<br>c/o Longview Management LP<br>1055 Westlakes Dr., Ste 170<br>Berwyn, PA 19312 | PSP Stores, LLC | Lease, dated 09/17/2001, as amended<br>(Phoenixville, PA) | 9035 | $1,122.55 |
| 121900071 | Points East, LLC | Points East, LLC<br>7743 Mentor Avenue<br>Mentor, OH 44060 | PSP Stores, LLC | Lease, dated 01/02/1998, as amended<br>(Mentor, OH) | 0059 | $1,135.54 |
| 121900122 | Portage Commons LLC | Portage Commons LLC<br>c/o Cambridge Management, LTD.<br>15941 S. Harlem Ave., PMB #108<br>Tinley Park, IL 60477 | PSP Stores, LLC | Lease Agreement, dated 04/03/2013, as amended<br>(Portage, IN) | 0217 | $0.00 |
| 121900225 | Regency Centers | Regency Centers<br>28 Church Lane<br>Suite 200<br>Westport, CT 06880 | PSP Stores, LLC | Lease, dated 05/16/2003, as amended<br>(Valley Stream, NY) | 9038 | $1,359.21 |
| 121900043 | Schoolcraft Commons Unit 9, L.L.C. | Schoolcraft Commons Unit 9, L.L.C.<br>150 W. 2nd Street<br>Ste. 200<br>Royal Oak, MI 48067 | PSP Group, LLC | Sublease, dated 06/01/2023, as amended<br>(Livonia, MI) | 0000 | $0.00 |
| 121900102 | Sea Mist I, LLC | Sea Mist I, LLC<br>Attn: George K. Gesouras<br>PO Box 21381<br>Columbus, OH 43211 | PSP Stores, LLC | Lease, dated 10/01/2003, as amended<br>(Newark, OH) | 0151 | $1,168.66 |
| 121900145 | Spartan Square Limited Partnership | Spartan Square Limited Partnership<br>1463 West Main Street<br>Suite P3<br>Salem, VA 24153 | PSP Stores, LLC | Lease, dated 08/21/2015, as amended<br>(Salem, VA) | 4027 | $854.70 |
| 121900061 | SSC Associates Limited Partnership | SSC Associates Limited Partnership<br>c/o Professional Property Mgmt. Co. of Michigan, Inc.<br>115 W. Brown<br>Birmingham, MI 48003 | PSP Stores, LLC | Lease, dated 04/02/2009, as amended<br>(St. Clair Shores, MI) | 0003 | $806.20 |
| 121900106 | SWG-Reynoldsburg, LLC | SWG-Reynoldsburg, LLC<br>c/o Garner Group<br>3715 Northside Parkway, Suite 4-325<br>Atlanta, GA 30327 | PSP Stores, LLC | Lease, dated 01/29/2004, as amended<br>(Reynoldsburg, OH) | 0168 | $251.39 |
| 121900060 | The Shoppes, LP | The Shoppes, LP<br>c/o The Broadbent Company<br>117 E. Washington St, Suite 300<br>Indianapolis, IN 46204 | PSP Stores, LLC | Lease Agreement, dated 08/10/1993, as amended<br>(Fort Wayne, IN) | 0052 | $252.20 |
| 121900244 | The Vienna Shopping Center Limited Partnership | The Vienna Shopping Center Limited Partnership<br>c/o Rappaport Management Company<br>8405 Greensboro Drive, 8th Floor<br>McLean, VA 22102-5121 | WNW Stores, LLC | Lease, dated 12/07/2016, as amended<br>(Vienna, VA) | 3032 | $129.59 |
| 121900110 | TIA Holdings ETY LLC | TIA Holdings ETY LLC<br>c/o Realty Invest<br>4263 Gavin Lane<br>Columbus, OH 43220 | PSP Stores, LLC | Lease, dated 06/25/2008, as amended<br>(Lancaster, OH) | 0190 | $1,042.39 |
| 121900192 | TIA Holdings Mill Run, LLC | TIA Holdings Mill Run, LLC<br>2503 East Broad Street<br>Columbus, OH 43209 | PSP Stores, LLC | Lease, dated 07/17/1997, as amended<br>(Hilliard, OH) | 4383 | $551.64 |
| 121900054 | TT Mt. Airy, LLC | TT Mt. Airy, LLC<br>c/o Rappaport Management Company<br>8405 Greensboro Drive, Suite 830<br>Mclean, VA 22102 | PSP Stores, LLC | Lease Agreement, dated 09/05/2013, as amended<br>(Mt Airy, MD) | 4405 | $618.96 |
| 121900055 | University Plaza Associates, LLC | University Plaza Associates, LLC<br>c/o Nigro Companies<br>20 Corporate Woods Blvd.<br>Albany, NY 12211 | PSP Stores, LLC | Lease Agreement, dated 09/13/1996, as amended<br>(Albany, NY) | 9024 | $13,848.25 |

| ID # | Counterparty | Counterparty's Address | Debtor Entity | Agreement | Store | Revised Cure Amount |
|---|---|---|---|---|---|---|
| 121900052 | Wegmans Food Markets, Inc. | Wegmans Food Markets, Inc.<br>Attn: Senior VP - Real Estate & Development<br>1500 Brooks Ave., Box 30844<br>New York, NY 14603 | PSP Stores, LLC | Lease, dated 03/29/2013, as amended (Penfield, NY) | 0214 | $892.52 |
| 121900052 | Wegmans Food Markets, Inc. | Wegmans Food Markets, Inc.<br>Attn: Senior VP - Real Estate & Development<br>1500 Brooks Ave., Box 30844<br>New York, NY 14603 | PSP Stores, LLC | Lease, dated 12/01/2015, as amended (Greece, NY) | 4035 | $499.73 |