# EXHIBIT A

**Supplemental Cure Schedule**

| ID # | Counterparty | Counterparty's Address | Debtor Entity | Agreement | Store | Revised Cure Amount |
|---|---|---|---|---|---|---|
| 129990016 | Google, Inc. | Google Inc.<br>c/o James C. Vandermark<br>810 Seventh Avenue<br>Suite 500<br>New York, NY 10019 | Vitamin Shoppe Industries LLC | Google Advertising Service Agreement | | $594,284.24 |
| 129990017 | Google, Inc. | Google Inc.<br>c/o James C. Vandermark<br>810 Seventh Avenue<br>Suite 500<br>New York, NY 10019 | Buddy's Newco, LLC | Google Advertising Service Agreement | | $0.00 |