IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Amy C. Quartarolo of Latham & Watkins LLP to represent JPMorgan Chase Bank, N.A., the Prepetition ABL Agent in the above-captioned cases and any and all adversary proceedings.

Dated:  January 22, 2025
Wilmington, Delaware

Respectfully submitted,

*/s/ Brett M. Haywood*
Brett M. Haywood (No. 6166)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Email: bhaywood@potteranderson.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: January 22, 2025

*/s/ Amy C. Quartarolo*
Amy C. Quartarolo, Esq.
**LATHAM & WATKINS LLP**
355 S. Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Email: amy.quartarolo@lw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: January 22nd, 2025**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

11987730v.1