Aaron J. Tolson, Esq.
TOLSON & WAYMENT, PLLC
1906 Jennie Lee Dr.
Idaho Falls, Idaho, 83404
Email: ajt@aaronjtolsonlaw.com
Telephone: 208-228-5221
Fax: 208-228-5200
I.S.B. 6558

Attorney for Debtor

RECEIVED
2025 JAN 22  AM 8: 48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12480 |
| FRANCHISE GROUP, INC ) | |
| ) | |
| Debtors. ) | |
| ) | |

## REQUEST FOR NOTICE

I HEREBY FILE this Request for Notice on behalf of Creditor, INTEGRA CRE, INC., and request that it is provided with copies of all further notices and pleadings filed herein.

Name to be added to the Matrix as follows:

Aaron J. Tolson, Esq.
TOLSON & WAYMENT, PLLC
1906 Jennie Lee Dr.
Idaho Falls, Idaho 83404
Tel: (208) 228-5221
Fax: (208) 228-5200
Email: ajt@aaronjtolsonlaw.com

DATED this 15th day of January, 2025.

Aaron J. Tolson
Attorney for Creditor

1-    REQUEST FOR NOTICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was delivered by U.S. Mail this 15th day of Jan., 2025 to the following:

**Debtor:** Franchise Group, Inc., et al.
109 Innovation Court, Suite J
Delaware, OH 43015

**Attorney for Debtor:** Shella Borovinskaya
1000 North King Street
Wilmington, DE 19801

**Trustee:** N/A

_____
Aaron J. Tolson
Attorney at Law

RECEIVED
2025 JAN 22 AM 8:48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

2-     REQUEST FOR NOTICE