**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

| | | |
|---|---|---|
| FRANCHISE GROUP, INC. | § | CASE NO. 24-12480 |
| | § | (Chapter 11) |
| PET SUPPLIES "PLUS", LLC | § | CASE NO. 24-12519 |
| | § | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

    Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

BRAZORIA COUNTY AND BRAZORIA COUNTY MUNICIPAL UTILITY DISTRICT #34

        c/o Melissa E. Valdez
        Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
        1235 North Loop West
        Suite 600
        Houston, TX 77008
        (713) 862-1860
        (713) 862-1429 FAX
        mvaldez@pbfcm.com

    Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
1235 North Loop West
Suite 600
Houston, TX 77008
(713) 862-1860
(713) 862-1429

Attorneys for Claimant


By:  /s/Melissa E. Valdez

   Melissa E. Valdez
   Bar No: 24051463


## CERTIFICATE OF SERVICE

I Melissa E. Valdez do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 22nd day of January 2025.

**ATTORNEY FOR DEBTOR**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Shelia Borovinskaya, whose email is:         sborovinskaya@ycst.com
Kristin L. McElroy, whose email is:          KMcElroy@ycst.com
Allison S Mielke, whose email is:            amielke@ycst.com
Edmon L. Morton, whose email is:             emorton@ycst.com

Willkie Farr & Gallagher, LLP
Joseph R. Brandt, whose email is:            jbrandt@willkie.com
James C Dugan, whose email is:               jdugan@willkie.com
Betsy Lee Feldman, whose email is:           bfeldman@willkie.com
Matthew A. Feldman, whose email is:          mfeldman@wisllkie.com
Jessica D. Graber, whose email is:           jgraber@willkie.com
Yara Kass-Gergi, whose email is:             ykass-gergi@willkie.com
Marine Loison, whose email is:               mloison@wilkie.com
Stuart R. Lombardi, whose email is:          slombardi@willkie.com

**U. S. TRUSTEE**
Timothy Jay Fox, Jr**.**, whose email is:    timothy.fox@usdoj.gov

**CLAIMS AGENT**
Benjamin Joseph Steele                       bsteele@primeclerk.com


    /s/Melissa E. Valdez
Melissa E. Valdez
Bar No: 24051463

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 3