# EXHIBIT "A"

United States Bankruptcy Court, District of Delaware

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** PSP Stores, LLC

**Case Number:** 24-12497

## Modified Official Form 410
# Proof of Claim  04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Capital Enterprises, Inc.
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor ____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? ____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
- Address1: Jeffrey Kurtzman, Esquire
- Address2: 101 N Washington Avenue
- Address3: Suite 4A
- Address4:
- City: Margate
- State: NJ
- Postal Code: 08402
- Country:
- Contact phone: 2158391222
- Contact email: kurtzman@kurtzmansteady.com

Where should payments to the creditor be sent? (if different)
- Address1:
- Address2:
- Address3:
- Address4:
- City:
- State:
- Postal Code:
- Country:
- Contact phone:
- Contact email:

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) ____ Filed on __ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? ____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. Do you have any number you use to identify the debtor? | ☑ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
|---|---|
| 7. How much is the claim? | $ 7443.56 . **Does this amount include interest or other charges?** <br> ☑ No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> See attached invoice |
| 9. Is all or part of the claim secured? | ☐ No <br> ☑ Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. <br> ☐ Motor vehicle <br> ☑ Other. Describe: Right of offset <br><br> **Basis for perfection:** Possession <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property:** $ 7443.56 <br><br> **Amount of the claim that is secured:** $ 7443.56 <br><br> **Amount of the claim that is unsecured:** $ 0.00  (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:** $ 7443.56 <br><br> **Annual Interest Rate** (when case was filed) 0.00 % <br> ☐ Fixed <br> ☐ Variable |
| 10. Is this claim based on a lease? | ☐ No <br> ☑ Yes. Amount necessary to cure any default as of the date of the petition.   $ 7443.56 |
| 11. Is this claim subject to a right of setoff? | ☐ No <br> ☑ Yes. Identify the property: Tenant remodel allowance |

Proof of Claim                                                                                     page 2

| | | Amount entitled to priority |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ✓ No <br> ☐ Yes. *Check one:* <br><br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ✓ No <br><br> ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
✓ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Deborah Mills Houston*   01/21/2025
_____   _____
Electronic Signature         Date

**Name of the person who is completing and signing this claim**

Name: **Deborah Mills Houston**
First name   Middle name   Last name

Title/Company: **Vice President, Leasing - The Robbins Companies**
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: **555 City Avenue, Suite 1130**
Number   Street
**Bala Cynwyd**   **PA**   **19004**
City   State   ZIP Code   Country

Contact phone: **610-668-6210**   Email: **DeborahH@robbinscorp.com**

## Additional Noticing Addresses (if provided):

### Additional Address 1
Name: Capital Enterprises, Inc.
Address1: Deborah Mills Houston
Address2: 555 City Avenue, Suite 1130
Address3:
Address4:
City: Bala Cynwyd
State: PA
Postal Code: 19004
Country:

Contact Phone: 610-668-6210
Contact Email: DeborahH@robbinscorp.com

### Additional Address 2
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

## Additional Supporting Documentation Provided
[✓] Yes
[ ] No

Attachment Filename:

Claim Exhibits.pdf

**KROLL**

Electronic Proof of Claim Confirmation: 3755-1-RONTL-215274721

Claim Electronically Submitted on (UTC): 2025-01-21T19:13:37.803Z

Submitted by: Capital Enterprises, Inc.
kurtzman@kurtzmansteady.com

KROLL



## Captial Enterprises, Inc.
555 CITY AVENUE, SUITE 1130
BALA CYNWYD, PA  19004
610-668-6200 fax 610-668-1810

**Invoice No. WGP01**

## INVOICE

**Customer**
Name: Pet Supplies Plus
Address: Via Email: jgoldstein@petsuppliesplus.com
City:
Attn: Josh Goldstein

Date: 9/30/24
Pet Supplies Plus West Goshen
959 Paoli Pike
West Chester, PA 19380

| Usage | Utility Billing (36.6%) as per Lease | Unit Price | TOTAL |
|---|---|---|---|
| 1 | New Monument Signage – Paoli Pike | $ 7,443.56 | $ 7,443.56 |
| | | **TOTAL** | 7,443.56 |

*If there any questions please contact Dorisa Brooks
at 610-668-6218*

**PLEASE REMIT PAYMENT TO ABOVE ADDRESS**

## ADDENDUM TO PROOF OF CLAIM

The lease documents which form the basis of this claim are voluminous and will be furnished to any party requesting a copy thereof. All such requests should be made to the claimant's counsel at the following address:

> Jeffrey Kurtzman, Esquire
> **KURTZMAN | STEADY, LLC**
> 101 N. Washington Avenue, Suite 4A
> Margate, NJ 08402
> Telephone: (215) 839-1222
> Email: kurtzman@kurtzmansteady.com