**EXHIBIT A**

**Supplemental OCP List**

**Ordinary Course Professionals Subject to $50,000 Cap**

| **Ordinary Course Professional** | **Mailing Address** | **Services Provided** | **Company that Utilizes the Services** |
|---|---|---|---|
| Hinshaw & Culbertson LLP | 100 South Ashley Drive<br>Suite 1310<br>Tampa, FL 33602 | Legal Services<br>(litigation counsel) | Buddy's |
| Kalis, Kleiman & Wolke | 7320 Griffin Road<br>Suite 109<br>Davie, FL 33314 | Legal Services<br>(general liability counsel) | American Freight |
| KPMG LLP | American International Plaza<br>250 Muñoz Rivera Avenue<br>Suite 1100<br>San Juan, PR 00918 | Tax Services<br>(personal property tax filings in Puerto Rico) | Vitamin Shoppe |
| Vantage One Tax Solutions | 6310 Lyndon B. Johnson Freeway, Suite 208<br>Dallas, TX 75240 | Tax Services<br>(personal property tax filings in Texas) | Vitamin Shoppe |