# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FRANCHISE GROUP, INC., *et al.*,<br>Debtors. | ) Chapter 11<br>) Case No. 24-12480 (JTD)<br>) (Jointly Administered)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for admission *pro hac vice* of David E. Cohen of the law firm SWK Attorneys at Law to represent MJK Real Estate Holding Company, LLC in the above-captioned cases.

Dated: January 24, 2025

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DE Bar No. 3381)
**Law Office Of Susan E. Kaufman, LLC**
919 N. Market Street, Suite 460
Wilmington, DE 19801
Tel: (302) 472-7420 / Fax: (302) 792-7420
skaufman@skaufmanlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, the United States District Court for North District of Illinois and the Seventh Circuit Court of Appeals and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

David E. Cohen
SWK Attorneys at Law
500 Skokie Boulevard, Suite 600
Northbrook, Illinois 60062
Direct Tel (312) 606-3451 / Main Tel (224) 260-3090
Fax (224) 260-3089
dcohen@swkattorneys.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.