# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FRANCHISE GROUP, INC., *et al.*,<br>　　　　Debtors. | ) Chapter 11<br>) Case No. 24-12480 (JTD)<br>) (Jointly Administered)<br>) |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 828

PLEASE TAKE NOTICE docket No. 828 is hereby withdrawn as it contained an error.

Dated: January 27, 2025　　　　　*/s/ Susan E. Kaufman*
　　　　　　　　　　　　　　　　Susan E. Kaufman (DE Bar No. 3381)
　　　　　　　　　　　　　　　　**Law Office Of Susan E. Kaufman, LLC**
　　　　　　　　　　　　　　　　919 N. Market Street, Suite 460
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　Tel: (302) 472-7420 / Fax: (302) 792-7420
　　　　　　　　　　　　　　　　skaufman@skaufmanlaw.com