**<u>Schedule 1</u>**

**Rejected Executory Contracts[1]**

---

[1]    Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement |
|---|---|---|---|---|
| 1 | Advantax Inc. | Advantax Inc.,<br>2500 Westfield Dr., Building 1-202<br>Elgin, IL 60124<br>Attn: Vice President | PSP Group, LLC | *Property Tax Compliance Agreement*, dated November 17, 2022 |
| 2 | B Riley Real Estate | B Riley Real Estate<br>100 North 17th Street, 2nd Floor<br>Arlington, VA 76010 | Vitamin Shoppe Industries LLC | *Authorization Letter*, dated October 8, 2024 |
| 3 | B. Riley Real Estate, LLC | B. Riley Real Estate, LLC<br>875 N. Michigan Avenue<br>Chicago, IL 60611 | Vitamin Shoppe Industries LLC | *Amendment No. 1 to Real Estate Services Agreement*, dated August 26, 2020 |
| 4 | Colton Erskine | Colton Erskine<br>[ADDRESS ON FILE] | Buddy's Franchising and Licensing, LLC | *Development Agreement*, dated September 8, 2023<br>(Clarksburg, WV) |
| 5 | Evercore Group LLC<br>Davis Polk & Wardwell LLP | Evercore Group LLC<br>55 E 2nd Street<br>New York, NY 10055<br>Attn: Roopesh Shah<br><br>Davis Polk & Wardwell LLP<br>450 Lexington Ave<br>New York, NY 10017<br>Attn: Christian Fischer | Franchise Group, Inc. | *Agreement*, dated August 19, 2024 |
| 6 | Steven Andrews | Steven Andrews<br>[ADDRESS ON FILE] | Buddy's Franchising and Licensing, LLC | *Development Agreement*, dated January 13, 2023<br>(Lincoln, NE) |
| 7 | Terry Maddox | Terry Maddox<br>[ADDRESS ON FILE] | Buddy's Franchising and Licensing, LLC | *Development Agreement*, dated March 17, 2023<br>(Columbia, TN) |