## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Rel. Dkt. Nos. 853 & 855** |

### CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that:

1.        On January 28, 2025, I caused true and correct copies of the following documents

to be served upon the parties listed on **Exhibit A** attached hereto in the manner indicated.

- *Stipulation With Required Lenders Under Prepetition First Lien Facility and PrePetition ABL Agent Extending Committee Challenge Period Pursuant to Final Financing Order* [Dkt 853]; and the

- *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Standing and Authorizing the Prosecution of Certain Challenge Claims on Behalf of the Bankruptcy Estates* [Dkt 855]

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

Dated:   January 28, 2025        Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*

Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
Email:       bsandler@pszjlaw.com
             crobinson@pszjlaw.com

-and-

Robert J. Feinstein        (admitted *pro hac vice*)
Alan J. Kornfeld           (admitted *pro hac vice*)
Theodore S. Heckel         (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:   (212) 561-7700
Facsimile:   (212) 561-7777
Email:       rfeinstein@pszjlaw.com
             akornfeld@pszjlaw.com
             theckel@pszjlaw.com

*Counsel to the Official Committee*
*of Unsecured Creditors*

**EXHIBIT A**

**FIRST CLASS MAIL**
(Top 50 Unsecured Creditor)
Department of the Treasury
General Inquiries
Internal Revenue Service
Ogden, UT 84201-0009

**FIRST CLASS MAIL**
(Debtors)
Franchise Group, Inc.
Attn: President or General Counsel
109 Innovation Court, Ste J
Delaware, OH 43105

**FIRST CLASS MAIL**
Internal Revenue Service
IRS Insolvency Section
Centralized Insolvency Operation
1111 Constitution Ave., NW
Washington, DC 20224

**FIRST CLASS MAIL**
Internal Revenue Service
IRS Insolvency Section
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**FIRST CLASS MAIL**
*(US Attorney for the District of Delaware)*
US Attorney for Delaware
David C. Weiss, Esq.
Ellen Slights, Esq.
US Attorney's Office
1313 N. Market Street, Suite 400
Wilmington, DE 19801

**FIRST CLASS MAIL**
*(Counsel to Prince George's County, Maryland)*
Nicole C. Kenworthy, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

**FIRST CLASS MAIL**
*(Counsel to Frontier Bel Air LLC, Frontier Dania
LLC, Frontier Osceola LLC, Frontier Dover LLC, and
Frontier Kissimmee LLC)*
Scott A.Bachert, Esq.
Kerrick Bachert PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY  42102-9547

**FOREIGN FIRST CLASS MAIL**
*(Top 50 Unsecured Creditor)*
Open Farm Inc.
Amy Horton, Chief Sales Officer
559 College St., Suite 400
Toronto, ON
Canada M6G1A9

**ELECTRONIC MAIL**
*(Counsel to BCDC Portfolio Owner LLC, BCHQ
Owner LLC, Brookfield Properties Retail, Inc.,
Curbline Properties Corp., First Washington Realty,
GCP Boom LLC, JLL Property Management (Franklin
Mall), Kite Realty Group, L.P. NNN REIT, Inc.,
Regency Centers, L.P., Shamrock A. Owner LLC, and
SITE Centers Corp.)*
Susan E. Kaufman, Esq.
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801
Email: skaufman@skaufmanlaw.com;

**ELECTRONIC MAIL**
*(Counsel to BCDC Portfolio Owner LLC, BCHQ
Owner LLC, Brookfield Properties Retail, Inc.,
Curbline Properties Corp., First Washington Realty,
GCP Boom LLC, JLL Property Management (Franklin
Mall), Kite Realty Group, L.P. NNN REIT, Inc.,
Regency Centers, L.P., Shamrock A. Owner LLC, and
SITE Centers Corp.)*
Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq.
Allison Selick, Esq.
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Email:
KDWBankruptcyDepartment@kelleydrye.com;
rlehane@kelleydrye.com; jraviele@kelleydrye.com;
aselick@kelleydrye.com

**ELECTRONIC MAIL**
*(Counsel to Elanco US Inc.)*
Mark R. Owens, Esq.
Kevin G. Collins, Esq.
Barnes & Thornburg LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Email: mark.owens@btlaw.com;
kevin.collins@btlaw.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Albany Industries Inc.
Bentley Jones
Chief Revenue Officer
1210 Indiana Ave #5907
Chicago, IL 60605
Email: bjones@albanyfurniture.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Alphia Inc.
Jeff Ulrich
Assistant Corporate Controller
322 Main Street
Bern, KS 66408
Email: jeffu@alphia.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Animal Supply CO Wholesome
Joe Carras
Vice President of Sales
2403 E Interstate 30
Grand Prairie, TX 75050
Email: joe.carras@animalsupply.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Arizona Nutritional Supplement
Harrison Pappas, CEO
210 S Beck Av e.
Chandler, AZ 85226
Email: hpappas@aznutritional.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Assurant Inc.
Jennifer Clark
Vice President Account Mgmt-Retail
260 Interstate N Circle SE
Atlanta, GA 30339
Email: Jennifer.Clark@assurant.com

**ELECTRONIC MAIL**
*(Counsel to Azalea Joint Venture, LLC, Brixmor Operating Partnership LP, Continental Realty Corporation, Federal Realty OP LP, FR Grossmont, LLC, Prime/FRIT Mission Hills, LLC, and ShopOne Centers REIT, Inc.)*
Ballard Spahr LLP
Leslie C. Heilman, Esq.
Laurel D. Roglen, Esq.
Margaret A. Vesper, Esq.
919 North Market Street, 11th Floor
Wilmington, DE 19801
Email: heilmanl@ballardspahr.com;
roglenl@ballardspahr.com;
vesperm@ballardspahr.com

**ELECTRONIC MAIL**
*(Counsel to Drink LMNT, Inc.)*
Barnes & Thornburg LLP
Kevin G. Collins, Esq.
222 Delaware Ave., Suite 1200
Wilmington, DE 19801
Email: kevin.collins@btlaw.com

**ELECTRONIC MAIL**
*(Counsel for Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC)*
Bayard, P.A.
Ericka F. Johnson, Esq.
600 N. Market Street, Suite 400
Wilmington, DE 19801
Email: ejohnson@bayardlaw.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Bcdc Portfolio Owner LLC
Heba Elayan
Real Estate Principal
Oak Street Real Estate Capital, LLC
30 North Lasalle Ste 4140
Chicago, IL 60602
Email: Heba.elayan@blueowl.com

*ELECTRONIC MAIL*
*(Top 50 Unsecured Creditor)*
BCHQ Owner LLC
Heba Elayan
Real Estate Principal
Oak Street Real Estate Capital, LLC
30 North Lasalle Ste 4140
Chicago, IL 60602
Email: Heba.elayan@blueowl.com

*ELECTRONIC MAIL*
*(Counsel to Doctor's Best Inc.)*
Blakeley LC
Scott Blakeley, Esq.
530 Technology Drive, Suite 100
Irvine, CA 92618
Email: SEB@BlakeleyLC.com

*ELECTRONIC MAIL*
*(Counsel to Wilmington Trust, National Association, as Prepetition First Lien Agent and DIPAgent)*
Blank Rome LLP
Michael B. Schaedle, Esq.
Stanley B. Tarr, Esq.
Jordan L. Williams, Esq.
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Email: mike.schaedle@blankrome.com;
stanley.tarr@blankrome.com;
jordan.williams@blankrome.com

*ELECTRONIC MAIL*
*(Counsel to Brookfield Properties Retail Inc.)*
Kristen N. Pate, Esq.
350 N. Orleans Street, Suite 300
Chicago, IL 60654-1607
Email: bk@bpretail.com

*ELECTRONIC MAIL*
*(Counsel to Oracle America, Inc.)*
Buchalter, A Professional Corporation
Shawn M. Christianson, Esq.
425 Market Street, Suite 2900
San Francisco, CA 94105-3493
Email: schristianson@buchalter.com

*ELECTRONIC MAIL*
*(Counsel to Comenity Capital Bank, CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC)*
Burr & Forman LLP
J. Cory Falgowski, Esq.
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
Email: jfalgowski@burr.com

*ELECTRONIC MAIL*
*(Counsel to CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC)*
Burr & Forman LLP
J. Ellsworth Summers, Jr., Esq.
Dana L. Robbins, Esq.
50 North Laura Street, Suite 3000
Jacksonville, FL 32202
Email: esummers@burr.com; drobbins@burr.com

*ELECTRONIC MAIL*
*(Counsel to Comenity Capital Bank)*
Burr & Forman
James H. Haithcock, III
420 N. 20th Street, Suite 3400
Wilmington, DE 19801
Email: jhaithcock@burr.com

*ELECTRONIC MAIL*
*(Top 50 Unsecured Creditor)*
Champion Petfoods USA
Jenn Watt, Credit Associate
1103-95 St SW, Suite 301
Edmonton, AB Canada T6XOP8
Email: jwatt@championpetfoods.com

*ELECTRONIC MAIL*
*(Counsel to Hilco Merchant Resources, LLC)*
Chipman Brown Cicero & Cole, LLP
Mark L. Desgrosseilliers, Esq.
Hercules Plaza
1313 North Market St, Suite 5400
Wilmington, DE 19801
Email: desgross@chipmanbrown.com

*ELECTRONIC MAIL*
*(Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC and VS Tempe, LLC)*
Clark Hill PLC
Audrey L. Hornisher, Esq.
901 Main Street, Suite 6000
Dallas, TX 75202
Email: ahornisher@clarkhill.com

*ELECTRONIC MAIL*
*(Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC and VS Tempe, LLC)*
Clark Hill PLC
Karen M. Grivner, Esq.
824 N. Market Street, Suite 710
Wilmington, DE 19801
Email: kgrivner@clarkhill.com

*ELECTRONIC MAIL*
*(Top 50 Unsecured Creditor)*
Costco Innovel (Logistics)
Michael Dunne, Manager
1045 Lake Drive
Issaquah, WA 98027
Email: michaeldunne@costco.com

*ELECTRONIC MAIL*
*(Counsel to Krober Supply Chain US, Inc.*
Cowles & Thompson, P.C.
William L. Siegel, Esq.
901 Main Street, Suite 3900
Dallas, TX 75202
Email: bsiegel@cowlesthompson.com

*ELECTRONIC MAIL*
*(Top 50 Unsecured Creditor)*
Coyote Logistics
John Morel, SVP of Sales
2545 West Diversey Ave.
Chicago, IL 60647
Email: John.Morel@Coyote.com

*ELECTRONIC MAIL*
*(Counsel to Woodbolt Distribution, LLC, Glanbia Performance Nutrition, Inc., Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers, LLC)*
Cross & Simon, LLC
Christopher P. Simon, Esq.
1105 North Market Street, Suite 901
Wilmington, DE 19801
Email: csimon@crosslaw.com

*ELECTRONIC MAIL*
*(Top 50 Unsecured Creditor)*
Delta Furniture
Chris Bray, VP Sales and Marketing
5650 Private Road 8072
West Plains, MO 65775
Email: chris_bray@comcast.new

*ELECTRONIC MAIL*
*(Top 50 Unsecured Creditor)*
Elements International Group LLC
Paul Comrie, CEO
2250 Skyline Drive
Mesquite, TX 75149
Email: pcomrie@elementsgrp.com

*ELECTRONIC MAIL*
*(Top 50 Unsecured Creditor)*
Ema Electrolux/Frigidaire
TJ Stoffer, Sr. VP Sales, North America
10200 David Taylor Drive
Charlotte, NC 28262
Email: t.j.stoffer@electrolux.com

*ELECTRONIC MAIL*
*(Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates)*
Faegre Drinker Biddle & Reath LLP
Michael T. Gustafson, Esq.
320 South Canal Street, Suite 3300
Chicago, IL 60606
Email: mike.gustafson@faegredrinker.com

*ELECTRONIC MAIL*
*(Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates)*
Faegre Drinker Biddle & Reath LLP
Patrick A. Jackson, Esq.
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: patrick.jackson@faegredrinker.com

*ELECTRONIC MAIL*
*(Counsel to Ad Hoc Group of Freedom Lenders)*
Farnan LLP
Brian E. Farnan, Esq.
Michael J. Farnan, Esq.
919 North Market Street, 12th Floor
Wilmington, DE 19801
Email: bfarnan@farnanlaw.com;
mfarnan@farnanlaw.com

***ELECTRONIC MAIL***
*(Top 50 Unsecured Creditor)*
Force Factor Brands LLC
Daniel Wallace, CEO & Co-Founder
24 School St., 4th Floor
Boston, MA 02108
Email: daniel@forcefactor.com

***ELECTRONIC MAIL***
*(Counsel to WPG Legacy, LLC)*
Frost Brown Todd LLP
Erin P. Severini, Esq.
Joy D. Kleisinger, Esq.
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Email: eseverini@fbtlaw.com; jkleisinger@fbtlaw.com

***ELECTRONIC MAIL***
*(Counsel to Cintas Corporation No. 2)*
Frost Brown Todd LLP
Sloane B. O'Donnell
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, PA 15219
Email: sodonnell@fbtlaw.com

***ELECTRONIC MAIL***
*(Top 50 Unsecured Creditor)*
Google
Attn Custodian of Records
1600 Amphitheatre Parkway
Mountain View, CA 94043
Email: legal-notices@google.com

***ELECTRONIC MAIL***
*(Counsel to Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education)*
Harris County Attorney's Office
Susan Fuertes, Esq.
Property Tax Division
P.O. Box 2848
Houston, TX 77252
Email: taxbankruptcy.cao@harriscountytx.gov

***ELECTRONIC MAIL***
*(Top 50 Unsecured Creditor)*
Hartz Mountain-Vmx
Rosemary Disla, Credit and Collections Analyst
14971 Collection Center Drive
Chicago, IL 60693
Email: rdisla@hartz.com

***ELECTRONIC MAIL***
*(Top 50 Unsecured Creditor)*
Hill's Pet Nutrition
Robert Abele, Sr. Director
Pet Omni-Channel Leader
6180 Sprint Parkway
Overland Park, KS 66211
Email: Robert_abele@colpal.com

***ELECTRONIC MAIL***
*(Counsel to Alter Domus (US) LLC)*
Holland & Knight LLP
Phillip W. Nelson, Esq.
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Email: phillip.nelson@hklaw.com

***ELECTRONIC MAIL***
*(Counsel to Ken Burton, Jr., Manatee County Tax Collector)*
Michelle Leeson, Paralegal, Collections Specialist, CFCA
1001 3rd Ave. W, Suite 240
Bradenton, FL 34205-7863
Email: legal@taxcollector.com

***ELECTRONIC MAIL***
*(Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC)*
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Connor K. Casas, Esq.
333 West Wolf Point Plaza
Chicago, IL 60654
Email: connor.casas@kirkland.com

***ELECTRONIC MAIL***
*(Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC)*
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Steven N. Serajeddini P.C.
601 Lexington Avenue
New York, NY 10022
Email: steven.serajeddini@kirkland.com

***ELECTRONIC MAIL***
*(Top 50 Unsecured Creditor)*
Kith Furniture
Darin Wright, CFO
7155 State Highway 13
Haleyville, AL 35565
Email: dwright@kithfurniture.com

***ELECTRONIC MAIL***
*(Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC)*
Klehr Harrison Harvey Branzburg LLP
Domenic E. Pacitti, Esq.
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Email: dpacitti@klehr.com

***ELECTRONIC MAIL***
*(Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC)*
Klehr Harrison Harvey Branzburg LLP
Morton R. Branzburg, Esq.
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Email: mbranzburg@klehr.com

***ELECTRONIC MAIL***
*(Top 50 Unsecured Creditor)*
Kong Company
Ellen Craig, Sales Director
16191 Table Mountain Parkway
Golden, CO 80403
Email: ellen.craig@kongcompany.com

***ELECTRONIC MAIL***
*(Claims and Noticing Agent)*
Kroll Restructuring Administration LLC
Herb Baer, Christine Porter, Jessica Berman
1 World Trade Center, 31st Floor
New York, NY 10007
Email: serviceqa@ra.kroll.com;
FRGTeam@ra.kroll.com

***ELECTRONIC MAIL***
*(Counsel to Oxford Valley Road Associates, L.P.)*
Kurtzman Steady LLC
Jeffrey Kurtzman, Esq.
101 N. Washington Avenue, Suite 4A
Margate, NJ 08402
Email: kurtzman@kurtzmansteady.com

***ELECTRONIC MAIL***
*(Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders)*
Landis Rath & Cobb LLP
Adam G. Landis, Matt McGuire, Elizabeth Rogers
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
Email: landis@lrclaw.com; mcguire@lrclaw.com;
erogers@lrclaw.com

***ELECTRONIC MAIL***
*(Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent)*
Latham & Watkins LLP
Andrew Sorkin, Esq.
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
Email: andrew.sorkin@lw.com

***ELECTRONIC MAIL***
*(Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent)*
Latham & Watkins LLP
James Kstanes, Esq.
Timothy Beau, Esq.
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Email: james.ktsanes@lw.com; beau.parker@lw.com

***ELECTRONIC MAIL***
*(Counsel to the ABL Secured Parties)*
Latham & Watkins LLP
Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin,Esq.
1271 Avenue of the Americas
New York, NY 10020
Email: Jennifer.Ezring@lw.com;
James.Ktsanes@lw.com; andrew.sorkin@lw.com

***ELECTRONIC MAIL***
*(Counsel to Nueces County, McLennan County, Kerr County, Hidalgo County, City of McAllen)*
Linebarger Goggan Blair & Sampson, LLP
Diane W. Sanders, Esq.
P.O. Box 17248
Austin, TX 78760-7428
Email: austin.bankruptcy@lgbs.com

**ELECTRONIC MAIL**
*(Counsel to Bexar County, City of El Paso)*
Linebarger Goggan Blair & Sampson, LLP
Don Stecker, Esq.
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
Email: sanantonio.bankruptcy@lgbs.com

**ELECTRONIC MAIL**
*(Counsel to Dallas County)*
Linebarger Goggan Blair & Sampson, LLP
John K. Turner, Esq.
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
Email: dallas.bankruptcy@lgbs.com

**ELECTRONIC MAIL**
*(Counsel to Hopkins County, Kaufman County, Sulphur Springs ISD, Rockwall CAD, Tarrant County, Navarro County, Smith County, Ellis County, City of Sulphur Springs, Wise County, Tom Green CAD, Grayson County, Gregg County, Prosper ISD, Town of Prosper, City of Carrollton, Northwest ISD, City of Allen, City of Wylie, Lewisville ISD, Allen ISD, City of Frisco, Irving ISD, Parker CAD)*
Linebarger Goggan Blair & Sampson, LLP
John Kendrick Turner, Esq.
3500 Maple Avenue, Suite 800
Dallas, TX 75219
Email: dallas.bankruptcy@lgbs.com

**ELECTRONIC MAIL**
*(Counsel to Cypress-Fairbanks ISD, Harris County, Galveston County, Montgomery County, Ford Bend County, Katy ISD, Harris CO ESD # 08, City of Houston, Montgomery County, Harris CO ESD # 48, Lone Star College System, Harris CO ESD # 16, Harris CO ESD # 11, Houston ISD, Galveston County, Harris CO ESD # 09, Cypress-Fairbanks ISD, Deer Park ISD, Fort Bend County, Houston Comm Coll System, City of Pasadena)*
Linebarger Goggan Blair & Sampson, LLP
Tara L. Grundemeier, Esq.
P.O. Box 3064
Houston, TX 77253-3064
Email: houston.bankruptcy@lgbs.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Living Style (Singapore) Pte. Limited
Henry Chan, CEO
3 Kallang Junction #05-02
Singapore 339265
Email: henrychan@livingstyle.com

**ELECTRONIC MAIL**
*(Counsel to Woodbolt Distribution, LLC, Glanbia Performance Nutrition, Inc., Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers, LLC)*
Lowenstein Sandler LLP
Michael S. Etkin, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Email: metkin@lowenstein.com;
mpapandrea@lowenstein.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Lowes Companies Inc.
Brie Lieto, Director, Supply Chain
1000 Lowe's Blvd.
Mooresville, NC 28117
Email: brie.lieto@lowes.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Mars Petcare
Cullen Mahan, Customer Development Team Lead
2013 Ovation Parkway
Franklin, TN 37067
Email: cullen.mahan@effem.com

**ELECTRONIC MAIL**
*(Counsel to  Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County)*
McCreary, Veselka, Bragg & Allen, P.C.
Julie Anne Parsons, Esq.
700 Jeffrey Way, Suite 100
Round Rock, TX 78665
Email: jparsons@mvbalaw.com

**ELECTRONIC MAIL**
*(Counsel to Tax Appraisal District of Bell County,*
*Brazos County, Burnet Central Appraisal District,*
*Bowie Central Appraisal District, Denton County,*
*Guadalupe County, Hays County, Midland Central*
*Appraisal District, City of Waco/Waco Independent*
*School District/La Vega Independent School District,*
*and Williamson County)*
McCreary, Veselka, Bragg & Allen, P.C.
Julie Anne Parsons, Esq.
P.O. Box 1269
Round Rock, TX 78680-1269
Email: jparsons@mvbalaw.com

**ELECTRONIC MAIL**
*(Counsel to New Westgate Mall LLC)*
Mirick, O'Connell, DeMallie & Lougee, LLP
Joseph H. Baldiga, Esq.
Shannah L. Colbert, Esq.
1800 West Park Dr., Suite 400
Westborough, MA 01581
Email: jbaldiga@mirickoconnell.com;
scolbert@mirickoconnell.com

**ELECTRONIC MAIL**
*(Counsel to Kimco Realty Corporation, 2205 Federal*
*Investors, LLC)*
Monzack Mersky and Browder, P.A.
Rachel B. Mersky, Esq.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Email: rmersky@monlaw.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Muebles Briss S.A. De C.V. (Marby)
Luis Sanchez, General Manager
Cam. Santa ana tepetitlan 1112, col paseos del briseno
zapopan
Jalisco, Mexico 45236
Email: luis@southsourcing.com.mx

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
National Retail Properties, LP
David G. Byrnes, Jr., Assistant General Counsel
450 S Orange Avenue, Suite 900
Orlando, FL 32801
Email: david.byrnes@nnnreit.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Natural Balance Pet Foods Inc.
Darcy Hagan
3101 Stephen F. Austin Dr.
Brownwood, TX 76801
Email: darcy.hagan@ethospetbrands.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Nature's Way Brands, LLC
Erin Bovard
825 Challenger Drive
Green Bay, WI 54311
Email: erin.bovard@naturesway.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Nestle Purina Petcare Company
Grant Wabnitz, Director, Market Activation
1 Checkerboard Square
St. Louis, MO 63164
Email: grant.wabnitz@purina.nestle.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Newfoundland and Labrador Inc.
Brian Casutto, Consultant
145 Aberdeen Ave., Unit 1
St. John's NL
Canada A15N6
Email: brian@nutraholdings.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Nutraceutical
Brian Slobodow, CEO
1400 Kearns Blvd.
Park City, UT 84060
Email: bslobodow@betterbeing.com

**ELECTRONIC MAIL**
United States Trustee for the District of Delaware
Office of the United States Trustee for the District of
Delaware
Timothy J. Fox, Esq.
844 King Street, Suite, Suite 2207
Lockbox 353
Wilmington, DE 19801
Email: timothy.fox@usdoj.gov

***ELECTRONIC MAIL***
*(Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders)*
Paul Hastings LLP
Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
Daniel Fliman, Esq.
200 Park Avenue
New York, NY 10166
Email: jaymegoldstein@paulhastings.com;
jeremyevans@paulhastings.com;
isaacsasson@paulhastings.com;
danfliman@paulhastings.com

***ELECTRONIC MAIL***
*(Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders)*
Paul Hastings LLP
Nicholas A. Bassett, Esq.
2050 M Street NW
Washington, DC 20036
Email: nicholasbassett@paulhastings.com

***ELECTRONIC MAIL***
*(Top 50 Unsecured Creditor)*
Peak Living, Inc.
Chad Cunningham, CEO Owner
604 Pontotoc Co Ind Park Road
Ecru, MS 38841
Email: chadcunningham03@gmail.com

***ELECTRONIC MAIL***
*(Counsel to Brownsville Independent School District)*
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Hiram Gutierrez, Esq.
P.O. Box 2916
McAllen, TX 78502
Email: edinburgbankruptcy@pbfcm.com

***ELECTRONIC MAIL***
*(Counsel to Lubbock Central Appraisal District Midland County*
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Laura J. Monroe, Esq.
PO Box 817
Lubbock, TX 79408
Email: lmbkr@pbfcm.com

***ELECTRONIC MAIL***
*(Counsel to Kerrville Independent School District, Copperas Cove Independent School District)*
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Sergio E. Garcia, Esq.
3301 Northland Drive, Suite 505
Austin, TX 78731
Email: sgarcia@pbfcm.com

***ELECTRONIC MAIL***
*(Counsel to Potter County Tax Office and Randall County Tax Office)*
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Alysia Corodva
PO Box 9132
Amarillo, TX 79105
Email: acordova@pbfcm.com; amabkr@pbfcm.com

***ELECTRONIC MAIL***
*(Top 50 Unsecured Creditor)*
Phillips Feed and Pet Supply
Mark Patterson, VP Area Sales, Central
3747 Hecktown Road
Easton, PA 18045
Email: mark.patterson@phillipspet.com

***ELECTRONIC MAIL***
*(Top 50 Unsecured Creditor)*
Planitretail LLC
Matthew Spahn, Founder & CEO
35 Holcomb HillRoad
West Granby, CT 06090
Email: matt.spahn@planitretail.net

***ELECTRONIC MAIL***
*(Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent)*
Potter Anderson & Corroon LLP
Jeremy W. Ryan, Esq.
Brett M. Haywood, Esq.
Ethan H. Sulik, Esq.
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Email: jryan@potteranderson.com;
bhaywood@potteranderson.com:
esulik@potteranderson.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Premier Nutrition Company, LLC
Karren Job, SVP
1222 67th Street 210
Emeryville, CA 94608
Email: karren.job@bellringbrands.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Print Comm
Kevin Naughton, President
3040 S Dye Road
Flint, MI 48473
Email: knaughton@printcomm.com

**ELECTRONIC MAIL**
*(Counsel to Whirlpool Corporation)*
Quarles & Brady LLP
L. Kate Mason, Esq.
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Email: Katie.Mason@quarles.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Radio Systems Corporation
Rhonda Witt
10427 Petsafe Way
Knoxville, TN 37932
Email: rwitt@petsafe.net

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Redcon 1
Aaron Singerman, CEO
701 Park of Commerce, Suite 100
Boca Raton, FL 33487
Email: aaron@redcon1.com

**ELECTRONIC MAIL**
*(Counsel to B. Riley Principal Investments, LLC and its affiliates)*
Richards Layton & Finger PA
John H. Knight, Esq.
Amanda R. Steele, Esq.
Alexander R. Steiger, Esq.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: knight@rlf.com; steele@rlf.com; steiger@rlf.com

**ELECTRONIC MAIL**
*(Counsel to Hilco Merchant Resources, LLC)*
Riemer & Braunstein LLP
Steven Fox, Esq.
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036
Email: sfox@reimerlaw.com

**ELECTRONIC MAIL**
*(Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC, Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company)*
Saul Ewing LLP
Monique B. DiSabatino, Esq.
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801
Email: monique.disabatino@saul.com

**ELECTRONIC MAIL**
*(Counsel to Beneson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al., Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al., Wheeler REIT, LP, and/or certain of their affiliates)*
Scott L. Fleischer, Esq.
Barclay Damon LLP
1270 Avenue of the Americas, Suite 501
New York, NY 10020
Email:  sfleischer@barclaydamon.com

***ELECTRONIC MAIL***
*(Counsel to Beneson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al., Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al., Wheeler REIT, LP, and/or certain of their affiliates)*

***ELECTRONIC MAIL***
*(Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC,  Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company)*
Saul Ewing LLP
Turner N. Falk, Esq.
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Email: turner.falk@saul.com

***ELECTRONIC MAIL***
Securities and Exchange Commission
NY Office
Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
Email: bankruptcynoticeschr@sec.gov

***ELECTRONIC MAIL***
Securities and Exchange Commission
Philadelphia Office
Bankruptcy Department
One Penn Center
1617 JFK Blvd, Suite 520
Philadelphia, PA 19103
Email: secbankruptcy@sec.gov

***ELECTRONIC MAIL***
*(Counsel to the DIP Agent, Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent)*
Seward & Kissel LLP
Gregg Bateman, Esq.
Sagar Patel, Esq.
Michael Danenberg, Esq.
John R. Ashmead, Esq.
Andrew J. Matott, Esq.
One Battery Park Plaza
New York, NY 10004
Email: bateman@sewkis.com; patel@sewkis.com; danenberg@sewkis.com; ashmead@sewkis.com; bateman@sewkis.com; matott@sewkis.com

***ELECTRONIC MAIL***
*(Counsel to Sayville Plaza Development, LLC)*
Shipman & Goodwin LLP
Eric S. Goldstein, Esq.
One Constitution Plaza
Hartford, CT 06103-1919
Email: egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com

***ELECTRONIC MAIL***
*(Counsel to ShopCore Properties and its related entities)*
William F. McDonald III
10920 Via Frontera, Suite 220
San Diego, CA 92127
Email: wmcdonald@shopcore.com

***ELECTRONIC MAIL***
*(Counsel to Simon Property Group, Inc. and its related entities)*
Simon Property Group, Inc.
Ronald M. Tucker
225 West Washington Street
Indianapolis, IN 46204
Email: rtucker@simon.com

***ELECTRONIC MAIL***
*(Counsel to Paoli Shopping Center Limited Partnership, Phase II)*
Sirlin Lesser & Benson, P.C.
Dana S. Plon, Esq.
123 South  Broad Street, Suite 2100
Philadelphia, PA 19109
Email: dplon@sirlinlaw.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Solstice Sleep Company
Dennis Straily, President/CEO
3720 West Broad Street
Columbus, OH 43228
Email: dstraily@solsticesleep.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Standard Furniture Mfg Co Inc.
Lucas Hall, EVP
PO Box 933715
Atlanta, GA 31193-3715
Email: lucas.hall@sfmco.com

**ELECTRONIC MAIL**
*(Counsel to Peoria Rental Properties, LLC)*
Stark & Stark, P.C.
Joseph H. Lemkin, Esq.
PO Box 5315
Princeton, NJ 08543
Email: jlemkin@stark-stark.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Stella and Chewys LLC
Noelle Wolter, Director of Accounting and Treasury
111 W. Oakley Parkway
Oak Creek, WI 53154
Email: nwolter@stellaandchewys.com

**ELECTRONIC MAIL**
*(Counsel to Dell Financial Service L.L.C.)*
Streusand, Landon Ozburn & Lemmon, LLP
Sabrina L. Streusand, Esq.
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746
Email: streusand@slollp.com

**ELECTRONIC MAIL**
*(Counsel to Whirlpool Corporation)*
Sullivan Hazeltine Allinson LLC
William A. Hazeltine, Esq.
919 N. Market Street, Suite 420
Wilmington, DE 19801
Email: whazeltine@sha-llc.com

**ELECTRONIC MAIL**
*(Counsel to Raymond Leasing Corporation)*
Swanson, Martin & Bell, LLP
Charles S. Stahl, Jr.
2525 Cabot Drive, Suite 204
Lisle, IL 60532
Email: cstahl@smbtrials.com

**ELECTRONIC MAIL**
*(Counsel to Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC)*
Tayman Lane Chaverri LLP
Jeffrey Rhodes, Esq.
2001 L Street, NW, Suite 500
Washington, DC 20036
Email: jrhodes@tlclawfirm.com

**ELECTRONIC MAIL**
*(Counsel to the Texas Comptroller of Public Accounts)*
Texas Attorney General's Office
Christopher S. Murphy, Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
Email: christopher.murphy@oag.texas.gov

**ELECTRONIC MAIL**
*(Counsel to LU Candlers Station Holdings, LLC)*
Thompson Hine LLP
Louis F. Solimine, Esq.
312 Walnut Street, Suite 2000
Cincinnati, OH 45202-4029
Email: Louis.Solimine@ThompsonHine.com

**ELECTRONIC MAIL**
*(Counsel to Northside Village Conyers, LLC)*
Thompson O'Brien Kappler & Nasuti PC
Michael B. Pugh, Esq.
2 Sun Court, Suite 400
Peachtree Corners, GA 30092
Email: mpugh@tokn.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Titanic Furniture
Oday Abo, CEO
7400 S Loomis Blvd.
Suwanee, GA 30024
Email: oday@titanicfurniture.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Transform Holdco LLC (3Pl)
Norman Krause
3333 Beverly Road
Office: B5-178B
Hoffman Estates, IL 60179
Email: Norman.Krause@transformco.com

**ELECTRONIC MAIL**
*(Counsel to the J.M. Smucker Company and Amazing Organics LLC t/a Amazing Herbs)*
Tydings & Rosenberg LLP
Stephen B. Gerald, Esq.
200 Continental Drive, Suite 401
Newark, DE 19713
Email: sgerald@tydings.com

**ELECTRONIC MAIL**
Securities and Exchange Commission
U.S. Securities and Exchange Commission-Headquarters
Secretary of the Treasury
100 F Street NE
Washington, DC 20549
Email: secbankruptcy@sec.gov

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Uber Freight US LLC
Steve Moore, Head of TM Operations
433 W Van Buren St.
Chicago, IL 60607
Email: steve.moore@uberfreight.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
UPS (Ocean Freight)
Steve McMichael, VP, UPS Ocean
28013 Network Place
Chicago, IL 60673-1280
Email: Ssmcmichael@ups.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Vitamin Well USA LLC
Brian Kuz, Chief Sales Officer
3865 Grand View Blvd.,
Los Angeles, CA 90066
Email: brian.kuz@vitaminwell.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Wellness Pet LLC
Rebecca Dow, Corporate Controller
77 S Bedford St.
Burlington, MA 01803
Email: bdow@wellnesspet.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Weruva International Inc.
Robert Holt, Director of Finance
17 Mercer Road
Natick, MA 01760
Email: ar@Weruva.com

**ELECTRONIC MAIL**
*(Top 50 Unsecured Creditor)*
Whirlpool
Dave Whitehead, VP & GM National Account Sales and Marketing
600 West Main Street
Benton Harbor, MI 40922
Email: david_m_whitehead@whirlpool.com

**ELECTRONIC MAIL**
*(Counsel to the Second Lien Secured Parties; HoldCo Lenders)*
White & Case LLP
Bojan Guzina, Esq.
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
Email: bojan.guzina@whitecase.com

*ELECTRONIC MAIL*
*(Counsel to Ad Hoc Group of Freedom Lenders)*
White & Case LLP
J. Christopher Shore, Esq.
Samuel P. Hershey, Esq.
Andrew Zatz, Esq.
Erin Smith, Esq.
Brett Bakemeyer, Esq.
1221 Avenue of the Americas
New York, NY 10020-1095
Email: cshore@whitecase.com;
sam.hershey@whitecase.com; azatz@whitecase.com;
erin.smith@whitecase.com;
brett.bakemeyer@whitecase.com

*ELECTRONIC MAIL*
*(Counsel to the Second Lien Secured Parties; HoldCo Lenders, Ad Hoc Group of Freedom Lenders)*
White & Case LLP
Thomas Lauria, Esq.
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Email: tlauria@whitecase.com

*ELECTRONIC MAIL*
*(Counsel to Debtors and Debtors in Possession)*
Wilkie Farr & Gallagher LLP
Debra M. Sinclair, Esq.
Matthew A. Feldman, Esq.
Betsy L. Feldman, Esq.
Joseph R. Brandt, Esq.
787 Seventh Avenue
New York, NY 10019
Email: dsinclair@willkie.com;
mfeldman@willkie.com; bfeldman@willkie.com;
jbrandt@willkie.com

*ELECTRONIC MAIL*
*(Counsel to Debtors and Debtors in Possession)*
Young Conaway Stargatt & Taylor, LLP
Edmon L. Morton, Esq.
Matthew Bb. Lunn, Esq.
Allison S. Mielke, Esq.
Shella Borovinskaya, Esq.
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: emorton@ycst.com; mlunn@ycst.com;
amielke@ycst.com; sborovinskaya@ycst.com

*ELECTRONIC MAIL*
*(Top 50 Unsecured Creditor)*
Zoo Med Laboratories Inc.
David Dieter, Senior Director
3650 Sacramento Drive
San Luis Obispo, CA 93401
Email: david@zoomed.com

*ELECTRONIC MAIL*
*(Counsel to Beneson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al., Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al., Wheeler REIT, LP, and/or certain of their affiliates)*
Kevin M. Newman, Esq.
Barclay Damon LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Email: knewman@barclaydamon.com

*ELECTRONIC MAIL*
*(Counsel to Beneson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al., Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al., Wheeler REIT, LP, and/or certain of their affiliates)*
Niclas A. Ferland, Esq.
Barclay Damon
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511
Email: nferland@barclaydamon.com

*ELECTRONIC MAIL*
*(Counsel to Elanco US Inc.)*
Mark R. Owens, Esq.
Kevin G. Collins, Esq.
Barnes & Thornburg LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Email: mark.owens@btlaw.com;
kevin.collins@btlaw.com

***ELECTRONIC MAIL***
*(Counsel to Jefferson County)*
Tara L. Grundemeier, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064
Email:  houston_bankruptcy@lgbs.com

***ELECTRONIC MAIL***
*(Counsel to Babson Macedonia Partners, LLC)*
Kevin M. Capuzzi, Esq.
Juan E. Martinez, Esq.
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, DE  19801-6101
Email:  kcapuzzi@beneschlaw.com
jmartinez@beneschlaw.com

***ELECTRONIC MAIL***
*(Counsel to Kings Mountain Investments, Inc.)*
Stephen B. Porterfield, Esq.
Dentons Sirote, PC
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL  35255-5727
Email: stephen.porterfield@dentons.com

***ELECTRONIC MAIL***
*(Counsel to Prophecy Settlement-related Liquidating Trust 2022-23)*
Marla S. Benedek, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
Email:  mbenedek@cozen.com

***ELECTRONIC MAIL***
*(Counsel to The ChildSmiles Group, LLC a/k/a Abra Health)*
Jennifer R. Hoover, Esq.
Benesch, Friedlander, Coplan & Arnoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE  19801
Email:  jhoover@beneschlw.com

***ELECTRONIC MAIL***
*(Counsel to The ChildSmiles Group, LLC a/k/a Abra Health)*
Elliot M. Smith, Esq.
Benesch, Friedlander, Coplan & Arnoff LLP
200 Public Square, Suite 2300
Cleveland, OH  44114
Email:  esmith@beneschlaw.com

***ELECTRONIC MAIL***
*(Counsel to Nancy C. Millan, Hillsborough County Tax Collector)*
Brian T. Fitzgerald, Esq.
Senior Assistant County Attorney
P.O. Box 1110
Tampa, FL  33601-1110
Email:  fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
connorsa@hcfl.gov

***ELECTRONIC MAIL***
*(Counsel to TM2, LLC)*
Kevin M. Capuzzi, Esq.
Juan E. Martinez, Esq.
Benesch, Friedlander, Coplan & Arnoff
1313 North Market Street, Suite 1201
Wilmington, DE  19801-6101
Email:  kcapuzzi@beneschlaw.com
jmartinez@beneschlaw.com

***ELECTRONIC MAIL***
*(Counsel to Ahuja Development LLC)*
Christopher M. Winter, Esq.
James C. Carignan, Esq.
Duane Morris LLP
1201 N. Market Street, Suite 501
Wilmington, DE  19801
Email:  cmwinter@duanemorris.com
jccarignan@duanemorris.com

***ELECTRONIC MAIL***
*(Counsel to Heritage Seymour I, LLC and Heritage Seymour II, LLC)*
Shannon D. Humiston, Esq.
McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
Email:  shumiston@mccarter.com

**ELECTRONIC MAIL**
*(Counsel to Heritage Seymour I, LLC and*
*Heritage Seymour II, LLC)*
Lisa S. Bonsall, Esq.
McCarter & English LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
Email:  lbonsall@mccarter.com

**ELECTRONIC MAIL**
*(Counsel to Dell Financial Services, LLC)*
Matthew P. Austria, Esq.
Austria Legal, LLC
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801
Email:  maustria@austriallc.com

**ELECTRONIC MAIL**
*(Counsel to Dell Financial Services, LLC)*
G. James Landon, Esq.
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. Mopac Expressway, Suite 320
Austin, TX  78746
Email:  landon@slollp.com

**ELECTRONIC MAIL**
*(Counsel to Beral, LLP and*
*Laurel Lakes, LLC)*
Mark Minuti, Esq.
Saul Ewing LLP
1201 North Market Street
Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Email:  mark.minuti@saul.com

**ELECTRONIC MAIL**
*(Counsel to Magnolia Independent School District and*
*City of Montgomery)*
Melissa E. Valdez, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West
Suite 600
Houston, TX  77008
Email:  mvaldez@pbfcm

**ELECTRONIC MAIL**
*(Counsel to Shanri Holdings Corporation)*
J. David Forsyth, Esq.
Sessions, Fishman & Nathan, L.L.C.
400 Poydras Street, Suite 2550
New Orleans, LA  70130
Email:  jdf@sessions-law.com

**ELECTRONIC MAIL**
*(Counsel to Rockfirm, LLC)*
Brian J. McLaughlin, Esq.
Offit Kurman, P.A.
222 Delaware Avenue
Suite 105
Wilmington, DE  19801
Email:  Brian.McLaughlin@offitkurman.com

**ELECTRONIC MAIL**
*(Counsel to Long Beach Road LLC)*
Richard J. McCord, Esq.
Certilman Balin Adler & Hyman LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY  11554
Email:  rmcord@certilmanbalin.com

**ELECTRONIC MAIL**
*(Counsel to Brian Gale, Mark Noble,*
*Terry Philippas and Lawrence Bass)*
Joseph C. Barsalona II, Esq.
824 North Market Street, Suite 800
Wilmington, DE  19801
Email:  jbarsalona@pashmanstein.com

**ELECTRONIC MAIL**
*(Counsel to Brian Gale, Mark Noble,*
*Terry Philippas and Lawrence Bass)*
J. Daniel Albert, Esq.
Michael McCutcheon
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA  19087
Email: dalbert@ktmc.com;
mmcutcheon@ktmc.com

**ELECTRONIC MAIL**
*(Counsel to Brian Gale, Mark Noble,*
*Terry Philippas and Lawrence Bass)*
Jeroen van Kwawegen, Esq.

Thomas James, Esq.
Bernstein Litowitz Berger &
Grossmann LLP
1251 Avenue of the Americas
New York, NY  10020
Email:  jeroen@blbglaw.com;
thomas.james@blbglaw.com

*ELECTRONIC MAIL*
*(Counsel to Brian Gale, Mark Noble,*
*Terry Philippas and Lawrence Bass)*
Benjamin Potts, Esq.
Mae Oberste, Esq.
Bernstein Litowitz Berger &
Grossmann LLP
500 Delaware Avenue
Suite 901
Wilmington, DE  19801
Email:  benjamin.potts@blbglaw.com;
mae.oberste@blbglaw.com

*ELECTRONIC MAIL*
*(Counsel to Brian Gale, Mark Noble,*
*Terry Philippas and Lawrence Bass)*
Kimberly A. Evans, Esq.
Irene R. Lax, Esq.
Block & Leviton, LLP
222 Delaware Avenue, Suite 1120
Wilmington, DE  19801
Email:  kim@blockleviton.com
irene@blockleviton.com

*ELECTRONIC MAIL*
*(Counsel to The County of Loudoun, Virginia)*
Belkys Escobar, Esq.
Deputy County Attorney
One Harrison Street, S.E. 5th Floor
P.O.Box 7000
Leesburg, Virginia  20177-7000
Email:  belkys.escobar@loudoun.gov

*ELECTRONIC MAIL*
*(Counsel to Brookdale Shopping Center, L.L.C.)*
Alan J. Taylor, Esq.
Segal McCambridge Singer & Mahoney
29100 Northwestern Highway, Suite 240
Southfield, MI  48034
Email:  ataylor@smsm.com

*ELECTRONIC MAIL*
*(Counsel to Village at the Mall Holdings, LLC)*
Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Email:  mshriro@singerlevick.com

*ELECTRONIC MAIL*
*(Counsel to Champion Petfoods USA Inc.,*
*Mars Petcare US, Inc., Mars Fishcare North America*
*Inc. and Royal Canin U.S.A., Inc.)*
Shanti M. Katona, Esq.
Katherine M. Devanney, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
Email:  skatona@polsinelli.com
kdevanney@polsinelli.com

*ELECTRONIC MAIL*
*(Counsel to Champion Petfoods USA Inc.,*
*Mars Petcare US, Inc., Mars Fishcare North America*
*Inc. and Royal Canin U.S.A., Inc.)*
Elisa Hyder, Esq.
Polsinelli PC
Three Logan Square
1717 Arch Street. Suite 2800
Philadelphia, PA  19103
Email:  chyder@polsinelli.com

*ELECTRONIC MAIL*
*(Counsel to Arizona Nutritional Supplements)*
Anthony W. Clark, Esq.
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801
Email:  anthony.clark@gtlaw.com
dennis.meloro@gtlaw.com

*ELECTRONIC MAIL*
*(Counsel to Horizon Jajo, LLC)*
Bruce Z. Walker, Esq.
Cohen Pollock Merlin Turner, P.C.
3350 Riverwood Parkway, Suite 1600
Atlanta, GA  30339
Email:  bwalker@cpmtlaw.com

**ELECTRONIC MAIL**
*(Counsel to Missouri Boulevard Investment Company)*
John D. Landwehr, Esq.
Cook, Vetter, Doerhoff & Landwehr, P.C.
231 Madison Street
Jefferson City, MO  65101
Email:  jlandwehr@cvdl.net

**ELECTRONIC MAIL**
*(Counsel to Michael J. Wartell, in his capacity as
independent director and sole member of the conflicts
committee)*
Michael S. Stamer, Esq.
Brad M. Kahn, Esq.
Avi E. Luft, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
Email:  mstamer@akingump.com
bkahn@akingump.com
aluft@akingump.com

**ELECTRONIC MAIL**
*(Counsel to Michael J. Wartell, in his capacity as
independent director and sole member of the conflicts
committee)*
Marty L. Brimmage, Jr., Esq.
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street
Suite 1800
Dallas, TX  75201
Email:  mbrimmage@akingump.com

**ELECTRONIC MAIL**
*(Counsel to Michael J. Wartell, in his capacity as
independent director and sole member of the conflicts
committee)*
Michael D. DeBaecke, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801
Email:  mdebaecke@ashbygeddes.com

**ELECTRONIC MAIL**
*(Counsel to Wilson AmCap II LLC)*
Michael L. Schlepp, Esq.
S&D Law
1550 Wewatta Street
2nd Floor
Denver, CO  80202
Email:  mschleep@s-d.com

**ELECTRONIC MAIL**
*(Counsel to Bank of America, N.A.)*
Kurt F. Gwynne, Esq.
Jason D. Angelo, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801
Email:  kgwynne@reedsmith.com
jangelo@reedsmith.com

**ELECTRONIC MAIL**
*(Counsel to Bank of America, N.A.)*
Christopher L. Carter, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA  02110-1726
Email:  christopher.carter@morganlewis.com

**ELECTRONIC MAIL**
*(Counsel to Bridge33 Capital LLC)*
Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX  75001
Email:  mshriro@singerlevick.com

**ELECTRONIC MAIL**
*(Counsel to Kawips Delaware Cuyahoga Falls, LLC)*
Kevin S. Mann, Esq.
Cross & Simon LLC
1105 N. Market Street, Suite 901
Wilmington, DE  19801
Email:  kmann@crosslaw.com

**ELECTRONIC MAIL**
*(Counsel to Parm Golf Center LLC)*
David A. Shapiro, Esq.
McKenna Storer
33 N. LaSalle Street, Suite 1400
Chicago, IL  60602
Email:  dshapiro@mcKenna-law.com
service@mckenna-law.com

**ELECTRONIC MAIL**
*(Counsel to BC Exchange Salt Pond)*
Deborah M. Perry, Esq.
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, TX  75201-6659
Email:  dperry@munsch.com

**ELECTRONIC MAIL**
*(Counsel to Creditor,*
*Parkridge Center Retail, LLC)*
Bradshaw Rost, Esq.
Tenenbaum & Saas, P.C.
4504 Walsh Stret, Suite 200
Chevy Chase, Maryland  20815
Email:  BRost@tspclaw.com