UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

**Case Number:** 24-12480    BK ● AP ○

If AP, related BK case number:

**District Court Case Number:** 24-1394 TLA

Item(s) Transmitted:

| | | |
|---|---|---|
| (SEALED)Objection of the ad hoc Group of Fr... | **Docket #:** 274 | **Date Entered:** 12/2/2024 |
| (SEALED)Objection of the ad hoc Group of Fr... | **Docket #:** 275 | **Date Entered:** 12/2/2024 |
| (SEALED)Objection of the ad hoc Group of Fr... | **Docket #:** 277 | **Date Entered:** 12/2/2024 |

**Notes:**
Con't Items Transmitted:
(SEALED)#278 Declaration of Brett Bakemeyer in support of the objections of the ad hoc group of Freedom Lenders to Final Approval of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors' Motion to Pay Certain Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Shippers and Logistics Providers and 503(b)(9) Claimants and (II) Granting Related Relief. filed 12/2/2024.

***Items will be delivered to District Court.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 1/29/2025    **by:** /s/ Kimberly Ross
                        **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: 24-72