IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRANCHISE GROUP, INC., *et al.*, | ) Case No. 24- 12480 (JTD) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Related to D.I. 487, 599 |
| | ) |

**WITHDRAWAL OF OBJECTION OF OXFORD VALLEY ROAD ASSOCIATES, L.P. TO DEBTORS' NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT AND CURE COSTS WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Oxford Valley Road Associates, L.P., by and through its undersigned attorneys, hereby withdraws its objection filed on January 2, 2025 [D.I. 599] to the cure amount set forth in the Debtors' Notice of Possible Assumption and Assignment and Cure Costs with respect to Executory Contracts and Unexpired Leases [D.I. 1487].

Dated: January 27, 2024

**FLASTER GREENBERG**

/s/ William J. Burnett, Esquire
By: William J. Burnett, Esquire (Del. Bar No. 4078)
221 W. 10th Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 351-1910
Email: William.burnett@flastergreenberg.com

- and -

Jeffrey Kurtzman, Esquire
**KURTZMAN | STEADY, LLC**
101 N. Washington Avenue, Suite 4A
Margate, NJ 08402
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com
Attorneys for Oxford Valley Road Associates