**Exhibit 2**

**Reserved Leases**

| | Location of Reserved Lease | Lease Title | Counterparty Address | Cure Amount |
|---|---|---|---|---|
| 1. | Ft. Lauderdale, FL | Sub-Lease Agreement, dated February 1, 2014, by and between Marble of the World, Inc., as landlord, and American Freight of South Florida, LLC, as tenant, as amended by that certain Assignment of Lease Agreement, dated September 6, 2019. | 6001 Powerline, LLC<br>Attn: Andrew Naumov<br>1200 Wright Ave<br>Richmond, CA 94804 | $1,685.00 |