<u>**Exhibit 3**</u>
**Legal Description - Niagara Property**[1]

**ALL** that tract or parcel of land, situate, lying and being in the City of North Tonawanda, County of Niagara and State of New York, being part of Lot 12, township 13, Range 8, bounded and described as follows:

**BEGINNING** at the intersection of the southeast line of Kingston Avenue with the southwest line of Niagara Falls Boulevard;

**RUNNING THENCE** southwesterly along said line of Kingston Avenue 300 feet to the northeast corner of Sublot 7 according to map filed in the Niagara County Clerk's Office in Liber 24 of Deeds at page 570;

**THENCE** southeasterly at right angles to said Kingston Avenue and along the northeast line of Subdivision Lot 7, 150 feet to the lands of the Erie Railroad;

**THENCE** northeasterly along the Railroad 365.30 feet to the southwest line of Niagara Falls Boulevard;

**THENCE** northwesterly along the southwesterly line of Niagara Falls Boulevard 163.60 feet to the point of **BEGINNING**.

**EXCEPTING THEREFROM** lands acquired by the New York State Department of Transportation as shown on Map No. 58, Parcel 77.

---

[1] This Legal Description is subject to verification and correction in connection with any closing on the Niagara Property and shall be conformed to the extent necessary to ensure an ALTA Title Policy can be issued with respect to the Niagara Property.