IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Valor Acquisition, LLC, | § | Case No. 24-12505 |
| | § | |
| Debtor | § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Wise County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its Proof of Claim in this case. Wise County filed its claim on or about November 25, 2024, in the amount of $25,206.71, which is designated as claim number 201 on the claims register. The debtor does not own the property that is subject of the claim. Therefore, Wise County hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on the __30th__ day of __January__, 2025, a true and correct copy of the above document was filed with the Court and served via the Court's electronic noticing system upon all parties receiving electronic notice.

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
3500 Maple Avenue, Suite 800
Dallas, TX  75219
(214) 880-0089 - Telephone
(469) 221-5003 - Fax

By:  /s/ John K. Turner
   John K. Turner
   SBN 00788563

Notice of Withdrawal of Proof of Claim