# EXHIBIT A

**Supplemental Cure Schedule**

| ID # | Counterparty | Counterparty's Address | Debtor Entity | Agreement | Estimated Cure |
|---|---|---|---|---|---|
| 129990018 | Doordash, G&C | Doordash, G&C<br>303 2nd Street<br>South Tower<br>Suite 800<br>San Francisco, CA 94107<br><br>Jacob H. Marshall<br>Benesch Friedlander Coplan & Aronoff LLP<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606-4637 | Vitamin Shoppe Industries LLC | Merchant Services Agreement | $52,403.98 |
| 129990019 | HYG Financial Services | HYG FINANCIAL SERVICES, INC.<br>300 E. John Carpenter Freeway<br>Irving, TX 75062-2712 | Vitamin Shoppe Industries LLC | Finance Lease (64 mo) - Gregory Poole Equipment (Yale) - 3 Trucks / Forklifts (Ashland DC) | $0.00 |
| 129990020 | HYG Financial Services | HYG FINANCIAL SERVICES, INC.<br>300 E. John Carpenter Freeway<br>Irving, TX 75062-2712 | Vitamin Shoppe Industries LLC | Operating Lease (63 mo) - Gregory Poole Equipment (Yale) - 9 Trucks / Forklifts (Avondale DC) | $0.00 |
| 129990021 | LDI Color Toolbox | LDI Color Toolbox<br>50 Jericho Quadrangle<br>Jericho, NY 11753 | Vitamin Shoppe Industries LLC | Finance Lease (4 yr)- Canon Printer / Copier Office Equipment  (Ashland DC) | $0.00 |
| 129990022 | LDI Color Toolbox | LDI Color Toolbox<br>50 Jericho Quadrangle<br>Jericho, NY 11753 | Vitamin Shoppe Industries LLC | Finance Lease (4 yr) - Canon Printer / Copier Office Equipment (Avondale DC) | $0.00 |
| 129990023 | Locus Robotics Corp | Locus Robotics Corp<br>PO Box 735537<br>Chicago, IL 606735537 | Vitamin Shoppe Industries LLC | Operating Lease (1 yr) - 50 warhouse robots (Avondale DC) | $0.00 |
| 129990024 | Raymond Leasing Corporation | Raymond Leasing Corporation<br>22 S. Canal St.<br>Greene, NY 13778<br><br>Charles S. Stahl, Jr.<br>Swanson, Martin & Bell, LLP<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | Vitamin Shoppe Industries LLC | Equipment Master Lease Agreement 42286 | $27,494.94 |
| 129990025 | Raymond Leasing Corporation | Raymond Leasing Corporation<br>22 S. Canal St.<br>Greene, NY 13778<br><br>Charles S. Stahl, Jr.<br>Swanson, Martin & Bell, LLP<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | Vitamin Shoppe Industries LLC | Equipment Master Lease Agreement 42286, Schedule A, Agreement Number 422861 | $0.00 |

| ID # | Counterparty | Counterparty's Address | Debtor Entity | Agreement | Estimated Cure |
|---|---|---|---|---|---|
| 129990026 | Raymond Leasing Corporation | Raymond Leasing Corporation<br>22 S. Canal St.<br>Greene, NY 13778<br><br>Charles S. Stahl, Jr.<br>Swanson, Martin & Bell, LLP<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | Vitamin Shoppe Industries LLC | Equipment Master Lease Agreement 42286, Schedule A, Agreement Number 422862 | $0.00 |
| 129990027 | Raymond Leasing Corporation | Raymond Leasing Corporation<br>22 S. Canal St.<br>Greene, NY 13778<br><br>Charles S. Stahl, Jr.<br>Swanson, Martin & Bell, LLP<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | Vitamin Shoppe Industries LLC | Equipment Master Lease Agreement 42286, Schedule A, Agreement Number 422863 | $0.00 |
| 129990028 | Raymond Leasing Corporation | Raymond Leasing Corporation<br>22 S. Canal St.<br>Greene, NY 13778<br><br>Charles S. Stahl, Jr.<br>Swanson, Martin & Bell, LLP<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | Vitamin Shoppe Industries LLC | Equipment Master Lease Agreement 42286, Schedule A, Agreement Number 422864 | $0.00 |
| 129990029 | Raymond Leasing Corporation | Raymond Leasing Corporation<br>22 S. Canal St.<br>Greene, NY 13778<br><br>Charles S. Stahl, Jr.<br>Swanson, Martin & Bell, LLP<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532 | Vitamin Shoppe Industries LLC | Equipment Master Lease Agreement 42286, Schedule A, Agreement Number 422865 | $0.00 |