## **Exhibit A**

| Invoice Number(s) | Invoice Date(s) | Total Billed | Payment Date | Amount Received (Includes Retainer Application) |
|---|---|---|---|---|
| 12404480 | 2/16/2024 | $8,901.62 | 8/9/2024 | $8,901.62 |
| 12419474; 12419477 | 7/22/2024 | $333,374.25 | 8/9/2024 | $333,374.25 |
| 12401437 | 1/17/2024 | $979.20 | 8/16/2024 | $979.20 |
| 12409426; 12409430 | 4/9/2024 | $9,223.35 | 8/16/2024 | $9,223.35 |
| 12416812 | 6/25/2024 | $57,492.73 | 8/23/2024 | $57,492.73 |
| 12419478; 12419481 | 7/22/2024 | $9,622.00 | 8/23/2024 | $9,622.00 |
| 12423111 | 8/28/2024 | $250,000.00 (Retainer) | 8/29/2024 | $250,000.00 |
| 12409425;12409428; 12409429 | 4/9/2024 | $232,686.08 | 8/30/2024 | $232,686.08 |
| 12419473; 12419475; 12419479; 12419480; 12419482 | 7/22/2024 | $90,970.88 | 8/30/2024 | $90,970.88 |
| 12421833 | 8/13/2024 | $752,331.93 | 9/6/2024 | $752,331.93 |
| 12421832; 12421834; 12421835; 12421836; 12421837; 12421838; 12421839; 12421840 | 8/13/2024 | $275,484.49 | 9/12/2024 | $275,484.49 |
| 12423820 | 9/9/2024 | $1,270,319.90 | 10/4/2024 | $1,270,319.90 |
| 12426103 | 9/30/2024 | $641,051.91 | 10/4/2024 | $641,051.91 |
| 12426128 | 9/30/2024 | $500,000.00 (Retainer) | 10/4/2024 | $500,000.00 |
| 12426975 | 10/8/2024 | $461,457.50 | 10/10/2024 | $461,457.50 |
| 12423821; 12423822; 12423823; 12423824; 12423825; 12423826; 12423827 | 9/9/2024 | $79,998.85 | 10/11/2024 | $79,998.85 |
| 12426976 | 10/8/2024 | $500,000.00 (Retainer) | 10/11/2024 | $500,000.00 |
| 12427970 | 10/15/2024 | $585,465.41 | 10/17/2024 | $585,465.41 |
| 12427978 | 10/15/2024 | $500,000.00 (Retainer) | 10/17/2024 | $500,000.00 |
| 12428749 | 10/21/2024 | $545,183.00 | 10/22/2024 | $545,183.00 |
| 12428741 | 10/22/2024 | $500,000.00 (Retainer) | 10/22/2024 | $500,000.00 |
| 12429143 | 10/24/2024 | $1,500,000.00 (Retainer) | 10/25/2024 | $1,500,000.00 |
| 12429142 | 10/28/2024 | $981,431.50 | 10/28/2024 | $981,431.50 |
| 12426979; 12426980; 12426982; 12426984; 12426985 | 10/8/2024; | $192,146.93 | 10/30/2024 | $192,146.93 |
| 12429218; 12429219; 12429220 | 10/25/2024 | $73,196.24 | 10/30/2024 | $73,196.24 |
| 12429576 | 10/31/2024 | $1,079,916.06 | 10/31/2024 | $1,079,916.06 |
| 12429675; 12429676; 12429677; 12429678; 12429679 | 10/31/2024 | $446,418.82 | 10/31/2024 | $446,418.82 |
| 12429612 | 10/31/2024 | $500,000 (Retainer) | 11/1/2024 | $500,000.00[1] |

---

[1] On November 3, 2024, prior to the commencement of these Chapter 11 Cases, the $500,000 retainer was applied against outstanding amounts incurred, leaving an unpaid prepetition balance of $394,690.37, which has been waived.