## EXHIBIT A

**Email, dated December 6, 2024, from Andrew Zatz to Joseph R. Brandt**

| | |
|---|---|
| **From:** | Zatz, Andrew |
| **To:** | Brandt, Joseph; Lauria, Thomas E; Shore, Christopher; Hershey, Samuel; Bakemeyer, Brett; Smith, Erin; Schultz, Kristin |
| **Cc:** | FRGAssociates; Sinclair, Debra; Morton, Edmon; Mielke, Allison S.; Borovinskaya, Shella; Lombardi, Stuart |
| **Subject:** | RE: FRG - Schedules & Statements Extension Motion |
| **Date:** | Friday, December 6, 2024 3:03:43 PM |

**\*\*\* EXTERNAL EMAIL \*\*\***

Confirmed.

**Andrew Zatz** | Partner
**T** +1 212 819 8504     **M** +1 845 558 1024     **E** azatz@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

---

**From:** Brandt, Joseph (External) <jbrandt@willkie.com>
**Date:** Friday, Dec 06, 2024 at 2:59 PM
**To:** Lauria, Thomas E <tlauria@whitecase.com>, Zatz, Andrew <azatz@whitecase.com>, Shore, Christopher <cshore@whitecase.com>, Hershey, Samuel <sam.hershey@whitecase.com>, Bakemeyer, Brett <brett.bakemeyer@whitecase.com>, Smith, Erin <erin.smith@whitecase.com>
**Cc:** FRGAssociates <FRGAssociates@willkie.com>, Sinclair, Debra <DSinclair@willkie.com>, Morton, Edmon (External) <EMorton@ycst.com>, Mielke, Allison S. <AMielke@ycst.com>, Borovinskaya, Shella <SBorovinskaya@ycst.com>, Lombardi, Stuart <slombardi@willkie.com>
**Subject:** [EXT] FRG - Schedules & Statements Extension Motion

Subject to FRE 408

W&C Team – I write regarding the Freedom Lender Group's objection [Docket No. 296] (the "Objection") to the Debtors' pending motion [Docket No. 254] (the "Motion") to extend the deadline by which the Debtors must file their schedules and statements. The Debtors confirm that the hearing on their pending motion to approve the disclosure statement will be adjourned from December 17, 2024, to January 15, 2025, and the objection deadline for the motion will be set for a date that is later than December 20 (i.e., the schedules and statements extension deadline requested in the Motion).

In light of this adjournment and the language included in ¶4 of the Objection (pasted below), could you please confirm that the Objection is resolved?

> "If the Debtors' sale and plan timelines are modified such that the Debtors' SOFAs and Schedules would be filed prior to the objection deadline for their disclosure statement, this Objection would be resolved. If, however, the Debtors insist on adhering to their proposed schedule and the Court is not inclined to adjourn the hearing on the Debtors' disclosure statement motion, the Motion should be denied."

We would appreciate your response as soon as possible today.

Thanks,
Joe

**Joseph Brandt**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 3410 | Fax: +1 212 728 8111
jbrandt@willkie.com | vCard | www.willkie.com bio

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

======================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

======================================================================