## EXHIBIT C

**Financial Projections**

[Filed at Docket No. 592]