# Exhibit A

**Fox, Kelly**

---

| | |
|---|---|
| **From:** | Mundiya, Tariq <tmundiya@willkie.com> |
| **Sent:** | Wednesday, September 25, 2024 12:42 PM |
| **To:** | Ted Gavin; Shaw, Brian |
| **Cc:** | Brian Kahn |
| **Subject:** | Re: Call |

**\*\*EXTERNAL SENDER\*\***

Can we dial in at 12:50. Hopefully will have touched down then. Thanks

> On Sep 25, 2024, at 5:21 PM, Mundiya, Tariq <tmundiya@willkie.com> wrote:

> I'm on a plane that is delayed by nearly an hour.   I'm hopeful that 12:45 will still be good.  I might be a few mins late.

> **Tariq Mundiya**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8565 | Fax: +1 212 728 8111
> tmundiya@willkie.com | vCard | www.willkie.com bio

**Tariq Mundiya**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8565 | Fax: +1 212 728 8111
tmundiya@willkie.com | vCard | www.willkie.com bio

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**SetTr00647**