## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following documents to be served by the date and method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Second Amended Notice of Agenda for Hearing of Matters Scheduled for January 21, 2025 at 10:00 a.m. (ET) [Docket No. 792] (the "***Second Amended Notice of Hearing Agenda***")

- Order Granting the Debtors Leave and Permission to Reply in Support of the Debtors' Private Sale Motion [Docket No. 800] (the "***Order Granting Debtors Leave***")

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), B. Riley Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

- Order Authorizing Filing of Master Proof of Claim by the Prepetition Holdco Secured Parties [Docket No. 801]

- Order (I) Authorizing the Retention and Employment of Ducera Partners LLC as Investment Banker to the Debtors Effective as of Petition Date, and (II) Granting Related Relief [Docket No. 802]

- Notice Of Amended Cure Schedule [Docket No. 803] (the "***Notice of Amended Cure Schedule***")

- Second Supplemental Notice of Possible Assumption and Assignment and Cure Costs with Respect to Executory Contracts and Unexpired Leases [Docket No. 804] (the "***Second Supp Notice of Possible Assumption***")

On January 22, 2025, at my direction and under my supervision, employees of Kroll caused the Order Granting Debtors Leave to be served (1) via First Class Mail on the Contract Parties Service List attached hereto as **Exhibit B**; and (2) via First Class Mail and Email on AF Newco I, LLC (ADRID: 29762833), Lowenstein Sandler LLP, Attn: Andrew Behlmann, One Lowenstein Drive, Roseland, NJ 07068, abehlmann@lowenstein.com, mp@velocityrecoveries.com.

At my direction and under my supervision, employees of Kroll caused the Second Amended Notice of Hearing Agenda to be served by the date and method set forth on the Agenda Notice Parties Service List attached hereto as **Exhibit C**.

On January 22, 2025, at my direction and under my supervision, employees of Kroll caused the Notice of Amended Cure Schedule to be served via Overnight Mail on the Cure Notice Parties Service List attached hereto as **Exhibit D**.

On January 22, 2025, at my direction and under my supervision, employees of Kroll caused the Second Supp Notice of Possible Assumption to be served via Overnight Mail on Google Inc, co James C Vandermark, 810 Seventh Avenue, Suite 500, New York NY 10019.

Dated: January 31, 2025

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 31, 2025, by Nelson Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 85438

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Michael J. Wartell as the Independent Director and sole member of the Conflicts Committee of the Board of each of the Retaining Debtors | Akin Gump Strauss Hauer & Feld LLP | Attn: Marty L. Brimmage, Jr.<br>2300 N. Field Street<br>Suite 1800<br>Dallas TX 75201 | | mbrimmage@akingump.com | January 21, 2025 by Email |
| Counsel to Michael J. Wartell as the Independent Director and sole member of the Conflicts Committee of the Board of each of the Retaining Debtors | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Brad M. Kahn, Avi E. Luf<br>One Bryant Park<br>New York NY 10036 | | mstamer@akingump.com<br>bkahn@akingump.com<br>aluft@akingump.com | January 21, 2025 by Email |
| Counsel to Michael J. Wartell as the Independent Director and sole member of the Conflicts Committee of the Board of each of the Retaining Debtors | Ashby & Geddes, P.A. | Attn: Michael D. DeBaecke<br>500 Delaware Avenue, 8th Floor<br>Wilmington DE 19801 | | mdebaecke@ashbygeddes.com | January 21, 2025 by Email |
| Counsel for Dell Financial Services, L.L.C. | Austria Legal, LLC | Attn: Matthew P. Austria<br>1007 N. Orange Street, 4th Floor<br>Wilmington DE 19801 | | maustria@austriallc.com | January 21, 2025 by Email |
| Counsel to Azalea Joint Venture, LLC, Brixmor Operating Partnership LP, Continental Realty Corporation, Federal Realty OP LP, FR Grossmont, LLC, Prime/FRIT Mission Hills, LLC, and ShopOne Centers REIT, Inc. | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper<br>919 North Market Street<br>11th Floor<br>Wilmington DE 19801 | | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com | January 21, 2025 by Email |
| Counsel to Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.2, Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.3, Wheeler REIT,LP, and/or certain of their affiliates | Barclay Damon LLP | Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse NY 13202 | | knewman@barclaydamon.com | January 21, 2025 by Email |
| Counsel to Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.2, Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.3, Wheeler REIT,LP, and/or certain of their affiliates | Barclay Damon LLP | Attn: Niclas A. Ferland<br>545 Long Wharf Drive<br>Ninth Floor<br>New Haven CT 06511 | | nferland@barclaydamon.com | January 21, 2025 by Email |
| Counsel to Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.2, Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.3, Wheeler REIT,LP, and/or certain of their affiliates | Barclay Damon LLP | Attn: Scott L. Fleischer<br>1270 Avenue of the Americas<br>Suite 501<br>New York NY 10020 | | sfleischer@barclaydamon.com | January 21, 2025 by Email |
| Counsel to Drink LMNT, Inc. | Barnes & Thornburg LLP | Attn: Kevin G. Collins<br>222 Delaware Avenue, Suite 1200<br>Wilmington DE 19801 | | kevin.collins@btlaw.com | January 21, 2025 by Email |
| Counsel to Elanco US Inc. | Barnes & Thornburg LLP | Attn: Kevin G. Collins, Mark R. Owens<br>222 Delaware Avenue, Suite 1200<br>Wilmington DE 19801 | | kevin.collins@btlaw.com<br>mark.owens@btlaw.com | January 21, 2025 by Email |
| Counsel for Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC | Bayard, P.A. | Attn: Ericka F. Johnson<br>600 N. Market Street, Suite 400<br>Wilmington DE 19801 | | ejohnson@bayardlaw.com | January 21, 2025 by Email |
| Counsel to The ChildSmiles Group, LLC a/k/a Abra Health | Benesch Friedlander Coplan & Aronoff LLP | Attn: Elliot M. Smith<br>127 Public Square, Suite 4900<br>Cleveland OH 44114 | | esmith@beneschlaw.com | January 21, 2025 by Email |
| Counsel to Babson Macedonia Partners, LLC, TM2, LLC, The ChildSmiles Group, LLC a/k/a Abra Health | Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Juan E. Martinez, Jennifer R. Hoover<br>1313 North Market Street, Suite 1201<br>Wilmington DE 19801-6101 | | kcapuzzi@beneschlaw.com<br>jmartinez@beneschlaw.com<br>jhoover@beneschlaw.com | January 21, 2025 by Email |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass and Former Stockholders | Bernstein Litowitz Berger & Grossmann LLP | Attn: Benjamin Potts, Mae Oberste<br>500 Delaware Avenue<br>Suite 901<br>Wilmington DE 19801 | | benjamin.potts@blbglaw.com<br>mae.oberste@blbglaw.com | January 21, 2025 by Email |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass and Former Stockholders | Bernstein Litowitz Berger & Grossmann LLP | Attn: Jeroen van Kwawegen, Thomas James<br>1251 Avenue of the Americas<br>New York NY 10020 | | jeroen@blbglaw.com<br>thomas.james@blbglaw.com | January 21, 2025 by Email |
| Cousnel to Doctor's Best Inc | Blakeley LC | Attn: Scott Blakeley<br>530 Technology Drive<br>Suite 100<br>Irvine CA 92618 | | SEB@BlakeleyLC.com | January 21, 2025 by Email |



Exhibit A
Core/2002 Service List
Served as set forth below

| | | | |
|---|---|---|---|
| Counsel for Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent | Blank Rome LLP | Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams<br>1201 N. Market Street, Suite 800<br>Wilmington DE 19801 | mike.schaedle@blankrome.com<br>stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com | January 21, 2025 by Email |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass, and  Former Stockholders | Block & Leviton, LLP | Attn: Kimberly A. Evans, Irene R. Lax<br>222 Delaware Ave<br>Suite 1120<br>Wilmington DE 19801 | kim@blockleviton.com<br>irene@blockleviton.com | January 21, 2025 by Email |
| Counsel to Nancy C. Millan, Hillsborough County Tax Collector | Brian T. FitzGerald | Post Office Box 1110<br>Tampa FL 33601-1110 | fitzgeraldb@hcfl.gov<br>stroupj@hcfl.gov<br>connorsa@hcfl.gov | January 21, 2025 by Email |
| Counsel to Brookfield Properties Retail Inc | Brookfield Properties Retail Inc | Attn: Kristen N. Pate<br>350 N. Orleans Street<br>Suite 300<br>Chicago IL 60654-1607 | bk@bpretail.com | January 21, 2025 by Email |
| Counsel to Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>425 Market Street, Suite 2900<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | January 21, 2025 by Email |
| Counsel to Comenity Capital Bank, CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC | Burr & Forman LLP | Attn: J. Cory Falgowski<br>222 Delaware Avenue, Suite 1030<br>Wilmington DE 19801 | jfalgowski@burr.com | January 21, 2025 by Email |
| Counsel for CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC | Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins<br>50 North Laura Street, Suite 3000<br>Jacksonville FL 32202 | esummers@burr.com<br>drobbins@burr.com | January 21, 2025 by Email |
| Counsel to Comenity Capital Bank | Burr & Forman LLP | Attn: James H. Haithcock, III<br>420 N. 20th Street, Suite 3400<br>Birmingham AL 35203 | jhaithcock@burr.com | January 21, 2025 by Email |
| Counsel to 3644 Long Beach Road LLC | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord<br>90 Merrick Avenue<br>9th Floor<br>East Meadow NY 11554 | rmccord@certilmanbalin.com | January 21, 2025 by Email |
| Counsel to Hilco Merchant Resources, LLC | Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 North Market St, Suite 5400<br>Wilmington DE 19801 | desgross@chipmanbrown.com | January 21, 2025 by Email |
| Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, VS Tempe, LLC, Vestar-CPT Tempe Marketplace, LLC | Clark Hill PLC | Attn: Audrey L. Hornisher<br>901 Main Street, Suite 6000<br>Dallas TX 75202 | ahornisher@clarkhill.com | January 21, 2025 by Email |
| Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, VS Tempe, LLC, Vestar-CPT Tempe Marketplace, LLC | Clark Hill PLC | Attn: Karen M. Grivner<br>824 N. Market Street, Suite 710<br>Wilmington DE 19801 | kgrivner@clarkhill.com | January 21, 2025 by Email |
| Counsel to Horizon Jajo, LLC | Cohen Pollock Merlin Turner, P.C. | Attn: Bruce Z. Walker<br>3350 Riverwood Parkway, Suite 1600<br>Atlanta GA 30339 | bwalker@cpmtlaw.com | January 21, 2025 by Email |
| Counsel to Missouri Boulevard Investment Company | Cook, Vetter, Doerhoff & Landwehr, P.C. | Attn: John D. Landwehr<br>231 Madison Street<br>Jefferson City MO 65101 | jlandwehr@cvdl.net | January 21, 2025 by Email |
| Counsel to County of Loudoun, Virginia | County of Loudoun, Virginia | Attn: Belkys Escobar<br>One Harrison Street, SE, 5th Floor<br>PO Box 7000<br>Leesburg VA 20177-7000 | belkys.escobar@loudoun.gov | January 21, 2025 by Email |
| Counsel to Krober Supply Chain US, Inc | Cowles & Thompson, P.C. | Attn: William L. Siegel<br>901 Main Street, Suite 3900<br>Dallas TX 75202 | bsiegel@cowlesthompson.com | January 21, 2025 by Email |
| Counsel to the Prophecy Settlement-related Liquidating Trust 2022-23 | Cozen O'Connor | Attn: Brian L. Shaw<br>123 North Wacker Drive<br>Suite 1800<br>Chicago IL 60606 | bshaw@cozen.com | January 21, 2025 by Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to the Prophecy Settlement-related Liquidating Trust 2022-23 | Cozen O'Connor | Attn: Marla S. Benedek, Kaan Ekiner<br>1201 N. Market Street<br>Suite 1001<br>Wilmington DE 19801 | mbenedek@cozen.com<br>kekiner@cozen.com | January 21, 2025 by Email |
| Counsel to Woodbolt Distribution, LLC, Glanbia Performance Nutrition, Inc., Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers, LLC | Cross & Simon, LLC | Attn: Christopher P. Simon<br>1105 North Market Street, Suite 901<br>Wilmington DE 19801 | csimon@crosslaw.com | January 21, 2025 by Email |
| Counsel to Kawips Delaware Cuyahoga Falls, LLC | Cross & Simon, LLC | Attn: Kevin S. Mann<br>1105 North Market Street, Suite 901<br>Wilmington DE 19801 | kmann@crosslaw.com | January 21, 2025 by Email |
| Counsel to Kings Mountain Investments, Inc. | Dentons Sirote PC | Attn: Stephen B. Porterfield<br>2311 Highland Avenue South<br>P.O. Box 55727<br>Birmingham AL 35255-5727 | stephen.porterfield@dentons.com | January 21, 2025 by Email |
| Counsel to Ahuja Development LLC | Duane Morris LLP | Attn: Christopher M. Winter, James C. Carignan<br>1201 N. Market Street, Suite 501<br>Wilmington DE 19801 | cmwinter@duanemorris.com<br>jccarignan@duanemorris.com | January 21, 2025 by Email |
| Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates | Faegre Drinker Biddle & Reath LLP | Attn: Michael T. Gustafson<br>320 South Canal Street, Suite 3300<br>Chicago IL 60606 | mike.gustafson@faegredrinker.com | January 21, 2025 by Email |
| Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson<br>222 Delaware Avenue, Suite 1410<br>Wilmington DE 19801 | patrick.jackson@faegredrinker.com | January 21, 2025 by Email |
| Counsel to Ad Hoc Group of Freedom Lenders | Farnan LLP | Attn: Brian E. Farnan, Michael J. Farnan<br>919 North Market Street<br>12th Floor<br>Wilmington DE 19801 | bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | January 21, 2025 by Email |
| Counsel for WPG Legacy, LLC | Frost Brown Todd LLP | Attn: Erin P. Severini, Joy D. Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | eseverini@fbtlaw.com<br>jkleisinger@fbtlaw.com | January 21, 2025 by Email |
| Counsel for Cintas Corporation No. 2 | Frost Brown Todd LLP | Attn: Sloane B. O'Donnell<br>Union Trust Building<br>501 Grant Street, Suite 800<br>Pittsburgh PA 15219 | sodonnell@fbtlaw.com | January 21, 2025 by Email |
| Counsel to ACAR Leasing LTD d/b/a GM Financial Leasing | GM Financial Leasing | Attn: Lorenzo Nunez<br>PO Box 183853<br>Arlington TX 76096 | Customer.service.bk@gmfinancial.com | January 21, 2025 by Email |
| Counsel to Arizona Nutritional Supplements | Greenberg Traurig, LLP | Attn: Anthony W. Clark, Dennis A. Meloro<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington DE 19801 | Anthony.Clark@gtlaw.com<br>Dennis.Meloro@gtlaw.com | January 21, 2025 by Email |
| Counsel to Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education (hereinafter "Harris County") | Harris County Attorney's Office | Susan Fuertes<br>Attn: Property Tax Division<br>P.O. Box 2848<br>Houston TX 77252 | taxbankruptcy.cao@harriscountytx.gov | January 21, 2025 by Email |
| Counsel to Alter Domus (US) LLC | Holland & Knight LLP | Attn: Phillip W. Nelson<br>150 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606 | phillip.nelson@hklaw.com | January 21, 2025 by Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | January 22, 2025 by First Class Mail and Facsimile |
| Counsel to 100 Brentwood Associates, L.P. | Kaplin Stewart Meloff Reiter & Stein, P.C. | Attn: William J. Levant<br>910 Harvest Drive<br>Post Office Box 3037<br>Blue Bell PA 19422 | wlevant@kaplaw.com | January 21, 2025 by Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to BCDC Portfolio Owner LLC, BCHQ Owner LLC, Brookfield Properties Retail, Inc., Curbline Properties Corp., First Washington Realty, GCP Boom LLC, JLL Property Management (Franklin Mall), Kite Realty Group, L.P., NNN REIT, Inc., Regency Centers, L.P., Shamrock A. Owner LLC, and SITE Centers Corp. | Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Jennifer D. Raviele, Allison Selick<br>3 World Trade Center<br>175 Greenwich Street<br>New York NY 10007 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>aselick@kelleydrye.com | January 21, 2025 by Email |
| Counsel to Ken Burton, Jr., Manatee County Tax Collector | Ken Burton, Jr., Manatee County Tax Collector | Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA<br>1001 3rd Ave W, Suite 240<br>Brandenton FL 34205-7863 | legal@taxcollector.com | January 21, 2025 by Email |
| Counsel to Frontier Bel Air LLC, Frontier Dania LLC, Frontier Osceola LLC, Frontier Dover LLC, Frontier Kissimmee LLC | Kerrick Bachert PSC | Attn: Scott A. Bachert<br>1411 Scottsville Road<br>P. O. Box 9547<br>Bowling Green KY 42102-9547 | 270-782-5856 | January 22, 2025 by First Class Mail and Facsimile |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass, and Former Stockholders | Kessler Topaz Meltzer & Check LLP | Attn: J. Daniel Albert, Michael McCutcheon<br>280 King of Prussia Rd<br>Radnor PA 19087 | dalbert@ktmc.com<br>mmcutcheon@ktmc.com | January 21, 2025 by Email |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Connor K. Casas<br>333 West Wolf Point Plaza<br>Chicago IL 60654 | connor.casas@kirkland.com | January 21, 2025 by Email |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Kirkland & Ellis LLP Kirkland & Ellis International LLP | Attn: Steven N. Serajeddini P.C.<br>601 Lexington Avenue<br>New York NY 10022 | steven.serajeddini@kirkland.com | January 21, 2025 by Email |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti<br>919 N. Market Street, Suite 1000<br>Wilmington DE 19801-3062 | dpacitti@klehr.com | January 21, 2025 by Email |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg<br>1835 Market Street, Suite 1400<br>Philadelphia PA 19103 | mbranzburg@klehr.com | January 21, 2025 by Email |
| Counsel to Oxford Valley Road Associates, L.P. | Kurtzman Steady LLC | Attn: Jeffrey Kurtzman<br>101 N. Washington Avenue<br>Suite 4A<br>Margate NJ 08402 | kurtzman@kurtzmansteady.com | January 21, 2025 by Email |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers<br>919 Market Street Suite 1800<br>P.O. Box 2087<br>Wilmington DE 19801 | landis@lrclaw.com<br>mcguire@lrclaw.com<br>erogers@lrclaw.com | January 21, 2025 by Email and January 22, 2025 by First Class Mail |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: Andrew Sorkin<br>555 Eleventh Street NW<br>Suite 1000<br>Washington DC 20004 | andrew.sorkin@lw.com | January 21, 2025 by Email |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: James Ktsanes, Timothy Beau Parker<br>330 N Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 Canada | james.ktsanes@lw.com<br>beau.parker@lw.com | January 21, 2025 by Email |
| Counsel to the ABL Secured Parties | Latham & Watkins LLP | Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin<br>1271 Avenue of the Americas<br>New York NY 10020 | Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com | January 21, 2025 by Email and January 22, 2025 by First Class Mail |
| Counsel to BCDC Portfolio Owner LLC, BCHQ Owner LLC, Brookfield Properties Retail, Inc., Curbline Properties Corp., First Washington Realty, GCP Boom LLC, JLL Property Management (Franklin Mall), Kite Realty Group, L.P., NNN REIT, Inc., Regency Centers, L.P., Shamrock A. Owner LLC, and SITE Centers Corp. | Law Office of Susan E. Kaufman | Attn: Susan E. Kaufan<br>919 N. Market Street, Suite 460<br>Wilmington DE 19801 | skaufman@skaufmanlaw.com | January 21, 2025 by Email |
| Counsel to Nueces County, Mclennan County, Kerr County, Hidalgo County, City of McAllen | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | austin.bankruptcy@lgbs.com | January 21, 2025 by Email |
| Counsel to Bexar County, City of El Paso | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E. Pecan Street, Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@lgbs.com | January 21, 2025 by Email |

In re: Franchise Group, Inc., et al.<br>Case No. 24-12480 (LSS)

Page 4 of 9

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | | |
|---|---|---|---|---|---|
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | | dallas.bankruptcy@lgbs.com | January 21, 2025 by Email |
| Counsel to Hopkins County, Kaufman County, Sulphur Springs ISD, Rockwall CAD, Tarrant County, Navarro County, Smith County, Ellis County, City of Sulphur Springs, Wise County, Tom Green CAD, Grayson County, Gregg County, Prosper ISD, Town of Prosper, City of Carrollton, Northwest ISD, City of Allen, City of Wylie, Lewisville ISD, Allen ISD, City of Frisco, Irving ISD, Parker CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>3500 Maple Avenue<br>Suite 800<br>Dallas TX 75219 | | dallas.bankruptcy@lgbs.com | January 21, 2025 by Email |
| Counsel to Cypress-Fairbanks ISD, Harris County, Galveston County, Montgomery County, Ford Bend County, Katy ISD, Harris CO ESD # 08, City of Houston, Montgomery County, Harris CO ESD # 48, Lone Star College System, Harris CO ESD # 16, Harris CO ESD # 11, Houston ISD, Galveston County, Harris CO ESD # 09, Cypress-Fairbanks ISD, Deer Park ISD, Fort Bend County, Houston Comm Coll System, City of Pasadena, Jefferson County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | | houston_bankruptcy@lgbs.com | January 21, 2025 by Email |
| Counsel to Woodbolt Distribution, LLC, Glanbia Performance Nutrition, Inc., Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers, LLC | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Michael Papandrea<br>One Lowenstein Drive<br>Roseland NJ 07068 | | metkin@lowenstein.com<br>mpapandrea@lowenstein.com | January 21, 2025 by Email |
| Counsel to Heritage Seymour I, LLC and Heritage Seymour II, LLC | McCarter & English, LLP | Attn: Lisa S. Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102 | | lbonsall@mccarter.com | January 21, 2025 by Email |
| Counsel to Heritage Seymour I, LLC and Heritage Seymour II, LLC | McCarter & English, LLP | Attn: Shannon D. Humiston<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington DE 19801 | | shumiston@mccarter.com | January 21, 2025 by Email |
| Counsel to Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>700 Jeffrey Way, Suite 100<br>Round Rock TX 78665 | | jparsons@mvbalaw.com | January 21, 2025 by Email |
| Counsel to Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock TX 78680-1269 | | jparsons@mvbalaw.com | January 21, 2025 by Email |
| Counsel to Parm Golf Center LLC | McKenna Storer | Attn: David A. Shapiro<br>33 N. LaSalle Street<br>Suite 1400<br>Chicago IL 60602 | | dshapiro@mckenna-law.com<br>service@mckenna-law.com | January 21, 2025 by Email |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale MD 20737-1385 | | bdept@mrrlaw.net | January 21, 2025 by Email |
| Counsel to New Westgate Mall LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Joseph H. Baldiga, Shannah L. Colbert<br>1800 West Park Dr., Suite 400<br>Westborough MA 01581 | | jbaldiga@mirickoconnell.com<br>scolbert@mirickoconnell.com | January 21, 2025 by Email |
| Counsel to Kimco Realty Corporation, 2205 Federal Investors, LLC | Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky<br>1201 N. Orange Street, Suite 400<br>Wilmington DE 19801 | | rmersky@monlaw.com | January 21, 2025 by Email |
| Counsel to Bank of America, N.A., as Prepetition ABL Agent | Morgan, Lewis & Bockius LLP | Attn: Christopher L. Carter<br>One Federal Street<br>Boston MA 02110-1726 | | christopher.carter@morganlewis.com | January 21, 2025 by Email |
| Counsel to Bank of America, N.A., as Prepetition ABL Agent | Morgan, Lewis & Bockius LLP | Attn: David K. Shim<br>One State Street<br>Hartford CT 06103-3178 | | david.shim@morganlewis.com | January 21, 2025 by Email |
| Counsel for RCG-PSC Camp Creek Owner, LLC, University Realty Associates, LLC | Morris James LLP | Attn: Carl N. Kunz, III, Christopher M. Donnelly<br>500 Delaware Avenue, Suite 1500<br>Wilmington DE 19801 | | ckunz@morrisjames.com<br>cdonnelly@morrisjames.com | January 21, 2025 by Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to BC Exchange Salt Pond | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry<br>500 N. Akard Street<br>Suite 4000<br>Dallas TX 75201-6659 | dperry@munsch.com | January 21, 2025 by Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox, Esq<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | timothy.fox@usdoj.gov | January 21, 2025 by Email |
| Counsel to Rockfirm, LLC | Offit Kurman, PA | Attn: Brian J. McLaughlin<br>222 Delaware Avenue<br>Suite 1105<br>Wilmington DE 19801 | Brian.McLaughlin@offitkurman.com | January 21, 2025 by Email |
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Tammy Jones<br>320 Robert S. Kerr<br>Room 307<br>Oklahoma City OK 73102 | tammy.jones@oklahomacounty.org | January 21, 2025 by Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Colin R. Robinson<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | bsandler@pszjlaw.com<br>crobinson@pszjlaw.com | January 21, 2025 by Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel<br>780 Third Avenue, 34th Floor<br>New York NY 10017 | rfeinstein@pszjlaw.com<br>akornfeld@pszjlaw.com<br>theckel@pszjlaw.com | January 21, 2025 by Email |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass, and  Former Stockholders | Pashman Stein Walder Hayden, PC | Attn: Joseph C. Barsalona II<br>824 North Market Street<br>Suite 800<br>Wilmington DE 19801 | jbarsalona@pashmanstein.com | January 21, 2025 by Email |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman<br>200 Park Avenue<br>New York NY 10166 | jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com<br>danfliman@paulhastings.com | January 21, 2025 by Email and January 22, 2025 by First Class Mail |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Nicholas A. Bassett<br>2050 M Street NW<br>Washington DC 20036 | nicholasbassett@paulhastings.com | January 21, 2025 by Email |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Hiram Gutierrez<br>P.O. Box 2916<br>McAllen TX 78502 | edinburgbankruptcy@pbfcm.com | January 21, 2025 by Email |
| Cousel to Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Laura J. Monroe<br>PO Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | January 21, 2025 by Email |
| Counsel to Kerrville Independent School District, Copperas Cove Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Sergio E. Garcia<br>3301 Northland Drive<br>Suite 505<br>Austin TX 78731 | sgarcia@pbfcm.com | January 21, 2025 by Email |
| Counsel to Magnolia Independent School District and City of Montgomery | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | mvaldez@pbfcm.com | January 21, 2025 by Email |
| Counsel to Potter County Tax Office and Randall County Tax Office | Perdue, Brandon, Fielder, Collins and Mott, L.L.P. | Attn: Alysia Córdova<br>P.O. Box 9132<br>Amarillo TX 79105 | acordova@pbfcm.com<br>amabkr@pbfcm.com | January 21, 2025 by Email |
| Counsel for Champion Petfoods USA Inc., Mars Petcare US, Inc., Mars Fishcare North America, Inc., Royal Canin U.S.A., Inc. | Polsinelli PC | Attn: Elisa Hyder<br>Three Logan Square<br>1717 Arch Street, Suite 2800<br>Philadelphia PA 19103 | ehyder@polsinelli.com | January 21, 2025 by Email |
| Counsel for Champion Petfoods USA Inc., Mars Petcare US, Inc., Mars Fishcare North America, Inc., Royal Canin U.S.A., Inc. | Polsinelli PC | Attn: Shanti M. Katona, Katherine M. Devanney<br>222 Delaware Avenue, Suite 1101<br>Wilmington DE 19801 | skatona@polsinelli.com<br>kdevanney@polsinelli.com | January 21, 2025 by Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik<br>1313 N. Market Street<br>6th Floor<br>Wilmington DE 19801 | jryan@potteranderson.com<br>bhaywood@potteranderson.com<br>esulik@potteranderson.com | January 21, 2025 by Email |
| Counsel to Whirlpool Corporation | Quarles & Brady LLP | Attn: L. Kate Mason<br>411 E. Wisconsin Avenue<br>Suite 2400<br>Milwaukee WI 53202 | Katie.Mason@quarles.com | January 21, 2025 by Email |
| Counsel to Bank of America, N.A., as Prepetition ABL Agent | Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo<br>1201 North Market Street, Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com<br>jangelo@reedsmith.com | January 21, 2025 by Email |
| Counsel to B. Riley Principal Investments, LLC and its affiliates | Richards Layton & Finger PA | Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | knight@rlf.com<br>steele@rlf.com<br>steiger@rlf.com | January 21, 2025 by Email |
| Counsel to Hilco Merchant Resources, LLC | Riemer & Braunstein LLP | Attn: Steven Fox<br>Times Square Tower Suite 2506<br>Seven Times Square<br>New York NY 10036 | | January 22, 2025 by First Class Mail |
| Counsel to Wilson AmCap II LLC | S&D Law | Attn: Michael L. Schlepp<br>1550 Wewatta Street, Floor 2<br>Denver CO 80202 | mschlepp@s-d.com | January 21, 2025 by Email |
| Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC, Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company, Beral, LLLP, Laurel Lakes, LLC | Saul Ewing LLP | Attn: Monique B. DiSabatino, Mark Minuti<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | monique.disabatino@saul.com<br>mark.minuti@saul.com | January 21, 2025 by Email |
| Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC, Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company | Saul Ewing LLP | Attn: Turner N. Falk<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia PA 19102 | turner.falk@saul.com | January 21, 2025 by Email |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | January 21, 2025 by Email and January 22, 2025 by First Class Mail |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | January 21, 2025 by Email and January 22, 2025 by First Class Mail |
| Counsel to Brookdale Shopping Center, L.L.C. ( Creditor/Landlord) | Segal McCambridge Singer & Mahoney | Attn: Alan J. Taylor<br>29100 Northwestern Highway, Suite 240<br>Southfield MI 48034 | ataylor@smsm.com | January 21, 2025 by Email |
| Counsel to Shanri Holdings Corporation | Sessions, Fishman & Nathan, LLC | Attn: J. David Forsyth<br>400 Poydras Street<br>Suite 2550<br>New Orleans LA 70130 | jdf@sessions-law.com | January 21, 2025 by Email |

In re: Franchise Group, Inc., et al.
Case No. 24-12480 (LSS)

Page 7 of 9

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to the DIP Agent, Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent | Seward & Kissel LLP | Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott<br>One Battery Park Plaza<br>New York NY 10004 | bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br>ashmead@sewkis.com<br>bateman@sewkis.com<br>matott@sewkis.com | January 21, 2025 by Email and January 22, 2025 by First Class Mail |
| Counsel to Sayville Plaza Development, LLC | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | January 21, 2025 by Email |
| Counsel to ShopCore Properties and its related entities | ShopCore Properties | Attn: William F. McDonald III<br>10920 by Frontera, Suite 220<br>San Diego CA 92127 | wmcdonald@shopcore.com | January 21, 2025 by Email |
| Counsel to Simon Property Group, Inc. and its related entities | Simon Property Group, Inc. | Attn: Ronald M. Tucker<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | January 21, 2025 by Email |
| Counsel to Village at the Mall Holdings, LLC, Bridge33 Capital LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Road, Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | January 21, 2025 by Email |
| Counsel to Paoli Shopping Center Limited Partnership, Phase II | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon<br>123 South Broad Street, Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | January 21, 2025 by Email |
| Counsel to Peoria Rental Properties, LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin<br>PO Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com | January 21, 2025 by Email |
| Counsel to Dell Financial Service L.L.C. | Streusand, Landon Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway, Suite 320<br>Austin TX 78746 | streusand@slollp.com | January 21, 2025 by Email |
| Counsel for Dell Financial Services, L.L.C. | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: G. James Landon<br>1801 S. Mopac Expressway, Suite 320<br>Austin TX 78746 | landon@slollp.com | January 21, 2025 by Email |
| Counsel to Whirlpool Corporation | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine<br>919 N. Market Street<br>Suite 420<br>Wilmington DE 19801 | whazeltine@sha-llc.com | January 21, 2025 by Email |
| Counsel to Raymond Leasing Corporation | Swanson, Martin & Bell, LLP | Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive<br>Suite 204<br>Lisle IL 60532 | cstahl@smbtrials.com | January 21, 2025 by Email |
| Counsel for Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes<br>2001 L Street, NW, Suite 500<br>Washington DC 20036 | jrhodes@tlclawfirm.com | January 21, 2025 by Email |
| Counsel to Creditor, Parkridge Center Retail, LLC | Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost<br>4504 Walsh Street, Suite 200<br>Chevy Chase MD 20815 | BRost@tspclaw.com | January 21, 2025 by Email |
| Counsel to the Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Christopher S. Murphy, Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin TX 78711-2548 | christopher.murphy@oag.texas.gov | January 21, 2025 by Email |
| Counsel to Cielo Paso Las Tiendas, L.P. | The Ehrlich Law Firm | Attn: William Ehrlich<br>444 Executive Center Blvd, Suite 240<br>El Paso TX 79902 | william@ehrlichlawfirm.com | January 21, 2025 by Email |
| Counsel to LU Candlers Station Holdings, LLC | Thompson Hine LLP | Attn: Louis F Solimine<br>312 Walnut Street<br>Suite 2000<br>Cincinnati OH 45202-4029 | Louis.Solimine@ThompsonHine.com | January 21, 2025 by Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | | |
|---|---|---|---|---|---|
| Counsel to Northside Village Conyers, LLC | Thompson O'Brien Kappler & Nasuti PC | Attn: Michael B. Pugh<br>2 Sun Court, Suite 400<br>Peachtree Corners GA 30092 | | mpugh@tokn.com | January 21, 2025 by Email |
| Counsel to The J. M. Smucker Company and Amazing Organics LLC t/a Amazing Herbs | Tydings & Rosenberg LLP | Attn: Stephen B. Gerald<br>200 Continental Drive, Suite 401<br>Newark DE 19713 | | sgerald@tydings.com | January 21, 2025 by Email |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 | 302-573-6220 | | January 22, 2025 by First Class Mail and Facsimile |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | | secbankruptcy@sec.gov | January 21, 2025 by Email and January 22, 2025 by First Class Mail |
| Counsel to Sangamon North LLC, the Commons at Southpark LLC | Weltman, Weinberg & Reis Co. LPA | Attn: Geoffrey J. Peters<br>5475 Rings Road<br>Suite 200<br>Dublin OH 43017 | | bronationalecf@weltman.com | January 21, 2025 by Email |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders | White & Case LLP | Attn: Bojan Guzina<br>111 S. Wacker Dr., Suite 5100<br>Chicago IL 60606 | | bojan.guzina@whitecase.com | January 21, 2025 by Email and January 22, 2025 by First Class Mail |
| Counsel to Ad Hoc Group of Freedom Lenders | White & Case LLP | Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin Smith, Brett Bakemeyer<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | | cshore@whitecase.com<br>sam.hershey@whitecase.com<br>azatz@whitecase.com<br>erin.smith@whitecase.com<br>brett.bakemeyer@whitecase.com | January 21, 2025 by Email |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders, Ad Hoc Group of Freedom Lenders | White & Case LLP | Attn: Thomas Lauria<br>200 South Biscayne Boulevard, Suite 4900<br>Miami FL 33131 | | tlauria@whitecase.com | January 21, 2025 by Email and January 22, 2025 by First Class Mail |
| Counsel to Debtors and Debtors In Possession | Willkie Farr & Gallagher LLP | Attn: Debra M. Sinclair, Matthew A. Feldman, Betsy L. Feldman, Joseph R. Brandt<br>787 Seventh Avenue<br>New York NY 10019 | | dsinclair@willkie.com<br>mfeldman@willkie.com<br>bfeldman@willkie.com<br>jbrandt@willkie.com | January 21, 2025 by Email |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya<br>Rodney Square<br>1000 N. King Street<br>Wilmington DE 19801 | | emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com | January 21, 2025 by Email |

**Exhibit B**

Exhibit B

Contract Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 29762620 | 1230 Zion LLC | Attn:  Bill Belford, 2799 NW Second Avenue, Ste. 105 | Boca Raton | FL | 33431 |
| 29762633 | 30X30 34th Street Lubbock Partners, LLC | Attn: Jennifer Janecka, 2009 Porterfield Way, Ste. P | Upland | CA | 91786 |
| 29762616 | 4116 OBT Investments, LLC | Attn:  Bill Belford, 2799 NW Second Avenue, Ste. 105 | Boca Raton | FL | 33431 |
| 29762615 | 6001 Powerline, LLC | Attn: Andrew Naumov, 1200 Wright Ave | Richmond | CA | 94804 |
| 29762612 | 900-71, LLC | Attn: David Belford, 501 Morrison Rd., Ste. 100 | Gahanna | OH | 43230 |
| 29762638 | Alisan LLC and Roseff LLC | Attn: General Counsel, 185 NW Spanish River Blvd., Ste. 100 | Boca Raton | FL | 33431 |
| 29762611 | Bane Holdings Tallahassee | Attn: Larry Bane, 309 Northeast, 22nd Street | Wilton Manors | FL | 33305 |
| 29762621 | Banner Parters LLC | c/o Best Real Estate Management LLC, Attn: Elizabeth G. Rodriguez, 601 N. Mesa, Ste. 1500 | El Paso | TX | 79901 |
| 29762635 | Boatlanding Development Co., Inc. | Attn: David Sears, 423 State St. | Bowling Green | KY | 42102 |
| 29762624 | Bostick Development LLC | Attn: Colleen Braun, 803 W Big Beaver, Ste. 100 | Troy | MI | 48084 |
| 29762634 | Brierwood Village LLC | C/O TSG Realty, Attn:  Pamela D. Howard & Ben Stetzer, 8650 Old Kings Road S, STE 12 | Jacksonville | FL | 32217 |
| 29762628 | Champaign Village 2, LLC | Attn: John Carson, 505 W. University Ave. | Champaign | IL | 61820 |
| 29762619 | Daniel P. Hagaman | 5700 Laurel Ridge Road | Chattanooga | TN | 37416 |
| 29762613 | DCT Presidents Drive LLC | Attn: Chief Marketing Officer Prologis, 300 S. Orange Avenue, Suite 1110 | Orlando | FL | 32801 |
| 29762614 | DCT Presidents Drive LLC | Attn: General Counsel, Prologis 1800 Wazee Street, Suite 500 | Denver | CO | 80202 |
| 29762637 | Donna Rainwater Reece, Larry J. Rainwater, R. Bryan Whitmire and Karle J. Whitmire | Attn: R. Bryan Whitmire, 6806 Rogers Ave. | Fort Smith | AR | 72903 |
| 29762625 | Ellis Chai, LLC | Attn: Tyler John, 70 W Hibiscus Blvd. | Melbourne | FL | 32901 |
| 29762623 | EXETER 1075 COBB, LLC | c/o Five Radnor Corporate Center, Attn: Accounts Receivable Department, 100 Matsonford Rd., Ste. 250 | Radnor | PA | 19087 |
| 29762631 | Fivel Family, LLC | Attn: John F. Sedel, 1630 Donna Drive, Ste. 101 | Virginia Beach | VA | 23451 |
| 29762636 | Hogan Holdings 56, LLC | C/O Hogan Real Estate, Attn: W. Glenn Hogan, 9300 Shelbyville Rd, STE 1300 | Louisville | KY | 40222 |
| 29762607 | Lichtefield Development Trust | Attn: Marissa Coon, 9300 Shelbyville Rd, Ste. 1300 | Louisville | KY | 40222 |

Exhibit B
Contract Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|-------|------|---------|------|-------|-------------|
| 29762608 | Lincoln Associates | Attn: Bob Dragin & Charles P. Hyde, 5755 Granger Road, Ste 825 | Independence | OH | 44131 |
| 29762622 | Marta Management, Inc. | Attn: Daniela Vargas, 1124 Kane Concourse | Bay Harbor Islands | FL | 33154 |
| 29762618 | Merchant 33, LLC | Attn:  Steve Belford, 6649 N. High St., Ste. LL2 | Worthington | OH | 43085 |
| 29762626 | Meredith, Inc | Attn: Craig M. Kay, 707 Virginia St. East, 15th Floor | Charleston | WV | 25301 |
| 29762610 | Niagara Falls 778, LLC | Attn: Steve Belford, 6649 N. High St., Ste. LL2 | Worthington | OH | 43085 |
| 29762629 | North Sky, LLC | Attn: Steve Belford, 6649 N. High St., Ste. LL2 | Worthington | OH | 43085 |
| 29762630 | North Sky, LLC | David Abdo, PO Box 478 | Charleston | SC | 29407 |
| 29762617 | Rodi Road 501, LLC | Attn:  Steve Belford, 6649 N. High St., Ste. LL2 | Worthington | OH | 43085 |
| 29762627 | Sav 150000 Abercorn LLC | Attn: Igor Mitnik & Oleg Mitnik, 250 Port Street | Newark | NJ | 7114 |
| 29762606 | SW 17th Street 1010, LLC | Attn: Steve Belford, 6649 N. High St., Ste. LL2 | Worthington | OH | 43085 |
| 29762609 | TLP 4782 Muhlhauser LLC | Mike Meyers, 2215 York Road, Ste. 405 | Oak Brook Terrace | IL | 60523 |
| 29762632 | Weston SCIP 2, LLC | Attn: Josh Eig & James Asher, 4760 Richmond Rd., Ste. 200 | Cleveland | OH | 44128 |

**Exhibit C**

Exhibit C
Agenda Notice Parties Service List
Served as set forth below

| NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | DATE AND METHOD OF SERVICE |
|------|---------|------|-------|-------------|-------|----------------------------|
| 1230 Zion, LLC | c/o Gellert Seitz Busenkell & Brown, LLC, Attn: Gary F. Seitz, Michael Van Gorder, 1201 North Orange Street, Suite 300 | Wilmington | DE | 19801 | gseitz@gsbblaw.com mvangorder@gsbblaw.com | January 21, 2025 by Email |
| 4116 OBT Investments, LLC | c/o Gellert Seitz Busenkell & Brown, LLC, Attn: Gary F. Seitz, Michael Van Gorder, 1201 North Orange Street, Suite 300 | Wilmington | DE | 19801 | gseitz@gsbblaw.com mvangorder@gsbblaw.com | January 21, 2025 by Email |
| 6001 Powerline Road, LLC | c/o Goldstein & McClintock LLP, Attn: Maria Aprile Sawczuk, 500 Silverside Road, Suite 65 | Wilmington | DE | 19809 | marias@goldmclaw.com | January 21, 2025 by Email |
| Accelerated Services, Inc | 158-2 Remington Blvd | Ronkonkoma | NY | 11779 | | January 22, 2025 by Overnight Mail |
| Brierwood Village LLC | c/o Ruff & Cohen, PA, Attn: Lisa C. Cohen, 4010 Newberry Road, Suite G | Gainesville | FL | 32607 | lcohen@ruffcohen.com | January 21, 2025 by Email |
| Buddy Mac Holdings, LLC | c/o Womble Bond Dickinson (US) LLP, Attn: Matthew P. Ward, Lisa Bittle Tancredi, 1313 North Market Street, Suite 1200 | Wilmington | DE | 19801 | matthew.ward@wbd-us.com; lisa.tancredi@wbd-us.com | January 21, 2025 by Email |
| Daniel P. Hagaman | c/o The Rosner Law Group LLC, Attn: Frederick B. Rosner, 824 N. Market Street, Suite 810 | Wilmington | DE | 19801 | | January 22, 2025 by Overnight Mail |
| Merchant 33, LLC | c/o Gellert Seitz Busenkell & Brown, LLC, Attn: Gary F. Seitz, Michael Van Gorder, 1201 North Orange Street, Suite 300 | Wilmington | DE | 19801 | gseitz@gsbblaw.com; mvangorder@gsbblaw.com | January 21, 2025 by Email |
| Niagara Falls 778, LLC | c/o Gellert Seitz Busenkell & Brown, LLC, Attn: Gary F. Seitz, Michael Van Gorder, 1201 North Orange Street, Suite 300 | Wilmington | DE | 19801 | gseitz@gsbblaw.com; mvangorder@gsbblaw.com | January 21, 2025 by Email |
| Prologis, LP | c/o Faegre Drinker Biddle & Reath LLP, Attn: Brian P. Morgan, 1177 Avenue of the Americas, 41st Floor | New York | NY | 10036 | brian.morgan@faegredrinker.com | January 21, 2025 by Email |
| Prologis, LP | c/o Faegre Drinker Biddle & Reath LLP, Attn: Ian J. Bambrick, 222 Delaware Ave., Suite 1410 | Wilmington | DE | 19801 | ian.bambrick@faegredrinker.com | January 21, 2025 by Email |
| Rodi Road 501, LLC | c/o Gellert Seitz Busenkell & Brown, LLC, Attn: Gary F. Seitz, Michael Van Gorder, 1201 North Orange Street, Suite 300 | Wilmington | DE | 19801 | gseitz@gsbblaw.com; mvangorder@gsbblaw.com | January 21, 2025 by Email |
| SW 17th Street 1010, LLC | c/o Gellert Seitz Busenkell & Brown, LLC, Attn: Gary F. Seitz, Michael Van Gorder, 1201 North Orange Street, Suite 300 | Wilmington | DE | 19801 | gseitz@gsbblaw.com; mvangorder@gsbblaw.com | January 21, 2025 by Email |
| US Securities and Exchange Commission | Attn: William M. Uptegrove, 950 East Paces Ferry Rd NE, Suite 900 | Atlanta | GA | 30326 | uptegrovew@sec.gov | January 21, 2025 by Email |

**Exhibit D**

Exhibit D
Cure Notice Parties Service List
Served via Overnight

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 250 Three Springs LP | Attn President or General Counsel | 4041 Liberty Avenue | Suite 201 | Pittsburgh | PA | 15224 |
| 4968 Transit Road LLC | co Gold Seal Equity Partnership | 2 Wendling Court | | Lancaster | NY | 14086 |
| 4968 Transit Road LLC | Attn Ralph C Lorigo | 101 Slade Avenue | | West Seneca | NY | 14224 |
| Albert Hans LLC | Attn President or General Counsel | 7240 West Foster Avenue | | Chicago | IL | 60656 |
| Arsenal Plaza Associates LLC | co Nigro Companies | 20 Corporate Woods Blvd | | Albany | NY | 12211 |
| Bell Tower Associates | Attn President or General Counsel | 3555 Washington Road | | McMurray | PA | 15317 |
| Bradley Boulevard Shopping Center | Attn L Edward OHara Jr CFP EA | Capital Asset Management Services | 12510 Prosperity Drive Suite 150 | Silver Spring | MD | 20904 |
| Bradley Boulevard Shopping Center | Attn President or General Counsel | 12510 Property Drive | Suite 150 | Silver Spring | MA | 20904-1639 |
| BRE Retail Residual Owner 1 LLC | co Brixmor Property Group | 200 Ridge Pike Suite 100 | | Conshohocken | PA | 19428 |
| BRE Retail Residual Owner 1 LLC | Attn VP of Legal Services | co Brixmor Property Group | 8700 W Bryn Mawr Avenue Suite 1000S | Chicago | IL | 60631 |

Exhibit D
Cure Notice Parties Service List
Served via Overnight

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|------|-----------|-----------|-----------|------|-------|-------------|
| Brunswick Center Associates LLC | co Nigro Companies | 20 Corporate Woods Blvd | | Albany | NY | 12211 |
| Chili MZL LLC | co KPR Centers LLC | 535 Fifth Ave 12th Floor | | New York | NY | 10017 |
| CPEG MALTA LLC | co Nigro Companies | 20 Corporate Woods Boulevard | | Albany | NY | 12211 |
| Cranberry Creek Plaza LLC | co Paramount Development Corp | 607 Briarwood Drive Suite 5 | | Myrtle Beach | SC | 29572 |
| Crest Properties LLC | Attn David Shenton Managing Member | 3134 Sycamore Lane | | Billings | MT | 59102 |
| Cross Grand Plaza LLC | Attn General Counsel | 3155 West Big Beaver Road | Suite 110 | Troy | MI | 48084 |
| CSHV 2035 LLC | co Principal Real Estate Investors | 801 Grand Avenue | | Des Moines | IA | 50392-1370 |
| Dawnbury Inc | Attn General Counsel | 7899 High Dr | | Indianapolis | IN | 46248 |
| DDR Ohio Opportunity II LLC | Attn General Counsel | DDR Corp | 3300 Enterprise Parkway | Beachwood | OH | 44122 |
| DDR Ohio Opportunity II LLC | Attn Executive VP  Leasing | 3300 Enterprise Parkway | | Beachwood | OH | 44122 |

Exhibit D
Cure Notice Parties Service List
Served via Overnight

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|------|-----------|-----------|-----------|------|-------|-------------|
| Echo Solon LLC | co ECHO Real Estate Services Co | 560 Epsilon Drive | | Pittsburgh | PA | 15238 |
| EGAP Crawfordsville I LLC | co 1045 LLC | 1045 South Woods Mill Rd Suite One | | Town and Country | MO | 63017 |
| ExchangeRight ValueAdd Portfolio 1 | co ExchangeRight Real Estate LLC | 1055 E Colorado Blvd Suite 310 | | Pasadena | CA | 91106 |
| Fairview Realty Investors, Ltd. | P.O. Box 16452 | | | Rocky River | OH | 44116 |
| Fishkill Plaza Partners LP | co Mosbacher Properties Group | 18 E 48th St 19 Floor | | New York | NY | 10017 |
| George Street LLC | Attn General Counsel | 151 Haggetts Pond Rd | | Andover | MA | 01810- |
| Georgetown Square Properties | Attn General Counsel | 29010 Chardon Road | | Willoughby Hills | OH | 44092 |
| Gold Star Properties | co 606 Realty Team | 4653 N Milwaukee Ave | | Chicago | IL | 60630 |
| Google Inc | co James C Vandermark | 810 Seventh Avenue | Suite 500 | New York | NY | 10019 |
| Gosula Realty LTD | Attn General Counsel | 6028 Trent Ct | | Lewis Center | Oh | 43035 |
| Hickory Plaza Shopping Center Inc | co JJ Gumberg Co | 1051 Brinton Road | | Pittsburgh | PA | 15221 |

Exhibit D
Cure Notice Parties Service List
Served via Overnight

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| Jack W Eichelberger Trust | Attn Gary Froelich | co Sebaly Shillito + Dyer | 40 N Main St Suite 1900 | Dayton | OH | 45423 |
| Jack W Eichelberger Trust | Attn General Counsel | 3066 Kettering Blvd | | Moraine | OH | 45439 |
| Joseph Plaza LLC | Attn Paul A Radon | Barkan & Robon Ltd | 1701 Woodlands Drive Suite 100 | Maumee | OH | 43537 |
| Joseph Plaza LLC | co Joseph Brothers Company | 4133 Talmadge Road | | Toledo | OH | 43623 |
| Kercheval Owner LLC | co Versa Real Estate LLC | 326 E Fourth Street Suite 200 | | Rotal Oak | MI | 48067 |
| Lincoln Grace Investments LLC | co Washington Properties Inc | 400 Skokie Blvd Suite 425 | | Northbrook | IL | 60062 |
| Linear Retail 9 LLC | co Linear Retail Properties LLC | 77 South Bedford Street Suite 401 | | Burlington | MA | 01803- |
| Mayrich III Ltd | Attn General Counsel | 761 East 200th Street | | Euclid | OH | 44119 |
| Oak Park Associates Inc | Attn General Counsel | 8954 Hill Drive | North Huntington | North Huntington | PA | 15642 |
| OGR Tanglewood LLC | Attn General Counsel | Sirling Properties | 109 Northpark Blvd | Covington | LA | 70433 |
| Oxford Crossing LLC | co Capital Group Properties LLC | 259 Turnpike Road Suite 100 | | Southborough | MA | 01772- |
| PBC Seguin, LLC | PO Box 19831 | | | Houston | TX | 77224 |

Exhibit D
Cure Notice Parties Service List
Served via Overnight

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|------|-----------|-----------|-----------|------|-------|-------------|
| Phoenixville Town Center LP | co Longview Management LP | 1055 Westlakes Dr Ste 170 | | Berwyn | PA | 19312 |
| Points East LLC | Attn General Counsel | 7743 Mentor Avenue | | Mentor | OH | 44060 |
| Portage Commons LLC | co Cambridge Management LTD | 15941 S Harlem Ave PMB 108 | | Tinley Park | IL | 60477 |
| Regency Centers | Attn General Counsel | 28 Church Lane | Suite 200 | Westport | CT | 06880- |
| Schoolcraft Commons Unit 9 LLC | Attn General Counsel | 150 W 2nd Street | Ste 200 | Royal Oak | MI | 48067 |
| Sea Mist I, LLC | Attn: George K. Gesouras | PO Box 21381 | | Columbus | OH | 43211 |
| Spartan Square Limited Partnership | Attn General Counsel | 1463 West Main Street | Suite P3 | Salem | VA | 24153 |
| SSC Associates Limited Partnership | co Professional Property Mgmt of MI | 115 W Brown | | Birmingham | MI | 48003 |
| SWGReynoldsburg LLC | co Garner Group | 3715 Northside Parkway Suite 4325 | | Atlanta | GA | 30327 |
| The Shoppes LP | co The Broadbent Company | 117 E Washington St Suite 300 | | Indianapolis | IN | 46204 |

Exhibit D
Cure Notice Parties Service List
Served via Overnight

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|------|-----------|-----------|-----------|------|-------|-------------|
| The Vienna Shopping Center LP | co Rappaport Management Company | 8405 Greensboro Drive 8th Floor | | McLean | VA | 22102-5121 |
| TIA Holdings ETY LLC | co Realty Invest | 4263 Gavin Lane | | Columbus | OH | 43220 |
| TIA Holdings Mill Run LLC | Attn General Counsel | 2503 East Broad Street | | Columbus | OH | 43209 |
| TT Mt Airy LLC | co Rappaport Management Company | 8405 Greensboro Drive Suite 830 | | Mclean | VA | 22102 |
| University Plaza Associates LLC | co Nigro Companies | 20 Corporate Woods Blvd | | Albany | NY | 12211 |
| Wegmans Food Markets, Inc. | Attn: Senior VP - Real Estate & Development | 1500 Brooks Ave., Box 30844 | | New York | NY | 14603 |