IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

**THE AD HOC GROUP OF FREEDOM LENDERS'**
**WITNESS AND EXHIBIT LIST FOR THE FEBRUARY 6, 2025 HEARING**

The Ad Hoc Group of Freedom Lenders (the "**Freedom Lender Group**") consisting of certain of the (i) Lenders (the "**HoldCo Lenders**"), as defined in that certain *Credit Agreement*, dated as of August 21, 2023 (as amended, restated, supplemented or otherwise modified, the "**HoldCo Credit Agreement**" and the facility thereunder, the "**HoldCo Facility**"), among Freedom VCM Interco, Inc. as Borrower, Freedom VCM, Inc. as Holdings, Alter Domus (US) LLC as administrative agent, and the lenders party thereto and (ii) Lenders (the "**Second Lien**

---

[1] The Debtors in these Chapter 11 Cases (the "**Debtors**"), along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), B. Riley Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

**OpCo Lenders**"), as defined in that certain *Second Lien Credit Agreement*, dated as of March 10, 2021 (as amended, restated, supplemented or otherwise modified, the "**Second Lien OpCo Credit Agreement**"), among the Debtors operating subsidiaries at Franchise Group, Inc. (the "**OpCo Debtors**") as obligors, Alter Domus (US) LLC as administrative agent, and the lenders party thereto, by and through their undersigned counsel, hereby identifies the following witnesses and exhibits the Freedom Lender Group may call and use at the hearing to be held on February 6, 2025 (the "**Hearing**") in the above-captioned cases.

The Freedom Lender Group reserves the right to cross-examine any witnesses presented at the Hearing, as well as use any exhibits identified or used by any party to cross-examine any witness presented at the Hearing. The Freedom Lender Group reserves the right to amend or supplement this list before the Hearing. The Freedom Lender Group also reserves the right to call any witness listed on any party's list of witnesses or use exhibits listed on any party's exhibit list or otherwise identified by any other party. The Freedom Lender Group reserves the right to call or introduce testimony from any witnesses or use exhibits necessary for impeachment, rebuttal, or authentication purposes, whether or not previously identified herein.

Dated: February 4, 2025
      Wilmington, Delaware

/s/ Michael J. Farnan
**FARNAN LLP**
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
       mfarnan@farnanlaw.com

-and-

**WHITE & CASE LLP**
Thomas Lauria (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: tlauria@whitecase.com

-and-

J. Christopher Shore (admitted *pro hac vice*)
Andrew Zatz (admitted *pro hac vice*)
Samuel P. Hershey (admitted *pro hac vice*)
Erin Smith (admitted *pro hac vice*)
Brett Bakemeyer (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: cshore@whitecase.com
       azatz@whitecase.com
       sam.hershey@whitecase.com
       erin.smith@whitecase.com
       brett.bakemeyer@whitecase.com

*Counsel for Ad Hoc Group of Freedom Lenders*