**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 803** |

### LIMITED OBJECTION AND RESERVATION OF RIGHTS TO DEBTORS' NOTICE OF AMENDED CURE SCHEDULE

Arsenal Plaza Associates, LLC ("**Arsenal Plaza**"), Brunswick Center Associates, L.L.C. ("**Brunswick Center**"), CPEG Malta, L.L.C. ("**CPEG**") and University Plaza Associates, L.L.C. ("**University Plaza**") (Arsenal Plaza, Brunswick Center, CPEG and University Plaza are collectively referred to herein as the "**Landlords**") by their counsel, Chipman, Brown, Cicero & Cole LLP and Lippes Mathias LLP, file this limited objection and reservation of rights ("**Objection**") to the Debtors' *Amended Cure Schedule* dated January 21, 2025 (Doc. No. 803, the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC ( 4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

1

"**Amended Cure Notice**") filed in connection with the Debtors' *Notice of Possible Assumption and Assignment and Cure Costs with Respect to Executory Contracts and Unexpired Leases* (Docket No. 487, the "**Initial Cure Notice**") and allege as follows:

## I. BACKGROUND

**A.     Arsenal Plaza, Store No. 4193**

1. On or about August 2, 2018, Debtor, PSP Stores LLC (the "**Debtor**"), entered into a Lease Agreement (as amended, renewed, supplemented, or otherwise modified) (the "**Arsenal Plaza Lease**") with Arsenal Plaza for the lease of certain retail space located at Arsenal Plaza, 1283 Arsenal Street, Watertown, New York.

2. The Amended Cure Notice indicates the "Revised Cure Amount" (the "**Revised Cure Amount**") for the Arsenal Plaza Lease is $699.62 as of December 20, 2024 (the "**Arsenal Plaza Cure Amount**").

3. On January 23, 2025, Arsenal Plaza filed a Proof of Claim against the Debtor in the amount of $11,317.07 (which represents the pre- and post-petition amounts due under the Arsenal Plaza Lease as of January 23, 2025), which was assigned Claim No. 1892 ("**Arsenal Plaza POC**"). A true and accurate copy of the Arsenal Plaza POC is attached hereto as **Exhibit "A"**.

4. The Arsenal Plaza Cure Amount alleged by the Debtor is incorrect and does not describe the charges the Debtor claims are due under the Arsenal Plaza Lease.

5. In fact, as of December 20, 2024, the Debtor owed $5,123.75 to Arsenal Plaza under the terms of the Arsenal Plaza Lease. Moreover, since December 20, 2024 (and as of January 23, 2025), an additional $6,193.32 has become due and owing under the terms of the Arsenal Plaza Lease.

6.  A breakdown of amounts owed by Debtor to Arsenal Plaza under the terms of the Arsenal Plaza Lease through January 23, 2025 (Arsenal POC filing date) and pursuant to the Arsenal Plaza POC are as follows:

| Nature of Charge | Due | Paid | Balance Due |
|---|---|---|---|
| January-September 2024 Base Rent Shortfall (9 months x $41.67 each month) | | | $ 375.03 |
| 2024-25 School Tax (7/1/24-12/20/24) | $ 2,450.75 | $ - | $ 2,450.75 |
| 2023 CAM Charges (billed 9/12/24) | $ 1,438.34 | $ - | $ 1,438.34 |
| October 2024 Base Rent | $ 9,625.00 | ($9,583.33) | $ 41.67 |
| November 2024 Base Rent | $ 9,625.00 | ($8,883.71) | $ 741.29 |
| December 2024 Base Rent | $ 9,625.00 | ($9,583.33) | $ 41.67 |
| Bounced Check Fee (billed 12/9/24) | $ 35.00 | $ - | $ 35.00 |
| **TOTAL AS OF 12/20/24:** | | | **$ 5,123.75** |
| 2024-25 School Tax (12/20/24-6/30/25) | $ 2,719.91 | $ - | $ 2,719.91 |
| January 2025 Base Rent | $ 9,625.00 | ($9,583.33) | $ 41.67 |
| 2025 Property Tax | $ 3,431.74 | $ - | $ 3,431.74 |
| **TOTAL 12/21/24-1/23/25:** | | | **$ 6,193.32** |
| | | | |
| **TOTAL CLAIM (as of 1/23/25):** | | | **$ 11,317.07** |

**B.    Brunswick Center, Store No. 4032**

7.  On or about August 28, 2015, the Debtor entered into a Lease Agreement (as amended, renewed, supplemented, or otherwise modified) (the "**Brunswick Center Lease**") with Brunswick Center for the lease of certain retail space located at Brunswick Plaza, 720 Hoosick Road, Brunswick, New York.

8.  The Amended Cure Notice indicates the Revised Cure Amount for the Brunswick Center Lease is $837.61 as of December 20, 2024 (the "**Brunswick Cure Amount**").

9.  On January 23 and January 31, 2025, Brunswick Center filed a Proof of Claim and Amended Proof of Claim, respectively, against the Debtor in the amount of $1,205.61 (which represents the pre- and post-petition amounts due under the Brunswick Center Lease as of January

23, 2025), which was assigned Claim No. 1856 (collectively, "**Brunswick Center POC**"). A true and accurate copy of the Brunswick Center POC is attached hereto as **Exhibit "B"**.

10. The Brunswick Cure Amount alleged by the Debtor is incorrect and does not describe the charges the Debtor claims are due under the Brunswick Center Lease.

11. In fact, as of December 20, 2024, the Debtor owed $1,205.61 to Brunswick Center under the terms of the Brunswick Center Lease and pursuant to the Brunswick Center POC as follows:

| Nature of Charge | Due | Paid | Balance Due |
|---|---|---|---|
| October 2024 CAM Escrow | $ 1,324.00 | ($991.00) | $ 333.00 |
| November 2024 Base Rent | $ 9,887.71 | ($9,050.10) | $ 837.61 |
| Bounced Check Fee (billed 12/9/24) | $ 35.00 | $ - | $ 35.00 |
| **TOTAL AS OF 12/20/24:** | | | **$ 1,205.61** |

Debtor is current on all amounts that have become due and owing under the terms of the Brunswick Center Lease since December 20, 2024 through January 23, 2025 (Brunswick POC filing date) and pursuant to the Brunswick Center POC.

C. **CPEG, Store No. 4162**

12. On or about October 27, 2017, the Debtor entered into a Lease Agreement (as amended, renewed, supplemented, or otherwise modified) (the "**CPEG Lease**") with CPEG for the lease of certain retail space located at Columbia Plaza, 501 Columbia Turnpike, East Greenbush, New York.

13. The Amended Cure Notice indicates the Revised Cure Amount for the CPEG Lease is $1,499.69 as of December 20, 2024 (the "**CPEG Cure Amount**").

14. On January 23, 2025, CPEG filed a Proof of Claim against the Debtor in the amount of $19,792.94 (which represents the pre- and post-petition amounts due under the CPEG Lease as

of January 23, 2025), which was assigned Claim No. 1855 ("**CPEG POC**"). A true and accurate copy of the CPEG POC is attached hereto as **Exhibit "C"**.

15. The CPEG Cure Amount alleged by the Debtor is incorrect and does not describe the charges the Debtor claims are due under the CPEG Lease.

16. In fact, as of December 20, 2024, the Debtor owed $6,864.03 to CPEG under the terms of the CPEG Lease. Moreover, since December 20, 2024, an additional $12,928.91 has become due and owing under the terms of the CPEG Lease.

17. A breakdown of amounts owed by Debtor to CPEG under the terms of the CPEG Lease through January 23, 2025 (CPEG POC filing date) and pursuant to the CPEG POC are as follows:

| Nature of Charge | Due | Paid | Balance Due |
|---|---|---|---|
| 2024-25 School Tax (7/1/24-12/20/24) | $ 5,329.34 | $ - | $ 5,329.34 |
| 2023 CAM Charges (billed 9/13/24) | $ 782.48 | $ - | $ 782.48 |
| November 2024 Base Rent | $ 9,440.20 | ($8,722.99) | $ 717.21 |
| Bounced Check Fee (billed 12/9/24) | $ 35.00 | $ - | $ 35.00 |
| **TOTAL AS OF 12/20/24:** | | | **$ 6,864.03** |
| 2024-25 School Tax (12/20/24-6/30/25) | $ 5,914.64 | $ - | $ 5,914.64 |
| 2025 Property Tax | $ 7,014.27 | $ - | $ 7,014.27 |
| **TOTAL 12/21/24-1/23/25:** | | | **$ 12,928.91** |
| | | | |
| **TOTAL CLAIM (as of 1/23/25):** | | | **$ 19,792.94** |

D.   **University Plaza, Store No. 9024**

18. On or about September 13, 1996, the Debtor entered into a Lease Agreement (as amended, renewed, supplemented, or otherwise modified) (the "**University Plaza Lease**") with University Plaza for the lease of certain retail space located at University Plaza, 1225 Western Avenue, Albany, New York.

19. The Amended Cure Notice indicates the Revised Cure Amount for the University Plaza Lease is $13,848.25 as of December 20, 2024 (the "**University Plaza Cure Amount**").

20. On January 23, 2025, University Plaza filed a Proof of Claim against the Debtor in the amount of $35,611.50 (which represents the pre- and post-petition amounts due under the University Plaza Lease as of January 23, 2025), which was assigned Claim No. 1864 ("**University Plaza POC**"). A true and accurate copy of the University Plaza POC is attached hereto as **Exhibit "D"**.

21. The University Plaza Cure Amount alleged by the Debtor is incorrect and does not describe the charges the Debtor claims are due under the University Plaza Lease.

22. In fact, as of December 20, 2024, the Debtor owed $13,883.25 to University Plaza under the terms of the University Plaza Lease. Moreover, since December 20, 2024, an additional $21,728.25 has become due and owing under the terms of the University Plaza Lease.

23. A breakdown of amounts owed by Debtor to University Plaza under the terms of the University Plaza Lease through January 23, 2025 (University Plaza POC filing date) and pursuant to the University Plaza POC are as follows:

| Nature of Charge | Due | Paid | Balance Due |
|---|---|---|---|
| 2023 CAM Charges (billed 9/12/24) | $ 10,403.13 | $ - | $ 10,403.13 |
| November 2024 Base Rent | $ 13,292.25 | ($11,843.70) | $ 1,448.55 |
| December 2024 Tax Escrow | $ 5,196.00 | ($3,199.43) | $ 1,996.57 |
| Bounced Check Fee (billed 12/9/24) | $ 35.00 | $ - | $ 35.00 |
| **TOTAL AS OF 12/20/24:** | | | **$ 13,883.25** |
| January 2025 Base Rent | $ 13,292.25 | $ - | $ 13,292.25 |
| January 2025 CAM Escrow | $ 3,240.00 | $ - | $ 3,240.00 |
| January 2025 Tax Escrow | $ 5,196.00 | $ - | $ 5,196.00 |
| **TOTAL 12/21/24-1/23/25:** | | | **$ 21,728.25** |
| | | | |
| **TOTAL CLAIM (as of 1/23/25):** | | | **$ 35,611.50** |

24. The Arsenal Plaza Lease, Brunswick Center Lease, CPEG Lease and University Plaza Lease are collectively referred to as the "**Leases**" and the Arsenal Plaza Cure Amount, Brunswick Center Cure Amount, CPEG Cure Amount and University Plaza Cure Amount are collectively referred to as the "**Cure Amounts**".

## II.    LIMITED OBJECTION

25. Section 365 of the Bankruptcy Code establishes the right of a debtor-in-possession to assume or reject executory contracts and unexpired leases:

> If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee – (A) cures, or provides adequate assurance that the trustee will promptly cure, such default…; (B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and (C) provides adequate assurance of future performance under such contract or lease.

11 U.S.C. § 365(b)(1)

26. In accordance with Section 365 of the Bankruptcy Code and the terms of the Leases, the proposed assumption and assignment of the Leases requires payment to the respective Landlords for all amounts due and owing thereunder. *See In re Genuity, Inc.*, 323 B.R. 79, 84 (Bankr. S.D.N.Y. 2005); *Official Comm. Of Unsecured Creditors v. Aust* (*In re Network Access Sols.*) 330 B.R. 67, 76 (Bankr. D. Del. 2005).

27. The Landlords do not object to the Debtor's assumption and assignment of the Leases, so long as any assignee provided adequate assurance acceptable to the Landlords and the applicable Order provides as follows: (i) Revised Cure Amounts are further revised to reflect the pre- and post-petition amounts accrued as of the date of assumption; (ii) Debtor pays the Cure

Amounts upon entry of an Order approving assumption and assignment of the Leases; (iii) following Order entry, any assignee of the Leases shall pay all amounts going forward in accordance with the terms contained therein; and (iv) Landlords' rights to seek payment of all unknown liabilities accrued under the Leases are preserved.

### III.  RESERVATION OF RIGHTS

28.  The Landlords hereby reserve the right to amend and/or supplement this Objection as circumstances may require, including, without limitation, to update post-petition amounts due and owing under the Leases and attorneys' fees and costs relating to the enforcement of same.

### IV.  CONCLUSION

Wherefore, Landlords respectfully request that the Court enter an Order: (i) denying the assumption and assignment of the Leases until such time as the correct Cure Amounts are paid to Landlords in full upon assumption, and (ii) granting such other and further relief as is just and equitable

| | |
|---|---|
| Dated: February 4, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**CHIPMAN BROWN CICERO & COLE, LLP**<br><br>　 /s/ Kristi J. Doughty　　　　　　<br>Mark D. Olivere (No. 4291)<br>Kristi J. Doughty (No. 3826)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Email: olivere@chipmanbrown.com<br>　　　doughty@chipmanbrown.com<br><br>-and-<br><br>**LIPPES MATHIAS, LLP**<br>Joann Sternheimer, Esq.<br>Lippes Mathias, LLP<br>54 State Street<br>Albany, New York 12207<br>Telephone: (518) 462-0110<br>Email: Jsternheimer@lippes.com<br><br>*Counsel to Arsenal Plaza Associates, LLC; Brunswick Center Associates, L.L.C.; CPEG Malta, L.L.C. and University Plaza Associates, L.L.C.* |