**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify that on February 4, 2025, a true and correct copy of the Arsenal Plaza Associates, LLC ("**Arsenal Plaza**"), Brunswick Center Associates, L.L.C. ("**Brunswick Center**"), CPEG Malta, L.L.C. ("**CPEG**") and University Plaza Associates, L.L.C. ("**University Plaza**") Limited Objection and Reservation of Rights ("Objection") to the Debtors' Amended Cure Schedule dated January 21, 2025 (Doc. No. 803, the "Amended Cure Notice") was

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC ( 4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

served electronically upon the parties entered in the Court's electronic case filing system. Further, on February 4, 2025, I caused the Objection to be served on the parties listed on the attached service list *via* electronic mail.

| | |
|---|---|
| Debra M. Sinclair, Esquire<br>Matthew A. Feldman, Esquire<br>Betsy L. Feldman, Esquire<br>Wilkie Farr & Gallaher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Email: dsinclair@wilkie.com<br>mfeldman@wilkie.com<br>bfeldman@wilkie.com<br>*(Proposed Counsel for the Debtors)* | Edmon L. Morton, Esquire<br>Matthew B. Lunn, Esquire<br>Allison S. Mielke, Esquire<br>*Young Conaway Stargatt and Taylor, LLP*<br>1000 N. King Street<br>Wilmington, DE 19801<br>Email: emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>*(Local Proposed Counsel for the Debtors)* |
| | Bradford J. Sandler, Esquire<br>Robert J. Feinstein, Esquire<br>Theordore S. Heckel, Esquire<br>*Pachulski Stang Ziehl & Jones LLP*<br>Email: bsandler@pszjlaw.com<br>joneill@pszjlaw.com<br>crobinson@pszjlaw.com<br>*(Proposed Counsel for the Official Committee of Unsecured Creditors)* |
| Bradford J. Sandler, Esquire<br>Robert J. Feinstein, Esquire<br>Paul J. Labov, Esquire<br>Theodore S. Heckel, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Email: bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>plabov@pszjlaw.com<br>theckel@pszjlaw.com<br>*(Proposed Counsel to the Committee)* | Timothy J. Fox, Esquire<br>*Office of the United States Trustee for the Dist. Of Delaware*<br>*J. Caleb Boggs Federal Building*<br>844 King Street, Soom 2207<br>Wilmington, DE 19801<br>Email: timothy.fox@usdoj.gov |

| | |
|---|---|
| Jayme Goldstein, Esquire<br>Jeremy Evans, Esquire<br>Isaac Sasson, Esquire | Adam G. Landis, Esquire<br>Matthew McGuire, Esquire<br>Landis Rath & Cobb LLP |

| | |
|---|---|
| Paul Hastings, LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email:  jaymegoldstein@paulhastings.com<br>Jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com<br>*(Counsel to the DIP Lender and Ad Hoc Group of First Lien Secured Lenders)* | 919 N. Market Street<br>Wilmington, DE 19317<br>Email: landis@lrclaw.com<br>mcguire@lrclaw.com<br>*(Counsel to the DIP Lender and Ad Hoc Group of First Lien Secured Lenders)* |
| Jennifer Ezring, Esquire<br>James Ktsanes, Esquire<br>Andrew Sorkin, Esquire<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Email:  Jennifer.Ezring@lw.com<br>James.Kisanes@lw.com<br>Andrew.sorkin@lw.com<br>*(Counsel to ABL Secured Parties)* | Thomas Lauria, Esquire<br>White & Case LLP<br>200 S. Biscayne Blvd.<br>Miami, FL 33131<br>Email: tlauria@whitecase.com<br><br>Bojan Guzina, Esquire<br>White & Case LLP<br>111 S. Wacker Dr.<br>Suite 5100<br>Chicago, IL 60606<br>Email: bojan.guzina@whitecase.com<br><br>Counsel to the Second Lien Secured Parties |

Dated:   February 4, 2025          Respectfully submitted,
           Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

      /s/ Kristi J. Doughty_____
Mark D. Olivere (No. 4291)
Kristi J. Doughty (No. 3826)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  olivere@chipmanbrown.com
            doughty@chipmanbrown.com
*Counsel to Arsenal Plaza Associates, LLC; Brunswick Center Associates, L.L.C.; CPEG Malta, L.L.C. and University Plaza Associates, LLC*