**Schedule 1**

**Rejected Executory Contracts**[1]

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement |
|---|---|---|---|---|
| 1 | Don Pet Supplies | Don Pet Supplies<br>38121 Norton Avenue, Unit 101<br>West Hollywood, CA 90046<br>Attn: Fadi El Rabaa<br><br>Luther Lanard, PC<br>4675 MacCarthur Court, Suite 1240<br>Newport Beach, CA 92660<br>Attn: Elena N. Sandell, Esquire | PSP Franchising, LLC | *Equipment Sublease Agreement*, dated March 2, 2023, as amended |
| 2 | Don Pet Supplies | Don Pet Supplies<br>38121 Norton Avenue, Unit 101<br>West Hollywood, CA 90046<br>Attn: Fadi El Rabaa<br><br>Luther Lanard, PC<br>4675 MacCarthur Court, Suite 1240<br>Newport Beach, CA 92660<br>Attn: Elena N. Sandell, Esquire | PSP Franchising, LLC | *Assignment and Assumption of Multi-Unit Agreement and Franchise Agreement*, dated July 27, 2021 |
| 3 | Fadi El Rabaa | Fadi El Rabaa<br>38121 Norton Avenue, Unit 101<br>West Hollywood, CA 90046<br><br>Luther Lanard, PC<br>4675 MacCarthur Court, Suite 1240<br>Newport Beach, CA 92660<br>Attn: Elena N. Sandell, Esquire | PSP Franchising, LLC | *Franchise Agreement*, dated April 15, 2020 |