**Exhibit A**[1]

| Entity | Address | Nature and Principal Amount of Debt Holdings |
|---|---|---|
| Funds managed by Arena Capital Advisors, LLC and/or its affiliates | 12121 Wilshire Boulevard Suite 1010 Los Angeles, CA 90025 | New Money DIP Loans: $24,267,262.64<br>Roll Up DIP Loans: $41,024,925.48<br>First Lien Term Loans: $91,437,530.98 |
| Funds managed by Bardin Hill Loan Management LLC and/or its affiliates | 299 Park Avenue, 24th Floor New York, NY 10171 | New Money DIP Loans: $902,425.69<br>Roll Up DIP Loans: $1,244,725.10<br>First Lien Term Loans: $2,776,767.83 |
| Funds managed by Blue Owl Liquid Credit Advisors, LLC and/or its affiliates | 1 Greenwich Plaza Suite C, 2nd Floor Greenwich, CT 06830 | New Money DIP Loans: $1,338,021.53<br>Roll Up DIP Loans: $2,619,902.28<br>First Lien Term Loans: $5,844,478.27 |
| Funds managed by CastleKnight Management LP and/or its affiliates | 888 Seventh Avenue 24 Floor New York, NY 10019 | Roll Up DIP Loans: $2,078,364.82<br>First Lien Term Loans: $4,644,368.07 |

---

[1]    Amounts listed on this **Exhibit A** represent the aggregate principal amount of the relevant obligations held by, or held by funds or accounts managed or advised by, the listed entities or their respective affiliates solely to the extent such entities are members of the Ad Hoc Group of First Lien Lenders.  Amounts listed on this **Exhibit A** do not include any claims for, without limitation, accrued and unpaid interest (including interest accruing after the commencement of the Chapter 11 Cases), fees, expenses, premiums, make-wholes, indemnification or other amounts that may be owing under any indenture, credit agreement or other instrument; *provided, however*, that the New Money DIP Loan amounts listed on this **Exhibit A** (i) include the Backstop Premium and the Commitment Premium, which were paid in kind and added to the principal amount of the New Money DIP Loans as of November 7, 2024, and (ii) excludes the amount of any remaining commitments (i.e., unfunded New Money DIP Loans) held by the members of Ad Hoc Group of First Lien Lenders.

| Entity | Address | Nature and Principal Amount of Debt Holdings |
|---|---|---|
| Certain funds and accounts managed by Fidelity Management & Research Company LLC and/or its affiliates | 245 Summer Street<br>Boston, MA 02210 | New Money DIP Loans: $16,616,068.80<br>Roll Up DIP Loans: $20,620,316.57<br>First Lien Term Loans: $46,030,623.11 |
| Funds managed by Garnett Station Partners and/or its affiliates | 450 Park Avenue<br>24th Floor<br>New York, NY 10022 | New Money DIP Loans: $19,189,189.32<br>Roll Up DIP Loans: $32,758,217.26<br>First Lien Term Loans: $69,290,774.82 |
| Funds managed by Guggenheim Partners Investment Management, LLC and/or its affiliates | 330 Madison Avenue<br>New York, NY 10017 | New Money DIP Loans: $20,709,447.16<br>Roll Up DIP Loans: $35,058,514.57<br>First Lien Term Loans: $77,270,266.02 |
| Funds managed by HG Vora Capital Management, LLC and/or its affiliates | 330 Madison Avenue<br>21st Floor<br>New York, NY 10017 | New Money DIP Loans: $43,020,609.68<br>Roll Up DIP Loans: $72,728,322.17<br>First Lien Term Loans: $162,476,558.37<br>Second Lien Term Loans: $9,375,000.00<br>HoldCo Term Loans: $40,070,901.5571 |
| Funds managed by HPS Investment Partners, LLC and/or its affiliates | 40 West 57th Street<br>33rd Floor<br>New York, NY 10019 | New Money DIP Loans: $20,002,143.70<br>Roll Up DIP Loans: $24,822,389.54<br>First Lien Term Loans: $55,447,914.87 |

| Entity | Address | Nature and Principal Amount of Debt Holdings |
|---|---|---|
| Funds managed by MJX Asset Management, LLC and/or its affiliates | 12 East 49th Street Floor 38 New York, NY 10017 | New Money DIP Loans: $2,754,360.67 Roll Up DIP Loans: $3,799,118.16 First Lien Term Loans: $8,456,304.123 |
| Funds managed by Monroe Capital LLC and/or its affiliates | 311 South Wacker Drive Suite 6400 Chicago, IL 60606 | New Money DIP Loans: $1,304,946.93 Roll Up DIP Loans: $2,555,140.85 First Lien Term Loans: $5,455,875.11 |
| Funds managed by Oaktree Capital Management, L.P. and/or its affiliates | 333 South Grand Avenue 28th Floor Los Angeles, CA 90071 | New Money DIP Loans: $15,854,963 Roll Up DIP Loans: $24,863,824 First Lien Term Loans: $58,762,817 |
| Funds managed by Octagon Credit Investors, LLC and/or its affiliates | 250 Park Avenue New York, NY 10177 | New Money DIP Loans: $18,440,502.63 Roll Up DIP Loans: $30,969,343.13 First Lien Term Loans: $69,800,356.34 |
| Funds managed by Saratoga Partners and/or its affiliates | 535 Madison Avenue 4th Floor New York, NY 10022 | New Money DIP Loans: $1,102,956.94 Roll Up DIP Loans: $2,159,635.97 First Lien Term Loans: $4,611,298.44 |