**CERTIFICATE OF SERVICE**

I, Lisa Bittle Tancredi, do herby certify that on February 6, 2025, I caused a true and correct copy of the *Objection of Buddy Mac Holdings, LLC to Debtors' Motion for Entry of Orders (A) Approving the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* to be electronically filed and served via CM/ECF upon all parties authorized to receive electronic notice in this matter, and on the parties listed in the attached service list via Electronic Mail.

/s/ Lisa Bittle Tancredi
Lisa Bittle Tancredi (DE Bar No. 4657)

# EXHIBIT A

## Service List

| | |
|---|---|
| ***Co-Counsel to Debtors and Debtors in Possession***<br>Edmon L. Morton<br>Matthew B. Lum<br>Allison S. Mielke<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: emorton@ycst.com<br>       mlunn@ycst.com<br>       amielke@ycst.com | ***Co-Counsel to Debtors and Debtors in Possession***<br>Debra M. Sinclair<br>Matthew A. Feldman<br>Betsy Lee Feldman<br>**WILKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>Email: dsinclair@willkie.com<br>       mfeldman@wisllkie.com<br>       bfeldman@willkie.com |
| ***Office of the United States Trustee for the District of Delaware***<br>Timothy Jay Fox, Jr.<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Email: timothy.fox@usdoj.gov | ***Counsel to the ABL Secured Parties***<br>Jennifer Ezring<br>James Ktsanes<br>Andrew Sorkin<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Email: jennifer.ezring@lw.com<br>       james.ktsanes@lw.com<br>       andrew.sorkin@lw.com |
| ***Counsel to the Committee***<br>Robert J. Feinstein<br>Theodore S. Heckel<br>Paul J. Labov<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017<br>Email: rfeinstein@pszjlaw.com<br>       theckel@pszjlaw.com<br>       plabov@pszjlaw.com | ***The Committee***<br>Bradford J. Sandler<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br>Email: bsandler@pszjlaw.com |
| ***Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders***<br>Adam G. Landis<br>Matthew McGuire<br>**LANDIS RATH & COBB LLP** | ***Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders***<br>Jayme Goldstein<br>Jeremy Evans<br>Isaac Sasson |

| | |
|---|---|
| 919 N. Market Street, Suite 1800<br>Wilmington, DE 19317<br>Email: landis@lrclaw.com<br>           mcguire@lrclaw.com | **PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Email: jaymegoldstein@paulhastings.com<br>           jeremyevans@paulhastings.com<br>           isaacsasson@paulhastings.com |
| ***Counsel to the Second Lien Secured Parties***<br>Thomas Lauria<br>**WHITE & CASE LLP**<br>200 S. Biscayne Blvd.<br>Miami, FL 33131<br>Email: tlauria@whitecase.com | ***Counsel to the Second Lien Secured Parties***<br>Bojan Guzina<br>**WHITE & CASE LLP**<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br>Email: bojan.guzina@whitecase.com |
| ***Counsel to Holdco Lenders***<br>Thomas Lauria<br>**WHITE & CASE LLP**<br>200 S. Biscayne Blvd.<br>Miami, FL 33131<br>Email: tlauria@whitecase.com | ***Counsel to Holdco Lenders***<br>Bojan Guzina<br>**WHITE & CASE LLP**<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br>Email: bojan.guzina@whitecase.com |

WBD (US) 4875-1533-3068