**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) **Chapter 11** |
|  | ) |
|  | ) **Case No. 24-12480 (JTD)** |
| **FRANCHISE GROUP, INC.**, *et al.*, | ) |
|  | ) **(Jointly Administered)** |
| Debtors. | ) |
|  | ) |
|  | ) |

**REQUEST FOR SPECIAL NOTICE**

   **PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any

and all proceedings in the above captioned case be given to its attorneys and such notice should

be addressed as follows:

Mark F. Magnozzi, Esq.
Benjamin Rachelson, Esq.
**THE MAGNOZZI LAW FIRM, P.C.**
23 Green Street, Suite 302
Huntington, NY  11743
Telephone: (631) 923-2858
E-mail: mmagnozzi@magnozzilaw.com

Dated: February 6, 2025                    **Respectfully Submitted,**
       Huntington, New York

By:  _____/s/ Mark F. Magnozzi_
       Mark F. Magnozzi, Esq.
**THE MAGNOZZI LAW FIRM, P.C.**
23 Green Street, Suite 302
Huntington, NY 11743
Telephone: (631) 923-2858
E-mail: mmagnozzi@magnozzilaw.com
**Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **FRANCHISE GROUP, INC.**, *et al.*, | ) | **Case No. 24-12480 (JTD)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Mark F. Magnozzi, Esquire, hereby certify that on February 6, 2025, that the **Request For Special Notice** was served by CM/ECF, upon the parties entitled to receive notice by the Court's CM-ECF system and were sent an email notification of such filing by the Court's CM-ECF System.

/s/ Mark F. Magnozzi
Mark F. Magnozzi, Esq.