U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

*In re:*

FRANCHISE GROUP, INC.                    Case No. 24-12480-JTD
                                         Chapter   11

      Debtor.

_____/

### HILLSBOROUGH COUNTY TAX COLLECTOR'S
### NOTICE OF WITHDRAWAL OF
### CLAIM NOS. 552, 553, 554, 555, 556, 557, 558

Nancy C. Millan, Hillsborough County Tax Collector ("Tax Collector"), through her undersigned counsel, hereby withdraws Claim Nos. 552, 553, 554, 555, 556, 557, 558 filed on December 19, 2024. As grounds therefore, the Tax Collector states that the unpaid taxes sought to be collected by the Tax Collector for folios T0244350000, T0015230000, T0420034171, T0420033065, T0420010552, T0420178228, T0419971697, respectively, are paid in full.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida  33601-1110
Phone:  (813) 272-5670
Fax:  (813) 272-5758
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
connorsa@hcfl.gov
Attorney for Nancy C. Millan,
Hillsborough County Tax Collector

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notice via the Court's CM/ECF to: **Shella Borovinskaya, Esq., Kristin L. McElroy, Esq., Allison S. Mielke, Esq., Edmon L. Morton, Esq.,** Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801; **Joseph R. Brandt, Esq., James C. Dugan, Esq., Betsy Lee Feldman, Esq., Mathhew A. Feldman, Esq., Jessica D. Graber, Esq., Yara Kass-Gergi, Esq., Marine Loison, Esq., Stuart R. Lombardi, Esq., Debra McElligott Sinclair, Esq., Robin Spigel, Esq., Brady Sullivan, Esq.,** Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019; **Mark T. Stancil, Esq.**, Willkie Farr & Gallagher LLP, 1875 K Street, N.W., Washington, DC 20006-1238; **Timothy Jay Fox, Jr., Esq.,** Office of the US Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801; and to all other parties receiving Notice, on this 7th day of February, 2025.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald
Senior Assistant County Attorney