**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 7, 2025, a true and correct copy of *B. Riley Principal Investments, LLC and B. Riley Financial, Inc.'s Responses and Objections to the Ad Hoc Group of Freedom Lenders' Subpoena for Documents* was caused to be served on the following counsel as indicated:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

**BY ELECTRONIC MAIL**

Samuel P. Hershey, Esq.
Colin T. West, Esq.
Erin Smith, Esq.
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Email: sam.hershey@whitecase.com
      cwest@whitecase.com
      erin.smith@whitecase.com

-and-

Esther Levine, Esq.
WHITE & CASE LLP
75 State Street
Boston, MA 02109
Email: esther.levine@whitecase.com

-and-

Michael J. Farnan, Esq.
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Email: mfarnan@farnanlaw.com


Respectfully submitted,

Dated: February 10, 2025
Wilmington, Delaware

    /s/ Alexander R. Steiger
John H. Knight (No. 3704)
Amanda R. Steele (No. 5530)
Alexander R. Steiger (No. 7139)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:  knight@rlf.com
      steele@rlf.com
      kandestin@rlf.com
      steiger@rlf.com

*Counsel to B. Riley Principal Investments, LLC and its Affiliates*

RLF1 32384154v.1

## CERTIFICATE OF SERVICE

I, Alexander R. Steiger, hereby certify that, on February 10, 2025, I caused a copy of the foregoing *Notice of Service* to be served via electronic mail upon the parties below:

**BY ELECTRONIC MAIL**

Samuel P. Hershey, Esq.
Colin T. West, Esq.
Erin Smith, Esq.
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Email: sam.hershey@whitecase.com
         cwest@whitecase.com
         erin.smith@whitecase.com

-and-

Esther Levine, Esq.
WHITE & CASE LLP
75 State Street
Boston, MA  02109
Email: esther.levine@whitecase.com

-and-

Michael J. Farnan, Esq.
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Email: mfarnan@farnanlaw.com

                                             */s/ Alexander R. Steiger*
                                             Alexander R. Steiger (No. 7139)