## **Exhibit A**

Summary of Professional Fees and Expenses
from November 3, 2024 through November 30, 2024

| | | |
|---|---|---:|
| Professional Fees | $ | 1,562,870.50 |
| David Orlofsky as CRO[1] | | 157,500.00 |
| Less 50% Travel Fees | | (660.00) |
| **Total Current Fees** | | **1,719,710.50** |
| Expenses | | 729.14 |
| **Total Professional Fees and Expenses** | $ | **1,720,439.64** |

---

[1] Pursuant to the engagement letter dated October 11, 2024, the services for David Orlofsky as Chief Restructuring Officer are billed at $175,000 per month.  November 2024 is pro-rated at $157,500.00.