# Exhibit B

Summary of Individual Fees, Role and Hours by Professional
from November 3, 2024 through November 30, 2024

| PROFESSIONAL | APS TITLE | COMPANY TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| David Orlofsky | Partner & Managing Director | Chief Restructuring Officer | N/A | N/A | $ 157,500.00 |
| Rodi Blokh | Partner & Managing Director | APS Personnel | $1,225 | 17.9 | 21,927.50 |
| Dan Kelsall | Partner | APS Personnel | $1,200 | 103.5 | 124,200.00 |
| James Horgan | Partner | APS Personnel | $1,200 | 5.5 | 6,600.00 |
| Mark Wessel | Partner | APS Personnel | $1,200 | 0.7 | 840.00 |
| Swapna Deshpande | Partner | APS Personnel | $1,200 | 96.8 | 116,160.00 |
| Terrence Grossman | Partner | APS Personnel | $1,200 | 115.1 | 138,120.00 |
| Elizabeth S Kardos | Partner | APS Personnel | $900 | 0.3 | 270.00 |
| Denise Lorenzo | Director | APS Personnel | $1,125 | 102.6 | 115,425.00 |
| Henry Colvin | Director | APS Personnel | $1,100 | 187.2 | 205,920.00 |
| Alexander Kimball | Director | APS Personnel | $960 | 8.6 | 8,256.00 |
| Jeremy Dioso | Senior Vice President | APS Personnel | $895 | 92.3 | 82,608.50 |
| Mark Bernstein | Senior Vice President | APS Personnel | $895 | 99.7 | 89,231.50 |
| Sujay Cherian | Senior Vice President | APS Personnel | $895 | 155.0 | 138,725.00 |
| James Shen | Senior Vice President | APS Personnel | $880 | 31.0 | 27,280.00 |
| Nishat Jabin | Senior Vice President | APS Personnel | $880 | 11.6 | 10,208.00 |
| Tianyang Xu | Senior Vice President | APS Personnel | $880 | 118.5 | 104,280.00 |
| Kenny Truong | Senior Vice President | APS Personnel | $825 | 2.1 | 1,732.50 |
| Kaitlyn Sundt McClarren | Senior Vice President | APS Personnel | $650 | 23.1 | 15,015.00 |
| Sari Rosenfeld | Senior Vice President | APS Personnel | $625 | 9.1 | 5,687.50 |
| Brooke Filler Stavitski | Senior Vice President | APS Personnel | $575 | 4.0 | 2,300.00 |
| Laurie Verry | Senior Vice President | APS Personnel | $575 | 0.8 | 460.00 |
| Rafael Vivas | Senior Vice President | APS Personnel | $515 | 17.6 | 9,064.00 |
| Darshan Dholakia | Vice President | APS Personnel | $810 | 125.3 | 101,493.00 |
| Bakhovuddin Muratov | Vice President | APS Personnel | $770 | 37.1 | 28,567.00 |
| Clarice Shen | Vice President | APS Personnel | $750 | 88.8 | 66,600.00 |
| Ryan Aurand | Vice President | APS Personnel | $750 | 43.8 | 32,850.00 |
| Weiran Wei | Vice President | APS Personnel | $750 | 3.7 | 2,775.00 |
| Lauren Prohaska | Vice President | APS Personnel | $525 | 3.3 | 1,732.50 |
| Matthew Konop | Consultant | APS Personnel | $625 | 120.9 | 75,562.50 |
| Maxwell Steele | Analyst | APS Personnel | $500 | 57.2 | 28,600.00 |
| Ramiro Tuso | Analyst | APS Personnel | $380 | 1.0 | 380.00 |
| **Total Professional Hours and Fees** | | | | **1,684.1** | **$ 1,720,370.50** |
| Less 50% Travel Fees | | | | | (660.00) |
| **Total Professional Fees** | | | | | **$ 1,719,710.50** |