# **Exhibit D**

Detailed Description of Expenses
from November 3, 2024 through November 30, 2024

# APServices

Franchise Group, Inc.
109 Innovation Court, Suite J
Delaware, OH 43015

Re:     Expenses
Code:   20012136PA0002.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/4/2024 | Taxi/Car Service Terrence Grossman APS NYC office to Home - Berkeley Heights, NJ after working late. | 77.36 |
| 11/4/2024 | Group Meal - Engagement Team Sujay Cherian - Lunch in NYC- Terrence Grossman; Sujay Cherian during working meeting. | 57.39 |
| 11/4/2024 | Taxi/Car Service Sujay Cherian Office to Home after working late | 73.12 |
| 11/5/2024 | Taxi/Car Service Dan Kelsall Home to WFG for first day hearing preparation. | 42.46 |
| 11/5/2024 | Taxi/Car Service Dan Kelsall WFG to Home for first day hearing preparation. | 48.27 |
| 11/5/2024 | Individual Meal Sujay Cherian - Dinner in NYC while working late. | 58.59 |
| 11/6/2024 | Group Meal - Engagement Team Dan Kelsall - Lunch in Delaware during first day hearing - Dan Kelsall; David Orlofsky; James Shen | 42.30 |
| 11/6/2024 | Taxi/Car Service Dan Kelsall Home to NYC Amtrak for first day hearing. | 24.71 |
| 11/6/2024 | Individual Meal James Shen - Breakfast in NYC while traveling to Delaware for first day hearing. | 10.50 |
| 11/6/2024 | Taxi/Car Service James Shen Delaware court to Amtrak station after first day hearing. | 8.39 |
| 11/7/2024 | Taxi/Car Service Dan Kelsall NYC Amtrak to Home after first day hearing. | 56.72 |
| 11/12/2024 | Taxi/Car Service Terrence Grossman APS NYC office to Home - Berkeley Heights, NJ after working late. | 194.27 |
| 11/20/2024 | Taxi/Car Service Dan Kelsall NYC office to Ducera office for meeting with professionals. | 27.06 |
| 11/29/2024 | Internet Access Swapna Deshpande for working on engagement matters. | 8.00 |

# APServices

Franchise Group, Inc.
109 Innovation Court, Suite J
Delaware, OH 43015

Re:     Expenses
Code:   20012136PA0002.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| **Total** | | **729.14** |

**APServices**

Franchise Group, Inc.
109 Innovation Court, Suite J
Delaware, OH 43015

| **Expenses** | | **Amount** |
|---|---|---:|
| Ground Transportation | $ | 552.36 |
| Internet | | 8.00 |
| Meals | | 168.78 |
| **Total Disbursements** | $ | **729.14** |