# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 731** |

## NOTICE OF WITHDRAWAL

The Ad Hoc Group of First Lien Lenders and DIP Lenders (the "Movants"), by and through their undersigned counsel, hereby withdraw the *Consented to Motion for Extension of Time to Respond to Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention and Employment of Perella Weinberg Partners LP as Investment Banker to the Official Committee of Unsecured Creditors, Effective as of November 26, 2024* [D.I. 731], filed on January 13, 2025.

{1467.001-W0079875.}

| | |
|---|---|
| Dated: February 10, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ Elizabeth A. Rogers<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Elizabeth A. Rogers (No. 7335)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>       mcguire@lrclaw.com<br>       erogers@lrclaw.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>Jayme T. Goldstein (admitted *pro hac vice*)<br>Daniel A. Fliman (admitted *pro hac vice*)<br>Jeremy D. Evans (admitted *pro hac vice*)<br>Isaac S. Sasson (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: jaymegoldstein@paulhastings.com<br>       danfliman@paulhastings.com<br>       jeremyevans@paulhastings.com<br>       isaacsasson@paulhastings.com<br><br>-and-<br><br>Nicholas A. Bassett (admitted *pro hac vice*)<br>2050 M Street NW<br>Washington, DC 20036<br>Telephone: (202) 551-1700<br>Facsimile: (202) 551-1705<br>Email: nicholasbassett@paulhastings.com<br><br>*Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders* |