**EXHIBIT A**

**Cure Responses**

## EXHIBIT A

### Cure Responses[1]

| | **FORMAL RESPONSES RECEIVED** | | |
|---|---|---|---|
| | **Docket Ref.** | **Objecting Party** | **Status** |
| 1. | 561 | 2205 Federal Investors, LLC | Resolved |
| 2. | 568 | 280 Metro Limited Partnership | Resolved |
| 3. | 568 | PK I LA Verne Town Center LP | Pending |
| 4. | 568 | PK II EL Camino North LP | Pending |
| 5. | 568 | KIR Torrance, L.P. | Resolved |
| 6. | 568 | KIR Brandon 011, LLC | Resolved |
| 7. | 568 | Kimzay of Florida, Inc. | Debtors filed a motion to reject the applicable lease, rendering the objection moot. *See* Docket No. 875. |
| 8. | 568 | New Creek II LLC | Resolved |
| 9. | 568 | WRI Trautmann, LP | Resolved |
| 10. | 568 | Weingarten Northcross JV | Pending |

---

[1] The Debtors have endeavored to list each and every applicable response received to date. However, given the number of responses received, the Debtors may have inadvertently omitted one or more responses. This chart is intended to assist the Court and parties in interest. Nothing herein is intended to, or shall, prejudice the rights of any party to the extent that such party has timely filed a response, which is later determined to have been inadvertently omitted herein.

| | **FORMAL RESPONSES RECEIVED** | | |
|---|---|---|---|
| | **Docket Ref.** | **Objecting Party** | **Status** |
| 11. | 568 | Kimco Brownsville, L.P. | Pending |
| 12. | 580 | Shanri Holdings Corp. | Resolved |
| 13. | 581 | Beral, LLLP and Laurel Lakes, LLC | Resolved |
| 14. | 583 | Oracle America, Inc. | Pending |
| 15. | 589 | MEL Indiana, LLC | Resolved |
| 16. | 596 | Simon Property Group, Inc. | Resolved |
| 17. | 599 | Oxford Valley Road Associates, L.P. | Withdrawn [D.I. 863] |
| 18. | 600 | Turkey Creek Holdings, LLC | Resolved |
| 19. | 601 | Easton Market SC, LLC | Resolved |
| 20. | 607 | Whirlpool Corporation | Resolved |
| 21. | 608 | STAG Industrial Holdings, LLC | Resolved |
| 22. | 610 | Garden City Owner LLC | Resolved |
| 23. | 610 | Redstone Operating Limited Partnership | Debtors filed a motion to reject the applicable lease, rendering the objection moot. *See* Docket No. 875. |
| 24. | 613 | Dell Financial Services, L.L.C. | Resolved |

| | | **FORMAL RESPONSES RECEIVED** | |
|---|---|---|---|
| | **Docket Ref.** | **Objecting Party** | **Status** |
| 25. | 615 | THF St. Clairsville Development LP; THF Clarksburg Development Two, LLC, TKG Fairhaven Commons LLC, TKG Paxton Towne Center Development LP and GKT Shoppes at Legacy Park, LLC | Resolved |
| 26. | 616 | WPG Legacy, LLC | Resolved |
| 27. | 617 | Heritage Seymour I, LLC and Heritage Seymour II, LLC | Pending |
| 28. | 618 | Sun Life Assurance Company of Canada | Withdrawn [D.I. 859] |
| 29. | 619 | BC Exchange Salt Pond | Pending |
| 30. | 622 | Kin Properties Inc. | Resolved |
| 31. | 622 | Aberdeen Oklahoma Associates and Pasan LLC | Resolved |
| 32. | 622 | Muffrey LLC | Resolved |
| 33. | 625 | DoorDash, Inc. and DoorDash G&C, LLC | Resolved |
| 34. | 626 | Northlake Village Owner, LLC | Pending |
| 35. | 626 | PF Portfolio 2, LLP | Pending |
| 36. | 626 | River Oaks El Mercado, LLC | Pending |
| 37. | 629 | Frontier Kissimmee LLC | Resolved |

3

| | | **FORMAL RESPONSES RECEIVED** | |
|---|---|---|---|
| | **Docket Ref.** | **Objecting Party** | **Status** |
| 38. | 630 | Frontier Dania LLC | Pending |
| 39. | 631 | Village at the Mall Holdings, LLC | Resolved |
| 40. | 632 | Frontier Osceola LLC | Pending |
| 41. | 633 & 722 | B33 Ashley Furniture Plaza II LLC | Pending |
| 42. | 633 & 722 | B33 Metro Crossing II LLC | Pending |
| 43. | 633 & 722 | B33 Wrangleboro II LLC | Pending |
| 44. | 633 & 722 | B33 Yuma Palms III LLC | Pending |
| 45. | 633 & 722 | B33 Shops at Centerpoint III LLC | Pending |
| 46. | 634 | Sunwarrior Ventures LLC d/b/a Sunwarrior, a wholly owned subsidiary of Viva 5 Group, LLC dba Growve | Pending |
| 47. | 635 | The Chubb Companies | Pending |
| 48. | 636 | Glanbia Performance Nutrition (NA), Inc., f/k/a Glanbia Performance Nutrition, Inc. | Resolved |
| 49. | 638 | Woodbolt Distribution, LLC | Pending |
| 50. | 639 | Columbia-BBB Westchester Shopping Center Associates | Resolved |

| | **Docket Ref.** | **FORMAL RESPONSES RECEIVED** | |
|---|---|---|---|
| | | **Objecting Party** | **Status** |
| 51. | 640 | Benenson Capital Partners, LLC | Pending |
| 52. | 640 | DLC Management Corporation | Pending |
| 53. | 640 | Inland Commercial Real Estate Services LLC | Pending |
| 54. | 640 | National Realty & Development Corp. | Pending |
| 55. | 641 | Fifth & Alton (Edens) LLC | Pending |
| 56. | 643 | Arizona Nutritional Supplements (ANS) | Resolved |
| 57. | 644 | Buddy Mac Holdings, LLC | Pending |
| 58. | 645 | Commerce 9005 LLC f/k/a Commerce Limited Partnership #9005 | Pending |
| 59. | 645 | Commerce #9602 LLC f/k/a Commerce Limited Partnership #9602 | Pending |
| 60. | 647 | Acadia Realty Limited Partnership | Pending |
| 61. | 647 | ARC CPFAYNC001, LLC | Pending |
| 62. | 647 | ARC MCLVSNV001, LLC | Pending |
| 63. | 647 | ARC TSKCYMO001, LLC | Pending |
| 64. | 647 | ARG LSSALMD001, LLC | Pending |

| | Docket Ref. | Objecting Party | Status |
|---|---|---|---|
| | | **FORMAL RESPONSES RECEIVED** | |
| 65. | 647 | Azalea Joint Venture, LLC | Pending |
| 66. | 647 | BMA Springhurst, LLC | Pending |
| 67. | 647 | Brixmor Operating Partnership LP | Pending |
| 68. | 647 | Continental Realty Corporation | Pending |
| 69. | 647 | Deutsche Asset & Wealth Management | Pending |
| 70. | 647 | Gerrity Group, LLC | Pending |
| 71. | 647 | RD Management, LLC | Pending |
| 72. | 647 | Realty Income Corporation | Pending |
| 73. | 647 | The Sterling Organization, LLC | Pending |
| 74. | 649 | MLO Great South Bay LLC | Pending |
| 75. | 649 | Siegen Lane Properties LLC of Delaware | Pending |
| 76. | 651 | Amazing Organics LLC, dba Amazing Herbs *[Reservation of Rights]* | N/A |
| 77. | 672 | CorVel Enterprise Comp, Inc. | Resolved |
| 78. | 682 | Benderson Development | Pending |

| | Docket Ref. | Objecting Party | Status |
|---|---|---|---|
| | | **FORMAL RESPONSES RECEIVED** | |
| 79. | 682 | Brookfield Properties Retail, Inc. | Pending |
| 80. | 682 | Curbline Properties Corp. | Pending |
| 81. | 682 | First Washington Realty | Pending |
| 82. | 682 | Kite Realty Group | Pending |
| 83. | 682 | Regency Centers, L.P. | Pending |
| 84. | 682 | Shamrock A Owner LLC | Pending |
| 85. | 682 | ShopCore Properties | Pending |
| 86. | 682 | SITE Centers Corp. | Pending |
| 87. | 683 | Pentex RTO, LLC | Pending |
| 88. | 683 | EightSixThree RTO, LLC | Pending |
| 89. | 683 | Pentex Top Left, LLC | Pending |
| 90. | 683 | Pentex 1848, LLC | Pending |
| 91. | 694 | Tempur Sealy International, Inc. | Pending |
| 92. | 753 | A-Team Leasing, LLC | Pending |
| 93. | 771 | United Parcel Service, Inc. | Resolved |

| | **Docket Ref.** | **Objecting Party** | **Status** |
|---|---|---|---|
| |  | **FORMAL RESPONSES RECEIVED** | |
| 94. | 814 | Granite Telecommunications, LLC | Pending |
| 95. | 818 | Capital Enterprises, Inc. | Resolved |
| 96. | 879 | BB BHF Stores LLC | Pending |
| 97. | 911 | Arsenal Plaza Associates, LLC | Pending |
| 98. | 911 | Brunswick Center Associates, L.L.C. | Pending |
| 99. | 911 | CPEG Malta, L.L.C. | Pending |
| 100. | 911 | University Plaza Associates, L.L.C. | Pending |

*[Continued on Next Page]*

| | **INFORMAL RESPONSES RECEIVED** | |
|---|---|---|
| | **Objecting Party** | **Status** |
| 101. | SAB Investments LLC | Pending |
| 102. | Nutritional Brands, Inc. | Pending |
| 103. | Bioxgenic/MC Science Lab LLC | Resolved |
| 104. | VestCom, Inc. | Pending |
| 105. | Elanco US Inc. | Pending |
| 106. | Vestis Services, LLC fka Aramark Uniform and Career Apparel, LLC | Pending |
| 107. | TSO Winchester Station, LP | Pending |
| 108. | Hartville Station, LLC | Resolved |
| 109. | IVT Renaissance Center Durham I, LP | Resolved |
| 110. | DS Properties 18 LP | Resolved |
| 111. | Hendon Wescott LLC | Resolved |
| 112. | Mars Petcare US, Inc. | Resolved |
| 113. | 211 Wallkill Realty LLC | Resolved |
| 114. | Nature's Answer, Inc. | Resolved |
| 115. | Regency Centers, L.P. | Resolved |

| 116. | Roslyn Farm Corporation | Resolved |
|---|---|---|
| 117. | Vaswani, Inc. | Resolved |
| 118. | Sayville Plaza Development LLC | Resolved |
| 119. | UMR, Inc. | Resolved |
| 120. | CTO23 Rockwall LLC | Resolved |
| 121. | Ventura Gateway LLC | Resolved |
| 122. | Lighthouse Realty Partners LLC | Resolved |
| 123. | Packaging Corporation of America | Resolved |
| 124. | RCG-PSC Camp Creek Owner, LLC | Resolved |
| 125. | Greenspot Largo, LLC | Resolved |
| 126. | Outer Drive 39 Development Co., LLC | Resolved |
| 127. | AEI National Income Property Fund VII LP | Resolved |
| 128. | Newington Corner LLC | Resolved |
| 129. | NADG/SG Riverdale Village LP | Resolved |
| 130. | Edgewood Retail, LLC | Resolved |
| 131. | Google, Inc. | Resolved |
| 132. | Raymond Leasing Corp. | Resolved |

| 133. | SPS Properties, LP | Resolved |
| --- | --- | --- |
| 134. | Attentive Mobile Inc. | Resolved |
| 135. | Marriott International, Inc. | Resolved |
| 136. | Comcast Cable Communications Management, LLC | Pending |