**EXHIBIT B**

**Sale Responses**

**EXHIBIT B**

**Adequate Assurance/Sale Objections[1]**

| | Docket Ref. | Objecting Party | Status |
|---|---|---|---|
| **FORMAL RESPONSES RECEIVED** | | | |
| 1. | 580 | Shanri Holdings Corp. | Pending |
| 2. | 581 | Beral, LLLP and Laurel Lakes, LLC | Pending |
| 3. | 583 | Oracle America, Inc. | Pending |
| 4. | 610 | Garden City Owner LLC and Redstone Operating Limited Partnership | Pending |
| 5. | 617 | Heritage Seymour I, LLC | Pending |
| 6. | 617 | Heritage Seymour II, LLC | Pending |
| 7. | 620 | Texas Taxing Authorities | Pending |
| 8. | 622 | Kin Properties Inc. | Pending |
| 9. | 622 | Aberdeen Oklahoma Associates and Pasan LLC | Pending |
| 10. | 622 | Muffrey LLC | Pending |

---

[1] The Debtors have endeavored to list each and every applicable response received to date.  However, given the number of responses received, the Debtors may have inadvertently omitted one or more responses.  This chart is intended to assist the Court and parties in interest.  Nothing herein is intended to, or shall, prejudice the rights of any party to the extent that such party has timely filed a response, which is later determined to have been inadvertently omitted herein.

| | | FORMAL RESPONSES RECEIVED | |
|---|---|---|---|
| | **Docket Ref.** | **Objecting Party** | **Status** |
| 11. | 623 | The ChildSmiles Group, LLC, a/k/a Abra Health, LLC | Debtors filed a motion to reject the applicable lease, rendering the objection moot. *See* Docket No. 875. |
| 12. | 635 | The Chubb Companies | Pending |
| 13. | 638 | Woodbolt Distribution, LLC | Pending |
| 14. | 640 | Benenson Capital Partners, LLC | Pending |
| 15. | 640 | DLC Management Corporation | Pending |
| 16. | 640 | Inland Commercial Real Estate Services LLC | Pending |
| 17. | 640 | National Realty & Development Corp. | Pending |
| 18. | 641 | Fifth & Alton (Edens) LLC | Pending |
| 19. | 645 | Commerce 9005 LLC f/k/a Commerce Limited Partnership #9005 | Pending |
| 20. | 645 | Commerce #9602 LLC f/k/a Commerce Limited Partnership #9602 | Pending |
| 21. | 682 | Benderson Development | Pending |
| 22. | 682 | Brookfield Properties Retail, Inc. | Pending |
| 23. | 682 | Curbline Properties Corp. | Pending |
| 24. | 682 | First Washington Realty | Pending |

| | Docket Ref. | Objecting Party | Status |
|---|---|---|---|
| **FORMAL RESPONSES RECEIVED** | | | |
| 25. | 682 | Kite Realty Group | Pending |
| 26. | 682 | Regency Centers, L.P. | Pending |
| 27. | 682 | Shamrock A Owner LLC | Pending |
| 28. | 682 | ShopCore Properties | Pending |
| 29. | 682 | SITE Centers Corp. | Pending |
| 30. | 882 | Ml-MJW Port Chester SC Owner LLC | Pending |
| 31. | 934 | Buddy Mac Holdings, LLC | Pending |

| | Objecting Party | Status |
|---|---|---|
| **INFORMAL RESPONSE RECEIVED** | | |
| 32. | 211 Wallkill Realty LLC | Pending |