**Schedule 1**

**Rejected Executory Contracts[1]**

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement |
|---|---|---|---|---|
| 1 | Coveo Software Corp. | Coveo Software Corp.<br>620 Davis Street<br>San Francisco, CA 94111<br>Attn: Jean Lavigeur | Pet Supplies Plus, LLC | *Customer Agreement*, dated September 9, 2016 |
| 2 | Enavate, Inc.<br>Fastpath, Inc. | Enavate, Inc.<br>7887 E. Belleview Ave., Suite 600<br>Englewood, CO 80111<br>Attn: Angie McCutcheon<br><br>Fastpath, Inc.<br>4093 NW Urbandale Drive<br>Urbandale, IA 50322<br>Attn: Aidan Parisian | Buddy's Home Furnishings | *Subscription Services Agreement*, dated April 20, 2020, as amended |
| 3 | Stericycle | Stericycle<br>4010 Commercial Ave.<br>Northbrook, IL 60062<br>Attn: Patrick Pasquesi | Pet Supplies Plus, LLC | *Service Agreement*, dated September 6, 2017 |