# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., et al., | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 474** |

## ORDER

For the reasons set forth in my Bench Ruling given February 12, 2025,

**IT IS HEREBY ORDERED** that the *Debtors' Application for Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Debtors, Nunc Pro Tunc to the Petition Date [Docket No. 474]* is **DENIED**.

Dated: February 13, 2025

Laurie Selber Silverstein
United States Bankruptcy Judge