## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) Case No. 24-12480 (LSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Related to Docket No. 211 |

### WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b)(i) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Kirkland & Ellis LLP ("Counsel") withdraws its appearance for Blue Owl Real Estate Capital, LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC (collectively, "Blue Owl"). Klehr Harrison Harvey Branzburg LLP ("KHHB"), will remain counsel of record for Blue Owl. In addition, BCDC Portfolio Owner LLC and BCHQ Owner LLC are represented by Kelley Drye in these chapter 11 cases [Docket No. 233]. Counsel requests that service upon them of all future notices and pleadings, electronically or otherwise, be discontinued, and further requests be removed from the electronic (ECF) service list. The contact information of Counsel withdrawing their appearance is as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

11378522.v1

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Steven N. Serajeddini P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Email: steven.serajeddini@kirkland.com

-and-

Connor K. Casas, Esq.
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: connor.casas@kirkland.com

The contact information of KHHB (not withdrawing their appearance) is as follows:

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Domenic E. Pacitti, Esq.
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone: (302) 426-1189
Email: dpacitti@klehr.com

-and-

Morton R. Branzburg, Esq.
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
Email: mbranzburg@klehr.com

11378522.v1

| | |
|---|---|
| Dated: February 13, 2025<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801-3062<br>Telephone: (302) 426-1189<br>Email: dpacitti@klehr.com |

-and-

Morton R. Branzburg
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
Email: mbranzburg@klehr.com

-and-

Steven N. Serajeddini P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Email: steven.serajeddini@kirkland.com

-and-

Connor K. Casas, Esq.
**KIRKLAND & ELLIS LLC**
**KIRKLAND & ELLIS INTERNATIONAL LLC**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Email: connor.casas@kirkland.com

*Counsel to Blue Owl Real Estate Capital, LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC*

11378522.v1