## EXHIBIT B

Franchise Group, Inc.

| | |
|---|---|
| Invoice Date: | February 5, 2025 |
| Invoice Number: | 50058164 |
| Matter Number: | 103996.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 11/01/24 | Docket Retrieval / Search | 156.00 | 15.60 |
| 11/01/24 | Docket Retrieval / Search | 78.00 | 7.80 |
| 11/01/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/03/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/03/24 | Docket Retrieval / Search | 72.00 | 7.20 |
| 11/03/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/03/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/03/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/03/24 | Docket Retrieval / Search | 37.00 | 3.70 |
| 11/03/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/04/24 | Photocopy Charges Duplication | 92.00 | 9.20 |
| 11/04/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/04/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/04/24 | Photocopy Charges Duplication | 300.00 | 30.00 |
| 11/04/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/04/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 11/04/24 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 11/04/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/04/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/04/24 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/04/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/04/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/04/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/04/24 | Parcels, Inc. - Bachetti Bros 1110425 | 1.00 | 90.00 |
| 11/04/24 | Parcels, Inc. - Bachetti Bros 1110425 | 1.00 | 419.71 |
| 11/04/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 11/04/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/04/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 11/04/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/04/24 | Docket Retrieval / Search | 18.00 | 1.80 |
| 11/04/24 | Computerized Legal Research Westlaw Search by: GAFFNEY,BRYNNA | 5.00 | 16.87 |
| 11/04/24 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 11/04/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/04/24 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 11/04/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/04/24 | Docket Retrieval / Search | 16.00 | 1.60 |
| 11/04/24 | Docket Retrieval / Search | 2.00 | 0.20 |

Franchise Group, Inc.

| | | | |
|---|---|---|---|
| Invoice Date: | | | February 5, 2025 |
| Invoice Number: | | | 50058164 |
| Matter Number: | | | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 11/04/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/05/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 11/05/24 | Parcels, Inc. - PureBread Deli 1110675 | 1.00 | 90.00 |
| 11/05/24 | Color Photocopy Charges Duplication | 27.00 | 21.60 |
| 11/05/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 11/05/24 | Parcels, Inc. - PureBread Deli 1110675 | 1.00 | 476.00 |
| 11/05/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/05/24 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 11/05/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/05/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 11/06/24 | Photocopy Charges Duplication | 316.00 | 31.60 |
| 11/06/24 | Photocopy Charges Duplication | 120.00 | 12.00 |
| 11/06/24 | Color Photocopy Charges Duplication | 90.00 | 72.00 |
| 11/06/24 | Docket Retrieval / Search | 13.00 | 1.30 |
| 11/06/24 | Color Photocopy Charges Duplication | 45.00 | 36.00 |
| 11/06/24 | Photocopy Charges Duplication | 278.00 | 27.80 |
| 11/06/24 | Photocopy Charges Duplication | 72.00 | 7.20 |
| 11/06/24 | Photocopy Charges Duplication | 601.00 | 60.10 |
| 11/06/24 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 11/06/24 | Photocopy Charges Duplication | 190.00 | 19.00 |
| 11/06/24 | Photocopy Charges Duplication | 28.00 | 2.80 |
| 11/06/24 | Photocopy Charges Duplication | 25.00 | 2.50 |
| 11/06/24 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 11/06/24 | Color Photocopy Charges Duplication | 10.00 | 8.00 |
| 11/06/24 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 11/06/24 | Docket Retrieval / Search | 13.00 | 1.30 |
| 11/06/24 | Color Photocopy Charges Duplication | 28.00 | 22.40 |
| 11/06/24 | American Express - Bankruptcy - Filing Fee SBORO 11.4.24 $150 3 Pro Hac Vices BOLIV | 1.00 | 150.00 |
| 11/06/24 | American Express - Bankruptcy - Filing Fee SBORO 11.4.24 $250 5 Pro Hac Vices BOLIV | 1.00 | 250.00 |
| 11/06/24 | Photocopy Charges Duplication | 45.00 | 4.50 |
| 11/06/24 | Color Photocopy Charges Duplication | 20.00 | 16.00 |
| 11/06/24 | Photocopy Charges Duplication | 88.00 | 8.80 |
| 11/06/24 | Photocopy Charges Duplication | 60.00 | 6.00 |
| 11/06/24 | Photocopy Charges Duplication | 52.00 | 5.20 |
| 11/06/24 | Photocopy Charges Duplication | 340.00 | 34.00 |
| 11/06/24 | Photocopy Charges Duplication | 96.00 | 9.60 |
| 11/06/24 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 11/06/24 | Photocopy Charges Duplication | 30.00 | 3.00 |

Franchise Group, Inc.

Invoice Date: February 5, 2025
Invoice Number: 50058164
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 11/06/24 | Photocopy Charges Duplication | 60.00 | 6.00 |
| 11/06/24 | Color Photocopy Charges Duplication | 20.00 | 16.00 |
| 11/06/24 | Photocopy Charges Duplication | 114.00 | 11.40 |
| 11/06/24 | Photocopy Charges Duplication | 60.00 | 6.00 |
| 11/06/24 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 11/06/24 | Photocopy Charges Duplication | 184.00 | 18.40 |
| 11/06/24 | Color Photocopy Charges Duplication | 50.00 | 40.00 |
| 11/06/24 | Color Photocopy Charges Duplication | 20.00 | 16.00 |
| 11/06/24 | Docket Retrieval / Search | 13.00 | 1.30 |
| 11/06/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 11/06/24 | Photocopy Charges Duplication | 135.00 | 13.50 |
| 11/06/24 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 11/06/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/06/24 | Color Photocopy Charges Duplication | 198.00 | 158.40 |
| 11/06/24 | Photocopy Charges Duplication | 86.00 | 8.60 |
| 11/06/24 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 11/06/24 | Photocopy Charges Duplication | 45.00 | 4.50 |
| 11/06/24 | Photocopy Charges Duplication | 94.00 | 9.40 |
| 11/06/24 | Photocopy Charges Duplication | 96.00 | 9.60 |
| 11/07/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/07/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/07/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/11/24 | Docket Retrieval / Search | 25.00 | 2.50 |
| 11/11/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/11/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/12/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/12/24 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 11/12/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/12/24 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 11/12/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/12/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/12/24 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 11/12/24 | Photocopy Charges Duplication | 1.00 | 0.10 |
| 11/13/24 | American Express - Bankruptcy - Filing Fee AMIEL 11.11.24 $199 Sale Motion BOLIV | 1.00 | 199.00 |
| 11/13/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/13/24 | Computerized Legal Research Westlaw Search by: BOROVINSKAYA,SHELLA | 2.00 | 6.75 |
| 11/14/24 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 11/15/24 | Docket Retrieval / Search | 3.00 | 0.30 |

Franchise Group, Inc.

| | | | |
|---|---|---|---|
| | | Invoice Date: | February 5, 2025 |
| | | Invoice Number: | 50058164 |
| | | Matter Number: | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 11/15/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/15/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/18/24 | Docket Retrieval / Search | 19.00 | 1.90 |
| 11/19/24 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 11/19/24 | Reliable Wilmington - Deposition/Transcript Hourly Transcript - Original from the 11/5 Franchise Group Hearing (172 pages @ $8.70 per page) and Hourly Transcript - Original from the 11/6 Franchise Group Hearing (167 pages @ $8.70 per page) | 1.00 | 2,949.30 |
| 11/19/24 | Photocopy Charges Duplication | 4.00 | 0.40 |
| 11/19/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/20/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/20/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/20/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/21/24 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 11/21/24 | File & ServeXpress - Filing Fee Payee: File & ServeXpress, LLC Doc: 202412061248101 Filing/Service Charges | 1.00 | 46.00 |
| 11/21/24 | File & ServeXpress - Filing Fee Payee: File & ServeXpress, LLC Doc: 202412061248101 Filing/Service Charges | 1.00 | 46.00 |
| 11/21/24 | File & ServeXpress - Filing Fee Payee: File & ServeXpress, LLC Doc: 202412061248101 Filing/Service Charges | 1.00 | 30.00 |
| 11/21/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 11/21/24 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 11/22/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/22/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/25/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/25/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/26/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/26/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/26/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/26/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/27/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 11/27/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/27/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 11/27/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/27/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/02/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/02/24 | Docket Retrieval / Search | 25.00 | 2.50 |
| 12/03/24 | Photocopy Charges Duplication | 2.00 | 0.20 |
| 12/03/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/03/24 | Color Photocopy Charges Duplication Color | 7.00 | 5.60 |

Franchise Group, Inc.

| | | |
|---|---|---|
| Invoice Date: | | February 5, 2025 |
| Invoice Number: | | 50058164 |
| Matter Number: | | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 12/03/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/03/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/04/24 | American Express - Bankruptcy - Filing Fee EMORT 11.27.24 $350 Complaint DLASK | 1.00 | 350.00 |
| 12/05/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/05/24 | Computerized Legal Research Westlaw Search by: GAFFNEY,BRYNNA | 21.00 | 105.35 |
| 12/05/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/06/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/06/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/06/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/06/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/06/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/06/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/06/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/06/24 | Docket Retrieval / Search | 12.00 | 1.20 |
| 12/06/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/06/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/06/24 | Photocopy Charges Duplication | 714.00 | 71.40 |
| 12/06/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/06/24 | Photocopy Charges Duplication | 3,886.00 | 388.60 |
| 12/06/24 | Computerized Legal Research Westlaw Search by: GAFFNEY,BRYNNA | 6.00 | 30.10 |
| 12/06/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/06/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/07/24 | Docket Retrieval / Search | 54.00 | 5.40 |
| 12/07/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/07/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/07/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/07/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/07/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/08/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/08/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/08/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/08/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/08/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/09/24 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 12/09/24 | Docket Retrieval / Search | 10.00 | 1.00 |
| 12/09/24 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 12/09/24 | Photocopy Charges Duplication | 19.00 | 1.90 |

Franchise Group, Inc.

| | |
|---|---|
| Invoice Date: | February 5, 2025 |
| Invoice Number: | 50058164 |
| Matter Number: | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 12/09/24 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 12/09/24 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 12/09/24 | Color Photocopy Charges Duplication | 29.00 | 23.20 |
| 12/09/24 | Photocopy Charges Duplication | 67.00 | 6.70 |
| 12/09/24 | Photocopy Charges Duplication | 97.00 | 9.70 |
| 12/09/24 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 12/09/24 | Color Photocopy Charges Duplication | 42.00 | 33.60 |
| 12/09/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/09/24 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 12/09/24 | Photocopy Charges Duplication | 1,984.00 | 198.40 |
| 12/09/24 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 12/09/24 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 12/09/24 | Photocopy Charges Duplication | 22.00 | 2.20 |
| 12/09/24 | Photocopy Charges Duplication | 280.00 | 28.00 |
| 12/09/24 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 12/09/24 | Photocopy Charges Duplication | 76.00 | 7.60 |
| 12/09/24 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 12/09/24 | Parcels, Inc. - Download and blowback documents from ShareFile x1 Insert tabs as necessary Insert into binder Create and insert custom cover/spine Bid Procedures Binder 1117583 | 1.00 | 151.30 |
| 12/09/24 | Parcels, Inc. - Download and blowback from ShareFile x1 Insert tabs Insert into binder with cover/spine DIP Binder 1115870 | 1.00 | 275.30 |
| 12/09/24 | Parcels, Inc. - Parcels Inc. YCST 1117770 | 1.00 | 100.00 |
| 12/09/24 | Parcels, Inc. - Blowback x 11 from ShareFile d/s color for color Insert tabs Insert into binders with custom covers and spines 1116884 | 1.00 | 6,013.55 |
| 12/09/24 | Parcels, Inc. - Download and blowback documents from ShareFile x2 Insert tabs as necessary Insert into binders Create and insert custom covers/spines Critical Binder 1117666 | 1.00 | 171.40 |
| 12/09/24 | Parcels, Inc. - Download and blowback from ShareFile x9/x15 GBC bind (x9) Clip (x15) Neil Augustine12.9.24 &amp; DIP Redline of Proposed Final Order 1117751 | 1.00 | 604.80 |
| 12/09/24 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 12/09/24 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 12/09/24 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 12/09/24 | Photocopy Charges Duplication | 80.00 | 8.00 |
| 12/09/24 | Color Photocopy Charges Duplication | 15.00 | 12.00 |
| 12/09/24 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 12/09/24 | Photocopy Charges Duplication | 6.00 | 0.60 |

Franchise Group, Inc.

| | | Invoice Date: | February 5, 2025 |
| | | Invoice Number: | 50058164 |
| | | Matter Number: | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 12/09/24 | Photocopy Charges Duplication | 50.00 | 5.00 |
| 12/09/24 | Photocopy Charges Duplication | 27.00 | 2.70 |
| 12/09/24 | Photocopy Charges Duplication | 27.00 | 2.70 |
| 12/09/24 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 12/09/24 | Photocopy Charges Duplication | 22.00 | 2.20 |
| 12/09/24 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 12/09/24 | Photocopy Charges Duplication | 884.00 | 88.40 |
| 12/09/24 | Postage | 4.00 | 9.24 |
| 12/09/24 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 12/09/24 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 12/09/24 | Photocopy Charges Duplication | 275.00 | 27.50 |
| 12/09/24 | Postage | 4.00 | 9.24 |
| 12/09/24 | Photocopy Charges Duplication | 139.00 | 13.90 |
| 12/09/24 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 12/09/24 | Color Photocopy Charges Duplication | 29.00 | 23.20 |
| 12/09/24 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 12/09/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/09/24 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 12/09/24 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 12/09/24 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 12/09/24 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 12/09/24 | Photocopy Charges Duplication | 142.00 | 14.20 |
| 12/09/24 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 12/09/24 | Photocopy Charges Duplication | 235.00 | 23.50 |
| 12/09/24 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 12/09/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 12/09/24 | Photocopy Charges Duplication | 43.00 | 4.30 |
| 12/09/24 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 12/09/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/09/24 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 12/09/24 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 12/09/24 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 12/09/24 | Photocopy Charges Duplication | 142.00 | 14.20 |
| 12/09/24 | Photocopy Charges Duplication | 27.00 | 2.70 |
| 12/09/24 | Photocopy Charges Duplication | 29.00 | 2.90 |
| 12/09/24 | Docket Retrieval / Search | 82.00 | 8.20 |
| 12/09/24 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 12/09/24 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 12/09/24 | Photocopy Charges Duplication | 12.00 | 1.20 |

Franchise Group, Inc.

Invoice Date: February 5, 2025
Invoice Number: 50058164
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 12/09/24 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 12/09/24 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 12/09/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 12/09/24 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 12/09/24 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 12/09/24 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 12/09/24 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 12/09/24 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 12/09/24 | Photocopy Charges Duplication | 52.00 | 5.20 |
| 12/09/24 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 12/09/24 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 12/09/24 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 12/09/24 | Color Photocopy Charges Duplication | 3.00 | 2.40 |
| 12/09/24 | Photocopy Charges Duplication | 99.00 | 9.90 |
| 12/09/24 | Computerized Legal Research Westlaw Search by: MIELKE,ALLISON S | 7.00 | 35.12 |
| 12/09/24 | Photocopy Charges Duplication | 3.00 | 0.30 |
| 12/09/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/09/24 | Photocopy Charges Duplication | 38.00 | 3.80 |
| 12/09/24 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 12/10/24 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 12/10/24 | Photocopy Charges Duplication | 105.00 | 10.50 |
| 12/10/24 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 12/10/24 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 12/10/24 | Color Photocopy Charges Duplication | 9.00 | 7.20 |
| 12/10/24 | Photocopy Charges Duplication | 3.00 | 0.30 |
| 12/10/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/10/24 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 12/10/24 | Color Photocopy Charges Duplication | 28.00 | 22.40 |
| 12/10/24 | Photocopy Charges Duplication | 90.00 | 9.00 |
| 12/10/24 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 12/10/24 | Photocopy Charges Duplication | 267.00 | 26.70 |
| 12/10/24 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 12/10/24 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 12/10/24 | Parcels, Inc. - PureBread Deli 1117737 | 1.00 | 90.00 |
| 12/10/24 | Parcels, Inc. - PureBread Deli 1117737 | 1.00 | 488.00 |
| 12/10/24 | Parcels, Inc. - Parcels Inc. YCST 1117769 | 1.00 | 50.00 |
| 12/10/24 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 12/10/24 | Photocopy Charges Duplication | 531.00 | 53.10 |

Franchise Group, Inc.

| | | |
|---|---|---|
| Invoice Date: | February 5, 2025 |
| Invoice Number: | 50058164 |
| Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 12/10/24 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 12/10/24 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 12/10/24 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 12/10/24 | Photocopy Charges Duplication | 510.00 | 51.00 |
| 12/10/24 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 12/10/24 | Photocopy Charges Duplication | 95.00 | 9.50 |
| 12/10/24 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 12/10/24 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 12/10/24 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 12/10/24 | Photocopy Charges Duplication | 351.00 | 35.10 |
| 12/10/24 | Color Photocopy Charges Duplication | 28.00 | 22.40 |
| 12/10/24 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 12/10/24 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 12/10/24 | Color Photocopy Charges Duplication | 15.00 | 12.00 |
| 12/10/24 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 12/10/24 | Photocopy Charges Duplication | 270.00 | 27.00 |
| 12/10/24 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 12/10/24 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 12/10/24 | Photocopy Charges Duplication | 405.00 | 40.50 |
| 12/10/24 | Photocopy Charges Duplication | 3.00 | 0.30 |
| 12/10/24 | Photocopy Charges Duplication | 175.00 | 17.50 |
| 12/10/24 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 12/10/24 | Photocopy Charges Duplication | 95.00 | 9.50 |
| 12/10/24 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 12/10/24 | Parcels, Inc. - YCST Judge Dorsey's Courtroom 1116047 | 1.00 | 225.00 |
| 12/11/24 | Parcels, Inc. - Judge Dorsey's Courtroom YCST 1117328 | 1.00 | 285.00 |
| 12/13/24 | Docket Retrieval / Search | 25.00 | 2.50 |
| 12/13/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/13/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/13/24 | Photocopy Charges Duplication | 90.00 | 9.00 |
| 12/13/24 | Photocopy Charges Duplication | 2,704.00 | 270.40 |
| 12/13/24 | Photocopy Charges Duplication | 676.00 | 67.60 |
| 12/13/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/13/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/13/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/15/24 | Computerized Legal Research Westlaw Search by: GAFFNEY,BRYNNA | 29.00 | 145.48 |
| 12/16/24 | Photocopy Charges Duplication | 800.00 | 80.00 |
| 12/16/24 | Photocopy Charges Duplication | 14.00 | 1.40 |

Franchise Group, Inc.

Invoice Date: February 5, 2025
Invoice Number: 50058164
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 12/16/24 | Photocopy Charges Duplication | 1.00 | 0.10 |
| 12/16/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/16/24 | Photocopy Charges Duplication | 31.00 | 3.10 |
| 12/16/24 | Photocopy Charges Duplication | 946.00 | 94.60 |
| 12/16/24 | Photocopy Charges Duplication | 37.00 | 3.70 |
| 12/16/24 | Photocopy Charges Duplication | 44.00 | 4.40 |
| 12/16/24 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 12/16/24 | American Express - Bankruptcy - Filing Fee SBORO 12.5.24 $50 Pro Hac Vice BOLIV | 1.00 | 50.00 |
| 12/16/24 | Docket Retrieval / Search | 103.00 | 10.30 |
| 12/16/24 | Color Photocopy Charges Duplication | 32.00 | 25.60 |
| 12/16/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/16/24 | Color Photocopy Charges Duplication | 7.00 | 5.60 |
| 12/16/24 | Photocopy Charges Duplication | 39.00 | 3.90 |
| 12/16/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/16/24 | Computerized Legal Research Westlaw Search by: GAFFNEY,BRYNNA | 33.00 | 165.55 |
| 12/16/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/16/24 | Photocopy Charges Duplication | 44.00 | 4.40 |
| 12/16/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/16/24 | Photocopy Charges Duplication | 38.00 | 3.80 |
| 12/16/24 | Photocopy Charges Duplication | 370.00 | 37.00 |
| 12/16/24 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 12/16/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/16/24 | Photocopy Charges Duplication | 291.00 | 29.10 |
| 12/16/24 | Photocopy Charges Duplication | 37.00 | 3.70 |
| 12/16/24 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 12/17/24 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 12/17/24 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 12/17/24 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 12/17/24 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 12/17/24 | Photocopy Charges Duplication | 90.00 | 9.00 |
| 12/17/24 | Parcels, Inc. - Opa Opa 1117752 | 1.00 | 60.00 |
| 12/17/24 | Parcels, Inc. - Opa Opa 1117752 | 1.00 | 212.00 |
| 12/17/24 | Parcels, Inc. - YCST Judge Dorsey's Courtroom 1117545 | 1.00 | 125.00 |
| 12/17/24 | Parcels, Inc. - Judge Dorsey's Courtroom YCST 1117535 | 1.00 | 125.00 |
| 12/17/24 | American Express - Bankruptcy - Filing Fee AMIEL 12.13.24 $199 Sale Motion BOLIV | 1.00 | 199.00 |
| 12/17/24 | Photocopy Charges Duplication | 4,516.00 | 451.60 |
| 12/17/24 | Photocopy Charges Duplication | 1,496.00 | 149.60 |

Franchise Group, Inc.

Invoice Date:    February 5, 2025
Invoice Number:    50058164
Matter Number:    103996.1001

| **Date** | **Description** | **Quantity** | **Amount** |
| --- | --- | --- | --- |
| 12/17/24 | Photocopy Charges Duplication | 656.00 | 65.60 |
| 12/17/24 | Photocopy Charges Duplication | 1,940.00 | 194.00 |
| 12/17/24 | Photocopy Charges Duplication | 4,948.00 | 494.80 |
| 12/18/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/18/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/19/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/19/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/19/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/19/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/20/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/20/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/20/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/20/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/20/24 | Docket Retrieval / Search | 26.00 | 2.60 |
| 12/20/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/20/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/20/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/20/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/20/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/20/24 | Docket Retrieval / Search | 26.00 | 2.60 |
| 12/20/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/20/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/20/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/23/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/23/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/23/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/23/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/23/24 | Docket Retrieval / Search | 26.00 | 2.60 |
| 12/23/24 | Docket Retrieval / Search | 19.00 | 1.90 |
| 12/23/24 | Docket Retrieval / Search | 26.00 | 2.60 |
| 12/23/24 | Docket Retrieval / Search | 26.00 | 2.60 |
| 12/23/24 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/23/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/23/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/23/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/23/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/23/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/23/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/23/24 | Docket Retrieval / Search | 5.00 | 0.50 |

Franchise Group, Inc.

Invoice Date: February 5, 2025
Invoice Number: 50058164
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 12/23/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/23/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/23/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/23/24 | Docket Retrieval / Search | 26.00 | 2.60 |
| 12/23/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/23/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/23/24 | Docket Retrieval / Search | 26.00 | 2.60 |
| 12/24/24 | Docket Retrieval / Search | 8.00 | 0.80 |
| 12/26/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/26/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/26/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/26/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/26/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/26/24 | Docket Retrieval / Search | 22.00 | 2.20 |
| 12/26/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/26/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/26/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/26/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/26/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/26/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/26/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/26/24 | Docket Retrieval / Search | 11.00 | 1.10 |
| 12/26/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/26/24 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/26/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/26/24 | Docket Retrieval / Search | 26.00 | 2.60 |
| 12/27/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/27/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/27/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/27/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/27/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/27/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/27/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 12/27/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/27/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/27/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 12/27/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/27/24 | Docket Retrieval / Search | 9.00 | 0.90 |
| 12/27/24 | Docket Retrieval / Search | 9.00 | 0.90 |

Franchise Group, Inc.

| | Invoice Date: | February 5, 2025 |
|---|---|---|
| | Invoice Number: | 50058164 |
| | Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/27/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/27/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/27/24 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/30/24 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/30/24 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/30/24 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/31/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/31/24 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/31/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/31/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/31/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/31/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/31/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/31/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/31/24 | Docket Retrieval / Search | 4.00 | 0.40 |
| 12/31/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/31/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/31/24 | Docket Retrieval / Search | 27.00 | 2.70 |
| 12/31/24 | Computerized Legal Research Westlaw Search by: BOROVINSKAYA,SHELLA | 4.00 | 20.07 |

|  | **Total** | **$19,491.23** |
|---|---|---|

**Cost Summary**

| Description | Amount |
|---|---|
| AP Outside Duplication Svcs | 7,216.35 |
| Computerized Legal Research -WESTLAW | 525.29 |
| Delivery / Courier | 910.00 |
| Deposition/Transcript | 2,949.30 |
| Docket Retrieval / Search | 298.30 |
| Filing Fee | 1,320.00 |
| Postage | 18.48 |
| Reproduction Charges | 4,327.80 |
| Working Meals | 1,925.71 |

|  | **Total** | **$19,491.23** |
|---|---|---|