IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FRANCHISE GROUP, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-12480 (LSS) <br><br> (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the appearance of Debra M. Sinclair, Esq., Matthew A. Feldman, Esq., Besty L. Feldman, Esq., Joseph R. Brandt, Esq., James C. Dugan, Esq., Jessica D. Graber, Esq., Stuart R. Lombardi, Esq., Yara Kass-Gergi, Esq., Marine Loison, Esq., Brady Sullivan, Esq., Robin Spigel, Esq., and Mark T. Stancil, Esq. (collectively, "Withdrawing Counsel") as proposed counsel to the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that Withdrawing Counsel be removed from all mailing and electronic case filing notice lists, including the Court's CM/ECF electronic notification list. The contact information of counsel withdrawing their appearance is as follows:

| **WILLKIE FARR & GALLAGHER LLP** | **WILLKIE FARR & GALLAGHER LLP** |
|---|---|
| Debra M. Sinclair | Mark T. Stancil |
| Matthew A. Feldman | 1875 K. Street, N.W. |
| Betsy L. Feldman | Washington, D.C. 20006-1238 |
| Joseph R. Brandt | Telephone: (202) 303-1000 |
| James C. Dugan | mstancil@willkie.com |
| Jessica D. Graber | |
| Stuart R. Lombardi | |
| Yara Kass-Gergi | |
| Marine Loison | |
| Brady Sullivan | |
| Robin Spigel | |
| 787 Seventh Avenue | |
| New York, New York 10019 | |
| Telephone: (212) 728-8000 | |
| Facsimile: (212) 728-8111 | |
| dsinclair@willkie.com | |
| mfeldman@willkie.com | |
| bfeldman@willkie.com | |
| jbrandt@willkie.com | |
| jdugan@willkie.com | |
| jgraber@willkie.com | |
| slombardi@willkie.com | |
| ykass-gergi@willkie.com | |
| mloison@willkie.com | |
| bsullivan@willkie.com | |
| rspigel@willkie.com | |

**PLEASE TAKE FURTHER NOTICE** that Young Conaway Stargatt & Taylor, LLP will remain co-counsel to the Debtors in these cases.

Dated: February 14, 2025
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Allison S. Mielke*
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

-and-

**KIRKLAND & ELLIS LLP**
Joshua Sussberg, P.C. (*pro hac vice* forthcoming)
Nicole L. Greenblatt, P.C. (*pro hac vice* forthcoming)
Derek I. Hunter (*pro hac vice* forthcoming)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
jsussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com

**KIRKLAND & ELLIS LLP**
Mark McKane, P.C. (*pro hac vice* forthcoming)
555 California Street
San Francisco, California 94101
Telephone: (415) 439-1400
mark.mckane@kirkland.com

*Co-Counsel and Proposed Counsel to the Debtors and Debtors in Possession*