IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 152, 657, 893, 928, & 960 |

**NOTICE OF FILING OF *FURTHER REVISED*
PROPOSED ORDER (I) APPROVING THE DISCLOSURE
STATEMENT, (II) APPROVING THE SOLICITATION AND VOTING
PROCEDURES, INCLUDING (A) FIXING THE VOTING RECORD DATE,
(B) APPROVING THE SOLICITATION PACKAGES AND PROCEDURES
FOR DISTRIBUTION, (C) APPROVING THE FORM OF THE BALLOTS
AND SOLICITATION MATERIALS AND ESTABLISHING PROCEDURES
FOR VOTING, AND (D) APPROVING PROCEDURES FOR VOTE TABULATION,
(III) SCHEDULING A CONFIRMATION HEARING AND ESTABLISHING NOTICE
AND OBJECTION PROCEDURES, AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on November 11, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Voting Record Date, (B) Approving the Solicitation Packages and*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

*Procedures for Distribution, (C) Approving the Form of the Ballots and Solicitation Materials and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief* [Docket No. 152] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). A proposed form of order was attached to the Motion as Exhibit A, and attached thereto were various exhibits (*i.e.*, the Disclosure Statement (Exhibit 1), the Confirmation Hearing Notice (Exhibit 2), the Ballots (Exhibits 3A–3H), and the Notice of Non-Voting Status (Exhibit 4) (collectively, the "Exhibits")).

**PLEASE TAKE FURTHER NOTICE** that on January 3, 2025 [Docket No. 657], February 3, 2025 [Docket No. 893], February 5, 2025 [Docket No. 928], and February 12, 2025 [Docket No. 960], the Debtors filed revised forms of order (including revised exhibits) to address objections and informal comments raised by certain parties in interest with respect to relief sought in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a further revised proposed form of order (including revised exhibits), attached hereto as **Exhibit A** (the "Proposed Order"), to, among other things, update and clarify certain provisions. For the convenience of the Court and all interested parties, a blackline comparing the Proposed Order against the last-filed proposed form of order [Docket No. 960] is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested by the Motion and approval of the Proposed Order (as may be further amended, supplemented, or modified) is scheduled to take place on **February 19, 2025 at 10:00 a.m. (ET)** (the "Hearing"). The Debtors reserve all rights to further revise or modify the Proposed Order (including the exhibits attached thereto) at, prior to, or as a result of, the Hearing.

*[Remainder of Page Intentionally Left Blank]*

---

[2] Capitalized terms used but not otherwise defined herein have the meaning given to such terms in the Motion.

Dated: February 18, 2025
Wilmington, Delaware

| | |
|---|---|
| /s/ Allison S. Mielke | |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (*pro hac vice* pending) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (*pro hac vice* pending) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (*pro hac vice* pending) |
| Shella Borovinskaya (Del. No. 6758) | |
| Rodney Square | 601 Lexington Avenue |
| 1000 North King Street | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 571-6600 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 571-1253 | Email: joshua.sussberg@kirkland.com |
| Email: emorton@ycst.com | nicole.greenblatt@kirkland.com |
| mlunn@ycst.com | derek.hunter@kirkland.com |
| amielke@ycst.com | |
| sborovinskaya@ycst.com | Mark McKane, P.C. (*pro hac vice* pending) |
| | 555 California Street |
| | San Francisco, California 94101 |
| | Telephone: (415) 439-1400 |
| | Email: mark.mckane@kirkland.com |
| | |
| *Co-Counsel to the Debtors* | *Proposed Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |