# Exhibit A

Summary of Professional Fees and Expenses
from December 1, 2024 through December 31, 2024

| | | |
|---|---|---:|
| Professional Fees | $ | 1,915,455.50 |
| David Orlofsky as CRO[1] | | 175,000.00 |
| Less 50% Travel Fees | | (900.00) |
| **Total Current Fees** | | **2,089,555.50** |
| Expenses | | 859.77 |
| **Total Professional Fees and Expenses** | $ | **2,090,415.27** |

---

[1] Pursuant to the engagement letter dated October 11, 2024, the services for David Orlofsky as Chief Restructuring Officer are billed at $175,000 per month.