# **Exhibit B**

Summary of Individual Fees, Role and Hours by Professional
from December 1, 2024 through December 31, 2024

| PROFESSIONAL | APS TITLE | COMPANY TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| David Orlofsky | Partner & Managing Director | Chief Restructuring Officer | N/A | N/A | $ 175,000.00 |
| Gaurav Chhabra | Partner & Managing Director | APS Personnel | $1,380 | 4.3 | 5,934.00 |
| Rodi Blokh | Partner & Managing Director | APS Personnel | $1,225 | 5.4 | 6,615.00 |
| Dan Kelsall | Partner | APS Personnel | $1,200 | 141.1 | 169,320.00 |
| James Horgan | Partner | APS Personnel | $1,200 | 4.0 | 4,800.00 |
| Swapna Deshpande | Partner | APS Personnel | $1,200 | 163.5 | 196,200.00 |
| Terrence Grossman | Partner | APS Personnel | $1,200 | 25.2 | 30,240.00 |
| Ryan Poole | Partner | APS Personnel | $1,200 | 3.5 | 4,200.00 |
| Elizabeth S Kardos | Partner | APS Personnel | $900 | 2.0 | 1,800.00 |
| Denise Lorenzo | Director | APS Personnel | $1,125 | 188.9 | 212,512.50 |
| Henry Colvin | Director | APS Personnel | $1,100 | 115.7 | 127,270.00 |
| Alexander Kimball | Director | APS Personnel | $960 | 0.4 | 384.00 |
| Jeremy Dioso | Senior Vice President | APS Personnel | $895 | 191.1 | 171,034.50 |
| Mark Bernstein | Senior Vice President | APS Personnel | $895 | 175.1 | 156,714.50 |
| Sujay Cherian | Senior Vice President | APS Personnel | $895 | 157.3 | 140,783.50 |
| James Shen | Senior Vice President | APS Personnel | $880 | 139.7 | 122,936.00 |
| Tianyang Xu | Senior Vice President | APS Personnel | $880 | 50.7 | 44,616.00 |
| Michael Eichberg | Senior Vice President | APS Personnel | $880 | 2.0 | 1,760.00 |
| Kaitlyn Sundt McClarren | Senior Vice President | APS Personnel | $650 | 13.7 | 8,905.00 |
| Brooke Filler Stavitski | Senior Vice President | APS Personnel | $575 | 1.7 | 977.50 |
| Rafael Vivas | Senior Vice President | APS Personnel | $515 | 1.1 | 566.50 |
| Darshan Dholakia | Vice President | APS Personnel | $810 | 124.0 | 100,440.00 |
| Kay Wang | Vice President | APS Personnel | $810 | 74.4 | 60,264.00 |
| Bakhovuddin Muratov | Vice President | APS Personnel | $770 | 119.9 | 92,323.00 |
| Clarice Shen | Vice President | APS Personnel | $750 | 84.4 | 63,300.00 |
| Ryan Aurand | Vice President | APS Personnel | $750 | 34.1 | 25,575.00 |
| Jennifer A Bowes | Vice President | APS Personnel | $535 | 13.7 | 7,329.50 |
| Lauren Prohaska | Vice President | APS Personnel | $525 | 8.2 | 4,305.00 |
| Matthew Konop | Consultant | APS Personnel | $625 | 216.4 | 135,250.00 |
| Maxwell Steele | Analyst | APS Personnel | $500 | 38.2 | 19,100.00 |
| **Total Professional Hours and Fees** | | | | **2,099.7** | **$ 2,090,455.50** |
| Less 50% Travel Fees | | | | | (900.00) |
| **Total Professional Fees** | | | | | **$ 2,089,555.50** |