# **Exhibit D**

Detailed Description of Expenses
from December 1, 2024 through December 31, 2024

# APServices

Franchise Group, Inc.
109 Innovation Court, Suite J
Delaware, OH 43015

Re:   Expenses
Code: 20012136PA0002.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 12/4/2024 | Public Transportation from Home to WFG office for meeting re: depositions - Dan Kelsall | 24.71 |
| 12/5/2024 | Public Transportation from WFG office to home after meeting re: depositions - Dan Kelsall | 23.73 |
| 12/9/2024 | Amtrak from NYC to Wilmington to attend court hearing - Dan Kelsall | 552.00 |
| 12/10/2024 | Uber from home to Penn Station for court hearing - Dan Kelsall | 21.43 |
| 12/10/2024 | Uber from Wilmington court to Amtrak station after court hearing - Dan Kelsall | 15.11 |
| 12/11/2024 | Uber from Penn Station to home after court hearing - Dan Kelsall | 63.88 |
| 12/12/2024 | Individual Meal Sujay Cherian - Dinner in NYC while working late. | 48.32 |
| 12/13/2024 | Taxi/Car Service Sujay Cherian Office to Home after working late. | 110.59 |
| **Total** | | **859.77** |

# APServices

Franchise Group, Inc.
109 Innovation Court, Suite J
Delaware, OH 43015

| **Expenses** | | **Amount** |
|---|---|---:|
| Ground Transportation | $ | 259.45 |
| Meals | | 48.32 |
| Train | | 552.00 |
| **Total Disbursements** | **$** | **859.77** |