# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 28, 2025, the undersigned counsel caused copies of *Non-Party Vintage Capital Management, LLC Responses and Objections to the Official Committee of Unsecured Creditor's Subpoena for Documents* to be served via email upon the following counsel for the Official Committee of Unsecured Creditors:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

**PACHULSKI STANG ZIEHL & JONES LLP**
Alan J. Kornfeld
Beth Levine
Hayley R. Winograd
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: akornfeld@pszjlaw.com
      blevine@pszjlaw.com
      hwinograd@pszjlaw.com

- and -

**PACHULSKI STANG ZIEHL & JONES LLP**
James W. Walker
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Email: jwalker@pszjlaw.com

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Sophie Rogers Churchill*
      William M. Lafferty (#2755)
      Thomas W. Briggs, Jr. (#4076)
      Matthew O. Talmo (#6333)
      Sophie Rogers Churchill (#6905)
      Phillip Reytan (#7255)
      1201 North Market Street
      Wilmington, Delaware 19801
      (302) 658-9200
      wlafferty@morrisnichols.com
      tbriggs@morrisnichols.com
      mtalmo@morrisnichols.com
      srchurchill@morrisnichols.com
      preytan@morrisnichols.com

      *Attorneys for Brian Kahn*