# EXHIBIT A

**First Quarterly Statement of Compensation of
Ordinary Course Professionals[1]**

| Ordinary Course Professional[2] | Aggregate Amount Paid | Description of Services Provided |
|---|---|---|
| Clarus Partners Advisors LLC | $55,576.56 | Consulting Firm: Tax Compliance |
| Cole Schotz P.C. | $48,680.15 | Legal Counsel: Real Estate and Corporate |
| DLA Piper LLP (US) | $6,471.40 | Legal Counsel: Franchise Matters |
| Dunn & Allsman, LLC | $25,353.84 | Legal Counsel: Franchise Matters |
| EXL Services (Ireland) Limited | $19,745.00 | Tax Consultant: Internal Audit |
| Gordon Rees Scully Mansukhani, LLP | $5,674.05 | Legal Counsel: Franchise Matters |
| Honigman LLP | $9,930.90 | Legal Counsel: Advertising Matters and Litigation Arising in Illinois |
| Jackson Lewis P.C. | $816.00 | Legal Counsel: Employment Matters |
| Littler Mendelson P.C. | $440.00 | Legal Counsel: Employment Matters |

---

[1] Pursuant to the OCP Order, the OCP Cap is $50,000 per month per professional based on a three-month rolling average.

[2] The Debtors inadvertently made certain payments to DLA Piper LLP (US), EXL Services (Ireland) Limited, Littler Mendelson P.C., and Gordon Rees Scully Mansukhani, LLP before filing such Professionals' Declarations. The Debtors filed an OCP Declaration for EXL Services (Ireland) Limited on February 27, 2025 [Docket No. 1037]. The Debtors are continuing to work with the other such OCPs to file their Declarations as soon as possible.