# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br>(Jointly Administered)<br><br>**Hearing Date: April 3, 2025 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 17, 2025 at 4:00 p.m. (ET)**<br><br>**Re: Docket No. 1045** |

## NOTICE OF RESCHEDULED HEARING REGARDING CENTERPOINT 550, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO SETOFF SECURITY DEPOSIT AGAINST LEASE REJECTION DAMAGES

**PLEASE TAKE NOTICE** that on February 28, 2025 Centerpoint 550, LLC ("**Landlord**") filed *Centerpoint 550, LLC's Motion for Relief from the Automatic Stay to Setoff Security Deposit Against Rejection Damages* [Docket No. 1045] (the "**Motion**") which seeks relief from the automatic stay to set off a security deposit in the possession of the Landlord.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Notice of Motion [Docket No. 1045-4] filed with the Motion, (i) the Motion was originally scheduled to be heard at a hearing on March 18, 2025 at 10:00 a.m. (ET) (the "**Hearing**") and (ii) any objections to the Motion were to be filed no later than March 11, 2025, at 4:00 p.m. (ET) (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Motion is being rescheduled to be heard at the omnibus hearing on **April 3, 2025 at 10:00 a.m. (ET)** before the Honorable Judge Laurie Selber Silverstein, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Objection Deadline on the Motion is **March 17, 2025 at 4:00 p.m. (ET)**.

Dated: March 3, 2025
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Richard W. Riley*
Henry J. Jaffe (No. 2987)
Richard W. Riley (No. 4052)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
   rriley@pashmanstein.com

*Counsel to Centerpoint 550, LLC*