## **EXHIBIT B**

**Sussberg Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FRANCHISE GROUP, INC., *et al.,*[1] | ) | Case No. 24-12480 (LSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### DECLARATION OF
### JOSHUA A. SUSSBERG IN SUPPORT OF THE DEBTORS'
### APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
### THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP
### AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE
### DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF FEBRUARY 14, 2025

I, Joshua A. Sussberg, being duly sworn, state the following under penalty of perjury:

1.      I am the president of Joshua A. Sussberg, P.C., a partner of the law firm of Kirkland

& Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022, and a partner of

Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP,

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

collectively, "Kirkland").   I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Court of Appeals for the Second and Fifth Circuits and the United States District Courts for the Southern District of New York and the Northern District of Illinois.  There are no disciplinary proceedings pending against me.

2.      I submit this declaration (the "Declaration") in support of the Debtors' *Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of February 14, 2025* (the "Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Kirkland's Qualifications

4.      The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

5.      Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others:  *In re Am. Tire Distribs., Inc.*, No. 24-12391 (CTG) (Bankr. D. Del. Dec. 11, 2024); *In re Tupperware Brands Corp.*, No. 24-12156 (BLS) (Bankr. D. Del. November 15, 2024); *In re Wheel Pros, LLC*, No. 24-11939 (JTD) (Bankr. D. Del. Nov. 6, 2024); *In re Accuride Corp.*, No. 24-12289 (JKS) (Bankr. D. Del. Nov. 1, 2024); *In re SunPower Corp.*, No. 24-11649 (CTG) (Bankr. D. Del. Sept. 11, 2024).[3]

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

[3]    Because of the voluminous nature of the orders cited in this Declaration, they are not attached to this Declaration. Copies of these orders are available upon request to Kirkland.

6.      In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' businesses and many of the legal issues that have arisen, as well as the potential issues that may arise, in the context of these chapter 11 cases.  I believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

### Services to Be Provided

7.      Subject to further order of the Court and that certain engagement letter dated February 14, 2025 (the "Engagement Letter"), a copy of which is attached as Exhibit 1 to the Order, the Debtors retained Kirkland to render, without limitation, the following legal services:

a.      advising the Debtors with respect to their powers and duties as debtor in possession in the continued management and operation of their businesses and properties;

b.      advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.      attending meetings and negotiating with representatives of creditors and other parties in interest;

d.      taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.      preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.      advising the Debtors in connection with any potential sale of assets;

g.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

h.      advising the Debtors regarding tax matters;

       i.        taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

       j.        performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including:  (i) advising the Debtors on matters related to postpetition financing and the continued use of cash collateral; (ii) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (iii) analyzing the validity of liens against the Debtors' assets; and (iv) advising the Debtors on corporate and litigation matters.

### **Professional Compensation**

8.      Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that Kirkland uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required.  These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

9.      Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

10.     Kirkland's current hourly rates for matters related to these chapter 11 cases range

as follows:[4]

| Billing Category[5] | U.S. Range |
| --- | --- |
| Partners | $1,295-$2,675 |
| Of Counsel | $875-$2,245 |
| Associates | $785-$1,625 |
| Paraprofessionals | $355-$705 |

11.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for

the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary

with the experience and seniority of the individuals assigned.  These hourly rates are subject to

periodic adjustments to reflect economic and other conditions.[6]

12.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable,

non-overhead expenses incurred in connection with the client's case that would not have been

incurred except for representation of that particular client.  It is also Kirkland's policy to charge

its clients only the amount actually incurred by Kirkland in connection with such items.  Examples

---

[4]     For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[5]     Kirkland will not charge a markup to the Debtors with respect to fees billed by contract attorneys during these chapter 11 cases.  Any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[6]     For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of:  (a) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (b) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business days' notice to the Debtors, the U.S. Trustee, and counsel to the Creditors' Committee before implementing any periodic increases, and shall file such notice with the Court.

of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

13.     To ensure compliance with all applicable deadlines in these chapter 11 cases, Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services pursuant to the Engagement Letter between Kirkland and the Debtors, which permits Kirkland to bill the Debtors for overtime secretarial charges that arise out of business necessity.  In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

14.     As set forth in the Engagement Letter, Kirkland charges $0.16 per page for standard duplication in its offices in the United States.  Notwithstanding the foregoing and consistent with the Local Rules, Kirkland will charge no more than $0.10 per page for standard duplication services in these chapter 11 cases.  Kirkland does not charge its clients for incoming facsimile transmissions.  Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research.  Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

**Compensation Received by Kirkland from the Debtors**

15.     Because of the unique circumstances surrounding Kirkland's postpetition engagement, Kirkland has not requested a "special purpose retainer" (also known as an "advance payment retainer") as defined in Rule 1.5(d) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007) in these chapter 11 cases.

16.     Kirkland did not incur any fees or expenses related to the Debtors' chapter 11 cases before the Petition Date.  Accordingly, as of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.

17.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has not shared nor agreed to share (a) any compensation it may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

### Statement Regarding U.S. Trustee Guidelines

18.     Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

### Attorney Statement Pursuant to Revised UST Guidelines

19.     The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

    a.  **Question**:  Did Kirkland agree to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement?

7

**Answer**: No. Kirkland and the Debtors have not agreed to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement. The rate structure provided by Kirkland is appropriate and is not significantly different from (a) the rates that Kirkland charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

b.  **Question**: Do any of the Kirkland professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

**Answer**: No. The hourly rates used by Kirkland in representing the Debtors are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

c.  **Question**: If Kirkland has represented the Debtors in the 12 months prepetition, disclose Kirkland's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If Kirkland's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: Kirkland did not represent the Debtors in the 12 months prepetition. Kirkland's current hourly rates for services rendered on behalf of the Debtors range as follows: [7]

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,295-$2,675 |
| Of Counsel | $875-$2,245 |
| Associates | $785 - $1,625 |
| Paraprofessionals | $355 - $705 |

d.  **Question**: Have the Debtors approved Kirkland's budget and staffing plan, and, if so, for what budget period?

**Answer**: Yes, for the period from February 14, 2025 through June 13, 2025.

### Kirkland's Disinterestedness

20.  In connection with its proposed retention by the Debtors in these chapter 11 cases,

Kirkland undertook to determine whether it had any conflicts or other relationships that might

---

[7]  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Kirkland obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto. Kirkland has searched its electronic database for its connections to the entities listed on **Schedule 1** hereto. In addition, after Kirkland identified all client connections with the parties in interest over a specified time period, Kirkland circulated a survey email to all Kirkland attorneys who billed 10 or more hours to such clients during the prior six years.

21.     Further, beyond the individual emails, Kirkland sent a daily report of new matters firm wide. All Kirkland attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations. Additionally, to the extent that I have been able to ascertain that Kirkland has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

22.     Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases. Kirkland has searched its electronic database for its connections to the entities listed on **Schedule 1** attached hereto. The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases. Accordingly, Kirkland will update this Declaration as

necessary and when Kirkland becomes aware of additional material information.  The following is a list of the categories that Kirkland has searched:[8]

| Schedule | Category |
| --- | --- |
| 1(a) | Debtors & Debtor Affiliates |
| 1(b) | Directors & Officers |
| 1(c) | 5% or Greater Equity Holders |
| 1(d) | 2002 List Parties |
| 1(e) | Banks |
| 1(f) | Debtor & Creditor Restructuring Professionals & Ordinary Course Professionals |
| 1(g) | Insurance Providers & Brokers |
| 1(h) | Landlords & Lessors |
| 1(i) | Lenders & Agents |
| 1(j) | Litigation Parties |
| 1(k) | Material Contract Counterparties |
| 1(l) | Material Suppliers & Vendors |
| 1(m) | Payroll & Benefits Providers |
| 1(n) | Potential Sale Transaction Counterparties |
| 1(o) | Taxing Authorities & Governmental and Regulatory Agencies |
| 1(p) | Top Unsecured Creditors |
| 1(q) | U.S. Trustee Personnel, Judges, and Court Staff |
| 1(r) | Utility Providers |

23.    To the best of my knowledge, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

---

[8]    Kirkland's inclusion of parties in the following Schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

24.     Listed on **Schedule 2** to this Declaration are the results of Kirkland's conflicts searches of the above-listed entities.[9]  For the avoidance of doubt, Kirkland will not commence a cause of action in these chapter 11 cases against the entities listed on **Schedule 2** that are current clients of Kirkland (including entities listed below under the "Specific Disclosures" section of this Declaration) unless Kirkland has an applicable waiver on file or first receives a waiver from such entity allowing Kirkland to commence such an action.  To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by conflicts counsel.

25.     Of the entities listed on **Schedule 2**, Blue Owl Capital Inc. ("Blue Owl"), Kohlberg Kravis Roberts & Co. Inc. ("KKR"), Ares Management Corp. ("Ares"), Blackstone Inc. ("Blackstone"), Vista Equity Partners Management LLC ("Vista"), and Thoma Bravo LP ("Thoma Bravo") represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on January 31, 2025.[10]  Blue Owl, KKR, and, in each case, certain of their affiliates are among the Debtors' secured lenders.  Certain affiliates of Blue Owl, KKR, Ares, Blackstone, Vista, and Thoma Bravo are landlords, utility providers, taxing and regulatory authorities, or other interested parties in these chapter 11 cases, as applicable.  Except as otherwise noted, all current

---

[9]   As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed.  Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

[10]   Specific percentages will be disclosed to the U.S. Trustee upon request.

and prior Kirkland representations of Blue Owl, KKR, Ares, Blackstone, Vista, or Thoma Bravo have been in matters unrelated to the Debtors or these chapter 11 cases.  Except as disclosed herein, Kirkland has not represented, and will not represent, Blue Owl, KKR, Ares, Blackstone, Vista, or Thoma Bravo in connection with any matters in these chapter 11 cases during the pendency of the chapter 11 cases.  I do not believe that any current or former representation of Blue Owl, KKR, Ares, Blackstone, Vista, or Thoma Bravo precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

26.     Kirkland's conflicts search of the entities listed on **Schedules 1(a) – 1(r)** (that Kirkland was able to locate using its reasonable efforts) reveals, to the best of my knowledge, that those Kirkland attorneys and paraprofessionals who previously worked at other law firms that represented such entities in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at Kirkland.

27.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the United States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware, except as disclosed or otherwise described herein.

28.     Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to

identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

29.    Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search.  For example, if an entity already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

30.    From time to time, certain former partners of Kirkland are entitled to compensation for a limited period of time following their departure from the firm.

31.    From time to time, Kirkland has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to Kirkland.

32.    Certain insurance companies pay the legal bills of Kirkland clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance companies, however, are Kirkland clients as a result of the fact that they pay legal fees on behalf of Kirkland clients.

## Specific Disclosures

33.    As specifically set forth below and in the attached exhibits, Kirkland represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates.  Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity

security holders, or other entities that may be parties in interest in matters unrelated to these chapter 11 cases.

34.     As explained on the record at the hearing to approve the Debtors' disclosure statement on February 19, 2025, Kirkland filed a notice of appearance on behalf of Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner, LLC, and BCHQ Owner LLC (collectively, "Blue Owl Real Estate") on November 21, 2024 [Docket No. 211].  Before the commencement of these chapter 11 cases, Kirkland represented Blue Owl Real Estate in connection with Blue Owl Real Estate's purchase of real property from, and lease of certain property to W.S. Badcock Corporation, a former affiliate of the Debtors, and related matters thereto.  Upon commencement of these chapter 11 cases, Kirkland, along with Kelley Drye & Warren LLP ("KDW"), advised Blue Owl Real Estate in connection with completing the U.S. Trustee's creditors' committee questionnaire and related committee communications.  For the avoidance of doubt, Kirkland did not advise Blue Owl Real Estate on any other issues in these chapter 11 cases—Kirkland's representation of Blue Owl Real Estate was solely limited to advising Blue Owl with respect to completing the U.S. Trustee's creditors' committee questionnaire.  Additionally, Kirkland never appeared in these chapter 11 cases on behalf of Blue Owl Real Estate.  Representation of Blue Owl Real Estate in these chapter 11 cases transitioned fully to KDW, as evidenced by KDW's notice of appearance filed on November 25, 2024, on behalf of Blue Owl Real Estate [Docket No. 233].  In light of Kirkland's prospective engagement as proposed co-counsel for the Debtors, on February 13, 2025, Kirkland formally withdrew its notice of appearance on behalf of Blue Owl Real Estate [Docket No. 977].  On February 14, 2025, prior to the Debtors executing the Engagement Letter with Kirkland, Kirkland initiated the process of screening all attorneys involved with this prior representation.  Shortly thereafter, on February 14, 2025, contemporaneously with the Debtors

14

executing the Engagement Letter with Kirkland, Blue Owl Real Estate executed a specific conflicts waiver with respect to Kirkland's representation of the Debtors.  Kirkland completed its screening process, and all requested screens were successfully instituted against each of the relevant attorneys.  I do not believe that Kirkland's prior representation of Blue Owl Real Estate in these chapter 11 cases precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

35.    Kirkland has previously advised Vintage Capital Management ("Vintage") on Vintage's negotiation of an intercreditor agreement with B. Riley Financial, Inc. (together with certain of its subsidiaries and/or affiliates, collectively, "B. Riley") regarding a loan to Babcock & Wilcox Enterprises, Inc.  Kirkland last billed time to this matter in August 2019.  Kirkland's representation of Vintage was unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented Vintage subsequent thereto.  Kirkland will not represent Vintage or any of its affiliates in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that the foregoing precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

36.    Kirkland has previously advised Garnett Station Partners, LLC ("Garnett"), one of the Debtors' secured lenders, in the formation of an investment fund, which subsequently invested in the Debtors' existing indebtedness.  Kirkland's representation of Garnett was solely limited to the formation of this fund and Kirkland did not represent or advise Garnett or the fund with respect to its investment in the Debtors' existing indebtedness.  Kirkland will not represent Garnett or any of its affiliates in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that the foregoing precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

15

37.     Sycamore Partners Management, L.P. ("Sycamore") and Lion Capital, LLP ("Lion Capital"), private equity firms, requested that Kirkland review certain of the Debtors' confidentiality agreements utilized in connection with the Debtors' prepetition marketing process, among other potential transactions.  No new matters were opened in connection with the review of the confidentiality agreements.  Kirkland will not represent Sycamore, Lion Capital, or, in each case, any of their affiliates in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  Kirkland screened all attorneys involved with the review of the confidentiality agreements.  I do not believe that Kirkland's review of the confidentiality agreements precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

38.     Kirkland currently represents Eli Lily & Company ("Eli Lily"), a pharmaceutical company, in certain confidential matters unrelated to the Debtors or these chapter 11 cases.  Kirkland will not represent Eli Lily or any of its affiliates in connection with any matter in these chapter 11 cases or any matter adverse to the Debtors during the pendency of these chapter 11 cases.  I do not believe that the foregoing precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

39.     Kirkland is currently advising Oaktree Capital Management, L.P. ("Oaktree"), an investment management firm, on a loan to B. Riley, one of the Debtors' equity security holders, unrelated to the Debtors or these chapter 11 cases.  Kirkland will not represent Oaktree or any of its affiliates in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's representation of Oaktree precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**A.      Connections to Holders of Equity Interests in the Debtors.**

40.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, B. Riley in a variety of matters.  B. Riley owns approximately 58.9% of the equity interests in Debtor Freedom VCM Holdings, LLC.  Kirkland has not represented, and will not represent, B. Riley in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  Kirkland's current and prior representations of B. Riley have been in matters unrelated to the Debtors or these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of B. Riley precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**B.      Connections to Officers and Directors.**

41.     As disclosed below and on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries and entities associated with the Debtors' current and recent former officers and directors.  I do not believe that Kirkland's current or prior representation of the affiliates, subsidiaries, and entities associated with certain officers and directors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

42.     Todd Arden and Chris Meyer, the disinterested directors of Debtors Franchise Group, Inc. and Freedom VCM Holdings, LLC, currently serve, have served, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof.  I do not believe that Kirkland's current or prior representation of clients for which Mr. Arden and Mr. Meyer serve or have served in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

43.     Bryant Riley, a director of Debtors Franchise Group, Inc., Freedom VCM Holdings, LLC, Freedom VCM Interco Holdings, Inc., Freedom VCM Interco, Inc., and Freedom VCM, Inc., currently serves, has served, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof.  I do not believe that Kirkland's current or prior representation of clients for which Mr. Riley serves or has served in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

44.     Andrew Laudato, the Chief Operating Officer and Executive Vice President of Debtors Vitamin Shoppe Franchising, LLC and Vitamin Shoppe Industries LLC, has served, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof.  I do not believe that Kirkland's current or prior representation of clients for which Mr. Laudato serves or served in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**C.      Connections to Lenders and Other Secured Parties.**

45.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Blue Owl, KKR, Irradiant Partners LP, JPMorgan Chase Bank, N.A., HSBC Holdings plc, Intermediate Capital Group Inc., LCM Asset Management, Tetragon Financial Management LP, BC Partners, Morgan Stanley, and Pacific Investment Management Co. LLC, and/or various of their respective subsidiaries, affiliates, and employees (collectively, the "Lenders and Other Secured Parties") in a variety of matters.  Certain of the Lenders and Other Secured Parties are holders of the Debtors' prepetition debt or are agents under the Debtors' funded debt facilities. Kirkland's current and prior representations of the Lenders and Other Secured Parties have been in matters unrelated to the Debtors or these chapter 11 cases.  Except as otherwise noted in this

Declaration, Kirkland has not represented, and will not represent, the Lenders and Other Secured Parties in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representations of the Lenders and Other Secured Parties preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**D.    Connections to Certain Material Suppliers & Vendors.**

46.    As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain of the Debtors' material suppliers and vendors, including Summit Partners LP, and/or certain of their subsidiaries, affiliates, and employees (collectively, the "<u>Suppliers and Vendors</u>") in a variety of matters. Kirkland's current and prior representations of the Suppliers and Vendors have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, the Suppliers and Vendors in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of the Suppliers and Vendors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**E.    Connections to Certain Utility Providers.**

47.    As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain of the Debtors' utility providers, including AT&T, Inc. (Orange), Southern California Edison, Pacific Gas & Electric, Rocky Mountain Power, and/or certain of their subsidiaries and affiliates (collectively, the "<u>Utility Providers</u>") in a variety of matters. Kirkland's current and prior representations of the Utility Providers have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, the Utility Providers in connection with any matter in these chapter 11 cases during the pendency of these

19

chapter 11 cases.  I do not believe that Kirkland's current or prior representation of the Utility Providers precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**F.      Connections to Certain Insurance Providers.**

48.      As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain of the Debtors' insurance providers, including Berkshire Hathaway Specialty Insurance Co., and/or certain of their subsidiaries and affiliates (collectively, the "Insurance Providers") in a variety of matters.  Kirkland's current and prior representations of the Insurance Providers have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, the Insurance Providers in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of the Insurance Providers precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**G.      Connections to Potential Sale Transaction Counterparties.**

49.      The Debtors are in discussions with certain parties (and may be in discussions with other parties in the future) regarding potential sale transactions with respect to the Debtors and their businesses.  Due to the inherently competitive nature of this process, it is imperative that the identities of the potential counterparties remain confidential.  The Debtors have disclosed to the U.S. Trustee the identities of the potential counterparties and Kirkland's connections to such potential counterparties, and Kirkland believes such disclosure is sufficient and reasonable under the circumstances at this time.  Additionally, the Debtors will file with the Court under seal a version of this Declaration that contains a schedule of the potential counterparties and Kirkland's connections to such potential counterparties.  For the avoidance of doubt, Kirkland will not

20

represent any of the potential counterparties in connection with any matter in these chapter 11 cases.

50.    [Confidential – Filed Under Seal]

**H.    Connections to Other Entities.**

51.    As disclosed on **Schedule 2**, Kirkland in the past has represented certain of the Debtors and/or certain of their subsidiaries and affiliates in a variety of matters unrelated to these chapter 11 cases.  Such prior representation of the Debtors includes matters relating, but not limited to, corporate advice not involving third parties, assistance with responding to book-and-records inspection demands, and the potential acquisition of other entities.  In each case, Kirkland's prior representations of the Debtors have been in matters unrelated to these chapter 11 cases.  All of Kirkland's prior representations of the Debtors are closed and no attorneys have billed time to these matters since 2022.  I do not believe that Kirkland's prior representation of the Debtors in matters unrelated to these chapter 11 cases precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

52.    As disclosed on **Schedule 2**, certain parties in interest in these chapter 11 cases are current or former Kirkland restructuring clients, including Washington Prime Group Inc., Brilliant National Services, Inc., Just Energy Group Inc., and WeWork, Inc., and/or certain of their subsidiaries and affiliates (together with any other current or former Kirkland restructuring client disclosed on **Schedule 2**, the "Restructuring Clients").  Kirkland's current and prior representations of the Restructuring Clients are unrelated to the Debtors' chapter 11 cases. Kirkland will not represent the Debtors, the Debtors' non-Debtor affiliates, or other entities associated with the Debtors in any matter related to the Restructuring Clients' restructuring matters.  Similarly, Kirkland will not represent the Restructuring Clients against the Debtors in

these chapter 11 cases.  I do not believe that Kirkland's current or former representation of the Restructuring Clients precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

53.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, First Financial Bank, The PNC Financial Services Group Inc., M&T Bank Corporation, Truist Financial Corporation, Wells Fargo & Co., U.S. Bancorp, and/or various of their respective subsidiaries, affiliates, and employees (collectively, the "Banks") in a variety of matters.  The Debtors currently hold or recently held bank accounts at the Banks.  Kirkland's current and prior representations of the Banks have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, the Banks in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representations of the Banks preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

54.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain of the Debtors' government and taxing authorities and/or certain of their affiliates, parent entities, and/or employees, (collectively, the "Taxing Authorities"), in a variety of matters.  Kirkland's current and prior representations of the Taxing Authorities have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, the Taxing Authorities in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's representation of the Taxing Authorities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

55.     As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain of the Debtors' benefits providers and/or certain of their subsidiaries, affiliates, and employees (collectively, the "<u>Benefit Providers</u>") in a variety of matters.  Kirkland's current and prior representations of the Benefit Providers have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, the Benefit Providers in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's representation of the Benefit Providers precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

56.     As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain of the Debtors' landlords and lease counterparties and/or certain of their subsidiaries, upstream entities, affiliates, and/or employees (collectively, the "<u>Lease Counterparties</u>") in a variety of matters.  Kirkland's current and prior representations of the Lease Counterparties have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, the Lease Counterparties in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's representation of the Lease Counterparties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**I.      Connections to Other Chapter 11 Professionals.**

57.     As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors retained or seek to retain in connection with these chapter 11 cases in a variety of matters.  Kirkland's current and prior representations of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not

represent, any such professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

58. On November 6, 2024, the Court approved Kroll Restructuring Administration LLC ("Kroll"), formerly known as Prime Clerk LLC, as the Debtors' notice and claims agent.[11] Certain former Kirkland attorneys are currently employed by Kroll. Though previously employed by Kirkland, any work provided by these former Kirkland attorneys was unrelated to the Debtors or these chapter 11 cases. As disclosed on **Schedule 2** attached hereto, Kirkland currently represents, and in the past has represented, Kroll, and certain of its upstream entities and affiliates, in matters unrelated to the Debtors and these chapter 11 cases. I do not believe that Kirkland's current and prior representation of Kroll precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

59. The Court approved the retention of the following professionals: (a) AP Services, LLC, as the Debtors' financial advisor [Docket No. 450]; (b) Hilco Real Estate, LLC, as the Debtors' real estate consultant and advisor [Docket No. 449]; (c) Deloitte & Touche LLP, as the Debtors' independent auditor [Docket No. 670]; and (d) Ernst & Young LLP, as the Debtors tax, accounting, and valuation services provider [Docket No. 669] (collectively, the "Debtor Professionals"). As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, the Debtors Professionals and/or certain of their affiliates and subsidiaries in a variety of matters. Kirkland's current and prior representations of the Debtor Professionals have been in

---

[11]    *See Order Authorizing Retention and Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent* [Docket No. 113].

matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, the Debtor Professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of the Debtor Professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

60.    Certain of the Debtors' lenders have retained professional advisors, including Lazard Frères & Co. and Latham & Watkins LLP (collectively, the "Lender Professionals").  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, the Lender Professionals and/or certain of its affiliates, subsidiaries, and employees in a variety of matters. Kirkland's current and prior representations of the Lender Professionals have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, the Lender Professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of the Lender Professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**J.    Kirkland Attorney and Employee Investments.**

61.    From time to time, Kirkland partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases, often without Kirkland's knowledge.  Each Kirkland person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such

Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. The Investment Fund is generally operated as a blind pool, meaning that when the Kirkland persons make an investment in the Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

62.   From time to time Kirkland and/or one or more Kirkland partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds or directly or indirectly in the debt or equity securities of one or more companies. Such Passive-Intermediary Entity is composed only of Kirkland and/or persons who were Kirkland partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some may later become former Kirkland partners and of counsel). Participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of Kirkland's partners and of counsel choose to participate. The Passive Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. Each Investment Fund in which a Passive-Intermediary Entity invests is generally operated as a blind pool, so that the Passive Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales. And, indeed, the Passive Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive Intermediary Entity does not learn (even after the fact) the identity of the securities purchased, sold, or held by the Investment Fund. To the extent the Passive-Intermediary Entity is

26

or becomes aware of the identity of the securities purchased, sold, or held by the Investment Funds ("Known Holdings"), such Known Holdings are submitted to Kirkland's conflict checking system.

63.    From time to time, Kirkland partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases.  Kirkland has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work, so that all Kirkland attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

**K.    Clerks.**

64.    Michael Gaskell was a summer associate at Kirkland from May through July 2023. Mr. Gaskell received an offer to join Kirkland as an associate.  Mr. Gaskell has accepted his offer to join Kirkland as an associate upon completion of his clerkship.  In August 2024, Mr. Gaskell began clerking for the Honorable Laurie S. Silverstein.  Mr. Gaskell's clerkship ends in August 2026.  I do not believe that Mr. Gaskell's clerkship precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**L.    Other Disclosures.**

65.    Finally, certain interrelationships exist among the Debtors.  Nevertheless, the Debtors have advised Kirkland that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Kirkland's joint representation of the Debtors in these chapter 11 cases.

66.     Kirkland currently represents, and in the past has represented, Bank of America, N.A. ("Bank of America") and/or certain of its affiliates in a variety of matters.  The Debtors hold bank accounts at Bank of America.  Kirkland's representations of Bank of America, in the aggregate, accounted for less than one percent of Kirkland's fee receipts for the twelve-month period ending on January 1, 2025.  All of Kirkland's current and prior representations of Bank of America have been unrelated to the Debtors and these chapter 11 cases.  I do not believe that Kirkland's representation of Bank of America precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

67.     The spouse of Kirkland partner Helen E. Witt, P.C. is a managing director of JPMorgan Chase & Co.  JPMorgan Chase Bank, N.A. is among the holders of the Debtors' secured ABL Facility, for which JPMorgan Chase Bank, N.A. acts as administrative agent.  Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Ms. Witt from all aspects of Kirkland's representation of the Debtors.

68.     James H.M. Sprayregen, a former Kirkland partner, is the Vice Chairman of Hilco Global ("Hilco Global").  Hilco Global is the ultimate parent of Hilco Real Estate, LLC, which is the Debtors' real estate consultant and advisor in these chapter 11 cases.  Mr. Sprayregen was a partner at Kirkland from July 1990 until June 1996 and again from December 2008 until August 2024 and did not work on the Debtors' cases while at Kirkland.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.  In addition, the son of Kirkland partner Patrick J. Nash, Jr., is employed by Hilco Redevelopment Partners LLC, an affiliate of Hilco Real Estate, LLC.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

69.     Furthermore, prior to joining Kirkland, certain Kirkland attorneys represented clients adverse to Kirkland's current and former restructuring clients.  Certain of these attorneys (the "Screened Kirkland Attorneys") will not perform work in connection with Kirkland's representation of the Debtors and will not have access to confidential information related to the representation.  Kirkland's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

70.     Under Kirkland's screening procedures, Kirkland's conflicts department distributes a memorandum to all Kirkland attorneys and legal assistants directing them as follows:  (a) not to discuss any aspects of Kirkland's representation of the Debtors with the Screened Kirkland Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding Kirkland's representation of the Debtors in a manner that avoids contact with the Screened Kirkland Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened Kirkland Attorneys to the files or other information related to Kirkland's representation of the Debtors; and (d) to avoid contact between the Screened Kirkland Attorneys and all Kirkland personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of Kirkland's representation of the Debtors. Furthermore, Kirkland already has implemented procedures to block the Screened Kirkland Attorneys from accessing files and documents related to the Debtors that are stored in Kirkland's electronic document managing system.

### Affirmative Statement of Disinterestedness

71.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person"

29

within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  March 4, 2025                           Respectfully submitted,

                                                                _/s/ Joshua A. Sussberg_
                                                                Joshua A. Sussberg
                                                                as President of Joshua A. Sussberg, P.C., as
                                                                Partner of Kirkland & Ellis LLP; and as Partner
                                                                of Kirkland & Ellis International LLP

## Schedule 1[1]

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Joshua A. Sussberg in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of February 14, 2025* (the "Sussberg Declaration").[2]  Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Sussberg Declaration, matching the incomplete or ambiguous name.

---

[1]  Pursuant to the *Debtors' Motion for Entry of an Order Authorizing the Debtors, the Committee, and the Professionals to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Professional Declarations*, filed contemporaneously herewith, the confidential marketing process parties listed in the schedules to the Sussberg Declaration are being redacted.  An unredacted version of the Sussberg Declaration will be contemporaneously provided to the Court and the U.S. Trustee.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Sussberg Declaration.

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
| --- | --- |
| 1(a) | Debtors & Debtor Affiliates |
| 1(b) | Directors & Officers |
| 1(c) | 5% or Greater Equity Holders |
| 1(d) | 2002 List Parties |
| 1(e) | Banks |
| 1(f) | Debtor & Creditor Restructuring Professionals & Ordinary Course Professionals |
| 1(g) | Insurance Providers & Brokers |
| 1(h) | Landlords & Lessors |
| 1(i) | Lenders & Agents |
| 1(j) | Litigation Parties |
| 1(k) | Material Contract Counterparties |
| 1(l) | Material Suppliers & Vendors |
| 1(m) | Payroll & Benefits Providers |
| 1(n) | Potential Sale Transaction Counterparties |
| 1(o) | Taxing Authorities & Governmental and Regulatory Agencies |
| 1(p) | Top Unsecured Creditors |
| 1(q) | U.S. Trustee Personnel, Judges, and Court Staff |
| 1(r) | Utility Providers |

# SCHEDULE 1(a)

### Debtors & Debtor Affiliates

American Freight FFO LLC
American Freight Franchising LLC
American Freight Franchisor LLC
American Freight Group LLC
American Freight Holdings LLC
American Freight LLC
American Freight Management Co. LLC
American Freight Outlet Stores LLC
B. Riley Receivables II LLC
Betancourt Sports Nutrition LLC
Buddy's Franchising & Licensing LLC
Buddy's New Co. LLC
Educate Inc.
Franchise Group Acquisition TM LLC
Franchise Group Inc.
Franchise Group Intermediate AF LLC
Franchise Group Intermediate B LLC
Franchise Group Intermediate BHF LLC
Franchise Group Intermediate Holdco LLC
Franchise Group Intermediate L LLC
Franchise Group Intermediate PSP LLC
Franchise Group Intermediate S LLC
Franchise Group Intermediate SL LLC
Franchise Group Intermediate V LLC
Franchise Group New Holdco LLC
Franchise Group Newco BHF LLC
Franchise Group Newco PSP LLC
Franchise Group Newco Intermediate AF
    LLC
Franchise Group Newco S LLC
Franchise Group Newco SL LLC
Franchise Group Newco V LLC
Freedom Receivables II LLC
Freedom VCM Holdings LLC
Freedom VCM Inc.
Freedom VCM Interco Holdings Inc.
Freedom VCM Interco Inc.
Freedom VCM Receivables Inc.
Home & Appliance Outlet LLC
Pet Supplies "Plus" LLC
PSP Distribution LLC
PSP Franchising LLC

PSP Group LLC
PSP Midco LLC
PSP Service Newco LLC
PSP Stores LLC
PSP Subco LLC
Valor Acquisition LLC
Vitamin Shoppe Florida LLC
Vitamin Shoppe Franchising LLC
Vitamin Shoppe Global LLC
Vitamin Shoppe Industries LLC
Vitamin Shoppe Mariner LLC
Vitamin Shoppe Procurement Services LLC
WNW Franchising LLC
WNW Stores LLC
WS Badcock Corp.

# SCHEDULE 1(b)

## **Directors & Officers**

Ahlman, Alissa
Arden, Todd
Bennett, Michael
Block-Belmonte, Anthony
Corsa, Peter
Etter, Philip
Evans, Todd
Gonzalez, Muriel
Granger, Aaron
Gray, Mike
Hartmann, John
Hoke, Brian
Jones, Jacob
Kaminsky, Andrew
Laudato, Andrew
Laurence, Andrew M.
Lawrance, Jemma
McLeod, Norman
McMillan-McWaters, Tiffany
McNamara, Daniel
Meyer, Chris
Orth, Teresa
Panza, Neal
Riley, Bryant R.
Rowland, Christopher
Seeton, Eric
Seghi, Jeffrey
Tedder, Kenneth Miles
Van Orden, Jeff
Wartell, Michael J.
Wright, Lee

# SCHEDULE 1(c)

## 5% or Greater Equity Holders

B. Riley Private Shares 2023-2 QP LLC
B. Riley Securities Inc.
BRF Investments LLC
Kahn, Brian
Kahn, Lauren
Vintage Opportunity Partners LP

# SCHEDULE 1(d)

## 2002 List Parties

Acar Leasing Ltd.f/b/a GM Financial
    Leasing
Ahuja Development LLC
Alisan Trust
Allen Independent School District (TX)
Allen, City of (TX)
Amazing Organics LLC
Austria Legal LLC
B. Riley Principal Investments LLC
Ballard Spahr LLP
Barclay Damon LLP
Barnes & Thornburg LLP
Bayard PA
BC Exchange Salt Pond
Bell, County of (TX) Tax Appraisal District
Benenson Capital Partners LLC
Benesch Friedlander Coplan & Aronoff LLP
Bernstein Litowitz Berger & Grossmann
    LLP
Blakeley LC
Blank Rome LLP
Block & Leviton LLP
Blue Yonder Inc.
Bowie Central Appraisal District
Brazoria County Municipal Utility District
    #34
Brazos, County of (TX)
Bridge33 Capital LLC
Brixmor Operating Partnership LP
Brookfield Properties Retail Inc.
Brownsville Independent School District
    (TX)
Buchalter a Professional Corp.
Burr & Forman LLP
Carrollton, City of (TX)
Certilman Balin Adler & Hyman LLP
Chapel Hill North Station LLC
Childsmiles Group LLC, The
Chipman Brown Cicero & Cole LLP
Cintas Corp. No. 2
Clark Hill PLC
Cohen Pollock Merlin Turner PC

Comenity Capital Bank
Commons At Southpark LLC
Connolly Gallagher LLP
Continental Realty Corp.
Cook, Vetter, Doerhoff & Landwehr PC
Copperas Cove Independent School District
Cowles & Thompson PC
Cozen O'Connor
Cross & Simon LLC
CTO24 Carolina LLC
Curbline Properties Corp.
Deer Park Independent School District
Dell Financial Services LLC
Dentons Sirote PC
Diajeff Trust
DLC Management Corp.
Doctor's Best Inc.
Drink LMNT Inc.
Duane Morris LLP
Ehrlich Law Firm, The
El Paso, City of (TX)
Ellis, County of (TX)
Esan LLC
Faegre Drinker Biddle & Reath LLP
First Washington Realty
Fitzgerald, Brian T.
Five Town Station LLC
Fort Bend, County of (TX)
Frisco, City of (TX)
Fundamentals Co. LLC
Galveston, County of (TX)
Glanbia Performance Nutrition Inc.
GM Financial Leasing
Golden Station LLC
Grayson, County of (TX)
Greenberg Traurig LLP
Gregg, County of (TX)
Hamilton Ridge Station LLC
Hampton Village Station LLC
Harris County Esd #08
Harris County Esd #09
Harris County Esd #11

Harris County Esd #16
Harris County Esd #48
Harris County Hospital District
Harris, County of (TX)
Harris, County of (TX) Attorney's Office
Harris, County of (TX) Department of
    Education
Harris, County of (TX) Flood Control
    District
Harris, County of (TX) Port of Houston
    Authority
Heritage Seymour II LLC
Hilco Merchant Resources LLC
Hillsborough, County (FL) Tax Collector
Hopkins, County of (TX)
Houston Community College System
Houston Independent School District
Houston, City of (TX)
Imperial, County of (CA) Treasurer-Tax
    Collector
Integra Cre Inc.
Irving Independent School District
Jefan LLC
Jefferson, County of (TX)
Jensen Beach Station LLC
JLL Property Management (Franklin Mall)
JM Smucker Co., The
Kaplin Stewart Meloff Reiter & Stein PC
Katy Independent School District
Kaufman, County of (TX)
Kelley Drye & Warren LLP
Kempner Properties LLC
Kerrick Bachert PSC
Kerrville Independent School District
Kessler Topac Meltzer & Check LLP
Kimco Realty Corp.
Klehr Harrison Harvey Branzburg LLP
Kurtzman Steady LLC
La Vega Independent School District
Laurel Lakes LLC
Law Office of Susan E. Kaufman
Lewisville Independent School District
Lichtefeld Properties LLC
Linebarger Goggan Blair & Sampson LLP
Lone Star College System
Loudoun, County of (VA)

Lowenstein Sandler LLP
Lubbock Central Appraisal District Midland
    County
Magnolia Independent School District
Magnozzi Law Firm PC, The
Manatee, County of (FL) Tax Collector
Mars Fishcare North America Inc.
McAllen, City of (TX)
McCarter & English LLP
McCreary, Veselka, Bragg, & Allen PC
McKenna Storer
Memorial Kirkwood Station LLC
Meyers, Rodbell & Rosenbaum PA
Mirick, O'Connell, Demallie & Lougee LLP
MJK Real Estate Holding Co. LLC
Montgomery, City of (AL)
Montgomery, County of (AL)
Monzack Mersky & Browder PA
Morgan, Lewis & Bockius LLP
Morris James LLP
Munsch Hardt Kopf & Harr PC
National Realty & Development Corp.
Navarro, County of (TX)
Northwest Independent School District
Offit Kurman PA
Oklahoma, County of (OK) Treasurer
Oracle America Inc.
Orchard Square Station LLC
Parker, County of (TX) Appraisal District
Pasadena, City of (CA)
Pasan LLC
Pashman Stein Walder Hayden PC
Perdue, Brandon, Fielder, Collins & Mott
    LLP
Phillips Edison & Co. Inc.
Polsinelli PC
Potter Anderson & Corroon LLP
Potter, County of (TX) Tax Office
Prince George's, County of (MD)
Prophecy Settlement-Related Liquidating
    Trust 2022-23
Prosper Independent School District
Prosper, Town of (TX)
Quarles & Brady LLP
Rainbow Station North LLC
Randall, County of (TX) Tax Office

Raymond Leasing Corp.
Regency Centers LP
Richards Layton & Finger PA
Riemer & Braunstein LLP
S&D Law
Saul Ewing LLP
Segal Mccambridge Singer & Mahoney
Sessions, Fishman & Nathan LLC
Seward & Kissel LLP
Shipman & Goodwin LLP
ShopCore Properties
ShopOne Centers REIT Inc.
Simon Property Group Inc.
Singer & Levick PC
Sirlin Lesser & Benson PC
SITE Centers Corp.
Smith, County of (TX)
Southfield Station LLC
Squire Patton Boggs (US) LLP
Stark & Stark PC
Stone Gate Station LLC
Stowsan LP
Streusand, Landon, Ozburn & Lemmon LLP
Sullivan Hazeltine Allinson LLC
Sulphur Springs Independent School District
Sulphur Springs, City of (TX)
Summerville Station LLC
Sun Brothers LLC
Sunwarrior Ventures LLC d/b/a Sunwarrior
    LLC
Surprise Towne Center Holdings LLC
Swanson, Martin & Bell LLP
SWK Attorneys at Law
Tarrant, County of (TX)
Tayman Lane Chaverri LLP
Tenenbaum & Saas PC
Texas, State of, Attorney General
Texas, State of, Comptroller of Public
    Accounts
Thompson Hine LLP
Thompson O'Brien Kappler & Nasuti PC
TM2 LLC
Tolson & Wayment PLLC
Tom Green, County of (TX) Appraisal
    District
Tydings & Rosenberg LLP

United Parcel Service Inc.
United States, Government of the,
    Department of Justice, Attorney for The
    District of Delaware
Valrico Station LLC
Vestar-CPT Tempe Marketplace LLC
VS Tempe LLC
Waco Independent School District
Waco, City of (TX)
Weltman, Weinberg & Reis Co.
Wheat Ridge Station LLC
Wheeler Reit LP
Williamson, County of (TX)
Wise, County of (TX)
Woodbolt Distribution LLC
WPG Legacy LLC
Wylie, City of (TX)

# SCHEDULE 1(e)

## **Banks**

American Savings Bank
Arvest Bank
Axos Bank
Bank of America NA
Centennial Bank
CIBC Bank USA
Citizens Bank NA
Equity Bank
Fifth Third Bank NA
First Bank of Clewiston
First Commonwealth Bank
First Financial Bank
KeyBank NA
M&T Bank Corp.
PNC Bank
Prosperity Bank
Regions Financial Corp.
Simmons Bank
Southern Bank
TD Bank
Truist Bank
US Bank NA
Wells Fargo Bank NA

# SCHEDULE 1(f)

## Debtor & Creditor Restructuring Professionals & Ordinary Course Professionals

Akin Gump Strauss Hauer & Feld LLP
AlixPartners LLP
Ashby & Geddes PA
BDO Seidman LLP
Clarus Partners
Cole Schotz PC
Covington & Burling LLP
Davis Polk & Wardwell LLP
Deloitte & Touche LLP
DLA Piper LLP (US)
Ducera Partners LLC
Dunn & Allsman LLC
Ernst & Young LLP
Evercore LP
EXL Service (Ireland) Ltd.
Farnan LLP
Foley & Lardner LLP
Frost Brown Todd LLP
Gordon Brothers Asset Advisors LLC
Gordon Rees Scully Mansukhani LLP
Grant Thornton LLP
Guggenheim Securities LLC
Hilco Real Estate LLC
Holland & Knight LLP
Honigman LLP
Hunton Andrews Kurth LLP
Jackson Lewis PC
Kroll Restructuring Administration LLC
Landis Rath & Cobb LLP
Latham & Watkins LLP
Lazard Group LLC
Littler Mendelson PC
M3 Advisory Partners LP
Morris, Nichols Arsht & Tunnell LLP
Pachulski Stang Ziehl & Jones LLP
Paul Hastings LLP
Paul Weiss Rifkind Whaton & Garrison LLP
Perella Weinberg Partners LP
Porter Wright Morris & Arthur LLP
Province LLC
Reed Smith LLP
RSM US LLP

Ryan LLC
Sheppard Mullin Richter & Hampton LLP
Sociedade Rebelo De Sousa & Advogados
    Associados, SP, RL
Stout Risius Ross LLC
Troutman Pepper Hamilton Sanders LLP
White & Case LLP
Willkie Farr & Gallagher LLP
Young Conaway Stargatt & Taylor LLP

# SCHEDULE 1(g)

## Insurance Providers & Brokers

Ace Property & Casualty Insurance Co.
Alera Group Inc.
Allianz Global Risks US Insurance Co.
Allied World Assurance Co. Ltd.
American Guarantee & Liability Insurance
    Co.
American International Group Inc.
Amwins Brokerage of the Midwest LLC
At-Bay Specialty Insurance Co.
AXA Insurance Co.
AXIS Insurance Co.
Berkshire Hathaway Specialty Insurance Co.
Chubb Group of Insurance Cos.
Cincinnati Insurance Cos.
CNA Financial Corp.
Continental Insurance Co., The
Endurance American Insurance Co.
Evanston Insurance Co.
Everest Reinsurance Co.
FIRST Insurance Funding Corp.
GCG Risk Management Consultants LLC
Great American Assurance Co.
Hartford Fire Insurance Co.
Ironshore Specialty Insurance Co.
Lancashire Insurance Co. (UK) Ltd.
Landmark American Insurance Co.
Lexington Insurance Co.
Liberty Insurance Underwriters Inc.
Lloyd's of London Ltd.
Markel American Insurance Co.
Mitsui Sumotomo Insurance Co. of America
National Union Fire Insurance Co. of
    Pittsburgh
Navigators Insurance Co.
RT Specialty LLC
RT Specialty of Illinois LLC
Scottsdale Insurance Co.
Scottsdale Surplus Lines Insurance
Starr Surplus Lines Insurance Co.
Steadfast Insurance Co.
Travelers Excess & Surplus Lines Co.
Westchester Fire Insurance Co.

Westchester Surplus Lines Insurance Co.
Wright National Flood Insurance Services
Zurich American Insurance Co. of IL

# SCHEDULE 1(h)

## Landlords & Lessors

100 Brentwood Associates LP
1000 Boston Turnpike LLC
103rd Street 6024 LLC
1050 Sunrise LLC
1170 Northern Boulevard LLC
1210 Morena West LLC
1230 Zion LLC
1250 Niagara Falls Boulevard Tonawanda
    LLC
12550 LLC
1313 Apalachee Parkway LLC
1499 Rome Hilliard LLC
1515 Lititz Partners LLC
1522 14th Street LLC
1584 Flatbush Avenue Partners LLC
1700 Eubank LLC
175 Memorial Ave. LLC
1800 Rosecrans Partners LLC
1803 Rockville Pike LLC
195 Harbison LLC
1997 GRP LP
2013 Massey Blvd LLC
211 Wallkill Realty LLC
2130 Pleasant Hill Rd.
2151 Highland Partners LLC
2205 Federal Investors LLC
2229 2nd Street North-Millville LLC
2397 S. Stemmons LLC
244 East 86th Street LLC
250 Three Springs LP
27386 Carronade LLLC
280 Metro LP
2885 Gender Road LLC
30 Worcester Road LLC
300 West 23rd Street Retail LLC
30X30 34th Street Lubbock Partners LLC
3200 HWY 13 LLC
327 EH LLC
335 MMR Development LLC
3610 Partners GP
3644 Long Beach Road LLC
383 Army Trail LLC

3841 Kirkland Highway LLC
385 Fifth Avenue LLC
385 S. Colorado Blvd LLC
400 Success LLC
400-688 N. Alafaya Trail LLC
401 Federal Investments LLC
4015 Veterans LLC
4100 Tomlynn Street-Rebkee LLC
4116 OBT Investments LLC
415 State Route 18 LLC
425 Broadway RE Holdings LLC
431 Broadway RE Holdings LLC
434 Southbridge LLC
4405 Milestrip HD Lessee LLC
470 French Road LLC
4701 Cooper Street Arlington LLC
4801 Hulen LLC
4801 Washtenaw LLC
4968 Transit Road LLC
5055 Monroe Street LLC
5501 LR LLC
5510-5520 Broadway LLC
5592 Santa Teresa Blvd. LLC
570 Associates III LLC
570 Dab 29 LLC
5702 Johnston LLC
5737-5848 North Elizabeth Street Holdings
    LLC
5J's Vegas Rainbow LLC
6001 Powerline LLC
601 Plaza LLC
602 W 9th St. LLC
60617 Balboa Mesa LLC
6310 West 95th LLC
65 Holmes Investment Partners LLC
6588 LLC
66 Holyoke LLC
7000 S May Ave. LLC
7708 W Bell Road LLC
78 Lawrence Street LLC
801 South Ft. Hood LLC
81-01 37th Avenue LLC

8246 Delaware Inc.
8600 West Golf LLC
900-71 LLC
9-27 Natick LLC
94 LLC
95 Nyrpt LLC
A&B Properties Hawaii LLC Series R
A. Roland Kimbrell Trust
Aberdeen Marketplace LLC
Aberdeen Oklahoma Associates
Aberfeldy Properties Inc.
Abra Health LLC
Aca-Sc LP
Access Commercial LLC
Acorn Ridge Properties LLC
ACS Fort Smith Pavilion AR LLC
Actagon Corp.
Advantage Construction Walton
AE Holdings III LLC
AEI Accredited Investor Fund VI LLP
AEI National Income Property Fund VII LP
AFI Greer LLC
Afreight Holdings LLC
AG Cameron Shops LLC
Airport Square NV LLC
Aja Turnpike Properties
AJDC 2 LLC
Ala Moana Anchor Acquisition LLC
Alamo Spe JT LLC
Alamo Spe Muir LLC
Alamo Spe Poplin LLC
Alamo Spe Rfm LLC
Alamo Spe Schulmann LLC
Alba Village Regency
Albany Management
Albany Plaza Shopping Center LLC
Albert Hans LLC
Alisan LLC
Aliso Medical Properties LLC
All American Association LLC
Allentex LP
Alliance-March III LLC
Alpine Income Property Op LP
Alturas Metro Towne Center LLC
Ama Generation Properties Rio LLC
Amerco Real Estate Co.

American Plaza Group LLC
AMG Properties Inc.
Amplify Credit Union
Anchor Chattanooga LLC
Anderson Plaza LLC
Angle Gully LLC
Apuat Management LLC
ARC CPFAYNC001 LLC
ARC MCLVSNV001 LLC
ARC TSKCYMO001 LLC
Arcadia Hub Holdings I LLC
Arch Village Management Realty LLC
Arden Plaza Associates LLC
Ares Holdings, L.L.C.
ARG LSSALMD001 LLC
Arizona Mills Mall, LLC
Arlington Ridge Market Place LLC
AR-Park Shopping Center LLC
Arsenal Plaza Associates LLC
Arvig LLC
Ashley Park Property Owner LLC
Aspen RT 9 LLC
Asset Acquisitions LLC
Atlanta Industrial TT LLC
Atlantic Building LLC, The
Atlantic Plaza Station LLC
Aurora Corner LLC
Aveni-Chardon Ltd.
AVR CPC Associates LLC
Azalea Joint Venture LLC
Azzarello Family Partners LP
B33 Ashley Furniture Plaza II LLC
B33 Broadview Village LLC
B33 Centennial Promenade III LLC
B33 Metro Crossing II LLC
B33 Wrangleboro II LLC
B33 Yuma Palms III LLC
Babson Macedonia Partners LLC
BADA CT LLC
Bailey, Charles
Bailey, Debra
Baldwin Gardens Inc.
Bane Holdings of Tallahassee LLC
Banner Partners LLC
Barclay Square LLC
Bardstown S.C. LLC

Batmasian, James H.
Bauer & O'Callaghan LLC
BC Airport LLC
BC of St. Lucie West LLC
BC Retail LLC
BCDC Portfolio Owner LLC
BCDPF Radar Distribution Center LLC
BCHQ Owner LLC
BCP Investors LLC
BDG Kendall 162 LLC
Belden Park JV LLC
Bell Tower 24 LLC
Bell Tower Associates
Bell-51st LLC
Belt 98 Inc.
Beral LLLP
Berkshire Crossing Retail LLC
Berryessa Plaza LLC
Best Buy Stores LP
Beta-Bremerton LLC
BG Plaza LLC
BH 3021-3203 South IH35 LLC
Bierbrier South Shore Place Braintree LLC
Big Flats CEG I LLC
Big Flats CEG III LLC
Big Flats Patricia Lane LLC
Big Flats Tea LLC
Big Flats TEI Equities LLC
Big Flats Westfield Commons LLC
Birdcage GRF2 LLC
BKXL Eastex Ltd.
Black Creek Diversified Property Operating
    Partnership LP
Blass Properties Inc.
Blue Ash OH Center LLC
Blue Green Capital LLC
Blue Mountain IPG Associates LP
Blue Owl Real Estate Capital LLC
BMA Springhurst LLC
Boardman Plaza Associates LLC
Boatlanding Development Co. Inc.
Bobson Portfolio Holdings LLC
Boca Park Marketplace LV LLC
Bond Street Fund 11 LLC
Bond Street Fund 8 LLC
Bostick Development LC

Boswell Avenue I LLC
Boulevard Centre LLC
Bowman MTP Center LLC
Bradford Kleeman Properties LLC
Bradford Vernon IV LLC
Bradley Boulevard Shopping Center
Brand Properties IV LLC
BRC Hendersonville LLC
BRE DDR IVA Southmont PA LLC
BRE Mariner Venice Shopping Center LLC
BRE Retail NP Festival Centre Owner LLC
BRE Retail Residual Owner 1 LLC
BREIT Canarsie Owner LLC
Brick Management LLC
Brick Pioneer LLC
Brierwood Village LLC
Briggs, John Nathan
Briggs, Richard
Brighton Landmark LLC
Brixmor Burlington Square LLC
Brixmor GA Arlington Heights LLC
Brixmor GA Lunenburg Crossing LLC
Brixmor GA Wilkes-Barre LP
Brixmor Holdings 8 SPE LLC
Brixmor Roosevelt Mall Owner LLC
Brixmor SPE 5 LLC
Brixmor Sunshine Square LLC
Brixmor/IA Bennets Mills Plaza LLC
Brixmor/IA Clearwater Mall LLC
Brixton Rogue LLC
Brookdale Shopping Center LLC
Brookhill V Acquisition LLC
Brooksville Commercial Properties LLC
Brooksville Cortez LLC
Brooksville Square Plaza LLC
Brown Deer Mall LLC
Bruce Howe Trust
Brunswick Center Associates LLC
Brust Development Co. LLC
Bryn Mawr Plaza Associates
BSW/DMW Properties LLC
BTMI Ltd.
Buffalo-Pittsford Square Associates LLC
Builders Inc. Commercial Division
Bund Scenery USA LLC
Burlington Development LLC

Burlington U Mall Owner LLC
Butler, Lynch
BVA Alamo SPE LLC
BVA RIM GP LLC
BVIF Westside 6275 LLC
BWI Westwood LLC
BZA Northtowne Center SPE LLC
C. Foyt, Douglas
Cafaro Leasing Co. Ltd.
California Car Hikers Service
Camden Village LLC
Candler RD Plaza GA LLC
Canton Aires Shopping Plaza LLC
Canyon Springs Marketplace North Corp.
Capital 12520 LLC
Capital Enterprises Inc.
Caplowe-Voloshin Realty LLC
Carnegie Management & Development
    Corp.
Carp Outparcel LLC
Causeway Square LLC
CBB Venture LLC
CBL & Associates Management Inc.
CC&B Associates LLC
CCBF Associates (Greenville) LLC
CCP&FSG LP
CD II Properties LLC
CDA Enterprises LLC
CEA Beverly LLC
Cedar Equities LLC
Cedar Golden Triangle LLC
Celis, Juan
Centerpoint 550 LLC
Centerpointe Plaza Associates LP
Centerview Plaza LLC
Central Islip Holdings LLC
Central Mall Port Arthur Realty Holding
    LLC
Central Park Avenue Associates LLC
Central Park Retail LLC
Central Rock LLC
Centro Deptford LLC
Certified Capital LP
CETA Group LP
CFH Realty III/Sunset Valley LP
CFJ Investments LLC

CFT Northpointe LLC
Chadds Ford Investors LP
Chalet East Inc.
Chamisa Development Corp. Ltd.
Champaign Village 2 LLC
Chapel Hills CH LLC
Chapel Hills Nassim LLC
Chapel Hills Realty LLC
Charm Real Estate LLC
Charter Medway II LLC
Chase Decatur LLC
Cherry Hill Retail Partners LLC
Chicago Oakbrook Terrace LLC
Chicago Title & Trust Co.
Chili MZL LLC
Chillicothe Shopping Center LP
Chris McCarty Co. LLC
Chrislinc Properties LLC
Cielo Paso Las Tiendas LP
Circle City Property Group Inc.
Citimark Charleston LLC
City Centre of Avon Retail LLC
CJCM LLC-Series CV505
CJM LLLP
CL Creekside Plaza South CA LP
Clark Commons LLC
Clear Creek Brothers - CV LLC
Clear Lake Center LP
Clendenin Partners
Clermont Ama Group LLC
Clocktower Plaza LLC
Clovis-Herndon Center II LLC
CLPF - KSA Grocery Portfolio Woodbury
    LLC
CLPF-Essex Green LLC
CMS Property Solutions LLC
Coastal Equities Real Estate
Cobal Garage Inc.
Cobblestone Square Co. Ltd.
Coconut Point Town Center LLC
ColFin 2015-2 Industrial Owner LLC
Colliers International Management
Collin Creek Associates LLC
Collins Investment Trust, The
Colonel Sun LLC
Colonial & Herndon LLC

Colony Mills Enterprises LLC
Columbia- BBB Westchester
Columbia Crossing I LLC
Combined Properties LP
Commerce LP #9005
Commerce LP #9602
Commercial Properties Associates LLP
Commons at Willowbroook Inc., The
Concord Retail Investment Group LLC
Confluence Investment LLC
Conyers LLC
Copperwood Village LP
Core Acquisitions LLC
Core MR Westview LLC
Core Park Center LLC
Coremark St. Cloud LLC
Coronado Center LLC
Cortlandt Manor Equities LLC
Cosmonaut Holdings LLC
Costco-Innovel Owner LLC
Costco-Innovel Properties LLC
County Line Crossing Association LLC
Courtney, William Shane
Cox, J.M. Jr.
CP Pembroke Pines LLC
CPEG Malta LLC
CPK Union LLC
CPRK-II LP
CPT Settlers Market LLC
CPYR Shopping Center LLC
CR Mango LLC
CR Oakland Plaza LLC
Cranberry Creek Plaza LLC
Creekstone/Juban I LLC
Creekstone/Juban LLC
Crescent 1000 LLC
Crescent Partners LLC
Crest Properties LLC
CRI New Albany Square LLC
Cross Grand Plaza LLC
Crossing Point LLC
Crossings at Hobart I LLC, The
Crossroads Centre II LLC
Crossroads Plaza LLC
Crossroads Sunset Holdings LLC
Crossroads-Holt Drive Associates LLC

Crown 181 Broadway Holdings LLC
CS Paramount Hooper LLC
CSHV 20/35 LLC
CSIM Snellville Operator LLC
CTO23 Rockwall LLC
CTO24 Carolina Pavilion
CTO24 Millenia LLC
Curry Cos.
Cuyahoga Investments LLC
CVSC Phase II Associates
CWP/Arlington LLC
Cypress Woods Associates LLC
D3 New Albany LLC
Dakota Crossing One LLC
Dakota Crossing Two LLC
Daniel G. Kamin Wadsworth Enterprises
Daniel P. Hagaman
Danville Riverside Partners LLC
Davco Heights LLC
Davenport One LLC
Davenport Two LLC
Davis, Charleist
Dawnbury Inc.
Daytona Commons LLC
DCT Presidents Drive LLC
DDR Carolina Pavilion LP
DDR Ohio Opportunity II LLC
Delray Place LLC
Dennis R. Phillips Revocable Trust
DEPG Stroud Associates II LP
Derby Improvements LLC
Derob Associates LLC
DES 2015 LLC
Desert Delite Citrus LLC
Destiny Building LLC
Deville Developments LLC
Diamond Center Realty LLC
Dicks Adventure LLC
Dierbergs 5LP
Dillon Center LLC
Dixie Manor LLC
Dixie Pointe Shopping Center LLC
Douglasville Promenade LLC
Dov & P Holding Corp.
Downey Landing SPE LLC
DRP Market Heights Property Owner LLC

DSM MB II LLC
DT Prado LLC
Duluth Retail 4 Guys LLC
Dyn Sycamore Investments LLC
E & L Investments LLC
E.W. Thompson Inc.
Eagle Matrix LLLP
Eagle Water LLC
Eagle-North Hills Shopping Centre LP
East Broadway Tucson Co. LLC
East End Associates LLC
East Hampton NY Enterprises LLC
East West Commons Investors LLC
Eastlake Edison LLC
Eastlake Milford LLC
Easton Market SC LLC
Eastwing LLC
Eatontown Plaza LLC
Echo Solon LLC
Eclipse Real Estate LLC
Economy Square Inc.
Edgewood Retail LLC
Edgewood Station LLC
EGAP Crawfordsville I LLC
Egate-95 LLC
EGP Gainesville II LLC
Eighteen Associates LLC
EJT II LLC
Eldersburg Sustainable Redevelopment LLC
Ellis Chai LLC
Emporium Shoppes LLC
Epps Bridge Centre Property Co. LLC
ERG Realty LLC
Esue LLC
Ethan Conrad Properties Inc.
Eustis Covenant Group LLC
Evja & Associates (Columbia) LLC
EW Mansell LLC
Excel Realty Partners LP
Exchangeright Value-Add Portfolio 1 DST
ExchangeRight Value-Add Portfolio 2
    Master Lessee LLC
Exeter 1075 Cobb LLC
F.M.K., LLC
Faar Properties LLC
Fairfield Station LLC

Fairlawn Station LLC
Fairview Heights Realty LLC
Fairview Nassim LLC
Fairview Realty Investors Ltd.
Fairway Equity Partners LLC
Falcon Landing LLC
Fall River Shopping Center North LLC
FBBT/US Properties LLC
FC Rancho LLC
FDI Management
Feasterville Realty Associates LP
Federal Realty Investment Trust
Federal Realty OP LP
Federal Way Crossings Owner LLC
Felix Center On Kirby Ltd.
Festival of Hyannis LLC
Festival Properties Inc.
Fiddler's Run LLC
Fifth & Alton (Edens) LLC
Fifty144 Oak View Partners LLC
First Amendment & Restatement of the
    Massimo Musa Revokable Trust
First National Property Management
Fishkill Plaza Partners LP
Fivel Family LLC
FLC + W LLC
Fleenor, Tracy
Florida Investments 8 LLC
Florida Investments 9 LLC
FLW 101 LLC
FMK LLC
FOF II Alamance Property Owner LLC
Fogelman Investment Co.
Foothills Shopping Center LLC
Ford Road Ventures LLC
Fordham Retail Associates LLC
Fort Steuben Mall Holdings LLC
Fountain Property LLC
Fountains at Farah LP, The
Fowler Investment Co. LLC
Fox Jr. Development Inc.
FR Grossmont LLC
Frandson Family Trust, The
Franklin Mills Associates LP
Franklin Towne Plaza LLC
Frayer Enterprises LLC

Friedbauer, Barbara
Front Street Kansas City LLC
Frontier Bel Air LLC
Frontier Dania LLC
Frontier Dover LLC
Frontier Kissimmee LLC
Frontier Osceola LLC
FSC West Covina LLC
FSH Galleria Plaza, LLC
Funhouse Plaza LLC
FW Il Riverside/Rivers Edge LLC
FWI 2 LLC
FWI 23 LLC
G & I IX Empire Williamsville Place LLC
G&I X Centerpoint LLC
G&I X Industrial IN LLC
G&T Investments LLC
Gaithersburg Commons LLC
Gaitway Plaza LLC
Gallup & Whalen Santa Maria
Gamble Brothers LLC
Garden City Leasehold Properties LLC
Gaslight Alley LLC
Gaston Holdings LLC
Gates Inc.
Gateway Retail Partner III, LLC
Gateway South, LLC #1
GBUZZ LLC
GC Baybrook LP
GCP Boom LLC
Geiger JB Property LLC
Geneva Commons Shoppes LLC
George Harriss Properties LLC
George Street LLC
Georgetown Square Properties
GFS Realty LLC
GG Garfield Commons 2012 LP
GGCAL Edgewater LLC
GGPA State College 1998 LP
Gigliotti Holdings LP
Giuffre IV LLC
Giuffre Property Management
GKI Industrial Dallas LLC
GKT Shoppes at Legacy Park LLC
Glassboro Properties LLC
Glendale Galleria Center LLC

Gleneagles Plaza Plano TX LLC
GLL BVK Properties LP
GLL Selection II Florida LP
GM Properties
Gold Star Properties
Golden Triangle Shopping Center
Goldsboro Retail Center LLC
Goodman, Bruce A.
Gosula Holdings Ltd.
Gosula Realty Ltd.
Governor's Square Co. IB
GP Marketplace 1750 LLC
GP Wisconsin LLC
Graco Real Estate Development Inc.
Grand Avenue Associates LLC
Grand Canyon Center LP
Grand Rapids Retail LLC
Gravois Bluffs East 8-A LLC
Great Hills Retail Inc.
Greater Orlando Aviation Authority
Greenfield Plaza LLC
Greenlight Development LLC
Greenridge Shops Inc.
Greenspot Largo LLC
Greenville Ave. Retail LP
Greenwood Plaza Corp.
Greenwood Vineyards LLC
GRH Goodyear LLC
GRH Holdings LLC
GRI Brookside Shops LLC
Gridley Square Property LLC
Gross, Faye
Grove City Plaza LP
GS Centennial LLC
GSR Realty LLC
Gulson Retail LLC
Gurnee LM Properties LLC
Gustine BV Associates Ltd.
H.S.W. Associates Inc.
Haines City Mall LLC
Halltown Farms LLC
Hamc College Center LLC
Hankins Real Estate Partnership
Hankins-Kenny Ventures LLC
Hanley LM Properties LLC
Harmon Meadow Suites LLC

Harmony Shopping Plaza LLC
Harry & Ruth Ornest Trust
Hart & Hart Corp.
Hart Miracle Marketplace
Hartel Properties LLC
Hartville Station LLC
Harvest Station LLC
Harvey-Given Co.
Hawkins Point Partners LLC
Hazel Dell & 78th Associates LLC
Hclare LLC
Healy Family Trust
Henry Fine Trust
Herdor LLC
Heritage Seymour I LLC
Herst, Roger E.
Hickory Plaza Shopping Center Inc.
Hidden Hill Road Associates LLC
High Cotton Palisades LLC
High Cotton Shoals LLC
Highbridge Development BR LLC
Highland Commons-Boone LLC
Highlands 501 (C) (25) Inc.
Hilo Power Partners LLC
Himaloy Taylor LLC
HK Southpoint LLC
HM Hillcroft Westheimer Ltd.
HM Peachtree Corners I LLC
Hogan Holdings 56 LLC
Hogan Real Estate
Holmdel Commons LLC
Horizon Jajo LLC
Horowitz Holdings LLC
Horowitz, Ralph
Huber Management Corp.
Hunter's Lake
HV Center LLC
HV Center TIC 1 LLC
HV Center TIC 2 LLC
Hwang, Chang Sook
Hwang, Sang Rim
Hylan Ross LLC
Iacono Family LP
IH 35 Loop 340 Investors Ltd.
IH 35 Loop 340 TIC
IH-10 Hayden Ltd.

III Hugs LLC
Il Galesburg Veterans LLC
Independence Town Center LLC
Indian Creek Commons LLC
Indian Trail Square LLC
Indvestia Darien LLC
Indy-C-Kal Inc.
Inland Commercial Real Estate Services
    LLC
Innovation Center LLC
Innovation Realty IN LLC
Inserra Supermarkets Inc.
Insite Naperville LLC
Insite Parma LLC
Integra CRE LLC
IRC Park Center Plaza LLC
Ireit North Myrtle Beach Coastal North LLC
Ireland Corner LLC
Irex 4 LLC, The
Isador Schreiber & Associates LLC
Iso Venner Plaza Holdings LLC
Istar LLC
Ivt Renaissance Center Durham I LP
Iyc Family LLC
J & F Gainesville Properties LLC
J&L Development Co. LLC
J&M Owners NY LLC
J.M. Baker Properties LLC
Jack W. Eichelberger Trust
Jackson Street Group LLC
Jahco Stonebriar LLC
Jamaica-88Th Ave. LLC
James D. Crawford Trustee
JBL Humblewood Center LLC
JDM Capital LLC
JDR Woodlock Festival LLC
Jefferson Shrewsbury LP
Jeffnan USA Inc.
Jeffrey R. Anderson Real Estate Inc.
Jemal's Daily Vitamin LLC
Jensen Beach Equities LLC
JFR Texas Properties LLC
JH Berry & Gilbert Inc.
JHG Properties LLC
Jim Burke Automotive Group
JJ's Champaign Inv LLC

JKE Property LLC
JLCM Partners LP
Jlix Milford Crossing Master Tenant LLC
JMK5 Winchester LLC
JMP Marlboro Retail Unit 2 LLC
JMW Hebron LLC
Joe Amato East End Centre LP
Joseph Plaza LLC
Joseph Urbana Investments LLC
Joule Gilroy Crossing Owner LLC
JP Associates LLC
JRF Texas Properties LLC
JSE Dallas LLC
JSM Land Group LLC
JSP-Park Shopping Center LLC
Jubilee LP
Jubilee-Coolsprings LLC
JWT LLC
Kahn, Charles, Jr.
Kancov Investment LP
Katy Freeway Properties LLC
Kawips Delaware Cuyahoga Falls LLC
Keff, Yvonne
Kelley Commercial Realty LLC
Kelley, Stephanie D.
Kendall Village Associates Ltd.
Kercheval Owner LLC
Kerrville Dodado Partners LLC
Keyser Oak Investors LLC
KGI Military LLC
Kim Investment Partners IV LLC
Kimco Brownsville LP
Kimco Webster Square LLC
Kimzay of Florida Inc.
Kin Properties Inc.
Kinaia Family LLC
King City Improvements LLC
Kings Highway Realty Corp.
Kings Mountain Investments
Kingsport Green AC Managing Co. LLC
Kingsville Retail Group LP
Kinpark Associates & Fundamentals Co.
Kinsman Investors
KIR Brandon 011 LLC
KIR Smoketown Station LP
KIR Torrance LP

Kishan Enterprises LLC
Kite Realty Group
Kitty Wells Inc.
KK-BTC LLC
Kloss Organization LLC
KMD LLC
KNM Lee Properties LLC
Kolb, Catherine M.
Kolb, Lawrene F.
Koppe Management & Investment Co. Inc.
Kozicki, Stanley J.
KP Macon LLC
Kraus Anderson
KRCX Del Monte Plaza 1314 LLC
KRCX Price REIT LLC
KRG Avondale McDowell LLC
KRG Brandenton Centre Point LLC
KRG Cedar Hill Pleasant Run LLC
KRG Houston Royal Oaks Village II LLC
KRG Houston Sawyer Heights LLC
KRG King's Grant LLC
KRG Pelham Manor LLC
KRG Pipeline Pointe LP
KRG Plaza Green LLC
KRG Portfolio LLC
KRG Sunland LP
KRT Property Holdings LLC
KSL Realty North Providence LLC
L&D Partnership LLC
L.W. Miller Holding Co.
La Cienga Shopping Center Development
    LLC
La Gioia Two LLC
Laguna Gateway Phase 2 LP
Lahaina Gateway Property Owner LP
Lakamp Family Trust, The
Lakeland Crossing LLC
Lakewood (Ohio) Station LLC
Landmark Properties
Lane Investments
Lansing Square LLC
Larkspur Real Estate Partnership I
Larrimore Family Partnership LLC
Laurie Industries Inc.
Layton Partners LLC
LBD Properties LLC

LBI Georgia Properties LLC
LC Real Estate LLC
LCRF LLC
LCU Candlers Station Holdings LLC
LDC Silvertree LLC
Lee Harrison LP
Leland J3 LLC
Lemmon Avenue Retail LP
Lennox Station Exchange LLC
Leparulo Family Trust
Leveraged Holdings LLC
Lexington 2770 LLC
LGM Equities LLC
Lichtefeld Development Trust
Lidl US Operations LLC
Lin, Euger
Lincoln Associates
Lincoln Grace Investments LLC
Linear Retail #9 LLC
Linear Retail Waltham #1 LLC
LIT-ENVP LP
Lizben Enterprises LLC
LMR II - Palm Pointe LLC
Local Sandy II LLC
Local Westgate LLC
LoLo Enterprises LLC
London Development Ltd.
Louis Treiger Trustee
Lovell 2.5 LLC
Lower Nazareth Commons LP
LP Corp.
LPN Properties LLC
Lsref6 Legacy LLC
LU Candlers Station Holdings LLC
Lustig Realty Corp.
M&J Wilkow Properties LLC
M&N Laurel Property LLC
M&S Investment Group LLC
M3 Ventures LLC
Macerich Lakewood LP
Mack 8927 LLC
Macon Center LLC
Mad River Development LLC
Magnolia Enterprises LLC
Malco TIC
Mall at Potomac Mills LLC

Malloy Properties Partnership No. 2
Marathon Asset Management LLC
Marc NaperW LLC
Margand Enterprises LLC
Mark Leevan Glendale LLC
Market Place At Darien LLC
MarketFair North LLC
Marta Management Inc.
Maxim Chambers II LLC
Mayrich III LLC
Maywood Mart Tei Equities
Mbabjb Holdings FLP
MBB Gateway Associates
McClung, Melvin C.
McCord Business Center
McCord, B.J.
Mcdonald, Oldacre
McIntosh, Richard
McLaughlin, Brian J.
McRae Mortgage & Investments LLC
MD2 Algonquin LLC
Meadowbrook Shopping Center Associates
    LLC
Mears Oak Investors LLC
Meditrina Properties LLC
Mehan, Gary
Mel Indiana LLC
Menard Inc.
Merchant 33 LLC
Merchant's Investors LLC
Meredith Inc.
Meridian Place LLC
Meshanticut Properties Inc.
MFB Glenville LLC
Mid-Atlantic-Lynchburg LLC
Middle Neck Road Associates LLC
Midway Market Square Elyria LLC
Midwest Commercial Funding LLC
Missouri Boulevard Investment Co. LLC
MJF/Highland Re Holding Co. LLC
MK Kapolei Common LLC
MK Kona Commons LLC
Mkpac LLC
MLM Chino Property LLC
ML-MJW Port Chester Sc Owner LLC
MLO Great South Bay LLC

MMG Plantation CP LLC
MMG Plantation Square LLC
MO Partners LLC
Mobile Highway 4500 LLC
Mojack Holdings LLC
Mongia Capital Michigan LLC
Monroe Triple Net LLC
Mont Belvieu Properties LLC
Montgomery Eastchase LLC
Montgomery Trading LLC
Moon Village LLC
Moore Properties Capital Blvd LLC
Mori Burlington LLC
Morningside Plaza LP
Mosaic Reisterstown Road Owner LLC
Mount Pleasant Investments LLC
Mountain Laurel Plaza Associates
MR Stealth LLC
MRH Venture Capital LLC
MRV Dickson City LLC
Msg94 II LLC
Muenchens Unlimited LLC
Muffrey LLC
Mundelein 83 LLC
Mundy Street Square LP
Musca Properties LLC
N&P Realty Associates LLC
N&R Pastor LLC
Nadg/SG Riverdale Village LP
Nai Horizon
Namdar Realty Group
NaperW LLC
National Retail Properties LP
NDF III MJ Crossing LLC
Needham Chestnut Realty LLC
Nella NT LLC
Net Leased Management LLC
New Bern Development LLC
New Creek II LLC
New Creek LLC
New Plan Florida Holdings LLC
New Plan of Arlington Heights LLC
New Plan Property Holding Co.
New Plaza Management LLC
New Westgate Mall LLC
Newington Corner LLC

Newport Crossing Investors LLC
Newport Property LLC
Niagara Falls 778 LLC
Nicklaus of Florida Inc.
Nine & Mack Enterprises LLC
NL Chobee Center LLC
NMC Melrose Park LLC
NNN Reit Inc.
Noble Creek Partners LLC
Norcor-Cadwell Associates LLC
North Attleboro Marketplace III LLC
North County Columbia Realty LLC
North Point Village Two LLC
North San Gabriel LLC
North Sky LLC
Northcliff I-480 LLC
Northern McFadden LP
Northglenn Plaza LLC
Northridge Crossing LP
Northside Village Conyers LLC
Northtowne Associates
Northtowne Center Investors LLC
NPC 2015 LLC
NRF - Pennock LLC
O.J.B. Investment Group LC
O.J.B./Ajre JV LC
Oak Forest Group Ltd.
Oak Lawn Joint Venture I LLC
Oak Park Associates Inc.
Oak Tree Lane LLC
Ocala SC Co. Ltd.
Oceanside Associates LLC
Odenton Shopping Center LP
Oglethorpe Associates LLLP
OGR Tanglewood LLC
Oil Capital Commercial Real Estate
    Services
Okee Realty Associates LLC
Old Brandon First Colonial Associates LLC
Old Orchard LLC
Oleinik Property Holding Co. LLC
One Continental Avenue Corp.
One Home Realty Inc.
One Land Co. LLC
One Oak Investments LLC
Only Epic Holdings

Opex Cre Management LLC
Orchard Hill Park LLC
Orchard Parktk Owner LLC
Orda Corp.
ORF IX Freedom Plaza LLC
Osborne Properties LP
Outer Drive 39 Development Co. LLC
Oxford Crossing LLC
Oxford Street Huntsville
Oxford Valley Road Associates LP
P&H Investments LLC
P&S Axelrod LLC
Pacific National Group LLC
Pacific/Dsla No.2
Pacific/Youngman-Woodland Hills
Pacifica Muskegon LLC
Pad4 Pad6 VV LLC
Paint Creek South LLC
Palm Beach Outlets I LLC
Palm Coast Landing Owner LLC
Palm Springs Mile Associates Ltd.
Paoli Shopping Center Limited Partnership
    Phase II
Papou Varvavas Anastasia Realty Trust
Paragon Realty Group
Paramount Crossroads at Pasadena LLC
Park Boulevard Shopping Center Ltd.
Parker Place Group LLC
Parker-Anderson LLC
Parkridge Center Retail LLC
Parkway Mall LLC
Parm Golf Center LLC
Pasadena Hastings Center
Pasan Trust
PBC Seguin LLC
Pc San Ysidro Pb, Llc, Pc International Pb,
    Llc, And Pc Iagio Pb, Llc
Pccp/Ldc Pearl Kai LLC
PCRIF Spring Park Holdings LLC
Pdq Israel Family Northtowne LLC
Peabody Center LLC
Peach Eldridge LLC
Pearl Street Retail TIC
Peiling Jiang
Pensacola Corners LLC
Peoria Rental Properties LLC

Peters Development LLC
Pettinaro Management LLC
PFIILP - Parr Boulevard LLC
Pharo Palisades I LLC
Phd @ Western LLC
Philipose Group of Connecticut LLC, The
Phoenicia Development LLC
Phoenixville Town Center LP
Pilchers Summit LP
Pinckdenny LLC
Pinellas Park Square LLC
Pines Center LLC, The
Piqua Investment Partners LLC
Pittsburgh Penn Place LLC
PJS Holdings LLC
PK I La Verne Town Center LP
PK II El Camino North LP
Pl Dulles LLC
Platzer Family LP
Plaza 15 Realty LLC
Plaza at Northwood LLC
Plaza K Shopping Center LLC
Plaza North Investors LLC
Plaza North Shopping Center LLC
Plaza on Manhattan Associates LLC
Plaza Realty of Puerto Rico Inc.
Plaza West Shopping Center LLC
Pleasant Valley Shopping Center Ltd.
Pmat Orland LLC
Pocono Retail Associates LLC
Point-LCI LLC
Points East LLC
Polk County Partners LLC
Port St. Lucie Plaza I II III LLC
Portage Commons LLC
Portage Crossing LLC
Portland Fixture LP
Poughkeepsie Plaza LLC
Powell-Five Corners Associates LLC
Powell-Maple Valley LLC
PP Gaston Mall LLC
Prattville Partners LLC
Pref Pasadena Collection LLC
Presidio Towne Crossing LP
Prime 86 Holdings LLC
Prime/Frit Mission Hills LLC

Prologis LP
Prologis Targeted U.S. Logistics Fund LP
Providence Holdings LLC
PSP Investments LLC
Pullman Square Associates
PZ Southern LP
Quaker Malls LLC
Quantum Equity One LLC
Quarry Center LP, The
Queen Bee Properties LLC
R Orlando Altamonte LLC
R&R Real Properties Inc.
R&S Building Ventures LLC
R.K. West Roxbury LLC
Rahi LLC
Rainbow Investment Co.
Rainier Triangle II LLC
Rainwater, Donna M.
Rainwater, Larry J.
Rajdc NC Properties LLC
Ramsey Holdings LLC
Rancho Dos Hermanos LLC
Rar2 - Wicker Park Commons LLC
Ravi Randal Investment Group LLC
RB Seminole LLC
RCA Novak LLC
RCG-PSC Camp Creek Owner LLC
RD Branch Associates LP
RE Pecan LLC
RE Plus SP LLC
Realty Income Corp.
Redbarry LLC
Redlands Joint Venture LLC
Regency Centers Corp.
Regions Bank
Rego Park II Borrower LLC
REI Asheville Rentas LLC
Reliance Elm Holdings LLC
Repwest Insurance Co.
Reynolda Manor LLC
Riceland Owner LLC
Ridgewater Commerce LLC
Riley Holdings Ltd.
Rini Realty Co.
Ritchie Interchange LLC
River Oaks El Mercado LLC

River Oaks Properties Ltd.
Riverchase CC LP
Riverdale Center North LLC
Riverdale Square LLC
Riverdale Center North, LLC
Riverplace Shopping Center LLC
Rivers Edge RBG LLC
RJ Two Notch LLC
Rjfp LLC
RJS Marine Inc.
RJSJ LLC
RK Black Rock II LLC
Rlgvs Partners LLC
Roanoke Venture II LLC
Rock N Roll Development LLC
Rockfirm LLC
Rockhill Center LLC
Rodi Road 501 LLC
Rogers Commercial Properties LLC
Romney Petroleum Inc.
Rookwood Exchange Operating LLC
Roosevelt Galleria LLC
Rose & Rose LLC
Rosebud VS Boca One LLC
Rosedale Commons LP
Roseff LLC
Rosemyr Corp., The
Roseville Village LLC
Roslyn Farm Corp.
Rowen Burlington Opco LLC
RPI Ridgmar Town Square Ltd.
Rreef America Reit II Corp.
RRG LLC
RRR Ohio LLC
Rubin, Helen
Rubin, Seymore
S&S Singh Partners
S&V LLC
Sab Investments LLC
Sabatine BK Development LLC
Saber Riverhead 58 LLC
Saia Family LP
Samiee, Maudie
Samiee, Parviz
Samson Development Co. LP
Samson Management LLC

Sangamon North LLC
Santa Rita Grf2 LLC
Santikos Legacy LLC
Sarabara Corp.
Sauer Properties Inc.
Saugus Hillside Realty
Sav 15000 Abercorn LLC
Sayville Plaza Development LLC
SCC Nassau Park Pavilion NJ LLC
Schoolcraft Commons Unit 9 LLC
Schulz, Randall M.
Schwinge Village Plaza LLC
Sdbucks LLC
Sea Island-Staples Ltd.
Sea Mist I LLC
Seafield Capital Partners II LLC
Sears Authorized Hometown Stores LLC
Sed Development LLC
Sei Buckhead Square One LLC
SEK 7753 LLC
Sembler Family Land Trust
Set Point Properties LLC
Setter Partners LLC
SGH & Associates
Shamrock A Owner LLC
Shanri Holdings Corp.
Shelby Boulevard Fiftynine LLC
Shelbyville Road Plaza LLC
Sheppard Mullin Richter & Hampton LLP
Sher Lane LLC
Sheridan Center LLC
Sherwin-Williams Co.
Shillington Partners LLC
Shirazee LLC
Shoppes at Bedford 15 A LLC
Shoppes at Eastlake LLC, The
Shoppes at North Brunswick LLC, The
Shoppes at Raceway LLC, The
Shoppes at Tower Place LLC
Shoppes LP, The
Shops at St. Johns LLC
Shore Creek LLC
Shoregate Station LLC
Shrewsbury Commons LP
Shrewsbury Village LP
Shubert Organization Inc., The

Siblings Enterprises Ltd.
Siegen Lane Properties LLC
Siena II Holdings LP
Silverman Properties LP
Singer, Fredric
Sipoc Associates Tic
Sissel Juliano
SJN Holdings LLC
SJN Realty Holdings LLC
SJSS Powell LLC
Skj Eldridge Square LLC
Sky Boynton Holdings LLC
Sky Cortland LLC
Sl Yorkhouse Commons LLC
Slidell Athletic Club Property LLC
SLJ Realty LLC
SLN Bellgrade LLC
Smart Growth-Spartanburg LLC
Smith Land & Improvement Corp.
Snelling, George N.
Somera Road - Athens Georgia II LLC
Somerset Shoppes Fla LLC
South Merrick Road Corp.
South Park Mall Realty LLC
South Plainfield Properties LP
South Shore Mall Realty LLC
South Tulsa Storage LLC
Southern Hills Center Ltd.
Southgate Properties LLC
Southpark Retail LLC
Southtown Nassim LLC
Southtown Plaza Realty LLC
Southview Dothan Investors LLC
SP East LLP
Space for Lease of Tennessee
Sparrow Ridge Properties LLC
Spartan Square LP
Speropulos, John
Spring Mall Square LLC
Spring Ridge LP
Springdale Pointe LLC
Springinvest LLC
SPS Properties LP
SRK Lady Lake 21 SPE LLC
SRK Painesville Associates LLC
SS Tulsa Center LLC

SSC Associates LP
SSK Investments Inc.
SSS Eldridge Marketplace LLC
SSS Eldridge Square Investors LLC
SSS Eldridge Town Center LLC
Stafford Park Commercial II LLC
Stag Avondale
Stag Industrial Holdings LLC
Starjack Investments LLC
State Road 4201 LLC
Staten Island Richmond Avenue LLC
Stature High Ridge LLC
Stephen & Anne NT LLC
Sterling Equities II LLC
Stevenson Investors LLC
Stewart & Hamilton Properties LLC
Stone Mountain Square Shopping
    Center LLC
Stonebridge Construction
Stony Brook Realty LLC
Store Master Funding IV LLC
Store Property Marble LLC
Sugarland Plaza Inc.
Sugarloaf Mills LP
Sun Life Assurance Co. of Canada
Sunflowermetro LLC
Sunset Collection LLC
Sunset Plaza LLC
Sunshine Lake Shore Associates LLC
Sup II Red Top Plaza LLC
Surprise TC II Holdings LLC
Surveying & Mapping LLC
Suso 1 Summit Ridge LP
Svap II Park North LLC
SVF Riva Annapolis LLC
SVR Investments LLC
SW 17th Street 1010 LLC
Swamp Land Acquisitions LLC
Swanblossom Investment LP
Swanson, William J.
Swg-Reynoldsburg LLC
SY Waldorf Investments LC
Sylvan Park Apartments LLC
Synergy Center Ltd.
T Palmdale Mkt CA LLC
T Pittston Pa Crossings LLC

T Voorhees AMC NJ LLC
T Voorhees Ber NJ LLC
T Voorhees Gpl NJ LLC
T.B.R. Property Group LLC
T18 Investments LLC
Tabib Kashi Partnership
Tanglewood Venture LLC
Tara Acworth Holdings LLC
Tarantino Properties Inc.
Taxman Corp., The
TB Garrett Creek LLC
TBF Group Battle Creek LLC
TC 3125 Lake Eastbrook LLC
TC 630 N Telegraph
Tcb-Elston LC
Tcb-Stonebrook LLC
TCCB Properties
TCP Enterprise Parkway LLC
TCP Realty Services LLC
Tejas Center Ltd.
Telvita LLC
Temk Investments- Visalia 1 LLC
Ten Thousand Olde U.S. 20 LLC
Tenalok LLC
Texas Main Street LLC
THF Clarksburg Development Two LLC
Thrift-Cascade Investment LLC
Tia Holdings Ety LLC
Tia Holdings Mill Run LLC
Tiffin Ave 2023 LLC
Timber Springfield Properties LLC
Times Plaza Development LP
Timlin Properties LLC
TKC CCXXXIX LLC
TKG Colerain Towne Center LLC
TKG Cranston Development LLC
TKG Fairhaven Commons LLC
TKG Management Inc.
TKG Paxton Towne Center Development
    LP
Tl3 Isb LLC
TLP 4782 Muhlhauser LLC
TMK II LP
TMO Lincolnwood Am LLC
Tolson Investments LLC
Toma Investments LLC

Tomlynn Street-Fountainhead LLC
Tops Holding LLC
Tower NT LLC
Town Real Estate Enterprises LLC
Trailers for Sale or Rent Inc.
Traver Village LP
Treeco/Elwood LP
Tride Holdings LLC
Trimark FWC Owner LLC
Trindle Run LLC
Trinity Properties LLC
Triple Bar Kendig Square LLC
Triple M Partnership 2 LLC, The
TRM Venture Real Estate LLC
Truse Plaza LLC
Truss Greenwood IN LLC
TSO Winchester Station LP
TT Mt. Airy LLC
Tucson Speedway Square LLC
Tumon Bay Resort & Spa LLC
Turfway Baceline LLC
Turkey Creek Holdings LLC
Turnersville Landing LP
Tuscany Town Center Management LLC
Tuskatella LLC
TVS & Associates (Charleston) LLC
Two by Two Properties LLC
Two Nuts LP
Tycer Heirs Separate Property LLC
Tyler Broadway/Centennial LP
Tyrone Enterprises LLC
UE Gateway Center LLC
UE Tonnelle Commons LLC
Union Consumer Improvements LLC
Universal Park
University Realty Associates LLC
Urban Edge Properties LP
US Investments
USPG Portfolio Five LLC
VA C 12266 Jefferson LLC
VA Ft 12266 Jefferson LLC
VA T 12266 Jefferson LLC
VAA Improvements LLC
Valley Properties Inc.
Valley Stream Green Acres
Vann Drive Partners

Vannett, Todd
Vbnet Investments I LLC
VEI Manager LLC
Ventura Gateway LLC
Ventura Petit LLC
Vereit Real Estate LP
Vero Beach Grand Oaks 2 LLC
Vero Beach Investment Group III
Vestal Shops LLC
VF9 Matt2 LLC
Victory Real Estate Investments LLC
Victory River Square LLC
Victory Village LLC
Vienna Shopping Center LP, The
Village at the Mall Holdings LLC
Village Mooresville Station LLC
Virginia Center Virginia Associates LLC
Vishal Kalmia Plaza LLC
W.H. Warehouse LLC
W/S Asset Management Inc.
Wal-Austin LLC
Walpert Proeprties Eternia LLC
Walt Whitman Road LLC
Waop LLC
Warner Robins Perlmix LLC
Warwick Devco LP
Watchung UE LLC
Watson Village Retail, LLC
Watumall Properties Corp.
Waverly Plaza Shopping Center Inc.
Wayne Towne Enterprises Ltd.
WBR 27810 Chagrin II LLC
Wbs Management And Acquisition Corp.
WCS Properties Business Trust
WDG Dallas LLC
Webster Bank NA
Wegmans Food Markets Inc.
Weingarten Northcross JV
Welling Realty LLC
Wells Property Number Five LLC
West County Investors LLC
Westbay Plaza LLC
Western Skies Management Inc.
Westgate Marketplace Developers LLC
Weston SCIP 2 LLC
Westphal Leasing LLC

Westside Village Shopping Center of Rome
    Inc.
Wetmore Plaza Shops LLC
WFD Investments LLC
Whalen Corp., The
Wheatland Family Trust
Wheaton Plaza Regional Shopping Center
    LLC
White Lane LLC
Whitehall Crossing D LLC
Whitestone REIT
Whitmire, Karla J.
Whitmire, R. Bryan
Who Is John Galt? LLC
Widewaters Country Squire Co. LLC
WIG Properties LLC
Wilmann Cos.
Wilshire Yale Enterprises
Wilson Amcap II LLC
Windsong Indianapolis LLC
Winston I & II LLC
Wiregrass Holdco LLC
Wishire Plaza LP
WKA Fairfax LLC
WLM-CB LLC
Wood Fayette Center LLC
Woodcrest Akers LLC
Woodcrest Capital LLC
Woodforest Mini-City Partners LP
World Class Property Co. LLC
WPG Wolf Ranch LLC
WRB 27810 Chagrin III LLC
WRI Trautmann LP
WSG Arundel One LLC
Wylds 1708 LLC
Wyndham Southlake Retail LLC
YEK #9 LLC
York Realty Investment LLC
Yosemite Park Shopping Center 05 A LLC
ZEG Ventures LLC
Zephyr LLC
ZRP Fishers Crossing LLC

# SCHEDULE 1(i)

## Lenders & Agents

Alter Domus (US) LLC
American Money Management Corp.
AmFin Financial Corp.
Arena Capital Advisors LLC
Bardin Hill
Bardin Hill Investment Partners LP
Bardin Hill Loan Management LLC
BC Partners Advisors LP
BC Partners LLP
Blue Owl Capital Inc.
Blue Owl Liquid Credit Advisors LLC
BMO Bank NA
CastleKnight Management LP
Citizens Bank NA
Co Finance II LVS II LLC
Co Finance LVS XII LLC
CO Finance LVS XLI LLC
D3V XI LLC
Fidelity Management & Research Co. LLC
FMR LLC
Garnett Station
Garnett Station Partners LLC
Global Atlantic Financial Group Ltd.
Guggenheim Partners Investment
    Management LLC
HG Vora Capital Management LLC
HG Vora Opportunistic Capital Master Fund
    II LP
HG Vora Special Opportunities Master Fund
    Ltd.
HPS Investment Partners LLC
HSBC Bank plc
HSBC Holdings plc
HVS XXXIV LLC
IFRG Investors II LP
IFRG Investors III LP
Intermediate Capital
Intermediate Capital Group plc
Irradiant Solutions Fund II LP
Irradiant Solutions Fund LP
Irradiant Solutions Mini-Master Fund II
    SCSP

Irradiant Solutions Mini-Master LP
JPMorgan BK Branch
JPMorgan Chase Bank NA
KAFRG Investors II LP
Kayne Solutions Fund LP
LCM Asset Management LLC
MJX Asset Management LLC
Monroe Capital LLC
Monroe Capital Management Advisors LLC
Morgan Stanley
Oaktree Capital Management LP
Octagon CR Investors LLC
Octagon Credit Investors LLC
Pacific Investment Management Co. LLC
PIF Onshore XVII LP
Rimrock Capital Management LLC
RSF XVIII LLC
Saratoga Capital Management LLC
Saratoga Partners
Whitefort Capital Management LP
Wilmington Trust NA

# SCHEDULE 1(j)

## **Litigation Parties**

Buddy's Mac Holdings LLC
Gale, Brian
Gazzo, Joseph F., III
Giffuni, Matthew
Health Advocate
Knight, Charles
Quadre Investment Advisors LLC

# SCHEDULE 1(k)

## **Material Contract Counterparties**

Capturis
ENGIE Resources LLC

# SCHEDULE 1(l)

## Material Suppliers & Vendors

A Team Sales LLC
Affordable Furniture Manufacturing LLC
Alani Nutrition LLC
American Agco (ADMC)
Animal Supply Co. Wholesome
Ashley Furniture Industries Inc.
Brodnax Printing Co. I LLC d/b/a Brodnax
    21c Printers
California Pet Partners LLC
Capstone Nutrition
Cramco Casual Dining
Crown Mark Imports Inc.
DAS LABS LLC
Elytus Ltd.
Enterprise FM Trust
Flexport Inc.
Florida State Games Inc.
Garden of Life
Generis Tek Inc.
Ghost LLC
Gorilla Mind
KFM247 Ltd.
Kith Furniture
Korber Supply Chain US Inc.
Lone Star Pet Supply Co.
LumiSource LLC
Marcone Appliance Parts Co.
Mars Petcare
Media Works Ltd.
Merrick Pet Foods Inc.
Meta Platforms Inc.
MMXXI Investments LLC
Nutrivo LLC
ODP Business Solutions LLC
One Stop Facilities Maintenance Corp.
Optimum Nutrition
Origin
Peak Living
Phillips Pet Food & Supplies
Planitretail LLC
Prime Hydration LLC
Pro-Form Laboratories

Quest Nutrition LLC
Raw Sport Supplement Co.
REDCON 1
Royal Canin
RYSE Up Sports Nutrition LLC
Seaboard International Forest Products LLC
Sealy Mattress Co.
Seminole Furniture
Steve Silver Co.
Uber Freight US LLC
Velosio LLC
Vitality Works Inc.
WEX Bank

# SCHEDULE 1(m)

## **Payroll & Benefits Providers**

Ameritas Life Insurance Co.
Anthem Blue Cross and Blue Shield
Concur Technologies Inc.
CorVel Corp.
Delta Dental Insurance Co.
Empyrean Benefit Solutions Inc.
ExpenseWire LLC
GCG Financial LLC
Globalization Partners LLC
Johns Hopkins Healthcare Solutions
Kaiser Hawaii
OptumRx Inc.
Paycom Software Inc.
Personify Health Inc.
Quest Diagnostics Inc.
Reliance Standard Life Insurance Co.
Securian Life Insurance Co.
Stealth Partner Group LLC
Teamster Local Union No. 43
UKG Inc.
UMR Inc.
WEX Health Inc.
Working Advantage

# SCHEDULE 1(n)

## **Potential Sale Transaction Counterparties**

[Confidential – Filed Under Seal]

# SCHEDULE 1(o)

## Taxing Authorities & Governmental and Regulatory Agencies

Aberdeen, City of (MD), Finance Department

Acworth, City of (GA), Tax Assessor's Office

Aiken, County of (SC), Assessor's Office

Alabama, State of, Department of Revenue

Alabama, State of, Unclaimed Property Division

Alachua, County of (FL), Property Appraiser - Fl

Alachua, County of (FL), Tax Collector

Alamance, County of (NC), Tax Department

Alameda, County of (CA), Assessor's Office

Alaska, State of, Department of Revenue

Alaska, State of, Unclaimed Property Division

Albany, County of (NY)

Albemarle, County of (VA), Assessor's Office

Alexandria, City of (VA), Tax Assessor's Office

Alief Independent School District (TX)

Allen, County of (IN), Assessor's Office

Anderson, County of (SC), Assessor's Office

Ann Arbor, City of (MI)

Ann Arbor, City of (MI), Assessing Division

Annapolis, City of (MD), Department of Finance

Anne Arundel, County of (MD), Animal Control

Anne Arundel, County of (MD), Department of Finance

Arizona, State of, Department of Revenue

Arizona, State of, Unclaimed Property Division

Arkansas, State of, Department of Finance & Administration

Arkansas, State of, Remote Seller Sales Tax Commission

Arkansas, State of, Unclaimed Property Division

Arlington Heights, Village of (IL)

Arlington, City of (TX)

Arlington, County of (VA), Tax Collector

Arlington, County of (VA), Treasurer

Arvada, City of (CO), Finance Department

Ashland, Town of (MA)

Ashland, Town of (MA), Assessor's Office

Ashland, Town of (MA), Board of Assessors

Aspen, City of (CO), Finance Department

Athol, Town of (MA), Board of Assessors

Auburn, City of (ME)

Auburn, Town of (MA), Assessor's Office

Aurora, City of (CO), Finance Department

Austin, City of (TX)

Avalara (IL)

Avon, Town of (CO), Finance Department

Babylon, Town of (NY)

Baltimore, City of (MD), Department of Finance

Baltimore, County of (MD)

Baltimore, County of (MD), Department of Assessments & Taxation

Bangor, City of (ME), Assessor's Office

Baton Rouge, Parish of (LA), Finance-Revenue Division

Bay, County of (FL), Property Appraiser

Baybrook Municipal Utility District #1 (TX)

Beauregard, Parish of (LA), Sheriff's Office, Sales Tax Department

Beckley, City of (WV)

Bedford, Town of (VA)

Bee, County of (TX), Tax Assessor, Michelle Matus

Bel Air, Town of (MD), Assessor's Office

Bell County Appraisal District (TX)

Benton, County of (WA), Assessor's Office

Berkeley, Township of (NJ)

Bernalillo, County of (NM), Assessor's Office

Bexar County Appraisal District (TX)

Bexar, County of (TX), Tax Assessor
Bibb, County of (GA), Tax Assessor's Office
Billerica, Town of (MA)
Billerica, Town of (MA), Assessor's Office
Birmingham, City of (AL), Tax & License Division
Boone, County of (KY), Fiscal Court
Boone, County of (KY), Property Appraiser
Boone, County of (KY), Property Valuation Administrator
Boone, Town of (NC)
Boston, City of (MA)
Boston, City of (MA), Assessing Department
Boulder, City of (CO), Finance Department
Braintree, Municipality of (MA)
Brazoria County Appraisal District (TX)
Breckenridge, Town of (CO), Finance Department
Brevard, County of (FL), Property Appraiser
Brevard, County of (TX), Tax Collector
Brighton, City of (CO), Finance Department
Brockton, City of (MA)
Brockton, City of (MA), Board of Assessors
Brookfield, Town of (CT), Tax Collector
Broomfield, City & County of (CO), Finance Department
Broward, County of (FL), Property Appraiser
Bucks, County of (PA), Weights & Measures
Buffalo, City of (NY), Office of Licenses
Buncombe, County of (NC), Tax Department
Burlington, City of (MA), Assessor's Office
Burlington, City of (NC)
Burlington, City of (NC), Finance Department
Burnet Central Appraisal District (TX)
Cabarrus, County of (NC), Tax Administration
Caddo Shreveport, (LA), Sales & Use Tax Commission
Calcasieu, Parish of (LA), Assessor's Office

Calcasieu, Parish of (LA), Sales & Use Tax Department
California, State of, Clerk of Courts
California, State of, Department of Tax & Fee Administration
California, State of, State Board of Equalization
California, State of, Unclaimed Property Division
CalRecycle
Cameron County Appraisal District (TX)
Canton, City of (OH)
Carbondale, Municipality of (CO), Finance Department
Carroll, County of (MD), Bureau of Assessment
Carroll, County of (MD), Department of Assessment & Taxation
Carrollton-Farmers Independent School District (TX)
Castle Pines, City of (CO), Clerk/Finance Department
Castle Rock, Town of (CO), Finance Department
Catawba, County of (NC),Tax Office
Centennial, City of (CO)
Centennial, City of (CO), Finance Department
Charles, County of (MD), Property Appraiser
Charleston, County of (SC), Assessor's Office
Charlotte, County of (FL), Property Appraiser
Chatham, County of (GA), Tax Assessor's Office
Chesapeake, City of (VA), Assessor's Office
Chesterfield, City of (VA), Treasurer's Office
Chesterfield, County of (VA)
Chesterfield, County of (VA), Assessor's Office
Chesterfield, Township of (MI), Assessing Department
Chicago, City of (IL)

Chicago, City of (IL), Department of
Finance

Chili, Town of (NY)

Citrus, County of (FL), Tax Collector

Clark, County of (NV), Assessor's Office

Clarksburg, City of (WV)

Clay, County of (FL), Property Appraiser

Clayton, County of (GA), Tax Assessor's
Office

Clear Creek Independent School District
(TX)

Cobb, County of (GA), Tax Assessor's
Office

Collier, County of (FL), Property Appraiser

Collier, County of (FL), Tax Collector

Collier, Township of (PA)

Collin County Appraisal District (TX)

Colonial Heights, City of (VA), Assessor's
Office

Colorado Springs, City of (CO)

Colorado Springs, City of (CO), Finance
Department

Colorado, State of, Central Finance
Department

Colorado, State of, Department of Revenue

Colorado, State of, Unclaimed Property
Division

Columbia, County of (FL), Tax Collector

Columbus, City of (OH)

Columbus, City of (OH), Treasurer

Commerce, City of (CO), Finance
Department

Connecticut, State of, Department of
Revenue Services

Connecticut, State of, Unclaimed Property
Division

Contra Costa, County of (CA), Assessor's
Office

Corporation Service Co. (IL)

Cortez, City of (CO), Finance Department

Coweta, County of (GA), Tax Assessor's
Office

Craig, Municpality of (CO), Finance
Department

Cranston, City of (RI)

Cranston, City of (RI), Tax Assessor's
Office

Cranston, City of (RI), Tax Collector

Crested Butte, City of (CO), Finance
Department

Cumberland Trail Fire District

Cumberland, County of (NC), Tax
Administration

Cumberland, County of (PA)

Cumru, Township of (PA)

Cuyahoga, County of (OH), Board of Health

Cypress-Fairbanks Independent School
District (TX)

Dacono, Municipality of (CO), Finance
Department

Dallas Central Appraisal District (TX)

Dallas, County of (TX), Tax Office

Davidson, County of (TN), Property
Assessor

Deerfield, Village of (IL)

Dekalb, County of (GA), Tax Assessor's
Office

Delaware, State of, Division of Revenue

Delaware, State of, Office of the Secretary
of State

Delaware, State of, Unclaimed Property
Division

Delta, Municipality of (CO), Finance
Department

Denton Central Appraisal District (TX)

Denton County Appraisal District (TX)

Denver, City of (CO), Department of
Finance

Denver, County of (CO), Assessor's Office

Des Plaines, City of (IL)

Douglas, County of (NE), Assessor's Office

Dowdell Public Utility District (TX)

Durango, City of (CO), Finance Department

Durham, County of (NC), Tax
Administration

Duval, County of (FL), Property Appraiser

East Baton Rouge, Parish of (LA),
Assessor's Office

e-Collect - PA

Edgewood, Borough of (PA)

El Paso Central Appraisal District (TX)

Elmwood Park, Village of (IL)
Enfield, Town of (CT), Assessor's Office
Englewood, City of (CO), Finance Department
Erie, County of (NY), Bureau of Weights & Measures
Erie, County of (NY), Comptrollers
Erie, County of (OH)
Escambia, County of (FL), Property Appraiser
Evans, City of (CO), Finance Department
Everett, City of (MA), Assessor's Office
Fair Lawn, Borough of (NJ)
Fair Lawn, Borough of (NJ), Health Department
Fairfax, City of (VA), Tax Assessor's Office
Fairfax, County of (VA), Tax Assessor's Office
Fairfield, Town of (CT), Assessor's Office
Fairhaven, Town of (MA)
Fairhaven, Town of (MA), Board of Assessors
Fairhaven, Town of (MA), Police Department
Fairlawn, City of (OH), Finance Department
Farmington, City of (CT), Tax Collector
Fayette, County of (KY), Property Appraiser
Fishers, City of (IN), Police Department
Flagler, County of (FL), Property Appraiser
Florence, City of (KY)
Florence, City of (KY), Property Appraiser
Florence, County of (SC), Tax Assessors Office
Florida, State of, Department of Agriculture & Consumer Services
Florida, State of, Department of Financial Services
Florida, State of, Department of Revenue
Florida, State of, Unclaimed Property Bureau
Forsyth, County of (GA), Tax Assessor's Office
Forsyth, County of (NC), Tax Administration
Fort Collins, City of (CO), Finance Department

Fort Wayne, City of (IN)
Fort Wayne, City of (IN), Violations Bureau
Framingham, City of (MA), Assessor's Office
Franklin, Town of (MA), Municipal Tax Collector
Fredericksburg, City of (VA), Assessor's Office
Frenchtown, Township of (MI), Assessor's Office
Fresno, County of (CA), Assessor's Office
Frisco, Town of (CO), Finance Department
Fulton, County of (GA), Tax Assessor's Office
Gaston, County of (NC), Tax Office
Georgia, State of, Department of Revenue
Georgia, State of, Unclaimed Property Division
Glassboro, Borough of (NJ)
Glendale, City of (CO), Finance Department
Glenwood Springs, City of (CO), Finance Department
Golden, City of (CO), Finance Department
Goose Creek Consolidated Independent School District (TX)
Grand Junction, City of (CO), Finance Department
Grapevine-Colleyville Independent School District (TX)
Greeley, City of (CO), Finance Department
Greene, County of (MO), Assessor's Office
Greenfield, City of (WI), Assessor's Office
Greenville, County of (SC), Tax Office
Greenwood Village, City of (CO), Finance Department
Grosse Pointe, City of (MI)
Grosse Pointe, City of (MI), Assessor's Office
Guadalupe, County of (TX), Tax Office
Guilford, County of (NC), Tax Department
Gunnison, City of (CO), Finance Department
Gurnee, Village of (IL)
Gwinnett, County of (GA), Tax Assessor's Office

Gypsum, Town of (CO), Finance Department

Hab Inc., Business Tax Privilege

Hall, County of (GA), Assessor's Office

Hall, County of (GA), Tax Assessor's Office

Hamilton, County of (IN), Assessor's Office

Hanover, County of (VA), Commissioner of the Revenue

Harford, County of (MD), Department of Budget & Finance

Harris County Appraisal District (TX)

Harrison, County of (WV), Assessor's Office

Haverhill, City of (MA)

Haverhill, City of (MA), Office of the Assessor

Hawaii, State of, Department of Taxation

Hawaii, State of, Tax Collector

Hawaii, State of, Unclaimed Property Division

Hays, County of (TX), Tax Assessor-Collector's Office

Hendricks, County of (IN), Assessor's Office

Hendry, County of (FL), Tax Collector

Henrico, County of (VA), Assessor's Office

Henry, County of (GA), Tax Assessor's Office

Hermitage, City of (PA)

Hermitage, City of (PA), Police Department

Hernando, County of (FL), Property Appraiser

Hernando, County of (FL), Tax Collector

Hidalgo County Appraisal District (TX)

Hillsborough, County of (FL), Property Appraiser

Hinds, County of (MS), Tax Assessor

Holyoke, City of (MA), Assessor's Office

Horry, County of (SC), Assessor's Office

Houston, County of (GA), Tax Assessor's Office

Howard, County of (MD), Property Tax Assessment Office

Humble Independent School District (TX)

Huntington, Town of (NY)

Idaho, State of, Tax Commission

Idaho, State of, Unclaimed Property Program

Illinois, State of, Department of Agriculture

Illinois, State of, Department of Revenue

Illinois, State of, Unclaimed Property Division

Imperial, County of (CA), Assessor's Office

Indian River, County of (FL), Property Appraiser

Indian River, County of (FL), Tax Collector

Indiana, State of, Department of Revenue

Indiana, State of, Unclaimed Property Division

Indianapolis, City of (IN)

Iowa, State of, Department of Agriculture

Iowa, State of, Department of Revenue

Iowa, State of, Sales/Use Tax Processing

Iowa, State of, Unclaimed Property Division

Iredell, County of (NC), Tax Collector Division

Jackson Bureau of Fire Safety Fire District #3

Jackson, County of (IN), Assessor - Personal Property

Jackson, County of (OR), Assessor's Office

Jackson, Township of (OH), Bureau of Fire Safety

James City, County of (VA), Commissioner of the Revenue

Jefferson, County of (TX), Appraisal District

Jefferson, Parish of (LA), Assessor's Office

Jefferson, Parish of (LA), Sheriff's Office Bureau of Revenue & Taxation Sales Tax Division

Johnson, County of (IN), Assessor's Office

Kansas, State of, Department of Revenue

Kansas, State of, Unclaimed Property Division

Kenton, County of (KY), Fiscal Court

Kenton, County of (KY), Animal Shelter

Kenton, County of (KY), Sheriff's Office

Kentucky, Commonwealth of, Department of Fish & Wildlife

Kentucky, Commonwealth of, Revenue Cabinet

Kentucky, Commonwealth of, Secretary of State
Kentucky, Commonwealth of, Treasurer
Kentucky, Commonwealth of, Unclaimed Property Division
Kern, County of (CA), Assessor's Office
Kerr County Appraisal District (TX)
Kerr, County of (TX), Tax Office
King, County of (WA), Assessor's Office
Kitsap, County of (WA), Assessor's Office
Kleburg, County of (TX), Tax Assessor, Melissa T. de la Garza
Knox, County of (TN), Property Assessor
La Junta, Municipality of (CO), Finance Department
Lafayette, Municipality of (CO), Finance Department
Lafayette, Parish of (LA), Assessor's Office
Lafayette, Parish of (LA), School Systemsales Tax Division
Lake, County of (IN), Assessor's Office
Lakewood, Municipality of (CO), Finance Department
Lancaster, County of (NE), Assessor's Office
Lane, County of (OR), Assessor's Office
Laredo, City of (TX), Assessor's Office
Larkspur, Town of (CO), Finance Department
Laurel, Township of (NJ), Assessor's Office
Lawrence, City of (MA)
Lawrence, City of (MA), Assessor's Office
Lee, County of (FL), Property Appraiser
Leominster, City of (MA), Assessor's Office
Leominster, City of (MA), Tax Assessor's Office
Leon, County of (FL), Property Appraiser
Lexington, County of (SC), Assessor's Office
Libertyville, Village of (IL)
Lincolnwood, Village of (IL)
Littleton, City of (CO), Finance Department
Livingston, Parish of (LA), Public School System
Livonia, City of (MI)
Livonia, City of (MI), Assessing Division

Lone Tree, City of (CO), Finance Department
Longmont, City of (CO), Finance Department
Lorain, City of (CA)
Los Angeles, County of (CA), Assessor's Office
Loudoun, County of (VA), Assessor's Office
Louisiana, State of, Department of Revenue, Sales Tax Return
Louisiana, State of, Unclaimed Property Division
Louisville, City of (CO), Finance Department
Loveland, City of (CO), Finance Department
Lunenburg, Town of (MA), Board of Assessors
Lynchburg, City of (VA), Assessor's Office
Lyndhurst, City of (OH)
Madison, City of (WI), Assessor's Office
Madison, County of (TN), Assessor's Office
Maine, State of, Office of the Treasurer
Maine, State of, Revenue Services
Maine, State of, Unclaimed Property Division
Manatee, County of (FL), Property Appraiser
Manheim, Township of (PA)
Manheim, Township of (PA), Police Department
Maricopa, County of (AZ), Assessor's Office
Marin, County of (CA), Assessor's Office
Marion, County of (FL), Tax Collector
Marion, County of (IN), Assessor's Office
Marion, County of (IN), Treasurer
Marlborough, City of (MA), Assessor's Office
Martin, County of (FL), Property Appraiser
Martin, County of (FL), Tax Collector
Maryland, State of, Clerk of Circuit Court
Maryland, State of, Clerk of the City Court
Maryland, State of, Comptroller, Sales & Use Tax

Maryland, State of, Department of
    Assessments & Taxation
Maryland, State of, Unclaimed Property
    Unit
Massachusetts, Commonwealth of
Massachusetts, Commonwealth of,
    Department of Revenue
Massachusetts, Commonwealth of,
    Unclaimed Property Division
McAllen, City of (TX), Assessor's Office
McLennan County Appraisal District (TX)
Mecklenburg, County of (NC), Assessor's
    Office
Medford, City of (MA)
Medford, City of (MA), Board of Assessors
Medway, Town of (MA), Municipal Tax
    Collector
Memphis, City of (TN), Tax Assessor's
    Office
Meridian, Township of (MI), Assessing
    Department
Merrionette Park, Village of (IL)
Mesquite, City of (TX), Tax Assessor's
    Office
Miami-Dade, County of (FL), Property
    Appraiser
Michigan, State of
Michigan, State of, Department of Treasury,
    Taxes
Michigan, State of, Unclaimed Property
    Division
Middletown, Township of (PA)
Midland Central Appraisal District (TX)
Milford, City of (CT), Assessor's Office
Milford, Town of (MA), Board of Assessors
Millburn, Township of (NJ), Board of
    Health
Minnesota, State of, Department of Revenue
Minnesota, State of, Unclaimed Property
    Program
Mississippi, State of, Department of
    Revenue
Mississippi, State of, Tax Commission
Mississippi, State of, Unclaimed Property
    Division
Missouri, State of, Department of Revenue

Missouri, State of, Unclaimed Property
    Section
Mobile, City of (AL)
Mobile, County of (AL), Revenue
    Commission
Monroe, City of (NC), Tax Office
Monroe, County of (NY)
Montana, State of, Department of Revenue
Montana, State of, Unclaimed Property
    Division
Monterey, County of (CA), Assessor's
    Office
Montgomery, County Appraisal District
    (TX)
Montgomery, County of (AL), Revenue
    Commission
Montgomery, County of (GA), Assessor's
    Office
Montgomery, County of (KY), Treasurer
Montgomery, County of (MD), Clerk of
    Circuit Court
Montrose, County of (CO), Finance
    Department
Morton Grove, Village of (IL)
Mount Pleasant, Village of (WI), Assessor's
    Office
Mountain Village, Town of (CO), Finance
    Department
Mt. Crested Butte, Town of (CO), Finance
    Department
Mt. Pleasant, Village of (WI)
Mundelein, Village of (IL)
Municipal Utility District #186 (TX)
Muscogee, County of (GA), Tax Assessor's
    Office
Narragansett, County of (RI), Tax
    Assessor's Office
Narrangasett, Town of (RI)
Nassau, County (NY), Police Department
Nassau, County of (NY)
Nassau, County of (NY), Consumer Affairs
Nassau, County of (NY), Treasurer
Natick, City of (MA), Board of Assessors
Nebraska, State of, Department of
    Agriculture
Nebraska, State of, Department of Revenue

Nebraska, State of, Unclaimed Property Division

Nevada, State of, Sales/Use Department

Nevada, State of, Unclaimed Property Division

Nevada, State of, Department of Taxation

New Hampshire, State of

New Hampshire, State of, Department of Agriculture

New Hampshire, State of, Department of Revenue - Administration Unit

New Hampshire, State of, Unclaimed Property Division

New Hanover, County of (NC), Tax Department

New Jersey, State of, Department of Fish & Wildlife

New Jersey, State of, Department of the Treasury

New Jersey, State of, Division of Taxation

New Jersey, State of, Division of Taxation - Pioneer Credit Recovery

New Jersey, State of, Divison of Consumer Affairs Office of Weights & Measures

New Jersey, State of, Unclaimed Property Division

New Jersey, State of, Weights & Measures Fund

New Mexico, State of, Taxation & Revenue Department

New Mexico, State of, Unclaimed Property Division

New Orleans, City of (LA)

New York, City of (NY)

New York, City of (NY), Department of Health & Mental Hygiene

New York, State of, Department of Agriculture

New York, State of, Department of Agriculture (NY)

New York, State of, Department of Taxation & Finance

New York, State of, First District Court of Nassau County

New York, State of, Sales Tax Processing

New York, State of, Unclaimed Property Division

Newington, City of (CT), Revenue Collector

Newport News, City of (VA), Assessor's Office

Newport News, City of (VA), Department of Finance

Newton, City of (MA), Assessor's Office

Norfolk, City of (VA), Assessor's Office

North Carolina, State of, Department of Agriculture & Consumer Services

North Carolina, State of, Department of Revenue

North Carolina, State of, Unclaimed Property Program

North Dakota, State of, Tax Commissioner

North Dakota, State of, Tax Department

North Dakota, State of, Unclaimed Property Division

North Haven, Town of (CT), Tax Collector

North Providence, City of (RI), Tax Assessor's Office

North Providence, Town of (RI)

North Reading, Town of (MA), Board of Assessors

Northampton, County of (PA)

Northglenn, City of (CO), Finance Department

Norwalk, City of (CT), Assessor's Office

Nueces County Appraisal District (TX)

Oakland, County of (MI), Equalization Division

Oconee, County of (GA), Tax Assessor's Office

Ohio Business Gateway (OH)

Ohio, State of, Department of Taxation

Ohio, State of, Unclaimed Property Division

Okaloosa, County of (FL), Property Appraiser

Okeechobee, County of (FL), Tax Collector

Oklahoma, County of (OK), Assessor's Office

Oklahoma, State of, Tax Commission

Oklahoma, State of, Unclaimed Property Division

Omaha, City of (NE)

Onondaga, County of (NY)
Onondaga, County of (NY), Department of Health
Onslow, County of (NC), Tax Office
Orange, County of (CA), Assessor's Office
Orange, County of (FL), Tax Collector
Oregon, State of, Unclaimed Property Division
Oregon, State of, Department of Revenue
Osceola, County of (FL), Property Appraiser
Osceola. County of (FL), Tax Collector
Oxford, Town of (MA)
Oxford, Town of (MA), Board of Assessors
Palm Beach, County of (FL), Property Appraiser
Parker, Town of (CO), Finance Department
Pasadena Independent School District (TX)
Pasco, County of (FL), Property Appraiser
Pasco, County of (FL), Tax Collector
Pasquotank, County of (NC), Tax Collector
Peabody, City of (MA), Assessor's Office
Pennsylvania, Commonwealth of
Pennsylvania, Commonwealth of, Unclaimed Property Division
Pennsylvania, State of, Department of Agriculture
Pennsylvania, State of, Department of Revenue
Philadelphia, City of (PA), Department of Revenue, Tax Center
Pickens, County of (SC), Assessor's Office
Pierce, County of (WA), Assessor's Office
Pima, County of (AZ), Assessor's Office
Pinellas, County of (FL), Property Appraiser
Pinellas, County of (FL), Tax Collector
Pitt, County of (NC), Tax Assessor's Office
Pittsfield, City of (MA)
Pittsfield, City of (MA), Board of Assessors
Pittston, Township of (PA)
Placer, County of (CA), Assessor's Office
Platte, County of (MO), Assessor's Office
Polk, County of (FL), Property Appraiser
Portage, City of (MI)
Porter, County of (IN), Treasurer
Prince George's County, County of (MD), Office of Finance

Prince William, County of (VA), Tax Assessor's Office
Pueblo, City of (CO)
Pueblo, City of (CO), Finance Department
Puerto Rico, Commonwealth of, Department of Treasury
Pulaski, County of (AR), Tax Assessor's Office
Quincy, City of (MA)
Quincy, City of (MA), Assessor's Office
Raleigh, County of (WV), Assessor
Raynham, City of (MA), Tax Collector
Rensselaer, County of (NY), Weights & Measures
Rhode Island, State of
Rhode Island, State of, Department of Revenue
Rhode Island, State of, Division of Taxation
Rhode Island, State of, Recycling Council
Rhode Island, State of, Unclaimed Property Division
Richland, County of (SC), Assessor's Office
Richmond, County of (GA), Tax Assessor's Office
Ridgway, Town of (CO), Finance Department
Rifle, City of (CO), Finance Department
Riverside County (CA), Assessor's Office
Roanoke, City of (VA), Assessor's Office
Rochester, City of (NH)
Rockdale, County of (GA), Tax Assessor's Office
Rockland, County of (NY), Commisioner of Finance
Rockwall, County of (TX), Central Appraisal District
Rutherford, County of (TN), Assessor's Office
Sacramento, County of (CA)
Sacramento, County of (CA), County Assessor's Office
Salem, City of (VA), Treasurer's Office
Salisbury, City of (MA), Assessor's Office
San Antonio, City of (TX)
San Bernardino, County of (CA), Assessor's Office

San Diego, County of (CA), Assessor's Office

San Francisco, City of (CA), Assessor-Recorder's Office

San Mateo, County of (CA), Assessor's Office

Santa Barbara, County of (CA), Assessor's Office

Santa Clara, County of (CA), Assessor's Office

Santa Fe, County of (NM), Assessor's Office

Sarasota, County of (FL), Property Appraiser

Saugus, City of (MA), Assessor's Office

Savannah, City of (GA), Tax Assessor's Office

Schenectady, County of (NY)

Sebastian, County of (AR), Tax Assessor's Office

Seguin, City of (TX)

Seminole, County of (FL), Property Appraiser

Seminole, County of (FL), Tax Collector

Shasta, County of (CA), Assessor's Office

Shelby, County of (TN), Assessor's Office

Sheridan, City of (CO), Finance Department

Shrewsbury, Town of (MA), Assessor's Office

Silverthorne, Town of (CO), Finance Department

Skagit, County of (WA), Assessor's Office

Smith County Appraisal District (TX)

Smithtown, Town of (NY)

Snohomish, County of (WA), Assessor's Office

Snowmass Village, City of, Finance Department

Solano, County of (CA), Assessor's Office

South Bend, City of (IN)

South Carolina, State of, Department of Commerce

South Carolina, State of, Department of Revenue

South Carolina, State of, Unclaimed Property Program

South Dakota, State of, Department of Revenue

South Dakota, State of, Unclaimed Property Division

South Lyon, City of (MI), Assessing Department

South Portland, City of (ME), Assessor' Office

South Windsor, Town of (CT), Assessor's Office

Spartanburg, County of (SC), Assessor's Office

Spokane, County of (WA), Assessor's Office

Springfield, Township of (OH), Fire Department

St. Charles, County of (MO), Assessor's Office

St. Clair Shores, City of (MI)

St. Clair Shores, City of (MI), Assessing Department

St. Johns, County of (FL), Property Appraiser

St. Joseph, County of (IN), Assessor's Office

St. Joseph, County of (IN), Treasurer

St. Joseph, Township of (IN), Treasurer

St. Louis, County of (MO), Assessor's Office

St. Lucie, County of (FL), Property Appraiser

St. Lucie, County of (FL), Tax Collector

St. Tammany, Parish of (LA), Assessor's Office

St. Tammany, Parish of (LA), Tax Collector

Stamford, City of (CT), Assessor's Office

Stanislaus, County of (CA), Assessor's Office

Steamboat Springs, Municipality of (CO), Finance Department

Sterling, Municipality of (CO), Finance Department

Stoneham, Town of (MA)

Stow, City of (OH)

Suffolk, County of (NY)

Suffolk, County of (NY), Police Department

Summit, County of (OH), Public Health
Sumter, County of (SC), Assessor's Office
Tangipahoa, Parish of (LA), School Systemsales Tax Division
Tarrant Appraisal District (TX)
Tedder, Joe G., Polk County Tax Collector
Telluride, Town of (CO), Finance Department
Tennessee, State of, Department of Revenue
Tennessee, State of, Unclaimed Property Division
Texas, State of, Comptroller
Texas, State of, Department of Agriculture
Texas, State of, Department of Revenue
Texas, State of, Unclaimed Property Division
The Branch, Village of (NY)
Thornton, Municipality of (CO), Finance Department
Thurston, County of (WA), Assessor's Office
Timnath, Town of (CO), Finance Department
Tippecanoe, County of (IN), Assessor's Office
Toledo, City of (GA)
Travis Central Appraisal District (TX)
Tulare, County of (CA), Assessor's Office
Tulsa, County of (OK), Assessor's Office
Tuscaloosa, County of (AL), Revenue Commission
Union, County of (NC), Tax Office
United Independent School District (TX)
United States Virgin Islands, Territory of (US), Unclaimed Property Division
United States, Government of the, Department of the Treasury - Internal Revenue Service
United States, Government of the, Internal Revenue Service
United States, Government of the, Securities & Exchange Commission
United States, Government of the, Treasury Department
Utah, State of, Department of the Treasury
Utah, State of, State Tax Commission

Utah, State of, Unclaimed Property Division
Utah, State of, Department Of Revenue
Vail, Town of (CO), Finance Department
Vanderburgh, County of (IN), Assessor's Office
Ventura, County of (CA), Assessor's Office
Vermont, State of (VT), Department of Taxes
Vermont, State of, Unclaimed Property Division
Victoria, County of (TX), Tax Office
Vienna, City of (WV)
Vienna, Town of (VA)
Virginia Beach, City of (VA), Assessor's Office
Virginia, Commonwealth of, Unclaimed Property Division
Virginia, State of, Department of Taxation
Virginia, State of, Department of Revenue
Volusia, County of (FL), Property Appraiser
Volusia, County of (FL), Revenue Divison
Wake, County of (NC), Tax Administration Department
Wallington, Borough of (NJ), Board of Health
Waltham, City of (MA)
Waltham, City of (MA), Board of Assessors
Waltham, City of (MA), Health Department
Warren, City of (MI), Assessors Office
Warren, County of (KY), Property Valuation Administrator
Warren, County of (KY), Tax Assessor's Office
Warwick, City of (RI), Tax Assessor's Office
Washington, County of (TN), Assessor's Office
Washington, D.C.
Washington, District of Columbia, Office of Tax and Revenue
Washington, State of, Department of Revenue
Washington, State of, Unclaimed Property Section
Washington, Township of (IN), Treasurer
Washoe, County of (NV), Assessor's Office

Watauga, County of (NC), Tax Administration

Water Control and Improvement District #145 (TX)

Waukegan, City of (IL)

Wauwatosa, City of (WI), Assessor's Office

Wayne, County of (NC), Tax Department

Webb County Appraisal District (TX)

Weirton, City of (WV)

West Goshen, Township of (PA)

West Park Municipal Utility District (TX)

West Springfield, Town of (MA)

West Springfield, Town of (MA), Board of Assessors

West Virginia, State of, Department of Agriculture

West Virginia, State of, Tax Department, Tax Account Administration Division

West Virginia, State of, Unclaimed Property Division

West Virginia, State of, Department of Revenue

Westerville, City of (OH)

Westminster, City of (CO), Finance Department

Westminster, City of (MD)

Westminster, City of (MD), Assessor's Office

Westmoreland, County of (PA), Office of the Treasurer

Westshore Regional Police Department (PA)

Whatcom, County of (WA), Assessor's Office

Wheat Ridge, City of (CO), Finance Department

Whitehall, Township of (PA)

Wicomico, County of (MD), Property Tax Office

Williamson Central Appraisal District (TX)

Williamson County Appraisal District (TX)

Willowick, City of (OH)

Winchester, City of (VA), Commissioner of the Revenue

Windsor, Town of (CO), Finance Department

Winter Park, Municipality of (CO), Finance Department

Wisconsin, State of, Department of Revenue

Wisconsin, State of, Unclaimed Property Unit

Woburn, City of (MA), Assessor's Office

Wood, County of (WV), Sheriff, Treasurer Office

Woodland Park, Municipality of (CO), Finance Department

Wooster, City of (OH)

Wyoming, State of, Department of Revenue

Wyoming, State of, Unclaimed Property Division

York, County of (SC), Assessor's Office

Ypsilanti, Township of (MI), Assessing Department

Yuma, County of (AZ), Assessor's Office

# SCHEDULE 1(p)

## Top Unsecured Creditors

Albany Industries Inc.
Alphia Inc.
Aquatic & Reptile - Central Garden & Pet
Arizona Nutritional Supplements
Assurant Inc.
Atrium Innovations Inc.
Champion Petfoods USA
Climatic Home Products
Coyote Logistics
Delta Furniture
Earth Animal Ventures
EHPLABS LLC
Elanco US Inc.
Elements International Group LLC
EMA Electrolux/Frigidaire
Federal Warranty Service Corp.
Force Factor Brands LLC
GE Appliances
General Electric Co.
Google
Haier US Appliance Solutions Inc.
Hartz Mountain - VMX
Hill's Pet Nutrition
KONG Co.
Living Style (Singapore) Pte. Ltd.
Lowe's Cos. Inc.
M.I. Industries Inc.
Madix Inc.
Midwestern Pet Foods Inc.
Muebles Briss SA de CV (Marby)
Natural Balance Pet Foods Inc.
Nestle Purina PetCare Co.
Nestle USA
NNN REIT LP
Open Farm Inc.
Order Groove Inc.
Orgain
O'Rourke Bros. Inc.
O'Rourke Sales Co.
Peak Living Inc.
Phillips Feed & Pet Supply
Premier Nutrition Co. LLC

Radio Systems Corp.
Sealy Mattress Manufacturing Co.
Simmons Pet Food Inc.
Solstice Sleep Co.
Spectrum Brands Pet LLC
Standard Furniture Manufacturing Co. Inc.
Stella & Chewy's LLC
Surest/UnitedHealthcare Inc.
Titanic Furniture
Transform Holdco LLC (3PL)
UPS (Ocean Freight)
Vitamin Well USA LLC
Walker, Jennifer
Wellness Pet LLC
Weruva International Inc.
Whirlpool Corp.
Zinatex Imports Inc.

# SCHEDULE 1(q)

## U.S. Trustee Personnel, Judges, and Court Staff

Attix, Lauren
Bates, Malcolm M.
Casey, Linda
Cudia, Joseph
Dice, Holly
Dorsey, John T.
Dortch, Shakima L.
Fox, Rosa
Fox, Timothy J., Jr.
Giordano, Diane
Girello, Michael
Goldblatt, Craig T.
Green, Christine
Hackman, Benjamin
Horan, Thomas M.
Jones, Nyanquoi
Konde, Hawa
Leamy, Jane
Lipshie, Jonathan
McCollum, Hannah M.
McMahon, Joseph
Nyaku, Jonathan
O'Malley, James R.
Owens, Karen B.
Richenderfer, Linda
Schepacarter, Richard
Serrano, Edith A.
Shannon, Brendan L.
Sierra-Fox, Rosa
Silverstein, Laurie Selber
Stickles, J. Kate
Thomas, Elizabeth
Vara, Andrew R.
Walrath, Mary F.
Wynn, Dion

# SCHEDULE 1(r)

## Utility Providers

1000 Boston Turnpike LLC
4100 Tomlynn Street TIC LLC
65 Holmes Investment Partners LLC
8x8 Inc.
900-71 LLC
AEP-Appalachian Power
Aep-Columbus Southern Power
Aep-Indiana Michigan Power
Aep-Ohio Power
Aes Indiana
Aes Ohio
Aiken, City of (SC)
Alabama Power Co.
Alabama Power Co., Birmingham Division
Albany, City of (NY), Utilities
Albuquerque Bernalillo County Water
    Utility Authority (NM)
Algonquin, Village of (IL)
Allegany, Town of (NY)
Allen, City of (SC), Utility Department
Alliance, City of (OH), Water Utility
Altoona, City of (PA), Water Authority
Amarillo, City of (TX)
Ameren Illinois Co.
American Electric Power Co. Inc.
American Water & Energy
AmeriGas Inc.
Amigo Energy
Anmoore, Town of (WV)
Annapolis, City of (MD)
Anne Arundel, County of (MD), Water &
    Wastewater Service
APG&E
Apopka, City of (FL)
Appalachian Power Co.
Aqua Indiana Inc.
Aqua New Jersey Inc.
Aqua Ohio Inc.
Aqua Pennsylvania Inc.
Ardmore, City of (OK)
Arizona Public Service Co.
Arkansas Oklahoma Gas Corp.

Arlington Heights, Village of (IL)
Arlington, Coutny of (VA), Utilities
Artesian Water Co. Inc.
AT&T (Orange)
AT&T U-Verse
Athol, Town of (MA)
Atlanta, City of (GA), Department of
    Watershed Management
Atlantic City Electric Co.
Atmos Energy Corp.
Auburn Hills, City of (MI), Lockbox
Auburn Water District (MA)
Augusta, City of (GA), Utilities Department
Austell Natural Gas System (GA)
Austin, City of (TX)
Avista Utilities Inc.
Avon, City of (OH), Utilities
AW Billing Service LLC
Bakersfield, City of (CA)
Baltimore Gas & Electric Co.
Bangor Gas Co. LLC
Bangor Water District (ME)
Bangor, City of (ME)
Bardstown, City of (KY)
Batesville, City of (IN), Water Utilities
Baton Rouge Water Co., Utility Payment
    Processing
Battle Creek, City of (MI)
Baybrook Municipal Utility District #1 (TX)
Baytown, City of (TX)
BCWSD
Beckley, City of (WV), Sanitary Board
Bedford, Town of (NH)
Beeville, City of (TX)
Bellevue, City of (WV), Treasurer
Bellevue, City of (WV), Water Department
Bellingham, City of (WA), City Finance
    Director
Bellmead, City of (TX)
Belmont County Water & Sewer District
    (OH)
Benton Public Utility District (WA)

Berkshire Gas Co., The
Berwyn, City of (IL)
Billerica, Town of (MA)
Black Hills Energy Inc.
Bloomingdale, Village of (IL)
Bloomington, City of (IL)
Bloomington, City of (IN)
Boca Raton, City of (FL)
Bonita Springs Utilities Inc.
Boone, Town of (NC)
Bostick Development LC
Bowling Green Municipal Utilities (KY)
Boynton Beach, City of (FL)
BP Energy Retail Co. LLC
Braintree Electric Light Department (MA)
Brea, City of (CA)
Brick, Township of (NJ), Municipal Utilities
    Authority
Bridgeport, City of (WV)
Brighton, City of (MI)
BrightRidge
Brockton, City of (MA)
Brodhead Creek Regional Authority (PA)
Broken Arrow, City of (OK)
Brooksville, City of (FL)
Brownsville Public Utilities Board (TX)
Bryan Texas Utilities (TX)
Bryant, City of (AR)
Buda, City of (TX)
Buffalo Water District (NC)
Buford, City of (GA)
Builders Inc. - Commercial Division
Burk Collins & Co. Inc.
Burlington Municipal Waterworks (IA)
Burlington, City of (WA)
Burlington, Township of (NJ), Water &
    Sewer Utility
Burnsville, City of (MN)
Butler, Borough of (NJ), Electric
    Department
California Water Service Co.
California Water Service Co. - Salinas
California Water Service Co. - San Mateo
California Water Service Co. - Visalia
California, State of, Imperial Irrigation
    District

Calumet City, City of (IL)
Camden County Municipal Utilities
    Authority (NJ)
Canadian Valley Electric Cooperative Inc.
Canton, City of (OH), Utilities
Cape Fear Public Utility Authority (NC)
Cary, Town of (NC)
Cascade Natural Gas Corp.
Caseyville, Township of (IL), Water And
    Sewage System
Casselberry, City of (FL)
Cedar Golden Triangle LLC
Cedar Hill, City of (TX), Utility Services
Centerpoint Energy Inc.
Centerpoint, Unincorporated Community of
    (OH)
Central Georgia Electric Membership Corp.
Central Hookset Water Precinct (NH)
Central Hudson Gas & Electric Corp.
Central Maine Power
Centurylink Communications LLC
Cerritos, City of (CA)
Chardon, City of (OH
Charles, County of (MD), Government
Charleston Water System (SC)
Charlotte, City of (NC)
Charlotte, County of (FL), Utilities
    Department
Charlottesville, City of (VA)
Charter Communications Inc.
Chattanooga Gas Co.
Chattanooga, City of (TN)
Chesapeake Utilities Corp.
Chester Water Authority (PA)
Chicago, City of (IL), Department of Water
Chillicothe, City of (OH), Utilities
    Department
Cirro Energy Services Inc.
Citizens Energy Group
Citrus Heights Water District (CA)
City Finance Director
Clackamas River Water
Clackamas Water Environment
Clark Regional Wastewater District (WA)
Clark, County of (WA), Public Utilities
Clark, Township of (NJ)

Clarksville, City of (TN), Department of Electricity
Clarksville, City of (TN), Gas & Water Department
Clay Electric Cooperative Inc.
Clay, County of (FL), Utility Authority
Clayton County Water Authority
Clearwater, City of (FL)
Cleco Power LLC
Clermont, City of (FL)
Cleveland, City of (OH)
Cleveland, City of (OH), Division of Water
Clewiston, City of (FL)
Coachella Valley Water District
Cobb Electric Membership Corp.
Cocoa, City of (FL)
Cocoa, City of (FL), Utilities
Coeur D'Alene, City of (ID)
Colorado Springs Utilities
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Gas of Ohio
Columbia Gas of Pennsylvania
Columbia Gas of Virginia
Columbia, City of (MO)
Columbia, City of (MO), Solid Waste Utility
Columbia, City of (SC)
Columbia, City of (SC), Water
Columbus - City Treasurer
Columbus Water Works
Comcast Cable
ComfortSystems of Duluth (MN)
Commonwealth Edison Co.
Concord, City of (NC)
Connecticut Natural Gas Corp.
Connecticut Water Service Inc.
Connexus Energy
Conserve LLC
Consolidated Edison Inc.
Consolidated Electric Cooperative Inc.
Constellation Energy Corp.
Consumers Energy Co.
Conway Corp.
Coon Rapids, City of (MN)
Corona, City of (CA)
Corporate Services Consultants LLC

Corpus Christi, City of (TX)
Countryside, City of (IL)
Cox Communications Inc.
CPS Energy
Cranberry, Township of (PA)
Crawfordsville Electric Light & Power
Crawfordsville Utilities
Cuyahoga Falls, City of (OH)
CWP/Arlington LLC
Dade, City of (FL), Utility Billing Department
Dallas, City of (TX)
Dania Beach, City of (FL)
Danville, City of (VA)
Davenport, City of (IA)
Daviess County Water District (KY)
Decatur, City of (IL)
Deerfield, Village of (IL)
Defiance, City of (OH)
Dekalb, County of (GA), Finance
DeLand, City of (FL), Utilities
Delaware, City of (OH)
Delmarva Power
Delray Beach, City of (FL)
Delta, Charter Township of (MI)
Denton County Electric Cooperative Inc.
Denton, City of (TX)
Denver Water (CO)
Destin Water Users Inc.
Direct Energy
Dixie Electric Cooperative Inc.
Dominion Energy Inc.
Dominion Energy North Carolina
Dominion Energy South Carolina
Dominion Energy VA &NC Power
Dominion Energy/27031
Dominion VA/NC Power/26543/26666
Dothan Utilities (AL)
Douglasville-Douglas, County of (GA)
Dover, City of (DE), Utility
Downey, City of (CA)
Doylestown, Township of (PA), Municipal Authority
DSSS
DTE Energy Co.
Dublin San Ramon Services District (CA)

Dublin, City of (OH)
Duke Energ Corp.
Duke Energy Carolinas
Duke Energy Corp.
Duke Energy Florida
Duke Energy Indiana
Duke Energy Kentucky
Duke Energy Ohio
Duke Energy Progress
Duke Energy (813 E Semoran)
Duke Energy/1094
Duke Energy/1326/1327
Dupage, County of (IL), Public Works
Duquesne Light Co.
Easley Combined Utilities (SC)
East Hanover, Township of (NJ)
East Point, City of (GA)
Eastern Propane & Oil
Eastlake Edison, Town of (AZ)
ECUA (FL)
Edge Utilities Ltd.
El Paso Electric
El Paso Water Utilities Inc.
Electric Power Board
Electric, City of (SC), Utilities
Elizabeth City, City of (NC)
Elizabethtown Gas
Elizabethtown Utilities (NJ)
Elk River Public Utility District (TN)
Elmwood Park, Village of (IL)
Elyria Cobblestone
Elyria, City of (OH), Public Utilities
    Department
Enbridge Gas Ohio
Energy Cooperative, The
ENGIE Resources LLC
Entelegent Solutions Inc.
Entergy Arkansas
Entergy Gulf States LA LLC/8103
Entergy Gulf States Louisiana
Entergy Louisiana Inc.
Entergy Mississippi Inc.
Entergy Mississippi, Inc.
Entergy Texas Inc.
Ephrata, Borough of (PA)
Erie County Water Authority (NY)

Erie Water Works
Erie, County of (NY), Sewer & Water
Eugene Water & Electric Board (OR)
Eustis, City of (FL)
Evansville Water & Sewer Utility (IN)
Everett Utilities, City of (WA)
Evergreen Park, Village of (IL)
Evergy Inc.
Evergy KS MO Metro MO West
Evergy Metro
Eversource CT Electric
Eversource Energy
Eversource Energy 660753/56007
Eversource Energy/56002
Eversource Energy/56003
Eversource Energy/56004
Eversource Energy/56005
Eversource NH
Eversource Nstar
Eversource/55215
Fair Lawn, Borough of (NJ), Water
    Department
Fairport, Village of (NY), Municipal
    Commission
Fall River, City of (MA)
Falls Authority, Township of (PA)
Fayetteville Public Works Commission
    (NC)
Fayetteville, City of (NC), Public Works
    Commission
FB SVF Riva Annapolis
First Utilities District of Knox County (TN)
Fishers Sewer Utility (IN)
Flint EMC
Flint, Township of (MI)
Florence, City of (KY)
Florence, City of (SC)
Florence, Township of (NJ), Water & Water
    & Sewage Department
Florida Power & Light Co.
Florida Public Utilities/825925
Fort Collins, City of (CO), Utilities
Fort Hill Natural Gas Authority (FL)
Fort Lauderdale, City of (FL)
Fort Pierce Utilities Authority (FL)
Fort Smith, City of (AR)

Fort Wayne, City (IN), Utilities
Fort Worth, City of (TX), Water Department
Four Rivers Sanitation
Frankfort Plant Board
Franklin, City of (TN)
Frederick County of (MD), Division of
    Utilities
Fredericksburg, City of (VA)
Freehold, Township of (NJ)
Freepoint Energy Solutions LLC
Fremont Water Office
Frenchtown Water
Frontier Utilities
Fuquay-Varina, of (NC)
Fusion Cloud Services LLC
Gainesville Regional Utilities
Galesburg, City of (IL)
Gas South
Gastonia, City of (NC)
GCP Boom LLC
Geneva, City of (IL)
Georgetown, City of (TX)
Georgia Natural Gas Co.
Georgia Natural Gas Services
Georgia Power
Geostar Communications
Gexa Energy
Giant Food Stores LLC
Gilbert, Town of
Glassboro, Borough of (NJ)
Glendale, City of (CA)
Glendale, City of (CA), Water & Power
Golden State Water Co.
Goldsboro, City of (NC)
Goodlettsville, City of (TN)
Grand Rapids, City of (MI), Treasurer
Grand Strand Water & Sewage
Granite Telecommunications LLC
Greater Cincinnati Water Works
Greater Johnstown Water Authority
Green Mountain Power Corp.
Greene County Sanitary Engineering
    Department
Greenville Utilities Commission
Greenville Water System
Greenwood Sanitation Department

Greer Commission of Public Works
Greystone Power Corp.
GS Centennial LLC
Guardian Water & Power
Gurnee, Village of (IL)
Haines City, City of (FL), Utilities
Hampton Roads Sanitation District
Hampton Roads Utility Billing
Hancock-Wood Electric Cooperative Inc.
Hanover County Public Utilities
Hardin County Water District #2
Harford, County of (MD)
Harris County WCID No. 36
Hartville, Village of (OH)
Hawaiian Electric Industries Inc.
Helena Utility Board (AL)
Helix Water District (CA)
Henderson, City of (KY)
Henrico, County of (VA)
Hermitage, City of (PA)
Hernando, County of (FL), Utilities
Hialeah, City of (FL), Department of Water
    & Sewerf
Hickory, City of (NC)
High Point, City of (NC)
Highland Water & Sewer & Water
    Authority (PA)
Hillsboro, City of (OR)
Hixson Utility District (TN)
Holmdel, Township of (NJ), Sewer
    Department
Holyoke, City of (MA), Gas & Electric
    Department
Homeland Park Water & Water & Sewage
    (SC)
Homestead, City of (FL)
Hope Gas Inc.
Horn Lake Water Association Inc.
Houston, City of (TX), Water/Wastewater
    Operations
HRSD/HRUBS
Huber Heights, City of (OH)
Hudson Energy Services LLC
Huntington Beach, City of (CA)
Huntsville, City of (AL)
Huntsville, City of (AL), Utilities

Idaho Power Co.
Illinois American Water Co.
Illuminating Co., The
Immokalee, City of (FL), Water & Sewer
Independence, City of (MO)
Indian River, County of (FL), Utilities
Indiana American Water Co. Inc.
Indiana Michigan Power Co.
Intermountain Gas Co.
Interstate Power & Light Co.
Inverness, City of (IL), Utility
Iowa American Water Co.
Irving, City of (TX)
Jackson Electric Membership Corp. (GA)
Jackson Energy Authority (TN)
Jackson, Township of (NJ), Municipal
    Utilities Authority
Jacksonville, City of (NC)
JEA
Jea - Jacksonville Electric
Jefferson, City of (MO), Utilities
Jefferson, County of (AL)
Jefferson, County of (AL), Sewer Service
    Fund
Jefferson, Parish of (LA)
Jersey Central Power & Light Co.
Joe Amato Ventures LP
Joplin, City of (MO)
Jordan Tax Service Inc.
Jordan, Township of (PA), Tax Service
JSM Land Group LLC
Jupiter, Town of (FL)
Just Energy Group Inc.
JXN Water Inc.
Kansas Gas Service Co. Inc.
Kansis, City of (MO), KC Water Services
Kelly, Township of (PA), Municipal
    Authority
Kennewick, City of (WA)
Kentucky American Water Co. Inc.
Kerrville Public Utility Board (TX)
Kingsport, City of (TN)
Kingsville, City of (TX)
Kinsman Investors
Kissimmee, City of (FL), Utility Authority
Kootenai Electric Cooperative Inc.

KUB- Knoxville Utilities Board
KUB-Knoxville Utilities Board
KU-Kentucky Utilities
KU-Kentucky Utilities Co.
Lafayette, City of (IN)
Lafayette, City of (LA), Utilities Systems
Lake Charles, City of (LA), Water Division
Lake City, City of (MN), Utility
Lake Zurich, Villagre of (IL)
Lake, County of (IL), Department of Public
    Works Il
Lake, County of (OH), Department of
    Utilities
Lakeland Electric, City of (FL)
Lakeview Light & Power Co. (WA)
Lakewood, City of (CA)
Lancaster, City of (OH), Utilities Collection
    Office
Land O Lakes Recycling
Lansing, City of (MI), Board of Water &
    Light
Latrobe, City of (PA), Municipal Authority
Lawton, City of (OK)
Layton, City of (UT), Utilities
LCEC
Lees Summit, City of (MO), Water Utility
Lemoyne, Borough of (PA)
Lenoir City, of (TN), Utilities Board
Leominster, City of (MA)
Levittown WD
Lexington, Town of (SC)
Lexington-Fayette, Urban County of, (KY)
LG Realty Advisors Inc.
LG&E - Louisville Gas & Electric
Liberty Utilities
Liberty Utilities - NH
Liberty Utilities Georgia
Liberty Utilities Missouri
Liberty Utilities New York/75463
Liberty Utilities/219094
Lima, City of (OH), Utilities
Lincoln Associates
Lincoln, City of (NE), Electric System
Lincolnwood, Village of (IL)
Littleton Electric Light & Water Department
    (MA)

Livonia, City of (MI)
Livonia, City of (MI), Water & Sewer
    Division
Long Beach, City of (CA)
Lorain, City of (OH), Water
Los Angeles, City of (CA), Department of
    Water & Power/30808
Louisville Gas & Electric
Louisville Water Co. (KY)
Louisville Water Co. RPPS
Loves Park, City of (IL), Water Department
Lower Bucks, County of (PA)
Lubbock, City of (TX), Utilities
Lynn Haven, City of (FL)
Lynnwood, City of (WA)
Macon Center LLC
Macon Water Authority (GA)
Madison Gas & Electric Co.
Madison Suburban Utility District
Madison Water & Sewage
Madison, City of (WI), City Treasurer
Mallory Valley Utility District
Manchester Township Sewer
Manchester Water Works
Mansfield Power & Gas
Marble Falls, City of (TX)
Marietta Power
Marlborough, City of (MA)
Martin County Utilities
Maryland American Water Co.
Matteson, Village of (IL)
McAllen Public Utilities
McAllen Public Utility
McCarty Co.
McHenry, City of (IL)
Melrose Park, Village of (IL)
Memphis Light, Gas & Water Division
Menards Properties Division
Merrillville Conservancy District
Merrionette Park, Village of (IL)
Metro St Louis Sewer District
Metro Water Services
Metro Water Services Tennessee
Metropolitan District, The (CT)
Metropolitan Edison Co.
Metropolitan St. Louis Sewer Dist 437

Metropolitan Utilities District
Miami-Dade Water & Sewer Department
Michigan Gas Utilities
MidAmerican Energy Co.
Middle Tennessee Electric
Midland, City of (TX)
Milford Water Department
Milwaukee, City of (WI)
Minnesota Gas Co.
Minnesota Power
Mishawaka Utilities
Missouri American Water
MKPV1 LLC
Modesto Irrigation District
Modesto, City of (CA)
Mohawk Valley Water Authority
Mon Power
Monongahela Power
Monroe County Water Authority
Monroe, City of (MI)
Monroe, City of (NC)
Monroeville Municipal Authority
Montgomery County Environmental
    Services
Montgomery Water Works & Sanitary
    Sewer Board
Mooresville, Town of (IN)
Mooresville, Town of (NC)/602113
Morganton, City of (NC)
Morrow, City of (GA)
Morton Grove, Village of (IL)
Moulton Niguel Water
Mount Laurel Municipal Utilities Authority
Mount Pleasant Sewer Utility District No 1
Mount Pleasant Waterworks
Mount, Town of, Airy W&S Fund
Mountaineer Gas Co.
Mt. Vernon, City of (IL)
Muncie Sanitary District
Mundelein, Village of (IL)
Municipal Authority of Westmoreland
    County
Municipal Services Commission
Nampa, City of (ID)
Naperville, City of (IL)
Narragansett Electric Co., The

Nashua Waste Water System
Nashville Electric Service
National Exemption Service LLC
National Fuel Gas Co.
National Fuel/371835
National Grid - 371396
National Grid - Brooklyn/371416
National Grid - New York/371376
National Grid - Pittsburgh/371338
National Grid - Pittsburgh/371382
National Grid plc
National Grid/371396
Natural Resource Management LLC
NES
New Jersey American Water Co. Inc.
New Jersey American Water Co./371331
New Mexico Gas Co.
New Plaza Management Co.
New River Light & Power Co./NC
New York, City of (NY), Water Board
Newberry, Township of (PA), Municipal
    Authority
Newnan Utilities (GA)
Newport News, City of (VA), Waterworks
Nicor Gas
Nicor Gas/2020/0632/5407
Niles, City of (IL)
Niles, City of (OH)
NIPSCO
Nipsco - Northern Indiana Public Service
    Co.
NJNG
Norman, City of (OK), Utilities
Norridge, Village of (IL)
North Attleborough, City of (MA), Electric
    Department
North Bergen, City of (NJ), Municipal
    Utilities Authority
North Little Rock, City of (AR), Electric
North Miami Beach, City of (FL)
North Miami, City of (FL)
North Myrtle Beach, City of (SC)
North Shore Gas
North Tonawanda, City of (NY)
Northampton, Borough of (PA), Municipal
    Authority

Northeast Ohio Regional Sewer District
Northport, City of (AL)
Northshore Utility District (WA)
Northville, Township of (PA), Water/Sewer
    Department
Northwestern Water & Sewer District (OH)
Novec
Novi, City of (MI)
NV Energy North
NV Energy South
NV Energy/30073 North Nevada
NV Energy/30150 South Nevada
NW Natural
NYSEG
NYSEG-New York State Electric & Gas
Ocala, City of (FL)
Ocala, City of (FL), Utilities
Oceanside, City of (CA)
Ocoee, City of (FL)
Oconee, County of (GA), Water Resources
O'Fallon, City of (MO)
OG&E
OG&E-Oklahoma Gas & Electric Service
Ohio Edison Co.
Ohio Gas Co.
Okaloosa Gas District (FL)
Okeechobee, City of (FL), Utility Authority
Oklahoma City, City of (OK)
Oklahoma Natural Gas Co.
Old Orchard LLC
Omaha Public Power District (NE)
Ontario, City of (CA), Water & Sewer Dept
Optimum Business Solutions
Orange & Rockland Utilities (O&R)
Orange, City of (CA)
Orange, County of (CA), Utilities
Orland Park, Village of (IL)
Orlando Utilities Commission (FL)
Osage Beach, City of (MO)
Owensboro, City of (KY), Municipal
    Utilities
Oxford Valley Road Associates LP
Pacific Gas & Electric
Pacific Power
Pacific Power-Rocky Mountain Power
Paducah Power Systems Co.

Paducah, City of (KY), Water
Palm Beach, County of (CA), Water Utilities Department
Palm Coast, City of (FL)
Palmetto of Richland County LLC
Palmetto, City of (FL)
Parkersburg, City of (WV), Utility Board
Parr Reno Water Co. (NV)
Pasadena, City of (CA), Water & Power
Pasco, County of (FL), Utilities
Passaic Valley, City of (NJ), Water Commission
Peabody, City of (MA)
Peabody, City of (MA), Municipal Light Plant
Pearland, City of (TX), Water Department
Peco/37629
Pedernales Electric Cooperative Inc.
Penelec
Penn Power
Pennichuck Water Works Inc.
Pennsylvania American Water Co.
Pensacola, City of (FL)
Peoples Gas
Peoples Natural Gas
Peoples TWP
Peoples/644760
Pepco
PG&E - CA
Philadelphia Gas Works (PA)
Philadelphia, City of (PA), Water Revenue
Phoenix, City of (AZ)
Piedmont Natural Gas
Pierce, County of (WA), Sewer
Pinellas Park, City of (FL), Utility
Pinellas, County of (FL), Utilities
Pineville, City of (NC), Electric & Telephone
Piqua, City of (OH), Utilities
Pittsfield, Charter Township of (MI)
Plant City, City of (FL)
Plantation, City of (FL)
Pnm
Pompano Beach, City of (FL)
Port Arthur, City of (TX)
Port St. Lucie, City of (FL)

Portage, City of (IN)
Portage, County of (IN)
Portage, County of (OH), Water Resources
Portland General Electric Co.
Potomac Edison Co., The
Potomac Edison Co., The (RPPS)
PPL Electric Utilities Corp.
PPL Electric Utilities Corp. (Allentown)
PSE&G Inc.
PSEG Long Island
Public Service Co. of Oklahoma
Public Service Electric & Gas Co.
Pueblo Water Resources Inc. (CO)
Puget Sound Energy Inc.
Puyallup, City of (WA), Utilities
Racine, City of (WI), Water Utility
Raleigh, City of (NC)
Rancho Cucamonga, City of (CA)
Rappahannock Electric Cooperative (VA)
RCC Tanglewood Mall LLC
Reading Municipal Light Department (MA)
Realpage Utility Management Inc.
Redding, City of (CA)
Redlands, City of (CA)
Redmond, City of (WA)
Redwood, City of (CA)
Reliable Recycling Services
Reliant Energy Retail Holdings LLC
Renton, City of (WA)
Republic Services Inc.
Richmond, City of (VA)
Ridgewater Commerce LLC
RingCentral Inc.
Riverside, City of (CA), Public Utilities
Riviera Beach, City of (FL)
Roanoke Gas Co.
Rochester Gas & Electric Corp.
Rochester Hills, City of (MI), Water & Sewer
Rochester, City of (NY), Treasurer
Rock Hill, City of (SC)
Rock Hill, City of (SC), Utilities
Rockdale, County of (GA), Water Resources
Rockland Electric Co.
Rockville, City of (MD)
Rocky Mount, City of (NC)

Rocky Mountain Power Inc.
Rome, City of (GA)
Roseville, City of (CA)
Roseville, City of (MI)
Royal Oak, City of (MI)
Saginaw, Charter Township of (MI)
Salem Property Management Inc.
Salem, City of (MA)
Salem, City of (VA)
Salem, Town of (NH)
Salisbury, City of (NC)
Sampson Development Co.
San Antonio Water System (TX)
San Diego Gas & Electric Co.
San Diego, City of (CA), Treasurer
San Jose Water Co.
Sanford, City of (FL)
Santa Monica, City of (CA)
Santee Cooper
Sarasota, County of (FL), Public Utilities
Saugus, Town of (MA)
Savannah, City of (GA)
Scana Energy/105046
Schaumburg, Village of (IL)
SD 1
Seattle City Light (WA)
Seattle, City of (WA), Public Utilities
Sedalia, City of (MO)
Seguin, City of (TX)
Selco
Selco - 9269
Semco Energy Gas Co.
Seymour, City of (IN), Municipal Sanitation
    Utility Office
Shawnee, City of (KS)
Shelby, Township of (MI), Department of
    Public Works
Shell Energy Solutions
Shenandoah Valley Electric Cooperative
    Inc.
Sherman, City of (TX)
Shreveport, City of (LA)
Shrewsbury Village LP
Siloam Springs, City of (AR)
Skagit Public Utility District (WA)
Slidell, City of (LA)

SMECO
SMUD
Snohomish County Public Utility Disctrict
    (WA)
Snyder Brothers Inc.
South Burlington, City of (VT), Water
    Department
South Carolina, State of, Department of
    Public Utilities
South Central Connecticut Regional Water
    Authority Inc.
South Central Power Co.
South Charleston, City of (WV), Sanitary
    Board
South Huntington Water District (NY)
South Jersey Gas Co.
South Lyons, Township of (IL), Sanitary
    District
South Stickney Sanitary District (IL)
Southern California Edison
Southern California Gas
Southern California Gas Co.
Southern Connecticut Gas
Southwest Gas Corp.
Southwestern Electric Power Co.
Sparklight
Spartanburg Water System (SC)
Speedway, Town of (IN), Water Works
Spire Inc.
Spire/Alagasco
Spire/Charlotte
Spire/St Louis
Spokane, City of (WA)
Spring, Township of (PA)
Springfield, City of (IL) City Water Light &
    Power
Springfield, City of (MO) City Utilities
Springfield, City of (MO), Utilities
SRP
SRP - Salt River Project/2951
St. Augustine, City of (FL)
St. Clair Shores, City of (MI)
St. Cloud, City of (MN)
St. Joseph, City of (MI), Utility
St. Lucie West Services District (FL)

St. Paul, City of (MN), Regional Water
   Service
St. Peters, City of (MO)
St. Petersburg, City of (FL)
Stark, County of (OH), Metropolitan Sewer
Steubenville, City of (OH)
Streamwood, Village of (IL)
Suburban Natural Gas Co.
Suffolk, County of (NY), Water Authority
Summit Natural Gas of Missouri Inc.
Summit Utilities Arkansas Inc.
Summit Utilities Oklahoma Inc.
Summit, Township of (PA), Sewer
   Authority
Summit, Township of (PA), Water
   Authority
Sumter, City of (SC)
Superior Plus Propane/981045
Tacoma, City of (WA)
Tacoma, City of (WA), Public Utilities
Tallahassee, City of (FL)
Tampa Electric Co.
Tampa, City of (FL), Utilities
Taunton Muni Lighting Plant (TMLP) - 870
Taylor, City of (MI), Water Department
Teco
Teco Tampa Electric Co.
Teco: Peoples Gas
Tennessee-American Water Co
Terre Haute, City of (IN), Water & Sewage
Texarkana Water Utilities (TX)
Texas Gas Service
Think Utility Services Inc.
Thousand Oaks, City of (CA)
Tilden, Township of (PA), Sewer
Tilden, Township of (PA), Water System
Tinley Park, Village of (IL)
Titusville, City of (FL), Utilities
Toho Water Authority - 30527
Toho Water Authority (FL)
Toledo Edison
Toledo, City of (OH), Department of Public
   Utilities
Topeka, City of (KS)
Torrance, City of (CA), Utilities
Treasurer Chesterfield County

Treasurer Spotsylvania County
Tri-County Electric Cooperative (TX)
Tririver Water
Troy, City of (MI)
Trumbull, County of (OH), Water & Sewer
   Department
Trussville, City of (AL), Gas & Water
Tualatin Valley Water District (OR)
Tucson Electric Power Co.
Tucson, City of (AZ)
Tucson, City of (AZ), Utility Lockbox
Tulsa, City of (OK)
Tulsa, City of (OK), Utilities
Two by Two Properties LLC
TXU Energy Retail Co. LP
UGI Energy Services LLC
UGI Utilities Inc.
Ulster, Town of (NY)
Union Electric Co.
United Illuminating Co., The
United Utility Services LLC
Unitil Maine Gas Operations
Unitil Massachusetts Electric & Gas
   Operations
Unitil New Hampshire Electric Operations
Unitil New Hampshire Gas Operations
University Realty Associates LLC
Utility Billing Services
Utility Payment Processing
Venice, City of (FL)
Veolia Water Delaware
Veolia Water Idaho
Veolia Water New Jersey
Veolia Water New York Inc.
Veolia Water Pennsylvania
Veolia Water Toms River
Verizon Wireless Services LLC
Vermont Gas Systems Inc.
Versant Power
Vestal, Town of (NY) - Utility Fund
Victoria, City of (TX), Utility Billing Office
Victorville, City of (CA), Water
Vienna, City of (WV)
Virginia Natural Gas Inc.
Visalia, City of (CA), Utility Billing
Voorhees, Township of (NJ)

Waco, City of (TX), Water Office
Wadsworth, City of (OH)
Wake Forest, Town of (NC)
Wal-Austin LLC
Walker, City of (MI)
Wallkill, Town of (NY)
Walton Electric Membership Corp.
Walton EMC/Walton Gas
Ward 2 Water District X
Warner Robins, City of (GA)
Warren, City of (MI)
Warrensburg, City of (MO), Water &
    Sewage
Washington Gas
Washington Gas/37747
Washington Suburban Sanitary Commission
    (MD)
Waste Connections of Florida
Waste Management Inc.
Waste Pro
Wastewater Management Division
Water District - LVVWD
Water Works & Sewage Board, The
Water Works Board of the City
Waterloo, City of (IA), Water Works
WE Energies
WE Energies/Wisconsin Electric/Gas
Weirton, City of (WV)
Welling Realty LLC
West Boise Sewer District (ID)
West Melbourne, City of (FL)
West Melbourne, City of (FL), Utilities
West Penn Power
West Plains, City of (MO) City Utilities
West View Water Authority (PA)
West Virginia-American Water Co.
Western Virginia Water Authority (VA)
Westerville, City of (OH)
Westminster, City of (CO)
Weston SCIP 2 LLC
Westphal Leasing LLC
White Plains, City of (NY)
Whitehall, Township of (PA), Authority
Wichita Falls, City of (TX)
Wilkinsburg-Penn Joint Water (PA)
Wilmington, City of (DE)

Winchester Utilities (TN)
Winston-Salem, City of (NC)
Winter Haven Water (FL)
Wisconsin Public Service
Withlacoochee River Electric Cooperative
    Inc.
Wooster, City of (OH), City Services
Xcel Energy Inc.
Xcel Energy-NSP MN NDSD
Xcel Energy-Public Service of Co.
Xcel-Southwestern Public
York Water Co., The
Youngstown Water Department (OH)
Ypsilanti Community Utilities Authority
    (MI)
Zephyrhills, City of (FL), Utility

## SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Abra Health LLC<br>Childsmiles Group LLC, The | Clairvest Neem Ventures KK | Closed |
| Acar Leasing Ltd.<br>GM Financial Leasing | Cruise LLC | Closed |
| | General Motors Co. | Current |
| | General Motors Holdings LLC | Current |
| | General Motors Investment Management Corporation | Current |
| | General Motors LLC | Current |
| | GM - VIS Litigation | Current |
| | GM Financial | Current |
| | GM Services Parent LLC | Current |
| Ace Property & Casualty Insurance Co.<br>Chubb Group of Insurance Cos.<br>Westchester Fire Insurance Co.<br>Westchester Surplus Lines Insurance Co.<br>Wright National Flood Insurance Services | Chubb Bermuda Insurance Ltd. | Closed |
| Ala Moana Anchor Acquisition LLC<br>Brookfield Properties Retail Inc.<br>Coronado Center LLC<br>Oaktree Capital Management LP | Alexander A. Taubman | Former |
| | Altera Infrastructure L.P. | Current |
| | BCP IV RTP Holdings Ltd. | Current |
| | Brookfield Asset Management Inc. | Closed |
| | Brookfield Asset Management LLC | Current |
| | Brookfield Special Investments LLC | Current |
| | GFI Energy Group of Oaktree Capital Management | Current |
| | Jordon Kruse | Current |
| | Matthew Wilson | Current |
| | Neal Schore | Closed |
| | Oaktree Acquisition Corp. | Closed |
| | Oaktree Acquisition Corp. II | Closed |
| | Oaktree ATI Investors LP | Current |
| | Oaktree Capital Management LP | Current |
| | Oaktree Capital Management LP | Closed |
| | Oaktree Capital Management, L.P. | Current |

| | | |
|---|---|---|
| | Oaktree Gardens OLP LLC | Current |
| | Oaktree Gardens OLP SPV LP | Current |
| | Oaktree Lending Partners (Unlevered) Corp. | Current |
| | Oaktree Lending Partners Corporation | Current |
| | Oaktree Maritime Finance Holdings XI Ltd. | Closed |
| | Oaktree Opportunities Fund XI Feeder (Cayman) LP | Current |
| | Oaktree Power Opportunities Fund IV (Parallel) LP | Current |
| | Oaktree Power Opportunities Fund IV LP | Current |
| | Oaktree Special Situations Fund | Closed |
| | Oaktree Specialty Lending Corporation | Current |
| | Oaktree Strategic Credit Fund | Current |
| | Ronald N. Beck | Current |
| AlixPartners LLP<br>PSP Investments LLC | Big Box REIT A Inc. | Current |
| | Public Sector Pension Investment Board | Former |
| AlixPartners LLP<br>Green Mountain Power Corp. | AlixPartners UK LLP | Current |
| | Caisse de dépôt et placement du Québec | Current |
| | Énergir, L.P. | Closed |
| | Ivanhoé Cambridge Inc. | Closed |
| Allianz Global Risks US Insurance Co.<br>PAC Investment Management Co. LLC<br>Pacific Investment Management Co. LLC | PAC Investment, Inc. | Closed |
| | Pacific Investment Management Co. LLC | Current |
| Alphia Inc. | PAI Partners SAS | Current |
| Alter Domus (US) LLC | Alter Domus Luxembourg SARL | Closed |
| American International Group Inc.<br>Lexington Insurance Co.<br>National Union Fire Insurance Co. of Pittsburgh | AIG DECO Fund I LP | Closed |
| | Lexington Insurance Co. | Closed |
| | National Union Fire and Marine Insurance Co. of Pittsburgh | Closed |
| American Money Management Corp. | AFG Holdings Inc. | Closed |

| Great American Assurance Co. | | |
|---|---|---|
| American Savings Bank | TD Bank USA, NA | Current |
| TD Bank NA | TD Securities Inc. | Current |
| Amigo Energy | Hudson Energy Canada Corp. | Current |
| Hudson Energy Services LLC | Hudson Energy Corp. | Current |
| Just Energy Group Inc. | Hudson Energy Holdings UK Ltd. | Current |
| | Hudson Energy Services LLC | Current |
| | Just Energy Group Inc. and various of its affiliates | Current |
| Amwins Brokerage of the Midwest LLC | Andrew Dodson | Current |
| | Brian P. Golson | Current |
| | David Ament | Former |
| | Parthenon Capital | Current |
| Animal Supply Co. Wholesome | Goldman Sachs | Current |
| | Goldman Sachs (Asia) LLC | Current |
| | Goldman Sachs 7 (JDHQ Holdings LP) | Current |
| | Goldman Sachs Asset Management International | Current |
| | Goldman Sachs Group Inc., The | Current |
| | Goldman Sachs International Bank | Closed |
| | Goldman Sachs International Ltd. | Current |
| | Goldman Sachs Trust Company, N.A. | Former |
| Animal Supply Co. Wholesome | Alexander D. Whittemore III | Former |
| | Bruce R. Evans | Former |
| | Charles J. Fitzgerald | Former |
| | Christopher Dean | Former |
| | Craig D. Frances | Current |
| | Darren M. Black | Former |
| | E. Roe Stamps, IV | Former |
| | Harrison Miller | Current |
| | John R. Carroll | Former |
| | Leonard C. Ferrington III | Current |
| | Peter Y. Chung | Current |
| | Robin W. Devereux | Former |
| | Scott C. Collins | Current |
| | Stephen G. Woodsum | Current |
| | Summit Investors I (UK) LP | Closed |

|  | Summit Investors I LLC | Closed |
|---|---|---|
|  | Summit Partners Credit Advisors LP | Current |
|  | Summit Partners LP | Current |
|  | Summit Partners Private Equity Fund VII-A, LP | Closed |
|  | Summit Partners Private Equity Fund VII-B LP | Closed |
|  | Summit Partners, L.P. | Current |
|  | Thomas H. Jennings | Former |
|  | Thomas S. Roberts | Former |
|  | Walter Kortschak | Current |
| Ann Arbor, City of (MI)<br>Ann Arbor, City of (MI), Assessing Division | City of Ann Arbor | Closed |
| Anthem Blue Cross and Blue Shield | Stephanie L. Thierer | Current |
| Ares Holdings, L.L.C. | Ares Management Corporation and various of its affiliates | Current |
| AT&T (Orange) | AT&T Services, Inc. and various of its affiliates | Current |
| AT&T U-Verse | Be Sunshine, LLC | Closed |
| At-Bay Specialty Insurance Co. | Gallatin Point Capital LLC | Current |
| Atlantic City Electric Co.<br>Baltimore Gas & Electric Co.<br>Commonwealth Edison Co.<br>Delmarva Power<br>Peco/37629<br>Pepco | Exelon Corporation<br>William A. Von Hoene, Jr. | Closed<br>Closed |
| Atlantic Plaza Station LLC<br>Chapel Hill North Station LLC<br>Edgewood Station LLC<br>Fairfield Station LLC<br>Fairlawn Station LLC<br>Five Town Station LLC<br>Golden Station LLC<br>Hamilton Ridge Station LLC<br>Hampton Village Station LLC<br>Hartville Station LLC<br>Harvest Station LLC<br>Jensen Beach Station LLC<br>Lakewood (Ohio) Station LLC | Phillips Edison & Company | Closed |

| | | |
|---|---|---|
| Orchard Square Station LLC<br>Southfield Station LLC<br>Summerville Station LLC<br>Valrico Station LLC<br>Wheat Ridge Station LLC | | |
| Atrium Innovations Inc.<br>Nestle Purina PetCare Co.<br>Nestle USA<br>Orgain | Orgain Inc. | Current |
| Avalara (IL) | Aaron Gupta | Former |
| | Adrian R. Alonso | Former |
| | Cheryl Cecchini Leahy | Current |
| | David A. Breach | Current |
| | Franklin F. Reis | Current |
| | Fund II Foundation | Current |
| | James Morrill Ford | Current |
| | James P. Hickey | Former |
| | Martin Taylor | Current |
| | Michael Fosnaugh | Current |
| | Nadeem Syed | Current |
| | Nicholas J. Prickel | Current |
| | Nicolas Stahl | Former |
| | Payton, Sam C. | Current |
| | Sam C. Payton | Former |
| | Smith, Robert F. | Current |
| | VEPF VI AIV I, Corp. | Current |
| | VEPF VI FAF LP | Current |
| | Vincent L. Burkett | Former |
| | Vista Capital Solutions Fund GP<br>LLC | Current |
| | Vista Capital Solutions Fund LP | Current |
| | Vista Capital Solutions Fund-A LP | Current |
| | Vista Consulting Group, Inc. | Current |
| | Vista Credit BDC Management LP | Current |
| | Vista Credit Partners | Current |
| | Vista Credit Partners Fund III GP<br>LLC | Current |
| | Vista Credit Partners Fund III, L.P. | Current |
| | Vista Credit Partners Fund III-A LP | Current |
| | Vista Credit Partners III Onshore<br>LLC | Current |

| | Vista Credit Partners LP | Current |
|---|---|---|
| | Vista Credit Strategic Lending Corp. | Current |
| | Vista Credit Strategic Lending Corp. II | Closed |
| | Vista Equity Partners | Current |
| | Vista Equity Partners Fund VI LP | Current |
| | Vista Equity Partners Fund VI-A LP | Current |
| | Vista Equity Partners Fund VIII LP | Current |
| | Vista Equity Partners Management LLC | Current |
| AXA Insurance Co. | AB Commercial RE Debt Series 1-A, et al. | Current |
| | AllianceBernstein L.P. | Closed |
| | AXA European Infrastructure Fund SA | Closed |
| | AXA IM Prime | Current |
| | AXA Real Estate Investment Managers UK Ltd. | Current |
| | AXA REIM SGP | Current |
| | Brian Sugrue | Closed |
| | Maestro Health | Closed |
| B. Riley Principal Investments LLC | B. Riley FBR, Inc. | Current |
| B. Riley Private Shares 2023-2 QP LLC | B. Riley Real Estate LLC | Closed |
| B. Riley Receivables II LLC | | |
| B. Riley Securities Inc. | | |
| BRF Investments LLC | | |
| Bank of America NA | Banc of America Securities LLC | Closed |
| | Bank of America Corporation | Current |
| | Bank of America NA | Closed |
| | Benjamin Klein | Current |
| | BofA Securities Inc. | Closed |
| | Merrill Lynch Interfunding Inc. | Current |
| BC Partners Advisors LP | BC Partners Advisors LP | Current |
| BC Partners LLP | BC Partners Holdings Ltd. | Current |
| | BC Partners LLP | Current |
| Berkshire Gas Co., The | Avangrid, Inc. | Closed |
| Central Maine Power | | |
| Connecticut Natural Gas Corp. | | |
| Connecticut Natural Gas Corp. | | |
| NYSEG | | |

| | | |
|---|---|---|
| NYSEG-New York State Electric & Gas | | |
| Rochester Gas & Electric Corp. | | |
| Rochester Gas & Electric Corp. | | |
| Southern Connecticut Gas | | |
| United Illuminating Co., The | | |
| United Illuminating Co., The | | |
| Berkshire Hathaway Specialty Insurance Co. | Berkshire Hathaway Inc. | Current |
| Landmark American Insurance Co. | BHE Renewables LLC | Current |
| NV Energy North | BHER Power Resources Inc. | Current |
| NV Energy South | BNSF Railway | Former |
| NV Energy/30073 North Nevada | Brilliant National Services, Inc. | Current |
| NV Energy/30150 South Nevada | FlightSafety International Inc. | Closed |
| Pacific Power | HomeServices of America, Inc. | Current |
| Pacific Power-Rocky Mountain Power | Landmark Partners Insurance Fund Series Interest of the SALI Multi-Series Fund LP | Closed |
| Rocky Mountain Power Inc. | PPW Holdings LLC | Current |
| Blue Owl Capital Inc. | Black Owl Managing LLC | Current |
| Blue Owl Liquid Credit Advisors LLC | Blue Owl Capital Group, LLC | Current |
| Blue Owl Real Estate Capital LLC | Blue Owl Capital UK Limited | Current |
| BCDC Portfolio LLC | Blue Owl Capital, Inc. | Current |
| BCHQ Owner LLC | Blue Owl Real Estate Capital Fund IV LP | Current |
| | Blue Owl Real Estate Capital Fund V | Current |
| | Blue Owl Real Estate Capital Fund VI | Current |
| | Blue Owl Real Estate Capital Fund VI Feeder | Current |
| | Blue Owl Real Estate Capital LLC | Current |
| | Blue Owl Real Estate Capital Net Lease Property Fund | Current |
| | Owl Rock Capital Corp. | Current |
| | Owl Rock Capital Partners, L.P. | Current |
| Blue Yonder Inc. | Blue Yonder, Inc. | Current |
| BMO Bank NA | BMO Capital Markets | Current |
| BP Energy Retail Co. LLC | Archaea Energy Inc. | Current |

| | | |
|---|---|---|
| | BP America Inc. and various of its affiliates | Current |
| | Lightsource BP Renewable Energy Operations, LLC | Closed |
| Centerpoint Energy Inc. Minnesota Gas Co. | CenterPoint Energy, Inc. | Current |
| Centurylink Communications LLC | Lumen Technologies, Inc. | Closed |
| Champion Petfoods USA Mars Petcare | Kellanova | Current |
| Charter Communications Inc. | Charter Communications Holding Co. LLC | Closed |
| | Charter Communications LLC | Current |
| | Charter Communications Operating LLC | Closed |
| | Charter Communications, Inc. | Current |
| CL Creekside Plaza South CA LP | Altus Power America, Inc. | Closed |
| | BCP IV RTP Debt AIV LP | Current |
| | BCP IV RTP Holdings Ltd. | Current |
| | BCP Peacock Aggregator (CYM) LP | Closed |
| | BCP Speed Aggregator (CYM) LP | Current |
| | BCP V Everise Topco Inc. | Current |
| | BCP VII SBS Holdings LLC | Current |
| | Blackstone Advisors India Pvt. Ltd. | Current |
| | Blackstone Alternative Credit Advisors LP | Current |
| | Blackstone Asia | Current |
| | Blackstone Capital Partners VII LP | Current |
| | Blackstone Capital Partners VII NQ LP | Current |
| | Blackstone Credit & Insurance | Current |
| | Blackstone Energy Family Investment Partnership II ESC NQ LP | Current |
| | Blackstone Energy Family Investment Partnership II SMD LP | Current |
| | Blackstone Energy Partners II F NQ LP | Current |
| | Blackstone Energy Partners II LP | Current |

| | | |
|---|---|---|
| | Blackstone Energy Partners II NQ LP | Current |
| | Blackstone Europe LLP | Current |
| | Blackstone Family Investment Partnership VII ESC NQ LP | Current |
| | Blackstone Family Real Estate Partnership (Offshore) VIISMD L.P. | Closed |
| | Blackstone Family Real Estate Partnership Europe IV-SMD L.P. | Closed |
| | Blackstone Growth LP | Closed |
| | Blackstone Inc. | Current |
| | Blackstone Infrastructure Partners | Current |
| | Blackstone Infrastructure Partners LP | Current |
| | Blackstone Life Sciences Advisors LLC | Closed |
| | Blackstone Management Partners LLC | Closed |
| | Blackstone Mortgage Trust Inc. | Current |
| | Blackstone Private Equity | Current |
| | Blackstone Property Partners Europe Holdings SARL | Closed |
| | Blackstone Property Partners LP | Closed |
| | Blackstone Real Estate Advisors LP | Closed |
| | Blackstone Real Estate Holdings (Offshore) VII-NQ L.P. | Closed |
| | Blackstone Real Estate Holdings (Offshore) Vll-NQ - ESC L.P. | Closed |
| | Blackstone Real Estate Holdings Europe IV-NQ ESC L.P. | Closed |
| | Blackstone Real Estate Income Trust Inc. | Closed |
| | Blackstone Real Estate Investment Trust | Closed |
| | Blackstone Real Estate Partners | Current |
| | Blackstone Real Estate Partners (Offshore) Vll.F-NQ L.P. | Closed |
| | Blackstone Real Estate Partners (Offshore) Vll.TE.1-8-NQ L.P. | Closed |

| | |
|---|---|
| Blackstone Real Estate Partners (Offshore) Vll-NQ L.P. | Closed |
| Blackstone Real Estate Partners Europe IV-NQ L.P. | Closed |
| Blackstone Real Estate Partners Europe VII | Closed |
| Blackstone Securities Partners LP | Current |
| Blackstone Singapore Pte. Ltd. | Closed |
| Blackstone Strategic Capital Holdings LP | Current |
| Blackstone Strategic Capital Holdings LP | Closed |
| Blackstone Strategic Opportunity Fund | Closed |
| Blackstone Tactical Opportunities Advisors LLC | Current |
| Blackstone Tactical Opportunities Fund LP | Closed |
| BPP Parker Towers Property Owner LLC | Closed |
| BPP ST Owner LLC | Current |
| BRE Alameda IMF Property Owner LLC | Current |
| BRE Atlas Property Owner LLC | Closed |
| BRE Newton Hotels Property Owner LLC | Closed |
| BRE Piper MF Tides CA LLC | Current |
| BRE Polygon Property Owner LLC | Closed |
| BRE SH Brisbane Owner LLC | Closed |
| BRE Silver MF 1555 CA LLC | Current |
| BRE Silver MF Canyon Crest Ca LLC | Current |
| BRE Silver MF North Hollywood CA LLC | Current |
| BRE Silver MF Roosevelt CA LLC | Current |
| BRE SSP Property Owner LLC | Closed |
| BRE SSP Thousand Oaks LLC | Closed |
| BX CQP Target Holdco LLC | Current |
| Copeland LP | Current |
| David I. Foley | Current |
| Home Partners Holdings LLC | Current |

| | Independent Directors of First Eagle Global Opportunities Fund | Current |
|---|---|---|
| | Onyx Renewable Partners LP | Closed |
| | Prakash A. Melwani | Current |
| | SCM Insurance Services Inc. | Closed |
| | Strategic Partners Fund Solutions | Current |
| | Tricon American Homes LLC | Current |
| | Vikram Suresh | Former |
| Cleco Power LLC | Cleco Corporate Holdings LLC | Current |
| CNA Financial Corp. Continental Insurance Co., The | Continental Casualty Company | Current |
| Coconut Point Town Center LLC Simon Property Group Inc. | Alexander A. Taubman | Former |
| | Washington Prime Group Inc. | Current |
| Colliers International Management | Harrison Street Advisors, LLC | Current |
| Comcast Cable | Comcast Cable Communications Management LLC | Closed |
| Constellation Energy Corp. | Constellation Energy Corporation | Current |
| Conway Corp. | Marmic Fire & Safety Co. | Closed |
| | Marmic Topco, L.P. | Current |
| Conway Corp. Global Atlantic Financial Group Ltd. | Beacon Pointe Advisors LLC | Current |
| | Goodpack Pte. Ltd. | Current |
| | KKR Asia Limited | Current |
| | KKR Capital Markets Asia II Ltd. | Closed |
| | KKR Credit Advisors (US) LLC | Current |
| | KKR Infra LP | Current |
| | KKR Restock Aggregator LP | Current |
| | Kohlberg Kravis Roberts & Co. L.P. | Current |
| | Osprey JV LP | Current |
| | Ownership Works Inc. | Current |
| | Precision Capital Holdings Limited | Closed |
| | Selecta AG | Current |
| Conyers LLC Northside Village Conyers LLC | Conyers Park II Acquisition Corp. | Closed |
| | Conyers Park III Acquisition Corp. | Closed |
| Cox Communications Inc. | NextGear Capital, Inc. | Current |
| Cranberry Creek Plaza LLC | White Oak Global Advisors LLC | Current |
| | White Oak Resources VI, LLC | Closed |
| Dakota Crossing One LLC | CBRE Investment Management Infrastructure Inc. | Current |
| Dakota Crossing Two LLC | CBRE SpA | Closed |

| | CBRE SpA Italy | Closed |
| | CBRE, Inc. | Closed |
| Dallas, City of (TX) | City of Dallas | Closed |
| Dallas, County of (TX), Tax Office | New Friends New Life, Genesis Women's Shelter, Ruthie's Food Truck, & Dallas CTY DA's Office | Current |
| Dell Financial Services LLC | Dell (Chengdu) Co. Ltd. | Current |
| | Dell Inc. | Closed |
| | Dell Products LP | Current |
| | Dell Technologies | Current |
| | Dell Technologies Inc. | Current |
| Deloitte & Touche LLP | Deloitte Consulting LLP | Current |
| | Deloitte LLP | Current |
| | Deloitte Tax LLP | Current |
| | Deloitte USA LLP | Current |
| Dominion Energy Inc. Dominion Energy North Carolina Dominion Energy South Carolina Dominion Energy VA &NC Power Dominion Energy/27031 Dominion VA/NC Power/26543/26666 | Dominion Energy Inc. | Current |
| DTE Energy Co. | DTE Energy Company | Closed |
| Empyrean Benefit Solutions Inc. Securian Life Insurance Co. | Securian Financial Group, Inc. | Current |
| Ernst & Young LLP | Ernst & Young | Current |
| Evercore LP | Evercore Asset Management LLC | Closed |
| | Evercore Group LLC | Former |
| | Evercore Inc. | Current |
| Fidelity Management & Research Co. LLC | Fidelity Investments | Current |
| First Financial Bank | First Financial Bank | Closed |
| Florida Power & Light Co. Gexa Energy | NextEra Energy Capital Holdings Inc. | Current |
| | NextEra Energy Inc. | Current |
| | NextEra Energy Resources LLC | Closed |
| | NextEra Energy Resources, LLC | Current |
| | NextEra Energy Transmission Asset Acquisition Holdings LLC | Closed |

| | | |
|---|---|---|
| | NextEra Energy Transmission LLC | Closed |
| | NextEra Energy, Inc. | Closed |
| | NextEra Grid Holdings LLC | Closed |
| Freepoint Energy Solutions LLC | Freepoint Commodities LLC | Current |
| | Stone Point Capital LLC | Current |
| | StonePoint Holding, LLC | Closed |
| G & I IX Empire Williamsville Place LLC | GI Partners | Current |
| G&I X Centerpoint LLC | Richard Magnuson | Current |
| | Stephen M. Johnson | Current |
| | Travis R. Pearson | Former |
| Gaitway Plaza LLC<br>WPG Legacy LLC<br>WPG Wolf Ranch LLC | Washington Prime Group Inc. | Current |
| Garnett Station | Alex Sloane | Former |
| Garnett Station Partners LLC | Garnett Station Partners, LLC | Current |
| | GSP 2.0 A LP | Current |
| | GSP 4.0 Fund-A LP | Current |
| | GSP 4.0 Fund-B LP | Current |
| | Matthew Perelman | Former |
| General Electric Co. | GE Healthcare (China) Co. Ltd. | Current |
| | GE Healthcare (Shanghai) Co. Ltd. | Current |
| | GE Healthcare AS | Current |
| | GE Healthcare do Brasil Comercio e Servicos para Equipamentos Medico-Hospitalares Ltda. | Current |
| | GE Healthcare GmbH | Current |
| | GE Healthcare Inc. | Current |
| | GE Healthcare Information Technologies GmbH & Co. KG | Current |
| | GE Healthcare Ireland Ltd. | Current |
| | GE Healthcare Ltd. | Current |
| | GE HealthCare Medical Technology LLC | Current |
| | GE HFS LLC | Current |
| | GE Medical Holding AB | Current |
| | GE Medical Systems (China) Co. Ltd. | Current |
| | GE Medical Systems Information Technologies GmbH | Current |

| | | |
|---|---|---|
| | GE Medical Systems Information Technologies Inc. | Current |
| | GE Medical Systems LLC | Current |
| | GE Medical Systems Ltd. | Current |
| | GE Medical Systems Societe en Commandite Simple | Current |
| | GE Medical Systems Trade and Development (Shanghai) Co. Ltd. | Current |
| | GE Medical Systems, Ultrasound & Primary Care Diagnostics LLC | Closed |
| | GE Oil & Gas Equipment (Tianjin) Co. Ltd. | Current |
| | GE Oil & Gas India Pvt. Ltd. | Current |
| | GE Precision Healthcare LLC | Current |
| | Wipro GE Healthcare Pvt. Ltd. | Current |
| Georgia, State of, Department of Revenue<br><br>Georgia, State of, Unclaimed Property Division | State of Georgia | Current |
| GFS Realty LLC | Koninklijke Ahold Delhaize N.V. | Current |
| Ghost LLC | Keurig Dr Pepper Inc. | Current |
| Golden Triangle Shopping Center | Jones Lang LaSalle Americas Inc. | Closed |
| | Jones Lang LaSalle Group | Current |
| | Jones Lang LaSalle, Inc. | Closed |
| | LaSalle Investment Management | Current |
| Google | Waymo LLC | Current |
| Gordon Brothers Asset Advisors LLC | Gordon Brothers Brands, LLC | Closed |
| | Gordon Brothers Group LLC | Current |
| | Julia IP Holdings LLC | Current |
| Grant Thornton LLP | Grant Thornton Australia Ltd. | Closed |
| Guggenheim Partners Investment Management LLC | Guggenheim Corporate Funding LLC | Closed |
| Guggenheim Securities LLC | Guggenheim Credit Services, LLC | Closed |
| | Guggenheim Partners Investment Management, LLC | Closed |
| | Guggenheim Partners LLC | Current |
| Hab Inc., Business Tax Privilege | Office of the General Counsel of Pennsylvania | Closed |

| | | |
|---|---|---|
| Pennsylvania, Commonwealth of | Office of the Governor of Pennsylvania | Closed |
| Pennsylvania, Commonwealth of, Unclaimed Property Division | Pennsylvania, Commonwealth of, Office of the Secretary of State | Closed |
| Pennsylvania, State of, Department of Agriculture | | |
| Pennsylvania, State of, Department of Revenue | | |
| Hartford Fire Insurance Co. | Hartford Funds, Independent Trustees | Current |
| Navigators Insurance Co. | The Hartford Financial Services Group | Current |
| Hawkins Point Partners LLC | WindRose Health Investors | Current |
| Hilco Merchant Resources LLC | BP HH Holdings LLC | Current |
| Hilco Real Estate LLC | Hilco Australia Pty Limited | Current |
| | Hilco Europe | Current |
| | Hilco Germany GmbH | Current |
| | Hilco Global | Current |
| | Hilco Monarch Investments VI LLC | Current |
| | Hilco Netherlands B.V. | Current |
| | Hilco Redevelopment Holdings LLC | Current |
| | Hilco Redevelopment, LLC | Current |
| | Hilco Trading LLC | Current |
| Hill's Pet Nutrition | Colgate Palmolive Company | Current |
| | Hello Products LLC | Closed |
| | Hill's Pet Nutrition, Inc. | Current |
| HPS Investment Partners LLC | Ardonagh Group Holdings Limited | Current |
| | HPS Investment Partners (UK) LLP | Current |
| | HPS Investment Partners LLC | Current |
| | Mark H. Rubenstein | Current |
| | Scott B. Kapnick | Former |
| | Vikas Manohar Keswani | Current |
| HSBC Bank plc | HSBC Continental Europe SA | Closed |
| HSBC Holdings plc | HSBC Global Services (UK) Limited | Closed |
| | HSBC Holdings plc | Current |
| Illinois, State of, Department of Agriculture | Illinois Executive Ethics Commission | Closed |
| Illinois, State of, Department of Revenue | Office of the Governor, State of Illinois | Current |

| | | |
|---|---|---|
| Illinois, State of, Unclaimed Property Division | | |
| Intermediate Capital Group | ATOS Gruppe GmbH & Co. KG | Current |
| | ICG Europe Fund VIII Master SCA SICAV-RAIF | Closed |
| | Intermediate Capital Group Inc. | Current |
| | Intermediate Capital Group plc | Current |
| Irradiant Solutions Fund II LP | Irradiant Partners LP | Current |
| Irradiant Solutions Fund LP | Irradiant Solutions Fund II GP LLC | Current |
| Irradiant Solutions Mini-Master Fund II SCSP | Irradiant Solutions Fund II LP | Current |
| Irradiant Solutions Mini-Master LP | | |
| Istar LLC | Safehold Inc. | Closed |
| | Safehold Inc., Special Committee of the Board of Directors | Closed |
| JPMorgan BK Branch | Andrew Cohen | Closed |
| JPMorgan Chase Bank NA | Highbridge Capital Management, LLC | Current |
| Summit Natural Gas of Missouri Inc. | J.P. Morgan Asset Management | Closed |
| Summit Utilities Arkansas Inc. | J.P. Morgan Asset Management Private Equity Group | Closed |
| Summit Utilities Oklahoma Inc. | J.P. Morgan Investment Management Inc. | Current |
| | J.P. Morgan Securities Asia Pacific Limited | Closed |
| | J.P. Morgan Securities LLC | Current |
| | J.P. Morgan Securities plc | Current |
| | JP Morgan Securities (Asia Pacific) Ltd. | Closed |
| | JP Morgan Securities (Far East) Ltd. | Closed |
| | JPMorgan Chase Bank, N.A. | Current |
| | JPMorgan Funds Limited | Current |
| | JPMorgan Infrastructure Investments Fund | Current |
| | JPMorgan Investment Management Inc. - Infrastructure Investment Group | Current |
| Kroll Restructuring Administration LLC | Duff & Phelps LLC | Closed |

| | Kroll Advisory Ltd. | Closed |
|---|---|---|
| | Kroll Associates, Inc. | Closed |
| | Kroll Bond Rating Agency LLC | Current |
| | Kroll International (UK) Ltd | Current |
| | Kroll LLC | Current |
| | Kroll Restructuring Administration LLC | Current |
| KU-Kentucky Utilities<br>KU-Kentucky Utilities Co.<br>LG&E - Louisville Gas & Electric<br>Louisville Gas & Electric<br>Narragansett Electric Co., The<br>PPL Electric Utilities Corp.<br>PPL Electric Utilities Corp. (Allentown) | LG&E and KU Energy LLC | Closed |
| Lancashire Insurance Co. (UK) Ltd. | Lancashire Holdings Limited | Current |
| Landmark Properties | Landmark Properties, Inc. | Current |
| Latham & Watkins LLP | Robert J. Frances | Former |
| | Robert T. Buday | Former |
| Lazard Group LLC | Lazard, Freres & Co. | Current |
| | The Edgewater Funds | Current |
| LCM Asset Management | Equitix Ltd. | Closed |
| | TFG Asset Management LP | Current |
| Lloyd's of London Ltd. | QBE North America | Current |
| M&T Bank Corp.<br>Wilmington Trust NA | Wilmington Trust-London Limited | Closed |
| Marathon Asset Management LLC | Marathon Asset Management, LP | Closed |
| Media Works Ltd. | WorksMedia Ltd. (UK) | Current |
| Meta Platforms Inc. | Meta Platforms, Inc. | Current |
| Minnesota, State of, Department of Revenue | Minnesota Department of Human Rights | Closed |
| Minnesota, State of, Unclaimed Property Program | Minnesota, State of, Office of the Attorney General | Closed |
| Monroe Capital LLC<br>Monroe Capital Management Advisors LLC | Monroe Capital BDC Advisors LLC | Current |
| | Monroe Capital Management Advisors LLC | Current |
| | Monroe Capital Private Credit Fund II LLC | Current |

| | | |
|---|---|---|
| | Monroe Capital Private Credit Fund II LP | Current |
| | Monroe Capital Private Credit Fund III (LUX) Financing Holdco GP LLC | Current |
| | Monroe Capital Private Credit Fund III (Unleveraged) (LUX) Financing SPV GP LLC | Current |
| | Monroe Capital Private Credit Fund III LLC | Current |
| | Monroe Capital Private Credit Fund III LP | Current |
| | Monroe Capital, LLC | Current |
| | Theodore L. Koenig | Current |
| Mont Belvieu Properties LLC | ONEOK, Inc. | Current |
| Morgan Stanley | Eaton Vance Funds, Independent Trustees | Current |
| | Morgan Stanley | Current |
| | Morgan Stanley & Co. | Closed |
| | Morgan Stanley & Co. LLC | Closed |
| | Morgan Stanley Asia Limited | Current |
| | Morgan Stanley Infrastructure Inc. | Current |
| | Morgan Stanley Infrastructure Partners | Closed |
| | Morgan Stanley Investment Management Limited | Closed |
| | Morgan Stanley Real Estate Investing | Closed |
| | Morgan, Stanley & Co. | Current |
| Natural Balance Pet Foods Inc. | Damian J. Giangiacomo | Former |
| | Natural Balance Pet Foods, Inc. | Closed |
| | Nexus Capital Management L.P. | Current |
| North Shore Gas | EIF Northbrook Wisconsin, LLC | Current |
| Peoples Gas | We Energy Investments, LLC | Current |
| OptumRx Inc. | UnitedHealth Group Employee Benefits Plan Investment Committee and Members | Current |
| Surest/UnitedHealthcare Inc. | UnitedHealth Group Inc, Board of Directors | Current |
| UMR Inc. | UnitedHealth Group, Inc. | Current |
| | USHealth Group, Inc. | Current |

| | | |
|---|---|---|
| Oracle America Inc. | Oracle Corp. | Current |
| Pacific Gas & Electric<br>PG&E - CA | Pacific Gas and Electric Company | Closed |
| Perella Weinberg Partners LP | Perella Weinberg Partners LP | Closed |
| Personify Health Inc. | Alberto J. Delgado | Current |
| | Matthew Holt | Current |
| | Matthew S. Holt | Current |
| | New Mountain Capital | Current |
| | New Mountain Investments V LLC | Current |
| | New Mountain Partners V LP | Current |
| | Personify Health | Current |
| PNC Bank | PNC Bank NA | Current |
| | SP Capital Partners LLC | Closed |
| | The PNC Financial Services Group, Inc. | Closed |
| Porter Wright Morris & Arthur LLP | Porter Wright Morris & Arthur LLP | Closed |
| Prologis LP<br>Prologis Targeted U.S. Logistics Fund LP | Prologis, Inc. | Current |
| PSE&G Inc.<br>PSEG Long Island<br>Public Service Electric & Gas Co. | Public Service Enterprise Group Inc. | Current |
| Quest Nutrition LLC | The Simply Good Foods Company | Current |
| Radio Systems Corp. | Andrew Campelli | Current |
| | Brad Flaishans | Former |
| | CD&R LLP | Closed |
| | Clayton, Dubilier & Rice Fund VIII LP | Current |
| | Clayton, Dubilier & Rice, LLC | Current |
| | Daniel Glaser | Former |
| | David A. Novak | Current |
| | David Winokur | Former |
| | Gregory Pasqua | Current |
| | Harsh Agarwal | Former |
| | Jillian Clark Griffiths | Former |
| | John Krenicki | Current |
| | Kevin Smith | Current |
| | Nathan Sleeper | Former |
| | Orla Beggs | Former |
| | Ravi Sachdev | Current |

|  | Richard Schnall | Closed |
|---|---|---|
|  | Robert Cosmo Volpe | Former |
|  | Roberto Quarta | Former |
|  | Russell Fradin | Former |
| Realpage Utility Management Inc. | Andrew M. Almeida | Current |
|  | Jennifer J. Alper | Current |
|  | Kenneth J. Virnig II | Current |
|  | Orlando Bravo | Current |
|  | Paul Holden Spaht, Jr. | Current |
|  | RealPage (Philippines) Inc. | Current |
|  | RealPage Canada Inc. | Current |
|  | RealPage Equipment Services LLC | Current |
|  | RealPage Holdings LLC | Current |
|  | RealPage Inc. | Current |
|  | RealPage India Holdings Inc. | Current |
|  | RealPage India Private Ltd. | Current |
|  | RealPage Intermediate Holdings Inc. | Current |
|  | RealPage ME DMCC | Current |
|  | RealPage Middle East Holdings LLC | Current |
|  | RealPage Parent, LP | Current |
|  | RealPage Payment Processing Services Inc. | Current |
|  | RealPage Payments Services LLC | Current |
|  | RealPage Payments UK Ltd. | Current |
|  | RealPage Philippines Holdings LLC | Current |
|  | RealPage UK Holdings Ltd. | Current |
|  | RealPage UK Ltd. | Current |
|  | RealPage Utility Management Inc. | Current |
|  | RealPage Vendor Compliance LLC | Current |
|  | Robert Sayle | Current |
|  | Scott Crabill | Current |
|  | Seth J. Boro | Current |
|  | TBCF I LLC | Current |
|  | Thoma Bravo Advantage | Closed |
|  | Thoma Bravo Discover Fund III, L.P. | Closed |
|  | Thoma Bravo Europe Fund, LP | Current |
|  | Thoma Bravo Fund XII LP | Closed |
|  | Thoma Bravo Fund XIII LP | Current |

| | Thoma Bravo Fund XIV LP | Current |
|---|---|---|
| | Thoma Bravo Fund XV LP | Closed |
| | Thoma Bravo Growth Fund LP | Closed |
| | Thoma Bravo LLC | Current |
| | Thoma Bravo LP | Current |
| | Thoma Bravo Oasis Fund LP | Closed |
| | Thoma Bravo Topco LLC | Closed |
| Realty Income Corp. | Realty Income Corporation | Current |
| Reliance Standard Life Insurance Co. | HCC Insurance Holdings, Inc. | Closed |
| Rreef America Reit II Corp. | RREEF America LLC | Current |
| RSM US LLP | RSM US LLP | Closed |
| | Tiger Infrastructure Partners LP | Closed |
| RT Specialty LLC | R-T Specialty LLC | Current |
| RT Specialty of Illinois LLC | Ryan Enterprises Group LLC | Current |
| | Ryan Specialty Group | Current |
| | Ryan Specialty International Ltd. | Current |
| | Ryan Specialty LLC | Current |
| | Ryan Specialty Nordics AB | Current |
| | Ryan Specialty Service Centre Ltd. | Current |
| Ryan LLC | Carestream Health, Inc. | Current |
| | ONCAP Management | Current |
| | Onex Corporation | Current |
| | Onex Partners Manager LP | Current |
| | Ryan, LLC | Current |
| Saratoga Capital Management LLC Saratoga Partners | Saratoga Ilmu Ltd. | Current |
| Sherwin-Williams Co. | The Sherwin-Williams Company | Closed |
| Southern California Edison | Edison International | Current |
| | Southern California Edison Co. | Current |
| Sparklight | Clearwave Fiber LLC | Current |
| Starr Surplus Lines Insurance Co. | C. V. Starr & Co., Inc. | Current |
| | Starr Principal Holdings, LLC | Closed |
| Sun Life Assurance Co. of Canada | Crescent Capital Group, LP | Current |
| | SLC Management | Current |
| | Sun Life Financial Inc. | Current |
| Surveying & Mapping LLC | Peak Rock Capital LLC | Current |
| | Surveying and Mapping LLC | Current |
| Travelers Excess & Surplus Lines Co. | The Travelers Companies, Inc. | Closed |

| | | |
|---|---|---|
| Truist Bank | BB&T Insurance Holdings, Inc. | Current |
| | Truist Bank | Current |
| | Truist Financial Corporation | Closed |
| TXU Energy Retail Co. LP | Vistra Energy Corp. | Current |
| Uber Freight US LLC | Qifa Ke | Closed |
| | Uber Technologies, Inc. | Current |
| UKG Inc. | Hellman & Friedman LLC | Current |
| | Stephen H. Ensley | Former |
| United States, Government of the, Department of Justic, U.S. Trustee for the District of Delaware | Chamber of Commerce of the United States | Closed |
| United States, Government of the, Department of Justice, Attorney for The District of Delaware | Konstantina Diamantopoulos | Former |
| United States, Government of the, Internal Revenue Service | United States Department of Homeland Security | Current |
| United States, Government of The, Securities & Exchange Commission | | |
| United States, Government of the, Treasury Department | | |
| United States, Governmet of the, Department of the Treasury - Internal Revenue Service | | |
| United Utility Services LLC | Bernhard Capital Partners Management LP | Closed |
| | Bernhard Capital, LP | Current |
| | Elevation Home Energy Solutions, Inc. | Current |
| US Bank NA | MUFG Union Bank, N.A. | Current |
| Utah, State of, Department of the Treasury | Utah Solicitor General | Closed |
| Utah, State of, State Tax Commission | | |
| Utah, State of, Unclaimed Property Division | | |
| Utah, State of, Department of Revenue | | |
| Velosio LLC | Velosio Canada ULC (Canada) | Current |
| | Velosio Holdings, LLC | Current |

| | Velosio Intermediate LLC | Current |
|---|---|---|
| | Velosio LLC | Current |
| | Velosio Overseas Pvt Ltd | Current |
| Verizon Wireless Services LLC | Frontier Communications Corporation | Current |
| | Verizon Communications Inc. | Current |
| Vienna, Town of (VA) | Town of Vienna, Virginia | Closed |
| WCS Properties Business Trust | WCS Properties, LLC | Closed |
| Wellness Pet LLC | Clearlake Capital Group LP | Current |
| | Clearlake Capital Partners II, L.P. | Current |
| | Clearlake Capital Partners V LP | Current |
| | Clearlake Capital Partners VII LP | Current |
| | Clearlake Opportunities Partners (P) LP | Current |
| | Clearlake Opportunities Partners II LP | Current |
| | Jose E. Feliciano | Former |
| | Wellness Pet, LLC | Current |
| Wells Fargo Bank NA | Jon Kossow | Current |
| | Norwest Equity Partners | Current |
| | Norwest Equity Partners XI-A LP | Current |
| | Norwest Mezzanine Partners III LP | Current |
| | Norwest Mezzanine Partners IV - Debt LP | Current |
| | Norwest Mezzanine Partners IV - Equity LP | Current |
| | Norwest Mezzanine Partners V LP | Current |
| | Norwest Mezzanine Partners V-A LP | Current |
| | Wells Fargo Bank, N.A. | Current |
| | Wells Fargo Securities LLC | Current |
| Whirlpool Corp. | Whirlpool Corporation | Current |
| Woodbolt Distribution LLC | Manish Patel | Closed |
| | Woodbolt Holdings, LLC | Current |
| [Confidential – Filed Under Seal] | [Confidential – Filed Under Seal] | [Confidential] |