## EXHIBIT A

**Time Records by Professional**
**November 26, 2024 Through December 31, 2024**

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Mendelsohn (Partner)**                                                                                                     *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 26, 2024 through December 31, 2024*

## Bruce Mendelsohn (Partner) - Case Hours Summary

| Categories | Hours |
|---|---|
| General Case Administration | 4.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 4.5 |
| Debtor Meetings and Discussions | 6.5 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 6.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **23.0** |

## Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/26/24 | Tuesday | 0.5 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 11/27/24 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/30/24 | Saturday | 0.5 | Call with UCC Financial Advisor | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/04/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/04/24 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 12/06/24 | Friday | 0.5 | Internal Administration | General Case Administration |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 0.5 | Internal Administration | General Case Administration |
| 12/11/24 | Wednesday | 0.5 | Sale Process Updates | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/11/24 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/16/24 | Monday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/19/24 | Thursday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/20/24 | Friday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/27/24 | Friday | 0.5 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**James Wappler (Partner)**  *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 26, 2024 through December 31, 2024*

### James Wappler (Partner) - Case Hours Summary

| Categories | Hours |
|---|---:|
| General Case Administration | 0.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 3.5 |
| Debtor Meetings and Discussions | 5.5 |
| Creditor Meetings and Discussions | 1.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 4.0 |
| **Total** | **14.0** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/04/24 | Wednesday | 1.0 | Brand Value Analysis | Valuation Analysis |
| 12/05/24 | Thursday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Matt Rahmani (Managing Director)**                                                                                    *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 26, 2024 through December 31, 2024*

| Matt Rahmani (Managing Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 5.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 4.0 |
| Debtor Meetings and Discussions | 6.5 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 7.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.5 |
| **Total** | **25.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/26/24 | Tuesday | 0.5 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 11/27/24 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/30/24 | Saturday | 0.5 | Call with UCC Financial Advisor | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/04/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/04/24 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 12/06/24 | Friday | 0.5 | Internal Administration | General Case Administration |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 0.5 | Internal Administration | General Case Administration |
| 12/11/24 | Wednesday | 0.5 | Sale Process Updates | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/11/24 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/16/24 | Monday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/17/24 | Tuesday | 0.5 | Process Discussions | Valuation Analysis |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 1.0 | Internal Filings | General Case Administration |
| 12/18/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/19/24 | Thursday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/20/24 | Friday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Kendyl Corber (Director)** *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 26, 2024 through December 31, 2024*

| Kendyl Corber (Director) - Case Hours Summary ||
|---|---:|
| **Categories** | **Hours** |
| General Case Administration | 0.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 3.5 |
| Debtor Meetings and Discussions | 5.5 |
| Creditor Meetings and Discussions | 1.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 5.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 5.0 |
| **Total** | **20.0** |

| Case Hours Detail ||||| 
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 1.0 | Bidding Procedures Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/29/24 | Friday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/04/24 | Wednesday | 1.0 | Brand Value Analysis | Valuation Analysis |
| 12/05/24 | Thursday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/16/24 | Monday | 0.5 | Process Discussions | Valuation Analysis |
| 12/17/24 | Tuesday | 0.5 | Process Discussions | Valuation Analysis |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Baker (Associate)**                                                                       *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 26, 2024 through December 31, 2024*

| Bruce Baker (Associate) - Case Hours Summary | |
|---|---:|
| **Categories** | **Hours** |
| General Case Administration | 17.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 4.3 |
| Debtor Meetings and Discussions | 11.5 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 8.0 |
| Due Diligence, Business Plan and Related Analyses | 13.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 1.0 |
| **Total** | **56.8** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/26/24 | Tuesday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 2.0 | Bidding Procedures Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/27/24 | Wednesday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/29/24 | Friday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 0.5 | Call with UCC Financial Advisor | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/02/24 | Monday | 1.0 | DIP Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/04/24 | Wednesday | 1.5 | Internal Filings | General Case Administration |
| 12/06/24 | Friday | 6.0 | Chris Grubb Deposition | General Case Administration |
| 12/06/24 | Friday | 0.5 | Internal Administration | General Case Administration |
| 12/09/24 | Monday | 5.0 | Neil Augustine Deposition | General Case Administration |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/09/24 | Monday | 0.5 | Internal Filings | General Case Administration |
| 12/09/24 | Monday | 4.0 | Travel | Travel |
| 12/10/24 | Tuesday | 1.0 | TWCF Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/10/24 | Tuesday | 4.0 | Travel | Travel |
| 12/10/24 | Tuesday | 5.0 | Meetings in Delaware Courtroom | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 0.5 | Internal Administration | General Case Administration |
| 12/11/24 | Wednesday | 0.5 | Sale Process Updates | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/15/24 | Sunday | 0.5 | Call Scheduling with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/16/24 | Monday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/16/24 | Monday | 0.5 | Process Discussions | Valuation Analysis |
| 12/17/24 | Tuesday | 0.5 | Process Discussions | Valuation Analysis |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 1.0 | Internal Filings | General Case Administration |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/20/24 | Friday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/24/24 | Tuesday | 1.0 | Diligence Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/26/24 | Thursday | 1.0 | Internal Filings | General Case Administration |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/31/24 | Tuesday | 0.5 | Internal Case Analysis | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Emma Golden (Analyst)**                                                                                                                              *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 26, 2024 through December 31, 2024*

| Emma Golden (Analyst) - Case Hours Summary | |
|---|---:|
| **Categories** | **Hours** |
| General Case Administration | 1.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 3.5 |
| Debtor Meetings and Discussions | 5.5 |
| Creditor Meetings and Discussions | 1.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 5.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 4.0 |
| **Total** | **20.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 1.0 | Bidding Procedures Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/29/24 | Friday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/03/24 | Tuesday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/04/24 | Wednesday | 1.0 | Brand Value Analysis | Valuation Analysis |
| 12/05/24 | Thursday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Daniel Augustine (Analyst)**                                                                                              *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 26, 2024 through December 31, 2024*

### Daniel Augustine (Analyst) - Case Hours Summary

| Categories | Hours |
|---|---|
| General Case Administration | 17.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 3.8 |
| Debtor Meetings and Discussions | 6.5 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 13.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.5 |
| **Total** | **42.8** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/26/24 | Tuesday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 2.0 | Bidding Procedures Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/27/24 | Wednesday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/29/24 | Friday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 0.5 | Call with UCC Financial Advisor | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/02/24 | Monday | 1.0 | DIP Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/04/24 | Wednesday | 1.5 | Internal Filings | General Case Administration |
| 12/06/24 | Friday | 6.0 | David Orlofsky Deposition | General Case Administration |
| 12/06/24 | Friday | 0.5 | Internal Administration | General Case Administration |
| 12/09/24 | Monday | 5.0 | Neil Augustine Deposition | General Case Administration |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/09/24 | Monday | 0.5 | Internal Filings | General Case Administration |
| 12/10/24 | Tuesday | 1.0 | TWCF Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/11/24 | Wednesday | 0.5 | Internal Administration | General Case Administration |
| 12/11/24 | Wednesday | 0.5 | Sale Process Updates | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/16/24 | Monday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/17/24 | Tuesday | 0.5 | Process Discussions | Valuation Analysis |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 1.0 | Internal Filings | General Case Administration |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/20/24 | Friday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/24/24 | Tuesday | 1.0 | Diligence Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/26/24 | Thursday | 1.0 | Internal Filings | General Case Administration |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/31/24 | Tuesday | 0.5 | Internal Case Analysis | Due Diligence, Business Plan and Related Analyses |