# EXHIBIT B

## Expense Detail

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Schedule B**                                                                                                                             STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION

| | |
|---|---:|
| Employee Meals | $15.25 |
| Employee Travel | 625.52 |
| Legal Fees - Deal Related | 42,760.50 |
| *Total Out-of-Pocket Expenses* | *$43,401.27* |

| Transaction Date | Transaction Source | Worker | Spend Category | Additional Detail | Amount to Bill |
|---|---|---|---|---|---|
| 12/3/2024 | Expense | Bruce Baker | Employee Travel | Taxi; New York | $20.52 |
| 12/9/2024 | Expense | Bruce Baker | Employee Travel | Train Tickets | $543.00 |
| 12/10/2024 | Expense | Bruce Baker | Employee Meals | Travel Meal; One Person | $5.25 |
| 12/10/2024 | Expense | Bruce Baker | Employee Meals | Travel Meal; One Person | $10.00 |
| 12/10/2024 | Expense | Bruce Baker | Employee Travel | Train Insurance | $16.00 |
| 12/10/2024 | Expense | Bruce Baker | Employee Travel | Train Fare | $46.00 |
| 12/31/2024 | Supplier Invoice | | Legal Fees - Deal Related | | $42,760.50 |

# Katten

Direct Billing Inquiries to:
Lisa Henry
lisa.henry@katten.com

50 Rockefeller Plaza
New York, NY 10020-1605

January 9, 2025

PERELLA WEINBERG PARTNERS LLP
Attn: Justin Kamen
General Counsel
767 5th Avenue
New York, NY 10153

Invoice No. 40246746
Client No. 342720
Matter No. 00012

FEIN: 36-2796532

**Re: Franchise Group, Inc.** (342720.00012)
For legal services rendered through December 31, 2024......................................................... $42,760.50

**CURRENT INVOICE TOTAL:** $42,760.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 342720 – PERELLA WEINBERG PARTNERS LLP  
Invoice No. 40246746  
Invoice Date: January 9, 2025

**PROFESSIONAL SERVICES**
Matter 00012: Franchise Group, Inc.

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 02 Dec 24 | Rochester, Shaya | Communications with client regarding UCC counsel and filing of Retention Application (.20) | 0.20 |
| 02 Dec 24 | Rosella, Michael | Review sample UCC retention applications (.50); begin to prepare PWP Retention Application (1.20) | 2.10 |
| 04 Dec 24 | Rochester, Shaya | Communications with client and Pachulski regarding PWP Retention Application (.20); communications with PWP regarding Retention Application (.30) | 0.50 |
| 04 Dec 24 | Rosella, Michael | Continue to prepare PWP Retention Application (1.20) | 1.20 |
| 04 Dec 24 | Rosella, Michael | Prepare email to PWP regarding initial diligence items for Retention Application (.30); emails with Pachulski and Katten regarding retention matters (.20) | 0.50 |
| 05 Dec 24 | Rochester, Shaya | Respond to client questions regarding PWP Engagement Letter (.30) | 0.30 |
| 05 Dec 24 | Rosella, Michael | Continue to prepare PWP Retention Application (2.70); review sample retention applications and orders in connection with same (.30) | 3.00 |
| 06 Dec 24 | Rochester, Shaya | At client request, review and provide comments on draft engagement letter with UCC (1.60) | 1.60 |
| 06 Dec 24 | Rosella, Michael | Emails with Katten and PWP regarding retention matters (.30); continue to prepare PWP Retention Application (1.50); review sample PWP retention orders in connection with same (.40) | 2.20 |
| 09 Dec 24 | Rochester, Shaya | Review and provide extensive comments on draft Retention Application (2.00); communications with M. Rosella regarding same (.20); communications with PWP regarding same (.20) | 2.40 |
| 09 Dec 24 | Rosella, Michael | Review S. Rochester comments to PWP Retention Application (.30); prepare comprehensive responses to same (.80); prepare updates to Retention Application (.50); prepare emails to PWP regarding same and next steps (.40) | 2.00 |
| 10 Dec 24 | Rochester, Shaya | Communications with PWP and Pachulski regarding Retention Application (.40) | 0.40 |
| 10 Dec 24 | Rosella, Michael | Emails with Katten and Pachulski regarding retention matters (.20); respond to questions from S. Rochester regarding PWP Retention Application disclosures (.40); review updates from hearing in chapter 11 cases regarding DIP financing (.20) | 0.80 |
| 11 Dec 24 | Rochester, Shaya | Multiple communications with client regarding Retention Application (.50); attend call with PWP to discuss Retention Application (.40); communications with Pachulski regarding Retention Application (.30) | 1.20 |
| 11 Dec 24 | Rosella, Michael | Emails with Katten and PWP regarding disclosure matters (.30); review emails from Pachulski regarding updates in Retention Application process (.20) | 0.50 |
| 12 Dec 24 | Rosella, Michael | Review updated PWP engagement letter with UCC (.30); emails with Pachulski and PWP regarding retention matters (.30) | 0.60 |
| 13 Dec 24 | Rochester, Shaya | Communications with Pachulski regarding PWP | 0.30 |

Client: 342720 – PERELLA WEINBERG PARTNERS LLP  
Invoice No. 40246746  
Invoice Date: January 9, 2025

## PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | retention (.10); respond to PWP question regarding Declaration (.20) | |
| 13 Dec 24 | Rosella, Michael | Review emails from PWP regarding additional disclosure matters (.20) | 0.20 |
| 16 Dec 24 | Rochester, Shaya | Review Pachulski changes to proposed PWP Engagement Letter, and provide markup and communications with PWP regarding same (.60); communications with PWP and Pachulski regarding PWP Engagement Letter (.20) | 0.80 |
| 16 Dec 24 | Rosella, Michael | Emails with Katten and PWP regarding Retention Application next steps (.40) | 0.40 |
| 17 Dec 24 | Rochester, Shaya | Communications with Pachulski and PWP regarding Engagement Letter and Retention Application (.40) | 0.40 |
| 18 Dec 24 | Rochester, Shaya | Communications with Pachulski regarding PWP Retention and disclosures (.20); revise Retention Application and accompanying papers to incorporate client comments (.80); communications with client regarding same (.70); call with Pachulski regarding PWP Retention Application (.10); further revise Engagement Letter (.40); communications with PWP regarding same (.40); additional changes to Retention Application based on additional client comments (.40); communications with PWP and Pachulski regarding same (.40) | 3.40 |
| 18 Dec 24 | Rosella, Michael | Review emails from Katten and Pachulski regarding Retention Application disclosure matters (.30) | 0.30 |
| 19 Dec 24 | Rochester, Shaya | Revise Retention Application (.20); communications with Pachulski regarding same (.20); communications with PWP and Pachulski regarding PWP Engagement Letter (.30) | 0.70 |
| 19 Dec 24 | Rosella, Michael | Prepare revisions to PWP disclosures in Retention Application (.40); emails with Katten and PWP regarding retention matters (.30) | 0.70 |
| 20 Dec 24 | Rochester, Shaya | Revise Retention Application to incorporate additional client comments (.40); communications with client regarding same (.40); communications with Pachulski regarding Engagement Letter and Retention Application (.30) | 1.10 |
| 20 Dec 24 | Rosella, Michael | Emails with Pachulski, PWP, and Katten regarding open Retention Application items (.30) | 0.30 |
| 22 Dec 24 | Rochester, Shaya | Revise Retention Application (.20); communications with Pachulski and PWP regarding same (.20) | 0.40 |
| 23 Dec 24 | Rosella, Michael | Prepare emails to PWP and Pachulski regarding certain Retention Application disclosure matters (.30) | 0.30 |
| 24 Dec 24 | Rochester, Shaya | Communications with Pachulski and client regarding Retention Application and Engagement Letter (.30) | 0.30 |
| 26 Dec 24 | Rochester, Shaya | Communications with client and Pachulski regarding Engagement Letter and Retention Application (.40) | 0.40 |
| 26 Dec 24 | Rosella, Michael | Emails with Katten and PWP regarding Retention Application matters (.30) | 0.30 |

Client: 342720 – PERELLA WEINBERG PARTNERS LLP  
Invoice No. 40246746  
Invoice Date: January 9, 2025

## PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 27 Dec 24 | Rochester, Shaya | Finalize Retention Application (.30); reply to client questions regarding Retention Application (.30); call with Pachulski to discuss Retention Application (.20); further communications with client regarding Retention Application (.30); communications with client, Pachulski and M. Rosella regarding same (.30) | 1.40 |
| 27 Dec 24 | Rosella, Michael | Review emails from Pachulski and PWP regarding Retention Application (.40); review updated Retention Application and PWP engagement letter with the UCC received from Pachulski (.30); emails with Pachulski and PWP regarding finalizing and filing Retention Application (.30) | 1.00 |
| 28 Dec 24 | Rosella, Michael | Emails with PWP and Katten regarding PWP engagement letter and Retention Application matters (.20) | 0.20 |
| 30 Dec 24 | Rosella, Michael | Prepare emails to Pachulski and Katten regarding PWP retention matters (.30) | 0.30 |
| 31 Dec 24 | Rosella, Michael | Review interim compensation order (.30); respond to questions from PWP regarding same (.30) | 0.60 |
| | | **TOTALS:** | **33.30** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 44845 | Rochester, Shaya | 15.80 | 1,560.00 | $24,648.00 |
| 45177 | Rosella, Michael | 17.50 | 1,035.00 | $18,112.50 |
| | **TOTAL:** | **33.30** | | **$42,760.50** |

4

# Katten

50 Rockefeller Plaza
New York, NY 10020-1605

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

**Attorney:** 44845 - Rochester, Shaya
**Client:** 342720 - PERELLA WEINBERG PARTNERS LLP
**Matter:** 00012 - Franchise Group, Inc.

**Invoice No.:** 40246746
**Invoice Date:** 09 Jan 25

**Current Invoice Charges:** $42,760.50

**TOTAL BALANCE DUE:** $42,760.50

