**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

The undersigned attorney with the law firm of Barnes & Thornburg LLP hereby enters her appearance in the above-captioned cases ("Cases") as counsel to Elanco US Inc. ("Elanco") and request, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code ("Bankruptcy Code"), that any and all notices given or required to be given in the Cases, and all papers served or required to be served in the Cases, be served upon her at the following address, and that she be added to any related service list or mailing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

matrix on file with the Clerk of the Bankruptcy Court and the Debtors' claims and noticing agent as set forth below:

> Amy E. Tryon
> BARNES & THORNBURG LLP
> 222 Delaware Avenue, Suite 1200
> Wilmington, DE 19801
> Telephone: (302) 300-3434
> Facsimile: (302) 300-3456
> Email:  amy.tryon@btlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010.

**PLEASE TAKE FURTHER NOTICE** that neither this Appearance nor any subsequent pleading, proof of claim, or other writing or conduct shall constitute a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters.  All such rights hereby are reserved and preserved on behalf of Elanco without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these Cases.

| | |
|---|---|
| Dated: March 7, 2025 | BARNES & THORNBURG LLP |
| | |
| | */s/ Amy E. Tryon* |
| | Mark R. Owens (DE No. 4364) |
| | Amy E. Tryon (DE No. 6945) |
| | 222 Delaware Avenue, Suite 1200 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 300-3434 |
| | Facsimile: (302) 300-3456 |
| | Email: mark.owens@btlaw.com |
| | Email: amy.tryon@btlaw.com |
| | |
| | *Counsel to Elanco US Inc.* |

3