## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, I caused a copy of the foregoing to be served on all parties that are registered to receive notice via the Court's CM/ECF notification system, and on counsel listed below by email:

Edmon L. Morton
Matthew B. Lunn
Allison S. Mielke
Shella Borovinskaya
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

Debra M. Sinclair
Matthew A. Feldman
Betsy L. Feldman
Joseph R. Brandt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com
jbrandt@willkie.com

Timothy Jay Fox, Jr.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: timothy.fox@usdoj.gov

Dated:  March 7, 2025                                   /s/  Amy E. Tryon
                                                                                            Amy E. Tryon (DE No. 6945)