**<u>EXHIBIT B</u>**

**DETAILED INVOICE OF FEES AND EXPENSES FOR**
**DECEMBER 9, 2024 THROUGH AND INCLUDING DECEMBER 31, 2024**

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
44th Floor
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com



MICHAEL J. WARTELL
909 THIRD AVENUE
30TH FLOOR
NEW YORK, NY 10022
ATTN: DAVID  ORLOFSKY

| | |
|---|---|
| Invoice Number | 2138436 |
| Invoice Date | 02/28/25 |
| Client Number | 109258 |
| Matter Number | 0001 |

Re: INDEPENDENT DIRECTOR OF FREEDOM VCM INTERCO, INC. AND FREEDOM VCM, INC.

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | Case Administration | 85.50 | $124,662.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 0.60 | $597.00 |
| 0006 | Retention of Professionals | 198.40 | $210,781.50 |
| 0008 | Hearings and Court Matters/Court Preparation | 53.80 | $96,835.00 |
| 0010 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 5.20 | $9,922.00 |
| 0020 | Investigation and Discovery Matters | 232.50 | $318,252.00 |
| 0022 | Disclosure Statement/Solicitation/Plan/Confirmation | 35.10 | $44,258.50 |
| 0025 | Travel time | 5.40 | $11,171.00 |
| 0028 | Corporate Governance and Board Matters | 6.30 | $13,190.50 |
| 0031 | Business Operations | 0.20 | $439.00 |
| 0033 | Other Contested Matters | 3.00 | $3,305.00 |
| | TOTAL | 626.00 | $833,414.00 |

MICHAEL J. WARTELL                                                                    Page 2
Invoice Number: 2138436                                                               02/28/25

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 12/06/24 | M S STAMER | 0002 | Review case materials (.3); calls with B. Kahn re case background (.5); correspondence with debtors' professionals (.2); call with debtors' counsel re background (.2). | 1.20 | $2,634.00 |
| 12/06/24 | B M KAHN | 0002 | Calls with M. Stamer re: case background (.5); call with T. Helfrick re: same (.2); review first day declaration (.7), various filed pleadings (1.0) and consider next steps (.4). | 2.80 | $5,530.00 |
| 12/06/24 | B M KAHN | 0006 | Review draft of Akin engagement letter. | 0.80 | $1,580.00 |
| 12/06/24 | T L HELFRICK | 0002 | Review First Day Declaration (2.0); call with B. Kahn re case background (.2). | 2.20 | $2,189.00 |
| 12/06/24 | T L HELFRICK | 0022 | Review motion to terminate exclusivity. | 0.30 | $298.50 |
| 12/07/24 | B M KAHN | 0028 | Review and comment on Wartell director engagement letter. | 1.70 | $3,357.50 |
| 12/07/24 | A E LUFT | 0022 | Review exclusivity termination pleadings. | 1.80 | $3,555.00 |
| 12/07/24 | T L HELFRICK | 0022 | Review exclusivity termination filings (2.5) and draft summary of same (1.8); correspondence with Akin team re same (.5); review RSA and related materials (2.0). | 6.80 | $6,766.00 |
| 12/07/24 | T L HELFRICK | 0002 | Review docket (.1) and correspondence re relevant filings (.1). | 0.20 | $199.00 |
| 12/08/24 | M S STAMER | 0002 | Review various filed pleadings (3.0); calls with B. Kahn re case issues (.3). | 3.30 | $7,243.50 |
| 12/08/24 | B M KAHN | 0002 | Call with M. Stamer re case issues (.3); call with A. Antypas re: case background (.3). | 0.60 | $1,185.00 |
| 12/08/24 | B M KAHN | 0006 | Analyze retention structure issues. | 0.30 | $592.50 |
| 12/08/24 | B M KAHN | 0028 | Review corporate organizational documents. | 0.70 | $1,382.50 |
| 12/08/24 | A F ANTYPAS | 0002 | Call with B. Kahn re case background (.3); review case background materials (.3); correspond with T. Helfrick re same (.2). | 0.80 | $1,116.00 |
| 12/08/24 | T L HELFRICK | 0002 | Prepare work product re professionals (1.1); correspondence with A. Antypas re same (.1); continue reviewing background case materials (.9). | 2.10 | $2,089.50 |
| 12/09/24 | M S STAMER | 0002 | Review case background materials (2.3); correspondence with S. Kuhn and M. Wartell re case (.6); calls with S. Kuhn and | 3.50 | $7,682.50 |

MICHAEL J. WARTELL                                                      Page 3
Invoice Number: 2138436                                                02/28/25

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | M. Wartell re same (.6). | | |
| 12/09/24 | S B KUHN | 0002 | Correspondence with M. Stamer and M. Wartell re case (.6); calls with M. Stamer and M. Wartell re same (.6). | 1.20 | $2,634.00 |
| 12/09/24 | S B KUHN | 0028 | Review director engagement documents (.6) and revisions to same (.3); correspondence with Willkie team re same (.4); review Freedom VCM & VCM Interco organizational documents (1.5) and draft internal correspondence re same (.4). | 3.20 | $7,024.00 |
| 12/09/24 | B M KAHN | 0008 | Attend call with Akin team re hearing preparation. | 0.60 | $1,185.00 |
| 12/09/24 | B M KAHN | 0010 | Review DIP pleadings. | 1.80 | $3,555.00 |
| 12/09/24 | A E LUFT | 0008 | Attend call with Akin team re: hearing preparation (.6); discuss hearing preparation and logistics with T. Helfrick (.5); review pleadings for second day hearing (5.4). | 6.50 | $12,837.50 |
| 12/09/24 | T L HELFRICK | 0002 | Revise work product re case professionals (.3) and correspondence with A. Antypas re same (.1); review recent filings (.3) and internal correspondence re same (.2); draft pleading summaries (1.5). | 2.40 | $2,388.00 |
| 12/09/24 | T L HELFRICK | 0006 | Review draft Akin engagement letter (.6) and analyze retention issues (.4). | 1.00 | $995.00 |
| 12/09/24 | T L HELFRICK | 0008 | Prepare materials for upcoming hearing (3.3) and correspondence to Akin team re same (.5); attend call with Akin team re: hearing preparation (.6); discuss hearing preparation and logistics with A. Luft (.5). | 4.90 | $4,875.50 |
| 12/10/24 | M S STAMER | 0008 | Review relevant materials in prep for hearing (.8); attend second day hearing (7.9). | 8.70 | $19,096.50 |
| 12/10/24 | M S STAMER | 0002 | Attend call (.3) and correspond with client (.4) re case updates. | 0.70 | $1,536.50 |
| 12/10/24 | M S STAMER | 0025 | Traveling to and from hearing (actual time 4.5). | 2.30 | $5,048.50 |
| 12/10/24 | S B KUHN | 0008 | Correspondence with Akin team re hearing updates. | 0.70 | $1,536.50 |
| 12/10/24 | S B KUHN | 0006 | Correspondence with B. Kahn, client, and Willkie team re engagement letter (.3); analyze issues re: engagement (.5). | 0.80 | $1,756.00 |
| 12/10/24 | B M KAHN | 0022 | Analyze RSA issues. | 0.40 | $790.00 |
| 12/10/24 | B M KAHN | 0010 | Review and comment on DIP order language (.4); review Akin team correspondence re: same (.2). | 0.60 | $1,185.00 |

MICHAEL J. WARTELL                                                                 Page 4
Invoice Number: 2138436                                                            02/28/25

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| 12/10/24 | B M KAHN | 0008 | Telephonic attendance at second day hearing (partial) (1.5); correspondence with Akin team re: same (.3). | 1.80 | $3,555.00 |
| 12/10/24 | B M KAHN | 0006 | Correspondence with S. Kuhn, client, and Willkie team re Akin engagement letter. | 0.30 | $592.50 |
| 12/10/24 | A F ANTYPAS | 0008 | Review and edit hearing summary. | 1.00 | $1,395.00 |
| 12/10/24 | A F ANTYPAS | 0002 | Confer with T. Helfrick re case updates. | 0.20 | $279.00 |
| 12/10/24 | A E LUFT | 0010 | Review DIP pleadings. | 2.20 | $4,345.00 |
| 12/10/24 | A E LUFT | 0008 | Attend second day hearing. | 7.90 | $15,602.50 |
| 12/10/24 | A E LUFT | 0025 | Travel from hearing (actual time 2.2). | 1.10 | $2,172.50 |
| 12/10/24 | T L HELFRICK | 0002 | Confer with A. Antypas re case updates (.2); review docket updates (.2) and correspondence with Akin team re same (.1). | 0.50 | $497.50 |
| 12/10/24 | T L HELFRICK | 0008 | Prepare hearing summary (.8); revise same (.6) correspond with Akin team re same (.4); correspond with client re same (.2). | 2.00 | $1,990.00 |
| 12/10/24 | T L HELFRICK | 0006 | Research issues in connection with retention applications. | 0.60 | $597.00 |
| 12/11/24 | M S STAMER | 0008 | Review relevant materials in preparation for day 2 of second day hearing (.5) and attend same (.9) (partial). | 1.40 | $3,073.00 |
| 12/11/24 | M S STAMER | 0002 | Attend Akin team meeting re case workstreams (.5); correspondence with M. Wartell and Willkie re various case issues (.3). | 0.80 | $1,756.00 |
| 12/11/24 | S B KUHN | 0002 | Attend Akin team meeting re case workstreams (.5); correspondence with Willkie re final unanimous written consents (.1). | 0.60 | $1,317.00 |
| 12/11/24 | S B KUHN | 0008 | Correspondence with Akin team re follow up matters. | 0.50 | $1,097.50 |
| 12/11/24 | B R KEMP | 0006 | Confer with A. Laaraj re conflict review process. | 0.20 | $106.00 |
| 12/11/24 | J F NEWDECK | 0006 | Begin draft shell of retention application (1.1); correspondence with Akin team re same (.4); review PII list from debtors' counsel (.3); correspondence with paralegal team re same (.2); review first day declaration in connection with preparing for retention application (.4); analyze initial matters in connection with same (.5). | 2.90 | $4,785.00 |
| 12/11/24 | B M KAHN | 0002 | Attend Akin team meeting re case workstreams (.5); analyze | 1.20 | $2,370.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|-------|-------|
| | | | next steps (.7). | | |
| 12/11/24 | B M KAHN | 0006 | Review updates re: engagement and retention. | 0.60 | $1,185.00 |
| 12/11/24 | B M KAHN | 0008 | Attend second day hearing (partial). | 0.50 | $987.50 |
| 12/11/24 | A F ANTYPAS | 0022 | Email Akin team re plan issues (.5); review and analyze RSA (.8). | 1.30 | $1,813.50 |
| 12/11/24 | A F ANTYPAS | 0006 | Correspondence with Akin team re Akin retention application (.4); correspond with T. Helfrick re same (.2); call with T. Helfrick re same (.3); correspond with A. Laaraj re conflicts check (.4). | 1.30 | $1,813.50 |
| 12/11/24 | A F ANTYPAS | 0010 | Review DIP Order. | 0.60 | $837.00 |
| 12/11/24 | A F ANTYPAS | 0002 | Continue to review first day declaration (1.3); correspond with T. Helfrick re case workstreams (.5); attend Akin team meeting re case workstreams (.5). | 2.30 | $3,208.50 |
| 12/11/24 | A LAARAJ | 0006 | Confer with B. Kemp re conflicts review process (.2); prepare unredacted schedule one (1.5); research names on schedule one (.4); correspond with A. Antypas re conflicts check (.4). | 2.50 | $1,325.00 |
| 12/11/24 | A E LUFT | 0002 | Attend Akin team meeting re case workstreams (.5); draft list of action items (.3). | 0.80 | $1,580.00 |
| 12/11/24 | A E LUFT | 0008 | Review pleadings and transcripts in preparation for hearing (5.3) and analyze issues in connection therewith (2.0); attend hearing (1.0). | 8.30 | $16,392.50 |
| 12/11/24 | M N TANNA | 0006 | Conduct conflicts check. | 1.30 | $396.50 |
| 12/11/24 | T L HELFRICK | 0002 | Review docket updates (.7), draft summaries of same (1.1) and draft correspondence to Akin team re same (.1); attend Akin team call re case workstreams (.5); emails with A. Antypas re same (.5); email Akin team re case matters (.3). | 3.20 | $3,184.00 |
| 12/11/24 | T L HELFRICK | 0008 | Prepare hearing materials (1.0); consider related issues (.3). | 1.30 | $1,293.50 |
| 12/11/24 | T L HELFRICK | 0006 | Correspondence with Akin team re Akin retention application (.4); correspond with A. Antypas re same (.2); call with A. Antypas re same (.3); draft Akin engagement letter (1.1). | 2.00 | $1,990.00 |
| 12/12/24 | M S STAMER | 0002 | Calls with counsel to debtors re case issues (.2); correspondence | 2.10 | $4,609.50 |

MICHAEL J. WARTELL
Invoice Number: 2138436

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | with S. Kuhn and M. Wartell re next steps (.5); attend meeting with B. Kahn, S. Kuhn, A. Luft and M. Wartell (1.4). | | |
| 12/12/24 | S B KUHN | 0002 | Correspondence with M. Stamer and M. Wartell re next steps (.5); attend meeting with M. Stamer, B. Kahn, A. Luft and M. Wartell re case status and next steps (1.4); review background materials (1.3). | 3.20 | $7,024.00 |
| 12/12/24 | B M KAHN | 0002 | Attend meeting with M. Stamer, S. Kuhn, A. Luft and M. Wartell re next steps (partial). | 1.00 | $1,975.00 |
| 12/12/24 | B M KAHN | 0006 | Review and comment on Akin engagement letter draft. | 0.50 | $987.50 |
| 12/12/24 | D K KRASA | 0006 | Confer with A. Laaraj re conflicts check (.5); review parties-in-interest list (.5). | 1.00 | $530.00 |
| 12/12/24 | R  TIZRAVESH | 0020 | Call with A. Luft re investigation issues (.5); review documents re investigation (1.6). | 2.10 | $3,465.00 |
| 12/12/24 | M L BRIMMAGE JR. | 0020 | Review and analyze background facts and documents related to investigation (.9) and disputed issues (1.3); call with A. Luft re workstream statuses and investigation strategy (.4); analyze issues in connection with investigation (.2). | 2.80 | $6,146.00 |
| 12/12/24 | A F ANTYPAS | 0002 | Correspondence with T. Helfrick re workstreams (.6); review recently filed pleadings (.6). | 1.20 | $1,674.00 |
| 12/12/24 | A F ANTYPAS | 0006 | Review precedent independent director engagement agreements (.7); review and comment on draft Akin engagement letter (1.1); call with T. Helfrick re same (.3); correspondence with T. Helfrick re same (.5); correspondence with Akin team re same (.4); review and edit revised draft of Akin engagement letter (.3). | 3.30 | $4,603.50 |
| 12/12/24 | A  LAARAJ | 0006 | Confer with D. Krasa re conflicts review process (.5); review and comment on Willkie category lists in connection with conflicts review (.4) and prepare category emails for conflicts (1.1); prepare conflicts master review summary (1.0). | 3.00 | $1,590.00 |
| 12/12/24 | A E LUFT | 0020 | Call with M. Brimmage re the status of various case issues (.4); call with R. Tizravesh investigation matters (.5); correspondence with Akin team re same (.9). | 1.80 | $3,555.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 12/12/24 | A E LUFT | 0002 | Meeting with client, M. Stamer, B. Kahn and S. Kuhn re: next steps. | 1.40 | $2,765.00 |
| 12/12/24 | M N TANNA | 0006 | Compile information for conflicts check (.8); compile information from 2019 Statements (.3); conduct conflicts check review (1.8). | 2.90 | $884.50 |
| 12/12/24 | T L HELFRICK | 0002 | Review various filed pleadings (.9); email with A. Antypas re same (.2); review first day filings in connection with review of case issues (1.2); draft WIP task list (1.1); prepare case update materials (1.1); correspondence with A. Antypas re case matters (.6). | 5.10 | $5,074.50 |
| 12/12/24 | T L HELFRICK | 0006 | Revise draft Akin engagement letter (.6); call with A. Antypas re same (.3); emails with same re same (.5); emails with Akin team re same (.5). | 1.90 | $1,890.50 |
| 12/13/24 | M S STAMER | 0020 | Call with D. Sinclair and A. Luft re: investigation (.3); calls (.5) and correspondence (.4) with client and company representatives re same. | 1.20 | $2,634.00 |
| 12/13/24 | M S STAMER | 0002 | Review filed pleadings and related materials re case status. | 0.80 | $1,756.00 |
| 12/13/24 | S B KUHN | 0020 | Correspondence with Akin team re follow-up items & next steps re investigation (.7); continue reviewing background documents re same (1.0). | 1.70 | $3,731.50 |
| 12/13/24 | S B KUHN | 0028 | Correspondence with M. Wartell re director engagement letter. | 0.20 | $439.00 |
| 12/13/24 | B R KEMP | 0006 | Review conflict reports for certain categories (1.2); analyze data (1.8); review issues related to same (.8); update summary chart (.4); correspond with J. Newdeck re PII names (.3). | 4.50 | $2,385.00 |
| 12/13/24 | J F NEWDECK | 0006 | Analyze issues in connection with Akin retention (.6); attend call with Akin team re: same (.4); conduct research re same (1.0); draft correspondence to team re same (.5); draft sections of Akin retention application (1.8); emails with B. Kemp re PII review (.3). | 4.60 | $7,590.00 |
| 12/13/24 | B M KAHN | 0006 | Review updates re: engagement and retention matters (1.0); attend call with Akin team re: same (.4); review potential issues re: local counsel (.3). | 1.70 | $3,357.50 |
| 12/13/24 | B M KAHN | 0020 | Call with A. Luft re: investigation status. | 0.20 | $395.00 |

MICHAEL J. WARTELL                                                                      Page 8
Invoice Number: 2138436                                                                 02/28/25

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 12/13/24 | D K KRASA | 0006 | Review parties-in-interest list (.8); review conflicts reports (1.5). | 2.30 | $1,219.00 |
| 12/13/24 | R TIZRAVESH | 0020 | Call re case status and strategy with P. Glackin (.3); review materials re investigation issues (4.9); review correspondence from litigation team re same (.1). | 5.30 | $8,745.00 |
| 12/13/24 | M L BRIMMAGE JR. | 0020 | Correspondence with Akin team re the status of various issues (.3); review and analyze deposition transcripts (1.8). | 2.10 | $4,609.50 |
| 12/13/24 | A F ANTYPAS | 0002 | Correspond with A. Luft and B. Kahn re client query (.3); call with T. Helfrick re same (.2); review filed pleadings (.5); review and comment on draft WIP task list (.5); correspond with T. Helfrick re same (.3); review case background materials (1.2); call with T. Helfrick re case workstreams (.3). | 3.30 | $4,603.50 |
| 12/13/24 | A F ANTYPAS | 0006 | Review and edit revised draft of Akin engagement letter (.6); attend call with Akin team re: same (.4); correspond with T. Helfrick re same (.2); correspond with Akin team re same (.3); review PII list and structure chart in connection with same (.4). | 1.90 | $2,650.50 |
| 12/13/24 | P J GLACKIN | 0020 | Call with R. Tizravesh re case status and strategy (.3); review matter background materials (.9). | 1.20 | $1,620.00 |
| 12/13/24 | A LAARAJ | 0006 | Call with T. Helfrick re opening FRG matter (.1); review conflicts reports (3.5). | 3.60 | $1,908.00 |
| 12/13/24 | A E LUFT | 0020 | Update call with B. Kahn re: investigation (.2); call with D. Sinclair and M. Stamer re: same (.3). | 0.50 | $987.50 |
| 12/13/24 | A E LUFT | 0002 | Edit draft communication to client re case updates. | 0.10 | $197.50 |
| 12/13/24 | A E LUFT | 0006 | Edit draft Akin engagement letter. | 0.30 | $592.50 |
| 12/13/24 | M N TANNA | 0006 | Conduct conflicts check review. | 1.00 | $305.00 |
| 12/13/24 | T L HELFRICK | 0002 | Prepare case materials in connection with matter administration (.8) and correspondence with Akin team re same (.4); call with A. Antypas re case workstreams (.3); revise WIP list (1.5); emails with A. Antypas re same (.3); review docket updates (.5) and draft correspondence to Akin | 5.90 | $5,870.50 |

MICHAEL J. WARTELL
Invoice Number: 2138436

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | team re same (.2); draft case calendar tracker (1.4); draft working group list (.3); call with A Antypas re client query (.2). | | |
| 12/13/24 | T L HELFRICK | 0006 | Revise draft of Akin engagement letter (.8); correspondence with A. Antypas re retention matters (.7); attend call with Akin team re: same (.4); call with A. Laaraj re FRG matter (.1). | 2.00 | $1,990.00 |
| 12/16/24 | S B KUHN | 0002 | Continued review of case background documents. | 1.50 | $3,292.50 |
| 12/16/24 | J F NEWDECK | 0006 | Analyze conflict reports in connection with retention matters (.7); draft correspondence to Akin team members re follow up information (.6); analyze screening matters (.7); correspondence with Akin team re same (.2); draft disclosures for Akin declaration (2.5); draft portions of retention application (1.8). | 6.50 | $10,725.00 |
| 12/16/24 | B M KAHN | 0006 | Review and comment on draft Akin engagement letter (.9); review retention application issues (.9); correspondence with Akin team re: same (.3); analyze local counsel retention issues (.3). | 2.40 | $4,740.00 |
| 12/16/24 | R TIZRAVESH | 0020 | Review documents and materials re investigation (2.9) and analyze issues in connection therewith (1.0); draft investigation outline (1.0); emails with Akin team re same (.3). | 5.20 | $8,580.00 |
| 12/16/24 | M L BRIMMAGE JR. | 0020 | Correspondence with Akin team re the status of various open issues (.3); review and analysis of deposition transcripts (1.2). | 1.50 | $3,292.50 |
| 12/16/24 | A F ANTYPAS | 0002 | Review draft case calendar (.3); review DIP order in connection with same (.2); correspond with T. Helfrick re case work streams (.3). | 0.80 | $1,116.00 |
| 12/16/24 | A F ANTYPAS | 0008 | Review pleadings in advance of December 17 hearing. | 1.00 | $1,395.00 |
| 12/16/24 | A F ANTYPAS | 0006 | Correspondence with Akin team re retention application and conflict check matters (.8); follow up correspondence with T. Helfrick re same (.2); review and comment on revised draft Akin engagement letter (.4). | 1.40 | $1,953.00 |
| 12/16/24 | P J GLACKIN | 0020 | Correspondence with Akin team re investigation issues. | 0.20 | $270.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 12/16/24 | A  LAARAJ | 0006 | Continue conflicts review (1.0); prepare schedules 2 and 3 (.5). | 1.50 | $795.00 |
| 12/16/24 | T L  HELFRICK | 0002 | Prepare case calendar (.6) and correspondence with A. Antypas and team re same (.5); review recent filings (.9) and prepare summaries of same (.6). | 2.60 | $2,587.00 |
| 12/16/24 | T L  HELFRICK | 0006 | Review and revise draft Akin engagement letter (.8) and emails with A. Antypas re retention matters (.7). | 1.50 | $1,492.50 |
| 12/16/24 | T L  HELFRICK | 0008 | Prepare materials for December 17 hearing. | 0.50 | $497.50 |
| 12/17/24 | M S  STAMER | 0002 | Review case materials (.4); communications with debtors' professionals re case issues (.2) and communications with 1L professionals re case issues (.2). | 0.80 | $1,756.00 |
| 12/17/24 | S B  KUHN | 0008 | Correspondence with Akin team re hearing follow up. | 0.30 | $658.50 |
| 12/17/24 | J F  NEWDECK | 0006 | Review reports for certain PII categories (.3); correspondence to conflict review team re review process (.6); analyze draft schedules and related conflict reports (2.8); correspondence with review team re same (.2); continue to analyze draft schedules and related conflict reports (.9). | 4.80 | $7,920.00 |
| 12/17/24 | B M  KAHN | 0002 | Review status of case workstreams (.2); correspondence with Akin team re: updates (.2). | 0.40 | $790.00 |
| 12/17/24 | B M  KAHN | 0020 | Review common interest agreement matters (.4); analyze investigation open issues (.5) and correspondence with Akin team re same (.2); communications with Akin Lit team re investigation strategy (.4). | 1.50 | $2,962.50 |
| 12/17/24 | B M  KAHN | 0006 | Review comments to draft Akin engagement letter. | 0.50 | $987.50 |
| 12/17/24 | B M  KAHN | 0008 | Telephonic attendance at December 17 hearing (partial). | 0.50 | $987.50 |
| 12/17/24 | B M  KAHN | 0028 | Review written board consent matters. | 0.50 | $987.50 |
| 12/17/24 | D K  KRASA | 0006 | Review conflicts reports (1.1); analyze data (.6); research additional company information (.5); update conflicts review summary chart (.5); draft detailed correspondence to conflicts review team re follow up question re review (.2). | 2.90 | $1,537.00 |
| 12/17/24 | R  TIZRAVESH | 0020 | Review and analyze various materials in connection with | 1.60 | $2,640.00 |

MICHAEL J. WARTELL

Invoice Number: 2138436

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | investigation (.4); draft outline re investigation (1.2). | | |
| 12/17/24 | A F ANTYPAS | 0008 | Review and comment on hearing summary (.3); correspond with Akin team re same (.6). | 0.90 | $1,255.50 |
| 12/17/24 | A F ANTYPAS | 0022 | Review filed Plan (1.0); correspondence to T. Helfrick re exclusivity issues (.5). | 1.50 | $2,092.50 |
| 12/17/24 | P J GLACKIN | 0020 | Draft correspondence to Akin team members re case and strategy (.8) and review correspondence from Akin team re same (.3). | 1.10 | $1,485.00 |
| 12/17/24 | A  LAARAJ | 0006 | Update the master conflicts spreadsheet (.3); create project folders (.2); update schedules 2 and 3 (.3); review conflicts categories (3.3); address research questions from J. Newdeck re conflicts review (1.2). | 5.30 | $2,809.00 |
| 12/17/24 | A E LUFT | 0020 | Communications with Akin team re investigation discovery. | 0.60 | $1,185.00 |
| 12/17/24 | A E LUFT | 0025 | Travel to and from Delaware for hearing (actual time 4). | 2.00 | $3,950.00 |
| 12/17/24 | A E LUFT | 0008 | Attend December 17 hearing. | 2.70 | $5,332.50 |
| 12/17/24 | M N TANNA | 0006 | Continue conflicts check review. | 0.50 | $152.50 |
| 12/17/24 | T L HELFRICK | 0002 | Correspondence with Akin team re case workstreams (.4); review relevant reporting and docket updates (.7); prepare materials re same (.6). | 1.70 | $1,691.50 |
| 12/17/24 | T L HELFRICK | 0008 | Draft (.8) and revise (.5) hearing summary; review relevant hearing material (.3) and correspondence with Akin team re same (.2). | 1.80 | $1,791.00 |
| 12/18/24 | M S STAMER | 0020 | Correspondence with Akin team re investigation strategy (.6); call with Akin team re investigation open issues (.5); correspondence with Akin team re same (.7). | 1.80 | $3,951.00 |
| 12/18/24 | S B KUHN | 0002 | Prepare for (.2) and attend call with Akin team re case status and next steps (.5). | 0.70 | $1,536.50 |
| 12/18/24 | J F NEWDECK | 0006 | Draft correspondence to Akin team re retention matters updates (.4); continue to draft retention pleadings (1.5); review related precedent (1.2). | 3.10 | $5,115.00 |
| 12/18/24 | B M KAHN | 0002 | Attend Akin team call re case status and next steps. | 0.50 | $987.50 |
| 12/18/24 | B M KAHN | 0006 | Review updates re: Akin retention application (.7); analyze issues in connection with local counsel retention (.3). | 1.00 | $1,975.00 |
| 12/18/24 | B M KAHN | 0020 | Call with A. Luft re: investigation workstreams. | 0.40 | $790.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|-------|-------|
| 12/18/24 | D K KRASA | 0006 | Review conflicts reports (1.7); analyze data (1.0); research additional company information (.8); update conflicts review summary chart (.7); draft detailed correspondence to conflicts review team re follow up question re review (.2). | 4.40 | $2,332.00 |
| 12/18/24 | R TIZRAVESH | 0020 | Correspondence with Akin litigation and FR teams re investigation (.3); analyze various issues re investigation (2.1); attend pre-call with Akin team re call with Debtors (.5); call with Debtors re investigation scope (.7). | 3.60 | $5,940.00 |
| 12/18/24 | M L BRIMMAGE JR. | 0020 | Review and analyze materials in preparation for call with debtors' counsel re investigation matters (.3); call with Akin litigation team re the scope of investigation (.5); call with debtors' counsel re same (.7); analyze discovery issues in connection with investigation (.2). | 1.70 | $3,731.50 |
| 12/18/24 | A F ANTYPAS | 0002 | Prepare draft agenda for Akin team call (.3); email B. Kahn re same (.2); call with T. Helfrick re case work streams (.8); attend Akin team update call re case status and next steps (.5) and correspondence with Akin team re same (.3). | 2.10 | $2,929.50 |
| 12/18/24 | A F ANTYPAS | 0022 | Review plan and disclosure statement (1.6); review exclusivity hearing transcript (.3); review internal correspondence from T. Helfrick re same (.2). | 2.10 | $2,929.50 |
| 12/18/24 | A F ANTYPAS | 0006 | Review and edit revised draft of Akin engagement letter (.2); correspond with T. Helfrick re same (.2). | 0.40 | $558.00 |
| 12/18/24 | P J GLACKIN | 0020 | Confer with A. Luft re case status and investigation strategy (.7); pre-call with litigation team re scope of investigation (.5); call with debtors' counsel re same (.7); draft document review protocol (1.5). | 3.40 | $4,590.00 |
| 12/18/24 | A LAARAJ | 0006 | Address research questions re conflicts review (.8); update schedules re same (4.0). | 4.80 | $2,544.00 |
| 12/18/24 | A E LUFT | 0020 | Attend Akin team call re investigation scope (.5); call with Debtors re same (.7); review call summary and | 3.20 | $6,320.00 |

MICHAEL J. WARTELL
Invoice Number: 2138436

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | correspondence in connection therewith (.9); call with B. Kahn re: next steps (.4); confer with P. Glackin re: investigation (.7). | | |
| 12/18/24 | A E LUFT | 0002 | Attend Akin team update call re case status and next steps. | 0.50 | $987.50 |
| 12/18/24 | T L HELFRICK | 0033 | Prepare Freedom Lender appellate timeline summary (1.0) and draft correspondence to Akin team re same (.2). | 1.20 | $1,194.00 |
| 12/18/24 | T L HELFRICK | 0022 | Review Plan and RSA (1.1); correspondence with A. Antypas re exclusivity issues (.3); draft Plan summary (1.0). | 2.40 | $2,388.00 |
| 12/18/24 | T L HELFRICK | 0006 | Correspondence with Akin team re retention matters (1.2); revise Akin engagement letter (.5) and correspondence A. Antypas re same (.2). | 1.90 | $1,890.50 |
| 12/18/24 | T L HELFRICK | 0002 | Call with A. Antypas re case work streams (.8); attend Akin team call re case status and next steps (.5); review recent filings (.8) and prepare summaries of same (1.1); emails with Akin team re next steps (.4). | 3.60 | $3,582.00 |
| 12/19/24 | M S STAMER | 0020 | Review relevant materials in connection with investigation (.4); correspondence with Akin team and M. Wartell re same (.8); call with debtors' professionals re investigation (.5). | 1.70 | $3,731.50 |
| 12/19/24 | M R MORSE | 0020 | Configure litigation support workspace for investigation review (.6); download production documents from Willkie (2.7). | 3.30 | $1,600.50 |
| 12/19/24 | P G O'BRIEN | 0020 | Call with R. Tizravesh re discovery process (.3); review background documents (.3); confer with T. Whitney re investigation background (.4). | 1.00 | $1,375.00 |
| 12/19/24 | J F NEWDECK | 0006 | Continue to analyze potential issues in connection with retention matters (3.7); follow up correspondence with team re same (.5). | 4.20 | $6,930.00 |
| 12/19/24 | B M KAHN | 0020 | Analyze investigation issues (.4); attend call with Akin and Willkie teams re: investigation issues (.5); follow up with A. Luft re: same (.3); consider next steps in connection with investigation strategy (.3). | 1.50 | $2,962.50 |
| 12/19/24 | D K KRASA | 0006 | Confer with A. Laaraj re conflicts review questions (.5); review J. Newdeck's follow up | 1.50 | $795.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | questions re review (.5); research additional company information (.5). | | |
| 12/19/24 | R  TIZRAVESH | 0020 | Review and analyze search terms re investigation (.1); call with Akin team and Debtors re investigation issues (.5); draft summary of call with Debtors (.3); draft work product in connection with investigation (.8); call with P. O'Brien re investigation discovery (.3); review various documents re investigation (1.8). | 3.80 | $6,270.00 |
| 12/19/24 | M L  BRIMMAGE JR. | 0020 | Review and analyze materials in preparation for call with Debtors (.6); call with Debtors and Akin team re investigation issues (.5); prepare and review work product in connection with investigation (.2) and related correspondence (.1). | 1.40 | $3,073.00 |
| 12/19/24 | A F  ANTYPAS | 0002 | Review docket updates (.3); review draft client update (.1). | 0.40 | $558.00 |
| 12/19/24 | A F  ANTYPAS | 0006 | Initial review of draft Akin retention application (.8); correspond with Akin team re retention and conflicts check matters (.4). | 1.20 | $1,674.00 |
| 12/19/24 | A F  ANTYPAS | 0022 | Review Plan, RSA and related materials (2.4); review and revise draft Plan summary (1.8); correspond with T. Helfrick re same (.4). | 4.60 | $6,417.00 |
| 12/19/24 | A F  ANTYPAS | 0033 | Review and edit draft update to Akin team re Freedom Lender appeal briefing (.5); email T. Helfrick re same (.3). | 0.80 | $1,116.00 |
| 12/19/24 | P J  GLACKIN | 0020 | Confer with A. Stamboulidis re background information (.4); correspondence with Akin litigation team re document review protocol and related issues (1.7); correspondence with debtors' counsel re document production and discovery issues (.7); correspondence with Akin's E Discovery team re incoming document productions and related issues (.9); review protective order in connection therewith (.4). | 4.10 | $5,535.00 |
| 12/19/24 | A  LAARAJ | 0006 | Update Schedule 1 (.4); review and update schedules 2 and 3 (.4); review reports and update master summary (3.1); confer with D. Krasa re conflicts review | 4.40 | $2,332.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | questions (.5). | | |
| 12/19/24 | A G STAMBOULIDIS | 0020 | Confer with P. Glackin re background information (.4); review First Day Declaration (1.3). | 1.70 | $1,428.00 |
| 12/19/24 | A E LUFT | 0020 | Review materials in preparation for with meeting with Debtors (2.1); call with Debtors and Akin team re investigation (.5). | 2.60 | $5,135.00 |
| 12/19/24 | T L HELFRICK | 0002 | Prepare case status update (.4) and correspondence with client re same (.1); review case documents (.5) and draft correspondence to Akin team re same (.2). | 1.20 | $1,194.00 |
| 12/19/24 | T L HELFRICK | 0006 | Correspondence with A. Antypas and J. Newdeck re retention matters (.3); correspondence with M. DeBaecke (Ashby) re same (.2). | 0.50 | $497.50 |
| 12/19/24 | T L HELFRICK | 0022 | Continue reviewing Plan and RSA (1.5); continue drafting Plan summary (2.4); emails with A. Antypas re same (.6). | 4.50 | $4,477.50 |
| 12/19/24 | T WHITNEY | 0020 | Confer with P. O'Brien re investigation background (.4); review investigation background materials (3.2). | 3.60 | $3,330.00 |
| 12/20/24 | M S STAMER | 0020 | Correspondence with debtors' professionals (.4) and 1L professionals (.3) re investigation. | 0.70 | $1,536.50 |
| 12/20/24 | M S STAMER | 0002 | Review correspondence re case documents and recent filings. | 0.60 | $1,317.00 |
| 12/20/24 | M R MORSE | 0020 | Download and prepare production documents from Wilkie (3.4); prepare report for all productions (.5). | 3.90 | $1,891.50 |
| 12/20/24 | P G O'BRIEN | 0020 | Call with Akin litigation team re investigation discovery issues. | 0.70 | $962.50 |
| 12/20/24 | J F NEWDECK | 0006 | Analyze lender PII matters (1.4); call with debtors' counsel (.2) and M. DeBaecke (Ashby) (.3) re same; review prior pleadings related to same (.5); correspondence with debtors re same (.2); analyze approach to same (.3); update Akin retention application for disclosures and interim comments (1.4); correspondence with M. DeBaecke (Ashby) re retention matters (.2); consider same (.2); research re PII matters (.5). | 5.20 | $8,580.00 |
| 12/20/24 | B M KAHN | 0006 | Initial review of Akin retention application (.7); correspondence with Akin team re: same (.3). | 1.00 | $1,975.00 |
| 12/20/24 | B M KAHN | 0020 | Analyze investigation discovery | 0.70 | $1,382.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | issues. | | |
| 12/20/24 | D K KRASA | 0006 | Review conflicts reports (2.0); analyze data (1.1); research additional company info (1.0); update conflicts review summary chart (.8); draft detailed correspondence to conflicts re follow up question re review (.2); update summary (.3); draft status correspondence to review team (.1). | 5.50 | $2,915.00 |
| 12/20/24 | R TIZRAVESH | 0020 | Analyze issues re investigation (1.5); correspondence with E-discovery team re document production issues (.5); review and analyze documents for investigation (1.5); call with Akin litigation team re investigation discovery issues (.7). | 4.20 | $6,930.00 |
| 12/20/24 | M L BRIMMAGE JR. | 0020 | Call with Akin litigation team re investigation discovery issues. | 0.70 | $1,536.50 |
| 12/20/24 | A F ANTYPAS | 0006 | Review and comment on draft Akin retention application (1.4); review precedent in connection with same (.4); correspond with Akin team re same (.7). | 2.50 | $3,487.50 |
| 12/20/24 | A F ANTYPAS | 0022 | Review and edit revised draft of plan and RSA summary (1.4); call with T. Helfrick re plan and RSA matters (.8). | 2.20 | $3,069.00 |
| 12/20/24 | A F ANTYPAS | 0002 | Correspond with T. Helfrick re case matters (.5); review materials in connection with same (.4). | 0.90 | $1,255.50 |
| 12/20/24 | P J GLACKIN | 0020 | Review documents produced by Debtors in connection with investigation (3.4) and draft analysis re same (1.4); draft summary of production to litigation team (.4); call with Akin litigation team re investigation discovery issues (.7). | 5.90 | $7,965.00 |
| 12/20/24 | A LAARAJ | 0006 | Analyze reports for conflicts review. | 6.30 | $3,339.00 |
| 12/20/24 | A G STAMBOULIDIS | 0020 | Call with T. Whitney re document review protocol (.4); review additional background materials (2.0); draft background section of document review protocol (2.1); review document production from debtors to determine relevant custodians (1.0). | 5.50 | $4,620.00 |
| 12/20/24 | A E LUFT | 0020 | Draft discovery requests (.9); call with Akin litigation team re investigation discovery issues | 1.60 | $3,160.00 |

MICHAEL J. WARTELL
Invoice Number: 2138436

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | (.7). | | |
| 12/20/24 | T L HELFRICK | 0002 | Correspondence with A. Antypas re case matters (.5); review recent filings (.7) and draft correspondence to Akin team re same (.6). | 1.80 | $1,791.00 |
| 12/20/24 | T L HELFRICK | 0022 | Revise Plan summary (1.3); call with A. Antypas re plan and RSA matters (.8). | 2.10 | $2,089.50 |
| 12/20/24 | T L HELFRICK | 0006 | Review and comment on draft Akin retention application (2.1); review materials in connection with same (1.0). | 3.10 | $3,084.50 |
| 12/20/24 | T WHITNEY | 0020 | Call with A. Stamboulidis re document review protocol (.4); draft sections of document review protocol (1.2). | 1.60 | $1,480.00 |
| 12/21/24 | M S STAMER | 0020 | Correspondence with Akin team re investigation matters. | 0.60 | $1,317.00 |
| 12/21/24 | M R MORSE | 0020 | Review and comment on content of Willkie productions. | 0.40 | $194.00 |
| 12/21/24 | J F NEWDECK | 0006 | Analyze PII reports (4.3); update Akin retention application (.3); draft retention application for Delaware counsel (.5); further analyze PII information (.7). | 5.80 | $9,570.00 |
| 12/21/24 | B M KAHN | 0022 | Review and comment on plan summary for client. | 1.30 | $2,567.50 |
| 12/21/24 | R TIZRAVESH | 0020 | Draft correspondence to Debtors re investigation requests (1.3); draft correspondence in connection with investigation requests (.6); correspondence with Akin team re investigation issues (.2); correspondence with E-discovery team re document review (.2). | 2.30 | $3,795.00 |
| 12/21/24 | A F ANTYPAS | 0022 | Review comments to plan summary materials (.3); correspond with T. Helfrick re same (.4); review and comment on revised draft of same (.4). | 1.10 | $1,534.50 |
| 12/21/24 | A G STAMBOULIDIS | 0020 | Complete draft sections of document review protocol. | 2.40 | $2,016.00 |
| 12/21/24 | T L HELFRICK | 0002 | Prepare case materials for client. | 1.90 | $1,890.50 |
| 12/21/24 | T L HELFRICK | 0022 | Revise Plan summary (1.3); emails with A. Antypas re same (.3). | 1.60 | $1,592.00 |
| 12/21/24 | T L HELFRICK | 0006 | Review retention application. | 0.30 | $298.50 |
| 12/21/24 | T WHITNEY | 0020 | Review and comment on draft document review protocol sections (1.0); revise same (.6). | 1.60 | $1,480.00 |
| 12/22/24 | P G O'BRIEN | 0020 | Review and revise draft e-mail re document requests. | 0.20 | $275.00 |
| 12/22/24 | J F NEWDECK | 0006 | Correspondence with team re PII review. | 0.50 | $825.00 |
| 12/22/24 | D K KRASA | 0006 | Review J. Newdeck's follow up questions re conflicts review | 0.70 | $371.00 |

MICHAEL J. WARTELL
Invoice Number: 2138436

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | (.3); prepare follow up questions for submission to conflicts (.2) and correspondence re same (.2). | | |
| 12/22/24 | R TIZRAVESH | 0020 | Revise investigation requests (1.2); review documents re investigation (1.7); correspondence with Akin litigation team re investigation issues (.3). | 3.20 | $5,280.00 |
| 12/22/24 | P J GLACKIN | 0020 | Review internal discovery protocol documents (.5) and email Akin litigation team re document review protocol (.2). | 0.70 | $945.00 |
| 12/22/24 | A G STAMBOULIDIS | 0020 | Review document review protocol for internal comments. | 1.60 | $1,344.00 |
| 12/22/24 | T L HELFRICK | 0002 | Correspondence with B. Kahn re client documents. | 0.30 | $298.50 |
| 12/23/24 | B R KEMP | 0006 | Confer with A. Laaraj re updates to Akin retention schedules. | 0.30 | $159.00 |
| 12/23/24 | J F NEWDECK | 0006 | Review open issues in connection with Akin and Ashby retention applications. | 1.00 | $1,650.00 |
| 12/23/24 | B M KAHN | 0002 | Correspondence with T. Helfrick re client documents. | 0.20 | $395.00 |
| 12/23/24 | B M KAHN | 0006 | Review and comment on draft Akin retention application (1.6); correspondence with Akin team re: same (.3). | 1.90 | $3,752.50 |
| 12/23/24 | D K KRASA | 0006 | Review responses from conflicts re PII category (.5); review additional conflicts reports (1.2); update conflicts review summary (.6); confer with A. Laaraj re same (.2); review and update Schedule 3 (.6); prepare redline for attorney review (.2); draft correspondence to J. Newdeck and A. Laaraj re status of conflicts review (.2). | 3.50 | $1,855.00 |
| 12/23/24 | R TIZRAVESH | 0020 | Correspondence with Akin team re investigation issues (.6); revise draft correspondence to Debtors re investigation (.4); review various documents in connection with investigation (1.8). | 2.80 | $4,620.00 |
| 12/23/24 | M L BRIMMAGE JR. | 0020 | Analyze debtor discovery requests and strategy with respect thereto. | 1.00 | $2,195.00 |
| 12/23/24 | A F ANTYPAS | 0006 | Correspondence with Akin team re conflicts check and retention matters (.6); review and comment on revised drafts of Akin retention materials (.8). | 1.40 | $1,953.00 |
| 12/23/24 | P J GLACKIN | 0020 | Call with A. Stamboulidis re document review protocol (.2); review and revise same (.4). | 0.60 | $810.00 |
| 12/23/24 | A LAARAJ | 0006 | Confer with B. Kemp re updates | 7.70 | $4,081.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | Akin schedules (.3); confer with D. Krasa re conflicts review summary (.2); update retention schedules (.5); review reports and update master summary (6.3); review internal responses re same (.4). | | |
| 12/23/24 | A G STAMBOULIDIS | 0020 | Call with P. Glackin re document review protocol (.2); call with T. Whitney to discuss same (.3); finalize first draft of document review protocol (1.5) and revise same to incorporate Akin team comments (3.3). | 5.30 | $4,452.00 |
| 12/23/24 | T L HELFRICK | 0002 | Prepare and revise case materials for client (1.5); emails with B. Kahn re same (.2); prepare correspondence to client re case updates (.7); review recent filings (.4) and prepare summaries of same (.4). | 3.20 | $3,184.00 |
| 12/23/24 | T L HELFRICK | 0006 | Revise Akin retention application (1.4) ; correspondence with Willkie team re Akin engagement letter (.2); call with Y. Kass-Gergi (Willkie) re Akin engagement letter (.1); review Willkie team's comments to same (.2) and internal correspondence re same (.2). | 2.10 | $2,089.50 |
| 12/23/24 | T WHITNEY | 0020 | Review draft document review protocol from A. Stamboulidis (.1); call with A. Stamboulidis re same (.3); review and comment on draft of same (3.1); review updated final draft (.3). | 3.80 | $3,515.00 |
| 12/24/24 | J F NEWDECK | 0006 | Analyze PII matters (1.4); draft correspondence to B. Kahn re same (.3); further internal communications re same (.3); analyze lender PII issues (.7). | 2.70 | $4,455.00 |
| 12/24/24 | B M KAHN | 0006 | Review updates re Akin retention application issues. | 0.90 | $1,777.50 |
| 12/24/24 | A LAARAJ | 0006 | Analyze conflict reports (.8); correspondence to team re same (.2). | 1.00 | $530.00 |
| 12/24/24 | T L HELFRICK | 0002 | Correspondence with client re case updates. | 0.40 | $398.00 |
| 12/24/24 | T L HELFRICK | 0006 | Correspondence with Akin team re retention matters. | 0.60 | $597.00 |
| 12/24/24 | T WHITNEY | 0020 | Review internal correspondence re investigation matters (.3); prepare for document review kick-off call (.2). | 0.50 | $462.50 |
| 12/25/24 | J F NEWDECK | 0006 | Revise disclosure schedules (1.0); analyze issues re same (.3); update Akin retention | 1.80 | $2,970.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | application (.3); email M. DeBaecke (Ashby) re retention matters (.2). | | |
| 12/26/24 | M S STAMER | 0020 | Call with Akin team and UCC counsel re investigation matters (.6); review internal emails re same (.1). | 0.70 | $1,536.50 |
| 12/26/24 | B R KEMP | 0006 | Confer with A. Laaraj re conflict review process. | 0.30 | $159.00 |
| 12/26/24 | P G O'BRIEN | 0020 | Review case documents re investigation background (.4); draft work product in connection with investigation (.5) and review correspondence re investigation meetings and document requests (.3); revise and edit draft document review template (1.0); emails with Akin team re same (.2). | 2.40 | $3,300.00 |
| 12/26/24 | J F NEWDECK | 0006 | Analyze exhibits and disclosure matters for Akin retention application (1.0); correspondence with Akin team re same (.2); update exhibits/schedules re same (.5); review status of Akin application schedules (.4); correspondence with Akin team re same (.2); review open questions (.3); review update re same (.1). | 2.70 | $4,455.00 |
| 12/26/24 | B M KAHN | 0006 | Call with Akin and Willkie teams re: engagement letter (.3); follow up internal communications to Akin FR team re same (.4); review revised language re: retention (.3). | 1.00 | $1,975.00 |
| 12/26/24 | B M KAHN | 0020 | Introductory call with Akin team and UCC counsel re investigation matters (.6); analyze follow up issues in connection with same (.2). | 0.80 | $1,580.00 |
| 12/26/24 | R TIZRAVESH | 0020 | Review materials and documents in connection with investigation (1.6); attend call with UCC counsel and Akin team re investigation matters (.6); correspondence with litigation team re investigation issues (.6); draft notes re investigation (.5); revise draft correspondence to Debtors re document requests (.4). | 3.70 | $6,105.00 |
| 12/26/24 | M L BRIMMAGE JR. | 0020 | Review and analyze background materials in advance of UCC call (.4); call with UCC counsel and Akin team re re investigation matters (.6); review and revise | 1.40 | $3,073.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | debtor discovery requests (.4). | | |
| 12/26/24 | A F ANTYPAS | 0006 | Attend call with Akin and Willkie teams re Akin engagement letter (.3); review revised draft of same (.4); correspondence with Akin team re same (.5). | 1.20 | $1,674.00 |
| 12/26/24 | P J GLACKIN | 0020 | Review and revise document review protocol (1.6) and correspondence with Akin litigation team re the same (.3); confer with T. Whitney re same (.2); review discovery documents re investigation (.5). | 2.60 | $3,510.00 |
| 12/26/24 | A LAARAJ | 0006 | Confer with B. Kemp re conflict review (.3); update schedules 1 and 2 (.5) and the master summary excel for NOAs and 2019 parties (2.3); review docket for same (.9); email conflicts team re reports for same (.3). | 4.30 | $2,279.00 |
| 12/26/24 | A E LUFT | 0006 | Call with Akin and Willkie teams re engagement letter (.3) and follow-up internal emails re same (.1). | 0.40 | $790.00 |
| 12/26/24 | A E LUFT | 0020 | Call with UCC counsel and Akin team re investigation matters. | 0.60 | $1,185.00 |
| 12/26/24 | T L HELFRICK | 0006 | Attend call with Akin and Willkie teams re Akin engagement letter (.3); revise proposed Akin retention order (1.1) and engagement letter (.3); correspondence with Akin FR team re same (.7); review revised order (.2) and correspondence with Akin team re same (.3). | 2.90 | $2,885.50 |
| 12/26/24 | T L HELFRICK | 0003 | Draft internal billing memorandum (.3) and correspondence to Akin team re same (.3). | 0.60 | $597.00 |
| 12/26/24 | T L HELFRICK | 0002 | Correspondence with client re case updates. | 0.40 | $398.00 |
| 12/26/24 | T L HELFRICK | 0033 | Revise Freedom Lenders' appeals timeline (.8) and email A. Antypas re same (.2). | 1.00 | $995.00 |
| 12/26/24 | T WHITNEY | 0020 | Confer with P. Glackin re document review protocol (.2); review comments and revisions to document review protocol (.3); analyze issues re same (.5). | 1.00 | $925.00 |
| 12/27/24 | M S STAMER | 0020 | Call with first lien professionals in connection with investigation. | 0.60 | $1,317.00 |
| 12/27/24 | M R MORSE | 0020 | Implement requested modifications to production review layout (.7); batch out all documents in workspace (.4). | 1.10 | $533.50 |
| 12/27/24 | P G O'BRIEN | 0020 | Revise draft work product in | 0.70 | $962.50 |

MICHAEL J. WARTELL
Invoice Number: 2138436

Page 22
02/28/25

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | connection with investigation (.3); review internal revisions to same (.2); review summary of discussion with 1L counsel (.2). | | |
| 12/27/24 | B M KAHN | 0020 | Correspondence with Akin team re: status of investigation matters (.2); review summary of 1L AHG call (.2). | 0.40 | $790.00 |
| 12/27/24 | R TIZRAVESH | 0020 | Revise draft document review memo re investigation (1.2); call with Paul Hastings and Akin teams re investigation issues (.6); revise draft notes re investigation (.8); revise and analyze draft investigation outline (.9); correspondence with Akin team re investigation issues (1.2). | 4.70 | $7,755.00 |
| 12/27/24 | M L BRIMMAGE JR. | 0020 | Review materials in preparation for call with 1L AHG counsel (.5); call with Akin and Paul Hastings teams re investigation issues (.6); analyze issues re debtor discovery requests and evaluate strategy re same (.4); review and comment on work product in connection with investigation (.3). | 1.80 | $3,951.00 |
| 12/27/24 | A F ANTYPAS | 0006 | Correspond with Akin FR team re conflict and retention matters. | 0.50 | $697.50 |
| 12/27/24 | A F ANTYPAS | 0020 | Prepare for (.2) and attend call with Akin and Paul Hastings teams re investigation issues (.6). | 0.80 | $1,116.00 |
| 12/27/24 | A F ANTYPAS | 0002 | Correspond with client and T. Helfrick re case status updates (.3); draft correspondence to B. Kahn re same (.4). | 0.70 | $976.50 |
| 12/27/24 | P J GLACKIN | 0020 | Call with T. Whitney and A. Stamboulidis re document review (.3); revise document review protocol (.3) and email document review team re same (.2); review documents re prepetition transactions (.4); correspondence with Akin team re same (.1). | 1.30 | $1,755.00 |
| 12/27/24 | A LAARAJ | 0006 | Review PII conflicts reports (3.7) and update schedules re same (.4); respond to internal correspondence re same (.3). | 4.40 | $2,332.00 |
| 12/27/24 | A G STAMBOULIDIS | 0020 | Correspondence with Akin E-Discovery team re document review (.5); call with P. Glackin and T. Whitney re document review (.3); review debtors' production (1.0); draft work product in connection with | 3.10 | $2,604.00 |

MICHAEL J. WARTELL
Invoice Number: 2138436

Page 23
02/28/25

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | investigation (1.3). | | |
| 12/27/24 | M ADABI | 0020 | Analyze document review protocol to assist with next steps and upcoming document review efforts. | 0.70 | $840.00 |
| 12/27/24 | A E LUFT | 0020 | Call with 1L AHG counsel re: issues in case (.6) and internal follow-up emails re same (.1). | 0.70 | $1,382.50 |
| 12/27/24 | T L HELFRICK | 0002 | Correspondence with A. Antypas and M. Wartell re case status updates (.5); review recent filings (.5) and review internal correspondence re same (.2). | 1.20 | $1,194.00 |
| 12/27/24 | T WHITNEY | 0020 | Implement internal comments to document review protocol (.9); call with P. Glackin and A. Stamboulidis re document review (.3); review draft work product and underlying documents (.5); review Relativity issues (.2); conduct document review (2.6). | 4.50 | $4,162.50 |
| 12/28/24 | J F NEWDECK | 0006 | Correspondence with Akin FR team re Akin proposed retention order (.3); review revisions to same (.5). | 0.80 | $1,320.00 |
| 12/28/24 | A F ANTYPAS | 0006 | Review and comment on revised draft of Akin retention application and order (1.0); correspond with Akin team re same (.9); review Akin engagement letter in connection with same (.2). | 2.10 | $2,929.50 |
| 12/28/24 | A G STAMBOULIDIS | 0020 | Review documents in connection with investigation (1.7); draft summary of responsive documents in connection with same (1.7). | 3.40 | $2,856.00 |
| 12/28/24 | T L HELFRICK | 0006 | Revise Akin retention application (1.0); review engagement letter in connection with same (.6). | 1.60 | $1,592.00 |
| 12/28/24 | T WHITNEY | 0020 | Review and analyze documents received in connection with investigation. | 1.00 | $925.00 |
| 12/29/24 | P G O'BRIEN | 0020 | Review and analyze documents in support of investigation. | 1.50 | $2,062.50 |
| 12/29/24 | J F NEWDECK | 0006 | Analyze PII reports re disclosures. | 1.10 | $1,815.00 |
| 12/29/24 | B M KAHN | 0006 | Comment on proposed Akin retention order (.3) and retention related matters (.3). | 0.60 | $1,185.00 |
| 12/29/24 | A F ANTYPAS | 0006 | Review and comment on Akin retention application and proposed order (.5); correspond with Akin team re same (.3). | 0.80 | $1,116.00 |
| 12/29/24 | P J GLACKIN | 0020 | Prepare for document review call (.4); review documents and | 1.20 | $1,620.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | draft summaries re same (.8). | | |
| 12/29/24 | T B SCHNEIDER | 0020 | Draft correspondence to legal team re first level document review (.3); review protocol for first level document review (.5). | 0.80 | $672.00 |
| 12/29/24 | A G STAMBOULIDIS | 0020 | Review documents in connection with investigation (1.3); draft summary of responsive documents in connection with same (1.3). | 2.60 | $2,184.00 |
| 12/29/24 | T L HELFRICK | 0006 | Revise Akin retention application (.4) and correspondence with Akin team re same (.2). | 0.60 | $597.00 |
| 12/29/24 | T WHITNEY | 0020 | Review and analyze documents received in connection with investigation. | 0.90 | $832.50 |
| 12/30/24 | S B KUHN | 0031 | Draft correspondence to Akin team re bid deadline. | 0.20 | $439.00 |
| 12/30/24 | P G O'BRIEN | 0020 | Call with debtors' counsel and Akin team re document collection and document search (.5); communications with Akin team re workstream updates (.4); confer with Akin doc review team re review project (.4); review and analyze documents re special committee investigation (1.9); review potential claims (.2); emails with R. Tizravesh re same (.1). | 3.50 | $4,812.50 |
| 12/30/24 | J F NEWDECK | 0006 | Draft correspondence to team re disclosures (.2); draft correspondence to M. DeBaecke (Ashby) re Ashby retention application (.2); correspondence with Akin team re schedules for Akin retention application (.1). | 0.50 | $825.00 |
| 12/30/24 | B M KAHN | 0006 | Review updates re Akin retention application matters. | 0.50 | $987.50 |
| 12/30/24 | B M KAHN | 0022 | Initial review of DS exhibits (liquidation analysis and financial projections). | 0.80 | $1,580.00 |
| 12/30/24 | R TIZRAVESH | 0020 | Draft notes re investigation strategy (1.2); call with Debtors and Akin team re investigation discovery (.5); draft litigation investigation task updates (.3); attend internal litigation team call (.4); call with Debtors re investigation issues (.2); review and analyze documents for investigation (3.2); emails with P. O'Brien re same (.3). | 6.10 | $10,065.00 |
| 12/30/24 | M L BRIMMAGE JR. | 0020 | Prepare for call with debtors re investigation matters (.6); participate in call with Akin team and debtors' counsel re | 3.70 | $8,121.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | investigation discovery requests (.5); analyze issues related to investigation and claims analysis (1.0); analyze debtor discovery issues in support of investigation and claims analysis (.8); analyze materials to prepare for internal team call (.4); participate in same (.4). | | |
| 12/30/24 | P J GLACKIN | 0020 | Call with S. Raggio re document review issues and protocol (.2); call with debtors' counsel and Akin team re document production issues and related issues (.5); call with document review team re review protocol and issues (.4); review discovery documents and draft summaries of same (2.5). | 3.60 | $4,860.00 |
| 12/30/24 | A LAARAJ | 0006 | Review updated reports and update master summary excel re related entities (2.3); gather NOAs, 2019 Statements, Verified Statements for T. Helfrick (.8); review same for retention schedules (.5); draft correspondence to conflicts re PII review (.8). | 4.40 | $2,332.00 |
| 12/30/24 | T B SCHNEIDER | 0020 | Conduct first level review of documents (2.6); prepare summary of first level review of documents (1.0); attend kick-off call with Akin Lit team re document review (.4). | 4.00 | $3,360.00 |
| 12/30/24 | A G STAMBOULIDIS | 0020 | Proofread and finalize investigation work product (.7); review document review protocol (.4); attend Akin litigation team document review kick-off call (.4); revise work product in connection with investigation (1.2); implement internal edits in connection with same (.4); review documents in connection with investigation (3.4). | 6.50 | $5,460.00 |
| 12/30/24 | M ADABI | 0020 | Participate in document review kickoff call (.4); conduct first-level review of documents (4.1); update review based on updated review protocol instructions (1.2); analyze first-level review protocol (1.4). | 7.10 | $8,520.00 |
| 12/30/24 | A E LUFT | 0020 | Call with Debtors re: document production matters (.3); attend internal litigation team call (.4); review internal communication re: related matters (.5). | 1.20 | $2,370.00 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| 12/30/24 | T L HELFRICK | 0002 | Draft and revise working group list (1.6); review recent reporting (.2) and draft correspondence to team re same (.1). | 1.90 | $1,890.50 |
| 12/30/24 | T L HELFRICK | 0006 | Correspondence with Akin team re schedules and retention matters. | 0.40 | $398.00 |
| 12/30/24 | T L HELFRICK | 0022 | Review liquidation analysis and financial projections. | 0.30 | $298.50 |
| 12/30/24 | T WHITNEY | 0020 | Review draft work product re investigation (.3); attend Akin Lit team document review kick-off call (.4); correspondence with team re document review (.3); conduct document review (4.0). | 5.00 | $4,625.00 |
| 12/31/24 | J F NEWDECK | 0006 | Correspondence with Akin team re status of retention application and outstanding issues (.2); correspondence with paralegal review team re same (.2). | 0.40 | $660.00 |
| 12/31/24 | B M KAHN | 0006 | Review comments to draft Akin engagement letter (.2); emails with Akin FR team re: retention application matters (1.0). | 1.20 | $2,370.00 |
| 12/31/24 | M L BRIMMAGE JR. | 0020 | Review debtors' discovery in connection with investigation (.3) and analyze potential claims in connection therewith (.7). | 1.00 | $2,195.00 |
| 12/31/24 | A F ANTYPAS | 0006 | Correspond with Akin team re status of Akin engagement letter (.3); review and edit revised draft of same (.4). | 0.70 | $976.50 |
| 12/31/24 | P J GLACKIN | 0020 | Review discovery documents from debtors re potential estate claims (.8) and correspondence with litigation team re same (.3). | 1.10 | $1,485.00 |
| 12/31/24 | A LAARAJ | 0006 | Conduct conflicts review of redacted names (2.2); review and respond to internal correspondence re conflicts review status and updates (.4). | 2.60 | $1,378.00 |
| 12/31/24 | T B SCHNEIDER | 0020 | Review document review protocol for ongoing first level review (2.3); conduct first level review of documents (4.5). | 6.80 | $5,712.00 |
| 12/31/24 | A G STAMBOULIDIS | 0020 | Review documents in connection with investigation (.6); revise work product re same (.7); review documents in connection with investigation (1.5); draft summary of responsive documents in connection with same (1.3). | 4.10 | $3,444.00 |
| 12/31/24 | M ADABI | 0020 | Prepare summary of first-level review for the two review batches completed (3.4); conduct first-level review of documents | 8.90 | $10,680.00 |

MICHAEL J. WARTELL                                                                                          Page 27
Invoice Number: 2138436                                                                                    02/28/25

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | and prepare summaries of review efforts for the same (5.5). | | |
| 12/31/24 | T L HELFRICK | 0006 | Review and comment on draft Ashby retention application (2.1); review updates on retention applications and disclosure schedules (.4); revise engagement letter (.3). | 2.80 | $2,786.00 |
| 12/31/24 | T L HELFRICK | 0002 | Prepare correspondence to client re case status (.3); review docket updates (.2). | 0.50 | $497.50 |
| 12/31/24 | T  WHITNEY | 0020 | Review and analyze documents received in connection with investigation. | 3.00 | $2,775.00 |
| | | | Total Hours | 626 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| M S STAMER | 33.50 | at | $2195.00 | = | $73,532.50 |
| S B KUHN | 14.80 | at | $2195.00 | = | $32,486.00 |
| B M KAHN | 38.60 | at | $1975.00 | = | $76,235.00 |
| M L BRIMMAGE JR. | 19.10 | at | $2195.00 | = | $41,924.50 |
| A E LUFT | 48.80 | at | $1975.00 | = | $96,380.00 |
| P G O'BRIEN | 10.00 | at | $1375.00 | = | $13,750.00 |
| J F NEWDECK | 48.60 | at | $1650.00 | = | $80,190.00 |
| R  TIZRAVESH | 48.60 | at | $1650.00 | = | $80,190.00 |
| A F ANTYPAS | 49.30 | at | $1395.00 | = | $68,773.50 |
| P J GLACKIN | 27.00 | at | $1350.00 | = | $36,450.00 |
| T B SCHNEIDER | 11.60 | at | $840.00 | = | $9,744.00 |
| A G STAMBOULIDIS | 36.20 | at | $840.00 | = | $30,408.00 |
| M  ADABI | 16.70 | at | $1200.00 | = | $20,040.00 |
| T L HELFRICK | 99.40 | at | $995.00 | = | $98,903.00 |
| T  WHITNEY | 26.50 | at | $925.00 | = | $24,512.50 |
| B R KEMP | 5.30 | at | $530.00 | = | $2,809.00 |
| D K KRASA | 21.80 | at | $530.00 | = | $11,554.00 |
| A  LAARAJ | 55.80 | at | $530.00 | = | $29,574.00 |
| M N TANNA | 5.70 | at | $305.00 | = | $1,738.50 |
| M R MORSE | 8.70 | at | $485.00 | = | $4,219.50 |

Current Fees                                                                                              $833,414.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Court Cost | $622.05 | |
| Meals - Business | $36.29 | |
| Local Transportation - Overtime | $50.00 | |

Current Expenses                                                                                            $708.34

| Date | | Value |
|------|---|-------|
| 12/10/24 | Meals - Business  VENDOR: AVI E. LUFT INVOICE#: 7159632601142305 DATE: 1/14/2025 Other Food and Beverages, 12/10/24, Beverage and snacks re: court hearing in Delaware., Faber Store #1378 - Amtrak | $16.29 |

MICHAEL J. WARTELL
Invoice Number: 2138436

|  |  |  |
|---|---|---|
|  | Wilmington, Avi Luft |  |
| 12/17/24 | Meals - Business  VENDOR: AVI E. LUFT INVOICE#: 7159632601142305 DATE: 1/14/2025 | $20.00 |
|  | Lunch, 12/17/24, Lunch re: court hearing in Delaware., Al Chu's Sushi, Avi Luft |  |
| 12/18/24 | Local Transportation - Overtime VENDOR: DAGMARA K. KRASA INVOICE#: 7140371701102201 DATE: 1/10/2025 | $50.00 |
|  | Working Late in Office Taxi/Car/etc, 12/18/24, Car home after working overtime in the office., Lyft |  |
| 12/19/24 | Court Cost  VENDOR: RELIABLE WILMINGTON / RELIABLE INVOICE#: WL120919 DATE: 12/19/2024 | $523.45 |
|  | Transcription services for Franchise Group |  |
| 12/23/24 | Court Cost  VENDOR: RELIABLE WILMINGTON / RELIABLE INVOICE#: WL120987 DATE: 12/23/2024 | $98.60 |
|  | Transcription Services |  |

|  |  |
|---|---|
| Current Expenses | $708.34 |
| **Total Amount of This Invoice** | **$834,122.34** |

## REMITTANCE COPY

### Return with Payment

MICHAEL J. WARTELL
909 THIRD AVENUE
30TH FLOOR
NEW YORK, NY 10022

| | |
|---|---|
| Invoice Number | 2138436 |
| Invoice Date | 02/28/25 |
| Client Number | 109258 |
| Matter Number | 0001 |

FED I.D. NO. 75-1338644

| Payment Types | Details |
|---|---|
| **WIRE/ACH** | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Citi Private Bank<br>1101 Pennsylvania Avenue, NW<br>Suite 900<br>Washington, DC 20004<br><br>Account #: 9250397941<br>ABA# 254070116<br>Ref: 109258/0001, Invoice No. 2138436<br><br>(For wires originating outside the US reference Swift ID# CITIUS33)) |
| **POSTAL MAIL** | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Mail Code 6838<br>PO Box 7247<br>Philadelphia, PA 19170-6838 |
| **OVERNIGHT COURIER** | **REMITCO**<br>**Akin Gump Strauss - 6838**<br>400 White Clay Center Drive<br>Newark, DE 19711 |
| **ONLINE PAYMENT** | You can now pay your invoices online via real-time bank payments, credit cards or in installments:<br><br>https://paywithtranch.com/akin |

**Please email your remittance details to usremittance@akingump.com for all payments.**