# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: April 3, 2025 at 10:00 a.m. (ET)**<br>**Objections Due: March 21, 2025 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 7, 2025, Fifth & Alton (Edens) LLC filed the attached *Fifth & Alton (Edens) LLC's Motion (I) for the Allowance and Payment of Administrative Expense Claim; (II) to Compel Tenant Debtor to Provide Adequate Assurance of Future Performance Under the Lease; (III) to Compel the Cure Of Nonmonetary Defaults Under the Lease; and (IV) to Establish an April 4, 2025 Deadline for the Debtors to Assume or Reject the Lease* ("Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court")..

**PLEASE TAKE FURTHER NOTICE** that, any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **March 21, 2025 at 4:00 p.m. ET** (the "Objection Deadline"), must also serve a copy of your response or objection upon the undersigned counsel so as to be received on or prior to the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served, a hearing will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801 on **April 3, 2025 at 10:00 a.m. ET**.

**PLEASE TAKE FURTHER NOTICE, THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE REQUEST WITHOUT FURTHER NOTICE OR HEARING.**

00674923

| | |
|---|---|
| Dated: March 7, 2025 | **COOCH AND TAYLOR, P.A.**<br><br>  /s/ *R. Grant Dick IV*  <br>R. Grant Dick IV (No. 5123)<br>Kevin D. Levitsky (No. 7228)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE  19801<br>Telephone:  (302) 984-3800<br>Facsimile:  (302) 984-3989<br>Email: gdick@coochtaylor.com<br>          klevitsky@coochtaylor.com<br><br>*Counsel for Fifth & Alton (Edens) LLC* |