## **CERTIFICATE OF SERVICE**

I, R. Grant Dick IV, hereby certify that a copy of the foregoing Motion was served on the parties below in the manner indicated, and upon all parties of record receiving notice via the Court's ECF PACER system on March 7, 2025.

| | |
|---|---|
| **Via Email and First Class Mail**<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Joshua A. Sussberg, P.C.<br>Nicole L. Greenblatt, P.C.<br>Derek I. Hunter<br>joshua.sussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>derek.hunter@kirkland.com | **Via Email and Hand Delivery**<br>Young Conaway Stargatt and Taylor, LLP<br>1000 North King Street<br>Wilmington, DE, 19801<br>Attn: Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq.<br>Allison S. Mielke, Esq.<br>emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com |
| **Via Email and First Class Mail**<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>555 California Street<br>San Francisco, CA 94104<br>Mark McKane, P.C.<br>mark.mckane@kirkland.com | **Via Email and Hand Delivery**<br>Timothy Fox<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Wilmington, DE 19801,<br>timothy.fox@usdoj.gov |
| **Via Email and Hand Delivery**<br>Farnan LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Attn:    Brian Farnan<br>            Michael Farnan<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | **Via Email and Hand Delivery**<br>Landis Rath & Cobb LLP<br>919 N. Market Street Suite 1800<br>Wilmington, DE 19801<br>Attn: Adam G. Landis, Esq.<br>Matthew McGuire, Esq.<br>landis@lrclaw.com<br>mcguire@lrclaw.com |
| **Via Email and First Class Mail**<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>Attn: Jayme Goldstein, Esq.<br>Jeremy Evans, Esq.<br>Isaac Sasson, Esq.<br>jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com | **Via Email and First Class Mail**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York NY 10017<br>Attn: Bradford J. Sandler<br>Robert J. Feinstein<br>Paul J. Labov<br>bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>plabov@pszjlaw.com<br>theckel@pszjlaw.com |

00674921

**<u>Via Email and First Class Mail</u>**
White & Case LLP
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
Attn: Bojan Guzina, Esq.
bojan.guzina@whitecase.com

**<u>Via Email and First Class Mail</u>**
White & Case LLP
200 S Biscayne Blvd.
Miami, FL 33131
Attn: Thomas Lauria, Esq.
tlauria@whitecase.com

**<u>Via Email and First Class Mail</u>**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attn: Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

                                        /s/ *R. Grant Dick IV*
                                        R. Grant Dick IV (DE No. 5123)