IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Buddy's Franchising and Leasing, LLC | § | Case No.  24-12512 |
| | § | |
| Debtor | § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Navarro County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its Proof of Claim in this case.  Navarro County filed its claim on or about November 27, 2024, in the amount of $2,151.60, which is designated as claim number <u>258</u> on the claims register.  Therefore, Navarro County hereby withdraws its claim.

### CERTIFICATE OF SERVICE

I hereby certify that on the <u>  10th  </u> day of <u>  March  </u>, 2025, a true and correct copy of the above document was filed with the Court and served via the Court's electronic noticing system upon all parties receiving electronic notice.

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
3500 Maple Avenue, Suite 800
Dallas, TX  75219
(214) 880-0089 - Telephone
(469) 221-5003 - Fax

By: <u>/s/ John K. Turner          </u>
      John K. Turner
      SBN 00788563

Notice of Withdrawal of Proof of Claim