# EXHIBIT A

## Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) Case No. 24-12480 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. __ |

### FIFTEENTH OMNIBUS ORDER, PURSUANT TO SECTIONS 105(a), 365(a), AND 554 OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED EXECUTORY CONTRACTS, EFFECTIVE AS OF THE REJECTION DATE

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (this "Order"), pursuant to sections 105(a), 365, and 554 of the Bankruptcy Code, authorizing the Debtors to reject those certain unexpired executory contracts (the "Rejected Executory Contracts") set forth on Schedule 1 to this Order,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

effective as of March 11, 2025 (the "Rejection Date"); and upon consideration of the Motion and all pleadings related thereto; and due and adequate notice of the Motion having been given under the circumstances; and having determined that no other or further notice of the Motion is required; and having determined that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of the chapter 11 cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Executory Contracts, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected by the Debtors, with such rejection being effective as of the Rejection Date.

3. If the Debtors have deposited monies with a counterparty to a Rejected Executory Contract as a security deposit or other arrangement, such counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of this Court.

4. Any person or entity that holds a claim that arises from the Rejected Executory Contracts must file a proof of claim based on such rejection on or before the date that is thirty (30) days after the entry of this Order.

5.     Nothing in this Order shall impair, prejudice, waive or otherwise affect any of the rights of the Debtors or any other party to: (a) assert or contest that the Rejected Executory Contracts (i) were terminated on the Rejection Date, or (ii) are not executory contracts under section 365 of the Bankruptcy Code; (b) assert or contest that any claim for damages arising from the rejection of the Rejected Executory Contracts is limited to the remedies available under any applicable termination provisions of the Rejected Executory Contracts; (c) assert or contest that any such claim is an obligation of a third party, and not that of the Debtors or their estates; or (d) otherwise assert or contest any claims that may be asserted in connection with the Rejected Executory Contracts. All rights, claims, defenses and causes of action that the Debtors and their estates may have against the counterparties to the Rejected Executory Contracts, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Executory Contracts, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise affect such rights, claims, defenses and causes of action. Additionally, all rights, claims, defenses, and causes of action of any counterparty to the Rejected Executory Contracts, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Executory Contracts, are reserved, and nothing herein is intended or shall be deemed to impair, prejudice, waive or otherwise affect such rights, claims, defenses and causes of action.

6.     Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party in interest's right to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type

specified or defined in this Order or the Motion; (e) other than as set forth herein and on the list of the Rejected Executory Contracts, a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors or any other party in interest's that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this Order are valid and the Debtors and all other parties in interest expressly reserve their rights to contest the extent, validity, or perfection or to seek avoidance of all such liens. Any payment made pursuant to this Order should not be construed as an admission as to the validity, priority, or amount of any particular claim or a waiver of the Debtors' or any other party in interest's rights to subsequently dispute such claim.

7. Nothing in this Order shall be construed to (a) create or perfect, in favor of any person or entity, any interest in cash of a Debtor that did not exist as of the Petition Date or (b) alter or impair any security interest or perfection thereof, in favor of any person or entity, that existed as of the Petition Date.

8. Nothing in this Order shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

9. The requirements in Bankruptcy Rules 6006 and 6007 are satisfied.

10. Notice of the Motion as set forth therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

11. The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

5

12. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

13. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

## Schedule 1

**Rejected Executory Contracts[1]**

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement | Rejection Date |
|---|---|---|---|---|---|
| 1 | 801 Fort Hood, LLC | 801 Fort Hood, LLC<br>316 Iowa Dr<br>Golden, CO 80403 | American Freight, LLC | Digital Sign Agreement, dated September 1, 2022 | 3/11/2025 |
| 2 | a4 Media, LLC | a4 Media, LLC<br>One Court Square, 47th Floor<br>Long Island City, NY 11120 | American Freight, LLC | NDA, dated November 12, 2021 | 3/11/2025 |
| 3 | Algolia, Inc. | Algolia, Inc.<br>301 Howard Street, Suite 300<br>San Francisco, CA 94105 | American Freight, LLC | Amendment to Contract, dated August 5, 2024 | 3/11/2025 |
| 4 | Algolia, Inc. | Algolia, Inc.<br>301 Howard Street, Suite 300,<br>San Francisco, CA 94105 | American Freight, LLC | Software as a Service Agreement, dated December 22, 2023 | 3/11/2025 |
| 5 | Algolia, Inc. | Algolia, Inc.<br>301 Howard Street, Suite 300, San Francisco, California, 94105 | American Freight, LLC | Amendment to Contract, dated March 29, 2024 | 3/11/2025 |
| 6 | American Dar Inc. dba Titanic Furniture | American Dar Inc. dba Titanic Furniture<br>5008 Rose Walk Ct.<br>Suwanee, GA 30024 | American Freight, LLC | Universal Terms and Conditions, dated March 15, 2022 | 3/11/2025 |
| 7 | American First Finance Inc. | American First Finance Inc.<br>3515 N. Ridge Road, Suite 200<br>Wichita, KS 67205 | American Freight, LLC | Omnibus Agreement, dated July 15, 2022 | 3/11/2025 |
| 8 | American First Finance Inc. | American First Finance Inc.<br>3515 N. Ridge Road, Suite 200<br>Wichita, Kansas 67205 | American Freight, LLC | Omnibus Agreement, dated July 15, 2022 | 3/11/2025 |
| 9 | American Traffic Solutions Consolidated, L.L.C., d/b/a Verra Mobility Solutions | American Traffic Solutions Consolidated, L.L.C., d/b/a Verra Mobility Solutions<br>1150 N. Alma School Road<br>Mesa, AZ 85201 | American Freight, LLC | Master Services Agreement, dated August 28, 2023 | 3/11/2025 |
| 10 | American Traffic Solutions Consolidated, L.L.C., d/b/a Verra Mobility Solutions | American Traffic Solutions Consolidated, L.L.C., d/b/a Verra Mobility Solutions<br>1150 N. Alma School Road<br>Mesa, AZ 85201 | American Freight, LLC | Statement of Work, dated August 28, 2023 | 3/11/2025 |
| 11 | American Traffic Solutions Consolidated, L.L.C., d/b/a Verra Mobility Solutions | American Traffic Solutions Consolidated, L.L.C., d/b/a Verra Mobility Solutions<br>1150 N. Alma School Road<br>Mesa, AZ 85201 | American Freight, LLC | Statement of Work, dated August 28, 2023 | 3/11/2025 |
| 12 | Aon Consulting, Inc. | Aon Consulting, Inc.<br>200 East Randolph Street<br>Chicago, IL 60601 | American Freight Outlet Stores, LLC | Master Consulting Agreement, dated May 8, 2017 | 3/11/2025 |
| 13 | Apex Wireless | Apex Wireless<br>600 Congress Avenue, 14th Floor<br>Austin, Texas, 78701 | American Freight, LLC | General TEM Service Agreement | 3/11/2025 |
| 14 | Ascension Labs, Inc. | Ascension Labs, Inc.<br>101 Jefferson Drive,<br>Menlo Park, CA 94025 | American Freight, LLC | Master Subscription Agreement, dated August 7, 2023 | 3/11/2025 |
| 15 | Ascension Labs, Inc. | Ascension Labs, Inc.<br>101 Jefferson Drive<br>Menlo Park, CA 94025 | American Freight, LLC | Statement of Work, dated August 7, 2023 | 3/11/2025 |
| 16 | Assurant Service Protection, Inc. | Assurant Service Protection, Inc.<br>11222 Quail Roost Dr<br>Miami, FL 33157 | American Freight, LLC | Master Services Agreement, dated July 23, 2021 | 3/11/2025 |
| 17 | Assurant Service Protection, Inc. | Assurant Service Protection, Inc.<br>11222 Quail Roost Dr<br>Miami, FL 33157 | American Freight, LLC | Addendum to Contract, dated September 23, 2021 | 3/11/2025 |
| 18 | Assurant Service Protection, Inc. | Assurant Service Protection, Inc.<br>11222 Quail Roost Dr<br>Miami, FL 33157 | American Freight, LLC | Addendum to Contract, dated October 6, 2021 | 3/11/2025 |
| 19 | Assurant Service Protection, Inc. | Assurant Service Protection, Inc.<br>11222 Quail Roost Dr<br>Miami, FL 33157 | American Freight, LLC | Statement of Work, dated July 23, 2021 | 3/11/2025 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement | Rejection Date |
|---|---|---|---|---|---|
| 20 | Automated Systems Design, Inc. | Automated Systems Design, Inc.<br>1075 Windward Ridge Parkway, Suite 180<br>Alpharetta, GA 30005 | American Freight, LLC | Master Terms and Conditions, dated February 3, 2023 | 3/11/2025 |
| 21 | Bloomreach | Bloomreach<br>82 Pioneer Way<br>Mountain View, CA 94041 | American Freight Outlet Stores, LLC | Amendment to Agreement dated January 7, 2015 | 3/11/2025 |
| 22 | Botify Corp | Botify Corp<br>3 World Trade Center<br>New York, NY 10007 | American Freight, LLC | Purchase Agreement, dated January 15, 2024 | 3/11/2025 |
| 23 | Botify Corp | Botify Corp<br>3 World Trade Center<br>New York, NY 10007 | American Freight, LLC | Software as a Service Agreement, dated December 29, 2023 | 3/11/2025 |
| 24 | C&S Development Services, LLC | C&S Development Services, LLC<br>1704 Santa Fe Dr., Suite 100<br>Weatherford, TX 76086 | American Freight, LLC | Facilities Services Master Agreement, dated October 5, 2023 | 3/11/2025 |
| 25 | Cegid | Cegid<br>1270, Ave. Of the Americas, Suite 807<br>New York, NY 10020 | American Freight, LLC | Purchase Agreement, dated November 20, 2023 | 3/11/2025 |
| 26 | Champion Retail Services Inc. | Champion Retail Services Inc.<br>PO Box 188<br>Porter, TX 77365 | American Freight, LLC | Facilities Services Master Agreement, dated October 26, 2023 | 3/11/2025 |
| 27 | Cost Control Associates, Inc dba SIB Fixed Cost Reduction Company, LLC | Cost Control Associates, Inc dba SIB Fixed Cost Reduction Company, LLC<br>175 Broad Street, Suite 166<br>Glens Falls, NY 29108 | American Freight, LLC | Services Agreement, dated May 28, 2024 | 3/11/2025 |
| 28 | Cost Control Associates, Inc dba SIB Fixed Cost Reduction Company, LLC | Cost Control Associates, Inc dba SIB Fixed Cost Reduction Company, LLC<br>175 Broad Street, Suite 166<br>Glens Falls, NY 29108 | American Freight, LLC | Letter of Authorization, dated June 3, 2024 | 3/11/2025 |
| 29 | Cost Control Associates, Inc. | Cost Control Associates, Inc.<br>175 Broad Street, Suite 166<br>Glen Falls, NY 29108 | American Freight, LLC | Services Agreement, dated May 28, 2024 | 3/11/2025 |
| 30 | Daryl Flood Logistics | Daryl Flood Logistics<br>815 S Main Street<br>Jacksonville, FL 32207 | American Freight, LLC | Home Delivery Agreement, dated August 1, 2022 | 3/11/2025 |
| 31 | EL Recycling, LLC | EL Recycling, LLC<br>2633 McKinney Ave, #130-363<br>Dallas, TX 75204 | American Freight, LLC | Addendum to Contract, dated November 29, 2022 | 3/11/2025 |
| 32 | El Toro.com, LLC | El Toro.com, LLC<br>552 East Market Street<br>Louisville, KY 40202 | American Freight, LLC | Statement of Work | 3/11/2025 |
| 33 | Enterprise | Enterprise<br>1200 Jorie Blvd 300<br>Oak Brook, IL 60523 | American Freight, LLC | Amendment to Contract, dated February 1, 2023 | 3/11/2025 |
| 34 | Envision Branding, LLC | Envision Branding, LLC<br>8338 NE Alderwood Road, Suite 1200<br>Portland, OR 97220 | American Freight, LLC | Purchase Agreement, dated April 26, 2024 | 3/11/2025 |
| 35 | Fortiva Financial, LLC | Fortiva Financial, LLC<br>Five Cocourse Parkway, Suite 300<br>Atlanta, GA 30328 | American Freight, LLC | Master Services Agreement, dated January 17, 2022 | 3/11/2025 |
| 36 | Fortiva Financial, LLC | Fortiva Financial, LLC<br>Five Cocourse Parkway, Suite 300<br>Atlanta, GA 30328 | American Freight, LLC | Retail Credit Program Agreement, dated January 17, 2022 | 3/11/2025 |
| 37 | Franserve | Franserve<br>345 Route 17 South<br>Upper Saddle River, NJ 07458 | American Freight, LLC | Franchise Representation Agreement | 3/11/2025 |
| 38 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Master Services Proposal, dated May 5, 2023 | 3/11/2025 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement | Rejection Date |
|---|---|---|---|---|---|
| 39 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Services Prposal, dated June 20, 2023 | 3/11/2025 |
| 40 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Services Prposal, dated July 10, 2023 | 3/11/2025 |
| 41 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 27, 2023 | 3/11/2025 |
| 42 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 18, 2023 | 3/11/2025 |
| 43 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 19, 2023 | 3/11/2025 |
| 44 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 19, 2023 | 3/11/2025 |
| 45 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 19, 2023 | 3/11/2025 |
| 46 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 19, 2023 | 3/11/2025 |
| 47 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 19, 2023 | 3/11/2025 |
| 48 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated September 9, 2023 | 3/11/2025 |
| 49 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated September 7, 2023 | 3/11/2025 |
| 50 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated October 5, 2023 | 3/11/2025 |
| 51 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated October 2, 2023 | 3/11/2025 |
| 52 | Global Fire Protection Group | Global Fire Protection Group<br>225 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated October 16, 2023 | 3/11/2025 |
| 53 | Greenfield World Trade Inc. dba The Legacy Companies | Greenfield World Trade Inc. dba The Legacy Companies<br>3355 Enterprise Ave., Ste 160<br>Ft. Lauderdale, FL 33331 | American Freight, LLC | Universal Terms and Conditions, dated July 23, 2024 | 3/11/2025 |
| 54 | Haier US Appliance Solutions Inc, dba GE Appliance | Haier US Appliance Solutions Inc, dba GE Appliance<br>4000 Buechel Bank Road<br>Louisville, KY 40225 | American Freight, LLC | NDA, dated May 22, 2024 | 3/11/2025 |
| 55 | Heap Inc. | Heap Inc.<br>225 Bush St. 2nd Floor<br>San Francisco, CA 94104 | American Freight, LLC | Master Services Agreement, dated Decemeber 30, 2023 | 3/11/2025 |
| 56 | Hitachi Solutions America, Ltd. | Hitachi Solutions America, Ltd.<br>100 Spectrum Center Dr., Suite 350<br>Irvine, CA 92618 | American Freight, LLC | Master Services Agreement, dated December 2, 2022 | 3/11/2025 |
| 57 | International Franchise Professionals Group | International Franchise Professionals Group<br>499 Ernston Road, Suite B9<br>Parlin, NJ 08859 | American Freight Franchisor, LLC | Non-Exclusive Referral Agreement, dated July 29, 2022 | 3/11/2025 |
| 58 | JKB & Associates, Inc. | JKB & Associates, Inc.<br>105 Wichita Street, PO Box 99<br>Benton, Kansas 67017 | American Freight, LLC | Event Management Agreement, dated July 5, 2023 | 3/11/2025 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement | Rejection Date |
|---|---|---|---|---|---|
| 59 | LG ELECTRONICS USA INC. | LG ELECTRONICS USA INC.<br>1000 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | American Freight Outlet Stores, LLC | Supply Agreement, dated March 4, 2014 | 3/11/2025 |
| 60 | Mavrck LLC | Mavrck LLC<br>200 State Street, Marketplace Center, North Bldg, 3rd Floor<br>Boston, MA 02109 | American Freight, LLC | Software as a Service Agreement, dated December 27, 2022 | 3/11/2025 |
| 61 | Mediaocean LLC | Mediaocean LLC<br>45 West 18th Street<br>New York, NY 10011 | American Freight, Inc | Master Services Agreement, dated May 24, 2019 | 3/11/2025 |
| 62 | NFocus Consulting Inc. | NFocus Consulting Inc.<br>1594 Hubbard Drive<br>Lancaster, OH 43130 | American Freight, LLC | Service Agreement, dated June 5, 2024 | 3/11/2025 |
| 63 | OneLook, Inc d/b/a Lily AI | OneLook, Inc d/b/a Lily AI<br>800 W El Camino Real, Suite 180<br>Mountain View, CA 94040 | American Freight, LLC | Statement of Work, dated October 31, 2023 | 3/11/2025 |
| 64 | OneLook, Inc d/b/a Lily AI | OneLook, Inc d/b/a Lily AI<br>800 W El Camino Real, Suite 180<br>Mountain View, CA 94040 | American Freight, LLC | Master Services Agreement, dated October 31, 2023 | 3/11/2025 |
| 65 | Payactiv, Inc. | Payactiv, Inc.<br>440 N McCarthy Blvd., Suite 200<br>Milpitas, CA 95035 | American Freight, LLC | Master Services Agreement, dated March 29, 2024 | 3/11/2025 |
| 66 | Payactiv, Inc. | Payactiv, Inc.<br>440 N McCarthy Blvd., Suite 200<br>Milpitas, CA 95035 | American Freight, LLC | Agreement, dated March 29, 2024 | 3/11/2025 |
| 67 | Payactiv, Inc. | Payactiv, Inc.<br>440 N McCarthy Blvd., Suite 200<br>Milpitas, CA 95035 | American Freight, LLC | Services Agreement, dated March 29, 2024 | 3/11/2025 |
| 68 | PrimePay, LLC | PrimePay, LLC<br>1487 Dunwoody Drive<br>West Chester, PA 19380 | American Freight Franchisor, LLC | Subscription Agreement, dated June 16, 2023 | 3/11/2025 |
| 69 | Realtime Media, LLC | Realtime Media, LLC<br>1001 Conshohocken State Road, Suite 2-100<br>West Conshohocken, PA 19428 | American Freight, LLC | Statement of Work, dated September 13, 2024 | 3/11/2025 |
| 70 | Retail Services WIS Corportaion | Retail Services WIS Corportaion<br>2000 Taylor Road, Suite 200<br>Auburn Hills, MI 48326-1771 | Franchise Group, Inc. | Master Services Agreement, dated January 1, 2022 | 3/11/2025 |
| 71 | Revel IT, Inc. | Revel IT, Inc.<br>4900 Blazer Parkway<br>Dublin, Ohio 43017 | American Freight, LLC | Search Agreement, dated February 24, 2022 | 3/11/2025 |
| 72 | Scalero, Inc. | Scalero, Inc.<br>2201 Broadway, 4th Floor<br>Oakland, CA 94612 | American Freight, LLC | Agreement, dated September 19, 2023 | 3/11/2025 |
| 73 | Sidecar Interactive, Inc. | Sidecar Interactive, Inc.<br>1 S. Broad Street, Floor 20<br>Philadelphia, PA 19107 | American Freight, LLC | Addendum to Contract, dated August 26, 2022 | 3/11/2025 |
| 74 | Simon Data | Simon Data<br>483 Broadway, 2nd Floor<br>New York, NY 10013 | American Freight, LLC | Addendum to Contract, dated September 20, 2023 | 3/11/2025 |
| 75 | Simon Data | Simon Data<br>483 Broadway, 2nd Floor<br>New York, NY 10013 | American Freight, LLC | Support Services Agreement, dated September 28, 2023 | 3/11/2025 |
| 76 | Simon Data | Simon Data<br>483 Broadway, 2nd Floor<br>New York, NY 10013 | American Freight, LLC | Amendment to Contract, dated July 2, 2024 | 3/11/2025 |
| 77 | Strategic Employment Partners, LLC | Strategic Employment Partners, LLC<br>1 South Dearborn Street, 20th Floor<br>Chicago, IL 60603 | American Freight, LLC | Employment Services Agreement, dated February 10, 2023 | 3/11/2025 |
| 78 | The Shipyard, LLC | The Shipyard, LLC<br>580 N Fourth Street, Suite 500,<br>Columbus, OH 43215 | American Freight, LLC | Amendment to Contract, dated August 18, 2023 | 3/11/2025 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement | Rejection Date |
|---|---|---|---|---|---|
| 79 | Tinuiti Inc. | Tinuiti Inc.<br>1229 Chestnut Street Front 1, 404<br>Philadelphia, PA 19107 | American Freight, LLC | Master Services Agreement, dated February 9, 2024, as amended | 3/11/2025 |
| 80 | Tinuiti, Inc. | Tinuiti, Inc.<br>111 W 33rd Street, 1510 Suite<br>New York, NY 10001 | American Freight, LLC | Statement of Work, dated February 8, 2024 | 3/11/2025 |
| 81 | Transform Warehouse Operations LLC | Transform Warehouse Operations LLC<br>5407 Trillium Boulevard, Suite B120,<br>Hoffman Estates, IL 60192 | American Freight, LLC | Addendum to Contract, dated April 1, 2023 | 3/11/2025 |
| 82 | Transform Warehouse Operations LLC | Transform Warehouse Operations LLC<br>5407 Trillium Boulevard, Suite B120,<br>Hoffman Estates, IL 60192 | American Freight, LLC | Amendment to Contract, dated January 31, 2023 | 3/11/2025 |
| 83 | UPS Ocean Freight Services, Inc. | UPS Ocean Freight Services, Inc.<br>55 Glenlake Parkway, NE<br>Atlanta, GA 30328 | American Freight, LLC | Amendment to Contract, dated April 19, 2024 | 3/11/2025 |
| 84 | UPS Ocean Freight Services, Inc. | UPS Ocean Freight Services, Inc.<br>55 Glenlake Parkway, NE<br>Atlanta, GA 30328 | American Freight, LLC | Amendment to Contract, dated May 27, 2024 | 3/11/2025 |
| 85 | UWL, Inc. | UWL, Inc.<br>1340 Depot Street<br>Cleveland, OH 44116 | American Freight, LLC | Services Arrangement, dated May 1, 2024 | 3/11/2025 |
| 86 | Williams Scotsman, Inc. | Williams Scotsman, Inc.<br>4646 East Van Buren Street, Suite 400<br>Phoenix, AZ 85008 | American Freight, LLC | Enterprise Account Program Agreement, dated May 1, 2024 | 3/11/2025 |
| 87 | Wynn Hotel | Wynn Hotel<br>3131 Las Vegas Blvd. South<br>Las Vegas, Nevada 89109 | American Freight, LLC | Purchase Agreement, dated November 10, 2023 | 3/11/2025 |
| 88 | XTGlobal, Inc. | XTGlobal, Inc.<br>2701 Dallas Pkwy<br>Plano, TX 75093 | American Freight, LLC | Consulting Services Agreement, dated October 28, 2021 | 3/11/2025 |
| 89 | XTGlobal, Inc. | XTGlobal, Inc.<br>2701 Dallas Pkwy<br>Plano, TX 75093 | American Freight, LLC | Outsourcing Services Agreement, dated February 1, 2024 | 3/11/2025 |
| 90 | Yext, Inc. | Yext, Inc.<br>61 Ninths Avenue<br>New York, NY 10011 | American Freight Outlet Stores, LLC | Addendum to Contract, dated January 30, 2019 | 3/11/2025 |
| 91 | Yext, Inc. | Yext, Inc.<br>61 Ninths Avenue<br>New York, NY 10011 | American Freight Outlet Stores, LLC | Addendum to Contract, dated January 1, 2018 | 3/11/2025 |
| 92 | Yotpo, Inc. | Yotpo, Inc.<br>400 Lafayette Street<br>New York, NY 10003 | American Freight, LLC | Master Software as a Service Agreement, dated July 2, 2022 | 3/11/2025 |
| 93 | Yotpo, LTD. | Yotpo, Inc.<br>400 Lafayette Street<br>New York, NY 10003 | American Freight, LLC | Purchase Agreement, dated July 1, 2024 | 3/11/2025 |