**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE* | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy* | BILLED<br><br>In this fee application |
| Sr./Equity Partner/Shareholder | $1,600.00 | $1,707.74 |
| Of Counsel | $1,275.00 | $1,311.78 |
| Associates | $830.00 | $1,065.30 |
| Law Library Director | $595.00 | $647.90 |
| Paralegal | $585.00 | $613.27 |
| Case Management Assistants | $475.00 | $485.73 |
| All timekeepers aggregated** | $950.00** | $1,435.40 |

* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2024, non-estate work represented approximately 8-10% of the Firm's revenues. It is expected that non-estate work in 2024 will represent approximately 8-10% of the Firms' revenues.

**Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work

| | |
|---|---|
| Case Name: | Franchise Group, Inc., et al. |
| Case Number: | 24-12480 (LSS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 3/11/25 |
| Interim or Final: | Interim |