**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Kornfeld, Alan J. | Partner | Bankruptcy | 1987 | 36.60 | $73,017.00 | $1,995.00 | $1,995.00 | 1 |
| Kornfeld, Alan J. | Partner | Bankruptcy | 1987 | 41.80 | $76,285.00 | $1,825.00 | $1,825.00 | 1 |
| Sandler, Bradford J. | Partner | Bankruptcy | 1996 | 68.50 | $129,807.50 | $1,895.00 | $1,895.00 | 1 |
| Sandler, Bradford J. | Partner | Bankruptcy | 1996 | 147.10 | $253,747.50 | $1,725.00 | $1,725.00 | 1 |
| Sandler, Bradford J. | Partner | Bankruptcy | 1996 | 7.00 | $6,037.50 | $862.50 | $862.50 | 1 |
| Wallen, Ben L. | Partner | Bankruptcy | 2016 | 1.40 | $1,505.00 | $1,075.00 | $1,075.00 | 1 |
| Wallen, Ben L. | Associate | Bankruptcy | 2016 | 11.30 | $11,017.50 | $975.00 | $975.00 | 1 |
| Glazer, Gabriel I. | Partner | Bankruptcy | 2006 | 3.30 | $5,445.00 | $1,650.00 | $1,650.00 | 1 |
| Glazer, Gabriel I. | Partner | Bankruptcy | 2006 | 37.30 | $55,763.50 | $1,495.00 | $1,495.00 | 1 |
| Demo, Gregory V. | Partner | Bankruptcy | 2008 | 2.00 | $3,050.00 | $1,525.00 | $1,525.00 | 1 |
| Demo, Gregory V. | Partner | Bankruptcy | 2008 | 46.00 | $64,170.00 | $1,395.00 | $1,395.00 | 1 |
| Demo, Gregory V. | Partner | Bankruptcy | 2008 | 4.60 | $3,208.50 | $697.50 | $697.50 | 1 |
| Nasatir, Iain A.W. | Partner | Bankruptcy | 1983 | 3.30 | $5,445.00 | $1,650.00 | $1,650.00 | 1 |
| Nasatir, Iain A.W. | Partner | Bankruptcy | 1983 | 18.00 | $27,450.00 | $1,525.00 | $1,525.00 | 1 |
| O'Neill, James E. | Partner | Bankruptcy | 2001 | 3.90 | $5,752.50 | $1,475.00 | $1,475.00 | 1 |
| Walker, Jim W. | Partner | Bankruptcy | 1985 | 169.60 | $334,960.00 | $1,975.00 | $1,975.00 | 1 |
| Walker, Jim W. | Partner | Bankruptcy | 1985 | 115.00 | $209,875.00 | $1,825.00 | $1,825.00 | 1 |
| Litvak, Maxim B. | Partner | Bankruptcy | 1997 | 21.60 | $37,260.00 | $1,725.00 | $1,725.00 | 1 |
| Litvak, Maxim B. | Partner | Bankruptcy | 1997 | 19.20 | $29,280.00 | $1,525.00 | $1,525.00 | 1 |
| Labov, Paul J. | Partner | Bankruptcy | 2002 | 25.60 | $40,832.00 | $1,595.00 | $1,595.00 | 1 |
| Labov, Paul J. | Partner | Bankruptcy | 2002 | 121.50 | $176,175.00 | $1,450.00 | $1,450.00 | 1 |
| Labov, Paul J. | Partner | Bankruptcy | 2002 | 8.70 | $6,307.50 | $725.00 | $725.00 | 1 |
| Feinstein, Robert J. | Partner | Bankruptcy | 1982 | 32.70 | $63,765.00 | $1,950.00 | $1,950.00 | 1 |
| Feinstein, Robert J. | Partner | Bankruptcy | 1982 | 80.80 | $149,480.00 | $1,850.00 | $1,850.00 | 1 |
| Feinstein, Robert J. | Partner | Bankruptcy | 1982 | 7.00 | $6,475.00 | $925.00 | $925.00 | 1 |
| Cho, Shirley S | Partner | Bankruptcy | 1997 | 7.30 | $11,132.50 | $1,525.00 | $1,525.00 | 1 |
| Cho, Shirley S | Partner | Bankruptcy | 1997 | 29.80 | $41,571.00 | $1,395.00 | $1,395.00 | 1 |
| Levine, Beth E. | Counsel | Bankruptcy | 1983 | 57.50 | $77,625.00 | $1,350.00 | $1,350.00 | 1 |
| Levine, Beth E. | Counsel | Bankruptcy | 1983 | 92.30 | $113,067.50 | $1,225.00 | $1,225.00 | 1 |
| Levine, Beth E. | Counsel | Bankruptcy | 1983 | 6.00 | $3,675.00 | $612.50 | $612.50 | 1 |

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Robinson, Colin R. | Counsel | Bankruptcy | 2001 | 44.80 | $59,360.00 | $1,325.00 | $1,325.00 | 1 |
| Robinson, Colin R. | Counsel | Bankruptcy | 2001 | 83.70 | $100,021.50 | $1,195.00 | $1,195.00 | 1 |
| Kroop, Jordan A. | Counsel | Bankruptcy | 1995 | 45.40 | $73,775.00 | $1,625.00 | $1,625.00 | 1 |
| Kim, Jonathan J. | Counsel | Bankruptcy | 1995 | 24.60 | $35,055.00 | $1,425.00 | $1,425.00 | 1 |
| Kim, Jonathan J. | Counsel | Bankruptcy | 1995 | 40.40 | $52,318.00 | $1,295.00 | $1,295.00 | 1 |
| Brandt, Gina F. | Counsel | Bankruptcy | 1976 | 2.30 | $2,748.50 | $1,195.00 | $1,195.00 | 1 |
| Dine, Jeffrey M. | Counsel | Bankruptcy | 1996 | 17.10 | $25,564.50 | $1,495.00 | $1,495.00 | 1 |
| Winograd, Hayley R. | Associate | Bankruptcy | 2018 | 31.10 | $35,765.00 | $1,150.00 | $1,150.00 | 1 |
| Winograd, Hayley R. | Associate | Bankruptcy | 2018 | 14.60 | $15,695.00 | $1,075.00 | $1,075.00 | 1 |
| Corma, Edward A. | Associate | Bankruptcy | 2018 | 19.30 | $15,343.50 | $795.00 | $795.00 | 1 |
| Heckel, Theodore S. | Associate | Bankruptcy | 2018 | 28.70 | $35,157.50 | $1,225.00 | $1,225.00 | 1 |
| Heckel, Theodore S. | Associate | Bankruptcy | 2018 | 165.60 | $178,020.00 | $1,075.00 | $1,075.00 | 1 |
| Heckel, Theodore S. | Associate | Bankruptcy | 2018 | 7.10 | $3,816.25 | $537.50 | $537.50 | 1 |
| Bates, Andrea T. | Paralegal | Bankruptcy | N/A | 30.10 | $19,565.00 | $650.00 | $650.00 | 1 |
| Bates, Andrea T. | Paralegal | Bankruptcy | N/A | 27.50 | $16,362.50 | $595.00 | $595.00 | 1 |
| LaBrada, Kerri | Paralegal | Bankruptcy | N/A | 3.30 | $2,062.50 | $625.00 | $625.00 | 1 |
| Dassa, Beth D. | Paralegal | Bankruptcy | N/A | 0.30 | $178.50 | $595.00 | $595.00 | 1 |
| Knotts, Cheryl A. | Paralegal | Bankruptcy | N/A | 1.20 | $654.00 | $545.00 | $545.00 | 1 |
| Hall, Nathan J. | Paralegal | Bankruptcy | N/A | 5.90 | $3,215.50 | $545.00 | $545.00 | 1 |
| Cuniff, Patricia E. | Paralegal | Bankruptcy | N/A | 7.50 | $4,462.50 | $595.00 | $595.00 | 1 |
| Jeffries, Patricia J. | Paralegal | Bankruptcy | N/A | 0.80 | $476.00 | $595.00 | $595.00 | 1 |
| Forrester, Leslie A. | Librarian | Bankruptcy | N/A | 0.30 | $202.50 | $675.00 | $675.00 | 1 |
| Forrester, Leslie A. | Librarian | Bankruptcy | N/A | 2.80 | $1,806.00 | $645.00 | $645.00 | 1 |
| Paul, Andrea R. | Case Management Assistant | Bankruptcy | N/A | 1.20 | $594.00 | $495.00 | $495.00 | 1 |
| Paul, Andrea R. | Case Management Assistant | Bankruptcy | N/A | 5.90 | $2,802.50 | $475.00 | $475.00 | 1 |
| Bouzoukis, Charles J. | Case Management Assistant | Bankruptcy | N/A | 5.00 | $2,475.00 | $495.00 | $495.00 | 1 |
| Bouzoukis, Charles J. | Case Management Assistant | Bankruptcy | N/A | 9.40 | $4,465.00 | $475.00 | $475.00 | 1 |

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Arnold, Gary L. | Case Management Assistant | Bankruptcy | N/A | 37.00 | $18,315.00 | $495.00 | $495.00 | 1 |
| Arnold, Gary L. | Case Management Assistant | Bankruptcy | N/A | 22.00 | $10,450.00 | $475.00 | $475.00 | 1 |
| **GRANT TOTAL** | | | | **1911.60** | **$2,743,908.25** | | | |

| | |
|---|---|
| Case Name: | Franchise Group, Inc., et al. |
| Case Number: | 24-12480 (LSS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 3/11/25 |
| Interim or Final: | Interim |

4937-8941-8531.1 29177.00002