# EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY CATEGORY

(*See* Guidelines ¶ C.8 for project category information)

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---:|---:|
| Asset Analysis and Recovery | 0.50 | $637.50 |
| Asset Disposition | 135.10 | $196,649.00 |
| Appeals | 79.90 | $127,510.00 |
| Bankruptcy Litigation | 734.10 | $1,166,356.50 |
| Case Administration | 127.00 | $117,921.50 |
| Claims Administration and Objections | 10.70 | $16,041.50 |
| PSZJ Compensation | 10.30 | $9,959.50 |
| Other Professional Compensation | 9.80 | $16,046.00 |
| Contract and Lease Matters | 20.30 | $23,964.50 |
| First/Second Day Matters | 41.90 | $51,098.00 |
| Financial Filings | 2.00 | $3,475.00 |
| Financing/Cash Collateral/Cash Management | 136.20 | $196,506.50 |
| General Creditors' Committee | 47.50 | $72,592.00 |
| Hearings | 177.80 | $215,123.50 |
| Insurance Coverage | 21.60 | $32,781.00 |
| Meetings of and Communications with Creditors | 2.80 | $3,346.00 |
| Litigation (Non-Bankruptcy) | 4.60 | $8,550.00 |
| Operations | 32.60 | $48,705.00 |
| Plan and Disclosure Statement | 202.10 | $314,179.00 |
| Relief From Stay | 0.80 | $1,317.00 |
| PSZJ Retention | 18.30 | $17,417.50 |
| Other Professional Retention | 55.30 | $74,212.00 |
| Travel | 40.40 | $29,519.75 |
| **TOTAL** | **1911.60** | **$2,743,908.25** |

| | |
|---|---|
| Case Name: | Franchise Group, Inc., et al. |
| Case Number: | 24-12480 (LSS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 3/11/25 |
| Interim or Final: | Interim |

4937-8941-8531.1 29177.00002