# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(*See* Guidelines ¶ C.8 for project category information)

| Expense | Total |
|---|---:|
| Air Fare | $876.96 |
| Auto Travel Expense | $2,270.63 |
| Bloomberg | $302.25 |
| Working Meals | $60.18 |
| Delivery/Courier Service | $105.00 |
| Federal Express | $117.73 |
| Court Fees | $350.00 |
| Hotel Expense | $1,881.86 |
| Lexis/Nexis- Legal Research | $2,137.90 |
| Litigation Support Vendors | $618.00 |
| Pacer - Court Research | $1,120.90 |
| Postage | $56.82 |
| Reproduction Expense | $4,899.20 |
| Online Research | $6,164.75 |
| Transcript | $17,826.04 |
| **Grand Total** | **$38,788.22** |

| | |
|---|---|
| Case Name: | Franchise Group, Inc., et al. |
| Case Number: | 24-12480 (LSS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 3/11/25 |
| Interim or Final: | Interim |