**<u>EXHIBIT A</u>**

**FEES**

655 Third Avenue, 22nd Fl.
New York, NY 10017
T: 212.370.0330

# Petrillo Klein + Boxer

**PRIVILEGED AND CONFIDENTIAL**

December 18, 2024

**Tiffany McMillan-McWaters**
Todd Arden - Director
John Hartmann - Director
Chris P. Meyer - Director
Franchise Group, Inc.

**RE :** Supplemental Investigation                                    **BILL #:** 01414

---

|  |  |
|---|---|
| **Fees Incurred Since Last Bill :** | **$239,872.00** |
| **Expenses Incurred Since Last Bill :** | **$0.00** |
| **Balance This Bill :** | **$239,872.00** |
| **TOTAL OUTSTANDING BALANCE DUE :** | **$239, 872.00** |

655 Third Avenue, 22nd Fl.
New York, NY 10017
T: 212.370.0330

# Petrillo Klein + Boxer

**Tiffany McMillan-McWaters**
Todd Arden - Director
John Hartmann - Director
Chris P. Meyer - Director
Franchise Group, Inc.

**Issue Date :**    12/18/2024
**Bill # :**          01414
**Due Date :**  Upon Receipt

**RE :** Supplemental Investigation

**Fees**

| Date | Staff | Description | Quantity | Rate | Amount |
|------|-------|-------------|----------|------|--------|
| 11/3/2024 | JK | Reviewing documents (take private deal file and demand letters) | 1.50 | $1,340.00 | $2,010.00 |
| 11/4/2024 | JK | Reviewing demand letters. | 3.00 | $1,340.00 | $4,020.00 |
| 11/4/2024 | JK | Drafting document request for company. | 0.80 | $1,340.00 | $1,072.00 |
| 11/4/2024 | JK | Call with potential expert. | 0.10 | $1,340.00 | $134.00 |
| 11/4/2024 | CH | Comms with team re: bankruptcy and application for retention (0.8); read first day report in bankruptcy (1.2). | 2.00 | $785.00 | $1,570.00 |
| 11/4/2024 | JK | Attention to search term list. | 0.90 | $1,340.00 | $1,206.00 |
| 11/4/2024 | JK | Reviewing first day report. | 0.30 | $1,340.00 | $402.00 |
| 11/4/2024 | JK | Drafting chron and follow-up task list. | 1.30 | $1,340.00 | $1,742.00 |
| 11/5/2024 | CH | Draft application for retention bankruptcy (2.4); comms with Willkie re bankruptcy documents/hearings (0.5). | 2.90 | $785.00 | $2,276.50 |
| 11/5/2024 | JK | Revising task list and search terms. | 0.70 | $1,340.00 | $938.00 |
| 11/5/2024 | CS | Review draft search terms for board materials, and correspondence with C. Hume re: same. | 0.10 | $1,075.00 | $107.50 |
| 11/5/2024 | JK | Reviewing 220 demand letters and drafting issues list. | 2.20 | $1,340.00 | $2,948.00 |
| 11/5/2024 | JK | Review of first day report and annotating relevant information. | 1.50 | $1,340.00 | $2,010.00 |
| 11/6/2024 | JK | Reviewing select portions of First Day Report. | 0.90 | $1,340.00 | $1,206.00 |
| 11/6/2024 | JK | Review of Conn proxy. | 0.50 | $1,340.00 | $670.00 |
| 11/6/2024 | JK | Incorporating relevant material into Badcock/Conn document requests. | 0.50 | $1,340.00 | $670.00 |
| 11/6/2024 | CH | Review of background documents and select bankruptcy filings. | 5.30 | $785.00 | $4,160.50 |
| 11/6/2024 | JK | Annotating task list and chronology. | 1.50 | $1,340.00 | $2,010.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/6/2024 | JK | Drafting outline for TMM call. | 0.30 | $1,340.00 | $402.00 |
| 11/7/2024 | JK | Internal strategy call re document requests and next steps. | 0.90 | $1,340.00 | $1,206.00 |
| 11/7/2024 | JK | Reviewing expert bios. | 0.30 | $1,340.00 | $402.00 |
| 11/7/2024 | CS | Call with company counsel re: document collection, potential experts, and relevant factual background. | 0.60 | $1,075.00 | $645.00 |
| 11/7/2024 | JK | Email corresp with team regarding case analysis. | 0.20 | $1,340.00 | $268.00 |
| 11/7/2024 | CH | Internal call with JK and CS re next steps. | 0.90 | $785.00 | $706.50 |
| 11/7/2024 | JK | Call with TMM. | 0.60 | $1,340.00 | $804.00 |
| 11/7/2024 | CH | Finish retention application. | 2.60 | $785.00 | $2,041.00 |
| 11/7/2024 | JK | Revising project blade document requests. | 0.40 | $1,340.00 | $536.00 |
| 11/7/2024 | CH | Call with Tiffany re: documents. | 0.60 | $785.00 | $471.00 |
| 11/7/2024 | JK | Reviewing 11/5 BK hearing transcript. | 2.70 | $1,340.00 | $3,618.00 |
| 11/7/2024 | CS | Internal strategy call re: document requests and other next steps. | 0.90 | $1,075.00 | $967.50 |
| 11/8/2024 | CH | Review board minutes. | 1.20 | $785.00 | $942.00 |
| 11/8/2024 | JK | Reviewing 11/5 and 11/6 BK hearing tr. | 0.80 | $1,340.00 | $1,072.00 |
| 11/8/2024 | JK | Attention to BK retention application. | 0.30 | $1,340.00 | $402.00 |
| 11/8/2024 | JK | Reviewing expert bios. | 0.30 | $1,340.00 | $402.00 |
| 11/8/2024 | CH | Finalize retention application (conflicts check, payments, etc.). | 1.80 | $785.00 | $1,413.00 |
| 11/8/2024 | JK | Conferring with potential experts (0.4) and email comms. with PKB team regarding same (0.3). | 0.70 | $1,340.00 | $938.00 |
| 11/8/2024 | CH | Call with JK and potential experts | 2.00 | $785.00 | $1,570.00 |
| 11/8/2024 | JK | Reviewing take private deal file and outlining deal structure. | 2.20 | $1,340.00 | $2,948.00 |
| 11/8/2024 | JK | Call with credit finance expert. | 0.70 | $1,340.00 | $938.00 |
| 11/8/2024 | JK | Call with C. Hume re experts and key issue analysis. | 0.50 | $1,340.00 | $670.00 |
| 11/8/2024 | JK | Call with corp. gov expert. | 0.60 | $1,340.00 | $804.00 |
| 11/9/2024 | JK | Case analysis in connection with potential expert engagement. | 0.80 | $1,340.00 | $1,072.00 |
| 11/9/2024 | CH | Edit retention application. | 1.10 | $785.00 | $863.50 |
| 11/9/2024 | CH | Review board minutes. | 0.80 | $785.00 | $628.00 |
| 11/9/2024 | JK | Review of 11/6 bk hearing transcript. | 1.30 | $1,340.00 | $1,742.00 |
| 11/10/2024 | JK | Planning call with GP regarding expert retention. | 0.70 | $1,340.00 | $938.00 |
| 11/10/2024 | GP | Confer with JK re investigation planning | 0.70 | $1,385.00 | $969.50 |
| 11/10/2024 | CH | Finalize retention application and circulate for review | 0.80 | $785.00 | $628.00 |
| 11/11/2024 | CH | Prepare for Eric Seeton. | 1.50 | $785.00 | $1,177.50 |
| 11/11/2024 | JK | Attention to expert retention and correspondence with PKB team re same. | 0.40 | $1,340.00 | $536.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/11/2024 | JK | Revising retention application. | 1.80 | $1,340.00 | $2,412.00 |
| 11/11/2024 | JK | Coordinating A Kaminsky and E Seeton preliminary interviews. | 0.40 | $1,340.00 | $536.00 |
| 11/11/2024 | CH | Review proxies and deal documents. | 2.50 | $785.00 | $1,962.50 |
| 11/11/2024 | JK | Review and revise retention application. | 1.10 | $1,340.00 | $1,474.00 |
| 11/11/2024 | CH | Review board minutes and JK document requests. | 1.50 | $785.00 | $1,177.50 |
| 11/11/2024 | CH | Review list of interviewees and supplement. | 1.10 | $785.00 | $863.50 |
| 11/11/2024 | JK | Email comms with PKB team, TMM and E. Seeton in connection with scheduling interview of ES. | 0.30 | $1,340.00 | $402.00 |
| 11/12/2024 | CH | Review and revise Take Private diagram. | 1.80 | $785.00 | $1,413.00 |
| 11/12/2024 | CH | Scheduling for E. Seeton. | 0.30 | $785.00 | $235.50 |
| 11/12/2024 | CH | Revise retention application. | 1.80 | $785.00 | $1,413.00 |
| 11/12/2024 | JK | Reviewing personnel charts for freedom entities (0.2) and email correspondence with FRG, Willkie and PKB team relating to same (0.2). | 0.40 | $1,340.00 | $536.00 |
| 11/12/2024 | JK | Attention to expert retention (0.3) and email comms with team re same (0.2). | 0.50 | $1,340.00 | $670.00 |
| 11/12/2024 | CS | Correspondence re: expert retention. | 0.30 | $1,075.00 | $322.50 |
| 11/12/2024 | JK | Reviewing and further revising the revised drafts of the PKB retention application, declarations of Klein and CM, and certain exhibits (1.3), and communicating with PKB team regarding same (0.3). | 1.60 | $1,340.00 | $2,144.00 |
| 11/12/2024 | CS | Review draft application. | 0.20 | $1,075.00 | $215.00 |
| 11/12/2024 | JK | Revising retention application. | 1.00 | $1,340.00 | $1,340.00 |
| 11/12/2024 | JK | Reviewing project freedom senior secured facility commitment letter. | 0.80 | $1,340.00 | $1,072.00 |
| 11/13/2024 | CH | Call with potential financial expert with JK and CS for interview. | 0.80 | $785.00 | $628.00 |
| 11/13/2024 | CS | Internal strategy meeting with J. Klein and C. Hume. | 0.50 | $1,075.00 | $537.50 |
| 11/13/2024 | JK | Call with potential financial expert.. | 0.80 | $1,340.00 | $1,072.00 |
| 11/13/2024 | CS | Call with Willkie and W&C. | 0.90 | $1,075.00 | $967.50 |
| 11/13/2024 | JK | Reviewing proposed chapter 11 plan release and exculpation language. | 0.40 | $1,340.00 | $536.00 |
| 11/13/2024 | JK | Planning call with C. Hume. | 0.40 | $1,340.00 | $536.00 |
| 11/13/2024 | JK | Call with Willkie and W&C. | 0.90 | $1,340.00 | $1,206.00 |
| 11/13/2024 | JK | Call with D. Sinclair and R. Leaf related to scope and expert retention. | 0.90 | $1,340.00 | $1,206.00 |
| 11/13/2024 | CS | Call with potential expert. | 0.80 | $1,075.00 | $860.00 |
| 11/13/2024 | CH | Call with JK re: experts. | 0.40 | $785.00 | $314.00 |
| 11/13/2024 | CH | Finalize retention application. | 2.70 | $785.00 | $2,119.50 |
| 11/13/2024 | JK | Planning call with PKB team. | 0.60 | $1,340.00 | $804.00 |
| 11/14/2024 | JK | Prep for Kaminsky interview. | 2.30 | $1,340.00 | $3,082.00 |
| 11/14/2024 | CS | PKB interview of A. Kaminsky. | 2.00 | $1,075.00 | $2,150.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/2024 | JK | Strategy call with GP. | 0.50 | $1,340.00 | $670.00 |
| 11/14/2024 | CH | Follow-up tasks re: document request from A. Kaminsky interview. | 0.80 | $785.00 | $628.00 |
| 11/14/2024 | CH | Read bankruptcy documents/update take private diagram. | 0.80 | $785.00 | $628.00 |
| 11/14/2024 | CH | Andrew Kaminsky interview. | 2.00 | $785.00 | $1,570.00 |
| 11/14/2024 | JK | Andrew Kaminsky interview. | 2.00 | $1,340.00 | $2,680.00 |
| 11/15/2024 | CH | Second interview with A. Kaminsky. | 1.50 | $785.00 | $1,177.50 |
| 11/15/2024 | CS | Review operating agreement and amendments. | 0.10 | $1,075.00 | $107.50 |
| 11/15/2024 | CH | Eric Seeton interview. | 1.40 | $785.00 | $1,099.00 |
| 11/15/2024 | JK | Call with governance expert. | 0.50 | $1,340.00 | $670.00 |
| 11/15/2024 | CS | PKB interview of E. Seeton. | 1.40 | $1,075.00 | $1,505.00 |
| 11/15/2024 | JK | Second interview of A. Kaminsky. | 1.50 | $1,340.00 | $2,010.00 |
| 11/15/2024 | CS | Second interview of A. Kaminsky. | 1.50 | $1,075.00 | $1,612.50 |
| 11/15/2024 | CH | Prepare and finalize retention application. | 0.80 | $785.00 | $628.00 |
| 11/15/2024 | CH | Organize documents and review files. | 1.30 | $785.00 | $1,020.50 |
| 11/15/2024 | JK | Eric Seeton interview. | 1.40 | $1,340.00 | $1,876.00 |
| 11/16/2024 | JK | Outlining potential issues, work flow and considerations related to expert retention. | 1.40 | $1,340.00 | $1,876.00 |
| 11/16/2024 | CH | Finalize retention application | 0.60 | $785.00 | $471.00 |
| 11/16/2024 | CS | Call with J. Klein and independent directors re: status and next steps. | 0.50 | $1,075.00 | $537.50 |
| 11/16/2024 | JK | Further review and revisions to PKB retention application (0.5) and comms. with PKB team re same (0.2). | 0.70 | $1,340.00 | $938.00 |
| 11/16/2024 | JK | Call with client re next steps. | 0.50 | $1,340.00 | $670.00 |
| 11/18/2024 | CH | Review documents and compile next document requests; email client re same. | 1.30 | $785.00 | $1,020.50 |
| 11/18/2024 | JK | Drafting notes re: search terms, custodians, potential issues, and follow-up tasks (1.7); email comms with PKB team re: same (0.3). | 2.00 | $1,340.00 | $2,680.00 |
| 11/18/2024 | CH | Analysis of potential claims. | 1.70 | $785.00 | $1,334.50 |
| 11/18/2024 | JK | Reviewing and revising retention application (0.4) and email comms. with PKB team re same (0.2). | 0.60 | $1,340.00 | $804.00 |
| 11/18/2024 | CH | Internal update call with JK and CS. | 1.10 | $785.00 | $863.50 |
| 11/18/2024 | CH | Finalize and edit retention application. | 2.10 | $785.00 | $1,648.50 |
| 11/18/2024 | JK | Call with Allison Mielke and S. Borovinskaya. | 0.50 | $1,340.00 | $670.00 |
| 11/18/2024 | CH | Call with JK and Delaware counsel re retention application. | 0.50 | $785.00 | $392.50 |
| 11/18/2024 | CS | Internal strategy/planning call. | 1.10 | $1,075.00 | $1,182.50 |
| 11/18/2024 | JK | Email comms. with PKB team re planning. | 0.40 | $1,340.00 | $536.00 |
| 11/18/2024 | JK | Internal PKB planning call regarding document collection, expert retention, and pertinent legal issues. | 1.10 | $1,340.00 | $1,474.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/19/2024 | JK | Reviewing background documents (press clippings related to B. Riley and Prophecy; B. Riley ~~deck; B.~~ Riley SEC filings; notes from team meeting and AK and ES interviews). | 4.10 | $1,340.00 | $5,494.00 |
| 11/19/2024 | CH | Review and organize documents received from client. | 1.30 | $785.00 | $1,020.50 |
| 11/19/2024 | CH | Email comms with JK and cs re experts and next steps. | 0.10 | $785.00 | $78.50 |
| 11/19/2024 | JK | Drafting notes re: search terms, custodians, causes of action, and follow-up tasks (1.7); email comms with PKB team re same (0.3). | 2.00 | $1,340.00 | $2,680.00 |
| 11/19/2024 | CH | Legal research. Call with D. Sinclair re expert retention. | 1.30 | $785.00 | $1,020.50 |
| 11/19/2024 | JK | Reviewing interview notes and select filings. | 0.30 | $1,340.00 | $402.00 |
| 11/20/2024 | JK | Drafting chronology and revising interview notes. | 1.40 | $1,340.00 | $1,876.00 |
| 11/20/2024 | CH | Call with Young & Conway. | 1.50 | $785.00 | $1,177.50 |
| 11/20/2024 | JK | Reviewing treatment on solvency analysis. | 0.30 | $1,340.00 | $402.00 |
| 11/20/2024 | JK | Updating task list. | 0.30 | $1,340.00 | $402.00 |
| 11/20/2024 | JK | Reviewing select SEC filings and class action | 0.30 | $1,340.00 | $402.00 |
| 11/20/2024 | JK | complaints lodged against B. Riley and Kahn, respectively. | 2.10 | $1,340.00 | $2,814.00 |
| 11/20/2024 | CH | Drafting chronology and revising interview notes. | 1.50 | $785.00 | $1,177.50 |
| 11/20/2024 | JK | Email communications with PKB team, Y&C, Paul Hastings, and client regarding experts and retention application. | 0.70 | $1,340.00 | $938.00 |
| 11/20/2024 | JK | Revising task list. Organizing master task list. | 0.40 | $1,340.00 | $536.00 |
| 11/21/2024 | CH | Follow up call JK, CS. | 1.40 | $785.00 | $1,099.00 |
| 11/21/2024 | CH | Discussion with CS about next steps. | 0.80 | $785.00 | $628.00 |
| 11/21/2024 | CH | | 0.30 | $785.00 | $235.50 |
| 11/21/2024 | CS | Internal team meeting re: status and next steps. | 0.80 | $1,075.00 | $860.00 |
| 11/21/2024 | CS | Call with T. McMillan-McWaters re: relevant factual matters and documents provided. | 0.60 | $1,075.00 | $645.00 |
| 11/21/2024 | CS | Confer with C. Hume re: next steps. | 0.30 | $1,075.00 | $322.50 |
| 11/21/2024 | CS | Call with company IT personnel re: document search and collection process. | 0.20 | $1,075.00 | $215.00 |
| 11/21/2024 | CH | Finalizing retention application/comms with Delaware counsel. | 1.10 | $785.00 | $863.50 |
| 11/21/2024 | JK | Call with TMM regarding recent document production and related transactions. | 0.60 | $1,340.00 | $804.00 |
| 11/21/2024 | JK | Email comms with team and client re retention application. | 0.30 | $1,340.00 | $402.00 |
| 11/21/2024 | JK | PKB team planning call re document collection and legal research points. | 0.80 | $1,340.00 | $1,072.00 |
| 11/21/2024 | CH | Call with JK, CS and Tiffany. | 0.60 | $785.00 | $471.00 |
| 11/21/2024 | CH | Incorporate JK's edits into retention application. | 0.60 | $785.00 | $471.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/21/2024 | CH | Call with FRG IT re: document collection with JK and CS | 0.20 | $785.00 | $157.00 |
| 11/21/2024 | JK | Reviewing select transaction documents. | 0.60 | $1,340.00 | $804.00 |
| 11/21/2024 | JK | Review summary of preliminary legal research (0.3) and email comm with PKB team re same (0.1). | 0.40 | $1,340.00 | $536.00 |
| 11/21/2024 | JK | Call with vendor regarding document collection. | 0.30 | $1,340.00 | $402.00 |
| 11/21/2024 | JK | Further revising retention application. | 0.50 | $1,340.00 | $670.00 |
| 11/22/2024 | CH | Review valuation research. | 0.80 | $785.00 | $628.00 |
| 11/22/2024 | JK | PKB team planning call regarding document collection. | 0.50 | $1,340.00 | $670.00 |
| 11/22/2024 | JK | Review and comment on FRG document requests. | 0.40 | $1,340.00 | $536.00 |
| 11/22/2024 | CS | Internal strategy meeting re: document requests and search terms. | 0.50 | $1,075.00 | $537.50 |
| 11/22/2024 | JK | Call with Paul Hastings. | 0.50 | $1,340.00 | $670.00 |
| 11/22/2024 | JK | Email communications with PKB team re next steps. | 0.30 | $1,340.00 | $402.00 |
| 11/22/2024 | CH | Finalize document requests | 0.80 | $785.00 | $628.00 |
| 11/22/2024 | JK | Follow-up call with C.Hume regarding valuation issues and related legal research. | 1.00 | $1,340.00 | $1,340.00 |
| 11/22/2024 | JK | Reviewing Holdco motion for trustee. | 1.10 | $1,340.00 | $1,474.00 |
| 11/22/2024 | JK | Revising document request for company (1.5) and emails with PKB team re same (0.6). | 2.10 | $1,340.00 | $2,814.00 |
| 11/22/2024 | CH | Call with JK re planning, valuation, and legal research issues (1.0); review valuation legal research (0.8). | 1.80 | $785.00 | $1,413.00 |
| 11/22/2024 | JK | Reviewing related party research. | 0.40 | $1,340.00 | $536.00 |
| 11/24/2024 | JK | Reviewing select bankruptcy filings and research. | 1.80 | $1,340.00 | $2,412.00 |
| 11/24/2024 | CH | Legal research /background reading re issues identified by JK (5.8); draft research summary for JK and CS (1.0). | 6.80 | $785.00 | $5,338.00 |
| 11/25/2024 | CH | Draft debt structure chart. | 0.30 | $785.00 | $235.50 |
| 11/25/2024 | CH | Internal call with JK and CS. | 0.40 | $785.00 | $314.00 |
| 11/25/2024 | JK | Reviewing case authority received from C. Hume. | 1.10 | $1,340.00 | $1,474.00 |
| 11/25/2024 | CH | Case management/update task list. | 0.30 | $785.00 | $235.50 |
| 11/25/2024 | CS | Review files provided by company counsel. | 0.10 | $1,075.00 | $107.50 |
| 11/25/2024 | CH | Legal research on fraudulent transfer. | 0.50 | $785.00 | $392.50 |
| 11/25/2024 | JK | Internal strategy call. | 0.40 | $1,340.00 | $536.00 |
| 11/25/2024 | CS | Review/revise draft document request. | 0.20 | $1,075.00 | $215.00 |
| 11/25/2024 | CS | Internal strategy call re: status and next steps. | 0.50 | $1,075.00 | $537.50 |
| 11/25/2024 | JK | Reviewing new materials received from company. | 1.40 | $1,340.00 | $1,876.00 |
| 11/25/2024 | JK | Review bankruptcy files (revised retention application and holdco lender trustee motion). | 2.80 | $1,340.00 | $3,752.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/25/2024 | JK | Email comms with client, PKB team, and company. | 1.00 | $1,340.00 | $1,340.00 |
| 11/25/2024 | CH | Finalize document requests. | 0.30 | $785.00 | $235.50 |
| 11/26/2024 | CH | Review bankruptcy docket. | 0.20 | $785.00 | $157.00 |
| 11/26/2024 | CH | File documents from client. | 0.10 | $785.00 | $78.50 |
| 11/26/2024 | CH | Finalize and send document requests. | 0.20 | $785.00 | $157.00 |
| 11/26/2024 | JK | Review board minutes and materials related to 2024 BK consulting contract. | 2.90 | $1,340.00 | $3,886.00 |
| 11/26/2024 | JK | Reviewing B. Rile consulting agreements. | 2.50 | $1,340.00 | $3,350.00 |
| 11/27/2024 | CS | Internal team call re: status and next steps. | 0.20 | $1,075.00 | $215.00 |
| 11/27/2024 | CH | PKB call with FRG re accounting-related questions. | 0.90 | $785.00 | $706.50 |
| 11/27/2024 | JK | Call with FRG re accounting-related issues. | 0.90 | $1,340.00 | $1,206.00 |
| 11/27/2024 | JK | Internal call re: status and next steps. | 0.20 | $1,340.00 | $268.00 |
| 11/27/2024 | CS | Confer with C. Hume re: legal research and draft search terms. | 0.10 | $1,075.00 | $107.50 |
| 11/27/2024 | CS | PKB call with company contacts re: accounting-related questions. | 0.90 | $1,075.00 | $967.50 |
| 11/27/2024 | JK | Reviewing documents (case authority, board minutes, debt facility documents, task list). | 7.00 | $1,340.00 | $9,380.00 |
| 11/28/2024 | JK | Reviewing materials (case authority, B. Riley materials, select interview notes). | 7.40 | $1,340.00 | $9,916.00 |
| 11/29/2024 | JK | Reviewing materials (class action complaint, hearing transcript, materials provided by FRG). | 1.90 | $1,340.00 | $2,546.00 |
| 11/29/2024 | JK | Attention to expert retention. | 0.50 | $1,340.00 | $670.00 |
| 11/30/2024 | JK | Annotating work flow and task list. | 1.50 | $1,340.00 | $2,010.00 |
| 11/30/2024 | JK | Reviewing company production to date. | 1.40 | $1,340.00 | $1,876.00 |
| 11/30/2024 | CH | Legal research | 1.80 | $785.00 | $1,413.00 |
| 11/30/2024 | JK | Reviewing case authority regarding fraudulent conveyance, DGCL statutes, and fiduciary duty liability. | 2.20 | $1,340.00 | $2,948.00 |
| 11/30/2024 | JK | Preparing an outline for follow-up discussion with K. Scholes. | 1.80 | $1,340.00 | $2,412.00 |
| 11/30/2024 | JK | Reviewing materials provided by K. Scholes. | 2.10 | $1,340.00 | $2,814.00 |
| **Fees Subtotal** | | | **214.40** | | **$239,872.00** |

**Staff Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Cara Hume | Associate | 78.20 | $785.00 | $61,387.00 |
| Caelyn Stephens | Partner | 15.30 | $1,075.00 | $16,447.50 |
| Guy Petrilli | Sr. Partner | 0.70 | $1,385.00 | $969.50 |
| Joshua Klein | Sr. Partner | 120.20 | $1,340.00 | $161,068.00 |

**Total $239,872.00**

**Tiffany McMillan-Mcwaters**
Todd Arden - Director
John Hartmann - Director
Chris P. Meyer - Director
Franchise Group, Inc.

**Issue Date** : 12/18/2024
**Bill#:** 01414

655 Third Avenue, 22nd Fl.

New York, NY 10017

# REMITTANCE COPY

**RE** : Supplemental Investigation

| | |
|---:|---:|
| **Fees:** | **$239,872.00** |
| **Total for this Bill :** | **$239,872.00** |
| **Total Amount Due:** | **$239,872.00** |

655 Third Avenue, 22nd Fl.
New York, NY 10017
T: 212.370.0330

# Petrillo Klein + Boxer

**PRIVILEGED AND CONFIDENTIAL**

January 07, 2025

**Tiffany McMillan-McWaters**
Todd Arden - Director
John Hartmann - Director
Chris P. Meyer - Director
Franchise Group, Inc.

**RE :** Supplemental Investigation                                              **BILL #:** 01458

---

|  |  |
|---|---|
| **Balance as of Last Bill :** | **$239,872.00** |
| **Payments and Credits Applied :** | **$0.00** |
| **Fees Incurred Since Last Bill :** | **$388,407.50** |
| **Expenses Incurred Since Last Bill :** | **$0.00** |
| **Balance This Bill :** | **$388,407.50** |
| **TOTAL OUTSTANDING BALANCE DUE :** | **$628,279.50** |

655 Third Avenue, 22nd Fl.
New York, NY 10017
T: 212.370.0330

# Petrillo Klein + Boxer

**Tiffany McMillan-McWaters**
Todd Arden - Director
John Hartmann - Director
Chris P. Meyer - Director
Franchise Group, Inc.

**Issue Date :** 1/7/2025
**Bill # :** 01458
**Due Date :** Upon Receipt

**RE :** Supplemental Investigation

**Fees**

| Date | Staff | Description | Quantity | Rate | Amount |
|------|-------|-------------|----------|------|--------|
| 12/1/2024 | CH | Legal research on possible buyout related claims. stock repurchases / fraudulent transfer / LBO (1.2); draft email to JK and CS re: same (0.7) | 1.90 | $785.00 | $1,491.50 |
| 12/1/2024 | CH | Legal research on possible claims | 0.90 | $785.00 | $706.50 |
| 12/2/2024 | CS | Call with company counsel re: document requests and transaction information. | 0.60 | $1,075.00 | $645.00 |
| 12/2/2024 | JK | Internal strategy meeting re: document review, legal research, and next steps for investigation. | 0.60 | $1,340.00 | $804.00 |
| 12/2/2024 | CH | Internal strategy meeting re document review, legal research, and next steps for investigation. | 0.60 | $785.00 | $471.00 |
| 12/2/2024 | CH | Attention to potential claims and necessary next steps | 2.10 | $785.00 | $1,648.50 |
| 12/2/2024 | CH | Update document request tracker. | 1.50 | $785.00 | $1,177.50 |
| 12/2/2024 | CH | Call with Willkie re: document requests (0.5); follow up call with JK re: same (1.1). | 1.60 | $785.00 | $1,256.00 |
| 12/2/2024 | CS | Internal strategy meeting re: document review, legal research, and next steps for investigation. | 0.60 | $1,075.00 | $645.00 |
| 12/3/2024 | JK | Meeting with DH and CH regarding outstanding research issues. | 1.20 | $1,340.00 | $1,608.00 |
| 12/3/2024 | CH | Discussion with D. Hoffman re: legal research (0.6) | 0.60 | $785.00 | $471.00 |
| 12/3/2024 | CS | Call with company personnel re: funds flow and related topics. | 0.90 | $1,075.00 | $967.50 |
| 12/3/2024 | JK | Call with company regarding flow of funds follow-up. | 0.90 | $1,340.00 | $1,206.00 |
| 12/3/2024 | CH | Call with JK and DH re legal research (1.2); | 1.20 | $785.00 | $942.00 |
| 12/3/2024 | CH | Call with FRG and JK/CS re: funds flows. | 0.90 | $785.00 | $706.50 |
| 12/3/2024 | CH | Draft chronology re debt facilities | 1.70 | $785.00 | $1,334.50 |
| 12/3/2024 | CS | Correspondence re: document search parameters. | 0.40 | $1,075.00 | $430.00 |
| 12/3/2024 | DH | Review background materials and research on fraudulent transfer. | 5.90 | $865.00 | $5,103.50 |
| 12/4/2024 | CH | Call with Wilkie and JK/CS (1.3) | 1.30 | $785.00 | $1,020.50 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/4/2024 | JK | Team meeting re follow-up items. | 0.80 | $1,340.00 | $1,072.00 |
| 12/4/2024 | CS | Call with company counsel. | 1.30 | $1,075.00 | $1,397.50 |
| 12/4/2024 | CS | Internal strategy call re: current investigative tasks. | 0.10 | $1,075.00 | $107.50 |
| 12/4/2024 | JK | Call with M. Spohn. | 0.30 | $1,340.00 | $402.00 |
| 12/4/2024 | DH | Research on fraudulent transfer. | 7.60 | $865.00 | $6,574.00 |
| 12/4/2024 | CH | Case management: (monitor docket for bankruptcy; (0.2) update document request tracker (0.5) | 0.70 | $785.00 | $549.50 |
| 12/4/2024 | CH | Call with Mike Spohn. | 0.40 | $785.00 | $314.00 |
| 12/4/2024 | CH | Comms with JK re: debt facility. | 0.10 | $785.00 | $78.50 |
| 12/4/2024 | CH | Call with JK re document requests | 0.30 | $785.00 | $235.50 |
| 12/4/2024 | JK | Call with R. Leaf and J. Daniels. | 1.30 | $1,340.00 | $1,742.00 |
| 12/4/2024 | CS | Correspondence with company IT personnel re: search parameters. | 0.30 | $1,075.00 | $322.50 |
| 12/5/2024 | CH | Meet with David re research | 0.50 | $785.00 | $392.50 |
| 12/5/2024 | CH | Draft document request. | 1.10 | $785.00 | $863.50 |
| 12/5/2024 | CS | Correspondence with vendor re: document processing matters. | 0.10 | $1,075.00 | $107.50 |
| 12/5/2024 | CH | Review call notes re: fund flows for take private | 1.00 | $785.00 | $785.00 |
| 12/5/2024 | DH | Research legal issues per JK. | 6.90 | $865.00 | $5,968.50 |
| 12/5/2024 | CH | Call with JK re document requests. | 0.50 | $785.00 | $392.50 |
| 12/6/2024 | CS | Correspondence with vendor re: data processing instructions. | 0.20 | $1,075.00 | $215.00 |
| 12/6/2024 | CS | Call with potential forensic expert. | 0.80 | $1,075.00 | $860.00 |
| 12/6/2024 | JK | Call with vendor. | 0.70 | $1,340.00 | $938.00 |
| 12/6/2024 | CH | Comms re: FRG document requests; prepare and finalize and send FRG document request | 2.30 | $785.00 | $1,805.50 |
| 12/6/2024 | JK | Email comms. with L. Hamermesh. | 0.40 | $1,340.00 | $536.00 |
| 12/6/2024 | CS | Confer internally re: potential expert and legal research matters. | 0.70 | $1,075.00 | $752.50 |
| 12/6/2024 | JK | Email comms with client re update. | 0.80 | $1,340.00 | $1,072.00 |
| 12/6/2024 | CH | Internal call re expert. | 0.70 | $785.00 | $549.50 |
| 12/6/2024 | JK | Reviewing select bankruptcy filings. | 1.20 | $1,340.00 | $1,608.00 |
| 12/6/2024 | DH | Research on legal issues per JK. | 7.30 | $865.00 | $6,314.50 |
| 12/6/2024 | JK | Reviewing select materials provided by client. | 1.50 | $1,340.00 | $2,010.00 |
| 12/6/2024 | JK | Attention to expert engagement. | 0.60 | $1,340.00 | $804.00 |
| 12/6/2024 | JK | PKB team meeting. | 0.50 | $1,340.00 | $670.00 |
| 12/7/2024 | JK | Reviewing select bankruptcy filings and case research. | 3.40 | $1,340.00 | $4,556.00 |
| 12/7/2024 | DH | Research on legal issues per JK. | 0.80 | $865.00 | $692.00 |
| 12/8/2024 | DH | Research on legal issues per JK. | 0.90 | $865.00 | $778.50 |
| 12/9/2024 | CH | Document review - review search terms; draft and review document requests to individuals | 1.30 | $785.00 | $1,020.50 |
| 12/9/2024 | JK | Internal strategy meeting regarding outstanding document requests, research issues and expert engagement. | 0.70 | $1,340.00 | $938.00 |

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/9/2024 | JK | Reviewing select document productions. | 0.80 | $1,340.00 | $1,072.00 |
| 12/9/2024 | JK | Meeting with expert candidate at PP. | 0.70 | $1,340.00 | $938.00 |
| 12/9/2024 | JK | Reviewing select bankruptcy filings. | 0.80 | $1,340.00 | $1,072.00 |
| 12/9/2024 | DH | Research on legal issues per JK. | 7.90 | $865.00 | $6,833.50 |
| 12/9/2024 | CH | Save documents and update document request tracker. | 0.20 | $785.00 | $157.00 |
| 12/9/2024 | CS | Internal strategy call re: legal research and document requests and review. | 0.70 | $1,075.00 | $752.50 |
| 12/9/2024 | CS | Review/revise draft search terms. | 0.50 | $1,075.00 | $537.50 |
| 12/9/2024 | CH | Internal FRG call. | 0.20 | $785.00 | $157.00 |
| 12/9/2024 | CS | Review/revise draft document request. | 0.10 | $1,075.00 | $107.50 |
| 12/9/2024 | CH | Comms with Young Conaway re: fee applications (0.7); review Bankruptcy docket (0.2) | 0.80 | $785.00 | $628.00 |
| 12/9/2024 | JK | Revising management/board personnel document requests. | 0.40 | $1,340.00 | $536.00 |
| 12/9/2024 | JK | Reviewing select case authority. | 0.60 | $1,340.00 | $804.00 |
| 12/10/2024 | JK | Reviewing documents provided by FRG. | 1.90 | $1,340.00 | $2,546.00 |
| 12/10/2024 | DH | Research on legal issues re JK. | 6.40 | $865.00 | $5,536.00 |
| 12/10/2024 | CS | Confer with C. Hume re: document requests, search terms, and draft transaction summaries. | 0.20 | $1,075.00 | $215.00 |
| 12/10/2024 | CH | Review and edit search terms. | 0.50 | $785.00 | $392.50 |
| 12/10/2024 | JK | Interview of Tanya Bodell at Stoneturn. | 1.20 | $1,340.00 | $1,608.00 |
| 12/10/2024 | CH | Comms with JK re: legal research. | 0.20 | $785.00 | $157.00 |
| 12/10/2024 | JK | Analyzing potential claims. | 2.10 | $1,340.00 | $2,814.00 |
| 12/10/2024 | CH | Update document request tracker and case management. | 0.60 | $785.00 | $471.00 |
| 12/10/2024 | CH | Draft B. Riley related party transactions chronology. | 3.10 | $785.00 | $2,433.50 |
| 12/10/2024 | GP | Call with JK | 0.30 | $1,385.00 | $415.50 |
| 12/11/2024 | CH | Draft B. Riley chronology. | 2.30 | $785.00 | $1,805.50 |
| 12/11/2024 | JK | Internal strategy meeting. | 0.70 | $1,340.00 | $938.00 |
| 12/11/2024 | DH | Research issues related to director duties per JK. | 5.90 | $865.00 | $5,103.50 |
| 12/11/2024 | CS | Review documents produced by company. | 0.40 | $1,075.00 | $430.00 |
| 12/11/2024 | CH | Discuss with DH take private (0.3) discuss with CS transaction narrative, search terms, and Board chart (0.2) | 0.50 | $785.00 | $392.50 |
| 12/11/2024 | CS | Internal strategy call re: legal research, expert retention, and additional relevant topics. | 0.70 | $1,075.00 | $752.50 |
| 12/11/2024 | CH | Internal FRG call. | 0.80 | $785.00 | $628.00 |
| 12/11/2024 | JK | Reviewing select bankruptcy filings. | 1.60 | $1,340.00 | $2,144.00 |
| 12/11/2024 | CS | Review Board materials. | 2.60 | $1,075.00 | $2,795.00 |
| 12/11/2024 | CH | Review proposed revisions and comments to retention application (0.5) | 0.50 | $785.00 | $392.50 |
| 12/12/2024 | CH | Discussion with DH re: fiduciary duty issues. | 0.30 | $785.00 | $235.50 |
| 12/12/2024 | CH | Review bankruptcy docket and circulate updates. | 0.20 | $785.00 | $157.00 |
| 12/12/2024 | DH | Research on legal issues per JK. | 6.00 | $865.00 | $5,190.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/2024 | CS | Comms. internally and with vendor re: document collection matters. | 0.50 | $1,075.00 | $537.50 |
| 12/12/2024 | CS | Call with A. Laurence re: identification and collection of materials responsive to document request. | 0.40 | $1,075.00 | $430.00 |
| 12/12/2024 | JK | Reviewing select documents. | 3.10 | $1,340.00 | $4,154.00 |
| 12/12/2024 | CH | Review material sent by T. Evans. | 0.30 | $785.00 | $235.50 |
| 12/12/2024 | JK | Call with Andy Laurence. | 0.30 | $1,340.00 | $402.00 |
| 12/12/2024 | CH | Draft B Riley chron. | 0.60 | $785.00 | $471.00 |
| 12/12/2024 | JK | Call with Todd Evans. | 0.40 | $1,340.00 | $536.00 |
| 12/12/2024 | CH | Circulate and review transcripts of second day bankruptcy hearing. | 0.20 | $785.00 | $157.00 |
| 12/12/2024 | CH | Call with T. Evans re: phone collection. | 0.50 | $785.00 | $392.50 |
| 12/13/2024 | CH | Call with potential expert. | 0.50 | $785.00 | $392.50 |
| 12/13/2024 | KP | Conferred with team re: potential expert. | 0.70 | $1,300.00 | $910.00 |
| 12/13/2024 | JK | Call with Young & Conway. | 0.50 | $1,340.00 | $670.00 |
| 12/13/2024 | KP | Participated in call with potential expert. | 0.40 | $1,300.00 | $520.00 |
| 12/13/2024 | GP | Confer with JK re investigation steps | 0.70 | $1,385.00 | $969.50 |
| 12/13/2024 | CH | Circulate and update Task list. | 0.50 | $785.00 | $392.50 |
| 12/13/2024 | KP | Participated in call with Josh Klein re background. | 0.50 | $1,300.00 | $650.00 |
| 12/13/2024 | JK | Internal strategy call with G. Petrillo. | 0.70 | $1,340.00 | $938.00 |
| 12/13/2024 | CH | Update B. Riley chronology. | 0.90 | $785.00 | $706.50 |
| 12/13/2024 | JK | Internal strategy meeting. | 0.50 | $1,340.00 | $670.00 |
| 12/13/2024 | CS | Draft narrative summaries of relevant transactions. | 0.80 | $1,075.00 | $860.00 |
| 12/13/2024 | CH | Review comms with Young Conaway re: supplemental declaration | 0.50 | $785.00 | $392.50 |
| 12/13/2024 | CH | Update document tracker and saved files. | 0.30 | $785.00 | $235.50 |
| 12/13/2024 | CS | Call with Paul Hastings. | 0.50 | $1,075.00 | $537.50 |
| 12/13/2024 | CS | Call with potential expert re: engagement. | 0.50 | $1,075.00 | $537.50 |
| 12/13/2024 | CH | Call with JK on next steps. | 0.20 | $785.00 | $157.00 |
| 12/13/2024 | JK | Call with Paul Hastings. | 0.50 | $1,340.00 | $670.00 |
| 12/13/2024 | DH | Research on conflicted transactions. | 4.90 | $865.00 | $4,238.50 |
| 12/13/2024 | CS | Confer with J. Klein re: expert retention and investigation planning matters. | 0.20 | $1,075.00 | $215.00 |
| 12/13/2024 | CH | Internal FRG call. | 0.50 | $785.00 | $392.50 |
| 12/13/2024 | CS | Internal strategy call re: expert retention, U.S. Trustee inquiry, and other relevant topics. | 0.50 | $1,075.00 | $537.50 |
| 12/13/2024 | CH | Coordinate with FRG on document requests outstanding. | 0.20 | $785.00 | $157.00 |
| 12/13/2024 | JK | Call with J. Foster at Compass Lexecon. | 0.50 | $1,340.00 | $670.00 |
| 12/13/2024 | JK | Internal strategy call. | 0.80 | $1,340.00 | $1,072.00 |
| 12/13/2024 | CH | Call with Young Conaway and JK re: supplemental declaration. | 0.50 | $785.00 | $392.50 |
| 12/14/2024 | CS | Internal comms. re: document collection matters. | 0.10 | $1,075.00 | $107.50 |
| 12/14/2024 | JK | Reviewing outstanding document requests and select productions. | 2.10 | $1,340.00 | $2,814.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/14/2024 | JK | Reviewing Laurence, Grubb deposition transcripts. Reviewing hearing transcripts. | 3.10 | $1,340.00 | $4,154.00 |
| 12/15/2024 | JK | Reviewing outstanding document requests. | 0.80 | $1,340.00 | $1,072.00 |
| 12/15/2024 | JK | Internal communications re strategy. | 0.80 | $1,340.00 | $1,072.00 |
| 12/15/2024 | JK | Email communications re: possible expert retention. | 0.60 | $1,340.00 | $804.00 |
| 12/15/2024 | KP | Reviewed background documents re relevant transactions. | 2.50 | $1,300.00 | $3,250.00 |
| 12/15/2024 | CH | Arrange for upload of 220 productions to vendor database. | 0.80 | $785.00 | $628.00 |
| 12/15/2024 | JK | Reviewing Grubb deposition transcript. | 1.90 | $1,340.00 | $2,546.00 |
| 12/15/2024 | CH | Review document requests and update in advance of call with TM and JK. | 0.60 | $785.00 | $471.00 |
| 12/15/2024 | JK | Reviewing transcript of 12/10-12/11 hearing. | 2.20 | $1,340.00 | $2,948.00 |
| 12/15/2024 | JK | Reviewing productions from TE and ES. | 3.30 | $1,340.00 | $4,422.00 |
| 12/15/2024 | CH | Coordinate with Willkie for Bankruptcy filings. | 0.40 | $785.00 | $314.00 |
| 12/16/2024 | CH | Call with Brady Sullivan re: document requests and sharing documents with Holdco. | 0.50 | $785.00 | $392.50 |
| 12/16/2024 | JK | Annotating E. Seeton production in preparation for interview. | 1.60 | $1,340.00 | $2,144.00 |
| 12/16/2024 | JK | Review of revised disclosure related to retention application and email comms. with Y&C and CH re same. | 0.50 | $1,340.00 | $670.00 |
| 12/16/2024 | CS | Call with potential expert. | 0.60 | $1,075.00 | $645.00 |
| 12/16/2024 | CH | Draft B. Riley chron. | 1.10 | $785.00 | $863.50 |
| 12/16/2024 | JK | Reviewing select portions of take private proxy. | 0.70 | $1,340.00 | $938.00 |
| 12/16/2024 | CH | Arrange upload of 220 productions to vendor. | 0.70 | $785.00 | $549.50 |
| 12/16/2024 | JK | Call with potential expert. | 0.60 | $1,340.00 | $804.00 |
| 12/16/2024 | CH | Review Bankruptcy motions and relevant filings. | 0.90 | $785.00 | $706.50 |
| 12/16/2024 | JK | Call with TMM regarding status of document production. | 0.70 | $1,340.00 | $938.00 |
| 12/16/2024 | CH | Attention to document collection efforts. | 0.50 | $785.00 | $392.50 |
| 12/16/2024 | CH | Update and circulate task list. | 0.40 | $785.00 | $314.00 |
| 12/16/2024 | CH | Check Bankruptcy docket and upload S/ drive. | 0.40 | $785.00 | $314.00 |
| 12/16/2024 | CH | Arrange and coordinate collection for Andy Laurence. | 1.30 | $785.00 | $1,020.50 |
| 12/16/2024 | JK | Call with CH regarding document productions and task list. | 0.50 | $1,340.00 | $670.00 |
| 12/16/2024 | DH | Research on legal issues per JK. | 4.10 | $865.00 | $3,546.50 |
| 12/16/2024 | KP | Reviewed transaction documents. | 0.20 | $1,300.00 | $260.00 |
| 12/16/2024 | KP | Participated in call with potential expert (0.6). Conferred with Josh Klein re same (0.5). | 1.10 | $1,300.00 | $1,430.00 |
| 12/16/2024 | CH | Call with JK and Tiffany re: document requests. | 0.30 | $785.00 | $235.50 |
| 12/16/2024 | CH | Review retention app supplemental declaration edits and coordinate with C. Meyer. | 0.90 | $785.00 | $706.50 |
| 12/17/2024 | JK | Internal strategy meeting. | 1.40 | $1,340.00 | $1,876.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/17/2024 | DH | Research on legal issues per JK. | 6.60 | $865.00 | $5,709.00 |
| 12/17/2024 | CS | Draft narrative summaries of relevant transactions. | 0.70 | $1,075.00 | $752.50 |
| 12/17/2024 | CS | Internal meeting re: requests for expert, review of materials produced by company and other relevant topics. | 1.40 | $1,075.00 | $1,505.00 |
| 12/17/2024 | CH | Coordinate uploads with vendor and FRG. | 0.90 | $785.00 | $706.50 |
| 12/17/2024 | CH | Internal FRG meeting with KS, JK, CS and DH re: next steps | 1.40 | $785.00 | $1,099.00 |
| 12/17/2024 | JK | Call with potential expert. | 0.20 | $1,340.00 | $268.00 |
| 12/17/2024 | CH | Finish B Riley chrons; call with Pat Brown, JK, and KP. | 0.30 | $785.00 | $235.50 |
| 12/17/2024 | JK | Call with B. Sullivan re Holdco director investigation and related document productions. | 0.50 | $1,340.00 | $670.00 |
| 12/17/2024 | JK | Reviewing B. Riley memo. | 0.80 | $1,340.00 | $1,072.00 |
| 12/17/2024 | GP | Confer with JK re doc sharing in re additional indpt inquiry | 0.20 | $1,385.00 | $277.00 |
| 12/17/2024 | JK | Call with Willkie re expert retention. | 0.30 | $1,340.00 | $402.00 |
| 12/17/2024 | CH | Review documents re: B. Riley transactions and leasebacks. | 0.90 | $785.00 | $706.50 |
| 12/17/2024 | KP | Participated in call with potential expert. | 0.20 | $1,300.00 | $260.00 |
| 12/17/2024 | CH | Call with Brady Sullivan and JK re: document requests. | 0.60 | $785.00 | $471.00 |
| 12/17/2024 | JK | Call with P. Brown re outstanding document requests to BR/BRF. | 0.40 | $1,340.00 | $536.00 |
| 12/17/2024 | KP | Participated in team meeting. | 2.10 | $1,300.00 | $2,730.00 |
| 12/17/2024 | JK | Internal strategy meetings with KP. | 2.10 | $1,340.00 | $2,814.00 |
| 12/17/2024 | CH | Update document tracker with productions/internal files. | 0.50 | $785.00 | $392.50 |
| 12/17/2024 | KP | Reviewing documents re: underlying transactions. | 2.50 | $1,300.00 | $3,250.00 |
| 12/18/2024 | CH | Internal call re: S&C email, expert, and document requests. | 0.90 | $785.00 | $706.50 |
| 12/18/2024 | CS | Correspondence with vendor re: data processing. | 0.20 | $1,075.00 | $215.00 |
| 12/18/2024 | CH | Communications with CDS re: productions uploads. | 0.30 | $785.00 | $235.50 |
| 12/18/2024 | CH | Internal call re: retaining forensic expert | 1.00 | $785.00 | $785.00 |
| 12/18/2024 | CH | Call with Sullivan and Cromwell re: B. Riley documents | 0.50 | $785.00 | $392.50 |
| 12/18/2024 | CH | Review leaseback documents and Receivables transaction. | 0.50 | $785.00 | $392.50 |
| 12/18/2024 | CH | Email comms with internal team and B. Sullivan re: sharing documents with Holdco. | 0.50 | $785.00 | $392.50 |
| 12/18/2024 | CH | Call with Willkie regarding document collection issues. | 0.70 | $785.00 | $549.50 |
| 12/18/2024 | JK | Internal strategy meeting. | 1.20 | $1,340.00 | $1,608.00 |
| 12/18/2024 | JK | Multiple conferences with KP regarding expert retention matters and work plan. | 1.90 | $1,340.00 | $2,546.00 |
| 12/18/2024 | CS | Internal meeting re: expert retention and related topics. | 0.60 | $1,075.00 | $645.00 |

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/18/2024 | KP | Participated in calls with potential financial experts. | 0.50 | $1,300.00 | $650.00 |
| 12/18/2024 | CS | Internal strategy meeting re: B. Riley document requests and related topics. | 0.70 | $1,075.00 | $752.50 |
| 12/18/2024 | KP | Participated in call with S&C. | 0.60 | $1,300.00 | $780.00 |
| 12/18/2024 | CH | Update document tracker and system with updated productions. | 0.30 | $785.00 | $235.50 |
| 12/18/2024 | KP | Reviewed transaction documents. | 3.50 | $1,300.00 | $4,550.00 |
| 12/18/2024 | CH | Discussion with C. Stephens re: next steps. | 0.20 | $785.00 | $157.00 |
| 12/18/2024 | JK | Call with S&C regarding B. Riley document request. | 0.60 | $1,340.00 | $804.00 |
| 12/18/2024 | KP | Conferred with team re document requests, etc. | 0.80 | $1,300.00 | $1,040.00 |
| 12/18/2024 | KP | Participated in team call. | 1.00 | $1,300.00 | $1,300.00 |
| 12/18/2024 | JK | Internal meeting regarding work plan for addressing B. Riley document and informational request and necessary follow-up. | 0.80 | $1,340.00 | $1,072.00 |
| 12/18/2024 | CH | Draft short overview of Badcock receivables. | 1.10 | $785.00 | $863.50 |
| 12/18/2024 | CS | Review filings to identify information for incorporation into document requests. | 0.50 | $1,075.00 | $537.50 |
| 12/18/2024 | CS | Draft notes of relevant transactions. | 0.80 | $1,075.00 | $860.00 |
| 12/18/2024 | JK | Call with Y&C. | 0.30 | $1,340.00 | $402.00 |
| 12/18/2024 | JK | Reviewing documents. | 1.70 | $1,340.00 | $2,278.00 |
| 12/18/2024 | JK | Calls with Willkie. | 0.60 | $1,340.00 | $804.00 |
| 12/19/2024 | KP | Attended to identifying financial expert: exchanged emails with potential experts. | 0.20 | $1,300.00 | $260.00 |
| 12/19/2024 | JK | Virtual meeting with potential experts. | 1.20 | $1,340.00 | $1,608.00 |
| 12/19/2024 | CH | Review and update productions upload and document tracker. | 0.20 | $785.00 | $157.00 |
| 12/19/2024 | CH | Draft officer and director document requests. | 1.10 | $785.00 | $863.50 |
| 12/19/2024 | CS | Draft B. Riley document request. | 1.40 | $1,075.00 | $1,505.00 |
| 12/19/2024 | CS | Call with potential forensic expert re: engagement. | 0.80 | $1,075.00 | $860.00 |
| 12/19/2024 | CS | Call with potential forensic expert re: engagement. | 0.70 | $1,075.00 | $752.50 |
| 12/19/2024 | KP | Participated in teleconference with potential expert firm and conferred re same. | 1.00 | $1,300.00 | $1,300.00 |
| 12/19/2024 | JK | Multiple conferences with KP regarding expert retention and task list for the week. | 1.30 | $1,340.00 | $1,742.00 |
| 12/19/2024 | JK | Reviewing memo related to Badcock a/r. | 0.60 | $1,340.00 | $804.00 |
| 12/19/2024 | KP | Reviewed CV of potential lead. | 0.10 | $1,300.00 | $130.00 |
| 12/19/2024 | CH | Call with potential expert, JK, KP, CS | 0.70 | $785.00 | $549.50 |
| 12/19/2024 | KP | Participated in teleconference with second potential firm and conferred re same. | 1.50 | $1,300.00 | $1,950.00 |
| 12/19/2024 | CH | Review S&C email re: B. Riley w/ CS | 0.60 | $785.00 | $471.00 |
| 12/19/2024 | JK | Virtual meeting with potential expert. | 0.80 | $1,340.00 | $1,072.00 |
| 12/19/2024 | CS | Confer internally re: draft document requests. | 0.20 | $1,075.00 | $215.00 |
| 12/19/2024 | CH | Upload documents to Willkie site for Holdco. | 0.40 | $785.00 | $314.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/2024 | KP | Attended to identifying financial expert: participated in teleconference with potential expert (1.0); exchanged emails with potential experts (.2); reviewed engagement letter and provided comments re same.(0.9) | 2.10 | $1,300.00 | $2,730.00 |
| 12/20/2024 | CH | Discuss with YC monthly fee applications (0.3); review rules and templates (0.3); draft email to team re: same (0.2) | 0.80 | $785.00 | $628.00 |
| 12/20/2024 | CH | Internal FRG call | 0.60 | $785.00 | $471.00 |
| 12/20/2024 | CS | Internal strategy meeting re: document requests, document review, expert engagement, and additional relevant topics. | 0.50 | $1,075.00 | $537.50 |
| 12/20/2024 | KP | Participated in communications with third parties re document requests: participated in call with BRF's counsel(.5); drafted and sent follow up email re same (.5); reviewed emails to directors re document requests (.4). | 1.40 | $1,300.00 | $1,820.00 |
| 12/20/2024 | KP | Participated in team call. | 0.70 | $1,300.00 | $910.00 |
| 12/20/2024 | JK | Internal strategy meeting. | 0.70 | $1,340.00 | $938.00 |
| 12/20/2024 | JK | Email communications with prior board and officers in connection with service of document requests. (.8) Revising document requests. (.8) Email communications with TMM and AK re same (.1). | 1.70 | $1,340.00 | $2,278.00 |
| 12/20/2024 | JK | Call with potential expert | 1.10 | $1,340.00 | $1,474.00 |
| 12/20/2024 | CH | Case-management (update request trackers and email request records (0.4); revise and circulate task list (0.3); check docket and circulate update (0.3); save relevant files to system(0.2) | 1.20 | $785.00 | $942.00 |
| 12/21/2024 | KP | Participated in teleconference with Brian Kahn's counsel. | 0.20 | $1,300.00 | $260.00 |
| 12/21/2024 | KB | Create data room index. | 7.30 | $335.00 | $2,445.50 |
| 12/21/2024 | PS | Index Project per C Hume | 5.00 | $335.00 | $1,675.00 |
| 12/21/2024 | KP | Attended to identification and retention of financial expert: participated in call with expert and conferred re same (2.3); drafted and sent email to potential expert (.2). | 2.50 | $1,300.00 | $3,250.00 |
| 12/21/2024 | JK | Internal email communications regarding collection and prioritization of expert materials. | 0.20 | $1,340.00 | $268.00 |
| 12/21/2024 | CH | Collect documents for potential expert (1.0); communicate with potential expert re: document sharing (0.5) | 1.50 | $785.00 | $1,177.50 |
| 12/21/2024 | CH | Attended portion of strategy call with potential expert. | 1.80 | $785.00 | $1,413.00 |
| 12/21/2024 | JK | Strategy call with potential expert. | 2.20 | $1,340.00 | $2,948.00 |
| 12/21/2024 | JK | Reviewing email correspondence from former officers/directors related to document requests. | 0.20 | $1,340.00 | $268.00 |
| 12/21/2024 | JK | Call with S. McBride re request for information from BK. | 0.20 | $1,340.00 | $268.00 |
| 12/22/2024 | PS | Create data room index. | 11.00 | $335.00 | $3,685.00 |
| 12/22/2024 | JK | Email comms with potential expert and team. | 0.10 | $1,340.00 | $134.00 |

| | | | | |
|---|---|---|---|---|
| 12/22/2024 JK | Revising potential expert engagement agreement. | 0.60 | $1,340.00 | $804.00 |
| 12/22/2024 CH | Organize documents for ~~experts~~ and transmit documents | 0.90 | $785.00 | $706.50 |
| 12/22/2024 KP | Began working on outline of topics for interviews. | 0.50 | $1,300.00 | $650.00 |
| 12/22/2024 JK | Strategy call with KP regarding intercompany and related matters. | 0.80 | $1,340.00 | $1,072.00 |
| 12/22/2024 KB | Create data room index. | 9.20 | $335.00 | $3,082.00 |
| 12/22/2024 KP | Reviewed documents re take private transaction and Badcock sale. | 2.20 | $1,300.00 | $2,860.00 |
| 12/22/2024 JK | Email comms with former directors in connection with counsel's request for documents. | 0.40 | $1,340.00 | $536.00 |
| 12/22/2024 JK | Conferring with KP re expert matters. | 0.50 | $1,340.00 | $670.00 |
| 12/22/2024 JK | Reviewing CS receivables chron. | 0.50 | $1,340.00 | $670.00 |
| 12/22/2024 KP | Conferred with Mr. Klein re topics for interviews. | 0.80 | $1,300.00 | $1,040.00 |
| 12/22/2024 CS | Review B. Kahn correspondence with holdco lenders. | 0.60 | $1,075.00 | $645.00 |
| 12/23/2024 KP | Revised and circulated issues for interviews outline. | 0.90 | $1,300.00 | $1,170.00 |
| 12/23/2024 PS | Create data room index. | 1.00 | $335.00 | $335.00 |
| 12/23/2024 JK | Call with S. Harvey re document production. | 0.40 | $1,340.00 | $536.00 |
| 12/23/2024 CS | Review B. Kahn correspondence with holdco lenders. | 1.70 | $1,075.00 | $1,827.50 |
| 12/23/2024 JK | Call with T. Herskovits re document production. | 0.50 | $1,340.00 | $670.00 |
| 12/23/2024 CH | Call with Pat Cozza re document requests | 0.30 | $785.00 | $235.50 |
| 12/23/2024 CH | Call with S. Harvey re: document requests | 0.40 | $785.00 | $314.00 |
| 12/23/2024 CH | Case file management (task list (0.3); upload files from company (0.1); update document request tracker (0.1). | 0.50 | $785.00 | $392.50 |
| 12/23/2024 CS | PKB/expert call re: workplan. | 0.80 | $1,075.00 | $860.00 |
| 12/23/2024 CH | Call with Tom Herskovits re: document requests | 0.50 | $785.00 | $392.50 |
| 12/23/2024 CH | Coordinate and organize document productions (from CDS, individual directors and officers, and FRG) | 0.60 | $785.00 | $471.00 |
| 12/23/2024 JK | Strategy meeting with potential expert. | 0.80 | $1,340.00 | $1,072.00 |
| 12/23/2024 JK | Internal strategy meeting. | 0.50 | $1,340.00 | $670.00 |
| 12/23/2024 CS | Internal strategy call re: document review, expert analyses, and additional relevant topics. | 0.80 | $1,075.00 | $860.00 |
| 12/23/2024 CH | Call with B. Sullivan re: A. Laurence phone image | 0.20 | $785.00 | $157.00 |
| 12/23/2024 KB | Index with hyperlinks | 2.20 | $335.00 | $737.00 |
| 12/23/2024 CH | Call with financial expert + PKB teams for next steps | 0.80 | $785.00 | $628.00 |
| 12/23/2024 CH | Edit FRG invoice re: fee application (1.4); comms with JK re: same (0.1) | 1.50 | $785.00 | $1,177.50 |
| 12/23/2024 JK | Call with P. Cozza re document production. | 0.40 | $1,340.00 | $536.00 |
| 12/23/2024 CH | FRG internal call re: document requests (0.7); review email communications regarding next steps on document requests to former directors (0.4) | 1.10 | $785.00 | $863.50 |
| 12/23/2024 DH | Review bankruptcy court filings. | 1.30 | $865.00 | $1,124.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/23/2024 | KP | Participated in call with financial expert (0.8); conferred with Mr. Klein re same (0.1). | 0.90 | $1,300.00 | $1,170.00 |
| 12/23/2024 | KP | Participated in team call. | 0.50 | $1,300.00 | $650.00 |
| 12/23/2024 | CH | Respond to directors re: scheduling follow up for document request collection | 0.40 | $785.00 | $314.00 |
| 12/24/2024 | DH | Review bankruptcy court filings and research on legal issue DE. | 1.30 | $865.00 | $1,124.50 |
| 12/24/2024 | JK | Call with B. Minner re document production. | 0.40 | $1,340.00 | $536.00 |
| 12/24/2024 | CH | Call with financial expert re: financial projections | 0.10 | $785.00 | $78.50 |
| 12/24/2024 | CH | Coordinate transfer of materials to financial expert. | 1.20 | $785.00 | $942.00 |
| 12/26/2024 | JK | Reviewing memo. | 0.80 | $1,340.00 | $1,072.00 |
| 12/26/2024 | CH | Call with Brady Sullivan re document requests (0.3); follow up with directors/officers re document requests (0.3) | 0.60 | $785.00 | $471.00 |
| 12/26/2024 | KB | Locating and uploading SEC filings | 5.30 | $335.00 | $1,775.50 |
| 12/26/2024 | JK | Call with CH regarding productions to Holdco director. (.3). Analysis and internal email comms regarding production to Holdco director and potential privilege issue (.3). | 0.60 | $1,340.00 | $804.00 |
| 12/26/2024 | CH | Call with Todd Evans re: document requests (0.3); coordinate document requests from potential expert (0.2) | 0.50 | $785.00 | $392.50 |
| 12/26/2024 | DH | Research legal issues re: J. Klein. | 2.10 | $865.00 | $1,816.50 |
| 12/26/2024 | JK | Revising task list. | 0.70 | $1,340.00 | $938.00 |
| 12/26/2024 | JK | Revising financial expert engagement letter. | 0.20 | $1,340.00 | $268.00 |
| 12/26/2024 | JK | Reviewing BRF 13D filings. | 0.70 | $1,340.00 | $938.00 |
| 12/26/2024 | CH | Coordinate with paralegals to pull SEC filings | 1.00 | $785.00 | $785.00 |
| 12/26/2024 | PS | EDGAR Doc Pull Project per C Hume | 5.00 | $335.00 | $1,675.00 |
| 12/26/2024 | CH | Call with JK re: Andy L phone (0.2); email comms with CDS re: Andy L phone and Willkie productions (0.3); Call with CDS re: Andy L phone (0.2) | 0.70 | $785.00 | $549.50 |
| 12/26/2024 | CH | Coordinate with CDS re: Andy L. phone collection and comms with JK re: same | 0.60 | $785.00 | $471.00 |
| 12/27/2024 | CH | Review and track document requests. | 0.30 | $785.00 | $235.50 |
| 12/27/2024 | CH | Attention to Document requests tracker. | 0.20 | $785.00 | $157.00 |
| 12/27/2024 | KB | Locating and uploading SEC filings | 4.40 | $335.00 | $1,474.00 |
| 12/27/2024 | JK | Reviewing/drafting email comms. | 0.80 | $1,340.00 | $1,072.00 |
| 12/27/2024 | CH | Call with financial expert and PKB team re: outstanding document requests | 0.80 | $785.00 | $628.00 |
| 12/27/2024 | JK | Virtual meeting with financial expert team. | 1.00 | $1,340.00 | $1,340.00 |
| 12/27/2024 | DH | Research on conflicted transactions under DE. | 3.30 | $865.00 | $2,854.50 |
| 12/27/2024 | CH | Follow up on financial expert document requests. | 0.30 | $785.00 | $235.50 |
| 12/27/2024 | JK | Reviewing select interview notes and key transaction documents. | 3.60 | $1,340.00 | $4,824.00 |
| 12/27/2024 | KP | Participated in call with financial expert (1.0); conferred with Mr. Klein re same (0.1). | 1.10 | $1,300.00 | $1,430.00 |

| | | | | |
|---|---|---|---|---|
| 12/27/2024 CH | Call with Nanhi singh re: document requests (0.3); arrange records of document request responses from former Ds and Os (0.3) | 0.60 | $785.00 | $471.00 |
| 12/27/2024 CH | Call with JK and Brady Sullivan re: document requests (0.2); call with JK and A. Laurence re: document requests (0.2) | 0.40 | $785.00 | $314.00 |
| 12/27/2024 CH | Email comms with PKB team re SEC filing. | 0.20 | $785.00 | $157.00 |
| 12/27/2024 PS | EDGAR SEC Doc Pull Project per C. Hume | 2.00 | $335.00 | $670.00 |
| 12/27/2024 JK | Attention to document review plan. | 1.30 | $1,340.00 | $1,742.00 |
| 12/28/2024 CH | Email comms with CDS re: upload of Andy Laurence phone image for Willkie (0.2) | 0.20 | $785.00 | $157.00 |
| 12/28/2024 CS | Internal strategy call re: document review and interviews. | 1.00 | $1,075.00 | $1,075.00 |
| 12/28/2024 JK | Reviewing select documents provided by company and updating follow-up tasks. | 3.70 | $1,340.00 | $4,958.00 |
| 12/28/2024 CS | Review 220 production. | 1.30 | $1,075.00 | $1,397.50 |
| 12/28/2024 CH | Collect documents from financial expert (0.5); summarizing document upload for financial expert | 0.90 | $785.00 | $706.50 |
| 12/28/2024 CH | Organize case materials / update document request trackers and recordkeeping | 0.30 | $785.00 | $235.50 |
| 12/28/2024 KP | Participated in team call. | 1.00 | $1,300.00 | $1,300.00 |
| 12/28/2024 JK | Attention to document review plan. | 0.80 | $1,340.00 | $1,072.00 |
| 12/28/2024 JK | Internal strategy meeting (virtual). | 1.00 | $1,340.00 | $1,340.00 |
| 12/28/2024 CH | Internal update call FRG (JK, KP, CS) | 1.00 | $785.00 | $785.00 |
| 12/28/2024 KP | Reviewed emails re documents to financial expert. | 0.40 | $1,300.00 | $520.00 |
| 12/29/2024 JK | Reviewing key documents and witness interview notes and outlining follow-up questions. | 3.40 | $1,340.00 | $4,556.00 |
| 12/29/2024 DH | Research on conflicted transaction under DE. | 0.40 | $865.00 | $346.00 |
| 12/30/2024 JK | Call with financial expert GC related to retention. | 0.50 | $1,340.00 | $670.00 |
| 12/30/2024 JK | Updating task list. | 0.70 | $1,340.00 | $938.00 |
| 12/30/2024 JK | Calls with TMM, G. Deetz, K. Puvalowski regarding expert valuation analysis and additional financial data necessary to complete work. | 0.60 | $1,340.00 | $804.00 |
| 12/30/2024 CS | Draft and run test searches to identify search parameters for targeted document reviews. | 0.10 | $1,075.00 | $107.50 |
| 12/30/2024 KP | Participated in teleconference with expert. | 0.30 | $1,300.00 | $390.00 |
| 12/30/2024 CS | Review correspondence with Irradiant and/or PIMCO re: take-private. | 0.60 | $1,075.00 | $645.00 |
| 12/30/2024 CS | Draft summary of document collections to date. | 0.70 | $1,075.00 | $752.50 |
| 12/30/2024 JK | Reviewing notes and summarizing core transactional information. | 5.60 | $1,340.00 | $7,504.00 |
| 12/31/2024 KP | Reviewed documents re take private transaction. | 1.20 | $1,300.00 | $1,560.00 |
| 12/31/2024 DH | Research on conflicted reactions under DE law. | 0.60 | $865.00 | $519.00 |
| 12/31/2024 KP | Participated in team call. | 0.80 | $1,300.00 | $1,040.00 |
| 12/31/2024 CH | Internal call with CS and KP. | 0.30 | $785.00 | $235.50 |
| 12/31/2024 CH | Email comms with CS re: search terms. | 0.20 | $785.00 | $157.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/31/2024 | CS | Internal strategy call re: document collections, draft report, and additional relevant matters. | 0.60 | $1,075.00 | $645.00 |
| 12/31/2024 | JK | Internal strategy meeting. | 0.70 | $1,340.00 | $938.00 |
| 12/31/2024 | JK | Call with A. Gold (Avril's counsel). | 0.40 | $1,340.00 | $536.00 |
| 12/31/2024 | JK | Coordinating upcoming virtual meetings. | 0.40 | $1,340.00 | $536.00 |
| 12/31/2024 | CH | Draft search terms for FRG | 1.30 | $785.00 | $1,020.50 |
| 12/31/2024 | CS | Draft and run test searches to identify search parameters for targeted document reviews. | 3.20 | $1,075.00 | $3,440.00 |
| 12/31/2024 | CH | Upload materials for experts and relevant email comms; recordkeeping of document requests | 0.60 | $785.00 | $471.00 |

**Fees Subtotal**                                                                401.60                    **$388,407.50**

**Staff Summary**

| **Name** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Cara Hume | Associate | 86.90 | $785.00 | $68,216.50 |
| Caelyn Stephens | Partner | 35.20 | $1,075.00 | $37,840.00 |
| David Hoffman | Associate | 80.20 | $865.00 | $69,373.00 |
| Guy Petrillo | Sr. Partner | 1.20 | $1,385.00 | $1,662.00 |
| Joshua Klein | Sr. Partner | 108.80 | $1,340.00 | $145,792.00 |
| Katarina Beardsley | Paralegal | 28.40 | $335.00 | $9,514.00 |
| Kevin Puvalowski | Partner | 36.90 | $1,300.00 | $47,970.00 |
| Peyton Sobel | Paralegal | 24.00 | $335.00 | $8,040.00 |

**Total $388,407.50**
**Previous Balance $239,872.00**
**Balance Due      $628,279.50**

**We appreciate your prompt payment.**

**Tiffany McMillan-McWaters**
Todd Arden - Director
John Hartmann - Director
Chris P. Meyer - Director
Franchise Group, Inc.

**Issue Date :** 1/7/2025
**Bill # :** 01458

655 Third Avenue, 22nd Fl.

New York, NY 10017

# REMITTANCE COPY

**RE :** Supplemental Investigation

| | |
|---|---|
| **Fees:** | **$388,407.50** |
| **Total for this Bill :** | **$388,407.50** |
| **Total Amount Due:** | $628,279.50 |