**EXHIBIT B**

**COMPENSATION BY INDIVIDUAL**
**NOVEMBER 3, 2024 THROUGH NOVEMBER 30, 2024**

| Name | Position, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Guy Petrillo | Partner since 2010.  Co-founded firm in 2010. | $1,385.00 | 0.70 | $969.50 |
| Joshua Klein | Partner since 2010.  Co-founded firm in 2010. | $1,340.00 | 120.20 | $161,068.00 |
| Caelyn Stephens | Partner since 2024. Joined firm as associate in 2020. | $1,075.00 | 15.30 | $16,447.50 |
| Cara Hume | Joined firm as associate in 2024. | $785.00 | 78.2 | $61,387.00 |
| **Total:** | | | | **$239,872.00[1]** |

**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 3, 2024 THROUGH NOVEMBER 30, 2024**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 183.8 | $209,855.00 |
| Fee/Employment Applications | 30.6 | $30,017.50 |
| **Total:** | | **$239,872.00** |

---

[1]    In accordance with the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Estate Professionals*, [Docket No. 353], upon Court approval, PKB will apply the balance of the advanced payment retainer that PKB received on October 22, 2024, in the amount of $7,260.00, bringing the total fees accrued and unpaid to $232,612.

**COMPENSATION BY INDIVIDUAL**
**DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Name | Position, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Guy Petrillo | Partner since 2010. Co-founded firm in 2010. | $1,385.00 | 1.20 | $1,662.00 |
| Joshua Klein | Partner since 2010. Co-founded firm in 2010. | $1,340.00 | 108.80 | $145,792.00 |
| Kevin Puvalowski | Joined firm as partner in 2024. | $1,300.00 | 36.90 | $47,970.00 |
| Caelyn Stephens | Partner since 2024. Joined firm as associate in 2020. | $1,075.00 | 35.20 | $37,840.00 |
| David Hoffman | Joined firm as associate in 2023. | $865.00 | 80.20 | $69,373.00 |
| Cara Hume | Joined firm as associate in 2024. | $785.00 | 86.90 | $68,216.50 |
| Katarina Beardsley | Joined firm as paralegal in 2024. | $335.00 | 28.40 | $9,514.00 |
| Peyton Sobel | Joined firm as paralegal in 2024. | $335.00 | 24.00 | $8,040.00 |
| **Total:** | | | | **$388,407.50** |

3

**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 397.10 | $384,875.00 |
| Fee/Employment Applications | 4.5 | $3,532.50 |
| **Total:** | | **$388,407.50** |