### EXHIBIT C

**EXPENSE SUMMARY**
**NOVEMBER 3, 2024 THROUGH NOVEMBER 30, 2024**

| Expenses Category | Total Expenses |
|---|---:|
| **TOTAL DISBURSEMENTS** | **$0.00** |

**EXPENSE SUMMARY**
**DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| Expenses Category | Total Expenses |
|---|---:|
| Expert Services (Invoice Attached) | $162,386.50 |
| **TOTAL DISBURSEMENTS** | **$162,386.50** |



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 01/17/2025 | CI-133442 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 02/16/2025 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Bill To: |
|---|
| Kevin Puvalowski<br>Petrillo Klein & Boxer LLP<br>655 Third Avenue<br>22nd Floor<br>New York, NY 10017<br>United States of America |

| Project Information: | |
|---|---|
| Project Name: | P-015408 In Re Franchise Group, Inc. |
| Project Number: | P-015408 |
| PO Number: | |

Professional Services rendered, see attached.

| | | |
|---|---:|---:|
| **Net Amount:** | | 162,386.50 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 162,386.50 |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

| Remittance Information: |
|---|
| **Electronic Payment Info** |
| <u>Wire Instructions</u>      <u>ACH Instructions</u> |
| |
| *Please include the invoice number and/or Ankura project number to your remittance to ensure prompt application of funds.* |

|  |  |
|---|---|
| Project #: | P-015408 |
| Invoice Date: | 1/17/2025 |
| Invoice Number: | CI-133442 |
| Professional Services Through: | 12/31/2024 |
| Currency: | USD |

*Invoice Summary*

| | |
|---|---:|
| **Professional Services** | 162,386.50 |
| **Net Current Invoice Total** | **162,386.50** |

|  |  | **Project #:** | P-015408 |
|---|---|---|---|
|  |  | **Invoice Date:** | 1/17/2025 |
|  |  | **Invoice Number:** | CI-133442 |
|  |  | **Professional Services Through:** | 12/31/2024 |
|  |  | **Currency:** | USD |

**Professional Services - Summary By Person**

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Gene Deetz | Senior Managing Director | 975.00 | 19.7 | 19,207.50 |
| Mike St. Martin | Senior Managing Director | 875.00 | 46.5 | 40,687.50 |
| Mike Pesce | Managing Director | 775.00 | 47.8 | 37,045.00 |
| Rob Nowlin | Managing Director | 775.00 | 17.5 | 13,562.50 |
| Jack Kelly | Director | 595.00 | 23.7 | 14,101.50 |
| Liz Mullen | Director | 595.00 | 63.5 | 37,782.50 |
| **Total** |  |  | **218.7** | **162,386.50** |

|  |  | Project #: | P-015408 |
|---|---|---|---|
|  |  | Invoice Date: | 1/17/2025 |
|  |  | Invoice Number: | CI-Draft |
|  |  | Professional Services Through: | 12/31/2024 |
|  |  | Currency: | USD |

*Time Detail by Person*

| Name | Date | Time Narrative | Hours | Amount |
|---|---|---|---:|---:|
| Gene Deetz | 12/21/2024 | Review background documents re FRG history. | 1.6 | 1,560.00 |
|  | 12/21/2024 | Review of FRG financial statements | 2.8 | 2,730.00 |
|  | 12/21/2024 | Summary of initial transactions for analysis | 1.3 | 1,267.50 |
|  | 12/23/2024 | Review document in data room. | 2.6 | 2,535.00 |
|  | 12/23/2024 | Work on transaction summary. | 4.6 | 4,485.00 |
|  | 12/23/2024 | Call with Counsel | 0.8 | 780.00 |
|  | 12/26/2024 | Review receivables transaction documents. | 2.7 | 2,632.50 |
|  | 12/27/2024 | Work on projections included in fairness opinion. | 2.2 | 2,145.00 |
|  | 12/27/2024 | Call with Counsel | 1.1 | 1,072.50 |
| **Gene Deetz Total** |  |  | **19.7** | **19,207.50** |
| Mike St. Martin | 12/21/2024 | Review financial information from public filings. | 2.9 | 2,537.50 |
|  | 12/21/2024 | Research industry trends and financial metrics. | 2.1 | 1,837.50 |
|  | 12/22/2024 | Review repurchase documents and analyses. | 2.1 | 1,837.50 |
|  | 12/22/2024 | Analyze pricing and valuation data. | 2.8 | 2,450.00 |
|  | 12/22/2024 | Review financial information from public filings. | 1.1 | 962.50 |
|  | 12/23/2024 | Call with Counsel. | 0.8 | 700.00 |
|  | 12/23/2024 | Review data room financials. | 2.8 | 2,450.00 |
|  | 12/23/2024 | Review Badcock transactions. | 2.4 | 2,100.00 |
|  | 12/23/2024 | Review FRG SEC filings. | 2.7 | 2,362.50 |
|  | 12/24/2024 | Review going private transaction terms. | 2.9 | 2,537.50 |
|  | 12/24/2024 | Review data room legal documents. | 2.6 | 2,275.00 |
|  | 12/24/2024 | Review financial information from public filings. | 2.7 | 2,362.50 |
|  | 12/26/2024 | Review going private transaction terms. | 2.6 | 2,275.00 |
|  | 12/26/2024 | Review cash sources and uses. | 2.9 | 2,537.50 |
|  | 12/26/2024 | Research company news. | 1.6 | 1,400.00 |
|  | 12/26/2024 | Work on data request items to provide to Counsel. | 1.2 | 1,050.00 |
|  | 12/30/2024 | Edit data request items. | 1.1 | 962.50 |
|  | 12/30/2024 | Review going private transaction terms. | 2.1 | 1,837.50 |
|  | 12/30/2024 | Review business entities. | 1.6 | 1,400.00 |
|  | 12/31/2024 | Review take private financial analyses. | 2.7 | 2,362.50 |
|  | 12/31/2024 | Review financial statements and footnote disclosures. | 2.8 | 2,450.00 |
| **Mike St. Martin Total** |  |  | **46.5** | **40,687.50** |
| Mike Pesce | 12/21/2024 | Review FRG stock repurchases. | 2.1 | 1,627.50 |
|  | 12/21/2024 | Review FRG SEC filings. | 1.8 | 1,395.00 |
|  | 12/23/2024 | Call with Counsel. | 0.8 | 620.00 |
|  | 12/23/2024 | Review FRG SEC filings. | 2.8 | 2,170.00 |
|  | 12/23/2024 | Review documents within the financial folder within data room. | 3.1 | 2,402.50 |
|  | 12/24/2024 | Review various projections files for the various FRG businesses. | 3.6 | 2,790.00 |
|  | 12/24/2024 | Review BOD meeting minutes. | 2.1 | 1,627.50 |
|  | 12/26/2024 | Review details of the Badcock transaction. | 2.3 | 1,782.50 |
|  | 12/26/2024 | Review historical results in projections to SEC filings. | 3.4 | 2,635.00 |
|  | 12/26/2024 | Review SEC filings re Jefferies work. | 3.4 | 2,635.00 |
|  | 12/27/2024 | Call with Counsel. | 1.1 | 852.50 |
|  | 12/27/2024 | Review Jefferies valuation work. | 3.6 | 2,790.00 |
|  | 12/27/2024 | Review document log for current status of data request. | 1.9 | 1,472.50 |
|  | 12/28/2024 | Review flow of funds documents. | 2.1 | 1,627.50 |
|  | 12/29/2024 | Review and compare projections. | 2.3 | 1,782.50 |
|  | 12/30/2024 | Review documents from Counsel regarding B Riley transactions. | 2.5 | 1,937.50 |
|  | 12/30/2024 | Work on financial model. | 3.1 | 2,402.50 |
|  | 12/31/2024 | Work on financial model. | 2.9 | 2,247.50 |
|  | 12/31/2024 | Review flow of funds. | 1.3 | 1,007.50 |
|  | 12/31/2024 | Review company stock buyback methods analysis. | 1.6 | 1,240.00 |
| **Mike Pesce Total** |  |  | **47.8** | **37,045.00** |
| Rob Nowlin | 12/22/2024 | Review FRG SEC filings. | 2.9 | 2,247.50 |
|  | 12/23/2024 | Review FRG SEC filings. | 2.8 | 2,170.00 |
|  | 12/23/2024 | Review of analyst reports related to FRG. | 1.9 | 1,472.50 |
|  | 12/23/2024 | Review of case documentation addressing the share repurchases. | 1.2 | 930.00 |

|  |  | Project #: | P-015408 |
|---|---|---|---|
|  |  | Invoice Date: | 1/17/2025 |
|  |  | Invoice Number: | CI-Draft |
|  |  | Professional Services Through: | 12/31/2024 |
|  |  | Currency: | USD |

*Time Detail by Person*

| Name | Date | Time Narrative | Hours | Amount |
|---|---|---|---|---|
| Rob Nowlin | 12/23/2024 | Review of case documentation addressing the Babcock and take private transactions. | 2.9 | 2,247.50 |
|  | 12/24/2024 | Prepare document tracing index for organization of documents received from Counsel. | 1.6 | 1,240.00 |
|  | 12/24/2024 | Update document tracking index. | 0.9 | 697.50 |
|  | 12/24/2024 | Review of case documentation addressing the Babcock and take private transactions. | 1.9 | 1,472.50 |
|  | 12/24/2024 | Review of case documentation addressing the fairness opinion. | 1.4 | 1,085.00 |
| **Rob Nowlin Total** |  |  | **17.5** | **13,562.50** |
| Jack Kelly | 12/22/2024 | Review publicly available information on FRG. | 1.1 | 654.50 |
|  | 12/23/2024 | Review documents received in data room. | 3.2 | 1,904.00 |
|  | 12/23/2024 | Review publicly available information on FRG. | 2.7 | 1,606.50 |
|  | 12/23/2024 | Review documents received relating to FRG stock repurchases. | 2.6 | 1,547.00 |
|  | 12/26/2024 | Incorporate documents received in the take private data room and other folders into the document log. | 3.9 | 2,320.50 |
|  | 12/26/2024 | Generate a document log to organize all documents received from Counsel. | 3.8 | 2,261.00 |
|  | 12/27/2024 | Review files received and log the files responsive to items in the list of documents requested from Counsel. | 3.7 | 2,201.50 |
|  | 12/27/2024 | Review and update list of documents requested for Counsel. | 2.7 | 1,606.50 |
| **Jack Kelly Total** |  |  | **23.7** | **14,101.50** |
| Liz Mullen | 12/21/2024 | Review FRG SEC filings. | 3.2 | 1,904.00 |
|  | 12/21/2024 | Research analyst reports for FRG. | 2.3 | 1,368.50 |
|  | 12/22/2024 | Analyze analyst report estimates for FRG. | 3.5 | 2,082.50 |
|  | 12/22/2024 | Review disclosures and footnotes in FRG. | 2.8 | 1,666.00 |
|  | 12/23/2024 | Review share repurchase agreements | 1.6 | 952.00 |
|  | 12/23/2024 | Review analyst reports and other publicly available articles | 3.7 | 2,201.50 |
|  | 12/24/2024 | Review audited financial statements | 4.3 | 2,558.50 |
|  | 12/24/2024 | Review documents received from Counsel. | 4.1 | 2,439.50 |
|  | 12/25/2024 | Review management projections. | 4.2 | 2,499.00 |
|  | 12/25/2024 | Review Jefferies fairness opinion | 3.4 | 2,023.00 |
|  | 12/26/2024 | Compare contemporaneous internal management forecasts | 3.5 | 2,082.50 |
|  | 12/26/2024 | Review documents received from Counsel. | 3.8 | 2,261.00 |
|  | 12/27/2024 | Compare projected financial statements to audited financial | 2.5 | 1,487.50 |
|  | 12/27/2024 | Review documents received from Counsel. | 4.2 | 2,499.00 |
|  | 12/30/2024 | Analyze contemporaneous management projections | 4.5 | 2,677.50 |
|  | 12/30/2024 | Build exhibits for historical financial statements | 3.8 | 2,261.00 |
|  | 12/30/2024 | Build exhibits for projected financial statements | 1.3 | 773.50 |
|  | 12/31/2024 | Compare historical pro forma balance sheets to SEC filings | 4.1 | 2,439.50 |
|  | 12/31/2024 | Compare historical pro forma income statements to SEC filings | 2.7 | 1,606.50 |
| **Liz Mullen Total** |  |  | **63.5** | **37,782.50** |
| **Grand Total** |  |  | **218.7** | **162,386.50** |