**EXHIBIT B**

| | | | |
|---|---|---|---|
| Franchise Group, Inc. | | Invoice Date: | March 11, 2025 |
| | | Invoice Number: | 50059001 |
| | | Matter Number: | 103996.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/02/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 01/02/25 | Docket Retrieval / Search | 28.00 | 2.80 |
| 01/02/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 01/02/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 01/02/25 | Docket Retrieval / Search | 9.00 | 0.90 |
| 01/02/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/02/25 | Docket Retrieval / Search | 12.00 | 1.20 |
| 01/02/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 01/02/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/02/25 | Reliable Wilmington - Deposition/Transcript First copy of daily Transcript for FRG 103996.1001 on 11/12/24 | 1.00 | 501.70 |
| 01/02/25 | Reliable Wilmington - Deposition/Transcript Original hourly transcript for FRG 103996.1001 on 12/11/24 | 1.00 | 3,140.70 |
| 01/02/25 | PKD LLC dba Manhattan Bagel - Working Meals Payment to Manhattan Bagel for catering services (breakfast for 20) related to FRG second day hearing held 12/10/24 | 1.00 | 374.79 |
| 01/02/25 | Reliable Wilmington - Deposition/Transcript First copy of daily transcript for FRG 103996.1001 on 12/17/24 | 1.00 | 98.60 |
| 01/02/25 | Reliable Wilmington - Deposition/Transcript Daily copy of first transcript for FRG 103996.1001 - 11/21/24 | 1.00 | 52.20 |
| 01/02/25 | Computerized Legal Research Westlaw Search by: GAFFNEY,BRYNNA | 2.00 | 7.54 |
| 01/02/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/02/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/02/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/02/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 01/02/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/02/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 01/02/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 01/02/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 01/02/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/02/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/02/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 01/02/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/02/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 01/02/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/02/25 | Docket Retrieval / Search | 11.00 | 1.10 |
| 01/02/25 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/02/25 | Docket Retrieval / Search | 18.00 | 1.80 |

Franchise Group, Inc.  
Invoice Date: March 11, 2025  
Invoice Number: 50059001  
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/02/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 01/02/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 01/02/25 | Docket Retrieval / Search | 21.00 | 2.10 |
| 01/02/25 | Docket Retrieval / Search | 9.00 | 0.90 |
| 01/02/25 | Docket Retrieval / Search | 14.00 | 1.40 |
| 01/02/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/03/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 28.00 | 2.80 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 28.00 | 2.80 |
| 01/03/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/03/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/03/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 9.00 | 0.90 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 22.00 | 2.20 |
| 01/03/25 | Docket Retrieval / Search | 22.00 | 2.20 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 28.00 | 2.80 |
| 01/03/25 | Docket Retrieval / Search | 22.00 | 2.20 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/03/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/03/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/03/25 | Docket Retrieval / Search | 18.00 | 1.80 |
| 01/03/25 | Docket Retrieval / Search | 8.00 | 0.80 |
| 01/03/25 | Docket Retrieval / Search | 28.00 | 2.80 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 22.00 | 2.20 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 28.00 | 2.80 |
| 01/03/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 28.00 | 2.80 |

Franchise Group, Inc.  
Invoice Date: March 11, 2025  
Invoice Number: 50059001  
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 12.00 | 1.20 |
| 01/03/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 14.00 | 1.40 |
| 01/03/25 | Docket Retrieval / Search | 9.00 | 0.90 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/03/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/03/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 28.00 | 2.80 |
| 01/03/25 | Docket Retrieval / Search | 28.00 | 2.80 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 28.00 | 2.80 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/03/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/06/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/06/25 | Docket Retrieval / Search | 15.00 | 1.50 |
| 01/06/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/06/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/06/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/06/25 | Docket Retrieval / Search | 19.00 | 1.90 |
| 01/06/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/06/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/06/25 | Docket Retrieval / Search | 28.00 | 2.80 |
| 01/06/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/06/25 | Docket Retrieval / Search | 15.00 | 1.50 |
| 01/06/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/06/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/06/25 | Docket Retrieval / Search | 17.00 | 1.70 |
| 01/06/25 | Docket Retrieval / Search | 63.00 | 6.30 |

Franchise Group, Inc.  Invoice Date: March 11, 2025
Invoice Number: 50059001
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/06/25 | Docket Retrieval / Search | 25.00 | 2.50 |
| 01/06/25 | Docket Retrieval / Search | 18.00 | 1.80 |
| 01/06/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/06/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/06/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/06/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/06/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/06/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/06/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/06/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/06/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/06/25 | Docket Retrieval / Search | 25.00 | 2.50 |
| 01/06/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/06/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/07/25 | Docket Retrieval / Search | 74.00 | 7.40 |
| 01/07/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/07/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/07/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/07/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/07/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/07/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/07/25 | Docket Retrieval / Search | 7.00 | 0.70 |
| 01/07/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/07/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/07/25 | Docket Retrieval / Search | 8.00 | 0.80 |
| 01/07/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/07/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/07/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/07/25 | Color Photocopy Charges Duplication | 9.00 | 7.20 |
| 01/07/25 | Photocopy Charges Duplication | 2.00 | 0.20 |
| 01/07/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/07/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/07/25 | Docket Retrieval / Search | 26.00 | 2.60 |
| 01/07/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/07/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/07/25 | Docket Retrieval / Search | 18.00 | 1.80 |
| 01/07/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/08/25 | Computerized Legal Research Westlaw Search by: MIELKE,ALLISON S | 4.00 | 15.09 |

Franchise Group, Inc.  
Invoice Date: March 11, 2025  
Invoice Number: 50059001  
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/09/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/09/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/09/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/09/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/09/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/09/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/09/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/09/25 | Docket Retrieval / Search | 29.00 | 2.90 |
| 01/09/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/09/25 | Docket Retrieval / Search | 29.00 | 2.90 |
| 01/09/25 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/09/25 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/09/25 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 01/09/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/10/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/10/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/10/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/10/25 | Docket Retrieval / Search | 7.00 | 0.70 |
| 01/10/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/10/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/12/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/13/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/13/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/13/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/13/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 01/13/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/13/25 | Computerized Legal Research Westlaw Search by: MCELROY,KRISTIN L | 24.00 | 90.51 |
| 01/14/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/14/25 | Photocopy Charges Duplication | 45.00 | 4.50 |
| 01/14/25 | Photocopy Charges Duplication | 20.00 | 2.00 |
| 01/14/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/14/25 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 01/14/25 | Computerized Legal Research Westlaw Search by: MIELKE,ALLISON S | 3.00 | 11.31 |
| 01/14/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/14/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 01/14/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/14/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/14/25 | Docket Retrieval / Search | 1.00 | 0.10 |

| | | | |
|---|---|---|---|
| Franchise Group, Inc. | | Invoice Date: | March 11, 2025 |
| | | Invoice Number: | 50059001 |
| | | Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/14/25 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 01/14/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/14/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 01/15/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 01/15/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 01/15/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 01/15/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/15/25 | PKD LLC dba Manhattan Bagel - Working Meals Breakfast for YCST Attorneys and Co-Counsel prior to 12/17 FRG Hearing | 1.00 | 169.93 |
| 01/15/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/15/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 01/15/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 01/15/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 01/15/25 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 01/16/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/16/25 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 01/16/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/16/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/16/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 01/16/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/16/25 | Docket Retrieval / Search | 7.00 | 0.70 |
| 01/16/25 | Docket Retrieval / Search | 12.00 | 1.20 |
| 01/16/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/16/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/16/25 | Docket Retrieval / Search | 10.00 | 1.00 |
| 01/16/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/16/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/16/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/16/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/17/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/17/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/17/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/17/25 | Parcels, Inc. - Download and blowback documents from ShareFile x2 Insert tabs as necessary Insert into binders Create and insert custom covers/spines FRG - Agenda Binder 1122520 | 1.00 | 962.60 |
| 01/17/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/17/25 | Docket Retrieval / Search | 9.00 | 0.90 |
| 01/17/25 | Docket Retrieval / Search | 7.00 | 0.70 |

Franchise Group, Inc.  Invoice Date: March 11, 2025
Invoice Number: 50059001
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/20/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 01/20/25 | Parcels, Inc. - Parcels Inc. YCST 1122974 | 1.00 | 50.00 |
| 01/20/25 | Parcels, Inc. - Download and blowback from ShareFile x10 Color for color Insert tabs Place into binder with cover/spine HEARING BINDER 1 OF 1 JANUARY 21, 2025, AT 10:00 A.M. (ET) 1122762 | 1.00 | 1,602.00 |
| 01/20/25 | Parcels, Inc. - Download and blowback from ShareFile x20 Insert tabs Place into binder with cover/spine Hearing Binder 1122760 | 1.00 | 306.00 |
| 01/20/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/20/25 | Photocopy Charges Duplication | 360.00 | 36.00 |
| 01/21/25 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 01/21/25 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 01/21/25 | Photocopy Charges Duplication | 150.00 | 15.00 |
| 01/21/25 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 01/21/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 01/21/25 | Photocopy Charges Duplication | 120.00 | 12.00 |
| 01/21/25 | Photocopy Charges Duplication | 410.00 | 41.00 |
| 01/21/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/21/25 | Parcels, Inc. - YCST Judge Silverstein's Courtroom 1123043 | 1.00 | 125.00 |
| 01/21/25 | Parcels, Inc. - Judge Shannon's Courtroom YCST 1123001 | 1.00 | 125.00 |
| 01/21/25 | Parcels, Inc. - Brew HaHa 1123042 | 1.00 | 311.00 |
| 01/21/25 | Parcels, Inc. - Brew HaHa 1123042 | 1.00 | 60.00 |
| 01/21/25 | Photocopy Charges Duplication | 120.00 | 12.00 |
| 01/21/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/21/25 | Photocopy Charges Duplication | 80.00 | 8.00 |
| 01/21/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/21/25 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 01/21/25 | Photocopy Charges Duplication | 2.00 | 0.20 |
| 01/21/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/21/25 | Photocopy Charges Duplication | 60.00 | 6.00 |
| 01/21/25 | Photocopy Charges Duplication | 60.00 | 6.00 |
| 01/22/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/22/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 01/22/25 | Photocopy Charges Duplication | 161.00 | 16.10 |
| 01/22/25 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 01/23/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/23/25 | American Express - Bankruptcy - Filing Fee SBORO 1.21.25 $50 Pro Hac Vice BOLIV | 1.00 | 50.00 |

| | | | |
|---|---|---|---|
| Franchise Group, Inc. | | Invoice Date: | March 11, 2025 |
| | | Invoice Number: | 50059001 |
| | | Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/24/25 | Reliable Wilmington - Deposition/Transcript Daily Transcript - 1st Copy from FRG Hearing on 10/18/24 (39 pages @ $1.45 per page) and Daily Transcript - 1st Copy from FRG Hearing on 12/20/24 (42 pages @ $1.45 per page) | 1.00 | 117.45 |
| 01/24/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/24/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/27/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/27/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/27/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/27/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/28/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/28/25 | Docket Retrieval / Search | 25.00 | 2.50 |
| 01/28/25 | Photocopy Charges Duplication | 2.00 | 0.20 |
| 01/28/25 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 01/28/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/28/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/28/25 | Color Photocopy Charges Duplication | 7.00 | 5.60 |
| 01/28/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/28/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/28/25 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 01/28/25 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 01/28/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/28/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/29/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 01/29/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/29/25 | Computerized Legal Research Westlaw Search by: GAFFNEY,BRYNNA | 15.00 | 56.57 |
| 01/29/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 01/29/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/29/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/29/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 01/29/25 | Photocopy Charges Duplication | 42.00 | 4.20 |
| 01/29/25 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 01/29/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 01/29/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/30/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 01/30/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/30/25 | Photocopy Charges Duplication | 45.00 | 4.50 |
| 01/30/25 | Photocopy Charges Duplication | 335.00 | 33.50 |
| 01/30/25 | Docket Retrieval / Search | 13.00 | 1.30 |

| Franchise Group, Inc. | | Invoice Date: | March 11, 2025 |
| | | Invoice Number: | 50059001 |
| | | Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/30/25 | Photocopy Charges Duplication | 140.00 | 14.00 |
| 01/30/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 01/30/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/30/25 | Docket Retrieval / Search | 15.00 | 1.50 |
| 01/30/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 01/30/25 | Photocopy Charges Duplication | 2.00 | 0.20 |
| 01/30/25 | Photocopy Charges Duplication | 170.00 | 17.00 |
| 01/30/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 01/30/25 | Photocopy Charges Duplication | 691.00 | 69.10 |
| 01/30/25 | Photocopy Charges Duplication | 96.00 | 9.60 |
| 01/30/25 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 01/30/25 | Photocopy Charges Duplication | 618.00 | 61.80 |
| 01/30/25 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 01/30/25 | Photocopy Charges Duplication | 250.00 | 25.00 |
| 01/30/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 01/30/25 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 01/30/25 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 01/30/25 | Photocopy Charges Duplication | 31.00 | 3.10 |
| 01/30/25 | Photocopy Charges Duplication | 170.00 | 17.00 |
| 01/30/25 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 01/30/25 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 01/30/25 | Photocopy Charges Duplication | 91.00 | 9.10 |
| 01/30/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/30/25 | Photocopy Charges Duplication | 317.00 | 31.70 |
| 01/30/25 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 01/30/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 01/30/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 01/30/25 | Photocopy Charges Duplication | 2.00 | 0.20 |
| 01/30/25 | Photocopy Charges Duplication | 31.00 | 3.10 |
| 01/30/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 01/30/25 | Photocopy Charges Duplication | 1,373.00 | 137.30 |
| 01/30/25 | Photocopy Charges Duplication | 57.00 | 5.70 |
| 01/30/25 | Photocopy Charges Duplication | 2.00 | 0.20 |
| 01/30/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 01/30/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 01/30/25 | Photocopy Charges Duplication | 31.00 | 3.10 |
| 01/30/25 | Docket Retrieval / Search | 16.00 | 1.60 |
| 01/30/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 01/30/25 | Photocopy Charges Duplication | 11.00 | 1.10 |

| | | | |
|---|---|---|---|
| Franchise Group, Inc. | | Invoice Date: | March 11, 2025 |
| | | Invoice Number: | 50059001 |
| | | Matter Number: | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 01/30/25 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroo, 1124007 | 1.00 | 37.00 |
| 01/30/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 01/30/25 | Photocopy Charges Duplication | 1,177.00 | 117.70 |
| 01/31/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 01/31/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 01/31/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 01/31/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| | **Total** | | **$9,476.29** |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| AP Outside Duplication Svcs | 2,870.60 |
| Computerized Legal Research -WESTLAW | 181.02 |
| Delivery / Courier | 337.00 |
| Deposition/Transcript | 3,910.65 |
| Docket Retrieval / Search | 358.20 |
| Filing Fee | 50.00 |
| Reproduction Charges | 853.10 |
| Working Meals | 915.72 |
| **Total** | **$9,476.29** |