**Exhibit A**

**Second Supplemental OCP List**

**Ordinary Course Professionals Subject to $50,000 Cap**

| Ordinary Course Professional | Mailing Address | Services Provided | Company that Utilizes the Services |
|---|---|---|---|
| Arnall Golden Gregory LLP | 2100 Pennsylvania Avenue NW, Suite 350S Washington, D.C. 20037 | Legal Services (Intellectual Property) | Vitamin Shoppe |
| ClearBridge Compensation Group, LLC | 10 East 53rd Street, 24th Floor New York, NY 10022 | Executive Compensation Services | Franchise Group, Inc. |
| Cozen O'Connor LLP | One Liberty Place, 1650 Market Street, Suite 2800 Philadelphia, PA 19103 | Legal Services (Tax Assessment) | Vitamin Shoppe |
| Gordon Brothers Asset Advisors, LLC | 12200 North Corporate Parkway, Suite 100 Mequon, WI 53092 | Valuation Services | Pet Supplies & Vitamin Shoppe |
| Morgan, Lewis & Bockius LLP | 101 Park Avenue New York, NY 10178 | Legal Services (Letters of Credit) | Franchise Group, Inc. |