## Exhibit A

**Debtors' Estimate of Alleged Administrative Expenses of the HoldCo Debtors**

[see attached]

**Franchise Group, Inc et al**
Illustrative Professional Fee Allocation to HoldCo Debtors
Based on Estimates Only
March 6, 2025

| $ | Direct Costs | | | Allocated | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | Ind. Director[1] (Mike Wartell) | Akin[2] | Chilmark[3] | AlixPartners[4] | K&E[5] | WFG[6] | CST / Other | |
| November | - | - | - | $ 200,000 | N/A | TBD | TBD | |
| December | 40,000 | - | - | 150,000 | N/A | " | " | |
| January | 40,000 | 2,000,000 | TBD | 50,000 | N/A | " | " | |
| February | 40,000 | 1,900,000 | " | TBD | TBD | " | " | |
| March | 40,000 | 2,500,000 | " | " | " | N/A | " | |
| April | 40,000 | 900,000 | " | " | " | N/A | " | |
| May | 40,000 | 1,000,000 | " | " | " | N/A | " | |
| **Total** | **$ 240,000** | **$ 8,300,000** | **$ -** | **$ 400,000** | **$ -** | **$ -** | **$ -** | **$ 8,940,000** |

**Notes**

1 - Based on compensation included in Engagement Letter
2 - Based on estimates provided by Akin (3/6/25)
3 - Currently unaware of the terms of Chilmark's retention. Request out to Akin to confirm
4 - Estimates based on initial review of time entries and subject to material change
5 - No detail of splits have been filed with court / provided
6 - Anticipated to be zero, but will be dependent on any fee application for post petition time by WFG