# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 24-12480 (LSS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 12, 2025, a copy of the Notices of Deposition of: (i) the Debtors; (ii) Andrew Kaminsky; (iii) Andrew Laurence; (iv) Bryant Riley; (v) Chris Rowland; (vi) Christopher Grubb; (vii) David Orlofsky; (viii) Eric Seeton; (ix) Jeffrey Kopa; (x) Jeffrey Van Orden; (xi) John Hartmann; (xii) Joshua Klein; (xiii) Michael Bennett; (xiv) Michael J. Wartell was served on the following as indicated:

| Via E-Mail | Via E-Mail |
|---|---|
| Jeffrey R. Goldfine | Daniel A. Fliman |
| KIRKLAND & ELLIS LLP | Isaac S. Sasson |
| 601 Lexington Avenue | PAUL HASTINGS LLP |

---

[1] Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

| | |
|---|---|
| New York, New York 10022<br>jeffrey.goldfine@kirkland.com<br><br>Mark McKane, P.C.<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>mark.mckane@kirkland.com<br><br>*Co-Counsel to the Debtors* | 200 Park Avenue<br>New York, New York 10166<br>danfliman@paulhastings.com<br>isaacsasson@paulhastings.com<br><br>Nicholas A. Bassett<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, DC 20036<br>Telephone: (202) 551-1700<br>Facsimile: (202) 551-1705<br>nicholasbassett@paulhastings.com<br><br>*Counsel to the Ad Hoc Group of First Lien Lenders* |
| <u>Via E-Mail</u><br>Bradford J. Sandler<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street,<br>17th Floor P.O. Box 8705<br>Wilmington, DE 19899-8705<br>bsandler@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | <u>Via E-Mail</u><br>Robert J. Feinstein<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| Dated: March 17, 2025 | Respectfully submitted,<br><br>**FARNAN LLP**<br><br><u>/s/ Michael J. Farnan</u><br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>-and-<br><br>**WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*) |

Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: tlauria@whitecase.com

-and-

J. Christopher Shore (admitted *pro hac vice*)
Andrew T. Zatz (admitted *pro hac vice*)
Colin West (admitted *pro hac vice*)
Samuel P. Hershey (admitted *pro hac vice*)
Erin Smith (admitted *pro hac vice*)
Brett Bakemeyer (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: cshore@whitecase.com
      azatz@whitecase.com
      sam.hershey@whitecase.com
      erin.smith@whitecase.com
      brett.bakemeyer@whitecase.com

*Counsel to the Ad Hoc Group of Freedom Lenders*