# EXHIBIT A

**Time Records by Professional**
**January 1, 2025 Through January 31, 2025**

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Mendelsohn (Partner)**                                                                                                          *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period January 01, 2025 through January 31, 2025*

### Bruce Mendelsohn (Partner) - Case Hours Summary

| Categories | Hours |
|---|---:|
| General Case Administration | 4.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 4.0 |
| Debtor Meetings and Discussions | 1.5 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 5.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **14.5** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/09/25 | Thursday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/13/25 | Monday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/15/25 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 0.3 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/17/25 | Friday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/22/25 | Wednesday | 1.0 | Review Materials | Due Diligence, Business Plan and Related Analyses |
| 01/22/25 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/23/25 | Thursday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/23/25 | Thursday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/29/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**James Wappler (Partner)**                                                                                                        *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period January 01, 2025 through January 31, 2025*

| James Wappler (Partner) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 0.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 1.5 |
| Debtor Meetings and Discussions | 1.5 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **3.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Matt Rahmani (Managing Director)**                                                                                                                                                      *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period January 01, 2025 through January 31, 2025*

### Matt Rahmani (Managing Director) - Case Hours Summary

| Categories | Hours |
|---|---:|
| General Case Administration | 5.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 3.5 |
| Debtor Meetings and Discussions | 2.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 9.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **20.0** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 1.5 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/06/25 | Monday | 3.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/13/25 | Monday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/15/25 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 1.0 | Process Discussions | General Case Administration |
| 01/17/25 | Friday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/22/25 | Wednesday | 1.0 | Review Materials | Due Diligence, Business Plan and Related Analyses |
| 01/22/25 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/23/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/23/25 | Thursday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/29/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Kendyl Corber (Director)**                                                                                          *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period January 01, 2025 through January 31, 2025*

| Kendyl Corber (Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 0.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 1.5 |
| Debtor Meetings and Discussions | 1.5 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 1.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **4.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 1.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Baker (Associate)**                                                                                         *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period January 01, 2025 through January 31, 2025*

| Bruce Baker (Associate) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 5.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 6.5 |
| Debtor Meetings and Discussions | 2.5 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 9.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **24.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 3.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/06/25 | Monday | 2.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 2.5 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Case Documentation Analysis | Due Diligence, Business Plan and Related Analyses |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/13/25 | Monday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 1.0 | Process Discussions | General Case Administration |
| 01/17/25 | Friday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/21/25 | Tuesday | 2.5 | Internal Tracking | General Case Administration |
| 01/23/25 | Thursday | 0.5 | Debtor Call Scheduling | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/27/25 | Monday | 2.0 | Internal Tracking | General Case Administration |
| 01/29/25 | Wednesday | 1.0 | Review Materials | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Emma Golden (Analyst)**                                                                                                        *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period January 01, 2025 through January 31, 2025*

| Emma Golden (Analyst) - Case Hours Summary | |
|---|---:|
| **Categories** | **Hours** |
| General Case Administration | 0.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 1.5 |
| Debtor Meetings and Discussions | 2.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 1.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **4.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 1.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Daniel Augustine (Analyst)**  *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period January 01, 2025 through January 31, 2025*

### Daniel Augustine (Analyst) - Case Hours Summary

| Categories | Hours |
|---|---|
| General Case Administration | 10.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 6.5 |
| Debtor Meetings and Discussions | 3.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 8.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **28.5** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 3.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/06/25 | Monday | 2.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 2.5 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/13/25 | Monday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 1.0 | Process Discussions | General Case Administration |
| 01/17/25 | Friday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/21/25 | Tuesday | 2.0 | Internal Tracking | General Case Administration |
| 01/21/25 | Tuesday | 2.5 | Internal Tracking | General Case Administration |
| 01/23/25 | Thursday | 0.5 | Debtor Call Scheduling | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/24/25 | Friday | 3.0 | Internal Tracking | General Case Administration |
| 01/27/25 | Monday | 2.0 | Internal Tracking | General Case Administration |
| 01/29/25 | Wednesday | 1.0 | Review Materials | Due Diligence, Business Plan and Related Analyses |
| 01/30/25 | Thursday | 0.5 | Call Scheduling with Debtor Banker | Debtor Meetings and Discussions |