## EXHIBIT B

**Expense Detail**

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Exhibit B**                                                                                           *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*

| | |
|---|---:|
| Employee Meals | $69.82 |
| Employee Travel | 21.16 |
| Legal Fees - Deal Related | 26,442.00 |
| *Total Out-of-Pocket Expenses* | *$26,532.98* |

| Transaction Date | Transaction Source | Worker | Spend Category | Additional Detail | Amount to Bill |
|---|---|---|---|---|---|
| 1/7/2025 | Supplier Invoice | Bruce Baker | Employee Meals | Dinner; One Person | $35.00 |
| 1/21/2025 | Supplier Invoice | Daniel Augustine | Employee Meals | Dinner; One Person | $34.82 |
| 1/21/2025 | Supplier Invoice | Daniel Augustine | Employee Travel | Taxi; New York | $21.16 |
| 1/31/2025 | Supplier Invoice | Legal Fees - Deal Related | Legal Fees - Deal Related | | $26,442.00 |

# Katten

|  |  |
|---|---|
| Direct Billing Inquiries to:<br>Lisa Henry<br>lisa.henry@katten.com | 50 Rockefeller Plaza<br>New York, NY 10020-1605 |

February 12, 2025

| | |
|---|---|
| PERELLA WEINBERG PARTNERS LLP<br>Attn: Justin Kamen<br>General Counsel<br>767 5th Avenue<br>New York, NY 10153 | Invoice No. 40253504<br>Client No. 342720<br>Matter No. 00012 |

FEIN: 36-2796532

**Re: Franchise Group, Inc.** (342720.00012)
For legal services rendered through January 31, 2025 ............................................................. $26,442.00

**CURRENT INVOICE TOTAL:** $26,442.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 342720 – PERELLA WEINBERG PARTNERS LLP  Invoice No. 40253504
Invoice Date: February 12, 2025

## PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 06 Jan 25 | Rochester, Shaya | Communications with M. Rosella and PWP regarding releases and exculpation provisions in the recently filed Amended Chapter 11 Plan (.20) | 0.20 |
| 06 Jan 25 | Rosella, Michael | Analyze chapter 11 plan for provisions relevant to PWP (.40); prepare email to PWP regarding same (.10) | 0.50 |
| 10 Jan 25 | Rochester, Shaya | Communications with Pachulski regarding UST comments to Retention Application and 1L Lender Group request to extend objection deadline (.20); communications with Pachulski regarding 1L Lender Group request regarding PWP Retention Application (.30); review UST comments (.40); revise proposed Retention Order to incorporate UST comments (.60); prepare update for PWP (.30); communications with M. Rosella regarding same (.20); attend to issues regarding UST request for supplemental disclosure (.10); communications with M. Rosella regarding same (.20) | 2.30 |
| 10 Jan 25 | Rosella, Michael | Research case law related to UST feedback on PWP retention application (.50); prepare email to S. Rochester regarding same (.40); analyze UST feedback to PWP retention application (.40); respond to questions from S. Rochester regarding same and next steps (.30); revise client email regarding retention application next steps (.20); prepare response to UST questions regarding disclosure matters (.20) | 2.00 |
| 12 Jan 25 | Rochester, Shaya | Attend to First Lien Ad Hoc Lender Group comments regarding PWP Retention (.20); communications with Pachulski regarding same (.20); communications with Paul Hastings regarding same (.20); call with Paul Hastings regarding PWP Retention Application (.20); multiple communications with PWP regarding same (.60) | 1.40 |
| 12 Jan 25 | Rosella, Michael | Emails with Katten, PWP, and Pachulski regarding retention application matters (.40) | 0.40 |
| 13 Jan 25 | Rochester, Shaya | Prepare for call with PWP regarding Ad Hoc Group of First Lien Lenders objections to PWP Retention (.80); call with PWP to discuss same (.60); call with Ad Hoc Group of First Lien Lenders regarding same (.10); multiple communications with PWP regarding Motion of Ad Hoc Group of First Lien Lenders to extend objection deadline (.70); communications with Pachulski regarding UST comments (.10); call with Paul Hastings regarding PWP retention (.10); review First Lien Lenders' Motion to Extend Deadline to Object to PWP Retention Application and communications with PWP regarding same (.30); communications with PWP regarding Extension Motion (.20); communications with UST regarding comments to the Retention Order and Mendelsohn | 3.10 |

Client: 342720 – PERELLA WEINBERG PARTNERS LLP                                    Invoice No. 40253504
                                                                                  Invoice Date: February 12, 2025

## PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | Declaration (.20) | |
| 13 Jan 25 | Rosella, Michael | Attend call with PWP regarding retention matters (.60); prepare draft emails to UST regarding retention order matters (.30); review 1L lenders' motion to extend objection deadline with respect to PWP retention application (.30); emails with Katten and PWP regarding same (.20); emails with Pachulski, PWP, and Katten regarding next steps for retention application process (.30); review UST objection to Willkie retention application (.30) | 2.00 |
| 14 Jan 25 | Rochester, Shaya | Communications with UST and PWP regarding resolution of UST's informal comments to PWP Retention Application (.30) | 0.30 |
| 15 Jan 25 | Rochester, Shaya | Communications with M. Rosella regarding Fee Examiner Order (.10); communications with PWP regarding same (.10) | 0.20 |
| 15 Jan 25 | Rosella, Michael | Review fee examiner order (.60); prepare email update to PWP regarding same (.20) | 0.80 |
| 21 Jan 25 | Rochester, Shaya | Attend court hearing to get update on case and retention applications (only billed for a part of the hearing) (.50) | 0.50 |
| 21 Jan 25 | Rosella, Michael | Research sample pleadings related to investment banker retention matters in connection with PWP retention application (2.00); emails with S. Rochester regarding same (.30) | 2.30 |
| 22 Jan 25 | Rosella, Michael | Continue to research sample pleadings related to retention matters (.50); emails with S. Rochester regarding same (.30) | 0.80 |
| 24 Jan 25 | Rosella, Michael | Review emails regarding updates in retention process (.20) | 0.20 |
| 31 Jan 25 | Rochester, Shaya | Attend Status Conference (1.00); communications with PWP regarding filing COC for PWP Retention Application (.20) | 1.20 |
| | | **TOTALS:** | **18.20** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 44845 | Rochester, Shaya | 9.20 | 1,710.00 | $15,732.00 |
| 45177 | Rosella, Michael | 9.00 | 1,190.00 | $10,710.00 |
| | **TOTAL:** | **18.20** | | **$26,442.00** |

# Katten

50 Rockefeller Plaza
New York, NY 10020-1605

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | |
|---|---|---|
| **Attorney:** 44845 - Rochester, Shaya | **Invoice No.:** | 40253504 |
| **Client:** 342720 - PERELLA WEINBERG PARTNERS LLP | **Invoice Date:** | 12 Feb 25 |
| **Matter:** 00012 - Franchise Group, Inc. | | |

**Current Invoice Charges:** $26,442.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 09 Jan 25 | 40246746 | 00012 | 42,760.50 | 42,760.50 |

**TOTAL OUTSTANDING BALANCE :** $42,760.50

**TOTAL BALANCE DUE:** $69,202.50

