# Exhibit A

## Summary of Time Detail by Matter Category

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Exhibit A** *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through January 31, 2025*

**TIME RECORDS BY CATEGORY**

**November 25, 2024 - January 31, 2025**

| Category | Total Hours |
|---|---:|
| General Case Administration | 69.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 52.0 |
| Debtor Meetings and Discussions | 61.5 |
| Creditor Meetings and Discussions | 11.0 |
| Travel | 8.0 |
| Due Diligence, Business Plan and Related Analyses | 83.5 |
| Valuation Analysis | 15.0 |
| **Total Hours** | **300.0** |