# Exhibit B

## Summary of Time Detail by Professional

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Mendelsohn (Partner)**                                                                     *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through January 31, 2025*

### Bruce Mendelsohn (Partner) - Case Hours Summary

| Categories | Hours |
|---|---:|
| General Case Administration | 8.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 8.5 |
| Debtor Meetings and Discussions | 8.0 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 11.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **37.5** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---:|---|---|
| 11/26/24 | Tuesday | 0.5 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 11/27/24 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/30/24 | Saturday | 0.5 | Call with UCC Financial Advisor | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/04/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/04/24 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 12/06/24 | Friday | 0.5 | Internal Administration | General Case Administration |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 0.5 | Internal Administration | General Case Administration |
| 12/11/24 | Wednesday | 0.5 | Sale Process Updates | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/11/24 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/16/24 | Monday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/19/24 | Thursday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/20/24 | Friday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/27/24 | Friday | 0.5 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/09/25 | Thursday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/13/25 | Monday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/15/25 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 0.3 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/17/25 | Friday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/22/25 | Wednesday | 1.0 | Review Materials | Due Diligence, Business Plan and Related Analyses |
| 01/22/25 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/23/25 | Thursday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/23/25 | Thursday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/29/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**James Wappler (Partner)**                                                                                                 *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through January 31, 2025*

### James Wappler (Partner) - Case Hours Summary

| Categories | Hours |
|---|---:|
| General Case Administration | 0.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 5.0 |
| Debtor Meetings and Discussions | 7.0 |
| Creditor Meetings and Discussions | 1.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 4.0 |
| **Total** | **17.0** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/04/24 | Wednesday | 1.0 | Brand Value Analysis | Valuation Analysis |
| 12/05/24 | Thursday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Matt Rahmani (Managing Director)**                                                                                   *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through January 31, 2025*

### Matt Rahmani (Managing Director) - Case Hours Summary

| Categories | Hours |
|---|---|
| General Case Administration | 10.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 7.5 |
| Debtor Meetings and Discussions | 8.5 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 16.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.5 |
| **Total** | **45.0** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/26/24 | Tuesday | 0.5 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 11/27/24 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/30/24 | Saturday | 0.5 | Call with UCC Financial Advisor | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/04/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/04/24 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 12/06/24 | Friday | 0.5 | Internal Administration | General Case Administration |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 0.5 | Internal Administration | General Case Administration |
| 12/11/24 | Wednesday | 0.5 | Sale Process Updates | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/11/24 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/16/24 | Monday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/17/24 | Tuesday | 0.5 | Process Discussions | Valuation Analysis |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 1.0 | Internal Filings | General Case Administration |
| 12/18/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/19/24 | Thursday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/20/24 | Friday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 1.5 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/06/25 | Monday | 3.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/13/25 | Monday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/15/25 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 1.0 | Process Discussions | General Case Administration |
| 01/17/25 | Friday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/22/25 | Wednesday | 1.0 | Review Materials | Due Diligence, Business Plan and Related Analyses |
| 01/22/25 | Wednesday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/23/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/23/25 | Thursday | 1.0 | Call with UCC Counsel | General Case Administration |
| 01/29/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Kendyl Corber (Director)**                                                                                                                  *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through January 31, 2025*

| Kendyl Corber (Director) - Case Hours Summary | |
|---|---:|
| **Categories** | **Hours** |
| General Case Administration | 0.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 5.0 |
| Debtor Meetings and Discussions | 7.0 |
| Creditor Meetings and Discussions | 1.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 6.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 5.0 |
| **Total** | **24.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 1.0 | Bidding Procedures Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/29/24 | Friday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/04/24 | Wednesday | 1.0 | Brand Value Analysis | Valuation Analysis |
| 12/05/24 | Thursday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/16/24 | Monday | 0.5 | Process Discussions | Valuation Analysis |
| 12/17/24 | Tuesday | 0.5 | Process Discussions | Valuation Analysis |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 1.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Baker (Associate)**                                                                                                    *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through January 31, 2025*

| Bruce Baker (Associate) - Case Hours Summary | |
|---|---:|
| **Categories** | **Hours** |
| General Case Administration | 22.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 10.8 |
| Debtor Meetings and Discussions | 14.0 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 8.0 |
| Due Diligence, Business Plan and Related Analyses | 22.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 1.0 |
| **Total** | **80.8** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/26/24 | Tuesday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 2.0 | Bidding Procedures Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/27/24 | Wednesday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/29/24 | Friday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 0.5 | Call with UCC Financial Advisor | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/02/24 | Monday | 1.0 | DIP Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/04/24 | Wednesday | 1.5 | Internal Filings | General Case Administration |
| 12/06/24 | Friday | 6.0 | Chris Grubb Deposition | General Case Administration |
| 12/06/24 | Friday | 0.5 | Internal Administration | General Case Administration |
| 12/09/24 | Monday | 5.0 | Neil Augustine Deposition | General Case Administration |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/09/24 | Monday | 0.5 | Internal Filings | General Case Administration |
| 12/09/24 | Monday | 4.0 | Travel | Travel |
| 12/10/24 | Tuesday | 1.0 | TWCF Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/10/24 | Tuesday | 4.0 | Travel | Travel |
| 12/10/24 | Tuesday | 5.0 | Meetings in Delaware Courtroom | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 0.5 | Internal Administration | General Case Administration |
| 12/11/24 | Wednesday | 0.5 | Sale Process Updates | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/15/24 | Sunday | 0.5 | Call Scheduling with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/16/24 | Monday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/16/24 | Monday | 0.5 | Process Discussions | Valuation Analysis |
| 12/17/24 | Tuesday | 0.5 | Process Discussions | Valuation Analysis |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 1.0 | Internal Filings | General Case Administration |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/20/24 | Friday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/24/24 | Tuesday | 1.0 | Diligence Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/26/24 | Thursday | 1.0 | Internal Filings | General Case Administration |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/31/24 | Tuesday | 0.5 | Internal Case Analysis | Due Diligence, Business Plan and Related Analyses |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 3.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/06/25 | Monday | 2.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 2.5 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Case Documentation Analysis | Due Diligence, Business Plan and Related Analyses |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/13/25 | Monday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 1.0 | Process Discussions | General Case Administration |
| 01/17/25 | Friday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Baker (Associate)**   *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through January 31, 2025*

### Bruce Baker (Associate) - Case Hours Summary

| Categories | Hours |
|---|---|
| General Case Administration | 22.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 10.8 |
| Debtor Meetings and Discussions | 14.0 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 8.0 |
| Due Diligence, Business Plan and Related Analyses | 22.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 1.0 |
| **Total** | **80.8** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 01/21/25 | Tuesday | 2.5 | Internal Tracking | General Case Administration |
| 01/23/25 | Thursday | 0.5 | Debtor Call Scheduling | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/27/25 | Monday | 2.0 | Internal Tracking | General Case Administration |
| 01/29/25 | Wednesday | 1.0 | Review Materials | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Emma Golden (Analyst)** *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through January 31, 2025*

| Emma Golden (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 1.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 5.0 |
| Debtor Meetings and Discussions | 7.5 |
| Creditor Meetings and Discussions | 1.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 6.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 4.0 |
| **Total** | **24.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 1.0 | Bidding Procedures Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/29/24 | Friday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/03/24 | Tuesday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/04/24 | Wednesday | 1.0 | Brand Value Analysis | Valuation Analysis |
| 12/05/24 | Thursday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 1.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Daniel Augustine (Analyst)**                                                                                                                    STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION
*For the period November 25, 2024 through January 31, 2025*

### Daniel Augustine (Analyst) - Case Hours Summary

| Categories | Hours |
|---|---|
| General Case Administration | 27.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 10.3 |
| Debtor Meetings and Discussions | 9.5 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 21.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.5 |
| **Total** | **71.3** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/26/24 | Tuesday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 2.0 | Bidding Procedures Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/27/24 | Wednesday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/29/24 | Friday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 0.5 | Call with UCC Financial Advisor | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/02/24 | Monday | 1.0 | DIP Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/04/24 | Wednesday | 1.5 | Internal Filings | General Case Administration |
| 12/06/24 | Friday | 6.0 | David Orlofsky Deposition | General Case Administration |
| 12/06/24 | Friday | 0.5 | Internal Administration | General Case Administration |
| 12/09/24 | Monday | 5.0 | Neil Augustine Deposition | General Case Administration |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/09/24 | Monday | 0.5 | Internal Filings | General Case Administration |
| 12/10/24 | Tuesday | 1.0 | TWCF Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/11/24 | Wednesday | 0.5 | Internal Administration | General Case Administration |
| 12/11/24 | Wednesday | 0.5 | Sale Process Updates | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/16/24 | Monday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/17/24 | Tuesday | 0.5 | Process Discussions | Valuation Analysis |
| 12/18/24 | Wednesday | 0.5 | Call with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 1.0 | Internal Filings | General Case Administration |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/20/24 | Friday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/24/24 | Tuesday | 1.0 | Diligence Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/26/24 | Thursday | 1.0 | Internal Filings | General Case Administration |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/31/24 | Tuesday | 0.5 | Internal Case Analysis | Due Diligence, Business Plan and Related Analyses |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 3.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/06/25 | Monday | 2.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 2.5 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/13/25 | Monday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 1.0 | Process Discussions | General Case Administration |
| 01/17/25 | Friday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/21/25 | Tuesday | 2.0 | Internal Tracking | General Case Administration |
| 01/21/25 | Tuesday | 2.5 | Internal Tracking | General Case Administration |
| 01/23/25 | Thursday | 0.5 | Debtor Call Scheduling | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/24/25 | Friday | 3.0 | Internal Tracking | General Case Administration |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Daniel Augustine (Analyst)**                                                                                             *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through January 31, 2025*

| Daniel Augustine (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 27.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 10.3 |
| Debtor Meetings and Discussions | 9.5 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 21.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.5 |
| **Total** | **71.3** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 01/27/25 | Monday | 2.0 | Internal Tracking | General Case Administration |
| 01/29/25 | Wednesday | 1.0 | Review Materials | Due Diligence, Business Plan and Related Analyses |
| 01/30/25 | Thursday | 0.5 | Call Scheduling with Debtor Banker | Debtor Meetings and Discussions |