**EXHIBIT B**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES DURING COMPENSATION PERIOD (DECEMBER 9, 2024 – JANUARY 31, 2025)**

| Category of Timekeeper | Blended Hourly Rates | |
|---|---|---|
| | Billed by Non-Financial Restructuring Timekeepers for Preceding Year[1] | Billed in this Application |
| Partner | $1,448.58 | $2,247.96 |
| Senior Counsel and Counsel | $1,156.77 | $1,593.00 |
| Associate | $849.82 | $1,049.77 |
| Paraprofessionals & Other Support Staff | $562.25 | $534.77 |
| **All Timekeepers Aggregated** | **$1,114.94** | **$1,380.15** |

---

[1] Consistent with the Revised UST Guidelines, this **Exhibit B** discloses the blended hourly rate for the aggregate of all timekeepers in the domestic offices of Akin in which timekeepers collectively billed more than 10% of the hours to these cases during the Compensation Period (i.e., the New York, Washington, D.C. and Houston offices), segregated by category, and excluding all data from timekeepers practicing primarily in the financial restructuring group. This data is based on information from a rolling 12-month period ending January 31, 2025.