# **EXHIBIT C**

## **SUMMARY OF COMPENSATION BY TIMEKEEPER**

| Partners | Department | Office | Year of Admission | 2024 Rate[1] | 2025 Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| Marty L. Brimmage Jr. | Litigation | DA | 1995 | $2,195.00 | $2,495.00 | 53.10 | $126,754.50 |
| Brad M. Kahn | Financial Restructuring | NY | 2008 | $1,975.00 | $2,495.00 | 77.30 | $172,791.50 |
| Stephen Kuhn | Corporate | NY | 1991 | $2,195.00 | $2,495.00 | 22.10 | $50,699.50 |
| Avi E. Luft | Financial Restructuring | NY | 2000 | $1,975.00 | $2,250.00 | 135.40 | $291,230.00 |
| Michael S. Stamer | Financial Restructuring | NY | 1989 | $2,195.00 | $2,495.00 | 63.80 | $149,131.00 |
| **Partner Total:** | | | | | | **351.70** | **$790,606.50** |
| **Blended Rate** | | | | | | | **$2,247.96** |
| **Senior Counsel & Counsel** | Department | Office | Year of Admission | 2024 Rate | 2025 Rate | Total Hours | Total Compensation |
| Alexander F. Antypas | Financial Restructuring | DC | 2017 | $1,395.00 | $1,575.00 | 138.50 | $209,263.50 |
| Patrick Glackin | Litigation | NY | 2019 | $1,350.00 | $1,550.00 | 170.30 | $258,565.00 |
| Joanna F. Newdeck | Financial Restructuring | DC | 2005 | $1,650.00 | $1,800.00 | 75.60 | $128,790.00 |
| Patrick O'Brien | Litigation | DA | 2004 | $1,375.00 | $1,495.00 | 106.20 | $157,569.00 |
| Roxanne Tizravesh | Litigation | HO | 2009 | $1,650.00 | $1,725.00 | 234.70 | $401,212.50 |
| **Senior Counsel & Counsel Total:** | | | | | | **725.30** | **$1,155,400.00** |
| **Blended Rate** | | | | | | | **$1,593.00** |
| **Associates** | Department | Office | Year of Admission | 2024 Rate | 2025 Rate | Total Hours | Total Compensation |
| Mona Adabi | Government Contracts | DC | 2019 | $1,200.00 | $1,310.00 | 63.80 | $81,741.00 |
| Paul DaSilva | Litigation | NY | 2024 | | $995.00 | 16.50 | $16,417.50 |
| Talia L. Helfrick | Financial Restructuring | NY | 2023 | $995.00 | $1,195.00 | 262.30 | $293,568.50 |
| Samantha Raggio | Litigation | NY | Not Yet Admitted | $840.00 | $895.00 | 15.40 | $13,783.00 |
| Tate Schneider | Litigation | NY | 2024 | $840.00 | $995.00 | 16.90 | $15,017.50 |
| Alex Stamboulidis | Litigation | NY | Not Yet Admitted | $840.00 | $895.00 | 178.70 | $157,945.50 |
| Harris Stephens | Litigation | NY | 2024 | $840.00 | $995.00 | 17.00 | $16,915.00 |

---

[1] If no 2024 rate is shown, the relevant timekeeper did not bill any time to this matter in December 2024.

| Name | Department | Office | Year of Admission | 2024 Rate | 2025 Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| Truman Whitney | Litigation | NY | 2022 | $925.00 | $1,095.00 | 179.50 | $192,047.50 |
| **Associate Total:** | | | | | | **750.10** | **$787,435.50** |
| **Blended Rate** | | | | | | | **$1,049.77** |
| **Paraprofessionals/ Staff Attorneys** | **Department** | **Office** | **Year of Admission** | **2024 Rate** | **2025 Rate** | **Total Hours** | **Total Compensation** |
| Russell Collins | Staff Attorney, Litigation | NY | 1998 | | $850.00 | 21.60 | $18,360.00 |
| Michelle Holness | Litigation | NY | N/A | | $480.00 | 14.80 | $7,104.00 |
| Julie Hunter | Ediscovery | DA | N/A | | $515.00 | 18.20 | $9,373.00 |
| Brenda Kemp | Paralegal, Financial Restructuring | DA | N/A | $530.00 | | 5.30 | $2,809.00 |
| Dagmara Krasa | Paralegal, Financial Restructuring | NY | N/A | $530.00 | | 21.80 | $11,554.00 |
| Amy Laaraj | Paralegal, Financial Restructuring | NY | N/A | $530.00 | $555.00 | 72.20 | $38,676.00 |
| Sean Lay | Ediscovery | DC | N/A | | $475.00 | 19.20 | $9,120.00 |
| Mike Morse | Ediscovery | HO | N/A | 485.00 | $515.00 | 62.70 | $32,029.50 |
| Garrett Smith | Litigation | NY | N/A | | $355.00 | 9.00 | $3,195.00 |
| Manushi Tanna | Paralegal, Financial Restructuring | DC | N/A | $305.00 | | 5.70 | $1,738.50 |
| **Staff Attorney & Paraprofessional Total:** | | | | | | **250.50** | **$133,959.00** |
| **Blended Rate** | | | | | | | **$534.77** |
| **Total Hours / Fees Requested:** | | | | | | **2,077.60** | **$2,867,401.00** |
| **Blended Rate** | | | | | | | **$1,380.15** |