## EXHIBIT D

## SUMMARY OF COMPENSATION BY TASK CODE
## AGAINST BUDGETED HOURS AND FEES

| Task Code | Task Code Category | Hours Budgeted (Low – High) | Amount Budgeted (Low – High) | Actual Hours | Actual Amount |
|---|---|---|---|---|---|
| 2 | Case Administration | 100–200 | $150,000–$300,000 | 141.3 | $206,720.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 25–75 | $25,000–$75,000 | 23.0 | $28,380.50 |
| 6 | Retention of Professionals | 200–350 | $240,000–$420,000 | 256.2 | $308,408.00 |
| 8 | Hearings and Court Matters/Court Preparation | 50–75 | $90,000–$135,000 | 66 | $118,669.50 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 0–25 | $0–$37,500 | 5.2 | $9,922.00 |
| 20 | Investigation and Discovery Matters | 1,400–1,500 | $1,960,000–$2,100,000 | 1,471.9 | $2,026,608.00 |
| 22 | Disclosure Statement/ Solicitation/ Plan/Confirmation | 50–100 | $70,000–$140,000 | 62.7 | $83,928.50 |
| 25 | Travel Time | 0–15 | $0–$30,000 | 5.4 | $11,171.00 |
| 28 | Corporate Governance and Board Matters | 0–25 | $0–$37,500 | 15.2 | $33,304.50 |
| 31 | Business Operations | 0–25 | $0–$37,500 | 0.2 | $439.00 |
| 33 | Other Contested Matters | 25–50 | $37,500–$75,000 | 30.5 | $39,850.00 |
| | **TOTAL** | **1,850–2,440** | **$2,572,500–$3,387,500** | **2,077.6** | **$2,867,401.00** |