## EXHIBIT E

## SUMMARY OF EXPENSES BY CATEGORY

| Disbursement Activity | Amount ($) |
|---|---:|
| Computerized Legal Research - Lexis - In Contract 30% Discount | $4,606.14 |
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $24,800.48 |
| Computerized Legal Research - Courtlink - In Contract 50% discount | $730.74 |
| Computerized Legal Research - Other | $53.24 |
| Courier Service/Messenger Service - Off Site | $27.80 |
| Court Cost | $622.05 |
| Color Copy | $4,002.36 |
| Duplication - In House | $409.60 |
| Meals - Overtime | $160.00 |
| Meals - Business | $36.29 |
| Professional Fees - Contract Attorneys | $75,883.00 |
| Transcripts | $150.80 |
| Local Transportation - Overtime | $223.92 |
| **TOTAL:** | **$111,706.42** |