# **EXHIBIT F**

# **STAFFING PLAN**

| Category of Timekeeper | Number of Timekeepers Expected to Work on Matter During the Compensation Period | Average Hourly Rate |
|---|---|---|
| Partner | 4–6 | $2,250 |
| Senior Counsel and Counsel | 3–6 | $1,600 |
| Associate | 5–10 | $1,000 |
| Paralegals & Other Support Staff | 5–10 | $500 |