**<u>Exhibit 1</u>**

## Disputed Claims

| | Creditor | Claim to be modified | Debtor | Date filed/scheduled | Unsecured Claim amount | Modified Unsecured Claim amount | Basis for objection |
|---|---|---|---|---|---|---|---|
| 1 | Poston, Russell | 726 | Franchise Group, Inc. | 01/13/2025 | $250,000,000.00 | $1.00 | No Supporting Documentation Provided; Based Upon Review of Debtors' Books and Records |
| 2 | Ramirez, Olivia | 461 | Franchise Group, Inc. | 12/13/2024 | $250,000,000.00 | $1.00 | No Supporting Documentation Provided; Based Upon Review of Debtors' Books and Records |
| 3 | Zimmerman, Anna | 2193 | Franchise Group, Inc. | 01/24/2025 | $250,000,000.00 | $1.00 | No Supporting Documentation Provided; Based Upon Review of Debtors' Books and Records |
| **Claims totals** | | | | | **$750,000,000.00** | **$3.00** | |