## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 18, 2025, I caused a true and correct copy of the foregoing *Motion of Richard Grigsby for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* to be electronically filed with the Clerk of Court and served on the parties on the attached service list via CM/ECF and first-class mail.

Dated: March 18, 2025

*/s/ Michael Joyce*
Michael J. Joyce

## Service List

| | |
|---|---|
| William E. Arnault<br>Nicole L. Greenblatt<br>Derek I. Hunter<br>Maddison Levine<br>Mark E. McKane<br>Brian Nakhaimousa<br>Joshua Sussberg<br>**Kirkland & Ellis LLP**<br>warnault@kirkland.com<br>Nicole.greenblatt@kirkland.com<br>Derek.hunter@kirkland.com<br>Madison.levine@kirkland.com<br>Mark.mckane@kirkland.com<br>Brian.nakhaimousa@kirkland.com<br>Joshua.sussberg@kirkland.com<br><br>*Counsel to Debtor Franchise Group, Inc.* | Shella Borovinskaya<br>Kristin L. McElroy<br>Allison S. Mielke<br>Edmon L. Morton<br>**Young Conaway Stargatt & Taylor, LLP**<br>sborovinskaya@ycst.com<br>kmcelroy@ycst.com<br>amielke@ycst.com<br>emorton@ycst.com<br><br>*Counsel to Debtor Franchise Group, Inc.* |
| Freedom VCM Interco, Inc.<br>109 Innovation Court, Suite J<br>Delaware, OH 43015<br><br>*Debtor Pro Se* | Freedom VCM, Inc.<br>109 Innovation Court, Suite J<br>Delaware, OH 43015<br><br>*Debtor Pro Se* |
| Timothy J. Fox<br>**Office of the United States Trustee**<br>Timothy.fox@usdoj.gov<br><br>*U.S. Trustee* | Brian E. Farnan<br>Michael J. Farnan<br>**Farnan LLP**<br>Bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Counsel to the Ad Hoc Group of Freedom Lenders* |

| | |
|---|---|
| Thomas E. Lauria<br>J. Christopher Shore<br>Andrew Zatz<br>Samuel P. Hershey<br>Erin Smith<br>Brett Bakemeyer<br>Jade Yoo<br>Paula Kates<br>**White & Case LLP**<br>tlauria@whitecase.com<br>cshore@whitecase.com<br>azatz@whitecase.com<br>sam.hershey@whitecase.com<br>erin.smith@whitecase.com<br>brett.bakemeyer@whitecase.com<br>jade.yoo@whitecase.com<br>paula.kates@whitecase.com<br><br>*Counsel for the Ad Hoc Group of Freedom Lenders* | Gregory V. Demo<br>Jeffrey M. Dine<br>Robert J. Feinstein<br>Theodore S. Heckel<br>Alan J. Kornfeld<br>Beth E. Levine<br>Colin R. Robinson<br>Bradford J. Sandler<br>James W. Walker<br>Hayley R. Winograd<br>**Pachulski Stang Ziehl & Jones LLP**<br>gdemo@pszjlaw.com<br>jdine@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>theckel@pszjlaw.com<br>akornfeld@pszjlaw.com<br>blevine@pszjlaw.com<br>crobinson@pszjlaw.com<br>bsandler@pszjlaw.com<br>jwalker@pszjlaw.com<br>hwinograd@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |