## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480 (LSS) |
| Debtors. | |

## <u>MOTION AND ORDER FOR ADMISSION PRO HAC VICE</u>

Pursuant to Local Bankruptcy Rule 9010-1 of this Court, Local Bankruptcy Rule 2090-1(b) of the United States Bankruptcy Court for the District of Delaware and the certification below, counsel moves for the admission of Jeffrey M. Rosenthal, to represent CBRE, INC. as the court appointed receiver of 400 SUCCESS, LLC  in this action.


Dated: March 19, 2025
Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins
Lewis Brisbois Bisgaard & Smith LLP
500 Delaware Avenue Suite 700
Wilmington, Delaware 19801
t. (302) 295-9440
e. scott.cousins@lewisbrisbois.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, and in good standing as a member of the Bars of the State of New Jersey and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for District Court.

/s/ Jeffrey M. Rosenthal
Jeffrey M. Rosenthal
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
t. (973) 396-8378
e. jrosenthal@mblawfirm.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED, that, pursuant to Local Bankruptcy Rule 9010, the motion is granted.