**CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th day of March 2025, I caused a copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers to be filed and served via ECF Noticing to all parties receiving ECF Notices in this chapter 11 case.

                                              */s/ Adam D. Gold*
                                              Adam D. Gold (Bar No. 6412)