# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 25, 2025, a true and correct copy of *Bryant Riley's Objections to the Freedom Lender Group's Notice of Deposition* was caused to be served on the following counsel as indicated:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

**BY ELECTRONIC MAIL**

**FARNAN LLP**

Brian E. Farnan, Esq.
Michael J. Farnan, Esq.
919 North Market Street, 12th Floor
Wilmington, DE 19801
Email: bfarnan@farnanlaw.com
       mfarnan@farnanlaw.com

-and-

**WHITE & CASE LLP**

Thomas E Lauria, Esq.
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Email: tlauria@whitecase.com

-and-

J. Christopher Shore, Esq.
Andrew T. Zatz, Esq.
Colin West, Esq.
Samuel P. Hershey, Esq.
Erin Smith, Esq.
Brett Bakemeyer, Esq.
1221 Avenue of the Americas
New York, NY 10020
Email: cshore@whitecase.com
       azatz@whitecase.com
       sam.hershey@whitecase.com
       erin.smith@whitecase.com
       brett.bakemeyer@whitecase.com

Respectfully submitted,

Dated: March 25, 2025
Wilmington, Delaware

/s/ *John H. Knight*
John H. Knight (No. 3704)
Amanda R. Steele (No. 5530)
Alexander R. Steiger (No. 7139)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:  knight@rlf.com
     steele@rlf.com
     kandestin@rlf.com
     steiger@rlf.com

*Counsel to Bryant Riley*

**CERTIFICATE OF SERVICE**

I, John H. Knight, hereby certify that, on March 25, 2025, I caused a copy of the foregoing *Notice of Service* to be served via electronic mail upon the parties below:

**BY ELECTRONIC MAIL**

**FARNAN LLP**

Brian E. Farnan, Esq.
Michael J. Farnan, Esq.
919 North Market Street, 12th Floor
Wilmington, DE 19801
Email: bfarnan@farnanlaw.com
      mfarnan@farnanlaw.com

-and-

**WHITE & CASE LLP**

Thomas E Lauria, Esq.
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Email: tlauria@whitecase.com

-and-

J. Christopher Shore, Esq.
Andrew T. Zatz, Esq.
Colin West, Esq.
Samuel P. Hershey, Esq.
Erin Smith, Esq.
Brett Bakemeyer, Esq.
1221 Avenue of the Americas
New York, NY 10020
Email: cshore@whitecase.com
      azatz@whitecase.com
      sam.hershey@whitecase.com
      erin.smith@whitecase.com
      brett.bakemeyer@whitecase.com

                                             */s/ John H. Knight*
                                             John H. Knight (No. 3704)