RECEIVED
2025 MAR 25 PM 3:46
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER: 11 |
| | CASE NO.: 24-12480-LSS |
| FRANCHISE GROUP, INC., *et al.* | |
| | (Jointly Administered) |
| Debtors[1]. | |

## NOTICE OF APPEARANCE AND REQUEST FOR

## NOTICES AND SERVICE OF PAPERS

Ronald K. Brown, Jr., Esq. hereby enters his appearance for PC San Ysidro PB, LLC, PC International PB, LLC and PC Iagio PB, LLC and in accordance with Federal Rule of Bankruptcy Procedure 2002(g), respectfully requests that all notices, pleadings and other papers filed in the above-captioned proceeding be served upon him at the following address:

---

[1] The Debtors in these 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), B. Riley Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC ([•]), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

1

Case 24-12480-LSS    Doc 1169    Filed 03/25/25    Page 2 of 5

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11  March 24, 2025
12
...
28
```

PC San Ysidro PB, LLC
PC International PB, LLC
PC Iagio PB, LLC
c/o Ronald K. Brown, Jr.
LAW OFFICES OF RONALD K. BROWN, JR., APC
901 Dove Street, Suite 120
Newport Beach, California 92660
(949) 250-3322 - Telephone
(949) 250-3387 - Facsimile
E-mail: Ron@rkbrownlaw.com

/s/ Ronald K. Brown, Jr.
_____
Ronald K. Brown, Jr., Esq.
California State Bar No.: 102012
LAW OFFICES OF RONALD K. BROWN, JR., APC
901 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 250-3322

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 24th day of March, 2025, a copy of the foregoing Notice of Appearance and Request for Service of Papers were mailed to the parties listed below:

Franchise Group, Inc.
2371 Liberty Way
Virginia Beach, VA 23456

William E. Arnault
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654

Shella Borovinskaya
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Freedom VCM, Inc.
109 Innovation Court, Suite J
Delaware, OH 43015

Freedom VCM Interco, Inc.
109 Innovation Court, Suite J
Delaware, OH 43015

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Timothy Jay Fox, Jr.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Benjamin Joseph Steele
Kroll Restructuring Administration LLC
(F/K/A Prime Clerk LLC)
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Dated: March 24, 2025

                */s/ Ronald K. Brown, Jr.*
                Ronald K. Brown, Jr.




FedEx

This envelope is only for FedEx Express® shipments.

TRK# 8800 3580 7375 0201

TUE - 25 MAR 5:00P
STANDARD OVERNIGHT

19801
PHL
DE-US

REF: BROWN-SBDE-VITAMIN
(949) 250-3322

WILMINGTON DE 19801

TO CLERK OF THE COURT
DELAWARE BANKRUPTCY COURT
824 NORTH MARKET ST, 3RD FLOOR

ORIGIN ID:HWA  (949) 250-3322
RONALD K BROWN
901 DOVE ST, SUITE 120
NEWPORT BEACH CA 92660
UNITED STATES US

SHIP DATE: 24MAR25
ACTWGT: 0.50 LB
CAD: 256910822/INET4536

BILL SENDER

# LAW OFFICES OF RONALD K. BROWN, JR., APC

901 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 250-3322; Fax: (949) 250-3387

RECEIVED
2025 MAR 25  PM 3: 46
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

March 24, 2025

*Via Federal Express*
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
Clerk of the Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Re:   Debtor: FRANCHISE GROUP, INC., *et al.*

Dear Clerk of the Court:

Please file the enclosed a Notice of Appearance, Request for Notices and Service of Papers and return a conformed copy in the self addressed stamped envelope.

Should you have any questions, please feel free to contact me.

Very truly yours,

Law Offices of Ronald K. Brown, Jr., APC

Ronald K. Brown, Jr.

RKB/les
Enclosure