UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Case No. 247-12480-JTD |
| FRANCHISE GROUP, INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |
| _____/ | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES

TO: Clerk of the Court
US Bankruptcy Court
824 Market St.
3rd Floor
Wilmington, DE  19801

Edmon L. Morton
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

     PLEASE ENTER THE APPEARANCE of Heather L. Donald, Assistant Attorney General, as attorney for the State of Michigan, Department of Treasury, in the above-titled case.  This appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.  Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                              */s/  Heather L. Donald*
                                              Heather L. Donald  (P57351)
                                              Assistant Attorney General
                                              Cadillac Place Building
                                              3030 W. Grand Blvd. Ste. 10-200
                                              Detroit, MI 48202
                                              Telephone: (313) 456-0140
                                              E-Mail: donaldh@michigan.gov

Dated: March 26, 2025