UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:                                                            Case No. 247-12480-JTD

FRANCHISE GROUP, INC., *et al.*,          Chapter 11

                Debtors.                               (Jointly Administered)

_____/

## PROOF OF SERVICE

        The undersigned certifies that on March 26, 2025, a copy of the Notice of Appearance and Request for Service of Notices, was served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Edmon L. Morton
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 King St.
Wilmington, DE 19801

                                         */s/ Christina LaMothe*
                                         Christina LaMothe
                                         Secretary to:
                                         Heather L. Donald (P57351)
                                         Assistant Attorney General
                                         Cadillac Place
                                         3030 W. Grand Blvd., Suite 10-200
                                         Detroit, MI  48202
                                         (313) 456-0140

Dated:  March 26, 2025