IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CarePoint Health Systems Inc. d/b/a Just Health Foundation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appear, pursuant to Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors (collectively, the "Debtors") for and on behalf of Sanofi Pasteur, Inc. ("Sanofi").

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel, on behalf of Sanofi, hereby request service of any and all notices given or required to be given in the Chapter 11 Cases, and all papers served or required to be served in the Chapter 11 Cases, including all adversary proceedings and other related cases and proceedings (collectively, "Related Proceedings"), and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMC Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint HealthBayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

requests that the names and addresses of the undersigned counsel be added to all mailing matrices and service lists maintained in the Chapter 11 Cases. Service may be made and directed as follows:

| LOWENSTEIN SANDLER LLP | CROSS & SIMON, LLC |
|---|---|
| Andrew Behlmann, Esq. | Christopher P. Simon. Esq. |
| Michael Papandrea, Esq. | 1105 North Market Street, Suite 901 |
| One Lowenstein Drive | Wilmington, DE 19801 |
| Roseland, New Jersey 07068 | Telephone: (302) 777-4200 |
| Telephone: (973) 597-2500 | Facsimile: (302) 777-4224 |
| Facsimile: (973) 597-2333 | E-mail: csimon@crosslaw.com |
| E-mail: abehlmann@lowenstein.com | |
| E-mail: mpapandrea@lowenstein.com | *Local Counsel to Sanofi* |
| *Counsel to Sanofi* | |

**PLEASE TAKE FURTHER NOTICE** that this request for service includes not only the notices and papers referred to in the Bankruptcy Code, the Bankruptcy Rules, and the Federal Rules of Civil Procedure (wherever applicable), but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, email, or electronic filing or otherwise filed or made with regard to the Chapter 11 Cases or any Related Proceedings, and for the purposes of CM/ECF.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by Sanofi, does not, shall not, and shall not be deemed to:

- constitute a submission by Sanofi to the jurisdiction of the Bankruptcy Court;

- constitute consent by Sanofi to entry by the Bankruptcy Court of any final order in any non-core proceeding, which consent is hereby withheld unless, and solely to the extent, expressly granted in the future with respect to a specific proceeding; or

- waive any substantive or procedural rights of Sanofi, including but not limited to (a) the right to challenge the constitutional authority of the Bankruptcy Court to enter a final order or judgment on any matter; (b) the right to have final orders in non-core matters entered only after de novo review by a United States District Court judge; (c) the right to trial by jury in any proceedings so triable herein, in

any Related Proceedings, in the Litigation, or in any other case, controversy, or proceeding related to or arising from the Debtors, the Chapter 11 Cases, any Related Proceedings, or the Litigation; (d) the right to seek withdrawal of the bankruptcy reference by a United States District Court in any matter subject to mandatory or discretionary withdrawal; or (e) all other rights, claims, actions, arguments, counterarguments, defenses, setoffs, or recoupments to which Sanofi is or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, arguments, counterarguments, defenses, setoffs, and recoupments are expressly reserved, nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under any applicable law, rule, regulation, or order.

Dated: March 28, 2025  
Wilmington, Delaware

**CROSS & SIMON, LLC**

*/s/ Christopher P. Simon*  
Christopher P. Simon. Esq. (No. 3697)  
1105 North Market Street, Suite 901  
Wilmington, DE 19801  
Telephone: (302) 777-4200  
Facsimile: (302) 777-4224  
E-mail: csimon@crosslaw.com

*Local Counsel to Sanofi Pasteur, Inc.*

-and-

**LOWENSTEIN SANDLER LLP**  
Andrew Behlmann, Esq.  
Michael Papandrea, Esq.  
One Lowenstein Drive  
Roseland, New Jersey 07068  
Telephone: (973) 597-2500  
E-mail: abehlmann@lowenstein.com  
E-mail: mpapandrea@lowenstein.com

*Counsel to Sanofi Pasteur, Inc.*