**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE (DELAWARE)**

IN THE MATTER OF:

FRANCHISE GROUP, INC.,           Case No. 24-12480-jtd
                                                     Honorable JOHN T. DORSEY
          Debtor.                   Chapter 11

109 Innovation Court Suite J
Delaware, OH 43015
XXX-XX-1876
_____/

## NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX

**PLEASE TAKE NOTICE** that Richardo I. Kilpatrick of SHERMETA, KILPATRICK & ASSOCIATES, PLLC, hereby appears as counsel for Creditor Wayne County Treasurer, and pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon him at the following address: Shermeta, Kilpatrick & Associates, PLLC, 1030 Doris, Auburn Hills, Michigan 48326.

                         Respectfully submitted,

                         SHERMETA, KILPATRICK & ASSOCIATES, PLLC
                         Attorney for the Wayne County Treasurer

                         /S/*RICHARDO I. KILPATRICK*
                         RICHARDO I. KILPATRICK (P35275)
                         615 Griswold, Suite 1305
                         Detroit, MI 48226-3985
                         (248) 519-1700
                         ecf@kaalaw.com

Dated: March 28, 2025

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE (DELAWARE)**

**IN THE MATTER OF:**

| | |
|---|---|
| FRANCHISE GROUP, INC., | Case No. 24-12480-jtd |
|     Debtor. | Honorable JOHN T. DORSEY |
| | Chapter 13 |
| 109 Innovation Court Suite J | |
| Delaware, OH 43015 | |
| XXX-XX-1876 | |
| _____/ | |

**CERTIFICATE OF SERVICE**

      **MAGDELINE DUKE** certifies that on the 28th day of March, 2025, she served a copy of the NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX and this CERTIFICATE OF SERVICE upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Shella Borovinskaya                       sborovinskaya@ycst.com

U.S. Trustee

Office of the U.S. Trustee                via ecf e-mail

And by depositing same in a United States postal receptacle, with first class postage affixed thereto, addressed to:

Franchise Group, Inc.
109 Innovation Court
Delaware, OH 43015

                                                   /S/*Magdeline Duke*
                                                   **MAGDELINE DUKE**, an employee of
                                                   SHERMETA, KILPATRICK & ASSOCIATES, PLLC
                                                   615 Griswold, Ste. 1305
                                                   Detroit, MI 48226-3985
                                                   (248)519-1700
                                                   ecf@kaalaw.com