IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1121** |

## SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF PETRILLO KLEIN + BOXER LLP

Petrillo Klein + Boxer LLP ("PKB"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby supplements the *First Interim Fee Application of Petrillo Klein + Boxer LLP* [Docket No. 1121] (the "First Interim Application") for the period from November 3, 2024 through and including January 31, 2025 (the "Application Period") by attaching, as **Exhibits A** through **E** hereto, certain schedules requested by the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

*Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "<u>UST Guidelines</u>"). In addition, PKB respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

a. During the Application Period, PKB did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

b. The fees sought by PKB in the First Interim Application are not more than 10% higher than the fees budgeted in the budget provided by PKB to the Debtors for the Application Period.

c. The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy cases.

d. The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e. The time period covered by the First Interim Application includes approximately 0.00 hours with a value of $0.00 spent by PKB to ensure that the time entries subject to the First Interim Application comply with the Local Rules of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information.

[*Remainder of page intentionally left blank.*]

Dated: March 28, 2025
      New York, New York

                                               */s/ Joshua Klein*
                                               Joshua Klein
                                               **PETRILLO KLEIN + BOXER LLP**
                                               655 Third Avenue
                                               12th Floor
                                               New York, NY 10017
                                               Telephone: (212) 370-0334

                                               *Special Counsel to the Debtors and Debtors in Possession*