# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed by Timekeepers in all Domestic Offices, excluding bankruptcy[1] | Billed in these fee applications |
| Partner | $1,265 | $1,275 |
| Counsel | $935 | $0 |
| Associate | $817 | $825 |
| Staff Attorney | $435 | $435 |
| Paralegal | $335 | $335 |
| **All timekeepers aggregated** | **$900.30** | **$872.70** |

---

[1] In accordance with the UST Guidelines, the preceding year is a rolling 12 month year ending **May 31, 2024**; blended rates reflect work performed in all of the domestic offices, excluding all data from bankruptcy law matters.