## EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED
## IN THE FIRST INTERIM APPLICATION

| Name | Title | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period |
|---|---|---|---|---|
| Guy Petrillo | Partner | $2,631.50 | 1.9 | $1,385.00 |
| Joshua Klein | Partner | $486,688.00 | 363.2 | $1,340.00 |
| Kevin Puvalowski | Partner | $146,120.00 | 112.4 | $1,300.00 |
| Caelyn Stephens | Partner | $92,450.00 | 86.0 | $1,075.00 |
| David Hoffman | Associate | $95,755.50 | 110.7 | $865.00 |
| Cara Hume | Associate | $195,543.50 | 249.1 | $785.00 |
| Ann Marie James | Staff Attorney | $23,098.50 | 53.10 | $435.00 |
| Peyton Sobel | Paralegal | $9,715.00 | 29.00 | $335.00 |
| Katarina Beardsley | Paralegal | $13,232.50 | 39.5 | $335.00 |
| **Totals** | | **$1,065,234.50** | **1,044.9** | |