**EXHIBIT C**

**BUDGET**
**NOVEMBER 3, 2024 JANUARY 31, 2025**

| Estimated Fees | Fees Sought |
|---|---|
| $959,000.00 | $1,065,234.50 |
| **Estimated Expenses** | **Expenses Sought** |
| $956,687.00 | $946,222.50 |

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Budgeted Period** | **Hourly Rate** |
| **Partner** | 4 | $1,075–$1,385 |
| **Counsel** | 0 | $0.00 |
| **Associate** (7 or more years since first admission) | 1 | $865.00 |
| **Associate** (4-6 years since first admission) | 1 | $785.00 |
| **Associate** (less than 4 years since first admission) | 0 | $0.00 |
| **Staff Attorney** | 1 | $435.00 |
| **Paralegal** | 2 | $335.00 |