# **EXHIBIT D**

## SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENTS

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought** |
| Asset Analysis and Recovery | 995.7 | $1,031,685.00 |
| Fee/Employment Applications | 49.2 | $33,549.50 |
| **Totals** | **1,044.9** | **$1,065,234.50** |

| SUMMARY OF EXPENSE REIMBURSEMENTS | |
|---|---|
| **Expense Category** | **Amount** |
| Experts | $946,222.50 |
| **Total:** | **$946,222.50** |