**EXHIBIT E**

| | |
|---|---|
| **SUMMARY OF FIRST INTERIM APPLICATION** | |
| Name of Applicant | Petrillo Klein +Boxer LLP |
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by First Interim Application | November 3, 2024 through January 31, 2025 |
| Total compensation sought during the Application Period | $1,065,234.50 |
| Total expenses sought during the Application Period | $946,222.50 |
| Petition Date | November 3, 2024 |
| Retention Date | December 17, 2024 |
| Date of order approving employment | December 17, 2024 |
| Total compensation approved by interim order to date | N/A |
| Total expenses approved by interim order to date | N/A |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the First Interim Application for all attorneys | $1,125.00 |
| Blended rate in the First Interim Application for all timekeepers | $872.70 |
| Compensation sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $1,065,234.50 |
| Expenses sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $946,222.50 |
| Number of professionals included in the First Interim Application | 9 |
| If applicable, number of professionals in the First Interim Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amount Budgeted: $959,000<br>Amount Sought: $1,065,234.50<br>Difference: $106,234.50 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 1 |
| Are any rates higher than those approved or disclosed at retention? | No. |