## EXHIBIT B

**Kennedy Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF MICHAEL J. KENNEDY IN SUPPORT OF**
**THE APPLICATION OF DEBTORS FREEDOM VCM INTERCO, INC.**
**AND FREEDOM VCM, INC. FOR ENTRY OF AN ORDER**
**AUTHORIZING THE EMPLOYMENT AND RETENTION OF CHILMARK**
**PARTNERS, LLC AS FINANCIAL ADVISOR TO THE INDEPENDENT DIRECTOR,**
<u>**MICHAEL J. WARTELL, EFFECTIVE AS OF FEBRUARY 26, 2025**</u>

I, Michael J. Kennedy, under penalty of perjury, declare as follows:

1.     I am a Member of Chilmark Partners, LLC ("Chilmark"), a financial and

restructuring advisory services firm.  I am familiar with the matters set forth herein and make this

declaration (the "<u>Declaration</u>") in support of the *Application of Debtors Freedom VCM Interco,*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

*Inc. and Freedom VCM, Inc. for Entry of an Order Authorizing the Employment and Retention of Chilmark Partners, LLC as financial advisor to the Independent Director, Michael J. Wartell, Effective as of February 26, 2025* (the "<u>Application</u>").[2]

2.       I am not, nor is Chilmark, an insider of the Debtors.  To the best of my knowledge and information, neither Chilmark nor I hold directly any claim, debt or equity security of the Debtors.

3.       To the best of my knowledge and information, no partner or employee of Chilmark has been, within two years from the date of the filing of the Debtors' petitions, a director, officer or employee of any Debtor as specified in Bankruptcy Code section 101(14)(B).

4.       Chilmark does not have an interest materially adverse to the interests of the Independent Director, the Debtors' estates or any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, as specified in Bankruptcy Code section 101(14)(C), or for any other reason.

5.       Chilmark does not currently represent any Debtor or, to the best of my knowledge and information, any of the Debtors' related parties, affiliates, partners, or subsidiaries.  Moreover, Chilmark will not undertake the representation of any party other than the Independent Director in connection with these Chapter 11 Cases.

6.       Except as otherwise set forth herein, to the best of my knowledge and information, Chilmark neither holds nor represents any interest adverse to the Independent Director, the Debtors, their creditors or other parties in interest or their respective attorneys in connection with these Chapter 11 Cases.  Based upon information available to me, I believe that Chilmark is a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

7.      To determine Chilmark's relationships, if any, to parties that may have a connection to the Debtors, the following actions were taken by myself and/or my colleagues at my direction:

(a)      We obtained a list of partes in interest from the Debtors' proposed bankruptcy counsel.  A copy of the list of parties in interest which Chilmark reviewed is attached hereto as **Schedule 1** (collectively, the "Searched Parties").

(b)      We then compared the names of each of the Searched Parties to an internal database of our current and recent clients.

(c)      An email was issued to all Chilmark's professionals requesting disclosure of information regarding: (i) any known personal connections between the respondent and/or Chilmark on the one hand, and the Searched Parties on the other hand;[3] (ii) any known connections or representations by the respondent and/or Chilmark of any of those Searched Parties in matters relating to the Debtors; and (iii) any other conflict or reason why Chilmark would be unable to represent the Retaining Debtors.

(d)      Known connections between Chilmark and the Searched Parties were compiled for purposes of preparing this Declaration.  These connections are listed in **Schedule 2** annexed hereto.

8.      As can be expected from any professional services firm such as Chilmark, Chilmark currently provides and historically has provided services to clients with interests in these Chapter 11 Cases.  Set forth in **Schedule 2** annexed hereto is a list of those Searched Parties (i) who are current clients on matters unrelated to these Chapter 11 Cases or (ii) who have been clients in the past three years on matters unrelated to these Chapter 11 Cases (collectively, the "Current or Former Clients").  In addition, **Schedule 2** includes those Searched Parties that are not Current or Former Clients but with whom Chilmark has provided services in connection with certain client assignments in the past three years on matters unrelated to these Chapter 11 Cases (the "Related

---

[3]    In reviewing its records and relationships of its professionals, Chilmark did not seek information as to whether any Chilmark professional or member of their immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain Chilmark professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors, or any other party in interest; or (b) has engaged in ordinary course consumer transaction with any party in interest.  If any such relationship does exist, I do not believe it would impact Chilmark's disinterestedness or otherwise give rise to a finding that Chilmark holds or represents an interest adverse to the Retaining Debtors' estates.

Entities"). As part of Chilmark's diverse practice, Chilmark regularly is retained by parties to provide advice in connection with credit facilities for which there are many lenders. Certain of those Related Entities set forth on **Schedule 2** have been the beneficiary of such advice as lenders on matters unrelated to these Chapter 11 Cases.

9.    **Schedule 2** does not include Searched Parties that have been involved in matters in which Chilmark has been retained, but for whom Chilmark did not provide services. As part of Chilmark's diverse practice, Chilmark is routinely involved in matters with many parties, some of whom may be Searched Parties, who have not engaged Chilmark and may be adverse to parties who have. I do not believe any such relationship creates interests materially adverse to the Retaining Debtors are none is in connection with these Chapter 11 Cases.

10.    Further, as part of its diverse practice, Chilmark has appeared in numerous cases and proceedings, and participated in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent claimants and parties in interest in these Chapter 11 Cases. Further, Chilmark has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms and has been represented by various attorneys and law firms, some of whom may be involved in these proceedings. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Retaining Debtors and none are in connection with these Chapter 11 Cases.

11.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge, I do not believe there is any connection between Chilmark and the U.S. Trustee, any person employed with the U.S. Trustee or any bankruptcy judge currently serving on the United States Bankruptcy Court for the District of Delaware.

12.    Chilmark will periodically review its relationships during its provision of financial advisory services to the Independent Director in these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Chilmark will use reasonable efforts to identify such further developments and will file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## COMPENSATION

13.    Chilmark will make appropriate applications to this Court pursuant to Bankruptcy Code sections 328, 330 and 331 for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Interim Compensation Order, the Fee Examiner Order and any other orders of this Court. Subject to this Court's approval, Chilmark will charge for its financial advisory services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered, subject to Bankruptcy Code sections 328, 330 and 331.

14.    Chilmark's hourly rates are provided below:[4]

| Billing Category | Range |
|---|---|
| Managing Member | $1,650 |
| Members | $1,020 - $1,275 |
| Associates | $450 - $550 |

15.    The hourly rates set forth above are Chilmark's standard hourly rates for work of this nature.  These rates are set at a level designed to compensate Chilmark fairly for the work of its professionals and to cover fixed and routine expenses.  Chilmark's hourly rates vary with the experience and seniority of the individuals assigned.  Chilmark's hourly rates are consistent with

---

[4]    Chilmark does not intend to seek any rate adjustments in these Chapter 11 Cases.

(i) market rates for comparable services and (ii) the rates that Chilmark charges and will charge other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

16.     In addition to the fees described above, Chilmark expects to seek reimbursement for expenses incurred in connection with the engagement including, among other things, photocopying charges, travel expenses, and computerized research.  Chilmark will seek reimbursement for such expenses pursuant to, among other things, any applicable guidelines established by the Office of the U.S. Trustee.

17.     No agreement exists, nor will any be made, to share any compensation received by Chilmark for its services with any other person or firm other than members of Chilmark.

18.     As specifically set forth herein and in the attached schedules, Chilmark represents certain of the Debtors' creditors or other parties in interest in ongoing matters unrelated to the Debtors and these Chapter 11 Cases.  To the best of my knowledge and insofar as I have been able to ascertain, none of the representations described herein are materially adverse to the interests of the Independent Director, the Retaining Debtors or the Retaining Debtors' estates.  Moreover, based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, Chilmark is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b) and as required by Bankruptcy Code section 327(a).

19.     The foregoing constitutes the statement of Chilmark pursuant to Bankruptcy Code sections 328(a), 329 and 504, Bankruptcy Rules 2014(a) and 2016(b) and Local Rules 2014-1 and 2016-1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 28, 2025

/s/ *Michael J. Kennedy*
Name: Michael J. Kennedy

**Schedule 1**

**Schedule of Searched Parties**

## 5% or Greater Equity Holders

B. Riley Private Shares 2023-2 QP, LLC
B. Riley Securities, Inc.
BRF Investments, LLC

Brian Kahn and Lauren Kahn Joint Tenants
  by Entirety
Vintage Opportunity Partners, L.P.

## 2002 Parties

ACAR Leasing LTD d/b/a GM Financial
  Leasing
Ahuja Development LLC
Alisan Trust
Allen ISD
Amazing Organics LLC t/a Amazing Herbs
Austria Legal, LLC
B. Riley Principal Investments, LLC and its
  affiliates
Ballard Spahr LLP
Barclay Damon LLP
Barnes & Thornburg LLP
Bayard, P.A.
BC Exchange Salt Pond
Benenson Capital Partners LLC
Benesch Friedlander Coplan & Aronoff LLP
Bernstein Litowitz Berger & Grossmann
  LLP
Blakeley LC
Blank Rome LLP
Block & Leviton, LLP
Blue Owl Real Estate Capital LLC
Blue Yonder, Inc.
Bowie Central Appraisal District
Brazoria County Municipal Utility District
  #34
Brazos County
Brian T. FitzGerald
Bridge33 Capital LLC
Brixmor Operating Partnership LP
Brookfield Properties Retail, Inc.
Brownsville Independent School District

Buchalter, A Professional Corporation
Burr & Forman LLP
Certilman Balin Adler & Hyman, LLP
Chapel Hill North Station LLC
Chipman Brown Cicero & Cole, LLP
Cintas Corporation No. 2
City of Allen
City of Carrollton
City of El Paso
City of Frisco
City of Houston
City of McAllen
City of Montgomery
City of Pasadena
City of Sulphur Springs
City of Waco
City of Wylie
Clark Hill PLC
Cohen Pollock Merlin Turner, P.C.
Comenity Capital Bank
Commons at Southpark LLC
Connolly Gallagher LLP
Continental Realty Corporation
Cook, Vetter, Doerhoff & Landwehr, P.C.
Copperas Cove Independent School District
County of Loudoun, Virginia
County to Imperial Treasurer-Tax Collector
Cowles & Thompson, P.C.
Cozen O'Connor
Cross & Simon, LLC
CTO24 Carolina LLC, as successor in
  interest to DDR Carolina Pavilion, LP

Curbline Properties Corp.
Deer Park ISD
Dell Financial Services L.L.C.
Dentons Sirote PC
Diajeff Trust
DLC Management Corporation
Doctor's Best Inc
Drink LMNT, Inc.
Duane Morris LLP
Ellis County
Esan LLC
Faegre Drinker Biddle & Reath LLP
Farnan LLP
First Washington Realty
Five Town Station LLC
Fort Bend County
Fundamentals Company LLC
Galveston County
Glanbia Performance Nutrition, Inc.
GM Financial Leasing
Golden Station LLC
Grayson County
Greenberg Traurig, LLP
Gregg County
Hamilton Ridge Station LLC
Hampton Village Station LLC
Harris CO ESD # 08
Harris CO ESD # 09
Harris CO ESD # 11
Harris CO ESD # 16
Harris CO ESD # 48
Harris County
Harris County Attorney's Office
Harris County Department of Education
Harris County Flood Control District
Harris County Hospital District
Harris County Port of Houston Authority
Heritage Seymour II, LLC
Hilco Merchant Resources, LLC
Hopkins County
Houston Comm Coll System
Houston ISD
Integra Cre, Inc.
Irving ISD
Jefan LLC
Jefferson County

Jensen Beach Station LLC
JLL Property Management (Franklin Mall)
Kaplin Stewart Meloff Reiter & Stein, P.C.
Katy ISD
Kaufman County
Kelley Drye & Warren LLP
Kempner Properties, LLC
Ken Burton, Jr., Manatee County Tax
    Collector
Kerrick Bachert PSC
Kerrville Independent School District
Kessler Topaz Meltzer & Check LLP
Kimco Realty Corporation
Klehr Harrison Harvey Branzburg LLP
Kurtzman Steady LLC
La Vega Independent School District
Landis Rath & Cobb LLP
Laurel Lakes, LLC
Law Office of Susan E. Kaufman
Lewisville ISD
Lichtefeld Properties LLC
Linebarger Goggan Blair & Sampson, LLP
Lone Star College System
Lowenstein Sandler LLP
Lubbock Central Appraisal District Midland
    County
Magnolia Independent School District
Mars Fishcare North America, Inc.
McCarter & English, LLP
McCreary, Veselka, Bragg, & Allen, P.C.
McKenna Storer
Memorial Kirkwood Station LLC
Meyers, Rodbell & Rosenbaum, P.A.
Michael J. Wartell
Mirick, O'Connell, DeMallie & Lougee,
    LLP
MJK Real Estate Holding Company, LLC
Montgomery County
Monzack Mersky and Browder, P.A.
Morgan, Lewis & Bockius LLP
Morris James LLP
Munsch Hardt Kopf & Harr, P.C.
Nancy C. Millan, Hillsborough County Tax
    Collector
National Realty & Development Corp.
Navarro County

2

Northwest ISD
Office of the United States Trustee for the District of Delaware
Offit Kurman, PA
Oklahoma County Treasurer
Oracle America, Inc
Orchard Square Station LLC
Parker CAD
Pasan LLC
Pashman Stein Walder Hayden, PC
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
Phillips Edison & Company
Polsinelli PC
Potter Anderson & Corroon LLP
Potter County Tax Office
Prince George's County, Maryland
Prophecy Settlement-related Liquidating Trust 2022-23
Prosper ISD
Quarles & Brady LLP
Rainbow Station North LLC
Randall County Tax Office
Raymond Leasing Corporation
Regency Centers, L.P.
Richards Layton & Finger PA
Riemer & Braunstein LLP
S&D Law
Saul Ewing LLP
Segal McCambridge Singer & Mahoney
Sessions, Fishman & Nathan, LLC
Seward & Kissel LLP
Shipman & Goodwin LLP
ShopCore Properties
ShopOne Centers REIT, Inc.
Simon Property Group, Inc.
Singer & Levick, P.C.
Sirlin Lesser & Benson, P.C.
SITE Centers Corp.
Smith County
Southfield Station LLC
Squire Patton Boggs (US) LLP
Stark & Stark, P.C.
Stone Gate Station LLC

Stowsan Limited Partnership
Streusand, Landon, Ozburn & Lemmon, LLP
Sullivan Hazeltine Allinson LLC
Sulphur Springs ISD
Summerville Station LLC
Sun Brothers, LLC
Sunwarrior Ventures LLC d/b/a Sunwarrior LLC
Surprise Towne Center Holdings, LLC
Swanson, Martin & Bell, LLP
SWK Attorneys at Law
Tarrant County
Tax Appraisal District of Bell County
Tayman Lane Chaverri LLP
Tenenbaum & Saas, P.C.
Texas Attorney General's Office
Texas Comptroller of Public Accounts
The ChildSmiles Group, LLC a/k/a Abra Health
The Ehrlich Law Firm
The J. M. Smucker Company
The Magnozzi Law Firm, P.C.
Thompson Hine LLP
Thompson O'Brien Kappler & Nasuti PC
TM2, LLC
Tolson & Wayment, PLLC
Tom Green CAD
Town of Prosper
Tydings & Rosenberg LLP
U.S. Attorney for the District of Delaware
United Parcel Service, Inc.
Valrico Station LLC
Vestar-CPT Tempe Marketplace, LLC
VS Tempe, LLC
Waco Independent School District
Weltman, Weinberg & Reis Co. LPA
Wheat Ridge Station LLC
Wheeler REIT,LP
White & Case LLP
Williamson County
Wise County
Woodbolt Distribution, LLC
WPG Legacy, LLC

**Banks**

| | |
|---|---|
| American Savings Bank | Key Bank |
| Arvest Bank | M&T Bank |
| Axos Bank | PNC Bank |
| Bank of America, N.A. | Prosperity Bank |
| Centennial Bank | Regions Financial Corporation |
| CIBC Bank USA | Simmons Bank |
| Citizens Bank, N.A. | Southern Bank |
| Equity Bank | TD Bank |
| Fifth Third Bank | Truist Bank |
| First Bank of Clewiston | US Bank |
| First Commonwealth Bank | Wells Fargo Bank, N.A. |
| First Financial Bank | |

**DE – Judges**

| | |
|---|---|
| Chan, Ashely M. | Shannon, Brendan L. |
| Dorsey, John T. | Silverstein, Laurie Selber |
| Goldblatt, Craig T. | Stickles, J. Kate |
| Horan, Thomas M. | Walrath, Mary F. |
| Owens, Karen B. | |

**DE – Office of the United States Trustee**

| | |
|---|---|
| Andrew R. Vara | Jonathan Nyaku |
| Benjamin Hackman | Joseph Cudia |
| Christine Green | Joseph McMahon |
| Diane Giordano | Lauren Attix |
| Dion Wynn | Linda Casey |
| Edith A. Serrano | Linda Richenderfer |
| Elizabeth Thomas | Malcolm M. Bates |
| Fang Bu | Michael Girello |
| Hannah M. McCollum | Nyanquoi Jones |
| Holly Dice | Richard Schepacarter |
| James R. O'Malley | Rosa Sierra-Fox |
| Jane Leamy | Shakima L. Dortch |
| Jonathan Lipshie | Timothy J. Fox, Jr. |

**Debtor & Debtor Affiliates**

| | |
|---|---|
| American Freight FFO, LLC | American Freight Management Company, LLC |
| American Freight Franchising, LLC | |
| American Freight Franchisor, LLC | American Freight Outlet Stores, LLC |
| American Freight Group, LLC | American Freight, LLC |
| American Freight Holdings, LLC | B. Riley Receivables II, LLC |

4

Betancourt Sports Nutrition, LLC
Buddy's Franchising and Licensing, LLC
Buddy's Newco, LLC
Educate, Inc.
Franchise Group Acquisition TM, LLC
Franchise Group Intermediate AF, LLC
Franchise Group Intermediate B, LLC
Franchise Group Intermediate BHF LLC
Franchise Group Intermediate Holdco, LLC
Franchise Group Intermediate L, LLC
Franchise Group Intermediate PSP, LLC
Franchise Group Intermediate S, LLC
Franchise Group Intermediate SL, LLC
Franchise Group Intermediate V, LLC
Franchise Group New Holdco, LLC
Franchise Group Newco BHF, LLC
Franchise Group Newco PSP, LLC
Franchise Group Newco S, LLC
Franchise Group Newco SL, LLC
Franchise Group Newco V, LLC
Franchise Group, Inc.
Freedom Receivables II, LLC
Freedom VCM Holdings, LLC

Freedom VCM Interco Holdings, Inc.
Freedom VCM Interco, Inc.
Freedom VCM Receivables, Inc.
Freedom VCM, Inc.
Home and Appliance Outlet LLC
Pet Supplies "Plus", LLC
PSP Distribution, LLC
PSP Franchising, LLC
PSP Group, LLC
PSP Midco, LLC
PSP Service Newco, LLC
PSP Stores, LLC (Ohio)
PSP Subco, LLC
Valor Acquisition, LLC
Vitamin Shoppe Florida, LLC
Vitamin Shoppe Franchising, LLC
Vitamin Shoppe Global, LLC
Vitamin Shoppe Industries LLC
Vitamin Shoppe Mariner, LLC
Vitamin Shoppe Procurement Services, LLC
W.S. Badcock Corporation
WNW Franchising, LLC
WNW Stores, LLC

## Directors and Officers

Aaron Granger
Alissa Ahlman
Andrew Kaminsky
Andrew Laudato
Andrew M. Laurence
Anthony Block-Belmonte
Brian Hoke
Bryant R. Riley
Chris Meyer
Christopher Rowland
Daniel McNamara
Eric Seeton
Jacob Jones
Jeff Van Orden
Jeffrey Seghi

Jemma Lawrance
John Hartmann
Kenneth Miles Tedder
Lee Wright
Michael Bennett
Mike Gray
Muriel Gonzalez
Neal Panza
Norman McLeod
Peter Corsa
Philip Etter
Teresa Orth
Tiffany McMillan-McWaters
Todd Arden
Todd Evans

## Insurance Providers & Brokers

ACE Property and Casualty Insurance
   Company

AleraGroup, Inc.
Allianz Global Risks US Ins Co

5

Allied World Assurance Co
American Guarantee & Liability Ins Co
American International Group (AIG)
Amwins Brokerage of the Midwest
At-Bay Specialty Ins Co
AXA Insurance Company
AXIS Insurance Company
Berkshire Hathaway Specialty Insurance
Chubb Group of Insurance Companies
Cincinnati Insurance Companies
CNA
Continental Insurance Co
Endurance American Ins Co
Evanston Ins Co
Everest
FIRST Insurance Funding, a Division of
    Lake Forest Bank & Trust Company, N.A.
GCG Risk Management Consultants LLC
Great American Assurance Company
Hartford Fire Insurance Company
Ironshore Specialty Ins Co

Lancashire Insurance Co (UK) Limited
Landmark American Ins Co
Lexington Insurance Company
Liberty Insurance Underwriters Inc
Lloyd's
Markel American Insurance Co
Mitsui Sumotomo Ins Co of Amer
National Union Fire Ins Co of Pittsburgh
Navigators Insurance Company
RT Specialty of Illinois, LLC
RT Specialty, LLC
Scottsdale Insurance Company
Scottsdale Surplus Lines Ins
Starr Surplus Lines Ins Co
Steadfast Insurance Company
The Continental Insurance Company
Travelers Excess and Surplus Lines Co
Westchester Fire Insurance Co
Westchester Surplus Lines Ins Co
Wright National Flood Insurance Services
Zurich American Ins Co of IL

**Landlords & Lessors**

100 Brentwood Associates L.P.
1000 Boston Turnpike LLC
103rd STREET 6024, LLC
1050 Sunrise LLC
1170 Northern Boulevard LLC
1210 Morena West LLC
1230 Zion, LLC
1250 Niagra Falls Boulevard Tonawanda
    LLC
12550 LLC
1313 Apalachee Parkway, LLC
1499 Rome Hilliard LLC
1515 Lititz Partners, LLC
1522 14th Street LLC
1584 Flatbush Avenue Partners, LLC
1700 Eubank, LLC
175 Memorial Ave., LLC
1800 Rosecrans Partners LLC
1803 Rockville Pike LLC
195 Harbison, LLC
1997 GRP Limited Partnership

2013 Massey Blvd LLC
211 Wallkill Realty LLC
2130 Pleasant Hill Rd
2151 Highland Partners, LLC
2205 Federal Investors, LLC
2229 2nd Street North-Millville, LLC
2233 & 2235 MO BLVD, LLC
2397 S. Stemmons LLC
244 East 86th Street LLC
250 Three Springs, LP
27386 Carronade, LLC
280 Metro Limited Partnership
2885 Gender Road, LLC
30 Worcester Road LLC
300 West 23rd Street Retail LLC
30X30 34th Street Lubbock Partners, LLC
3200 HWY 13, LLC
327 EH LLC
335 MMR Development, LLC and Who is
    John Galt? LLC
3610 Partners, GP

3644 Long Beach Road LLC
383 Army Trail LLC
3841 Kirkland Highway, LLC
385 Fifth Avenue LLC
385 S Colorado Blvd LLC
400 Success LLC
400-688 N. Alafaya Trail, LLC
401 Federal Investments, LLC
4015 Veterans, LLC
4100 Tomlynn Street-Rebkee, LLC
4116 OBT Investments, LLC
415 State Route 18 LLC
425 Broadway RE Holdings LLC
431 Broadway RE Holdings LLC
434 Southbridge LLC
4405 Milestrip HD Lessee LLC
470 French Road L.L.C.
4701 Cooper Street Arlington, L.L.C.
4801 Hulen LLC
4801 Washtenaw LLC
4968 Transit Road LLC
5055 Monroe Street, LLC
5501 LR LLC
5510-5520 Broadway LLC
5592 Santa Teresa Blvd., LLC
570 Associates III, LLC
570 DAB 29, LLC
5702 Johnston, LLC
5737-5848 North Elizabeth Street Holdings,
    LLC
5J's Vegas Rainbow LLC
6001 Powerline, LLC
601 Plaza, LLC
602 W 9TH ST, LLC
60617 Balboa Mesa, LLC
6310 West 95th LLC
65 Holmes Investment Partners LLC
6588 LLC
66 Holyoke LLC
7000 S May Ave, LLC
7708 W Bell Road LLC
78 Lawrence Street LLC
801 South Ft. Hood, LLC
81-01 37th Avenue LLC
8246 Delaware, Inc.
8600 West Golf LLC

900-71, LLC
9-27 Natick LLC
94 LLC
95 Nyrpt, LLC
A & B Properties Hawaii, LLC, Series R
A. Roland Kimbrell Trust
Aberdeen Marketplace, LLC
Aberdeen Oklahoma Associates
Aberfeldy Properties, Inc.
Abra Health, LLC
ACA-SC Limited Partnership
Access Commercial LLC
Acorn Ridge Properties LLC
ACS Fort Smith Pavilion AR, LLC
Actagon Corporation
Advantage Construction Walton
AE Holdings III, LLC
AEI Accredited Investor Fund VI LLP
AEI National Income Property Fund VII LP
AEI National Income Property Fund VIII LP
AFI Greer LLC
Afreight Holdings, LLC
AG Cameron Shops LLC
Airport Square NV, LLC
AJA Turnpike Properties
AJDC 2, LLC
Ala Moana Anchor Acquisition, LLC
Alamo SPE JT LLC
Alamo SPE Muir LLC
Alamo SPE Poplin LLC
Alamo SPE RFM LLC
Alamo SPE Schulmann LLC
Alba Village Regency
Albany Management
Albany Plaza Shopping Center LLC
Albert Hans, LLC
Alisan LLC
Aliso Medical Properties LLC
All American Association, LLC
Allentex, LP
Alliance-March III LLC
Alpine Income Property OP, LP
Alturas Metro Towne Center LLC
AMA Generation Properties Rio LLC
Amerco Real Estate Company
American Plaza Group, LLC

AMG Properties Inc.
Amplify Credit Union
Anchor Chattanooga, LLC
Anderson Plaza, LLC
Angle Gully LLC
Apuat Management, LLC
Arc Cpfaync001, LLC
Arc Mclvsnv001, LLC
Arc Tskcymo001, LLC
Arcadia Hub Holdings I, LLC
Arch Village Management Realty LLC
Arden Plaza Associates, LLC
Ares Holdings, L.L.C.
ARG LSSALMD001, LLC
Arizona Mills Mall, LLC
Arlington Ridge Market Place, LLC
AR-Park Shopping Center, LLC and JSP-
   Park Shopping Center, LLC
Arsenal Plaza Associates, LLC
Arvig LLC
Ashley Park Property Owner LLC
Aspen Rt 9 LLC
Asset Acquisitions, LLC
Atlanta Industrial TT, LLC
Atlantic Plaza Station LLC
Aurora Corner, LLC
Aveni-Chardon, Ltd.
AVR CPC Associates, LLC
Azalea Joint Venture, LLC
Azzarello Family Partners LP
B.H. 3021-3203 South IH35, LLC
B.J. McCord D/B/A McCord Business
   Center
B33 Ashley Furniture Plaza II LLC
B33 Broadview Village LLC
B33 Centennial Promenade III, LLC
B33 Metro Crossing II LLC
B33 Wrangleboro II LLC
B33 Yuma Palms III LLC
Babson Macedonia Partners, LLC
BADA CT, LLC
Baldwin Gardens, Inc.
Bane Holdings of Tallahassee, LLC
Banner Partners, LLC
Barbara Friedbauer
Barclay Square LLC

Bardstown S.C., LLC
Bauer & O'Callaghan LLC
BC Airport, LLC
BC of St. Lucie West LLC
BC Retail, LLC
BCDC Portfolio Owners LLC
BCDPF Radar Distribution Center LLC
BCHQ Owner LLC
BCP Investors, LLC
BDG Kendall 162 LLC
Belden Park JV LLC
Bell Tower 24, LLC
Bell Tower Associates
Bell-51st, LLC
Belt 98, LLC
Beral LLLP
Berkshire Crossing Retail LLC
Berryessa Plaza LLC
Best Buy Stores, L.P.
Beta-Bremerton L.L.C.
BG Plaza, LLC
Bierbrier South Shore Place Braintree LLC
Big Flats CEG I, LLC
Big Flats CEG III LLC
Big Flats Patricia Lane LLC
Big Flats TEA LLC
Big Flats TEI Equities LLC
Big Flats Westfield Commons LLC
Birdcage GRF2, LLC
Bkxl Eastex LTD.
Black Creek Diversified Property Operating
   Partnership LP
Blass Properties, INC.
Blue Ash OH Center LLC
Blue Green Capital, LLC
Blue Mountain IPG Associates, LP
BMA Springhurst LLC
Boardman Plaza Associates LLC
Boatlanding Development Co., Inc.
Bobson Portfolio Holdings LLC
Boca Park Marketplace LV, LLC
Bond Street Fund 11, LLC
Bond Street Fund 8, LLC
Bostick Development LLC
Boswell Avenue I, LLC
Boulevard Centre LLC

Bowman MTP Center LLC
Bradford Kleeman Properties, LLC
Bradford Vernon IV LLC
Bradley Boulevard Shopping Center
Brand Properties IV, LLC
BRC Hendersonville, LLC
BRE DDR IVA Southmont PA LLC
BRE Mariner Venice Shopping Center LLC
BRE Retail NP Festival Centre Owner LLC
BRE Retail Residual Owner 1 LLC
BREIT Canarsie Owner LLC
Brian J. McLaughlin
Brick Management LLC
Brick Pioneer LLC
Brierwood Village LLC
Brighton Landmark, LLC
Brixmor Burlington Square LLC
Brixmor GA Arlington Heights LLC
Brixmor GA Lunenburg Crossing LLC
Brixmor GA Wilkes-Barre LP
Brixmor Holdings 8 SPE, LLC
Brixmor Roosevelt Mall Owner, LLC
Brixmor SPE 5 LLC
Brixmor Sunshine Square LLC
Brixmor/Ia Bennets Mills Plaza, LLC
Brixmor/IA Clearwater Mall, LLC
Brixton Rogue, LLC
Brookdale Shopping Center, L.L.C.
Brookhill V Acquisition, LLC
Brooksville Commercial Properties, LLC
Brooksville Cortez, LLC
Brooksville Square Plaza, LLC
Brown Deer Mall, LLC
Bruce A. Goodman
Bruce Howe Trust
Brunswick Center Associates, L.L.C.
Brust Development Company, LLC
Bryn Mawr Plaza Associates
BSW/DMW Properties LLC
BTMI, Ltd.
Buffalo-Pittsford Square Assoc. LLC
Builders, Inc.-Commercial Division
Bund Scenery USA, LLC
Burlington Development, LLC
Burlington U Mall Owner LLC
BVA Alamo SPE LLC

BVA Rim GP LLC
Bvif Westside 6275 LLC
BWI Westwood LLC
BZA Northtowne Center SPE, LLC
Cafaro Leasing Company, LLC
California Car Hikers Service
Camden Village LLC
Candler RD Plaza GA LLC
Canton Aires Shopping Plaza, LLC
Canyon Springs Marketplace North
    Corporation
Capital 12520 LLC
Capital Enterprises, Inc.
Caplowe-Voloshin Realty, LLC
Carnegie Management and Development
    Corporation
Carp Outparcel, LLC
Causeway Square, LLC
CBB Venture LLC
CBL & Associates Management, Inc.
CC&B Associates LLC
CCBF Associates (Greenville), LLC
CCP&FSG, L.P.
CD II, Properties, LLC
CDA Enterprises, LLC
CEA Beverly LLC
Cedar Equities, LLC
Cedar Golden Triangle, LLC
Cental Mall Port Arthur Realty Holding,
    LLC
Centerpoint 550, LLC
Centerpointe Plaza Associates LP
Centerview Plaza, LLC
Central Islip Holdings LLC
Central Mall Port Arthur Realty Holding,
    LLC
Central Park Avenue Associates, LLC
Central Park Retail, LLC
Central Rock, LLC
Centro Deptford LLC
Certified Capital, LP
CETA Group Limited Partnership
Cfh Realty Iii/Sunset Valley, L.P.
CFJ Investments LLC
CFT NorthPointe LLC
Chadds Ford Investors LP

Chalet East, Inc.
Chamisa Development Corp., LTD
Champaign Village 2, LLC
Chang Sook Hwang
Chapel Hills CH LLC
Chapel Hills Nassim LLC
Chapel Hills Realty LLC
Charleigh Davis
Charles Bailey & Debra Bailey Trustees
Charles Kahn Jr. & Todd Vannett
Charles L. & Patricia M.Frandson as
    Trustees of the Frandson Family Trust
Charles M. LaKamp and Marianne E.
    LaKamp Trustees of The LaKamp Family
    Trust
Charm Real Estate, LLC
Charter Medway II LLC
Chase Decatur LLC
Cherry Hill Retail Partners LLC
Chicago Oakbrook Terrace, LLC
Chicago Title & Trust Company, As Trustee
    Under Trust Agreement Dated 10/10/1984
    and Known as Trust No. 1086065
Chili MZL, LLC
Chillicothe Shopping Center, LP
Chris McCarty Company, LLC
ChrisLinc Properties, LLC
Cielo Paso Las Tiendas, L.P.
Circle City Property Group Inc.
Citimark Charleston, LLC
City Centre of Avon Retail, LLC
CJM Limited Liability Limited Partnership
CL Creekside Plaza South CA LP
Clark Commons LLC
Clear Creek Brothers - CV, LLC
Clear Lake Center, L.P.
Clendenin Partners
Clermont AMA Group, LLC
Clocktower Plaza, LLC
Clovis-Herndon Center II, LLC
CLPF - KSA Grocery Portfolio Woodbury,
    LLC
CLPF-Essex Green, LLC
CMS PROPERTY SOLUTIONS, LLC
Coastal Equities Real Estate
Cobal Garage Inc.

Cobblestone Square Company, Ltd.
Coconut Point Town Center LLC
ColFin 2015-2 Industrial Owner, LLC
Colliers International Management
Collin Creek Associates, LLC
Colonel Sun LLC
Colonial and Herndon LLC
Colony Mills Enterprises, LLC
Columbia- Bbb Westchester
Columbia Crossing I LLC
Combined Properties Limited Partnership
Commerce Limited Partnership #9005
Commerce Limited Partnership #9602
Commercial Properties Associates, LLP
Concord Retail Investment Group, LLC
Confluence Investment LLC
Confluence Investments, LLC
Conyers, LLC
Copperwood Village L.P.
Core Acquisitions, LLC
Core MR Westview, LLC
Core Park Center, LLC
Coremark St. Cloud, LLC
Coronado Center LLC
Cortlandt Manor Equities LLC
Cosmonaut Holdings, LLC
Costco-Innovel Owner LLC
Costco-Innovel Properties LLC
County Line Crossing Assoc. L.L.C.
CP Pembrok Pines, LLC
CPEG MALTA, L.L.C
CPK Union LLC
CPRK-II Limited Partnership
CPT Settlers Market, LLC
Cpyr Shopping Center, LLC
CR Mango, LLC
CR Oakland Plaza LLC
Cranberry Creek Plaza, LLC
Creekstone/Juban I, LLC
Creekstone/Juban, LLC
Crescent 1000 LLC
Crescent Partners, LLC
Crest Properties, LLC
CRI New Albany Square, LLC
Cross Grand Plaza LLC
Crossing Point LLC

Crossroads Centre II, LLC
Crossroads Plaza, LLC
Crossroads Sunset Holdings, LLC
Crossroads-Holt Drive Associates, LLC
Crown 181 Broadway Holdings, LLC
CS Paramount Hooper LLC
CSHV 20/35, LLC
CSIM Snellville Operator LLC
CTO23 Rockwall LLC
CTO24 Carolina Pavilion
CTO24 Millenia LLC
Curry Companies
Cuyahoga Investments, LLC
CVSC Phase II Associates
CWP/Arlington LLC
Cypress Woods Associates LLC
D3 New Albany, LLC
Dakota Crossing One, LLC
Dakota Crossing Two, LLC
Daniel G. Kamin Wadsworth Enterprises
Daniel P. Hagaman
Danville Riverside Partners, LLC
Davco Heights, LLC
Davenport One, LLC and Davenport Two, LLC
Dawnbury Inc.
Daytona Commons, LLC
DCT Presidents Drive LLC
DDR Carolina Pavilion LP
DDR Ohio Opportunity II LLC
Delray Place, LLC
Dennis R. Phillips Revocable Trust
DEPG Stroud Associates II, L.P.
Derby Improvements, LLC
Derob Associates LLC
DES 2015, LLC and CJCM, LLC-Series CV505
Destiny Building LLC
DeVille Developments, LLC
Diamond Center Realty LLC
Dicks Adventure LLC
Dierbergs 5LP
Dillon Center, LLC,
Dixie Manor, LLC
Dixie Pointe Shopping Center, LLC
Donna Rainwater Reece

Douglas C. Foyt and
Douglasville Promenade LLC
Dov & P Holding Corp.
Downey Landing SPE, LLC
DRP Market Heights Property Owner, LLC
DSM MB II LLC
DT Prado LLC
Duluth Retail 4 Guys, LLC
Dyn Sycamore Investments, L.L.C.
E & L Investments LLC
E.W. Thompson, Inc.
Eagle Matrix LLLP
Eagle Water, LLC
Eagle-North Hills Shopping Centre LP
East Broadway Tucson Co. LLC
East End Associates LLC
East Hampton NY Enterprises LLC
East West Commons Investors, LLC
Eastlake Edison LLC
Eastlake Milford LLC
Easton Market SC, LLC
EastWing, LLC
Eatontown Plaza LLC
Echo Solon, LLC
Eclipse Real Estate LLC
Economy Square, Inc.
Edgewood Retail, LLC
Edgewood Station LLC
EGAP Crawfordsville I, LLC
EGATE-95, LLC
EGP Gainesville II, LLC
Eighteen Associates LLC
EJT II, LLC
Eldersburg Sustainable Redevelopment LLC
Ellis Chai LLC
Emporium Shoppes L.L.C.
Epps Bridge Centre Property Company, LLC
ERG Realty LLC
Esue LLC
Ethan Conrad Properties, Inc.
Euger Lin
Eustis Covenant Group LLC
EVJA & Associates (Columbia) LLC
EW Mansell, LLC
Excel Realty Partners, L.P.

ExchangeRight Value-Add Portfolio 1 DST
ExchangeRight Value-Add Portfolio 2
    Master Lessee, LLC
Exeter 1075 Cobb LLC
F.M.K., LLC
FAAR Properties LLC
Fairfield Station LLC
Fairlawn Station LLC
Fairview Heights Realty, LLC
Fairview Nassim LLC
Fairview Realty Investors, Ltd.
Fairway Equity Partners, LLC
Falcon Landing LLC
Fall River Shopping Center North, LLC
Faye Gross
FBBT/US Properties, LLC
FC Rancho, LLC
FDI Management
Feasterville Realty Associates, LP
Federal Realty Investment Trust
Federal Realty OP LP
Federal Way Crossings Owner, LLC
Felix Center On Kirby Ltd.
Festival of Hyannis LLC
Festival Properties, Inc.
Fiddler's Run, LLC
Fifth & Alton (Edens) LLC
Fifty144 Oak View Partners, LLC
First Amendment & Restatement of the
    Massimo Musa Revokable Trust
First National Property Management
Fishkill Plaza Partners LP
Fivel Family, LLC
FLC + W, LLC
Florida Investments 8 LLC
Florida Investments 9 LLC
FLW 101, LLC
FMK, LLC
FOF II Alamance Property Owner, LLC
Fogelman Investment Company
Foothills Shopping Center, LLC
Ford Road Ventures, LLC
Fordham Retail Associates, LLC
Fort Steuben Mall Holdings LLC
Fountain Property LLC
Fowler Investment Company LLC

Fox Jr. Development Inc.
FR Grossmont, LLC
Franklin Mills Associates Limited
    Partnership
Franklin Towne Plaza LLC
Frayer Enterprises, LLC
Fredric Singer
Front Street Kansas City, LLC
Frontier Bel Air LLC
Frontier Dania LLC
Frontier Dover LLC
Frontier Kissimmee LLC
Frontier Osceola LLC
FSC West Covina, LLC
FSH Galleria Plaza, LLC
Fundamentals Company
Funhouse Plaza LLC
FW IL Riverside/Rivers Edge, LLC
FWI 2, LLC
FWI 23, LLC
G & I IX Empire Williamsville Place LLC
G&I X CenterPoint LLC
G&I X Industrial IN LLC
G&T Investments LLC
Gaithersburg Commons LLC
Gaitway Plaza LLC
Gallup & Whalen Santa Maria
Gamble Brothers, LLC
Garden City Leasehold Properties LLC
Gary Mehan, DBA G.M. Properties
Gaslight Alley, LLC
Gaston Holdings LLC
Gates Inc.
Gateway Retail Partner III, LLC
Gateway South, LLC #1
GBUZZ, LLC
GC Baybrook, L.P.
GCP Boom, LLC
Geiger JB Property, LLC
Geneva Commons Shoppes LLC
George Harriss Properties, LLC
George N. Snelling
George Street LLC
Georgetown Square Properties
GFS Realty LLC
GG Garfield Commons 2012 LP

GGCAL Edgewater, LLC
GGPA State College 1998, L.P.
Gigliotti Holdings LP
Giuffre IV, LLC
Giuffre Property Management
GKI Industrial Dallas, LLC
GKT Shoppes At Legacy Park, L.L.C.
Glassboro Properties, LLC
Glendale Galleria Center, LLC
Gleneagles Plaza, Plano TX, LLC
GLL BVK Properties, L.P.
GLL Selection II Florida L.P.
GM Properties
Gold Star Properties
Golden Triangle Shopping Center
Goldsboro Retail Center, LLC
Gosula Holdings Ltd.
Gosula Realty, LTD
Governor's Square Company IB
GP Marketplace 1750, LLC
GP Wisconsin, L.L.C.
Graco Real Estate Development, Inc.
Grand Avenue Associates L.L.C.
Grand Canyon Center, LP
Grand Rapids Retail LLC
Gravois Bluffs East 8-A, LLC
Great Hills Retail Inc.
Greater Orlando Aviation Authority
Greenfield Plaza LLC
Greenlight Development, LLC
Greenridge Shops Inc.
Greenspot Largo. LLC
Greenville Ave. Retail LP
Greenwood Plaza Corp. of Delaware
Greenwood Vineyards LLC
GRH Goodyear LLC
GRH Holdings, LLC
GRI Brookside Shops, LLC
Gridley Square Property, LLC
Grove City Plaza, L.P.
GS Centennial LLC
GSR Realty, LLC
Gulson Retail LLC
Gurnee LM Properties, LLC
Gustine BV Associates, Ltd.
H.S.W. Associates Inc.

Haines City Mall LLC
Halltown Farms, LLC
HAMC College Center LLC
Hankins Real Estate Partnership
Hankins-Kenny Ventures LLC
Hanley LM Properties, LLC
Harmon Meadow Suites LLC
Harmony Shopping Plaza, LLC
Harry & Ruth Ornest Trust
Hart & Hart Corp.
Hart Miracle Marketplace
Hartel Properties LLC
Hartville Station LLC
Harvest Station LLC
Harvey-Given CO
Hawkins Point Partners, LLC
Hazel Dell & 78th Associates LLC
HCLARE, LLC
Healy Family Trust
Helen Rubin
Henry Fine Trust
Herdor LLC
Heritage Seymour I, LLC
Hickory Plaza Shopping Center, Inc.
Hidden Hill Road Associates, LLC
High Cotton Palisades, LLC
High Cotton Shoals, LLC
Highbridge Development BR LLC
Highland Commons-Boone, LLC
HIGHLANDS 501 (C) (25) INC.
Hilo Power Partners, LLC
Himaloy Taylor LLC
HK Southpoint, LLC
HM Hillcroft Westheimer Ltd.
HM Peachtree Corners I LLC
Hogan Holdings 56, LLC
Hogan Real Estate
Holmdel Commons LLC
Horizon Jajo, LLC
Horowitz Holdings, LLC
Huber Management Corporation
Hunter's Lake, J.M. Cox, Jr., Tracy Fleenor,
   and John Speropulos
HV Center LLC
HV Center TIC 1 LLC
HV Center TIC 2 LLC

Hylan Ross LLC
Iacono Family LP
IH 35 Loop 340 Investors, LTD.
IH 35 Loop 340 TIC
IH-10 Hayden, Ltd.
III Hugs LLC
IL Galesburg Veterans, LLC
Independence Town Center, LLC
Indian Creek Commons LLC
Indian Trail Square, LLC
Indvestia Darien, LLC
Indy-C-Kal, Inc.
Inland Commercial Real Estate Services
  LLC
Innovation Center, LLC
Innovation Realty IN, LLC
Inserra Supermarkets, Inc.
InSite Naperville, LLC
InSite Parma, LLC
Integra CRE, LLC
IRC Park Center Plaza, L.L.C.
IREIT North Myrtle Beach Coastal North,
  L.L.C.
Ireland Corner, LLC
Isador Schreiber & Associates, LLC
ISO Venner Plaza Holdings, LLC
Istar, LLC
IVT Renaissance Center Durham I, LP
IYC Family LLC
J & F Gainesville Properties, LLC
J&L Development Company, LLC
J&M Owners NY, LLC
J.M. Baker Properties LLC
Jack W. Eichelberger Trust
Jackson Street Group, LLC
JAHCO Stonebriar LLC
Jamaica-88th Ave., LLC
James D. Crawford, Trustee
James H. Batmasian
JBL Humblewood Center, LLC
JDM Capital, LLC
JDR Woodlock Fesival, LLC
Jefferson Shrewsbury Limited Partnership
Jeffnan U.S.A. Inc.
Jeffrey R. Anderson Real Estate, Inc.
Jemal's Daily Vitamin LLC

Jensen Beach Equities, LLC
JFR Texas Properties LLC
JH Berry & Gilbert, Inc.
JHG Properties, LLC
Jim Burke Automotive Group
JJS Champaign Inv LLC
JKE Property, LLC
JLCM Partners, LP, TIC
JLIX Milford Crossing Master Tenant, LLC
JMK5 Winchester, LLC
JMP Marlboro Retail Unit 2, LLC
JMW Hebron, LLC
Joe Amato East End Centre, LP
Joseph Plaza, LLC
Joseph Urbana Investments, LLC
Joule Gilroy Crossing Owner, LLC
JP Associates LLC
JRF Texas Properties, LLC
JSM Land Group, LLC
Juan Celis
Jubilee Limited Partnership
Jubilee--Coolsprings LLC
JWT LLC
Kancov Investment Limited Partnership
Karla J. Whitmire
Katy Freeway Properties LLC
Kawips Delaware Cuyahoga Falls, LLC
Kelley Commercial Realty, LLC
Kendall Village Associates Ltd.
Kercheval Owner LLC
Kerrville Dodado Partners, LLC
Keyser Oak Investors, LLC
KGI Military LLC
Kim Investment Partners IV, LLC
Kimco Brownsville, L.P.
Kimco Webster Square, LLC
Kimzay of Florida, Inc.
Kin Properties
Kin Properties Inc.
Kinaia Family LLC
King City Improvements, LLC
Kings Highway Realty Corp.
Kings Mountain Investments
Kingsport Green AC Managing Company,
  LLC
Kingsville Retail Group, LP

Kinpark Associates
Kinsman Investors
KIR Brandon 011, LLC
KIR Smoketown Station, L.P.
KIR Torrance, L.P.
Kishan Enterprises LLC
Kite Realty Group
Kitty Wells, Inc.
KK-BTC  LLC
Kloss Organization, LLC
KMD, LLC
KNM Lee Properties LLC
Koppe Management And Investment Co.
   Inc.
KP Macon, LLC
Kraus Anderson
KRCX Del Monte Plaza 1314, LLC
KRCX Price REIT, LLC
KRG Avondale McDowell, LLC
KRG Brandenton Centre Point, LLC
KRG Cedar Hill Pleasant Run, LLC
KRG Houston Royal Oaks Village II, LLC
KRG Houston Sawyer Heights, LLC
KRG King's Grant, LLC
KRG Pelham Manor, LLC
KRG Pipeline Pointe LP
KRG Plaza Green, LLC
KRG Portfolio, LLC
KRG Sunland, L.P.
KRT Property Holdings LLC
KSL Realty North Providence LLC
L&D Partnership LLC
L.P. Corporation
L.W. Miller Holding Company
La Gioia Two, LLC
Laguna Gateway Phase 2 L.P.
Lahaina Gateway Property Owner, L.P.
Lakeland Crossing LLC
Lakewood (Ohio) Station LLC
Landmark Properties
Lane Investments
Lansing Square, LLC
Larkspur Real Esate Partnership I
Larrimore Family Partnership LLC
Larry J. Rainwater
Laurie Industries, Inc.

Lawrence F. Kolb & Catherine M. Kolb
Layton Partners, LLC
LBD Properties, LLC
LBI Georgia Properties, LLC
LC Real Estate, LLC
LCRF, LLC
LCU Candlers Station Holdings, LLC
LDC Silvertree, LLC
Lee Harrison Limited Partnership
Leland J3, LLC
Lemmon Ave. Retail, LP
Lennox Station Exchange, LLC
Leparulo Family Trust
Leveraged Holdings, L.L.C.
Leveraged Holdings, LLC
Lexington 2770, LLC
LGM Equities, LLC
Lichtefeld Development Trust
Lidl US Operations, LLC
Lincoln Associates
Lincoln Grace Investments, LLC
Linear Retail #9 LLC
Linear Retail Waltham #1 LLC
LIT-ENVP Limited Partnership
Lizben Enterprises, LLC
LMR II - Palm Pointe LLC
Local Sandy IL, LLC
Local Westgate LLC
LoLo Enterprises, LLC
London Development Ltd.
Louis Treiger Trustee of Samuel J Gree
   Grandson TRust #1UTA dated 12/11/87
Lovell 2.5, LLC
Lower Nazareth Commons, LP
LPN Properties LLC
LSREF6 Legacy LLC
LU Candlers Station Holdings, LLC
Lustig Realty Corp
LW Acquisitions, LLC
Lynch Butler
M & S Investment Group LLC
M&J Wilkow Properties, LLC
M&N Laurel Property, LLC
M3 Ventures, LLC
Macerich Lakewood, LP
MACK 8927, LLC

Macon Center, LLC
Mad River Development LLC
Magnolia Enterprises, LLC
Malco T.I.C.
Mall at Potomac Mills, LLC
Malloy Properties Partnership No. 2
Marathon Management, LLC
Marc NaperW LLC
Margand Enterprises, LLC
Mark Leevan Glendale LLC
Market Place at Darien, LLC
MarketFair North, LLC
Marta Management, Inc.
Maxim Chambers II, LLC
Mayrich III, Ltd.
Maywood Mart TEI Equities
Mbabjb Holdings, FLP
MBB Gateway Associates
McCord Business Center
McRae Mortgage & Investments, LLC
MD2 Algonquin, LLC
Meadowbrook Shopping Center Associates,
    LLC
Mears Oak
Mears Oak Investors LLC
Meditrina Properties, LLC
MEL Indiana LLC
Melvin C. McClung, Trustee of the Tommie
    Louise McClung Family Trust
Menard, Inc.
Merchant 33 LLC
Merchant's Investors, LLC
Meredith, Inc.
Meridian Place, LLC
Meshanticut Properties, Inc.
MFB Glenville, LLC
Mid-Atlantic-Lynchburg LLC
Middle Neck Road Associates, LLC
Midway Market Square Elyria LLC
Midwest Commercial Funding, LLC
Missouri Boulevard Investment Company,
    LLC
MJF/Highland RE Holding Company, LLC
MK Kapolei Common, LLC
MK Kona Commons LLC
MKPAC, LLC

MLM Chino Property, LLC
ML-MJW Port Chester SC Owner LLC
MLO Great South Bay LLC
MMG Plantation CP, LLC
MMG Plantation Square, LLC
MO Partners LLC
Mobile Highway 4500, LLC
Mojack Holdings, LLC
Mongia Capital Michigan, LLC
Monroe Triple Net, LLC
Mont Belvieu Properties, LLC
Montgomery EastChase, LLC
Montgomery Trading LLC
Moon Village, LLC
Moore Properties Capital Blvd LLC
Mori Burlington LLC
Morningside Plaza, L.P.
Mosaic Reisterstown Road Owner LLC
Mount Pleasant Investments, LLC
Mountain Laurel Plaza Associates
MR Stealth LLC
MRH Venture Capital LLC
MRV Dickson City, LLC
MSG94, II,LLC
Muenchens Unlimited, LLC
Muffrey LLC
Mundelein 83 LLC
Mundy Street Square, L.P.
Musca Properties LLC
N & P Realty Associates, LLC
N & R Pastor, L.L.C.
NADG/SG Riverdale Village LP
NAI Horizon
Namdar Realty Group
NaperW, LLC
National Retail Properties, LP
NDF III MJ Crossing, LLC
Needham Chestnut Realty, LLC
Nella NT, LLC
Net Leased Management, LLC
New Bern Development LLC
New Creek II LLC
New Creek LLC
New Plan Florida Holdings, LLC
New Plan of Arlington Heights, LLC
New Plan Property Holding Company

New Plaza Management, LLC
New Westgate Mall LLC
Newington Corner LLC
Newport Crossing Investors, LLC
Newport Property, LLC
Niagra Falls 778, LLC
Niagra Falls 778, LLC
Nicklaus of Florida, Inc.
Nine & Mack Enterprises, LLC
NL Chobee Center, LLC
NMC Melrose Park, LLC
NNN Reit, Inc.
Noble Creek Partners LLC
Norcor-Cadwell Associates LLC
North Attleboro Marketplace III, LLC
North County Columbia Realty, LLC
North Point Village Two, LLC
North San Gabriel, LLC
North Sky, LLC
Northcliff I-480 LLC
Northern McFadden Limited Partnership
Northglenn Plaza LLC
Northridge Crossing L.P.
Northside Village Conyers, LLC
Northtowne Associates
Northtowne Center Investors, LLC
NPC 2015, LLC
NRF - Pennock LLC
O.J.B. Investment Group LC
O.J.B./AJRE JV, LC
Oak Forest Group, LTD
Oak Lawn Joint Venture I, L.L.C
Oak Park Associates, Inc.
Oak Tree Lane, LLC
Ocala SC Company, Ltd.
Oceanside Associates LLC
Odenton Shopping Center Limited
    Partnership
Oglethorpe Associates LLLP
OGR Tanglewood LLC
Oil Capital Commercial Real Estate
    Services
Okee Realty Associates, LLC
Old Brandon First Colonial Assoc., LLC
Old Orchard, LLC
Oldacre Mcdonald

Oleinik Property Holding Co., LLC
One Continental Avenue Corp.
One Home Realty, Inc.
One Land Company, LLC
One Oak Investments, LLC
Only Epic Holdings
OPEX CRE Management, LLC
Orchard Hill Park, LLC
Orchard ParkTK Owner LLC
ORDA Corporation
ORF IX Freedom Plaza, LLC
Osborne Properties Limited Partnership
Outer Drive 39 Development Co. LLC
Oxford Crossing LLC
Oxford Street Huntsville
Oxford Valley Road Associates, L.P.
P & S Axelrod, L.L.C.
P&H Investments, LLC
P&S Axelrod, LLC
Pacific National Group, LLC
Pacific/DSLA No.2
Pacific/Youngman-Woodland Hills
Pacifica Muskegon, LLC
PAD4 PAD6 VV LLC
Paint Creek South LLC
Palm Beach Outlets I, LLC
Palm Coast Landing Owner LLC
Palm Springs Mile Associates, LTD.
Paoli Shopping Center Limited Partnership,
    Phase II
Papou Varvavas Anastasia Realty Trust u/a
    dated September 23, 2020
Paragon Realty Group
Paramount Crossroads at Pasadena, LLC
Park Boulevard Shopping Center Ltd.
Parker Place Group, LLC
Parker-Anderson, LLC
Parkridge Center Retail, LLC
Parkway Mall, LLC
PARM Golf Center, LLC
Pasadena Hastings Center
Pasan Trust
PBC Seguin, LLC
PC San Ysidro PB, LLC, PC International
    PB, LLC, and PC Iagio PB, LLC
PCCP/LDC Pearl Kai LLC

PCRIF Spring Park Holdings, LLC
PDQ Israel Family Northtowne, LLC
Peabody Center LLC
Peach Eldridge LLC
Pearl Street Retail, T.I.C.
Peiling Jiang
Pensacola Corners LLC
Peoria Rental Properties, LLC
Peters Development, LLC
Pettinaro Management LLC
PFIILP - Parr Boulevard, LLC
Pharo Palisades I, LLC
PHD @ Western, LLC
Phoenicia Development, LLC
Phoenixville Town Center LP
Pilchers Summit Limited Partnership
PinckDenny LLC
Pinellas Park Square, LLC
Piqua Investment Partners, LLC
Pittsburgh Penn Place, LLC
PJS Holdings LLC
PK I LA Verne Town Center LP
PK II El Camino North L.P.
PL Dulles LLC
Platzer Family Limited Partnership
Plaza 15 Realty, LLC
Plaza at Northwood, LLC
Plaza K Shopping Center, L.L.C.
Plaza North Investors, LLc
Plaza North Shopping Center, LLC
Plaza on Manhattan Associates, LLC
Plaza Realty of Puerto Rico, Inc.
Plaza West Shopping Center, LLC
Pleasant Valley Shopping Center Ltd.
PMAT Orland, L.L.C.
Pocono Retail Associates, LLC
Point-LCI, LLC
Points East, LLC
Polk County Partners, LLC
Port St. Lucie Plaza I, II, III, LLC
Portage Commons LLC
Portage Crossing, LLC
Portland Fixture Limited Partnership
Poughkeepsie Plaza LLC
Powell-Five Corners Associates, L.L.C.
Powell-Maple Valley LLC

PP Gaston Mall LLC
Prattville Partners, Limited Partnership
PREF Pasadena Collection, LLC
Presidio Towne Crossing LP
Prime 86 Holdings LLC
Prime/FRIT Mission Hills, LLC
Prologis Targeted U.S. Logistics Fund, L.P.
Prologis, LP
Providence Holdings, LLC
PSP Investments LLC
Pullman Square Associates
PZ Southern Limited Partnership
Quaker Malls, LLC
Quantum Equity One, LLC
Queen Bee Properties, LLC
R & R Real Properties, Inc.
R Orlando Altamonte, L.L.C.
R&S Building Ventures, LLC
R. Bryan Whitmire
R.K. West Roxbury, LLC
RAHI, LLC
Rainbow Investment Co.
Rainier Triangle II, LLC
RAJDC NC Properties, LLC
Ralph Horowitz
Ramsey Holdings, LLC
Rancho Dos Hermanos, LLC,Desert Delite
   Citrus, LLC
Randall M. Schulz
RAR2 - Wicker Park Commons, LLC
Ravi Randal Investment Group, LLC
RB Seminole LLC
RCA Novak, LLC
RCG-PSC Camp Creek Owner, LLC
RD Branch Associates, L.P.
RE Pecan, LLC
RE Plus SP LLC
Realty Income Corporation
Redbarry LLC
Redlands Joint Venture LLC
Regency Centers Corporation
Regions Bank as Trustee of the Thomas H.
   Willings Jr. Family Trust
Rego Park II Borrower LLC
REI Asheville Rentas, LLC
Reliance Elm Holdings  LLC

Repwest Insurance Company
Reynolda Manor, LLC
Riceland Owner LLC
Richard Briggs and John Nathan Briggs, as
    Trustees of the Stephanie R. Briggs
    Irrevocable Trust dated October 15, 2009
Richard Mcintosh
Ridgewater Commerce LLC
Riley Holdings, Ltd.
Rini Realty Company
Ritchie Interchange LLC
River Oaks El Mercado, LLC
River Oaks Properties
River Oaks Properties, Ltd.
Riverchase CC, LP
Riverdale Center North, LLC
Riverdale Square, LLC
Riverdale Center North, LLC
Riverplace Shopping Center, LLC
Rivers Edge RBG, LLC
RJ Two Notch LLC
RJFP LLC
RJS Marine Inc.
RJSJ  LLC
RK Black Rock II, LLC
RLGVS Partners, LLC
Roanoke Venture II, LLC
Rock N Roll Development, LLC
Rockfirm, LLC
Rockhill Center, LLC
Rodi Road 501, LLC
Roger E Herst
Rogers Commercial Properties, LLC
Romney Petroleum Inc
Rookwood Exchange Operating LLC
Roosevelt Galleria LLC
Rose & Rose, LLC
Rosebud VS Boca One, LLC
Rosedale Commons LP
Roseff LLC
Roseville Village L.L.C.
Roslyn Farm Corporation
Rowen Burlington OpCo, LLC
RPI Ridgmar Town Square, Ltd.
RREEF America Reit II Corp. HH
RRG LLC

RRR Ohio, LLC
S and V, LLC,
S&S Singh Partners
SAB Investments LLC
Sabatine BK Development, LLC
Saber Riverhead58, LLC
Saia Family Limited Partnership
Samson Development Company, L.P.
Samson Management LLC
Sang Rim Hwang
Sangamon North, LLC
Santa Rita GRF2, LLC
Santikos Legacy, LLC
Sarabara Corp.
Sauer Properties Inc.
Saugus Hillside Realty
Sav 15000 Abercorn, LLC
Sayville Plaza Development LLC
SCC Nassau Park Pavilion NJ LLC
Schoolcraft Commons Unit 9, L.L.C.
Schwinge Village Plaza, LLC
SDBUCKS, LLC
Sea Island-Staples LTD
Sea Mist I, LLC
Seafield Capital Partners II, LLC
Sears Authorized Hometown Stores, LLC
SED Development LLC
SEI Buckhead Square One, LLC
SEK 7753, LLC
Sembler Family Land Trust
Set Point Properties, LLC
Setter Partners, LLC
Seymore Rubin
SGH & Associates
Shamrock A Owner, LLC
Shanri Holdings Corp
Shelby Boulevard Fiftynine LLC
Shelbyville Road Plaza LLC
Sher Lane LLC
Sheridan Center, LLC
Sherwin-Williams Company
Shillington Partners, LLC.
Shirazee, LLC Parviz and Maudie Samiee,
    Trustees
Shoppes at Bedford 15 A, LLC
Shoppes at Tower Place LLC

Shops at St. Johns LLC
Shore Creek, LLC
Shoregate Station LLC
Shrewsbury Commons, L.P.
Shrewsbury Village Limited Partnership
Siblings Enterprises Ltd.
Siegen Lane Properties LLC
Siena II Holdings LP
Silverman Properties LP
SIPOC Associates TIC
Sissel Juliano
SJN Holdings, LLC
SJN Realty Holdings, LLC
SJSS Powell, LLC
SKJ Eldridge Square LLC
Sky Boynton Holdings LLC
Sky Cortland, LLC
SL Yorkhouse Commons LLC
Slidell Athletic Club Property, L.L.C.
SLJ Realty LLC
SLN Bellgrade, L.L.C.
Smart Growth-Spartanburg, LLC
Smith Land & Improvement Corporation
Somera Road - Athens Georgia II, LLC
Somerset Shoppes Fla LLC
South Merrick Road Corp.
South Park Mall Realty LLC
South Plainfield Properties, L.P.
South Shore Mall Realty LLC
South Tulsa Storage, LLC
Southern Hills Center, Ltd.
Southgate Properties, LLC
Southpark Retail LLC
Southtown Nassim LLC
Southtown Plaza Realty LLC
Southview Dothan Investors, LLC
SP East, LLLP
Space For Lease of Tennessee
Sparrow Ridge Properties, LLC
Spartan Square Limited Partnership
Spring Mall Square LLC
Spring Ridge LP
Springdale Pointe LLC
Springinvest LLC
SPS Properties LP
SRK Lady Lake 21 SPE, LLC

SRK Painesville Associates, LLC
SS Tulsa Center LLC
SSC Associates Limited Partnership
SSK Investments, Inc.
SSS Eldridge Marketplace, LLC
SSS Eldridge Square Investors LLC
SSS Eldridge Town Center LLC
Stafford Park Commercial IILLC
STAG Avondale
STAG Industrial Holdings, LLC
Stanley J. Kozicki dba SK Holdings - Wilmington, L.L.C.
Starjack Investments L.L.C.
State Road 4201, LLC
Staten Island Richmond Avenue, LLC
Stature High Ridge, LLC
Stephanie D. Kelley
Stephanie R. Briggs and John Nathan Briggs, as Trustees of the Richard M. Briggs Irrevocable Trust dated October 15, 2009
Stephen and Anne NT, LLC
Sterling Equities II, LLC
Stevenson Investors, LLC
Stewart & Hamilton Properties, LLC
Stone Mountain Square Shopping Center, LLC
StoneBridge Construction
Stony Brook Realty, LLC
Store Master Funding IV, LLC
Store Property Marble, LLC
SUGARLAND PLAZA INC.
Sugarloaf Mills Limited Partnership
Sun Life Assurance Company of Canada
SunflowerMetro, LLC
Sunset Collection, LLC
Sunset Plaza, LLC
Sunshine Lake Shore Associates, LLC
SUP II Red Top Plaza, LLC
Surprise TC II Holdings LLC
Surveying and Mapping, LLC
SUSO 1 Summit Ridge, LP
SVAP II Park North, LLC
SVF Riva Annapolis, LLC
SVR Investments, LLC
SW 17th Street 1010, LLC

Swamp Land Acquisitions, LLC
Swanblossom Investment Limited
  Partnership
SWG-Reynoldsburg, LLC
SY Waldorf Investments LC
Sylvan Park Apartments, LLC
Synergy Center, Ltd.
T Palmdale Mkt CA, LLC
T Pittston Pa Crossings, LLC
T Voorhees AMC NJ, LLC
T Voorhees BER NJ, LLC
T Voorhees GPL NJ, LLC
T.B.R. Property Group, LLC
T18 Investments, LLC
Tabib Kashi Partnership
Tanglewood Venture, LLC
Tara Acworth Holdings, LLC
Tarantino Properties, Inc
TB Garrett Creek, LLC
TBF Group Battle Creek, LLC
TC 3125 Lake Eastbrook LLC
TC 630 N Telegraph
TCB-Elston, LC
TCB-Stonebrook, LLC
TCCB Properties
TCP Enterprise Parkway, LLC
TCP Realty Services,LLC
Tejas Center, LTD.
Telvita, LLC
TEMK Investments- Visalia 1 LLC
Ten Thousand Olde U.S. 20, LLC,
Tenalok, LLC
Texas Main Street, LLC
The Atlantic Building LLC
The Collins Investment Trust
The Commons at Willowbroook Inc.
The Crossings at Hobart I LLC
The Fountains at Farah, LP
The Irex 4, LLC
The Philipose Group of Connecticut , LLC
The Pines Center, LLC
The Quarry Center, LP
The Rosemyr Corporation
The Shoppes at Eastlake, LLC
The Shoppes at North Brunswick, L.L.C.
The Shoppes at Raceway, LLC

The Shoppes, LP
The Shubert Organization, Inc.
The Taxman Corporation
The Triple M Partnership 2, LLC
The Vienna Shopping Center Limited
  Partnership
The Whalen Corp.
THF Clarksburg Development Two, LLC
Thrift-Cascade Investment LLC
TIA Holdings ETY LLC
TIA Holdings Mill Run, LLC
Tiffin Ave 2023 LLC
Timber Springfield Properties, LLC
Times Plaza Development L.P.
Timlin Properties, LLC
TKC CCXXXIX, LLC
TKG Colerain Towne Center, LLC
TKG Cranston Development, L.L.C.
TKG Fairhaven Commons, LLC
TKG Management, Inc
TKG Paxton Towne Center Development,
  L.P.
TL3 ISB, LLC
TLP 4782 Muhlhauser LLC
TMK II Limited Partnership
TMO Lincolnwood AM, LLC
Tolson Investments, LLC
Toma Investments, LLC
Tomlynn Street-Fountainhead, LLC
Tops Holding, LLC
Tower NT, LLC
Town Real Estate Enterprises, LLC
Trailers for Sale or Rent, Inc.
Traver Village Limited Partnership
Treeco/Elwood Limited Partnership
Tride Holdings, LLC
Trimark FWC Owner, LLC
Trindle Run LLC
Trinity Properties, LLC
Triple Bar Kendig Square, LLC
TRM Venture Real Estate, LLC
Truse Plaza LLC
Truss Greenwood IN LLC
TSO Winchester Station, LP
TT Mt. Airy, LLC
Tucson Speedway Square, LLC

Tumon Bay Resort & Spa, LLC
Turfway Baceline, LLC
Turkey Creek Holdings, LLC
Turnersville Landing, LP
Tuscany Town Center Management, LLC
Tuskatella LLC
TVS & Associates (Charleston), LLC
Two by Two Properties, LLC
Two Nuts LP
Tycer Heirs Separate Property, LLC
Tyler Broadway/Centennial LP
Tyrone Enterprises, LLC
UE Gateway Center LLC
UE Tonnelle Commons LLC
Union Consumer Improvements, LLC
Universal Park
University Realty Associates, LLC
Urban Edge Properties LP
US Investments
USPG Portfolio Five LLC
VA C 12266 Jefferson, LLC
VA FT 12266 Jefferson, LLC
VA T 12266 Jefferson, LLC
VAA Improvements, LLC
Valley Properties, Inc.
Valley Stream Green Acres
Vann Drive Partners
VBNET Investments I, LLC
VEI Manager LLC
Ventura Gateway LLC
Ventura Petit LLC and La Cienga Shopping
    Center Development LLC
VEREIT Real Estate, L.P.
Vero Beach Grand Oaks 2 LLC
Vero Beach Investment Group III
Vestal Shops, LLC
VF9 MATT2 LLC
Victory Real Estate Investments LLC
Victory River Square, LLC
Victory Village, LLC
Village at the Mall Holdings LLC
Village Mooresville Station LLC
Virginia Center Virginia Associates, L.L.C.
Vishal Kalmia Plaza, LLC
W.H. Warehouse, L.L.C.
W/S Asset Management, Inc.

Wal-Austin, LLC
Walpert Proeprties Eternia, LLC
Walt Whitman Road, LLC
WAOP LLC
Warner Robins Perlmix, LLC
Warwick Devco, LP
Watchung UE LLC
Watson Village Retail, LLC
Watumall Properties Corp.
Waverly Plaza Shopping Center, Inc.
Wayne Towne Enterprises, Ltd.
WBR 27810 Chagrin II, LLC
WBS Management and Acquisition Corp.
WCS Properties Business Trust
WDG Dallas, LLC and JSE Dallas, LLC
Webster Bank
Wegmans Food Markets, Inc.
Weingarten Northcross JV
Welling Realty, LLC
Wells Property Number Five, LLC
West County Investors, LLC
WestBay Plaza, LLC
Western Skies Management, Inc.
Westgate Marketplace Developers, LLC
Weston SCIP 2 LLC
Westphal Leasing, LLC
Westside Village Shopping Center of Rome,
    Inc.
Wetmore Plaza Shops, LLC
WFD Investments, L.L.C.
Wheatland Family Trust
Wheaton Plaza Regional Shopping Center
    LLC c/o Westfield, LLC
White Lane, LLC
Whitehall Crossing D, LLC
Whitestone REIT
Widewaters Country Squire Company, LLC
Wig Properties, LLC-LKPL
William J. Swanson Trustee of the
William Shane Courtney
Wilmann Companies
Wilshire Yale Enterprises c/o The Eberly
    Company
Wilson Amcap II, LLC
Windsong Indianapolis, LLC
Winston I & II, LLC

Wiregrass HoldCo, LLC
Wishire Plaza Limited Partnership
WKA Fairfax LLC
WLM-CB LLC
Wood Fayette Center, LLC
Woodcrest Akers, LLC
Woodcrest Capital, LLC
Woodforest Mini-City Partners, LP
World Class Property Company, LLC
WPG Wolf Ranch, LLC
WRB 27810 Chagrin III, LLC

WRI Trautmann, LP
WSG Arundel One LLC
Wylds 1708, LLC
Wyndham Southlake Retail, LLC
YEK #9, LLC
York Realty Investment, LLC
Yosemite Park Shopping Center 05 A LLC
Yvonne Keff
ZEG Ventures, LLC
Zephyr, LLC
ZRP Fishers Crossing LLC

## Lenders and Agents

Alter Domus (US) LLC
Amer Money MGMT Corp
Arena Capital Advisors
Bardin Hill Inv Parts LP
BC Parts Advisors L.P.
Blue Owl Cap Inc.
Castleknight Management LP
CO Finance II LVS II LLC
CO Finance LVS XLI LLC
D3V XI LLC
Fmr LLC
Garnett Station Partners, LLC
Global Atlantic Fin Gr LTD
Guggenheim Parts Inv Mgt LLC
Hg Vora Cap Mgmt LLC
Hg Vora Opportunistic Capital Master Fund
    II LP
Hg Vora Special Opportunities Master Fund,
    LTD.
HPS Investment Partners, LLC
HSBC Bank PLC
HVS XXXIV LLC
IFRG Investors II, L.P.

IFRG Investors III, L.P.
Intermediate Cap GR PLC
Irradiant Solutions Fund II, L.P.
Irradiant Solutions Fund, L.P.
Irradiant Solutions Mini-Master Fund II,
    SCSP
Irradiant Solutions Mini-Master, L.P.
JPMorgan Bk Branch - 0802
JPMorgan Chase Bank, N.A.
KAFRG Investors II, L.P.
Kayne Solutions Fund, L.P.
LCM Asset Management LLC
MJX Asset Mgmt LLC
Monroe Capital Management, LLC
Morgan Stanley
Oaktree Cap Mgmt LP
Octagon Cr Investors, LLC
PAC Inv Mgmt Company, LLC
PIF Onshore XVII LP
Rimrock Cap Mgt LLC
RSF XVIII LLC
Saratoga Cap Mgmt LLC
Wilmington Trust, National Association

## Payroll and Benefits Providers

Ameritas Life Insurance Co
Anthem Blue Cross and Blue Shield
Concur
CorVel
Delta Dental
Empyrean Benefit Solutions, Inc.

ExpenseWire LLC
GCG Financials, LLC
Globalization Partners
Johns Hopkins HealthCare Solutions
Kaiser Hawaii
OptumRx

Paycom
Quest Diagnostics
Reliance Standard Life Insurance Company
Securian Life Insurance Company
Stealth Partner Group LLC
Teamster Local Union No. 43

UKG INC
UMR Inc
Virgin Plus-Personify
WEX Health, Inc.
Working Advantage

**Debtor & Creditor Restructuring Professionals & Ordinary Course Professionals**

Akin Gump Strauss Hauer & Feld LLP
AlixPartners LLP
Ashby & Geddes, P.A.
BDO Seidman
Clarus Partners
Cole Schotz P.C.
Covington & Burling LLP
Davis Polk & Wardwell LLP
Deloitte & Touche LLP
DLA Piper LLP (US)
Ducera Partners LLC
Dunn & Allsman, LLC
Ernst & Young
Evercore LP
EXL Service (Ireland) Limited
Foley & Lardner LLP
Frost Brown Todd LLP
Gordon Brothers Asset Advisors, LLC
Gordon Rees Scully Mansukhani, LLP
Grant Thornton LLP
Guggenheim Securities, LLC
Hilco Real Estate
Holland & Knight, LLP
Honigman LLP
Hunton Andrews Kurth LLP

Jackson Lewis P.C.
Kirkland & Ellis LLP
Kroll Restructuring Administration LLC
Latham & Watkins LLP
Lazard Group LLC
Littler Mendelson P.C.
M3 Advisory Partners, LP
Morris, Nichols, Arsht & Tunnell LLP
Pachulski Stang Ziehl & Jones LLP
Paul Hastings LLP
Paul, Weiss, Rifkind, Whaton & Garrison
   LLP
Perella Weinberg Partners LP
Porter Wright Morris & Arthur LLP
Province, LLC
Reed Smith LLP
RSM US LLP
Ryan, LLC
Sheppard Mullin Richter & Hampton LLP
Sociedade Rebelo de Sousa & Advogados
   Associados, SP, RL
Stout Risius Ross, LLC
Troutman Pepper Hamilton Sanders LLP
Willkie Farr & Gallagher LLP
Young Conaway Stargatt & Taylor, LLP

**Sale Process Parties[1]**

[Confidential – Filed Under Seal]

---

[1]    *See Order (i) Authorizing the Debtors, the Committee, and the Professionals to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Professional Declarations and (ii) Granting Related Relief* [Docket No. 1139].

**Litigation Parties**

Brian Gale
Buddy's Mac Holdings, LLC
Charles Knight
Health Advocate

Joseph F Gazzo III
Matthew Giffuni
Quadre Investment Advisors LLC


**Material Suppliers and Vendors**

A Team Sales LLC
Affordable Furniture Mfg Inc
Alani Nutrition
American Agco (ADMC)
Animal Supply Co Lone Star
Animal Supply Co Wholesome
Ashley Furniture Industries Inc
Brodnax Printing Company I, LLC dba
 Brodnax 21c Printers
California Pet Partners LLC
Capstone Nutrition
Cramco
Crown Mark Imports Inc
Das Labs LLC
Elytus Ltd
Enterprise FM Trust
Flexport
Florida State Games Inc.
Garden of Life
Generis Tek Inc
Ghost, LLC.
Gorilla Mind
KFM247 LTD
Kith Furniture
Korber Supply Chain US, Inc.
Lumisource, LLC
Marcone Appliance Parts Company
Mars Petcare

Media Works, Ltd.
Merrick Pet Foods Inc
Meta Platforms, Inc.
MMXXI Investments LLC
Nutrivo, LLC
ODP Business Solutions, LLC (Office
 Depot)
One Stop Facilities Maintenance Corp
Optimum Nutrition
Origin
Phillips Lansing Facility
Planitretail LLC
Prime Hydration LLC
Pro-Form Laboratories
Quest Nutrition, LLC
Raw Sport Supplement Company
Redcon 1
Royal Canin
Ryse Up Sports Nutrition LLC
Seaboard International Forest Products LLC
Sealy Mattress Company
Seminole Furniture
Steve Silver Company
Uber Freight US LLC
Velosio LLC
Vitality Works, INC
Wex Bank


**Tax and Regulatory Authorities**

Aberdeen City Finance Department  - MD
Aiken County Assessor's Office  - SC
AK Remote Seller Sales Tax Commission  -
 AK

Alabama Cities  - AL
Alabama Department of Revenue  - AL
Alabama Local  - AL
Alachua Count Tax Collector  - FL

Alachua County Property Appraiser  - FL
Alamance County Tax Department  - NC
Alameda County Assessor's Office  - CA
Alaska Department of Revenue  - AK
Albany County  - NY
Albemarle County Assessor's Office  - VA
Alief Independent School District  - TX
Allen County Assessor's Office  - IN
Allen County Treasurer; St Joseph Township  - IN
Allen County Treasurer; Washington Township  - IN
Anderson County Assessor's Office  - SC
Annapolis Department of Finance  - MD
Anne Arundel County Animal Control  - MD
Anne Arundel County Department of Finance  - MS
Arizona Department of Revenue  - AZ
Arkansas Department of Finance & Administration  - AR
Arlington County Tax Collector  - VA
Arlington County Treasurer  - VA
Arvada City Finance Department  - CO
Ashland Assessor's Office  - MA
Ashland Board of Assessors  - MA
Athol Board of Assessors  - MA
Auburn Assessor's Office  - MA
Avalara - IL
Baltimore City Department of Finance  - MD
Baltimore County Department of Assessments and Taxation  - MD
Baltimore County, MD  - MD
Bangor Assessor's Office  - ME
Bay County Property Appraiser  - FL
Baybrook Municipal Utility District #1  - TX
Beauregard Parish Sheriff Office (B.P.S.O.) Sales Tax Department  - LA
Beckley, WV - WV
Bel Air Assessor's Office  - MD
Bell County Appraisal District  - TX
Benton County Assessor's Office  - WA
Bernalillo County Assessor's Office  - NM
Bexar County Appraisal District  - TX

Bexar County Tax Assessor  - TX
Bibb County Tax Assessor's Office  - GA
Billerica Town Assessors Office  - MA
Boone County Fiscal Court  - KY
Boone County Property Appraiser  - KY
Boone County Property Valuation Administrator  - KY
Borough of Edgewood  - PA
Borough of Fair Lawn  - NJ
Borough of Fairlawn Health Dept  - NJ
Borough of Glassboro  - NJ
Boston City Assessing Department  - MA
Braintree Assessor's Office  - MA
Brazoria County Appraisal District  - TX
Brevard County Property Appraiser  - FL
Brevard County Tax Collector  - FL
Brighton Finance Department  - CO
Brockton Board of Assessors  - MA
Broomfield Finance Department  - CO
Broward County Property Appraiser  - FL
Buncombe County Tax Department  - NC
Bureau of Fire Safety - Jackson Township  - OH
Burlington Assessor's Office  - MA
Burlington Finance Department  - NC
Burnet Central Appraisal District  - TX
CA Dept of Tax and Fee Administration  - CA
Cabarrus County Tax Administration  - NC
Caddo Shreveport Sales & Use Tax Commission  - LA
Calcasieu Parish Assessor's Office  - LA
Calcasieu Parish Sales And Use Tax Dept  - LA
California State Board of Equalization - CA
CalRecycle (Department of Resources Recycling and Recovery)  - CA
Cameron County Appraisal District  - TX
Carbondale Finance Department  - CO
Carroll County Bureau of Assessment  - MD
Carroll County Department of Assessment and Taxation  - MD
Carrollton-Farmers Independent School District  - TX
Castle Pines City Clerk/Finance Department  - CO

Castle Rock Finance Department  - CO
Catawba County Tax Office  - NC
Central Finance Department  - CO
Charles County Property Appraiser  - MD
Charleston County Assessor's Office  - SC
Charlotte County Property Appraiser  - FL
Chatham County Tax Assessor's Office  - GA
Chesapeake City Assessor's Office  - VA
Chesterfield County  - VA
Chesterfield County Assessor's Office  - VA
Chesterfield Township Assessing Department  - MI
Chesterfield Treasurer's Office  - VA
Citrus County Tax Collector  - FL
City of Acworth Tax Assessor's Office  - GA
City of Alexandria Tax Assessor's Office  - VA
City of Ann Arbor  - MI
City of Ann Arbor Assessing Division  - MI
City of Arlington  - TX
City of Aspen Finance Department  - CO
City of Auburn  - ME
City of Aurora's Finance Department  - CO
City Of Austin  - TX
City of Baton Rouge - Parish of East Baton RougeDept of Finance-Revenue Division - LA
City of Beckley  - WV
City Of Boston  - MA
City of Boulder Finance Department  - CO
City of Brighton's Finance Department  - CO
City Of Brockton  - MA
City of Buffalo -Office of Licenses  - NY
City of Burlington  - NC
City Of Canton  - OH
City of Centennial  - CO
City of Centennial Finance Department  - CO
City of Chicago  - IL
City of Chicago - Dept of Finance  - IL
City Of Clarksburg  - WV
City of Colorado Springs  - CO
City of Columbus  - OH
City Of Columbus Treasurer  - OH

City of Cranston  - RI
City Of Cranston Tax Collector  - RI
City Of Des Plaines  - IL
City of Fairfax Tax Assessor's Office  - VA
City of Fairlawn Finance Dept  - OH
City Of Florence  - KY
City of Florence Property Appraiser  - KY
City of Fort Wayne  - IN
City of Grosse Pointe  - MI
City Of Haverhill  - MA
City of Hermitage  - PA
City of Indianapolis  - IN
City of Lawrence  - MA
City of Leominster Tax Assessor's Office  - MA
City Of Livonia  - MI
City of Lorain - Alarm  - CA
City of Lyndhurst  - OH
City Of Medford  - MA
City of Memphis Tax Assessor's Office  - TN
City of Mobile  - AL
City Of New Orleans  - LA
City of New York  - NY
City of Omaha  - NE
City of Pittsfield  - MA
City of Portage  - MI
City of Pueblo  - CO
City of Quincy, MA  - MA
City Of Quincy-Wgts & Measures  - MA
City of Rochester  - NH
City of Salem Treasurer's Office  - VA
City of San Antoinio  - TX
City of San Antonio  - TX
City of Savannah Tax Assessor's Office  - GA
City Of Seguin  - TX
City of South Bend  - IN
City of South Lyon Assessing Department  - MI
City of St. Clair Shores  - MI
City Of Stow  - OH
City Of Toledo  - GA
City of Vienna  - WV
City Of Waltham  - MA
City Of Waltham Health Dept  - MA

City Of Waukegan  - IL
City of Weirton - WV
City Of Westerville  - OH
City of Westminster - MD
City of Willowick  - OH
City of Winchester Commissioner of the
    Revenue - VA
City of Wooster  - OH
City Treasurer Columbus  - OH
Clark County Assessor's Office  - NV
Clay County Property Appraiser  - FL
Clayton County Tax Assessor's Office  - GA
Clear Creek Independent School District -
    TX
Clerk of Circuit Cou  - MD
Clerk of Circuit Court of Montgomery
    County  - MD
Clerk Of Courts  - CA
Clerk Of The City Court  - MD
Cobb County Tax Assessor's Office  - GA
Collier County Property Appraiser  - FL
Collier County Tax Collector  - FL
Collin County Appraisal District  - TX
Colonial Heights Assessor's Office  - VA
Colorado Department of Revenue  - CO
Colorado Springs Finance Department  - CO
Columbia County Tax Collector  - FL
Commerce City Finance Department  - CO
Commonwealth of Kentucky Secretary of
    State  - KY
Commonwealth Of Massachusetts  - MA
Commonwealth of Pennsylvania  - PA
Comptroller of Maryland - SUT  - MD
Connecticut Department of Revenue
    Services  - CT
Contra Costa County Assessor's Office  -
    CA
Cortez Finance Department  - CO
County of Bucks - Weights & Measures  -
    PA
County Of Nassau  - NY
County of Nassau - Consumer Affairs  - NY
County of Northampton  - PA
County of Onondaga  - NY
County of Sacramento  - CA
County of Schenectady  - NY

Coweta County Tax Assessor's Office  - GA
Craig Finance Department  - CO
Cranston Tax Assessor's Office  - RI
Crested Butte Finance Department  - CO
CSC - IL - IL
Cumberland County  - PA
Cumberland County Tax Administration  -
    NC
Cumberland Trail Fire District  - OH
Cuyahoga County Board of Health  - OH
Cypress-Fairbanks Independent School
    District  - TX
Dacono Finance Department  - CO
Dallas Central Appraisal District  - TX
Dallas County Tax Office  - TX
Davidson County Property Assessor  - TN
DeKalb County Tax Assessor's Office  - GA
Delaware Division of Revenue - DE
Delta Finance Department  - CO
Delware Division of Revenue  - DE
Denton Central Appraisal District  - TX
Denton County Appraisal District  - TX
Denver County Assessor's Office  - CO
Denver Department of Finance  - CO
Department of Agriculture - NY
Department of the Treasury - UT
Department of the Treasury Internal
    Revenue Service
Douglas County Assessor's Office - NE
Dowdell Public Utility District - TX
Durango Finance Department  - CO
Durham County Tax Administration - NC
Duval County Property Appraiser - FL
East Baton Rouge Parish Assessor's Office -
    LA
E-Collect  - PA
El Paso Central Appraisal District  - TX
Enfield Assessor's Office  - CT
Englewood Finance Department  - CO
Erie County Bureau of Weights & Measures
    - NY
Erie County Comptrollers  - NY
Erie County D O E S  - OH
Escambia County Property Appraiser - FL
Evans Finance Department  - CO
Everett Assessor's Office  - MA

Fairfax County Tax Assessor's Office  - VA
Fairfield Assessor's Office  - CT
Fairhaven Board of Assessors  - MA
Fairhaven Police Department  - MA
Farmington Tax Collector  - CT
Fayette County Property Appraiser  - KY
Fishers Police Department  - IN
Flagler County Property Appraiser  - FL
Florence County Tax Assessors Office  - SC
Florida Department of Revenue  - FL
Florida Dept of Financial Services  - FL
Florida Dept. of Agriculture & Cons. Svc  - FL
Forsyth County Tax Administration  - NC
Forsyth County Tax Assessor's Office  - GA
Fort Collins Finance Department  - CO
Fort Wayne Violations Bureau  - IN
Framingham Assessor's Office  - MA
Franklin Municipal Tax Collector  - MA
Fredericksburg City Assessor's Office  - VA
Frenchtown Township Assessor's Office  - MI
Fresno County Assessor's Office  - CA
Frisco Finance Department  - CO
Fulton County Tax Assessor's Office  - GA
Gaston County Tax Office  - NC
Georgia Department of Revenue  - GA
Glendale Finance Department  - CO
Glenwood Springs Finance Department  - CO
Golden Finance Department  - CO
Goose Creek Consolidated Independent School District  - TX
Government of theDistrict of Columbia  - DC
Grand Junction Finance Department  - CO
Grapevine-Colleyville Independent School District  - TX
Greeley Finance Department  - CO
Greene County Assessor's Office  - MO
Greenfield Assessor's Office  - WI
Greenville County Tax Office  - SC
Greenwood Village Finance Department  - CO
Grosse Pointe City Assessor's Office  - MI
Guadalupe County Tax Office  - TX

Guilford County Tax Department  - NC
Gunnison Finance Department  - CO
Gwinnett County Tax Assessor's Office  - GA
Gypsum Finance Department  - CO
HAB BPT  - PA
HAB-BPT  - PA
Hall County Tax Assessor's Office  - GA
Hall County Tax Assessor's Office  - GA
Hamilton County Assessor's Office  - IN
Hanover County Commissioner of the Revenue  - VA
Harford County Department of Budget & Finance  - MD
Harris County Appraisal District  - TX
Harrison County Assessor's Office  - WV
Haverhill Office of the Assessor  - MA
Hawaii Department of Taxation - HI
Hawaii State Tax Collector  - HI
Hays County Tax Assessor-Collector's Office  - TX
Hendricks County Assessor's Office  - IN
Hendry County Tax Collector  - FL
Henrico County Assessor's Office  - VA
Henry County Tax Assessor's Office  - GA
Hermitage Police Department  - PA
Hernando County Property Appraiser  - FL
Hernando County Tax Collector  - FL
Hidalgo County Appraisal District  - TX
Hillsborough County Property Appraiser  - FL
Hillsborough County Tax Collector  - FL
Hinds County Tax Assessor  - MS
Holyoke Assessor's Office  - MA
Horry County Assessor's Office  - SC
Houston County Tax Assessor's Office  - GA
Howard County Property Tax Assessment Office  - MD
Humble Independent School District  - TX
Idaho State Tax Commission - ID
Illinois Department of Revenue - IL
Illinois Dept Of Agriculture  - IL
Imperial County Assessor's Office  - CA
Indian River Co Tax Collector  - FL
Indian River County Property Appraiser  - FL

29

Indiana Department of Revenue  - IN
Internal Revenue Service
Iowa Department of Agriculture  - IA
Iowa Department of Revenue  - IA
Iredell Tax Collector Division  - NC
Jackson Bureau of Fire Safety Fire District #3  - NJ
Jackson County Assessor - Personal Property  - IN
Jackson County Assessor's Office  - OR
James City County Commissioner of the Revenue  - VA
Jefferson County Appraisal District  - TX
Jefferson Parish Assessor's Office  - LA
Jefferson Parish Sheriff's Office Bureau of Revenue and Taxation Sales Tax Division  - LA
Joe G Tedder Polk County Tax Collector  - FL
Johnson County Assessor's Office  - IN
Kansas Department of Revenue  - KS
Kenton County Animal Shelter  - KY
Kenton County Fiscal Court  - KY
Kenton County Sheriff's Office  - KY
Kentucky Department of Fish and Wildlife  - KY
Kentucky Revenue Cabinet  - KY
Kentucky State Treasurer  - KY
Kern County Assessor's Office  - CA
Kerr County Appraisal District  - TX
Kerr County Tax Office  - TX
King County Assessor's Office  - WA
Kitsap County Assessor's Office  - WA
Knox County Property Assessor  - TN
La Junta Finance Department  - CO
Lafayette Finance Department  - CO
Lafayette Parish Assessor's Office  - LA
Lafayette Parish School SystemSales Tax Division  - LA
Lake County Assessor's Office  - IN
Lakewood Finance Department  - CO
Lancaster County Assessor's Office  - NE
Lane County Assessor's Office  - OR
Laredo City Assessor's Office  - TX
Larkspur Finance Department  - CO
Laurel Assessor's Office  - NJ

Lawrence Assessor's Office  - MA
Lee County Property Appraiser  - FL
Leominster Assessor's Office  - MA
Leon County Property Appraiser  - FL
Lexington County Assessor's Office  - SC
Littleton Finance Department  - CO
Livinbston Parish Pubric School System  - LA
Livonia Assessing Division  - MI
Lone Tree Finance Department  - CO
Longmont Finance Department  - CO
Los Angeles County Assessor's Office  - CA
Loudoun County Assessor's Office  - VA
Louisiana Department of Revenue Sales Tax Return  - LA
Louisville Finance Department  - CO
Loveland Finance Department  - CO
Lunenburg Board of Assessors  - MA
Lynchburg City Assessor's Office  - VA
Madison Assessor's Office  - WI
Madison County Assessor's Office  - TN
Maine Revenue Services  - ME
Manatee County Property Appraiser  - FL
Manheim Township  - PA
Manheim Township Police Department  - PA
Manheim Township Police Dept.  - PA
Maricopa County Assessor's Office  - AZ
Marin County Assessor's Office  - CA
Marion County Assessor's Office  - IN
Marion County Tax Collector  - FL
Marion County Treasurer  - IN
Marlborough Assessor's Office  - MA
Martin County Property Appraiser  - FL
Martin County Tax Collector  - FL
Maryland State Department of Assessments and Taxation  - MD
Massachusetts Department of Revenue  - MA
McAllen Assessor's Office  - TX
McLennan County Appraisal District  - TX
Mecklenburg County Assessor's Office  - NC
Medford Board of Assessors  - MA
Medway Municipal Tax Collector  - MA
Melissa T De La Garza, Kleburg Cty Tax Assessor  - TX

Meridian Township Assessing Department - MI

Mesquite Tax Assessor's Office - TX

Miami-Dade County Property Appraiser - FL

Michelle Matus, Tax Assessor - TX

Michigan Department of Treasury - Taxes - MI

Middletown Township - PA

Midland Central Appraisal District - TX

Milford Assessor's Office - CT

Milford Board of Assessors - MA

Millburn Board of Health - NJ

Minnesota Department of Revenue - MN

Mississippi Department of Revenue - MS

Mississippi Tax Commission - MS

Missouri Department of Revenue - MO

Mobile County Revenue Commission - AL

Monroe County - NY

Monroe Tax Office - NC

Montana Department of Revenue - MT

Monterey County Assessor's Office - CA

Montgomery County Appraisal District - TX

Montgomery County Assessor's Office - GA

Montgomery County Treasurer - KY

Montrose Finance Department - CO

Mount Pleasant Assessor's Office - WI

Mountain Village Finance Department - CO

Mt Crested Butte Finance Department - CO

Municipal Utility District #186 - TX

Muscogee County Tax Assessor's Office - GA

Narragansett Tax Assessor's Office. - RI

Nassau County Police Department - NY

Nassau County Treasurer - NY

Natick Board of Assessors - MA

Nebraska Department of Agriculture - NE

Nebraska Department of Revenue - NE

Nevada Department of Taxation - NV

New Hampshire Department of Agriculture - NH

New Hampshire Department of Revenue - Administration Unit - NH

New Hanover County Tax Department - NC

New Jersey Department of the Treasury - NJ

New Jersey Division Of Taxation - NJ

New Mexico Taxation and Revenue Dept. - NM

New York Department of Agriculture - NY

New York Department of Taxation & Finance - NY

Newington Revenue Collector - CT

Newport News Assessor's Office - VA

Newport News Department of Finance - VA

Newton Assessor's Office - MA

NJ DEP of Fish & Wildlife - NJ

NJ Divison of Consumer Affairs Office of Weights & Measures - NJ

NJ Weights & Measures Fund - NJ

Norfolk City Assessor's Office - VA

North Carolina Department of Revenue - NC

North Carolina Dept of Agriculture & Consumer Services - NC

North Dakota State Tax Department - ND

North Dakota Tax Commissioner - ND

North Haven Tax Collector - CT

North Providence Assessor's Office - RI

North Providence Tax Assessor's Office - RI

North Reading Board of Assessors - MA

Northglenn Finance Department - CO

Norwalk Assessor's Office - CT

Nueces County Appraisal District - TX

NY Dept of Agriculture - NY

NYC Dept of Health & Mental Hygiene - NY

NYS Sales Tax Processing - NY

Oakland County Equalization Division - MI

Oconee County Tax Assessor's Office - GA

Office of Secretary of State of Delaware - DE

Office of the Maine State Treasurer - ME

Ohio Business Gateway - OH

Ohio Department of Taxation - OH

Okaloosa County Property Appraiser - FL

Okeechobee County Tax Collector - FL

Oklahoma County Assessor's Office - OK

Oklahoma Tax Commission - OK

Onondaga County Dept Of Health - NY

Onslow County Tax Office  - NC
Orange County Assessor's Office  - CA
Orange County Tax Collector  - FL
Oregon Department of Revenue  - OR
Osceola County Property Appraiser  - FL
Osceola County Tax Collector  - FL
Oxford Board of Assessors  - MA
Palm Beach County Property Appraiser  - FL
Parker Finance Department  - CO
Pasadena Independent School District  - TX
Pasco County Property Appraiser  - FL
Pasco County Tax Collector  - FL
Pasquotank County Tax Collector  - NC
Peabody Assessor's Office  - MA
Pennsylvania Department of Agriculture  - PA
Pennsylvania Department of Revenue  - PA
Pennsylvania Dept Of Agriculture  - PA
Pennsylvania Dept Of Revenue  - PA
Philadelphia Tax Center  - PA
Pickens County Assessors Office  - SC
Pierce County Assessor's Office  - WA
Pima County Assessor's Office  - AZ
Pinellas County Property Appraiser  - FL
Pinellas County Tax Collector  - FL
Pitt County Tax Assessor's Office  - NC
Pittsfield Board of Assessors  - MA
Placer County Assessor's Office  - CA
Platte County Assessor's Office  - MO
Polk County Property Appraiser  - FL
Porter County Treasurer  - IN
Prince George's County Office of Finance  - MD
Prince William County Tax Assessor's Office  - VA
Pueblo Finance Department  - CO
Puerto Rico Department of Treasury  - PR
Pulaski County Tax Assessor's Office  - AR
Quincy Assessor's Office  - MA
Raleigh County Assessor  - WV
Raynham Tax Collector  - MA
Rensselaer County Weights & Measures  - NY
Rhode Island Department of Revenue  - RI
RI Division of Taxation  - RI

RI Mattress Recycling Council  - VA
Richland County Assessor's Office  - SC
Richmond County Tax Assessor's Office  - GA
Ridgway Finance Department  - CO
Rifle Finance Department  - CO
Riverside County Assessor's Office  - CA
Roanoke City Assessor's Office  - VA
Rockdale County Tax Assessor's Office  - GA
Rockland County, Commissioner of Finance  - NY
Rockwall Central Appraisal District  - TX
Rutherford County Assessor's Office  - TN
Sacramento County Assessor's Office  - CA
Saint Lucie County Property Appraiser  - FL
Sales/Use Tax Processing  - IA
Salisbury Assessor's Office  - MA
San Bernardino County Assessor's Office  - CA
San Diego County Assessor's Office  - CA
San Francisco Assessor-Recorder's Office  - CA
San Mateo County Assessor's Office  - CA
Santa Barbara County Assessor's Office  - CA
Santa Clara County Assessor's Office  - CA
Santa Fe County Assessor's Office  - NM
Sarasota County Property Appraiser  - FL
Saugus Assessor's Office  - MA
SC Coordinating Council for Economic Development, c/o South Carolina Department of Commerce  - SC
SC Department of Revenue  - SC
SD Department of Revenue  - SD
Sebastian County Tax Assessor's Office  - AR
Securities and Exchange Commission
Seminole County Property Appraiser  - FL
Seminole County Tax Collector  - FL
Shasta County Assessor's Office  - CA
Shelby County Assessor's Office  - TN
Sheridan Finance Department  - CO
Shrewsbury Assessor's Office  - MA
Silverthorne Finance Department  - CO
Skagit County Assessor's Office  - WA

Smith County Appraisal District  - TX
Snohomish County Assessor's Office  - WA
Snowmass Village Finance Department  - CO
Solano County Assessor's Office  - CA
South Carolina Department of Revenue  - SC
South Dakota Department of Revenue  - SD
South Portland Assessor's Office  - ME
South Windsor Assessor's Office  - CT
Spartanburg County Assessor's Office  - SC
Spokane County Assessor's Office  - WA
Springfield Township Fire Dept  - OH
St Lucie County Tax Collector  - FL
St. Charles County Assessor's Office  - MO
St. Clair Shores Assessing Department  - MI
St. Johns County Property Appraiser  - FL
St. Joseph County Assessor's Office  - IN
St. Joseph County Treasurer;Clay Township  - IN
St. Louis County Assessor's Office  - MO
St. Tammany Parish Assessor's Office  - LA
Stamford Assessor's Office  - CT
Stanislaus County Assessor's Office  - CA
State Of Alabama Unclaimed Property Division
State Of Alaska Unclaimed Property Division
State Of Arizona Unclaimed Property Division
State Of Arkansas Unclaimed Property Division
State Of California Unclaimed Property Division
State Of Colorado Unclaimed Property Division
State Of Connecticut Unclaimed Property Division
State Of Delaware Unclaimed Property Division
State Of Florida Unclaimed Property Bureau
State Of Georgia Unclaimed Property Division
State Of Hawaii Unclaimed Property Division
State Of Idaho Unclaimed Property Program

State Of Illinois Unclaimed Property Division
State Of Indiana Unclaimed Property Division
State Of Iowa Unclaimed Property Division
State Of Kansas Unclaimed Property Division
State Of Kentucky Unclaimed Property Division
State Of Louisiana Unclaimed Property Division
State Of Maine Unclaimed Property Division
State Of Maryland Unclaimed Property Unit
State Of Massachusetts Unclaimed Property Division
State of Michigan
State Of Michigan Unclaimed Property Division
State Of Minnesota Unclaimed Property Program
State Of Mississippi Unclaimed Property Division
State Of Missouri Unclaimed Property Section
State Of Montana Unclaimed Property Division
State Of Nebraska Unclaimed Property Division
State Of Nevada - Sales/Use
State Of Nevada Unclaimed Property Division
State of New Hampshire
State Of New Hampshire Unclaimed Property Division
State of New Jersey Division of Taxation - Pioneer Credit Recovery
State Of New Jersey Unclaimed Property Division
State Of New Mexico Unclaimed Property Division
State of New York First District Court of Nassau County
State Of New York Unclaimed Property Division

State Of North Carolina Unclaimed Property Program

State Of North Dakota Unclaimed Property Division

State Of Ohio Unclaimed Property Division

State Of Oklahoma Unclaimed Property Division

State Of Oregon Unclaimed Property Division

State Of Pennsylvania Unclaimed Property Division

State Of Rhode Island

State Of Rhode Island Unclaimed Property Division

State Of South Carolina Unclaimed Property Program

State Of South Dakota Unclaimed Property Division

State Of Tennessee Unclaimed Property Division

State Of Texas Unclaimed Property Division

State Of Utah Unclaimed Property Division

State Of Vermont Unclaimed Property Division

State Of Virginia Unclaimed Property Division

State Of Washington Unclaimed Property Section

State of West Virginia State Tax Department, Tax Account Administration Div

State Of West Virginia Unclaimed Property Division

State Of Wisconsin Unclaimed Property Unit

State Of Wyoming Unclaimed Property Division

Steamboat Springs Finance Department - CO

Sterling Finance Department - CO

Suffolk County Dept Consumer - NY

Suffolk County Police Dept - NY

Summit County Public Health - OH

Sumter County Assessor's Office - SC

Tangipahoa Parish School SystemSales Tax Division - LA

Tarrant Appraisal District - TX

Tax Collector - Parish of St. Tammany - LA

Tax Collector, Brookfield - CT

Telluride Finance Department - CO

Tennessee Department of Revenue - TN

Texas Comptroller - TX

Texas Department of Agriculture - TX

Texas Department of Revenue - TX

Texas Dept of Agriculture - TX

Thornton Finance Department - CO

Thurston County Assessor's Office - WA

Timnath Finance Department - CO

Tippecanoe County Assessor's Office - IN

Town of Ashland - MA

Town of Avon Finance Department - CO

Town of Babylon - NY

Town of Bedford - VA

Town of Billerica - MA

Town of Boone - NC

Town of Breckenridge Finance Department - CO

Town of Chili - NY

Town of Fairhaven - MA

Town Of Huntington - NY

Town of Narragansett - RI

Town Of North Providence - RI

Town of Oxford - MA

Town of Smithtown - NY

Town of Stoneham - MA

Town of Vienna, Virginia - VA

Town Of West Springfield - MA

Township of Berkeley - NJ

Township of Collier - PA

Township of Cumru - PA

Township of Pittston - PA

Travis Central Appraisal District - TX

Tulare County Assessor's Office - CA

Tulsa County Assessor's Office - OK

Tuscaloosa County Revenue Commission - AL

Union County Tax Office - NC

United Independent School District - TX

United States Treasury - GA

US Virgin Islands Unclaimed Property Division

Utah State Tax Commission - UT

Utah Department of Revenue - UT

Vail Finance Department  - CO
Vanderburgh County Assessor's Office  - IN
Ventura County Assessor's Office  - CA
Vermont Department of Taxes  - VT
Victoria County Tax Office  - TX
Village of Arlington Heights  - IL
Village Of Deerfield  - IL
Village Of Elmwood Park  - IL
Village of Gurnee  - IL
Village of Libertyville  - IL
Village Of Lincolnwood  - IL
Village of Merrionette Park  - IL
Village Of Morton Grove  - IL
Village Of Mount Pleasant  - WI
Village of Mt. Pleasant  - WI
Village of Mundelein  - IL
Village of the Branch  - NY
Virginia Beach Assessor's Office  - VA
Virginia Department of Taxation  - VA
Virginia Department of Revenue  - VA
Volusia County Property Appraiser  - FL
Volusia County Revenue Divison  - FL
Wake County Tax Administration
    Department  - NC
Wallington Board of Health  - NJ
Waltham Board of Assessors  - MA
Warren Assessors Office  - MI
Warren County Property Valuation
    Administrator  - KY
Warren County Tax Assessor's Office  - KY
Warwick Tax Assessor's Office  - RI
Washington County Assessor's Office  - TN
Washington DC Office of Tax and Revenue
    - DC
Washington State Department of Revenue  -
    WA
Washoe County Assessor's Office  - NV

Watauga County Tax Administration  - NC
Water Control and Improvement District
    #145  - TX
Wauwatosa Assessor's Office  - WI
Wayne County Tax Department  - NC
Webb County Appraisal District  - TX
West Goshen Township  - PA
West Park Municipal Utility District  - TX
West Springfield Board of Assessors  - MA
West Virginia Department of Agriculture  -
    WV
West Virginia Department of Revenue  - WV
Westminister MD 21157-5155  - MD
Westminster City Assessor's Office  - MD
Westminster Finance Department  - CO
Westmoreland County Treasurer  - PA
Westshore Regional Police Department  - PA
Whatcom County Assessor's Office  - WA
Wheat Ridge Finance Department  - CO
Whitehall Township  - PA
WI Department of Revenue  - WI
Wicomico County Property Tax Office  -
    MD
Williamson Central Appraisal District  - TX
Williamson County Appraisal District  - TX
Windsor Finance Department  - CO
Winter Park Finance Department  - CO
Wisconsin Department of Revenue  - WI
Woburn Assessor's Office  - MA
Wood County Sheriff, Treasurer Office  -
    WV
Woodland Park Finance Department  - CO
Wyoming Department of Revenue  - WY
York County Assessor's Office  - SC
Ypsilanti Township Assessing Department  -
    MI
Yuma County Assessor's Office  - AZ

**Top Unsecured Creditors**

Albany Industries Inc
Alphia Inc
Aquatic & Reptile - Central Garden & Pet
Arizona Nutritional Supplement
Assurant Inc.
Atrium

Champion Petfoods USA
Climatic Home Products
Coyote Logistics
Delta Furniture
Earth Animal Ventures
Ehplabs LLC

Elanco US Inc
Elements International Group LLC
EMA Electrolux/Frigidaire
Federal Warranty Service Corporation
Force Factor Brands LLC
GE Appliances
GE General Electric-Haier US Appliance
Google
Hartz Mountain - VMX
Hill's Pet Nutrition
Jennifer Walker, Individually and in her
    Capacity as Putative Class Representative
Kong Company
Living Style (Singapore) Pte. Limited
Lowes Companies Inc
M I Industries Inc
Madix Inc
Midwestern Pet Foods
Muebles Briss S.A. De C.V.(Marby)
Natural Balance Pet Foods Inc
Nestle Purina Petcare Company
Nestle USA
NNN REIT, LP (fka National Retail
    Properties)

Open Farm Inc
Order Groove Inc
Orgain
O'Rourke Bros., Inc.
O'Rourke Sales Company
Peak Living, INC.
Phillips Feed and Pet Supply
Premier Nutrition Company, LLC
Radio Systems Corporation
Sealy Mattress Manufacturing Company
Simmons Pet Food Inc
Solstice Sleep Company
Spectrum Brands Pet LLC
Standard Furniture Mfg Co INC
Stella and Chewys LLC
Surest/UnitedHealthcare Inc.
Titanic Furniture
Transform Holdco LLC (3PL)
UPS (Ocean Freight)
Vitamin Well USA LLC
Wellness Pet LLC
Weruva International Inc
Whirlpool
Zinatex Imports, INC

**Utility Providers**

4100 Tomlynn Street Tic
65 Holmes Investment Partners
8X8
900-71 LLC
ABCWUA - Albuquerque Bernalillo
AEP-Appalachian Power
AEP-Columbus Southern Power
AEP-Indiana Michigan Power
AEP-Ohio Power
AES Indiana
AES Ohio
Alabama Power
Alabama Power-Birmingham
Albany Utilities
Alliant Energy/Ipl
Altoona City Authority - PA
Ameren Illinois
Ameren Missouri
American Electric Power

American Water & Energy
Amerigas
Amigo Energy
Anne Arundel County Water And
    Wastewater
APG&E
Appalachian Power
APS - AZ
Aqua Indiana, Inc.
Aqua New Jersey
Aqua Ohio Inc
Aqua Pennsylvania
Arizona Public Service Co
Arkansas Oklahoma Gas Corp
Arlington Utilities - TX
Artesian Water Company, INC.
AT&T (Orange)
AT&T U-Verse
Atlantic City Electric - NJ

Atmos Energy
Auburn Water District, MA
Augusta Utilities Department - GA
Austell Natural Gas System
Avista Utilities
Aw Billing Service LLC
Bangor Gas, ME
Bangor Water District - ME
Batesville Water Utilities - AR
Baybrook Mud 1
BCWSD - OH
Beckley Sanitary Board Wv
Bellevue City Treasurer, WA
Bellevue Water Dept - WI
Benton Pud - WA
Berkshire Gas Company - MA
BGE - MD
Black Hills Energy
Bonita Springs Utilities, Inc - FL
Borough Of Butler, NJ-Electric Dept
Borough Of Ephrata, PA
Borough Of Fair Lawn, NJ-Water Dept.
Borough Of Glassboro, NJ
Bostick Development, L.C
Bowling Green Municipal Utilities - KY
BP Energy Retail Company LLC
Braintree Electric Light Department
Brick Township Municipal Utilities - NJ
Brightridge
Brodhead Creek Regional Authority,PA
Brownsville Public Utilities Board - TX
Bryan Texas Utilities - BTU
Buffalo Water - NY
Builders Inc - Commercial Div - KS
Burk Collins & Company INC
Burlington Municipal Waterworks,IA
Burlington Township Water&Sewer Utility -
   NJ
California Water Service CO
California Water Service-Bakersfield
California Water Service-Salinas
California Water Service-San Mateo
California Water Service-Visalia
Camden County Mua - NJ
Canadian Valley Electric
Canton City Utilities - OH

Cape Fear Public Utility Auth - NC
Capturis
Cascade Natural Gas
Caseyville Township Water And Sewage
   Syst - IL
CDE - Clarksville Dept Of Elec - TN
Cedar Golden Triangle LLC
Cedar Hill - Utility Services - TX
Centerpoint (03) - OF Ohio
Centerpoint Energy
Central Georgia Emc (Elec)
Central Hookset Water Pre
Central Hudson Gas & Electric Co - NY
Central Maine Power (Cmp)
Centurylink
Charles County Government - MD
Charleston Water System
Charlotte County Utilities - FL
Charter Communications
Chattanooga Gas Company
Chesapeake Utilities - DE/MD
Chester Water Authority, PA
Chillicothe Utilities Dept - OH
Cirro Energy
Citizens Energy Group
Citrus Heights Water District - CA
City Finance Director - WA
City Of Aiken, SC
City Of Allen Utility Dept - TX
City Of Alliance Water Utility, OH - OH
City Of Amarillo - TX
City Of Annapolis, MD
City Of Apopka - FL
City Of Ardmore - OK
City Of Atlanta, GA-Dept Of Watershed Mg
City Of Auburn Hills Lockbox, MI
City Of Austin, TX
City Of Avon Utilities, OH
City Of Bakersfield, CA
City Of Bangor, ME
City Of Bardstown
City Of Battle Creek
City Of Baytown, TX
City Of Beeville - TX
City Of Bellmead - TX
City Of Berwyn, IL

City Of Bloomington - IN
City Of Boca Raton, FL
City Of Boynton Beach, FL
City Of Brea, CA
City Of Bridgeport, WV
City Of Brighton, MI
City Of Brockton, MA
City Of Broken Arrow
City Of Brooksville - FL
City Of Bryant - AR
City Of Buda, TX
City Of Buford, GA
City Of Burlington, WA
City Of Burnsville - MN
City Of Calumet City, IL
City Of Casselberry - FL
City Of Cerritos - CA
City Of Chardon, OH
City Of Charlotte, NC
City Of Charlottesville, VA
City Of Chattanooga TN
City Of Chicago, IL- Dept. Of Water
City Of Clearwater, FL
City Of Clermont, FL
City Of Cleveland - OH
City Of Cleveland Division Of Water - OH
City Of Clewiston - FL
City Of Cocoa Utilities - FL
City Of Cocoa, FL
City Of Coeur D Alene, ID
City Of Columbia (SC)
City Of Columbia Solid Waste - MO
City Of Columbia, Missouri
City Of Columbia, SC - Water
City Of Concord, NC
City Of Coon Rapids, MN
City Of Corona - CA
City Of Corpus Christi TX
City Of Countryside, IL
City Of Cuyahoga Falls, OH
City Of Dade City Utility - FL
City Of Dallas TX
City Of Dania Beach, FL
City Of Danville (VA)
City Of Davenport, IA
City Of Decatur IL

City Of Defiance, OH
City Of Deland Utilities - FL
City Of Delaware - OH
City Of Delray Beach, FL
City Of Denton, TX
City Of Dover Utility - DE
City Of Downey, CA
City Of Dublin - GA
City Of Duluth Comfort Systems - MN
City Of East Point, GA
City Of Elizabeth City, NC
City Of Elyria - Elyria Public Utilities - OH
City Of Eustis, FL
City Of Everett Utilities, WA
City Of Fall River - MA
City Of Florence, KY
City Of Florence, SC
City Of Fort Lauderdale, FL
City Of Fort Smith AR
City Of Fort Worth Water Dept - TX
City Of Franklin, TN
City Of Fredericksburg, VA
City Of Galesburg, IL
City Of Gastonia, NC
City Of Geneva, IL
City Of Georgetown, TX
City Of Glendale - AZ
City Of Glendale, CA - Water & Power
City Of Goldsboro, NC
City Of Goodlettsville - TN
City Of Haines City Utilities - FL
City Of Henderson - NV
City Of Hermitage, PA
City Of Hialeah, FL-Dept Of Water & Sewe
City Of Hickory, NC
City Of High Point, NC
City Of Hillsboro, OR
City Of Homestead FL
City Of Houston, TX - Water/Wastewater
City Of Huber Heights - OH
City Of Huntington Beach, CA
City Of Independence - MO
City Of Inverness Utility - FL
City Of Irving,TX
City Of Jacksonville, NC
City Of Joplin - MO

City Of Kennewick, WA
City Of Kingsport - TN
City Of Kingsville Texas
City Of Lafayette, IN
City Of Lake Charles Water Division - LA
City Of Lake City Utility - FL
City Of Lakewood, CA
City Of Lawton - OK
City Of Leominster, MA
City Of Lima - Utilities, OH
City Of Livonia Water & Sewer Division - MI
City Of Long Beach, CA
City Of Lorain, OH - Water
City Of Lubbock Utilities - TX
CITY OF LYNN HAVEN - FL
City Of Lynnwood, WA
City Of Marble Falls, TX
City Of Marlborough, MA
City Of Mchenry - IL
City Of Midland, TX
City Of Milwaukee - WI
City Of Modesto - CA
City Of Monroe (MI)
City Of Monroe, NC
City Of Morganton - NC
City Of Morrow GA
City Of Mt. Vernon, IL
City Of Nampa, ID
City Of Naperville, IL
City Of Niles, OH
City Of Norman-Utilities - OK
City Of North Miami Beach, FL
City Of North Myrtle Beach, SC
City Of North Tonawanda - NY
City Of Northport - AL
City Of Novi, MI
City Of Ocala Utilites - FL
City Of Oceanside - CA
City Of Ocoee, FL
City Of O'fallon - IL
City Of Oklahoma City, OK
City Of Ontario Water\Sewer Dept - OH
City Of Orange, CA
City Of Osage Beach - MO
City Of Palm Coast, FL

City Of Palmetto - FL
City Of Peabody, MA
City Of Pearland Water Department - TX
City Of Pensacola, FL
City Of Philadelphia - Water Revenue, PA
City Of Phoenix (AZ)
City Of Pinellas Park Utility - FL
City Of Piqua Utilities - OH
City Of Plant City - FL
City Of Plantation, FL
City Of Pompano Beach, FL
City Of Port Arthur - TX
City Of Port St Lucie - FL
City Of Portage - MI
City Of Puyallup - Utilities - WA
City Of Raleigh, NC
City Of Rancho Cucamonga, CA
City Of Redding, CA
City Of Redmond, WA
City Of Redwood City - CA
City Of Renton, WA
City Of Richmond, VA
City Of Riviera Beach - FL
City Of Rochester Hills Water & Sewer - MI
City Of Rock Hill - Utilities - SC
City Of Rock Hill, SC
City Of Rockville, MD
City Of Rocky Mount - NC
City Of Rome - GA
City Of Roseville, CA
City Of Roseville, MI
City Of Royal Oak, MI
City Of Salem, VA
City Of Salisbury-NC
City Of Sanford, FL
City Of Santa Monica, CA
City Of Savannah, GA
City Of Seattle/Seattle City Light - WA
City Of Seattle/Seattle Public Utilities - WA
City Of Sedalia - MO
City Of Seguin, TX
City Of Seymour Smsu - IN
City Of Shawnee - OK
City Of Sherman - TX
City Of Shreveport - LA
City Of Siloam Springs - AR

City Of Slidell, LA
City Of Spokane, WA
City Of St Joseph Utility - MO
City Of St Peters, MO
City Of St. Augustine, FL
City Of St. Clair Shores, MI
City Of St. Cloud, MN
City Of St. Petersburg, FL
City Of Steubenville, OH
City Of Sumter, SC
City Of Tacoma - WA
City Of Tacoma Public Utilities - WA
City Of Tallahassee, FL - FL
City Of Tampa Utilities - FL
City Of Taylor Water Dept - MI
City Of Taylor, MI - Water Dept
City Of Terre Haute/Water And Sewage - IN
City Of Thousand Oaks, CA
City Of Titusville Utilities - FL
City Of Toledo-Dept Of Public Utilities - OH
City Of Topeka - KS
City Of Torrance Utilities - CA
City Of Troy, MI
City Of Tucson Utility Lockbox - AZ
City Of Tucson, AZ
City Of Tulsa - OK
City Of Tulsa Utilities - OK
City Of Venice - FL
City Of Victorville, CA - Water
City Of Vienna, WV
City Of Visalia, CA - Utility Billing
City Of Waco Water Office - TX
City Of Wadsworth - OH
City Of Walker - LA
City Of Warner Robins, GA
City Of Warren, MI
City Of Warrensburg Water And Sewage - MO
City Of Weirton, WV - WV
City Of West Melbourne, FL
City Of Westerville, OH
City Of Westminster - CO
City Of White Plains, NY
City Of Wichita Falls TX
City Of Wilmington, DE

City Of Winston-Salem, NC
City Of Zephyrhills Utility - FL
City Treasurer Madison - WI
City Treasurer, Rochester, NY
City Treasurer-San Diego - CA
City Utilities - Fort Wayne,IN
City Utilities Of Springfield, MO
City Utilities -Springfield MO
City Utilities -West Plains - MO
City Water & Light - Jonesboro - AR
City Water Light & Power, Springfield IL
Clackamas River Water
Clackamas Water Environment
Clark Public Utilities - WA
Clark Township - NJ
Clarksville Department Of Electricity - TN
Clarksville Gas & Water Department - TN
Clay County Utility Authority,FL
Clay Electric Cooperative
Clayton County Water Authority - GA
Cleco Power LLC
Coachella Valley Water District - CA
Cobb Emc
Colorado Springs Utilities
Columbia Gas Of Kentucky
Columbia Gas Of Maryland
Columbia Gas Of Ohio
Columbia Gas Of Pennsylvania
Columbia Gas Of Virginia
Columbus - City Treasurer - OH
Columbus Water Works
Com Ed
Comcast Cable
Con Edison
Connecticut Natural Gas Corp
Connexus Energy
Conservice
Consolidated Electric Cooperative, INC.
Constellation Newenergy
Constellation Newenergy Gas Div LLC
Consumers Energy
Conway Corporation
Corporate Services Consultants, LLC
Coserv
County Of Henrico, VA
Cox Communications, INC.

Cps Energy
Cranberry Township, PA
Crawfordsville Electric Light & Power
Crawfordsville Utilities, IN
Crwwd - Clark Regional Wastewater Dist
Cwc - Connecticut Water
Cwp/Arlington
Daviess County Water District - KY
Dekalb County Finance - GA
Delmarva Power
Delta Charter Township MI
Denver Water
Department Of Public Utilities/Sc
Destin Water Users, INC.
DIRECT ENERGY
Dixie Electric Cooperative
Dominion Energy
Dominion Va/Nc Power
Dothan Utilities - AL
Douglasville-Douglas County - GA
Doylestown Township Municipal Authority
  - PA
Dsss
Dte Energy
Dublin San Ramon Services District - CA
Duke Energy
Dupage County Public Works - IN
Duquesne Light Company
Easley Combined Utilities, SC
Eastern Propane & Oil
Eastlake Edison
Ecua
Edge Utilities
El Paso Electric
El Paso Water Utilities - TX
Electric City Utilities - SC
Elizabethtown Gas
Elizabethtown Utilities - KY
Elk River Public Utility Distr - TN
Elyria Cobblestone
Enbridge Gas Ohio
Engie Resources LLC
Entelegent Solutions INC
Entergy Arkansas
Entergy Gulf States Louisiana
Entergy Louisiana

Entergy Mississippi
Entergy Texas
Epb Electric Power Board
Erie County Sewer & Water - OH
Erie County Water Authority - NY
Erie Water Works
Eugene Water & Electric Board (EWEB)
Evansville Water And Sewer Utility IN
Evergy
Evergy Metro
Eversource
Fairport Municipal Commission
Fayetteville Public Works Commission
FB SVF Riva Annapolis
First Util Dist Of Knox County - TN
Fishers Sewer Utility, IN
Flint EMC
Flint Township - MI
Florence Water & Water And Sewage Dept -
  KY
Florida Power & Light Co
Florida Public Utilities
Fort Collins Utilities - CO
Fort Hill Natural Gas Authority
Fort Pierce Utilities - FL
Fort Wayne City Utilities - IN
Four Rivers Sanitation
FPL - Florida Power & Light Company
Frankfort Plant Board
Frederick County Division Of Utilities - MD
Freepoint Energy Solutions LLC
Fremont Water Office
Frenchtown Water
Frontier
Fusion Cloud Services, LLC
GA Natural Gas
Gainesville Regional Utilities - FL
Gainsville Regional Utility - FL
Gas South
GCSED
GCWW - Greater Cincinnati WW
Georgia Natural Gas Services
Georgia Power
Geostar Communications
Gexa Energy
Giant Food Stores LLC

Golden State Water
Grand Rapids City Treasurer - MI
Grand Strand Water & Water And Sewage
Granite Telecommunications LLC
Greater Johnstown Water Author
Green Mountain Power Corporation
Greenville Utilities Commission, NC
Greenville Water System
Greenwood Sanitation Dept/Indianapolis - IN
Greer Cpw
Greystone Power Corporation (Elec)
Gs Centennial
Guardian
Hampton Roads Sanitation DIST
Hampton Roads Utility BILLING - VA
Hancock-Wood Electric Cooperative, INC.
Hanover County Public Utilities - VA
Hardin County Water Dist #2 - KY
Harford County, MD
Harris County WCID #110 - TX
Hawaiian Electric
Helena Utility Board (AL)
Helix Water District - CA
Hernando County Utilities, FL
Highland Water And Sewage & Water Au
Hixson Utility District TN
Holmdel Township Sewer Dept - NJ
Holyoke Gas & Electric Department - MA
Homeland Park Water & Water And Sewage
Hope Gas Inc
Horn Lake Water Association
Hrsd/Hrubs
Hudson Energy Services, LLC
Huntsville Utilities, AL
Idaho Power
Illinois American Water
Immokalee Water Sewer
Imperial Irrigation District, CA
Indian River Cty Utilities - FL
Indiana American Water
Indiana Michigan Power
Intermountain Gas Company
Iowa American Water Company
Jackson Electric Membership Corp, GA
Jackson Energy Authority

Jackson Township Municipal Utilities Aut - NJ
JEA - Jacksonville Electric
Jefferson City Utilities - MO
Jefferson County AL, Sewer Service Fund
Jefferson Parish LA
Jersey Central Power & Light
Joe Amato Ventures, LP
Jordan Tax Service Inc
Just Energy
JXN Water
Kansas Gas Service
KC Water Services
Kelly Township Municipal Authority - PA
Kentucky American Water Company
Kerrville PUB
Kissimmee Utility Authority - FL
Kootenai Electric Cooperative
KU - Kentucky Utilities
KUB- Knoxville Utilities Board
KU-Kentucky Utilities Company
Lafayette Utilities Systems
Lake County Dept Of Public Works, IL
Lake County Dept. Of Utilities (OH)
Lakeland Electric/City Of Lakeland,FL
Lakeview Light & Power Co.
Lancaster Utilities Collection-Office - OH
Land O Lakes Recycling
Lansing Board Of Water & Light
Latrobe Municipal Authority, PA
Layton City Corp-Utilitie - UT
LCEC - FL
Lees Summit Water Utility - MO
Lemoyne Borough, PA
Lenoir City Utilities Board (LCUB) - TN
Levittown WD - NY
Lexington-Fayette Urban County Govt - KY
LG Realty Advisors
LG&E - Louisville Gas & Electric
Liberty Utilities
Lincoln Electric System
Littleton Electric Light & Water Dept - MA
Los Angeles Dept Of Water & Power
Louisville Gas & Electric
Louisville Water Company
Loves Park Water Dept - IL

Lower Bucks County Joint - PA
Macon Center LLC
Macon Water Authority, GA
Madison Gas & Electric Company
Madison Suburban Utility DIST - TN
Madison Water And Sewage
Mallory Valley Utility District  - TN
Manchester Township Sewer - PA
Manchester Water Works
Mansfield Power And Gas
Marietta Power
Martin County Utilites - FL
Maryland American Water Company
MAWC-Municipal Auth Of Westmoreland
    Cty
McAllen Public Utilities - TX
Mccarty Company
Memphis Light, Gas & Water Division
Menards Properties Division
Merrillville Conservancy District - IN
MET-ED
Metro St Louis Swr Dist
Metro Water Services
Metropolitan St. Louis Sewer Dist
Metropolitan Utilities Distric
Miami-Dade Water And Sewer Dept
Michigan Gas Utilities
Midamerican Energy Company
Middle Tennessee Electric
Milford Water Department - MA
Minnesota Power
Mishawaka Utilities, IN
Missouri American Water
MKPV1 LLC
Modesto Irrigation District - CA
Mohawk Valley Water Authority
Monpower/Monongahela Power
Monroe County Water Authority - NY
Monroeville Municipal Authority - PA
Montgomery County Env Svcs - OH
Montgomery Water Works
Moulton Niguel Water
Mount Laurel Twp Mua - NJ
Mount Pleasant Sewer Utility Dist No 1 -
    WI
Mount Pleasant Waterworks, SC

Mountaineer Gas Company
Muncie Sanitary District - IN
Municipal Services Commission - DE
Nashua Waste Water System
Nashville Electric Service
National Fuel
National Grid
National Grid - Brooklyn
National Grid - New York
National Grid - Pittsburgh
Natural Resource Management
NES - National Exemption
New Jersey American Water Company
New Mexico Gas Company
New Plaza Management Co
New River Light & Power Company/NC
Newnan Utilities, GA
Newport News Waterworks
Nicor Gas
NIPSCO - Northern Indiana Public Serv Co
NJNG
North Attleborough Electric Department -
    MA
North Bergen Municipal Util Auth-NBMUA
North Little Rock Electric
North Shore Gas
Northampton Borough Municipal Authority
    - PA
Northeast Ohio Regional Sewer District -
    OH
Northshore Utility District - WA
Northville Township Water/Sewer Dept - MI
Northwestern Water And Sewer District -
    OH
NOVEC
NTMA - Newberry Twp Municipal Auth.,
    PA
NV Energy North
NV Energy South
NV Energy/30073 North Nevada
NV Energy/30150 South Nevada
NW Natural
NYC Water Board
Nyseg-New York State Electric & Gas
Oconee County Water Resources - GA
OG&E -Oklahoma Gas & Electric Service

Ohio Edison
Ohio Gas Company
Okaloosa Gas District, FL
Okeechobee Utility Authority
Oklahoma Natural Gas
Old Orchard LLC
Omaha Public Power District - NE
Optimum Business
Orange And Rockland Utilities (O&R)
Orange County Utilities - FL
Orlando Utilities Commission
Owensboro Municipal Utilities - KY
Oxford Valley Road Associates LP
Pacific Gas & Electric
Pacific Power
Pacific Power-Rocky Mountain Power
Paducah Power Systems
Paducah Water
Palm Beach County Water Utilities Dept - FL
Palmetto Of Richland County Llc - SC
Parkersburg Utility Board - WV
Parr Reno Water Company
Pasadena Water And Power
Pasco County Utilities - FL
Passaic Valley Water Commission
Peabody Municipal Light Plant
PECO
Pedernales Electric Cooperative, Inc.
Penelec
Penn Power
Pennichuck Water Works, Inc.
Pennsylvania American Water
Peoples - PA
Peoples Natural Gas
Peoples Twp - PA
PEPCO (Potomac Electric Power Company)
PG&E - CA
Philadelphia Gas Works
Piedmont Natural Gas
Pierce County Sewer, WA
Pinellas County Utilities, FL
Pineville Electric And Telephone - 249 - NC
Pittsfield Charter Townsh - MI
PNM
Portage County Water Resources - OH

Portage Utilities IN
Portland General Elec - OR
Potomac Edison
Ppl Electric Utilities
Ppl Electric Utilities/Allentown
PSE&G-Public Service Elec & Gas Co
PSEGLI
Public Service Company Of Oklahoma
Public Works Comm Fayetteville
Pueblo Water
Puget Sound Energy
Racine Water Utility - WI
Rappahannock Elec Coop
RCC Tanglewood Mall, LLC
Reading Municipal Light Department - MA
Realpage Utility Mgmt Inc
Regional Water Authority - CT
Reliable Recycling Services
Reliant Energy
Republic Services
RG&E - Rochester Gas & Electric
Rhode Island Energy
Ring Central Inc
Riverside Public Utilities, CA
Roanoke Gas Company
Rockdale Water Resources
Rockland Electric Company (O&R)
Rocky Mountain Power
Saginaw Charter Township, Mi
Saint Paul Reg Water Service
Salem Property Mgt
Sampson Development Company
San Antonio Water Systems
San Diego Gas & Electric
San Jose Water Company
Sanitary Brd Of South Charlest
Santee Cooper
Sarasota County Public Utilities - FL
Scana Energy
SD1 - KY
Selco
Semco Energy Gas Co
Shelby Township Dept Of Public Works - MI
Shell Energy Solutions
Shenandoah Valley Electric Co-Op

44

Shrewsbury Village - MA
Skagit Pud
SMECO (Southern Maryland Electric Coop)
Smud - CA
Snohomish County Pud - WA
Snyder Brothers Inc
So Cal Gas
South Burlington Water Department - VT
South Central Power Co, OH
South Huntington Water District - NY
South Jersey Gas Company
South Lyons Township Sanitary District - IL
South Stickney Sanitary District - IL
Southern California Edison
Southern California Gas (The Gas Co.)
Southern Connecticut Gas (SCG)
Southwest Gas Corporation
Southwestern Electric Power
Sparklight
Spartanburg Water System - SC
Speedway Water Works
Spire
Spire/Alagasco
Spire/Charlotte
Spire/St Louis
Srp - Salt River Project
St. Lucie West Services District - FL
Stark County Metropolitan Sewer District - OH
Suburban Natural Gas Company
Suffolk County Water Authority - NY
Summit Natural Gas Of Missouri
Summit Township Water Authority - PA
Summit Township, PA-Sewer Authority
Summit Utilities Arkansas Inc
Summit Utilities Oklahoma Inc
Superior Plus Propane
Tampa Electric Company
Taunton Muni Lighting Plant (Tmlp) - MA
TECO
Tennessee-American Water Co
Texarkana Water Utilities
Texas Gas Service
The City Of Victoria Utility Billing Office - TX
The Energy Cooperative - OH

The Illuminating Company
The Metropolitan District - CT
The United Illuminating Company
The Water Works And Sewage Brd
The York Water Company
Think Utility Services Inc
Tilden Township Sewer - PA
Tilden Township Water System - PA
Toho Water Authority
Toledo Edison
Town Of Allegany, NY
Town Of Anmoore, WV
Town Of Athol, MA
Town Of Bedford, NH
Town Of Billerica, MA
Town Of Boone, NC
Town Of Cary, NC
Town Of Fuquay-Varina, NC
Town Of Gilbert - AZ
Town Of Jupiter, FL
Town Of Lexington, SC
Town Of Mooresville, IN
Town Of Mooresville, NC
Town Of Mount Airy W&S Fund - MD
Town Of Salem, NH
Town Of Saugus, MA
Town Of Ulster, NY
Town Of Vestal, NY - Utility Fund
Town Of Wake Forest, NC
Town Of Wallkill, NY
Township Of East Hanover, NJ
Township Of Falls Authority - PA
Township Of Freehold, NJ
Township Of Spring, PA
Treasurer Chesterfield County - VA
Treasurer Spotsylvania County - VA
Tri-County Electric Cooperative/TX
Tririver Water
Trumbull County Water & Sewer Dept. - OH
Trussville Gas And Water
Tucson Electric Power Co
TVWD/CWS - OR
TXU Energy
Ubs-Utility Billing Services - AR
Ugi Energy Services Llc

Ugi Utilities Inc
United Illuminating Co
United Utility Services
Unitil MA Electric & Gas Operations
Unitil ME Gas Operations
Unitil NH Electric Operations
Unitil NH Gas Operations
University Realty Associates
Utility Billing Services-AR
Utility Payment Processing - LA
Utility Payment Processing/Br Water - LA
Veolia Water Delaware
Veolia Water Idaho
Veolia Water New Jersey
Veolia Water New York Inc
Veolia Water Pennsylvania
Veolia Water Toms River
Verizon Wireless
Vermont Gas Systems, Inc.
Versant Power
Village Of Algonquin, IL
Village Of Arlington Heights, IL
Village Of Bloomingdale, IL
Village Of Deerfield, IL
Village Of Elmwood Park, IL
Village Of Evergreen Park, IL
Village Of Gurnee, IL
Village Of Hartville, OH
Village Of Lake Zurich, IL
Village Of Lincolnwood, IL
Village Of Matteson, IL
Village Of Melrose Park, IL
Village Of Merrionette Park
Village Of Morton Grove
Village Of Mundelein, IL
Village Of Norridge, IL
Village Of Orland PARK, IL
Village Of Schaumburg, IL
Village Of Streamwood - IL
Village Of Tinley Park - IL
Virginia Natural Gas
Voorhees Township - NJ
Wal-Austin
Walton EMC / Walton Gas
Ward 2 Water District X - LA
Washington Gas

Washington Suburban Sanitary Commission
Waste Connections Of Florida
Waste Management Inc.
Waste Pro
Wastewater Management Division - CO
Water District - Lvvwd - NV
Water Works Board Of The City - AL
Waterloo Water Works
WE Energies
Welling Realty LLC
West Boise Sewer District - ID
West Melbourne Utilities - FL
West Penn Power
West VA-American Water Co
West View Water Authority
Western Virginia Water Author
Westphal Leasing
Whitehall Township Authority - PA
Wilkinsburg-Penn Joint Water
Winchester Utilities - TN
Winter Haven Water
Wisconsin Public Service
Withlacoochee River Electric Cooperative
Wooster City Services - OH
Xcel Energy
Youngstown Water Dept (OH)
Ypsilanti Community Utilities Authority

## <u>Schedule 2</u>

### <u>Schedule of Searched Parties that are Current or Former Clients or Related Entities</u>

#### <u>*Current or Former Clients:*</u>
- Chilmark has an active relationship with the following Searched Parties in client matters unrelated to these Chapter 11 Cases:
  - JPMorgan Chase Bank, N.A., in connection with its role as agent on loans made to a pharmaceutical company and, separately, a transportation services company.
  - Paul Hastings LLP, which has retained Chilmark in connection with its legal representation of JPMorgan Chase Bank, N.A. in each of the matters referenced above.
  - Morris, Nichols, Arsht & Tunnell LLP, which serves as counsel to a telecommunications services company that is a current client of Chilmark.
- Within the past three years, Chilmark had relationships with the following Searched Parties in client matters unrelated to these Chapter 11 Cases:
  - JPMorgan Chase Bank, N.A., in connection with its role as agent on loans made to a media company and, separately, a textile manufacturing company.
  - Morris, Nichols, Arsht & Tunnell LLP, which served as counsel to a biotechnology company at the time that it was a client of Chilmark.

#### <u>*Related Entities:*</u>
Searched Parties that are not Current or Former Clients but who may have received the benefit of Chilmark's services in connection with certain client assignments in the past three years on matters unrelated to these Chapter 11 Cases:
- Bank of America, N.A.
- Citizens Bank, N.A.
- Fifth Third Bank
- Truist Bank
- Wells Fargo Bank, N.A.
- HG Vora Cap Mgmt LLC
- HG Vora Opportunistic Capital Master Fund II LP
- JPMorgan Branch – 0802