# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 31, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 03/31/2025 | 1210 | Response (Statement of the Ad Hoc Group of First Lien Lenders With Respect to Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief) (related document(s)1044, 1099, 1206) Filed by Ad Hoc Group of First Lien Lenders (Attachments: # 1 Exhibit A # 2 Exhibit B) (McGuire, Matthew) (Entered: 03/31/2025) |

Dated: April 1, 2025

*/s/ Laurie Heggan*
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Perdue, Brandon, Fielder, Collins and Mott, L.L.P.<br>Attn: Alysia Córdova<br>P.O. Box 9132<br>Amarillo, TX 79105<br>acordova@pbfcm.com<br>amabkr@pbfcm.com | **VIA ELECTRONIC MAIL**<br>Ross Aronstam & Moritz LLP<br>Attn: Adam D. Gold, Holly E. Newell<br>Hercules Building<br>1313 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>agold@ramllp.com<br>hnewell@ramllp.com |
| **VIA ELECTRONIC MAIL**<br>Clark Hill PLC<br>Attn: Audrey L. Hornisher<br>901 Main Street, Suite 6000<br>Dallas, TX 75202<br>ahornisher@clarkhill.com | **VIA ELECTRONIC MAIL**<br>Tolson & Wayment, PLLC<br>Attn: Aaron J. Tolson<br>1906 Jennie Lee Dr.<br>Idaho Falls, ID 83404<br>ajt@aaronjtolsonlaw.com |
| **VIA ELECTRONIC MAIL**<br>Latham & Watkins LLP<br>Attn: Andrew Sorkin<br>555 Eleventh Street NW<br>Suite 1000<br>Washington, DC 20004<br>andrew.sorkin@lw.com | **VIA ELECTRONIC MAIL**<br>Greenberg Traurig, LLP<br>Attn: Anthony W. Clark, Dennis A. Meloro<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801<br>Anthony.Clark@gtlaw.com<br>Dennis.Meloro@gtlaw.com |
| **VIA ELECTRONIC MAIL**<br>Segal McCambridge Singer & Mahoney<br>Attn: Alan J. Taylor<br>29100 Northwestern Highway, Suite 240<br>Southfield, MI 48034<br>ataylor@smsm.com | **VIA ELECTRONIC MAIL**<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane W. Sanders<br>PO Box 17428<br>Austin, TX 78760-7428<br>austin.bankruptcy@lgbs.com |
| **VIA ELECTRONIC MAIL**<br>Securities & Exchange Commission - NY Office<br>Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | **VIA ELECTRONIC MAIL**<br>Seward & Kissel LLP<br>Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott<br>One Battery Park Plaza<br>New York, NY 10004<br>bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br>ashmead@sewkis.com<br>bateman@sewkis.com<br>matott@sewkis.com |

**VIA ELECTRONIC MAIL**
Meyers, Rodbell & Rosenbaum, P.A.
Attn: Nicole C. Kenworthy
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385
bdept@mrrlaw.net

**VIA ELECTRONIC MAIL**
County of Loudoun, Virginia
Attn: Belkys Escobar
One Harrison Street, SE, 5th Floor
PO Box 7000
Leesburg, VA 20177-7000
belkys.escobar@loudoun.gov

**VIA ELECTRONIC MAIL**
Bernstein Litowitz Berger & Grossmann LLP
Attn: Benjamin Potts, Mae Oberste
500 Delaware Avenue
Suite 901
Wilmington, DE 19801
benjamin.potts@blbglaw.com
mae.oberste@blbglaw.com

**VIA ELECTRONIC MAIL**
Farnan LLP
Attn: Brian E. Farnan, Michael J. Farnan
919 North Market Street
12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

**VIA ELECTRONIC MAIL**
Brookfield Properties Retail Inc
Attn: Kristen N. Pate
350 N. Orleans Street
Suite 300
Chicago, IL 60654-1607
bk@bpretail.com

**VIA ELECTRONIC MAIL**
White & Case LLP
Attn: Bojan Guzina
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
bojan.guzina@whitecase.com

**VIA ELECTRONIC MAIL**
Offit Kurman, PA
Attn: Brian J. McLaughlin
222 Delaware Avenue
Suite 1105
Wilmington, DE 19801
Brian.McLaughlin@offitkurman.com

**VIA ELECTRONIC MAIL**
Weltman, Weinberg & Reis Co. LPA
Attn: Geoffrey J. Peters
5475 Rings Road
Suite 200
Dublin, OH 43017
bronationalecf@weltman.com

**VIA ELECTRONIC MAIL**
Tenenbaum & Saas, P.C.
Attn: Bradshaw Rost
4504 Walsh Street, Suite 200
Chevy Chase, MD 20815
BRost@tspclaw.com

**VIA ELECTRONIC MAIL**
Pachulski Stang Ziehl & Jones LLP
Attn: Bradford J. Sandler, Colin R. Robinson
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
bsandler@pszjlaw.com
crobinson@pszjlaw.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Cozen O'Connor<br>Attn: Brian L. Shaw<br>123 North Wacker Drive<br>Suite 1800<br>Chicago, IL 60606<br>bshaw@cozen.com | **VIA ELECTRONIC MAIL**<br>Cowles & Thompson, P.C.<br>Attn: William L. Siegel<br>901 Main Street, Suite 3900<br>Dallas, TX 75202<br>bsiegel@cowlesthompson.com |
| **VIA ELECTRONIC MAIL**<br>Cohen Pollock Merlin Turner, P.C.<br>Attn: Bruce Z. Walker<br>3350 Riverwood Parkway, Suite 1600<br>Atlanta, GA 30339<br>bwalker@cpmtlaw.com | **VIA ELECTRONIC MAIL**<br>Morgan, Lewis & Bockius LLP<br>Attn: Christopher L. Carter<br>One Federal Street<br>Boston, MA 02110-1726<br>christopher.carter@morganlewis.com |
| **VIA ELECTRONIC MAIL**<br>Texas Attorney General's Office<br>Attn: Christopher S. Murphy, Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>christopher.murphy@oag.texas.gov | **VIA ELECTRONIC MAIL**<br>Morris James LLP<br>Attn: Carl N. Kunz, III, Christopher M. Donnelly<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>ckunz@morrisjames.com<br>cdonnelly@morrisjames.com |
| **VIA ELECTRONIC MAIL**<br>Duane Morris LLP<br>Attn: Christopher M. Winter, James C. Carignan<br>1201 N. Market Street, Suite 501<br>Wilmington, DE 19801<br>cmwinter@duanemorris.com<br>jccarignan@duanemorris.com | **VIA ELECTRONIC MAIL**<br>White & Case LLP<br>Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin Smith, Brett Bakemeyer<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>cshore@whitecase.com<br>sam.hershey@whitecase.com<br>azatz@whitecase.com<br>erin.smith@whitecase.com<br>brett.bakemeyer@whitecase.com |
| **VIA ELECTRONIC MAIL**<br>Cross & Simon, LLC<br>Attn: Christopher P. Simon<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>csimon@crosslaw.com | **VIA ELECTRONIC MAIL**<br>Swanson, Martin & Bell, LLP<br>Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive<br>Suite 204<br>Lisle, IL 60532<br>cstahl@smbtrials.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Kessler Topac Meltzer & Check LLP<br>Attn: J. Daniel Albert, Michael McCutcheon<br>280 King of Prussia Rd<br>Radnor, PA 19087<br>dalbert@ktmc.com | **VIA ELECTRONIC MAIL**<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207<br>dallas.bankruptcy@lgbs.com |
| **VIA ELECTRONIC MAIL**<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: John Kendrick Turner<br>3500 Maple Avenue<br>Suite 800<br>Dallas, TX 75219<br>dallas.bankruptcy@lgbs.com | **VIA ELECTRONIC MAIL**<br>Morgan, Lewis & Bockius LLP<br>Attn: David K. Shim<br>One State Street<br>Hartford, CT 06103-3178<br>david.shim@morganlewis.com |
| **VIA ELECTRONIC MAIL**<br>SWK Attorneys at Law<br>Attn: David E. Cohen<br>500 Skokie Boulevard, Suite 600<br>Northbrook, IL 60062<br>dcohen@swkattorneys.com | **VIA ELECTRONIC MAIL**<br>Chipman Brown Cicero & Cole, LLP<br>Attn: Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 North Market St, Suite 5400<br>Wilmington, DE 19801<br>desgross@chipmanbrown.com |
| **VIA ELECTRONIC MAIL**<br>Michigan Assistant Attorney General<br>Attn: Heather L. Donald<br>Cadillac Place Building<br>3030 W. Grand Blvd. Ste. 10-200<br>Detroit, MI 48202<br>donaldh@michigan.gov | **VIA ELECTRONIC MAIL**<br>Klehr Harrison Harvey Branzburg LLP<br>Attn: Domenic E. Pacitti<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801-3062<br>dpacitti@klehr.com |
| **VIA ELECTRONIC MAIL**<br>Munsch Hardt Kopf & Harr, P.C.<br>Attn: Deborah M. Perry<br>500 N. Akard Street<br>Suite 4000<br>Dallas, TX 75201-6659<br>dperry@munsch.com | **VIA ELECTRONIC MAIL**<br>Sirlin Lesser & Benson, P.C.<br>Attn: Dana S. Plon<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA 19109<br>dplon@sirlinlaw.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>McKenna Storer<br>Attn: David A. Shapiro<br>33 N. LaSalle Street<br>Suite 1400<br>Chicago, IL 60602<br>dshapiro@mckenna-law.com<br>service@mckenna-law.com | **VIA ELECTRONIC MAIL**<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P<br>Attn: Hiram Gutierrez<br>P.O. Box 2916<br>McAllen, TX 78502<br>edinburgbankruptcy@pbfcm.com |
| **VIA ELECTRONIC MAIL**<br>Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | **VIA ELECTRONIC MAIL**<br>Polsinelli PC<br>Attn: Elisa Hyder<br>Three Logan Square<br>1717 Arch Street, Suite 2800<br>Philadelphia, PA 19103<br>ehyder@polsinelli.com |
| **VIA ELECTRONIC MAIL**<br>Bayard, P.A.<br>Attn: Ericka F. Johnson<br>600 N. Market Street, Suite 400<br>Wilmington, DE 19801<br>ejohnson@bayardlaw.com | **VIA ELECTRONIC MAIL**<br>Young Conaway Stargatt & Taylor, LLP<br>Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com |
| **VIA ELECTRONIC MAIL**<br>Frost Brown Todd LLP<br>Attn: Erin P. Severini, Joy D. Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202<br>eseverini@fbtlaw.com<br>jkleisinger@fbtlaw.com | **VIA ELECTRONIC MAIL**<br>Benesch Friedlander Coplan & Aronoff LLP<br>Attn: Elliot M. Smith<br>127 Public Square, Suite 4900<br>Cleveland, OH 44114<br>esmith@beneschlaw.com |
| **VIA ELECTRONIC MAIL**<br>Burr & Forman LLP<br>Attn: J. Ellsworth Summers, Jr., Dana L. Robbins<br>50 North Laura Street, Suite 3000<br>Jacksonville, FL 32202<br>esummers@burr.com<br>drobbins@burr.com | **VIA ELECTRONIC MAIL**<br>Brian T. FitzGerald<br>Post Office Box 1110<br>Tampa, FL 33601-1110<br>fitzgeraldb@hcfl.gov<br>stroupj@hcfl.gov<br>connorsa@hcfl.gov |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Ballard Spahr LLP<br>Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper<br>919 North Market Street<br>11th Floor<br>Wilmington, DE 19801<br>heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com | **VIA ELECTRONIC MAIL**<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@lgbs.com |
| **VIA ELECTRONIC MAIL**<br>Latham & Watkins LLP<br>Attn: James Kstanes, Timothy Beau Parker<br>330 N Wabash Avenue<br>Suite 2800<br>Chicago, IL 60611<br>Canada<br>james.ktsanes@lw.com<br>beau.parker@lw.com | **VIA ELECTRONIC MAIL**<br>Reed Smith LLP<br>Attn: Jason D. Angelo<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>jangelo@reedsmith.com |
| **VIA ELECTRONIC MAIL**<br>Paul Hastings LLP<br>Attn: Jayme Goldstein, Jeremy Evans; Isaac Sasson, Daniel Fliman<br>200 Park Avenue<br>New York, NY 10166<br>jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com<br>danfliman@paulhastings.com | **VIA ELECTRONIC MAIL**<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Joseph H. Baldiga, Shannah L. Colbert<br>1800 West Park Dr., Suite 400<br>Westborough, MA 01581<br>jbaldiga@mirickoconnell.com<br>scolbert@mirickoconnell.com |
| **VIA ELECTRONIC MAIL**<br>Pashman Stein Walder Hayden, PC<br>Attn: Joseph C. Barsalona II<br>824 North Market Street<br>Suite 800<br>Wilmington, DE 19801<br>jbarsalona@pashmanstein.com | **VIA ELECTRONIC MAIL**<br>Sessions, Fishman & Nathan, LLC<br>Attn: J. David Forsyth<br>400 Poydras Street<br>Suite 2550<br>New Orleans, LA 70130<br>jdf@sessions-law.com |
| **VIA ELECTRONIC MAIL**<br>Latham & Watkins LLP<br>Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com | **VIA ELECTRONIC MAIL**<br>Bernstein Litowitz Berger & Grossmann LLP<br>Attn: Jeroen van Kwawegen, Thomas James<br>1251 Avenue of the Americas<br>New York, NY 10020<br>jeroen@blbglaw.com<br>thomas.james@blbglaw.com |

**VIA ELECTRONIC MAIL**
Burr & Forman LLP
Attn: J. Cory Falgowski
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
jfalgowski@burr.com

**VIA ELECTRONIC MAIL**
Burr & Forman LLP
Attn: James H. Haithcock, III
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
jhaithcock@burr.com

**VIA ELECTRONIC MAIL**
Cook, Vetter, Doerhoff & Landwehr, P.C.
Attn: John D. Landwehr
231 Madison Street
Jefferson City, MO 65101
jlandwehr@cvdl.net

**VIA ELECTRONIC MAIL**
Stark & Stark, P.C.
Attn: Joseph H. Lemkin
PO Box 5315
Princeton, NJ 08543
jlemkin@stark-stark.com

**VIA ELECTRONIC MAIL**
Kirkland & Ellis LLP
Attn: Joshua A. Sussberg, P.C., Nicole L. Greenblatt, P.C., Derek I. Hunter
601 Lexington Avenue
New York, NY 10022
joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com

**VIA ELECTRONIC MAIL**
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
700 Jeffrey Way, Suite 100
Round Rock, TX 78665
jparsons@mvbalaw.com

**VIA ELECTRONIC MAIL**
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
P.O. Box 1269
Round Rock, TX 78680-1269
jparsons@mvbalaw.com

**VIA ELECTRONIC MAIL**
Tayman Lane Chaverri LLP
Attn: Jeffrey Rhodes
2001 L Street, NW, Suite 500
Washington, DC 20036
jrhodes@tlclawfirm.com

**VIA ELECTRONIC MAIL**
Potter Anderson & Corroon LLP
Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik
1313 N. Market Street
6th Floor
Wilmington, DE 19801
jryan@potteranderson.com
bhaywood@potteranderson.com
esulik@potteranderson.com

**VIA ELECTRONIC MAIL**
Connolly Gallagher LLP
Attn: Jeffrey C. Wisler
1201 North Market Street, 20th Floor
Wilmington, DE 19801
jwisler@connollygallagher.com

| **VIA ELECTRONIC MAIL**<br>Quarles & Brady LLP<br>Attn: L. Kate Mason<br>411 E. Wisconsin Avenue<br>Suite 2400<br>Milwaukee, WI 53202<br>Katie.Mason@quarles.com | **VIA ELECTRONIC MAIL**<br>Reed Smith LLP<br>Attn: Keith M. Aurzada, Dylan T. F. Ross<br>2850 North Harwood Street, Suite 1500<br>Dallas, TX 75201<br>kaurzada@reedsmith.com<br>dylan.ross@reedsmith.com |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Benesch Friedlander Coplan & Aronoff LLP<br>Attn: Kevin M. Capuzzi, Juan E. Martinez, Jennifer R. Hoover<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801-6101<br>kcapuzzi@beneschlaw.com<br>jmartinez@beneschlaw.com<br>jhoover@beneschlaw.com | **VIA ELECTRONIC MAIL**<br>Kelley Drye & Warren LLP<br>Attn: Robert L. LeHane, Jennifer D. Raviele, Allison Selick<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>aselick@kelleydrye.com |
| **VIA ELECTRONIC MAIL**<br>Barnes & Thornburg LLP<br>Attn: Kevin G. Collins<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>kevin.collins@btlaw.com | **VIA ELECTRONIC MAIL**<br>Clark Hill PLC<br>Attn: Karen M. Grivner<br>824 N. Market Street, Suite 710<br>Wilmington, DE 19801<br>kgrivner@clarkhill.com |
| **VIA ELECTRONIC MAIL**<br>Block & Leviton, LLP<br>Attn: Kimberly A. Evans, Irene R. Lax<br>222 Delaware Ave<br>Suite 1120<br>Wilmington, DE 19801<br>kim@blockleviton.com<br>irene@blockleviton.com | **VIA ELECTRONIC MAIL**<br>Cross & Simon, LLC<br>Attn: Kevin S. Mann<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>kmann@crosslaw.com |
| **VIA ELECTRONIC MAIL**<br>Barclay Damon LLP<br>Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202<br>knewman@barclaydamon.com | **VIA ELECTRONIC MAIL**<br>Richards Layton & Finger PA<br>Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>knight@rlf.com<br>steele@rlf.com<br>steiger@rlf.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Kurtzman Steady LLC<br>Attn: Jeffrey Kurtzman<br>101 N. Washington Avenue<br>Suite 4A<br>Margate, NJ 08402<br>kurtzman@kurtzmansteady.com | **VIA ELECTRONIC MAIL**<br>Landis Rath & Cobb LLP<br>Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers<br>919 Market Street Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19801<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br>erogers@lrclaw.com |
| **VIA ELECTRONIC MAIL**<br>Streusand, Landon, Ozburn & Lemmon, LLP<br>Attn: G. James Landon<br>1801 S. Mopac Expressway, Suite 320<br>Austin, TX 78746<br>landon@slollp.com | **VIA ELECTRONIC MAIL**<br>McCarter & English, LLP<br>Attn: Lisa S. Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>lbonsall@mccarter.com |
| **VIA ELECTRONIC MAIL**<br>Ken Burton, Jr., Manatee County Tax Collector<br>Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA<br>1001 3rd Ave W, Suite 240<br>Brandenton, FL 34205-7863<br>legal@taxcollector.com | **VIA ELECTRONIC MAIL**<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P<br>Attn: Laura J. Monroe<br>PO Box 817<br>Lubbock, TX 79408<br>lmbkr@pbfcm.com |
| **VIA ELECTRONIC MAIL**<br>Thompson Hine LLP<br>Attn: Louis F Solimine<br>312 Walnut Street<br>Suite 2000<br>Cincinnati, OH 45202-4029<br>Louis.Solimine@ThompsonHine.com | **VIA ELECTRONIC MAIL**<br>Kirkland & Ellis LLP<br>Attn: Mark McKane, P.C.<br>555 California Street<br>San Francisco, CA 94101<br>mark.mckane@kirkland.com |
| **VIA ELECTRONIC MAIL**<br>Barnes & Thornburg LLP<br>Attn: Mark R. Owens, Amy E. Tryon<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>mark.owens@btlaw.com<br>amy.tryon@btlaw.com | **VIA ELECTRONIC MAIL**<br>Squire Patton Boggs (US) LLP<br>Attn: Mark A. Salzberg<br>2550 M Street, NW<br>Washington, DC 20037<br>mark.salzberg@squirepb.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Austria Legal, LLC<br>Attn: Matthew P. Austria<br>1007 N. Orange Street, 4th Floor<br>Wilmington, DE 19801<br>maustria@austriallc.com | **VIA ELECTRONIC MAIL**<br>Cozen O'Connor<br>Attn: Marla S. Benedek, Kaan Ekiner<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>mbenedek@cozen.com<br>kekiner@cozen.com |
| **VIA ELECTRONIC MAIL**<br>Klehr Harrison Harvey Branzburg LLP<br>Attn: Morton R. Branzburg<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>mbranzburg@klehr.com | **VIA ELECTRONIC MAIL**<br>Akin Gump Strauss Hauer & Feld LLP<br>Attn: Marty L. Brimmage, Jr.<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201<br>mbrimmage@akingump.com |
| **VIA ELECTRONIC MAIL**<br>Ashby & Geddes, P.A.<br>Attn: Michael D. DeBaecke<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>mdebaecke@ashbygeddes.com | **VIA ELECTRONIC MAIL**<br>Lowenstein Sandler LLP<br>Attn: Michael S. Etkin, Michael Papandrea, Andrew Behlmann<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>metkin@lowenstein.com<br>mpapandrea@lowenstein.com<br>abehlmann@lowenstein.com |
| **VIA ELECTRONIC MAIL**<br>Faegre Drinker Biddle & Reath LLP<br>Attn: Michael T. Gustafson<br>320 South Canal Street, Suite 3300<br>Chicago, IL 60606<br>mike.gustafson@faegredrinker.com | **VIA ELECTRONIC MAIL**<br>Blank Rome LLP<br>Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>mike.schaedle@blankrome.com<br>stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com |
| **VIA ELECTRONIC MAIL**<br>The Magnozzi Law Firm, P.C.<br>Attn: Mark F. Magnozzi<br>23 Green Street, Suite 302<br>Huntington, NY 11743<br>mmagnozzi@magnozzilaw.com | **VIA ELECTRONIC MAIL**<br>Saul Ewing LLP<br>Attn: Monique B. DiSabatino, Mark Minuti<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>monique.disabatino@saul.com<br>mark.minuti@saul.com |

**VIA ELECTRONIC MAIL**
Thompson O'Brien Kappler & Nasuti PC
Attn: Michael B. Pugh
2 Sun Court, Suite 400
Peachtree Corners, GA 30092
mpugh@tokn.com

**VIA ELECTRONIC MAIL**
Singer & Levick, P.C.
Attn: Michelle E. Shriro
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com

**VIA ELECTRONIC MAIL**
Akin Gump Strauss Hauer & Feld LLP
Attn: Michael S. Stamer, Brad M. Kahn, Avi E. Luf
One Bryant Park
New York, NY 10036
mstamer@akingump.com
bkahn@akingump.com
aluft@akingump.com

**VIA ELECTRONIC MAIL**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Melissa E. Valdez
1235 North Loop West
Suite 600
Houston, TX 77008
mvaldez@pbfcm.com

**VIA ELECTRONIC MAIL**
Barclay Damon LLP
Attn: Niclas A. Ferland
545 Long Wharf Drive
Ninth Floor
New Haven, CT 06511
nferland@barclaydamon.com

**VIA ELECTRONIC MAIL**
Paul Hastings LLP
Attn: Nicholas A. Bassett
2050 M Street NW
Washington, DC 20036
nicholasbassett@paulhastings.com

**VIA ELECTRONIC MAIL**
Faegre Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
patrick.jackson@faegredrinker.com

**VIA ELECTRONIC MAIL**
Holland & Knight LLP
Attn: Phillip W. Nelson
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
phillip.nelson@hklaw.com

**VIA ELECTRONIC MAIL**
Pachulski Stang Ziehl & Jones LLP
Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

**VIA ELECTRONIC MAIL**
Certilman Balin Adler & Hyman, LLP
Attn: Richard J. McCord
90 Merrick Avenue
9th Floor
East Meadow, NY 11554
rmccord@certilmanbalin.com

**VIA ELECTRONIC MAIL**
Monzack Mersky and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

**VIA ELECTRONIC MAIL**
Law Offices of Ronald K. Brown, Jr., APC
Attn: Ronald K. Brown, Jr.
901 Dove Street
Suite 120
Newport Beach, CA 92660
Ron@rkbrownlaw.com

**VIA ELECTRONIC MAIL**
Simon Property Group, Inc.
Attn: Ronald M. Tucker
225 West Washington Street
Indianapolis, IN 46204
rtucker@simon.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
425 Market Street, Suite 2900
San Francisco, CA 94105-3493
schristianson@buchalter.com

**VIA ELECTRONIC MAIL**
Blakeley LC
Attn: Scott Blakeley
530 Technology Drive
Suite 100
Irvine, CA 92618
SEB@BlakeleyLC.com

**VIA ELECTRONIC MAIL**
Securities & Exchange Commission - Philadelphia Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Blvd, Suite 520
Philadelphia, PA 19103
secbankruptcy@sec.gov

**VIA ELECTRONIC MAIL**
U.S. Securities and Exchange Commission - Headquarters
Secretary of the Treasury
100 F. Street NE
Washington, DC 20549
secbankruptcy@sec.gov

**VIA ELECTRONIC MAIL**
Kroll Restructuring Administration LLC
Attn: Herb Baer, Christine Porter, Jessica Berman
1 World Trade Center
31st Floor
New York, NY 10007
serviceqa@ra.kroll.com
FRGTeam@ra.kroll.com

**VIA ELECTRONIC MAIL**
Barclay Damon LLP
Attn: Scott L. Fleischer
1270 Avenue of the Americas
Suite 501
New York, NY 10020
sfleischer@barclaydamon.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Riemer & Braunstein LLP<br>Attn: Steven Fox<br>Times Square Tower Suite 2506<br>Seven Times Square<br>New York, NY 10036<br>sfox@reimerlaw.com | **VIA ELECTRONIC MAIL**<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P<br>Attn: Sergio E. Garcia<br>3301 Northland Drive<br>Suite 505<br>Austin, TX 78731<br>sgarcia@pbfcm.com |
| **VIA ELECTRONIC MAIL**<br>Tydings & Rosenberg LLP<br>Attn: Stephen B. Gerald<br>200 Continental Drive, Suite 401<br>Newark, DE 19713<br>sgerald@tydings.com | **VIA ELECTRONIC MAIL**<br>McCarter & English, LLP<br>Attn: Shannon D. Humiston, Kate Roggio Buck, Maliheh Zare<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>shumiston@mccarter.com<br>kbuck@mccarter.com<br>mzare@mccarter.com |
| **VIA ELECTRONIC MAIL**<br>Polsinelli PC<br>Attn: Shanti M. Katona, Katherine M. Devanney<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>skatona@polsinelli.com<br>kdevanney@polsinelli.com | **VIA ELECTRONIC MAIL**<br>Law Office of Susan E. Kaufman<br>Attn: Susan E. Kaufan<br>919 N. Market Street, Suite 460<br>Wilmington, DE 19801<br>skaufman@skaufmanlaw.com |
| **VIA ELECTRONIC MAIL**<br>Frost Brown Todd LLP<br>Attn: Sloane B. O'Donnell<br>Union Trust Building<br>501 Grant Street, Suite 800<br>Pittsburgh, PA 15219<br>sodonnell@fbtlaw.com | **VIA ELECTRONIC MAIL**<br>Dentons Sirote PC<br>Attn: Stephen B. Porterfield<br>2311 Highland Avenue South<br>P.O. Box 55727<br>Birmingham, AL 35255-5727<br>stephen.porterfield@dentons.com |
| **VIA ELECTRONIC MAIL**<br>Streusand, Landon Ozburn & Lemmon, LLP<br>Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway, Suite 320<br>Austin, TX 78746<br>streusand@slollp.com | **VIA ELECTRONIC MAIL**<br>Oklahoma County Treasurer<br>Attn: Tammy Jones<br>320 Robert S. Kerr<br>Room 307<br>Oklahoma City, OK 73102<br>tammy.jones@oklahomacounty.org |

**VIA ELECTRONIC MAIL**
Harris County Attorney's Office
Susan Fuertes
Attn: Property Tax Division
P.O. Box 2848
Houston, TX 77252
taxbankruptcy.cao@harriscountytx.gov

**VIA ELECTRONIC MAIL**
Office of the United States Trustee for the District of Delaware
Attn: Timothy J. Fox, Esq
844 King Street, Suite 2207

Lockbox 35
Wilmington, DE 19801
timothy.fox@usdoj.gov

**VIA ELECTRONIC MAIL**
White & Case LLP
Attn: Thomas Lauria
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com

**VIA ELECTRONIC MAIL**
Saul Ewing LLP
Attn: Turner N. Falk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
turner.falk@saul.com

**VIA ELECTRONIC MAIL**
Sullivan Hazeltine Allinson LLC
Attn: William A. Hazeltine
919 N. Market Street
Suite 420
Wilmington, DE 19801
whazeltine@sha-llc.com

**VIA ELECTRONIC MAIL**
The Ehrlich Law Firm
Attn: William Ehrlich
444 Executive Center Blvd, Suite 240
El Paso, TX 79902
william@ehrlichlawfirm.com

**VIA ELECTRONIC MAIL**
Kaplin Stewart Meloff Reiter & Stein, P.C.
Attn: William J. Levant
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
wlevant@kaplaw.com

**VIA ELECTRONIC MAIL**
ShopCore Properties
Attn: William F. McDonald III
10920 Via Frontera, Suite 220
San Diego, CA 92127
wmcdonald@shopcore.com

**VIA ELECTRONIC MAIL**
Franchise Group, Inc.
Attn: President or General Counsel

**VIA FIRST CLASS MAIL**

GM Financial Leasing
Attn: Lorenzo Nunez
PO Box 183853
Arlington, TX 76096

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
1111 Constitution Ave., NW
Washington, DC 20224

**VIA FIRST CLASS MAIL**

Imperial Treasurer-Tax Collector
Attn: Flora Oropeza
940 West Main Street, Suite 106
El Centro, CA 92243

**VIA FIRST CLASS MAIL**

Kerrick Bachert PSC
Attn: Scott A. Bachert
1411 Scottsville Road
P. O. Box 9547
Bowling Green, KY 42102-9547

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**VIA FIRST CLASS MAIL**

U.S. Attorney for Delaware
Attn: David C. Weiss & Ellen Slights
U.S. Attorney's Office
1313 N Market Street, Suite 400
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

S&D Law
Attn: Michael L. Schlepp
1550 Wewatta Street, Floor 2
Denver, CO 80202