## Schedule 1

**Rejected Executory Contracts[1]**

---

[1] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement | Rejection Date |
|---|---|---|---|---|---|
| 1 | 801 Fort Hood, LLC | 801 Fort Hood, LLC<br>316 Iowa Dr<br>Golden, CO 80403 | American Freight, LLC | Digital Sign Agreement, dated September 1, 2022 | 3/11/2025 |
| 2 | a4 Media, LLC | a4 Media, LLC<br>One Court Square, 47th Floor<br>Long Island City, NY 11120 | American Freight, LLC | NDA, dated November 12, 2021 | 3/11/2025 |
| 3 | Algolia, Inc. | Algolia, Inc.<br>301 Howard Street, Suite 300<br>San Francisco, CA 94105 | American Freight, LLC | Amendment to Contract, dated August 5, 2024 | 3/11/2025 |
| 4 | Algolia, Inc. | Algolia, Inc.<br>301 Howard Street, Suite 300,<br>San Francisco, CA 94105 | American Freight, LLC | Software as a Service Agreement, dated December 22, 2023 | 3/11/2025 |
| 5 | Algolia, Inc. | Algolia, Inc.<br>301 Howard Street, Suite 300, San Francisco, California, 94105 | American Freight, LLC | Amendment to Contract, dated March 29, 2024 | 3/11/2025 |
| 6 | American Dar Inc. dba Titanic Furniture | American Dar Inc. dba Titanic Furniture<br>5008 Rose Walk Ct.<br>Suwanee, GA 30024 | American Freight, LLC | Universal Terms and Conditions, dated March 15, 2022 | 3/11/2025 |
| 7 | American First Finance Inc. | American First Finance Inc.<br>3515 N. Ridge Road, Suite 200<br>Wichita, KS 67205 | American Freight, LLC | Omnibus Agreement, dated July 15, 2022 | 3/11/2025 |
| 8 | American First Finance Inc. | American First Finance Inc.<br>3515 N. Ridge Road, Suite 200<br>Wichita, Kansas 67205 | American Freight, LLC | Omnibus Agreement, dated July 15, 2022 | 3/11/2025 |
| 9 | American Traffic Solutions Consolidated, L.L.C., d/b/a Verra Mobility Solutions | American Traffic Solutions Consolidated, L.L.C., d/b/a Verra Mobility Solutions<br>1150 N. Alma School Road<br>Mesa, AZ 85201 | American Freight, LLC | Master Services Agreement, dated August 28, 2023 | 3/11/2025 |
| 10 | American Traffic Solutions Consolidated, L.L.C., d/b/a Verra Mobility Solutions | American Traffic Solutions Consolidated, L.L.C., d/b/a Verra Mobility Solutions<br>1150 N. Alma School Road<br>Mesa, AZ 85201 | American Freight, LLC | Statement of Work, dated August 28, 2023 | 3/11/2025 |
| 11 | American Traffic Solutions Consolidated, L.L.C., d/b/a Verra Mobility Solutions | American Traffic Solutions Consolidated, L.L.C., d/b/a Verra Mobility Solutions<br>1150 N. Alma School Road<br>Mesa, AZ 85201 | American Freight, LLC | Statement of Work, dated August 28, 2023 | 3/11/2025 |
| 12 | Aon Consulting, Inc. | Aon Consulting, Inc.<br>200 East Randolph Street<br>Chicago, IL 60601 | American Freight Outlet Stores, LLC | Master Consulting Agreement, dated May 8, 2017 | 3/11/2025 |
| 13 | Apex Wireless | Apex Wireless<br>600 Congress Avenue, 14th Floor<br>Austin, Texas, 78701 | American Freight, LLC | General TEM Service Agreement | 3/11/2025 |
| 14 | Ascension Labs, Inc. | Ascension Labs, Inc.<br>101 Jefferson Drive,<br>Menlo Park, CA 94025 | American Freight, LLC | Master Subscription Agreement, dated August 7, 2023 | 3/11/2025 |
| 15 | Ascension Labs, Inc. | Ascension Labs, Inc.<br>101 Jefferson Drive<br>Menlo Park, CA 94025 | American Freight, LLC | Statement of Work, dated August 7, 2023 | 3/11/2025 |
| 16 | Assurant Service Protection, Inc. | Assurant Service Protection, Inc.<br>11222 Quail Roost Dr<br>Miami, FL 33157 | American Freight, LLC | Master Services Agreement, dated July 23, 2021 | 3/11/2025 |
| 17 | Assurant Service Protection, Inc. | Assurant Service Protection, Inc.<br>11222 Quail Roost Dr<br>Miami, FL 33157 | American Freight, LLC | Addendum to Contract, dated September 23, 2021 | 3/11/2025 |
| 18 | Assurant Service Protection, Inc. | Assurant Service Protection, Inc.<br>11222 Quail Roost Dr<br>Miami, FL 33157 | American Freight, LLC | Addendum to Contract, dated October 6, 2021 | 3/11/2025 |
| 19 | Assurant Service Protection, Inc. | Assurant Service Protection, Inc.<br>11222 Quail Roost Dr<br>Miami, FL 33157 | American Freight, LLC | Statement of Work, dated July 23, 2021 | 3/11/2025 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement | Rejection Date |
|---|---|---|---|---|---|
| 20 | Automated Systems Design, Inc. | Automated Systems Design, Inc. 1075 Windward Ridge Parkway, Suite 180 Alpharetta, GA 30005 | American Freight, LLC | Master Terms and Conditions, dated February 3, 2023 | 3/11/2025 |
| 21 | Bloomreach | Bloomreach 82 Pioneer Way Mountain View, CA 94041 | American Freight Outlet Stores, LLC | Amendment to Agreement dated January 7, 2015 | 3/11/2025 |
| 22 | Botify Corp | Botify Corp 3 World Trade Center New York, NY 10007 | American Freight, LLC | Purchase Agreement, dated January 15, 2024 | 3/11/2025 |
| 23 | Botify Corp | Botify Corp 3 World Trade Center New York, NY 10007 | American Freight, LLC | Software as a Service Agreement, dated December 29, 2023 | 3/11/2025 |
| 24 | C&S Development Services, LLC | C&S Development Services, LLC 1704 Santa Fe Dr., Suite 100 Weatherford, TX 76086 | American Freight, LLC | Facilities Services Master Agreement, dated October 5, 2023 | 3/11/2025 |
| 25 | Cegid | Cegid 1270, Ave. Of the Americas, Suite 807 New York, NY 10020 | American Freight, LLC | Purchase Agreement, dated November 20, 2023 | 3/11/2025 |
| 26 | Champion Retail Services Inc. | Champion Retail Services Inc. PO Box 188 Porter, TX 77365 | American Freight, LLC | Facilities Services Master Agreement, dated October 26, 2023 | 3/11/2025 |
| 27 | Cost Control Associates, Inc dba SIB Fixed Cost Reduction Company, LLC | Cost Control Associates, Inc dba SIB Fixed Cost Reduction Company, LLC 175 Broad Street, Suite 166 Glens Falls, NY 29108 | American Freight, LLC | Services Agreement, dated May 28, 2024 | 3/11/2025 |
| 28 | Cost Control Associates, Inc dba SIB Fixed Cost Reduction Company, LLC | Cost Control Associates, Inc dba SIB Fixed Cost Reduction Company, LLC 175 Broad Street, Suite 166 Glens Falls, NY 29108 | American Freight, LLC | Letter of Authorization, dated June 3, 2024 | 3/11/2025 |
| 29 | Cost Control Associates, Inc. | Cost Control Associates, Inc. 175 Broad Street, Suite 166 Glen Falls, NY 29108 | American Freight, LLC | Services Agreement, dated May 28, 2024 | 3/11/2025 |
| 30 | Daryl Flood Logistics | Daryl Flood Logistics 815 S Main Street Jacksonville, FL 32207 | American Freight, LLC | Home Delivery Agreement, dated August 1, 2022 | 3/11/2025 |
| 31 | EL Recycling, LLC | EL Recycling, LLC 2633 McKinney Ave, #130-363 Dallas, TX 75204 | American Freight, LLC | Addendum to Contract, dated November 29, 2022 | 3/11/2025 |
| 32 | El Toro.com, LLC | El Toro.com, LLC 552 East Market Street Louisville, KY 40202 | American Freight, LLC | Statement of Work | 3/11/2025 |
| 33 | Enterprise | Enterprise 1200 Jorie Blvd 300 Oak Brook, IL 60523 | American Freight, LLC | Amendment to Contract, dated February 1, 2023 | 3/11/2025 |
| 34 | Envision Branding, LLC | Envision Branding, LLC 8338 NE Alderwood Road, Suite 1200 Portland, OR 97220 | American Freight, LLC | Purchase Agreement, dated April 26, 2024 | 3/11/2025 |
| 35 | Fortiva Financial, LLC | Fortiva Financial, LLC Five Cocourse Parkway, Suite 300 Atlanta, GA 30328 | American Freight, LLC | Master Services Agreement, dated January 17, 2022 | 3/11/2025 |
| 36 | Fortiva Financial, LLC | Fortiva Financial, LLC Five Cocourse Parkway, Suite 300 Atlanta, GA 30328 | American Freight, LLC | Retail Credit Program Agreement, dated January 17, 2022 | 3/11/2025 |
| 37 | Franserve | Franserve 345 Route 17 South Upper Saddle River, NJ 07458 | American Freight, LLC | Franchise Representation Agreement | 3/11/2025 |
| 38 | Global Fire Protection Group | Global Fire Protection Group 225 Wilmington West Chester Pike Chadds Ford, PA 19317 | American Freight, LLC | Master Services Proposal, dated May 5, 2023 | 3/11/2025 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement | Rejection Date |
|---|---|---|---|---|---|
| 39 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Services Prposal, dated June 20, 2023 | 3/11/2025 |
| 40 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Services Prposal, dated July 10, 2023 | 3/11/2025 |
| 41 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 27, 2023 | 3/11/2025 |
| 42 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 18, 2023 | 3/11/2025 |
| 43 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 19, 2023 | 3/11/2025 |
| 44 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 19, 2023 | 3/11/2025 |
| 45 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 19, 2023 | 3/11/2025 |
| 46 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 19, 2023 | 3/11/2025 |
| 47 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated July 19, 2023 | 3/11/2025 |
| 48 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated September 9, 2023 | 3/11/2025 |
| 49 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated September 7, 2023 | 3/11/2025 |
| 50 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated October 5, 2023 | 3/11/2025 |
| 51 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated October 2, 2023 | 3/11/2025 |
| 52 | Global Fire Protection Group | Global Fire Protection Group, 225 Wilmington West Chester Pike, Chadds Ford, PA 19317 | American Freight, LLC | Statement of Work, dated October 16, 2023 | 3/11/2025 |
| 53 | Greenfield World Trade Inc. dba The Legacy Companies | Greenfield World Trade Inc. dba The Legacy Companies, 3355 Enterprise Ave., Ste 160, Ft. Lauderdale, FL 33331 | American Freight, LLC | Universal Terms and Conditions, dated July 23, 2024 | 3/11/2025 |
| 54 | Haier US Appliance Solutions Inc, dba GE Appliance | Haier US Appliance Solutions Inc., dba GE Appliance, 4000 Buechel Bank Road, Louisville, KY 40225 | American Freight, LLC | NDA, dated May 22, 2024 | 3/11/2025 |
| 55 | Heap Inc. | Heap Inc., 225 Bush St. 2nd Floor, San Francisco, CA 94104 | American Freight, LLC | Master Services Agreement, dated Decemeber 30, 2023 | 3/11/2025 |
| 56 | Hitachi Solutions America, Ltd. | Hitachi Solutions America, Ltd., 100 Spectrum Center Dr., Suite 350, Irvine, CA 92618 | American Freight, LLC | Master Services Agreement, dated December 2, 2022 | 3/11/2025 |
| 57 | International Franchise Professionals Group | International Franchise Professionals Group, 499 Ernston Road, Suite B9, Parlin, NJ 08859 | American Freight Franchisor, LLC | Non-Exclusive Referral Agreement, dated July 29, 2022 | 3/11/2025 |
| 58 | JKB & Associates, Inc. | JKB & Associates, Inc., 105 Wichita Street, PO Box 99, Benton, Kansas 67017 | American Freight, LLC | Event Management Agreement, dated July 5, 2023 | 3/11/2025 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement | Rejection Date |
|---|---|---|---|---|---|
| 59 | LG ELECTRONICS USA INC. | LG ELECTRONICS USA INC. 1000 Sylvan Avenue Englewood Cliffs, NJ 07632 | American Freight Outlet Stores, LLC | Supply Agreement, dated March 4, 2014 | 3/11/2025 |
| 60 | Mavrck LLC | Mavrck LLC 200 State Street, Marketplace Center, North Bldg, 3rd Floor Boston, MA 02109 | American Freight, LLC | Software as a Service Agreement, dated December 27, 2022 | 3/11/2025 |
| 61 | Mediaocean LLC | Mediaocean LLC 45 West 18th Street New York, NY 10011 | American Freight, Inc | Master Services Agreement, dated May 24, 2019 | 3/11/2025 |
| 62 | NFocus Consulting Inc. | NFocus Consulting Inc. 1594 Hubbard Drive Lancaster, OH 43130 | American Freight, LLC | Service Agreement, dated June 5, 2024 | 3/11/2025 |
| 63 | OneLook, Inc d/b/a Lily AI | OneLook, Inc d/b/a Lily AI 800 W El Camino Real, Suite 180 Mountain View, CA 94040 | American Freight, LLC | Statement of Work, dated October 31, 2023 | 3/11/2025 |
| 64 | OneLook, Inc d/b/a Lily AI | OneLook, Inc d/b/a Lily AI 800 W El Camino Real, Suite 180 Mountain View, CA 94040 | American Freight, LLC | Master Services Agreement, dated October 31, 2023 | 3/11/2025 |
| 65 | Payactiv, Inc. | Payactiv, Inc. 440 N McCarthy Blvd., Suite 200 Milpitas, CA 95035 | American Freight, LLC | Master Services Agreement, dated March 29, 2024 | 3/11/2025 |
| 66 | Payactiv, Inc. | Payactiv, Inc. 440 N McCarthy Blvd., Suite 200 Milpitas, CA 95035 | American Freight, LLC | Agreement, dated March 29, 2024 | 3/11/2025 |
| 67 | Payactiv, Inc. | Payactiv, Inc. 440 N McCarthy Blvd., Suite 200 Milpitas, CA 95035 | American Freight, LLC | Services Agreement, dated March 29, 2024 | 3/11/2025 |
| 68 | PrimePay, LLC | PrimePay, LLC 1487 Dunwoody Drive West Chester, PA 19380 | American Freight Franchisor, LLC | Subscription Agreement, dated June 16, 2023 | 3/11/2025 |
| 69 | Realtime Media, LLC | Realtime Media, LLC 1001 Conshohocken State Road, Suite 2-100 West Conshohocken, PA 19428 | American Freight, LLC | Statement of Work, dated September 13, 2024 | 3/11/2025 |
| 70 | Retail Services WIS Corportaion | Retail Services WIS Corportaion 2000 Taylor Road, Suite 200 Auburn Hills, MI 48326-1771 | Franchise Group, Inc. | Master Services Agreement, dated January 1, 2022 | 3/11/2025 |
| 71 | Revel IT, Inc. | Revel IT, Inc. 4900 Blazer Parkway Dublin, Ohio 43017 | American Freight, LLC | Search Agreement, dated February 24, 2022 | 3/11/2025 |
| 72 | Scalero, Inc. | Scalero, Inc. 2201 Broadway, 4th Floor Oakland, CA 94612 | American Freight, LLC | Agreement, dated September 19, 2023 | 3/11/2025 |
| 73 | Sidecar Interactive, Inc. | Sidecar Interactive, Inc. 1 S. Broad Street, Floor 20 Philadelphia, PA 19107 | American Freight, LLC | Addendum to Contract, dated August 26, 2022 | 3/11/2025 |
| 74 | Simon Data | Simon Data 483 Broadway, 2nd Floor New York, NY 10013 | American Freight, LLC | Addendum to Contract, dated September 20, 2023 | 3/11/2025 |
| 75 | Simon Data | Simon Data 483 Broadway, 2nd Floor New York, NY 10013 | American Freight, LLC | Support Services Agreement, dated September 28, 2023 | 3/11/2025 |
| 76 | Simon Data | Simon Data 483 Broadway, 2nd Floor New York, NY 10013 | American Freight, LLC | Amendment to Contract, dated July 2, 2024 | 3/11/2025 |
| 77 | Strategic Employment Partners, LLC | Strategic Employment Partners, LLC 1 South Dearborn Street, 20th Floor Chicago, IL 60603 | American Freight, LLC | Employment Services Agreement, dated February 10, 2023 | 3/11/2025 |
| 78 | The Shipyard, LLC | The Shipyard, LLC 580 N Fourth Street, Suite 500, Columbus, OH 43215 | American Freight, LLC | Amendment to Contract, dated August 18, 2023 | 3/11/2025 |

| ID # | Counterparty | Counterparty Address | Debtor | Rejected Agreement | Rejection Date |
|---|---|---|---|---|---|
| 79 | Tinuiti Inc. | Tinuiti Inc. 1229 Chestnut Street Front 1, 404 Philadelphia, PA 19107 | American Freight, LLC | Master Services Agreement, dated February 9, 2024, as amended | 3/11/2025 |
| 80 | Tinuiti, Inc. | Tinuiti, Inc. 111 W 33rd Street, 1510 Suite New York, NY 10001 | American Freight, LLC | Statement of Work, dated February 8, 2024 | 3/11/2025 |
| 81 | Transform Warehouse Operations LLC | Transform Warehouse Operations LLC 5407 Trillium Boulevard, Suite B120, Hoffman Estates, IL 60192 | American Freight, LLC | Addendum to Contract, dated April 1, 2023 | 3/11/2025 |
| 82 | Transform Warehouse Operations LLC | Transform Warehouse Operations LLC 5407 Trillium Boulevard, Suite B120, Hoffman Estates, IL 60192 | American Freight, LLC | Amendment to Contract, dated January 31, 2023 | 3/11/2025 |
| 83 | UPS Ocean Freight Services, Inc. | UPS Ocean Freight Services, Inc. 55 Glenlake Parkway, NE Atlanta, GA 30328 | American Freight, LLC | Amendment to Contract, dated April 19, 2024 | 3/11/2025 |
| 84 | UPS Ocean Freight Services, Inc. | UPS Ocean Freight Services, Inc. 55 Glenlake Parkway, NE Atlanta, GA 30328 | American Freight, LLC | Amendment to Contract, dated May 27, 2024 | 3/11/2025 |
| 85 | UWL, Inc. | UWL, Inc. 1340 Depot Street Cleveland, OH 44116 | American Freight, LLC | Services Arrangement, dated May 1, 2024 | 3/11/2025 |
| 86 | Williams Scotsman, Inc. | Williams Scotsman, Inc. 4646 East Van Buren Street, Suite 400 Phoenix, AZ 85008 | American Freight, LLC | Enterprise Account Program Agreement, dated May 1, 2024 | 3/11/2025 |
| 87 | Wynn Hotel | Wynn Hotel 3131 Las Vegas Blvd. South Las Vegas, Nevada 89109 | American Freight, LLC | Purchase Agreement, dated November 10, 2023 | 3/11/2025 |
| 88 | XTGlobal, Inc. | XTGlobal, Inc. 2701 Dallas Pkwy Plano, TX 75093 | American Freight, LLC | Consulting Services Agreement, dated October 28, 2021 | 3/11/2025 |
| 89 | XTGlobal, Inc. | XTGlobal, Inc. 2701 Dallas Pkwy Plano, TX 75093 | American Freight, LLC | Outsourcing Services Agreement, dated February 1, 2024 | 3/11/2025 |
| 90 | Yext, Inc. | Yext, Inc. 61 Ninths Avenue New York, NY 10011 | American Freight Outlet Stores, LLC | Addendum to Contract, dated January 30, 2019 | 3/11/2025 |
| 91 | Yext, Inc. | Yext, Inc. 61 Ninths Avenue New York, NY 10011 | American Freight Outlet Stores, LLC | Addendum to Contract, dated January 1, 2018 | 3/11/2025 |
| 92 | Yotpo, Inc. | Yotpo, Inc. 400 Lafayette Street New York, NY 10003 | American Freight, LLC | Master Software as a Service Agreement, dated July 2, 2022 | 3/11/2025 |
| 93 | Yotpo, LTD. | Yotpo, Inc. 400 Lafayette Street New York, NY 10003 | American Freight, LLC | Purchase Agreement, dated July 1, 2024 | 3/11/2025 |