IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | ) |
| | ) Case No. 24-12480 (LSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Adam S. Paris of Sullivan & Cromwell LLP, 1888 Century Park East, Los Angeles, California 90067, to represent B. Riley Principal Investments, LLC in the above-captioned chapter 11 cases.

Dated:  March 25, 2025

*/s/ John H. Knight*
John H. Knight (No. 3848)
**RICHARDS, LAYTON & FINGER, P.A**.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: knight@rlf.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  March 25, 2025

*/s/ Adam S. Paris*
Adam S. Paris
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
Email: parisa@sullcrom.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: April 1st, 2025**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 32630706v.1