## CERTIFICATE OF SERVICE

     I, Ronald S. Gellert, hereby certify that, on this 1st day of April, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

| | |
|---|---|
| Dated: April 1, 2025<br>Wilmington, Delaware | */s/ Ronald S. Gellert*<br>Ronald S. Gellert (DE 4259)<br>GELLERT SEITZ BUSENKELL & BROWN, LLC |