## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |
|  | **Related Dkt. No. 1058** |

### CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIRST MONTHLY FEE STATEMENT OF PERELLA WEINBERG PARTNERS LP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 26, 2024 THROUGH DECEMBER 31, 2024

The undersigned hereby certifies that:

1.     On March 6, 2025, Perella Weinberg Partners LP ("PWP"), as counsel for the Official Committee of Unsecured Creditors (the "Committee") filed and served its *First Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

*Reimbursement of Expenses for the Period from November 26, 2024 through December 31, 2024*
[Docket No. 1058] (the "Fee Statement").

2.    Objections to the Fee Statement were to be filed and served no later than March
27, 2025 by 4:00 p.m. (prevailing Eastern Time).  The undersigned has caused the Bankruptcy
Court's docket in this case to be reviewed, and no answer, objection or other responsive
pleadings to the Fee Statement appears thereon.  Additionally, no objections to the Fee Statement
have been received by the undersigned counsel.

3.    Pursuant to the *Order Establishing Procedures for Interim Compensation and
Reimbursement of Estate Professionals*, [Docket No. 353], the Debtors are authorized to pay
PWP $163,333.34 for 80% of the fees ($204,166.67), and $43,401.27 for expenses incurred, less
a voluntary reduction in the amount of $328.34[2], for an aggregate amount of $43,072.93 for
expenses requested in the Application for the period from November 26, 2024 through December
31, 2024, upon the filing of this certificate of no objection and without the need for entry of a
Bankruptcy Court order approving the Application.

---

[2]    As set forth in the *Fee Examiner's Final Report Regarding First Interim Fee Application Request of Perella
Weinberg Partners LP* [Docket No. 1188], PWP has agreed as an accommodation to the Debtors' estates to
reduce its reimbursable expenses for the period covered by the Fee Application (as defined therein) by $328.34.
Because the expense reduction relates to expenses from this Fee Statement, PWP is incorporating the reduction
herein.

Dated:    April 2, 2025

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:        bsandler@pszjlaw.com
              crobinson@pszjlaw.com

-and-

Robert J. Feinstein (admitted *pro hac vice*)
Alan J. Kornfeld (admitted *pro hac vice*)
Theodore S. Heckel (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:        rfeinstein@pszjlaw.com
              akornfeld@pszjlaw.com
              theckel@pszjlaw.com

*Counsel to the Official Committee*
*of Unsecured Creditors*