# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on April 3, 2025, the *Rebuttal Report of Tyler Cowan* was served on the following counsel via electronic mail:

Edmon L. Morton
Allison S. Mielke
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square 1000 North King Street
Wilmington, DE 19801
emorton@ycst.com
amielke@ycst.com

Mark McKane
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, California 94104
mark.mckane@kirkland.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

{1467.001-W0080808.2}

| | |
|---|---|
| Joshua A. Sussberg<br>Nicole L. Greenblatt<br>Derek Hunter<br>Jeffrey Goldfine<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>joshua.sussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>derek.hunter@kirkland.com<br>jeffrey.goldfine@kirkland.com | Shayne Henry<br>**KIRKLAND & ELLIS LLP**<br>401 Congress Avenue<br>Austin, TX 78701<br>shayne.henry@kirkland.com<br><br>William Arnault<br>**KIRKLAND & ELLIS LLP**<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>warnault@kirkland.com |
| Bradford J. Sandler<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street,<br>17th Floor P.O. Box 8705<br>Wilmington, DE 19899-8705<br>bsandler@pszjlaw.com | Robert J. Feinstein<br>Alan Kornfeld<br>Beth Levine<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>akornfeld@pszjlaw.com<br>blevine@pszjlaw.com |
| Michael J. Farnan<br>**FARNAN LLP**<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>mfarnan@farnanlaw.com | |
| Michael J. Farnan<br>**FARNAN LLP**<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>mfarnan@farnanlaw.com | J. Christopher Shore<br>Andrew T. Zatz<br>Colin West<br>Samuel P. Hershey<br>Erin Smith<br>Brett Bakemeyer<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>cshore@whitecase.com<br>azatz@whitecase.com<br>sam.hershey@whitecase.com<br>erin.smith@whitecase.com<br>brett.bakemeyer@whitecase.com |
| Thomas E. Lauria<br>**WHITE & CASE LLP**<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>tlauria@whitecase.com | |
| Timothy J. Fox, Jr.<br>**OFFICE OF THE UNITED STATES TRUSTEE**<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Timothy.Fox@usdoj.gov | |

<div style="display: flex;">
<div>
Dated: April 4, 2025<br>
       Wilmington, Delaware
</div>
<div>

Respectfully submitted,

**LANDIS RATH & COBB LLP**

*/s/ Elizabeth A. Rogers*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Elizabeth A. Rogers (No. 7335)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com
       erogers@lrclaw.com

-and-

**PAUL HASTINGS LLP**

Jayme T. Goldstein (admitted *pro hac vice*)
Daniel A. Fliman (admitted *pro hac vice*)
Jeremy D. Evans (admitted *pro hac vice*)
Isaac S. Sasson (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com
       danfliman@paulhastings.com
       jeremyevans@paulhastings.com
       isaacsasson@paulhastings.com

Nicholas A. Bassett (admitted *pro hac vice*)
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: nicholasbassett@paulhastings.com

*Counsel to the Ad Hoc Group of First Lien Lenders*
</div>
</div>