## **Exhibit 1**

|   | **Coverage** | **D&O Insurer(s)** | **Policy Number** | **Covered Period** |
|---|---|---|---|---|
| 1 | D&O ABC – Primary ($5,000,000) | National Union Fire Insurance Company of | 01-420-28-24 | August 21, 2023 – April 30, 2025 |
| 2 | D&O ABC – Excess ($5,000,000) | Markel American Insurance Company | MKLM1MXM001065 | August 21, 2023 – April 30, 2025 |
| 3 | D&O ABC – Excess ($5,000,000) | Westchester Fire Insurance Company | G47420994 001 | August 21, 2023 – April 30, 2025 |
| 4 | D&O ABC – Excess ($5,000,000) | Berkshire Hathaway Specialty Insurance | 47-EMC-330581-01 | August 21, 2023 – April 30, 2025 |
| 5 | D&O ABC – Excess ($5,000,000) | Allianz Global Risks US Insurance Company | USF04502623 | August 21, 2023 – April 30, 2025 |
| 6 | D&O DIC – Excess ($5,000,000) | Allied World Insurance Company | 0313-9683 | August 21, 2023 – April 30, 2025 |
| 7 | D&O DIC – Excess ($5,000,000) | Endurance American Insurance Company | ADX30043459900 | August 21, 2023 – April 30, 2025 |