# EXHIBIT "B"

| | |
|---|---|
| **From:** | Andrew Dion <andion@granitenet.com> |
| **Sent:** | Tuesday, April 8, 2025 2:27 PM |
| **To:** | Brian Simpkins; Roger Adams |
| **Cc:** | Kennedy MacQueen; Jessica Moy; Khristina Daille; Jonathan Waters |
| **Subject:** | RE: 34 Stores will not be disconnected |

Hey Brian,

This is received- we will begin processing full disconnects at all the remaining stores.

Thank you,



**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24/7/365 Customer Service 866.847.5500

**Office Hours: Mon-Fri 7am-4pm EST**

**From:** Brian Simpkins <BSimpkins@americanfreight.us>
**Sent:** Tuesday, April 8, 2025 2:21 PM
**To:** Andrew Dion <andion@granitenet.com>; Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>
**Subject:** Re: 34 Stores will not be disconnected

Shut everything down.

Get Outlook for iOS

**From:** Andrew Dion <andion@granitenet.com>
**Sent:** Tuesday, April 8, 2025 2:18:16 PM
**To:** Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>; Brian Simpkins <BSimpkins@americanfreight.us>
**Subject:** RE: 34 Stores will not be disconnected

**Security Reminder: This email originated from outside of the American Freight organization. Please use caution when opening messages from external sources.**

Good afternoon Roger,

Meeting was cancelled today as requested. Please let me know if any disconnects are needed for the current store list. We still have the below active per American Freight's request.


**American Freight Legacy**

**Parent: 04001072**
**Stores keeping active (4 Total):**

| MACNUM | STORE # | Store name | Request |
|---|---|---|---|
| 04196269 | 5230 | Linovia Store | Keep active |
| 04196203 | 4612 | Linovia DC | Keep active |
| 04196211 | 9240 | Tucker DC | Keep active |
| 04196310 | 8470 | Tucker DC | Keep POTS only Active |

**American Freight Network**
**Parent: 04722562**
**Stores keeping active (30 Total):**

| MACNUM | STORE # |
|---|---|
| 04812193 | 6 |
| 04730385 | 7 |
| 04730386 | 8 |
| 04812195 | 9 |
| 04812204 | 11 |
| 04812207 | 13 |
| 04812210 | 15 |
| 04730396 | 18 |
| 04730370 | 19 |
| 04812218 | 22 |
| 04730401 | 23 |
| 04812592 | 25 |
| 04812593 | 28 |
| 04812231 | 29 |
| 04812235 | 31 |
| 04812251 | 40 |
| 04812256 | 42 |
| 04812260 | 46 |
| 04812284 | 59 |
| 04812304 | 67 |
| 04812311 | 71 |
| 04730471 | 87 |
| 04812335 | 89 |
| 04812368 | 100 |
| 04812351 | 101 |
| 04812397 | 143 |
| 04812435 | 156 |
| 04730616 | 164 |
| 04812599 | 247 |
| 04730745 | 251 |

Thank you,



**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500

**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Andrew Dion
**Sent:** Monday, March 31, 2025 9:20 AM
**To:** Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>; Brian Simpkins <BSimpkins@americanfreight.us>
**Subject:** RE: 34 Stores will not be disconnected

Hey Roger,

Hope you had a great weekend. I wanted to reach out to check if any of the stores from the list below need to be disconnected? Our last communication was to keep these active, but if any of these need to be downturned please let me know.

**American Freight Legacy**
**Parent: 04001072**
**Stores keeping active (4 Total):**

| MACNUM | STORE # | Store name | Request |
|---|---|---|---|
| 04196269 | 5230 | Linovia Store | Keep active |
| 04196203 | 4612 | Linovia DC | Keep active |
| 04196211 | 9240 | Tucker DC | Keep active |
| 04196310 | 8470 | Tucker DC | Keep POTS only Active |

**American Freight Network**
**Parent: 04722562**
**Stores keeping active (30 Total):**

| MACNUM | STORE # |
|---|---|
| 04812193 | 6 |
| 04730385 | 7 |
| 04730386 | 8 |
| 04812195 | 9 |
| 04812204 | 11 |
| 04812207 | 13 |
| 04812210 | 15 |
| 04730396 | 18 |
| 04730370 | 19 |
| 04812218 | 22 |

| | |
|---|---|
| 04730401 | 23 |
| 04812592 | 25 |
| 04812593 | 28 |
| 04812231 | 29 |
| 04812235 | 31 |
| 04812251 | 40 |
| 04812256 | 42 |
| 04812260 | 46 |
| 04812284 | 59 |
| 04812304 | 67 |
| 04812311 | 71 |
| 04730471 | 87 |
| 04812335 | 89 |
| 04812368 | 100 |
| 04812351 | 101 |
| 04812397 | 143 |
| 04812435 | 156 |
| 04730616 | 164 |
| 04812599 | 247 |
| 04730745 | 251 |

Thank you,



**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500
**Office Hours: Mon-Fri 7am-4pm EST**

**From:** Andrew Dion <andion@granitenet.com>
**Sent:** Tuesday, March 11, 2025 1:58 PM
**To:** Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>; Brian Simpkins <BSimpkins@americanfreight.us>
**Subject:** RE: 34 Stores will not be disconnected

Good afternoon Roger,

Checking in to confirm if we need to make any updates to the current store list? Please let me know if we need to change anything.

**American Freight Legacy**
**Parent: 04001072**
**Stores keeping active (4 Total):**

| MACNUM | STORE # | Store name | Request |
|---|---|---|---|

| 04196269 | 5230 | Linovia Store | Keep active |
| 04196203 | 4612 | Linovia DC | Keep active |
| 04196211 | 9240 | Tucker DC | Keep active |
| 04196310 | 8470 | Tucker DC | Keep POTS only Active |

**American Freight Network**
**Parent: 04722562**
**Stores keeping active (30 Total):**

| MACNUM | STORE # |
|---|---|
| 04812193 | 6 |
| 04730385 | 7 |
| 04730386 | 8 |
| 04812195 | 9 |
| 04812204 | 11 |
| 04812207 | 13 |
| 04812210 | 15 |
| 04730396 | 18 |
| 04730370 | 19 |
| 04812218 | 22 |
| 04730401 | 23 |
| 04812592 | 25 |
| 04812593 | 28 |
| 04812231 | 29 |
| 04812235 | 31 |
| 04812251 | 40 |
| 04812256 | 42 |
| 04812260 | 46 |
| 04812284 | 59 |
| 04812304 | 67 |
| 04812311 | 71 |
| 04730471 | 87 |
| 04812335 | 89 |
| 04812368 | 100 |
| 04812351 | 101 |
| 04812397 | 143 |
| 04812435 | 156 |
| 04730616 | 164 |
| 04812599 | 247 |
| 04730745 | 251 |

Thank you,

**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500

**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Andrew Dion
**Sent:** Thursday, February 27, 2025 8:01 AM
**To:** Brian Simpkins <BSimpkins@americanfreight.us>; Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille
<KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>
**Subject:** RE: 34 Stores will not be disconnected

Hey Brian,

Services were disconnected as of 12/31/**2024.** Apologies for the typo. HQ was not part of the Keep Active list.

Thank you,

**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500

**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Brian Simpkins <BSimpkins@americanfreight.us>
**Sent:** Thursday, February 27, 2025 7:54 AM
**To:** Andrew Dion <andion@granitenet.com>; Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille
<KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>
**Subject:** Re: 34 Stores will not be disconnected

Hq should be shutdown 2/28/2025.

Get Outlook for iOS

---

**From:** Andrew Dion <andion@granitenet.com>
**Sent:** Thursday, February 27, 2025 7:52:28 AM
**To:** Brian Simpkins <BSimpkins@americanfreight.us>; Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille
<KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>
**Subject:** RE: 34 Stores will not be disconnected

==**Security Reminder: This email originated from outside of the American Freight organization. Please
use caution when opening messages from external sources.**==

Hey Brian,

This is received. The HQ account was disconnected as of 12/31/2025.

Acct# 04504915
Address: 109 Innovation Court, Suite J, Delaware OH 43015

Thank you,

**Andrew Dion**
Premier National Account Manager
O: 617-837-5651
E: andion@granitenet.com
A: 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500
**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Brian Simpkins <BSimpkins@americanfreight.us>
**Sent:** Wednesday, February 26, 2025 4:20 PM
**To:** Andrew Dion <andion@granitenet.com>; Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>
**Subject:** Re: 34 Stores will not be disconnected

Keep the stores alive but remove HQ as of this Friday end of business day 2/28/2025.


Get Outlook for iOS

---

**From:** Andrew Dion <andion@granitenet.com>
**Sent:** Wednesday, February 26, 2025 3:40:48 PM
**To:** Brian Simpkins <BSimpkins@americanfreight.us>; Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>
**Subject:** RE: 34 Stores will not be disconnected

==**Security Reminder: This email originated from outside of the American Freight organization. Please use caution when opening messages from external sources.**==
Good afternoon Roger,

Checking in to confirm if we need to make any updates to the current store list? Please let me know if we need to change anything.

**American Freight Legacy**
**Parent: 04001072**
**Stores keeping active (4 Total):**

| MACNUM | STORE # | Store name | Request |
|--------|---------|------------|---------|
| 04196269 | 5230 | Linovia Store | Keep active |
| 04196203 | 4612 | Linovia DC | Keep active |
| 04196211 | 9240 | Tucker DC | Keep active |
| 04196310 | 8470 | Tucker DC | Keep POTS only Active |


**American Freight Network**
**Parent: 04722562**

**Stores keeping active (30 Total):**

| MACNUM | STORE # |
|--------|---------|
| 04812193 | 6 |
| 04730385 | 7 |
| 04730386 | 8 |
| 04812195 | 9 |
| 04812204 | 11 |
| 04812207 | 13 |
| 04812210 | 15 |
| 04730396 | 18 |
| 04730370 | 19 |
| 04812218 | 22 |
| 04730401 | 23 |
| 04812592 | 25 |
| 04812593 | 28 |
| 04812231 | 29 |
| 04812235 | 31 |
| 04812251 | 40 |
| 04812256 | 42 |
| 04812260 | 46 |
| 04812284 | 59 |
| 04812304 | 67 |
| 04812311 | 71 |
| 04730471 | 87 |
| 04812335 | 89 |
| 04812368 | 100 |
| 04812351 | 101 |
| 04812397 | 143 |
| 04812435 | 156 |
| 04730616 | 164 |
| 04812599 | 247 |
| 04730745 | 251 |

Thank you,



**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500
**Office Hours: Mon-Fri 7am-4pm EST**

**From:** Andrew Dion
**Sent:** Tuesday, February 18, 2025 2:35 PM
**To:** Brian Simpkins <BSimpkins@americanfreight.us>; Roger Adams <radams@americanfreight.us>

**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>
**Subject:** RE: 34 Stores will not be disconnected

Hey Roger,

Thanks for joining the call today. As discussed,  we will be keeping the same 34 stores active. There are no changes at this time.

Thank you,

**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500
**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Andrew Dion
**Sent:** Tuesday, February 11, 2025 2:53 PM
**To:** Brian Simpkins <BSimpkins@americanfreight.us>; Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>
**Subject:** RE: 34 Stores will not be disconnected

Hey Roger,

You were unable to join the call today, so I wanted to send a quick email to confirm we are keeping the below stores active. If there are any changes needed please let me know.

**American Freight Legacy**
**Parent: 04001072**
**Stores keeping active (4 Total):**

| MACNUM | STORE # | Store name | Request |
|---|---|---|---|
| 04196269 | 5230 | Linovia Store | Keep active |
| 04196203 | 4612 | Linovia DC | Keep active |
| 04196211 | 9240 | Tucker DC | Keep active |
| 04196310 | 8470 | Tucker DC | Keep POTS only Active |

**American Freight Network**
**Parent: 04722562**
**Stores keeping active (30 Total):**

| MACNUM | STORE # |
|---|---|
| 04812193 | 6 |
| 04730385 | 7 |
| 04730386 | 8 |
| 04812195 | 9 |
| 04812204 | 11 |

| | |
|---|---|
| 04812207 | 13 |
| 04812210 | 15 |
| 04730396 | 18 |
| 04730370 | 19 |
| 04812218 | 22 |
| 04730401 | 23 |
| 04812592 | 25 |
| 04812593 | 28 |
| 04812231 | 29 |
| 04812235 | 31 |
| 04812251 | 40 |
| 04812256 | 42 |
| 04812260 | 46 |
| 04812284 | 59 |
| 04812304 | 67 |
| 04812311 | 71 |
| 04730471 | 87 |
| 04812335 | 89 |
| 04812368 | 100 |
| 04812351 | 101 |
| 04812397 | 143 |
| 04812435 | 156 |
| 04730616 | 164 |
| 04812599 | 247 |
| 04730745 | 251 |

Thank you,



**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500

**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Andrew Dion
**Sent:** Wednesday, February 5, 2025 10:21 AM
**To:** 'Brian Simpkins' <BSimpkins@americanfreight.us>; 'Roger Adams' <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; 'Jonathan Waters' <jwaters@americanfreight.us>; jdietz <jdietz@americanfreight.us>
**Subject:** RE: 34 Stores will not be disconnected

Good morning Roger,

Per our meeting yesterday, we will be keeping the below stores active. There are no changes at this time.

**American Freight Legacy**
**Parent: 04001072**
**Stores keeping active (4 Total):**

| MACNUM | STORE # | Store name | Request |
|---|---|---|---|
| 04196269 | 5230 | Linovia Store | Keep active |
| 04196203 | 4612 | Linovia DC | Keep active |
| 04196211 | 9240 | Tucker DC | Keep active |
| 04196310 | 8470 | Tucker DC | Keep POTS only Active |

**American Freight Network**
**Parent: 04722562**
**Stores keeping active (30 Total):**

| MACNUM | STORE # |
|---|---|
| 04812193 | 6 |
| 04730385 | 7 |
| 04730386 | 8 |
| 04812195 | 9 |
| 04812204 | 11 |
| 04812207 | 13 |
| 04812210 | 15 |
| 04730396 | 18 |
| 04730370 | 19 |
| 04812218 | 22 |
| 04730401 | 23 |
| 04812592 | 25 |
| 04812593 | 28 |
| 04812231 | 29 |
| 04812235 | 31 |
| 04812251 | 40 |
| 04812256 | 42 |
| 04812260 | 46 |
| 04812284 | 59 |
| 04812304 | 67 |
| 04812311 | 71 |
| 04730471 | 87 |
| 04812335 | 89 |
| 04812368 | 100 |
| 04812351 | 101 |
| 04812397 | 143 |
| 04812435 | 156 |
| 04730616 | 164 |
| 04812599 | 247 |
| 04730745 | 251 |

Thank you,



**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500
**Office Hours: Mon-Fri 7am-4pm EST**

**From:** Andrew Dion
**Sent:** Tuesday, January 28, 2025 11:18 AM
**To:** Brian Simpkins <BSimpkins@americanfreight.us>; Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>; jdietz <jdietz@americanfreight.us>
**Subject:** RE: 33 Stores will not be disconnected

Received, thank you. I will request reinstate and push for completion.

Thank you,



**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500
**Office Hours: Mon-Fri 7am-4pm EST**

**From:** Brian Simpkins <BSimpkins@americanfreight.us>
**Sent:** Tuesday, January 28, 2025 11:13 AM
**To:** Roger Adams <radams@americanfreight.us>; Andrew Dion <andion@granitenet.com>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>; jdietz <jdietz@americanfreight.us>
**Subject:** Re: 33 Stores will not be disconnected

Go.

**Brian Simpkins**

**DVP, Infrastructure and Applications**

Brian.Simpkins@americanfreight.us

www.americanfreight.com

Cell – 614-354-4283

12

***WE'VE MOVED – NEW ADDRESS:***

109 Innovation Court, Suite J, Delaware, OH  43015

---

**From:** Roger Adams <radams@americanfreight.us>
**Sent:** Tuesday, January 28, 2025 10:12 AM
**To:** Andrew Dion <andion@granitenet.com>; Brian Simpkins <BSimpkins@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>; Josh Dietz <jdietz@americanfreight.us>
**Subject:** RE: 33 Stores will not be disconnected

I am good with this.  @Brian Simpkins want to double check with you for approval.

---

**From:** Andrew Dion <andion@granitenet.com>
**Sent:** Tuesday, January 28, 2025 11:10 AM
**To:** Roger Adams <radams@americanfreight.us>; Brian Simpkins <BSimpkins@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>; Josh Dietz <jdietz@americanfreight.us>
**Subject:** RE: 33 Stores will not be disconnected

==Security Reminder: This email originated from outside of the American Freight organization. Please use caution when opening messages from external sources.==
Yes, month to month. There is no service term on POTS.

Thank you,

**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500

**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Roger Adams <radams@americanfreight.us>
**Sent:** Tuesday, January 28, 2025 11:09 AM
**To:** Andrew Dion <andion@granitenet.com>; Brian Simpkins <BSimpkins@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Jonathan Waters <jwaters@americanfreight.us>; jdietz <jdietz@americanfreight.us>
**Subject:** RE: 33 Stores will not be disconnected

Month to month?

---

**From:** Andrew Dion <andion@granitenet.com>
**Sent:** Tuesday, January 28, 2025 11:07 AM

**To:** Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Brian Simpkins <BSimpkins@americanfreight.us>; Jonathan Waters <jwaters@americanfreight.us>; Josh Dietz <jdietz@americanfreight.us>
**Subject:** RE: 33 Stores will not be disconnected

**Security Reminder: This email originated from outside of the American Freight organization. Please use caution when opening messages from external sources.**

Hey Roger,

There will be a one-time activation fee of $199. Below is what the monthly charge will look for each line.

| 7706216821 | FEA | Fixed Rate Line with Local Usage Package | 56.67 |
|---|---|---|---|
| 7709344710 | FEA | Fixed Rate Line with Local Usage Package | 56.67 |
| | PIC | Picc | 10.55 |
| | PK2 | FCC End User Common Line Charge - 1 | 10.38 |
| | PK2 | FCC End User Common Line Charge - 1 | 10.38 |
| | PK2 | Interstate Access Recovery Charge - 1 | 4.17 |
| | PK2 | Interstate Access Recovery Charge - 1 | 4.17 |
| | PK2 | Local Number Portability - 1 | 0.48 |
| | PK2 | Local Number Portability - 1 | 0.48 |

Thank you,

**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500

**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Roger Adams <radams@americanfreight.us>
**Sent:** Tuesday, January 28, 2025 11:02 AM
**To:** Andrew Dion <andion@granitenet.com>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Brian Simpkins <BSimpkins@americanfreight.us>; Jonathan Waters <jwaters@americanfreight.us>; jdietz <jdietz@americanfreight.us>
**Subject:** RE: 33 Stores will not be disconnected

What is the cost?

---

**From:** Andrew Dion <andion@granitenet.com>
**Sent:** Tuesday, January 28, 2025 10:59 AM
**To:** Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; Brian Simpkins <BSimpkins@americanfreight.us>; Jonathan Waters <jwaters@americanfreight.us>; Josh Dietz <jdietz@americanfreight.us>
**Subject:** RE: 33 Stores will not be disconnected

**Security Reminder: This email originated from outside of the American Freight organization. Please use caution when opening messages from external sources.**

Hey Roger,

Corey is reaching out looking to get the below POTS reinstated ASAP. Does American Freight authorize the reinstate and accept full responsibility for any costs associated with them turning back on?

**8470 | Acct# 04196310**
Address: 2301-A Mt. Industrial Blvd, Tucker  GA  30084

**POTS:**
7706216821
7709344710

Thank you,

**Andrew Dion**
**Premier National Account Manager**
O: 617-837-5651
E: andion@granitenet.com
A: 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500
**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Andrew Dion
**Sent:** Monday, January 27, 2025 3:25 PM
**To:** 'Roger Adams' <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; 'Brian Simpkins' <BSimpkins@americanfreight.us>; 'Jonathan Waters' <jwaters@americanfreight.us>; jdietz <jdietz@americanfreight.us>
**Subject:** RE: 33 Stores will not be disconnected

Hey Roger,

Following up from our conversation earlier. You asked if Store 8470 was on the remain active list and I confirmed the store was disconnected, as American Freight did not include this store to keep open. With that being said, we can look into the services below for reinstallation if approved by American Freight. Please note- we will likely need to install a brand new Comcast circuit, which would be the responsibility for American Freight to pay for any installation charges along with inside wiring. There are some items I need to check with my team on below but please confirm that it is American Freight's desire to turn the below services back on:

**8470 | Acct# 04196310**
Address: 2301-A Mt. Industrial Blvd, Tucker  GA  30084

**Broadband:**
CID: 8220202800711383
Comcast Static 35M/5M

**Managed Service:**
Firewall: Q2KY-ATVY-HCG5

Switch:  Q2SX-RS4N-5TPR
WiFi      Q2PD-D2UB-JEZQ
WiFi      Q2PD-GMP7-WERB
WiFi      Q2PD-M9CG-JZDW
WiFi      Q2PD-PCGV-WNXC
WiFi      Q2PD-GC2N-27KS

**POTS:**
7706216821
7709344710

**SIM:**
89148000005518641170
Verizon

Thank you,

**Andrew Dion**
**Premier National Account Manager**
O: 617-837-5651
E: andion@granitenet.com
A: 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500
**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Andrew Dion
**Sent:** Tuesday, January 21, 2025 3:34 PM
**To:** 'Roger Adams' <radams@americanfreight.us>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; 'Brian Simpkins' <BSimpkins@americanfreight.us>; 'Jonathan Waters' <jwaters@americanfreight.us>; jdietz <jdietz@americanfreight.us>
**Subject:** RE: 33 Stores will not be disconnected

Good afternoon Roger,

Per our meeting earlier, we will be keeping the below stores active. There are no changes at this time.

**American Freight Legacy**
**Parent: 04001072**
**Stores keeping active (3 Total):**

| MACNUM | STORE # | Store name | Request |
|---|---|---|---|
| 04196269 | 5230 | Linovia Store | Keep active |
| 04196203 | 4612 | Linovia DC | Keep active |
| 04196211 | 9240 | Tucker DC | Keep active |

**American Freight Network**
**Parent: 04722562**
**Stores keeping active (30 Total):**

| MACNUM | STORE # |
|---|---|
| 04812193 | 6 |

| | |
|---|---|
| 04730385 | 7 |
| 04730386 | 8 |
| 04812195 | 9 |
| 04812204 | 11 |
| 04812207 | 13 |
| 04812210 | 15 |
| 04730396 | 18 |
| 04730370 | 19 |
| 04812218 | 22 |
| 04730401 | 23 |
| 04812592 | 25 |
| 04812593 | 28 |
| 04812231 | 29 |
| 04812235 | 31 |
| 04812251 | 40 |
| 04812256 | 42 |
| 04812260 | 46 |
| 04812284 | 59 |
| 04812304 | 67 |
| 04812311 | 71 |
| 04730471 | 87 |
| 04812335 | 89 |
| 04812368 | 100 |
| 04812351 | 101 |
| 04812397 | 143 |
| 04812435 | 156 |
| 04730616 | 164 |
| 04812599 | 247 |
| 04730745 | 251 |

Thank you,



**Andrew Dion**
**Premier National Account Manager**
O: 617-837-5651
E: andion@granitenet.com
A: 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500

**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Andrew Dion
**Sent:** Tuesday, January 14, 2025 2:59 PM
**To:** 'Roger Adams' <radams@americanfreight.us>
**Cc:** Kennedy Phillips <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>; 'Brian Simpkins' <BSimpkins@americanfreight.us>; 'Jonathan Waters'

<jwaters@americanfreight.us>; jdietz <jdietz@americanfreight.us>
**Subject:** RE: 33 Stores will not be disconnected

Hey Roger,

Thanks for your time earlier. As discussed, we will be keeping the below stores active for now, but there may be a reduction in stores starting next week. Let me know if anything changes in the meantime.

**American Freight Legacy**
**Parent: 04001072**
**Stores keeping active (3 Total):**

| MACNUM | STORE # | Store name | Request |
|--------|---------|------------|---------|
| 04196269 | 5230 | Linovia Store | Keep active |
| 04196203 | 4612 | Linovia DC | Keep active |
| 04196211 | 9240 | Tucker DC | Keep active |

**American Freight Network**
**Parent: 04722562**
**Stores keeping active (30 Total):**

| MACNUM | STORE # |
|--------|---------|
| 04812193 | 6 |
| 04730385 | 7 |
| 04730386 | 8 |
| 04812195 | 9 |
| 04812204 | 11 |
| 04812207 | 13 |
| 04812210 | 15 |
| 04730396 | 18 |
| 04730370 | 19 |
| 04812218 | 22 |
| 04730401 | 23 |
| 04812592 | 25 |
| 04812593 | 28 |
| 04812231 | 29 |
| 04812235 | 31 |
| 04812251 | 40 |
| 04812256 | 42 |
| 04812260 | 46 |
| 04812284 | 59 |
| 04812304 | 67 |
| 04812311 | 71 |
| 04730471 | 87 |
| 04812335 | 89 |
| 04812368 | 100 |
| 04812351 | 101 |
| 04812397 | 143 |

| 04812435 | 156 |
| 04730616 | 164 |
| 04812599 | 247 |
| 04730745 | 251 |

Thank you,

**Andrew Dion**
Premier National Account Manager
O: 617-837-5651
E: andion@granitenet.com
A: 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500
**Office Hours: Mon-Fri 7am-4pm EST**

**From:** Andrew Dion
**Sent:** Thursday, January 2, 2025 2:03 PM
**To:** Roger Adams <radams@americanfreight.us>; Brian Simpkins <BSimpkins@americanfreight.us>; Jonathan Waters <jwaters@americanfreight.us>; jdietz <jdietz@americanfreight.us>
**Cc:** Kennedy Phillips <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>
**Subject:** RE: 33 Stores will not be disconnected

Thank you, Roger. We will keep these 33 stores active.

Thank you,

**Andrew Dion**
Premier National Account Manager
O: 617-837-5651
E: andion@granitenet.com
A: 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500
**Office Hours: Mon-Fri 7am-4pm EST**

**From:** Roger Adams <radams@americanfreight.us>
**Sent:** Thursday, January 2, 2025 1:31 PM
**To:** Andrew Dion <andion@granitenet.com>; Brian Simpkins <BSimpkins@americanfreight.us>; Jonathan Waters <jwaters@americanfreight.us>; jdietz <jdietz@americanfreight.us>
**Cc:** Kennedy Phillips <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>
**Subject:** RE: 33 Stores will not be disconnected

Confirmed.

**From:** Andrew Dion <andion@granitenet.com>
**Sent:** Thursday, January 2, 2025 1:29 PM
**To:** Brian Simpkins <BSimpkins@americanfreight.us>; Jonathan Waters <jwaters@americanfreight.us>; Josh Dietz <jdietz@americanfreight.us>; Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy Phillips <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille

<KDaille@granitenet.com>
**Subject:** RE: 33 Stores will not be disconnected

<mark>**Security Reminder: This email originated from outside of the American Freight organization. Please use caution when opening messages from external sources.**</mark>

Good afternoon,

Based on emails below, it sounds like we need to keep the remaining 3 legacy stores active, along with the 30 Network stores listed below. Please confirm this is what is being requested.

**American Freight Legacy**
**Parent: 04001072**
**Stores keeping active (3 Total):**

| MACNUM | STORE # | Store name | Request |
|--------|---------|------------|---------|
| 04196269 | 5230 | Linovia Store | Keep active |
| 04196203 | 4612 | Linovia DC | Keep active |
| 04196211 | 9240 | Tucker DC | Keep active |

**American Freight Network**
**Parent: 04722562**
**Stores keeping active (30 Total):**

| MACNUM | STORE # |
|--------|---------|
| 04812193 | 6 |
| 04730385 | 7 |
| 04730386 | 8 |
| 04812195 | 9 |
| 04812204 | 11 |
| 04812207 | 13 |
| 04812210 | 15 |
| 04730396 | 18 |
| 04730370 | 19 |
| 04812218 | 22 |
| 04730401 | 23 |
| 04812592 | 25 |
| 04812593 | 28 |
| 04812231 | 29 |
| 04812235 | 31 |
| 04812251 | 40 |
| 04812256 | 42 |
| 04812260 | 46 |
| 04812284 | 59 |
| 04812304 | 67 |
| 04812311 | 71 |
| 04730471 | 87 |
| 04812335 | 89 |
| 04812368 | 100 |

| 04812351 | 101 |
|----------|-----|
| 04812397 | 143 |
| 04812435 | 156 |
| 04730616 | 164 |
| 04812599 | 247 |
| 04730745 | 251 |

Thank you,

**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500
**Office Hours: Mon-Fri 7am-4pm EST**

**From:** Brian Simpkins <BSimpkins@americanfreight.us>
**Sent:** Thursday, January 2, 2025 12:47 PM
**To:** Jonathan Waters <jwaters@americanfreight.us>; jdietz <jdietz@americanfreight.us>; Roger Adams <radams@americanfreight.us>; Andrew Dion <andion@granitenet.com>
**Cc:** Kennedy Phillips <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>
**Subject:** Re: 33 Stores will not be disconnected

Keep sites up and we will give notice if we decide to shutdown.

Get Outlook for iOS

**From:** Jonathan Waters <jwaters@americanfreight.us>
**Sent:** Thursday, January 2, 2025 12:40:42 PM
**To:** Josh Dietz <jdietz@americanfreight.us>; Roger Adams <radams@americanfreight.us>; Andrew Dion <andion@granitenet.com>; Brian Simpkins <BSimpkins@americanfreight.us>
**Cc:** Kennedy Phillips <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>
**Subject:** RE: 33 Stores will not be disconnected

Team,

From a systems standpoint, we should leave on the Tucker DC & Store, and the Livonia DC & Store, until further notice, as we still need to vacate inventory from those locations.

**Jonathan Waters |** Vice President, Store Operations
109 Innovation Ct., Ste. J / Delaware, OH 43015
P: (678) 577-7891
E: jwaters@americanfreight.us



[www.AmericanFreight.com](http://www.AmericanFreight.com)

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is hereby waived.

**From:** Josh Dietz <[jdietz@americanfreight.us](mailto:jdietz@americanfreight.us)>
**Sent:** Thursday, January 2, 2025 12:06 PM
**To:** Roger Adams <[radams@americanfreight.us](mailto:radams@americanfreight.us)>; Andrew Dion <[andion@granitenet.com](mailto:andion@granitenet.com)>; Brian Simpkins <[BSimpkins@americanfreight.us](mailto:BSimpkins@americanfreight.us)>; Jonathan Waters <[jwaters@americanfreight.us](mailto:jwaters@americanfreight.us)>
**Cc:** Kennedy Phillips <[KPhillips@granitenet.com](mailto:KPhillips@granitenet.com)>; Jessica Moy <[JMoy@granitenet.com](mailto:JMoy@granitenet.com)>; Khristina Daille <[KDaille@granitenet.com](mailto:KDaille@granitenet.com)>
**Subject:** RE: 33 Stores will not be disconnected

Store 5230 closed on 12/31.

@Jonathan Waters – do you have information on DC 9240?

Thanks,

**Josh Dietz |** Director, Merch Ops & Store Development
109 Innovation Ct., Ste. J / Delaware, OH 43015
P: (262) 716-4808



[www.AmericanFreight.com](http://www.AmericanFreight.com)

**From:** Roger Adams <[radams@americanfreight.us](mailto:radams@americanfreight.us)>
**Sent:** Thursday, January 2, 2025 10:49 AM
**To:** Andrew Dion <[andion@granitenet.com](mailto:andion@granitenet.com)>; Brian Simpkins <[BSimpkins@americanfreight.us](mailto:BSimpkins@americanfreight.us)>; Josh Dietz <[jdietz@americanfreight.us](mailto:jdietz@americanfreight.us)>
**Cc:** Kennedy Phillips <[KPhillips@granitenet.com](mailto:KPhillips@granitenet.com)>; Jessica Moy <[JMoy@granitenet.com](mailto:JMoy@granitenet.com)>; Khristina Daille <[KDaille@granitenet.com](mailto:KDaille@granitenet.com)>
**Subject:** RE: 33 Stores will not be disconnected

I'm going to add Josh to triple check. @Josh Dietz we want to make sure that 5230 and 9240 will need disconnected as well.

**From:** Andrew Dion <[andion@granitenet.com](mailto:andion@granitenet.com)>
**Sent:** Thursday, January 2, 2025 11:45 AM
**To:** Roger Adams <[radams@americanfreight.us](mailto:radams@americanfreight.us)>; Brian Simpkins <[BSimpkins@americanfreight.us](mailto:BSimpkins@americanfreight.us)>
**Cc:** Kennedy Phillips <[KPhillips@granitenet.com](mailto:KPhillips@granitenet.com)>; Jessica Moy <[JMoy@granitenet.com](mailto:JMoy@granitenet.com)>; Khristina Daille <[KDaille@granitenet.com](mailto:KDaille@granitenet.com)>
**Subject:** RE: 33 Stores will not be disconnected

**Security Reminder: This email originated from outside of the American Freight organization. Please use caution when opening messages from external sources.**
Hey Roger,

This is received. We do not have any emails from American Freight on 12/22 or after stating the revised active store list.

To confirm, we are disconnecting the two legacy stores in red below?

**American Freight Legacy**
**Parent: 04001072**
**Stores keeping active (1 Total):**

| MACNUM | STORE # | Disconnect |
|--------|---------|------------|
| 04196269 | 5230 | Yes |
| 04196203 | 4612 | No |
| 04196211 | 9240 | Yes |

**American Freight Network**
**Parent: 04722562**
**Stores keeping active (30 Total):**

| MACNUM | STORE # |
|--------|---------|
| 04812193 | 6 |
| 04730385 | 7 |
| 04730386 | 8 |
| 04812195 | 9 |
| 04812204 | 11 |
| 04812207 | 13 |
| 04812210 | 15 |
| 04730396 | 18 |
| 04730370 | 19 |
| 04812218 | 22 |
| 04730401 | 23 |
| 04812592 | 25 |
| 04812593 | 28 |
| 04812231 | 29 |
| 04812235 | 31 |
| 04812251 | 40 |
| 04812256 | 42 |
| 04812260 | 46 |
| 04812284 | 59 |
| 04812304 | 67 |
| 04812311 | 71 |
| 04730471 | 87 |
| 04812335 | 89 |
| 04812368 | 100 |
| 04812351 | 101 |
| 04812397 | 143 |
| 04812435 | 156 |
| 04730616 | 164 |
| 04812599 | 247 |

| 04730745 | 251 |

Thank you,

**Andrew Dion**
**Premier National Account Manager**
O: 617-837-5651
E: andion@granitenet.com
A: 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500

**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Roger Adams <radams@americanfreight.us>
**Sent:** Thursday, January 2, 2025 11:29 AM
**To:** Andrew Dion <andion@granitenet.com>; Brian Simpkins <BSimpkins@americanfreight.us>
**Cc:** Kennedy Phillips <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>
**Subject:** RE: 33 Stores will not be disconnected

| Store # | Store Name |
|---------|------------|
| 6 | Ocala |
| 7 | Louisville |
| 8 | Massillon |
| 9 | Cincinnati - Muhlhauser Rd |
| 11 | Buffalo |
| 13 | Tallahassee |
| 15 | North Columbus |
| 18 | South Orlando |
| 19 | Fort Lauderdale |
| 22 | North Orlando |
| 23 | Pittsburgh |
| 25 | Fort Wayne |
| 28 | Chattanooga |
| 29 | Morrow |
| 31 | Livonia |
| 40 | West Jacksonville |
| 42 | Marietta |
| 46 | Warren |
| 59 | Melbourne |
| 67 | Charleston |
| 71 | Savannah |
| 87 | Champaign |
| 89 | Augusta |
| 100 | Norfolk |
| 101 | Columbia |
| 143 | Lubbock |
| 156 | East Jacksonville |
| 164 | Bowling Green |
| 247 | Elizabethtown KY |

251     Springfield MO

Here is recent as of 12/22.  Keep 4612 going as well until notified.

---

**From:** Andrew Dion <andion@granitenet.com>
**Sent:** Thursday, January 2, 2025 11:05 AM
**To:** Roger Adams <radams@americanfreight.us>; Brian Simpkins <BSimpkins@americanfreight.us>
**Cc:** Kennedy Phillips <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>
**Subject:** RE: 33 Stores will not be disconnected

**Security Reminder: This email originated from outside of the American Freight organization. Please use caution when opening messages from external sources.**

Hey Roger,

Happy New Year. I wanted to send the list of 33 stores that we are keeping open for American Freight. Please confirm these are the agreed upon stores to keep open.

**American Freight Legacy**
**Parent: 04001072**
**Stores keeping active (3 Total):**

| MACNUM | STORE # |
|----------|---------|
| 04196269 | 5230 |
| 04196203 | 4612 |
| 04196211 | 9240 |

**American Freight Network**
**Parent: 04722562**
**Stores keeping active (30 Total):**

| MACNUM | STORE # |
|----------|---------|
| 04812193 | 6 |
| 04730385 | 7 |
| 04730386 | 8 |
| 04812195 | 9 |
| 04812204 | 11 |
| 04812207 | 13 |
| 04812210 | 15 |
| 04730396 | 18 |
| 04730370 | 19 |
| 04812218 | 22 |
| 04730401 | 23 |
| 04812592 | 25 |
| 04812593 | 28 |
| 04812231 | 29 |
| 04812235 | 31 |
| 04812251 | 40 |

| 04812256 | 42  |
|----------|-----|
| 04812260 | 46  |
| 04812284 | 59  |
| 04812304 | 67  |
| 04812311 | 71  |
| 04730471 | 87  |
| 04812335 | 89  |
| 04812368 | 100 |
| 04812351 | 101 |
| 04812397 | 143 |
| 04812435 | 156 |
| 04730616 | 164 |
| 04812599 | 247 |
| 04730745 | 251 |

Thank you,



**Andrew Dion**
*Premier National Account Manager*
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500

**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Andrew Dion
**Sent:** Monday, December 23, 2024 9:51 AM
**To:** Roger Adams <radams@americanfreight.us>; Brian Simpkins <BSimpkins@americanfreight.us>
**Cc:** Kennedy Phillips <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>
**Subject:** RE: 31 Stores will not be disconnected

Good morning Roger,

Hope all is well. Not sure what you mean on approvals. Since we have been receiving approvals for disconnects from you throughout the course of the account, then we will proceed with disconnecting all but the 33 stores you mentioned on 12/31, as you mentioned that you'd like stay active until then. I'll make sure that Store 9240 is not on the list.

For the equipment, we are not able to coordinate dispatches for all 200+ stores that would be required for those 2 days. We ask that any equipment that can be mailed back from those locations is mailed back to us from those locations. We are happy to provide you with any shipping labels to facilitate this. We would need the email address for each store representative who is going to ship back.

Thank you,

**Andrew Dion**
*Premier National Account Manager*
**O:** 617-837-5651

E: andion@granitenet.com
A: 1 Heritage Dr, Quincy, Massachusetts 02171

24 / 7 / 365 Customer Service 866.847.5500

**Office Hours: Mon-Fri 7am-4pm EST**

**From:** Roger Adams <radams@americanfreight.us>
**Sent:** Monday, December 23, 2024 9:37 AM
**To:** Andrew Dion <andion@granitenet.com>; Brian Simpkins <BSimpkins@americanfreight.us>
**Cc:** Kennedy Phillips <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>
**Subject:** RE: 31 Stores will not be disconnected

Andrew please add 9240 to the list to not cancel services on.  Here is the updated list.  Do you also have status on store equipment pickup?  Are some stores expecting anyone or was the decision not to have Granite pick up?

| Store # | Store Name |
|---|---|
| 6 | Ocala |
| 7 | Louisville |
| 8 | Massillon |
| 9 | Cincinnati - Muhlhauser Rd |
| 11 | Buffalo |
| 13 | Tallahassee |
| 15 | North Columbus |
| 18 | South Orlando |
| 19 | Fort Lauderdale |
| 22 | North Orlando |
| 23 | Pittsburgh |
| 25 | Fort Wayne |
| 28 | Chattanooga |
| 29 | Morrow |
| 31 | Livonia |
| 40 | West Jacksonville |
| 42 | Marietta |
| 46 | Warren |
| 59 | Melbourne |
| 67 | Charleston |
| 71 | Savannah |
| 87 | Champaign |
| 89 | Augusta |
| 100 | Norfolk |
| 101 | Columbia |
| 143 | Lubbock |
| 156 | East Jacksonville |
| 164 | Bowling Green |
| 247 | Elizabethtown KY |
| 251 | Springfield MO |
| 5230 | Livonia Store* |

| 4612 | Livonia ORDC* |
| 9240 | Tucker ORDC |

**From:** Roger Adams
**Sent:** Friday, December 20, 2024 10:36 AM
**To:** Andrew Dion <andion@granitenet.com>; Brian Simpkins <BSimpkins@americanfreight.us>
**Cc:** Kennedy Phillips <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>
**Subject:** RE: 31 Stores will not be disconnected

Adding Brian to this email chain for visibility and for any approvals.
What is the status in regards to equipment pickup for the stores that will disconnect excluding the list of 31 and home office?

**From:** Roger Adams
**Sent:** Tuesday, December 17, 2024 1:57 PM
**To:** Andrew Dion <andion@granitenet.com>
**Cc:** Kennedy Phillips <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>
**Subject:** RE: 31 Stores will not be disconnected

I will let you know of any before 12/31.  As of now with the exception of those 31 stores.  The rest will be disconnected as of 12/31.

**From:** Andrew Dion <andion@granitenet.com>
**Sent:** Tuesday, December 17, 2024 1:51 PM
**To:** Roger Adams <radams@americanfreight.us>
**Cc:** Kennedy Phillips <KPhillips@granitenet.com>; Jessica Moy <JMoy@granitenet.com>; Khristina Daille <KDaille@granitenet.com>
**Subject:** RE: 31 Stores will not be disconnected

==**Security Reminder: This email originated from outside of the American Freight organization. Please use caution when opening messages from external sources.**==
Hey Roger,

This is received. Thanks for letting me know that 31 stores you mentioned below will not be disconnected as of the 12/31 date. I'll put a workbook together of what those stores are and what services are at each location.

Would you be able to provide us with more information on such termination?  Should we plan to have every store disconnect processed for 12/31? If Services are requested to flow through 12/31, i.e. not be interrupted, then disconnects will have to begin on 12/31 and additional billings, such as disconnect fees, may appear for two more billing cycles. If there are any stores and/or services that can be disconnected before that time, let us know and we can begin processing the disconnects immediately.

Thank you,

**Andrew Dion**
**Premier National Account Manager**
**O:** 617-837-5651
**E:** andion@granitenet.com
**A:** 1 Heritage Dr, Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500
**Office Hours: Mon-Fri 7am-4pm EST**

---

**From:** Roger Adams <radams@americanfreight.us>
**Sent:** Tuesday, December 17, 2024 1:14 PM
**To:** Andrew Dion <andion@granitenet.com>
**Subject:** RE: 31 Stores will not be disconnected



| Store # | Store Name |
|---------|------------|
| 6 | Ocala |
| 7 | Louisville |
| 8 | Massillon |
| 9 | Cincinnati - Muhlhauser Rd |
| 11 | Buffalo |
| 13 | Tallahassee |
| 15 | North Columbus |
| 18 | South Orlando |
| 19 | Fort Lauderdale |
| 22 | North Orlando |
| 23 | Pittsburgh |
| 25 | Fort Wayne |
| 28 | Chattanooga |
| 29 | Morrow |
| 31 | Livonia |
| 40 | West Jacksonville |
| 42 | Marietta |
| 46 | Warren |
| 59 | Melbourne |
| 67 | Charleston |
| 71 | Savannah |
| 87 | Champaign |
| 89 | Augusta |
| 100 | Norfolk |
| 101 | Columbia |
| 143 | Lubbock |
| 156 | East Jacksonville |
| 164 | Bowling Green |
| 247 | Elizabethtown KY |
| 251 | Springfield MO |
| 5230 | Livonia Store* |
| 4612 | Livonia ORDC* |

Here is the list of stores and 1 ORDC that will stay open.  The reset can be targeted for disconnect 12/31.

---

**From:** Roger Adams
**Sent:** Tuesday, December 17, 2024 11:13 AM

**To:** Andrew Dion <andion@granitenet.com>
**Subject:** 31 Stores will not be disconnected

Instead of all stores cancelled by 12/31 there will be a list of 31 stores that we will not.  Once I have the list I will communicate this to you.

Roger Adams
Sr. Manager of IT Infrastructure
radams@americanfreight.us



**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use,

disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof,

including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.

**Notice:** This communication, including in any attached file(s), may be confidential, proprietary, or legally privileged information and is intended only for the use of the addressee(s). Any unauthorized use, disclosure, dissemination, and/or copying of this communication or of any information contained herein is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. If this communication is misdirected, no confidentiality or privilege is thereby waived.