# EXHIBIT "D"

| | |
|---|---|
| **From:** | Kennedy MacQueen <KPhillips@granitenet.com> |
| **Sent:** | Thursday, March 20, 2025 8:42 AM |
| **To:** | joshua.sussberg@kirkland.com; nicole.greenblatt@kirkland.com; derek.hunter@kirkland.com; Beauchamp, Michael; Levine, Maddison; Nakhaimousa, Brian; Mielke, Allison S.; McElroy, Kristin L.; Borovinskaya, Shella; bsandler@pszjlaw.com; crobinson@pszjlaw.com |
| **Cc:** | Benedek, Marla; Joshua Ruby; Jonathan Allen; Allison Foster |
| **Subject:** | Re: American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account |
| **Attachments:** | Supplemental to American Freight Adequate Assurance Request - Revised Exhibit 2 (00073043xD85FF).PDF |

**\*\*EXTERNAL SENDER\*\***

Good Morning All,

On March 17, 2025, Granite sent an adequate assurance request to American Freight. That same day, Maddison Levine, representation of American Freight, acknowledged receipt.

It was brought to my attention late yesterday that one location line from Exhibit 2 of active services and locations with Granite was inadvertently dropped. As such, Granite is supplying a supplemental revised Exhibit 2, with such location in red to rectify this. Note such location and its service with Granite is actively in the disconnect process with the underlying carrier per American Freight's request.

Thank you for your understanding in this matter and let me know of any questions.

All the best,
Kennedy



**Kennedy MacQueen**
**Associate Corporate Counsel**
**O:** 857-403-3588
**E:** kphillips@granitenet.com
**A:** 1 Heritage Drive, Quincy, Massachusetts 02171



24 / 7 / 365 Customer Service 866.847.5500

---

**From:** Kennedy MacQueen <KPhillips@granitenet.com>
**Sent:** Monday, March 17, 2025 11:19 AM
**To:** joshua.sussberg@kirkland.com <joshua.sussberg@kirkland.com>; nicole.greenblatt@kirkland.com <nicole.greenblatt@kirkland.com>; derek.hunter@kirkland.com <derek.hunter@kirkland.com>; derek.hunter@kirkland.com <derek.hunter@kirkland.com>; Beauchamp, Michael <michael.beauchamp@kirkland.com>;

1

Levine, Maddison <maddison.levine@kirkland.com>; Nakhaimousa, Brian <brian.nakhaimousa@kirkland.com>; Mielke, Allison S. <AMielke@ycst.com>; McElroy, Kristin L. <KMcElroy@ycst.com>; Borovinskaya, Shella <SBorovinskaya@ycst.com>; bsandler@pszjlaw.com <bsandler@pszjlaw.com>; crobinson@pszjlaw.com <crobinson@pszjlaw.com>
**Cc:** Benedek, Marla <MBenedek@cozen.com>; Joshua Ruby <jruby@granitenet.com>; Jonathan Allen <JoAllen@granitenet.com>; Allison Foster <AFoster@granitenet.com>
**Subject:** American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account

Dear American Freight Outlet Stores, LLC Notice Parties:

I write on behalf of Granite Telecommunications, LLC ("Granite"), a Utility Company[1] who provides voice and data services to American Freight Outlet Stores, LLC ("American Freight") in *Franchise Group, Inc., et al.*, Case No. 24-12480(JTD) (Bankr. Del. November 3, 2024).

Granite has been providing post-petition services to American Freight. As of today's date, American Freight collectively owes Granite $5,845,263.77 for these services rendered after the petition date of November 3, 2024, and $450,201.93 is past due.

Granite's monthly recurring charges for services are billed in advance for the month in which they are rendered. Currently American Freight has net-60 receipt terms and must pay sixty days after invoices are issued. Accordingly, the invoice for services rendered during the post-petition period for the invoices issued on 11/1/2024 and 1/1/2025 are past due and must be paid.

The breakdown of such invoices are as follows:

- Account Number 04722562 – Invoice issued on 11/1/2024 invoice for Services rendered from 11/4/2024 to 11/30/2024 – balance remaining of $5,374.13
  Note that the invoice was issued on 11/1/2024 for Services rendered from 11/1/2024 to 11/30/2024. Granite removed pre petition amounts from the balance due, and American Freight subsequently made payments towards this invoice after that fact, so the total of $5,374.13 reflects the post petition amounts remaining and duly owed.
- Account Number 04722562 – Invoice issued on 1/1/2025 for Services rendered from 1/1/2025 to 1/31/2025 – balance due of $444,827.80

Granite has not received payment for these amounts within an appropriate grace period. Accordingly, Granite respectfully requests disbursement from the Adequate Assurance Account in the full amount duly owed.

Please do not hesitate to contact Granite if you have any questions or require any additional information. In the meantime, Granite reserves all rights, claims, remedies, and defenses.

Very truly yours,

Kennedy E. MacQueen, Esq.



**Kennedy MacQueen**

**Associate Corporate Counsel**

**O:** 857-403-3588

**E:** kphillips@granitenet.com

**A:** 1 Heritage Drive, Quincy, Massachusetts 02171

   

24 / 7 / 365 Customer Service 866.847.5500

3



# Exhibit 2

| Parent Name | Account # | Location Name | Address 1 | Address 2 | City | State | ZIP Code | Service | Service ID | Parent Account |
|---|---|---|---|---|---|---|---|---|---|---|
| American Freight Network Rollout | 04812193 | 6 | 1010 W S 17TH ST | | OCALA | FL | 34471 | Broadband | 0257565-01 | 04722562 |
| American Freight Network Rollout | 04812193 | 6 | 1010 W S 17TH ST | | OCALA | FL | 34471 | Managed - SD WAN Branch | FG40FITK21006306 | 04722562 |
| American Freight Network Rollout | 04812193 | 6 | 1010 W S 17TH ST | | OCALA | FL | 34471 | Managed - Switch 8 Port | S108FFTV21000421 | 04722562 |
| American Freight Network Rollout | 04812193 | 6 | 1010 W S 17TH ST | | OCALA | FL | 34471 | Managed - WiFi | FP221E5521069152 | 04722562 |
| American Freight Network Rollout | 04812193 | 6 | 1010 W S 17TH ST | | OCALA | FL | 34471 | Managed - WiFi | FP221E5521069167 | 04722562 |
| American Freight Network Rollout | 04812193 | 6 | 1010 W S 17TH ST | | OCALA | FL | 34471 | Managed - WiFi | FP221E5521069173 | 04722562 |
| American Freight Network Rollout | 04812193 | 6 | 1010 W S 17TH ST | | OCALA | FL | 34471 | Managed - WiFi | FP221E5521069200 | 04722562 |
| American Freight Network Rollout | 04812193 | 6 | 1010 W S 17TH ST | | OCALA | FL | 34471 | Wireless Mobility | 891480000815058 0276 | 04722562 |
| American Freight Network Rollout | 04730385 | 7 | 1920 Watterson Trail | | Louisville | KY | 40299 | Broadband | 8363213430045669 | 04722562 |
| American Freight Network Rollout | 04730385 | 7 | 1920 Watterson Trail | | Louisville | KY | 40299 | Managed - SD WAN Branch | FG40FITK21007594 | 04722562 |
| American Freight Network Rollout | 04730385 | 7 | 1920 Watterson Trail | | Louisville | KY | 40299 | Managed - Switch 8 Port | S108FFTV21000700 | 04722562 |
| American Freight Network Rollout | 04730385 | 7 | 1920 Watterson Trail | | Louisville | KY | 40299 | Managed - WiFi | FP221E5521099E16 | 04722562 |
| American Freight Network Rollout | 04730385 | 7 | 1920 Watterson Trail | | Louisville | KY | 40299 | Managed - WiFi | FP221E5521099EQG | 04722562 |
| American Freight Network Rollout | 04730385 | 7 | 1920 Watterson Trail | | Louisville | KY | 40299 | Managed - WiFi | FP221E5521099EX7 | 04722562 |
| American Freight Network Rollout | 04730385 | 7 | 1920 Watterson Trail | | Louisville | KY | 40299 | Managed - WiFi | FP221E5521099EYG | 04722562 |
| American Freight Network Rollout | 04730385 | 7 | 1920 Watterson Trail | | Louisville | KY | 40299 | Wireless Mobility | 891480000814934 1277 | 04722562 |
| American Freight Network Rollout | 04730386 | 8 | 4345 Lincoln Way E | | Massillon | OH | 44646 | Broadband | 8361100560131124 | 04722562 |
| American Freight Network Rollout | 04730386 | 8 | 4345 Lincoln Way E | | Massillon | OH | 44646 | Managed - SD WAN Branch | FG40FITK21008240 | 04722562 |
| American Freight Network Rollout | 04730386 | 8 | 4345 Lincoln Way E | | Massillon | OH | 44646 | Managed - Switch 8 Port | S108FFTV21000666 | 04722562 |
| American Freight Network Rollout | 04730386 | 8 | 4345 Lincoln Way E | | Massillon | OH | 44646 | Managed - WiFi | FP221E5521069959 | 04722562 |
| American Freight Network Rollout | 04730386 | 8 | 4345 Lincoln Way E | | Massillon | OH | 44646 | Managed - WiFi | FP221E5521070002 | 04722562 |
| American Freight Network Rollout | 04730386 | 8 | 4345 Lincoln Way E | | Massillon | OH | 44646 | Managed - WiFi | FP221E5521070085 | 04722562 |
| American Freight Network Rollout | 04730386 | 8 | 4345 Lincoln Way E | | Massillon | OH | 44646 | Managed - WiFi | FP221E5521099KRK | 04722562 |
| American Freight Network Rollout | 04730386 | 8 | 4345 Lincoln Way E | | Massillon | OH | 44646 | Wireless Mobility | 891480000815057 8817 | 04722562 |
| American Freight Network Rollout | 04812195 | 9 | 4782 MUHLHAUSER RD | | HAMILTON | OH | 45011 | Broadband | 8363280700439476 | 04722562 |
| American Freight Network Rollout | 04812195 | 9 | 4782 MUHLHAUSER RD | | HAMILTON | OH | 45011 | Managed - SD WAN Branch | FG40FITK21006588 | 04722562 |
| American Freight Network Rollout | 04812195 | 9 | 4782 MUHLHAUSER RD | | HAMILTON | OH | 45011 | Managed - Switch 8 Port | S108FFTV21000797 | 04722562 |
| American Freight Network Rollout | 04812195 | 9 | 4782 MUHLHAUSER RD | | HAMILTON | OH | 45011 | Managed - WiFi | FP221E5521069349 | 04722562 |
| American Freight Network Rollout | 04812195 | 9 | 4782 MUHLHAUSER RD | | HAMILTON | OH | 45011 | Managed - WiFi | FP221E5521069358 | 04722562 |
| American Freight Network Rollout | 04812195 | 9 | 4782 MUHLHAUSER RD | | HAMILTON | OH | 45011 | Managed - WiFi | FP221E5521069372 | 04722562 |
| American Freight Network Rollout | 04812195 | 9 | 4782 MUHLHAUSER RD | | HAMILTON | OH | 45011 | Managed - WiFi | FP221E5521099LKR | 04722562 |
| American Freight Network Rollout | 04812195 | 9 | 4782 MUHLHAUSER RD | | HAMILTON | OH | 45011 | Wireless Mobility | 891480000814901 3058 | 04722562 |
| American Freight Network Rollout | 04812204 | 11 | 778 NIAGARA FALLS BLVD | | NORTH TONAWANDA | NY | 14120 | Broadband | 8358507260254850 | 04722562 |
| American Freight Network Rollout | 04812204 | 11 | 778 NIAGARA FALLS BLVD | | NORTH TONAWANDA | NY | 14120 | Managed - SD WAN Branch | FG40FITK21008017 | 04722562 |
| American Freight Network Rollout | 04812204 | 11 | 778 NIAGARA FALLS BLVD | | NORTH TONAWANDA | NY | 14120 | Managed - Switch 8 Port | S108FFTV21002256 | 04722562 |
| American Freight Network Rollout | 04812204 | 11 | 778 NIAGARA FALLS BLVD | | NORTH TONAWANDA | NY | 14120 | Managed - WiFi | FP221E5521069479 | 04722562 |
| American Freight Network Rollout | 04812204 | 11 | 778 NIAGARA FALLS BLVD | | NORTH TONAWANDA | NY | 14120 | Managed - WiFi | FP221E5521069480 | 04722562 |
| American Freight Network Rollout | 04812204 | 11 | 778 NIAGARA FALLS BLVD | | NORTH TONAWANDA | NY | 14120 | Managed - WiFi | FP221E5521069483 | 04722562 |
| American Freight Network Rollout | 04812204 | 11 | 778 NIAGARA FALLS BLVD | | NORTH TONAWANDA | NY | 14120 | Managed - WiFi | FP221E5521069501 | 04722562 |
| American Freight Network Rollout | 04812204 | 11 | 778 NIAGARA FALLS BLVD | | NORTH TONAWANDA | NY | 14120 | Wireless Mobility | 891480000815057 8833 | 04722562 |
| American Freight Network Rollout | 04812204 | 11 | 778 NIAGARA FALLS BLVD | | NORTH TONAWANDA | NY | 14120 | Wireless Mobility | 891480000949627 8294 | 04722562 |
| American Freight Network Rollout | 04812207 | 13 | 3170 W THARPE ST | | TALLAHASSEE | FL | 32303 | Broadband | 8535101684072468 | 04722562 |

| Customer | Order | Site | Address | City | State | Zip | Service | Identifier | Account |
|---|---|---|---|---|---|---|---|---|---|
| American Freight Network Rollout | 04812207 | 13 | 3170 W THARPE ST | TALLAHASSEE | FL | 32303 | Managed - SD WAN Branch | FG40FITK21007445 | 04722562 |
| American Freight Network Rollout | 04812207 | 13 | 3170 W THARPE ST | TALLAHASSEE | FL | 32303 | Managed - Switch 8 Port | S108FFTV21000809 | 04722562 |
| American Freight Network Rollout | 04812207 | 13 | 3170 W THARPE ST | TALLAHASSEE | FL | 32303 | Managed - WiFi | FP221E5521099F13 | 04722562 |
| American Freight Network Rollout | 04812207 | 13 | 3170 W THARPE ST | TALLAHASSEE | FL | 32303 | Managed - WiFi | FP221E5521099F29 | 04722562 |
| American Freight Network Rollout | 04812207 | 13 | 3170 W THARPE ST | TALLAHASSEE | FL | 32303 | Managed - WiFi | FP221E5521099F2B | 04722562 |
| American Freight Network Rollout | 04812207 | 13 | 3170 W THARPE ST | TALLAHASSEE | FL | 32303 | Wireless Mobility | 89148000008148696101 | 04722562 |
| American Freight Network Rollout | 04812210 | 15 | 900 MORSE RD | COLUMBUS | OH | 43229 | Broadband | 8362230490102074 | 04722562 |
| American Freight Network Rollout | 04812210 | 15 | 900 MORSE RD | COLUMBUS | OH | 43229 | Managed - SD WAN Branch | FG40FITK21005290 | 04722562 |
| American Freight Network Rollout | 04812210 | 15 | 900 MORSE RD | COLUMBUS | OH | 43229 | Managed - Switch 8 Port | S108FFTV21000661 | 04722562 |
| American Freight Network Rollout | 04812210 | 15 | 900 MORSE RD | COLUMBUS | OH | 43229 | Managed - WiFi | FP221E5521069032 | 04722562 |
| American Freight Network Rollout | 04812210 | 15 | 900 MORSE RD | COLUMBUS | OH | 43229 | Managed - WiFi | FP221E5521069046 | 04722562 |
| American Freight Network Rollout | 04812210 | 15 | 900 MORSE RD | COLUMBUS | OH | 43229 | Managed - WiFi | FP221E5521069143 | 04722562 |
| American Freight Network Rollout | 04812210 | 15 | 900 MORSE RD | COLUMBUS | OH | 43229 | Managed - WiFi | FP221E5521069196 | 04722562 |
| American Freight Network Rollout | 04812210 | 15 | 900 MORSE RD | COLUMBUS | OH | 43229 | Wireless Mobility | 89148000008150579849 | 04722562 |
| American Freight Network Rollout | 04812210 | 15 | 900 MORSE RD | COLUMBUS | OH | 43229 | Wireless Mobility | 89148000009492291461 | 04722562 |
| American Freight Network Rollout | 04730396 | 18 | 2193 Viscount Row | Orlando | FL | 32809 | Broadband | 8337100281606017 | 04722562 |
| American Freight Network Rollout | 04730396 | 18 | 2193 Viscount Row | Orlando | FL | 32809 | Managed - SD WAN Branch | FG40FITK21008049 | 04722562 |
| American Freight Network Rollout | 04730396 | 18 | 2193 Viscount Row | Orlando | FL | 32809 | Managed - Switch 8 Port | S108FFTV21004001 | 04722562 |
| American Freight Network Rollout | 04730396 | 18 | 2193 Viscount Row | Orlando | FL | 32809 | Managed - WiFi | FP221E5521099LN5 | 04722562 |
| American Freight Network Rollout | 04730396 | 18 | 2193 Viscount Row | Orlando | FL | 32809 | Managed - WiFi | FP221E5521099LUR | 04722562 |
| American Freight Network Rollout | 04730396 | 18 | 2193 Viscount Row | Orlando | FL | 32809 | Managed - WiFi | FP221E5521099LV7 | 04722562 |
| American Freight Network Rollout | 04730396 | 18 | 2193 Viscount Row | Orlando | FL | 32809 | Managed - WiFi | FP221E5521099LVX | 04722562 |
| American Freight Network Rollout | 04730396 | 18 | 2193 Viscount Row | Orlando | FL | 32809 | Wireless Mobility | 89148000008149009627 | 04722562 |
| American Freight Network Rollout | 04730370 | 19 | 6001 POWERLINE RD | FORT LAUDERDALE | FL | 33309 | Broadband | 8495753105792898 | 04722562 |
| American Freight Network Rollout | 04730370 | 19 | 6001 POWERLINE RD | FORT LAUDERDALE | FL | 33309 | Managed - SD WAN Branch | FG40FITK21005650 | 04722562 |
| American Freight Network Rollout | 04730370 | 19 | 6001 POWERLINE RD | FORT LAUDERDALE | FL | 33309 | Managed - Switch 24 Port | S108FFTV21000788 | 04722562 |
| American Freight Network Rollout | 04730370 | 19 | 6001 POWERLINE RD | FORT LAUDERDALE | FL | 33309 | Managed - WiFi | FP221E5521030581 | 04722562 |
| American Freight Network Rollout | 04730370 | 19 | 6001 POWERLINE RD | FORT LAUDERDALE | FL | 33309 | Managed - WiFi | FP221E5521066389 | 04722562 |
| American Freight Network Rollout | 04730370 | 19 | 6001 POWERLINE RD | FORT LAUDERDALE | FL | 33309 | Managed - WiFi | FP221E5521066553 | 04722562 |
| American Freight Network Rollout | 04730370 | 19 | 6001 POWERLINE RD | FORT LAUDERDALE | FL | 33309 | Managed - WiFi | FP221E5521069102 | 04722562 |
| American Freight Network Rollout | 04730370 | 19 | 6001 POWERLINE RD | FORT LAUDERDALE | FL | 33309 | Wireless Mobility | 89148000008150584203 | 04722562 |
| American Freight Network Rollout | 04812218 | 22 | 4116 N ORANGE BLOSSOM TRAIL | ORLANDO | FL | 32804 | Broadband | 8337100311274752 | 04722562 |
| American Freight Network Rollout | 04812218 | 22 | 4116 N ORANGE BLOSSOM TRAIL | ORLANDO | FL | 32804 | Managed - SD WAN Branch | FG40FITK21007279 | 04722562 |
| American Freight Network Rollout | 04812218 | 22 | 4116 N ORANGE BLOSSOM TRAIL | ORLANDO | FL | 32804 | Managed - Switch 8 Port | S108FFTV21001171 | 04722562 |
| American Freight Network Rollout | 04812218 | 22 | 4116 N ORANGE BLOSSOM TRAIL | ORLANDO | FL | 32804 | Managed - WiFi | FP221E5521069035 | 04722562 |
| American Freight Network Rollout | 04812218 | 22 | 4116 N ORANGE BLOSSOM TRAIL | ORLANDO | FL | 32804 | Managed - WiFi | FP221E5521069359 | 04722562 |
| American Freight Network Rollout | 04812218 | 22 | 4116 N ORANGE BLOSSOM TRAIL | ORLANDO | FL | 32804 | Managed - WiFi | FP221E5521069449 | 04722562 |
| American Freight Network Rollout | 04812218 | 22 | 4116 N ORANGE BLOSSOM TRAIL | ORLANDO | FL | 32804 | Managed - WiFi | FP221E5521069477 | 04722562 |
| American Freight Network Rollout | 04812218 | 22 | 4116 N ORANGE BLOSSOM TRAIL | ORLANDO | FL | 32804 | Wireless Mobility | 89148000008149092029 | 04722562 |
| American Freight Network Rollout | 04730401 | 23 | 503 Rodi Rd. | Pittsburgh | PA | 15235 | Broadband | 8993209220764962 | 04722562 |
| American Freight Network Rollout | 04730401 | 23 | 503 Rodi Rd. | Pittsburgh | PA | 15235 | Managed - SD WAN Branch | FG40FITK21006391 | 04722562 |
| American Freight Network Rollout | 04730401 | 23 | 503 Rodi Rd. | Pittsburgh | PA | 15235 | Managed - Switch 8 Port | S108FFTV21001870 | 04722562 |

| Customer | Order | Seq | Address | City | State | Zip | Service | Identifier | Ref |
|---|---|---|---|---|---|---|---|---|---|
| American Freight Network Rollout | 04730401 | 23 | 503 Rodi Rd. | Pittsburgh | PA | 15235 | Managed - WiFi | FP221E5521077359 | 04722562 |
| American Freight Network Rollout | 04730401 | 23 | 503 Rodi Rd. | Pittsburgh | PA | 15235 | Managed - WiFi | FP221E5521099E6X | 04722562 |
| American Freight Network Rollout | 04730401 | 23 | 503 Rodi Rd. | Pittsburgh | PA | 15235 | Managed - WiFi | FP221E5521099EAC | 04722562 |
| American Freight Network Rollout | 04730401 | 23 | 503 Rodi Rd. | Pittsburgh | PA | 15235 | Managed - WiFi | FP221E5521099EB7 | 04722562 |
| American Freight Network Rollout | 04730401 | 23 | 503 Rodi Rd. | Pittsburgh | PA | 15235 | Wireless Mobility | 89148000008148574126 | 04722562 |
| American Freight Network Rollout | 04812592 | 25 | 4515 MERCHANT RD | Fort Wayne | IN | 46818 | Broadband | 8529200030943030 | 04722562 |
| American Freight Network Rollout | 04812592 | 25 | 4515 MERCHANT RD | Fort Wayne | IN | 46818 | Managed - SD WAN Branch | FG40FITK21008016 | 04722562 |
| American Freight Network Rollout | 04812592 | 25 | 4515 MERCHANT RD | Fort Wayne | IN | 46818 | Managed - Switch 8 Port | S108FFTV21004044 | 04722562 |
| American Freight Network Rollout | 04812592 | 25 | 4515 MERCHANT RD | Fort Wayne | IN | 46818 | Managed - WiFi | FP221E5521069313 | 04722562 |
| American Freight Network Rollout | 04812592 | 25 | 4515 MERCHANT RD | Fort Wayne | IN | 46818 | Managed - WiFi | FP221E5521069315 | 04722562 |
| American Freight Network Rollout | 04812592 | 25 | 4515 MERCHANT RD | Fort Wayne | IN | 46818 | Managed - WiFi | FP221E5521069317 | 04722562 |
| American Freight Network Rollout | 04812592 | 25 | 4515 MERCHANT RD | Fort Wayne | IN | 46818 | Managed - WiFi | FP221E5521069322 | 04722562 |
| American Freight Network Rollout | 04812592 | 25 | 4515 MERCHANT RD | Fort Wayne | IN | 46818 | Wireless Mobility | 89148000008148695657 | 04722562 |
| American Freight Network Rollout | 04812593 | 28 | 6242 PERIMETER DRIVE | CHATTANOOGA | TN | 37421 | Broadband | 8396512053029996 | 04722562 |
| American Freight Network Rollout | 04812593 | 28 | 6242 PERIMETER DRIVE | CHATTANOOGA | TN | 37421 | Managed - SD WAN Branch | FG40FITK21006761 | 04722562 |
| American Freight Network Rollout | 04812593 | 28 | 6242 PERIMETER DRIVE | CHATTANOOGA | TN | 37421 | Managed - Switch 24 Port | S108FFTV21000644 | 04722562 |
| American Freight Network Rollout | 04812593 | 28 | 6242 PERIMETER DRIVE | CHATTANOOGA | TN | 37421 | Managed - WiFi | FP221E5521099EBG | 04722562 |
| American Freight Network Rollout | 04812593 | 28 | 6242 PERIMETER DRIVE | CHATTANOOGA | TN | 37421 | Managed - WiFi | FP221E5521099EBS | 04722562 |
| American Freight Network Rollout | 04812593 | 28 | 6242 PERIMETER DRIVE | CHATTANOOGA | TN | 37421 | Managed - WiFi | FP221E5521099F1V | 04722562 |
| American Freight Network Rollout | 04812593 | 28 | 6242 PERIMETER DRIVE | CHATTANOOGA | TN | 37421 | Managed - WiFi | FP221E5521099F3H | 04722562 |
| American Freight Network Rollout | 04812231 | 29 | 1230 MT ZION RD | MORROW | GA | 30260 | Broadband | 8220122030365661 | 04722562 |
| American Freight Network Rollout | 04812231 | 29 | 1230 MT ZION RD | MORROW | GA | 30260 | Managed - SD WAN Branch | FG40FITK21006851 | 04722562 |
| American Freight Network Rollout | 04812231 | 29 | 1230 MT ZION RD | MORROW | GA | 30260 | Managed - Switch 8 Port | S108FFTV21002333 | 04722562 |
| American Freight Network Rollout | 04812231 | 29 | 1230 MT ZION RD | MORROW | GA | 30260 | Managed - WiFi | FP221E5521099F06 | 04722562 |
| American Freight Network Rollout | 04812231 | 29 | 1230 MT ZION RD | MORROW | GA | 30260 | Managed - WiFi | FP221E5521099F1Y | 04722562 |
| American Freight Network Rollout | 04812231 | 29 | 1230 MT ZION RD | MORROW | GA | 30260 | Managed - WiFi | FP221E5521099F24 | 04722562 |
| American Freight Network Rollout | 04812231 | 29 | 1230 MT ZION RD | MORROW | GA | 30260 | Managed - WiFi | FP221E5521099F2G | 04722562 |
| American Freight Network Rollout | 04812231 | 29 | 1230 MT ZION RD | MORROW | GA | 30260 | Wireless Mobility | 89148000008149099636 | 04722562 |
| American Freight Network Rollout | 04812235 | 31 | 28300 SCHOOLCRAFT RD | LIVONIA | MI | 48150 | Broadband | 8367310050373581 | 04722562 |
| American Freight Network Rollout | 04812235 | 31 | 28300 SCHOOLCRAFT RD | LIVONIA | MI | 48150 | Managed - SD WAN Branch | FG40FITK21005813 | 04722562 |
| American Freight Network Rollout | 04812235 | 31 | 28300 SCHOOLCRAFT RD | LIVONIA | MI | 48150 | Managed - Switch 8 Port | S108FFTV21000361 | 04722562 |
| American Freight Network Rollout | 04812235 | 31 | 28300 SCHOOLCRAFT RD | LIVONIA | MI | 48150 | Managed - WiFi | FP221E5521069236 | 04722562 |
| American Freight Network Rollout | 04812235 | 31 | 28300 SCHOOLCRAFT RD | LIVONIA | MI | 48150 | Managed - WiFi | FP221E5521099LN4 | 04722562 |
| American Freight Network Rollout | 04812235 | 31 | 28300 SCHOOLCRAFT RD | LIVONIA | MI | 48150 | Managed - WiFi | FP221E5521099LUX | 04722562 |
| American Freight Network Rollout | 04812235 | 31 | 28300 SCHOOLCRAFT RD | LIVONIA | MI | 48150 | Managed - WiFi | FP221E5521099LV1 | 04722562 |
| American Freight Network Rollout | 04812235 | 31 | 28300 SCHOOLCRAFT RD | LIVONIA | MI | 48150 | Wireless Mobility | 89148000009496286529 | 04722562 |
| American Freight Network Rollout | 04812251 | 40 | 6024 103RD | JACKSONVILLE | FL | 32210 | Broadband | 974610189 | 04722562 |
| American Freight Network Rollout | 04812251 | 40 | 6024 103RD | JACKSONVILLE | FL | 32210 | Managed - SD WAN Branch | FG40FITK21002411 | 04722562 |
| American Freight Network Rollout | 04812251 | 40 | 6024 103RD | JACKSONVILLE | FL | 32210 | Managed - Switch 8 Port | S108FFTV21000890 | 04722562 |
| American Freight Network Rollout | 04812251 | 40 | 6024 103RD | JACKSONVILLE | FL | 32210 | Managed - WiFi | FP221E5521099E0A | 04722562 |
| American Freight Network Rollout | 04812251 | 40 | 6024 103RD | JACKSONVILLE | FL | 32210 | Managed - WiFi | FP221E5521099E7Q | 04722562 |
| American Freight Network Rollout | 04812251 | 40 | 6024 103RD | JACKSONVILLE | FL | 32210 | Managed - WiFi | FP221E5521099E9R | 04722562 |
| American Freight Network Rollout | 04812251 | 40 | 6024 103RD | JACKSONVILLE | FL | 32210 | Managed - WiFi | FP221E5521099EAP | 04722562 |

| Customer | Account | Site | Address | City | State | Zip | Service | Identifier | Order |
|---|---|---|---|---|---|---|---|---|---|
| American Freight Network Rollout | 04812251 | 40 | 6024 103RD | JACKSONVILLE | FL | 32210 | Wireless Mobility | 8914800000814858280 6 | 04722562 |
| American Freight Network Rollout | 04812256 | 42 | 1075 COBB PARKWAY S | MARIETTA | GA | 30060 | Broadband | 8220111107141246 | 04722562 |
| American Freight Network Rollout | 04812256 | 42 | 1075 COBB PARKWAY S | MARIETTA | GA | 30060 | Managed - SD WAN Branch | FG40FITK21007412 | 04722562 |
| American Freight Network Rollout | 04812256 | 42 | 1075 COBB PARKWAY S | MARIETTA | GA | 30060 | Managed - Switch 8 Port | S108FFTV21001866 | 04722562 |
| American Freight Network Rollout | 04812256 | 42 | 1075 COBB PARKWAY S | MARIETTA | GA | 30060 | Managed - WiFi | FP221E5521069263 | 04722562 |
| American Freight Network Rollout | 04812256 | 42 | 1075 COBB PARKWAY S | MARIETTA | GA | 30060 | Managed - WiFi | FP221E5521069281 | 04722562 |
| American Freight Network Rollout | 04812256 | 42 | 1075 COBB PARKWAY S | MARIETTA | GA | 30060 | Managed - WiFi | FP221E5521069329 | 04722562 |
| American Freight Network Rollout | 04812256 | 42 | 1075 COBB PARKWAY S | MARIETTA | GA | 30060 | Managed - WiFi | FP221E5521069342 | 04722562 |
| American Freight Network Rollout | 04812256 | 42 | 1075 COBB PARKWAY S | MARIETTA | GA | 30060 | Wireless Mobility | 8914800000814869949 3 | 04722562 |
| American Freight Network Rollout | 04812260 | 46 | 32880 DEQUINDRE RD | WARREN | MI | 48092 | Broadband | 852910076175709 8 | 04722562 |
| American Freight Network Rollout | 04812260 | 46 | 32880 DEQUINDRE RD | WARREN | MI | 48092 | Managed - SD WAN Branch | FG40FITK21006865 | 04722562 |
| American Freight Network Rollout | 04812260 | 46 | 32880 DEQUINDRE RD | WARREN | MI | 48092 | Managed - Switch 8 Port | S108FFTV21000646 | 04722562 |
| American Freight Network Rollout | 04812260 | 46 | 32880 DEQUINDRE RD | WARREN | MI | 48092 | Managed - WiFi | FP221E5521099ECM | 04722562 |
| American Freight Network Rollout | 04812260 | 46 | 32880 DEQUINDRE RD | WARREN | MI | 48092 | Managed - WiFi | FP221E5521099EXX | 04722562 |
| American Freight Network Rollout | 04812260 | 46 | 32880 DEQUINDRE RD | WARREN | MI | 48092 | Managed - WiFi | FP221E5521099F1M | 04722562 |
| American Freight Network Rollout | 04812260 | 46 | 32880 DEQUINDRE RD | WARREN | MI | 48092 | Managed - WiFi | FP221E5521099F2D | 04722562 |
| American Freight Network Rollout | 04812260 | 46 | 32880 DEQUINDRE RD | WARREN | MI | 48092 | Wireless Mobility | 8914800000814909962 8 | 04722562 |
| American Freight Network Rollout | 04812284 | 59 | 7619 ELLIS RD | WEST MELBOURNE | FL | 32904 | Broadband | 8337110110198623 | 04722562 |
| American Freight Network Rollout | 04812284 | 59 | 7619 ELLIS RD | WEST MELBOURNE | FL | 32904 | Managed - SD WAN Branch | FG40FITK21007095 | 04722562 |
| American Freight Network Rollout | 04812284 | 59 | 7619 ELLIS RD | WEST MELBOURNE | FL | 32904 | Managed - Switch 8 Port | S108FFTV21001294 | 04722562 |
| American Freight Network Rollout | 04812284 | 59 | 7619 ELLIS RD | WEST MELBOURNE | FL | 32904 | Managed - WiFi | FP221E5521099E97 | 04722562 |
| American Freight Network Rollout | 04812284 | 59 | 7619 ELLIS RD | WEST MELBOURNE | FL | 32904 | Managed - WiFi | FP221E5521099E99 | 04722562 |
| American Freight Network Rollout | 04812284 | 59 | 7619 ELLIS RD | WEST MELBOURNE | FL | 32904 | Managed - WiFi | FP221E5521099F04 | 04722562 |
| American Freight Network Rollout | 04812284 | 59 | 7619 ELLIS RD | WEST MELBOURNE | FL | 32904 | Managed - WiFi | FP221E5521099F3D | 04722562 |
| American Freight Network Rollout | 04812284 | 59 | 7619 ELLIS RD | WEST MELBOURNE | FL | 32904 | Wireless Mobility | 8914800000814871313 8 | 04722562 |
| American Freight Network Rollout | 04812284 | 59 | 7619 ELLIS RD | WEST MELBOURNE | FL | 32904 | Wireless Mobility | 8914800000814933500 6 | 04722562 |
| American Freight Network Rollout | 04812304 | 67 | 6330 MACCORKLE AVE | Jefferson | WV | 25177 | Broadband | 0712-435814-01 | 04722562 |
| American Freight Network Rollout | 04812304 | 67 | 6330 MACCORKLE AVE | Jefferson | WV | 25177 | Managed - SD WAN Branch | FG40FITK21006972 | 04722562 |
| American Freight Network Rollout | 04812304 | 67 | 6330 MACCORKLE AVE | Jefferson | WV | 25177 | Managed - Switch 8 Port | S108FFTV21001316 | 04722562 |
| American Freight Network Rollout | 04812304 | 67 | 6330 MACCORKLE AVE | Jefferson | WV | 25177 | Managed - WiFi | FP221E5521099ED4 | 04722562 |
| American Freight Network Rollout | 04812304 | 67 | 6330 MACCORKLE AVE | Jefferson | WV | 25177 | Managed - WiFi | FP221E5521099EFJ | 04722562 |
| American Freight Network Rollout | 04812304 | 67 | 6330 MACCORKLE AVE | Jefferson | WV | 25177 | Managed - WiFi | FP221E5521099EFK | 04722562 |
| American Freight Network Rollout | 04812304 | 67 | 6330 MACCORKLE AVE | Jefferson | WV | 25177 | Managed - WiFi | FP221E5521099EG1 | 04722562 |
| American Freight Network Rollout | 04812304 | 67 | 6330 MACCORKLE AVE | Jefferson | WV | 25177 | Wireless Mobility | 8914800000815057871 8 | 04722562 |
| American Freight Network Rollout | 04812311 | 71 | 15000 ABERCORN ST | SAVANNAH | GA | 31419 | Broadband | 8396100451405925 | 04722562 |
| American Freight Network Rollout | 04812311 | 71 | 15000 ABERCORN ST | SAVANNAH | GA | 31419 | Managed - SD WAN Branch | FG40FITK21008405 | 04722562 |
| American Freight Network Rollout | 04812311 | 71 | 15000 ABERCORN ST | SAVANNAH | GA | 31419 | Managed - Switch 8 Port | S108FFTV21000821 | 04722562 |
| American Freight Network Rollout | 04812311 | 71 | 15000 ABERCORN ST | SAVANNAH | GA | 31419 | Managed - WiFi | FP221E5521069237 | 04722562 |
| American Freight Network Rollout | 04812311 | 71 | 15000 ABERCORN ST | SAVANNAH | GA | 31419 | Managed - WiFi | FP221E5521069335 | 04722562 |
| American Freight Network Rollout | 04812311 | 71 | 15000 ABERCORN ST | SAVANNAH | GA | 31419 | Wireless Mobility | 8914800000815077439 | 04722562 |
| American Freight Network Rollout | 04730471 | 87 | 2002 Glenn Park Drive | Champaign | IL | 61821 | Broadband | 8771403021965773 | 04722562 |
| American Freight Network Rollout | 04730471 | 87 | 2002 Glenn Park Drive | Champaign | IL | 61821 | Managed - SD WAN Branch | FG40FITK21008624 | 04722562 |
| American Freight Network Rollout | 04730471 | 87 | 2002 Glenn Park Drive | Champaign | IL | 61821 | Managed - Switch 8 Port | S108FFTV21000673 | 04722562 |

| Customer | Order | Seq | Address | Unit | City | State | Zip | Service | Identifier | Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| American Freight Network Rollout | 04730471 | 87 | 2002 Glenn Park Drive | | Champaign | IL | 61821 | Managed - WiFi | FP221E5521099EXE | 04722562 |
| American Freight Network Rollout | 04730471 | 87 | 2002 Glenn Park Drive | | Champaign | IL | 61821 | Managed - WiFi | FP221E5521099EYX | 04722562 |
| American Freight Network Rollout | 04730471 | 87 | 2002 Glenn Park Drive | | Champaign | IL | 61821 | Managed - WiFi | FP221E5521099F1G | 04722562 |
| American Freight Network Rollout | 04730471 | 87 | 2002 Glenn Park Drive | | Champaign | IL | 61821 | Managed - WiFi | FP221E5521099F1N | 04722562 |
| American Freight Network Rollout | 04730471 | 87 | 2002 Glenn Park Drive | | Champaign | IL | 61821 | Wireless Mobility | 89148000008149023891 | 04722562 |
| American Freight Network Rollout | 04812335 | 89 | 1708 WYLDS RD | | AUGUSTA | GA | 30909 | Broadband | 83961200023298483 | 04722562 |
| American Freight Network Rollout | 04812335 | 89 | 1708 WYLDS RD | | AUGUSTA | GA | 30909 | Managed - SD WAN Branch | FG40FITK21006671 | 04722562 |
| American Freight Network Rollout | 04812335 | 89 | 1708 WYLDS RD | | AUGUSTA | GA | 30909 | Managed - Switch 8 Port | S108FFTV21000215 | 04722562 |
| American Freight Network Rollout | 04812335 | 89 | 1708 WYLDS RD | | AUGUSTA | GA | 30909 | Managed - WiFi | FP221E5521069128 | 04722562 |
| American Freight Network Rollout | 04812335 | 89 | 1708 WYLDS RD | | AUGUSTA | GA | 30909 | Managed - WiFi | FP221E5521069310 | 04722562 |
| American Freight Network Rollout | 04812335 | 89 | 1708 WYLDS RD | | AUGUSTA | GA | 30909 | Managed - WiFi | FP221E5521069327 | 04722562 |
| American Freight Network Rollout | 04812335 | 89 | 1708 WYLDS RD | | AUGUSTA | GA | 30909 | Managed - WiFi | FP221E5521069410 | 04722562 |
| American Freight Network Rollout | 04812335 | 89 | 1708 WYLDS RD | | AUGUSTA | GA | 30909 | Wireless Mobility | 89148000008146963611 | 04722562 |
| American Freight Network Rollout | 04812368 | 100 | 6359 E VIRGINIA BEACH BLVD | | NORFOLK | VA | 23502 | Broadband | 140229G-01 | 04722562 |
| American Freight Network Rollout | 04812368 | 100 | 6359 E VIRGINIA BEACH BLVD | | NORFOLK | VA | 23502 | Managed - SD WAN Branch | FG40FITK21005577 | 04722562 |
| American Freight Network Rollout | 04812368 | 100 | 6359 E VIRGINIA BEACH BLVD | | NORFOLK | VA | 23502 | Managed - Switch 8 Port | Q2MY-VXSK-7XL9 | 04722562 |
| American Freight Network Rollout | 04812368 | 100 | 6359 E VIRGINIA BEACH BLVD | | NORFOLK | VA | 23502 | Managed - Switch 8 Port | S108FFTV21000648 | 04722562 |
| American Freight Network Rollout | 04812368 | 100 | 6359 E VIRGINIA BEACH BLVD | | NORFOLK | VA | 23502 | Managed - WiFi | FP221E5521068344 | 04722562 |
| American Freight Network Rollout | 04812368 | 100 | 6359 E VIRGINIA BEACH BLVD | | NORFOLK | VA | 23502 | Managed - WiFi | FP221E5521068897 | 04722562 |
| American Freight Network Rollout | 04812368 | 100 | 6359 E VIRGINIA BEACH BLVD | | NORFOLK | VA | 23502 | Managed - WiFi | FP221E5521069107 | 04722562 |
| American Freight Network Rollout | 04812368 | 100 | 6359 E VIRGINIA BEACH BLVD | | NORFOLK | VA | 23502 | Managed - WiFi | FP221E5521069192 | 04722562 |
| American Freight Network Rollout | 04812368 | 100 | 6359 E VIRGINIA BEACH BLVD | | NORFOLK | VA | 23502 | Wireless Mobility | 89148000008149343703 | 04722562 |
| American Freight Network Rollout | 04812351 | 101 | 1424 ATLAS RD | | COLUMBIA | SC | 29209 | Broadband | 83492000214G1008 | 04722562 |
| American Freight Network Rollout | 04812351 | 101 | 1424 ATLAS RD | | COLUMBIA | SC | 29209 | Managed - SD WAN Branch | FG40FITK21004870 | 04722562 |
| American Freight Network Rollout | 04812351 | 101 | 1424 ATLAS RD | | COLUMBIA | SC | 29209 | Managed - Switch 8 Port | S108FFTV21003089 | 04722562 |
| American Freight Network Rollout | 04812351 | 101 | 1424 ATLAS RD | | COLUMBIA | SC | 29209 | Managed - WiFi | FP221E5521069056 | 04722562 |
| American Freight Network Rollout | 04812351 | 101 | 1424 ATLAS RD | | COLUMBIA | SC | 29209 | Managed - WiFi | FP221E5521069105 | 04722562 |
| American Freight Network Rollout | 04812351 | 101 | 1424 ATLAS RD | | COLUMBIA | SC | 29209 | Managed - WiFi | FP221E5521069140 | 04722562 |
| American Freight Network Rollout | 04812351 | 101 | 1424 ATLAS RD | | COLUMBIA | SC | 29209 | Managed - WiFi | FP221E5521069174 | 04722562 |
| American Freight Network Rollout | 04812351 | 101 | 1424 ATLAS RD | | COLUMBIA | SC | 29209 | Wireless Mobility | 89148000008149092011 | 04722562 |
| American Freight Network Rollout | 04812397 | 143 | 4426 34TH SUITE B STREET | | LUBBOCK | TX | 79410 | Broadband | BX/AI--/447238/.BRD/ | 04722562 |
| American Freight Network Rollout | 04812397 | 143 | 4426 34TH SUITE B STREET | | LUBBOCK | TX | 79410 | Managed - SD WAN Branch | FG40FITK21007776 | 04722562 |
| American Freight Network Rollout | 04812397 | 143 | 4426 34TH SUITE B STREET | | LUBBOCK | TX | 79410 | Managed - Switch 24 Port | S108FFTV23000975 | 04722562 |
| American Freight Network Rollout | 04812397 | 143 | 4426 34TH SUITE B STREET | | LUBBOCK | TX | 79410 | Managed - WiFi | FP221ETF23035425 | 04722562 |
| American Freight Network Rollout | 04812397 | 143 | 4426 34TH SUITE B STREET | | LUBBOCK | TX | 79410 | Managed - WiFi | FP221ETF23035682 | 04722562 |
| American Freight Network Rollout | 04812397 | 143 | 4426 34TH SUITE B STREET | | LUBBOCK | TX | 79410 | Managed - WiFi | FP221ETF23036659 | 04722562 |
| American Freight Network Rollout | 04812397 | 143 | 4426 34TH SUITE B STREET | | LUBBOCK | TX | 79410 | Managed - WiFi | FP221ETF23038193 | 04722562 |
| American Freight Network Rollout | 04812397 | 143 | 4426 34TH SUITE B STREET | | LUBBOCK | TX | 79410 | Wireless Mobility | 89148000008149091021 | 04722562 |
| American Freight Network Rollout | 04812397 | 143 | 4426 34TH SUITE B STREET | | LUBBOCK | TX | 79410 | Wireless Mobility | 89148000009971542917 | 04722562 |
| American Freight Network Rollout | 04812435 | 156 | 8661 OLD KINGS RD S | UNIT 2 | JACKSONVILLE | FL | 32217 | Broadband | 84957412136S9463 | 04722562 |
| American Freight Network Rollout | 04812435 | 156 | 8661 OLD KINGS RD S | UNIT 2 | JACKSONVILLE | FL | 32217 | Managed - SD WAN Branch | FG40FITK21008113 | 04722562 |
| American Freight Network Rollout | 04812435 | 156 | 8661 OLD KINGS RD S | UNIT 2 | JACKSONVILLE | FL | 32217 | Managed - Switch 8 Port | S108FFTV21000718 | 04722562 |
| American Freight Network Rollout | 04812435 | 156 | 8661 OLD KINGS RD S | UNIT 2 | JACKSONVILLE | FL | 32217 | Managed - WiFi | FP221E5521099E0B | 04722562 |

| Customer | Acct | Site | Address | Suite | City | ST | Zip | Service | Circuit ID | Order |
|---|---|---|---|---|---|---|---|---|---|---|
| American Freight Network Rollout | 04812435 | 156 | 8661 OLD KINGS RD S | UNIT 2 | JACKSONVILLE | FL | 32217 | Managed - WiFi | FP221E5521099E6Y | 04722562 |
| American Freight Network Rollout | 04812435 | 156 | 8661 OLD KINGS RD S | UNIT 2 | JACKSONVILLE | FL | 32217 | Managed - WiFi | FP221E5521099E9P | 04722562 |
| American Freight Network Rollout | 04812435 | 156 | 8661 OLD KINGS RD S | UNIT 2 | JACKSONVILLE | FL | 32217 | Managed - WiFi | FP221E5521099EC0 | 04722562 |
| American Freight Network Rollout | 04812435 | 156 | 8661 OLD KINGS RD S | UNIT 2 | JACKSONVILLE | FL | 32217 | Wireless Mobility | 8914800000814869128 4 | 04722562 |
| American Freight Network Rollout | 04730616 | 164 | 101 Clay St | | Bowling Green | KY | 42101 | Broadband | 836321015004 6505 | 04722562 |
| American Freight Network Rollout | 04730616 | 164 | 101 Clay St | | Bowling Green | KY | 42101 | Managed - SD WAN Branch | FG40FITK21006984 | 04722562 |
| American Freight Network Rollout | 04730616 | 164 | 101 Clay St | | Bowling Green | KY | 42101 | Managed - Switch 8 Port | S108FFTV21001887 | 04722562 |
| American Freight Network Rollout | 04730616 | 164 | 101 Clay St | | Bowling Green | KY | 42101 | Managed - WiFi | FP221E5521099F1W | 04722562 |
| American Freight Network Rollout | 04730616 | 164 | 101 Clay St | | Bowling Green | KY | 42101 | Managed - WiFi | FP221E5521099F28 | 04722562 |
| American Freight Network Rollout | 04730616 | 164 | 101 Clay St | | Bowling Green | KY | 42101 | Managed - WiFi | FP221E5521099F2L | 04722562 |
| American Freight Network Rollout | 04730616 | 164 | 101 Clay St | | Bowling Green | KY | 42101 | Managed - WiFi | FP221E5521099F2V | 04722562 |
| American Freight Network Rollout | 04730616 | 164 | 101 Clay St | | Bowling Green | KY | 42101 | Wireless Mobility | 8914800000814900981 7 | 04722562 |
| American Freight Network Rollout | 04730617 | 165 | 2900 Paris Rd. | | Columbia | MO | 65202 | Broadband | 83848606011 1990 | 04722562 |
| American Freight Network Rollout | 04812599 | 247 | 1705 N DIXIE HIGHWAY | STE 121 | ELIZABETHTOWN | KY | 42701 | Broadband | 852930001028 5178 | 04722562 |
| American Freight Network Rollout | 04812599 | 247 | 1705 N DIXIE HIGHWAY | STE 121 | ELIZABETHTOWN | KY | 42701 | Managed - SD WAN Branch | FG40FITK21008505 | 04722562 |
| American Freight Network Rollout | 04812599 | 247 | 1705 N DIXIE HIGHWAY | STE 121 | ELIZABETHTOWN | KY | 42701 | Managed - Switch 8 Port | S108FFTV21000466 | 04722562 |
| American Freight Network Rollout | 04812599 | 247 | 1705 N DIXIE HIGHWAY | STE 121 | ELIZABETHTOWN | KY | 42701 | Managed - WiFi | FP221E5521099EBA | 04722562 |
| American Freight Network Rollout | 04812599 | 247 | 1705 N DIXIE HIGHWAY | STE 121 | ELIZABETHTOWN | KY | 42701 | Managed - WiFi | FP221E5521099EGC | 04722562 |
| American Freight Network Rollout | 04812599 | 247 | 1705 N DIXIE HIGHWAY | STE 121 | ELIZABETHTOWN | KY | 42701 | Managed - WiFi | FP221E5521099EGM | 04722562 |
| American Freight Network Rollout | 04812599 | 247 | 1705 N DIXIE HIGHWAY | STE 121 | ELIZABETHTOWN | KY | 42701 | Managed - WiFi | FP221E5521099EH1 | 04722562 |
| American Freight Network Rollout | 04812599 | 247 | 1705 N DIXIE HIGHWAY | STE 121 | ELIZABETHTOWN | KY | 42701 | Wireless Mobility | 8914800009496294820 | 04722562 |
| American Freight Network Rollout | 04730745 | 251 | 1434 E Independence St | | Springfield | MO | 65804 | Broadband | 321627002 | 04722562 |
| American Freight Network Rollout | 04730745 | 251 | 1434 E Independence St | | Springfield | MO | 65804 | Managed - SD WAN Branch | FG40FITK21007550 | 04722562 |
| American Freight Network Rollout | 04730745 | 251 | 1434 E Independence St | | Springfield | MO | 65804 | Managed - Switch 8 Port | S108FFTV21002546 | 04722562 |
| American Freight Network Rollout | 04730745 | 251 | 1434 E Independence St | | Springfield | MO | 65804 | Managed - WiFi | FP221E5521099LBR | 04722562 |
| American Freight Network Rollout | 04730745 | 251 | 1434 E Independence St | | Springfield | MO | 65804 | Managed - WiFi | FP221E5521099LJV | 04722562 |
| American Freight Network Rollout | 04730745 | 251 | 1434 E Independence St | | Springfield | MO | 65804 | Managed - WiFi | FP221E5521099LMB | 04722562 |
| American Freight Network Rollout | 04730745 | 251 | 1434 E Independence St | | Springfield | MO | 65804 | Managed - WiFi | FP221E5521099LNE | 04722562 |
| American Freight Network Rollout | 04730745 | 251 | 1434 E Independence St | | Springfield | MO | 65804 | Wireless Mobility | 8914800007794782066 | 04722562 |

| Parent Name | Account # | Location Name | Address 1 | City | State | ZIP Code | Service | Service ID | Parent Account |
|---|---|---|---|---|---|---|---|---|---|
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Analog Voice | 7344259260 | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Analog Voice | 7344259267 | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Long Distance | 7344259260 | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Long Distance | 7344259267 | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - SD WAN Branch | Q2KY-CVR3-FAXX | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - Switch 24 Port | Q2SX-QMWW-N2KF | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - Switch 24 Port | Q2SX-TSQJ-ED4X | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - Switch 24 Port | Q2SX-U6KA-6MZE | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - Switch 24 Port | Q2SX-U8KJ-H5JY | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - Switch 24 Port | Q2SX-W6E7-TJML | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - Switch 24 Port | Q2SX-YJ8U-B293 | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-ASHT-CELU | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-CY63-9HB2 | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-DFJA-R5GJ | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-DV2H-5H4H | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-EQES-LCGZ | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-FHTB-4HLM | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-FHX9-NZNL | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-G3XM-97VD | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-G66E-JZSV | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-GCRA-Y973 | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-JZJW-VVUU | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-M7KZ-4ZTU | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-PAES-R7JG | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-PEBZ-3GXB | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-PNEC-9WUQ | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-PVBV-NBJW | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-QBRX-JLZC | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-R84Y-LWPT | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-R8PC-7Y9Q | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-SLBT-NGXQ | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-SLW7-YG48 | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-SYZP-T2X9 | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-T6XQ-YYLY | 04001072 |

| Customer | Account | Site | Address | City | State | Zip | Service | Identifier | Code |
|---|---|---|---|---|---|---|---|---|---|
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-UFFF-E9RF | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-VAKP-QACQ | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-VAR3-HEJJ | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-VFFF-W9J4 | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-VS5D-BE7Y | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-VTQK-QEGT | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-VVZQ-4UDK | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-VWH6-TDF | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-VZ8Y-ABWA | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-WTCG-74CC | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-WYDJ-MC6E | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-WYUD-W4RR | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-WYZ6-D5KE | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | T1/PRI | MLEC773186ATI | 04001072 |
| American Freight | 04196203 | 4612 | 12001 Sears Ave. | Livonia | MI | 48150 | Wireless Mobility | 8901410327154255746 | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - Switch 24 Port | Q2SX-7JHE-JJRL | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - Switch 24 Port | Q2SX-SXN5-Y93G | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-2TH3-EZ6F | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-7LRT-YQW8 | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-FHE5-7HMU | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-MGFX-3DQW | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-MK6P-YECA | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-MKCX-Z8I7 | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-UT4A-H4MR | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-UT7D-8JP2 | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-V2VT-4T52 | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-VFRD-M22V | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-VT6N-NC2P | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-WDTH-PVPF | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-WEQB-SH3M | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Managed - WiFi | Q2PD-X5D3-WM2R | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | SD WAN | Q2KY-Q9Q8-FNCC | 04001072 |
| American Freight | 04196269 | 5230 | 12001 Sears Ave. | Livonia | MI | 48150 | Wireless Mobility | 8901410327154250612 | 04001072 |
| American Freight | 04196310 | 8470 | 2301-A Mt. Industrial Blvd. | Tucker | GA | 30084 | Analog Voice | 7706216821 | 04001072 |
| American Freight | 04196310 | 8470 | 2301-A Mt. Industrial Blvd. | Tucker | GA | 30084 | Analog Voice | 7709344710 | 04001072 |
| American Freight | 04196310 | 8470 | 2301-A Mt. Industrial Blvd. | Tucker | GA | 30084 | Long Distance | 7706216821 | 04001072 |
| American Freight | 04196310 | 8470 | 2301-A Mt. Industrial Blvd. | Tucker | GA | 30084 | Long Distance | 7709344710 | 04001072 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Analog Voice | 7704939433 | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Broadband | 8220202800476342 | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Long Distance | 7704939433 | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Managed - SD WAN Branch | Q2KY-APCU-YU9T | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Managed - Switch 24 Port | Q2SX-RSJC-PDMX | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Managed - WiFi | Q2PD-9HZR-NGFU | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Managed - WiFi | Q2PD-C7ME-H93B | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Managed - WiFi | Q2PD-FAZL-F67K | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Managed - WiFi | Q2PD-FV2J-Q4X7 | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Managed - WiFi | Q2PD-GJXM-SRGN | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Managed - WiFi | Q2PD-JCL9-65BC | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Managed - WiFi | Q2PD-JCSJ-XC9P | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Managed - WiFi | Q2PD-JCZR-4LV6 | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Managed - WiFi | Q2PD-JYZ4-EYRV | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Managed - WiFi | Q2PD-WNDE-8LQJ | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Wireless Mobility | 8901260882265669751 | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Wireless Mobility | 8901410327154250806 | 04001072 |
| American Freight | 04196211 | 9240 | 2301-A MT INDUSTRIAL BLVD | TUCKER | GA | 30084 | Wireless Mobility | 8914800005964544092 | 04001072 |