# EXHIBIT "E"

| | |
|---|---|
| **From:** | Ben-Shahar, Ziv <ziv.ben-shahar@kirkland.com> |
| **Sent:** | Monday, March 31, 2025 8:57 PM |
| **To:** | Kennedy MacQueen; Beauchamp, Michael |
| **Cc:** | Benedek, Marla; Joshua Ruby; Jonathan Allen; Allison Foster; Nakhaimousa, Brian; Levine, Maddison |
| **Subject:** | RE: American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account |

**\*\*EXTERNAL SENDER\*\***

Kennedy:

The Debtors believe that they are current on all postpetition amounts due and payable to Granite, and dispute any additional alleged outstanding amounts. Any disputed amount will be dealt with pursuant to the Plan, and in connection with the Debtors determination of whether to assume or reject the underlying agreement. We will be happy to continue to work with you, as we have been, to further reconcile the cure amount and resolve disputes at the appropriate time.

Thank you,
Ziv

**Ziv Ben-Shahar**

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 4790  **M** +1 312 989 4207
**F** +1 312 862 2200

ziv@kirkland.com

---

**From:** Kennedy MacQueen <KPhillips@granitenet.com>
**Sent:** Monday, March 31, 2025 4:06 PM
**To:** Beauchamp, Michael <michael.beauchamp@kirkland.com>
**Cc:** Ben-Shahar, Ziv <ziv.ben-shahar@kirkland.com>; Marla Benedek <MBenedek@cozen.com>; Joshua Ruby <jruby@granitenet.com>; Jonathan Allen <JoAllen@granitenet.com>; Allison Foster <AFoster@granitenet.com>
**Subject:** Re: American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account

Michael,

It has come to my attention that American Freight has made one payment as of 3/20/25 of $12,530.83, after the initial adequate assurance request was filed. This was applied to the 2/1 invoice on account 04722562.

This amount does not come anywhere close to the proposed adequate assurance deposit request in the order of $88,216.86, nor does it begin to fully cover the past due amounts that were initially stated in the adequate assurance request.

1

If Granite does not receive past due amounts as of 3/31 of $450,201.93 by 12 pm EST by ACH or wire, then Granite will be filing an administrative claim. Note that by tomorrow, American Freight will be $5,813,806.30 past due, as per my footnote on the initial adequate asure , the 2/1 invoices must be paid on or before April 1, 2025.

I will also flag to your attention that Granite was alerted this morning , to my understanding, that American Freight or purchasers that have taken over American Freight locations have been selling Granite owned equipment on ebay. Such assets are not American Freight's to sell.

Thanks and all the best,
Kennedy

**Kennedy MacQueen**
**Associate Corporate Counsel**
**O:** 857-403-3588
**E:** kphillips@granitenet.com
**A:** 1 Heritage Drive, Quincy, Massachusetts 02171

24 / 7 / 365 Customer Service 866.847.5500

---

**From:** Kennedy MacQueen <KPhillips@granitenet.com>
**Sent:** Monday, March 31, 2025 3:31 PM
**To:** Beauchamp, Michael <michael.beauchamp@kirkland.com>
**Cc:** Ben-Shahar, Ziv <ziv.ben-shahar@kirkland.com>; Marla Benedek <MBenedek@cozen.com>; Joshua Ruby <jruby@granitenet.com>; Jonathan Allen <JoAllen@granitenet.com>; Allison Foster <AFoster@granitenet.com>
**Subject:** Re: American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account

Michael,

Hope all is well. Wanted to reach out to see if we can expect payment from American Freight today.

Thanks and all the best,
Kennedy



**Kennedy MacQueen**
**Associate Corporate Counsel**
**O:** 857-403-3588
**E:** kphillips@granitenet.com
**A:** 1 Heritage Drive, Quincy, Massachusetts 02171

24 / 7 / 365 Customer Service 866.847.5500

---

**From:** Beauchamp, Michael <michael.beauchamp@kirkland.com>
**Sent:** Tuesday, March 25, 2025 5:21 PM
**To:** Kennedy MacQueen <KPhillips@granitenet.com>

2

**Cc:** Ben-Shahar, Ziv <ziv.ben-shahar@kirkland.com>; Marla Benedek <MBenedek@cozen.com>; Joshua Ruby <jruby@granitenet.com>; Jonathan Allen <JoAllen@granitenet.com>; Allison Foster <AFoster@granitenet.com>
**Subject:** RE: American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account

Thanks, Kennedy.  Understood on timeline and will circle back.

**Michael Beauchamp**

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 4147  **M** +1 872 327 8752
**F** +1 312 862 2200

michael.beauchamp@kirkland.com

---

**From:** Kennedy MacQueen <KPhillips@granitenet.com>
**Sent:** Tuesday, March 25, 2025 3:42 PM
**To:** Beauchamp, Michael <michael.beauchamp@kirkland.com>
**Cc:** Ben-Shahar, Ziv <ziv.ben-shahar@kirkland.com>; Marla Benedek <MBenedek@cozen.com>; Joshua Ruby <jruby@granitenet.com>; Jonathan Allen <JoAllen@granitenet.com>; Allison Foster <AFoster@granitenet.com>
**Subject:** Re: American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account

Michael,

Thanks for the call. Per our call, please note the following:

- Attached please find invoices and invoice detail reports sent over by our account representative, for invoices that remain open. The actual amounts remaining open versus the invoice total are reflective in the adequate assurance request, attached.
- 3/1 invoices and total due reports also attached
- As discussed, Exhibit 2 of the adequate assurance request shows active inventory. Some locations may still be processing with our underlying carriers for disconnects. That said, attached is an email (Re: 34 Stores)  showing either the following locations or services that American Freight has **not requested to disconnect at this time**. If American Freight would like to disconnect all remaining services, please let me know in writing as soon as possible.  My understanding is Granite has received **no notice of any requested disconnects after the date of that email**.
- Please find initial email attached to Young Conaway and Wilkie, describing Debtor obligations to submit written disconnect
- As a reminder, per the order, American Freight has until this Monday, March 31st, to resolve the adequate assurance request

Thanks and all the best,
Kennedy

3



**Kennedy MacQueen**
**Associate Corporate Counsel**
**O:** 857-403-3588
**E:**
kphillips@granitenet.com
**A:** 1 Heritage Drive, Quincy, Massachusetts 02171



24 / 7 / 365 Customer Service 866.847.5500

---

**From:** Kennedy MacQueen <KPhillips@granitenet.com>
**Sent:** Tuesday, March 25, 2025 7:39 AM
**To:** Beauchamp, Michael <michael.beauchamp@kirkland.com>
**Cc:** Ben-Shahar, Ziv <ziv.ben-shahar@kirkland.com>; Marla Benedek <MBenedek@cozen.com>; Joshua Ruby <jruby@granitenet.com>; Jonathan Allen <JoAllen@granitenet.com>; Allison Foster <AFoster@granitenet.com>
**Subject:** Re: American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account

Michael,

Hope all is well. I wanted to follow up regarding g the status of the review on Granite's adequate assurance request.

Please let us know.

Thanks and all the best,
Kennedy



**Kennedy MacQueen**
**Associate Corporate Counsel**
**O:** 857-403-3588
**E:**
kphillips@granitenet.com
**A:** 1 Heritage Drive, Quincy, Massachusetts 02171



24 / 7 / 365 Customer Service 866.847.5500

---

**From:** Kennedy MacQueen <KPhillips@granitenet.com>
**Sent:** Thursday, March 20, 2025 1:52 PM
**To:** Beauchamp, Michael <michael.beauchamp@kirkland.com>
**Cc:** Ben-Shahar, Ziv <ziv.ben-shahar@kirkland.com>; Marla Benedek <MBenedek@cozen.com>; Joshua Ruby <jruby@granitenet.com>; Jonathan Allen <JoAllen@granitenet.com>; Allison Foster <AFoster@granitenet.com>
**Subject:** Re: American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account

Not a problem, Michael. Thanks for adding them back on and for the earlier call on Vitamin Shoppe.

Let us know if there are any questions. We appreciate the prompt response.

Thanks and all the best,
Kennedy

**Kennedy MacQueen**
**Associate Corporate Counsel**
**O:** 857-403-3588
**E:**
kphillips@granitenet.com
**A:** 1 Heritage Drive, Quincy, Massachusetts 02171

24 / 7 / 365 Customer Service 866.847.5500

---

**From:** Beauchamp, Michael <michael.beauchamp@kirkland.com>
**Sent:** Thursday, March 20, 2025 11:08 AM
**To:** Kennedy MacQueen <KPhillips@granitenet.com>
**Cc:** Ben-Shahar, Ziv <ziv.ben-shahar@kirkland.com>; Marla Benedek <MBenedek@cozen.com>; Joshua Ruby <jruby@granitenet.com>; Jonathan Allen <JoAllen@granitenet.com>; Allison Foster <AFoster@granitenet.com>
**Subject:** RE: American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account

Apologies, accidentally dropped your parties as well.

**Michael Beauchamp**
-----------------------------------
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 4147  **M** +1 872 327 8752
**F** +1 312 862 2200
-----------------------------------

michael.beauchamp@kirkland.com

**From:** Beauchamp, Michael
**Sent:** Thursday, March 20, 2025 10:07 AM
**To:** 'Kennedy MacQueen' <KPhillips@granitenet.com>
**Cc:** Ben-Shahar, Ziv <ziv.ben-shahar@kirkland.com>
**Subject:** RE: American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account

Dropping the rest of the team; thanks for sending along, Kennedy.  I'll take a look at the supplemental and circle back on the larger adequate assurance request you sent earlier this week.

Best,
Michael

**Michael Beauchamp**
-----------------------------------
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 4147  **M** +1 872 327 8752
**F** +1 312 862 2200
-----------------------------------

michael.beauchamp@kirkland.com

---

**From:** Kennedy MacQueen <KPhillips@granitenet.com>
**Sent:** Thursday, March 20, 2025 8:48 AM
**To:** Levine, Maddison <maddison.levine@kirkland.com>
**Cc:** Nakhaimousa, Brian <brian.nakhaimousa@kirkland.com>; Beauchamp, Michael <michael.beauchamp@kirkland.com>; Allison S. Mielke <AMielke@ycst.com>; Kristin L. McElroy <KMcElroy@ycst.com>; Shella Borovinskaya <SBorovinskaya@ycst.com>; bsandler@pszjlaw.com; *crobinson@pszjlaw.com <crobinson@pszjlaw.com>; Marla Benedek <MBenedek@cozen.com>; Joshua Ruby <jruby@granitenet.com>; Jonathan Allen <JoAllen@granitenet.com>; Allison Foster <AFoster@granitenet.com>; #Franchise_K&E_RX <Franchise_K&E_RX@kirkland.com>
**Subject:** Re: American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account

Thank you, Maddison. Please let us know if you have any questions in the interim.

Thanks and all the best,
Kennedy



**Kennedy MacQueen**
**Associate Corporate Counsel**
**O:** 857-403-3588
**E:**
kphillips@granitenet.com
**A:** 1 Heritage Drive, Quincy, Massachusetts 02171

  

24 / 7 / 365 Customer Service 866.847.5500

---

**From:** Levine, Maddison <maddison.levine@kirkland.com>
**Sent:** Thursday, March 20, 2025 8:48 AM
**To:** Kennedy MacQueen <KPhillips@granitenet.com>
**Cc:** Nakhaimousa, Brian <brian.nakhaimousa@kirkland.com>; Beauchamp, Michael <michael.beauchamp@kirkland.com>; Allison S. Mielke <AMielke@ycst.com>; Kristin L. McElroy <KMcElroy@ycst.com>; Shella Borovinskaya <SBorovinskaya@ycst.com>; bsandler@pszjlaw.com <bsandler@pszjlaw.com>; *crobinson@pszjlaw.com <crobinson@pszjlaw.com>; Marla Benedek <MBenedek@cozen.com>; Joshua Ruby <jruby@granitenet.com>; Jonathan Allen <JoAllen@granitenet.com>; Allison Foster <AFoster@granitenet.com>; #Franchise_K&E_RX <Franchise_K&E_RX@kirkland.com>
**Subject:** Re: American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account

Thank you Kennedy, dropping a few folks and adding in others. Confirming receipt — will make sure to look at this supplemental exhibit. We are working on the below and will revert as soon as we can.

Thanks,
Maddison

**Maddison Levine**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022

T +1 212 909 3362  M +1 917 912 1937
F +1 212 446 4900
_____

maddison.levine@kirkland.com

On Mar 20, 2025, at 8:45 AM, Kennedy MacQueen <KPhillips@granitenet.com> wrote:

Good Morning All,

On March 17, 2025, Granite sent an adequate assurance request to American Freight. That same day, Maddison Levine, representation of American Freight, acknowledged receipt.

It was brought to my attention late yesterday that one location line from Exhibit 2 of active services and locations with Granite was inadvertently dropped.  As such, Granite is supplying a supplemental revised Exhibit 2, with such location in red to rectify this. Note such location and its service with Granite is actively in the disconnect process with the underlying carrier per American Freight's request.

Thank you for your understanding in this matter and let me know of any questions.

All the best,
Kennedy



**Kennedy MacQueen**
**Associate Corporate Counsel**
**O:** 857-403-3588
**E:**
kphillips@granitenet.com
**A:** 1 Heritage Drive, Quincy, Massachusetts 02171

24 / 7 / 365 Customer Service 866.847.5500

---

**From:** Kennedy MacQueen <KPhillips@granitenet.com>
**Sent:** Monday, March 17, 2025 11:19 AM
**To:** joshua.sussberg@kirkland.com <joshua.sussberg@kirkland.com>; nicole.greenblatt@kirkland.com <nicole.greenblatt@kirkland.com>; derek.hunter@kirkland.com <derek.hunter@kirkland.com>; derek.hunter@kirkland.com <derek.hunter@kirkland.com>; Beauchamp, Michael <michael.beauchamp@kirkland.com>; Levine, Maddison <maddison.levine@kirkland.com>; Nakhaimousa, Brian <brian.nakhaimousa@kirkland.com>; Mielke, Allison S. <AMielke@ycst.com>; McElroy, Kristin L. <KMcElroy@ycst.com>; Borovinskaya, Shella <SBorovinskaya@ycst.com>; bsandler@pszjlaw.com <bsandler@pszjlaw.com>; crobinson@pszjlaw.com <crobinson@pszjlaw.com>
**Cc:** Benedek, Marla <MBenedek@cozen.com>; Joshua Ruby <jruby@granitenet.com>; Jonathan Allen <JoAllen@granitenet.com>; Allison Foster <AFoster@granitenet.com>
**Subject:** American Freight Outlet Stores, LLC Post Petition Balances Due to Granite Telecommunications, LLC and Request for Distribution from Adequate Assurance Account

Dear American Freight Outlet Stores, LLC Notice Parties:

I write on behalf of Granite Telecommunications, LLC ("Granite"), a Utility Company[1] who provides voice and data services to American Freight Outlet Stores, LLC ("American Freight") in *Franchise Group, Inc., et al.,* Case No. 24-12480(JTD) (Bankr. Del. November 3, 2024).

Granite has been providing post-petition services to American Freight. As of today's date, American Freight collectively owes Granite $5,845,263.77 for these services rendered after the petition date of November 3, 2024, and $450,201.93 is past due.

Granite's monthly recurring charges for services are billed in advance for the month in which they are rendered. Currently American Freight has net-60 receipt terms and must pay sixty days after invoices are issued. Accordingly, the invoice for services rendered during the post-petition period for the invoices issued on 11/1/2024 and 1/1/2025 are past due and must be paid.

The breakdown of such invoices are as follows:

- Account Number 04722562 – Invoice issued on 11/1/2024 invoice for Services rendered from 11/4/2024 to 11/30/2024 – balance remaining of $5,374.13
    Note that the invoice was issued on 11/1/2024 for Services rendered from 11/1/2024 to 11/30/2024. Granite removed pre petition amounts from the balance due, and American Freight subsequently made payments towards this invoice after that fact, so the total of $5,374.13 reflects the post petition amounts remaining and duly owed.
- Account Number 04722562 – Invoice issued on 1/1/2025 for Services rendered from 1/1/2025 to 1/31/2025 – balance due of $444,827.80

Granite has not received payment for these amounts within an appropriate grace period. Accordingly, Granite respectfully requests disbursement from the Adequate Assurance Account in the full amount duly owed.

Please do not hesitate to contact Granite if you have any questions or require any additional information. In the meantime, Granite reserves all rights, claims, remedies, and defenses.

Very truly yours,

Kennedy E. MacQueen, Esq.

**Kennedy MacQueen**

**Associate Corporate Counsel**

**O:** 857-403-3588

**E:**
kphillips@granitenet.com

**A:** 1 Heritage Drive, Quincy, Massachusetts 02171

24 / 7 / 365 Customer Service 866.847.5500

<Supplemental to American Freight Adequate Assurance Request - Revised Exhibit 2 (00073043xD85FF).PDF>

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.