**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE REGARDING MOTION OF
GRANITE TELECOMMUNICATIONS, LLC FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

I, Marla S. Benedek, counsel to Granite Telecommunications, LLC, hereby certify that on April 9, 2025 the *Motion of Granite Telecommunications, LLC for Allowance and Payment of Administrative Expense Claim* (the "Motion") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF). Notification of filing the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

LEGAL\76834734\1

Motion was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

    I further certify that on April 9, 2025 I caused a copy of the Motion to be served via email transmission unless otherwise indicated on the parties identified on the service list attached hereto.

Dated: April 9, 2025

**COZEN O'CONNOR**

*/s/ Marla S. Benedek*
Marla S. Benedek (No. 6638)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
E-mail: mbenedek@cozen.com

*Attorneys for Creditor Granite Telecommunications, LLC*

# SERVICE LIST

| | |
|---|---|
| *Via Email Delivery*<br>William E. Arnault<br>Nicole L. Greenblatt<br>Derek I. Hunter<br>Maddison Levine<br>Mark E. McKane<br>Brian Nakhaimousa<br>Joshua Sussberg<br>**Kirkland & Ellis LLP**<br>warnault@kirkland.com<br>Nicole.greenblatt@kirkland.com<br>Derek.hunter@kirkland.com<br>Madison.levine@kirkland.com<br>Mark.mckane@kirkland.com<br>Brian.nakhaimousa@kirkland.com<br>Joshua.sussberg@kirkland.com<br><br>*Counsel to Debtor Franchise Group, Inc.* | *Via Email Delivery*<br>Shella Borovinskaya<br>Kristin L. McElroy<br>Allison S. Mielke<br>Edmon L. Morton<br>**Young Conaway Stargatt & Taylor, LLP**<br>sborovinskaya@ycst.com<br>kmcelroy@ycst.com<br>amielke@ycst.com<br>emorton@ycst.com<br><br>*Counsel to Debtor Franchise Group, Inc.* |
| *Via U.S. Mail*<br>American Freight Outlet Stores, LLC<br>109 Innovation Court, Suite J<br>Delaware, Ohio 43015<br><br>*Debtor* | |
| *Via Email Delivery*<br>Timothy J. Fox<br>**Office of the United States Trustee**<br>Timothy.fox@usdoj.gov<br><br>*U.S. Trustee* | *Via Email Delivery*<br>Brian E. Farnan<br>Michael J. Farnan<br>**Farnan LLP**<br>Bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Counsel to the Ad Hoc Group of Freedom Lenders* |

| | |
|---|---|
| *Via Email Delivery* <br> Thomas E. Lauria <br> J. Christopher Shore <br> Andrew Zatz <br> Samuel P. Hershey <br> Erin Smith <br> Brett Bakemeyer <br> Jade Yoo <br> Paula Kates <br> **White & Case LLP** <br> tlauria@whitecase.com <br> cshore@whitecase.com <br> azatz@whitecase.com <br> sam.hershey@whitecase.com <br> erin.smith@whitecase.com <br> brett.bakemeyer@whitecase.com <br> jade.yoo@whitecase.com <br> paula.kates@whitecase.com <br><br> *Counsel for the Ad Hoc Group of Freedom Lenders* | *Via Email Delivery* <br> Gregory V. Demo <br> Jeffrey M. Dine <br> Robert J. Feinstein <br> Theodore S. Heckel <br> Alan J. Kornfeld <br> Beth E. Levine <br> Colin R. Robinson <br> Bradford J. Sandler <br> James W. Walker <br> Hayley R. Winograd <br> **Pachulski Stang Ziehl & Jones LLP** <br> gdemo@pszjlaw.com <br> jdine@pszjlaw.com <br> rfeinstein@pszjlaw.com <br> theckel@pszjlaw.com <br> akornfeld@pszjlaw.com <br> blevine@pszjlaw.com <br> crobinson@pszjlaw.com <br> bsandler@pszjlaw.com <br> jwalker@pszjlaw.com <br> hwinograd@pszjlaw.com <br><br> *Counsel to the Official Committee of Unsecured Creditors* |