**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter  11 |
| | ) |
| FRANCHISE GROUP, INC., et al., | ) Case No.  24-12480 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER GRANTING THE MOTION OF JONATHAN ORTIZ MUNOZ AND HANNAH SHALOM MOODY FOR RELIEF FROM THE AUTOMATIC STAY AND PLAN INJUNCTION TO LIQUIDATE CLAIMS IN PENDING STATE COURT CIVIL CASES AND TO COLLECT AGAINST THE AVAILABLE INSURANCE PROCEEDS**

Upon consideration of the Motion for Relief from the Automatic Stay and Plan Injunction (if applicable) to Liquidate Claims in Pending State Court Civil Cases and to Collect Against the Available Insurance Proceeds (the "Motion"), any response thereto, and for good cause shown, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Plaintiffs are granted relief retroactively from the Section 362(a) automatic stay to the commencement of the Civil Cases, as well as from any injunction entered in this case as a result of a confirmed plan, to permit both Jonathan Ortiz Munoz and Hannah Shalom Moody (together, the "Plaintiffs") to proceed to litigate their respective Civil Cases [1] pending against the Debtor to final judgment; and it is further

ORDERED, that each of the Plaintiffs may seek collect this judgment from any available insurance proceeds; and it is further

ORDERED, that the bankruptcy proofs of claims of each of the Plaintiffs is hereby preserved; and it is further

---

[1] Any capitalized terms not otherwise defined herein shall have the same definition as set forth in the Motion.

1

      ORDERED, that the fourteen-day stay provided in Federal Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

Dated:  
Wilmington, Delaware                         _____  
                                                     The Honorable Laurie Selber Silverstein  
                                                     United States Bankruptcy Judgment