**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | : | |
| Debtors. | : | Case No 24-12480 (LSS) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 11, 2025 I caused the foregoing *Jonathan Oritz Munoz and Hannah Shalom Moody filed the attached Motion for Retroactive Relief from the Automatic Stay and, to the Extent Applicable, the Plan Injunction to Liquidate Claims in Pending State Court Civil Cases* to be served electronically through the Court's CM/ECF system upon the names below and all registered electronic filers appearing in this case, and via Electronic Mail on the parties in the service list attached hereto.

Dated: April 11, 2025

          **McElroy, Deutsch, Mulvaney & Carpenter, LLP**

          By: *Gaston Loomis, Esq.*
             Gaston Loomis, Esq.
             300 Delaware Ave., Suite 1014
             Wilmington, DE 19801
             Telephone: 302.300.4515
             gloomis@mdmc-law.com

          *Attorneys for Jonathan Oritz Munoz and Hannah Shalom Moody*

5439328.1

**William E. Arnault**
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Email: warnault@kirkland.com

**Shella Borovinskaya**
**Kristin L. McElroy**
**Allison S. Mielke**
**Edmon L. Morton**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Email: sborovinskaya@ycst.com
Email: KMcElroy@ycst.com
Email: amielke@ycst.com
Email: emorton@ycst.com

**Nicole L. Greenblatt**
**Derek I. Hunter**
**Maddison Levine**
**Brian Nakhaimousa**
**Joshua A. Sussberg**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Email: nicole.greenblatt@kirkland.com
Email: derek.hunter@kirkland.com
Email: Maddison.levine@krikland.com
Email: brian.nakhaimousa@kirkland.com
Email: jsussberg@kirkland.com

**Mark E. McKane, Esq.**
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email: mark.mckane@kirkland.com
*Counsel to Debtor*

**Timothy Jay Fox, Jr.**
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

3

Email: timothy.fox@usdoj.gov
*U.S. Trustee*

**Gregory V. Demo**
**Jeffrey M Dine**
**Robert J. Feinstein**
**Theodore S. Heckel**
**Alan J. Kornfeld**
**Beth E. Levine**
**Colin R. Robinson**
**Bradford J. Sandler**
**James W. Walker**
**Hayley R. Winograd**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Email: gdemo@pszjlaw.com
Email: jdine@pszjlaw.com
Email: rfeinstein@pszjlaw.com
Email: theckel@pszjlaw.com
Email: akornfeld@pszjlaw.com
Email: blevine@pszjlaw.com
Email: crobinson@pszjlaw.com
Email: bsandler@pszjlaw.com
Email: jwalker@pszjlaw.com
Email: hwinograd@pszjlaw.com

*Committee of Unsecured Creditors*

5439328.1