**Exhibit A**

**Third Supplemental OCP List**

**Ordinary Course Professionals Subject to $50,000 Cap**

| Ordinary Course Professional | Mailing Address | Services Provided | Company that Utilizes the Services |
|---|---|---|---|
| The Law Offices of M. Scott Kleiman, P.A. | 8461 Lake Worth Road, Suite 447, Lake Worth, Florida 33467 | Legal Services (General Liability Counsel) | American Freight |
| Carle Mackie Powers & Ross, LLP | 100 B Street, Suite 400, Santa Rosa, CA 95401 | Legal Services (Employment Matters in California) | Pet Supplies Plus |
| Ruda Hirschfield Paper & Hoffman LLP | 5555 Glenridge Connector, Suite 800, Atlanta, GA 30342 | Legal Services (General) | Buddy's |
| REA & Associates, Inc. | 419 W. High Ave., New Philadelphia, OH 44663 | Accounting and Tax Advisory | American Freight |
| Smalling and Buyrn, PA D/B/A Capital City Law | 106 North Avenue, Wake Forest, NC 27587 | Legal Services (Outside Corporate Counsel) | Buddy's |