## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |
|  | Re Docket No. 702 |

**SUPPLEMENTAL DECLARATION OF MICHAEL S. STAMER
IN SUPPORT OF THE APPLICATION OF DEBTORS FREEDOM VCM
INTERCO, INC. AND FREEDOM VCM, INC. FOR ENTRY OF AN ORDER
AUTHORIZING THE EMPLOYMENT AND RETENTION OF AKIN GUMP
STRAUSS HAUER & FELD LLP AS SPECIAL CO-COUNSEL ON BEHALF
OF AND AT THE SOLE DIRECTION OF THE INDEPENDENT DIRECTOR,
MICHAEL J. WARTELL, EFFECTIVE AS OF DECEMBER 9, 2024**

I, Michael S. Stamer, under penalty of perjury, declare as follows:

1.      I am an attorney admitted to practice in the state courts of New York and New

Jersey and the United States District Courts for the Eastern, Northern and Southern Districts of

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

New York and the District of New Jersey, and I have been admitted *pro hac vice* to the United

States Bankruptcy Court for the District of Delaware for the purposes of these Chapter 11 Cases.

I am a member of the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin").  Akin maintains

offices at, among other places, One Bryant Park, New York, New York 10036.  There are no

disciplinary proceedings pending against me.

2.      I am familiar with the matters set forth herein and make this supplemental

declaration (the "Supplemental Declaration") in support of the *Application of Debtors Freedom*

*VCM Interco, Inc. and Freedom VCM, Inc. for Entry of an Order Authorizing the Employment and*

*Retention of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the*

*Sole Direction of the Independent Director, Michael J. Wartell, Effective as of December 9, 2024*

[Docket No. 702] (the "Application").[2]

3.      Except as otherwise noted, all facts in this Supplemental Declaration are based on

my personal knowledge of the matters set forth herein, information gathered from my review of

relevant documents or information supplied to me by Akin.

4.      On January 9, 2025, the Independent Director filed the Application, together with,

among other things, the *Declaration of Michael S. Stamer in Support of the Application of Debtors*

*Freedom VCM Interco, Inc. and Freedom VCM, Inc. for Entry of an Order Authorizing the*

*Employment and Retention of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on*

*Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, Effective as*

*of December 9, 2024* (the "Initial Declaration"), which is attached to the Application as Exhibit B

and is incorporated herein by reference.

---

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

5.     This Supplemental Declaration is being filed in accordance with my Initial Declaration, in which I stated that, to the extent that any new relevant facts, relationships or information is discovered or arises during the period of Akin's retention, Akin will use reasonable efforts to file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

6.     On March 4, 2025, the Debtors filed an application seeking to retain Kirkland & Ellis LLP and Kirkland & Ellis International LLP ("Kirkland"), as substitute bankruptcy counsel to the Debtors [Docket No. 1053].  In connection therewith, Kirkland identified the names of potential parties in interest in these Chapter 11 Cases, which included some names not initially identified by the Debtors' previously proposed bankruptcy counsel.

7.     In reviewing the names of these potential parties in interest, Akin identified the names of those additional potential parties in interest that were not included on **Schedule 1** to the Initial Declaration.  The names of these additional parties in interest, as well as the names of certain other potential parties in interest previously searched or newly identified, are set forth on **Schedule 1** attached hereto (the "Additional Searched Parties").[3]

8.     In preparing this Supplemental Declaration, Akin submitted the names of the Additional Searched Parties to its Conflicts Database and conducted a review of the Additional Searched Parties in accordance with the procedures described in the Initial Declaration.

9.     Set forth on **Schedule 2**, attached hereto, is a listing of the Additional Searched Parties from **Schedule 1** that Akin either (a) currently represents (or represents a related party thereto) (the "Current Clients") in matters wholly unrelated to these Chapter 11 Cases or (b) has,

---

[3]     Akin's inclusion of parties on **Schedule 1** (and the categorization thereof) is solely to illustrate Akin's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party has a claim or legal relationship to the Debtors of the nature described in any of the schedules.

in the past three calendar years, represented (or represented a related party thereto) in matters wholly unrelated to these Chapter 11 Cases (the "<u>Former Clients</u>").[4]

10.    Set forth on **<u>Schedule 3</u>**, attached hereto, is a listing of those Additional Searched Parties that currently serve or have, in the past three calendar years, served on informal and/or official creditors' committees (or represent a related party thereto) represented by Akin in chapter 11 cases (other than these Chapter 11 Cases).

11.    As set forth in paragraph 17 of the Initial Declaration, at the inception of each engagement for which a declaration is required pursuant to Bankruptcy Rule 2014, Akin reviews the information relating to the parties involved in a bankruptcy case to determine whether any such party, together with its known related entities, were clients of Akin and made payments to Akin for services rendered in the calendar year prior to the date of review that in the aggregate for each such party exceeds 1% of Akin's total revenues (the "<u>1% Clients</u>") for such prior calendar year.

12.    With respect to the Additional Searched Parties, Akin previously represented the Official Committee of Unsecured Creditors appointed in the chapter 11 case of SVB Financial Group (the "<u>SVB Creditors' Committee</u>" and, such chapter 11 cases, the "<u>SVB Chapter 11 Cases</u>").  The chapter 11 plan in the SVB Chapter 11 Cases went effective in November 2024. One or more members of the SVB Creditors' Committee and/or their affiliates are parties in

---

[4]    For purposes of the disclosures set forth herein, Akin has searched for connections with clients with whom time has been posted in the last three calendar years.  "Current Clients" are those clients (or related parties thereof) in which the Conflicts Database shows that one or more timekeepers have posted time to such client matters in the last 12 months and are not listed in the Conflicts Database as "closed" matters.  "Former Clients" are those clients in which the Conflict Database shows that Akin has previously represented such clients (or related parties thereof) within the last three calendar years and (i) no time has been posted to such client matters in the last 12 months or (ii) such client matters are otherwise listed as "closed" within the Conflicts Database.  To the extent that a client (or related party thereof) is both a Current Client and a Former Client on separate matters, such client is only listed once on **<u>Schedule 2</u>** as a Current Client.  Notwithstanding the foregoing, whether an actual client relationship exists can only be determined by reference to the documents governing Akin's representation rather than its listing in the Conflicts Database.  As such, for purposes of the disclosures set forth herein, some of the disclosures set forth herein and on **<u>Schedule 2</u>** may be overinclusive.

interest in these Chapter 11 Cases.  Akin represented the SVB Creditors' Committee in matters unrelated to these Chapter 11 Cases.  The total fees received from the SVB Creditors' Committee represented more than 1% of Akin's 2024 revenue.

13.     Based on the conflicts searches conducted to date and described in the Initial Declaration and herein, to the best of my knowledge and insofar as I have been able to ascertain, Akin is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as required by Bankruptcy Code section 327(a), does not hold or represent an interest adverse to the Independent Director or the Debtors' estates and has no connection to the Debtors, their creditors or other parties in interest, except as disclosed in the Initial Declaration and herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 15, 2025

/s/ *Michael S. Stamer*
Name: Michael S. Stamer

**Schedule 1**

**Schedule of Additional Searched Parties**

**Banks**

| | |
|---|---|
| American Savings Bank | Key Bank |
| Arvest Bank | M&T Bank |
| Axos Bank | PNC Bank |
| Bank of America, N.A. | Prosperity Bank |
| Centennial Bank | Regions Financial Corporation |
| CIBC Bank USA | Simmons Bank |
| Citizens Bank, N.A. | Southern Bank |
| Equity Bank | TD Bank |
| Fifth Third Bank | Truist Bank |
| First Bank of Clewiston | US Bank |
| First Commonwealth Bank | Wells Fargo Bank, N.A. |
| First Financial Bank | |

**Lenders & Agents**

| | |
|---|---|
| AmFin Financial Corp. | KAFRG Investors II, L.P. |
| BMO Bank, N.A. | Kayne Solutions Fund, L.P. |
| Citizens Bank, N.A. | PIF Onshore XVII LP |
| D3V XI LLC | RSF XVIII LLC |
| IFRG Investors II, L.P. | Whitefort Capital Management LP |
| IFRG Investors III, L.P. | |

**Payroll & Benefits Providers**

| | |
|---|---|
| Ameritas Life Insurance Co | Paycom |
| Anthem Blue Cross and Blue Shield | Quest Diagnostics |
| Concur | Reliance Standard Life Insurance Company |
| CorVel | Securian Life Insurance Company |
| Delta Dental | Stealth Partner Group LLC |
| Empyrean Benefit Solutions, Inc. | Teamster Local Union No. 43 |
| ExpenseWire LLC | UKG Inc |
| GCG Financials, LLC | UMR Inc |
| Globalization Partners | Virgin Plus-Personify |
| Johns Hopkins HealthCare Solutions | WEX Health, Inc. |
| Kaiser Hawaii | Working Advantage |
| OptumRx | |

**Insurance Providers & Brokers**

| | |
|---|---|
| Ace Property and Casualty Insurance Co. | American Guarantee & Liability Insurance Co. |
| Alera Group, Inc. | |
| Allianz Global Risks US Insurance Co. | American International Group, AIG) |
| Allied World Assurance Co. Ltd. | Amwins Brokerage of the Midwest LLC |
| | At-Bay Specialty Insurance Co. |

AXA Insurance Company
Axis Insurance Company
Berkshire Hathaway Specialty Insurance
Chubb Group of Insurance Companies
Cincinnati Insurance Companies
CNA
Continental Insurance Co.
The Endurance American Insurance Co.
Evanston Insurance Co.
Everest Reinsurance Co.
First Insurance Funding, a Division of Lake
    Forest Bank & Trust Company, N.A.
GCG Risk Management Consultants LLC
Great American Assurance Company
Hartford Fire Insurance Company
Ironshore Specialty Insurance Co.
Lancashire Insurance Co, UK) Limited
Landmark American Insurance Co.
Lexington Insurance Co.

Liberty Insurance Underwriters Inc
Lloyd's of London Ltd.
Markel American Insurance Co.
Mitsui Sumotomo Insurance Co of America
National Union Fire Insurance Co. of
    Pittsburgh
Navigators Insurance Co.
RT Specialty of Illinois, LLC
RT Specialty, LLC
Scottsdale Insurance Company
Scottsdale Surplus Lines Insurance
Starr Surplus Lines Insurance Co.
Steadfast Insurance Co.
Travelers Excess and Surplus Lines Co.
Westchester Fire Insurance Co.
Westchester Surplus Lines Insurance Co.
Wright National Flood Insurance Services
Zurich American Insurance Co. of IL

**Landlords & Lessors**

100 Brentwood Associates L.P.
1000 Boston Turnpike LLC
1050 Sunrise LLC
1170 Northern Boulevard LLC
1250 Niagara Falls Boulevard Tonawanda
    LLC
12550 LLC
1313 Apalachee Parkway, LLC
1499 Rome Hilliard LLC
1515 Lititz Partners, LLC
1522 14th Street LLC
1584 Flatbush Avenue Partners, LLC
175 Memorial Ave., LLC
1800 Rosecrans Partners LLC
1803 Rockville Pike LLC
195 Harbison, LLC
2013 Massey Blvd LLC
211 Wallkill Realty LLC
2130 Pleasant Hill Rd
2229 2nd Street North-Millville, LLC
2397 S. Stemmons LLC
244 East 86th Street LLC
250 Three Springs, LP
27386 Carronade, LLC
280 Metro Limited Partnership
30 Worcester Road LLC
300 West 23rd Street Retail LLC
327 EH LLC
335 MMR Development, LLC

3644 Long Beach Road LLC
383 Army Trail LLC
3841 Kirkland Highway, LLC
385 Fifth Avenue LLC
385 S Colorado Blvd LLC
400 Success LLC
400-688 N. Alafaya Trail, LLC
401 Federal Investments, LLC
4015 Veterans, LLC
415 State Route 18 LLC
434 Southbridge LLC
4405 Milestrip HD Lessee LLC
470 French Road L.L.C.
4701 Cooper Street Arlington, LLC
4801 Hulen LLC
4968 Transit Road LLC
5055 Monroe Street, LLC
5501 LR LLC
5510-5520 Broadway LLC
5592 Santa Teresa Blvd., LLC
570 Associates III, LLC
570 DAB 29, LLC
5702 Johnston, LLC
5J's Vegas Rainbow LLC
601 Plaza, LLC
602 W 9th St, LLC
60617 Balboa Mesa, LLC
6310 West 95th LLC
66 Holyoke LLC

7708 W Bell Road LLC
78 Lawrence Street LLC
81-01 37th Avenue LLC
8246 Delaware, Inc.
8600 West Golf LLC
9-27 Natick LLC
94 LLC
95 Nyrpt, LLC
A & B Properties Hawaii, LLC, Series R
Aberdeen Marketplace, LLC
Aberfeldy Properties, Inc.
Abra Health, LLC
ACA-SC Limited Partnership
Access Commercial LLC
ACS Fort Smith Pavilion AR, LLC
Actagon Corporation
Advantage Construction Walton
AE Holdings III, LLC
AEI Accredited Investor Fund VI LLP
AEI National Income Property Fund VII LP
AEI National Income Property Fund VIII LP
AFI Greer LLC
AG Cameron Shops LLC
Airport Square NV, LLC
AJA Turnpike Properties
Ala Moana Anchor Acquisition, LLC
Alamo SPE JT LLC
Alamo SPE Muir LLC
Alamo SPE Poplin LLC
Alamo SPE RFM LLC
Alamo SPE Schulmann LLC
Alba Village Regency
Albany Management
Albert Hans, LLC
Aliso Medical Properties LLC
Alliance-March III LLC
Alpine Income Property OP, LP
Alturas Metro Towne Center LLC
AMA Generation Properties Rio LLC
American Plaza Group, LLC
Anchor Chattanooga, LLC
Angle Gully LLC
Apuat Management, LLC
ARC CPFAYNC001 LLC
ARC MCLVSNV001, LLC
ARC TSKCYMO001, LLC
Arcadia Hub Holdings I, LLC
Arden Plaza Associates, LLC
ARG LSSALMD001, LLC
Arlington Ridge Market Place, LLC
Arsenal Plaza Associates, LLC

Arvig LLC
Ashley Park Property Owner LLC
Aspen Rt 9 LLC
Aurora Corner LLC
Aveni-Chardon, Ltd.
AVR CPC Associates, LLC
Azzarello Family Partners LP
BH 3021-3203 South IH35 LLC
B33 Ashley Furniture Plaza II LLC
B33 Centennial Promenade III, LLC
B33 Metro Crossing II LLC
B33 Wrangleboro II LLC
B33 Yuma Palms III LLC
BADA CT LLC
Barbara Friedbauer
Barclay Square LLC
Bauer & O'Callaghan LLC
BC of St. Lucie West LLC
BC Retail LLC
BCDPF Radar Distribution Center LLC
BCP Investors, LLC
BDG Kendall 162 LLC
Belden Park JV LLC
Bell Tower 24, LLC
Bell Tower Associates
Berkshire Crossing Retail LLC
Best Buy Stores L.P.
Beta-Bremerton L.L.C.
Bierbrier South Shore Place Braintree LLC
Big Flats CEG I, LLC
Big Flats CEG III LLC
Big Flats Patricia Lane LLC
Big Flats TEA LLC
Big Flats TEI Equities LLC
Big Flats Westfield Commons LLC
Birdcage GRF2 LLC
BKXL Eastex Ltd.
Black Creek Diversified Property Operating
    Partnership LP
Blass Properties, Inc.
Blue Ash OH Center LLC
Blue Green Capital, LLC
Blue Mountain IPG Associates LP
BMA Springhurst LLC
Boardman Plaza Associates LLC
Bobson Portfolio Holdings LLC
Boca Park Marketplace LV, LLC
Bond Street Fund 11, LLC
Bond Street Fund 8, LLC
Boswell Avenue I, LLC
Boulevard Centre LLC

Bowman MTP Center LLC
Bradford Kleeman Properties, LLC
Bradford Vernon IV LLC
Bradley Boulevard Shopping Center
Brand Properties IV, LLC
BRE DDR IVA Southmont PA LLC
BRE Retail Residual Owner 1 LLC
BREIT Canarsie Owner LLC
Brian J. McLaughlin
Brick Management LLC
Brick Pioneer LLC
Brixmor Burlington Square LLC
Brixmor GA Arlington Heights LLC
Brixmor GA Lunenburg Crossing LLC
Brixmor GA Wilkes-Barre LP
Brixmor Roosevelt Mall Owner, LLC
Brixmor Sunshine Square LLC
Brixmor/IA Bennets Mills Plaza LLC
Brixmor/IA Clearwater Mall LLC
Brooksville Cortez, LLC
Brooksville Square Plaza, LLC
Bruce A. Goodman
Brunswick Center Associates, LLC
Brust Development Company, LLC
Bryn Mawr Plaza Associates
BTMI Ltd.
Buffalo-Pittsford Square Assoc. LLC
Builders, Inc.-Commercial Division
Bund Scenery USA, LLC
Burlington Development, LLC
Burlington U Mall Owner LLC
BVA Alamo SPE LLC
BVA Rim GP LLC
BVIF Westside 6275 LLC
BWI Westwood LLC
BZA Northtowne Center SPE, LLC
California Car Hikers Service
Camden Village LLC
Canton Aires Shopping Plaza, LLC
Canyon Springs Marketplace North
    Corporation
Capital 12520 LLC
Capital Enterprises, Inc.
Caplowe-Voloshin Realty, LLC
Carnegie Management and Development
    Corporation
Carp Outparcel, LLC
Causeway Square, LLC
CBB Venture LLC
CBL & Associates Management Inc.
CC&B Associates LLC

CCBF Associates, Greenville) LLC
CCP&FSG, LP
CD II, Properties LLC
CDA Enterprises LLC
CEA Beverly LLC
Cedar Equities LLC
Central Mall Port Arthur Realty Holding,
    LLC
Centerpointe Plaza Associates LP
Central Islip Holdings LLC
Central Park Avenue Associates, LLC
Central Park Retail, LLC
Central Rock, LLC
Centro Deptford LLC
CFH Realty III/Sunset Valley LP
CFJ Investments LLC
CFT NorthPointe LLC
Chadds Ford Investors LP
Chalet East Inc.
Chamisa Development Corp., Ltd.
Champaign Village 2 LLC
Chang Sook Hwang
Charles Bailey
Debra Bailey
Charles Kahn Jr.
Todd Vannett
The Frandson Family Trust
The LaKamp Family Trust
Charm Real Estate LLC
Charter Medway II LLC
Chase Decatur LLC
Cherry Hill Retail Partners LLC
Chicago Oakbrook Terrace LLC
Chili MZL LLC
Chrislinc Properties LLC
City Centre of Avon Retail LLC
CL Creekside Plaza South CA LP
Clark Commons LLC
Clermont AMA Group LLC
Clocktower Plaza LLC
Clovis-Herndon Center II LLC
CLPF, KSA Grocery Portfolio Woodbury
    LLC
CMS Property Solutions LLC
Coastal Equities Real Estate
Cobal Garage Inc.
Coconut Point Town Center LLC
Colliers International Management
Collin Creek Associates, LLC
Colonel Sun LLC
Colonial and Herndon LLC

Columbia- BBB Westchester
Columbia Crossing I LLC
Commerce LP #9005
Commerce LP #9602
Confluence Investments LLC
Conyers LLC
Copperwood Village LP
Core Acquisitions LLC
Core Park Center LLC
Coremark St. Cloud, LLC
Coronado Center LLC
Cortlandt Manor Equities LLC
Cosmonaut Holdings LLC
County Line Crossing Association LLC
CP Pembrok Pines LLC
CPEG Malta LLC
CPK Union LLC
CPRK-II Limited Partnership
CPT Settlers Market LLC
CPYR Shopping Center LLC
CR Mango, LLC
CR Oakland Plaza LLC
Cranberry Creek Plaza, LLC
Creekstone/Juban,LLC
Crescent 1000 LLC
Crescent Partners, LLC
Crest Properties, LLC
CRI New Albany Square, LLC
Cross Grand Plaza LLC
Crossroads-Holt Drive Associates, LLC
Crown 181 Broadway Holdings, LLC
CS Paramount Hooper LLC
CSHV 20/35 LLC
CSIM Snellville Operator LLC
CTO23 Rockwall LLC
CTO24 Carolina Pavilion
CTO24 Millenia LLC
Curry Cos.
CVSC Phase II Associates
Cypress Woods Associates LLC
Dakota Crossing One LLC
Dakota Crossing Two LLC
Davco Heights LLC
Davenport One, LLC and Davenport Two, LLC
Dawnbury Inc.
DDR Ohio Opportunity II LLC
Delray Place LLC
DEPG Stroud Associates II, LP
Derob Associates LLC
Desert Delite Citrus, LLC

Destiny Building LLC
DeVille Developments LLC
Diamond Center Realty LLC
Dicks Adventure LLC
Dierbergs 5LP
Dillon Center LLC
Dixie Pointe Shopping Center LLC
Douglasville Promenade LLC
Dov & P Holding Corp.
Downey Landing SPE, LLC
DRP Market Heights Property Owner LLC
DSM MB II LLC
DT Prado LLC
Duluth Retail 4 Guys, LLC
Eagle Matrix LLLP
East Broadway Tucson Co. LLC
East End Associates LLC
East Hampton NY Enterprises LLC
East West Commons Investors, LLC
Easton Market SC, LLC
Eastwing LLC
Eatontown Plaza LLC
Echo Solon, LLC
Eclipse Real Estate LLC
Edgewood Retail LLC
EGAP Crawfordsville I LLC
Egate-95, LLC
EGP Gainesville II LLC
Eighteen Associates LLC
EJT II LLC
Eldersburg Sustainable Redevelopment LLC
Emporium Shoppes LLC
Epps Bridge Centre Property Co. LLC
ERG Realty LLC
Euger Lin
Eustis Covenant Group LLC
EVJA & Associates, Columbia) LLC
EW Mansell LLC
Exchangeright Value-Add Portfolio 1 DST
Exter 1075 Cobb LLC
Faar Properties LLC
Fairview Realty Investors, Ltd.
Fairway Equity Partners LLC
Falcon Landing LLC
FBBT/US Properties LLC
FC Rancho LLC
FDI Management
Feasterville Realty Associates LP
Federal Realty Investment Trust
Federal Way Crossings Owner LLC
Felix Center On Kirby Ltd.

Festival of Hyannis LLC
Festival Properties, Inc.
Fifth & Alton, Edens) LLC
Fifty144 Oak View Partners LLC
First Amendment & Restatement of the
    Massimo Musa Revokable Trust
First National Property Management
Fishkill Plaza Partners LP
FLC + W LLC
Florida Investments 8 LLC
Florida Investments 9 LLC
FLW 101 LLC
FMK LLC
FOF II Alamance Property Owner LLC
Fogelman Investment Co.
Foothills Shopping Center LLC
Ford Road Ventures LLC
Fordham Retail Associates LLC
Fort Steuben Mall Holdings LLC
Fountain Property LLC
Fowler Investment Co. LLC
Funhouse Plaza LLC
FW Il Riverside/Rivers Edge LLC
FWI 2 LLC
FWI 23 LLC
G & I IX Empire Williamsville Place LLC
G&I X CenterPoint LLC
G&T Investments LLC
Gaithersburg Commons LLC
Gaitway Plaza LLC
Gallup & Whalen Santa Maria
Garden City Leasehold Properties LLC
Gaslight Alley, LLC
Gates Inc.
GC Baybrook, LP
Geiger JB Property, LLC
Geneva Commons Shoppes LLC
George Harriss Properties, LLC
George N. Snelling
George Street LLC
Georgetown Square Properties
GFS Realty LLC
GG Garfield Commons 2012 LP
GGCAL Edgewater, LLC
GGPA State College 1998, LP
Gigliotti Holdings LP
Giuffre Property Management
GKT Shoppes at Legacy Park, LLC
Glassboro Properties LLC
Gleneagles Plaza, Plano TX, LLC
GLL Selection II Florida LP

GM Properties
Gold Star Properties
Golden Triangle Shopping Center
Goldsboro Retail Center, LLC
Gosula Realty Ltd.
Governor's Square Co. IB
GP Marketplace 1750 LLC
GP Wisconsin LLC
Graco Real Estate Development Inc.
Grand Avenue Associates LLC
Grand Canyon Center LP
Grand Rapids Retail LLC
Great Hills Retail Inc.
Greenridge Shops Inc.
Greenspot Largo LLC
Greenville Ave. Retail LP
Greenwood Plaza Corp.
Greenwood Vineyards LLC
GRH Holdings LLC
GRI Brookside Shops LLC
Grove City Plaza LP
GSR Realty LLC
Gurnee LM Properties LLC
Gustine BV Associates Ltd.
H.S.W. Associates Inc.
Haines City Mall LLC
Hamc College Center LLC
Hankins-Kenny Ventures LLC
Hanley LM Properties LLC
Harmon Meadow Suites LLC
Harmony Shopping Plaza LLC
Harry & Ruth Ornest Trust
Hart Miracle Marketplace
Hartel Properties LLC
Harvey-Given Co.
Hawkins Point Partners, LLC
Hazel Dell & 78th Associates LLC
Hclare LLC
Healy Family Trust
Helen Rubin
Herdor LLC
Heritage Seymour I LLC
Hickory Plaza Shopping Center Inc.
Highbridge Development BR LLC
Highland Commons-Boone LLC
Highlands 501, C), 25) Inc.
Hilo Power Partners LLC
HK Southpoint LLC
HM Hillcroft Westheimer Ltd.
Hogan Real Estate
Holmdel Commons LLC

Horizon Jajo LLC
Huber Management Corp.
Hunter's Lake
J.M. Cox, Jr.
Tracy Fleenor
John Speropulos
Hylan Ross LLC
Iacono Family LP
IH 35 Loop 340 TIC
III Hugs LLC
IL Galesburg Veterans, LLC
Independence Town Center LLC
Indian Creek Commons LLC
Indvestia Darien LLC
Indy-C-Kal Inc.
Innovation Center, LLC
Inserra Supermarkets Inc.
InSite Naperville LLC
InSite Parma, LLC
Ireit North Myrtle Beach Coastal North LLC
ISO Venner Plaza Holdings, LLC
Istar LLC
Ivt Renaissance Center Durham I LP
Iyc Family LLC
J&M Owners NY LLC
J.M. Baker Properties LLC
Jack W. Eichelberger Trust
Jahco Stonebriar LLC
Jamaica-88th Ave., LLC
James D. Crawford Trustee
James H. Batmasian
JBL Humblewood Center LLC
JDR Woodlock Fesival LLC
Jefferson Shrewsbury LP
Jeffrey R. Anderson Real Estate Inc.
Jemal's Daily Vitamin LLC
Jensen Beach Equities LLC
JFR Texas Properties LLC
JH Berry & Gilbert Inc.
Jim Burke Automotive Group
JJ's Champaign Inv LLC
JKE Property LLC
Jlix Milford Crossing Master Tenant LLC
JMP Marlboro Retail Unit 2 LLC
Joseph Plaza LLC
Joseph Urbana Investments LLC
Joule Gilroy Crossing Owner LLC
JP Associates LLC
Juan Celis
Jubilee Limited Partnership
Jubilee-Coolsprings LLC

JWT LLC
Kancov Investment LP
Katy Freeway Properties LLC
Kendall Village Associates Ltd.
Kercheval Owner LLC
Kerrville Dodado Partners LLC
Kim Investment Partners IV LLC
Kimco Brownsville LP
Kimco Webster Square LLC
Kimzay of Florida Inc.
Kinaia Family LLC
King City Improvements LLC
Kings Highway Realty Corp.
Kingsville Retail Group LP
KIR Brandon 011 LLC
KIR Smoketown Station LP
KIR Torrance LP
Kishan Enterprises LLC
KK-BTC LLC
Kloss Organization LLC
KNM Lee Properties LLC
Koppe Management & Investment Co. Inc.
KP Macon LLC
Kraus Anderson
KRCX Del Monte Plaza 1314 LLC
KRCX Price REIT LLC
KRG Avondale McDowell LLC
KRG Brandenton Centre Point LLC
KRG Cedar Hill Pleasant Run LLC
KRG Houston Sawyer Heights LLC
KRG King's Grant LLC
KRG Pelham Manor LLC
KRG Pipeline Pointe LP
KRG Portfolio LLC
KRG Sunland LP
KRT Property Holdings LLC
KSL Realty North Providence LLC
L&D Partnership LLC
LP Corporation
La Gioia Two LLC
Laguna Gateway Phase 2 LP
Lahaina Gateway Property Owner LP
Lakeland Crossing LLC
Landmark Properties
Lane Investments
Lansing Square LLC
Larkspur Real Estate Partnership I
Larrimore Family Partnership LLC
Layton Partners LLC
LBI Georgia Properties LLC
LC Real Estate LLC

LCU Candlers Station Holdings LLC
Lee Harrison LP
Lemmon Avenue Retail LP
Lennox Station Exchange LLC
Leparulo Family Trust
LGM Equities LLC
Lincoln Grace Investments LLC
Linear Retail #9 LLC
Linear Retail Waltham #1 LLC
Lizben Enterprises LLC
LMR II, Palm Pointe LLC
Local Sandy IL LLC
Local Westgate LLC
London Development Ltd.
Louis Treiger Trustee
Lower Nazareth Commons LP
LPN Properties LLC
Lsref6 Legacy LLC
Lustig Realty Corp.
M & S Investment Group LLC
M&J Wilkow Properties LLC
M&N Laurel Property LLC
Macerich Lakewood LP
MACK 8927 LLC
Mad River Development LLC
Magnolia Enterprises, LLC
Malloy Properties Partnership No. 2
Margand Enterprises LLC
Mark Leevan Glendale LLC
Market Place at Darien LLC
Marta Management Inc.
Maxim Chambers II LLC
Mayrich III LLC
Maywood Mart Tei Equities
Mbabjb Holdings FLP
MBB Gateway Associates
McCord Business Center
MD2 Algonquin LLC
Meadowbrook Shopping Center Associates
    LLC
Mears Oak Investors LLC
Mel Indiana LLC
Meridian Place LLC
Meshanticut Properties Inc.
MFB Glenville LLC
Mid-Atlantic-Lynchburg LLC
Middle Neck Road Associates LLC
Midway Market Square Elyria LLC
MJF/Highland RE Holding Co. LLC
MK Kapolei Common LLC
MK Kona Commons LLC

Mkpac LLC
MLM Chino Property LLC
ML-MJW Port Chester Sc Owner LLC
MLO Great South Bay LLC
MMG Plantation CP LLC
MMG Plantation Square LLC
Monroe Triple Net LLC
Mont Belvieu Properties LLC
Montgomery Eastchase LLC
Montgomery Trading LLC
Moore Properties Capital Blvd LLC
Mori Burlington LLC
Mosaic Reisterstown Road Owner LLC
Mount Pleasant Investments LLC
Mountain Laurel Plaza Associates
MRV Dickson City LLC
Msg94, II LLC
Mundelein 83 LLC
Mundy Street Square LP
Musca Properties LLC
N & P Realty Associates LLC
N & R Pastor LLC
Nadg/SG Riverdale Village LP
NAI Horizon
Namdar Realty Group
Needham Chestnut Realty LLC
Nella NT, LLC
Net Leased Management LLC
New Creek II LLC
New Creek LLC
New Plan Florida Holdings LLC
New Plan of Arlington Heights LLC
New Plan Property Holding Co.
New Westgate Mall LLC
Newington Corner LLC
Newport Property LLC
Niagara Falls 778 LLC
Nicklaus of Florida Inc.
Nine & Mack Enterprises LLC
NL Chobee Center, LLC
NMC Melrose Park LLC
Noble Creek Partners LLC
Norcor-Cadwell Associates LLC
North Attleboro Marketplace III LLC
North Point Village Two LLC
North San Gabriel LLC
North Sky LLC
Northcliff I-480 LLC
Northglenn Plaza LLC
Northridge Crossing LP
Northtowne Associates

8

NPC 2015, LLC
NRF, Pennock LLC
O.J.B. Investment Group LC
O.J.B./AJRE JV LC
Oak Lawn Joint Venture I LLC
Oak Park Associates Inc.
Ocala SC Co. Ltd.
Oceanside Associates LLC
Odenton Shopping Center LP
Oglethorpe Associates LLLP
OGR Tanglewood LLC
Oil Capital Commercial Real Estate
    Services
Old Brandon First Colonial Associates LLC
Oldacre Mcdonald
Old Orchard LLC
Oleinik Property Holding Co. LLC
One Continental Avenue Corp.
Only Epic Holdings
Opex Cre Management LLC
Orchard Hill Park, LLC
Orchard Parktk Owner LLC
Orda Corp.
ORF IX Freedom Plaza LLC
Outer Drive 39 Development Co. LLC
Oxford Crossing LLC
P&S Axelrod LLC
Pacific National Group LLC
Pacific/DSLA No. 2
Pacific/Youngman-Woodland Hills
Pad4 Pad6 VV LLC
Paint Creek South LLC
Palm Beach Outlets I LLC
Palm Coast Landing Owner LLC
Palm Springs Mile Associates Ltd.
Papou Varvavas Anastasia Realty Trust
Paragon Realty Group
Paramount Crossroads at Pasadena LLC
Park Boulevard Shopping Center Ltd.
Parker Place Group LLC
Pasadena Hastings Center
Pasan Trust
PBC Seguin, LLC
Pc San Ysidro Pb, LLC, Pc International Pb,
    LLC, and Pc Iagio Pb, LLC
Pccp/Ldc Pearl Kai LLC
Pdq Israel Family Northtowne LLC
Peabody Center LLC
Peach Eldridge LLC
Pearl Street Retail TIC
Peiling Jiang

Peoria Rental Properties LLC
Peters Development LLC
Pettinaro Management LLC
PHD @ Western LLC
Phoenicia Development LLC
Phoenixville Town Center LP
Pinckdenny LLC
Pittsburgh Penn Place LLC
PJS Holdings LLC
PK I LA Verne Town Center LP
PL Dulles LLC
Platzer Family Limited Partnership
Plaza 15 Realty LLC
Plaza at Northwood LLC
Plaza K Shopping Center LLC
Plaza North Investors LLC
Plaza on Manhattan Associates LLC
Plaza Realty of Puerto Rico Inc.
Plaza West Shopping Center LLC
Pleasant Valley Shopping Center Ltd.
Pmat Orland LLC
Pocono Retail Associates, LLC
Point-LCI LLC
Points East LLC
Portage Commons LLC
Portage Crossing, LLC
Portland Fixture LP
Poughkeepsie Plaza LLC
Powell-Five Corners Associates LLC
Powell-Maple Valley LLC
PP Gaston Mall LLC
Pref Pasadena Collection LLC
Presidio Towne Crossing LP
Prime 86 Holdings LLC
Prologis LP
Providence Holdings LLC
PSP Investments LLC
PZ Southern LP
Quaker Malls LLC
Quantum Equity One LLC
Queen Bee Properties LLC
R&R Real Properties Inc.
R Orlando Altamonte LLC
R&S Building Ventures LLC
R.K. West Roxbury LLC
Rahi LLC
Rainier Triangle II LLC
Rajdc NC Properties LLC
Ralph Horowitz
Ramsey Holdings LLC
Rancho Dos Hermanos LLC

RAR2, Wicker Park Commons LLC
RB Seminole LLC
RCA Novak LLC
RD Branch Associates LP
RE Plus SP LLC
Redbarry LLC
Redlands Joint Venture LLC
Regency Centers Corp.
Rego Park II Borrower LLC
REI Asheville Rentas LLC
Reliance Elm Holdings LLC
Reynolda Manor, LLC
Riceland Owner LLC
Richard McIntosh
Riley Holdings, Ltd.
Ritchie Interchange LLC
River Oaks El Mercado LLC
River Oaks Properties
Riverchase CC LP
Riverdale Center North LLC
Riverdale Square LLC
Rivers Edge RBG LLC
RJ Two Notch LLC
Rjfp LLC
RJS Marine Inc.
RJSJ LLC
RK Black Rock II LLC
Rlgvs Partners LLC
Roanoke Venture II LLC
Roger E Herst
Romney Petroleum Inc.
Rookwood Exchange Operating LLC
Roosevelt Galleria LLC
Rosebud VS Boca One LLC
Rosedale Commons LP
Roseville Village LLC
Roslyn Farm Corp.
Rowen Burlington OpCo LLC
Rreef America Reit II Corp.
RRR Ohio LLC
S and V LLC
S&S Singh Partners
Sab Investments LLC
Saber Riverhead 58 LLC
Samiee, Maudie
Samiee, Parviz
Samson Development Co. LP
Samson Management LLC
Sang Rim Hwang
Santa Rita Grf2 LLC
Santikos Legacy LLC

Sauer Properties Inc.
Saugus Hillside Realty
SCC Nassau Park Pavilion NJ LLC
Schoolcraft Commons Unit 9 LLC
Schwinge Village Plaza LLC
Sdbucks LLC
Sea Island-Staples Ltd.
Sea Mist I LLC
Seafield Capital Partners II LLC
SED Development LLC
SEI Buckhead Square One LLC
Sembler Family Land Trust
Set Point Properties
Setter Partners LLC
Seymore Rubin
SGH & Associates
Shelby Boulevard Fiftynine LLC
Shelbyville Road Plaza LLC
Sher Lane LLC
Sheridan Center LLC
Sherwin-Williams Company
Shillington Partners LLC
Shirazee LLC
Shoppes at Bedford 15 A LLC
Shoppes at Tower Place LLC
Shops at St. Johns LLC
Shore Creek, LLC
Shrewsbury Commons LP
Siblings Enterprises Ltd.
Siegen Lane Properties LLC
Siena II Holdings LP
Silverman Properties LP
SIPOC Associates Tic
SJN Holdings LLC
SJSS Powell LLC
SKJ Eldridge Square LLC
Sky Boynton Holdings LLC
Sky Cortland LLC
SL Yorkhouse Commons LLC
SLJ Realty LLC
SLN Bellgrade LLC
Smart Growth-Spartanburg LLC
Smith Land & Improvement Corp.
Somerset Shoppes Fla LLC
South Merrick Road Corp.
South Park Mall Realty LLC
South Plainfield Properties LP
South Shore Mall Realty LLC
Southpark Retail LLC
SP East LLP
Sparrow Ridge Properties LLC

Spartan Square LP
Spring Mall Square LLC
Spring Ridge LP
Springdale Pointe LLC
Springinvest LLC
SPS Properties LP
SRK Lady Lake 21 SPE LLC
SRK Painesville Associates LLC
SS Tulsa Center LLC
SSC Associates LP
SSK Investments, Inc.
SSS Eldridge Marketplace LLC
SSS Eldridge Square Investors LLC
SSS Eldridge Town Center LLC
Stafford Park Commercial II LLC
Stag Avondale
Stag Industrial Holdings LLC
Stanley J. Kozicki
Starjack Investments LLC
Staten Island Richmond Avenue LLC
Stephen and Anne NT LLC
Stevenson Investors LLC
StoneBridge Construction
Stony Brook Realty LLC
Store Master Funding IV LLC
Store Property Marble LLC
Sugarland Plaza Inc.
Sugarloaf Mills LP
Sun Life Assurance Co. of Canada
Sunflowermetro LLC
Sunset Collection LLC
Sunset Plaza, LLC
Sunshine Lake Shore Associates LLC
SUP II Red Top Plaza LLC
Surprise TC II Holdings LLC
Surveying & Mapping LLC
Suso 1 Summit Ridge LP
Svap II Park North LLC
SVF Riva Annapolis LLC
Swamp Land Acquisitions LLC
Swanblossom Investment LP
SWG-Reynoldsburg LLC
SY Waldorf Investments LC
Synergy Center Ltd.
T Palmdale Mkt CA LLC
T Pittston Pa Crossings LLC
T Voorhees AMC NJ LLC
T Voorhees Ber NJ LLC
T Voorhees Gpl NJ LLC
Tabib Kashi Partnership
Tara Acworth Holdings LLC

Tarantino Properties Inc
TC 3125 Lake Eastbrook LLC
TC 630 N Telegraph
Tcb-Elston LC
Tcb-Stonebrook LLC
TCP Realty Services LLC
Telvita LLC
Temk Investments- Visalia 1 LLC
Ten Thousand Olde U.S. 20 LLC
The Atlantic Building LLC
The Commons at Willowbrook Inc.
The Crossings at Hobart I LLC
The Fountains at Farah LP
The Irex 4 LLC
The Philipose Group of Connecticut LLC
The Pines Center LLC
The Quarry Center LP
The Rosemyr Corp.
The Shoppes at Eastlake LLC
The Shoppes at North Brunswick LLC
The Shoppes at Raceway LLC
The Shoppes LP
The Shubert Organization Inc.
The Taxman Corporation
The Triple M Partnership 2 LLC
The Vienna Shopping Center LP
The Whalen Corp.
THF Clarksburg Development Two LLC
Thrift-Cascade Investment LLC
Tia Holdings Ety LLC
Tia Holdings Mill Run LLC
Tiffin Ave 2023 LLC
Timber Springfield Properties LLC
Times Plaza Development LP
Timlin Properties LLC
TKG Management Inc
TKG Paxton Towne Center Development
LP
TL3 ISB LLC
TMK II LP
TMO Lincolnwood AM LLC
Tolson Investments LLC
Toma Investments LLC
Tower NT LLC
Traver Village LP
Treeco/Elwood LP
Tride Holdings LLC
Trimark FWC Owner LLC
Trindle Run LLC
Trinity Properties LLC
Triple Bar Kendig Square LLC

TRM Venture Real Estate LLC
Truse Plaza LLC
Truss Greenwood IN LLC
TSO Winchester Station LP
TT Mt. Airy LLC
Turkey Creek Holdings LLC
Turnersville Landing LP
Tuscany Town Center Management LLC
Tuskatella LLC
TVS & Associates, Charleston) LLC
Two Nuts LP
Tyler Broadway/Centennial LP
Tyrone Enterprises LLC
UE Gateway Center LLC
UE Tonnelle Commons LLC
Union Consumer Improvements LLC
Universal Park
Urban Edge Properties LP
USPG Portfolio Five LLC
VA C 12266 Jefferson LLC
VA FT 12266 Jefferson LLC
VA T 12266 Jefferson LLC
VAA Improvements LLC
Valley Properties Inc.
Valley Stream Green Acres
Vann Drive Partners
Vbnet Investments I LLC
VEI Manager LLC
Ventura Gateway LLC
Ventura Petit LLC
La Cienga Shopping Center Development
    LLC
Vereit Real Estate LP
Vero Beach Grand Oaks 2 LLC
Vero Beach Investment Beach Group III
Vestal Shops LLC
VF9 Matt2 LLC
Victory Real Estate Investments LLC
Victory Village LLC
Village at the Mall Holdings LLC
Virginia Center Virginia Associates LLC
W/S Asset Management Inc.
Walpert Properties Eternia LLC
Walt Whitman Road LLC
Waop LLC
Warwick Devco LP

Watchung UE LLC
Watumall Properties Corp.
Wayne Towne Enterprises Ltd.
WBR 27810 Chagrin II LLC
WBS Management and Acquisition Corp.
WCS Properties Business Trust
WDG Dallas LLC
JSE Dallas LLC
Webster Bank
Wegmans Food Markets Inc.
Weingarten Northcross JV
Welling Realty LLC
Wells Property Five LLC
WestBay Plaza LLC
Western Skies Management Inc.
Westgate Marketplace Developers LLC
Wetmore Plaza Shops LLC
Wheatland Family Trust
Wheaton Plaza Regional Shopping Center
    LLC
Whitestone REIT
Widewaters Country Squire Co. LLC
WIG Properties LLC
William J. Swanson
Wilmann Cos.
Wilshire Yale Enterprises
Wilson Amcap II LLC
Windsong Indianapolis LLC
Winston I & II LLC
Wiregrass HoldCo LLC
Wishire Plaza LP
WKA Fairfax LLC
WLM-CB LLC
Wood Fayette Center LLC
Woodcrest Capital LLC
World Class Property Co. LLC
WPG Wolf Ranch LLC
WRB 27810 Chagrin III LLC
WRI Trautmann LP
WSG Arundel One LLC
Wyndham Southlake Retail LLC
Yosemite Park Shopping Center 05 A LLC
ZEG Ventures LLC
Zephyr LLC
ZRP Fishers Crossing LLC

**Debtor & Creditor Restructuring Professionals & Ordinary Course Professionals**

BDO Seidman LLP
Clarus Partners

Cole Schotz PC
Covington & Burling LLP

DLA Piper LLP, US)
Dunn & Allsman LLC
EXL Service, Ireland) Ltd.
Frost Brown Todd LLP
Hilco Real Estate LLC
Honigman LLP
Hunton Andrews Kurth LLP
Jackson Lewis PC

Kirkland & Ellis LLP
Littler Mendelson PC
Reed Smith LLP
RSM US LLP
Sociedade Rebelo de Sousa & Advogados
    Associados, SP, RL
Stout Risius Ross, LLC

### **Taxing Authorities & Governmental and Regulatory Agencies**

Aberdeen City Finance Department, MD
Aiken County Assessor's Office, SC
AK Remote Seller Sales Tax Commission,
    AK
Alabama Cities, AL
Alabama Department of Revenue, AL
Alabama Local, AL
Alachua County Tax Collector, FL
Alachua County Property Appraiser, FL
Alamance County Tax Department, NC
Alameda County Assessor's Office, CA
Alaska Department of Revenue, AK
Albany County, NY
Albemarle County Assessor's Office, VA
Alief Independent School District, TX
Allen County Assessor's Office, IN
Allen County Treasurer; St Joseph
    Township, IN
Allen County Treasurer; Washington
    Township, IN
Anderson County Assessor's Office, SC
Annapolis Department of Finance, MD
Anne Arundel County Animal Control, MD
Anne Arundel County Department of
    Finance, MS
Arizona Department of Revenue, AZ
Arkansas Department of Finance &
    Administration, AR
Arlington County Tax Collector, VA
Arlington County Treasurer, VA
Arvada City Finance Department, CO
Ashland Assessor's Office, MA
Ashland Board of Assessors, MA
Athol Board of Assessors, MA
Auburn Assessor's Office, MA
Avalara, IL
Baltimore City Department of Finance, MD
Baltimore County Department of
    Assessments and Taxation, MD
Baltimore County, MD, MD

Bangor Assessor's Office, ME
Bay County Property Appraiser, FL
Baybrook Municipal Utility District #1, TX
Beauregard Parish Sheriff's Office Sales
    Tax Department, LA
Beckley, City of, WV
Bel Air Assessor's Office, MD
Bell County Appraisal District, TX
Benton County Assessor's Office, WA
Bernalillo County Assessor's Office, NM
Bexar County Appraisal District, TX
Bexar County Tax Assessor, TX
Bibb County Tax Assessor's Office, GA
Billerica Town Assessors Office, MA
Boone County Fiscal Court, KY
Boone County Property Appraiser, KY
Boone County Property Valuation
    Administrator, KY
Borough of Edgewood, PA
Borough of Fair Lawn, NJ
Borough of Fairlawn Health Dept, NJ
Borough of Glassboro, NJ
Boston City Assessing Department, MA
Braintree Assessor's Office, MA
Brazoria County Appraisal District, TX
Brevard County Property Appraiser, FL
Brevard County Tax Collector, FL
Brighton Finance Department, CO
Brockton Board of Assessors, MA
Broomfield Finance Department, CO
Broward County Property Appraiser, FL
Buncombe County Tax Department, NC
Bureau of Fire Safety, Jackson Township,
    OH
Burlington Assessor's Office, MA
Burlington Finance Department, NC
Burnet Central Appraisal District, TX
CA Dept of Tax and Fee Administration,
    CA
Cabarrus County Tax Administration, NC

Caddo Shreveport Sales & Use Tax
Commission, LA
Calcasieu Parish Assessor's Office, LA
Calcasieu Parish Sales and Use Tax Dept,
LA
California State Board of Equalization, CA
CalRecycle, Department of Resources
Recycling and Recovery), CA
Cameron County Appraisal District, TX
Carbondale Finance Department, CO
Carroll County Bureau of Assessment, MD
Carroll County Department of Assessment
and Taxation, MD
Carrollton-Farmers Independent School
District, TX
Castle Pines City Clerk/Finance
Department, CO
Castle Rock Finance Department, CO
Catawba County Tax Office, NC
Central Finance Department, CO
Charles County Property Appraiser, MD
Charleston County Assessor's Office, SC
Charlotte County Property Appraiser, FL
Chatham County Tax Assessor's Office, GA
Chesapeake City Assessor's Office, VA
Chesterfield County, VA
Chesterfield County Assessor's Office, VA
Chesterfield Township Assessing
Department, MI
Chesterfield Treasurer's Office, VA
Citrus County Tax Collector, FL
City of Acworth Tax Assessor's Office, GA
City of Alexandria Tax Assessor's Office,
VA
City of Ann Arbor, MI
City of Ann Arbor Assessing Division, MI
City of Arlington, TX
City of Aspen Finance Department, CO
City of Auburn, ME
City of Aurora's Finance Department, CO
City of Austin, TX
City of Baton Rouge, Parish of East Baton
Rouge Dept of Finance-Revenue
Division, LA
City of Beckley, WV
City of Boston, MA
City of Boulder Finance Department, CO
City of Brighton's Finance Department, CO
City of Brockton, MA
City of Buffalo -Office of Licenses, NY
City of Burlington, NC

City of Canton, OH
City of Centennial, CO
City of Centennial Finance Department, CO
City of Chicago, IL
City of Chicago, Dept of Finance, IL
City of Clarksburg, WV
City of Colorado Springs, CO
City of Columbus, OH
City of Columbus Treasurer, OH
City of Cranston, RI
City of Cranston Tax Collector, RI
City of Des Plaines, IL
City of Fairfax Tax Assessor's Office, VA
City of Fairlawn Finance Dept, OH
City of Florence, KY
City of Florence Property Appraiser, KY
City of Fort Wayne, IN
City of Grosse Pointe, MI
City of Haverhill, MA
City of Hermitage, PA
City of Indianapolis, IN
City of Lawrence, MA
City of Leominster Tax Assessor's Office,
MA
City of Livonia, MI
City of Lorain, Alarm, CA
City of Lyndhurst, OH
City of Medford, MA
City of Memphis Tax Assessor's Office, TN
City of Mobile, AL
City of New Orleans, LA
City of New York, NY
City of Omaha, NE
City of Pittsfield, MA
City of Portage, MI
City of Pueblo, CO
City of Quincy, MA, MA
City of Quincy-Wgts & Measures, MA
City of Rochester, NH
City of Salem Treasurer's Office, VA
San Antonio, City of, TX)
City of Savannah Tax Assessor's Office, GA
City of Seguin, TX
City of South Bend, IN
City of South Lyon Assessing Department,
MI
City of St. Clair Shores, MI
City of Stow, OH
City of Toledo, GA
City of Vienna, WV
City of Waltham, MA

City of Waltham Health Dept, MA
City of Waukegan, IL
City of Weirton, WV
City of Westerville, OH
City of Westminster, MD
City of Willowick, OH
City of Winchester Commissioner of the
    Revenue, VA
City of Wooster, OH
City Treasurer Columbus, OH
Clark County Assessor's Office, NV
Clay County Property Appraiser, FL
Clayton County Tax Assessor's Office, GA
Clear Creek Independent School District,
    TX
Clerk of Circuit Court, MD
Clerk of Circuit Court of Montgomery
    County, MD
Clerk of Courts, CA
Clerk of The City Court, MD
Cobb County Tax Assessor's Office, GA
Collier County Property Appraiser, FL
Collier County Tax Collector, FL
Collin County Appraisal District, TX
Colonial Heights Assessor's Office, VA
Colorado Department of Revenue, CO
Colorado Springs Finance Department, CO
Columbia County Tax Collector, FL
Commerce City Finance Department, CO
Commonwealth of Kentucky Secretary of
    State, KY
Commonwealth of Massachusetts, MA
Commonwealth of Pennsylvania, PA
Comptroller of Maryland, SUT, MD
Connecticut Department of Revenue
    Services, CT
Contra Costa County Assessor's Office, CA
Cortez Finance Department, CO
County of Bucks, Weights & Measures, PA
County of Nassau, NY
County of Nassau, Consumer Affairs, NY
County of Northampton, PA
County of Onondaga, NY
County of Sacramento, CA
County of Schenectady, NY
Coweta County Tax Assessor's Office, GA
Craig Finance Department, CO
Cranston Tax Assessor's Office, RI
Crested Butte Finance Department, CO
CSC, IL, IL
Cumberland County, PA

Cumberland County Tax Administration,
    NC
Cumberland Trail Fire District, OH
Cuyahoga County Board of Health, OH
Cypress-Fairbanks Independent School
    District, TX
Dacono Finance Department, CO
Dallas Central Appraisal District, TX
Dallas County Tax Office, TX
Davidson County Property Assessor, TN
DeKalb County Tax Assessor's Office, GA
Delaware Division of Revenue, DE
Delta Finance Department, CO
Delaware Division of Revenue, DE
Denton Central Appraisal District, TX
Denton County Appraisal District, TX
Denver County Assessor's Office, CO
Denver Department of Finance, CO
Department of Agriculture, NY
Department of the Treasury, UT
Department of the Treasury Internal
    Revenue Service
Douglas County Assessor's Office, NE
Dowdell Public Utility District, TX
Durango Finance Department, CO
Durham County Tax Administration, NC
Duval County Property Appraiser, FL
East Baton Rouge Parish Assessor's Office,
    LA
E-Collect, PA
El Paso Central Appraisal District, TX
Enfield Assessor's Office, CT
Englewood Finance Department, CO
Erie County Bureau of Weights &
    Measures, NY
Erie County Comptrollers, NY
Erie County D O E S, OH
Escambia County Property Appraiser, FL
Evans Finance Department, CO
Everett Assessor's Office, MA
Fairfax County Tax Assessor's Office, VA
Fairfield Assessor's Office, CT
Fairhaven Board of Assessors, MA
Fairhaven Police Department, MA
Farmington Tax Collector, CT
Fayette County Property Appraiser, KY
Fishers Police Department, IN
Flagler County Property Appraiser, FL
Florence County Tax Assessors Office, SC
Florida Department of Revenue, FL
Florida Dept of Financial Services, FL

Florida Dept. of Agriculture & Cons. Svc, FL
Forsyth County Tax Administration, NC
Forsyth County Tax Assessor's Office, GA
Fort Collins Finance Department, CO
Fort Wayne Violations Bureau, IN
Framingham Assessor's Office, MA
Franklin Municipal Tax Collector, MA
Fredericksburg City Assessor's Office, VA
Frenchtown Township Assessor's Office, MI
Fresno County Assessor's Office, CA
Frisco Finance Department, CO
Fulton County Tax Assessor's Office, GA
Gaston County Tax Office, NC
Georgia Department of Revenue, GA
Glendale Finance Department, CO
Glenwood Springs Finance Department, CO
Golden Finance Department, CO
Goose Creek Consolidated Independent School District, TX
Government of the District of Columbia, DC
Grand Junction Finance Department, CO
Grapevine-Colleyville Independent School District, TX
Greeley Finance Department, CO
Greene County Assessor's Office, MO
Greenfield Assessor's Office, WI
Greenville County Tax Office, SC
Greenwood Village Finance Department, CO
Grosse Pointe City Assessor's Office, MI
Guadalupe County Tax Office, TX
Guilford County Tax Department, NC
Gunnison Finance Department, CO
Gwinnett County Tax Assessor's Office, GA
Gypsum Finance Department, CO
Hab Inc. Business Tax Privilege
Hall County Tax Assessor's Office, GA
Hall County Tax Assessor's Office, GA
Hamilton County Assessor's Office, IN
Hanover County Commissioner of the Revenue, VA
Harford County Department of Budget & Finance, MD
Harris County Appraisal District, TX
Harrison County Assessor's Office, WV
Haverhill Office of the Assessor, MA
Hawaii Department of Taxation, HI
Hawaii State Tax Collector, HI
Hays County Tax Assessor-Collector's Office, TX

Hendricks County Assessor's Office, IN
Hendry County Tax Collector, FL
Henrico County Assessor's Office, VA
Henry County Tax Assessor's Office, GA
Hermitage Police Department, PA
Hernando County Property Appraiser, FL
Hernando County Tax Collector, FL
Hidalgo County Appraisal District, TX
Hillsborough County Property Appraiser, FL
Hillsborough County Tax Collector, FL
Hinds County Tax Assessor, MS
Holyoke Assessor's Office, MA
Horry County Assessor's Office, SC
Houston County Tax Assessor's Office, GA
Howard County Property Tax Assessment Office, MD
Humble Independent School District, TX
Idaho State Tax Commission, ID
Illinois Department of Revenue, IL
Illinois Dept of Agriculture, IL
Imperial County Assessor's Office, CA
Indian River Co Tax Collector, FL
Indian River County Property Appraiser, FL
Indiana Department of Revenue, IN
Internal Revenue Service
Iowa Department of Agriculture, IA
Iowa Department of Revenue, IA
Iredell Tax Collector Division, NC
Jackson Bureau of Fire Safety Fire District #3, NJ
Jackson County Assessor, Personal Property, IN
Jackson County Assessor's Office, OR
James City County Commissioner of the Revenue, VA
Jefferson County Appraisal District, TX
Jefferson Parish Assessor's Office, LA
Jefferson Parish Sheriff's Office Bureau of Revenue and Taxation Sales Tax Division, LA
Joe G Tedder Polk County Tax Collector, FL
Johnson County Assessor's Office, IN
Kansas Department of Revenue, KS
Kenton County Animal Shelter, KY
Kenton County Fiscal Court, KY
Kenton County Sheriff's Office, KY
Kentucky Department of Fish and Wildlife, KY
Kentucky Revenue Cabinet, KY

Kentucky State Treasurer, KY
Kern County Assessor's Office, CA
Kerr County Appraisal District, TX
Kerr County Tax Office, TX
King County Assessor's Office, WA
Kitsap County Assessor's Office, WA
Knox County Property Assessor, TN
La Junta Finance Department, CO
Lafayette Finance Department, CO
Lafayette Parish Assessor's Office, LA
Lafayette Parish School SystemSales Tax Division, LA
Lake County Assessor's Office, IN
Lakewood Finance Department, CO
Lancaster County Assessor's Office, NE
Lane County Assessor's Office, OR
Laredo City Assessor's Office, TX
Larkspur Finance Department, CO
Laurel Assessor's Office, NJ
Lawrence Assessor's Office, MA
Lee County Property Appraiser, FL
Leominster Assessor's Office, MA
Leon County Property Appraiser, FL
Lexington County Assessor's Office, SC
Littleton Finance Department, CO
Livingston Parish Public School System, LA
Livonia Assessing Division, MI
Lone Tree Finance Department, CO
Longmont Finance Department, CO
Los Angeles County Assessor's Office, CA
Loudoun County Assessor's Office, VA
Louisiana Department of Revenue Sales Tax Return, LA
Louisville Finance Department, CO
Loveland Finance Department, CO
Lunenburg Board of Assessors, MA
Lynchburg City Assessor's Office, VA
Madison Assessor's Office, WI
Madison County Assessor's Office, TN
Maine Revenue Services, ME
Manatee County Property Appraiser, FL
Manheim Township, PA
Manheim Township Police Department, PA
Manheim Township Police Dept., PA
Maricopa County Assessor's Office, AZ
Marin County Assessor's Office, CA
Marion County Assessor's Office, IN
Marion County Tax Collector, FL
Marion County Treasurer, IN
Marlborough Assessor's Office, MA
Martin County Property Appraiser, FL

Martin County Tax Collector, FL
Maryland State Department of Assessments and Taxation, MD
Massachusetts Department of Revenue, MA
McAllen Assessor's Office, TX
McLennan County Appraisal District, TX
Mecklenburg County Assessor's Office, NC
Medford Board of Assessors, MA
Medway Municipal Tax Collector, MA
Melissa T. de la Garza, Kleburg County Tax Assessor, TX
Meridian Township Assessing Department, MI
Mesquite Tax Assessor's Office, TX
Miami-Dade County Property Appraiser, FL
Michelle Matus, Tax Assessor, TX
Michigan Department of Treasury, Taxes, MI
Middletown Township, PA
Midland Central Appraisal District, TX
Milford Assessor's Office, CT
Milford Board of Assessors, MA
Millburn Board of Health, NJ
Minnesota Department of Revenue, MN
Mississippi Department of Revenue, MS
Mississippi Tax Commission, MS
Missouri Department of Revenue, MO
Mobile County Revenue Commission, AL
Monroe County, NY
Monroe Tax Office, NC
Montana Department of Revenue, MT
Monterey County Assessor's Office, CA
Montgomery County Appraisal District, TX
Montgomery County Assessor's Office, GA
Montgomery County Treasurer, KY
Montrose Finance Department, CO
Mount Pleasant Assessor's Office, WI
Mountain Village Finance Department, CO
Mt Crested Butte Finance Department, CO
Municipal Utility District #186, TX
Muscogee County Tax Assessor's Office, GA
Narragansett Tax Assessor's Office., RI
Nassau County Police Department, NY
Nassau County Treasurer, NY
Natick Board of Assessors, MA
Nebraska Department of Agriculture, NE
Nebraska Department of Revenue, NE
Nevada Department of Taxation, NV
New Hampshire Department of Agriculture, NH

New Hampshire Department of Revenue, Administration Unit, NH
New Hanover County Tax Department, NC
New Jersey, State of, Department of the Treasury
New Jersey Division of Taxation, NJ
New Mexico Taxation and Revenue Dept., NM
New York Department of Agriculture, NY
New York Department of Taxation & Finance, NY
Newington Revenue Collector, CT
Newport News Assessor's Office, VA
Newport News Department of Finance, VA
Newton Assessor's Office, MA
NJ DEP of Fish & Wildlife, NJ
NJ Division of Consumer Affairs Office of Weights & Measures, NJ
NJ Weights & Measures Fund, NJ
Norfolk City Assessor's Office, VA
North Carolina Department of Revenue, NC
North Carolina Dept of Agriculture & Consumer Services, NC
North Dakota State Tax Department, ND
North Dakota Tax Commissioner, ND
North Haven Tax Collector, CT
North Providence Assessor's Office, RI
North Providence Tax Assessor's Office, RI
North Reading Board of Assessors, MA
Northglenn Finance Department, CO
Norwalk Assessor's Office, CT
Nueces County Appraisal District, TX
NY Dept of Agriculture, NY
NYC Dept of Health & Mental Hygiene, NY
NYS Sales Tax Processing, NY
Oakland County Equalization Division, MI
Oconee County Tax Assessor's Office, GA
Office of Secretary of State of Delaware, DE
Office of the Maine State Treasurer, ME
Ohio Business Gateway, OH
Ohio Department of Taxation, OH
Okaloosa County Property Appraiser, FL
Okeechobee County Tax Collector, FL
Oklahoma County Assessor's Office, OK
Oklahoma Tax Commission, OK
Onondaga County Dept of Health, NY
Onslow County Tax Office, NC
Orange County Assessor's Office, CA
Orange County Tax Collector, FL
Oregon Department of Revenue, OR
Osceola County Property Appraiser, FL

Osceola County Tax Collector, FL
Oxford Board of Assessors, MA
Palm Beach County Property Appraiser, FL
Parker Finance Department, CO
Pasadena Independent School District, TX
Pasco County Property Appraiser, FL
Pasco County Tax Collector, FL
Pasquotank County Tax Collector, NC
Peabody Assessor's Office, MA
Pennsylvania Department of Agriculture, PA
Pennsylvania Department of Revenue, PA
Pennsylvania Dept of Agriculture, PA
Pennsylvania Dept of Revenue, PA
Philadelphia Tax Center, PA
Pickens County Assessor's Office, SC
Pierce County Assessor's Office, WA
Pima County Assessor's Office, AZ
Pinellas County Property Appraiser, FL
Pinellas County Tax Collector, FL
Pitt County Tax Assessor's Office, NC
Pittsfield Board of Assessors, MA
Placer County Assessor's Office, CA
Platte County Assessor's Office, MO
Polk County Property Appraiser, FL
Porter County Treasurer, IN
Prince George's County Office of Finance, MD
Prince William County Tax Assessor's Office, VA
Pueblo Finance Department, CO
Puerto Rico Department of Treasury, PR
Pulaski County Tax Assessor's Office, AR
Quincy Assessor's Office, MA
Raleigh County Assessor, WV
Raynham Tax Collector, MA
Rensselaer County Weights & Measures, NY
Rhode Island Department of Revenue, RI
RI Division of Taxation, RI
RI Mattress Recycling Council, VA
Richland County Assessor's Office, SC
Richmond County Tax Assessor's Office, GA
Ridgway Finance Department, CO
Rifle Finance Department, CO
Riverside County Assessor's Office, CA
Roanoke City Assessor's Office, VA
Rockdale County Tax Assessor's Office, GA
Rockland County, Commissioner of Finance, NY

Rockwall Central Appraisal District, TX
Rutherford County Assessor's Office, TN
Sacramento County Assessor's Office, CA
Saint Lucie County Property Appraiser, FL
Sales/Use Tax Processing, IA
Salisbury Assessor's Office, MA
San Bernardino County Assessor's Office, CA
San Diego County Assessor's Office, CA
San Francisco Assessor-Recorder's Office, CA
San Mateo County Assessor's Office, CA
Santa Barbara County Assessor's Office, CA
Santa Clara County Assessor's Office, CA
Santa Fe County Assessor's Office, NM
Sarasota County Property Appraiser, FL
Saugus Assessor's Office, MA
SC Coordinating Council for Economic Development, c/o South Carolina Department of Commerce, SC
SC Department of Revenue, SC
SD Department of Revenue, SD
Sebastian County Tax Assessor's Office, AR
Securities and Exchange Commission
Seminole County Property Appraiser, FL
Seminole County Tax Collector, FL
Shasta County Assessor's Office, CA
Shelby County Assessor's Office, TN
Sheridan Finance Department, CO
Shrewsbury Assessor's Office, MA
Silverthorne Finance Department, CO
Skagit County Assessor's Office, WA
Smith County Appraisal District, TX
Snohomish County Assessor's Office, WA
Snowmass Village Finance Department, CO
Solano County Assessor's Office, CA
South Carolina Department of Revenue, SC
South Dakota Department of Revenue, SD
South Portland Assessor's Office, ME
South Windsor Assessor's Office, CT
Spartanburg County Assessor's Office, SC
Spokane County Assessor's Office, WA
Springfield Township Fire Dept, OH
St Lucie County Tax Collector, FL
St. Charles County Assessor's Office, MO
St. Clair Shores Assessing Department, MI
St. Johns County Property Appraiser, FL
St. Joseph County Assessor's Office, IN
St. Joseph County Treasurer; Clay Township, IN
St. Louis County Assessor's Office, MO

St. Tammany Parish Assessor's Office, LA
Stamford Assessor's Office, CT
Stanislaus County Assessor's Office, CA
State of Alabama Unclaimed Property Division
State of Alaska Unclaimed Property Division
State of Arizona Unclaimed Property Division
State of Arkansas Unclaimed Property Division
State of California Unclaimed Property Division
State of Colorado Unclaimed Property Division
State of Connecticut Unclaimed Property Division
State of Delaware Unclaimed Property Division
State of Florida Unclaimed Property Bureau
State of Georgia Unclaimed Property Division
State of Hawaii Unclaimed Property Division
State of Idaho Unclaimed Property Program
State of Illinois Unclaimed Property Division
State Of Indiana Unclaimed Property Division
State of Iowa Unclaimed Property Division
State of Kansas Unclaimed Property Division
State of Kentucky Unclaimed Property Division
State of Louisiana Unclaimed Property Division
State of Maine Unclaimed Property Division
State of Maryland Unclaimed Property Unit
State of Massachusetts Unclaimed Property Division
State of Michigan
State of Michigan Unclaimed Property Division
State of Minnesota Unclaimed Property Program
State of Mississippi Unclaimed Property Division
State of Missouri Unclaimed Property Section
State of Montana Unclaimed Property Division

State of Nebraska Unclaimed Property Division
State of Nevada, Sales/Use
State of Nevada Unclaimed Property Division
State of New Hampshire
State of New Hampshire Unclaimed Property Division
State of New Jersey Division of Taxation, Pioneer Credit Recovery
State of New Jersey Unclaimed Property Division
State of New Mexico Unclaimed Property Division
State of New York First District Court of Nassau County
State of New York Unclaimed Property Division
State Of North Carolina Unclaimed Property Program
State of North Dakota Unclaimed Property Division
State of Ohio Unclaimed Property Division
State of Oklahoma Unclaimed Property Division
State of Oregon Unclaimed Property Division
State of Pennsylvania Unclaimed Property Division
State of Rhode Island
State of Rhode Island Unclaimed Property Division
State of South Carolina Unclaimed Property Program
State of South Dakota Unclaimed Property Division
State of Tennessee Unclaimed Property Division
State of Texas Unclaimed Property Division
State of Utah Unclaimed Property Division
State of Vermont Unclaimed Property Division
State of Virginia Unclaimed Property Division
State of Washington Unclaimed Property Section
State of West Virginia State Tax Department, Tax Account Administration Div
State of West Virginia Unclaimed Property Division

State of Wisconsin Unclaimed Property Unit
State of Wyoming Unclaimed Property Division
Steamboat Springs Finance Department, CO
Sterling Finance Department, CO
Suffolk County Dept Consumer, NY
Suffolk County Police Dept, NY
Summit County Public Health, OH
Sumter County Assessor's Office, SC
Tangipahoa Parish School SystemSales Tax Division, LA
Tarrant Appraisal District, TX
Tax Collector, Parish of St. Tammany, LA
Tax Collector, Brookfield, CT
Telluride Finance Department, CO
Tennessee Department of Revenue, TN
Texas Comptroller, TX
Texas Department of Agriculture, TX
Texas Department of Revenue, TX
Texas Dept of Agriculture, TX
Thornton Finance Department, CO
Thurston County Assessor's Office, WA
Timnath Finance Department, CO
Tippecanoe County Assessor's Office, IN
Town of Ashland, MA
Town of Avon Finance Department, CO
Town of Babylon, NY
Town of Bedford, VA
Town of Billerica, MA
Town of Boone, NC
Town of Breckenridge Finance Department, CO
Town of Chili, NY
Town of Fairhaven, MA
Town of Huntington, NY
Town of Narragansett, RI
Town of North Providence, RI
Town of Oxford, MA
Town of Smithtown, NY
Town of Stoneham, MA
Town of Vienna, Virginia, VA
Town of West Springfield, MA
Township of Berkeley, NJ
Township of Collier, PA
Township of Cumru, PA
Township of Pittston, PA
Travis Central Appraisal District, TX
Tulare County Assessor's Office, CA
Tulsa County Assessor's Office, OK
Tuscaloosa County Revenue Commission, AL

Union County Tax Office, NC
United Independent School District, TX
United States Treasury, GA
US Virgin Islands Unclaimed Property
 Division
Utah State Tax Commission, UT
Utah Department of Revenue, UT
Vail Finance Department, CO
Vanderburgh County Assessor's Office, IN
Ventura County Assessor's Office, CA
Vermont Department of Taxes, VT
Victoria County Tax Office, TX
Village of Arlington Heights, IL
Village of Deerfield, IL
Village of Elmwood Park, IL
Village of Gurnee, IL
Village of Libertyville, IL
Village of Lincolnwood, IL
Village of Merrionette Park, IL
Village of Morton Grove, IL
Village of Mount Pleasant, WI
Village of Mt. Pleasant, WI
Village of Mundelein, IL
Village of the Branch, NY
Virginia Beach Assessor's Office, VA
Virginia Department of Taxation, VA
Virginia Department of Revenue, VA
Volusia County Property Appraiser, FL
Volusia County Revenue Division, FL
Wake County Tax Administration
 Department, NC
Wallington Board of Health, NJ
Waltham Board of Assessors, MA
Warren Assessors Office, MI
Warren County Property Valuation
 Administrator, KY
Warren County Tax Assessor's Office, KY
Warwick Tax Assessor's Office, RI
Washington County Assessor's Office, TN

Washington DC Office of Tax and Revenue,
 DC
Washington State Department of Revenue,
 WA
Washoe County Assessor's Office, NV
Watauga County Tax Administration, NC
Water Control and Improvement District
 #145, TX
Wauwatosa Assessor's Office, WI
Wayne County Tax Department, NC
Webb County Appraisal District, TX
West Goshen Township, PA
West Park Municipal Utility District, TX
West Springfield Board of Assessors, MA
West Virginia Department of Agriculture,
 WV
West Virginia Department of Revenue, WV
Westminster MD 21157-5155, MD
Westminster City Assessor's Office, MD
Westminster Finance Department, CO
Westmoreland County Treasurer, PA
Westshore Regional Police Department, PA
Whatcom County Assessor's Office, WA
Wheat Ridge Finance Department, CO
Whitehall Township, PA
WI Department of Revenue, WI
Wicomico County Property Tax Office, MD
Williamson Central Appraisal District, TX
Williamson County Appraisal District, TX
Windsor Finance Department, CO
Winter Park Finance Department, CO
Wisconsin Department of Revenue, WI
Woburn Assessor's Office, MA
Wood County Sheriff, Treasurer Office, WV
Woodland Park Finance Department, CO
Wyoming Department of Revenue, WY
York County Assessor's Office, SC
Ypsilanti Township Assessing Department,
 MI
Yuma County Assessor's Office, AZ

### 2002 List Parties

Acar Leasing Ltd. d/b/a GM Financial
 Leasing
Ahuja Development LLC
Alisan Trust
Allen ISD
Austria Legal LLC
Ballard Spahr LLP
Barclay Damon LLP

Bayard PA
Benenson Capital Partners LLC
Benesch Friedlander Coplan & Aronoff LLP
Bernstein Litowitz Berger & Grossmann
 LLP
Blakeley LC
Block & Leviton LLP
Blue Yonder Inc.

Bowie Central Appraisal District
Brazoria County Municipal Utility District #34
Brazos, County of, TX
Brian T. FitzGerald
Bridge33 Capital LLC
Brookfield Properties Retail Inc.
Buchalter, A Professional Corporation
Burr & Forman LLP
Certilman Balin Adler & Hyman, LLP
City of Allen, TX
City of Carrollton, TX
City of El Paso
City of Frisco
City of McAllen
City of Montgomery
City of Sulphur Springs
City of Waco
City of Wylie
Clark Hill PLC
Cohen Pollock Merlin Turner PC
Comenity Capital Bank
Commons at Southpark LLC
Connolly Gallagher LLP
Cook, Vetter, Doerhoff & Landwehr PC
County of Imperial, Treasurer-Tax Collector, CA
Cowles & Thompson PC
Cozen O'Connor
Cross & Simon LLC
Dell Financial Services LLC
Dentons Sirote PC
Diajeff Trust
DLC Management Corp.
Duane Morris LLP
Ellis County, TX)
Esan LLC
Faegre Drinker Biddle & Reath LLP
GM Financial Leasing
Grayson County, TX
Greenberg Traurig LLP
Gregg County, TX
Harris County Attorney's Office, TX
Harris County Department of Education, TX
Harris County Flood Control District, TX
Harris County Hospital District
Harris County Port of Houston Authority, TX
Heritage Seymour II LLC
Hopkins County, TX
Integra Cre Inc.

Irving Independent School District
Kaplin Stewart Meloff Reiter & Stein, P.C.
Kaufman County, TX
Kelley Drye & Warren LLP
Kempner Properties LLC
Manatee County Tax Collector, FL
Kerrick Bachert PSC
Kessler Topac Meltzer & Check LLP
Klehr Harrison Harvey Branzburg LLP
Kurtzman Steady LLC
La Vega Independent School District
Law Office of Susan E. Kaufman
Lewisville Independent School District
Lichtefeld Properties LLC
Linebarger Goggan Blair & Sampson, LLP
Lowenstein Sandler LLP
McCarter & English LLP
McCreary, Veselka, Bragg & Allen PC
McKenna Storer
Meyers, Rodbell & Rosenbaum PA
Mirick, O'Connell, DeMallie & Lougee LLP
MJK Real Estate Holding Co. LLC
Monzack Mersky and Browder PA
Morgan, Lewis & Bockius LLP
Morris James LLP
Munsch Hardt Kopf & Harr PC
Hillsborough County Tax Collector, FL
National Realty & Development Corp.
Navarro County, TX
Northwest Independent School District
Offit Kurman PA
Oklahoma County Treasurer, OK
Oracle America Inc
Parker, County of, Appraisal District, TX
Pashman Stein Walder Hayden PC
Perdue, Brandon, Fielder, Collins & Mott LLP
Polsinelli PC
Potter County Tax Office, TX
Prosper Independent School District
Quarles & Brady LLP
Randall County Tax Office, TX
Raymond Leasing Corp.
S&D Law
Saul Ewing LLP
Segal McCambridge Singer & Mahoney
Sessions, Fishman & Nathan LLC
Shipman & Goodwin LLP
ShopCore Properties
Singer & Levick PC

Sirlin Lesser & Benson PC
Smith County, TX
Squire Patton Boggs, US LLP
Stark & Stark, P.C.
Stowsan LP
Streusand, Landon, Ozburn & Lemmon LLP
Sullivan Hazeltine Allinson LLC
Sulphur Springs Independent School District
Sun Brothers LLC
Swanson, Martin & Bell LLP
SWK Attorneys at Law
Tarrant County, TX
Tayman Lane Chaverri LLP
Tenenbaum & Saas PC
Texas Attorney General's Office
Texas Comptroller of Public Accounts
The ChildSmiles Group LLC

The Ehrlich Law Firm
The Magnozzi Law Firm PC
Thompson Hine LLP
Thompson O'Brien Kappler & Nasuti PC
Tolson & Wayment PLLC
Tom Green, County of, Appraisal District, TX
Town of Prosper, TX
Tydings & Rosenberg LLP
U.S. Government of the, Department of Justice, Attorney for the District of Delaware
Waco Independent School District
Weltman, Weinberg & Reis Co.
Wheeler Reit LP
Williamson County, TX
Wise County, TX

**Utility Providers**

1000 Boston Turnpike LLC
4100 Tomlynn Street TIC LLC
8X8 Inc.
ABCWUA -Albuquerque Bernalillo
AEP-Appalachian Power
AEP-Columbus Southern Power
AEP-Indiana Michigan Power
AEP-Ohio Power
Aes Indiana
Aes Ohio
Alabama Power Co.
Alabama Power-Birmingham
Albany Utilities, NY
Alliant Energy/Ipl
Altoona City Water Authority, PA
Ameren Illinois Co.
Ameren Missouri
American Electric Power/24002
American Electric Power/24418
American Water & Energy
Amerigas Inc.
Amerigas, 5686
Amigo Energy
Anne Arundel County Water & Wastewater Service, MD
APG&E
Appalachian Power Co.
Arizona Public Service Co.
Aqua Indiana, Inc.
Aqua New Jersey/70279
Aqua Ohio Inc

Aqua Pennsylvania/70279
Arizona Public Service Co
Arkansas Oklahoma Gas Corp.
Arlington Utilities, VA
Artesian Water Co. Inc.
AT&T, Orange
AT&T U-Verse
Atmos Energy Corp.
Atmos Energy/630872/740353
Auburn Water District, MA
Augusta Utilities Department, GA
Austell Natural Gas System, GA
Avista Utilities Inc.
AW Billing Service LLC
Bangor Gas Co. LLC
Bangor Water District, ME
Batesville Water Utilities, IN
Baybrook Municipal Utility District #1, TX
BCWSD
Beckley Sanitary Board, WV
Bellevue City Treasurer, WV
Bellevue Water Department, WV
Benton Public Utility District, WA
The Berkshire Gas Co.
BGE
Black Hills Energy Inc.
Bonita Springs Utilities Inc
Borough of Butler, NJ-Electric Dept.
Borough of Ephrata, PA
Borough of Fair Lawn, NJ-Water Dept.
Borough of Glassboro, NJ

Bowling Green Municipal Utilities, KY
BP Energy Retail Co. LLC
Braintree Electric Light Department, MA
Brick Township Municipal Utilities, NJ
BrightRidge
Brodhead Creek Regional Authority, PA
Brownsville Public Utilities Board, TX
Bryan Texas Utilities, TX
Buffalo Water District, NC
Builders Inc, Commercial Division
Burk Collins & Co. Inc
Burlington Municipal Waterworks, IA
Burlington Township Water & Sewer Utility, NJ
California Water Service Co.
California Water Service-Bakersfield
California Water Service-Salinas
California Water Service-San Mateo
California Water Service-Visalia
Camden County Municipal Utilities Authority, NJ
Canadian Valley Electric Cooperative Inc.
Canton City Utilities, OH
Cape Fear Public Utility Authority, NC
Cascade Natural Gas Corp.
Caseyville Township Water and Sewage System, IL
Clarksville Dept Of Electricity, TN
Cedar Hill, Utility Services
Centerpoint Energy Inc.
Central Georgia EMC, ELEC
Central Hookset Water Pre
Central Hudson Gas & Electric Co
Central Maine Power, CMP
Centurylink Communications LLC
Charles County Government, MD
Charleston Water System, SC
Charlotte County Utilities Department, FL
Charter Communications Inc.
Chattanooga Gas Co.
Chattanooga Gas Company/5408
Chesapeake Utilities Corp.
Chester Water Authority, PA
Chillicothe Utilities Department, OH
Cirro Energy Service Inc.
Citizens Energy Group
Citizens Energy Group/7056
Citrus Heights Water District, CA
City Finance Director
City of Aiken, SC
City of Allen Utility Department, SC

City of Alliance Water Utility, OH
City of Amarillo, TX
City of Annapolis, MD
City of Apopka, FL
City of Ardmore, OK
City of Atlanta, GA-Dept of Watershed Management
City of Auburn Hills Lockbox, MI
City of Austin, TX
City of Avon Utilities, OH
City of Bakersfield, CA
City of Bangor, ME
City of Bardstown, KY
City of Battle Creek
City of Baytown, TX
City of Beeville, TX
City of Bellmead, TX
City of Berwyn, IL
City of Bloomington, IL
City of Bloomington – 801214, IL
City of Boca Raton, FL
City of Boynton Beach, FL
City of Brea, CA
City of Bridgeport, WV
City of Brighton, MI
City of Brockton, MA
City of Broken Arrow, OK
City of Brooksville, FL
City of Bryant, AR
City of Buda, TX
City of Buford, GA
City of Burlington, WA
City of Burnsville, MN
City of Calumet City, IL
City of Casselberry, FL
City of Cerritos, CA
City of Chardon, OH
City of Charlotte, NC
City of Charlottesville, VA
City of Chattanooga TN
City of Chicago, Dept. of Water, IL
City of Clearwater, FL
City of Clermont, FL
City of Cleveland Division of Water, OH
City of Clewiston, FL
City of Cocoa Utilities, FL
City of Coeur D Alene, ID
City of Columbia, SC
City of Columbia Solid Waste Utility, MO
City of Columbia, MO
City of Columbia, SC, Water

City of Concord, NC
City of Coon Rapids, MN
City of Corona, CA
City of Corpus Christi TX
City of Countryside, IL
City of Cuyahoga Falls, OH
City of Dade City Utility Billing Dept., FL
City of Dallas TX
City of Dania Beach, FL
City of Danville, VA
City of Davenport, IA
City of Decatur, IL
City of Defiance, OH
City of Deland Utilities, FL
City of Delaware, OH
City of Delray Beach, FL
City of Denton, TX
City of Dover Utility, DE
City of Downey, CA
City of Dublin, OH
City of Duluth Comfort Systems, MN
City of East Point, GA
City of Elizabeth City, NC
City of Elyria, Elyria Public Utilities, OH
City of Eustis, FL
City of Everett Utilities, WA
City of Fall River, MA
City of Florence, KY
City of Florence, SC
City of Fort Lauderdale, FL
City of Fort Smith, AR
City of Fort Worth Water Dept, TX
City of Franklin, TN
City of Fredericksburg, VA
City of Galesburg, IL
City of Gastonia, NC
City of Geneva, IL
City of Georgetown, TX
City of Glendale, CA
City of Glendale, CA, Water & Power
City of Goldsboro, NC
City of Goodlettsville, TN
City of Haines City Utilities, FL
City of Henderson, KY
City of Hermitage, PA
City of Hialeah, FL-Dept of Water & Sewer
City of Hickory, NC
City of High Point, NC
City of Hillsboro, OR
City of Homestead, FL
City of Houston, TX, Water/Wastewater

City of Huber Heights, OH
City of Huntington Beach, CA
City of Independence, MO
City of Inverness Utility, IL
City of Irving, TX /152288/840898
City of Jacksonville, NC
City of Joplin, MO
City of Kennewick, WA
City of Kingsport, TN
City of Kingsville, TX
City of Lafayette, IN
City of Lake Charles Water Division, LA
City of Lake City Utility, MN
City of Lakewood, CA
City of Lawton, OK
City of Leominster, MA
City of Lima, Utilities, OH
City of Livonia, MI
City of Livonia Water & Sewer Division, MI
City of Long Beach, CA
City of Lorain, OH, Water
City of Lubbock Utilities, TX
City of Lynn Haven, FL
City of Lynnwood, WA
City of Marble Falls, TX
City of Marlborough, MA
City of McHenry, IL
City of Midland, TX
City of Milwaukee, WI
City of Modesto, CA
City of Monroe, MI
City of Monroe, NC
City of Morganton, NC
City of Morrow, GA
City of Mt. Vernon, IL
City of Nampa, ID
City of Naperville, IL
City of Niles, OH
City of Norman-Utilities, OK
City of North Miami Beach, FL
City of North Miami, FL
City of North Myrtle Beach, SC
City of North Tonawanda, NY
City of Northport, AL
City of Novi, MI
City of Ocala Utilities, FL
City of Ocala, FL
City of Oceanside, CA
City of Ocoee, FL
City of O'Fallon, MO
City of Oklahoma City, OK

City of Ontario Water & Sewer Dept, CA
City of Orange, CA
City of Osage Beach, MO
City of Palm Coast, FL
City of Palmetto, FL
City of Peabody, MA
City of Pearland Water Department, TX
City of Pensacola, FL
City of Philadelphia, Water Revenue, PA
City of Phoenix, AZ, 29100
City of Pinellas Park Utility, FL
City of Piqua Utilities, OH
City of Plant City, FL
City of Plantation, FL
City of Pompano Beach, FL
City of Port Arthur, TX
City of Port St Lucie, FL
City of Portage, IN
City of Puyallup – Utilities, WA
City of Raleigh, NC
City of Rancho Cucamonga, CA
City of Redding, CA/496081
City of Redlands, CA/6903
City of Redmond, WA
City of Redwood City/841201, CA
City of Renton, WA
City of Richmond, VA
City of Riviera Beach, FL
City of Rochester Hills Water & Sewer, MI
City of Rock Hill – Utilities, SC
City of Rock Hill, SC
City of Rockville, MD
City of Rocky Mount, NC
City of Rome, GA
City of Roseville, CA
City of Roseville, MI
City of Royal Oak, MI
City of Salem, VA
City of Salisbury, NC
City of Sanford, FL
City of Santa Monica, CA
City of Savannah, GA
City of Seattle/Seattle City Light, WA
City of Seattle/Seattle Public Utilities, WA
City of Sedalia, MO
City of Seguin, TX
City of Seymour, Seymour Municipal
    Sanitation Utility Office, IN
City of Shawnee, KS
City of Sherman, TX
City of Shreveport, LA

City of Siloam Springs, AR
City of Slidell, LA
City of Spokane, WA
City of St Joseph Utility, MI
City of St Peters, MO
City of St. Augustine, FL
City of St. Clair Shores, MI
City of St. Cloud, MN
City of St. Petersburg, FL
City of Steubenville, OH
City of Sumter, SC
City of Tacoma Public Utilities, WA
City of Tallahassee, FL
City of Tampa Utilities, FL
City of Taylor, MI, Water Dept
City of Terre Haute/Water & Sewage, IN
City of Thousand Oaks, CA
City of Titusville Utilities, FL
City of Toledo-Dept of Public Utilities, OH
City of Topeka, KS
City of Torrance Utilities, CA
City of Troy, MI
City of Tucson Utility Lockbox, AZ
City of Tucson, AZ
City of Tulsa Utilities, OK
City of Venice, FL
City of Victorville, CA, Water
City of Vienna, WV
City of Visalia, CA, Utility Billing
City of Waco Water Office, TX
City of Wadsworth, OH
City of Walker, MI
City of Warner Robins, GA
City of Warren, MI
City of Warrensburg Water & Sewage, MO
City of Weirton, WV
City of West Melbourne, FL
City of Westerville, OH
City of Westminster, CO
City of White Plains, NY
City of Wichita Falls, TX
City of Wilmington, DE
City of Winston-Salem, NC
City of Zephyrhills Utility, FL
City Treasurer Madison, WI
City Treasurer, Rochester, NY
San Diego, City, CA), Treasurer
City Utilities, Fort Wayne, IN
City Utilities of Springfield, MO
City Utilities -West Plains, MO
City Water Light & Power, Springfield, IL

Clackamas River Water
Clackamas Water Environment
Clark, County of, WA, Public Utilities
Clark, Township of, NJ
Clarksville Department of Electricity, TN
Clarksville Gas & Water Department, TN
Clay County Utility Authority, FL
Clay Electric Cooperative Inc./308
Clayton County Water Authority
Cleco Power LLC
Coachella Valley Water District
Cobb Electric Membership Corp.
Colorado Springs Utilities
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Gas of Ohio
Columbia Gas of Pennsylvania
Columbia Gas of Virginia
Columbus, City Treasurer
Columbus Water Works
Com ED
Comcast Cable
COMED
Con Edison
Connecticut Natural Gas Corp, CNG
Connexus Energy
Conserve LLC - 1530
Consolidated Electric Cooperative, Inc.
Constellation Newenergy Gas Div
Constellation Newenergy/4640
Consumers Energy Co.
Conway Corp.
Corporate Services Consultants LLC
Coserv
County Of Henrico, VA
Cox Communications Inc.
CPS Energy
Cranberry Township, PA
Crawfordsville Electric Light & Power
Crawfordsville Utilities
Clark Regional Wastewater District, WA
Connecticut Water Service Inc.
CWP/Arlington LLC
Daviess County Water District, KY
Dekalb County Finance, GA
Delmarva Power
Delmarva Power DE/MD/VA/17000/13609
Delta Charter Township, MI
Denver Water, CO
South Carolina, State of, Department of
   Public Utilities

Destin Water Users, Inc.
Direct Energy/643249/660749
Direct Energy/70220
Dixie Electric Cooperative Inc.
Dominion Energy Inc.
Dominion Energy North Carolina
Dominion Energy South Carolina
Dominion Energy VA&NC Power
Dominion Energy/27031
Dominion VA/NC Power/26543/26666
Dothan Utilities, AL
Douglasville-Douglas County, GA
Doylestown Township Municipal Authority,
   PA
DSSS
DTE Energy Co.
DTE Energy/630795/740786
Dublin San Ramon Services District, CA
Duke Energy Corp.
Duke Energy Carolinas
Duke Energy Florida
Duke Energy Indiana
Duke Energy Kentucky
Duke Energy Ohio
Duke Energy Progress
Duke Energy, 813 E Semoran
Duke Energy/1094
Duke Energy/1326/1327
Dupage, County of, IL, Public Works
Duquesne Light Co.
Duquesne Light Company
Easley Combined Utilities, SC
Eastern Propane & Oil
Eastlake Edison
ECUA, FL
Edge Utilities Ltd.
El Paso Electric
El Paso Water Utilities Inc.
Electric City Utilities
Elizabethtown Gas/6031
Elizabethtown Utilities
Elk River Public Utility District, TN
Elyria Cobblestone
Enbridge Gas Ohio
Enbridge Gas Ohio/26785
Entelegent Solutions Inc.
Entergy Arkansas
Entergy Gulf States LA, LLC/8103
Entergy Gulf States Louisiana
Entergy Louisiana Inc.
Entergy Mississippi Inc.

Entergy Texas Inc.
Electric Power Board
Erie County Sewer & Water, NY
Erie County Water Authority, NY
Erie Water Works
Eugene Water & Electric Board, OR
Evansville Water & Sewer Utility, IN
Evergy Inc.
Evergy KS MO Metro MO West
    219330/219703
Evergy Metro
Eversource
Eversource CT Electric
Eversource Energy 660753/56007
Eversource Energy/56002
Eversource Energy/56003
Eversource Energy/56004
Eversource Energy/56005
Eversource NH
Eversource Nstar
Eversource/55215
Fairport, Village of, Municipal Commission,
    NY
Fayetteville Public Works Commission, NC
FB SVF Riva Annapolis
First Utilities District of Knox County, TN
Fishers Sewer Utility, IN
Flint EMC
Flint Township, MI
Florence Water & Water & Sewage
    Department, NJ
Florida Public Utilities/825925
Fort Collins Utilities, CO
Fort Hill Natural Gas Authority, FL
Fort Pierce Utilities Authority, FL
Fort Wayne City Utilities, IN
Four Rivers Sanitation
Florida Power & Light Co.
FPL Northwest FL
Frankfort Plant Board
Frederick County Division of Utilities, MD
Freepoint Energy Solutions LLC
Fremont Water Office
Frenchtown Water
Frontier Utilities
Fusion Cloud Services LLC
Georgia Natural Gas Co.
Gainesville Regional Utilities
Gainsville Regional Utility
Gas South/530552
Greater Cincinnati Water Works

Georgia Natural Gas Services
Georgia Natural Gas/71245
Georgia Power
Geostar Communications
Gexa Energy
Giant Food Stores LLC
Golden State Water Co.
Grand Rapids City Treasurer, MI
Grand Strand Water & Sewage
Granite Telecommunications LLC
Greater Johnstown Water Authority
Green Mountain Power Corp.
Greenville Utilities Commission, NC
Greenville Water System
Greenwood Sanitation Dept/Indianapolis
Greer Commission of Public Works
Greystone Power Corp.
Greystone Power Corporation, ELEC)
GS Centennial LLC
Guardian Water & Power/011346
Hampton Roads Sanitation District
Hampton Roads Utility Billing
Hancock-Wood Electric Cooperative Inc.
Hanover County Public Utilities
Hardin County Water District #2
Harford County, MD/62070
Harris County WCID #110
Hawaiian Electric/29570
Hawaiian Electric/30260
Hawaiian Electric/310040
Helena Utility Board, AL
Helix Water District, CA
Hernando County Utilities, FL
Highland Water & Sewage & Water
    Authority, PA
Hixson Utility District, TN
Holmdel Township Sewer Department, NJ
Holyoke Gas & Electric Department, MA
Homeland Park Water & Water & Sewage,
    SC
Hope Gas Inc
Horn Lake Water Association Inc.
HRSD/HRUBS
Hudson Energy Services, LLC
Huntsville Utilities, AL
Idaho Power Co.
Illinois American Water Co.
Immokalee Water & Sewer, FL
Imperial Irrigation District, CA
Indian River, County of, FL, Utilities
Indiana American Water Co. Inc.

Indiana Michigan Power Co.
Intermountain Gas Co.
Intermountain Gas Co.
Iowa American Water Co.
Jackson Electric Membership Corp, GA
Jackson Energy Authority, TN
Jackson Township Municipal Utilities
    Authority, NJ
JEA, Jacksonville Electric
Jefferson City Utilities, MO
Jefferson County, AL
Jefferson County AL, Sewer Service Fund
Jefferson Parish, LA
Jersey Central Power & Light Co.
Joe Amato Ventures, LP
Jordan Tax Service Inc.
Jordan Tax Service/Township of Collier
Just Energy Group Inc.
JXN Water Inc.
Kansas Gas Service Co. Inc.
Kansas, City of, KC Water Services, MO
Kelly Township Municipal Authority, PA
Kentucky American Water Co. Inc.
Kerrville Public Utility Board, TX
Kissimmee Utility Authority, FL
Kootenai Electric Cooperative Inc.
KU, Kentucky Utilities Co.
KUB-Knoxville Utilities Board
Lafayette Utilities Systems, LA
Lake County Department of Public Works,
    IL
Lake County Dept. of Utilities, OH
Lakeland Electric, FL
Lakeland Electric/City of Lakeland, FL
Lakeview Light & Power Co., WA
Lancaster Utilities Collection Office, OH
Land O Lakes Recycling
Lansing Board of Water & Light, MI
Latrobe Municipal Authority, PA
Layton, City of, UT, Utilities
LCEC
Lees Summit Water Utility, MO
Lemoyne Borough, PA
Lenoir City Utilities Board, TN
Levittown, WD
Lexington-Fayette Urban County, KY
LG Realty Advisors Inc.
LG&E, Louisville Gas & Electric
Liberty Utilities
Liberty Utilities, NH
Liberty Utilities Georgia

Liberty Utilities Missouri
Liberty Utilities New York/75463
Liberty Utilities/219094
Lincoln Electric System, NE
Littleton Electric Light & Water Department,
    MA
Los Angeles Dept Of Water & Power,
    CA/30808
Louisville Gas & Electric
Louisville Water Co., KY
Louisville Water Co. RPPS
Loves Park Water Department, IL
Lower Bucks County, PA
Macon Water Authority, GA
Madison Gas & Electric Co.
Madison Gas and Electric, WI
Madison Suburban Utility District
Madison Water & Sewage
Mallory Valley Utility District
Manchester Township Sewer
Manchester Water Works
Mansfield Power And Gas
Marietta Power
Martin County Utilities
Maryland American Water Co.
Municipal Authority of Westmoreland
    County
McAllen Public Utilities
McAllen Public Utility
McCarty Co.
Memphis Light, Gas & Water Division
Menards Properties Division
Merrillville Conservancy District
MET-ED/3687
Metro St Louis Sewer District
Metro Water Services, TN
Metropolitan St. Louis Sewer District/437
Metropolitan Utilities District/2166/3600
Miami-Dade Water & Sewer Dept
Michigan Gas Utilities
MidAmerican Energy Co.
Middle Tennessee Electric
Milford Water Department
Minnesota Power
Mishawaka Utilities
Missouri American Water
MKPV1 LLC
Modesto Irrigation District
Mohawk Valley Water Authority
Mon Power
Monongahela Power

Monroe County Water Authority
Monroeville Municipal Authority
Montgomery County ENV SVCS
Montgomery County Environmental Services
Montgomery Water Works & Sanity Sewer
    Board
Moulton Niguel Water
Mount Laurel TWP Municipal Utilities
    Authority
Mount Pleasant Sewer Utility District No 1
Mount Pleasant Waterworks
Mountaineer Gas Co.
Mountaineer Gas/580211
Muncie Sanitary District
Municipal Services Commission
Nashua Waste Water System
Nashville Electric Service
National Fuel Gas Co.
National Fuel/371835
National Grid PLC
National Grid, 371396
National Grid, Brooklyn/371416
National Grid, New York/371376
National Grid, Pittsburgh/371338
National Grid, Pittsburgh/371382
National Grid/371396
Natural Resource Management LLC
NES, National Exemption
New Jersey American Water Co./371331
New Mexico Gas Co.
New Plaza Management Co
New River Light & Power Co./NC
Newnan Utilities, GA
Newport News Waterworks, VA
Nicor Gas/2020/0632/5407
NIPSCO
Nipsco, Northern Indiana Public Service Co.
NJNG
North Attleborough Electric Department,
    MA
North Bergen, City of, NJ), Municipal
    Utilities Authority
North Little Rock Electric, AR
North Shore Gas
Northampton Borough Municipal Authority,
    PA
Northeast Ohio Regional Sewer District
Northshore Utility District, WA
Northville Township Water/Sewer
    Department, PA
Northwestern Water & Sewer District, OH

Novec
Newberry Township of, PA), Municipal
    Authority
NV Energy North
NV Energy/30073 North Nevada
NV Energy/30150 South Nevada
NW Natural
NYC Water Board
NYSEG-New York State Electric & Gas
Oconee County Water Resources, GA
OG&E -Oklahoma Gas & Electric Service
Ohio Gas Co.
Okaloosa Gas District, FL
Okeechobee Utility Authority, FL
Oklahoma Natural Gas Co.
Omaha Public Power District, NE
Optimum Business Solutions
Orange & Rockland Utilities, O&R)
Orange County Utilities, CA
Orlando Utilities Commission, FL
Owensboro Municipal Utilities, KY
Pacific Gas & Electric
Pacific Power
Pacific Power-Rocky Mountain Power
Paducah Power Systems Co.
Paducah Water, KY
Palm Beach County Water Utilities
    Department, CA
Palmetto Of Richland County LLC
Parkersburg Utility Board, WV
Parr Reno Water Co., NV
Pasadena Water & Power, CA
Pasco County Utilities, FL
Passaic Valley Water Commission, NJ
Peabody Municipal Light Plant, MA
Peco/37629
Pedernales Electric Cooperative, Inc.
Penelec
Penelec/3687
Penn Power
Pennichuck Water Works, Inc.
Pennsylvania American Water Co.
Peoples Gas
Peoples Natural Gas
Peoples TWP
Peoples/644760
Pepco, Potomac Electric Power Company)
PG&E, CA
Philadelphia Gas Works, PA
Piedmont Natural Gas
Pierce County Sewer, WA

Pinellas County Utilities, FL
Pineville Electric & Telephone, NC, 249
Pittsfield Charter Township of, MI
PNM
Portage County Water Resources, OH
Portage Utilities, IN
Portland General Electric Co., PGE
The Potomac Edison Co.
The Potomac Edison Co., RPPS
PPL Electric Utilities Corp.
PPL Electric Utilities Corp., Allentown
PSE&G
Public Service Elec & Gas Co.
Public Service Co. of Oklahoma
Public Works Comm Fayetteville
Pueblo Water Resources Inc., CO
Puget Sound Energy Inc.
Racine Water Utility, WI
Rappahannock Electric Cooperative, VA
RCC Tanglewood Mall, LLC
Reading Municipal Light Department, MA
Realpage Utility Management Inc
Regional Water Authority
Reliable Recycling Services
Reliant Energy, TX
Reliant Energy/4932/650475
Republic Services Inc.
Rochester Gas & Electric
Rhode Island Energy
RingCentral Inc.
Riverside Public Utilities, CA
Roanoke Gas Co.
Rockdale Water Resources, GA
Rockland Electric Co., O&R
Rocky Mountain Power Inc.
Saginaw Charter Township, MI
Saginaw Township
Saint Paul Reg Water Service
Salem Property MGT
Sampson Development Co.
San Antonio Water System, TX
San Jose Water Co.
Sanitary Board of South Charleston, WV
Santee Cooper
Sarasota County Public Utilities, FL
Scana Energy/105046
SD 1
Selco
Selco, 9269
Semco Energy Gas Co.

Shelby Township Department of Public
    Works, MI
Shell Energy Solutions
Shenandoah Valley Electric Cooperative Inc.
Shrewsbury Village LP
Skagit Public Utility District, WA
SMECO, Southern Maryland Electric Coop
SMUD
Snohomish County Public Utility District,
    WA
Snyder Brothers Inc.
So Cal Gas
South Burlington Water Department, VT
South Central Power Co.
South Huntington Water District, NY
South Jersey Gas Co.
South Lyons Township Sanitary District, IL
South Stickney Sanitary District, IL
Southern California Gas, The Gas Co
Southern Connecticut Gas, SCG
Southwest Gas Corp.
Southwestern Electric Power Co.
Sparklight
Spartanburg Water System, SC
Speedway Water Works, IN
Spire Inc.
Spire/Alagasco
Spire/Charlotte
Spire/St Louis
SRP, Salt River Project/2951
St. Lucie West Services District, FL
Stark County Metropolitan Sewer, OH
Suburban Natural Gas Co.
Suffolk County Water Authority, NY
Summit Natural Gas of Missouri Inc.
Summit Township Water Authority, PA
Summit Utilities Arkansas Inc.
Summit Utilities Oklahoma Inc.
Superior Plus Propane/981045
Taunton Muni Lighting Plant, TMLP, 870
TECO: Peoples Gas
Tennessee-American Water Co
Texarkana Water Utilities, TX
Texas Gas Service
The City of Victoria Utility Billing Office,
    TX
The Energy Cooperative
The Illuminating Co.
The Metropolitan District, CT
The United Illuminating Co.
The Water Works & Sewage Board

The York Water Company
Think Utility Services Inc.
Tilden Township Sewer, PA
Tilden Township Water System, PA
Toho Water Authority, FL, 30527
Toledo Edison
Town of Allegany, NY
Town of Anmoore, WV
Town of Athol, MA
Town of Bedford, NH
Town of Billerica, MA
Town of Boone, NC
Town of Cary, NC
Town of Fuquay-Varina, NC
Town of Gilbert
Town of Jupiter, FL
Town of Lexington, SC
Town of Mooresville, IN
Town of Mooresville, NC/602113
Town of Mount Airy W&S Fund
Town of Salem, NH
Town of Saugus, MA
Town of Ulster, NY
Town of Vestal, NY, Utility Fund
Town of Wake Forest, NC
Town of Wallkill, NY
Township of East Hanover, NJ
Township of Falls Authority, PA
Township of Freehold, NJ
Township of Spring, PA
Treasurer Chesterfield County
Treasurer Spotsylvania County
Tri-County Electric Cooperative, TX
Tririver Water
Trumbull County Water & Sewer
    Department, OH
Trussville Gas & Water, OH
TVWD/CWS
TXU Energy Retail Co. LP/650638
UBS-Utility Billing Services
UGI Energy Services LLC
UGI Utilities Inc.
The United Illuminating Co.
United Utility Services LLC
Unitil Massachusetts Electric & Gas
    Operations
Unitil Maine Gas Operations
Unitil New Hampshire Electric Operations
Unitil New Hampshire Gas Operations
University Realty Associates LLC
Utility Billing Services, AR

Utility Payment Processing
Utility Payment Processing/BR Water
Veolia Water Delaware
Veolia Water Idaho
Veolia Water New Jersey
Veolia Water New York Inc.
Veolia Water Pennsylvania
Veolia Water Toms River
Verizon Wireless Services LLC
Vermont Gas Systems Inc.
Versant Power
Village of Algonquin, IL
Village of Arlington Heights, IL
Village of Bloomingdale, IL
Village of Deerfield, IL
Village of Elmwood Park, IL
Village of Evergreen Park, IL
Village of Gurnee, IL
Village of Hartville, OH
Village of Lake Zurich, IL
Village of Lincolnwood, IL
Village of Matteson, IL
Village of Melrose Park, IL
Village of Merrionette Park, IL
Village of Morton Grove, IL
Village of Mundelein, IL
Village of Norridge, IL
Village of Orland Park, IL
Village of Schaumburg, IL
Village of Streamwood, IL
Village of Tinley Park, IL
Virginia Natural Gas
Virginia Natural Gas/5409
Voorhees Township, NJ
WAL-Austin LLC
Walton EMC
Walton EMC / Walton Gas
Ward 2 Water District X
Washington Gas/37747
Washington Suburban Sanitary Commission,
    MD
Waste Connections of Florida
Waste Management Inc.
Waste Pro
Wastewater Management Division
Water District, LVVWD
Water Works Board of The City
Waterloo Water Works
We Energies
We Energies/Wisconsin Electric/Gas
Welling Realty LLC

| | |
|---|---|
| West Boise Sewer District, ID | Wisconsin Public Service |
| West Melbourne Utilities, MO | Withlacoochee River Electric Cooperative |
| West Va-American Water Co. | Inc. |
| West View Water Authority, PA | Wooster City Services, OH |
| Western Virginia Water Authority, VA | Xcel Energy Inc. |
| Westphal Leasing LLC | Xcel Energy-NSP MN NDSD |
| Whitehall Township Authority, PA | Xcel Energy-Public Service of Co. |
| Wilkinsburg-Penn Joint Water, PA | Xcel-Southwestern Public |
| Winchester Utilities, TN | Youngstown Water Department, OH |
| Winter Haven Water, FL | Ypsilanti Community Utilities Authority, MI |

**Potential Sale Transaction Counterparties**[1]

[Confidential; filed under seal.]

**Notice of Appearance Parties, as of March 20,  2025**[2]

Amy E. Tryon
Barnes & Thornburg LLP
Brazoria County
Harpers Station LLC
Irmo Station LLC
Matthew Avril

---

[1] *See Order (i) Authorizing the Debtors, the Committee, and the Professionals to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Professional Declarations and (ii) Granting Related Relief* [Docket No. 1139].

[2] This category only includes parties that filed notices of appearance and have not been already searched under other categories or on the schedules to the Initial Declaration.

**Schedule 2**

**Schedule of Additional Searched Parties
that Akin Currently Represents, or Has in the Past Three
Calendar Years Represented, in Matters Unrelated to these Chapter 11 Cases**

## Banks

*Akin currently represents the following Additional Searched Parties and/or related parties of such Additional Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| Bank of America, N.A. | M&T Bank |
| Citizens Bank, N.A. | TD Bank |
| Fifth Third Bank | Truist Bank |
| Key Bank | US Bank |

*Akin has represented in the past three calendar years the following Additional Searched Party and/or related parties of such Additional Searched Party on matters wholly unrelated to these Chapter 11 Cases:*

Regions Financial Corporation

## Lenders & Agents

*Akin currently represents the following Additional Searched Parties and/or related parties of such Additional Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| Citizens Bank, N.A. | Kayne Solutions Fund, L.P. |
| KAFRG Investors II, L.P. | |

*Akin has represented in the past three calendar years the following Additional Searched Parties and/or related parties of such Additional Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| BMO Bank, N.A. | IFRG Investors III, L.P. |
| IFRG Investors II, L.P. | Whitefort Capital Management LP |

## Payroll & Benefits Providers

*Akin currently represents the following Additional Searched Party and/or related parties of such Additional Searched Party on matters wholly unrelated to these Chapter 11 Cases:*

Johns Hopkins HealthCare Solutions

*Akin has represented in the past three calendar years the following Additional Searched Party and/or related parties of such Additional Searched Party on matters wholly unrelated to these Chapter 11 Cases:*

Quest Diagnostics

**Insurance Providers & Brokers**

*Akin currently represents the following Additional Searched Parties and/or related parties of such Additional Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| ACE Property and Casualty Insurance Company | Lexington Insurance Co. |
| Allianz Global Risks US Insurance Co. | Liberty Insurance Underwriters Inc |
| American International Group (AIG) | National Union Fire Insurance Co. of Pittsburgh |
| Chubb Group of Insurance Companies | Westchester Fire Insurance Co. |
| Ironshore Specialty Insurance Co. | Westchester Surplus Lines Insurance Co. |

*Akin has represented in the past three calendar years the following Additional Searched Parties and/or related parties of such Additional Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| Berkshire Hathaway Specialty Insurance | Landmark American Insurance Co. |
| Hartford Fire Insurance Company | Navigators Insurance Co. |

**Landlords & Lessors**

*Akin currently represents the following Additional Searched Parties and/or related parties of such Additional Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| LP Corporation | Wegmans Food Markets Inc. |
| PSP Investments LLC | Wheaton Plaza Regional Shopping Center LLC |
| Sun Life Assurance Co. of Canada | |

*Akin has represented in the past three calendar years the following Searched Parties and/or related parties of such Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| Best Buy Stores L.P. | Prologis LP |
| Mark Leevan Glendale LLC | Ramsey Holdings LLC |

**Debtor & Creditor Restructuring Professionals & Ordinary Course Professionals**

*Akin has represented in the past three calendar years the following Additional Searched Party and/or related parties of such Additional Searched Party on matters wholly unrelated to these Chapter 11 Cases:*

RSM US LLP

**Taxing Authorities & Governmental and Regulatory Agencies**

*Akin currently represents the following Additional Searched Parties and/or related parties of such Additional Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

San Antonio, City of (TX)
New Jersey, State of, Department of the Treasury

**2002 List Parties**

*Akin currently represents the following Additional Searched Parties and/or related parties of such Additional Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| Acar Leasing Ltd. d/b/a GM Financial Leasing | Dell Financial Services LLC |
| Brookfield Properties Retail Inc. | Dentons Sirote PC |
| Comenity Capital Bank | |

**Utility Providers**

*Akin currently represents the following Additional Searched Parties and/or related parties of such Additional Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| AES Indiana | LG&E – Louisville Gas & Electric |
| AES Ohio | National Grid PLC |
| AT&T (Orange) | National Grid - 371396 |
| AT&T U-Verse | National Grid – Brooklyn/371416 |
| Centerpoint Energy Inc. | National Grid – New York/371376 |
| Charter Communications | National Grid - Pittsburgh/371338 |
| City of Fort Lauderdale, FL | National Grid - Pittsburgh/371382 |
| Comcast Cable | National Grid/371396 |
| Cox Communications Inc. | NJNG |
| CPS Energy | Spire Inc. |
| El Paso Electric | Spire/Alagasco |
| Entergy Arkansas | Spire/Charlotte |
| Entergy Gulf States LA, LLC/8103 | Spire/St Louis |
| Entergy Gulf States Louisiana | Verizon Wireless Services LLC |
| Entergy Louisiana Inc. | Waste Management Inc. |
| Entergy Mississippi Inc. | Xcel Energy Inc. |
| Entergy Texas Inc. | Xcel Energy-NSP MN NDSD |
| Fusion Cloud Services LLC | Xcel Energy-Public Service of Co. |
| KU – Kentucky Utilities | Xcel-Southwestern Public |

*Akin has represented in the past three calendar years the following Additional Searched Parties and/or related parties of such Additional Searched Parties on matters wholly unrelated to these Chapter 11 Cases:*

| | |
|---|---|
| BP Energy Retail Co. LLC | Dominion VA/NC Power/26543/26666 |
| Centurylink Communications LLC | Just Energy Group Inc. |
| San Diego, City (CA), Treasurer | MidAmerican Energy Co. |
| Dominion Energy Inc. | Pacific Gas & Electric |
| Dominion Energy North Carolina | PPL Electric Utilities Corp. |
| Dominion Energy South Carolina | PPL Electric Utilities Corp. (Allentown) |
| Dominion Energy VA&NC Power | Tri-County Electric Cooperative (TX) |
| Dominion Energy/27031 | |

3

**Potential Sale Transaction Counterparties**

[Confidential; filed under seal.]

**Notice of Appearance Parties, as of March 20, 2025**[1]

*Akin has not in the past three calendar years represented and currently does not represent these Additional Searched Parties.*

---

[1] This category only includes parties that filed notices of appearance and have not been already searched under other categories or on the schedules to the Initial Declaration.

**Schedule 3**

**Schedule of Additional Searched Parties and/or Related Parties Thereto
that are Currently Serving, or Have in the Past Three Calendar Years Served,
on Informal and/or Official Creditors' Committees Represented by Akin**

Allianz Global Risks US Ins Co
AXA Insurance Company
Bank of America, N.A.
CNA
Continental Insurance Co
M&T Bank
US Bank