**EXHIBIT B**

Franchise Group, Inc.  Invoice Date:     April 14, 2025
Invoice Number:     50060483
Matter Number:     103996.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/03/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 02/03/25 | Photocopy Charges Duplication | 231.00 | 23.10 |
| 02/03/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/03/25 | Color Photocopy Charges Duplication | 216.00 | 172.80 |
| 02/03/25 | Color Photocopy Charges Duplication | 2.00 | 1.60 |
| 02/03/25 | Photocopy Charges Duplication | 1.00 | 0.10 |
| 02/03/25 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 02/03/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/03/25 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 02/03/25 | Photocopy Charges Duplication | 96.00 | 9.60 |
| 02/03/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/03/25 | Photocopy Charges Duplication | 2,480.00 | 248.00 |
| 02/03/25 | Photocopy Charges Duplication | 3.00 | 0.30 |
| 02/03/25 | Color Photocopy Charges Duplication | 1.00 | 0.80 |
| 02/03/25 | Color Photocopy Charges Duplication | 230.00 | 184.00 |
| 02/03/25 | Color Photocopy Charges Duplication | 206.00 | 164.80 |
| 02/03/25 | Photocopy Charges Duplication | 2,192.00 | 219.20 |
| 02/03/25 | Photocopy Charges Duplication | 468.00 | 46.80 |
| 02/03/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/04/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/04/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/04/25 | Docket Retrieval / Search | 71.00 | 7.10 |
| 02/04/25 | Docket Retrieval / Search | 15.00 | 1.50 |
| 02/04/25 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 02/04/25 | Docket Retrieval / Search | 0.00 | 0.00 |
| 02/04/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 02/04/25 | Docket Retrieval / Search | 7.00 | 0.70 |
| 02/04/25 | Photocopy Charges Duplication | 94.00 | 9.40 |
| 02/04/25 | Photocopy Charges Duplication | 31.00 | 3.10 |
| 02/04/25 | Photocopy Charges Duplication | 47.00 | 4.70 |
| 02/04/25 | Photocopy Charges Duplication | 8,098.00 | 809.80 |
| 02/04/25 | Photocopy Charges Duplication | 72.00 | 7.20 |
| 02/04/25 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 02/04/25 | Photocopy Charges Duplication | 47.00 | 4.70 |
| 02/04/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 02/04/25 | Color Photocopy Charges Duplication | 690.00 | 552.00 |
| 02/04/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 02/04/25 | Photocopy Charges Duplication | 1,863.00 | 186.30 |

Franchise Group, Inc.  
Invoice Date: April 14, 2025  
Invoice Number: 50060483  
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/04/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 02/04/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 02/04/25 | Photocopy Charges Duplication | 41.00 | 4.10 |
| 02/04/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 02/04/25 | Photocopy Charges Duplication | 987.00 | 98.70 |
| 02/04/25 | Photocopy Charges Duplication | 47.00 | 4.70 |
| 02/04/25 | Photocopy Charges Duplication | 120.00 | 12.00 |
| 02/04/25 | Color Photocopy Charges Duplication | 150.00 | 120.00 |
| 02/04/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 02/04/25 | Photocopy Charges Duplication | 288.00 | 28.80 |
| 02/04/25 | Photocopy Charges Duplication | 47.00 | 4.70 |
| 02/04/25 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1125321 | 1.00 | 29.00 |
| 02/04/25 | Parcels, Inc. - Parcels Inc. YCST 1126445 | 1.00 | 50.00 |
| 02/04/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/04/25 | Docket Retrieval / Search - AUDIO | 1.00 | 2.40 |
| 02/04/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/04/25 | Docket Retrieval / Search | 17.00 | 1.70 |
| 02/04/25 | Photocopy Charges Duplication | 2,796.00 | 279.60 |
| 02/04/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 02/04/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 02/04/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 02/04/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/04/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 02/04/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 02/04/25 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 02/04/25 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 02/04/25 | Photocopy Charges Duplication | 116.00 | 11.60 |
| 02/04/25 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 02/04/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 02/04/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 02/04/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/04/25 | Photocopy Charges Duplication | 35.00 | 3.50 |
| 02/04/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/04/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 02/04/25 | Color Photocopy Charges Duplication | 3.00 | 2.40 |
| 02/04/25 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 02/04/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 02/04/25 | Photocopy Charges Duplication | 98.00 | 9.80 |

| | | | |
|---|---|---|---|
| Franchise Group, Inc. | | Invoice Date: | April 14, 2025 |
| | | Invoice Number: | 50060483 |
| | | Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/04/25 | Photocopy Charges Duplication | 196.00 | 19.60 |
| 02/04/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 02/04/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 02/04/25 | Photocopy Charges Duplication | 1,404.00 | 140.40 |
| 02/04/25 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 02/04/25 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 02/04/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 02/04/25 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 02/04/25 | Docket Retrieval / Search | 8.00 | 0.80 |
| 02/04/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 02/04/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/04/25 | Photocopy Charges Duplication | 31.00 | 3.10 |
| 02/04/25 | Photocopy Charges Duplication | 94.00 | 9.40 |
| 02/04/25 | Photocopy Charges Duplication | 90.00 | 9.00 |
| 02/04/25 | Photocopy Charges Duplication | 164.00 | 16.40 |
| 02/04/25 | Photocopy Charges Duplication | 98.00 | 9.80 |
| 02/04/25 | Docket Retrieval / Search | 20.00 | 2.00 |
| 02/04/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/04/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 02/04/25 | Photocopy Charges Duplication | 13.00 | 1.30 |
| 02/04/25 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 02/04/25 | Computerized Legal Research Westlaw Search by: KHOUDARI,MARIAM | 13.00 | 45.96 |
| 02/04/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/04/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 02/04/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 02/04/25 | Color Photocopy Charges Duplication | 618.00 | 494.40 |
| 02/04/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 02/04/25 | Photocopy Charges Duplication | 91.00 | 9.10 |
| 02/05/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/05/25 | Photocopy Charges Duplication | 38.00 | 3.80 |
| 02/05/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 02/05/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 02/05/25 | Photocopy Charges Duplication | 109.00 | 10.90 |
| 02/05/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 02/05/25 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 02/05/25 | Photocopy Charges Duplication | 35.00 | 3.50 |
| 02/05/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 02/05/25 | Docket Retrieval / Search | 23.00 | 2.30 |

Franchise Group, Inc.  
Invoice Date: April 14, 2025  
Invoice Number: 50060483  
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/05/25 | Photocopy Charges Duplication | 82.00 | 8.20 |
| 02/05/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 02/05/25 | Photocopy Charges Duplication | 68.00 | 6.80 |
| 02/05/25 | Photocopy Charges Duplication | 45.00 | 4.50 |
| 02/05/25 | Computerized Legal Research Westlaw Search by: MIELKE,ALLISON S | 3.00 | 10.61 |
| 02/05/25 | American Express - Bankruptcy - Filing Fee SBORO 12.31.24 $250 5 Pro Hac Vices DLASK | 1.00 | 250.00 |
| 02/05/25 | American Express - Bankruptcy - Filing Fee SBORO 12.31.24 $100 2 Pro Hac Vices DLASK | 1.00 | 100.00 |
| 02/05/25 | Parcels, Inc. - Blowback x 7 from Sharefile Insert tabs Insert into binders Insert custom covers and spines Willkie Farr &amp; Gallagher Binder Vol 1-2 1125786 | 1.00 | 2,252.95 |
| 02/05/25 | American Express - Bankruptcy - Filing Fee SBORO 12.31.24 $250 5 Pro Hac Vices (2) DLASK | 1.00 | 250.00 |
| 02/05/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 02/05/25 | Photocopy Charges Duplication | 33.00 | 3.30 |
| 02/05/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/05/25 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 02/05/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 02/05/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/05/25 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 02/05/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 02/05/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 02/05/25 | Photocopy Charges Duplication | 106.00 | 10.60 |
| 02/05/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/05/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 02/05/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/05/25 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 02/05/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 02/05/25 | Photocopy Charges Duplication | 23.00 | 2.30 |
| 02/05/25 | Photocopy Charges Duplication | 1,296.00 | 129.60 |
| 02/05/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/05/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 02/05/25 | Photocopy Charges Duplication | 379.00 | 37.90 |
| 02/05/25 | Photocopy Charges Duplication | 45.00 | 4.50 |
| 02/05/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 02/05/25 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 02/05/25 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 02/05/25 | Photocopy Charges Duplication | 294.00 | 29.40 |
| 02/05/25 | Photocopy Charges Duplication | 34.00 | 3.40 |

| | | Invoice Date: | April 14, 2025 |
|---|---|---|---|
| Franchise Group, Inc. | | Invoice Number: | 50060483 |
| | | Matter Number: | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 02/05/25 | Photocopy Charges Duplication | 170.00 | 17.00 |
| 02/05/25 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 02/05/25 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 02/05/25 | Photocopy Charges Duplication | 47.00 | 4.70 |
| 02/05/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 02/05/25 | Photocopy Charges Duplication | 27.00 | 2.70 |
| 02/05/25 | Docket Retrieval / Search | 9.00 | 0.90 |
| 02/06/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 02/06/25 | Color Photocopy Charges Duplication | 174.00 | 139.20 |
| 02/06/25 | Color Photocopy Charges Duplication | 508.00 | 406.40 |
| 02/06/25 | Photocopy Charges Duplication | 300.00 | 30.00 |
| 02/06/25 | Photocopy Charges Duplication | 382.00 | 38.20 |
| 02/06/25 | Color Photocopy Charges Duplication | 540.00 | 432.00 |
| 02/06/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 02/06/25 | Photocopy Charges Duplication BW | 58.00 | 5.80 |
| 02/06/25 | Photocopy Charges Duplication | 116.00 | 11.60 |
| 02/06/25 | Photocopy Charges Duplication | 180.00 | 18.00 |
| 02/06/25 | Photocopy Charges Duplication | 105.00 | 10.50 |
| 02/06/25 | Color Photocopy Charges Duplication | 250.00 | 200.00 |
| 02/06/25 | American Express - Bankruptcy - Filing Fee SBORO 12.31.24 $100 2 Pro Hac Vices (3) DLASK | 1.00 | 100.00 |
| 02/06/25 | Parcels, Inc. - Blowback from Sharefile Color for color Clip per copy Rush Delivery before hearing at 10am x2 - Color Copies 0928.pdf x2 Color Copies - Blacklines of Third Amended Plan &amp; Disclosure Statement.pdf x8 Color Copies Blackline - ORDER.pdf x8 Color Copies D.I. 928.pdf 1126034 | 1.00 | 2,134.40 |
| 02/06/25 | American Express - Bankruptcy - Filing Fee SBORO 12.31.24 $100 2 Pro Hac Vices (2) DLASK | 1.00 | 100.00 |
| 02/06/25 | American Express - Bankruptcy - Filing Fee SBORO 12.31.24 $250 5 Pro Hac Vices (3) DLASK | 1.00 | 250.00 |
| 02/06/25 | Photocopy Charges Duplication | 57.00 | 5.70 |
| 02/06/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 02/06/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 02/06/25 | Color Photocopy Charges Duplication | 45.00 | 36.00 |
| 02/06/25 | Color Photocopy Charges Duplication | 125.00 | 100.00 |
| 02/06/25 | Photocopy Charges Duplication | 150.00 | 15.00 |
| 02/06/25 | Color Photocopy Charges Duplication | 105.00 | 84.00 |
| 02/06/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/06/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 02/06/25 | Photocopy Charges Duplication | 382.00 | 38.20 |

| | | Invoice Date: | April 14, 2025 |
|---|---|---|---|
| Franchise Group, Inc. | | Invoice Number: | 50060483 |
| | | Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/06/25 | Photocopy Charges Duplication | 116.00 | 11.60 |
| 02/06/25 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 02/06/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/06/25 | Color Photocopy Charges Duplication | 25.00 | 20.00 |
| 02/06/25 | Photocopy Charges Duplication | 2,750.00 | 275.00 |
| 02/06/25 | Photocopy Charges Duplication | 21.00 | 2.10 |
| 02/06/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 02/06/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 02/06/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 02/06/25 | Photocopy Charges Duplication | 27.00 | 2.70 |
| 02/06/25 | Color Photocopy Charges Duplication | 610.00 | 488.00 |
| 02/06/25 | Photocopy Charges Duplication | 222.00 | 22.20 |
| 02/06/25 | Color Photocopy Charges Duplication | 508.00 | 406.40 |
| 02/06/25 | Photocopy Charges Duplication | 22.00 | 2.20 |
| 02/07/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/07/25 | American Express - Bankruptcy - Filing Fee SBORO 12.31.24 $250 5 Pro Hac Vices (4) DLASK | 1.00 | 250.00 |
| 02/07/25 | American Express - Bankruptcy - Filing Fee SBORO 12.31.24 $100 2 Pro Hac Vices (4) DLASK | 1.00 | 100.00 |
| 02/07/25 | American Express - Bankruptcy - Filing Fee SBORO 2.4.25 $50 Pro Hac Vice BOLIV | 1.00 | 50.00 |
| 02/07/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/07/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/07/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/07/25 | Computerized Legal Research Westlaw Search by: GAFFNEY,BRYNNA | 12.00 | 42.43 |
| 02/07/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/07/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 02/10/25 | Photocopy Charges Duplication | 1,438.00 | 143.80 |
| 02/10/25 | Photocopy Charges Duplication | 74.00 | 7.40 |
| 02/10/25 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 02/10/25 | Parcels, Inc. - Blowback x 3 from Sharefile d/s color for color Velo Bind each copy 2 copies hand delivery to Judge Ambro at Dist Ct 1 copy back to client Brief and Appendix 1125785 | 1.00 | 3,434.10 |
| 02/10/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 02/10/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 02/10/25 | Photocopy Charges Duplication | 23.00 | 2.30 |
| 02/10/25 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 02/10/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/10/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/10/25 | Photocopy Charges Duplication | 23.00 | 2.30 |

Franchise Group, Inc.  Invoice Date: April 14, 2025
Invoice Number: 50060483
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/10/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 02/10/25 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 02/10/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 02/10/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/10/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 02/10/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 02/10/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/10/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/10/25 | Photocopy Charges Duplication | 74.00 | 7.40 |
| 02/10/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 02/10/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 02/11/25 | Photocopy Charges Duplication | 1,440.00 | 144.00 |
| 02/11/25 | Docket Retrieval / Search | 9.00 | 0.90 |
| 02/11/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/11/25 | Color Photocopy Charges Duplication | 648.00 | 518.40 |
| 02/11/25 | Docket Retrieval / Search | 9.00 | 0.90 |
| 02/11/25 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1126188 | 1.00 | 22.00 |
| 02/11/25 | Photocopy Charges Duplication | 174.00 | 17.40 |
| 02/11/25 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 02/11/25 | Color Photocopy Charges Duplication | 144.00 | 115.20 |
| 02/11/25 | Photocopy Charges Duplication BW | 222.00 | 22.20 |
| 02/11/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/11/25 | Photocopy Charges Duplication | 1,002.00 | 100.20 |
| 02/11/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/11/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/12/25 | Photocopy Charges Duplication | 44.00 | 4.40 |
| 02/12/25 | Photocopy Charges Duplication | 70.00 | 7.00 |
| 02/12/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/12/25 | Docket Retrieval / Search | 0.00 | 0.00 |
| 02/12/25 | Color Photocopy Charges Duplication | 207.00 | 165.60 |
| 02/12/25 | Photocopy Charges Duplication | 4,256.00 | 425.60 |
| 02/12/25 | Color Photocopy Charges Duplication | 648.00 | 518.40 |
| 02/12/25 | Photocopy Charges Duplication | 466.00 | 46.60 |
| 02/12/25 | Color Photocopy Charges Duplication | 3.00 | 2.40 |
| 02/12/25 | Photocopy Charges Duplication | 306.00 | 30.60 |
| 02/12/25 | Color Photocopy Charges Duplication | 216.00 | 172.80 |
| 02/12/25 | Color Photocopy Charges Duplication | 648.00 | 518.40 |
| 02/12/25 | Docket Retrieval / Search | 30.00 | 3.00 |

| | | | |
|---|---|---|---|
| Franchise Group, Inc. | | Invoice Date: | April 14, 2025 |
| | | Invoice Number: | 50060483 |
| | | Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/12/25 | Photocopy Charges Duplication | 366.00 | 36.60 |
| 02/12/25 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 02/12/25 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1126599 | 1.00 | 37.00 |
| 02/12/25 | Photocopy Charges Duplication | 103.00 | 10.30 |
| 02/12/25 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 02/12/25 | Color Photocopy Charges Duplication | 96.00 | 76.80 |
| 02/12/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/12/25 | Photocopy Charges Duplication | 42.00 | 4.20 |
| 02/12/25 | Photocopy Charges Duplication | 213.00 | 21.30 |
| 02/12/25 | Photocopy Charges Duplication | 382.00 | 38.20 |
| 02/12/25 | Photocopy Charges Duplication | 382.00 | 38.20 |
| 02/12/25 | Docket Retrieval / Search | 13.00 | 1.30 |
| 02/12/25 | Docket Retrieval / Search | 24.00 | 2.40 |
| 02/12/25 | Docket Retrieval / Search - AUDIO | 1.00 | 2.40 |
| 02/12/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/12/25 | Photocopy Charges Duplication | 960.00 | 96.00 |
| 02/12/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/12/25 | Photocopy Charges Duplication | 1,398.00 | 139.80 |
| 02/12/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 02/12/25 | Docket Retrieval / Search | 13.00 | 1.30 |
| 02/12/25 | Color Photocopy Charges Duplication | 621.00 | 496.80 |
| 02/12/25 | Photocopy Charges Duplication | 120.00 | 12.00 |
| 02/12/25 | Docket Retrieval / Search | 23.00 | 2.30 |
| 02/12/25 | Photocopy Charges Duplication | 45.00 | 4.50 |
| 02/12/25 | Photocopy Charges Duplication | 71.00 | 7.10 |
| 02/12/25 | Photocopy Charges Duplication | 42.00 | 4.20 |
| 02/12/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 02/12/25 | Photocopy Charges Duplication | 1,398.00 | 139.80 |
| 02/12/25 | Photocopy Charges Duplication | 300.00 | 30.00 |
| 02/12/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/12/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 02/12/25 | Photocopy Charges Duplication | 550.00 | 55.00 |
| 02/12/25 | Color Photocopy Charges Duplication | 138.00 | 110.40 |
| 02/12/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/12/25 | Photocopy Charges Duplication | 333.00 | 33.30 |
| 02/13/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/13/25 | Photocopy Charges Duplication | 2.00 | 0.20 |
| 02/13/25 | Color Photocopy Charges Duplication | 4.00 | 3.20 |

Franchise Group, Inc.  Invoice Date: April 14, 2025
Invoice Number: 50060483
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/14/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/14/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/14/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/14/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/14/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/14/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/14/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/14/25 | Docket Retrieval / Search | 15.00 | 1.50 |
| 02/17/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/17/25 | Matthew B. Lunn - Working Meals Working dinner meal for MLUNN 2/6/25 (1 person) | 1.00 | 21.85 |
| 02/17/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/17/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/17/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Color Photocopy Charges Duplication | 2.00 | 1.60 |
| 02/18/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Docket Retrieval / Search | 15.00 | 1.50 |
| 02/18/25 | Photocopy Charges Duplication | 80.00 | 8.00 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 02/18/25 | Photocopy Charges Duplication | 4,192.00 | 419.20 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 45.00 | 4.50 |
| 02/18/25 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 02/18/25 | Photocopy Charges Duplication | 320.00 | 32.00 |
| 02/18/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/18/25 | Photocopy Charges Duplication | 99.00 | 9.90 |
| 02/18/25 | Photocopy Charges Duplication | 80.00 | 8.00 |
| 02/18/25 | Parcels, Inc. - Blowback x 1 from sharefile d/s color for color 3-hole clipped 1127589 | 1.00 | 329.25 |
| 02/18/25 | Parcels, Inc. - Download and blowback x6 3 hole punch Clip 995 - 998 Blowback x10 Clip Redlines 1127656 | 1.00 | 6,586.50 |
| 02/18/25 | Color Photocopy Charges Duplication | 48.00 | 38.40 |

| | Franchise Group, Inc. | Invoice Date: | April 14, 2025 |
|---|---|---|---|
| | | Invoice Number: | 50060483 |
| | | Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/18/25 | Photocopy Charges Duplication | 45.00 | 4.50 |
| 02/18/25 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 02/18/25 | Parcels, Inc. - YCST Judge Selber Silverstein'd Courtroom 1128078 | 1.00 | 30.00 |
| 02/18/25 | Parcels, Inc. - Parcels Inc. YCST 1129357 | 1.00 | 50.00 |
| 02/18/25 | Parcels, Inc. - PureBread Deli 1128052 (Food and beverages for approximately 20 people for hearing preparation) | 1.00 | 55.00 |
| 02/18/25 | Parcels, Inc. - PureBread Deli 1128052 (Food and beverages for approximately 20 people for hearing preparation) | 1.00 | 90.00 |
| 02/18/25 | Color Photocopy Charges Duplication | 2.00 | 1.60 |
| 02/18/25 | Color Photocopy Charges Duplication | 1.00 | 0.80 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/25 | Photocopy Charges Duplication | 122.00 | 12.20 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Docket Retrieval / Search | 28.00 | 2.80 |
| 02/18/25 | Photocopy Charges Duplication | 3.00 | 0.30 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 122.00 | 12.20 |
| 02/18/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 02/18/25 | Photocopy Charges Duplication | 60.00 | 6.00 |
| 02/18/25 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 02/18/25 | Color Photocopy Charges Duplication | 1.00 | 0.80 |
| 02/18/25 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 02/18/25 | Photocopy Charges Duplication | 102.00 | 10.20 |
| 02/18/25 | Photocopy Charges Duplication | 60.00 | 6.00 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Color Photocopy Charges Duplication | 46.00 | 36.80 |
| 02/18/25 | Photocopy Charges Duplication | 3.00 | 0.30 |
| 02/18/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 02/18/25 | Photocopy Charges Duplication | 80.00 | 8.00 |
| 02/18/25 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 02/18/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 02/18/25 | Photocopy Charges Duplication | 102.00 | 10.20 |
| 02/18/25 | Photocopy Charges Duplication | 320.00 | 32.00 |
| 02/18/25 | Color Photocopy Charges Duplication | 48.00 | 38.40 |

| | | | |
|---|---|---|---|
| Franchise Group, Inc. | | Invoice Date: | April 14, 2025 |
| | | Invoice Number: | 50060483 |
| | | Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/18/25 | Photocopy Charges Duplication | 80.00 | 8.00 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 02/18/25 | Color Photocopy Charges Duplication | 1.00 | 0.80 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 02/18/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/18/25 | Color Photocopy Charges Duplication | 1.00 | 0.80 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 02/18/25 | Photocopy Charges Duplication | 99.00 | 9.90 |
| 02/18/25 | Color Photocopy Charges Duplication | 46.00 | 36.80 |
| 02/19/25 | Photocopy Charges Duplication | 4.00 | 0.40 |
| 02/19/25 | Color Photocopy Charges Duplication | 450.00 | 360.00 |
| 02/19/25 | Photocopy Charges Duplication | 524.00 | 52.40 |
| 02/19/25 | Photocopy Charges Duplication | 1.00 | 0.10 |
| 02/19/25 | Photocopy Charges Duplication | 120.00 | 12.00 |
| 02/19/25 | Color Photocopy Charges Duplication | 585.00 | 468.00 |
| 02/19/25 | Color Photocopy Charges Duplication | 34.00 | 27.20 |
| 02/19/25 | Color Photocopy Charges Duplication | 30.00 | 24.00 |
| 02/19/25 | Color Photocopy Charges Duplication | 120.00 | 96.00 |
| 02/19/25 | Parcels, Inc. - Blowback emailed attachments x3 Clip Deliver to the Hotel DuPont, Room 1010 Hearing Presentation and Talking Points 1127516 | 1.00 | 86.48 |
| 02/19/25 | Parcels, Inc. - YCST Judge Silverstein's Courtroom #2 1128187 | 1.00 | 225.00 |
| 02/19/25 | Parcels, Inc. - YCST Judge Selber Silverstein'd Courtroom 1127990 | 1.00 | 60.00 |
| 02/19/25 | Parcels, Inc. - PureBread Deli 1127993 (Lunch for 20 people for 2/19 hearing) | 1.00 | 472.00 |
| 02/19/25 | Parcels, Inc. - PureBread Deli 1127993 (Lunch for 20 people for 2/19 hearing) | 1.00 | 90.00 |
| 02/19/25 | Color Photocopy Charges Duplication | 85.00 | 68.00 |
| 02/19/25 | Color Photocopy Charges Duplication | 85.00 | 68.00 |
| 02/19/25 | Color Photocopy Charges Duplication | 5.00 | 4.00 |
| 02/19/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 02/19/25 | Color Photocopy Charges Duplication | 460.00 | 368.00 |
| 02/19/25 | Color Photocopy Charges Duplication | 450.00 | 360.00 |
| 02/19/25 | Photocopy Charges Duplication | 80.00 | 8.00 |
| 02/19/25 | Color Photocopy Charges Duplication | 8.00 | 6.40 |

Franchise Group, Inc.  
Invoice Date: April 14, 2025  
Invoice Number: 50060483  
Matter Number: 103996.1001

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 02/19/25 | Photocopy Charges Duplication | 85.00 | 8.50 |
| 02/19/25 | Photocopy Charges Duplication | 4.00 | 0.40 |
| 02/19/25 | Photocopy Charges Duplication | 3.00 | 0.30 |
| 02/19/25 | Parcels, Inc. - Judge Silverstein's Courtroom #2 YCST 1128186 | 1.00 | 125.00 |
| 02/19/25 | Color Photocopy Charges Duplication | 2.00 | 1.60 |
| 02/19/25 | Color Photocopy Charges Duplication | 34.00 | 27.20 |
| 02/19/25 | Color Photocopy Charges Duplication | 90.00 | 72.00 |
| 02/19/25 | Color Photocopy Charges Duplication | 120.00 | 96.00 |
| 02/19/25 | Color Photocopy Charges Duplication | 30.00 | 24.00 |
| 02/21/25 | Docket Retrieval / Search | 23.00 | 2.30 |
| 02/21/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/21/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/21/25 | Parcels, Inc. - Blowback x 3 from Sharefile color for color Insert tabs GBC bind 2 copies to Judge Silverstein 1 copy back to client Disclosure Statement and Exhibits 1128308 | 1.00 | 233.70 |
| 02/21/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/21/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/21/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/21/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/21/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/24/25 | American Express - Bankruptcy - Filing Fee AMIEL 2.14.25 $250 5 Pro Hac Vices BOLIV | 1.00 | 250.00 |
| 02/24/25 | American Express - Bankruptcy - Filing Fee AMIEL 2.14.25 $100 2 Pro Hac Vices BOLIV | 1.00 | 100.00 |
| 02/25/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/25/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 02/25/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/25/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/25/25 | Photocopy Charges Duplication | 38.00 | 3.80 |
| 02/25/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/25/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/25/25 | PKD LLC dba Manhattan Bagel - Working Meals Breakfast for YCST Attorneys and Co-Counsel prior to FRG Hearing on January 21, 2025 | 1.00 | 269.99 |
| 02/26/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/27/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/27/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/27/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/27/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/27/25 | Docket Retrieval / Search | 5.00 | 0.50 |

| | | | |
|---|---|---|---|
| Franchise Group, Inc. | | Invoice Date: | April 14, 2025 |
| | | Invoice Number: | 50060483 |
| | | Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/27/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/27/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/28/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/28/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/28/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/28/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/28/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/28/25 | Computerized Legal Research Westlaw Search by: KHOUDARI,MARIAM | 3.00 | 10.61 |
| 02/28/25 | Docket Retrieval / Search | 14.00 | 1.40 |
| 02/28/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| | **Total** | | **$33,242.23** |

**Cost Summary**

| Description | Amount |
|---|---:|
| AP Outside Duplication Svcs | 15,057.38 |
| Computerized Legal Research -WESTLAW | 109.61 |
| Delivery / Courier | 628.00 |
| Docket Retrieval / Search | 129.50 |
| Filing Fee | 1,800.00 |
| Reproduction Charges | 14,518.90 |
| Working Meals | 998.84 |
| **Total** | **$33,242.23** |