# **<u>Exhibit B</u>**

# Franchise Group, Inc.
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

January 01, 2025 - January 31, 2025

| Category | Date | Description | Amount |
|---|---|---|---|
| *Miscellaneous Expenses* | | | |
| Parodi, Carlos | 01/07/2025 | Brentwood CONFIRMATION.COM expense for sending confirmations for audit for AF. | $39.90 |
| Parodi, Carlos | 01/07/2025 | Brentwood CONFIRMATION.COM for sending confirmations for audit for Franchise Group. | $478.80 |
| Parodi, Carlos | 01/07/2025 | Brentwood CONFIRMATION.COM for sending confirmations for audit for VSI. | $119.70 |
| Keast, Elizabeth | 01/29/2025 | Brentwood CONFIRMATION.COM expense to send Pet Supplies Plus cash confirmation. | $279.30 |
| Subtotal for Miscellaneous Expenses: | | | $917.70 |
| Total | | | $917.70 |

## Recapitulation

| Category | Amount |
|---|---|
| Miscellaneous Expenses | $917.70 |

1