UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter  11

Case No.  24 - 12480  ( LSS )

Debtor:  Franchise Group, Inc., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Yan Borodanski, Esq. of McCarter & English LLP
to represent  Heritage Seymour I, LLC and Heritage Seymour II, LLC
in this action.

/s/ Matthew J. Rifino

Firm Name: McCarter & English LLP
Address: Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Phone: 302-984-6300
Email: mrifino@mccarter.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  New York  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Yan Borodanski

Firm Name: McCarter & English LLP
Address: Four Gateway Center
100 Mulberry Street, 12th Floor
Newark, New Jersey 07102
Phone: 973-849-4135
Email: yborodanski@mccarter.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105