## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>(Jointly Administered)<br><br>**Related D.I. 1196** |

### CERTIFICATE OF NO OBJECTION REGARDING
### APPLICATION OF DEBTORS FREEDOM VCM INTERCO, INC.
### AND FREEDOM VCM, INC. FOR ENTRY OF AN ORDER AUTHORIZING
### THE EMPLOYMENT AND RETENTION OF CHILMARK PARTNERS, LLC
### AS FINANCIAL ADVISOR TO THE INDEPENDENT DIRECTOR,
### <u>MICHAEL J. WARTELL, EFFECTIVE AS OF FEBRUARY 26, 2025</u>

I, Michael D. DeBaecke, an attorney with the law firm of Ashby & Geddes, P.A., Delaware

special counsel to Michael J. Wartell, in his capacity as independent director and sole member of

the conflicts committees of the boards (each, a "<u>Board</u>" and, together, the "<u>Boards</u>") of debtors

Freedom VCM Interco, Inc. and Freedom VCM, Inc. (the "<u>Retaining Debtors</u>") in the above-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

captioned bankruptcy cases of Franchise Group, Inc. and certain of its affiliates, hereby certify the following:

1.      On March 28, 2025, the Retaining Debtors filed the *Application of Debtors Freedom VCM Interco, Inc. and Freedom VCM, Inc. for Entry of an Order Authorizing the Employment and Retention of Chilmark Partners, LLC as financial advisor to the Independent Director, Michael J. Wartell, Effective as of February 26, 2025* [D.I. 1196] (the "Application"). Attached as **Exhibit A** to the Application was a proposed form of order (the "Proposed Order") approving the relief requested.

2.      Pursuant to the Notice of Application, any objections or responses were to be filed with the Court and properly served by April 18, 2025, at 4:00 p.m. (Eastern Time).

3.      As of the date hereof, the undersigned counsel has not been served with or otherwise received any responses in opposition to the Application.  A review of the Court's docket indicates that, as of this date, no responses or objections have been filed with respect thereto.

4.      Accordingly, the Retaining Debtors respectfully request that the Proposed Order be entered at the earliest convenience of the Court.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Retaining Debtors respectfully request entry of the Proposed Order at the Court's earliest convenience.

Dated: April 22, 2025
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

/s/ Michael D. DeBaecke
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 654-1888
Email: mdebaecke@ashbygeddes.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer (admitted *pro hac vice*)
Brad M. Kahn (admitted *pro hac vice*)
Avi E. Luft (admitted *pro hac vice*)
One Bryant Park
New York, NY  10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: mstamer@akingump.com
        bkahn@akingump.com
        aluft@akingump.com
-and-

Marty L. Brimmage Jr. (admitted *pro hac vice*)
2300 N. Field Street
Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com

*Special Counsel on behalf of and at the sole direction of Michael J. Wartell as the Independent Director and sole member of the Conflicts Committee of the Board of each of the Retaining Debtors*