IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (KBO) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Marla S. Benedek, hereby certify that November 26, 2024, I caused the foregoing *Notice of Agreement to be Bound by the Protective Order* to be served via the Court's CM/ECF system on all parties who have registered to receive such electronic notifications in these cases, and on all parties on the attached service list in the manner indicated.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), B. Riley Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

|  |  |
|---|---|
|  | **COZEN O'CONNOR** |
| Dated: November 26, 2024 | /s/ *Marla S. Benedek* <br> Marla S. Benedek, Esq. (No. 6638) <br> 1201 N. Market Street, Suite 1001 <br> Wilmington, DE 19801 <br> Telephone: (302) 295-2024 <br> Facsimile: (302) 250-4498 <br> Email: mbenedek@cozen.com <br><br> *Counsel to the Prophecy Settlement-related Liquidating Trust 2022-23* |

## Service List

| | |
|---|---|
| *Via Email Delivery*<br>William E. Arnault<br>Nicole L. Greenblatt<br>Derek I. Hunter<br>Maddison Levine<br>Mark E. McKane<br>Brian Nakhaimousa<br>Joshua Sussberg<br>**Kirkland & Ellis LLP**<br>warnault@kirkland.com<br>Nicole.greenblatt@kirkland.com<br>Derek.hunter@kirkland.com<br>Madison.levine@kirkland.com<br>Mark.mckane@kirkland.com<br>Brian.nakhaimousa@kirkland.com<br>Joshua.sussberg@kirkland.com<br><br>*Counsel to the Debtors* | *Via Email Delivery*<br>Shella Borovinskaya<br>Kristin L. McElroy<br>Allison S. Mielke<br>Edmon L. Morton<br>**Young Conaway Stargatt & Taylor, LLP**<br>sborovinskaya@ycst.com<br>kmcelroy@ycst.com<br>amielke@ycst.com<br>emorton@ycst.com<br><br>*Counsel to the Debtors* |
| *Via Email Delivery*<br>Timothy J. Fox<br>**Office of the United States Trustee**<br>Timothy.fox@usdoj.gov<br><br>*U.S. Trustee* | *Via Email Delivery*<br>Brian E. Farnan<br>Michael J. Farnan<br>**Farnan LLP**<br>Bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Counsel to the Ad Hoc Group of Freedom Lenders* |

1

| | |
|---|---|
| *Via Email Delivery* <br> Thomas E. Lauria <br> J. Christopher Shore <br> Andrew Zatz <br> Samuel P. Hershey <br> Erin Smith <br> Brett Bakemeyer <br> Jade Yoo <br> Paula Kates <br> **White & Case LLP** <br> tlauria@whitecase.com <br> cshore@whitecase.com <br> azatz@whitecase.com <br> sam.hershey@whitecase.com <br> erin.smith@whitecase.com <br> brett.bakemeyer@whitecase.com <br> jade.yoo@whitecase.com <br> paula.kates@whitecase.com <br><br> *Counsel for the Ad Hoc Group of Freedom Lenders* | *Via Email Delivery* <br> Gregory V. Demo <br> Jeffrey M. Dine <br> Robert J. Feinstein <br> Theodore S. Heckel <br> Alan J. Kornfeld <br> Beth E. Levine <br> Colin R. Robinson <br> Bradford J. Sandler <br> James W. Walker <br> Hayley R. Winograd <br> **Pachulski Stang Ziehl & Jones LLP** <br> gdemo@pszjlaw.com <br> jdine@pszjlaw.com <br> rfeinstein@pszjlaw.com <br> theckel@pszjlaw.com <br> akornfeld@pszjlaw.com <br> blevine@pszjlaw.com <br> crobinson@pszjlaw.com <br> bsandler@pszjlaw.com <br> jwalker@pszjlaw.com <br> hwinograd@pszjlaw.com <br><br> *Counsel to the Official Committee of Unsecured Creditors* |
| *Via Email Delivery* <br> Adam G. Landis <br> Matthew B. McGuire <br> Elizabeth A. Rogers <br> **Landis Rath & Cobb LLP** <br> landis@lrclaw.com <br> mcguire@lrclaw.com <br> erogers@lrclaw.com <br><br> *Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders* | *Via Email Delivery* <br> Jayme Goldstein <br> Daniel Fliman <br> Jeremy D. Evan <br> Isaac Sasson <br> Nicholas A. Bassett <br> **Paul Hastings LLP** <br> jaymegoldstein@paulhastings.com <br> danfliman@paulhastings.com <br> jeremyevans@paulhastings.com <br> isaacsasson@paulhastings.com <br> nicholasbassett@paulhastings.com <br><br> *Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders* |