# **EXHIBIT A**

## SPECIAL MESSAGE TO PROPERTY OWNER

**Property taxes are constitutionally capped at 1% of property values for homesteads (owner-occupied), 2% for other residential property and agricultural land, and 3% for all other property. Beginning with 2023 Pay 2024, the Mortgage Deduction is no longer available. Please note that local government unit annual budget notices are now available online at: https://budgetnotices.in.gov. Additional information for how to read your current tax bill can be located online at: www.in.gov/dlgf/understanding-your-tax-bill/tax-bill-101.**

### TAXPAYER AND PROPERTY INFORMATION

| Taxpayer Name | Address | Date of Notice | Parcel Number | Taxing District |
|---|---|---|---|---|
| Mel Indiana Pioneer Plaza Ste 1725<br>700 Bishop St Ste 1928<br>Honolulu HI 96813-4120 | 6169 Us Hwy 6<br>Portage IN 46368 | 03/18/2025 | 64-05-25-128-005.000-016 | 016 Portage Corporation -016 |
| | | Duplicate Number<br>944940 | Tax ID Number<br>64-05-25-128-005.000-016 | |
| Legal Description<br>C S Subdivision Unit 2 Lot 2 5.13A Ditch Tif | Billed Mortgage Company | | | Property Type<br>Real |

**Spring installment due on or before May 12, 2025, and Fall installment due on or before November 10, 2025.**

### TABLE 1: SUMMARY OF YOUR TAXES

| ASSESSED VALUE AND TAX SUMMARY | 2023 Pay 2024 | 2024 Pay 2025 |
|---|---|---|
| 1a. Gross assessed value of homestead property | $0 | $0 |
| 1b. Gross assessed value of other residential property and agricultural land | $0 | $0 |
| 1c. Gross assessed value of all other property, including personal property | $2,945,400 | $2,915,900 |
| 2. Equals total gross assessed value of property | $2,945,400 | $2,915,900 |
| 2a. Minus deductions (see Table 5 below) | $0 | $0 |
| 3. Equals subtotal of net assessed value of property | $2,945,400 | $2,915,900 |
| 3a. Multiplied by your local tax rate | 2.5834 | 2.6432 |
| 4. Equals gross tax liability (see Table 3 below) | $76,091.46 | $77,073.08 |
| 4a. Minus local property tax credits | $0.00 | $0.00 |
| 4b. Minus savings due to property tax cap (see Table 2 and footnotes below) | $0.00 | $0.00 |
| 4c. Minus savings due to Over 65 Circuit Breaker Credit[1] | $0.00 | $0.00 |
| 4d. Minus savings due to County Option Circuit Breaker Credit | $0.00 | $0.00 |
| 5. Total property tax liability (see remittance coupon for total amount due) | $76,091.46 | $77,073.08 |

*Please see Table 4 for a summary of other charges to this property.*

### TABLE 2: PROPERTY TAX CAP INFORMATION

| | 2023 Pay 2024 | 2024 Pay 2025 |
|---|---|---|
| Property tax cap (1%, 2%, or 3% depending upon combination of property types)[2] | $88,362.00 | $87,477.00 |
| Upward adjustment due to voter-approved projects and charges (e.g., referendum)[3] | $0.00 | $0.00 |
| Maximum tax that may be imposed under cap | $88,362.00 | $87,477.00 |

### TABLE 3: GROSS PROPERTY TAX DISTRIBUTION AMOUNTS APPLICABLE TO THIS PROPERTY

| TAXING AUTHORITY | TAX RATE 2024 | TAX RATE 2025 | TAX AMOUNT 2024 | TAX AMOUNT 2025 | TAX DIFFERENCE 2024 - 2025 | PERCENT DIFFERENCE |
|---|---|---|---|---|---|---|
| CITY/TOWN | 1.1440 | 1.1611 | $33,695.37 | $33,856.52 | $161.15 | 0.48% |
| COUNTY | 0.3954 | 0.3856 | $11,646.11 | $11,243.71 | ($402.40) | (3.46)% |
| LIBRARY | 0.0602 | 0.0571 | $1,773.13 | $1,664.98 | ($108.15) | (6.10)% |
| SCHOOL | 0.8431 | 0.8852 | $24,832.67 | $25,811.55 | $978.88 | 3.94% |
| SPECIAL UNIT | 0.0088 | 0.0085 | $259.20 | $247.85 | ($11.35) | (4.38)% |
| TOWNSHIP | 0.1319 | 0.1457 | $3,884.98 | $4,248.47 | $363.49 | 9.36% |
| TOTAL | 2.5834 | 2.6432 | $76,091.46 | $77,073.08 | $981.62 | 1.29% |

### TABLE 4: OTHER CHARGES / ADJUSTMENTS TO THIS PROPERTY

| LEVYING AUTHORITY | 2024 | 2025 | % Change |
|---|---|---|---|
| 708 Recycling District Portage | $20.00 | $20.00 | 0.0% |
| 80059 | $0.00 | $0.00 | 0.00% |
| | | | |
| TOTAL ADJUSTMENTS | $20.00 | $20.00 | 0.0% |

### TABLE 5: DEDUCTIONS APPLICABLE TO THIS PROPERTY[4]

| TYPE OF DEDUCTION | 2024 | 2025 |
|---|---|---|
| | | |

1. A taxpayer can only receive the Over 65 Circuit Breaker Credit or the County Option Circuit. Indiana Code § 6-1.1-49-6 specifies that a taxpayer cannot receive both.
2. The property tax cap is calculated separately for each class of property owned by the taxpayer.
3. Charges not subject to the property tax caps include property tax levies approved by voters through a referendum. When added to the base property tax cap amount for your property, this creates the effective tax cap. For more information, see the back of this document. Information regarding the referendums proposed during the most recent elections can be located online at: www.in.gov/dlgf/referendum-information.
4. If any circumstances have changed that would make you ineligible for a deduction that you have been granted per Table 5 of this tax bill, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you may be liable for taxes and penalties on the amount deducted.

STATE FORM 53569 (R25 / 11-24)
APPROVED BY STATE BOARD OF ACCOUNTS, 2025
PRESCRIBED BY THE DEPARTMENT OF LOCAL GOVERNMENT FINANCE IC 6-1.1-22-8.1
TREASURER FORM TS-1A

## SPRING INSTALLMENT REMITTANCE COUPON

**COUNTY: 64 - PORTER**

| PARCEL NUMBER | DUPLICATE NUMBER | TAX YEAR | Late Payment Penalty: 5% penalty after May 12, 2025, if there is no delinquent amount; 10% penalty for previous delinquency or if payment is made after June 11, 2025. |
|---|---|---|---|
| 64-05-25-128-005.000-016 | 944940 | 2024 Payable 2025 | |
| TAXING UNIT NAME | LEGAL DESCRIPTION | | |
| Portage Corporation -016 | C S Subdivision Unit 2  Lot 2  5.13A Ditch  Tif | | |
| PROPERTY ADDRESS | | | |
| 6169 Us Hwy 6, Portage IN 46368 | | | |

**SPRING AMOUNT DUE by May 12, 2025:** $ 2,413.10

Phone: (219)465-3470
Pay online at: https://lowtaxinfo.com/portercounty

MEL INDIANA  PIONEER PLAZA STE 1725
700 BISHOP ST STE 1928
HONOLULU HI  96813-4120

**Remit Payment and Make Check Payable to:**
Porter County Treasurer
155 Indiana Ave. Suite 209
Valparaiso IN  46383

0000944940000000002413107

---

2-21-25_V2

Please fold on perforation BEFORE tearing

## FALL INSTALLMENT REMITTANCE COUPON

**COUNTY: 64 - PORTER**

| PARCEL NUMBER | DUPLICATE NUMBER | TAX YEAR | Late Payment Penalty: 5% penalty after November 10, 2025, if there is no delinquent amount; 10% penalty for previous delinquency or if payment is made after December 10, 2025. |
|---|---|---|---|
| 64-05-25-128-005.000-016 | 944940 | 2024 Payable 2025 | |
| TAXING UNIT NAME | LEGAL DESCRIPTION | | |
| Portage Corporation -016 | C S Subdivision Unit 2  Lot 2  5.13A Ditch  Tif | | |
| PROPERTY ADDRESS | | | |
| 6169 Us Hwy 6, Portage IN 46368 | | | |

**FALL AMOUNT DUE by November 10, 2025:** $ 38,536.54

Phone: (219)465-3470
Pay online at: https://lowtaxinfo.com/portercounty

MEL INDIANA  PIONEER PLAZA STE 1725
700 BISHOP ST STE 1928
HONOLULU HI  96813-4120

**Remit Payment and Make Check Payable to:**
Porter County Treasurer
155 Indiana Ave. Suite 209
Valparaiso IN  46383

0000944940000000038536540

---

Please fold on perforation BEFORE tearing

## TAXPAYERS' COPY – KEEP FOR YOUR RECORDS

**COUNTY: 64 - PORTER**

| PARCEL NUMBER | DUPLICATE NUMBER | TAX YEAR | DUE DATES |
|---|---|---|---|
| 64-05-25-128-005.000-016 | 944940 | 2024 Payable 2025 | SPRING - May 12, 2025 |
| TAXING UNIT NAME | LEGAL DESCRIPTION | | FALL - November 10, 2025 |
| Portage Corporation -016 | C S Subdivision Unit 2  Lot 2  5.13A Ditch  Tif | | |

**DATE OF STATEMENT: 03/18/2025**

**TOTAL DUE FOR 24 PAY 25: $40,949.64**

| PROPERTY ADDRESS | |
|---|---|
| 6169 Us Hwy 6, Portage IN 46368 | |

| PROPERTY TYPE | TOWNSHIP |
|---|---|
| Real | Portage |
| ACRES | LIT 1% Rate |
| 5.1323 | 11.532900 |

MEL INDIANA  PIONEER PLAZA STE 1725
700 BISHOP ST STE 1928
HONOLULU HI  96813-4120

| ITEMIZED CHARGES | SPRING TOTAL | FALL TOTAL |
|---|---|---|
| Tax | $38,536.54 | $38,536.54 |
| Delinquent Tax | $38,045.73 | $0.00 |
| Delinquent Penalty | $1,902.29 | $0.00 |
| Other Assessment(OA) | $20.00 | $0.00 |
| Delinquent OA Tax | $0.00 | $0.00 |
| Delinquent OA Penalty | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Adjustments | $0.00 | $0.00 |
| **Amount Due** | **$78,504.56** | **$38,536.54** |
| Payment Received | ($76,091.46) | ($0.00) |
| **Balance Due** | **$2,413.10** | **$38,536.54** |

1/2  51279

Handwritten notes:
- MEL Indiana
- PAID 11/24 $38,045.73
- American Freight 12/13  38045.73 PAID

# Payments

| Payable Year | Entry Date | Payable Period | Amount Paid | Notes |
|---|---|---|---|---|
| 2025 *Mazlan'c* | 11/26/2024 | S | $38,045.73 | |
| 2025 *Amer Freight* | 12/13/2024 | S | $38,045.73 | |

TTL  $76,091.46