## CERTIFICATE OF SERVICE

I, Amy D. Brown, Esquire, certify that on April 23, 2025, I caused a true and correct copy of the foregoing *Motion Of MEL Indiana, LLC For Allowance and Payment of Administrative Expense Claim* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties listed below via electronic mail:

| | |
|---|---|
| Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>Joshua A. Sussberg, P.C.<br>Nicole L. Greenblatt, P.C.<br>Derek I. Hunter<br>601 Lexington Avenue<br>New York, New York 10022<br>joshua.sussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>derek.hunter@kirkland.com<br><br>Mark McKane, P.C.<br>555 California Street<br>San Francisco, California 94104<br>mark.mckane@kirkland.com | Young Conaway<br>Stargatt and Taylor, LLP<br>1000 North King Street<br>Wilmington, DE, 1980<br>Attn: Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq. and Allison S. Mielke, Esq.<br>emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com |
| Office of the United States Trustee for the District of Delaware<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>Attn: Timothy J. Fox<br>timothy.fox@usdoj.gov | Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>New York NY 10017, 34th Floor<br>Attn: Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, and Theodore S. Heckel<br>bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>plabov@pszjlaw.com<br>theckel@pszjlaw.com |

By: */s/ Amy D. Brown*
Amy D. Brown (DE 4077)

Dated: April 23, 2025