# EXHIBIT A

**Time Records by Professional**
**February 1, 2025 Through February 28, 2025**

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Mendelsohn (Partner)**                                                                                          **STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION**
*For the period February 01, 2025 through February 28, 2025*

## Bruce Mendelsohn (Partner) - Case Hours Summary

| Categories | Hours |
|---|---:|
| General Case Administration | 0.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.5 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 1.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 3.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **4.5** |

## Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 02/04/25 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/04/25 | Tuesday | 0.5 | Retention Application Matters | PWP Retention |
| 02/05/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/06/25 | Thursday | 0.5 | Retention Application Matters | PWP Retention |
| 02/12/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/19/25 | Wednesday | 0.5 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/26/25 | Wednesday | 0.5 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**

**Matt Rahmani (Managing Director)**                                                                                                        *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period February 01, 2025 through February 28, 2025*

### Matt Rahmani (Managing Director) - Case Hours Summary

| Categories | Hours |
|---|---|
| General Case Administration | 0.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 1.5 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 3.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **4.5** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 02/04/25 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/05/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/07/25 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/12/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/19/25 | Wednesday | 0.5 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/26/25 | Wednesday | 0.5 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/27/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Kendyl Corber (Director)**  *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period February 01, 2025 through February 28, 2025*

| Kendyl Corber (Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 0.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 1.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **1.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 02/04/25 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/27/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Baker (Associate)**  *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period February 01, 2025 through February 28, 2025*

| Bruce Baker (Associate) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 3.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.5 |
| Debtor Meetings and Discussions | 1.5 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **5.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 02/04/25 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/04/25 | Tuesday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 02/07/25 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/17/25 | Monday | 1.0 | Internal Tracking | General Case Administration |
| 02/18/25 | Tuesday | 0.5 | Fee Application Work | General Case Administration |
| 02/20/25 | Thursday | 0.5 | Fee Application Work | General Case Administration |
| 02/24/25 | Monday | 0.5 | Fee Application | First Monthly Fee Statement Drafting | General Case Administration |
| 02/27/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/28/25 | Friday | 0.5 | Fee Application Review | General Case Administration |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Emma Golden (Analyst)**     *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period February 01, 2025 through February 28, 2025*

| Emma Golden (Analyst) - Case Hours Summary | |
|---|---:|
| **Categories** | **Hours** |
| General Case Administration | 0.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 1.5 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **1.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 02/04/25 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/07/25 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/27/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Daniel Augustine (Analyst)**                                                                                                                                                                                                       *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period February 01, 2025 through February 28, 2025*

| Daniel Augustine (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 10.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.5 |
| Debtor Meetings and Discussions | 2.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **12.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 02/04/25 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/04/25 | Tuesday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 02/04/25 | Tuesday | 2.0 | Internal Filings | General Case Administration |
| 02/06/25 | Thursday | 0.5 | Call Scheduling with Debtor Banker | Debtor Meetings and Discussions |
| 02/07/25 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/10/25 | Monday | 1.0 | Internal Tracking | General Case Administration |
| 02/18/25 | Tuesday | 0.5 | Fee Application Work | General Case Administration |
| 02/20/25 | Thursday | 0.5 | Fee Application Work | General Case Administration |
| 02/23/25 | Sunday | 3.0 | Fee Application | First Monthly Fee Statement Drafting | General Case Administration |
| 02/24/25 | Monday | 0.5 | Fee Application | First Monthly Fee Statement Drafting | General Case Administration |
| 02/24/25 | Monday | 1.0 | Internal Tracking | General Case Administration |
| 02/25/25 | Tuesday | 1.0 | Internal Tracking | General Case Administration |
| 02/27/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/28/25 | Friday | 0.5 | Fee Application Review | General Case Administration |