# EXHIBIT B

## Expense Detail

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Exhibit B**                                            *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*

| | |
|---|---:|
| Employee Meals | $0.00 |
| Employee Travel | 0.00 |
| Legal Fees - Deal Related | 31,156.00 |
| *Total Out-of-Pocket Expenses* | *$31,156.00* |

| Transaction Date | Transaction Source | Worker | Spend Category | Additional Detail | Amount to Bill |
|---|---|---|---|---|---|
| 2/28/2025 | Supplier Invoice | Legal Fees - Deal Related | Legal Fees - Deal Related | | $31,156.00 |

# Katten

|  |  |
|---|---|
| Direct Billing Inquiries to:<br>Lisa Henry<br>lisa.henry@katten.com | 50 Rockefeller Plaza<br>New York, NY 10020-1605 |

March 14, 2025

| | |
|---|---|
| PERELLA WEINBERG PARTNERS LLP<br>Attn: Justin Kamen<br>General Counsel<br>767 5th Avenue<br>New York, NY 10153 | Invoice No. 40258782<br>Client No. 342720<br>Matter No. 00012 |

FEIN: 36-2796532

**Re: Franchise Group, Inc.** (342720.00012)
For legal services rendered through February 28, 2025 ......................................................... $31,156.00

**CURRENT INVOICE TOTAL:** $31,156.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 342720 – PERELLA WEINBERG PARTNERS LLP                                    Invoice No. 40258782
                                                                                  Invoice Date: March 14, 2025

**PROFESSIONAL SERVICES**
Matter 00012: Franchise Group, Inc.

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 02 Feb 25 | Rochester, Shaya | Provide comments on 1L markup of Retention Order (1.00); communications with PWP regarding same (.30) | 1.30 |
| 03 Feb 25 | Rochester, Shaya | Update proposed Retention Order (.10); communications with M. Rosella regarding same (.20); communications with 1L's counsel regarding comments to Retention Order (.20); briefly review pleadings related to Willkie retention and revised Plan and Debtors' omnibus reply in support of Disclosure Statement (.60); review final version of term sheet between Debtors, Committee and 1L ad hoc group (.30) | 1.40 |
| 03 Feb 25 | Rosella, Michael | Review amended chapter 11 plan regarding provisions related to PWP (.40); prepare email to S. Rochester regarding same (.10); emails with Katten regarding negotiations with 1L lender group on retention order terms (.30) | 0.80 |
| 04 Feb 25 | Rochester, Shaya | Review 1L comments to Retention Order (.30); communications with PWP regarding same (.20); review amended Plan and Disclosure Statement documents (.50); communications with Paul Hastings, PWP, and Pachulski regarding revised Retention Order (.30) | 1.30 |
| 04 Feb 25 | Rosella, Michael | Emails with Katten and PWP regarding negotiations with 1L lender group on terms of retention application (.30); prepare updates to proposed retention order (.20) | 0.50 |
| 05 Feb 25 | Rochester, Shaya | Finalize PWP Retention Order (.20); communications with PWP and Pachulski regarding same (.20) | 0.40 |
| 05 Feb 25 | Rosella, Michael | Respond to questions from S. Rochester regarding proposed retention order matters (.30) | 0.30 |
| 06 Feb 25 | Rochester, Shaya | Monitor court hearing (partial billing as an accommodation) and communications with PWP regarding same (2.20) | 2.20 |
| 06 Feb 25 | Rosella, Michael | Emails with Katten and PWP regarding hearing matters (.20) | 0.20 |
| 07 Feb 25 | Rochester, Shaya | Communications with Pachulski and PWP regarding Revised Retention Order (.30) | 0.30 |
| 07 Feb 25 | Rosella, Michael | Emails with PWP, Katten, and Pachulski regarding certification of counsel for PWP retention order (.40) | 0.40 |
| 11 Feb 25 | Rochester, Shaya | Communications with Pachulski and PWP regarding PWP Retention Application (.20); communications with PWP regarding potential attendance at hearing (.10) | 0.30 |
| 11 Feb 25 | Rosella, Michael | Emails with Katten, PWP, and Pachulski regarding hearing preparations (.20) | 0.20 |
| 12 Feb 25 | Rochester, Shaya | Briefly review changes to Disclosure Statement and Chapter 11 plan (.20); attend Bankruptcy Court hearing and communications with PWP regarding same (1.0); communications with PWP regarding Retention Order | 1.40 |

2

Client: 342720 – PERELLA WEINBERG PARTNERS LLP  Invoice No. 40258782
Invoice Date: March 14, 2025

## PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 12 Feb 25 | Rosella, Michael | Review updates from hearing on Willkie retention (.20); review PWP retention order (.20); review amended plan for provisions relevant to PWP (.40) (.20) | 0.80 |
| 13 Feb 25 | Rosella, Michael | Prepare emails to PWP and Katten regarding next steps for fee statements and applications (.50) | 0.50 |
| 18 Feb 25 | Rochester, Shaya | Briefly review changes to Chapter 11 Plan and summary of pleadings filed in connection with appeals filed by Freedom Lenders (.30) | 0.30 |
| 18 Feb 25 | Rosella, Michael | Attend call with B. Baker (PWP) regarding various fee matters (.20); respond to questions from PWP with respect to same (.20) | 0.40 |
| 19 Feb 25 | Rochester, Shaya | Attend and monitor Disclosure Statement Hearing (1.70) | 1.70 |
| 19 Feb 25 | Rosella, Michael | Review updates from disclosure statement hearing (.20); begin to prepare PWP first interim fee application (1.20); emails with Katten and Pachulski regarding same (.20) | 1.60 |
| 20 Feb 25 | Rosella, Michael | Emails with Pachulski and PWP regarding fee matters (.30) | 0.30 |
| 21 Feb 25 | Rosella, Michael | Review amended plan with respect to various matters affecting PWP (.30); respond to questions from S. Rochester regarding same (.20) | 0.50 |
| 24 Feb 25 | Rosella, Michael | Prepare comments to PWP first monthly fee statement (.80); review PWP time entry narratives for confidential information (.40); continue to prepare draft interim fee application (.70) | 1.90 |
| 25 Feb 25 | Rosella, Michael | Prepare emails to PWP regarding various fee statement and application matters (.30) | 0.30 |
| 28 Feb 25 | Rochester, Shaya | Provide comments on draft First Monthly Fee Statement and Interim Fee Application (.40); communications with M. Rosella regarding same (.40) | 0.80 |
| 28 Feb 25 | Rosella, Michael | Incorporate S. Rochester comments to first monthly fee statement (.40); incorporate S. Rochester comments to draft interim fee application (.30); prepare emails to PWP regarding same and next steps (.40) | 1.10 |
| | | **TOTALS:** | **21.20** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 44845 | Rochester, Shaya | 11.40 | 1,710.00 | $19,494.00 |
| 45177 | Rosella, Michael | 9.80 | 1,190.00 | $11,662.00 |
| | **TOTAL:** | **21.20** | | **$31,156.00** |

3

# Katten

50 Rockefeller Plaza
New York, NY 10020-1605

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

**Attorney:** 44845 - Rochester, Shaya
**Client:** 342720 - PERELLA WEINBERG PARTNERS LLP
**Matter:** 00012 - Franchise Group, Inc.

**Invoice No.:** 40258782
**Invoice Date:** 14 Mar 25

**Current Invoice Charges:** $31,156.00

**TOTAL BALANCE DUE:** $31,156.00

