# EXHIBIT A

**Time Records by Professional**
**March 1, 2025 Through March 31, 2025**

Illustrative Draft | Subject to Revision

**Franchise Group, Inc.**

**Bruce Mendelsohn (Partner)** STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION

*For the period March 01, 2025 through March 31, 2025*

**Bruce Mendelsohn (Partner) - Case Hours Summary**

| Categories | Hours |
|---|---|
| General Case Administration | 3.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 1.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 2.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **6.0** |

**Case Hours Detail**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 03/11/25 | Tuesday | 1.5 | Expert Report Reading | Due Diligence, Business Plan and Related Analyses |
| 03/12/25 | Wednesday | 0.5 | Discussions with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Expert Report Reading | Due Diligence, Business Plan and Related Analyses |
| 03/14/25 | Friday | 1.0 | Call with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Internal Discussion | General Case Administration |
| 03/14/25 | Friday | 0.5 | Call with UCC Counsel | General Case Administration |
| 03/20/25 | Thursday | 0.5 | Call with Ducera | Sale Process Update | Debtor Meetings and Discussions |
| 03/24/25 | Monday | 0.5 | Call with Ducera | Sale Process Update | Debtor Meetings and Discussions |
| 03/31/25 | Monday | 0.5 | Fee Application | Interim Fee Statement | General Case Administration |

Illustrative Draft | Subject to Revision

**Franchise Group, Inc.**

**James Wappler (Partner)**

STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION

*For the period March 01, 2025 through March 31, 2025*

**James Wappler (Partner) - Case Hours Summary**

| Categories | Hours |
|---|---|
| General Case Administration | 0.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **1.0** |

**Case Hours Detail**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 03/14/25 | Friday | 0.5 | Expert Report Reading | Due Diligence, Business Plan and Related Analyses |
| 03/14/25 | Friday | 0.5 | Internal Discussion | General Case Administration |

Illustrative Draft | Subject to Revision

**Franchise Group, Inc.**

**Matt Rahmani (Managing Director)**

*STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*

*For the period March 01, 2025 through March 31, 2025*

| Matt Rahmani (Managing Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 3.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 2.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **5.0** |

**Case Hours Detail**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 03/11/25 | Tuesday | 1.5 | Expert Report Reading | Due Diligence, Business Plan and Related Analyses |
| 03/12/25 | Wednesday | 0.5 | Discussions with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Expert Report Reading | Due Diligence, Business Plan and Related Analyses |
| 03/14/25 | Friday | 1.0 | Call with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Internal Discussion | General Case Administration |
| 03/14/25 | Friday | 0.5 | Review of Supplemental PII List | General Case Administration |
| 03/31/25 | Monday | 0.5 | Fee Application \| Interim Fee Statement | General Case Administration |

Illustrative Draft | Subject to Revision

**Franchise Group, Inc.**

**Kendyl Corber (Director)**

*STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*

*For the period March 01, 2025 through March 31, 2025*

| Kendyl Corber (Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 1.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **2.0** |

**Case Hours Detail**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 03/14/25 | Friday | 0.5 | Expert Report Reading | Due Diligence, Business Plan and Related Analyses |
| 03/14/25 | Friday | 1.0 | Call with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Internal Discussion | General Case Administration |

Illustrative Draft | Subject to Revision

**Franchise Group, Inc.**

**Bruce Baker (Associate)**

*STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*

*For the period March 01, 2025 through March 31, 2025*

| Bruce Baker (Associate) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 14.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 4.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **18.0** |

**Case Hours Detail**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 03/03/25 | Monday | 0.5 | Fee Application \| First Monthly Fee Statement | General Case Administration |
| 03/05/25 | Wednesday | 1.0 | Fee Application \| First Monthly Fee Statement | General Case Administration |
| 03/06/25 | Thursday | 0.5 | Fee Application \| First Monthly Fee Statement | General Case Administration |
| 03/10/25 | Monday | 0.5 | Hours Tracker Review | General Case Administration |
| 03/10/25 | Monday | 1.0 | Fee Application \| Second Monthly Fee Statement | General Case Administration |
| 03/10/25 | Monday | 1.0 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/11/25 | Tuesday | 1.0 | Fee Application \| Second Monthly Fee Statement | General Case Administration |
| 03/11/25 | Tuesday | 0.5 | Payment Coordination | General Case Administration |
| 03/11/25 | Tuesday | 1.5 | Expert Report Reading | Due Diligence, Business Plan and Related Analyses |
| 03/12/25 | Wednesday | 0.5 | Discussions with UCC Counsel | General Case Administration |
| 03/12/25 | Wednesday | 0.5 | Discussions with UCC Counsel \| Call Scheduling | General Case Administration |
| 03/12/25 | Wednesday | 1.0 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/13/25 | Thursday | 1.5 | Expert Report Reading | Due Diligence, Business Plan and Related Analyses |
| 03/14/25 | Friday | 1.0 | Call with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Internal Discussion | General Case Administration |
| 03/14/25 | Friday | 0.5 | Review of Supplemental PII List | General Case Administration |
| 03/17/25 | Monday | 0.5 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/21/25 | Friday | 1.0 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/23/25 | Sunday | 0.5 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/24/25 | Monday | 0.5 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/25/25 | Tuesday | 0.5 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/27/25 | Thursday | 1.0 | Internal Update Emails | Due Diligence, Business Plan and Related Analyses |
| 03/28/25 | Friday | 0.5 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/31/25 | Monday | 0.5 | Fee Application \| Interim Fee Statement | General Case Administration |

Illustrative Draft | Subject to Revision

**Franchise Group, Inc.**

**Emma Golden (Analyst)**

*STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*

*For the period March 01, 2025 through March 31, 2025*

| Emma Golden (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 1.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **1.5** |

**Case Hours Detail**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 03/14/25 | Friday | 1.0 | Call with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Internal Discussion | General Case Administration |

Illustrative Draft | Subject to Revision

**Franchise Group, Inc.**

**Daniel Augustine (Analyst)**

*STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*

*For the period March 01, 2025 through March 31, 2025*

**Daniel Augustine (Analyst) - Case Hours Summary**

| Categories | Hours |
|---|---|
| General Case Administration | 15.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 3.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **18.5** |

**Case Hours Detail**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 03/02/25 | Sunday | 0.5 | Fee Application \| First Monthly Fee Statement | General Case Administration |
| 03/03/25 | Monday | 1.5 | Hours Tracker Edits | General Case Administration |
| 03/04/25 | Tuesday | 0.5 | Fee Application \| First Monthly Fee Statement | General Case Administration |
| 03/05/25 | Wednesday | 1.0 | Fee Application \| First Monthly Fee Statement | General Case Administration |
| 03/06/25 | Thursday | 0.5 | Fee Application \| First Monthly Fee Statement | General Case Administration |
| 03/10/25 | Monday | 1.0 | Fee Application \| Second Monthly Fee Statement | General Case Administration |
| 03/10/25 | Monday | 1.0 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/11/25 | Tuesday | 1.0 | Fee Application \| Second Monthly Fee Statement | General Case Administration |
| 03/11/25 | Tuesday | 0.5 | Payment Coordination | General Case Administration |
| 03/11/25 | Tuesday | 1.5 | Expert Report Reading | Due Diligence, Business Plan and Related Analyses |
| 03/12/25 | Wednesday | 0.5 | Discussions with UCC Counsel | General Case Administration |
| 03/12/25 | Wednesday | 0.5 | Discussions with UCC Counsel \| Call Scheduling | General Case Administration |
| 03/12/25 | Wednesday | 1.0 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/13/25 | Thursday | 1.5 | Expert Report Reading | Due Diligence, Business Plan and Related Analyses |
| 03/13/25 | Thursday | 1.5 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/14/25 | Friday | 1.0 | Call with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Internal Discussion | General Case Administration |
| 03/14/25 | Friday | 0.5 | Review of Supplemental PII List | General Case Administration |
| 03/17/25 | Monday | 0.5 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/21/25 | Friday | 1.0 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/28/25 | Friday | 0.5 | Fee Application \| Interim Fee Statement | General Case Administration |
| 03/31/25 | Monday | 0.5 | Fee Application \| Interim Fee Statement | General Case Administration |