# EXHIBIT B

## Expense Detail

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Exhibit B**                                                                                                   *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*

| | |
|---|---:|
| Employee Meals | $0.00 |
| Employee Travel | 0.00 |
| Legal Fees - Deal Related | 28,705.00 |
| *Total Out-of-Pocket Expenses* | *$28,705.00* |

| Transaction Date | Transaction Source | Worker | Spend Category | Additional Detail | Amount to Bill |
|---|---|---|---|---|---|
| 3/31/2025 | Supplier Invoice | Legal Fees - Deal Related | Legal Fees - Deal Related | | $28,705.00 |

# Katten

|  |  |
|---|---|
| Direct Billing Inquiries to:<br>Lisa Henry<br>lisa.henry@katten.com | 50 Rockefeller Plaza<br>New York, NY 10020-1605 |

April 9, 2025

PERELLA WEINBERG PARTNERS LLP  
Attn: Justin Kamen  
General Counsel  
767 5th Avenue  
New York, NY 10153

Invoice No. 40262552  
Client No. 342720  
Matter No. 00012

FEIN: 36-2796532

**Re: Franchise Group, Inc.** (342720.00012)

For legal services rendered through March 31, 2025 ............................................................ $28,705.00

**CURRENT INVOICE TOTAL:** $28,705.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).  
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 342720 – PERELLA WEINBERG PARTNERS LLP                                     Invoice No. 40262552
                                                                                   Invoice Date: April 9, 2025

**PROFESSIONAL SERVICES**
Matter 00012: Franchise Group, Inc.

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 03 Mar 25 | Rochester, Shaya | Communications with M. Rosella and Pachulski (including C. Robinson and B. Sandler) regarding First Monthly Fee Statement (.20) | 0.20 |
| 03 Mar 25 | Rosella, Michael | Attend call with B. Baker (PWP) regarding various matter updates (.10); review updated first monthly fee statement documents shared by PWP (.40); prepare emails to PWP deal team and in-house counsel and Pachulski core team regarding same (.30); emails with S. Rochester regarding next steps (.20) | 1.00 |
| 04 Mar 25 | Rochester, Shaya | Call with Pachulski (B. Sandler) and M. Rosella regarding case status (.30); provide comments on First Monthly Fee Statement (.50) | 0.80 |
| 04 Mar 25 | Rosella, Michael | Attend call with S. Rochester and Pachulski (B. Sandler) regarding PWP fee matters (.30); follow-up email with S. Rochester regarding same (.10); review recently-filed pleadings in the chapter 11 cases with respect to same and other matters affecting PWP (.40); respond to questions from S. Rochester regarding same (.20); review updated monthly fee statement shared by PWP (.30); respond to questions from PWP deal team regarding same (.20) | 1.50 |
| 05 Mar 25 | Rochester, Shaya | Communications with PWP deal team regarding Monthly Fee Statement (.60); communications with Pachulski core team regarding Monthly Fee Statement (.30) | 0.90 |
| 06 Mar 25 | Rochester, Shaya | Finalize Monthly Fee Statement for filing (.10); communications with PWP deal team and Pachulski core team regarding same (.10) | 0.20 |
| 07 Mar 25 | Rochester, Shaya | Attend to issues regarding compliance with Fee Examiner Order (.20); communications with PWP deal team and in-house counsel regarding same (.10) | 0.30 |
| 07 Mar 25 | Rosella, Michael | Emails with S. Rochester and PWP deal team regarding first monthly fee statement matters (.40) | 0.40 |
| 10 Mar 25 | Rochester, Shaya | Provide comments on draft Monthly Fee Statement (.20) | 0.20 |
| 10 Mar 25 | Rosella, Michael | Emails with S. Rochester and PWP deal team regarding various interim fee application matters (.40); prepare comments to draft January monthly fee statement prepared by PWP (.80); review PWP January time entries for privileged and confidential information (.30) | 1.50 |
| 11 Mar 25 | Rochester, Shaya | Review markup of Monthly Fee Statement to confirm compliance with Interim Compensation Order and UST Guidelines (.20); communications with M. Rosella regarding same (.20) | 0.40 |
| 11 Mar 25 | Rosella, Michael | Review S. Rochester comments on second monthly fee statement (.30); emails with S. Rochester and PWP deal team regarding same and next steps (.30); attend call with B. Baker (PWP) regarding same (.10) | 0.70 |

Client: 342720 – PERELLA WEINBERG PARTNERS LLP  Invoice No. 40262552
Invoice Date: April 9, 2025

## PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 12 Mar 25 | Rosella, Michael | Prepare emails to S. Rochester and Pachulski core team regarding various fee statement and application matters (.20); provide comments on updated interim fee application draft circulated by PWP (1.00); prepare emails to S. Rochester regarding same and next steps (.30); emails with S. Rochester regarding various disclosure matters (.20) | 1.70 |
| 13 Mar 25 | Rochester, Shaya | Provide comments on draft Interim Fee Application (.40); communications with M. Rosella regarding same (.30) | 0.70 |
| 13 Mar 25 | Rosella, Michael | Incorporate S. Rochester comments to interim fee application draft (.70); emails with PWP deal team and in-house counsel regarding same and next steps (.30); emails with Pachulski regarding same (.20) | 1.20 |
| 17 Mar 25 | Rochester, Shaya | Finalize Second Monthly Fee Statement and Interim Fee Applications (.30); prepare for call with Pachulski regarding same (.20); call with Pachulski regarding same (.20); communications with PWP deal team and in-house counsel regarding same (.20) | 0.90 |
| 17 Mar 25 | Rosella, Michael | Prepare updates to PWP January monthly fee statement (.20); prepare updates to first interim fee application (.30); attend call with A. Bates (Pachulski) regarding same and next steps (.10); emails with PWP deal team and in-house counsel regarding finalizing and filing first interim fee application (.40); emails with Pachulski core team regarding same (.20); respond to questions from S. Rochester regarding same (.20) | 1.40 |
| 21 Mar 25 | Rochester, Shaya | Call with M. Rosella regarding Fee Applications compliance with UST Guidelines (.20); communications with PWP deal team and in-house counsel regarding Fee Applications compliance with UST Guidelines (.20) | 0.40 |
| 21 Mar 25 | Rosella, Michael | Attend call with S. Rochester regarding fee application matters (.20); analyze fee examiner initial report (.50); prepare emails to deal team and in-house counsel at PWP regarding same and next steps (.70) | 1.40 |
| 23 Mar 25 | Rosella, Michael | Emails with PWP deal team and in-house counsel regarding various matters related to first interim fee application (.30) | 0.30 |
| 24 Mar 25 | Rosella, Michael | Attend call with B. Baker (PWP) regarding fee application matters (.10); review data received from PWP deal team with respect to inquiries from fee examiner (.20); prepare draft response to fee examiner outlining PWP's positions (.80); prepare emails to S. Rochester regarding same and next steps (.30) | 1.40 |
| 25 Mar 25 | Rochester, Shaya | Attend to issues regarding compliance with Interim Compensation Order (.20); communications with M. Rosella and PWP regarding same (.30) | 0.50 |
| 25 Mar 25 | Rosella, Michael | Respond to questions from S. Rochester regarding interim fee hearing matters (.30) | 0.30 |

Client: 342720 – PERELLA WEINBERG PARTNERS LLP  
Invoice No. 40262552  
Invoice Date: April 9, 2025

## PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 26 Mar 25 | Rochester, Shaya | Review Fee Examiner's Report (.20); communications with PWP regarding same (.10) | 0.30 |
| 26 Mar 25 | Rosella, Michael | Review updated interim report from Fee Examiner (.30); prepare emails to S. Rochester and PWP deal team and in-house legal team regarding same and next steps (.30) | 0.60 |
| 27 Mar 25 | Rosella, Michael | Review plan supplement documents with respect to matters related to PWP (.40); review Fee Examiner final report filed with court (.20); prepare emails to PWP deal team and in-house legal team regarding same and next steps (.30) | 0.90 |
| 28 Mar 25 | Rochester, Shaya | Communications with PWP regarding compliance with Interim Compensation Order (.20) | 0.20 |
| 28 Mar 25 | Rosella, Michael | Prepare emails to PWP deal team and in-house lawyers regarding first monthly fee statement matters (.20); prepare emails to Pachulski (including B. Sandler and C. Robinson) regarding same (.20); respond to questions from S. Rochester regarding same (.20) | 0.60 |
| 31 Mar 25 | Rosella, Michael | Revise CNO for PWP first monthly fee statement circulated by Pachulski team (.30); prepare emails to S. Rochester and PWP deal team and in-house lawyers regarding same (.30) | 0.60 |
| | | **TOTALS:** | **21.50** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 44845 | Rochester, Shaya | 6.00 | 1,710.00 | $10,260.00 |
| 45177 | Rosella, Michael | 15.50 | 1,190.00 | $18,445.00 |
| | **TOTAL:** | **21.50** | | **$28,705.00** |

4

# Katten

50 Rockefeller Plaza
New York, NY 10020-1605

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | | |
|---|---|---|---|---|
| **Attorney:** | 44845 - Rochester, Shaya | | **Invoice No.:** | 40262552 |
| **Client:** | 342720 - PERELLA WEINBERG PARTNERS LLP | | **Invoice Date:** | 09 Apr 25 |
| **Matter:** | 00012 - Franchise Group, Inc. | | | |

**Current Invoice Charges:** $28,705.00

**PREVIOUS BALANCE DUE:**

| Invoice Date | Invoice No. | Matter | Invoice Total | Current Balance |
|---|---|---|---|---|
| 14 Mar 25 | 40258782 | 00012 | 31,156.00 | 31,156.00 |

**TOTAL OUTSTANDING BALANCE :** $31,156.00

**TOTAL BALANCE DUE:** $59,861.00

