# <u>EXHIBIT A</u>

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

**FEIN: 27-0822707**

| | |
|---|---|
| Invoice to:<br><br>Franchise Group, Inc.<br>2371 Liberty Way<br>Virginia Beach, VA 23456 | **Invoice Date:**     **4/12/2025**<br>**Invoice Number:**   **1050-0325**<br>**Project:**         **Franchise Group, Inc.**<br>                    **Bankruptcy Professional Fee Exam** |

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **For Services 01/15/25 Through 03/31/25** | | | | | | | | |
| 1/15/2025 | WJD | Client administration | Account administration | Review e-mail | From dfo re order | 300.00 | 0.20 | 60.00 |
| 1/15/2025 | WJD | Client administration | Court docket | Review documents filed | Initial docket review | 300.00 | 1.40 | 420.00 |
| 1/19/2025 | WJD | Client administration | Client administration | Review documents filed | Initial docket review and down load documents | 300.00 | 0.30 | 90.00 |
| 1/23/2025 | WJD | Client administration | Client administration | Review docket and update database | FGI | 300.00 | 0.20 | 60.00 |
| 1/29/2025 | WJD | Client administration | Client administration | Review docket and update database | FGI | 300.00 | 0.20 | 60.00 |
| 2/3/2025 | WJD | Province LLC | Monthly fee application | Review e-mail | From atb pszj re fee app | 300.00 | 0.10 | 30.00 |
| 2/3/2025 | WJD | Pachulski Stang Ziehl Jones | Monthly fee application | Review e-mail | From atb pszj re fee app | 300.00 | 0.10 | 30.00 |
| 2/5/2025 | WJD | Pachulski Stang Ziehl Jones | Monthly fee application | Review e-mail | From atb pszj re fee app data | 300.00 | 0.10 | 30.00 |
| 2/6/2025 | WJD | Province LLC | Monthly fee application | Review e-mail | From atb pszj re data files | 300.00 | 0.10 | 30.00 |
| 2/14/2025 | WJD | Young Conaway Stargatt & Taylor | Monthly fee application | Review e-mail | From ep dp re fee app | 300.00 | 0.10 | 30.00 |
| 2/17/2025 | WJD | Young Conaway Stargatt & Taylor | Monthly fee application | Review e-mail | From bo ycst re data files | 300.00 | 0.20 | 60.00 |
| 2/20/2025 | WJD | Kirkland & Ellis | Client administration | Review e-mail | From dfo re ke ret | 300.00 | 0.10 | 30.00 |
| 2/20/2025 | WJD | DFR | Client administration | Review docket and update database | FGI | 300.00 | 0.50 | 150.00 |
| 2/26/2025 | WJD | Krolll Restructuring Administration LLC | Interim fee application | Review e-mail | From dfo re data | 300.00 | 0.10 | 30.00 |
| 2/28/2025 | WJD | Ernst & Young LLP | Monthly fee application | Review e-mail | From ep ey re fee app | 300.00 | 0.10 | 30.00 |
| 2/28/2025 | WJD | Krolll Restructuring Administration LLC | Interim fee application | Review e-mail | From dfo re data files | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

**FEIN: 27-0822707**

| Invoice to: | | Invoice Date: | 4/12/2025 |
|---|---|---|---|
| | | Invoice Number: | 1050-0325 |
| **Franchise Group, Inc.** | | Project: | **Franchise Group, Inc.** |
| **2371 Liberty Way** | | | **Bankruptcy Professional Fee Exam** |
| **Virginia Beach, VA 23456** | | | |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| **For Services 01/15/25 Through 03/31/25** | | | | | | | |
| 2/28/2025 | WJD | Kroll Restructuring Administration LLC | Interim fee application | Review documents filed | 1st app | 300.00 | 0.20 | 60.00 |
| 2/28/2025 | WJD | Kroll Restructuring Administration LLC | Interim fee application | Review billing entry detail | 1st fee app | 300.00 | 0.30 | 90.00 |
| 2/28/2025 | WJD | Kroll Restructuring Administration LLC | Interim fee application | Update and revise initial report | 1st fee app | 300.00 | 0.20 | 60.00 |
| 2/28/2025 | WJD | Client administration | Court docket | Review docket and update database | GFI | 300.00 | 0.30 | 90.00 |
| 3/2/2025 | WJD | Kroll Restructuring Administration LLC | Monthly fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/5/2025 | WJD | Kroll Restructuring Administration LLC | Interim fee application | Review e-mail | From dfo re draft final report | 300.00 | 0.20 | 60.00 |
| 3/5/2025 | WJD | Kroll Restructuring Administration LLC | Interim fee application | Update and revise report | 1st interim | 300.00 | 0.40 | 120.00 |
| 3/5/2025 | WJD | Kroll Restructuring Administration LLC | Interim fee application | Review e-mail | From sb ycst re report | 300.00 | 0.10 | 30.00 |
| 3/5/2025 | WJD | Pachulski Stang Ziehl Jones | Monthly fee application | Review e-mail | From atb pszj re fee apps | 300.00 | 0.10 | 30.00 |
| 3/6/2025 | WJD | Perella Weinberg Ptrs | Monthly fee application | Review e-mail | From atb pszj re fee app | 300.00 | 0.10 | 30.00 |
| 3/7/2025 | WJD | Akin Gump | Monthly fee application | Review e-mail | From afa ag re data files | 300.00 | 0.10 | 30.00 |
| 3/7/2025 | WJD | Pachulski Stang Ziehl Jones | Monthly fee application | Review e-mail | From atb pszj re data file | 300.00 | 0.10 | 30.00 |
| 3/7/2025 | WJD | Province LLC | Monthly fee application | Review e-mail | From atb pszj re data file | 300.00 | 0.10 | 30.00 |
| 3/7/2025 | WJD | Kroll Restructuring Administration LLC | Interim fee application | Review e-mail | From klm ycst re report | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

**FEIN: 27-0822707**

| | |
|---|---|
| Invoice to:<br><br>**Franchise Group, Inc.**<br>**2371 Liberty Way**<br>**Virginia Beach, VA 23456** | **Invoice Date:**    **4/12/2025**<br>**Invoice Number:**    **1050-0325**<br>**Project:**    **Franchise Group, Inc.**<br>**Bankruptcy Professional Fee Exam** |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**For Services 01/15/25 Through 03/31/25**

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 3/7/2025 | WJD | Krolll Restructuring Administration LLC | Interim fee application | Update and revise report | Final report draft | 300.00 | 0.20 | 60.00 |
| 3/7/2025 | WJD | Perella Weinberg Ptrs | Monthly fee application | Review e-mail | From atb pszj re data file | 300.00 | 0.10 | 30.00 |
| 3/7/2025 | WJD | Krolll Restructuring Administration LLC | Monthly fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/7/2025 | WJD | Ashby Geddes | Monthly fee application | Review e-mail | From ad ag re fee apps | 300.00 | 0.10 | 30.00 |
| 3/7/2025 | WJD | Krolll Restructuring Administration LLC | Interim fee application | Review e-mail | From sb ycst re report | 300.00 | 0.10 | 30.00 |
| 3/7/2025 | WJD | Krolll Restructuring Administration LLC | Interim fee application | Review e-mail | From klm ycst re final report | 300.00 | 0.10 | 30.00 |
| 3/10/2025 | WJD | Province LLC | Interim fee application | Review e-mail | From atb pszj re filed app | 300.00 | 0.10 | 30.00 |
| 3/10/2025 | WJD | Province LLC | Interim fee application | Review e-mail | From dfo re data files | 300.00 | 0.10 | 30.00 |
| 3/11/2025 | WJD | Pachulski Stang Ziehl Jones | Interim fee application | Review e-mail | From atb pszj re filed apps | 300.00 | 0.10 | 30.00 |
| 3/11/2025 | WJD | Ashby Geddes | Interim fee application | Review e-mail | From dfo re data files | 300.00 | 0.10 | 30.00 |
| 3/11/2025 | WJD | Pachulski Stang Ziehl Jones | Monthly fee application | Review e-mail | From atb pszj re data files | 300.00 | 0.10 | 30.00 |
| 3/11/2025 | WJD | Pachulski Stang Ziehl Jones | Interim fee application | Review e-mail | From dfo re data files | 300.00 | 0.10 | 30.00 |
| 3/12/2025 | WJD | Young Conaway Stargatt & Taylor | Monthly fee application | Review e-mail | From bo ycst re data files | 300.00 | 0.10 | 30.00 |
| 3/12/2025 | WJD | Young Conaway Stargatt & Taylor | Monthly fee application | Review e-mail | From ac kroll re fee app | 300.00 | 0.10 | 30.00 |
| 3/13/2025 | WJD | Client administration | Court docket | Review docket and update database | FGI | 300.00 | 0.30 | 90.00 |
| 3/13/2025 | WJD | Province LLC | Interim fee application | Review documents filed | 1st Interim | 300.00 | 0.80 | 240.00 |
| 3/13/2025 | WJD | Province LLC | Interim fee application | Review billing entry detail | 1st interim | 300.00 | 1.30 | 390.00 |

**Payment Remittance Address:**

Direct Fee Review LLC
24A Trolley Square,
#1225

Wilmington, DE 19806

FEIN: 27-0822707

| Invoice to: | Invoice Date: | 4/12/2025 |
|---|---|---|
| | Invoice Number: | 1050-0325 |
| Franchise Group, Inc. | Project: | Franchise Group, Inc. |
| 2371 Liberty Way | | Bankruptcy Professional Fee Exam |
| Virginia Beach, VA 23456 | | |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|

**For Services 01/15/25 Through 03/31/25**

| Date | Staff | | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/13/2025 | WJD | Province LLC | Interim fee application | Update and revise initial report | 1st interim | 300.00 | 0.40 | 120.00 |
| 3/13/2025 | WJD | Ernst & Young LLP | Monthly fee application | Review e-mail | From dfo re data | 300.00 | 0.10 | 30.00 |
| 3/13/2025 | WJD | Ernst & Young LLP | Monthly fee application | Review e-mail | From dfo re data request | 300.00 | 0.10 | 30.00 |
| 3/13/2025 | WJD | Ashby Geddes | Interim fee application | Review documents filed | 1st interim | 300.00 | 0.20 | 60.00 |
| 3/13/2025 | WJD | Ashby Geddes | Interim fee application | Review billing entry detail | 1st interim | 300.00 | 0.30 | 90.00 |
| 3/13/2025 | WJD | Ashby Geddes | Interim fee application | Update and revise initial report | 1st interim | 300.00 | 0.20 | 60.00 |
| 3/13/2025 | WJD | Pachulski Stang Ziehl Jones | Interim fee application | Review documents filed | 1st interim | 300.00 | 0.80 | 240.00 |
| 3/13/2025 | WJD | Pachulski Stang Ziehl Jones | Interim fee application | Review billing entry detail | 1st interim | 300.00 | 1.40 | 420.00 |
| 3/13/2025 | WJD | Pachulski Stang Ziehl Jones | Interim fee application | Update and revise initial report | 1st interim | 300.00 | 0.60 | 180.00 |
| 3/13/2025 | WJD | Ashby Geddes | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.20 | 60.00 |
| 3/13/2025 | WJD | Province LLC | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.20 | 60.00 |
| 3/13/2025 | WJD | Young Conaway Stargatt & Taylor | Interim fee application | Review e-mail | From dfo re data files | 300.00 | 0.20 | 60.00 |
| 3/13/2025 | WJD | Young Conaway Stargatt & Taylor | Interim fee application | Review documents filed | 1st interim | 300.00 | 0.50 | 150.00 |
| 3/13/2025 | WJD | Young Conaway Stargatt & Taylor | Interim fee application | Review billing entry detail | 1st interim | 300.00 | 1.70 | 510.00 |
| 3/13/2025 | WJD | Young Conaway Stargatt & Taylor | Interim fee application | Update and revise initial report | 1st interim | 300.00 | 0.60 | 180.00 |
| 3/14/2025 | WJD | Petrillo Klein + Boxer | Monthly fee application | Review e-mail | From clh pkb re data files | 300.00 | 0.10 | 30.00 |
| 3/14/2025 | WJD | Ashby Geddes | Interim fee application | Review e-mail | From dfo re status | 300.00 | 0.10 | 30.00 |
| 3/14/2025 | WJD | Ashby Geddes | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

FEIN: 27-0822707

| | |
|---|---|
| Invoice to:<br><br>**Franchise Group, Inc.**<br>**2371 Liberty Way**<br>**Virginia Beach, VA 23456** | **Invoice Date:**   4/12/2025<br>**Invoice Number:**   1050-0325<br>**Project:**   **Franchise Group, Inc.**<br>**Bankruptcy Professional Fee Exam** |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| **For Services 01/15/25 Through 03/31/25** | | | | | | | |
| 3/14/2025 | WJD | Ashby Geddes | Interim fee application | Update and revise report | 1st interim | 300.00 | 0.10 | 30.00 |
| 3/14/2025 | WJD | Ashby Geddes<br>Pachulski Stang Ziehl | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/14/2025 | WJD | Jones<br>Young Conaway Stargatt & | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/14/2025 | WJD | Taylor | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/14/2025 | WJD | Ashby Geddes | Interim fee application | Review e-mail | From dfo re final report | 300.00 | 0.10 | 30.00 |
| 3/15/2025 | WJD | Ashby Geddes | Interim fee application | Prepare and file | Final report | 300.00 | 0.30 | 90.00 |
| 3/15/2025 | WJD | Ashby Geddes | Interim fee application | Review e-mail | From tg ycst re final report | 300.00 | 0.10 | 30.00 |
| 3/17/2025 | WJD | Deloitte | Monthly fee application | Review e-mail | From rm dt re data files | 300.00 | 0.10 | 30.00 |
| 3/17/2025 | WJD | Ernst & Young LLP<br>Pachulski Stang Ziehl | Interim fee application | Review e-mail | From dfo re data files | 300.00 | 0.10 | 30.00 |
| 3/17/2025 | WJD | Jones | Interim fee application | Review e-mail | From bjs pszj re response | 300.00 | 0.10 | 30.00 |
| 3/17/2025 | WJD | Perella Weinberg Ptrs | Monthly fee application | Review e-mail | From atb pszj re fee app | 300.00 | 0.10 | 30.00 |
| 3/17/2025 | WJD | Perella Weinberg Ptrs | Monthly fee application | Review e-mail | From atb pszj re data files | 300.00 | 0.10 | 30.00 |
| 3/17/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Review e-mail | From atb pszj re filed app | 300.00 | 0.10 | 30.00 |
| 3/17/2025 | WJD | Client administration | Court docket | Update and revise database | FGI | 300.00 | 0.30 | 90.00 |
| 3/17/2025 | WJD | Ernst & Young LLP | Interim fee application | Review documents filed | 1st interim | 300.00 | 0.30 | 90.00 |
| 3/17/2025 | WJD | Ernst & Young LLP | Interim fee application | Review documents filed | 1st interim | 300.00 | 0.40 | 120.00 |
| 3/17/2025 | WJD | Ernst & Young LLP | Interim fee application | Review billing entry detail | 1st interim | 300.00 | 0.90 | 270.00 |
| 3/17/2025 | WJD | Akin Gump | Interim fee application | Review e-mail | From kmj ag re filed apps | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

FEIN: 27-0822707

| Invoice to: | | Invoice Date: | 4/12/2025 |
|---|---|---|---|
| **Franchise Group, Inc.** | | **Invoice Number:** | **1050-0325** |
| **2371 Liberty Way** | | **Project:** | **Franchise Group, Inc.** |
| **Virginia Beach, VA 23456** | | | **Bankruptcy Professional Fee Exam** |

| Date | Staff | Party | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **Rate** | **Hours** | **Amount** |

**For Services 01/15/25 Through 03/31/25**

| Date | Staff | Party | Category | Action | Detail | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/17/2025 | WJD | Ernst & Young LLP | Interim fee application | Update and revise initial report | 1st interim | 300.00 | 0.20 | 60.00 |
| 3/18/2025 | WJD | Ashby Geddes | Interim fee application | Review e-mail | From rg ke re final report | 300.00 | 0.10 | 30.00 |
| 3/18/2025 | WJD | Ashby Geddes | Interim fee application | Update and revise report | 1st interim | 300.00 | 0.10 | 30.00 |
| 3/18/2025 | WJD | Ashby Geddes | Interim fee application | Review e-mail | From rg ke re final report | 300.00 | 0.10 | 30.00 |
| 3/18/2025 | WJD | Ashby Geddes | Interim fee application | Review e-mail | From klm ycst re final report | 300.00 | 0.10 | 30.00 |
| 3/18/2025 | WJD | Ernst & Young LLP | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/18/2025 | WJD | Akin Gump | Monthly fee application | Review e-mail | From tlh ag re data files | 300.00 | 0.10 | 30.00 |
| 3/19/2025 | WJD | Ernst & Young LLP | Interim fee application | Review e-mail | From cji ey re report | 300.00 | 0.10 | 30.00 |
| 3/19/2025 | WJD | Pachulski Stang Ziehl Jones | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/19/2025 | WJD | Pachulski Stang Ziehl Jones | Interim fee application | Update and revise report | Final report draft | 300.00 | 0.30 | 90.00 |
| 3/19/2025 | WJD | Deloitte | Interim fee application | Review e-mail | From dfo re data files | 300.00 | 0.10 | 30.00 |
| 3/19/2025 | WJD | Deloitte | Interim fee application | Review documents filed | 1st interim | 300.00 | 0.70 | 210.00 |
| 3/19/2025 | WJD | Deloitte | Interim fee application | Review billing entry detail | 1st interim | 300.00 | 0.70 | 210.00 |
| 3/19/2025 | WJD | Deloitte | Interim fee application | Update and revise initial report | 1st interim | 300.00 | 0.40 | 120.00 |
| 3/20/2025 | WJD | Pachulski Stang Ziehl Jones | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/20/2025 | WJD | Deloitte | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/20/2025 | WJD | Province LLC | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/20/2025 | WJD | Province LLC | Interim fee application | Update and revise report | 1st interim final report | 300.00 | 0.30 | 90.00 |
| 3/20/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Review e-mail | From dfo re data files | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

FEIN: 27-0822707

| Invoice to: | |
|---|---|
| **Franchise Group, Inc.** | |
| **2371 Liberty Way** | |
| **Virginia Beach, VA 23456** | |

| | |
|---|---|
| **Invoice Date:** | **4/12/2025** |
| **Invoice Number:** | **1050-0325** |
| **Project:** | **Franchise Group, Inc.** |
| | **Bankruptcy Professional Fee Exam** |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| **For Services 01/15/25 Through 03/31/25** | | | | | | | |
| 3/20/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Review documents filed | 1st interim | 300.00 | 0.70 | 210.00 |
| 3/20/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Review billing entry detail | 1st interim | 300.00 | 0.20 | 60.00 |
| 3/20/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Update and revise initial report | 1st interim | 300.00 | 0.20 | 60.00 |
| 3/20/2025 | WJD | Province LLC | Interim fee application | Review e-mail | From dfo re draft report final | 300.00 | 0.10 | 30.00 |
| 3/21/2025 | WJD | Province LLC | Interim fee application | Review e-mail | From dfo re final report | 300.00 | 0.10 | 30.00 |
| 3/21/2025 | WJD | Province LLC | Interim fee application | Prepare and file | 1st interim final report | 300.00 | 0.40 | 120.00 |
| 3/21/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/21/2025 | WJD | Province LLC | Interim fee application | Review e-mail | From gr ke re final report | 300.00 | 0.10 | 30.00 |
| 3/23/2025 | WJD | Akin Gump | Interim fee application | Review e-mail | From dfo re data files | 300.00 | 0.20 | 60.00 |
| 3/24/2025 | WJD | Akin Gump | Interim fee application | Review e-mail | 1st interim | 300.00 | 0.80 | 240.00 |
| 3/24/2025 | WJD | Akin Gump | Interim fee application | Review billing entry detail | 1st interim | 300.00 | 1.30 | 390.00 |
| 3/24/2025 | WJD | Akin Gump | Interim fee application | Update and revise initial report | 1st interim | 300.00 | 0.40 | 120.00 |
| 3/25/2025 | WJD | Akin Gump | Fee hearing | Review e-mail | From kmj ag re fee hearing | 300.00 | 0.10 | 30.00 |
| 3/25/2025 | WJD | Petrillo Klein + Boxer | Interim fee application | Review e-mail | From dfo re data files | 300.00 | 0.10 | 30.00 |
| 3/25/2025 | WJD | Akin Gump | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.20 | 60.00 |
| 3/25/2025 | WJD | Petrillo Klein + Boxer | Interim fee application | Review documents filed | 1st interim | 300.00 | 0.40 | 120.00 |
| 3/25/2025 | WJD | Petrillo Klein + Boxer | Interim fee application | Review billing entry detail | 1st interim | 300.00 | 1.20 | 360.00 |
| 3/25/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/25/2025 | WJD | Petrillo Klein + Boxer | Interim fee application | Review e-mail | From dfo re expenses | 300.00 | 0.10 | 30.00 |
| 3/25/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Update and revise report | 1st interim final report | 300.00 | 0.20 | 60.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

FEIN: 27-0822707

| Invoice to: | | |
|---|---|---|
| **Franchise Group, Inc.** | **Invoice Date:** | **4/12/2025** |
| **2371 Liberty Way** | **Invoice Number:** | **1050-0325** |
| **Virginia Beach, VA 23456** | **Project:** | **Franchise Group, Inc.** |
| | | **Bankruptcy Professional Fee Exam** |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| **For Services 01/15/25 Through 03/31/25** | | | | | | | |
| 3/25/2025 | WJD | Petrillo Klein + Boxer | Interim fee application | Update and revise report | 1st interim | 300.00 | 0.80 | 240.00 |
| 3/26/2025 | WJD | Province LLC | Interim fee application | Review e-mail | From klm ycst re final report | 300.00 | 0.10 | 30.00 |
| 3/26/2025 | WJD | Province LLC | Interim fee application | Review e-mail | From klm ycst re filing report | 300.00 | 0.10 | 30.00 |
| 3/26/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Review e-mail | From dfo re final report | 300.00 | 0.10 | 30.00 |
| 3/26/2025 | WJD | Petrillo Klein + Boxer | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/26/2025 | WJD | Client administration | Court docket | Update and revise database | FGI | 300.00 | 0.40 | 120.00 |
| 3/27/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/27/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Update and revise report | Revised report | 300.00 | 0.10 | 30.00 |
| 3/27/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Review e-mail | From dfo re final report | 300.00 | 0.10 | 30.00 |
| 3/27/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Prepare and file | 1st interim final report | 300.00 | 0.30 | 90.00 |
| 3/27/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Review e-mail | From dfo re final report | 300.00 | 0.10 | 30.00 |
| 3/27/2025 | WJD | Pachulski Stang Ziehl Jones | Interim fee application | Review e-mail | From dfo re final report | 300.00 | 0.10 | 30.00 |
| 3/27/2025 | WJD | Perella Weinberg Ptrs | Interim fee application | Review e-mail | From klm ycst re final report | 300.00 | 0.10 | 30.00 |
| 3/27/2025 | WJD | Pachulski Stang Ziehl Jones | Interim fee application | Prepare and file | 1st interim final report | 300.00 | 0.30 | 90.00 |
| 3/28/2025 | WJD | Pachulski Stang Ziehl Jones | Interim fee application | Review e-mail | From klm ycst re final report | 300.00 | 0.10 | 30.00 |
| 3/28/2025 | WJD | Chilmark Partners LLC | Client administration | Review e-mail | From kmj ag re retention | 300.00 | 0.10 | 30.00 |
| 3/28/2025 | WJD | Deloitte | Interim fee application | Review e-mail | From mr dt re response | 300.00 | 0.20 | 60.00 |
| 3/31/2025 | WJD | Pachulski Stang Ziehl Jones | Interim fee application | Review e-mail | From atb pszj re report | 300.00 | 0.10 | 30.00 |
| 3/31/2025 | WJD | Pachulski Stang Ziehl Jones | Interim fee application | Review e-mail | From dfo re corrected report | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

**FEIN: 27-0822707**

| | |
|---|---|
| **Invoice to:**<br><br>**Franchise Group, Inc.**<br>**2371 Liberty Way**<br>**Virginia Beach, VA 23456** | **Invoice Date:**    4/12/2025<br>**Invoice Number:**  1050-0325<br>**Project:**                **Franchise Group, Inc.**<br>                             **Bankruptcy Professional Fee Exam** |

| Date | Staff | Description | | | | Rate | Hours | Amount |
|------|-------|-------------|---|---|---|------|-------|--------|
| | | Pachulski Stang Ziehl | | | | | | |
| 3/31/2025 | WJD | Jones | Interim fee application | Prepare and file | Revised report | 300.00 | 0.20 | 60.00 |
| 3/31/2025 | WJD | Deloitte | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/31/2025 | WJD | Deloitte | Interim fee application | Update and revise report | 1st interim | 300.00 | 0.20 | 60.00 |
| 3/31/2025 | WJD | Deloitte | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 3/31/2025 | WJD | Deloitte | Interim fee application | Review e-mail | From dfo re final report | 300.00 | 0.10 | 30.00 |
| | | Pachulski Stang Ziehl | | | | | | |
| 3/31/2025 | WJD | Jones | Interim fee application | Review e-mail | From klm ycst re revised report | 300.00 | 0.10 | 30.00 |
| 3/31/2025 | WJD | Deloitte | Interim fee application | Prepare and file | 1st interim final report | 300.00 | 0.30 | 90.00 |
| 3/31/2025 | WJD | Deloitte | Interim fee application | Review e-mail | From klm ycst re final report | 300.00 | 0.10 | 30.00 |
| | | | | | | | 37.00  $ | 11,100.00 |
| 01/16/25 | DFO | Client Administration | 1st Quarter | Review docket, update database & download files | Retention order & Interim Comp order | 300.00 | 0.10 | 30.00 |
| 02/03/25 | DFO | Province, Inc. | 1st Quarter | Read email & download files | A Bates w Fee App | 300.00 | 0.10 | 30.00 |
| 02/03/25 | DFO | Pachulski | 1st Quarter | Read email & download files | A Bates w Fee App | 300.00 | 0.10 | 30.00 |
| 02/05/25 | DFO | Pachulski | 1st Quarter | Read email & download files | A Bates w Fee App ledes file | 300.00 | 0.10 | 30.00 |
| 02/06/25 | DFO | Province, Inc. | 1st Quarter | Read email & download files | A Bates w Fee App ledes file | 300.00 | 0.10 | 30.00 |
| 02/16/25 | DFO | Young Conaway Stargatt & Taylor LLP | 1st Quarter | Read email & download files | B Olivere w Fee App files | 300.00 | 0.10 | 30.00 |
| 02/26/25 | DFO | Kroll Restructuring | 1st Quarter | Review docket, update database & download files | 1st Interim fee app & email G Brunswick re excel file | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

Direct Fee Review LLC
24A Trolley Square,
#1225

Wilmington, DE 19806

FEIN: 27-0822707

| Invoice to: | | |
|---|---|---|
| Franchise Group, Inc.<br>2371 Liberty Way<br>Virginia Beach, VA 23456 | Invoice Date:<br>Invoice Number:<br>Project: | 4/12/2025<br>1050-0325<br>Franchise Group, Inc.<br>Bankruptcy Professional Fee Exam |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| **For Services 01/15/25 Through 03/31/25** | | | | | | | |
| 02/27/25 | DFO | Kroll Restructuring | 1st Quarter | Read email & download files | G Brunswick w Fee App | 300.00 | 0.10 | 30.00 |
| 02/27/25 | DFO | Kroll Restructuring | 1st Quarter | math check & data correlation | | 300.00 | 0.90 | 270.00 |
| 02/28/25 | DFO | Ernst & Young | 1st Quarter | Review docket, update database & download files | Nov - Dec Fee App | 300.00 | 0.10 | 30.00 |
| 02/28/25 | DFO | Kroll Restructuring | 1st Quarter | Continue Review Procedures | | 300.00 | 0.40 | 120.00 |
| 02/28/25 | DFO | Kroll Restructuring | 1st Quarter | Draft Initial Report | Draft report & fwd to WJD | 300.00 | 0.30 | 90.00 |
| 03/02/25 | DFO | Kroll Restructuring | 1st Quarter | Draft Initial Report | edit & fwd to G Brunswick | 300.00 | 0.20 | 60.00 |
| 03/02/25 | DFO | Young Conaway Stargatt & Taylor LLP | 1st Quarter | Review docket, update database & download files | 16 Retention applications & orders | 300.00 | 0.40 | 120.00 |
| 03/05/25 | DFO | Kroll Restructuring | 1st Quarter | Draft Final Report | Review response & draft report & fwd to WJD | 300.00 | 0.10 | 30.00 |
| 03/06/25 | DFO | Pachulski | 1st Quarter | Read email & download files | A Bates w Fee Apps (2) | 300.00 | 0.10 | 30.00 |
| 03/07/25 | DFO | Perella Weinberg | 1st Quarter | Read email & download files | A Bates w Fee App | 300.00 | 0.10 | 30.00 |
| 03/07/25 | DFO | Pachulski | 1st Quarter | Read email & download files | A Bates w Fee App ledes files (2) | 300.00 | 0.10 | 30.00 |
| 03/07/25 | DFO | Perella Weinberg | 1st Quarter | Read email & download files | A Bates w Fee App ledes & excel files | 300.00 | 0.10 | 30.00 |
| 03/07/25 | DFO | Kroll Restructuring | 1st Quarter | Draft Final Report | review edits & respond to WJD | 300.00 | 0.10 | 30.00 |
| 03/07/25 | DFO | Ashby & Geddes | 1st Quarter | Read email & download files | A Dellose w Fee Apps (2) | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

Direct Fee Review LLC
24A Trolley Square,
#1225

Wilmington, DE 19806

FEIN: 27-0822707

| Invoice to: | | Invoice Date: | 4/12/2025 |
|---|---|---|---|
| Franchise Group, Inc. | | Invoice Number: | 1050-0325 |
| 2371 Liberty Way | | Project: | Franchise Group, Inc. |
| Virginia Beach, VA 23456 | | | Bankruptcy Professional Fee Exam |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|

**For Services 01/15/25 Through 03/31/25**

| Date | Staff | | Description | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 03/07/25 | DFO | Akin Gump | 1st Quarter | Read email & download files | A Antypas w Fee App & ledes files | 300.00 | 0.10 | 30.00 |
| 03/07/25 | DFO | Akin Gump | 1st Quarter | Prepare Data sheets | | 300.00 | 0.30 | 90.00 |
| 03/07/25 | DFO | Perella Weinberg | 1st Quarter | Prepare Data sheets | | 300.00 | 0.30 | 90.00 |
| 03/07/25 | DFO | Pachulski | 1st Quarter | Prepare Data sheets | | 300.00 | 0.20 | 60.00 |
| 03/07/25 | DFO | Ashby & Geddes | 1st Quarter | Prepare Data sheets | | 300.00 | 0.20 | 60.00 |
| 03/10/25 | DFO | Province, Inc. | 1st Quarter | Read email & download files | A Bates w Interim Fee App | 300.00 | 0.10 | 30.00 |
| 03/10/25 | DFO | Province, Inc. | 1st Quarter | math check & data correlation | | 300.00 | 1.70 | 510.00 |
| 03/10/25 | DFO | Province, Inc. | 1st Quarter | Draft Initial Report | Draft report & fwd to WJD | 300.00 | 0.60 | 180.00 |
| 03/10/25 | DFO | Young Conaway Stargatt & Taylor LLP | 1st Quarter | Prepare Data sheets | | 300.00 | 0.20 | 60.00 |
| 03/11/25 | DFO | Ashby & Geddes | 1st Quarter | Read email & download files | A Dellose w Fee App ledes file | 300.00 | 0.10 | 30.00 |
| 03/11/25 | DFO | Ashby & Geddes | 1st Quarter | math check & data correlation | | 300.00 | 1.20 | 360.00 |
| 03/11/25 | DFO | Ashby & Geddes | 1st Quarter | Draft Initial Report | Draft report & fwd to WJD | 300.00 | 0.30 | 90.00 |
| 03/11/25 | DFO | Pachulski | 1st Quarter | Read email & download files | A Bates w Fee App ledes file | 300.00 | 0.10 | 30.00 |
| 03/11/25 | DFO | Pachulski | 1st Quarter | math check & data correlation | | 300.00 | 2.90 | 870.00 |
| 03/11/25 | DFO | Pachulski | 1st Quarter | Continue Review Procedures | | 300.00 | 1.60 | 480.00 |
| 03/11/25 | DFO | Pachulski | 1st Quarter | Draft Initial Report | Draft report & fwd to WJD | 300.00 | 0.90 | 270.00 |
| 03/11/25 | DFO | Petrillo Klein | 1st Quarter | Review docket, update database & download files | Nov - Dec Fee App | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**  **Direct Fee Review LLC**  FEIN: 27-0822707
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

| Invoice to: | | Invoice Date: | 4/12/2025 |
|---|---|---|---|
| **Franchise Group, Inc.** | | **Invoice Number:** | **1050-0325** |
| **2371 Liberty Way** | | **Project:** | **Franchise Group, Inc.** |
| **Virginia Beach, VA 23456** | | | **Bankruptcy Professional Fee Exam** |

| Date | Staff | Description | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|

**For Services 01/15/25 Through 03/31/25**

| Date | Staff | Firm | Quarter | Description | Note | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/12/25 | DFO | Young Conaway Stargatt & Taylor LLP | 1st Quarter | Read email & download files | B Olivere w  Fee App & ledes file | 300.00 | 0.10 | 30.00 |
| 03/12/25 | DFO | Young Conaway Stargatt & Taylor LLP | 1st Quarter | math check & data correlation | | 300.00 | 2.30 | 690.00 |
| 03/13/25 | DFO | Ernst & Young | 1st Quarter | Review docket, update database & download files | Jan Fee App | 300.00 | 0.10 | 30.00 |
| 03/13/25 | DFO | Ernst & Young | 1st Quarter | Write & send email | various emails re excel files for fee apps | 300.00 | 0.10 | 30.00 |
| 03/13/25 | DFO | Ernst & Young | 1st Quarter | Prepare Data sheets | | 300.00 | 0.20 | 60.00 |
| 03/13/25 | DFO | Ashby & Geddes | 1st Quarter | Draft Initial Report | edit, convert & fwd to A Dellose | 300.00 | 0.20 | 60.00 |
| 03/13/25 | DFO | Province, Inc. | 1st Quarter | Draft Initial Report | edit, convert & fwd to A Bates | 300.00 | 0.20 | 60.00 |
| 03/13/25 | DFO | Ernst & Young | 1st Quarter | Read email & download files | C Ingram w excel files | 300.00 | 0.10 | 30.00 |
| 03/13/25 | DFO | Young Conaway Stargatt & Taylor LLP | 1st Quarter | Draft Initial Report | Draft report & fwd to WJD | 300.00 | 0.70 | 210.00 |
| 03/14/25 | DFO | Ashby & Geddes | 1st Quarter | Draft Initial Report | review M DeBaecke response & reply | 300.00 | 0.10 | 30.00 |
| 03/14/25 | DFO | Petrillo Klein | 1st Quarter | Read email & download files | C Hume w ledes files | 300.00 | 0.10 | 30.00 |
| 03/14/25 | DFO | Ashby & Geddes | 1st Quarter | Draft Final Report | Draft report & fwd to WJD | 300.00 | 0.20 | 60.00 |
| 03/14/25 | DFO | Ashby & Geddes | 1st Quarter | Draft Final Report | edit, convert & fwd to M DeBaecke | 300.00 | 0.10 | 30.00 |
| 03/14/25 | DFO | Pachulski | 1st Quarter | Draft Initial Report | edit, convert & fwd to A Bates | 300.00 | 0.20 | 60.00 |
| 03/14/25 | DFO | Young Conaway Stargatt & Taylor LLP | 1st Quarter | Draft Initial Report | edit, convert & fwd to K McElroy | 300.00 | 0.20 | 60.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

**FEIN: 27-0822707**

| Invoice to: | | Invoice Date: | 4/12/2025 |
| --- | --- | --- | --- |
| **Franchise Group, Inc.** | | **Invoice Number:** | **1050-0325** |
| **2371 Liberty Way** | | **Project:** | **Franchise Group, Inc.** |
| **Virginia Beach, VA 23456** | | | **Bankruptcy Professional Fee Exam** |

| Date | Staff | Description | | | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |

**For Services 01/15/25 Through 03/31/25**

| Date | Staff | | Description | | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/14/25 | DFO | Deloitte & Touche | 1st Quarter | Review docket, update database & download files Nov - Dec Fee App | 300.00 | 0.10 | 30.00 |
| 03/14/25 | DFO | Petrillo Klein | 1st Quarter | Prepare Data sheets | 300.00 | 0.30 | 90.00 |
| 03/14/25 | DFO | Ernst & Young | 1st Quarter | math check & data correlation | 300.00 | 1.40 | 420.00 |
| 03/17/25 | DFO | Deloitte & Touche | 1st Quarter | Read email & download files M Rothchild w excel files | 300.00 | 0.10 | 30.00 |
| 03/17/25 | DFO | Petrillo Klein | 1st Quarter | Review docket, update database & download files Jan Fee App | 300.00 | 0.10 | 30.00 |
| 03/17/25 | DFO | Ernst & Young | 1st Quarter | Continue Review Procedures | 300.00 | 1.60 | 480.00 |
| 03/17/25 | DFO | Ernst & Young | 1st Quarter | Draft Initial Report Draft report & fwd to WJD | 300.00 | 0.60 | 180.00 |
| 03/17/25 | DFO | Deloitte & Touche | 1st Quarter | Prepare Data sheets | 300.00 | 0.30 | 90.00 |
| 03/17/25 | DFO | Pachulski | 1st Quarter | Draft Initial Report discuss issues w B Sandler | 300.00 | 0.10 | 30.00 |
| 03/17/25 | DFO | Perella Weinberg | 1st Quarter | Read email & download files A Bates w  Fee App ledes file | 300.00 | 0.10 | 30.00 |
| 03/18/25 | DFO | Akin Gump | 1st Quarter | Read email & download files K Jones w Jan & 1st Interim fee apps | 300.00 | 0.10 | 30.00 |
| 03/18/25 | DFO | Perella Weinberg | 1st Quarter | Read email & download files A Bates w interim fee app | 300.00 | 0.10 | 30.00 |
| 03/18/25 | DFO | Ernst & Young | 1st Quarter | Draft Initial Report edit, convert & fwd to C Ingram | 300.00 | 0.20 | 60.00 |
| 03/18/25 | DFO | Perella Weinberg | 1st Quarter | math check & data correlation | 300.00 | 1.70 | 510.00 |
| 03/18/25 | DFO | Petrillo Klein | 1st Quarter | Read email & download files C Hume w Jan ledes file | 300.00 | 0.10 | 30.00 |
| 03/18/25 | DFO | Deloitte & Touche | 1st Quarter | math check & data correlation | 300.00 | 1.20 | 360.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

FEIN: 27-0822707

| Invoice to: | | Invoice Date: | 4/12/2025 |
|---|---|---|---|
| | | Invoice Number: | 1050-0325 |
| **Franchise Group, Inc.** | | Project: | **Franchise Group, Inc.** |
| **2371 Liberty Way** | | | **Bankruptcy Professional Fee Exam** |
| **Virginia Beach, VA 23456** | | | |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| **For Services 01/15/25 Through 03/31/25** | | | | | | | |
| 03/19/25 | DFO | Akin Gump | 1st Quarter | Read email & download files | T Helfrick w Jan & 1st Interim ledes files | 300.00 | 0.10 | 30.00 |
| 03/19/25 | DFO | Pachulski | 1st Quarter | Draft Final Report | Draft report & fwd to WJD | 300.00 | 0.50 | 150.00 |
| 03/19/25 | DFO | Province, Inc. | 1st Quarter | Draft Initial Report | review Firm's response & discuss w S Kietlinski | 300.00 | 0.30 | 90.00 |
| 03/19/25 | DFO | Deloitte & Touche | 1st Quarter | Draft Initial Report | Draft report & fwd to WJD | 300.00 | 0.70 | 210.00 |
| 03/20/25 | DFO | Pachulski | 1st Quarter | Draft Final Report | edit , convert & fwd to B Sandler | 300.00 | 0.20 | 60.00 |
| 03/20/25 | DFO | Deloitte & Touche | 1st Quarter | Draft Initial Report | edit , convert & fwd to M Rothchild | 300.00 | 0.20 | 60.00 |
| 03/20/25 | DFO | Province, Inc. | 1st Quarter | Draft Final Report | Review detailed response, draft report & fwd to WJD | 300.00 | 0.90 | 270.00 |
| 03/20/25 | DFO | Perella Weinberg | 1st Quarter | Draft Initial Report | Draft report & fwd to WJD | 300.00 | 0.60 | 180.00 |
| 03/20/25 | DFO | Province, Inc. | 1st Quarter | Draft Final Report | edit , convert & fwd to S Kietlinski | 300.00 | 0.20 | 60.00 |
| 03/21/25 | DFO | Perella Weinberg | 1st Quarter | Draft Initial Report | edit, convert & fwd to A Bates | 300.00 | 0.20 | 60.00 |
| 03/21/25 | DFO | Young Conaway Stargatt & Taylor LLP | 1st Quarter | Review docket, update database & download files | 1st Interim Supplement | 300.00 | 0.10 | 30.00 |
| 03/21/25 | DFO | Akin Gump | 1st Quarter | math check & data correlation | | 300.00 | 2.10 | 630.00 |
| 03/21/25 | DFO | Akin Gump | 1st Quarter | Continue Review Procedures | | 300.00 | 1.20 | 360.00 |
| 03/22/25 | DFO | Kroll Restructuring | 2nd Quarter | Review docket, update database & download files | Feb Fee App | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

**FEIN: 27-0822707**

| Invoice to: | | |
|---|---|---|
| **Franchise Group, Inc.**<br>**2371 Liberty Way**<br>**Virginia Beach, VA 23456** | **Invoice Date:**<br>**Invoice Number:**<br>**Project:** | **4/12/2025**<br>**1050-0325**<br>**Franchise Group, Inc.**<br>**Bankruptcy Professional Fee Exam** |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**For Services 01/15/25 Through 03/31/25**

| Date | Staff | | Description | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 03/23/25 | DFO | Akin Gump | 1st Quarter | Continue Review Procedures | | 300.00 | 0.70 | 210.00 |
| 03/23/25 | DFO | Akin Gump | 1st Quarter | Draft Initial Report | Draft report & fwd to WJD | 300.00 | 0.90 | 270.00 |
| 03/24/25 | DFO | Petrillo Klein | 1st Quarter | math check & data correlation | | 300.00 | 2.30 | 690.00 |
| 03/24/25 | DFO | Ducera Partners | 1st Quarter | Review docket, update database & download files | Retention application & order | 300.00 | 0.10 | 30.00 |
| 03/24/25 | DFO | AP Services | 1st Quarter | Review docket, update database & download files | Retention application & order | 300.00 | 0.10 | 30.00 |
| 03/24/25 | DFO | Petrillo Klein | 1st Quarter | Continue Review Procedures | | 300.00 | 0.80 | 240.00 |
| 03/25/25 | DFO | Petrillo Klein | 1st Quarter | Draft Initial Report | Draft report & fwd to WJD | 300.00 | 0.40 | 120.00 |
| 03/25/25 | DFO | Akin Gump | 1st Quarter | Draft Initial Report | edit, convert & fwd to T Helfrick | 300.00 | 0.20 | 60.00 |
| 03/25/25 | DFO | Perella Weinberg | 1st Quarter | Draft Final Report | Review detailed response, draft report & fwd to WJD | 300.00 | 0.40 | 120.00 |
| 03/26/25 | DFO | Perella Weinberg | 1st Quarter | Draft Final Report | edit, convert & fwd to S Rochester | 300.00 | 0.20 | 60.00 |
| 03/26/25 | DFO | Petrillo Klein | 1st Quarter | Draft Initial Report | edit, convert & fwd to C Hume | 300.00 | 0.20 | 60.00 |
| 03/27/25 | DFO | Perella Weinberg | 1st Quarter | Draft Final Report | emails w S Rochester & edit report & fwd to WJD | 300.00 | 0.10 | 30.00 |
| 03/28/25 | DFO | Petrillo Klein | 1st Quarter | Draft Initial Report | t/c w C Hume & J Klein re report | 300.00 | 0.30 | 90.00 |
| 03/31/25 | DFO | Pachulski | 1st Quarter | Draft Final Report | emails w A Bates & edit report & fwd to WJD | 300.00 | 0.20 | 60.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

**FEIN: 27-0822707**

| Invoice to: | | Invoice Date: | 4/12/2025 |
|---|---|---|---|
| | | Invoice Number: | 1050-0325 |
| **Franchise Group, Inc.** | | Project: | **Franchise Group, Inc.** |
| **2371 Liberty Way** | | | **Bankruptcy Professional Fee Exam** |
| **Virginia Beach, VA 23456** | | | |

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **For Services 01/15/25 Through 03/31/25** | | | | | | | | |
| 03/31/25 | DFO | Deloitte & Touche | 1st Quarter | Draft Final Report | Review detailed response, draft report & fwd to WJD | 300.00 | 0.50 | 150.00 |
| 03/31/25 | DFO | Deloitte & Touche | 1st Quarter | Draft Final Report | edit, convert & fwd to M Rothchild | 300.00 | 0.10 | 30.00 |
| | | | | | | | 42.60 | $  12,780.00 |
| | | | | | | | 79.60 | $  23,880.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

**FEIN: 27-0822707**

| Invoice to: | | | Invoice Date: | **4/12/2025** |
|---|---|---|---|---|
| | | | Invoice Number: | **1050-0325** |
| **Franchise Group, Inc.** | | | Project: | **Franchise Group, Inc.** |
| **2371 Liberty Way** | | | | **Bankruptcy Professional Fee Exam** |
| **Virginia Beach, VA 23456** | | | | |

| <u>Date</u> | <u>Staff</u> <u>Description</u> | | | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|---|

**For Services 01/15/25 Through 03/31/25**

**Cost Reimbursement:**

| <u>Date</u> | <u>Description</u> | <u>Count</u> | | <u>Rate</u> | | <u>Amount</u> |
|---|---|---|---|---|---|---|
| | | | | | | - |
| | Courtcall | 0 | $ | - | | - |
| | | 0 | $ | - | | - |
| | | 0 | $ | - | | - |
| | | 0 | $ | - | | - |
| | | | $ | - | | - |
| | | | | | **Total Costs** | $ - |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square,**
**#1225**

**Wilmington, DE 19806**

**FEIN: 27-0822707**

| Invoice to: | | |
|---|---|---|
| **Franchise Group, Inc.**<br>**2371 Liberty Way**<br>**Virginia Beach, VA 23456** | | |

| | |
|---|---|
| **Invoice Date:** | **4/12/2025** |
| **Invoice Number:** | **1050-0325** |
| **Project:** | **Franchise Group, Inc.** |
| | **Bankruptcy Professional Fee Exam** |

| Date | Staff Description | Rate | Hours | Amount |
|---|---|---|---|---|

**For Services 01/15/25 Through 03/31/25**

**Please remit to:**

**Invoice Total**   **$   23,880.00**

**Direct Fee Review LLC**
**WJ Dryer**
24A Trolley Square,
#1225
Wilmington, DE 19806

**Total Amount Payable**   **$   19,104.00**

**Statement:**

| | INVOICES/PAYMENTS | Total Fees | 20 Percent Holdback | 80 Percent Payable | Costs | Payments | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | $          - |
| 04/12/2025 | 1050-0325 | $     23,880.00 | $     4,776.00 | $     19,104.00 | $      - | | $     23,880.00 |
| | **TOTAL** | $     23,880.00 | $     4,776.00 | $     19,104.00 | $      - | $      - | |