# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | : | |
| Debtors. | : | Case No 24-12480 (LSS)<br>(Jointly Administered) |

Related D.I. 1273

## RE-NOTICE OF MOTION FOR RETROACTIVE RELIEF FROM THE AUTOMATIC STAY AND TO THE EXTENT APPLICABLE, THE PLAN INJUNCTION TO LIQUIDATE CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Motion (ECF 1273) for Retroactive Relief from the Automatic Stay and, to the Extent Applicable, the Plan Injunction to Liquidate Claims (the "Motion") with the Unites States Bankruptcy Court for the District of Delaware (the "Court") was originally set to be heard on May 6, 2024 at 11:30 a.m.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion will not be held on **May 20, 2025, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 6, Wilmington, DE 19801.

Dated:  April 25, 2025

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

By: *Gaston Loomis, Esq.*
    Gaston Loomis
    300 Delaware Ave., Suite 1014
    Wilmington, DE 19801
    Telephone:  302.300.4515
    gloomis@mdmc-law.com

    *Attorney for Jonathan Ortiz Munoz and Hannah Shalom Moody*