# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | : | |
| Debtors. | : | Case No 24-12480 (LSS) (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2025, I caused the foregoing *Re-Notice of Motion for Retroactive Relief from the Automatic Stay and, to the Extent Applicable, the Plan Injunction to Liquidate Claims in Pending State Court Civil Cases* to be served electronically through the Court's CM/ECF system upon the names below and all registered electronic filers appearing in this case.

Dated: April 25, 2025

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

By: *Gaston Loomis, Esq.*
    Gaston Loomis, Esq.
    300 Delaware Ave., Suite 1014
    Wilmington, DE 19801
    Telephone: 302.300.4515
    gloomis@mdmc-law.com

    *Attorneys for Jonathan Oritz Munoz and Hannah Shalom Moody*