**<u>EXHIBIT A</u>**

**Ashby & Geddes Invoice for the Period from February 1, 2025
through and including February 28, 2025**

# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

INVOICE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FED ID#23-2193414

April 21, 2025
Billed through  02/28/25
Account:  WRTELL -00001  - MDD     86582

Bradley Kahn, Esq.
Akin Gump
One Bryant Park
New York, NY  10036-6745

Michael J. Wartell in his capacity as Independent Director
Appointed in HoldCo Debtors' Cases (In re: Franchise Group,
Inc., et al.)

PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 02/02/25 | MDD | 07 | Review Ad Hoc Group Freedom Lenders objection to Willkie Farr employment (.7); emails with Akin team (T. Helfrick; A. Antypas) (possible filing in connection with February 6 hearing) (.4); | 1.10 | $836.00 |
| 02/03/25 | MDD | 17 | Review Debtors' omnibus reply and Feldman declaration filed in support of disclosure statement and solicitation procedures, overview revised proposed order in connection therewith  (.8); begin review and analysis of second amended proposed plan and disclosure statement (blacklines) (.8); review Ad Hoc First Lien Group statement in support of disclosure statement (.1); | 1.70 | $1,292.00 |
| 02/03/25 | MDD | 07 | Akin email status updates (A. Antypas, R. Tizravesh) (.2); review Judge Silverstein's new chambers procedures (.1); review and tracking of discovery-related notices filed to date in these cases (.5); status update and strategy call with Akin (A. Antypas) regarding potential filing in connection with February 6 hearing (.3), discuss same with R. Palacio (.2); review and analysis of | 2.70 | $2,052.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Debtors' and Willkie Farr joint reply papers, Feldman supplemental declaration, and Orlofsky supplemental declaration in support of Willkie Farr employment application (1.4); |  |
| 02/04/25 | KMJ | 07 | Download Agenda for February 6th hearing and email to M. DeBaecke (.1); | 0.10 $34.50 |
| 02/04/25 | KMJ | 11 | Download Objection to Willie Farr retention app (.1); research form of motion for leave to file late reply (.2), emails with Michael D. DeBaecke regarding same (.1); | 0.40 $138.00 |
| 02/04/25 | KMS | 07 | Emails with M. DeBaecke re. 2/6 hearing (0.1); assist with preparation of same (0.3); | 0.40 $124.00 |
| 02/04/25 | MDD | 17 | Status update and strategy call with Akin team (discovery issues) (R. Tizravesh, P. Glackin) (.4), notes to file regarding same (.1), discuss same and options with R. Palacio (.2); follow up email and detailed thoughts regarding same, potential next steps (.7); | 1.40 $1,064.00 |
| 02/04/25 | MDD | 07 | Emails with Akin (B. Kahn) (potential filing) (.2); status update and strategy call with Akin (B. Kahn, A. Luft) (potential filing) (.4); draft potential motion for leave to file late Statement along with proposed order related thereto (1.5); email updates and requests/instructions, call with K. Jones regarding same (.4); emails with Akin team (R. Tizravesh) (schedule update and strategy call today) (.1); further emails with Akin team (potential filing), discuss same with A. Antypas (.4 total); T. Helfrick email request (February 6 hearing) (.1); overview OUST supplemental objection, with attachments (Willkie Farr employment application) (.4); review February 6 hearing agenda (.1); review multiple parties' witness and exhibit lists filed in connection with February 6 hearing (Debtors' and Willkie Farr joint lists; Ad Hoc Group of Freedom | 4.30 $3,268.00 |

|            |     |    |                                                                                                                                                                                                       |       |          |
|------------|-----|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     |    | Lenders lists; Prophecy Trust lists; OUST exhibit list; OCUC lists (.6 total)); overview contract and cure-related objection (filed by multiple landlords} (.1);                                        |       |          |
| 02/05/25   | MDD | 17 | Review Ad Hoc Group Freedom Lenders combined motion to adjourn disclosure statement hearing and supplemental objection to disclosure statement (.3);                                                    | 0.30  | $228.00  |
| 02/05/25   | MDD | 07 | Email updates with K. Jones (February 6 hearing) (.1); review and process potential hearing exhibits (board resolutions) (.3); follow up emails regarding February 6 hearing (.1); review discovery-related notices filed by UCC (subpoenas to Vintage Capital and Jeffries) (.1); | 0.60  | $456.00  |
| 02/05/25   | MDD | 02 | Review notice of adjournment (auction) (.1);                                                                                                                                                           | 0.10  | $76.00   |
| 02/06/25   | KMJ | 07 | Register M. DeBaecke and co-counsel for February 10th hearing (.2);                                                                                                                                    | 0.20  | $69.00   |
| 02/06/25   | MDD | 17 | Review and respond to Akin team emails, provide email updates (T. Helfrick, A. Luft) (.2); emails with A. Luft (.1); collect and begin review and analysis of late night filings in connection with 2/6 hearing (1.0); review further amended hearing agenda (.1); prepare for and attend 2/6 hearing (10.0); | 11.40 | $8,664.00 |
| 02/07/25   | MDD | 07 | Review first lien group's amended Rule 2019 statement (.1); review further stipulation to extend challenge period (.1);                                                                                 | 0.20  | $152.00  |
| 02/07/25   | MDD | 02 | Overview new additional sale-related objections (Buddy Mac Holdings and Abra Health) (.4 total);                                                                                                        | 0.40  | $304.00  |
| 02/09/25   | MDD | 07 | Review discovery-related notice (B. Kahn objections and responses to Freedom Lenders' written discovery requests) (.1);                                                                                 | 0.10  | $76.00   |
| 02/10/25   | MDD | 07 | Review discovery-related notice (B. Riley responses and objections to Freedom Lenders' document requests) (.1);                                                                                         | 0.10  | $76.00   |

Bill number    WRTELL 86582                                    PAGE   4

| 02/10/25 MDD | 02 | Review notice of further adjournment of auction (.1); review letter to Court from counsel for Buddy Mac (discovery disputes relating to proposed sale) (.2); | 0.30 | $228.00 |
|---|---|---|---|---|
| 02/11/25 KMJ | 07 | Download Agenda for 2/13 hearing (.2); register M. DeBaecke (.1); | 0.30 | $103.50 |
| 02/11/25 MDD | 11 | Review and update draft Ashby first monthly fee statement (.3); | 0.30 | $228.00 |
| 02/11/25 MDD | 07 | Review February 13 hearing agenda with attachments (.2); | 0.20 | $152.00 |
| 02/12/25 KMJ | 07 | Download amended agenda for 2/13 hearing (.1); download notice of hearing regarding bench ruling and register M. DeBaecke for hearing (.1); | 0.20 | $69.00 |
| 02/12/25 MDD | 11 | Email updates with Akin team (J. Newdeck, A. Antypas) (first monthly fee statements) (.2); | 0.20 | $152.00 |
| 02/12/25 MDD | 07 | Review further amended February 13 hearing agenda (.1); review notice of bench ruling (2/12) (Willkie Farr employment application) (.1), email notice to Akin team regarding same (.1); review YCST supplemental declaration (employment) (.1); attend bench ruling on Willkie Farr employment application (.9); | 1.30 | $988.00 |
| 02/12/25 MDD | 17 | Begin review and analysis of further amended proposed plan and disclosure statement (.8); | 0.80 | $608.00 |
| 02/12/25 MDD | 02 | Review notice of cancellation of auction (.1); | 0.10 | $76.00 |
| 02/13/25 KMJ | 07 | Download Agenda adjourning 2/13 hearing (.1); update calendar (.1); | 0.20 | $69.00 |
| 02/13/25 MDD | 17 | Further review of certain relevant Plan provisions, email to Akin (A. Luft) regarding same (.3); | 0.30 | $228.00 |
| 02/13/25 MDD | 07 | Review further amended February 13 hearing agenda (hearing adjourned) (.1); review Debtors' letter response to Court regarding Buddy Mac discovery disputes (.1); review Court's order on Willkie Farr employment application (.1); | 0.30 | $228.00 |

Bill number    WRTELL 86582                                    PAGE   5

| 02/14/25 KMJ | 07 | Download Agenda for 2/19 hearing (.1); review district court appeal dockets and download briefs requested by Michael D. DeBaecke (.3); | 0.40 | $138.00 |
| 02/14/25 MDD | 23 | Review District Court docket for consolidated appeals filed by Freedom Lender Group (.1); overview appellants' opening brief and Debtors' appellee brief regarding issues and arguments raised therein (.9); | 1.00 | $760.00 |
| 02/14/25 MDD | 17 | Status update call with A. Luft (proposed Plan) (.2); | 0.20 | $152.00 |
| 02/14/25 MDD | 07 | Review 2L Agent and Freedom Lender Ad Hoc Group's motion papers in support of asserted superpriority administrative expense claim for diminution in value (.5); review February 19 hearing agenda (.1); | 0.60 | $456.00 |
| 02/15/25 MDD | 07 | Review Debtors' filed notice of withdrawal of counsel (.1); | 0.10 | $76.00 |
| 02/17/25 MDD | 17 | Review Freedom Lenders' motion papers and related motion to shorten (seeking further adjournment of disclosure statement hearing) (.3); | 0.30 | $228.00 |
| 02/17/25 MDD | 11 | Begin prep work for Ashby combined initial monthly fee statement (December/January) (.4); | 0.40 | $304.00 |
| 02/18/25 GAT | 23 | Office conference with Michael D. DeBaecke regarding independent director investigation (.6); review of pleadings filed by 2Ls and blackline disclosure statement (.9); | 1.50 | $1,192.50 |
| 02/18/25 KMJ | 11 | Revise Ashby's first monthly fee statement (.2); | 0.20 | $69.00 |
| 02/18/25 KMJ | 07 | Download Amended Plan/Disclosure and notices (.3); download amended agenda for 2/19 hearing (.1); review docket and claims register and download Master POC filed by HoldCo Lenders and Irradiant Solutions (.4); | 0.80 | $276.00 |
| 02/18/25 MDD | 08 | Review master proof claim filed by Alter Domus on behalf of Freedom Lender Group (.3); review proof of | 0.50 | $380.00 |

|            |     |    | claim filed by Irradiant relating to 2L facility (.2); | | |
|------------|-----|----|--------------------------------------------------------|------|-----------|
| 02/18/25 MDD | 11 | Review and comments to updated draft of Ashby combined monthly fee statement (December and January) (.4); | 0.40 | $304.00 |
| 02/18/25 MDD | 17 | Begin review and analysis of further amended proposed disclosure statement including referenced attachments (1.5); review and analysis of further amended Plan (.8), multiple discussions with G. Taylor in connection therewith (status of case and 2/19 hearing) (.6 total); overview revised proposed solicitation procedures and disclosure statement approval order (.3); T. Helfrick email requests with attachments (.2), coordinate copies and hearing binders of same with Parcels overnight services (.3); | 3.70 | $2,812.00 |
| 02/18/25 MDD | 07 | Email updates with K. Jones (open issues; February 19 hearing) (.1); email update to G. Taylor (February 19 hearing) (.2); review further amended February 19 hearing agenda (.1); | 0.40 | $304.00 |
| 02/18/25 MDD | 23 | Status update calls with Akin team (A. Luft, M. Stamer) (.4), perform additional research and review of prior case filings regarding Wartell expanded investigation (1.0); office discussions regarding Wartell expanded investigation, potential tasks related thereto (T. Mickler (.3), L. Trainer (.3), K. Jones (.2), G. Taylor (.2); further intraoffice emails and discussions regarding same (K. Jones; G. Taylor) (.4); | 2.40 | $1,824.00 |
| 02/19/25 GAT | 23 | Meeting with co-counsel and M. DeBaecke regarding expanded investigation (1.0); attendance at DS hearing (partial) (2.0); review of blackline of revised DS (.4); | 3.40 | $2,703.00 |
| 02/19/25 KMJ | 07 | Download Notice of Filing Blackline of Revised Disclosure Statement (.1); download Appellant's Reply Brief filed in district court (.1); | 0.20 | $69.00 |

| 02/19/25 MDD | 17 | Internal emails and instructions to K. Jones regarding potential hearing needs (.2); review updated Board written consent (expanded Wartell investigation powers) (.2); prepare for and meet with G. Taylor, A. Luft, M. Stamer prior to disclosure statement hearing (1.0); attend disclosure statement hearing (before break) (3.0), after break (partial) (.2), discussions with G. Taylor regarding same (.4); review blacklined pages of further amended proposed disclosure statement [#1099] (.2); | 5.20 | $3,952.00 |
| 02/20/25 GAT | 23 | Review of Debtors' demonstrative exhibit used for 2/19 hearing (.3); | 0.30 | $238.50 |
| 02/20/25 MDD | 07 | Overview new filings (.1); | 0.10 | $76.00 |
| 02/20/25 MDD | 23 | P. Glackin email update with attachments (subpoena to third party) (.2); review same, review and comments to draft subpoena and draft notice of service (.4); emails with P. Glackin regarding same (.2); review Freedom Lenders' reply brief in support of pending appeals (.5); review Debtors' February 19 powerpoint presentation at 2/19 hearing (.3); | 1.60 | $1,216.00 |
| 02/21/25 GAT | 23 | Emails with M. DeBaecke regarding potential claims investigation (.4); office conference with M. DeBaecke regarding same (.7); review of notice of confirmation hearing (.2); | 1.30 | $1,033.50 |
| 02/21/25 KMJ | 11 | Finalize draft of Ashby's first monthly fee statement (.3); | 0.30 | $103.50 |
| 02/21/25 KMJ | 07 | Download documents from Kroll (.5); organize preparation of binders requested by Michael D. DeBaecke, including index and cover sheet (.5); download amended plan/disclosure statement, notice and order approving disclosure statement (.4); | 1.40 | $483.00 |
| 02/21/25 MDD | 23 | Docket research regarding first lien lenders' prior filings, relevant documents (.7); emails and instructions to K. Wiliford and K. | 1.90 | $1,444.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | Jones regarding preparation of binders regarding same (.3); begin review of third stipulation between creditors committee and first lien lender groups (challenge period) (.2); status update and strategy discussion with G. Taylor regarding investigation, next steps (.7); |  |  |
| 02/21/25 | MDD | 11 | Review and edits, draft updated Ashby combined first monthly fee statement (.5); email to Akin team (J. Newdeck, A. Antypas) regarding same (.1); | 0.60 | $456.00 |
| 02/21/25 | MDD | 17 | Review COC and blackline of revised proposed solicitation procedures and disclosure statement order (.3); review and analysis of further amended plan and disclosure statement (1.2); email updates with G. Taylor regarding same (.2); email updates with A. Luft (.2); overview entered solicitation procedures and disclosure statement order (.2); | 2.10 | $1,596.00 |
| 02/22/25 | GAT | 23 | Review and analysis of background pleadings and documents regarding investigation of 1st lien lenders (5.1); | 5.10 | $4,054.50 |
| 02/22/25 | MDD | 02 | Email and attachments received from potential bidder for certain assets (.2); | 0.20 | $152.00 |
| 02/23/25 | MDD | 23 | Further review and analysis of February 14 board written consent and third stipulation to extend challenge period (.7 total); | 0.70 | $532.00 |
| 02/24/25 | GAT | 23 | Office conference with M. DeBaecke regarding investigation (1.5); review and analysis of background pleadings and documents regarding same (4.2); | 5.70 | $4,531.50 |
| 02/24/25 | KMJ | 23 | Coordinate preparation of second binder of relevant pleadings (.4); download notice of confirmation hearing and add deadlines to calendar (.2); download appeal briefs and coordinate preparation of binder (.4); download multiple claims, prepare index and coordinate preparation of binder (1.0); | 2.00 | $690.00 |

| 02/24/25 MDD | 23 | Meet with G. Taylor, discuss open issues and next steps (investigation) (1.5); calls with Akin (P. Glackin) regarding investigation (.2); instructions and requests to K. Jones, K. Wiliford (.2); review creditors' committee answering brief on appeal, ad hoc group of first lien lenders' joinder in Debtors' answering brief on appeal (.6 total); review executed Freedom Debtor Boards' unanimous written consents (2/14/25) (.3); build Investigation electronic files (.3); begin work on Investigation file memo (1.8); review and analysis of the Committee Settlement Term Sheet, build file memo regarding same (.8); review and comments to G. Taylor initial draft file memo (.3); | 6.00 | $4,560.00 |

| 02/24/25 MDD | 17 | Review and process filed notice of confirmation hearing, calendar relevant dates and deadlines (.1); | 0.10 | $76.00 |

| 02/25/25 GAT | 23 | Office conferences with MDD regarding claim investigation (1.5 total); review of filings and background materials regarding same (4.2); review MDD memo regarding same (.4); | 6.10 | $4,849.50 |

| 02/25/25 KMJ | 23 | Finalize and file Notice of Service of Subpoena upon third party (.3); coordinate preparation of claims binder (.3); | 0.60 | $207.00 |

| 02/25/25 MDD | 23 | Continue work to build file memo (investigation), identify open issues and next steps (1.6); email and attachments from Akin team (P. Glackin, R. Tizravesh) (subpoena for third party) (.2), reply to same (.1); status update and strategy meeting with G. Taylor (investigation) (.7); P. Glackin reply email, internal processing of same (notice of service) (.1); initial review of first lien credit agreement and related amendments documentation (1.2); emails with Akin (P. Glackin) (investigation) (.2); P. Glackin email replies (.1); review prior document requests | 6.80 | $5,168.00 |

|            |     |    |                                                          |      |            |
|------------|-----|----|----------------------------------------------------------|------|------------|
|            |     |    | issued in connection with Wartell investigation (.3); review and analysis of final financing order and related documents, build file memo regarding same (1.5 of 2.5 billed), discuss investigation with G. Taylor (.8); |      |            |
| 02/26/25   | GAT | 23 | Correspondence to counsel to Committee, 1Ls, 1L Agent and 2Ls requesting calls to discuss investigation (.8); work on initial document requests to certain parties (1.0); review of chapter 11 materials regarding investigation of potential claims (3.7); telephone conference with with Akin (P. Glackin) regarding available documents (.3); | 5.80 | $4,611.00  |
| 02/26/25   | KMJ | 07 | Download hearing transcripts and circulate to M. DeBaecke and G. Taylor (.4); | 0.40 | $138.00    |
| 02/26/25   | MDD | 11 | Review Akin comments to initial draft Ashby monthly fee statement (.1), emails with Akin (T. Helfrick) regarding updated draft Ashby initial combined monthly fee statement (.2); instructions to K. Jones regarding same (.1); J. Newdeck email with attachments regarding necessary additional connections searches (new parties in interest recently added to list) (.2), emails with K. Wiliford regarding same (.3); | 0.90 | $684.00    |
| 02/26/25   | MDD | 23 | Begin preparation of initial form of document requests (first lien investigation) (2.7), meet with G. Taylor regarding same (.5); email to P. Glackin (documents) (.1); call with P. Glackin, G. Taylor (documents) (.3); continue review and analysis of final financing order and related documents, continue to build file memo (1.8); review and edits to form of introductory email to respective counsel for various parties (.2); P. Glackin email update (documents) (.1); | 5.70 | $4,332.00  |
| 02/27/25   | DAK | 23 | Review and analysis of case                              | 2.80 | $1,176.00  |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | materials and memoranda (2.8); |  |
| 02/27/25 GAT | 23 | Review of chapter 11 filings and materials regarding investigation of potential claims (3.4); office conference with MDD regarding same (1.0); telephone conference with L. Trainer and MDD regarding same (.7); preparation for call with Committee counsel and telephone conference with same (1.0 total); telephone conference with Akin team regarding scope of investigation to be handled by Ashby team (.5); review of correspondence from counsel to 1Ls regarding call to discuss investigation (.1); multiple emails with Ashby team regarding investigation (.6); | 7.30 | $5,803.50 |
| 02/27/25 KMJ | 11 | Incorporate Akin comments into Ashby's first monthly fee statement (.2); | 0.20 | $69.00 |
| 02/27/25 MDD | 07 | Field creditor calls (2 separate calls) (.1); review notice and calendar new April 3 hearing date (.1); review Debtors' notice of change of address (headquarters; service address) (.1); | 0.30 | $228.00 |
| 02/27/25 MDD | 23 | Emails regarding call with OCUC counsel (.1); email updates with A. Luft, P. Glackin (.3); work to build file memos, preparations for upcoming calls with counsel representing creditor groups (1.8); discuss next steps and tasks with D. Kosloske (.2); strategy and update meeting with G. Taylor (1.0); internal emails (G. Taylor, L. Trainer) (.2); review 2/25 letter submissions by Freedom Lenders and Debtors (.3); begin review of DS hearing transcript (.6); status update and strategy meeting (G. Taylor, L. Trainer) (.7), follow up internal emails regarding same (.2); status update and strategy call with Akin team (A. Luft, P. Glackin, R. Tizravesh), G. Taylor, L. Trainer (.5); investigation call with Committee counsel (Pachulski team), G. Taylor, L. Trainer (.5), notes to file regarding same (.2); follow up | 7.00 | $5,320.00 |

|            |     |    | meeting with G. Taylor, discuss next steps (.4); | | |
|------------|-----|----|--------------------------------------------------|---|---|
| 02/27/25 PT | 23 | | Telephone conference with Greg Taylor and Mike DeBaecke (.7); video conference with Akin Gump (.5); video conference with committee counsel (.5); email exchange with Mike DeBaecke (.1); | 1.80 | $1,728.00 |
| 02/28/25 GAT | 23 | | Emails with M. DeBaecke and P. Trainer regarding investigation (.7); | 0.70 | $556.50 |
| 02/28/25 KMJ | 11 | | Review and incorporate additional changes to draft Ashby monthly fee statement (.3); | 0.30 | $103.50 |
| 02/28/25 KMS | 23 | | Multiple emails with MDD, G. Taylor and M. Morse re FRG - Relativity Access; download documents re same and upload to S drive (1.5); | 1.50 | $465.00 |
| 02/28/25 MDD | 11 | | T. Helfrick email and attached further comments (Ashby combined first monthly fee statement) (.2), reply to same (.1); further work on updated Ashby first monthly fee statement (.3), email to Akin team regarding same (.1); | 0.70 | $532.00 |
| 02/28/25 MDD | 07 | | Review new Debtor filing (further motion to reject leases and contracts) (.1); review discovery-related notice (Debtors' written discovery requests to Freedom Lender group) (.1); | 0.20 | $152.00 |
| 02/28/25 MDD | 23 | | Emails to and from Akin team (M. Morse; T. Helfrick) (documents) (.2); many internal emails to and from Ashby team (Taylor/Trainer/Kosloske/Wiliford) (investigation; documents; document requests; open issues; next steps) (1.5); review and analysis of creditors committee prior filed challenge period stipulations (3), motion for standing and draft complaint attached thereto (.8 all together); continue build of internal investigation files (key documents and case filings) (.3); review documents (Take Private Transaction) (.3); email from Paul Hastings team (.1); | 3.20 | $2,432.00 |

Bill number    WRTELL 86582                                           PAGE   13

| 02/28/25 PT | 23 | Review of memorandum (.5) email exchanges with Mike DeBaecke (.3); review of documents (.5); review of disclosure statement (.4); review of correspondence (.2); review of draft document requests (.4); | 2.30 | $2,208.00 |

Total fees                                                    $100,044.00

DISBURSEMENTS

| 02/26/25 | Costs Advanced (Chelsea Tavern - Lunches with A. Lyft, P. Glackin, MDD,  2/6/25 Hearing) | 88.80 |
| 02/28/25 | Photocopies | 666.10 |
| 02/28/25 | Pacer Service - Court On-Line Docket System Charges | 122.50 |
| 02/28/25 | Parcels Inc. (Inv. No. 1128937, 2/26/25 Document Duplication/Delivery Fees) | 719.30 |
| 02/28/25 | Parcels Inc. - Delivery & Copy Service | 62.00 |

Total disbursements                                            $1,658.70

BILLING SUMMARY

| Trainer, Jr., Philip | 4.10 hrs | 960.00 /hr | $3,936.00 |
| Taylor, Gregory A. | 37.20 hrs | 795.00 /hr | $29,574.00 |
| DeBaecke, Michael D. | 81.50 hrs | 760.00 /hr | $61,940.00 |
| Kosloske, Destiny A. | 2.80 hrs | 420.00 /hr | $1,176.00 |
| Jones, Kristy M | 8.20 hrs | 345.00 /hr | $2,829.00 |
| Wilford, Kimya M. | 1.90 hrs | 310.00 /hr | $589.00 |

| TOTAL FEES | 135.70 hrs | $100,044.00 |
| TOTAL DISBURSEMENTS | | $1,658.70 |
| TOTAL CHARGES FOR THIS BILL | | $101,702.70 |
| PAST DUE BALANCE | | $8,188.00 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER | | $109,890.70 |

RECAP BY TIMEKEEPER

PT    Trainer, Jr., Philip              4.10 hrs       960 /hr        $3,936.00

Bill number    WRTELL 86582                                          PAGE  14

| | | | | |
|---|---|---|---|---|
| GAT | Taylor, Gregory A. | 37.20 hrs | 795 /hr | $29,574.00 |
| MDD | DeBaecke, Michael D. | 81.50 hrs | 760 /hr | $61,940.00 |
| DAK | Kosloske, Destiny A. | 2.80 hrs | 420 /hr | $1,176.00 |
| KMJ | Jones, Kristy M | 8.20 hrs | 345 /hr | $2,829.00 |
| KMS | Wilford, Kimya M. | 1.90 hrs | 310 /hr | $589.00 |
| | | | TOTAL | $100,044.00 |

## RECAP BY TASK

| | | | |
|---|---|---|---|
| 02 | Asset Disposition | 1.10 hours | $836.00 |
| 07 | Case Administration | 17.20 hours | $11,149.00 |
| 08 | Claims Admin. and Objections | 0.50 hours | $380.00 |
| 11 | Employment and Fee Apps | 4.90 hours | $3,143.00 |
| 17 | Plan and Disclosure Statement | 27.50 hours | $20,900.00 |
| 23 | Investigation | 84.50 hours | $63,636.00 |

## RECAP BY EXPENSE CODE

| | | | |
|---|---|---|---|
| CA | Costs Advanced | 88.80 | $88.80 |
| PC | Photocopies | 6661.00 | $666.10 |
| PCR | Pacer Service - Court On-Line | 122.50 | $122.50 |
| PI | Parcels Inc. - Delivery Servi | 781.30 | $781.30 |