## <u>EXHIBIT A</u>

**Statement of Fees and Expenses by Subject Matter**

| Matter Number | Project Category Description | Total Hours | Total Fees Requested | Total Expenses Requested | Total |
|---|---|---|---|---|---|
| 1 | Chapter 11 | 0.00 | $0.00 | N/A | $0.00 |
| 2 | Adversary Proceedings & Contested Matters | 24.60 | $42,561.00 | N/A | $42,561.00 |
| 3 | Corporate, Securities, and Gov. Matters | 98.80 | $136,081.00 | N/A | $136,081.00 |
| 4 | Disclosure Statement / Plan / Confirmation | 1,006.20 | $1,354,026.00 | N/A | $1,354,026.00 |
| 5 | DIP Financing and Cash Collateral | 62.50 | $72,956.00 | N/A | $72,956.00 |
| 6 | Cash Management | 0.70 | $1,025.50 | N/A | $1,025.50 |
| 7 | Automatic Stay Issues | 25.90 | $27,689.00 | N/A | $27,689.00 |
| 8 | Asset Sales / Section 363 / Use, Sale, and Disposition of Property | 158.30 | $249,571.50 | N/A | $249,571.50 |
| 9 | Executory Contracts and Unexpired Leases | 85.10 | $96,363.50 | N/A | $96,363.50 |
| 10 | Business Operations | 6.90 | $8,858.50 | N/A | $8,858.50 |
| 11 | Claims Administration | 30.00 | $37,172.50 | N/A | $37,172.50 |
| 12 | Schedules and Statements (SOFAs) | 0.00 | $0.00 | N/A | $0.00 |
| 13 | Creditor and Stakeholder Communications | 59.50 | $101,258.50 | N/A | $101,258.50 |
| 14 | U.S. Trustee Matters and Communications | 3.70 | $4,562.50 | N/A | $4,562.50 |
| 15 | Hearings | 56.00 | $105,016.00 | N/A | $105,016.00 |
| 16 | Insurance and Surety Matters | 2.20 | $2,789.00 | N/A | $2,789.00 |
| 17 | Utilities | 1.70 | $2,031.50 | N/A | $2,031.50 |
| 18 | Tax Matters | 20.70 | $31,772.50 | N/A | $31,772.50 |
| 19 | Case Administration | 201.60 | $239,155.50 | N/A | $239,155.50 |
| 20 | Retention – K&E | 330.00 | $317,353.00 | N/A | $317,353.00 |
| 21 | Retention – Non-K&E | 35.00 | $41,297.50 | N/A | $41,297.50 |
| 22 | Vendor Matters | 47.50 | $52,539.50 | N/A | $52,539.50 |
| 23 | Litigation | 809.40 | $1,049,421.50 | N/A | $1,049,421.50 |
| 24 | Non-Working Travel | 27.30 | $49,145.50 | N/A | $49,145.50 |
| 25 | Creditors' Committee Matters | 6.60 | $11,232.00 | N/A | $11,232.00 |
| 26 | Employee and Labor Matters | 11.20 | $18,497.00 | N/A | $18,497.00 |
| 27 | Expenses | N/A | N/A | $60,217.02 | $60,217.02 |
| **Total** | | **3,111.40** | **$4,052,376.00** | **$60,217.02** | **$4,112,593.02** |