# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Matt Advani | Associate | Taxation | 2023 | 1,095.00 | 7.40 | $8,103.00 |
| Michael Angarola | Associate | Litigation - General | 2024 | 865.00 | 25.90 | $22,403.50 |
| Devika M. Balaram | Associate | Litigation - General | 2021 | 1,295.00 | 2.40 | $3,108.00 |
| Michael Beauchamp | Associate | Restructuring | 2023 | 1,065.00 | 83.20 | $88,608.00 |
| Anna Therese Beavers | Associate | Litigation - General | 2024 | 865.00 | 9.40 | $8,131.00 |
| Ziv Ben-Shahar | Associate | Restructuring | 2022 | 1,195.00 | 178.10 | $212,829.50 |
| Jacob E. Black | Associate | Restructuring | 2021 | 1,375.00 | 39.10 | $53,762.50 |
| Keaton Blazer | Associate | IP Litigation | 2024 | 865.00 | 8.50 | $7,352.50 |
| Socrates L. Boutsikaris | Associate | IP Litigation | 2021 | 1,345.00 | 7.20 | $9,684.00 |
| Brooke K. Brimo | Associate | Corporate - Debt Finance | 2023 | 1,065.00 | 4.90 | $5,218.50 |
| Danny Brown | Associate | Litigation - General | 2022 | 1,185.00 | 40.60 | $48,111.00 |
| Caroline Buthe | Associate | Restructuring | N/A | 880.00 | 90.00 | $79,200.00 |
| Christopher Buxton | Associate | IP Litigation | 2019 | 1,445.00 | 1.20 | $1,734.00 |
| Hacibey Catalbasoglu | Associate | Litigation - General | 2024 | 865.00 | 18.20 | $15,743.00 |
| Gursheen Cheema | Associate | Corporate - Debt Finance | 2024 | 1,065.00 | 1.80 | $1,917.00 |
| Jacqueline Cloutier | Associate | Corporate - Capital Markets | 2023 | 1,375.00 | 13.90 | $19,112.50 |
| Aislinn Comiskey | Associate | Restructuring | 2025 | 880.00 | 41.80 | $36,784.00 |
| Ashton Dubey | Associate | Litigation - General | 2022 | 1,185.00 | 20.30 | $24,055.50 |
| Carlos Estrada | Associate | Litigation - General | 2023 | 1,025.00 | 20.90 | $21,422.50 |
| Kai Michael Fenty | Associate | Taxation | 2024 | 925.00 | 6.00 | $5,550.00 |
| Julia Fletcher | Associate | Restructuring | 2025 | 880.00 | 59.90 | $52,712.00 |
| Rachel Golden | Associate | Restructuring | 2023 | 1,195.00 | 163.60 | $195,502.00 |

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Belle A. E. Harris | Associate | Litigation - General | 2023 | 1,025.00 | 20.10 | $20,602.50 |
| Grace Hartnett | Associate | Litigation - General | 2023 | 1,025.00 | 5.00 | $5,125.00 |
| Maggie Houseknecht | Associate | Litigation - General | 2018 | 1,445.00 | 25.80 | $37,281.00 |
| Jeffrey M. Jacobsen | Associate | IP Litigation | 2022 | 1,185.00 | 1.50 | $1,777.50 |
| Sarah Jones | Associate | Restructuring | 2024 | 880.00 | 16.80 | $14,784.00 |
| Olivia Kaufmann | Associate | Corporate - Healthcare | 2023 | 1,195.00 | 3.40 | $4,063.00 |
| Eric S. Kay | Associate | Litigation - General | 2016 | 1,445.00 | 9.70 | $14,016.50 |
| Joshua Lacoste | Associate | Litigation - General | 2024 | 1,025.00 | 7.00 | $7,175.00 |
| Andrew Lee | Associate | IP Litigation | 2024 | 1,025.00 | 2.40 | $2,460.00 |
| Michael David Lehavi | Associate | Litigation - General | 2023 | 1,025.00 | 11.90 | $12,197.50 |
| Constantina Leodis | Associate | Corporate - Debt Finance | 2023 | 1,195.00 | 12.90 | $15,415.50 |
| Chris Leveroni | Associate | Litigation - General | 2022 | 1,025.00 | 31.80 | $32,595.00 |
| Maddison Levine | Associate | Restructuring | 2021 | 1,465.00 | 183.50 | $268,827.50 |
| Cara Li | Associate | Corporate - M&A/Private Equity | 2020 | 1,195.00 | 59.00 | $70,505.00 |
| Dominick Vito Manetta | Associate | Restructuring | N/A | 880.00 | 78.60 | $69,168.00 |
| Brian Messing | Associate | Restructuring | 2024 | 1,065.00 | 26.00 | $27,690.00 |
| Brent Daniel Mobbs | Associate | IP Litigation | 2023 | 1,025.00 | 13.80 | $14,145.00 |
| Brian Nakhaimousa | Associate | Restructuring | 2021 | 1,465.00 | 164.40 | $240,846.00 |
| Srinithi Narayanan | Associate | Technology & IP Transactions | 2023 | 1,065.00 | 1.20 | $1,278.00 |
| Sarah Osborne | Associate | Restructuring | 2023 | 1,065.00 | 109.80 | $116,937.00 |
| Austin Pennington | Associate | IP Litigation | N/A | 865.00 | 8.60 | $7,439.00 |
| Armando L. Prather | Associate | Litigation - General | 2022 | 1,185.00 | 3.10 | $3,673.50 |
| Joshua Raphael | Associate | Restructuring | 2023 | 1,195.00 | 39.30 | $46,963.50 |
| Maddison Malone Riddick | Associate | ECEB - Executive Compensation | 2019 | 1,525.00 | 2.40 | $3,660.00 |
| Chris M. Salvatore | Associate | Antitrust / Competition | 2019 | 1,525.00 | 2.90 | $4,422.50 |

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Michael James Sitcawich | Associate | Litigation - General | 2022 | 1,025.00 | 23.10 | $23,677.50 |
| Michael A. Sloman | Associate | Restructuring | 2022 | 1,375.00 | 53.40 | $73,425.00 |
| Eric J. Tarosky | Associate | Litigation - General | 2023 | 1,025.00 | 19.30 | $19,782.50 |
| Kyla Elise Taylor | Associate | Litigation - General | 2021 | 1,345.00 | 38.50 | $51,782.50 |
| Ishaan G. Thakran | Associate | Restructuring | 2024 | 1,065.00 | 72.10 | $76,786.50 |
| Samantha Tidwell | Associate | Litigation - General | 2024 | 1,025.00 | 8.40 | $8,610.00 |
| Luz Tur-Sinai Gozal | Associate | Restructuring | 2022 | 880.00 | 19.20 | $16,896.00 |
| Matthew Calloway Walker | Associate | Litigation - General | 2023 | 1,025.00 | 11.20 | $11,480.00 |
| Brandon R. Weber | Associate | IP Litigation | 2023 | 1,185.00 | 12.20 | $14,457.00 |
| Christina Welch | Associate | Technology & IP Transactions | 2021 | 1,375.00 | 4.90 | $6,737.50 |
| Quin Wetzel | Associate | Restructuring | 2023 | 1,065.00 | 119.10 | $126,841.50 |
| Jiange Xiao | Associate | IP Litigation | 2023 | 1,185.00 | 6.20 | $7,347.00 |
| Mary Catherine Young | Associate | Restructuring | 2023 | 1,195.00 | 98.60 | $117,827.00 |
| Yi Zhang | Associate | IP Litigation | 2023 | 1,025.00 | 2.00 | $2,050.00 |
| Bill Arnault, P.C. | Partner | Litigation - General | 2009 | 2,015.00 | 72.90 | $146,893.50 |
| John G. Caruso | Partner | Real Estate | 1992 | 2,295.00 | 1.50 | $3,442.50 |
| Jacob R. Clark | Partner | Real Estate | 2017 | 1,725.00 | 1.50 | $2,587.50 |
| James B. Dickson | Partner | Corporate - Debt Finance | 2013 | 1,815.00 | 7.30 | $13,249.50 |
| Rob Fowler, P.C. | Partner | ECEB - Executive Compensation | 1996 | 2,295.00 | 0.80 | $1,836.00 |
| Susan D. Golden | Partner | Restructuring | 1988 | 1,795.00 | 2.90 | $5,205.50 |
| Jeffrey Ross Goldfine | Partner | Litigation - General | 2016 | 1,745.00 | 48.20 | $84,109.00 |
| Nicole L. Greenblatt, P.C. | Partner | Restructuring | 2003 | 2,595.00 | 68.90 | $178,795.50 |
| Kate Hardey | Partner | Corporate - Healthcare | 2003 | 2,175.00 | 6.20 | $13,485.00 |
| Jackie Heffernan | Partner | ECEB – Labor / Employment | 2017 | 1,725.00 | 0.50 | $862.50 |

4

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Shayne Henry | Partner | Litigation - General | 2014 | 1,695.00 | 69.40 | $117,633.00 |
| Keli Huang | Partner | Corporate - M&A / Private Equity | 2018 | 1,725.00 | 35.10 | $60,547.50 |
| Derek I. Hunter | Partner | Restructuring | 2017 | 1,735.00 | 111.80 | $193,973.00 |
| Jacquelyn M. Kasulis, P.C. | Partner | Litigation - General | 2004 | 2,265.00 | 2.50 | $5,662.50 |
| R.D. Kohut, P.C. | Partner | ECEB – Labor / Employment | 2004 | 2,295.00 | 0.30 | $688.50 |
| Joshua Korff, P.C. | Partner | Corporate - Capital Markets | 1994 | 2,465.00 | 0.30 | $739.50 |
| Melanie MacKay | Partner | Litigation - General | 2010 | 1,695.00 | 48.80 | $82,716.00 |
| Drew Maliniak | Partner | Corporate - Capital Markets | 2019 | 1,725.00 | 13.40 | $23,115.00 |
| Mark McKane, P.C. | Partner | Litigation - General | 1999 | 2,265.00 | 59.10 | $133,861.50 |
| Adam Mohamed | Partner | Corporate - Debt Finance | 2019 | 1,725.00 | 2.30 | $3,967.50 |
| Maureen D. O'Brien | Partner | ECEB - Employee Benefits | 1998 | 2,295.00 | 2.40 | $5,508.00 |
| Shawn OHargan, P.C. | Partner | Corporate - M&A/Private Equity | 2007 | 2,295.00 | 19.60 | $44,982.00 |
| Scott D. Price, P.C. | Partner | ECEB - Executive Compensation | 1998 | 2,465.00 | 2.30 | $5,669.50 |
| Thomas Prommer | Partner | Corporate - Debt Finance | 2016 | 1,815.00 | 4.30 | $7,804.50 |
| Gregory B. Sanford | Partner | IP Litigation | 2008 | 1,745.00 | 5.50 | $9,597.50 |
| Joanna Schlingbaum | Partner | Technology & IP Transactions | 2016 | 1,725.00 | 2.10 | $3,622.50 |
| Anthony Vincenzo Sexton, P.C. | Partner | Taxation | 2011 | 2,075.00 | 3.10 | $6,432.50 |
| Josh Sussberg, P.C. | Partner | Restructuring | 2004 | 2,595.00 | 60.10 | $155,959.50 |
| Michael Leonard Urschel, P.C. | Partner | Corporate - Debt Finance | 2008 | 2,465.00 | 5.50 | $13,557.50 |

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Nicholas Warther | Partner | Taxation | 2017 | 1,825.00 | 9.00 | $16,425.00 |
| Amber L. Whipkey | Partner | Litigation - General | 2002 | 1,295.00 | 47.20 | $61,124.00 |
| Dennis Williams, P.C. | Partner | Corporate - Healthcare | 2008 | 2,295.00 | 4.30 | $9,868.50 |
| **Total for Attorneys** | | | | | **2,892.50** | **$3,935,713.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Name | Position | Department | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|
| Christian Mancino | Junior Paralegal | Restructuring | 395.00 | 3.10 | $1,224.50 |
| Julia F. Burnson | Paralegal | Restructuring | 685.00 | 22.30 | $15,275.50 |
| Uzo Dike | Paralegal | Litigation - General | 705.00 | 12.20 | $8,601.00 |
| Michael Y. Chan | Support Staff | Conflicts Analysis | 550.00 | 6.30 | $3,465.00 |
| Matthew Cooper | Support Staff | Conflicts Analysis | 370.00 | 25.70 | $9,509.00 |
| Marta Dudyan | Support Staff | Conflicts Analysis | 370.00 | 33.10 | $12,247.00 |
| Houston Gao | Support Staff | Litigation - General | 560.00 | 4.90 | $2,744.00 |
| Henry Huang | Support Staff | Litigation - General | 625.00 | 48.00 | $30,000.00 |
| Sean Lopez | Support Staff | Litigation & Practice Tech | 690.00 | 31.80 | $21,942.00 |
| Eric Nyberg | Support Staff | Conflicts Analysis | 370.00 | 31.50 | $11,655.00 |
| **Total for Paraprofessionals** | | | | **218.90** | **$116,663.00** |