## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**Expense Summary**

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $0.00 |
| Standard Copies or Prints | $621.00 |
| Binding | $0.00 |
| Color Copies or Prints | $342.65 |
| Large Format Copy/Print | $0.00 |
| Scanned Images | $0.00 |
| 4" Binders | $0.00 |
| Local Transportation | $537.17 |
| Travel Expense | $6,589.00 |
| Airfare | $6,518.64 |
| Transportation to/from airport | $444.30 |
| Travel Meals | $908.40 |
| Other Travel Expenses | $76.00 |
| Court Reporter Fee/Deposition | $1,861.80 |
| Other Court Costs and Fees | $39,077.65 |
| Westlaw Research | $2,135.52 |
| LexisNexis Research | $214.44 |
| Overtime Transportation | $448.48 |
| Overtime Meals - Attorney | $411.07 |
| Document Services Overtime | $0.00 |
| Computer Database Research - Soft | $30.90 |
| **Total** | **$60,217.02** |