**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                  Chapter __11__

Case No. __24__ - __12480__ (_LSS_)

Debtor: __Franchise Group, Inc., et al.__

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of __Yan Borodanski, Esq. of McCarter & English LLP__

to represent __Heritage Seymour I, LLC and Heritage Seymour II, LLC__

in this action.

/s/ Matthew J. Rifino

| | |
|---|---|
| Firm Name: | McCarter & English LLP |
| | Renaissance Centre |
| Address: | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| Phone: | 302-984-6300 |
| Email: | mrifino@mccarter.com |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New York__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Yan Borodanski

| | |
|---|---|
| Firm Name: | McCarter & English LLP |
| | Four Gateway Center |
| Address: | 100 Mulberry Street, 12th Floor |
| | Newark, New Jersey 07102 |
| Phone: | 973-849-4135 |
| Email: | yborodanski@mccarter.com |

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: April 28th, 2025**
**Wilmington, Delaware**