## EXHIBIT A

## Water Invoices



February 12, 2025

Vitamin Shoppe Industries, Inc.
Attn: Lease Administration Department
300 Harmon Meadow Blvd
Secaucus, NJ 07094

Re: Crossroad Square - #531
    Water/Sewer Invoice

Dear Tenant:

This letter serves as an invoice for water and sewer usage.

Vitamin Shoppe accounts for 14.68% of usage for the sub-metered building located at 631 Baltimore Blvd. The most recent water invoices received come to a total of $3,612.69.

Vitamin Shoppe's pro rata share is calculated as follows:

| | |
|---|---|
| Total water bill for 631 Baltimore Blvd. | $3,612.69 |
| Vitamin Shoppe's percentage (14.68%) | $530.34 |

Total amount due is $530.34.

Please send your check within 30 days.

Yours truly,

Melissa Eisner
Beral LLLP
Asset Manager

Enclosures



**City Of Westminster**
45 W Main Street
Westminster, MD 21157

General Information:
Pay Online: www.westminstermd.gov
Billing Inquires: (410) 848-3255

Federal Tax ID : 52-6000811

**Messages**

Consumer Confidence Report
www.westminstermd.gov/CranberryCCR
www.westminstermd.gov/WakefieldCCR
Question/Concerns regarding water quality please email CityofWestminsterWTP@westminstermd.gov

**Account Information**

| | |
|---|---|
| Customer Number: | 059336+001 |
| Service Location: | 631 BALTIMORE BLVD |
| Billing Date: | 1/31/25 |
| Due Date: | 3/2/25 |
| Last Payment Date: | 11/18/24 |
| Previous Balance: | 3,024.05 |
| Payments: | 3,024.05 |
| Current Charges: | 3,612.69 |
| Adjustments: | |
| Total Due: | 3,612.69 |

7-20 20
BERAL LLLP
2800 QUARRY LAKE DR STE 340
BALTIMORE MD 21209-3764

**Terms:** Net amount due upon receipt of invoice. Gross Amount (includes penalty of 5%) due after date shown on invoice. After five days from this date water and/or sewer service will be subject to termination. A minimum charge of $100.00 will be charged for restoring service.

**Condition:** If from any cause, the water should temporarily fail, no rebate shall be allowed for any claim of damages resulting from this

### Billing Details

**Account #: 20-04303-000    631 BALTIMORE BLVD**
Service from 11/1/2024 to 1/31/2025

**Water**
- Base Meter Charge - 1.5" Meter...... 141.14
- Water Consumption - City............ 1,414.27

**Sewer**
- Base Sewer Charge - 1.5" Meter...... 179.93
- Sewer Consumption -City............. 1,742.21

**Brf**  Bay Restoration Fund Business........ 135.14

**Total Current Charges......................... 3,612.69**

### Meter Information

| | | | |
|---|---|---|---|
| Meter #: | 35758650 | | |
| Prev Read CCF: | 11297 | Curr Read CCF: | 11571  A |
| Prev Read Date: | 9/27/24 | Curr Read Date: | 12/30/24 |
| Usage: | 204966 Gallons | | |

Your average water use for this billing period was 2180 gallons per day.



---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. MAKE CHECK PAYABLE TO:  **CITY OF WESTMINSTER**

| | | | |
|---|---|---|---|
| Account Number: | **20-04303-000** | **AMOUNT DUE** | **3,612.69** |
| Service Location: | 631 BALTIMORE BLVD | | |
| Billing Date: | 1/31/25 | Gross amount due after: | 3/2/25 |
| Due Date: | 3/2/25 | Gross amount: | 3,793.32 |

City of Westminster
Water/Sewer Dept.
45 W Main Street
Westminster, MD 21157

BERAL LLLP
2800 QUARRY LAKE DR STE 340
BALTIMORE MD 21209-3764



**maryland financial investors, inc.**

November 5, 2024

Vitamin Shoppe Industries, Inc.
Attn: Lease Administration Department
300 Harmon Meadow Blvd
Secaucus, NJ 07094

Re:  Crossroad Square - #531
       Water/Sewer Invoice

Dear Tenant:

This letter serves as an invoice for water and sewer usage.

Vitamin Shoppe accounts for 14.68% of usage for the sub-metered building located at 631 Baltimore Blvd.  The most recent water invoices received come to a total of $3,024.05.

Vitamin Shoppe's pro rata share is calculated as follows:

| | |
|---|---|
| Total water bill for 631 Baltimore Blvd. | $3,024.05 |
| Vitamin Shoppe's percentage (14.68%) | $443.93 |

Total amount due is $443.93.

Please send your check within 30 days.

Yours truly,

*Melissa Eisner*
Melissa Eisner
Beral LLLP
Asset Manager

Enclosures



**City Of Westminster**
45 W Main Street
Westminster, MD 21157

General Information:
Pay Online: www.westminstermd.gov
Billing Inquires: (410) 848-3255

Federal Tax ID : 52-6000811

Consumer Confidence Report
www.westminstermd.gov/CranberryCCR
www.westminstermd.gov/WakefieldCCR
Question/Concerns regarding water quality please email CityofWestminsterWTP@westminstermd.gov.

| Account Information | |
|---|---|
| Customer Number: | 059336+001 |
| Service Location: | 631 BALTIMORE BLVD |
| Billing Date: | 10/31/24 |
| Due Date: | 11/30/24 |
| Last Payment Date: | 8/13/24 |
| Previous Balance: | 3,107.52 |
| Payments: | 3,107.52 |
| Current Charges: | 3,024.05 |
| Adjustments: | |
| Total Due: | 3,024.05 |

8-13 13
BERAL LLLP
2800 QUARRY LAKE DR STE 340
BALTIMORE MD 21209-3764

**Terms:** Net amount due upon receipt of invoice. Gross Amount (includes penalty of 5%) due after date shown on invoice. After five days from this date water and/or sewer service will be subject to termination. A minimum charge of $100.00 will be charged for restoring service.

**Condition:** If from any cause, the water should temporarily fail, no rebate shall be allowed for any claim of damages resulting from this

### Billing Details

**Account #:** 20-04303-000   631 BALTIMORE BLVD
Service from 8/1/2024 to 10/31/2024

**Water**
| | |
|---|---:|
| Base Meter Charge - 1.5" Meter | 141.14 |
| Water Consumption - City | 1,161.35 |

**Sewer**
| | |
|---|---:|
| Base Sewer Charge - 1.5" Meter | 179.93 |
| Sewer Consumption -City | 1,430.65 |
| Brf  Bay Restoration Fund Business | 110.98 |
| **Total Current Charges** | **3,024.05** |

### Meter Information

| | | | |
|---|---|---|---|
| Meter #: | 35758650 | | |
| Prev Read CCF: | 11072 | Curr Read CCF: | 11297  A |
| Prev Read Date: | 7/3/24 | Curr Read Date: | 9/27/24 |
| Usage: | 168312 Gallons | | |

Your average water use for this billing period was 1957 gallons per day.

[Bar chart showing usage by month: October, January, April, July, October, values around 1.5-2.0]

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. MAKE CHECK PAYABLE TO: **CITY OF WESTMINSTER**

| | |
|---|---|
| Account Number: | 20-04303-000 |
| Service Location: | 631 BALTIMORE BLVD |
| Billing Date: | 10/31/24 |
| Due Date: | 11/30/24 |

| | |
|---|---:|
| **AMOUNT DUE** | 3,024.05 |
| Gross amount due after: | 11/30/24 |
| Gross amount: | 3,175.25 |

City of Westminster
Water/Sewer Dept.
45 W Main Street
Westminster, MD 21157



BERAL LLLP
2800 QUARRY LAKE DR STE 340
BALTIMORE MD 21209-3764