# EXHIBIT B

## Mechanics' Lien Documentation

STATE OF     Maryland
COUNTY OF   Prince Georges

**NOTICE OF INTENT TO FILE A LIEN**

Notice Delivered to:
**General Contractor**
Build Retail Inc.
C/O Wes Cashwell
103 Gannaway St.
Jamestown, NC 27282

**Notifying Party:**
Stella Electric Construction, LLC. dba Stella Electric
5 Glyndon Dr. #361
Reisterstown, MD 21136

**Property Owner**
Laurel Lakes LLC
STE 340
2800 Quarry Lake Dr.
Baltimore, MD 21209

**Services:** Description of services, materials and/or labor provided by the
notifying part to the below identified project:
Interior fit out of retail store

**Property** where services provided:
County: Prince Georges
Vitamin Shoppe Tenant Space
14136 Baltimore Ave
Laurel, MD 20707

**If the party that has given you this notice is not paid in full for labor, service, equipment, or material provided, or to be provided, to your construction
project, a lien may lead to loss of all or part of this property, and/or significant legal consequences.**

Total Amount Owed to Notifying Party (the Debt): $28,496.22

This notice is provided to inform you the Notifying Party has provided the above-described services to the property, and that payment for these services (the **"Debt"**) is
due and owing to the Notifying Party. This is a notice to you that the Notifying Party is owed the Debt, and that payment has
not been made to the Notifying Party on the Debt.

If payment is not made to the Notifying Party in ten (10) days, a Claim of Lien, commonly referred to as a Mechanic's Lien, or Claim against the Project Bond or Contract Funds,
as the case may be, will be filed against the Property in ten (10) days after delivery of this Notice as per Maryland Statutes

**Signature of Claimant, and Verification**

State of _MARYLAND_

County of _CARROLL_

I, Jeffrey Buerhaus, the undersigned, being of lawful age and being first duly sworn upon oath, do state that I am the authorized, limited and disclosed agent of the
Claimant named herein, appointed for the purposes of filing the Notice of Intention to Claim a Lien, and that I have read the foregoing Notice of Claim of Lien, know the contents
thereof, and as an agent appointed by the Claimant to sign the instrument, I have been provided and thereby have knowledge of the facts, and certify that based thereupon, upon
my information and belief the foregoing is true and correct, and that I believe them to be true.

Claimant: STELLA ELECTRIC CONSTRUCTION LLC
Signed by Authorized and Disclosed Agent
Print Name: Jeffrey Buerhaus
Dated  November 18th 2024

Sworn and subscribed to before me, undersigned Notary Public in and for the above listed State and County/Parish on this July 23rd 2024 Jeffrey Buerhaus, who is known to me
or satisfactorily proved to me, to be the person whose name is subscribed to this document, and who acknowledged that he/she executed the document in the capacity indicated for the
principal named.

Notary Public

RICHARD DILLON ARNOLD
MY COMMISSION EXPIRES
NOTARY
PUBLIC
JANUARY 19, 2025
CARROLL COUNTY, MD

LAW OFFICES
**HARRISON E. GREENE, III, LLC**
107 Thomas Street
Bel Air, Maryland 21014

HARRISON E. GREENE, III

Telephone (443) 318-2775
Facsimile (443) 318-2699
hgreene@harrisongreenelaw.com

November 26, 2024

**VIA CERTIFIED MAIL, RETURN RECEIPT**

Laurel Lakes, LLC
Suite 340
2800 Quarry Lake Drive
Baltimore, Maryland 21209

RE: *Notice to Owner of Intention to Claim a Lien*
      My Client:             416 Mechanical Plumbing, LLC
      Location:              14136 Baltimore Avenue, Laurel, Maryland 20707
                                  The Vitamin Shoppe
      General Contractor  Build Retail, Inc.

To Whom it May Concern:

I represent 416 Mechanical Plumbing, LLC. This letter will serve as notice, pursuant to Ann.
Code. Md., *Real Property* § 9-104 of my client's intent to obtain a lien on the above referenced
real property.

416 Mechanical Plumbing, LLC was a subcontractor of Build Retail, Inc. Build Retail, Inc. was
engaged by your tenant, The Vitamin Shoppe. The total amount earned under my client's
undertaking to the date hereof is $19,351.04. The work done and materials provided under the
subcontract were as follows: plumbing work for The Vitamin Shoppe location at 14136
Baltimore Avenue, including permit fees, installation of a power flush toilet, groundwork and
wall closein, trim work, installation of a new sanitary line and water fountain. All of the
aforementioned work and materials were provided and completed by September 15, 2024.

I do solemnly declare or affirm under the penalties of perjury that the contents of the foregoing
notice are true to the best of the affiant's knowledge, information and belief.

Roger Wright
Mechanical Plumbing, LLC

Very truly yours,

Harrison E. Greene, III

cc:    Build Retail, Inc.
       The Vitamin Shoppe

IN THE CIRCUIT COURT FOR Prince George's County

(City/County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).  RS
*Defendant:* You must file an Information Report as required by Rule 2-323(h).

*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

FORM FILED BY: ☒ PLAINTIFF  ☐ DEFENDANT          CASE NUMBER  **C-16-CV-24-005988**
(Clerk to insert)

CASE NAME: MDP Contracting, Inc. _____ vs.  The Vitamin Shoppe Laurel, MD
Plaintiff                                                                    Defendant

PARTY'S NAME: MDP Contracting, Inc. _____          PHONE: _____

PARTY'S ADDRESS: 6531 Mid Cities Avenue, Suite 12. Beltsville, MD 20705

PARTY'S E-MAIL: _____

If represented by an attorney:

PARTY'S ATTORNEY'S NAME: John P. Lynch _____          PHONE: 410-266-9909

PARTY'S ATTORNEY'S ADDRESS: 888 Bestgate Road, Suite 402. Annapolis. MD 21401

PARTY'S ATTORNEY'S E-MAIL: jlynch@mhlawyers.com

JURY DEMAND? ☐ Yes ☒ No

RELATED CASE PENDING? ☐ Yes ☒ No If yes, Case #(s), if known: _____

ANTICIPATED LENGTH OF TRIAL?: 2 ___ hours ___ days

### PLEADING TYPE

New Case: ☒ Original          ☐ Administrative Appeal          ☐ Appeal
Existing Case: ☐ Post-Judgment          ☐ Amendment
*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY *(Check one box.)*

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☒ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☒ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☒ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.     ☐ Liability is not conceded, but is not seriously in dispute.     ☐ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000          ☐ $10,000 - $30,000          ☒ $30,000 - $100,000          ☐ Over $100,000

☐ Medical Bills $ _____     ☐ Wage Loss $ _____     ☐ Property Damages $ _____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation         ☐ Yes  ☒ No              C. Settlement Conference     ☐ Yes  ☒ No
B. Arbitration       ☐ Yes  ☒ No              D. Neutral Evaluation        ☐ Yes  ☒ No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL.***

*(Case will be tracked accordingly)*

☒ 1/2 day of trial or less          ☐ 3 days of trial time

☐ 1 day of trial time               ☐ More than 3 days of trial time

☐ 2 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions,*** *if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited -** Trial within 7 months of          ☐ **Standard -** Trial within 18 months of

Defendant's response                               Defendant's response

EMERGENCY RELIEF REQUESTED

---

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff _____ |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

December 13, 2024
Date

888 Bestgate Road, Suite 402
Address

Annapolis      MD      21401
City            State    Zip Code

/s/ John P. Lynch          8912190051
Signature of Attorney / Party    Attorney Number

John P. Lynch
Printed Name

**Reset**

**E-FILED; Prince George's Circuit Court**
**Docket: 12/13/2024 4:25 PM; Submission: 12/13/2024 4:25 PM**
**Envelope: 19183375**

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | | |
|---|---|---|
| MDP CONTRACTING, INC.<br>6531 Mid Cities Avenue, Suite 12<br>Beltsville, Maryland 20705 | : | |
| | : | |
| Plaintiff/Petitioner, | : | |
| | : | |
| v. | : | Case No. C-16-CV-24-005988 |
| | : | |
| THE VITAMIN SHOPPE LAUREL, MD<br>14136 Baltimore Avenue<br>Laurel, Maryland 20707 | : | |
| | : | |
| Serve: CSC Lawyers Incorporating Service<br>    7 St. Paul Street, Suite 820<br>    Baltimore, Maryland 21202 | : | |
| | : | |
| and | : | |
| | : | |
| LAUREL LAKES, LLC<br>2800 Quarry Lake Drive, Suite 340<br>Laurel, Maryland 20707 | : | |
| | : | |
| Serve: Sanford Schreiber<br>    One South Street, Suite 2440<br>    Baltimore, Maryland 21202 | : | |
| | : | |
| BUILD RETAIL INC.<br>300 E Lombard Street<br>Baltimore, Maryland 21202 | : | |
| | : | |
| Serve: Business Filing, Inc.<br>    300 E Lombard Street<br>    Baltimore, Maryland 2120 | : | |
| | : | |
| Defendants/Respondents. | : | |

## PETITION TO ESTABLISH AND ENFORCE MECHANICS' LIEN
## AND COMPLAINT

Plaintiff/Petitioner MDP Contracting, Inc., ("MDP" or "Plaintiff"), by and through its attorneys, John P. Lynch, Aiden A. Galloway and McNamee Hosea, P.A., hereby files this Petition and Complaint against the Defendants/Respondents, The Vitamin Shoppe Laurel, MD, Laurel Lakes, LLC and Build Retail Inc., and in support thereof, states the following:

## PARTIES

1.     MDP is a corporation registered to conduct business in the State of Maryland and located at 6531 Mid Cities Avenue, Suite 12, Beltsville, Maryland 20705. MDP is principally engaged in the business of providing and delivering construction and building services, materials and supplies throughout Maryland.

2. Upon information and belief, Defendant, The Vitamin Shoppe Laurel, MD ("Vitamin Shoppe"), is registered to conduct business in the State of Maryland and has a retail store selling vitamins and other health products located at 14136 Baltimore Avenue, Laurel, Maryland 20707.   Upon information and belief, Laurel Lakes, LLC ("Laurel Lakes") is the owner of the retail shopping center property ("Property") where Vitamin Shoppe is located.  The Property is more fully and accurately described in the Special Warranty Deed ( "Deed") dated September 30, 1999, located in and among the Land Records of Prince George's County in Book 13387, beginning at Page 104. A true and accurate copy of the Deed is attached hereto and collectively incorporated herein by reference as **Exhibit A**.

3. The Defendant, Build Retail, Inc. ("Build Retail") is, upon information and belief, a corporation registered to conduct business in the State of Maryland  and lists its

2

principal address as 300 E Lombard Street, Baltimore, Maryland 21202.   Upon information and belief, Build Retail is engaged primarily in construction services and acted as general contractor for a project located at the Vitamin Shoppe location.

## JURISDICTION AND VENUE

4.    Jurisdiction is vested in this Court pursuant to Maryland Code Ann. Courts and Judicial Proceedings, §§ 1-501 and 6-103(b) because Defendants all regularly conduct business in the State of Maryland and the contracts were performed in Prince George's County, and pursuant to Maryland Code Ann., Real Property, § 9-105(a) because the Property and Vitamin Shoppe leasehold is located entirely within the jurisdiction of the Circuit Court of Prince George's County. Maryland.

5.    Venue is proper pursuant to Maryland Code Ann., Courts and Judicial Proceedings, § 6-201, because Defendants carries on regular business in Prince George's County, and pursuant to Maryland Code Ann., Courts and Judicial Proceedings, § 6-203(b)(2), because all of the Property and leasehold is located in Prince George's County, Maryland.

## FACTS COMMON TO ALL COUNTS

6.    On or about July 29, 2024, MDP and Build Retail, entered into an agreement through a Purchase Order ("Purchase Order") wherein MDP agreed to provide labor and to furnish and install materials to the new retail store located at the Vitamin Shoppe and Property.  A copy of the Purchase Order is attached hereto as **Exhibit B**.

7.    Thereafter, MDP performed labor and supplied various materials to the Vitamin Shoppe project and Property from on or about July 30, 2024  until on or about

3

September 17, 2024. A copy of the Change Order/Work Orders detailing the labor performed and the materials supplied are attached hereto and collectively incorporated herein by reference as **Exhibit C**.

8.     Despite MDP's demand for payment, Build Retail failed and refused to make payments in full for the labor and materials which MDP performed and delivered to the Property, leaving a balance of $47,490.00 due and owing to MDP.

9.     Having little other recourse, on November 19, 2024, MDP sent its Notice to Owner or Owner's Agent of Intention to Claim a Lien ("Notice") to Vitamin Shoppe, Laurel Lakes and Build Retail of MDP's intent to file a lien. The Notice was delivered on November 22, 2024 to all parties. Copies of the Notice and signed certified mail Return Receipts are attached hereto and collectively incorporated herein as **Exhibit D**.

10.     Despite sending demand for payment, payment has not been made, and $47,490.00 remains due and owing to MDP.

## COUNT I
## Petition to Establish and Enforce Mechanics' Lien against Interest in the Property (as to Vitamin Shoppe and Laurel Lakes)

11.     All of the allegations set forth previously herein are hereby incorporated as if fully stated herein.

12.     Pursuant to the Agreement and Md. Code Ann., Real Prop. § 9-101, at all pertinent times, Design Build acted as a general contractor, Laurel Lakes as an owner, leasing a leasehold interest on the Property to the Vitamin Shoppe. *See* Ex. A.

13.     The Property is located at 14136 Baltimore Avenue, Laurel, Maryland 20707: a portion of the Property as is more fully and accurately described in the Special

4

Warranty Deed ("Deed") dated September 30, 1999, located in and among the Land Records of Prince George's County in Book 13387, beginning at Page 104.  *See* Exh. A.

14.    Upon information and belief, Vitamin Shoppe holds a leasehold interest at the Property for its new retail store.

15.    Upon further information and belief, Vitamin Shoppe was aware of, authorized, induced, and retained some benefit, for the project and the work provided to the Property, the leasehold improvements and the Project by MDP.

16.    Pursuant to the Purchase Order, MDP supplied Build Retail, and the Project with various supplies from on or about July 30, 2024 until on or about September 17, 2024.

17.    The Work was provided to the Vitamin Shoppe store located on the Property.

18.    On November 19, 2024, MDP sent notice of its intent to file a lien to Vitamin Shoppe and Laurel Lakes, well within the 120 day statutory requirement of Md. Code Ann., Real Prop. § 9-104(a)(2).  *See* Ex. D.

19.    To date, the total amount owed to MDP is $47,490.00.

20.    Pursuant to the statutory requirement of Md. Code Ann., Real Prop. § 9-102 the Property is subject to a mechanic's lien because MDP's Work improved the leasehold interest in the Property in excess of twenty-five percent (25%) of the leasehold Property's value.

5

21.     MDP has satisfied all conditions precedent for the establishment of a lien against the Owner's and/or the Tenant's interests in the leasehold Property pursuant to Md. Code Ann., Real Prop. § 9-101, *et seq*.

22.     The facts set forth in this Petition are supported by the Affidavit of MDP's President, Mario Quintero, which is attached hereto and incorporated herein as **Exhibit E**.

WHEREFORE, MDP requests that this Court:

a)     Establish a mechanics' lien against the leasehold interest of the Vitamin Shoppe on the Property and the improvements thereon in the amount of $47,490.00, plus pre-judgment interest at the legal rate of 6% per annum, reasonable attorneys' fees, service of process fees and court costs;

b)     Pass an Order, after the mechanics' lien requested herein is established, enforcing same and directing that the leasehold interest at the Property and improvements be sold, unless the mechanics' lien is paid and satisfied on or before the date specified by the Court;

c)     And for such other and further relief as the nature of this cause may require.

## COUNT II
## Breach of Contract
## (as to Build Retail)

23.     All of the allegations set forth previously herein are hereby incorporated as if fully stated herein.

24.     Pursuant to the Purchase Order, MDP agreed to provide the labor and materials at the request of Build Retail in exchange for payment. *See* Ex.'s B and C.

6

25.    MDP performed as agreed. *See* Ex.'s B and C.

26.    Despite demand by MDP, Build Retail has failed and refused to pay the balance due and owing to MDP of $47,490.00 for the labor performed and materials provided by MDP to the Property.

27.    Build Retail's failure to pay as agreed is a material breach of contract and MDP has suffered damages because of Build Retail's breach.

28.    MDP has incurred and continues to incur substantial costs in its efforts to collect the outstanding amount owed to it by Build Retail.

WHEREFORE, MDP requests judgment against Build Retail, in the principal amount of $47,490.00, pre-judgment interest at the legal rate, reasonable attorneys' fees, service of process fees, costs of suit and such other and further relief as the nature of MDP's cause may require.

## COUNT III
## (MARYLAND'S PROMPT PAYMENT ACT)

29.    All of the allegations set forth previously herein are hereby incorporated herein.

30.    The protections of Prompt Payment Act, Sec. 9-301, et seq. of the Real Property Article of the Maryland Annotated Code ("Prompt Payment Act") apply to the work performed by Petitioner for Build Retail on the Property.

31.    Pursuant to the terms of the Prompt Payment Act, Petitioner was entitled to be paid by Build Retail within thirty (30) days of the invoice date, but in no event, no longer than seven (7) days thereafter the invoice date.

32. Build Retail has failed to pay Petitioner in accordance with the Prompt Payment Act, despite receiving payment for work performed on the Property.

33. Therefore, Petitioner seeks the amounts due it for work on the Property, plus pre-judgment interest and attorney's fees in accordance with the Prompt Payment Act.

WHEREFORE, MDP requests judgment against Build Retail in the principal amount of $47,490.00, pre-judgment interest at the legal rate, reasonable attorneys' fees, service of process fees, costs of suit and such other and further relief as the nature of MDP's cause may require.

## COUNT IV
## (UNJUST ENRICHMENT)

34. All of the allegations set forth previously herein are hereby incorporated herein.

35. Petitioner provided labor and furnished and installed materials to the new retail store located at the Vitamin Shoppe and Property at a significant cost to the Petitioner. The Vitamin Shoppe and Laurel Lakes received the benefit of the materials and services from the Petitioner in the principal amount of Forty-Seven Thousand Four Hundred Ninety Dollars ($47,490.00).

36. The Vitamin Shoppe and Laurel Lakes had an appreciation and knowledge of the benefits conferred upon it as a result of the materials and services provided by Petitioner to the Property in the principal amount Forty-Seven Thousand Four Hundred Ninety Dollars ($47,490.00).

8

37.   The Vitamin Shoppe and Laurel Lakes acceptance and retention of the services and building materials provided by the Petitioner while such parties Construction had knowledge of the benefits they was receiving, makes it inequitable for The Vitamin Shoppe and Laurel Lakes o retain these benefits without payment of their value.

WHEREFORE, the Petitioner requests judgment against The Vitamin Shoppe and Laurel Lakes in the principal amount of Forty-Seven Thousand Four Hundred Ninety Dollars ($47,490.00)., pre-judgment interest at the legal rate, reasonable attorneys' fees, service of process fees, costs of suit and such other and further relief as the nature of MDP's cause may require.

## COUNT V
## (QUANTUM MERUIT)

38.   All of the allegations set forth previously herein are hereby incorporated herein.

39.   Petitioner provided services, framing, drywall, finishing, and other building materials and construction labor to The Vitamin Shoppe and Laurel Lakes as agreed upon.

40.   The Vitamin Shoppe and Laurel Lakes accepted and retained the use and benefit of such materials and labor and services from the Petitioner and such parties knew that the Petitioner expected to be paid for such labor, materials and services.

41.   The value of the unpaid materials and services supplied by Petitioner to PAL Construction is in the amount of Forty-Four Thousand Nine Hundred Dollars ($44,900.00).

9

WHEREFORE, the Petitioner requests judgment against PAL Construction, in the principal amount of Forty-Seven Thousand Four Hundred Ninety Dollars ($47,490.00).plus pre-judgment interest. reasonable attorneys' fees, costs of suit and such other and further relief as the nature of Petitioner's cause may require.

Respectfully Submitted,

MCNAMEE HOSEA, P.A.

By:   /s/ John P. Lynch
      John P. Lynch
      AIS No. 8912190051

      /s/ Aiden A. Galloway
      Aiden A. Galloway
      AIS No. 2211280177
      888 Bestgate Road, Suite 402
      Annapolis. Maryland 21401
      410-266-9909
      jlynch@mhlawyers.com
      agalloway@mhlawyers.com
      *Attorneys for Petitioner/Plaintiff,*
      *MDP Contracting, Inc.*

**E-FILED; Prince George's Circuit Court**
**Docket: 12/13/2024 4:25 PM; Submission: 12/13/2024 4:25 PM**
**Envelope: 19183375**

# EXHIBIT A

13387   104

FIRST AMERICAN
TITLE INSURANCE COMPANY
1025 Connecticut Avenue, NW, Suite 709
Washington, DC 20036

Attn: ДОЛГА LAG

N8   2005C

1999 SEP 30 ₽ 2: 39

CLERK OF THE
CIRCUIT COURT

## SPECIAL WARRANTY DEED

THAT LAUREL-VINCENT PLACE ASSOCIATES LIMITED
PARTNERSHIP, a Virginia limited partnership ("*Grantor*"), for and in
consideration of the sum of Thirty-Seven Million Five Hundred Thousand
Dollars ($37,500,000), has GRANTED, BARGAINED, SOLD, and
CONVEYED and by these presents does GRANT, BARGAIN, SELL, AND
CONVEY unto LAUREL LAKES, LLC, a Delaware limited liability
company ("*Grantee*") that certain tract or parcel of land in Prince George's
County, State of Maryland, more particularly described in Exhibit A attached
hereto and incorporated herein by this reference, being in the
_____ Election District, together with all buildings and
improvements thereon and all rights, titles, interests, privileges and
advantages appurtenant or in anywise appertaining thereto (such land,
building, improvements and interests are hereinafter collectively referred to
as the "*Property*").

This Special Warranty Deed and the conveyance hereinabove set forth
is executed by Grantor and accepted by Grantee subject to the matters
described in Exhibit B attached hereto and incorporated herein by this
reference, (hereinafter referred to collectively as the "*Permitted
Encumbrances*").

TO HAVE AND TO HOLD the Property, together with all and singular
the rights and appurtenances thereunto otherwise belonging, unto Grantee,
its successors and assigns forever, and Grantor does hereby bind itself, its
successors and assigns, to WARRANT AND FOREVER DEFEND all and
singular the title to the Property unto the said Grantee, its successors and
assigns against every person whomsoever lawfully claiming or to claim the
same or any part thereof, by through or under Grantor but not otherwise
subject only to the Permitted Encumbrances.

Grantee's address is:      401 N. Michigan
                            Suite 290
                            Chicago, Illinois 60611

RECORDATION TAX AND
TRANSFER TAX PAID
OFFICE OF FINANCE
PRINCE GEORGE'S COUNTY, MD.

The Grantor hereby certifies under penalties of perjury that the actual
consideration received for the herein described conveyance, including the
amount of any deed of trust assumed by the Grantee, is $37,500,000.

5.60
20.60
187,500.00
187,505.60
TR TAX STATE
TOTAL
Rcpt P002    Acct # 37693
WJ    LNS    Blk # 10189
Sep 30, 1999    02:39 pc

... of Prince George's County
... This document is for recordation and is not
conclusive against further taxation even
for prior periods, nor does it guarantee
satisfaction of outstanding tax sales.

PGdP-01-147-007-30-99   $165,000.00
                        #1

BUSDOCS:774567.2

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 13387, p. 0104, MSA_CE64_13467. Date available 09/30/2005. Printed : 1/18/2024.

BY
TRANSFER OFFICE    CLERK
SEP 3 0 1999
TRANSFERRED

PGdP-01-147-007-30-99   AD1H035539IPTRN   $525,000.00   #1

13387   107

LEGAL DESCRIPTION                                    Commitment No.: 20256

All of those lots or parcels of land situate and lying in Prince George's County, Maryland and easement appurtenant thereto and more particularly described as follows:

PARCEL I

Section "C" in a subdivision known as LAUREL LAKES as per plat thereof recorded in Plat Book NLP 120 at plat 29 among the Land Records of Prince George's County, Maryland, 24.9897 acres more or less.

Tax account number 1037902

PARCEL II

Section "E" in a subdivision known as LAUREL LAKES as per plat thereof recorded in Plat Book NLP 120 at plat 30 among the Land Records of Prince George's County, Maryland, 13.8828 acres more or less.

Tax account number 1037910

PARCEL III

TOGETHER with and subject to Easement and Right of Way granted to Laurel-Vincent Place Associates Limited Partnership by Instrument dated August 3, 1994 and recorded in Liber No. 5948, folio 224 among the Land Records of Prince George's County, Maryland.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 13387, p. 0107, MSA_CE64_13467. Date available 09/30/2005. Printed 11/18/2024.

2

13387   108          EXHIBIT B

PERMITTED ENCUMBRANCES

1.      Matters disclosed on subdivision plat known as LAUREL LAKES as per plat therof recorded in Plat Book NLP 120 at plat 29 among the Land Records of Prince George's County, Maryland.

2.      Matters disclosed on subdivision plat known as LAUREL LAKES as per plat therof recorded in Plat Book NLP 120 at plat 30 among the Land Records of Prince George's County, Maryland.

3.      Easement and Right of Way granted to Laurel-Vincent Place Associates Limited Partnership by Investment dated August 3, 1994 and recorded in Liber No. 5948, folio 234 among the Land Records of Prince George's County, Maryland.

4.      Rights of others and other matters affecting the Easement and Right of Way granted to Laurel-Vincent Place Associates Limited Partnership by Instrument dated August 3, 1994 and recorded in Liber No.5948, folio 224 among the Land Records of Prince George's County, Maryland.

5.      Right of Way by and between Laurel-Vincent Place Associates Limited Partnership and Washington Suburban Sanitary Commission dated November 6, 1984 and recorded in Liber No.6010, folio 300 among the Land Records of Prince George's County, Maryland.

6.      Right of Way by and between Laurel-Vincent Place Associates Limited Partnership and Baltimore Gas and Electric Company dated March 26, 1985 and recorded in Liber No.6122, folio 111 among the Land Records of Prince George's County, Maryland.

7.      Easement of Installation of storm drain recorded November 19, 1985 in Liber 6218, folio 880 among the Land Records of Prince George's, Maryland.

8.      Agreement by and between Laurel-Vincent Place Associates Limited Partnership and Washington Surburban Sanitary Commission recorded February 20, 1985 and recorded Liber No.6275, folio 631 among the Land records of Prince George's County, Maryland.

9.      Unrecorded Lease by and between Laurel-Vincent Place Associates Limited Partnership, Landlord, and Texas Beef & Seafood Company, Inc., a Maryland corporation, a/k/a Laredo Grill, Tenant.

BUSDOCS:774567.2

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 13387, p. 0108, MSA_CE84_13467. Date available 09/30/2005. Printed 11/18/2024.

13387    109

This Deed has been prepared by or under the supervision of an attorney duly admitted to practice before the Court of Appeals of Maryland.

*Charles T. Hathway*

Charles T. Hathway, Attorney

BUSDOCS:774667

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 13387, p. 0109, MSA_CE64_13467. Date available 09/30/2005. Printed 11/18/2024.

13387    105

EXECUTED this the 2nd day of September, 1999.

IN WITNESS WHEREOF Grantor has executed this Deed as of the day and year first hereinabove written.

WITNESS:                    GRANTOR:

*Rld D. Rt*

LAUREL-VINCENT PLACE
ASSOCIATES LIMITED
PARTNERSHIP, a Virginia limited
partnership

By: DEAN WITTER REALTY
    INCOME PARTNERSHIP III,
    L.P., a Delaware limited
    partnership, its general partner

    By:   DEAN WITTER REALTY
          INCOME PROPERTIES
          III, INC., a Delaware
          corporation, its general
          partner

          By: *Robert B. Austin*
              Robert B. Austin
              Vice President

BUSDOCS:774567

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 13387, p. 0105, MSA CE64_13467. Date available: 09/30/2005. Printed 11/18/2024;

13387    106

STATE OF NEW YORK, COUNTY OF NEW YORK, to wit:

On this the 2nd day of September, 1999, before me, the undersigned officer, personally appeared Robert B. Austin, who acknowledged himself to be the Vice President of Dean Witter Realty Income Properties III, Inc., a corporation, which is general partner of Dean Witter Realty Income Partnership III, L.P., a limited partnership, which, in turn, is managing general partner of Laurel-Vincent Place Associates Limited Partnership, a Virginia limited partnership, and on behalf of said corporation and said partnerships did acknowledge that he, as such Vice President, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation as such partner of such partner by himself as Vice President.

In witness whereof I hereunto set my hand and official seal.

Name:

My commission expires: August 6, 2000

ALAN H. DI SCIULLO
Notary Public, State of New York
No. 31-4970184
Qualified in New York County
Commission Expires August 6, 22 0 0

BUSDOCS:774567

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 13387, p. 0106, MSA_CE64_13467. Date available 09/30/2005. Printed 11/18/2024.

**E-FILED; Prince George's Circuit Court**
**Docket: 12/13/2024 4:25 PM; Submission: 12/13/2024 4:25 PM**
**Envelope: 19183375**

# EXHIBIT B

**Build Retail Inc.**
**103 Gannaway Street**
**Jamestown, NC 27282**
**Phone: (336) 454-0158**

# PURCHASE ORDER

Fax or email signed copy of Purchase Order and
Certificate of Insurance prior to commencement. Send
original copy with invoice by mail.

The following number must appear on all related
correspondence, shipping papers, and invoices:
**P.O. NUMBER: VITAMIN SHOPPE AT LAUREL, MD.**
Date of Issue: July 29, 2024

**NOTE:** Build Retail Inc. will not provide payment
for additional work by subcontractor not approved in advance.
**Superintendent cannot approve change orders.**

**TO:**
**MDP CONTRACTING**
**6531 MID CITIES AVE**
**SUITE #12**
**BELTSVILLE,MD 20705**

**PROJECT:**
**Vitamin Shoppe**
**14136 Baltimore Ave.**
**Laurel,MD 20707**

| DESCRIPTION | | |
|---|---|---|
| **Furnish and install labor and materials per proposal dated 07/25/2024.** | | |
| Divison#2 = $13,100.00 | | |
| Division #9 = $28,400.00 | | |

**CERTIFICATE OF INSURANCE** Subcontractor will provide a Certificate of
Insurance for General Liability (minimum limits of $2,000,000 General
Aggregate/$1,000,000 Per Occurrence), Automobile Liability and Workers
Compensation. Build Retail Inc. (BRI) shall be named Additional Insured as
respects liability on a primary and non-contributory basis. A waiver of
subrogation shall apply in favor of BRI on the general liability and workers
compensation policies. BRI will be notified no less than (30) days prior to
termination or non-renewal of coverage.

TOTAL **$41,500.00**

**Start Date: July 30, 2024**
**Completion Date: September 15,2024**

J. Wesley Cashwell
**Build Retail Inc. (Signature)**

*Miguel Barran*                         7/29/2024

**Subcontractor (signature)**                **Date**

E-FILED; Prince George's Circuit Court
Docket: 12/13/2024 4:25 PM; Submission: 12/13/2024 4:25 PM
Envelope: 19183375

# EXHIBIT C



## CHANGE ORDER/WORK ORDER

**DATE:**    4-Sep-24                                **Change Order/Work order#**    MDPCO1

### CORENIC CONSTRUCTION

**PROJECT LOCATION:**    The Vitamin Shoppe Laurel
                         14136 Baltimore Avenue
                         Laurel, MD 20707

**DESCRIPTION OF WORK:**

Additional work requested by GC as specified below:

1. Sawcut and demo reinforced concrete slab to accommodate new plumbing and          $    4,100.00
   underground work at several locations. Remove concrete debris to GC provided
   dumpster. Provide new concrete pouring at all sawcut areas after underground
   work completed.

**COST OF CHANGE:**          $    4,100.00

SIGNING THIS DOCUMENT AUTHORIZES MDP CONTRACTING, INC. TO PROCEED WITH THE
OR CHANGES AS LISTED ABOVE AND PAYMENT FOR WORK WILL BE PAID 30 DAYS FROM
THE DATE OF THIS CHANGE ORDER REQUEST.

| | |
|---|---|
| Original Contract Amount | $0.00 |
| Prior Increase | $0.00 |
| Current Revised Contract Amount | $0.00 |
| This Increase | $4,100.00 |
| Revised Contract Amount | $4,100.00 |

**MDP Contracting Inc.**    *Miguel Barran*          Project Manager         9/4/2024
                            Miguel Barran            Title                   Date
**Build Retail Inc.**                                President               09/13/2024
                            Authorized Representative    Title               Date



# CHANGE ORDER/WORK ORDER

**DATE:**   17-Sep-24                                   **Change Order/Work order#**   MDPCO4

## CORENIC CONSTRUCTION

**PROJECT LOCATION:**   The Vitamin Shoppe Laurel
                        14136 Baltimore Avenue
                        Laurel, MD 20707

**DESCRIPTION OF WORK:**
Additional work requested by GC as specified below:

1. Build column at storefront per walkthrough with GC's project manager       S    3,250.00
   Provide general cleaning as requested by GC's  project manager
   Provide (1) 12"x12" access panel at bathroom/water fountain wall

**COST OF CHANGE:**            $     3,250.00

SIGNING THIS DOCUMENT AUTHORIZES MDP CONTRACTING, INC. TO PROCEED WITH THE
OR CHANGES AS LISTED ABOVE AND PAYMENT FOR WORK WILL BE PAID 30 DAYS FROM
THE DATE OF THIS CHANGE ORDER REQUEST.

| | |
|---|---|
| Original Contract Amount | $0.00 |
| Prior Increase | $0.00 |
| Current Revised Contract Amount | $0.00 |
| This Increase | $3,250.00 |
| Revised Contract Amount | $3,250.00 |

**MDP Contracting Inc.**  *Miguel Barran*                Project Manager        9/17/2024

|  | | | |
|---|---|---|---|
| | Miguel Barran | President Title | Date 9/17/2024 |
| **Build Retail Inc.** | | | |
| | Authorized Representative | Title | Date |



## CHANGE ORDER/WORK ORDER

**DATE:** 17-Sep-24

Change Order/Work order#

MDPCO5

### CORENIC CONSTRUCTION

**PROJECT LOCATION:**

The Vitamin Shoppe Laurel
14136 Baltimore Avenue
Laurel, MD 20707

**DESCRIPTION OF WORK:**

Additional work requested by GC as specified below:

1. Provide equipment, labor and materials to grind, prep and seal concrete        $    7,950.00
   floors at Stock room, Hallway 1, Hallway 2, Toilte room & Storage per
   Finish Plan and schedule.

**COST OF CHANGE:**           $       7,950.00

SIGNING THIS DOCUMENT AUTHORIZES MDP CONTRACTING, INC. TO PROCEED WITH THE
OR CHANGES AS LISTED ABOVE AND PAYMENT FOR WORK WILL BE PAID 30 DAYS FROM
THE DATE OF THIS CHANGE ORDER REQUEST.

| | |
|---|---|
| Original Contract Amount | $0.00 |
| Prior Increase | $0.00 |
| Current Revised Contract Amount | $0.00 |
| This Increase | $7,950.00 |
| Revised Contract Amount | $7,950.00 |

| | | | |
|---|---|---|---|
| **MDP Contracting Inc.** *Miguel Barran* | | Project Manager | 9/17/2024 |
| | Miguel Barran | Title | Date |
| **Build Retail Inc.** | | President | 9/20/2024 |
| | Authorized Representative | Title | Date |



## CHANGE ORDER/WORK ORDER

**DATE:**   13-Sep-24

**Change Order/Work order#**   MDPCO2

REVISED

### CORENIC CONSTRUCTION

**PROJECT LOCATION:**   The Vitamin Shoppe Laurel
14136 Baltimore Avenue
Laurel, MD 20707

**DESCRIPTION OF WORK:**

Additional work requested by GC as specified below:

1. Provide labor and materials to paint walls P-1 throughout with P-4 accent   $   8,000.00
at Backwrap per Finish plan and schedule. Paint all interior doors P-3
both sides and inside of exterior door only.
All paint to be Benjamin Moore as specified on plans.

*Graphics not included. Graphics by Graphics installer.*

**COST OF CHANGE:**   $   8,000.00

SIGNING THIS DOCUMENT AUTHORIZES MDP CONTRACTING, INC. TO PROCEED WITH THE
OR CHANGES AS LISTED ABOVE AND PAYMENT FOR WORK WILL BE PAID 30 DAYS FROM
THE DATE OF THIS CHANGE ORDER REQUEST.

| | |
|---|---|
| Original Contract Amount | $0.00 |
| Prior Increase | $0.00 |
| Current Revised Contract Amount | $0.00 |
| This Increase | $8,000.00 |
| Revised Contract Amount | $8,000.00 |

| | | | |
|---|---|---|---|
| MDP Contracting Inc. *Miguel Beyran* | | Project Manager | 9/13/2024 |
| | Miguel Beyran | Title | Date |
| Build Retail Inc. | | President | 09/13/2024 |
| | Authorized Representative | Title | Date |



## CHANGE ORDER/WORK ORDER

**DATE:** 13-Sep-24

Change Order/Work order# MDPCO3

### CORENIC CONSTRUCTION

**PROJECT LOCATION:**

The Vitamin Shoppe Laurel
14136 Baltimore Avenue
Laurel, MD 20707

**DESCRIPTION OF WORK:**

Additional work requested by GC as specified below:

1. Patching holes on damaged North Wall at Sales Area as required          $    790.00
for painting.

**COST OF CHANGE:**          $          790.00

SIGNING THIS DOCUMENT AUTHORIZES MDP CONTRACTING, INC. TO PROCEED WITH THE
OR CHANGES AS LISTED ABOVE AND PAYMENT FOR WORK WILL BE PAID 30 DAYS FROM
THE DATE OF THIS CHANGE ORDER REQUEST.

| | |
|---|---|
| Original Contract Amount | $0.00 |
| Prior Increase | $0.00 |
| Current Revised Contract Amount | $0.00 |
| This Increase | $790.00 |
| Revised Contract Amount | $790.00 |

| MDP Contracting Inc. | *Miguel Bayran* | Project Manager | 9/13/2024 |
|---|---|---|---|
| | Miguel Bayran | Title | Date |
| **Build Retail Inc.** | | President | 09/13/2024 |
| | Authorized Representative | Title | Date |



## CHANGE ORDER/WORK ORDER

DATE:     13-Sep-24                                Change Order/Work order#          MDPCO3

### CORENIC CONSTRUCTION

PROJECT LOCATION:          The Vitamin Shoppe Laurel
                           14136 Baltimore Avenue
                           Laurel, MD 20707

DESCRIPTION OF WORK:
Additional work requested by GC as specified below:

1. Patching holes on damaged North Wall at Sales Area as required        $      790.00
   for painting.


COST OF CHANGE:              $      790.00

SIGNING THIS DOCUMENT AUTHORIZES MDP CONTRACTING, INC. TO PROCEED WITH THE
OR CHANGES AS LISTED ABOVE AND PAYMENT FOR WORK WILL BE PAID 30 DAYS FROM
THE DATE OF THIS CHANGE ORDER REQUEST.

| | |
|---|---|
| Original Contract Amount | $0.00 |
| Prior Increase | $0.00 |
| Current Revised Contract Amount | $0.00 |
| This Increase | $790.00 |
| Revised Contract Amount | $790.00 |

MDP Contracting Inc.   *Miguel Bayran*          Project Manager        9/13/2024
                       Miguel Bayran            Title                  Date
Build Retail Inc.                               President              09/13/2024
                       Authorized Representative   Title               Date



## CHANGE ORDER/WORK ORDER

**DATE:**   17-Sep-24                                  Change Order/Work order#          MDPCO4

### CORENIC CONSTRUCTION

**PROJECT LOCATION:**          The Vitamin Shoppe Laurel
                               14136 Baltimore Avenue
                               Laurel, MD 20707

**DESCRIPTION OF WORK:**

Additional work requested by GC as specified below:

1. Build column at storefront per walkthrough with GC's project manager        $      3,250.00
   Provide general cleaning as requested by GC's  project manager
   Provide (1) 12"x12" access panel at bathroom/water fountain wall

**COST OF CHANGE:**          $      3,250.00

SIGNING THIS DOCUMENT AUTHORIZES MDP CONTRACTING, INC. TO PROCEED WITH THE
OR CHANGES AS LISTED ABOVE AND PAYMENT FOR WORK WILL BE PAID 30 DAYS FROM
THE DATE OF THIS CHANGE ORDER REQUEST.

| | |
|---|---|
| Original Contract Amount | $0.00 |
| Prior Increase | $0.00 |
| Current Revised Contract Amount | $0.00 |
| This Increase | $3,250.00 |
| Revised Contract Amount | $3,250.00 |

**MDP Contracting Inc.**   *Miguel Barran*                Project Manager          9/17/2024

                           Miguel Barran              President  Title        9/17/2024
**Build Retail Inc.**
                           Authorized Representative          Title                Date

E-FILED; Prince George's Circuit Court
Docket: 12/13/2024 4:25 PM; Submission: 12/13/2024 4:25 PM
Envelope: 19183375

# EXHIBIT D

 McNamee Hosea

JOHN P. LYNCH, PRINCIPAL
ALSO MEMBER DISTRICT OF COLUMBIA BAR

JLYNCH@MHLAWYERS.COM
DIRECT DIAL, EXT. 325

November 19, 2024

**VIA CERTIFIED MAIL**

The Vitamin Shoppe Laurel, MD
c/o CSC Lawyers Incorporating Service
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

Laurel Lakes, LLC
c/o Sanford Schreiber, Reg. Agent.
One South Street, Suite 2440
Baltimore, Maryland 21202

> Re:     Our Client:  MDP Contracting
>          Project:  The Vitamin Shoppe at Laurel, Maryland
>          Amount Due:  $47,490.00
>          MH Matter No. 13790-0011

Dear Sir or Madame:

Please be advised that this office represents MDP Contracting with respect to the concrete demolition, pouring, wall patching and painting, floor sealing and related materials supplied to The Vitamin Shoppe project located in Laurel, Maryland ("Premises") at the request of Build Retail, Inc.

Despite efforts to obtain payment, MDP Contracting remains due and owing the sum of **Forty-Seven Thousand Four Hundred Ninety and 00/100 Dollars ($47,490.00)** for such service and materials. Enclosed is our client's Notice to Owner or Owner's Agent of Intention to Claim a Lien for the materials provided to this Project that remain unpaid, along with copies of the outstanding pay requisition identifying such materials installed in the Project.

Please contact me upon receipt of this Notice to discuss resolution of these outstanding amounts due MDP Contracting. In the event that prompt payment cannot be arranged, MDP Contracting will have no alternative but to file a Petition to Enforce the Lien and assert all necessary and legal claims to ensure payment to my client. Nothing contained herein shall constitute a waiver of any contractual or legal rights, and any such rights are expressly reserved.

Time is of the essence. Thank you for your attention to this matter.

Sincerely yours,

John P. Lynch

JPL\jht
Enclosures

cc:     VIA CERTIFIED MAIL AND ELECTRONIC MAIL W/ENCLOSURES:

Build Retail Inc. c/o Wes Cashwell
Buildretailestimating@gmail.com;
wescashwell@gmail.com

### NOTICE TO OWNER OR OWNER'S AGENT
### OF INTENTION TO CLAIM A LIEN

VIA CERTIFIED MAIL

November 19, 2024

The Vitamin Shoppe Laurel, MD
c/o CSC Lawyers Incorporating Service
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

Laurel Lakes, LLC
c/o Sanford Schreiber, Reg. Agent.
One South Street, Suite 2440
Baltimore, Maryland 21202

MDP Contracting, contractor, furnished labor and materials for or about the building generally designated or briefly described as The Vitamin Shoppe retail store, located at 14136 Baltimore Avenue in Laurel, Prince George's County, Maryland 20707 and as further described in the Deed recorded among the Land Records of Prince George's County. The total amount earned under the subcontractor's undertaking to the date hereof is Sixty-Five Thousand Five Hundred and Ninety and 00/100 Dollars ($65,590.00), of which the sum of Forty-Seven Thousand Four Hundred and Ninety and 00/100 Dollars ($47,490.00) remains unpaid as of the date hereof.

The work done and materials provided under the contract were as follows: Furnished, demolished, installed or otherwise provided concrete pouring, wall patching and painting, floor sealing, and related materials and supplies for the above property from on or about July 30, 2024, through September 27, 2024. The materials were furnished, and the work was performed, at the request of Build Retail, Inc. 103 Gannaway Street, Jamestown, North Carolina 27282.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing Notice are true to the best of the affiant's knowledge, information and belief.

MDP Contracting Inc.

Dated: November 19, 2024

By: _____

Mario Quintero, President
Authorized Officer/Agent

**Build Retail Inc.**
**103 Gannaway Street**
**Jamestown, NC 27282**
**Phone: (336) 454-0158**

# PURCHASE ORDER

<u>Fax or email signed copy of Purchase Order and
Certificate of Insurance prior to commencement. Send
original copy with invoice by mail.</u>

The following number must appear on all related
correspondence, shipping papers, and invoices:
**P.O. NUMBER: VITAMIN SHOPPE AT LAUREL, MD.**
Date of Issue: July 29, 2024

**NOTE:** Build Retail Inc. will not provide payment
for additional work by subcontractor not approved in advance.
**Superintendent cannot approve change orders.**

**TO:**
**MDP CONTRACTING**
**6531 MID CITIES AVE**
**SUITE #12**
**BELTSVILLE,MD 20705**

PROJECT:
Vitamin Shoppe
14136 Baltimore Ave.
Laurel,MD 20707

---

DESCRIPTION

**Furnish and install labor and materials per proposal dated 07/25/2024.**

Divison#2 = $13,100.00
Division #9 = $28,400.00

**CERTIFICATE OF INSURANCE** Subcontractor will provide a Certificate of
Insurance for General Liability (minimum limits of $2,000,000 General
Aggregate/$1,000,000 Per Occurrence), Automobile Liability and Workers
Compensation. Build Retail Inc. (BRI) shall be named Additional Insured as
respects liability on a primary and non-contributory basis. A waiver of
subrogation shall apply in favor of BRI on the general liability and workers
compensation policies. BRI will be notified no less than (30) days prior to
termination or non-renewal of coverage.

TOTAL **$41,500.00**

Start Date: July 30, 2024
Completion Date: September 15,2024

J. Wesley Cashwell
**Build Retail Inc. (Signature)**

*Miguel Barran*                    7/29/2024

**Subcontractor (signature)**                    **Date**



CONTRACTING INC.

# CHANGE ORDER/WORK ORDER

DATE:    4-Sep-24

Change Order/Work order#                    MDPCO1

## CORENIC CONSTRUCTION

PROJECT LOCATION:        The Vitamin Shoppe Laurel
                         14136 Baltimore Avenue
                         Laurel, MD 20707

DESCRIPTION OF WORK:

Additional work requested by GC as specified below:

1. Sawcut and demo reinforced concrete slab to accommodate new plumbing and      $   4,100.00
   underground work at several locations. Remove concrete debris to GC provided
   dumpster. Provide new concrete pouring at all sawcut areas after underground
   work completed.

COST OF CHANGE:          $      4,100.00

SIGNING THIS DOCUMENT AUTHORIZES MDP CONTRACTING, INC. TO PROCEED WITH THE
OR CHANGES AS LISTED ABOVE AND PAYMENT FOR WORK WILL BE PAID 30 DAYS FROM
THE DATE OF THIS CHANGE ORDER REQUEST.

| | |
|---|---|
| Original Contract Amount | $0.00 |
| Prior Increase | $0.00 |
| Current Revised Contract Amount | $0.00 |
| This Increase | $4,100.00 |
| Revised Contract Amount | $4,100.00 |

| MDP Contracting Inc. | Miguel Barran | Project Manager | 9/4/2024 |
|---|---|---|---|
| | Miguel Barran | Title | Date |
| Build Retail Inc. | | President | 09/13/2024 |
| | Authorized Representative | Title | Date |



## CHANGE ORDER/WORK ORDER

DATE:    13-Sep-24                               Change Order/Work order#    MDPCO2

                                                                            REVISED

CORENIC CONSTRUCTION

PROJECT LOCATION:        The Vitamin Shoppe Laurel
                         14136 Baltimore Avenue
                         Laurel, MD 20707

DESCRIPTION OF WORK:
    Additional work requested by GC as specified below:

1. Provide labor and materials to paint walls P-1 throughout with P-4 accent          $      8,000.00
   at Backwrap per Finish plan and schedule. Paint all interior doors P-3
   both sides and inside of exterior door only.
   All paint to be Benjamin Moore as specified on plans.


   * Graphics not included. Graphics by Graphics installer.


COST OF CHANGE:            $      8,000.00

SIGNING THIS DOCUMENT AUTHORIZES MDP CONTRACTING, INC. TO PROCEED WITH THE
OR CHANGES AS LISTED ABOVE AND PAYMENT FOR WORK WILL BE PAID 30 DAYS FROM
THE DATE OF THIS CHANGE ORDER REQUEST.

| | |
|---|---|
| Original Contract Amount | $0.00 |
| Prior Increase | $0.00 |
| Current Revised Contract Amount | $0.00 |
| This Increase | $8,000.00 |
| Revised Contract Amount | $8,000.00 |

MDP Contracting Inc.  *Miguel Bayran*          Project Manager      9/13/2024
                                               Title                Date
Build Retail Inc.                              President            09/13/2024
                      Authorized Representative  Title              Date



# CHANGE ORDER/WORK ORDER

**DATE:**   17-Sep-24                                    **Change Order/Work order#**          MDPCO5

### CORENIC CONSTRUCTION

**PROJECT LOCATION:**        The Vitamin Shoppe Laurel
                             14136 Baltimore Avenue
                             Laurel, MD 20707

**DESCRIPTION OF WORK:**
Additional work requested by GC as specified below:

1. Provide equipment, labor and materials to grind, prep and seal concrete        $    7,950.00
   floors at Stock room, Hallway 1, Hallway 2, Toilte room & Storage per
   Finish Plan and schedule.

**COST OF CHANGE:**          $      7,950.00

SIGNING THIS DOCUMENT AUTHORIZES MDP CONTRACTING, INC. TO PROCEED WITH THE
OR CHANGES AS LISTED ABOVE AND PAYMENT FOR WORK WILL BE PAID 30 DAYS FROM
THE DATE OF THIS CHANGE ORDER REQUEST.

| | |
|---|---|
| **Original Contract Amount** | $0.00 |
| **Prior Increase** | $0.00 |
| **Current Revised Contract Amount** | $0.00 |
| **This Increase** | $7,950.00 |
| **Revised Contract Amount** | $7,950.00 |

| | | | |
|---|---|---|---|
| **MDP Contracting Inc.** *Miguel Barran* | | Project Manager | 9/17/2024 |
| | Miguel Barran | Title | Date 9/20/2024 |
| **Build Retail Inc.** | *Quatch* | President | |
| | Authorized Representative | Title | Date |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Vitamin Shoppe Laurel, MD
c/o CSC Lawyers Incorporating Service
7 St. Paul Street, Suite 820
Baltimore, MD 21202

9590 9402 8797 4005 1416 31

2. Article Number (Transfer from service label)

9589 0710 5270 1611 9782 59

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laurel Lakes, LLC
c/o Sanford Schreiber, Reg. Agent
Once South Street, Suite 2440
Baltimore, MD 21202

9590 9402 8797 1005 1410 24

2. Article Number (Transfer from service label)

9589 0710 5270 1611 9782 66

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Nicole Davies    11/22/24

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- ▣ Complete items 1, 2, and 3.
- ▣ Print your name and address on the reverse so that we can return the card to you.
- ▣ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Build Retail, Inc.
103 Gannaway Street
Jamestown, NC 27282

9590 9402 8797 4005 1416 17

2. Article Number (Transfer from service label)

9589 0710 5270 1611 9782 73

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

E-FILED; Prince George's Circuit Court
Docket: 12/13/2024 4:25 PM; Submission: 12/13/2024 4:25 PM
Envelope: 19183375

# EXHIBIT E

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**

| | | |
|---|---|---|
| **MDP CONTRACTING, INC.** | : | |
| | : | |
| **Plaintiff/Petitioner,** | : | |
| | : | |
| **v.** | : | **Case No.** _____ |
| | : | |
| **THE VITAMIN SHOPPE** | : | |
| **LAUREL, MD,** *et al.* | : | |
| | : | |
| **Defendants/Respondents.** | : | |
| | : | |

## AFFIDAVIT OF MARIO QUINTERO

I, Mario Quintero, am at least eighteen (18) years of age, competent to testify, and have personal knowledge of the facts and circumstances stated herein:

1.    I am the President of MDP Contracting, Inc. ("MDP"), the Petitioner/Plaintiff in this matter.

2.    The Respondents/Defendants, The Vitamin Shoppe Laurel, MD and Laurel Lakes, LLC (collectively "Owners") are the interest holders of the Leasehold Property and fee simple interest upon which a mechanics' lien is sought to be established and enforced as described in the Complaint and Petition.

3.    MDP supplied labor and furnished materials to the Owners' interests as described and set forth in the Petition to Establish and Enforce Mechanics' Lien and Complaint.

4.    The total principal amount due and owing at the present time is $47,490.00 for the Work provided to the Owners and the Leasehold Property.

5.    All of the facts and matters set forth in the Petition to Establish and Enforce Mechanics' Lien and Complaint are true and correct.

8

AFFIDAVIT

I HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE FACTUAL STATEMENTS MADE ABOVE ARE CORRECT AND TRUE TO THE BEST OF MY KNOWLEDGE.

Dated: 12/12/2024                    By: _____

                                          Mario Quintero, President

                                          MDP Contracting, Inc.

9

AFFIDAVIT

## Notice to Owner or Owner's Agent of Intention to Claim a Lien
Md. Code, Real Prop. §9-104

Date: 12 / 05 /20 24

Statewide Contracting Services, Inc. _____ (Subcontractor) did work or furnished material

for or about the building generally designated or briefly described as:

The Vitamin Shoppe, 14136 Baltimore Avenue, Laurel, MD 20707 _____

_____.

The total amount earned under the Subcontractor's undertaking to the date hereof is $ 32,595.00 _____

of which $ 17,565.00 _____ is due and unpaid as of the date hereof. The work done or materials

provided under the subcontract were as follows:

- • Brief description of the work done, or the materials furnished:

    Furnish and install labor and materials per SCSI proposal dated 05/30/2024,

    with exclusions.  Proposal attached. _____

    _____.

- • Date labor and/or materials first furnished:        08 / 09 /20 24 ____
- • Date labor and/or materials last furnished:        09 / 24 /20 24 ____
- • Person for whom work was done or to whom the materials were furnished:

    Build Retail Inc. 103 Gannaway Street, Jamestown, NC 27282 _____

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing notice
are true to the best of the affiant's knowledge, information, and belief.

_____
                                                                    Signature

MY COMMISSION EXPIRES  FEBRUARY 8, 2025
MARYLAND
BALTIMORE COUNTY
NOTARY PUBLIC
DAVID L. HEAVRIN

Daniel Heavrin, President
_____
Name of individual on behalf of Company

Statewide Contracting Services, Inc.
_____
                                                                    Company

© Express Lien, Inc. dba Levelset 2021

## Statewide Contracting Services, Inc.

## All Transactions for Build Retail Inc.:Vitamin Shoppe

### All Transactions

| Date | Type | Num | Aging | Memo | Amount | Open Balance |
|------|------|-----|-------|------|--------|--------------|
| 08/14/2024 | Invoice | 20364 | | APPLICATION #1 | 15,030.00 | |
| 09/10/2024 | Invoice | 20381 | 86 | APPLICATION #2 | 15,655.50 | 15,655.50 |
| 10/08/2024 | Invoice | 20399 | 58 | APPLICATION #3 - RETAINAGE ONLY | 3,409.50 | 3,409.50 |
| | | | | | **34,095.00** | **19,065.00** |
| | | | | | | |
| 10/28/2024 | Payment | 1262 | | Pymt - Invoice 20364 | 15,030.00 | |
| | | | | | **15,030.00** | |

| | | |
|---|---|---|
| Subcontract Amount | | $34,095.00 |
| Deduct for installation of economizer* | | ($500.00) |
| Deduct for air balance* | | ($1,000.00) |
| | | $32,595.00 |

*These items were not completed as Electrician has not completed his work.



**Statewide Contracting Services, Inc.**
1511 Serpentine Road
Baltimore, MD 21209-2021

410-296-2665  scsi@scsimd.com
www.scsimd.com

MD HVACR #2258



**HVAC BID BREAKDOWN**

Estimator: **DAVE HEAVRIN**

**DATE:** 5-30-24

**PROJECT NAME:** _Vitamin Shop_  **STORE #:** _____

**SITE LOCATION:** _Laurel MD_

SCOPE OF WORK: MECHANICAL/HVAC- As per mechanical plans dated _3-8-24_, pages bid from M _1.0-2.0_.
Equipment furnished on standard lead times.

INCLUSIVE: Furnish / Install = F I (Checked Accordingly)

| | F I | YES | NO | N/A | | | F I | YES | NO | N/A |
|---|---|---|---|---|---|---|---|---|---|---|
| Equipment: _1-RTU_ | (F I) | X | | | Heater: _____ | F I | | | X |
| Service Reuse Equip.: ____ | F | | | X | Fire Dampers: _____ | F I | | | X |
| VAV Boxes: _____ | F I | | X | | Smoke Detectors: _1_ | (F I) | X | | |
| Temperature Controls: _1_ | (F I) | X | | | Smoke Evacuation | F I | | | X |
| Control Wiring | (F I) | X | | | Structural Support Steel | F I | | | X |
| Power to Unit | F I | | X | | Restroom Exhaust Fan: _1_ | (F I) | X | | |
| Refrigeration Lines: ____ | F I | | | X | Special Exhaust Fan: ____ | F I | | | X |
| Gas Piping | F I | | | X | Exhaust Hood: _____ | F I | | | X |
| Pipe Insulation | F I | | | X | Exhaust Ductwork: ____ | F I | | | X |
| Condensate Piping: _1_ | (F I) | X | | | Roof Cut / Flash / Patch | F I | | | X |
| Chill / Hot Water Pipe | F I | | | X | Roof Curb: _____ | F I | | | X |
| Air Devices: _6_ | (F I) | | | | Unit Removal _1-RTU_ | | | X | |
| Reuse Air Devices | | X | | | Crane Lift | | | X | |
| New Ductwork | (F I) | X | | | | F I | | | |
| Reuse Ductwork | | X | | | Certified Air Balance Report | (F) | X | | |
| Ductwork Demolition | (F) | X | | | Clean Up  (To GC Dumpster) | (F) | X | | |
| Ducted Return | (F I) | X | | | Permit Fees | (F) | X | | |
| Duct Insulation | (F I) | X | | | Worked at site before | | | X | |

**EXCLUSIVE (Unless specifically included above)** - Additional Insurance forms or equivalent, Antimicrobial coating, Control conduit, Architectural access doors/panels, Bonds, Ceiling removal, Coil Coating, Commissioning/3rd Party Agency of any kind, Coordination/Shop Drawings/CAD/Composite drawings, Layout/Framing/Cutting/Patching of roof/walls/ceilings, Cutting/Excavation/All Concrete work/Housekeeping pads, Demolition, Disconnect switches, Duct Cleaning, Electric, Energy Management System Supply/Install and/or, Tie-Ins, Engineering/Shop drawings, Excavation /unforeseen conditions, Fire Stopping/Caulking, Fire suppression, Framing, Gas line, Grease guard, Isolation rails, Leveling of Roof Equipment Supports, Lintels, Motor Starters, Curb Blocking/Leveling/Insulating, Lift Plan for Crane/Helicopter (additional cost), Low Temperature work, Caulking of fixtures, Gas Piping/Plumbing, Novar System, Off Hours/Night work/Wage Scale/Accelerated schedule/Over manning project, Painting, Roofing, Seismic restraints, Shrink wrapping duct, Site Visit, Sprinkler, Starters, Structural/Support Steel work, Stainless Steel work, Tie-ins over 20', Ceiling Removal/Replace, VFD's, Water Heater venting, Warranty or repairs to existing equipment/controls/ductwork, Weatherproofing, Wet taps, Line voltage wiring, X-ray/Core drilling/GPR, Duct Leak Testing, Wiring Diagrams, Plan notes on any pages other than Mechanical Plans.

**TOTAL PARTS & LABOR: $** _34,095.00_

ADDITIONAL HOURLY RATES - Regular: $140.00 / Overtime: $225.00 (per person)

**NOTES:** _Also excluded: Disconnect switch, Curb adapter._

QUOTE SUBJECT TO CHANGE IF NOT ACCEPTED WITHIN 30 DAYS. DUE TO EXCESSIVE BIDS, THIS PROJECT WAS BID BY ELECTRONIC PRINTS ONLY. TO NEGOTIATE THE PROJECT A SITE VISIT MUST OCCUR TO GIVE A FIRM NEGOTIATED BID PRICE. ALL REQUESTS FOR CHANGE ORDERS MUST BE SIGNED BY PROJECT MANAGER PRIOR TO COMMENCE Of WORK  WE WILL NOT ACCEPT APPROVAL FROM FIELD SUPERINTENDANT.