# EXHIBIT C

## Beral Legal Invoices



Federal Identification Number: 23-1416352

www.saul.com

| | |
|---|---|
| Maryland Financial Investors, Inc. | Invoice Number 4411039 |
| ATTN: Michael Albo | Invoice Date 03/14/25 |
| MFI Realty | Client Number 381613 |
| 2800 Quarry Lake Drive | Matter Number 00021 |
| Suite 340 | |
| Baltimore, MD 21209 | |

Re:   Beral LLLP/Vitamin Shoppe Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/03/25 | MM | Review of blackline of proposed plan | 0.20 | 195.00 |
| 02/05/25 | MM | Review of notice of continuance of auction; e-mail to client re: ▇ | 0.10 | 97.50 |
| 02/06/25 | MM | Review of report on sale; e-mail to client re: ▇ | 0.10 | 97.50 |
| 02/12/25 | MM | Review of notice of cancellation of auction; e-mail to client re: ▇ | 0.10 | 97.50 |
| 02/21/25 | MM | Review of order approving disclosure statement / plan procedures | 0.10 | 97.50 |
| | | TOTAL HOURS | 0.60 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 0.60 | at | 975.00 | = | 585.00 |
| | | | | CURRENT FEES | 585.00 |

TOTAL AMOUNT OF THIS INVOICE   585.00



Federal Identification Number: 23-1416352

www.saul.com

| | |
|---|---|
| **Maryland Financial Investors, Inc.** | Invoice Number 4420467 |
| ATTN: Michael Albo | Invoice Date 04/21/25 |
| MFI Realty | Client Number 381613 |
| 2800 Quarry Lake Drive | Matter Number 00021 |
| Suite 340 | |
| Baltimore, MD 21209 | |

Re:   Beral LLLP/Vitamin Shoppe Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/03/25 | MM | Review of plan documents; e-mail to client re: ▮▮▮ | 0.10 | 97.50 |
| 03/27/25 | MM | Review of plan supplement | 0.10 | 97.50 |
| 03/27/25 | MM | E-mail to client re: ▮▮▮ | 0.10 | 97.50 |
| 03/27/25 | TNF | Correspondence with M. Minuti re: ▮▮▮ | 0.10 | 48.50 |
| | | TOTAL HOURS | 0.40 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.10 | at | 485.00 | = | 48.50 |
| Mark Minuti | 0.30 | at | 975.00 | = | 292.50 |
| | | | | CURRENT FEES | 341.00 |

TOTAL AMOUNT OF THIS INVOICE    341.00



Run: 4/28/2025 10:01:10 AM
Thru: April 28, 2025
Page 2

## DETAILED BILLING REPORT
## INFORMATION ONLY

Client: 381613    Maryland Financial Investors, Inc.    Last Date Billed: 04/21/25    Fees and Disbursements
Date Billed Thru: 04/28/25

| Index Number | Date | Description | Task | Activity | Hours Worked | Atty Number | Timekeeper Name | Time Value This Period | Running Total |
|---|---|---|---|---|---|---|---|---|---|
| 31260214 | 04/16/25 | Analysis of M. Minuti correspondence re: potential Vitamin Shoppe sale | | | 0.10 | 08228 | Turner N. Falk | 48.50 | 48.50 |
| 31264988 | 04/16/25 | Review of of sale motion, proposed sale order and asset purchase agreement | | | 0.40 | 01007 | Mark . Minuti | 390.00 | 438.50 |
| 31264989 | 04/16/25 | E-mail to client re | | | 0.10 | 01007 | Mark . Minuti | 97.50 | 536.00 |
| 31265609 | 04/17/25 | Draft objection to plan and sale motion | | | 0.90 | 01007 | Mark . Minuti | 877.50 | 1,413.50 |
| 31265610 | 04/17/25 | Call with M. Eisner re: balance due | | | 0.10 | 01007 | Mark . Minuti | 97.50 | 1,511.00 |
| 31269665 | 04/18/25 | Review of and revise plan/sale objection | | | 0.60 | 01007 | Mark . Minuti | 585.00 | 2,096.00 |
| 31269667 | 04/18/25 | E-mail to client re | | | 0.20 | 01007 | Mark . Minuti | 195.00 | 2,291.00 |
| 31270685 | 04/19/25 | E-mails re: adequate assurance information | | | 0.20 | 01007 | Mark . Minuti | 195.00 | 2,486.00 |
| 31274973 | 04/21/25 | Further e-mails re: adequate assurance of future performance | | | 0.20 | 01007 | Mark . Minuti | 195.00 | 2,681.00 |
| 31274975 | 04/21/25 | Review of and revise sale / plan objection | | | 0.20 | 01007 | Mark . Minuti | 195.00 | 2,876.00 |
| 31279381 | 04/22/25 | Further e-mails re: adequate assurance of further performance | | | 0.10 | 01007 | Mark . Minuti | 97.50 | 2,973.50 |
| 31281894 | 04/23/25 | Review of e-mail re: status conference with Court | | | 0.10 | 01007 | Mark . Minuti | 97.50 | 3,071.00 |
| 31281895 | 04/23/25 | E-mails with client re | | | 0.20 | 01007 | Mark . Minuti | 195.00 | 3,266.00 |
| 31281897 | 04/23/25 | E-mails with S. Cherry re | | | 0.10 | 01007 | Mark . Minuti | 97.50 | 3,363.50 |
| | | | | TOTAL HOURS: | 3.50 | | TOTAL VALUE: | 3,363.50 | |

********** Timekeeper Summary **********