# EXHIBIT D

# Laurel Lakes Legal Invoices



Federal Identification Number: 23-1416352

www.saul.com

| | |
|---|---|
| Maryland Financial Investors, Inc. | Invoice Number 4411040 |
| ATTN: Michael Albo | Invoice Date 03/14/25 |
| MFI Realty | Client Number 381613 |
| 2800 Quarry Lake Drive | Matter Number 00022 |
| Suite 340 | |
| Baltimore, MD 21209 | |

Re:   Laurel Lakes/Vitamin Shoppe Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/03/25 | MM | Review of blackline of proposed plan | 0.20 | 195.00 |
| 02/05/25 | MM | Review of notice of continuance of auction; e-mail to client re: ▮ | 0.10 | 97.50 |
| 02/06/25 | MM | Review of report on sale; e-mail to client re: ▮ | 0.10 | 97.50 |
| 02/12/25 | MM | Review of notice of cancellation of auction; e-mail to client re: ▮ | 0.10 | 97.50 |
| 02/14/25 | MM | E-mails with S. Rotenberg re: ▮ | 0.20 | 195.00 |
| 02/14/25 | MM | E-mails with Debtors' counsel re: filing of petition for mechanics lien | 0.20 | 195.00 |
| 02/21/25 | MM | Review of order approving disclosure statement / plan procedures | 0.10 | 97.50 |
| 02/23/25 | MM | E-mail from Debtors' counsel re: MDP contracting claim | 0.10 | 97.50 |
| 02/25/25 | MM | E-mail from N. Alder re: ▮ | 0.10 | 97.50 |
| | | TOTAL HOURS | 1.20 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Mark Minuti | 1.20 | at | 975.00 | = | 1,170.00 |
| | | | | CURRENT FEES | 1,170.00 |

| | | | |
|---|---|---|---|
| 381613 | Maryland Financial Investors, Inc. | Invoice | 4411040 |
| 00022 | Laurel Lakes/Vitamin Shoppe Bankruptcy | | Page: 2 |
| 03/14/25 | | | |

|  |  |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | 1,170.00 |



Federal Identification Number: 23-1416352

www.saul.com

| | |
|---|---|
| Maryland Financial Investors, Inc. | Invoice Number 4420468 |
| ATTN: Michael Albo | Invoice Date 04/21/25 |
| MFI Realty | Client Number 381613 |
| 2800 Quarry Lake Drive | Matter Number 00022 |
| Suite 340 | |
| Baltimore, MD 21209 | |

Re:    Laurel Lakes/Vitamin Shoppe Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/03/25 | MM | Review of plan documents; e-mail to client re: ▮ | 0.10 | 97.50 |
| 03/13/25 | MM | Call with Debtors' counsel re: mechanics' lien action | 0.20 | 195.00 |
| 03/13/25 | MM | E-mails with client re: ▮ | 0.20 | 195.00 |
| 03/13/25 | MM | Call with client re: ▮ | 0.20 | 195.00 |
| 03/13/25 | MM | E-mails with Debtors' counsel re: call to discuss mechanics' lien action | 0.20 | 195.00 |
| 03/14/25 | MM | E-mails re: mechanic lien issues discussion | 0.20 | 195.00 |
| 03/14/25 | MM | Call with Debtors' counsel re: status of mechanics' lien action | 0.40 | 390.00 |
| 03/18/25 | MM | E-mails re: service of complaint / stay violation | 0.20 | 195.00 |
| 03/20/25 | MM | E-mails re: Debtors' filing of suggestion of bankruptcy | 0.20 | 195.00 |
| 03/24/25 | MM | E-mails re: filing of suggestion of bankruptcy | 0.20 | 195.00 |
| 03/27/25 | MM | Review of plan supplement | 0.10 | 97.50 |
| 03/27/25 | MM | E-mail to client re: ▮ | 0.10 | 97.50 |
| | | TOTAL HOURS | 2.30 | |

1001 Fleet Street, 9th Floor ◆ Baltimore, MD 21202-4359 ◆ Phone: (410)332-8600 ◆ Fax: (410) 332-8862

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 381613 | Maryland Financial Investors, Inc. | Invoice     4420468 |
| 00022 | Laurel Lakes/Vitamin Shoppe Bankruptcy | Page: 2 |
| 04/21/25 | | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Mark Minuti | 2.30 at | 975.00 = | 2,242.50 |
| | | CURRENT FEES | 2,242.50 |
| | | TOTAL AMOUNT OF THIS INVOICE | 2,242.50 |



### DETAILED BILLING REPORT
### INFORMATION ONLY

| Client: 381613 | Maryland Financial Investors, Inc. | Last Date Billed: 04/21/25 | Fees and Disbursements |
| --- | --- | --- | --- |
| | | Date Billed Thru: 04/28/25 | |

| Index Number | Date | Description | Task | Activity | Hours Worked | Atty Number | Timekeeper Name | Time Value This Period | Running Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 31264991 | 04/16/25 | Review of of sale motion, proposed sale order and asset purchase agreement | | | 0.40 | 01007 | Mark . Minuti | 390.00 | 390.00 |
| 31264993 | 04/16/25 | E-mail to client r ▬▬▬▬▬▬▬▬▬ | | | 0.10 | 01007 | Mark . Minuti | 97.50 | 487.50 |
| 31265605 | 04/17/25 | Draft objection to plan and sale motion | | | 0.90 | 01007 | Mark . Minuti | 877.50 | 1,365.00 |
| 31265606 | 04/17/25 | Call with M. Eisner re: balance due | | | 0.10 | 01007 | Mark . Minuti | 97.50 | 1,462.50 |
| 31265607 | 04/17/25 | E-mails re: attorney's fees | | | 0.20 | 01007 | Mark . Minuti | 195.00 | 1,657.50 |
| 31269654 | 04/18/25 | Review of and revise plan/sale objection | | | 0.60 | 01007 | Mark . Minuti | 585.00 | 2,242.50 |
| 31269660 | 04/18/25 | E-mail to client re ▬▬▬▬▬ | | | 0.20 | 01007 | Mark . Minuti | 195.00 | 2,437.50 |
| 31270682 | 04/19/25 | E-mails re: adequate assurance information | | | 0.20 | 01007 | Mark . Minuti | 195.00 | 2,632.50 |
| 31274957 | 04/21/25 | Further e-mails re: adequate assurance of future performance | | | 0.20 | 01007 | Mark . Minuti | 195.00 | 2,827.50 |
| 31274970 | 04/21/25 | Review of and revise sale / plan objection | | | 0.20 | 01007 | Mark . Minuti | 195.00 | 3,022.50 |
| 31279378 | 04/22/25 | E-mail and telephone call with S. Rotenberg re: ▬▬▬▬▬ | | | 0.30 | 01007 | Mark . Minuti | 292.50 | 3,315.00 |
| 31279380 | 04/22/25 | Further e-mails re: adequate assurance of further performance | | | 0.10 | 01007 | Mark . Minuti | 97.50 | 3,412.50 |
| 31281899 | 04/23/25 | Review of e-mail re: status conference with Court | | | 0.10 | 01007 | Mark . Minuti | 97.50 | 3,510.00 |
| 31281900 | 04/23/25 | E-mails with client re ▬▬▬▬▬ | | | 0.20 | 01007 | Mark . Minuti | 195.00 | 3,705.00 |
| 31281902 | 04/23/25 | E-mails with S. Cherry re ▬▬▬▬▬ | | | 0.10 | 01007 | Mark . Minuti | 97.50 | 3,802.50 |
| | | | | TOTAL HOURS: | 3.90 | | TOTAL VALUE: | 3,802.50 | |

# Statement of Account

| 007686 | Maryland Financial Investors, Inc. |
| 000042 | Laurel Lakes (the Vitamin Shoppe) |

2800 Quarry Lake Drive
Suite 340
Baltimore, MD 21209

01/01/2025 - 04/17/2025
Time & Rate: Original Value

## Fees

| Date | ID | Description | Time | Hrly Rate | Orig Amount | Bill Amount |
|---|---|---|---|---|---|---|
| 1/13/2025 | NDA | Phone conference with client re [redacted] | 0.30 | $565 | $169.50 | $169.50 |
| 1/14/2025 | NDA | Phone conference with client re Laurel Lakes/Vitamin Shoppe. | 0.20 | $565 | $113.00 | $113.00 |
| 1/19/2025 | NDA | Exchanging e-mails with client re [redacted] | 0.10 | $565 | $56.50 | $56.50 |
| 1/20/2025 | NDA | Drafting e-mail to client re [redacted] phone conference with client. | 0.50 | $565 | $282.50 | $282.50 |
| 1/21/2025 | NDA | Reviewing letter re mechanic's lien; checking SDAT re status of subcontractor; drafting e-mail to client. | 0.20 | $565 | $113.00 | $113.00 |
| 1/23/2025 | NDA | Phone conference with client; reviewing Notice of Intention to Claim a Lien and draft response; reviewing Court dockets re case filed; drafting e-mail to client re same. | 0.60 | $565 | $339.00 | $339.00 |
| 1/24/2025 | NDA | Phone conference with client; exchanging e-mails with client; phone conference with client. | 0.50 | $565 | $282.50 | $282.50 |
| 1/27/2025 | NDA | Phone conference with client; drafting e-mail to client. | 0.20 | $565 | $113.00 | $113.00 |
| | | **Total Fees: 01/2025** | **2.60** | | **$1,469.00** | **$1,469.00** |
| 2/12/2025 | NDA | Reviewing dockets; exchanging e-mails with client; phone conferences with client. | 0.30 | $565 | $169.50 | $169.50 |
| 2/13/2025 | NDA | Reviewing Complaint; drafting e-mail to client; phone conference with client. | 0.20 | $565 | $113.00 | $113.00 |
| 2/14/2025 | NDA | Phone conferences with client; research [redacted] drafting e-mail to client. | 0.40 | $565 | $226.00 | $226.00 |
| 2/14/2025 | SJW | Conference with Nathan Adler and conduct quick case law research re [redacted] | 0.20 | $420 | $84.00 | $84.00 |
| 2/18/2025 | NDA | Reviewing e-mails from counsel; reviewing Court docket; drafting e-mail to client. | 0.20 | $565 | $113.00 | $113.00 |
| 2/21/2025 | NDA | Reviewing docket re MDP Contracting, Inc.; phone conference with client; reviewing e-mails from client. | 0.20 | $565 | $113.00 | $113.00 |
| 2/24/2025 | NDA | Reviewing e-mail from counsel. | 0.10 | $565 | $56.50 | $56.50 |
| 2/25/2025 | NDA | Reviewing Court docket; drafting e-mail to client re Show Cause hearing. | 0.10 | $565 | $56.50 | $56.50 |
| 2/27/2025 | NDA | Exchanging e-mails with client. | 0.10 | $565 | $56.50 | $56.50 |
| 2/28/2025 | NDA | Reviewing Show Cause Order from Court. | 0.10 | $565 | $56.50 | $56.50 |
| | | **Total Fees: 02/2025** | **1.90** | | **$1,044.50** | **$1,044.50** |
| 3/3/2025 | NDA | Reviewing e-mail from Mark Minuti. | 0.10 | $565 | $56.50 | $56.50 |
| 3/11/2025 | NDA | Starting to work on responsive pleadings to Petition for Mechanic's Lien. | 0.40 | $565 | $226.00 | $226.00 |
| 3/12/2025 | NDA | Phone conference with client; working on Motion to Dismiss. | 1.20 | $565 | $678.00 | $678.00 |
| 3/13/2025 | NDA | Drafting e-mail to client; phone conference with client; reviewing e-mail from client; reviewing e-mail from Mark Minuti; phone conference with client; conference call with Mark Minuti and client; exchanging e-mails with Wendy Chavez. | 0.80 | $565 | $452.00 | $452.00 |
| 3/14/2025 | NDA | Exchanging e-ails with counsel; phone conference with client; conference call with counsel. | 0.50 | $565 | $282.50 | $282.50 |
| 3/18/2025 | NDA | Exchanging e-mails with counsel. | 0.10 | $565 | $56.50 | $56.50 |
| 3/19/2025 | NDA | Phone conferences with client; reviewing e-mail from client; reviewing e-mail from Sandy Schreiber's office; conference call with counsel; reviewing Court docket. | 0.40 | $565 | $226.00 | $226.00 |
| 3/20/2025 | NDA | Exchanging e-mails with client; reviewing Court docket; exchanging e-mails with bankruptcy counsel for Vitamin Shoppe. | 0.20 | $565 | $113.00 | $113.00 |
| 3/24/2025 | NDA | Reviewing Court docket; exchanging e-mails with counsel re Suggestion of | 0.30 | $565 | $169.50 | $169.50 |

## Statement of Account

007686  Maryland Financial Investors, Inc.  
000042  Laurel Lakes (the Vitamin Shoppe)

01/01/2025 - 04/17/2025  
Time & Rate: Original Value

### Fees

| Date | ID | Description | Time | Hrly Rate | Orig Amount | Bill Amount |
|---|---|---|---|---|---|---|
| | | Stay; reviewing e-mail from client; phone conference with client. | | | | |
| 3/27/2025 | NDA | Reviewing e-mail from client. | 0.10 | $565 | $56.50 | $56.50 |
| | | **Total Fees: 03/2025** | **4.10** | | **$2,316.50** | **$2,316.50** |
| 4/3/2025 | NDA | Reviewing Court docket; drafting e-mail to client. | 0.10 | $565 | $56.50 | $56.50 |
| 4/4/2025 | NDA | Reviewing Court docket. | 0.10 | $565 | $56.50 | $56.50 |
| | | **Total Fees: 04/2025** | **0.20** | | **$113.00** | **$113.00** |
| | | **Total Fees:** | **8.80** | | **$4,943.00** | **$4,943.00** |

### Costs and Expenses

| Date | Description | Orig Expense | Orig Cost | Bill Amount |
|---|---|---|---|---|
| 01/31/2025 | Westlaw- Computerized Legal Research- | | $31.26 | $31.26 |
| | **Total Costs/Expenses: 01/2025** | **$0.00** | **$31.26** | **$31.26** |
| 02/28/2025 | Westlaw- Computerized Legal Research- | | $18.12 | $18.12 |
| | **Total Costs/Expenses: 02/2025** | **$0.00** | **$18.12** | **$18.12** |
| | **Total Costs/Expenses:** | **$0.00** | **$49.38** | **$49.38** |

### Other Accounting

| Date | Description | Amount |
|---|---|---|
| 02/27/2025 | Payment | $1,500.26 |
| 03/21/2025 | Payment | $1,044.50 |