# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | ) Case No. 24-12480 (LSS) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Mark Minuti, hereby certify that on April 28, 2025, I did cause the foregoing *Combined Limited Objection of Beral, LLLP and Laurel Lakes, LLC to (A) the Debtors' Proposed Plan [D.I. 1312]; and (B) the Debtors' Motion for Entry of an Order, Inter Alia, Authorizing Franchise Group Intermediate V, LLC to Enter Into and Perform Its Obligations Under the Asset Purchase Agreement [D.I. 1283]* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record, and via Electronic Mail on the parties on the attached service list.

        **SAUL EWING LLP**

        */s/ Mark Minuti*
        Mark Minuti (DE Bar No. 2659)
        1201 North Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        (302) 421-6800

Dated: April 28, 2025

**SERVICE LIST**

Edmon L. Morton, Esquire
Matthew B. Lunn, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
emorton@ycst.com
mlunn@ycst.com

Joshua A. Sussberg, P.C.
Nicole L. Greenblatt, P.C.
Derek I. Hunter, Esquire
Brian J. Nakhaimousa, Esquire
Maddison Levine, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
jsussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com
brian.nakhaimousa@kirkland.com
maddison.levine@kirkland.com

Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
bsandler@pszjlaw.com
crobinson@pszjlaw.com

Robert J. Feinstein, Esquire
Alan J. Kornfeld, Esquire
Theodore S. Heckel, Esquire
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

Timothy J. Fox, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801
timothy.fox@usdoj.gov

Gregg Bateman, Esquire
Sagar Patel, Esquire
Michael Danenberg, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
bateman@sewkis.com
patel@sewkis.com
danenberg@sewkis.com

Jayme Goldstein, Esquire
Jeremy Evans, Esquire
Isaac Sasson, Esquire
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com

Adam G. Landis, Esquire
Matthew McGuire, Esquire
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com

Jennifer Ezring, Esquire
James Ktsanes, Esquire
Andrew Sorkin, Esquire
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

- 2 -

Thomas Lauria, Esquire
White & Case LLP
200 S Biscayne Blvd.
Miami, FL 33131
tlauria@whitecase.com

Thomas Lauria, Esquire
White & Case LLP
200 S Biscayne Blvd.
Miami, FL 33131
tlauria@whitecase.com

Andrew Zatz, Esquire
White & Case LLP
1221 Avenue of the Americas,
New York, NY 10020
andrew.zatz@whitecase.com

Bojan Guzina, Esquire
White & Case LLP
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
bojan.guzina@whitecase.com

James W. Kapp, III, Esquire
McDermott Will & Emery LLP
444 West Lake Street
Chicago, IL 60606-0029
jknapp@mwe.com

Frederic L. Levenson, Esquire
Michael Hacker, Esquire
Daniel A. Fernandez, Esquire
Alexis March, Esquire
Bradley R. Burcroff, Esquire
Fadi Mohamed, Esquire
McDermott Will & Emery LLP
333 SE 2nd Avenue
Suite 4500, Miami, FL 33131-2184
flevenson@mwe.com
mhacker@mwe.com
dfernandez@mwe.com
amarch@mwe.com
bburcroff@mwe.com
fmohamed@mwe.com

dfr.dfo@gmail.com

- 2 -