**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) | Case No. 24-12480 (LSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket Nos. 500, 545, 546, 547, 549, 550, 551 & 584** |

**NOTICE OF AMENDMENT TO**
**SCHEDULE G FOR CERTAIN OF THE DEBTORS**

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

Pursuant to rule 1009(a) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby provide notice (this "Notice") that Debtors (a) Buddy's Franchising and Licensing LLC, (b) Betancourt Sports Nutrition, LLC, (c) Vitamin Shoppe Florida, LLC, (d) Vitamin Shoppe Procurement Services, LLC, (e) Vitamin Shoppe Mariner, LLC, (f) Vitamin Shoppe Industries LLC, and (g) Vitamin Shoppe Global, LLC (collectively, the "Amending Debtors") have amended Schedule G of their respective Schedules of Assets and Liabilities (collectively, the "Schedules"), as set forth below.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

**ORIGINAL SCHEDULES**

On December 24, 2024, the Debtors each filed their Schedules and their Statements of Financial Affairs [Docket Nos. 500–558] (collectively, the "Schedules and Statements").

**AMENDED SCHEDULES**

After filing the Schedules, the Amending Debtors learned that certain executory contracts and unexpired leases were inadvertently omitted from their respective Schedule G. Accordingly, the Amending Debtors have amended Schedule G (the "Amended Schedule") to include such executory contracts and unexpired leases. The applicable Amending Debtors' Amended Schedule is attached hereto as **Exhibit A**.

Except for the Amended Schedule and the amendment to the Schedules reflected in the *Notice of Amendment to Schedule A/B for Vitamin Shoppe Industries LLC* [Docket No. 584], no changes have been made to the Schedules and Statements since they were originally filed. The Amended Schedule is hereby incorporated into, and comprise an integral part of, the Schedules and Statements.

**GLOBAL NOTES**

The Amended Schedule remains subject in all respects to the *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* filed with the Schedules and Statements.

**RESERVATION OF RIGHTS**

The Debtors reserve their rights to dispute, or to assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedules as to the nature, amount, liability, classification, or otherwise. The Debtors reserve all rights to further amend or supplement the Amended Schedule and the Schedules and Statements. In addition, nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any and all grounds.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 28, 2025
Wilmington, Delaware

/s/ *Shella Borovinskaya*

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
| --- | --- |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone: (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile: (212) 446-4900 |
| Telephone: (302) 571-6600 | Email: joshua.sussberg@kirkland.com |
| Facsimile: (302) 571-1253 |         nicole.greenblatt@kirkland.com |
| Email: emorton@ycst.com |         derek.hunter@kirkland.com |
|      mlunn@ycst.com | |
|      amielke@ycst.com | - and - |
|      sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | Email: mark.mckane@kirkland.com |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

## **EXHIBIT A**

**Amended Schedule**

# IN THE UNITED STATES BANKRUPTCY COURT FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.* | § § | Case No. 24-12480 (LSS) |
| Debtors | § § § | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**

**Betancourt Sports Nutrition, LLC**

**CASE NO. 24-12507 (LSS)**

| **Fill in this information to identify the case and this filing:** | |
|---|---|
| Debtor Name: | Betancourt Sports Nutrition, LLC |
| United States Bankruptcy Court: | District of Delaware |
| Case Number (if known): | 24-12507 (LSS) |

Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Part 1:**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| | Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|---|
| 2.1 | PRIVATE LABEL MANUFACTURING AND SUPPLY AGREEMENT, DATED APRIL 5, 2016, BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND AGROPUR MSI, LLC | | 129990350 | ☐ | AGROPUR MSI, LLC | 2340 ENTERPRISE AVENUE LA CROSSE, WI 54603 |
| 2.2 | AGREEMENT & LICENSE TO USE CINSULIN® TRADEMARK AND REFERENCE US PATENTS #6200569, #8304000, #8329232, DATED JULY 7, 2013, BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND BEIJING TANG-AN NUTRITION & HEALTHCARE PRODUCTS CO., LTD. | | 121800888 | ☐ | BEIJING TANG-AN NUTRITION & HEALTHCARE PRODUCTS CO., LTD. | A-14-G, CHENGMING BUILDING, NO. 2 XIZHIMEN NAN STREET BEIJING, 100035 |
| 2.3 | MOVIE PRODUCTION AGREEMENT BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND BETANCOURT SPORTS NUTRITION LLC | | 121800909 | ☐ | BETANCOURT SPORTS NUTRITION LLC | 14620 NW 60TH AVENUE BLDG A HIALEAH, FL 33014 |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.4 THE VITAMIN SHOPPE PURCHASE AGREEMENT BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND BIO NUTRITION INC. | | 121800940 | ☐ | BIO NUTRITION INC. | 64 ALABAMA AVE<br>ISLAND PARK, NY 11558 |
| 2.5 EUROPA SPORTS PRODUCTS LLC CORPORATE ACCOUNT VENDOR AGREEMENT BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND EUROPA SPORTS PRODUCTS LLC | | 121802394 | ☐ | EUROPA SPORTS PRODUCTS LLC | 11401 GRANITE STREET<br>CHARLOTTE, NC 28273 |
| 2.6 DISTRIBUTION AGREEMENT, DATED MARCH 22, 2017, BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND GOLDEN PROTEIN | | 121803009 | ☐ | GOLDEN PROTEIN | MAIN ROAD OF JEDDAH, ASAF DISTRICT<br>ASHAKREEN STREET<br>JEDDAH, MAKKAH 21442 |
| 2.7 SLENDESTA TRADEMARK LICENSE AGREEMENT BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND KEMIN INDUSTRIES, INC. | | 121803914 | ☐ | KEMIN INDUSTRIES, INC. | 601 E. LOCUST., SUITE 203<br>DES MOINES, IA 50309 |
| 2.8 SLENDESTA® (AND DESIGN) TRADEMARK LICENSE AGREEMENT WITH SLENDESTA TRADEMARK GRAPHIC STANDARDS, DATED JANUARY 19, 2015, BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND KEMIN INDUSTRIES, INC. | | 121803915 | ☐ | KEMIN INDUSTRIES, INC. | 600 E. COURT AVE., SUITE A<br>DES MOINES, IA 50309 |
| 2.9 THE VITAMIN SHOPPE PURCHASE AGREEMENT, DATED JULY 11, 2013, BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND LIVEWIRE MC2, LLC | | 121804329 | ☐ | LIVEWIRE MC2, LLC | 1747 DOUGLASS RD UNIT C<br>ANAHEIM, CA 92806 |
| 2.10 CARNOSYN® BETA-ALANINE LICENSE AGREEMENT BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND NATURAL ALTERNATIVES INTERNATIONAL, INC. | | 121804917 | ☐ | NATURAL ALTERNATIVES INTERNATIONAL, INC. | PO BOX 149348<br>AUSTIN, TX 78714 |
| 2.11 TRADEMARK LICENSE AGREEMENT, DATED JANUARY 26, 2016, BY AND BETWEEN | | 121805215 | ☐ | OMNIACTIVE HEALTH TECHNOLOGIES LTD | CYBERTECH HOUSE, GROUND FLOOR, J B SAWANT MARG, WAGLE INDUSTRIAL ESTATE |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| BETANCOURT SPORTS NUTRITION, LLC AND OMNIACTIVE HEALTH TECHNOLOGIES LTD | | | | | THANE (WEST), MH 400604 |
| 2.12 DISTRIBUTION AGREEMENT, DATED JUNE 9, 2017, BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND RAYMEX DISTRIBUTION, INC. | | 121805846 | ☐ | RAYMEX DISTRIBUTION, INC. | 8206 KILLAM INDUSTRIAL BLVD LAREDO, TX 78045 |
| 2.13 DISTRIBUTION AGREEMENT, DATED JULY 25, 2017, BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND SHARK FOOD SUPPLEMENTS TRADING LLC | | 121806263 | ☐ | SHARK FOOD SUPPLEMENTS TRADING LLC | SHOP #12, MEZZANINE FLOOR, SABKHA STREET AL OWAIS TOWER DEIRA, DUBAI, 28394 |
| 2.14 DISTRIBUTION AGREEMENT, DATED JULY 14, 2017, BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND SPORTS NUTRITION INTERNATIONAL | | 121806479 | ☐ | SPORTS NUTRITION INTERNATIONAL | 10100 NW 116TH WAY SUITE #10 MEDLEY, FL 33178 |
| 2.15 SCHEDULE NO. 1 TO DISTRIBUTION AGREEMENT, DATED JULY 18, 2017, BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND SPORTS NUTRITION INTERNATIONAL | | 121806480 | ☐ | SPORTS NUTRITION INTERNATIONAL | 1401 BUCHANAN RD EVANSVILLE, IN 47720 |
| 2.16 MOVIE PRODUCTION AGREEMENT, DATED NOVEMBER 13, 2016, BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND STEVEN DI SALVATORE | | 121806546 | ☐ | STEVEN DI SALVATORE | ADDRESS ON FILE |
| 2.17 BETANCOURT NUTRITION ATHLETE SPONSORSHIP BY AND BETWEEN VITAMIN SHOPPE INDUSTRIES LLC AND SWAN DE LA ROSA | | 121806649 | ☐ | SWAN DE LA ROSA | ADDRESS ON FILE |
| 2.18 SCHEDULE NO. 2 TO DISTRIBUTION AGREEMENT, DATED JUNE 19, 2017, BY AND BETWEEN BETANCOURT SPORTS NUTRITION, LLC AND VITASALUD | | 121807273 | ☐ | VITASALUD | AVENIDA NUÑEZ DE CACERES ESQ. SARASOTA BELLA VISTA SANTO DOMINGO, |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

| **Total number of contracts** | | | | | 18 |

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name: Betancourt Sports Nutrition, LLC |
| United States Bankruptcy Court: DISTRICT OF DELAWARE |
| Case Number (if known): 24-12507 (LSS) |

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

Warning -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

## Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form (206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☒ Amended Schedule
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** 4/28/2025

**Signature:** /s/ Eric Seeton         Eric Seeton, Chief Financial Officer
                                       **Name and Title**