**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 500, 545, 546, 547, 549, 550, 551 & 584** |

**NOTICE OF AMENDMENT TO**
**SCHEDULE G FOR CERTAIN OF THE DEBTORS**

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

Pursuant to rule 1009(a) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby provide notice (this "Notice") that Debtors (a) Buddy's Franchising and Licensing LLC, (b) Betancourt Sports Nutrition, LLC, (c) Vitamin Shoppe Florida, LLC, (d) Vitamin Shoppe Procurement Services, LLC, (e) Vitamin Shoppe Mariner, LLC, (f) Vitamin Shoppe Industries LLC, and (g) Vitamin Shoppe Global, LLC (collectively, the "Amending Debtors") have amended Schedule G of their respective Schedules of Assets and Liabilities (collectively, the "Schedules"), as set forth below.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

## ORIGINAL SCHEDULES

On December 24, 2024, the Debtors each filed their Schedules and their Statements of Financial Affairs [Docket Nos. 500–558] (collectively, the "Schedules and Statements").

## AMENDED SCHEDULES

After filing the Schedules, the Amending Debtors learned that certain executory contracts and unexpired leases were inadvertently omitted from their respective Schedule G. Accordingly, the Amending Debtors have amended Schedule G (the "Amended Schedule") to include such executory contracts and unexpired leases. The applicable Amending Debtors' Amended Schedule is attached hereto as **Exhibit A**.

Except for the Amended Schedule and the amendment to the Schedules reflected in the *Notice of Amendment to Schedule A/B for Vitamin Shoppe Industries LLC* [Docket No. 584], no changes have been made to the Schedules and Statements since they were originally filed. The Amended Schedule is hereby incorporated into, and comprise an integral part of, the Schedules and Statements.

## GLOBAL NOTES

The Amended Schedule remains subject in all respects to the *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* filed with the Schedules and Statements.

## RESERVATION OF RIGHTS

The Debtors reserve their rights to dispute, or to assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedules as to the nature, amount, liability, classification, or otherwise. The Debtors reserve all rights to further amend or supplement the Amended Schedule and the Schedules and Statements. In addition, nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any and all grounds.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 28, 2025
Wilmington, Delaware

*/s/ Shella Borovinskaya*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone: (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile: (212) 446-4900 |
| Telephone: (302) 571-6600 | Email: joshua.sussberg@kirkland.com |
| Facsimile: (302) 571-1253 | nicole.greenblatt@kirkland.com |
| Email: emorton@ycst.com | derek.hunter@kirkland.com |
| mlunn@ycst.com | |
| amielke@ycst.com | - and - |
| sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | Email: mark.mckane@kirkland.com |
| *Co-Counsel to the Debtors and Debtors in Possession* | *Co-Counsel to the Debtors and Debtors in Possession* |

## **EXHIBIT A**

**Amended Schedule**

# IN THE UNITED STATES BANKRUPTCY COURT FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.* | § § | Case No. 24-12480 (LSS) |
| Debtors | § § § | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**

**Vitamin Shoppe Global, LLC**

**CASE NO. 24-12517 (LSS)**

| **Fill in this information to identify the case and this filing:** |  |
|---|---|
| Debtor Name: | Vitamin Shoppe Global, LLC |
| United States Bankruptcy Court: | District of Delaware |
| Case Number (if known): | 24-12517 (LSS) |

Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Part 1:**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.1 STATEMENT OF WORK: DIGITAL MARKETING & MARKETPLACES, DATED APRIL 14, 2021, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND 37POINT HK CO., LTD. DBA SEVEN-HUB |  | 121800053 | ☐ | 37POINT HK CO., LTD. DBA SEVEN-HUB | UNIT 706, 7/F., SOUTH SEAS CENTRE, TOWER 2, 75 MODY ROAD TSIMSHATSUI HONG KONG, |
| 2.2 SUPPLY AGREEMENT, DATED APRIL 23, 2014, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND AFUS, S.A. FOR REPUBLIC OF GUATEMALA |  | 121800307 | ☐ | AFUS, S.A. | 3A. AVENIDA 13-78, ZONA 10. TORRE CITIBANK EN INTERCONTINENTAL PLAZA, NIVEL 12 GUATEMALA CITY, 1010 |
| 2.3 RENEWAL OF CONTRACT AGREEMENT, DATED MAY 14, 2024, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND AFUS, S.A. |  | 129990348 | ☐ | AFUS, S.A. | 3A. AVENIDA 13-78, ZONA 10. TORRE CITIBANK EN INTERCONTINENTAL PLAZA, NIVEL 12 GUATEMALA CITY, 1010 |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.4 THE VITAMIN SHOPPE PURCHASE AGREEMENT BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND AHN INTERNATIONAL INC DBA AMAZING HERBS | | 121800320 | ☐ | AHN INTERNATIONAL INC DBA AMAZING HERBS | 2709 FAITH INDUSTRIAL DR SUITE 500 BUFORD, GA 30518 |
| 2.5 THE VITAMIN SHOPPE PURCHASE AGREEMENT BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND ALL AMERICAN PHARMACEUTICAL & NATURAL FOODS COMPANY | | 121800382 | ☐ | ALL AMERICAN PHARMACEUTICAL & NATURAL FOODS COMPANY | 2376 MAIN STREET BILLINGS, MT 59105 |
| 2.6 THE VITAMIN SHOPPE PURCHASE AGREEMENT BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND BIO NUTRITION INC. | | 121800943 | ☐ | BIO NUTRITION INC. | 64 ALABAMA AVE ISLAND PARK, NY 11558 |
| 2.7 CONFIDENTIALITY AGREEMENT BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND CHRISTOPHER RYSZARD GREGORY TOMASZEWSKI | | 129990757 | ☐ | CHRISTOPHER RYSZARD GREGORY TOMASZEWSKI | NECTARIS LIMITED 27 HIGH STREET HORLEY SURREY, RH6 7BH ENGLAND |
| 2.8 DISTRIBUTION AGREEMENT, DATED 10/31/2023, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND CORPORACION SDCR COSTA RICA SOCIEDAD DE RESPONSABILIDAD LIMITADA | | 121801661 | ☐ | CORPORACION SDCR COSTA RICA SOCIEDAD DE RESPONSABILIDAD LIMITADA | SAN JOSE-GOICICHEA CALLE BLANCOS, DEL EDIFICIO DEL SEGUNDO CIRCUITO JUDICIAL DE SAN JOSE, CIEN METROS OESTE, CIEN METROS NORTE, CIEN METROS ESTE, EDIFICIO GESSA SAN JOSE, 10803 |
| 2.9 DISTRIBUTION AGREEMENT, DATED NOVEMBER 9, 2015, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND DAWAAI PRIVATE LIMITED | | 121801852 | ☐ | DAWAAI PRIVATE LIMITED | SUITE 1216, CAESARS TOWER MAIN SHAHRA-E-FAISAL KARACHI, 74400 |
| 2.10 THE VITAMIN SHOPPE PURCHASE AGREEMENT BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND EROM INC. | | 121802351 | ☐ | EROM INC. | 14630 INDUSTRY GR LA MIRADA, CA 90638 |
| 2.11 THE VITAMIN SHOPPE PURCHASE AGREEMENT BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND ESSENTIA WATER LLC | | 121802362 | ☐ | ESSENTIA WATER LLC | 27833 BOTHELL-EVERETT HWY SUITE 220 BOTHELL, WA 98021 |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.12 PURCHASE AGREEMENT BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND FOCUS NUTRITION LLC | | 121802635 | ☐ | FOCUS NUTRITION LLC | 96 N 1800 W #11<br>LINDON, UT 84042 |
| 2.13 DISTRIBUTION AGREEMENT, DATED MARCH 25, 2016, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND GLOBAL IMPEX | | 129990389 | ☐ | GLOBAL IMPEX | 1719 LOGIX OFFICE TOWER<br>LOGIX CITY CENTER<br>NOIDA, UP 201301 |
| 2.14 VITAMIN SHOPPE INTERNATIONAL LICENSE AGREEMENT - TERM SHEET BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND HANOI KIM LIEN COMPANY LIMITED | | 121803169 | ☐ | HANOI KIM LIEN COMPANY LIMITED | 13 LÝ THAI TO<br>HOAN KIEM DISTRICT<br>HANOI, 100000 |
| 2.15 OPTION AGREEMENT BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND HOANG ANH | | 121803365 | ☐ | HOANG ANH | ADDRESS ON FILE<br>100000 |
| 2.16 THE VITAMIN SHOPPE PURCHASE AGREEMENT BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND IMPACT NUTRITION LLC | | 121803504 | ☐ | IMPACT NUTRITION LLC | 58 RIVER STREET<br>SUITE 8<br>MILFORD, CT 06460 |
| 2.17 VITAMIN SHOPPE INTERNATIONAL LICENSE AGREEMENT - TERM SHEET, DATED JUNE 18, 2021, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND IMPROVE COMMERCE, INC. | | 121803512 | ☐ | IMPROVE COMMERCE, INC. | 4301 VALLEY BLVD.<br>LOS ANGELES, CA 90032 |
| 2.18 OPTION AGREEMENT BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND LIEN NGUYEN THI KIM | | 121804262 | ☐ | LIEN NGUYEN THI KIM | ADDRESS ON FILE |
| 2.19 GUARANTY BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND LONDON IMPORT S.A. | | 121804371 | ☐ | LONDON IMPORT S.A. | PO BOX 731178<br>DALLAS, TX 75373-1178 |
| 2.20 ONLINE LICENSE AGREEMENT, DATED JUNE 28, 2017, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND MACY'S CHINA LIMITED | | 121804446 | ☐ | MACY'S CHINA LIMITED | 2ND FLOOR, LIFUNG TOWER<br>868 CHEUNG SHA WAN ROAD<br>KOWLOON, 94107 |
| 2.21 SUPPLY AGREEMENT, DATED FEBRUARY 9, 2015, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND MOHAMMED F ALHOKAIR & CO. FOR THE KINGDOM OF SAUDI ARABIA | | 121804803 | ☐ | MOHAMMED F ALHOKAIR & CO. | PO BOX 1360<br>RIYADH, 11321 |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.22 THE VITAMIN SHOPPE PURCHASE AGREEMENT, DATED MARCH 27, 2013, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND NATURANECTAR LLC | | 121804940 | ☐ | NATURANECTAR LLC | 1560 SAWGRASS COPORATE PKWY 4TH FLOOR SUNRISE, FL 33323 |
| 2.23 PURCHASE AGREEMENT BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND RISE BAR | | 121806022 | ☐ | RISE BAR | 16752 MILLIKAN IRVINE, CA 92606 |
| 2.24 THE VITAMIN SHOPPE CHINA REGION DISTRIBUTOR AUTHORIZATION, DATED MAY 29, 2015, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND SHANGHAI TONGHAO INDUSTRY LTD | | 121806259 | ☐ | SHANGHAI TONGHAO INDUSTRY LTD | PO BOX 935723 ATLANTA, GA 31193-5723 |
| 2.25 DISTRIBUTION AGREEMENT, DATED OCTOBER 3, 2014, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, INC. AND SUNING.COM | | 129990506 | ☐ | SUNING.COM | NO. 1, SUNING AVENUE, XUANWU DISTRICT, NANJING, JIANGSU 210042 |
| 2.26 NDA BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND SURESH MARHATTA | | 129990858 | ☐ | SURESH MARHATTA | 109 GAINSBOROUGH SQ. SUITE 204 CHESAPEAKE, VA 23320 |
| 2.27 OPTION AGREEMENT BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND TUAN HOANG ANH | | 121806998 | ☐ | TUAN HOANG ANH | ADDRESS ON FILE |
| 2.28 DISTRIBUTION AGREEMENT, DATED APRIL 27, 2015, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND UNIPHARM S.A.C. | | 129990518 | ☐ | UNIPHARM S.A.C. | AVENIDA PABLO CARRIQUIRRY 222 URB EL PALOMAR, |
| 2.29 DISTRIBUTION AGREEMENT, DATED MARCH 6, 2017, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND VIGOR S.A. | | 121807231 | ☐ | VIGOR S.A. | TEODORO S. MONGELOS 3373 ASUNCION, 1228 |
| 2.30 ONLINE STORE AGREEMENT, DATED JUNE 4, 2020, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND VIGOR S.A. | | 121807229 | ☐ | VIGOR S.A. | TEODORO S. MONGELOS 3373 ASUNCION, 1228 |
| 2.31 SUPPLY AGREEMENT, DATED JANUARY 26, 2015, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND VIGOR S.A. FOR REPUBLIC OF PARAGUAY | | 121807232 | ☐ | VIGOR S.A. | TEODORO S. MONGELOS 3373 ASUNCION, 1228 |

## Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| 2.32 SUPPLY AGREEMENT, DATED NOVEMBER 7, 2019, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND VITAMIN SHOPPE VIETNAM JOIN STOCK COMPANY FOR SOCIALIST REPUBLIC OF VIETNAM | | 129990530 | ☐ | VITAMIN SHOPPE VIETNAM JOIN STOCK COMPANY FOR SOCIALIST REPUBLIC OF VIETNAM | N0. 13 LY THAI TO LY THAI TO WARD HA NOI CITY, |
| 2.33 RENEWAL LETTER OF THE MULTI-UNIT DEVELOPMENT AND OPERATIONS AGREEMENT, DATED OCTOBER 9, 2024, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND VITAMIN SHOPPE VIETNAM JOIN STOCK COMPANY FOR SOCIALIST REPUBLIC OF VIETNAM | | 129990528 | ☐ | VITAMIN SHOPPE VIETNAM JOIN STOCK COMPANY FOR SOCIALIST REPUBLIC OF VIETNAM | N0. 13 LY THAI TO LY THAI TO WARD HA NOI CITY, VIETNAM |
| 2.34 ONLINE STORE AGREEMENT, DATED JUNE 5, 2020, BY AND BETWEEN VITAMIN SHOPPE GLOBAL LLC AND VITAMINAS Y SUPLEMENTOS, S.A. | | 129990533 | ☐ | VITAMINAS Y SUPLEMENTOS, S.A. | CORREGIMIENTO DE BELLA VISTA, URBANIZATION MARBELLA, EDIFICIO TORRE MMG, APARTAMENTO 16 PANAMA, PROVINCIA DE PANAMA, DISTRITO DE PANAMA CALLE 53 |
| 2.35 MULTI-UNIT DEVELOPMENT AND OPERATIONS AGREEMENT, DATED DECEMBER 16, 2019, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND VITAMINS INTERNATIONAL INC. FOR THE PHILIPPINES | | 121807267 | ☐ | VITAMINS INTERNATIONAL INC. | 6721 DISCOVERY BLVD MABLETON, GA 30126 |
| 2.36 RENEWAL LETTER OF THE MULTI-UNIT DEVELOPMENT AND OPERATIONS AGREEMENT, DATED JANUARY 12, 2024, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND VITAMINS INTERNATIONAL INC. | | 129990534 | ☐ | VITAMINS INTERNATIONAL INC. | 6721 DISCOVERY BLVD MABLETON, GA 30126 |
| 2.37 DISTRIBUTION AGREEMENT, DATED DECEMBER 16, 2019, BY AND BETWEEN VITAMIN SHOPPE GLOBAL, LLC AND VITAMINS INTERNATIONAL INC. | | 129990535 | ☐ | VITAMINS INTERNATIONAL INC. | 6721 DISCOVERY BLVD MABLETON, GA 30126 |

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|

| **Total number of contracts** | **37** |
|---|---|

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name: Vitamin Shoppe Global, LLC |
| United States Bankruptcy Court: DISTRICT OF DELAWARE |
| Case Number (if known): 24-12517 (LSS) |

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

Warning -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

## Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form (206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☑ Amended Schedule
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** 4/28/2025

**Signature:** /s/ Eric Seeton          Eric Seeton, Chief Financial Officer
                                         **Name and Title**