# CERTIFICATE OF SERVICE

The undersigned certifies that on April 29, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below in the manner listed below.

                                            */s/ Karen C. Bifferato*
                                            Karen C. Bifferato (DE 3279)

**VIA ELECTRONIC MAIL**

Joshua A. Sussberg, P.C.
Nicole L. Greenblatt, P.C.
Derek I. Hunter, Esq.
Brian J. Nakhaimousa, Esq.
Maddison Levine, Esq.
KIRKLAND & ELLIS LLP
jsussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com
brian.nakhaimousa@kirkland.com
maddison.levine@kirkland.com

Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
Robert J. Feinstein, Esq.
Alan J. Kornfeld, Esq.
Theodore S. Heckel, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
bsandler@pszjlaw.com
crobinson@pszjlaw.com
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

Adam G. Landis, Esq.
Matthew McGuire, Esq.
LANDIS RATH & COBB LLP
landis@lrclaw.com
mcguire@lrclaw.com

Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
emorton@ycst.com
mlunn@ycst.com

Timothy J. Fox, Esq.
U.S. TRUSTEE
timothy.fox@usdoj.gov

Gregg Bateman, Esq.
Sagar Patel, Esq.
Michael Danenberg, Esq.
SEWARD & KISSEL LLP
bateman@sewkis.com
patel@sewkis.com
danenberg@sewkis.com

Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
PAUL HASTINGS LLP
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com

Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.
LATHAM & WATKINS LLP
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

Thomas Lauria, Esq.  
Bojan Guzina, Esq.  
WHITE & CASE LLP  
tlauria@whitecase.com  
bojan.guzina@whitecase.com

Don F. Oliver, Esq.  
FEE EXAMINER  
dfr.dfo@gmail.com