| Database: | R28599900001 | Aged Delinquencies | | | | | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Report Id: | COR_CMAGED-D | Date: 4/16/2025 | | | | | | | | Date: | 4/16/2025 |
| | | All Lease Status Codes | | | | | | | | Time: | 10:44 AM |
| | | All Litigation Status Codes | | | | | | | | User: | WAFCL69 |
| | | All Income Categories | | | | | | | | | |
| | | OPEN ITEMS ONLY OFF | | | | | | | | | |

| Building | Occupant | Date | Code | | Description | Total | Current | 31-60 Days | 61-90 Days | 91-120 Days | 121+ Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 9/1/2023 | TAX | CH | AUTOCHRG @T9/30/2023 | 501.80 | 0.00 | 0.00 | 0.00 | 0.00 | 501.80 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 8/25/2024 | CPY | CH | 2023 CPY YE RECONCILIATION | 341.42 | 0.00 | 0.00 | 0.00 | 0.00 | 341.42 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 8/25/2024 | IPY | CH | 2023 IPY YE RECONCILIATION | 1,042.86 | 0.00 | 0.00 | 0.00 | 0.00 | 1,042.86 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 8/25/2024 | RTX | CH | Tax for TPY | 29.62 | 0.00 | 0.00 | 0.00 | 0.00 | 29.62 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 8/25/2024 | RTX | CH | Tax for CPY | 10.24 | 0.00 | 0.00 | 0.00 | 0.00 | 10.24 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 8/25/2024 | RTX | CH | Tax for IPY | 31.29 | 0.00 | 0.00 | 0.00 | 0.00 | 31.29 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 8/25/2024 | TPY | CH | 2023 TPY YE RECONCILIATION | 987.48 | 0.00 | 0.00 | 0.00 | 0.00 | 987.48 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 1/27/2025 | CPY | NC | S/N/B Billed CPY 2021 | -831.41 | 0.00 | 0.00 | -831.41 | 0.00 | 0.00 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 1/27/2025 | RTX | NC | S/N/B BIlled RTX on CPY 2021 | -54.04 | 0.00 | 0.00 | -54.04 | 0.00 | 0.00 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 3/24/2025 | CPY | CH | 2024 CAM YE RECONCILIATION | 47.33 | 47.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 3/24/2025 | IPY | CH | 2024 INS YE RECONCILIATION | 604.42 | 604.42 | 0.00 | 0.00 | 0.00 | 0.00 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 3/24/2025 | RTX | CH | Tax for CPY | 1.42 | 1.42 | 0.00 | 0.00 | 0.00 | 0.00 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 3/24/2025 | RTX | CH | Tax for IPY | 18.13 | 18.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 3/24/2025 | RTX | NC | Tax for TPY | -1.96 | -1.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 3/24/2025 | TPY | NC | 2024 TAX YE RECONCILIATION | -65.30 | -65.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| **GAITWAY PLAZA** | **VITAMIN SHOPPE, THE** | **021739** | **LL02** | **I** | **@** | **2,663.30** | **604.04** | **0.00** | **-885.45** | **0.00** | **2,944.71** |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 3/24/2025 | RTX | CH | Tax for TPY | 21.44 | 21.44 | 0.00 | 0.00 | 0.00 | 0.00 |
| GAITWAY PLAZA | VITAMIN SHOPPE, THE | 3/24/2025 | TPY | CH | 2024 TAX YE RECONCILIATION | 714.51 | 714.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| **GAITWAY PLAZA** | **VITAMIN SHOPPE, THE** | **059759** | **LL02** | **C** | **@** | **735.95** | **735.95** | **0.00** | **0.00** | **0.00** | **0.00** |
| | **Grand Total:** | | | | | **3,399.25** | **1,339.99** | **0.00** | **-885.45** | **0.00** | **2,944.71** |