# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | **Chapter 11** |
| ) | |
| **FRANCHISE GROUP, INC.,** *et al.*, ) | **Case No. 24-12480 (JTD)** |
| ) | |
| Debtors. ) | **(Jointly Administered)** |
| ) | |
| ) | **Hearing Date: May 6, 2025 at 11:30 AM** |
| ) | **Objection Date: April 29, 2025 at 4:00 PM** |
| ) | |
| ) | **Docket Nos. 583 and 1283** |

## CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that on April 29, 2025, I served a copy of *Oracle's Rights Reservation Regarding Debtors' Motion for Entry an Order (I) Authorizing Franchise Group Intermediate V, LLC to Enter Into and to Enter Into and Perform Its Obligations Under the Asset Purchase Agreement, (II) Approving The Sale of Certain Assets Free and Clear of All Claims, Liens, Rights, Interest, an Encumbrances, (III) Approving The Assumption and Assignment of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief* on the parties listed on the attached Service List via electronic mail, where available.

    /s/ James E. Huggett
James E. Huggett (#3956)

**BY ECF**

| | |
|---|---|
| Kirkland & Ellis LLP<br>*Co-counsel for the Debtors*<br>601 Lexington Avenue,<br>New York, NY 10022<br>Attn: Joshua A. Sussberg, P.C.<br>jsussberg@kirkland.com<br>Nicole L. Greenblatt, P.C.<br>nicole.greenblatt@kirkland.com<br>Derek I. Hunter<br>derek.hunter@kirkland.com<br>Brian J. Nakhaimousa<br>brian.nakhaimousa@kirkland.com<br>Maddison Levine<br>maddison.levine@kirkland.com<br><br>Young Conaway Stargatt & Taylor, LLP<br>*Co-counsel for the Debtors*<br>Rodney Square, 1000 North King Street,<br>Wilmington, DE 19801<br>Attn: Edmon L. Morton, Esq.<br>emorton@ycst.com<br>Matthew B. Lunn, Esq.<br>mlunn@ycst.com | Timothy J. Fox, Esq.<br>**United States Trustee**<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>timothy.fox@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP<br>*Counsel to the Creditors' Committee*<br>919 North Market Street, 17th Floor,<br>P.O. Box 8705, Wilmington, DE 19899<br>Attn: Bradford J. Sandler, Esq.<br>bsandler@pszjlaw.com<br>Colin R. Robinson, Esq.<br>crobinson@pszjlaw.com<br><br>Pachulski Stang Ziehl & Jones LLP<br>*Counsel to the Creditors' Committee*<br>780 Third Avenue, 34th Floor,<br>New York, NY 10017<br>Attn: Robert J. Feinstein, Esq.<br>rfeinstein@pszjlaw.com<br>Alan J. Kornfeld, Esq.<br>akornfeld@pszjlaw.com<br>Theodore S. Heckel, Esq.<br>theckel@pszjlaw.com | Seward & Kissel LLP,<br>*Counsel to the DIP Agent*<br>One Battery Park Plaza,<br>New York, NY 10004,<br>Attn: Gregg Bateman, Esq.<br>bateman@sewkis.com<br>Sagar Patel, Esq.<br>patel@sewkis.com<br>Michael Danenberg, Esq.<br>danenberg@sewkis.com |

|  |  |
|---|---|
| Paul Hastings LLP,<br>*Counsel to the DIP Lenders*<br>*and Ad Hoc Group*<br>200 Park Avenue,<br>New York, NY 10166,<br>Attn: Jayme Goldstein, Esq.<br>jaymegoldstein@paulhastings.com<br>Jeremy Evans, Esq.<br>jeremyevans@paulhastings.com<br>Isaac Sasson, Esq.<br>isaacsasson@paulhastings.com<br><br>Landis Rath & Cobb LLP<br>*Counsel to the DIP Lenders*<br>*and Ad Hoc Group*<br>919 N. Market Street, Suite 1800, Wilmington, DE 19317,<br>Attn: Adam G. Landis, Esq.<br>landis@lrclaw.com<br>Matthew McGuire, Esq. mcguire@lrclaw.com | Latham & Watkins LLP,<br>*Counsel to the ABL Lenders*<br>1271 Avenue of the Americas,<br>New York, NY 10020<br>Attn: Jennifer Ezring, Esq.<br>Jennifer.Ezring@lw.com<br>James Ktsanes, Esq.<br>James.Ktsanes@lw.com<br>Andrew Sorkin, Esq.<br>andrew.sorkin@lw.com |
| White & Case LLP<br>*Counsel to the Second Lien Lenders*<br>*& HoldCo Lenders*<br>200 S. Biscayne Blvd., Miami, FL 33131 Attn: Thomas Lauria, Esq.<br>tlauria@whitecase.com<br><br>White & Case LLP<br>*Counsel to the Second Lien Lenders*<br>*& HoldCo Lenders*<br>111 S. Wacker Dr., Suite 5100,<br>Chicago, IL 60606,<br>Attn: Bojan Guzina, Esq.<br>bojan.guzina@whitecase.com | Fee Examiner<br>Direct Fee Review LLC,<br>24A Trolley Square, #1225,<br>Wilmington, Delaware, 19806<br>Don F. Oliver<br>dfr.dfo@gmail.com |