# **EXHIBIT A**

17304264/1



2950 SW 27th Avenue, Suite 300, Miami, FL 33133
Office: (305) 692-9992 | Fax: (305) 692-3032

June 20, 2024

Vitamin Shoppe Industries LLC
300 Harmon Meadow Blvd
Secaucus, NJ 07094
Attention: Lease Administration Department
Vitamin Shoppe #41

RE:    Landlord:    Frontier Osceola LLC
           Tenant:      Vitamin Shoppe Industries, Inc.
           Premises:   800 E Merritt Island Causeway, Merritt Island, FL 32952

Dear Tenant:

Pursuant to the terms of the lease agreement, please find the 2023 Common Area Maintenance ("CAM") reconciliation.

Enclosures include:

1. Tenant invoice
2. CAM Reconciliation worksheet
3. CAM CAP worksheet, if applicable
4. Copy of Property Real Estate Tax invoice
5. Copy of Property Insurance invoice

Should there be any questions, please do not hesitate to contact our office at (305) 692-9992:

> Jessica Wilkins
> Asset Manager
> Extension 127
> JWilkins@FDLLC.com

Sincerely,

**GENEVA MANAGEMENT LLC, agent for FRONTIER OSCEOLA LLC**

*Jessica Wilkins*
Asset Manager


Enclosures

Frontier Osceola LLC
2950 SW 27th Ave Suite 300
Miami, FL  33133

# I N V O I C E

| | |
|---|---|
| Vitamin Shoppe Industries Inc<br>Attn: Lease Admin Dept, #41<br>300 Harmon Meadow Blvd<br>Secaucus, NJ  07094 | Date:   06-12-2024<br>Invoice Number: 6202462<br><br>Amount enclosed:  _____ |

**Please enclose this portion with your remittance.**

Make checks payable to:
  Frontier Osceola LLC
  2950 SW 27th Ave Suite 300
  Miami, FL  33133

| | |
|---|---|
| Invoice for:<br>  Vitamin Shoppe #41<br>  800 E Merritt Island Causeway<br>  Suite 109<br>  Merritt Island, FL  32952 | Invoice Number: 6202462<br>Invoice date<br>06-12-2024 |

| Unit | Due Date | Description | Amount |
|---|---|---|---|
| 109 | 06-11-2024 | 2023 CAM Reconciliation | 6,852.93 |
| | | Balance: | **6,852.93** |

**Payment due upon receipt.**

**Please pay by due date to avoid late charges.**

**If you have any questions, please call 305-662-9992**

| | |
|---|---|
| Shopping Center | Frontier Osceola LLC |
| Year | 2023 |
| | |
| Tenant Name | Vitamin Shoppe |
| Tenant SF | 3,500 |
| Days in Occupancy | 365 |
| Occupancy | 100% |
| Prorata Share | 29.01% |

| Expense | |  |
|---|---|---|
| Landscaping R&M | $4,734.00 | |
| Trash | $5,244.60 | |
| REA FEE | $1,476.01 | |
| GRM | $6,014.61 | |
| Snow | $0.00 | |
| Parking Lot Trash | $0.00 | |
| Roof R&M | $0.00 | |
| Pressure Washing R&M | $0.00 | |
| Utility | $2,630.11 | |
| Irrigation | $926.16 | |
| Capital Expense | $7,318.00 | |
| Greasetrap Maintance | $0.00 | |
| Pest Control | $363.80 | |
| Fireline | $0.00 | |
| Management Fee | $15,206.07 | *Mgmt Fee = 3% of rents. |
| Stormwater | $0.00 | |
| Accounting Fee | $2,495.00 | |
| Water and Sewer | $0.00 | |
| | | |
| Total CAM | $46,408.36 | |
| | | |
| Total Capped Costs | $29,739.64 | |
| **Tenant Cap** | **$31,821.93** | |
| Total Non-Capped Costs | $16,668.72 | |
| Tenant Total CAM | $46,408.36 | |
| Tenant Prorata Share | $13,463.96 | |
| Tenant CAM Escrows | -$10,358.28 | |
| **Tenant CAM Due/(Credit)** | **$3,105.68** | |
| | | |
| Insurance | $41,129.17 | |
| Tenant Prorata Share | $11,932.37 | |
| Tenant INS Escrows | -$6,621.72 | |
| **Total INS Due/(Credit)** | **$5,310.65** | |
| | | |
| Real Estate Tax | $26,007.91 | |
| Tenant Prorata Share | $7,545.40 | |
| Tenant RET Escrows | -$9,308.40 | |
| **Total RE Tax Due/(Credit)** | **-$1,763.00** | |
| | | |
| **Total Reconciliation Due/(Credit)** | **$6,653.33** | |
| 3.0% Sales Tax | $199.60 | |

| Vitamin Shoppe CAP Calculation | | 107% CAP | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RCD: | | 1/1/2010 | | | | | | | | | | | | | | |
| 1st Full CY: | | 2010 | | | | | | | | | | | | | | |
| 2nd Full CY: | | 2011 | | | | | | | | | | | | | | |
| 3rd Full CY: | | 2012 | Capped at 107% prior calendar year actuals. | | | | | | | | | | | | | |
| 2nd Renewal Date: | | 1/1/2020 | | | | | | | | | | | | | | |
| 1st Full CY: | | 2020 | | | | | | | | | | | | | | |
| 2nd Full CY: | | 2021 | *Cap resets on each renewal. Prior year capped at 7% | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Cap Amount | | 107% | | | | | | | | | | | | | | |
| Tenant Prorata Share | | 29.01% | | | | | | | | | | | | | | |

| Expense | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 RESET | 2016 | 2017 | 2018 | 2019 | 2020 RESET | 2021 | 2022 Needs rebilled | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0717-5001 - Landscaping/Groundskeeping | $ 4,901.00 | $ 4,147.00 | $ 4,524.00 | $ 4,524.00 | $ 4,267.00 | $ 5,169.35 | $ 6,840.00 | $ 6,571.00 | $ 6,536.50 | $ 7,115.75 | $ 6,455.00 | $6,804.00 | $6,804.00 | $4,734.00 | $0.00 | $0.00 |
| 0717-5002 - Trash Removal/Recycling | $ 1,004.87 | $ 3,559.06 | $ 2,447.00 | $ 3,221.91 | $ 3,753.05 | $ 3,901.91 | $ 3,824.12 | $ 4,043.72 | $ 4,299.27 | $ 4,183.64 | $ 3,671.50 | $4,118.00 | $4,439.00 | $5,244.60 | $0.00 | $0.00 |
| 0717-5004 - General Repair/Maintenance | $ 3,304.05 | $ 5,666.92 | $ 5,582.80 | $ 6,500.00 | $ 7,715.00 | $ 7,817.00 | $ 9,359.00 | $ 8,854.49 | $ 7,932.31 | $ 7,468.00 | $ 8,427.00 | $1,966.00 | $3,928.00 | $6,014.61 | $0.00 | $0.00 |
| 0717-5008 - Parking Lot Trash | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 475.00 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0717-5009 - Exterior Bldg. Repair/ Maintenance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 547.29 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0717-5012 - Pressure Cleaning | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 623.40 | $ 1,780.50 | $ - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0717-5013 - Lift Station Sewage Maintenance | $ - | $ - | $ - | $ - | $ - | $ - | $ 105.00 | $ - | $ - | $ - | $ - | $0.00 | $150.00 | $1,476.01 | $0.00 | $0.00 |
| 0717-5100 - Utility Expenses | $ 2,588.79 | $ 3,324.79 | $ 2,958.28 | $ 1,855.62 | $ 2,046.45 | $ 1,825.25 | $ 1,227.66 | $ 1,282.50 | $ 2,356.23 | $ 4,413.08 | $ 2,032.77 | $2,200.00 | $4,061.00 | $2,630.11 | $0.00 | $0.00 |
| 0717-5103 - Irrigation Well Water | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,181.00 | $ 1,521.85 | $ 3,136.80 | $ 2,427.55 | $2,013.00 | $1,331.00 | $926.16 | $0.00 | $0.00 |
| 0717-5200 - Management Fees | $12,960.00 | $13,082.22 | $13,695.15 | $13,717.21 | $13,808.92 | $15,634.01 | $15,659.67 | $15,759.75 | $15,757.60 | $15,610.25 | $15,128.72 | $15,158.47 | $15,189.12 | $15,206.07 | $ - | $ - |
| 0717-5230 - Pest Control | $ - | $ - | $ 342.40 | $ 370.58 | $ 438.89 | $ 342.40 | $ 344.00 | $ 344.00 | $ 345.64 | $ 363.80 | $ 345.64 | $345.00 | $363.00 | $363.80 | $0.00 | $0.00 |
| 0717-5240 - Accounting Fees | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 1,720.00 | $ 1,500.00 | $ 1,550.00 | $1,550.00 | $2,125.00 | $2,495.00 | $0.00 | $0.00 |
| 0717-1441 - Sea Wall Capital Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,659.00 | $ 7,318.00 | $ 7,318.00 | $7,318.00 | $7,318.00 | $7,318.00 | $0.00 | $0.00 |
| Grand Total | $26,408.71 | $31,429.99 | $31,199.63 | $31,839.32 | $33,679.31 | $36,339.92 | $39,009.45 | $39,686.46 | $45,774.09 | $52,889.82 | $47,356.18 | $41,472.47 | $45,708.12 | $46,408.36 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | |
| Capped Expenses | $22,815.05 | $24,546.14 | $25,794.35 | $26,761.79 | $27,879.81 | $30,612.76 | $33,852.67 | $34,360.24 | $34,984.59 | $36,975.10 | $34,333.91 | $27,836.47 | $29,740.12 | $29,739.64 | $0.00 | $0.00 |
| Non-Capped Expenses | $3,593.66 | $6,883.85 | $5,405.28 | $5,077.53 | $5,799.50 | $5,727.16 | $5,156.78 | $5,326.22 | $10,789.50 | $15,914.72 | $13,022.27 | $13,636.00 | $15,968.00 | $16,668.72 | $0.00 | $0.00 |
| Total | $26,408.71 | $31,429.99 | $31,199.63 | $31,839.32 | $33,679.31 | $36,339.92 | $39,009.45 | $39,686.46 | $45,774.09 | $52,889.82 | $47,356.18 | $41,472.47 | $45,708.12 | $46,408.36 | $ - | $ - |
| CAP | | | $26,264.37 | $27,599.96 | $28,635.11 | | $32,755.65 | $35,048.55 | $36,765.46 | $37,433.52 | | $36,737.28 | $29,785.03 | $31,821.93 | $31,821.42 | $ - |
| Actual | $22,815.05 | $24,546.14 | $25,794.35 | $26,761.79 | $27,879.81 | $30,612.76 | $33,852.67 | $34,360.24 | $34,984.59 | $36,975.10 | $34,333.91 | $27,836.47 | $29,740.12 | $29,739.64 | $ - | $ - |
| | | | | | | | | | | | | | | | | |
| Tenant's Prorata Share | $ 6,619.09 | $ 7,121.31 | $9,051.62 | $9,237.20 | $9,771.02 | $10,542.91 | $10,999.13 | $11,513.81 | $13,279.95 | $15,344.36 | $13,738.94 | $12,031.97 | $13,260.81 | | | |
| Previously Billed | $7,794.75 | $6,527.88 | $6,877.22 | $7,217.14 | $9,274.55 | $10,310.35 | $11,189.04 | $11,289.66 | $11,992.42 | $13,038.87 | $10,253.90 | $9,908.87 | $11,137.72 | | | |
| Variance | -$1,175.66 | $593.43 | $2,174.40 | $2,020.06 | $496.47 | $232.56 | -$189.91 | $224.15 | $1,287.53 | $2,305.49 | $3,485.04 | $2,123.10 | $2,123.09 | $15,699.76 | | |
| | | | | | | | | | | | | | | | | |
| 0717-5205 - Real Estate Tax | $30,081.88 | $29,169.16 | $28,337.14 | $29,828.19 | $29,788.73 | $29,846.29 | $30,844.65 | $30,860.02 | $30,785.15 | $31,451.96 | $30,596.80 | $29,102.00 | $28,244.00 | $26,007.91 | | |
| 0717-5210 - Insurance (Liability/Property) | $10,479.54 | $ 6,076.00 | $ 9,834.84 | $10,793.95 | $11,056.00 | $ 9,990.00 | $12,228.50 | $16,759.53 | $12,780.00 | $15,116.00 | $14,958.00 | $17,456.00 | $24,403.48 | $41,129.17 | | |

# LISA CULLEN, CFC
**BREVARD COUNTY TAX COLLECTOR**

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS
2023   REAL ESTATE

| TAX ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE |
|---|---|---|
| 2427799 | | 2200 |

Pay your taxes online at www.brevardtc.com

FRONTIER OSCEOLA LLC
2950 SW 27th AVE Ste 300
Miami, FL   33133-3765

800 E MERRITT ISLAND CSWY 109
PART OF N 1/2 LYING N OF ST RD 520
& EAST OF SYKES CREEK PARKWAY A
See Additional Legal on Tax Roll

## AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | ASSESSED VALUE | EXEMPTION | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| COUNTY GENERAL FUND | 3.0486 | 1,944,710 | 0 | 1,944,710 | 5,928.64 |
| BREVARD LIBRARY DISTRICT | 0.3467 | 1,944,710 | 0 | 1,944,710 | 674.23 |
| BREVARD MOSQUITO CONTROL | 0.1427 | 1,944,710 | 0 | 1,944,710 | 277.51 |
| TI-CO AIRPORT AUTHORITY | 0.0000 | 1,944,710 | 0 | 1,944,710 | 0.00 |
| SCHOOL - BY STATE LAW | 3.1350 | 1,944,710 | 0 | 1,944,710 | 6,096.67 |
| SCHOOL - BY LOCAL BOARD | 0.7480 | 1,944,710 | 0 | 1,944,710 | 1,454.64 |
| BPS VOTED TEACHER PAY | 1.0000 | 1,944,710 | 0 | 1,944,710 | 1,944.71 |
| SCHOOL - CAPITAL OUTLAY | 1.5000 | 1,944,710 | 0 | 1,944,710 | 2,917.07 |
| FIRE CONTROL MSTU | 0.5115 | 1,944,710 | 0 | 1,944,710 | 994.72 |
| LAW ENFORCEMENT MSTU | 0.9031 | 1,944,710 | 0 | 1,944,710 | 1,756.27 |
| ROAD & BRIDGE DIST 2 MSTU | 0.1745 | 1,944,710 | 0 | 1,944,710 | 339.35 |
| M I REC DIST 2 MSTU | 0.2395 | 1,944,710 | 0 | 1,944,710 | 465.76 |
| ST JOHNS RIVER WATER MGMT DST | 0.1793 | 1,944,710 | 0 | 1,944,710 | 348.69 |
| FLA INLAND NAVIGATION DIST | 0.0288 | 1,944,710 | 0 | 1,944,710 | 56.01 |
| MERRITT ISLAND LIBRARY - MAINT | 0.1074 | 1,944,710 | 0 | 1,944,710 | 208.86 |
| ENV END LD/WTR LTD | 0.0488 | 1,944,710 | 0 | 1,944,710 | 94.90 |
| ENV END LD/WTR LTD(DBTP) | 0.0163 | 1,944,710 | 0 | 1,944,710 | 31.70 |
| M I REC D 2 MSTU (DBTP) | 0.0914 | 1,944,710 | 0 | 1,944,710 | 177.75 |
| **TOTAL MILLAGE** | **12.2216** | | | **AD VALOREM TAXES** | **$23,767.48** |

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | AMOUNT |
|---|---|
| 158   SOLID WASTE DISPOSAL | 1,072.55 |
| 160   STORMWATER DIST 2 | 908.74 |
| 166   FIRE SP ASSESSMENT - COUNTY | 2,644.15 |
| **PAY ONLY ONE AMOUNT IN BOXES BELOW**   NON-AD VALOREM ASSESSMENTS | **$4,625.44** |

| If Paid By | Nov 30, 2023 | Dec 31, 2023 | Jan 31, 2024 | Feb 29, 2024 | Mar 31, 2024 |
|---|---|---|---|---|---|
| Please Pay | $27,257.20 | $27,541.13 | $27,825.06 | $28,108.99 | $28,392.92 |

---

# LISA CULLEN, CFC
**BREVARD COUNTY TAX COLLECTOR**

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS
2023   REAL ESTATE

| TAX ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE |
|---|---|---|
| 2427799 | | 2200 |

Pay your taxes online at www.brevardtc.com

RETURN WITH PAYMENT

FRONTIER OSCEOLA LLC
2950 SW 27th AVE Ste 300
Miami, FL   33133-3765



PAYING ONLINE VIA
E-CHECK IS FREE

"PAY ONLINE. NOT IN LINE"

PLEASE PAY IN U.S. FUNDS THROUGH U.S. BANK TO BREVARD COUNTY TAX COLLECTOR, PO BOX 2500, TITUSVILLE, FL 32781-2500

| If Paid By | Nov 30, 2023 | Dec 31, 2023 | Jan 31, 2024 | Feb 29, 2024 | Mar 31, 2024 |
|---|---|---|---|---|---|
| Please Pay | $27,257.20 | $27,541.13 | $27,825.06 | $28,108.99 | $28,392.92 |

1  02427799  2023  6

# Invoice

Property Tax Alliance Group, LLC
1640 W. Oakland Park Blvd
Suite 402
Fort Lauderdale, FL 33311

| Bill To | Date | Invoice # |
|---|---|---|
| Frontier Development<br>% Jonathan Escarza<br>2950 SW 27th Ave. Suite 300<br>Miami, FL 33133 | 3/5/2023 | 5862 |

| Terms | Due on receipt |
|---|---|

| Description | Amount |
|---|---|
| Professional Services Rendered<br>2022 Property Tax Appeal<br>Frontier Osceola, Folio 2427799 | 578.40 |

| | | | | **Total** | **$578.40** |
|---|---|---|---|---|---|
| E-mail | jnelson@taxflorida.com | | | | |
| Phone # | 954-202-9696 | Fax # | 954-337-9232 | Web Site | |
| Thank you for your business. | | | | www.taxflorida.com | |



December 22, 2022

Frontier Owned
Jonathan Escarza
1801 SW 3 Avenue, Suite 500
Miami, FL 33129

Dear Escarza,

We are pleased to report the Brevard County Value Adjustment Board granted our request for a value reduction. The total indicated tax savings is summarized as follows.

RE: Property Tax Appeal - Frontier Osceola - Folio: 2427799

| Tax Year | 2022 |
|---|---|
| Initial Value Notification: | $2,114,970 |
| Corrected Value (after negotiation): | $1,944,712 |
| Value Reduction: | $170,258 |
| Applicable Tax Rate: | 1.17936% |
| Gross Refund/Savings: | $2,008 |
| Adjusted Tax Savings | $0 |
| **Net Refund/Savings:** <br> - after discount for early payment (Max 4%) | **$1,928** |

If taxes were paid in full for the current year you should receive a refund in eight to twelve weeks. If you have not paid your property taxes in full a corrected bill will be issued for taxes owed. Please contact me at your earliest convenience if you would like to discuss further.

Sincerely,

Jeffrey Nelson

PROPERTY TAX ALLIANCE GROUP, LLC. | Property Tax Services of Florida, LLC. | MJ Stone & Associates, P.A.
1640 West Oakland Park Boulevard, Suite: 402 | Fort Lauderdale, FL 33311 (954) 202.9696 | TaxFlorida.com



# DECISION OF THE VALUE ADJUSTMENT BOARD
## VALUE PETITION

**FLORIDA**

Brevard County ~~Frontier Osceola~~

DR-485V
R. 01/17
Rule 12D-16.002
F.A.C.
Eff. 01/17

The actions below were taken on your petition.

☑ These actions are a recommendation only, not final   ☐ These actions are a final decision of the VAB

If you are not satisfied after you are notified of the final decision of the VAB, you have the right to file a lawsuit in circuit court to further contest your assessment. (See sections 193.155(8)(I), 194.036, 194.171(2), 196.151, and 197.2425, Florida Statutes.)

**Petition #** 2022-00240

**Parcel ID** 2427799

**Petitioner name** PROPERTY TAX ALLIANCE GROUP-TIM H

The petitioner is: ☐ taxpayer of record ☑ taxpayer's agent ☐ other, explain:

**Property address** 800 E MERRITT ISLAND CSWY UNIT 109 MERRITT ISLAND FL 32952

**Decision Summary**  ☐ Denied your petition  ☐ Granted your petition  ☑ Granted your petition in part

| Value<br>Lines 1 and 4 must be completed | Value from<br>TRIM Notice | Before Board Action<br>Value presented by property appraiser<br>Rule 12D-9.025(10), F.A.C. | After Board<br>Action |
|---|---|---|---|
| 1. Just value, required | 2,114,970.00 | 2,114,970.00 | 1,944,712.00 |
| 2. Assessed or classified use value,* if applicable | 2,114,970.00 | 2,114,970.00 | 1,944,712.00 |
| 3. Exempt value,* enter "0" if none | 0.00 | 0.00 | 0.00 |
| 4. Taxable value,* required | 2,114,970.00 | 2,114,970.00 | 1,944,712.00 |

*All values entered should be county taxable values. School and other taxing authority values may differ. (Section 196.031(7), F.S.)

**Reasons for Decision**

*Fill-in fields will expand or add pages, as needed.*

**Findings of Fact**

See attached.

**Conclusions of Law**

See attached.

☑ **Recommended Decision of Special Magistrate**   Finding and conclusions above are recommendations.

| Stephen Boyle | Stephen Boyle | 12/12/2022 |
|---|---|---|
| Signature, special magistrate | Print name | Date |
| Kimberly Powell | Kimberly Powell | 12/20/2022 |
| Signature, VAB clerk or special representative | Print name | Date |

If this is a recommended decision, the board will consider the recommended decision on _____ at _____
Address _____

If the line above is blank, the board does not yet know the date, time, and place when the recommended decision will be considered. To find the information, please call 321-637-6523 or visit our web site at https://vweb02.brevardclerk.us/agi

☐ **Final Decision of the Value Adjustment Board**

| | | |
|---|---|---|
| Signature, chair, value adjustment board | Print name | Date of decision |
| Signature, VAB clerk or representative | Print name | Date mailed to parties |

# LISA CULLEN, CFC
## BREVARD COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**
**2022 PAID REAL ESTATE**

| TAX ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE |
|---|---|---|
| 2427799 | | 2200 |

Pay your taxes online at www.brevardtc.com

FRONTIER OSCEOLA LLC
2950 SW 27th AVE Ste 300
Miami, FL  33133-3765

800 E MERRITT ISLAND CSWY 109

PART OF N 1/2 LYING N OF ST RD 520
& EAST OF SYKES CREEK PARKWAY A
See Additional Legal on Tax Roll

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | ASSESSED VALUE | EXEMPTION | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| COUNTY GENERAL FUND | 3.2619 | 2,114,970 | 0 | 2,114,970 | 6,898.82 |
| BREVARD LIBRARY DISTRICT | 0.3763 | 2,114,970 | 0 | 2,114,970 | 795.86 |
| BREVARD MOSQUITO CONTROL | 0.1527 | 2,114,970 | 0 | 2,114,970 | 322.96 |
| TI-CO AIRPORT AUTHORITY | 0.0000 | 2,114,970 | 0 | 2,114,970 | 0.00 |
| SCHOOL - BY STATE LAW | 3.2470 | 2,114,970 | 0 | 2,114,970 | 6,867.31 |
| SCHOOL - BY LOCAL BOARD | 0.7480 | 2,114,970 | 0 | 2,114,970 | 1,582.00 |
| SCHOOL - CAPITAL OUTLAY | 1.5000 | 2,114,970 | 0 | 2,114,970 | 3,172.46 |
| FIRE CONTROL MSTU | 0.5458 | 2,114,970 | 0 | 2,114,970 | 1,154.35 |
| LAW ENFORCEMENT MSTU | 0.9660 | 2,114,970 | 0 | 2,114,970 | 2,043.06 |
| ROAD & BRIDGE DIST 2 MSTU | 0.1914 | 2,114,970 | 0 | 2,114,970 | 404.81 |
| M I REC DIST 2 MSTU | 0.2684 | 2,114,970 | 0 | 2,114,970 | 567.66 |
| ST JOHNS RIVER WATER MGMT DST | 0.1974 | 2,114,970 | 0 | 2,114,970 | 417.50 |
| FLA INLAND NAVIGATION DIST | 0.0320 | 2,114,970 | 0 | 2,114,970 | 67.68 |
| MERRITT ISLAND LIBRARY - MAINT | 0.1074 | 2,114,970 | 0 | 2,114,970 | 227.15 |
| ENV END LD/WTR LTD | 0.0522 | 2,114,970 | 0 | 2,114,970 | 110.40 |
| ENV END LD/WTR LTD(DBTP) | 0.0425 | 2,114,970 | 0 | 2,114,970 | 89.89 |
| M I REC D 2 MSTU (DBTP) | 0.1046 | 2,114,970 | 0 | 2,114,970 | 221.23 |
| **TOTAL MILLAGE** | **11.7936** | | | **AD VALOREM TAXES** | **$24,943.14** |

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | | AMOUNT |
|---|---|---|
| 158 | SOLID WASTE DISPOSAL | 1,002.40 |
| 160 | STORMWATER DIST 2 | 908.74 |
| 166 | FIRE SP ASSESSMENT - COUNTY | 2,567.13 |
| | **NON-AD VALOREM ASSESSMENTS** | **$4,478.27** |

PAY ONLY ONE AMOUNT IN BOXES BELOW

| If Paid By | Nov 30, 2022 | | | | |
|---|---|---|---|---|---|
| Please Pay | $28,244.55 | | | | |

---

# LISA CULLEN, CFC
## BREVARD COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**
**2022 PAID REAL ESTATE**

| TAX ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE |
|---|---|---|
| 2427799 | | 2200 |

Pay your taxes online at www.brevardtc.com

RETURN WITH PAYMENT

FRONTIER OSCEOLA LLC
2950 SW 27th AVE Ste 300
Miami, FL  33133-3765



PAYING ONLINE VIA
E-CHECK IS FREE

"PAY ONLINE. NOT IN LINE"

PLEASE PAY IN U.S. FUNDS THROUGH U.S. BANK TO BREVARD COUNTY TAX COLLECTOR, PO BOX 2500, TITUSVILLE, FL 32781-2500

| If Paid By | Nov 30, 2022 | | | | |
|---|---|---|---|---|---|
| Please Pay | $28,244.55 | | | | |

| 11/22/2022 | | Receipt # 307-23-00000262 | $28,244.55 Paid By FRONTIER OSCEOLA LLC |
|---|---|---|---|
| Paid | | | |

| BILL | AMOUNT DUE | STATUS | | ACTION |
|---|---|---|---|---|
| 2022 | | | | |
| 2022 Annual Bill | $0.00 | Paid $28,244.55 | 11/22/2022 Receipt #307-23-00000262 | Print (PDF) |
| Refund | | Processed $1,927.69 | 03/29/2023 | |
| | | Paid $28,244.55 | | |



# Invoice

Property Tax Alliance Group, LLC
1640 W. Oakland Park Blvd
Suite 402
Fort Lauderdale, FL 33311

| Bill To | | Date | Invoice # |
|---|---|---|---|
| Frontier Development<br>% Jonathan Escarza<br>2950 SW 27th Ave. Suite 300<br>Miami, FL 33133 | | 11/13/2022 | 5639 |
| | | Terms | Due on receipt |

| Description | Amount |
|---|---|
| Petition Filing Fees<br>2022 Petition Filing Fees- see list for details | 1,200.00 |

| E-mail | jnelson@taxflorida.com | | | Total | $1,200.00 |
|---|---|---|---|---|---|
| Phone # | 954-202-9696 | Fax # | 954-337-9232 | Web Site | |
| Thank you for your business. | | | | www.taxflorida.com | |

| Petition No. | Property Name | Property Owner Name | County | Parcel # |
|---|---|---|---|---|
| 1 | Frontier Titusville | HWY 50 TITUSVILLE LLC | Brevard | 2216481 |
| X 2 | Frontier Osceola | Frontier Osceola LLC | Brevard | 2427799 |
| 3 | Frontier Titusville | HWY 50 TITUSVILLE LLC | Brevard | 2216920 |
| 4 | Frontier Sebastian Vacant Land | 13350 Sebastian LLC | Indian River | 303825000000004100002-0 |
| 5 | Frontier St. Lucie West Two | Frontier St Lucie West Two | St. Lucie | 3326-801-0001-000-6 |
| 6 | Frontier Lynn Haven | 1917 Lynn Haven LLC | Bay | 11611-000-000 |
| 7 | Frontier Dania | FRONTIER DANIA LLC | Broward | 5042-33-56-0010 |
| 8 | Frontier Pensacola 5052 Bayou | FRONTIER BAYOU BOULEVARD LLC | Escambia | 33-1S30-7100-005-009 |
| 9 | Frontier Brandon | 11306 BRANDON LLC | Hillsborough | 071948-1006 |
| 10 | Frontier Clermont | FRONTIER CLERMONT LLC | Lake | 32-22-26-1000-000-00100 |
| 11 | Frontier Tallahassee | FRONTIER TALLAHASSEE LLC | Leon | 212620 6190000 |
| 12 | Frontier Tallahassee Two | FRONTIER TALLAHASSEE TWO LLC | Leon | 212625A0340 |
| 13 | Frontier Jensen Beach | FRONTIER JENSEN BEACH LLC | Martin | 19-37-41-000-000-00261-0 |
| 14 | Frontier Florida City | FRONTIER IDRIVE LLLP | Miami-Dade | 16-7919-004-0040 |
| 15 | Frontier Hialeah | FRONTIER DEVELOPMENT HIALEAH LLC | Miami-Dade | 30-2012-041-0040 |
| 16 | Frontier Hialeah | FRONTIER DEVELOPMENT HIALEAH LLC | Miami-Dade | 30-2012-041-0050 |
| 17 | Frontier Hialeah Gardens | FRONTIER 122 LLC | Miami-Dade | 27-2033-055-0010 |
| 18 | Frontier North Miami Beach | FRONTIER 167 LLLP C/O FRONTIER DEVEL | Miami-Dade | 30-2218-044-0020 |
| 19 | Frontier Kissimmee | FRONTIER KISSIMMEE LLC | Osceola | 03-25-29-4579-0001-0010 |
| 20 | Frontier Kissimmee The Loop | FRONTIER ST LUCIE WEST LLC | Osceola | 03-25-29-4582-0001-0010 |
| 21 | Frontier Boynton Beach | 1570 BOYNTON BEACH LLC | Palm Beach | 08-43-45-30-26-002-0000 |
| 22 | Frontier Lake Worth | FRONTIER LAKE WORTH LLC | Palm Beach | 00-42-44-27-34-001-0000 |
| 23 | Frontier-Zephyrhills | FRONTIER DEVELOPMENT | Pasco | 34-25-21-0110-00000-0030 |
| 24 | Frontier Ulmerton Largo | ULMERTON LARGO LLC | Pinellas | 03-30-15-40904-000-0010 |

**24 Petitions X $50.00 ea = $1,200.00**

# Vencer
### INSURANCE & RISK

PO BOX 192
Moylan, PA 19065
Phone: (215) 701-3972
www.vencerins.com

| Invoice #23-1626 | Page 1 of 1 |
|---|---|
| Account Number | Date |
| FRONDEV-01 | 05/23/2023 |
| Balance Due On | |
| 06/15/2023 | |
| Amount Paid | Amount Due |
|  | $29,894.79 |

0711

**Frontier Osceola LLC**
2950 SW 27th Avenue, Suite 300
Miami, FL 33133

Policy Number: ████████3005    Effective: 03/08/23 to 03/08/24

| Item # | Trans Eff Date | Due Date | Trans Description | Amount |
|---|---|---|---|---|
| 1626 | 05/23/2023 | 06/15/2023 | 23-24 Insurance Premium | $29,894.79 |

**Total Invoice Balance:** **$29,894.79**

---

5/23/2023    Frontier Development LLC    Page 1 of 1