**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Renewed Limited Objection and Reservation of Rights of Frontier Osceola LLC to Motion for Entry of an Order (I) Authorizing Franchise Group Intermediate V, LLC to Enter Into and Perform Its Obligations Under The Asset Purchase Agreement, (II) Approving The Sale of Certain Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (III) Approving The Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* upon the parties that

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

17304264/1

2

are registered to receive notice via the Court's CM/ECF notification systema and an additional service was completed by electronic mail on the parties indicated on the attached service list.

                                              /s/ *Christopher M. Donnelly*
                                              Christopher M. Donnelly (DE Bar No. 7149)

**Service List**

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>emorton@ycst.com<br>mlunn@ycst.com<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>Joshua A. Sussberg, P.C.<br>Nicole L. Greenblatt, P.C.<br>Derek I. Hunter, Esq<br>Brian J. Nakhaimousa, Esq.<br>Maddison Levine, Esq.<br>601 Lexington Avenue<br>New York, NY 10022<br>jsussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>derek.hunter@kirkland.com<br>brian.nakhaimousa@kirkland.com<br>maddison.levine@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* | PACHULSKI STANG ZIEHL & JONES, LLP<br>Bradford J. Sandler, Esq.<br>Colin R. Robinson, Esq.<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>-and-<br><br>Robert J. Feinstein, Esq.<br>Alan J. Kornfeld, Esq.<br>Theodore S. Heckel, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>akornfeld@pszjlaw.com<br>theckel@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| Timothy Jay Fox, Jr., Esq.<br>Office of the United States Trustee for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>timothy.fox@usdoj.gov<br><br>*United States Trustee* | SEWARD & KISSEL LLP<br>Gregg Bateman, Esq.<br>Sagar Patel, Esq.<br>Michael Danenberg, Esq.<br>One Battery Park Plaza<br>New York, NY 10004<br>bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br><br>*Counsel to the DIP Agent* |

PAUL HASTINGS LLP
Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
200 Park Avenue
New York, NY 10166
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com

and

LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Matthew McGuire, Esq.
919 N. Market Street Suite 1800
Wilmington, DE 19317
landis@lrclaw.com
mcguire@lrclaw.com

*Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders*

LATHAM & WATKINS LLP
Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.
1271 Avenue of the Americas
New York, NY 10020
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

*Counsel to the ABL Secured Parties*

WHITE & CASE LLP
Thomas Lauria, Esq.
200 S Biscayne Blvd.
Miami, FL 33131
tlauria@whitecase.com

and

Bojan Guzina, Esq.
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
bojan.guzina@whitecase.com

*Counsel to the Second Lien Secured Parties*

Don F. Oliver
Direct Fee Review LLC
24A Trolley Square, #1225
Wilmington, Delaware, 19806
dfr.dfo@gmail.com

*Fee Examiner*

17304264/1