# EXHIBIT 1

**5Rivers CRE, LLC**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 261 | Shoppes at EastChase | Montgomery, AL | Vitamin Shoppe Industries LLC | $0.00 | $20,000.00 |
| 490 | Riverchase Promenade | Hoover, AL | Vitamin Shoppe Industries LLC | $0.00 | $28,569.06 |

**Benderson Development Company**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 274 | Pittsford Square | Pittsford, NY | Vitamin Shoppe Industries LLC | $359.07 | $21,771.03 |
| 297 | Walden Crossing | Cheektowaga, NY | Vitamin Shoppe Industries LLC | $343.38 | $20,715.19 |
| 426 | Cypress Woods Shopping Center | E. Ft. Myers, FL | Vitamin Shoppe Industries LLC | $356.32 | $27,687.43 |
| 884 | West District at UTC | Sarasota, FL | Vitamin Shoppe Industries LLC | $0.00 | $20,201.67 |
| 728 | Eastgate Plaza | Williamsville, NY | Vitamin Shoppe Industries LLC | $117.06 | $20,781.46 |

**Brookfield Properties Retail, Inc.**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 881 | Ala Moana Center | Honolulu, HI | The Vitamin Shoppe | $6,516.55 | $100,220.37 |
| 461 | Coronado Center | Albuquerque, NM | The Vitamin Shoppe | $0.00 | $39,965.21 |

**Centerco Realty**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 339 | Deptford | Deptford, NJ | Vitamin Shoppe Industries LLC | $0.00 | $20,000.00 |

**Curbline Properties Corp.**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 366 | Creekside Plaza | Roseville, CA | The Vitamin Shoppe | $1,285.96 | $21,285.96 |

**First Washington Realty**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 545 | Brookside Shops | Kansas City, MO | The Vitamin Shoppe | $526.90 | $21,826.59 |

**Kite Realty Group**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 356 | Centre Pointe Commons | Bradenton, FL | The Vitamin Shoppe | $14.36 | $20,014.36 |
| 229 | Gateway Pavilions | Avondale, AZ | The Vitamin Shoppe | $0.00 | $20,000.00 |
| 840 | Pavilion at King's Grant | Concord, NC | The Vitamin Shoppe | $122.55 | $22,022.30 |
| 421 | Pelham Manor | Pelham, NY | The Vitamin Shoppe | $0.00 | $30,397.43 |
| 218 | Pipeline Pointe | Hurst, TX | The Vitamin Shoppe | $1,984.10 | $23,278.07 |
| 230 | Pleasant Run Town Center | Cedar Hills, TX | The Vitamin Shoppe | $3,888.02 | $23,888.02 |
| 192 | Portofino Shopping Center | Shenandoah, TX | The Vitamin Shoppe | $0.00 | $20,000.00 |
| 484 | Sawyer Heights Village | Houston, TX | The Vitamin Shoppe | $135.56 | $20,135.56 |
| 528 | Sunland Town Centre | El Paso, TX | The Vitamin Shoppe | $0.00 | $20,000.00 |

**NewMark Merrill Companies, Inc.**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 537 | Melrose Park | Melrose Park, IL | Vitamin Shoppe Industries LLC | $0.00 | $27,048.64 |

**Nuveen Real Estate**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 358 | Short Pump | Short Pump, VA | Vitamin Shoppe Industries LLC | $0.00 | $20,195.00 |

**Philips International Holding Corp.**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 892 | Hialeah | Hialeah, FL | Vitamin Shoppe Industries LLC | $294.56 | $20,343.30 |

**Regency Centers, L.P.**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 660 | Balboa Mesa Shopping Center | San Diego, CA | The Vitamin Shoppe | $0.00 | $27,446.98 |
| 813 | Black Rock II | Fairfield, CT | The Vitamin Shoppe | $0.00 | $20,000.00 |
| 812 | Broadway Plaza | New York, NY | The Vitamin Shoppe | $311.38 | $20,311.38 |
| 623 | Lower Nazareth Commons | Easton, PA | The Vitamin Shoppe | $79.09 | $20,000.00 |
| 602 | Northgate Marketplace | Medford, OR | The Vitamin Shoppe | $0.00 | $20,000.00 |
| 608 | Valencia Crossroads | Valencia, CA | The Vitamin Shoppe | $1,659.83 | $24,490.23 |
| 1029 | Super Supplements at Walker Center | Beaverton, OR | The Vitamin Shoppe | $0.00 | $33,673.12 |

**ShopCore Properties**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 555 | Canarsie Plaza | Brooklyn, NY | The Vitamin Shoppe | $0.00 | $49,712.22 |

**SITE Centers Corp.**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 0042 | Nassau Park Pavilion | Princeton, NJ | The Vitamin Shoppe | $421.10 | $23,321.23 |
| 0574 | Town Center Prado | Marietta, GA | The Vitamin Shoppe | $162.55 | $20,337.30 |

**Win Properties, Inc.**

| Store No. | Mall / Property Name | Location | Tenant | Debtor Cure Amount | Corrected Cure Amount |
|---|---|---|---|---|---|
| 136 | Brookfield | Danbury, CT | Vitamin Shoppe Industries LLC | $0.00 | $20,000.00 |