**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 1342 |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Frontier Dania LLC, through undersigned counsel, hereby withdraws its *Renewed Limited Objection and Reservation of Rights of Frontier Dania LLC to Motion for Entry of an Order (I) Authorizing Franchise Group Intermediate V, LLC to Enter Into and Perform Its Obligations Under The Asset Purchase Agreement, (II) Approving The Sale of Certain Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (III) Approving The Assumption and Assignment of Executory Contracts and Unexpired Leases,*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

17306562/1

2

*and (IV) Granting Related Relief* [Docket No. 1342] filed on April 29, 2025, with the United States Bankruptcy Court for the District of Delaware.

| | |
|---|---|
| Dated: April 29, 2025 | **MORRIS JAMES LLP** |
| | /s/ *Christopher M. Donnelly* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Christopher M. Donnelly (DE Bar No. 7149) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801-1494 |
| | Telephone: (302) 888-6800 |
| | Email: emonzo@morrisjames.com |
| |         cdonnelly@morrisjames.com |
| | |
| | -and- |
| | |
| | **KERRICK BACHERT PSC** |
| | Scott A. Bachert (admitted *pro hac vice*) |
| | 1411 Scottsville Road |
| | P. O. Box 9547 |
| | Bowling Green, KY  42102-9547 |
| | Telephone: (270) 782-8160 |
| | Email: sbachert@kerricklaw.com |
| | |
| | *Counsel to Frontier Dania LLC* |

17306562/1