# EXHIBIT A



2950 SW 27th Avenue, Suite 300, Miami, FL 33133
Office: (305) 692-9992 | Fax: (305) 692-3032

June 19, 2024

Vitamin Shoppe Industries LLC
300 Harmon Meadow Blvd
Secaucus, NJ 07094
Attention: Lease Administration Department
Vitamin Shoppe #42

RE:     Landlord:        Frontier Dania LLC
        Tenant:          Vitamin Shoppe Industries, Inc.
        Premises:        1780 Stirling Rd, Suite 108, Dania Beach, FL 33004


Dear Tenant:

Pursuant to the terms of the Lease Agreement, please find the 2023 Common Area Maintenance ("CAM") reconciliation.

Enclosures include:

1. Tenant invoice
2. CAM Reconciliation worksheet
3. CAM CAP worksheet, if applicable
4. Copy of Property Real Estate Tax invoice
5. Copy of Property Insurance invoice

Should there be any questions, please do not hesitate to contact our office at (305) 692-9992:

Jessica Wilkins
Asset Manager
Extension 127
JWilkins@FDLLC.com


Sincerely,

**GENEVA MANAGEMENT LLC, agent for FRONTIER DANIA LLC**

*Jessica Wilkins*
Asset Manager


Enclosures

Frontier Dania LLC
2950  SW 27th Ave Suite 300
Miami, FL  33133

# I N V O I C E

Vitamin Shoppe Industries, Inc                              Date:    06-12-2024
Attn: Lease Admin Dept, #42                      Invoice Number: 6202458
300 Harmon Meadow Blvd
Secaucus, NJ  07049                              Amount enclosed:   _____

**Please enclose this portion with your remittance.**

Make checks payable to:
  Frontier Dania LLC
  2950  SW 27th Ave Suite 300
  Miami, FL  33133

Invoice for:                                     Invoice Number: 6202458
  Vitamin Shoppe #42                                   Invoice date
  1780 Stirling Road #108                               06-12-2024
  Dania Beach, FL  30004

| Unit | Due Date | Description | Amount |
|------|----------|-------------|--------|
| 108 | 06-11-2024 | 2023 CAM Reconciliation | 4,986.70 |
| | | Balance: | **4,986.70** |

**Payment due upon receipt.**

**Please pay by due date to avoid late charges.**

**If you have any questions, please call 305-662-9992**

| | |
|---|---|
| Shopping Center | Frontier Dania LLC |
| Year | 2023 |
| | |
| Tenant Name | Vitamin Shoppe |
| Tenant SF | 3,500 |
| Days in Occupancy | 365 |
| Occupancy | 100% |
| Prorata Share | 24.48% |

| Expense | | |
|---|---|---|
| Landscaping R&M | $12,061.08 | |
| Trash | $43,684.94 | |
| REA FEE | $0.00 | |
| GRM | $7,813.98 | |
| Snow | $0.00 | |
| Parking Lot Trash | $9,116.25 | |
| Roof R&M | $0.00 | |
| Pressure Washing R&M | $0.00 | |
| Utility | $3,116.94 | |
| Irrigation | $793.80 | |
| Backflow Prevention (re-certified in February annually & Maintenance) | $0.00 | |
| Greasetrap Maintance | $0.00 | |
| Pest Control | $0.00 | |
| Fireline | $2,438.18 | |
| Management Fee | $20,219.00 | *Mgmt Fee = 2% of rents. |
| Stormwater | $0.00 | |
| Accounting Fee | $2,725.00 | |
| Water and Sewer | $0.00 | |
| Property Tax Appeal | $0.00 | |
| Total CAM | $101,969.17 | |
| | | |
| Total Capped Costs | $43,612.86 | |
| Tenant Cap | $43,615.39 | |
| Total Non-Capped Costs | $58,356.31 | |
| Tenant Total CAM | $101,969.17 | |
| Tenant Prorata Share | $24,957.49 | |
| Tenant CAM Escrows | -$21,494.28 | |
| **Tenant CAM Due/(Credit)** | **$3,463.21** | |
| | | |
| Insurance | $29,182.44 | |
| Tenant Prorata Share | $7,142.56 | |
| Tenant INS Escrows | -$5,598.72 | |
| **Total INS Due/(Credit)** | **$1,543.84** | |
| | | |
| Real Estate Tax | $76,521.88 | |
| Tenant Prorata Share | $18,729.13 | |
| Tenant RET Escrows | -$18,894.72 | |
| **Total RE Tax Due/(Credit)** | **-$165.59** | |
| | | |
| **Total Reconciliation Due/(Credit)** | **$4,841.46** | |
| **3.0% Sales Tax** | **$145.24** | |

**Vitamin Shoppe CAP Calculation**            107% CAP

| | | |
|---|---|---|
| RCD: | 1/1/2010 | |
| 1st Full CY: | 2010 | |
| 2nd Full CY: | 2011 | |
| 3rd Full CY: | 2012 | Capped at 105% prior calendar year actuals. |
| 2nd Renewal Date | 1/1/2020 | |
| 1st Full CY: | 2020 | |
| 2nd Full CY: | 2021 | *Resets on each renewal. 107% cap on 2020 actuals |

Needs Rebilled

Cap Amount            107%

Tenant's Prorata Share            24%

| Expense | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 RESET | 2016 | 2017 | 2018 | 2019 | 2020 RESET | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0702-S001 - Landscaping/Groundskeeping | $ 6,000.00 | $ 6,000.00 | $ 6,150.00 | $ 7,200.00 | $ 7,275.00 | $ 7,940.00 | $ 10,236.00 | $ 10,320.00 | $ 10,320.00 | $ 10,836.00 | $ 10,400.90 | $ 14,215.00 | $11,940.00 | $12,061.08 | $0.00 | $0.00 |
| 0702-S002 - Trash Removal/Recycling | $ 7,926.83 | $ 8,705.40 | $ 9,270.20 | $ 10,168.45 | $ 11,286.56 | $ 12,396.58 | $ 12,887.88 | $ 12,467.93 | $ 12,774.75 | $ 14,160.20 | $ 13,404.38 | $ 14,044.00 | $31,981.00 | $43,684.94 | $0.00 | $0.00 |
| 0702-S004 - General Repair/Maintenance | $ 6,596.05 | $ 5,295.00 | $ 5,907.50 | $ 10,037.94 | $ 6,324.08 | $ 8,956.28 | $ 8,312.80 | $ 10,210.41 | $ 6,810.15 | $ 8,400.00 | $ 7,837.75 | $ 9,102.00 | $5,372.00 | $7,813.98 | $0.00 | $0.00 |
| 0702-S008 - Parking Lot Trash | $ 4,317.50 | $ 4,290.00 | $ 4,290.00 | $ 4,289.80 | $ 4,401.84 | $ 4,290.00 | $ 4,290.00 | $ 4,440.00 | $ 4,290.00 | $ 4,500.00 | $ 3,725.00 | $ 4,800.00 | $6,328.00 | $9,116.25 | $0.00 | $0.00 |
| 0702-S009 - Exterior Bldg. Repair/ Maintenance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,014.85 | $ - | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0702-S012 - Pressure Cleaning | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,175.00 | $ 1,350.00 | $ 850.00 | | $2,180.00 | $0.00 | $0.00 | $0.00 |
| 0702-S100 - Utility Expenses | $ 4,455.13 | $ 4,280.61 | $ 5,111.71 | $ 5,731.17 | $ 4,790.02 | $ 4,357.98 | $ 4,456.72 | $ 4,611.35 | $ 4,712.58 | $ 5,281.96 | $ 2,490.11 | $ 5,892.00 | $2,447.00 | $3,116.94 | $0.00 | $0.00 |
| 0702-S102 - Water & Sewer Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,345.00 | $ - | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0702-S103 - Irrigation | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,000.00 | $ 660.00 | $ 720.00 | $ 1,888.75 | $ 729.00 | $1,111.00 | $793.80 | $0.00 | $0.00 |
| 0702-S106 - BackFlow Testing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 129.74 | $ - | $ - | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0702-S107 - Stormwater Fee | $ - | $ - | $ - | $ - | $ - | $ 750.00 | $ - | $ - | $ - | $ - | $ 100.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0702-S109 - Electrical Repairs | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0702-S200 - Management Fees | $ 14,701.08 | $ 15,020.04 | $ 14,971.08 | $ 15,073.46 | $ 15,305.31 | $ 17,359.84 | $ 17,991.17 | $ 18,368.48 | $ 18,532.64 | $ 16,370.27 | $ 13,075.75 | $ 18,291.81 | $ 20,782.73 | $ 20,219.00 | $ - | $ - |
| 0702-S240 - Accounting Fees | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 1,720.00 | $ 1,500.00 | $ 1,550.00 | $ 1,550.00 | $2,375.00 | $2,725.00 | $0.00 | $0.00 |
| 0702-S480 - Dedicated Fire/ Phone Line | $ - | $ - | $ - | $ - | $ - | $ 834.60 | $ 838.89 | $ 5,250.00 | $ 2,238.64 | $ 1,350.88 | $ 1,786.90 | $ 1,605.00 | $2,600.00 | $3,522.00 | $0.00 | $0.00 |
| Property Tax Appeal | | | | | | | | $ 1,694.00 | $ 1,062.40 | | | $ 1,606.40 | | | | |
| Grand Total | $45,646.59 | $45,241.05 | $47,350.49 | $54,150.82 | $51,032.81 | $58,535.28 | $60,663.46 | $67,000.81 | $64,552.99 | $67,250.33 | $56,927.64 | $72,830.21 | $88,038.73 | $101,969.17 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | |
| Capped Expenses | $ 28,947.13 | 27,965.04 | 28,678.58 | 33,961.40 | 30,554.39 | 35,906.12 | 38,189.97 | 43,242.89 | 41,424.78 | 39,176.27 | 35,603.15 | 45,494.21 | 43,760.73 | 43,612.86 | $ - | $ - |
| Non-Capped Expenses | 16,699.46 | 17,276.01 | 18,671.91 | 20,189.42 | 20,478.42 | 22,629.16 | 22,473.49 | 23,757.92 | 23,128.21 | 28,074.06 | 21,324.49 | 27,336.00 | 44,278.00 | 58,356.31 | $ - | $ - |
| Total | $ 45,646.59 | 45,241.05 | 47,350.49 | 54,150.82 | 51,032.81 | 58,535.28 | 60,663.46 | $ 67,000.81 | 64,552.99 | 67,250.33 | 56,927.64 | 72,830.21 | 88,038.73 | $ 101,969.17 | $ - | $ - |
| | | | | | | | | | | | | | | | | |
| CAP | | 30,973.43 | $ 29,922.59 | $ 30,686.08 | $ 32,834.11 | | $ 38,419.54 | $ 40,863.26 | $ 43,723.69 | $ 44,324.52 | | $ 38,095.37 | $40,762.04 | $43,615.39 | $ 46,665.76 | $ - |
| Actuals | $ 28,947.13 | 27,965.04 | 28,678.58 | 33,961.40 | 30,554.39 | 35,906.12 | 38,189.97 | 43,242.89 | 41,424.78 | 39,176.27 | 35,603.15 | 45,494.21 | 43,760.73 | 43,612.86 | $ - | $ - |
| | | | | | | | | | | | | | | | | |
| Tenant's Prorata Share Cap | $ - | 7,580.91 | $ 7,323.71 | $ 7,510.58 | $ 8,036.32 | $ 8,788.21 | $ 9,403.38 | $ 10,001.50 | $ 10,701.60 | $ 10,848.66 | $ 8,714.06 | $ 9,324.04 | $ 9,976.72 | $ 10,675.09 | | |
| | | | | | | | | | | | | | | | | |
| Tenant's prorata share | $ 11,172.24 | 11,072.98 | 11,589.28 | 12,452.05 | 12,490.55 | 14,326.82 | 14,847.70 | 15,816.37 | 15,799.68 | 16,459.87 | 13,933.34 | 16,014.67 | | | | |
| Previously Billed | $ 8,734.14 | 10,431.12 | 10,958.42 | 8,721.28 | 11,811.52 | 12,529.03 | 13,224.58 | 13,473.03 | 15,291.45 | 12,623.51 | 12,487.59 | 16,014.67 | | | | |
| Variance | $ 2,438.10 | 641.86 | 630.86 | 3,730.77 | 679.03 | 1,797.79 | 1,623.12 | 2,343.34 | 508.23 | 3,836.36 | 1,445.75 | 0.00 | $19,675.21 | | | |
| | | | | | | | | | | | | | | | | |
| 0702-S205 - Real Estate Tax | $ 65,644.91 | 55,014.84 | 58,294.56 | 59,206.02 | 59,819.82 | 63,387.79 | 69,775.81 | 74,006.63 | 78,928.35 | 81,155.46 | 79,418.70 | 76,368.60 | $70,423.00 | $76,521.88 | | |
| 0702-S210 - Insurance (Liability/Property) | $ 20,908.00 | 20,708.67 | 21,632.85 | 24,154.03 | 26,048.00 | 28,637.00 | 30,662.85 | 34,637.87 | 23,933.86 | 25,004.00 | 22,843.00 | 20,679.00 | $25,348.31 | $29,182.44 | | |

504233-56-0010

0413

FRONTIER DANIA LLC
2950 SW 27 AVE STE 300
MIAMI, FL  33133-3765

**PAYMENTS MUST BE MADE IN US FUNDS AND DRAWN ON US BANK ACCOUNT.**

1780 STIRLING RD
STIRLING ROAD PLAZA 178-112 B
PAR A LESS POR DESC IN INSTR#
114419985

| Taxing Authority | Millage | AD VALOREM TAXES Assessed Val | Exemptions | Taxable Val | Taxes Levied |
|---|---|---|---|---|---|
| BROWARD COUNTY GOVERNMENT | | | | | |
|   COUNTYWIDE SERVICES | 5.54920 | 3,817,350 | 0 | 3,817,350 | 21,183.24 |
|   VOTED DEBT | 0.11980 | 3,817,350 | 0 | 3,817,350 | 457.32 |
| BROWARD CO SCHOOL BOARD | | | | | |
|   GENERAL FUND | 4.92600 | 3,817,350 | 0 | 3,817,350 | 18,804.27 |
|   CAPITAL OUTLAY | 1.50000 | 3,817,350 | 0 | 3,817,350 | 5,726.02 |
|   VOTER APPROVED DEBT LEVY | 0.18960 | 3,817,350 | 0 | 3,817,350 | 723.77 |
| SO FLORIDA WATER MANAGEMENT | | | | | |
|   EVERGLADES C.P. | 0.03270 | 3,817,350 | 0 | 3,817,350 | 124.83 |
|   OKEECHOBEE BASIN | 0.10260 | 3,817,350 | 0 | 3,817,350 | 391.66 |
|   SFWMD DISTRICT | 0.09480 | 3,817,350 | 0 | 3,817,350 | 361.88 |
| SOUTH BROWARD HOSPITAL | 0.09370 | 3,817,350 | 0 | 3,817,350 | 357.69 |
| CHILDREN'S SVCS COUNCIL OF BC | 0.45000 | 3,817,350 | 0 | 3,817,350 | 1,717.81 |
| CITY OF DANIA BEACH | | | | | |
|   DANIA BEACH OPERATING | 5.99980 | 3,817,350 | 0 | 3,817,350 | 22,903.34 |
|   DEBT SERVICE | 0.10700 | 3,817,350 | 0 | 3,817,350 | 408.46 |
| FL INLAND NAVIGATION | 0.02880 | 3,817,350 | 0 | 3,817,350 | 109.94 |

| | Total Millage: | 19.19400 | Ad Valorem Taxes: | $73,270.23 |
|---|---|---|---|---|

| Levying Authority | NON-AD VALOREM TAXES | Rate | Amount |
|---|---|---|---|
| 04  DANIA FIRE | | | 5,933.90 |
| 04  DANIA STORMWATER | | @ 60.0000 | 402.00 |

| | | |
|---|---|---|
| Non-Ad Valorem Assessments: | | $6,335.90 |
| Combined Taxes and Assessments: | | $79,606.13 |

| If Postmarked By | Nov 30, 2023 | Dec 31, 2023 | Jan 31, 2024 | Feb 29, 2024 | Mar 31, 2024 |
|---|---|---|---|---|---|
| Please Pay | $76,421.88 | $77,217.95 | $78,014.01 | $78,810.07 | $79,606.13 |

---

**BROWARD COUNTY**    2023  **Real Estate**    Folio: 535568
**Notice of Ad Valorem Tax and Non-Ad Valorem Assessments**

1000000000000000000000000005355682023000079606130000000000002

**PAY YOUR TAXES ONLINE AT:**
**broward.county-taxes.com**

BROWARD COUNTY TAX COLLECTOR
GOVERNMENTAL CENTER ANNEX
115 S. ANDREWS AVENUE, ROOM # A100
FORT LAUDERDALE, FL  33301-1895

504233-56-0010

**PAYMENTS MUST BE MADE IN US FUNDS AND DRAWN ON US BANK ACCOUNT**

FRONTIER DANIA LLC
2950 SW 27 AVE STE 300
MIAMI, FL  33133-3765

| If Postmarked By | Please Pay |
|---|---|
| Nov 30, 2023 | $76,421.88 |
| Dec 31, 2023 | $77,217.95 |
| Jan 31, 2024 | $78,014.01 |
| Feb 29, 2024 | $78,810.07 |
| Mar 31, 2024 | $79,606.13 |

Return with Payment



# Invoice

Property Tax Alliance Group, LLC
1640 W. Oakland Park Blvd
Suite 402
Fort Lauderdale, FL 33311

| Bill To |
|---|
| Frontier Development<br>% Jonathan Escarza<br>2950 SW 27th Ave. Suite 300<br>Miami, FL 33133 |

| Date | Invoice # |
|---|---|
| 11/13/2022 | 5639 |

| Terms | Due on receipt |
|---|---|

| Description | Amount |
|---|---|
| Petition Filing Fees<br>2022 Petition Filing Fees- see list for details | 1,200.00 |

| E-mail | jnelson@taxflorida.com | | | **Total** | $1,200.00 |
|---|---|---|---|---|---|
| Phone # | 954-202-9696 | Fax # | 954-337-9232 | Web Site | |
| Thank you for your business. | | | | www.taxflorida.com | |

| Petition No. | Property Name | Property Owner Name | County | Parcel # |
|---|---|---|---|---|
| 1 | Frontier Titusville | HWY 50 TITUSVILLE LLC | Brevard | 2216481 |
| 2 | Frontier Osceola | Frontier Osceola LLC | Brevard | 2427799 |
| 3 | Frontier Titusville | HWY 50 TITUSVILLE LLC | Brevard | 2216920 |
| 4 | Frontier Sebastian Vacant Land | 13350 Sebastian LLC | Indian River | 30382500000004100002-0 |
| 5 | Frontier St. Lucie West Two | Frontier St Lucie West Two | St. Lucie | 3326-801-0001-000-6 |
| 6 | Frontier Lynn Haven | 1917 Lynn Haven LLC | Bay | 11611-000-000 |
| X7 | Frontier Dania | FRONTIER DANIA LLC | Broward | 5042-33-56-0010 |
| 8 | Frontier Pensacola 5052 Bayou | FRONTIER BAYOU BOULEVARD LLC | Escambia | 33-1S30-7100-005-009 |
| 9 | Frontier Brandon | 11306 BRANDON LLC | Hillsborough | 071948-1006 |
| 10 | Frontier Clermont | FRONTIER CLERMONT LLC | Lake | 32-22-26-1000-000-00100 |
| 11 | Frontier Tallahassee | FRONTIER TALLAHASSEE LLC | Leon | 212620 6190000 |
| 12 | Frontier Tallahassee Two | FRONTIER TALLAHASSEE TWO LLC | Leon | 212625A0340 |
| 13 | Frontier Jensen Beach | FRONTIER JENSEN BEACH LLC | Martin | 19-37-41-000-000-00261-0 |
| 14 | Frontier Florida City | FRONTIER IDRIVE LLLP | Miami-Dade | 16-7919-004-0040 |
| 15 | Frontier Hialeah | FRONTIER DEVELOPMENT HIALEAH LLC | Miami-Dade | 30-2012-041-0040 |
| 16 | Frontier Hialeah | FRONTIER DEVELOPMENT HIALEAH LLC | Miami-Dade | 30-2012-041-0050 |
| 17 | Frontier Hialeah Gardens | FRONTIER 122 LLC | Miami-Dade | 27-2033-055-0010 |
| 18 | Frontier North Miami Beach | FRONTIER 167 LLLP C/O FRONTIER DEVEL | Miami-Dade | 30-2218-044-0020 |
| 19 | Frontier Kissimmee | FRONTIER KISSIMMEE LLC | Osceola | 03-25-29-4579-0001-0010 |
| 20 | Frontier Kissimmee The Loop | FRONTIER ST LUCIE WEST LLC | Osceola | 03-25-29-4582-0001-0010 |
| 21 | Frontier Boynton Beach | 1570 BOYNTON BEACH LLC | Palm Beach | 08-43-45-30-26-002-0000 |
| 22 | Frontier Lake Worth | FRONTIER LAKE WORTH LLC | Palm Beach | 00-42-44-27-34-001-0000 |
| 23 | Frontier-Zephyrhills | FRONTIER DEVELOPMENT | Pasco | 34-25-21-0110-00000-0030 |
| 24 | Frontier Ulmerton Largo | ULMERTON LARGO LLC | Pinellas | 03-30-15-40904-000-0010 |

**24  Petitions   X   $50.00 ea   =   $1,200.00**



INSURANCE & RISK

**PO BOX 192**
**Moylan, PA 19065**
**Phone:(215) 701-3972**
**www.vencerins.com**

| Invoice #23-1625 | | Page    1 of 1 |
|---|---|---|
| Account Number | | Date |
| FRONDEV-01 | | 05/23/2023 |
| Balance Due On | | |
| 06/15/2023 | | |
| Amount Paid | | Amount Due |
| | | $29,182.44 |

**Frontier Dania LLC**
**2950 SW 27th Avenue, Suite 300**
**Miami, FL 33133**

| | Policy Number: ▮▮▮▮3005 | Effective: 03/08/23 to 03/08/24 |
|---|---|---|

| Item # | Trans Eff Date | Due DateTrans | Description | Amount |
|---|---|---|---|---|
| 1625 | 05/23/2023 | 06/15/2023 | 23-24 Insurance Premium | $29,182.44 |

**Total Invoice Balance:** **$29,182.44**

| | | |
|---|---|---|
| **2/21/2023** | **Frontier Development LLC** | **Page  1 of 1** |

| Shopping Center | Frontier Dania L |
|---|---|
| Year | 2024 |
| | |
| Tenant Name | Vitamin Shoppe |
| Tenant SF | 3,500 |
| Days in Occupancy | 365 |
| Occupancy | 100% |
| Prorata Share | 24.48% |
| | |
| Expense | |
| Landscaping R&M | $10,006.09 |
| Trash | $37,768.68 |
| REA FEE | $0.00 |
| GRM | $11,599.52 |
| Snow | $0.00 |
| Parking Lot Trash | $7,125.00 |
| Roof R&M | $0.00 |
| Pressure Washing R&M | $0.00 |
| Utility | $2,729.56 |
| Irrigation | $833.52 |
| Backflow Prevention (re-certified in February annually & Maintenance) | $0.00 |
| Greasetrap Maintance | $0.00 |
| Pest Control | $0.00 |
| Fireline | $5,272.66 |
| Management Fee | $20,490.59 |
| Stormwater | $0.00 |
| Accounting Fee | $2,830.00 |
| Water and Sewer | $0.00 |
| Property Tax Appeal | $0.00 |
| Total CAM | $98,655.62 |
| | |
| Total Capped Costs | $45,759.72 |
| Tenant Cap | $46,665.76 |
| Total Non-Capped Costs | $52,895.90 |
| Tenant Total CAM | $98,655.62 |
| Tenant Prorata Share | $24,146.48 |
| Tenant CAM Escrows | -$23,580.84 |
| **Tenant CAM Due/(Credit)** | **$565.64** |
| | |
| Insurance | $36,525.48 |
| Tenant Prorata Share | $8,939.80 |
| Tenant INS Escrows | -$7,390.56 |
| **Total INS Due/(Credit)** | **$1,549.24** |
| | |
| Real Estate Tax | $84,960.90 |
| Tenant Prorata Share | $20,794.63 |
| Tenant RET Escrows | -$19,431.48 |
| **Total RE Tax Due/(Credit)** | **$1,363.15** |
| | |
| **Total Reconciliation Due/(Credit)** | **$3,478.03** |
| **3.0% Sales Tax** | **$104.34** |