## **CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on April 29, 2025, a true and correct copy of the foregoing *Sunwarrior Entities' Limited Objection and Reservation of Rights Regarding the Potential Assumption and Assignment of Executory Contracts* was served upon all interested parties by CM/ECF and the parties listed on the attached service list by electronic mail.

    */s/ Christopher P. Simon*
    Christopher P. Simon (No. 3697)

**SERVICE LIST**

Kirkland & Ellis LLP
Attn: Joshua A. Sussberg, P.C.
Nicole L. Greenblatt, P.C.
Derek I. Hunter, Esq.
Brian J. Nakhaimousa, Esq.
Maddison Levine, Esq.
601 Lexington Avenue
New York, NY 10022
jsussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com
brian.nakhaimousa@kirkland.com
maddison.levine@kirkland.com

Young Conaway Stargatt & Taylor, LLP
Attn: Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801
emorton@ycst.com
mlunn@ycst.com

Pachulski Stang Ziehl & Jones LLP
Attn: Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
bsandler@pszjlaw.com
crobinson@pszjlaw.com

Pachulski Stang Ziehl & Jones LLP
Attn: Robert J. Feinstein, Esq.
Alan J. Kornfeld, Esq.
Theodore S. Heckel, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

U.S. Trustee
Attn: Timothy J. Fox, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
timothy.fox@usdoj.gov

Seward & Kissel LLP
Attn: Gregg Bateman, Esq.
Sagar Patel, Esq.
Michael Danenberg, Esq.
One Battery Park Plaza
New York, NY 10004
bateman@sewkis.com
patel@sewkis.com
danenberg@sewkis.com

Paul Hastings LLP
Attn: Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
200 Park Avenue
New York, NY 10166
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com

Landis Rath & Cobb LLP
Attn: Adam G. Landis, Esq.
Matthew McGuire, Esq.
919 N. Market Street Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com

| | |
|---|---|
| Latham & Watkins LLP<br>Attn: Jennifer Ezring, Esq.<br>James Ktsanes, Esq.<br>Andrew Sorkin, Esq.<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com | White & Case LLP<br>Attn: Thomas Lauria, Esq.<br>200 S Biscayne Blvd<br>Miami, FL 33131<br>tlauria@whitecase.com |
| White & Case LLP<br>Attn: Bojan Guzina, Esq.<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606<br>bojan.guzina@whitecase.com | Don F. Oliver<br>Direct Fee Review LLC<br>24A Trolley Square, #1225<br>Wilmington, Delaware 19806<br>dfr.dfo@gmail.com |