# EXHIBIT A



**GENEVA**
M A N A G E M E N T

2950 SW 27th Avenue, Suite 300, Miami, FL 33133
Office: (305) 692-9992 | Fax: (305) 692-3032

June 20, 2024

Vitamin Shoppe Industries LLC
300 Harmon Meadow Blvd
Secaucus, NJ 07094
Vitamin Shoppe #544

RE:    Landlord:      Frontier Kissimmee LLC
       Tenant:        Vitamin Shoppe Industries LLC
       Premises:      3312 Greenwald Way N, Kissimmee, FL 34741

Dear Tenant:

Pursuant to the terms of the lease agreement, please find the 2023 Common Area Maintenance ("CAM") reconciliation.

Enclosures include:

1. Tenant invoice
2. CAM Reconciliation worksheet
3. CAM CAP worksheet, if applicable
4. Copy of Property Real Estate Tax invoice
5. Copy of Property Insurance invoice

Should there be any questions, please do not hesitate to contact our office at (305) 692-9992:

Jessica Wilkins
Asset Manager
Extension 127
JWilkins@FDLLC.com

Sincerely,

**GENEVA MANAGEMENT LLC, agent for FRONTIER KISSIMMEE LLC**

*Jessica Wilkins*

Asset Manager

Enclosures

Frontier Kissimmee LLC
2950 SW 27th Ave Suite 300
Miami, FL  33133

# I N V O I C E

Vitamin Shoppe Industries, Inc
Lease Administration Dept #544
300 Harmon Meadow Blvd
Secaucus, NJ  07049

Date:   06-12-2024
Invoice Number: 620248

Amount enclosed:   _____

**Please enclose this portion with your remittance.**

Make checks payable to:
  Frontier Kissimmee LLC
  2950 SW 27th Ave Suite 300
  Miami, FL  33133

Invoice for:
  Vitamin Shoppe #544
  3312 Greenwald Way N
  Kissimmee, FL  34741

Invoice Number: 620248
Invoice date
06-12-2024

| Unit | Due Date | Description | Amount |
|------|----------|-------------|--------|
| 3312 | 06-12-2024 | 2023 CAM Reconciliation | 711.02 |
| | | Balance: | **711.02** |

**Payment due upon receipt.**

**Please pay by due date to avoid late charges.**

**If you have any questions, please call 305-662-9992**

| | |
|---|---|
| Shopping Center | Frontier Kissimmee LLC |
| Year | 2023 |
| | |
| Tenant Name | Vitamin Shoppe |
| Tenant SF | 3,200 |
| Days in Occupancy | 365 |
| Occupancy | 100% |
| Prorata Share | 39.22% |

| Expense | | |
|---|---|---|
| Landscaping R&M | $7,401.22 | |
| Trash | $1,947.96 | |
| REA FEE | $1,084.78 | |
| GRM | $10,717.59 | |
| Snow | $0.00 | |
| Parking Lot Trash | $450.00 | |
| Roof R&M | $0.00 | |
| Pressure Washing R&M | $0.00 | |
| Utility | $2,888.46 | |
| Irrigation | $0.00 | |
| Backflow Prevention (re-certified in February annually & Maintenance) | $0.00 | |
| Greasetrap Maintance | $0.00 | |
| Pest Control | $0.00 | |
| Fireline | $0.00 | |
| Management Fee | $8,767.20 | *Tenant pays 3% of rents as Management Fee |
| Stormwater | $0.00 | |
| Accounting Fee | $2,675.00 | |
| Water and Sewer | $1,619.00 | |
| | | |
| Total CAM | $37,551.21 | |
| | | |
| Total Capped Costs | $30,011.01 | |
| Tenant Cap | $31,628.18 | *Cap reset in 2022. |
| Total Non-Capped Costs | $7,540.20 | |
| Tenant Total CAM | $37,551.21 | |
| Tenant Prorata Share | $14,725.96 | |
| Tenant CAM Escrows | -$14,300.28 | |
| **Total CAM Due/(Credit)** | **$425.68** | |
| | | |
| Insurance | $10,006.45 | |
| Tenant Prorata Share | $3,924.10 | |
| Tenant INS Escrows | -$3,699.24 | |
| **Total INS Due/(Credit)** | **$224.86** | |
| | | |
| Real Estate Tax | $20,661.93 | |
| Tenant Prorata Share | $8,102.72 | |
| Tenant RET Escrows | -$8,066.28 | |
| **Total RET Due/(Credit)** | **$36.44** | |
| | | |
| **Total Reconciliation Due/(Credit)** | **$686.98** | |
| **3.5% Sales Tax** | $24.04 | |

Vitamin Shoppe CAP Calculation    105% CAP

| | | |
|---|---|---|
| RCD: | 12/19/2011 | |
| 1st Full CY: | 2012 | |
| 2nd Full CY: | 2013 | |
| 3rd Full CY: | 2014 | Capped at 105% prior calendar year actuals. |
| 4th Full CY: | 2015 | |
| 5th Full CY: | 2016 | |
| CAP | 105% | |
| Tenant's Prorata Share | 39.22% | |

| Expense | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 CAP RESET | 2018 | 2019 REBILL | 2020 | 2021 | 2022 CAP RESET | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1008-5001 - Landscaping/Groundskeeping | $6,900.00 | $6,900.00 | $6,900.00 | $7,245.00 | $8,148.00 | $9,000.00 | $9,000.00 | $9,444.00 | $9,206.10 | $9,732.00 | $9,732.00 | $7,401.22 | $0.00 | $0.00 | $0.00 |
| 1008-5002 - Trash Removal/Recycling | $913.80 | $883.88 | $963.93 | $1,415.03 | $1,565.11 | $1,592.42 | $1,620.48 | $1,683.84 | $1,722.58 | $1,798.00 | $1,768.00 | $1,947.96 | $0.00 | $0.00 | $0.00 |
| 1008-5003 - Maintenance Fee (REA) | $490.00 | $450.00 | $389.27 | $861.95 | $1,060.65 | $959.21 | $1,070.41 | $533.23 | $1,132.20 | $591.00 | $1,137.00 | $1,084.78 | $0.00 | $0.00 | $0.00 |
| 1008-5004 - General Repair/Maintenance | $2,050.09 | $2,620.00 | $3,299.00 | $2,364.00 | $2,377.15 | $2,495.85 | $2,483.57 | $4,053.00 | $4,063.00 | $3,573.00 | $7,411.00 | $10,717.59 | $0.00 | $0.00 | $0.00 |
| 1008-5008 - Parking Lot Trash | $0.00 | $0.00 | $0.00 | $1,200.00 | $2,400.00 | $2,400.00 | $800.00 | $0.00 | $0.00 | $150.00 | $0.00 | $450.00 | $0.00 | $0.00 | $0.00 |
| 1008-5009 - Exterior Bldg. Repair/ Maintenance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $970.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1008-5012 - Pressure Cleaning | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $815.53 | $0.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1008-5100 - Utility Expenses | $1,245.54 | $1,492.89 | $1,697.81 | $1,642.04 | $1,401.20 | $1,358.19 | $1,475.99 | $1,738.65 | $1,728.92 | $2,259.00 | $2,318.00 | $2,888.46 | $0.00 | $0.00 | $0.00 |
| 1008-5102 - Water & Sewer Fees | $1,681.85 | $1,844.24 | $1,185.41 | $953.11 | $1,293.87 | $739.70 | $584.97 | $0.00 | $611.18 | $0.00 | $1,619.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1008-5103 - Irrigation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,200.74 | $198.28 | $1,322.00 | $737.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1008-5109 - Electrical Repairs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $129.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1008-5200 - Management Fees | $7,450.00 | $7,560.00 | $7,560.00 | $8,089.20 | $8,123.44 | $8,812.85 | $8,821.43 | $8,811.84 | $8,795.40 | $8,850.18 | $8,767.08 | $8,767.20 | $8,767.20 | $0.00 | $0.00 |
| 1008-5230 - Pest Control | $0.00 | $0.00 | $411.80 | $500.76 | $243.96 | $243.96 | $245.12 | $175.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1008-5240 - Accounting Fees | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 | $2,200.00 | $2,200.00 | $2,250.00 | $2,250.00 | $2,375.00 | $2,675.00 | $0.00 | $0.00 | $0.00 |
| Grand Total | $22,881.28 | $23,901.01 | $24,557.22 | $26,421.09 | $28,763.38 | $29,752.18 | $29,621.97 | $30,785.06 | $29,707.66 | $30,525.18 | $35,345.08 | $37,551.21 | $8,767.20 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | |
| Capped Expenses | $18,550.09 | $19,230.00 | $20,320.80 | $21,548.96 | $23,442.55 | $25,102.66 | $24,870.12 | $26,829.34 | $24,512.78 | $25,877.18 | $30,122.08 | $30,011.01 | $8,767.20 | $0.00 | $0.00 |
| Non-Capped Expenses | $4,331.19 | $4,671.01 | $4,236.42 | $4,872.13 | $5,320.83 | $4,649.52 | $4,751.85 | $3,955.72 | $5,194.88 | $4,648.00 | $5,223.00 | $7,540.20 | $0.00 | $0.00 | $0.00 |
| | $ 22,881.28 | $ 23,901.01 | $ 24,557.22 | $ 26,421.09 | $ 28,763.38 | $ 29,752.18 | $ 29,621.97 | $ 30,785.06 | $ 29,707.66 | $ 30,525.18 | $ 35,345.08 | $ 37,551.21 | $ 8,767.20 | $  - | $  - |
| | | | | | | | | | | | | | | | |
| CAP | | | $ 20,191.50 | $ 21,201.08 | $ 22,261.13 | | $ 26,357.79 | $ 26,113.62 | $ 27,419.30 | $ 25,738.42 | | $ 31,628.18 | $ 31,511.56 | $ 9,205.55 | $  - |
| Actuals | $ 18,550.09 | $ 19,230.00 | $ 20,320.80 | $ 21,548.96 | $ 23,442.55 | $ 25,102.66 | $ 24,870.12 | $ 26,829.34 | $ 24,512.78 | $ 25,877.18 | $ 30,122.08 | $ 30,011.01 | $ 8,767.20 | $  - | $  - |
| | | | | | | | | | | | | | | | |
| Prorata Share | $8,973.05 | $9,372.95 | $9,579.58 | $10,224.79 | $10,816.45 | $11,667.52 | $11,616.46 | $11,791.90 | $11,650.06 | | | | | | |
| Previously Billed | $6,326.81 | $9,373.98 | $9,614.08 | $10,224.80 | $11,072.13 | $11,350.39 | $11,488.00 | $12,089.05 | $11,057.78 | | | | | | |
| Variance | $2,646.24 | -$1.03 | -$34.50 | -$0.01 | -$255.68 | $317.13 | $128.46 | -$297.15 | $592.28 | $3,095.73 | | | | | |
| | | | | | | | | | | | | | | | |
| 1008-5205 - Real Estate Tax | | | $ 13,516.88 | $ 13,643.17 | $ 13,421.79 | $ 13,494.74 | $ 13,158.20 | $ 13,707.04 | $ 16,283.57 | $ 17,299.03 | $ 18,446.87 | $ 18,706.00 | $ 18,551.00 | $ 20,661.93 | |
| 1008-5206 - Storm Water Tax | | | $   - | | | | | | | | | $   - | $   - | | |
| 1008-5210 - Insurance (Liability/Property) | | | $ 11,164.99 | $ 9,670.99 | $ 9,775.00 | $ 8,264.00 | $ 8,927.20 | $ 11,433.00 | $ 6,310.00 | $ 6,636.00 | $ 6,636.00 | $ 6,636.00 | $ 11,077.00 | $ 10,006.45 | |

# BRUCE VICKERS, CFC, CFBTO, ELC.

OSCEOLA COUNTY TAX COLLECTOR    407-742-4000    **NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS** 2023

| PARCEL A ACCOUNT NUMBER | ESCROW CD | ALT KEY | EXEMPTION CODES | MILLAGE CODE |
|---|---|---|---|---|
| **R032529-457900010010** | | 1014241 | | 300 |

**\*\*See back for code description**

FRONTIER KISSIMMEE LLC
2950 SW 27TH AVE STE 300
MIAMI, FL   33133

3304 N JOHN YOUNG PKWY

OSCEOLA CORPORATE CENTER REPLAT FOUR PB
17
PGS 99-100
See Additional Legal on Tax Roll

**MAILING ADDRESS:  PO BOX 422105 • KISSIMMEE, FL 34742-2105**

### AD VALOREM TAXES

| TAXING AUTHORITY | | MILL RATE | ASSESSED VALUE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|---|
| OSCEOLA CO | 407-742-1800 | 6.7000 | 1,399,090 | 0 | 1,399,090 | 9,373.90 |
| SAVE OSC MAN | 407-742-1800 | 0.0949 | 1,399,090 | 0 | 1,399,090 | 132.77 |
| EMER MED SRV | 407-742-1800 | 1.0682 | 1,399,090 | 0 | 1,399,090 | 1,494.51 |
| SCH STATE LW | 407-870-4823 | 3.2560 | 1,403,500 | 0 | 1,403,500 | 4,569.80 |
| SCH LOCAL BD | | | | | | |
| CAPITAL OUTLAY | 407-870-4823 | 1.5000 | 1,403,500 | 0 | 1,403,500 | 2,105.25 |
| DISCRETIONARY | 407-870-4823 | 0.7480 | 1,403,500 | 0 | 1,403,500 | 1,049.82 |
| SFWMD EVERG | 561-686-8800 | 0.0327 | 1,399,090 | 0 | 1,399,090 | 45.75 |
| SO FL WATER | 561-686-8800 | 0.0948 | 1,399,090 | 0 | 1,399,090 | 132.63 |
| SFWMD OKEE | 561-686-8800 | 0.1026 | 1,399,090 | 0 | 1,399,090 | 143.55 |
| LIBRARY DIST | 407-742-1800 | 0.3000 | 1,399,090 | 0 | 1,399,090 | 419.73 |
| SAVE OSC DBT | 407-742-1800 | 0.0677 | 1,399,090 | 0 | 1,399,090 | 94.72 |
| | **TOTAL MILLAGE** | 13.9649 | **AD VALOREM TAXES** | | | **$19,562.43** |

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | | RATE | AMOUNT |
|---|---|---|---|
| Fire Rescue Commercial Sq Ft | 407-742-1800 | @ 0.5638 | 1,804.16 |
| | | **NON-AD VALOREM ASSESSMENTS** | $1,804.16 |

| COMBINED TAXES AND ASSESSMENTS | $21,366.59 |
|---|---|

| If Postmarked By | Nov 30, 2023 | Dec 31, 2023 | Jan 31, 2024 | Feb 29, 2024 | Mar 31, 2024 |
|---|---|---|---|---|---|
| Please Pay | $20511.93 | $20725.59 | $20939.26 | $21152.92 | $21366.59 |

---

# BRUCE VICKERS, CFC, CFBTO, ELC.

OSCEOLA COUNTY TAX COLLECTOR    407-742-4000    **NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS** 2023

| If Postmarked By | Nov 30, 2023 | Dec 31, 2023 | Jan 31, 2024 | Feb 29, 2024 | Mar 31, 2024 |
|---|---|---|---|---|---|
| Please Pay | $20511.93 | $20725.59 | $20939.26 | $21152.92 | $21366.59 |

MUST BE PAID IN U.S. FUNDS THROUGH A U.S. BANK (NO POST DATED CHECKS) TO BRUCE VICKERS, TAX COLLECTOR • PO BOX 422105 • KISSIMMEE, FL 34742

FRONTIER KISSIMMEE LLC
2950 SW 27TH AVE STE 300
MIAMI, FL   33133

**RETURN WITH PAYMENT**



**\*\*See back for code description**

| PARCEL A ACCOUNT NUMBER | ESCROW CD | ALT KEY | EXEMPTION CODES | MILLAGE CODE |
|---|---|---|---|---|
| **R032529-457900010010** | | 1014241 | | 300 |

1  01014241 2023 7



**Invoice**

Property Tax Alliance Group, LLC
1640 W. Oakland Park Blvd
Suite 402
Fort Lauderdale, FL 33311

| Bill To | | Date | Invoice # |
|---|---|---|---|
| Frontier Development<br>% Jonathan Escarza<br>2950 SW 27th Ave. Suite 300<br>Miami, FL 33133 | | 11/13/2022 | 5639 |

| | Terms | Due on receipt |
|---|---|---|

| Description | Amount |
|---|---|
| Petition Filing Fees<br>2022 Petition Filing Fees- see list for details | 1,200.00 |

| E-mail | jnelson@taxflorida.com | | | **Total** | $1,200.00 |
|---|---|---|---|---|---|
| Phone # | 954-202-9696 | Fax # | 954-337-9232 | Web Site | |
| Thank you for your business. | | | | www.taxflorida.com | |

| Petition No. | Property Name | Property Owner Name | County | Parcel # |
|---|---|---|---|---|
| 1 | Frontier Titusville | HWY 50 TITUSVILLE LLC | Brevard | 2216481 |
| 2 | Frontier Osceola | Frontier Osceola LLC | Brevard | 2427799 |
| 3 | Frontier Titusville | HWY 50 TITUSVILLE LLC | Brevard | 2216920 |
| 4 | Frontier Sebastian Vacant Land | 13350 Sebastian LLC | Indian River | 30382500000004100002-0 |
| 5 | Frontier St. Lucie West Two | Frontier St Lucie West Two | St. Lucie | 3326-801-0001-000-6 |
| 6 | Frontier Lynn Haven | 1917 Lynn Haven LLC | Bay | 11611-000-000 |
| 7 | Frontier Dania | FRONTIER DANIA LLC | Broward | 5042-33-56-0010 |
| 8 | Frontier Pensacola 5052 Bayou | FRONTIER BAYOU BOULEVARD LLC | Escambia | 33-1S30-7100-005-009 |
| 9 | Frontier Brandon | 11306 BRANDON LLC | Hillsborough | 071948-1006 |
| 10 | Frontier Clermont | FRONTIER CLERMONT LLC | Lake | 32-22-26-1000-000-00100 |
| 11 | Frontier Tallahassee | FRONTIER TALLAHASSEE LLC | Leon | 212620 6190000 |
| 12 | Frontier Tallahassee Two | FRONTIER TALLAHASSEE TWO LLC⬚ | Leon | 212625A0340 |
| 13 | Frontier Jensen Beach | FRONTIER JENSEN BEACH LLC | Martin | 19-37-41-000-000-00261-0 |
| 14 | Frontier Florida City | FRONTIER IDRIVE LLLP | Miami-Dade | 16-7919-004-0040 |
| 15 | Frontier Hialeah | FRONTIER DEVELOPMENT HIALEAH LLC | Miami-Dade | 30-2012-041-0040 |
| 16 | Frontier Hialeah | FRONTIER DEVELOPMENT HIALEAH LLC | Miami-Dade | 30-2012-041-0050 |
| 17 | Frontier Hialeah Gardens | FRONTIER 122 LLC | Miami-Dade | 27-2033-055-0010 |
| 18 | Frontier North Miami Beach | FRONTIER 167 LLLP C/O FRONTIER DEVEL | Miami-Dade | 30-2218-044-0020 |
| 19 | Frontier Kissimmee | FRONTIER KISSIMMEE LLC | Osceola | 03-25-29-4579-0001-0010 |
| 20 | Frontier Kissimmee The Loop | FRONTIER ST LUCIE WEST LLC | Osceola | 03-25-29-4582-0001-0010 |
| 21 | Frontier Boynton Beach | 1570 BOYNTON BEACH LLC | Palm Beach | 08-43-45-30-26-002-0000 |
| 22 | Frontier Lake Worth | FRONTIER LAKE WORTH LLC | Palm Beach | 00-42-44-27-34-001-0000 |
| 23 | Frontier-Zephyrhills | FRONTIER DEVELOPMENT | Pasco | 34-25-21-0110-00000-0030 |
| 24 | Frontier Ulmerton Largo | ULMERTON LARGO LLC | Pinellas | 03-30-15-40904-000-0010 |

**24 Petitions  X  $50.00 ea  =  $1,200.00**



Property Tax Alliance Group, LLC
1640 W. Oakland Park Blvd
Suite 402
Fort Lauderdale, FL 33311

# Invoice

| Bill To |
|---|
| Frontier Development |
| % Jonathan Escarza |
| 2950 SW 27th Ave. Suite 300 |
| Miami,  FL 33133 |

| Date | Invoice # |
|---|---|
| 12/17/2023 | 6695 |

| Terms | Due on receipt |
|---|---|

| Description | Amount |
|---|---|
| Petition Filing Fees<br>2023 Property Tax Appeal - Filing Fees see attached list | 600.00 |

| E-mail | jnelson@taxflorida.com | **Total** | | $600.00 |
|---|---|---|---|---|
| Phone # | 954-202-9696 | Fax # | 954-337-9232 | Web Site |
| Thank you for your business. | | | | www.taxflorida.com |

| Petition No | Client Name | Property Name | Property County | Parcel ID |
|---|---|---|---|---|
| 1 | Frontier Owned | Frontier Osceola | Brevard | 2427799 |
| 2 | Frontier Owned | Frontier Dania | Broward | 5042-33-56-0010 |
| 3 | Frontier Owned | Frontier Clermont | Lake | 32-22-26-1000-000-00100 |
| 4 | Frontier Owned | Frontier Tallahassee | Leon | 2126206190000 |
| 5 | Frontier Owned | Frontier Ocala | Marion | 23652-001-00 |
| 6 | Frontier Owned | Frontier Jensen Beach | Martin | 19-37-41-000-000-00261-0 |
| 7 | Frontier Owned | Frontier Hialeah | Miami-Dade | 30-2012-041-0040 |
| 8 | Frontier Owned | Frontier Hialeah | Miami-Dade | 30-2012-041-0050 |
| 9 | Frontier Owned | Frontier Kissimmee | Osceola | 03-25-29-4579-0001-0010 |
| 10 | Frontier Owned | Frontier Kissimmee | Osceola | 03-25-29-4582-0001-0010 |
| 11 | Frontier Owned | Frontier Fort Pierce | St. Lucie | 2419-602-0001-000-7 |
| 12 | Frontier Owned | Frontier St. Lucie | St. Lucie | 3326-801-0001-000-6 |

12  Petitions  X  $50.00ea  =          $600.00

# AVencer
## INSURANCE & RISK

PO BOX 192
Moylan, PA 19065
Phone: (215) 701
www.vencerins.com

**Invoice #23-1631**

| | |
|---|---|
| Page | 1 of 1 |
| **Account Number** | **Date** |
| FRONDEV-01 | 05/23/2023 |
| **Balance Due On** | |
| 06/15/2023 | |
| **Amount Paid** | **Amount Due** |
| | $10,006.45 |

Frontier Kissimmee LLC
2950 SW 27th Avenue, Suite 300
Miami, FL 33133

Policy Number: ████3005          Effective: 03/08/23 to 03/08/24

| Item # | Trans Eff Date | Due DateTrans | Description | Amount |
|---|---|---|---|---|
| 1631 | 05/23/2023 | 06/15/2023 | 23-24 Insurance Premium | $10,006.45 |

**Total Invoice Balance:**          **$10,006.45**

2/21/2023                    Frontier Development LLC                    Page 1 of 1

| Shopping Center | Frontier Kissimmee LLC |
|---|---|
| Year | 2024 |
| | |
| Tenant Name | Vitamin Shoppe |
| Tenant SF | 3,200 |
| Days in Occupancy | 365 |
| Occupancy | 100% |
| Prorata Share | 39.22% |
| | |
| Expense | |
| Landscaping R&M | $7,440.00 |
| Trash | $1,947.96 |
| REA FEE | $1,054.92 |
| GRM | $8,209.74 |
| Snow | $0.00 |
| Parking Lot Trash | $1,370.00 |
| Roof R&M | $0.00 |
| Pressure Washing R&M | $0.00 |
| Utility | $1,927.52 |
| Irrigation | $0.00 |
| Backflow Prevention (re-certified in February annually & Maintenance) | $0.00 |
| Greasetrap Maintance | $0.00 |
| Pest Control | $0.00 |
| Fireline | $0.00 |
| Management Fee | $8,767.20 |
| Stormwater | $0.00 |
| Accounting Fee | $2,780.00 |
| Water and Sewer | $1,406.89 |
| | |
| Total CAM | $34,904.23 |
| | |
| Total Capped Costs | $28,566.94 |
| Tenant Cap | $31,511.56 |
| Total Non-Capped Costs | $6,337.29 |
| Tenant Total CAM | $34,904.23 |
| Tenant Prorata Share | $13,687.93 |
| Tenant CAM Escrows | -$14,601.96 |
| **Total CAM Due/(Credit)** | **-$914.03** |
| | |
| Insurance | $15,164.09 |
| Tenant Prorata Share | $5,946.70 |
| Tenant INS Escrows | -$4,263.36 |
| **Total INS Due/(Credit)** | **$1,683.34** |
| | |
| Real Estate Tax | $23,979.18 |
| Tenant Prorata Share | $9,403.60 |
| Tenant RET Escrows | -$8,020.32 |
| **Total RET Due/(Credit)** | **$1,383.28** |
| | |
| **Total Reconciliation Due/(Credit)** | **$2,152.59** |
| 3.5% Sales Tax | $75.34 |