**EXHIBIT A**

Frontier Kissimmee LLC
2950 SW 27th Ave Suite 300
Miami, FL  33133

## I N V O I C E

Vitamin Shoppe Industries, Inc  
Lease Administration Dept #544  
300 Harmon Meadow Blvd  
Secaucus, NJ  07049

Date:   04-29-2025  
Invoice Number: 420253

Amount enclosed: _____

**Please enclose this portion with your remittance.**

Make checks payable to:
  Frontier Kissimmee LLC
  2950 SW 27th Ave Suite 300
  Miami, FL  33133

Invoice for:  
  Vitamin Shoppe #544  
  3312 Greenwald Way N  
  Kissimmee, FL  34741

Invoice Number: 420253  
Invoice date  
04-29-2025

| Unit | Due Date | Description | Amount |
|---|---|---|---|
| 3312 | 04-29-2025 | 2024 CAM RECONCILIATION | 2,227.93 |
| | | Balance: | **2,227.93** |

**Payment due upon receipt.**

**Please pay by due date to avoid late charges.**

**If you have any questions, please call 305-662-9992**

Frontier Osceola LLC
2950 SW 27th Ave Suite 300
Miami, FL  33133

# I N V O I C E

| | |
|---|---|
| Vitamin Shoppe Industries Inc<br>Attn: Lease Admin Dept, #41<br>300 Harmon Meadow Blvd<br>Secaucus, NJ  07094 | Date:   04-29-2025<br>Invoice Number: 420254<br><br>Amount enclosed:  _____ |

**Please enclose this portion with your remittance.**

Make checks payable to:
  Frontier Osceola LLC
  2950 SW 27th Ave Suite 300
  Miami, FL  33133

| | |
|---|---|
| Invoice for:<br>  Vitamin Shoppe #41<br>  800 E Merritt Island Causeway<br>  Suite 109<br>  Merritt Island, FL  32952 | Invoice Number: 420254<br>Invoice date<br>04-29-2025 |

| Unit | Due Date | Description | Amount |
|---|---|---|---|
| 109 | 04-29-2025 | 2024 CAM RECONCILIATION | 2,288.23 |
| | | Balance: | **2,288.23** |

**Payment due upon receipt.**

**Please pay by due date to avoid late charges.**

**If you have any questions, please call 305-662-9992**

Frontier Dania LLC
2950  SW 27th Ave Suite 300
Miami, FL  33133

# I N V O I C E

| | |
|---|---|
| Vitamin Shoppe Industries, Inc<br>Attn: Lease Admin Dept, #42<br>300 Harmon Meadow Blvd<br>Secaucus, NJ  07049 | Date:   04-29-2025<br>Invoice Number: 420254<br><br>Amount enclosed:  _____ |

**Please enclose this portion with your remittance.**

Make checks payable to:
  Frontier Dania LLC
  2950  SW 27th Ave Suite 300
  Miami, FL  33133

| | |
|---|---|
| Invoice for:<br>  Vitamin Shoppe #42<br>  1780 Stirling Road #108<br>  Dania Beach, FL  30004 | Invoice Number: 420254<br>Invoice date<br>04-29-2025 |

| Unit | Due Date | Description | Amount |
|---|---|---|---:|
| 108 | 04-29-2025 | 2024 CAM RECONCILIATION | 3,582.37 |
| | | Balance: | **3,582.37** |

**Payment due upon receipt.**

**Please pay by due date to avoid late charges.**

**If you have any questions, please call 305-662-9992**

Frontier Bel Air LLC
2950 SW 27th Ave Suite 300
Miami, FL  33133

# I N V O I C E

Vitamin Shoppe Industries, Inc
Lease Administration #337
300 Harmon Meadow Blvd
Secaucus, NJ  07049

Date:   04-29-2025
Invoice Number: 420253

Amount enclosed:  _____

**Please enclose this portion with your remittance.**

Make checks payable to:
  Frontier Bel Air LLC
  2950 SW 27th Ave Suite 300
  Miami, FL  33133

Invoice for:
  Vitamin Shoppe #337
  699 Baltimore Pike Ste D
  Bel Air, MD  21014

Invoice Number: 420253
Invoice date
04-29-2025

| Unit | Due Date | Description | Amount |
|---|---|---|---|
| D | 04-29-2025 | 2024 CAM RECONCILIATION | 4,018.26 |
| | | Balance: | **4,018.26** |

**Payment due upon receipt.**

**Please pay by due date to avoid late charges.**

**If you have any questions, please call 305-662-9992**

| | |
|---|---:|
| Shopping Center | Frontier Bel Air LLC |
| Year | 2024 |
| | |
| Tenant Name | Vitamin Shoppe |
| Tenant SF | 3,000 |
| Days in Occupancy | 365 |
| Occupancy | 100% |
| Prorata Share | 29.77% |
| | |
| Expense | |
| Landscaping R&M | $6,459.96 |
| Trash | $3,211.92 |
| REA FEE | $0.00 |
| GRM | $8,777.46 |
| Snow | $8,165.00 |
| Parking Lot Trash | $0.00 |
| Roof R&M | $0.00 |
| Pressure Washing R&M | $0.00 |
| Utility | $2,965.23 |
| Irrigation | $0.00 |
| Capital Expense | $11,717.29 |
| Backflow Prevention (re-certified in February annually & Maintenance) | $0.00 |
| Greasetrap Maintance | $0.00 |
| Pest Control | $0.00 |
| Fireline | $0.00 |
| Management Fee | $10,875.52 |
| Stormwater | $0.00 |
| Accounting Fee | $2,775.00 |
| Water and Sewer | $72.10 |
| | |
| Total CAM | $55,019.48 |
| Administrative Fee | $0.00 |
| Total Capped Costs | $32,099.86 |
| **Tenant Cap** | |
| Total Non-Capped Costs | $22,919.62 |
| Tenant Total CAM | $55,019.48 |
| Tenant Prorata Share | $16,381.34 |
| Tenant CAM Escrows | -$12,186.60 |
| **Total CAM Due/(Credit)** | **$4,194.74** |
| | |
| Insurance | $9,834.00 |
| Tenant Prorata Share | $2,927.95 |
| Tenant INS Escrows | -$2,637.72 |
| **Total INS Due/(Credit)** | **$290.23** |
| | |
| Real Estate Tax | $32,462.35 |
| Tenant Prorata Share | $9,665.25 |
| Tenant RET Escrows | -$10,131.96 |
| **Total RET Due/(Credit)** | **-$466.71** |
| | |
| **Total Reconciliation Due/(Credit)** | **$4,018.26** |