**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of April 2025, I caused a copy of the foregoing *Limited Objection and Reservation of Rights of Commerce 9005 LLC and Commerce #9602 LLC to Debtors' Proposed Cure Amounts and Assumption and Assignment of Certain Leases* to be electronically filed and served via CM/ECF upon those parties registered to receive such electronic notifications and in the manner indicated upon the parties identified below.

Dated: April 29, 2025                                                                 */s/ Jason D. Angelo*
                                                                                                                            Jason D. Angelo (No. 6009)

| **VIA CM/ECF AND ELECTRONIC MAIL** ||
|---|---|
| Joshua A. Sussberg Esq.<br>Nicole L. Greenblatt Esq.<br>Derek I. Hunter Esq.<br>Brian J. Nakhaimousa Esq.<br>Maddison Levine Esq.<br>KIRKLAND & ELLIS LLP,<br>601 Lexington Avenue,<br>New York, NY 10022,<br>nicole.greenblatt@kirkland.com<br>derek.hunter@kirkland.com<br>brian.nakhaimousa@kirkland.com<br>jsussberg@kirkland.com<br>maddison.levine@kirkland.com<br><br>*Co-Counsel to the Debtors* | Edmon L. Morton Esq.<br>Matthew B. Lunn Esq.<br>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>emorton@ycst.com<br>mlunn@ycst.com<br><br>*Co-Counsel to the Debtors* |
| Timothy J. Fox, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>timothy.fox@usdoj.gov<br><br>*Office of the United States Trustee* | Bradford J. Sandler Esq.<br>Colin R. Robinson Esq.<br>Robert J. Feinstein Esq.<br>Alan J. Kornfeld Esq.<br>Theodore S. Heckel Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>akornfeld@pszjlaw.com<br>theckel@pszjlaw.com<br><br>*Counsel to the Creditors' Committee* |
| Gregg Bateman, Esq.<br>Sagar Patel, Esq.<br>Michael Danenberg, Esq.<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br><br>*Counsel to the DIP Agent* | Jayme Goldstein, Esq.<br>Jeremy Evans, Esq.<br>Isaac Sasson, Esq.<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com<br><br>*Counsel to the Dip Lenders And Ad Hoc Group* |

| | |
|---|---|
| Adam G. Landis, Esq.<br>Matthew McGuire, Esq.<br>LANDIS RATH & COBB LLP<br>919 N. Market Street Suite 1800<br>Wilmington, DE 19317<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br><br>*Co-Counsel to the DIP Lenders<br>and Ad Hoc Group* | Jennifer Ezring, Esq.<br>James Ktsanes, Esq.<br>Andrew Sorkin, Esq.<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>jennifer.ezring@lw.com<br>james.ktsanes@lw.com<br>andrew.sorkin@lw.com<br><br>*Counsel to the ABL Lenders* |
| Thomas Lauria, Esq<br>Bojan Guzina, Esq.<br>White & Case LLP<br>200 S Biscayne Blvd<br>Miami, FL 33131<br>tlauria@whitecase.com<br>bojan.guzina@whitecase.com<br><br>*Counsel to the Second Lien Lenders<br>and the HoldCo Lenders* | Don F. Oliver<br>Direct Fee Review LLC<br>24A Trolley Square, #1225<br>Wilmington, DE 19806<br>dfr.dfo@gmail.com<br><br>*The Fee Examiner* |