# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of April 2025, a true and correct copy of the foregoing was served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system and to the persons listed below as indicated:

**Via Electronic Mail**

| | |
|---|---|
| Edmon L. Morton<br>Matthew B. Lunn<br>Allison S. Mielke<br>Shella Borovinskaya<br>Young Conaway Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com<br>(*Counsel to the Debtor*) | Joshua Sussberg<br>Nicole Greenblatt<br>Derek I. Hunter<br>Brian J. Nakhaimousa<br>Maddison Levine<br>Kirkland Ellis LLP<br>601 Lexinton Avenue<br>New York, NY 10022<br>Email: jsussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>derek.hunter@kirkland.com<br>brian.nakhaimousa@kirkland.com<br>maddison.levine@kirkland.com<br>(*Counsel for the Debtors*) |
| Debra M. Sinclair<br>Matthew A. Feldman<br>Betsy L. Feldman<br>Joseph R. Brandt<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>dsinclair@willkie.com<br>mfeldman@willkie.com<br>bfeldman@willkie.com<br>jbrandt@willkie.com<br>(*Counsel to the Debtor*) | Bradford J. Sandler<br>Colin R. Robinson<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>Wilmington, DE 19801<br>Email: bsandler@pszjlaw.com<br>crobinson@pszjlaw.com<br>(*Counsel for Creditors' Committee*) |
| Timothy J. Fox<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Email: timothy.fox@usdoj.gov<br>(*U.S. Trustee*) | Robert J. Feinstein<br>Alan J. Kornfeld<br>Theodore S. Heckel<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Email: rfeinstein@pszjlaw.com<br>akornfeld@pszjlaw.com<br>theckel@pszjlaw.com<br>(*Counsel for Creditors' Committee*) |

55823484 v1

| | |
|---|---|
| Gregg Bateman<br>Sagar Patel<br>Michael Danenberg<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Email: bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br>(*Counsel for DIP Agent*) | Jennifer Ezring<br>James Ktsanes<br>Andrew Sorkin<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Email: jennifer.ezring@lw.com<br>james.ktsanes@lw.com<br>andrew.sorkin@lw.com<br>(*Counsel to the ABL Lenders*) |
| Jayme Goldstein<br>Jeremy Evans<br>Isaac Sasson<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com<br>(*Counsel for DIP Lenders and<br>Ad Hoc Group*) | Thomas Lauria<br>White & Case LLP<br>200 S. Biscayne Blvd<br>Miami, FL 33131<br>Email: tlauria@whitecase.com<br>(*Counsel to Second Lien Lenders<br>and HoldCo Lenders*) |
| Adam G. Landis<br>Matthew McGuire<br>Landis Rath & Cobb LLP<br>919 N. Market Street<br>Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com<br>mcguire@lrclaw.com<br>(*Counsel for DIP Lenders and<br>Ad Hoc Group*) | Bojan Guzina<br>White & Case LLP<br>111 S. Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Email: bojan.guzina@whitecase.com<br>(*Counsel to Second Lien Lenders<br>and HoldCo Lenders*) |
| | Don F. Oliver<br>Direct Fee Review LLC<br>24A Trolley Square, #1225<br>Wilmington, DE 19806<br>Email: dfr.dfo@gmail.com<br>(*Fee Examiner*) |

/s/ *J. Cory Falgowski*
J. Cory Falgowski (No. 4546)

55823484 v1                                2