**CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, hereby certify that, on this 30th day of April 2025, I caused a true and correct copy of the foregoing ***Objection of Benenson Capital Partners, LLC, Boswell Avenue, I, LLC, DLC Management Corporation, Inland Commercial Real Estate Services LLC, and National Realty & Development Corp., to the Proposed (I) Sale and (II) Assumption/Assignment to TVS Buyer, LLC*** to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.

Dated: April 30, 2025
Wilmington, Delaware

/s/ *Laurel D. Roglen*
Laurel D. Roglen (DE No. 5759)
BALLARD SPAHR LLP