**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2025, a true and correct copy of the foregoing *Newington Corner, LLC's And Staten Island Richmond Avenue, LLC's Objection And Reservation of Rights to Debtors' Motion for Entry of an Order (I) Authorizing Franchise Group Intermediate V, LLC to Enter into And Perform Its Obligations under the Asset Purchase Agreement, (II) Approving the Sale of Certain Assets Free And Clear Of All Claims, Liens, Rights, Interests, And Encumbrances, (III) Approving The Assumption And Assignment Of Executory Contracts And Unexpired Leases, And (IV) Granting Related Relief* was served (i) by CM/ECF upon all parties registered to receive such electronic notices in the lead case and (ii) by email upon the following parties:

Joshya A. Sussberg, P.C.
Nicole L. Greenblatt, P.C.
Derek I. Hunter, Esq.
Brian J. Nakhaimousa, Esq.
Maddison Levine, Esq.
KIRKLAND & ELLIS LLP
jsussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com
brian.nakhaimousa@kirkland.com
maddison.levine@kirkland.com

Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
Robert J. Feinstein, Esq.
Alan J. Kornfeld, Esq.
Theodore S. Heckel, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
bsandler@pszjlaw.com
crobinson@pszjlaw.com
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com

theckel@pszjlaw.com

Adam G. Landis, Esq.
Matthew McGuire, Esq.
LANDIS RATH & COBB LLP
landis@lrclaw.com
mcguire@lrclaw.com

Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
emorton@ycst.com
mlunn@ycst.com

Timothy J. Fox, Esq.
OFFICE OF U.S. TRUSTEE
timothy.fox@usdoj.gov

Gregg Bateman, Esq.
Sagar Patel, Esq.
Michael Danenberg, Esq.
SEWARD & KISSEL LLP

<div style="columns:2">

bateman@sewkis.com
patel@sewkis.com
danenberg@sewkis.com

Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
PAUL HASTINGS LLP
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com

Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.

LATHAM & WATKINS LLP
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

Thomas Lauria, Esq.
Bojan Guzina, Esq.
WHITE & CASE LLP
tlauria@whitecase.com
bjan.guzina@whitecase.com

Don F. Oliver, Esq.
FEE EXAMINER
dfr.dfo@gmail.com

</div>

*/s/ Bryan J. Hall*
Bryan J. Hall (No. 6285)