IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) ) | Case No. 24-12480 (LSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

### NOTICE OF RESCHEDULED HEARING[2]

**PLEASE TAKE NOTICE** that the hearing scheduled for May 12, 2025, at 10:00 a.m. (prevailing Eastern Time) (the "May 12th Hearing") has been rescheduled to **May 20, 2025, at 10:00 a.m. (prevailing Eastern Time)** (the "May 20th Hearing"). All matters previously

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Eighth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliates* [Docket No. 1312] (as modified, amended, or supplemented from time to time, the "Plan").

scheduled for the May 12th Hearing, including Confirmation of the above-captioned debtors' and debtors' in possession Plan, will now be heard at the May 20th Hearing.

Dated:  May 1, 2025
Wilmington, Delaware

/s/ Allison S. Mielke

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
| --- | --- |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |

Edmon L. Morton (Del. No. 3856)    Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Matthew B. Lunn (Del. No. 4119)    Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Allison S. Mielke (Del. No. 5934)    Derek I. Hunter (admitted *pro hac vice*)
Shella Borovinskaya (Del. No. 6758)    601 Lexington Avenue
Rodney Square    New York, New York 10022
1000 North King Street    Telephone:   (212) 446-4800
Wilmington, Delaware 19801    Facsimile:    (212) 446-4900
Telephone:   (302) 571-6600    Email:          joshua.sussberg@kirkland.com
Facsimile:    (302) 571-1253                      nicole.greenblatt@kirkland.com
Email:          emorton@ycst.com                 derek.hunter@kirkland.com
                 mlunn@ycst.com
                 amielke@ycst.com    - and -
                 sborovinskaya@ycst.com

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone:   (415) 439-1400
Facsimile:    (415) 439-1500
Email:          mark.mckane@kirkland.com

*Co-Counsel to the Debtors*    *Co-Counsel to the Debtors*
*and Debtors in Possession*    *and Debtors in Possession*