## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC. *et al.,* | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On April 29, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 04/29/2025 | 1364 | Joinder (Ad Hoc Group of First Lien Lenders' Joinder to Debtors' Objection to Motion of Granite Telecommunications, LLC for Allowance and Payment of Administrative Expense Claim) (related document(s)1269, 1361) Filed by Ad Hoc Group of First Lien Lenders. (McGuire, Matthew) (Entered: 04/29/2025) |

Dated: May 1, 2025

*/s/ Laurie Heggan*
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**VIA ELECTRONIC MAIL**
Perdue, Brandon, Fielder, Collins and Mott, L.L.P.
Attn: Alysia Córdova
P.O. Box 9132
Amarillo, TX 79105
acordova@pbfcm.com
amabkr@pbfcm.com

**VIA ELECTRONIC MAIL**
Ross Aronstam & Moritz LLP
Attn: Adam D. Gold, Holly E. Newell
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, DE 19801
agold@ramllp.com
hnewell@ramllp.com

**VIA ELECTRONIC MAIL**
Clark Hill PLC
Attn: Audrey L. Hornisher
901 Main Street, Suite 6000
Dallas, TX 75202
ahornisher@clarkhill.com

**VIA ELECTRONIC MAIL**
Tolson & Wayment, PLLC
Attn: Aaron J. Tolson
1906 Jennie Lee Dr.
Idaho Falls, ID 83404
ajt@aaronjtolsonlaw.com

**VIA ELECTRONIC MAIL**
Latham & Watkins LLP
Attn: Andrew Sorkin
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
andrew.sorkin@lw.com

**VIA ELECTRONIC MAIL**
Greenberg Traurig, LLP
Attn: Anthony W. Clark, Dennis A. Meloro
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
Anthony.Clark@gtlaw.com
Dennis.Meloro@gtlaw.com

**VIA ELECTRONIC MAIL**
Segal McCambridge Singer & Mahoney
Attn: Alan J. Taylor
29100 Northwestern Highway, Suite 240
Southfield, MI 48034
ataylor@smsm.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders
PO Box 17428
Austin, TX 78760-7428
austin.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Securities & Exchange Commission - NY Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov

**VIA ELECTRONIC MAIL**
Seward & Kissel LLP
Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott
One Battery Park Plaza
New York, NY 10004
bateman@sewkis.com
patel@sewkis.com
danenberg@sewkis.com
ashmead@sewkis.com
bateman@sewkis.com
matott@sewkis.com

**VIA ELECTRONIC MAIL**
Meyers, Rodbell & Rosenbaum, P.A.
Attn: Nicole C. Kenworthy
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385
bdept@mrrlaw.net

**VIA ELECTRONIC MAIL**
County of Loudoun, Virginia
Attn: Belkys Escobar
One Harrison Street, SE, 5th Floor
PO Box 7000
Leesburg, VA 20177-7000
belkys.escobar@loudoun.gov

**VIA ELECTRONIC MAIL**
Bernstein Litowitz Berger & Grossmann LLP
Attn: Benjamin Potts, Mae Oberste
500 Delaware Avenue
Suite 901
Wilmington, DE 19801
benjamin.potts@blbglaw.com
mae.oberste@blbglaw.com

**VIA ELECTRONIC MAIL**
Farnan LLP
Attn: Brian E. Farnan, Michael J. Farnan
919 North Market Street
12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

**VIA ELECTRONIC MAIL**
Brookfield Properties Retail Inc
Attn: Kristen N. Pate
350 N. Orleans Street
Suite 300
Chicago, IL 60654-1607
bk@bpretail.com

**VIA ELECTRONIC MAIL**
White & Case LLP
Attn: Bojan Guzina
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
bojan.guzina@whitecase.com

**VIA ELECTRONIC MAIL**
Offit Kurman, PA
Attn: Brian J. McLaughlin
222 Delaware Avenue
Suite 1105
Wilmington, DE 19801
Brian.McLaughlin@offitkurman.com

**VIA ELECTRONIC MAIL**
Weltman, Weinberg & Reis Co. LPA
Attn: Geoffrey J. Peters
5475 Rings Road
Suite 200
Dublin, OH 43017
bronationalecf@weltman.com

**VIA ELECTRONIC MAIL**
Tenenbaum & Saas, P.C.
Attn: Bradshaw Rost
4504 Walsh Street, Suite 200
Chevy Chase, MD 20815
BRost@tspclaw.com

**VIA ELECTRONIC MAIL**
Pachulski Stang Ziehl & Jones LLP
Attn: Bradford J. Sandler, Colin R. Robinson
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
bsandler@pszjlaw.com
crobinson@pszjlaw.com

**VIA ELECTRONIC MAIL**
Cozen O'Connor
Attn: Brian L. Shaw
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
bshaw@cozen.com

**VIA ELECTRONIC MAIL**
Cowles & Thompson, P.C.
Attn: William L. Siegel
901 Main Street, Suite 3900
Dallas, TX 75202
bsiegel@cowlesthompson.com

**VIA ELECTRONIC MAIL**
Cohen Pollock Merlin Turner, P.C.
Attn: Bruce Z. Walker
3350 Riverwood Parkway, Suite 1600
Atlanta, GA 30339
bwalker@cpmtlaw.com

**VIA ELECTRONIC MAIL**
Morgan, Lewis & Bockius LLP
Attn: Christopher L. Carter
One Federal Street
Boston, MA 02110-1726
christopher.carter@morganlewis.com

**VIA ELECTRONIC MAIL**
Texas Attorney General's Office
Attn: Christopher S. Murphy, Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
christopher.murphy@oag.texas.gov

**VIA ELECTRONIC MAIL**
Morris James LLP
Attn: Carl N. Kunz, III, Christopher M. Donnelly
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
ckunz@morrisjames.com
cdonnelly@morrisjames.com

**VIA ELECTRONIC MAIL**
Duane Morris LLP
Attn: Christopher M. Winter, James C. Carignan
1201 N. Market Street, Suite 501
Wilmington, DE 19801
cmwinter@duanemorris.com
jccarignan@duanemorris.com

**VIA ELECTRONIC MAIL**
White & Case LLP
Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin
Smith, Brett Bakemeyer
1221 Avenue of the Americas
New York, NY 10020-1095
cshore@whitecase.com
sam.hershey@whitecase.com
azatz@whitecase.com
erin.smith@whitecase.com
brett.bakemeyer@whitecase.com

**VIA ELECTRONIC MAIL**
Cross & Simon, LLC
Attn: Christopher P. Simon
1105 North Market Street, Suite 901
Wilmington, DE 19801
csimon@crosslaw.com

**VIA ELECTRONIC MAIL**
Swanson, Martin & Bell, LLP
Attn: Charles S. Stahl, Jr.
2525 Cabot Drive
Suite 204
Lisle, IL 60532
cstahl@smbtrials.com

**VIA ELECTRONIC MAIL**
Kessler Topac Meltzer & Check LLP
Attn: J. Daniel Albert, Michael McCutcheon
280 King of Prussia Rd
Radnor, PA 19087
dalbert@ktmc.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: John K. Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
dallas.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219
dallas.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Morgan, Lewis & Bockius LLP
Attn: David K. Shim
One State Street
Hartford, CT 06103-3178
david.shim@morganlewis.com

**VIA ELECTRONIC MAIL**
SWK Attorneys at Law
Attn: David E. Cohen
500 Skokie Boulevard, Suite 600
Northbrook, IL 60062
dcohen@swkattorneys.com

**VIA ELECTRONIC MAIL**
Chipman Brown Cicero & Cole, LLP
Attn: Mark L. Desgrosseilliers
Hercules Plaza
1313 North Market St, Suite 5400
Wilmington, DE 19801
desgross@chipmanbrown.com

**VIA ELECTRONIC MAIL**
Michigan Assistant Attorney General
Attn: Heather L. Donald
Cadillac Place Building
3030 W. Grand Blvd. Ste. 10-200
Detroit, MI 48202
donaldh@michigan.gov

**VIA ELECTRONIC MAIL**
Klehr Harrison Harvey Branzburg LLP
Attn: Domenic E. Pacitti
919 N. Market Street, Suite 1000
Wilmington, DE 19801-3062
dpacitti@klehr.com

**VIA ELECTRONIC MAIL**
Munsch Hardt Kopf & Harr, P.C.
Attn: Deborah M. Perry
500 N. Akard Street
Suite 4000
Dallas, TX 75201-6659
dperry@munsch.com

**VIA ELECTRONIC MAIL**
Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
dplon@sirlinlaw.com

**VIA ELECTRONIC MAIL**
McKenna Storer
Attn: David A. Shapiro
33 N. LaSalle Street
Suite 1400
Chicago, IL 60602
dshapiro@mckenna-law.com
service@mckenna-law.com

**VIA ELECTRONIC MAIL**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
Attn: Hiram Gutierrez
P.O. Box 2916
McAllen, TX 78502
edinburgbankruptcy@pbfcm.com

**VIA ELECTRONIC MAIL**
Shipman & Goodwin LLP
Attn: Eric S. Goldstein
One Constitution Plaza
Hartford, CT 06103-1919
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

**VIA ELECTRONIC MAIL**
Polsinelli PC
Attn: Elisa Hyder
Three Logan Square
1717 Arch Street, Suite 2800
Philadelphia, PA 19103
ehyder@polsinelli.com

**VIA ELECTRONIC MAIL**
Bayard, P.A.
Attn: Ericka F. Johnson
600 N. Market Street, Suite 400
Wilmington, DE 19801
ejohnson@bayardlaw.com

**VIA ELECTRONIC MAIL**
Young Conaway Stargatt & Taylor, LLP
Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke,
Shella Borovinskaya
Rodney Square
1000 N. King Street
Wilmington, DE 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

**VIA ELECTRONIC MAIL**
Frost Brown Todd LLP
Attn: Erin P. Severini, Joy D. Kleisinger
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
eseverini@fbtlaw.com
jkleisinger@fbtlaw.com

**VIA ELECTRONIC MAIL**
Benesch Friedlander Coplan & Aronoff LLP
Attn: Elliot M. Smith
127 Public Square, Suite 4900
Cleveland, OH 44114
esmith@beneschlaw.com

**VIA ELECTRONIC MAIL**
Burr & Forman LLP
Attn: J. Ellsworth Summers, Jr., Dana L. Robbins
50 North Laura Street, Suite 3000
Jacksonville, FL 32202
esummers@burr.com
drobbins@burr.com

**VIA ELECTRONIC MAIL**
Brian T. FitzGerald
Post Office Box 1110
Tampa, FL 33601-1110
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
connorsa@hcfl.gov

**VIA ELECTRONIC MAIL**
Ballard Spahr LLP
Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper
919 North Market Street
11th Floor
Wilmington, DE 19801
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston, TX 77253-3064
houston_bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Latham & Watkins LLP
Attn: James Kstanes, Timothy Beau Parker
330 N Wabash Avenue
Suite 2800
Chicago, IL 60611
Canada
james.ktsanes@lw.com
beau.parker@lw.com

**VIA ELECTRONIC MAIL**
Reed Smith LLP
Attn: Jason D. Angelo
1201 North Market Street, Suite 1500
Wilmington, DE 19801
jangelo@reedsmith.com

**VIA ELECTRONIC MAIL**
Paul Hastings LLP
Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman
200 Park Avenue
New York, NY 10166
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com
danfliman@paulhastings.com

**VIA ELECTRONIC MAIL**
Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Joseph H. Baldiga, Shannah L. Colbert
1800 West Park Dr., Suite 400
Westborough, MA 01581
jbaldiga@mirickoconnell.com
scolbert@mirickoconnell.com

**VIA ELECTRONIC MAIL**
Pashman Stein Walder Hayden, PC
Attn: Joseph C. Barsalona II
824 North Market Street
Suite 800
Wilmington, DE 19801
jbarsalona@pashmanstein.com

**VIA ELECTRONIC MAIL**
Sessions, Fishman & Nathan, LLC
Attn: J. David Forsyth
400 Poydras Street
Suite 2550
New Orleans, LA 70130
jdf@sessions-law.com

**VIA ELECTRONIC MAIL**
Latham & Watkins LLP
Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin
1271 Avenue of the Americas
New York, NY 10020
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

**VIA ELECTRONIC MAIL**
Bernstein Litowitz Berger & Grossmann LLP
Attn: Jeroen van Kwawegen, Thomas James
1251 Avenue of the Americas
New York, NY 10020
jeroen@blbglaw.com
thomas.james@blbglaw.com

**VIA ELECTRONIC MAIL**
Burr & Forman LLP
Attn: J. Cory Falgowski
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
jfalgowski@burr.com

**VIA ELECTRONIC MAIL**
Burr & Forman LLP
Attn: James H. Haithcock, III
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
jhaithcock@burr.com

**VIA ELECTRONIC MAIL**
Cook, Vetter, Doerhoff & Landwehr, P.C.
Attn: John D. Landwehr
231 Madison Street
Jefferson City, MO 65101
jlandwehr@cvdl.net

**VIA ELECTRONIC MAIL**
Stark & Stark, P.C.
Attn: Joseph H. Lemkin
PO Box 5315
Princeton, NJ 08543
jlemkin@stark-stark.com

**VIA ELECTRONIC MAIL**
Kirkland & Ellis LLP
Attn: Joshua A. Sussberg, P.C., Nicole L. Greenblatt, P.C., Derek I. Hunter
601 Lexington Avenue
New York, NY 10022
joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com

**VIA ELECTRONIC MAIL**
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
700 Jeffrey Way, Suite 100
Round Rock, TX 78665
jparsons@mvbalaw.com

**VIA ELECTRONIC MAIL**
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
P.O. Box 1269
Round Rock, TX 78680-1269
jparsons@mvbalaw.com

**VIA ELECTRONIC MAIL**
Tayman Lane Chaverri LLP
Attn: Jeffrey Rhodes
2001 L Street, NW, Suite 500
Washington, DC 20036
jrhodes@tlclawfirm.com

**VIA ELECTRONIC MAIL**
Potter Anderson & Corroon LLP
Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik
1313 N. Market Street
6th Floor
Wilmington, DE 19801
jryan@potteranderson.com
bhaywood@potteranderson.com
esulik@potteranderson.com

**VIA ELECTRONIC MAIL**
Connolly Gallagher LLP
Attn: Jeffrey C. Wisler
1201 North Market Street, 20th Floor
Wilmington, DE 19801
jwisler@connollygallagher.com

**VIA ELECTRONIC MAIL**
Quarles & Brady LLP
Attn: L. Kate Mason
411 E. Wisconsin Avenue
Suite 2400
Milwaukee, WI 53202
Katie.Mason@quarles.com

**VIA ELECTRONIC MAIL**
Reed Smith LLP
Attn: Keith M. Aurzada, Dylan T. F. Ross
2850 North Harwood Street, Suite 1500
Dallas, TX 75201
kaurzada@reedsmith.com
dylan.ross@reedsmith.com

**VIA ELECTRONIC MAIL**
Benesch Friedlander Coplan & Aronoff LLP
Attn: Kevin M. Capuzzi, Juan E. Martinez, Jennifer R. Hoover
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101
kcapuzzi@beneschlaw.com
jmartinez@beneschlaw.com
jhoover@beneschlaw.com

**VIA ELECTRONIC MAIL**
Kelley Drye & Warren LLP
Attn: Robert L. LeHane, Jennifer D. Raviele, Allison Selick
3 World Trade Center
175 Greenwich Street
New York, NY 10007
KDWBankruptcyDepartment@kelleydrye.com
rlehane@kelleydrye.com
jraviele@kelleydrye.com
aselick@kelleydrye.com

**VIA ELECTRONIC MAIL**
Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
kevin.collins@btlaw.com

**VIA ELECTRONIC MAIL**
Clark Hill PLC
Attn: Karen M. Grivner
824 N. Market Street, Suite 710
Wilmington, DE 19801
kgrivner@clarkhill.com

**VIA ELECTRONIC MAIL**
Block & Leviton, LLP
Attn: Kimberly A. Evans, Irene R. Lax
222 Delaware Ave
Suite 1120
Wilmington, DE 19801
kim@blockleviton.com
irene@blockleviton.com

**VIA ELECTRONIC MAIL**
Cross & Simon, LLC
Attn: Kevin S. Mann
1105 North Market Street, Suite 901
Wilmington, DE 19801
kmann@crosslaw.com

**VIA ELECTRONIC MAIL**
Barclay Damon LLP
Attn: Kevin M. Newman
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
knewman@barclaydamon.com

**VIA ELECTRONIC MAIL**
Richards Layton & Finger PA
Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger
One Rodney Square
920 North King Street
Wilmington, DE 19801
knight@rlf.com
steele@rlf.com
steiger@rlf.com

**VIA ELECTRONIC MAIL**
Kurtzman Steady LLC
Attn: Jeffrey Kurtzman
101 N. Washington Avenue
Suite 4A
Margate, NJ 08402
kurtzman@kurtzmansteady.com

**VIA ELECTRONIC MAIL**
Landis Rath & Cobb LLP
Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers
919 Market Street Suite 1800
P.O. Box 2087
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com
erogers@lrclaw.com

**VIA ELECTRONIC MAIL**
Streusand, Landon, Ozburn & Lemmon, LLP
Attn: G. James Landon
1801 S. Mopac Expressway, Suite 320
Austin, TX 78746
landon@slollp.com

**VIA ELECTRONIC MAIL**
McCarter & English, LLP
Attn: Lisa S. Bonsall
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
lbonsall@mccarter.com

**VIA ELECTRONIC MAIL**
Ken Burton, Jr., Manatee County Tax Collector
Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA
1001 3rd Ave W, Suite 240
Brandenton, FL 34205-7863
legal@taxcollector.com

**VIA ELECTRONIC MAIL**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
Attn: Laura J. Monroe
PO Box 817
Lubbock, TX 79408
lmbkr@pbfcm.com

**VIA ELECTRONIC MAIL**
Thompson Hine LLP
Attn: Louis F Solimine
312 Walnut Street
Suite 2000
Cincinnati, OH 45202-4029
Louis.Solimine@ThompsonHine.com

**VIA ELECTRONIC MAIL**
Kirkland & Ellis LLP
Attn: Mark McKane, P.C.
555 California Street
San Francisco, CA 94101
mark.mckane@kirkland.com

**VIA ELECTRONIC MAIL**
Barnes & Thornburg LLP
Attn: Mark R. Owens, Amy E. Tryon
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
mark.owens@btlaw.com
amy.tryon@btlaw.com

**VIA ELECTRONIC MAIL**
Squire Patton Boggs (US) LLP
Attn: Mark A. Salzberg
2550 M Street, NW
Washington, DC 20037
mark.salzberg@squirepb.com

**VIA ELECTRONIC MAIL**
Austria Legal, LLC
Attn: Matthew P. Austria
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
maustria@austriallc.com

**VIA ELECTRONIC MAIL**
Cozen O'Connor
Attn: Marla S. Benedek, Kaan Ekiner
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
mbenedek@cozen.com
kekiner@cozen.com

**VIA ELECTRONIC MAIL**
Klehr Harrison Harvey Branzburg LLP
Attn: Morton R. Branzburg
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com

**VIA ELECTRONIC MAIL**
Akin Gump Strauss Hauer & Feld LLP
Attn: Marty L. Brimmage, Jr.
2300 N. Field Street
Suite 1800
Dallas, TX 75201
mbrimmage@akingump.com

**VIA ELECTRONIC MAIL**
Ashby & Geddes, P.A.
Attn: Michael D. DeBaecke
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
mdebaecke@ashbygeddes.com

**VIA ELECTRONIC MAIL**
Lowenstein Sandler LLP
Attn: Michael S. Etkin, Michael Papandrea, Andrew Behlmann
One Lowenstein Drive
Roseland, NJ 07068
metkin@lowenstein.com
mpapandrea@lowenstein.com
abehlmann@lowenstein.com

**VIA ELECTRONIC MAIL**
Faegre Drinker Biddle & Reath LLP
Attn: Michael T. Gustafson
320 South Canal Street, Suite 3300
Chicago, IL 60606
mike.gustafson@faegredrinker.com

**VIA ELECTRONIC MAIL**
Blank Rome LLP
Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams
1201 N. Market Street, Suite 800
Wilmington, DE 19801
mike.schaedle@blankrome.com
stanley.tarr@blankrome.com
jordan.williams@blankrome.com

**VIA ELECTRONIC MAIL**
The Magnozzi Law Firm, P.C.
Attn: Mark F. Magnozzi
23 Green Street, Suite 302
Huntington, NY 11743
mmagnozzi@magnozzilaw.com

**VIA ELECTRONIC MAIL**
Saul Ewing LLP
Attn: Monique B. DiSabatino, Mark Minuti
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
monique.disabatino@saul.com
mark.minuti@saul.com

**VIA ELECTRONIC MAIL**
Thompson O'Brien Kappler & Nasuti PC
Attn: Michael B. Pugh
2 Sun Court, Suite 400
Peachtree Corners, GA 30092
mpugh@tokn.com

**VIA ELECTRONIC MAIL**
Singer & Levick, P.C.
Attn: Michelle E. Shriro
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com

**VIA ELECTRONIC MAIL**
Akin Gump Strauss Hauer & Feld LLP
Attn: Michael S. Stamer, Brad M. Kahn, Avi E. Luf
One Bryant Park
New York, NY 10036
mstamer@akingump.com
bkahn@akingump.com
aluft@akingump.com

**VIA ELECTRONIC MAIL**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Melissa E. Valdez
1235 North Loop West
Suite 600
Houston, TX 77008
mvaldez@pbfcm.com

**VIA ELECTRONIC MAIL**
Barclay Damon LLP
Attn: Niclas A. Ferland
545 Long Wharf Drive
Ninth Floor
New Haven, CT 06511
nferland@barclaydamon.com

**VIA ELECTRONIC MAIL**
Paul Hastings LLP
Attn: Nicholas A. Bassett
2050 M Street NW
Washington, DC 20036
nicholasbassett@paulhastings.com

**VIA ELECTRONIC MAIL**
Faegre Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
patrick.jackson@faegredrinker.com

**VIA ELECTRONIC MAIL**
Holland & Knight LLP
Attn: Phillip W. Nelson
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
phillip.nelson@hklaw.com

**VIA ELECTRONIC MAIL**
Pachulski Stang Ziehl & Jones LLP
Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

**VIA ELECTRONIC MAIL**
Certilman Balin Adler & Hyman, LLP
Attn: Richard J. McCord
90 Merrick Avenue
9th Floor
East Meadow, NY 11554
rmccord@certilmanbalin.com

**VIA ELECTRONIC MAIL**
Monzack Mersky and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

**VIA ELECTRONIC MAIL**
Law Offices of Ronald K. Brown, Jr., APC
Attn: Ronald K. Brown, Jr.
901 Dove Street
Suite 120
Newport Beach, CA 92660
Ron@rkbrownlaw.com

**VIA ELECTRONIC MAIL**
Simon Property Group, Inc.
Attn: Ronald M. Tucker
225 West Washington Street
Indianapolis, IN 46204
rtucker@simon.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
sanantonio.bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
425 Market Street, Suite 2900
San Francisco, CA 94105-3493
schristianson@buchalter.com

**VIA ELECTRONIC MAIL**
Blakeley LC
Attn: Scott Blakeley
530 Technology Drive
Suite 100
Irvine, CA 92618
SEB@BlakeleyLC.com

**VIA ELECTRONIC MAIL**
Securities & Exchange Commission - Philadelphia Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Blvd, Suite 520
Philadelphia, PA 19103
secbankruptcy@sec.gov

**VIA ELECTRONIC MAIL**
U.S. Securities and Exchange Commission - Headquarters
Secretary of the Treasury
100 F. Street NE
Washington, DC 20549
secbankruptcy@sec.gov

**VIA ELECTRONIC MAIL**
Kroll Restructuring Administration LLC
Attn: Herb Baer, Christine Porter, Jessica Berman
1 World Trade Center
31st Floor
New York, NY 10007
serviceqa@ra.kroll.com
FRGTeam@ra.kroll.com

**VIA ELECTRONIC MAIL**
Barclay Damon LLP
Attn: Scott L. Fleischer
1270 Avenue of the Americas
Suite 501
New York, NY 10020
sfleischer@barclaydamon.com

**VIA ELECTRONIC MAIL**
Riemer & Braunstein LLP
Attn: Steven Fox
Times Square Tower Suite 2506
Seven Times Square
New York, NY 10036
sfox@reimerlaw.com

**VIA ELECTRONIC MAIL**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
Attn: Sergio E. Garcia
3301 Northland Drive
Suite 505
Austin, TX 78731
sgarcia@pbfcm.com

**VIA ELECTRONIC MAIL**
Tydings & Rosenberg LLP
Attn: Stephen B. Gerald
200 Continental Drive, Suite 401
Newark, DE 19713
sgerald@tydings.com

**VIA ELECTRONIC MAIL**
McCarter & English, LLP
Attn: Shannon D. Humiston, Kate Roggio Buck, Maliheh Zare
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
shumiston@mccarter.com
kbuck@mccarter.com
mzare@mccarter.com

**VIA ELECTRONIC MAIL**
Polsinelli PC
Attn: Shanti M. Katona, Katherine M. Devanney
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
skatona@polsinelli.com
kdevanney@polsinelli.com

**VIA ELECTRONIC MAIL**
Law Office of Susan E. Kaufman
Attn: Susan E. Kaufan
919 N. Market Street, Suite 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com

**VIA ELECTRONIC MAIL**
Frost Brown Todd LLP
Attn: Sloane B. O'Donnell
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, PA 15219
sodonnell@fbtlaw.com

**VIA ELECTRONIC MAIL**
Dentons Sirote PC
Attn: Stephen B. Porterfield
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727
stephen.porterfield@dentons.com

**VIA ELECTRONIC MAIL**
Streusand, Landon Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746
streusand@slollp.com

**VIA ELECTRONIC MAIL**
Oklahoma County Treasurer
Attn: Tammy Jones
320 Robert S. Kerr
Room 307
Oklahoma City, OK 73102
tammy.jones@oklahomacounty.org

**VIA ELECTRONIC MAIL**
Harris County Attorney's Office
Susan Fuertes
Attn: Property Tax Division
P.O. Box 2848
Houston, TX 77252
taxbankruptcy.cao@harriscountytx.gov

**VIA ELECTRONIC MAIL**
Office of the United States Trustee for the District of Delaware
Attn: Timothy J. Fox, Esq
844 King Street, Suite 2207

Lockbox 35
Wilmington, DE 19801
timothy.fox@usdoj.gov

**VIA ELECTRONIC MAIL**
White & Case LLP
Attn: Thomas Lauria
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com

**VIA ELECTRONIC MAIL**
Saul Ewing LLP
Attn: Turner N. Falk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
turner.falk@saul.com

**VIA ELECTRONIC MAIL**
Sullivan Hazeltine Allinson LLC
Attn: William A. Hazeltine
919 N. Market Street
Suite 420
Wilmington, DE 19801
whazeltine@sha-llc.com

**VIA ELECTRONIC MAIL**
The Ehrlich Law Firm
Attn: William Ehrlich
444 Executive Center Blvd, Suite 240
El Paso, TX 79902
william@ehrlichlawfirm.com

**VIA ELECTRONIC MAIL**
Kaplin Stewart Meloff Reiter & Stein, P.C.
Attn: William J. Levant
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
wlevant@kaplaw.com

**VIA ELECTRONIC MAIL**
ShopCore Properties
Attn: William F. McDonald III
10920 Via Frontera, Suite 220
San Diego, CA 92127
wmcdonald@shopcore.com

**VIA ELECTRONIC MAIL**
Franchise Group, Inc.
Attn: President or General Counsel

**VIA FIRST CLASS MAIL**
GM Financial Leasing
Attn: Lorenzo Nunez
PO Box 183853
Arlington, TX 76096

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
1111 Constitution Ave., NW
Washington, DC 20224

**VIA FIRST CLASS MAIL**

Imperial Treasurer-Tax Collector
Attn: Flora Oropeza
940 West Main Street, Suite 106
El Centro, CA 92243

**VIA FIRST CLASS MAIL**

Kerrick Bachert PSC
Attn: Scott A. Bachert
1411 Scottsville Road
P. O. Box 9547
Bowling Green, KY 42102-9547

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**VIA FIRST CLASS MAIL**

U.S. Attorney for Delaware
Attn: David C. Weiss & Ellen Slights
U.S. Attorney's Office
1313 N Market Street, Suite 400
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

S&D Law
Attn: Michael L. Schlepp
1550 Wewatta Street, Floor 2
Denver, CO 80202