# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1066** |

## NOTICE OF WITHDRAWAL OF
## FIFTH & ALTON (EDENS) LLCS MOTION (I) FOR THE ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM; (II) TO COMPEL TENANT DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE UNDER THE LEASE; (III) TO COMPEL THE CURE OF NONMONETARY DEFAULTS UNDER THE LEASE; AND (IV) TO ESTABLISH AN APRIL 4, 2025 DEADLINE FOR THE DEBTORS TO ASSUME OR REJECT THE LEASE

PLEASE TAKE NOTICE that Fifth & Alton (Edens) LLC, by and through undersigned counsel, hereby voluntarily withdraws its *Motion (I) for the Allowance and Payment of Administrative Expense Claim; (II) to Compel Tenant Debtor to Provide Adequate Assurance of Future Performance Under the Lease; (III) to Compel the Cure Of Nonmonetary Defaults Under the Lease; and (IV) to Establish an April 4, 2025 Deadline for the Debtors to Assume or Reject the Lease* [D.I. 1066].

| | |
|---|---|
| Dated: May 2, 2025 | **COOCH AND TAYLOR, P.A**<br><br>*/s/ R. Grant Dick IV*<br>R. Grant Dick IV (No. 5123)<br>The Brandywine Building<br>1000 N. West. St., Suite 1500<br>Wilmington, DE 19801<br>T.      (302) 984-3867<br>E.      gdick@coochtaylor.com<br><br>*Counsel for Fifth & Alton (Edens) LLC* |