# **<u>Exhibit B</u>**

# Franchise Group, Inc.
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period
### February 01, 2025 - February 28, 2025

| Category | Date | Description | Amount |
|---|---|---|---|
| *Airfare* | | | |
| Weston, Zachary | 02/25/2025 | 1 way coach airfare from Detroit, MI to Norfolk, VA | $349.94 |
| Subtotal for Airfare: | | | $349.94 |
| *Meals* | | | |
| Walker, Jana | 02/02/2025 | Dinner in Detroit, MI. | $19.78 |
| Smith, Matthew | 02/04/2025 | Dinner in Northville, MI. | $31.86 |
| Smith, Matthew | 02/04/2025 | Breakfast in Northville, MI. | $15.00 |
| Smith, Matthew | 02/04/2025 | Lunch in Livonia, MI. | $20.42 |
| Walker, Jana | 02/06/2025 | Lunch in Grand Rapids, MI. | $20.00 |
| Walker, Jana | 02/10/2025 | Lunch for M. Smith (Deloitte) in Detroit, MI. | $45.66 |
| Walker, Jana | 02/10/2025 | Dinner in Detroit, MI. | $20.00 |
| Walker, Jana | 02/11/2025 | Dinner in Grand Rapids, MI. | $19.98 |
| Smith, Matthew | 02/12/2025 | Dinner in Livonia, MI. | $29.10 |
| Walker, Jana | 02/13/2025 | Dinner in Detroit, MI. | $20.00 |
| Walker, Jana | 02/15/2025 | Lunch in Grand Rapids, MI. | $13.58 |
| Walker, Jana | 02/17/2025 | Lunch in Livonia, MI. | $25.00 |
| Walker, Jana | 02/17/2025 | Dinner in Detroit, MI. | $19.94 |
| Walker, Jana | 02/18/2025 | Dinner in Grand Rapids, MI. | $20.00 |
| Walker, Jana | 02/18/2025 | Lunch in NewPort, MI. | $25.00 |
| Subtotal for Meals: | | | $345.32 |
| *Mileage* | | | |
| Walker, Jana | 02/02/2025 | Mileage from Grand Rapids, MI to Detroit, MI - 160 miles. | $112.00 |
| Smith, Matthew | 02/03/2025 | Mileage from Wyandotte, MI to Livonia, MI - 135 miles. | $93.80 |
| Smith, Matthew | 02/04/2025 | Mileage from Livonia, MI to Wyandotte, MI - 135 miles. | $93.80 |

# Franchise Group, Inc.
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period
### February 01, 2025 - February 28, 2025

| Category | Date | Description | Amount |
|---|---|---|---|

## Mileage

| | | | |
|---|---|---|---|
| Walker, Jana | 02/04/2025 | Mileage from Detroit, MI to Grand Rapids, MI - 160 miles. | $112.00 |
| Walker, Jana | 02/09/2025 | Mileage from Grand Rapids, MI to Detroit, MI - 160 miles. | $112.00 |
| Smith, Matthew | 02/10/2025 | Mileage from Wyandotte, MI to Livonia, MI - 135 miles. | $93.80 |
| Smith, Matthew | 02/11/2025 | Mileage from Livonia, MI to Wyandotte, MI - 135 miles. | $93.80 |
| Walker, Jana | 02/11/2025 | Mileage from Detroit, MI to Grand Rapids, MI - 160 miles. | $112.00 |
| Walker, Jana | 02/16/2025 | Mileage from Grand Rapids, MI to Detroit, MI - 160 miles. | $112.00 |
| Smith, Matthew | 02/17/2025 | Mileage from Wyandotte, MI to Livonia, MI - 135 miles. | $94.50 |
| Smith, Matthew | 02/18/2025 | Mileage from Livonia, MI to Wyandotte, MI - 135 miles. | $94.50 |
| Walker, Jana | 02/18/2025 | Mileage from Detroit, MI to Grand Rapids, MI - 160 miles. | $112.00 |
| Smith, Matthew | 02/24/2025 | Mileage from Wyandotte, MI to Livonia, MI - 135 miles. | $93.80 |
| Smith, Matthew | 02/25/2025 | Mileage from Livonia, MI to Wyandotte, MI - 135 miles. | $93.80 |
| Subtotal for Mileage: | | | $1,423.80 |

## Miscellaneous Expenses

| | | | |
|---|---|---|---|
| Parodi, Carlos | 02/06/2025 | Brentwood CONFIRMATION.COM request for Freedom VCM Holdings, LLC for debt confirmation. | $39.90 |
| Keast, Elizabeth | 02/13/2025 | Brentwood CONFIRMATION.COM charge to send Pet Supplies Plus cash confirmations. | $119.70 |
| Subtotal for Miscellaneous Expenses: | | | $159.60 |
| Total | | | $2,278.66 |

# Franchise Group, Inc.
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

February 01, 2025 - February 28, 2025

## Recapitulation

| Category | Amount |
|---|---:|
| Mileage | $1,423.80 |
| Airfare | $349.94 |
| Meals | $345.32 |
| Miscellaneous Expenses | $159.60 |