# EXHIBIT B

## EXHIBIT A

## Purchase Terms Sheet

**Effective Date:** 12/1/16

**Vendor Name:** #36 Nature's Answer

(The name that will show on your invoices and which our Purchase Orders and checks will be issued to.)

**DBA:** Nature's Answer

**Brand Names:** Nature's Answer; The Organic Frog; Bioforce USA; Genceutic Naturals

*See Attached Price List*   *Include the Pre-paid Price list*

**Payment Terms (options):** [X] 2% 30 net 60    [ ] 3% 10 net 60    [ ] Net 90

(Calculated on the latter of receipt of product or receipt of invoice)

**Minimum Assured Allowance:** 6.0%

(Calculated as % of total Receipts for the fiscal year and reconciled semi-annually)

**Market Development Funds:** 2%

(Calculated as % of total net Receipts for the fiscal year)

**Customer Returns, Damage & Expired:** Actuals

(Monthly deductions based on actuals)

**New Items Allowance:** 3 units of free fills per store for new items introduced

(100% coverage by vendor to introduce a new item)

**Markdown Coverage:** 100% coverage for products discontinued by vendor

(100% cost coverage by vendor for products at stores, DC and/or in transit)

**Sampling & Testers:** 100% coverage for product cost

(Product provided at no charge or value is deducted)

*This Exhibit A governs any purchase orders issued on or after the Effective date and supersedes and replaces any prior Purchase Terms Sheet

**Additional Comments:** Nature's Answer and their family of brands also agree to a 6% reduction in cost of goods.

| Vitamin Shoppe Procurement Services, Inc. | | Vendor Representative | |
|---|---|---|---|
| **Category Manager:** | Eric Cohen | **Name:** | Steve Marada |
| **Signature:** | *[signed]* | **Title:** | VP Brand Manager |
| **Printed Name:** | Day Gooch | **Signature:** | *Steven Marada* |
| **Title:** | VP/DMM | | |
| **Signature:** | *[signed]* | | |

12930.2