5

**CERTIFICATE OF SERVICE**

    I, Michael Busenkell, hereby certify that, on this 2nd day of May, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

| | |
|---|---|
| Dated: May 2, 2025<br>Wilmington, Delaware | */s/ Michael Busenkell*<br>Michael Busenkell (DE 3933) |