## Exhibit A

## Summary of Hours by Professional

For the period March 17, 2025 – April 30, 2025

**Exhibit A**
**Franchise Group, Inc.. et al., 24-12480 (LSS)**
**The Michel-Shaked Group**
**Summary of Hours by Professional**
For the Period March 17, 2025 - April 30, 2025

| Name | Position | Hourly Rate | Hours |
|---|---|---|---|
| Brad Orelowitz | Managing Director | $ 950 | 276.7 |
| Paul Dionne | Director | 750 | 243.2 |
| Luka Miladinovic | Manager | 600 | 274.8 |
| Jordan Murray | Manager | 600 | 102.7 |
| Aman Agrawal | Senior Analyst | 450 | 46.9 |
| Alex Callan | Senior Analyst | 450 | 200.4 |
| Alec Hargett | Analyst | 395 | 181.7 |
| Charles Korn | Analyst | 395 | 209.2 |
| **Total** | | | **1,535.6** |