# Exhibit C

# Summary and Details of Expenses by Category

For the period March 17, 2025 – April 30, 2025

**Exhibit C**
**Franchise Group, Inc.. et al., 24-12480 (LSS)**
**The Michel-Shaked Group**
**Summary and Details of Expenses by Category**
For the Period March 17, 2025 - April 30, 2025

| Category | Expense |
|---|---:|
| Data Charges | 6,274.90 |
| Working Meals | 311.21 |
| **Total Expenses** | **6,586.11** |

**Exhibit C**
**Franchise Group, Inc.. et al., 24-12480 (LSS)**
**The Michel-Shaked Group**
**Summary and Details of Expenses by Category**
For the Period March 17, 2025 - April 30, 2025

| Category | Description | Expense |
|---|---|---|
| Data Charges | S&P Capital IQ Pro | 6,199.90 |
| Data Charges | Research reports | 75.00 |
| Working Meals | 3/18/25 - L. Miladinovic - Meal in office working late on client matters (capped at $20) | 20.00 |
| Working Meals | 3/25/25 - L. Miladinovic - Meal in office working late on client matters (capped at $20) | 20.00 |
| Working Meals | 3/25/25 - C. Korn - Meal in office working late on client matters | 16.60 |
| Working Meals | 3/26/25 - L. Miladinovic - Meal in office working late on client matters (capped at $20) | 20.00 |
| Working Meals | 3/27/25 - L. Miladinovic - Meal in office working late on client matters (capped at $20) | 20.00 |
| Working Meals | 3/28/25 - L. Miladinovic - Meal in office working late on client matters (capped at $20) | 20.00 |
| Working Meals | 3/29/25 - A. Hargett - Meal in office working late on client matters (capped at $20) | 20.00 |
| Working Meals | 3/30/25 - L. Miladinovic - Meal in office working late on client matters (capped at $20) | 20.00 |
| Working Meals | 3/30/25 - A. Hargett - Meal in office working late on client matters (capped at $20) | 20.00 |
| Working Meals | 3/31/25 - L. Miladinovic - Meal in office working late on client matters (capped at $20) | 20.00 |
| Working Meals | 4/1/25 - L. Miladinovic - Meal in office working late on client matters (capped at $20) | 20.00 |
| Working Meals | 4/1/25 - A. Callan - Meal in office working late on client matters (capped at $20) | 20.00 |
| Working Meals | 4/2/25 - L. Miladinovic - Meal in office working late on client matters (capped at $20) | 20.00 |
| Working Meals | 4/2/25 - C. Korn - Meal in office working late on client matters | 14.61 |
| Working Meals | 4/3/25 - L. Miladinovic - Meal in office working late on client matters (capped at $20) | 20.00 |
| Working Meals | 4/7/25 - A. Hargett - Meal in office working late on client matters (capped at $20) | 20.00 |
| **Total Expenses** | | **6,586.11** |