**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) Case No. 24-12480 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket Nos. 355, 824, 1093 & 1276 |
| | ) |
| | **Objection Deadline**: May 19, 2025, at 4:00 p.m. (ET) |

**NOTICE OF FOURTH SUPPLEMENT TO**
**LIST OF ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that, on November 26, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for an Order Authorizing (A) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements of Local Rule 2016-2* [Docket No. 257] (the "OCP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Order was the OCP List.

**PLEASE TAKE FURTHER NOTICE** that, on December 6, 2024, the Court entered an order authorizing the Debtors to employ and retain the Ordinary Course Professionals [Docket No. 355] (the "OCP Order").  Pursuant to the OCP Order, the Debtors are authorized to employ and retain additional Ordinary Course Professionals that are not listed on the OCP List by filing with the Court, and serving on the other Notice Parties, a Supplemental Notice listing the name of such proposed additional Ordinary Course Professionals, together with a brief description of the services to be rendered, and by otherwise complying with the terms of the OCP Order.

**PLEASE TAKE FURTHER NOTICE** that, on January 23, 2025, the Debtors filed the *Notice of Supplement to List of Ordinary Course Professionals* [Docket No. 824] to include certain additional Ordinary Course Professionals on the OCP List.

**PLEASE TAKE FURTHER NOTICE** that, on March 12, 2025, the Debtors filed the *Notice of Second Supplement to List of Ordinary Course Professionals* [Docket No. 1093] to further supplement the OCP List.

**PLEASE TAKE FURTHER NOTICE** that, on April 14, 2025, the Debtors filed the *Notice of Third Supplement to List of Ordinary Course Professionals* [Docket No. 1276] to further supplement the OCP List.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, the Debtors hereby supplement the OCP List to include the professionals listed on **Exhibit A** attached hereto (the "Fourth Supplemental OCP List").

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCP Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, the Debtors hereby file the OCP Declaration of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan LLP (the "Smith Declaration"), attached hereto as **Exhibit B**.  Any objections or responses to the Smith Declaration must be filed and served **on or before May 19, 2025 at 4:00 p.m. (prevailing Eastern Time)** in accordance with the procedures set forth in the OCP Order.  If an objection is filed and cannot be resolved and/or withdrawn within 20 days after service of such objection, the Court shall adjudicate the matter at a hearing scheduled by the Debtors.  If no timely objection is filed and served with respect to the Smith Declaration, or if any objection is resolved or withdrawn, the Debtors shall be authorized to retain Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan LLP on a final basis without further order of the Court, effective as of the Petition Date.

*[Remainder of page intentionally left blank]*

Dated: May 5, 2025
Wilmington, Delaware

*/s/ Allison S. Mielke*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone: (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile: (212) 446-4900 |
| Telephone: (302) 571-6600 | Email: joshua.sussberg@kirkland.com |
| Facsimile: (302) 571-1253 | nicole.greenblatt@kirkland.com |
| Email: emorton@ycst.com | derek.hunter@kirkland.com |
| mlunn@ycst.com | |
| amielke@ycst.com | - and - |
| sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | Email: mark.mckane@kirkland.com |
| *Co-Counsel to the Debtors and Debtors in Possession* | *Co-Counsel to the Debtors and Debtors in Possession* |