# EXHIBIT A

## Supplemental OCP List

### Ordinary Course Professionals Subject to $50,000 Cap

| Ordinary Course Professional | Mailing Address | Services Provided | Company that Utilizes the Services |
|---|---|---|---|
| Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan LLP | P.O Box 2611 Raleigh, NC, 26702-2611 | Legal Services (litigation counsel) | Pet Supplies Plus |