# Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[2] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. ____ |

### ORDER APPROVING STIPULATION STAYING MOTION OF OPCO 2L AGENT AND AD HOC GROUP OF SECOND LIEN LENDERS FOR ALLOWANCE OF A SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIM

Upon the *Certification of Counsel* and *Stipulation Staying the Motion of OpCo 2L Agent and Ad Hoc Group of Second Lien Lenders for Allowance of a Superpriority Administrative Expense Claim* (the "Stipulation") entered into between: (a) the above-captioned debtors and debtors in possession (collectively, the "Debtors"); (b) the OpCo 2L Agent (as defined in the *Motion of OpCo 2L Agent and Ad Hoc Group of Second Lien Lenders for Allowance of a Superpriority Administrative*

---

[2] The debtors in these Chapter 11 Cases (the "**Debtors**"), along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), B. Riley Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

*Expense Claim* [Docket No. 978] (the "Motion")); (c) the OpCo 2L Secured Parties (as defined in the Motion); and (d) the OpCo 1L Lender (as defined in the Motion), a copy of which is attached hereto as **Exhibit 1**; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Stipulation is hereby APPROVED.

2.      The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

3.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br>(Jointly Administered)<br><br>Re: D.I. 978 |

### STIPULATION STAYING MOTION OF OPCO 2L AGENT
### AND AD HOC GROUP OF SECOND LIEN LENDERS FOR ALLOWANCE OF
### A SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIM

This stipulation (this "Stipulation") is made and entered into by and among: (a) the above-captioned debtors and debtors in possession (collectively, the "Debtors"); (b) the OpCo 2L Agent (as defined in the *Motion of OpCo 2L Agent and Ad Hoc Group of Second Lien Lenders for Allowance of a Superpriority Administrative Expense Claim* [Docket No. 978] (the "Motion")); (c) the OpCo 2L Secured Parties (as defined in the Motion); (d) the OpCo 1L Lenders (as defined in the Motion); and (e) the Official Committee of Unsecured Creditors. The Debtors, the OpCo 2L Agent,

---

[1] The debtors in these Chapter 11 Cases (the "**Debtors**"), along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), B. Riley Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

the OpCo 2L Secured Parties, the OpCo 1L Lenders, and the Official Committee of Unsecured Creditors are referred to herein, collectively, as the "Parties".  In support of the Stipulation, the Parties respectfully state as follows:

WHEREAS, on November 3, 2024, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code before this Court;

WHEREAS, on February 13, 2025, the OpCo 2L Agent and OpCo 2L Secured Parties filed the Motion;

WHEREAS, on March 11, 2025, the Court entered the *Order Approving Proposed Stipulated Scheduling Order* [Docket No. 1086] (the "Scheduling Order") setting forth a schedule of discovery and briefing deadlines related to the Motion and plan confirmation as agreed to by the Debtors, the Freedom Lender Group, the Ad Hoc Group of First Lien Lenders, and the Official Committee of Unsecured Creditors;

WHEREAS, paragraph (c) of Exhibit A to the Scheduling Order provides that, among other things, the deadline to file objections to plan confirmation and the Motion is April 23, 2025 and the deadline to file replies in support of plan confirmation and the Motion is May 7, 2025; and

WHEREAS, following arm's-length negotiations, on April 17, 2025, the Debtors, the Freedom Lender Group, the Ad Hoc Group of First Lien Lenders, and the Official Committee of Unsecured Creditors have agreed to a term sheet reflecting a global settlement in principle that will be given effect through an amended plan [Docket No. 1290] (the "Term Sheet");

NOW, THEREFORE, it is hereby stipulated and agreed that:

1.      All deadlines related to the Motion and plan confirmation set forth in Exhibit A to the Scheduling Order shall be stayed and held in abeyance until such time as a revised schedule is agreed to by the Parties or further ordered by the Court.  The Parties reserve all rights with respect

2

to plan confirmation, the Motion and any revised schedule in the event that the deal envisioned by

the Term Sheet is not implemented.

    2.      Pending approval of this Stipulation by the Court, each of the Parties agrees that they

will be bound by this Stipulation and waives any right to object to approval by the Court.

    3.      The Court shall retain jurisdiction over all matters arising from or related to the

implementation, interpretation, and enforcement of this Stipulation and the order approving it.

Dated: May 5, 2025
Wilmington, Delaware

Respectfully submitted,

**OPCO 2L SECURED PARTIES**

/s/ *Michael J. Farnan*
**FARNAN LLP**
Brian E. Farnan (Bar No. 4098)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

-and-

**WHITE & CASE LLP**
Thomas E Lauria (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: tlauria@whitecase.com

-and-

J. Christopher Shore (admitted *pro hac vice*)
Andrew T. Zatz (admitted *pro hac vice*)
Colin West (admitted *pro hac vice*)
Samuel P. Hershey (admitted *pro hac vice*)
Erin Smith (admitted *pro hac vice*)
Brett Bakemeyer (admitted *pro hac vice*)
1221 Avenue of the Americas

3

New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: cshore@whitecase.com
azatz@whitecase.com
sam.hershey@whitecase.com
erin.smith@whitecase.com
brett.bakemeyer@whitecase.com

*Counsel to the OpCo 2L Secured Parties*

**OPCO 2L AGENT**

*/s/ Phillip W. Nelson*
**HOLLAND AND KNIGHT LLP**
Phillip W. Nelson (pro hac vice forthcoming)
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 578-6584
Facsimile: (312) 578-6666
Email: phillip.nelson@hklaw.com

*Counsel to Alter Domus (US) LLC, In Its Capacity
as the OpCo 2L Agent*

**DEBTORS**

*/s/ Allison S. Mielke*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

- and –

KIRKLAND & ELLIS LLP

Joshua A. Sussberg, P.C. (admitted pro hac vice)
Nicole L. Greenblatt, P.C. (admitted pro hac vice)
Derek I. Hunter (admitted pro hac vice)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
 nicole.greenblatt@kirkland.com
 derek.hunter@kirkland.com
Mark McKane, P.C. (admitted pro hac vice)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: mark.mckane@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**OPCO 1L AGENT**

*/s/ Matthew B. McGuire*
**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Elizabeth A. Rogers (No. 7335)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
mcguire@lrclaw.com
erogers@lrclaw.com

-and-

**PAUL HASTINGS LLP**
Jayme T. Goldstein (admitted pro hac vice)
Daniel A. Fliman (admitted pro hac vice)
Jeremy D. Evans (admitted pro hac vice)
Isaac S. Sasson (admitted pro hac vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com

danfliman@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com

Nicholas A. Bassett (admitted pro hac vice)
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: nicholasbassett@paulhastings.com

*Counsel to the OpCo 1L Agent*

**<u>OFFICIAL COMMITTEE OF UNSECURED</u>**
**<u>CREDITORS</u>**

*/s/ Bradford J. Sandler*
**PACHULSKI STANG ZIEHL & JONES LLP**
Bradford J. Sandler, Esq. (#4142)
Colin R. Robinson, Esq.  (#5524)
919 North Market Street, 17th Floor P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
crobinson@pszjlaw.com
-and-
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Alan J. Kornfeld, Esq. (admitted *pro hac vice*)
Theodore S. Heckel, Esq. (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com

*Counsel to the Official Committee of Unsecured*
*Creditors*