# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRANCHISE GROUP, INC., *et al.*, | ) Case No. 24-12480 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATE OF SERVICE

I, Monique B. DiSabatino, hereby certify that on May 6, 2025, I did cause the foregoing *Limited Objection of Phillips Edison Landlords to Eighth Amended Joint Chapter 11 Plan of Franchise Group Inc. and Its Debtor Affiliates* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record, and via Electronic Mail on the parties on the attached service list.

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 6027)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Dated: May 6, 2025

55445128.1 05/06/2025

**SERVICE LIST**

| | |
|---|---|
| Edmon L. Morton, Esquire<br>Matthew B. Lunn, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>emorton@ycst.com<br>mlunn@ycst.com | Timothy J. Fox, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>timothy.fox@usdoj.gov |
| Joshua A. Sussberg, P.C.<br>Nicole L. Greenblatt, P.C.<br>Derek I. Hunter, Esquire<br>Brian J. Nakhaimousa, Esquire<br>Maddison Levine, Esquire<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>jsussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>derek.hunter@kirkland.com<br>brian.nakhaimousa@kirkland.com<br>maddison.levine@kirkland.com | Gregg Bateman, Esquire<br>Sagar Patel, Esquire<br>Michael Danenberg, Esquire<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com |
| Bradford J. Sandler, Esquire<br>Colin R. Robinson, Esquire<br>Pachulski Stang Ziehl & Jones, LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com | Jayme Goldstein, Esquire<br>Jeremy Evans, Esquire<br>Isaac Sasson, Esquire<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com |
| Robert J. Feinstein, Esquire<br>Alan J. Kornfeld, Esquire<br>Theodore S. Heckel, Esquire<br>Pachulski Stang Ziehl & Jones, LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>akornfeld@pszjlaw.com<br>theckel@pszjlaw.com | Adam G. Landis, Esquire<br>Matthew McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>landis@lrclaw.com<br>mcguire@lrclaw.com |
| | Jennifer Ezring, Esquire<br>James Ktsanes, Esquire<br>Andrew Sorkin, Esquire<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com |

Thomas Lauria, Esquire
White & Case LLP
200 S Biscayne Blvd.
Miami, FL 33131
tlauria@whitecase.com

Andrew Zatz, Esquire
White & Case LLP
1221 Avenue of the Americas,
New York, NY 10020
andrew.zatz@whitecase.com