**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of May 2025, a true and correct copy of the foregoing was served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system and to the persons listed below as indicated:

**Via Electronic Mail**

| | |
|---|---|
| Edmon L. Morton<br>Matthew B. Lunn<br>Allison S. Mielke<br>Shella Borovinskaya<br>Young Conaway Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com<br>(*Counsel to the Debtor*) | Joshua Sussberg<br>Nicole Greenblatt<br>Derek I. Hunter<br>Brian J. Nakhaimousa<br>Maddison Levine<br>Kirkland Ellis LLP<br>601 Lexinton Avenue<br>New York, NY 10022<br>Email: jsussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>derek.hunter@kirkland.com<br>brian.nakhaimousa@kirkland.com<br>maddison.levine@kirkland.com<br>(*Counsel for the Debtors*) |
| Debra M. Sinclair<br>Matthew A. Feldman<br>Betsy L. Feldman<br>Joseph R. Brandt<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>dsinclair@willkie.com<br>mfeldman@willkie.com<br>bfeldman@willkie.com<br>jbrandt@willkie.com<br>(*Counsel to the Debtor*) | Bradford J. Sandler<br>Colin R. Robinson<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>Wilmington, DE 19801<br>Email: bsandler@pszjlaw.com<br>crobinson@pszjlaw.com<br>(*Counsel for Creditors' Committee*) |
| Timothy J. Fox<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Email: timothy.fox@usdoj.gov<br>(*U.S. Trustee*) | Robert J. Feinstein<br>Alan J. Kornfeld<br>Theodore S. Heckel<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Email: rfeinstein@pszjlaw.com<br>akornfeld@pszjlaw.com<br>theckel@pszjlaw.com<br>(*Counsel for Creditors' Committee*) |

Gregg Bateman
Sagar Patel
Michael Danenberg
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Email: bateman@sewkis.com
patel@sewkis.com
danenberg@sewkis.com
(*Counsel for DIP Agent*)

Jayme Goldstein
Jeremy Evans
Isaac Sasson
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Email: jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com
(*Counsel for DIP Lenders and
Ad Hoc Group*)

Adam G. Landis
Matthew McGuire
Landis Rath & Cobb LLP
919 N. Market Street
Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com
mcguire@lrclaw.com
(*Counsel for DIP Lenders and
Ad Hoc Group*)

Jennifer Ezring
James Ktsanes
Andrew Sorkin
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Email: jennifer.ezring@lw.com
james.ktsanes@lw.com
andrew.sorkin@lw.com
(*Counsel to the ABL Lenders*)

Thomas Lauria
White & Case LLP
200 S. Biscayne Blvd
Miami, FL 33131
Email: tlauria@whitecase.com
(*Counsel to Second Lien Lenders
and HoldCo Lenders*)

Bojan Guzina
White & Case LLP
111 S. Wacker Drive, Suite 5100
Chicago, IL 60606
Email: bojan.guzina@whitecase.com
(*Counsel to Second Lien Lenders
and HoldCo Lenders*)

Don F. Oliver
Direct Fee Review LLC
24A Trolley Square, #1225
Wilmington, DE 19806
Email: dfr.dfo@gmail.com
(*Fee Examiner*)

/s/ *J. Cory Falgowski*
J. Cory Falgowski (No. 4546)