# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480-LSS |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Paul H. Aloe, Esq., of Kudman Trachten Aloe Posner LLP, 488 Madison Avenue, 23rd Floor, New York, New York 10022, to represent Brian Kahn and Lauren Kahn in the above-captioned cases.

Dated: May 6, 2025        By:    /s/ *Bruce W. McCullough*
                                                 Bruce W. McCullough (Bar No. 3112)
                                                 BODELL BOVE, LLC
                                                 1225 N. King Street, Suite 1000
                                                 Wilmington, Delaware 19801
                                                 Tel: (302) 655-6749
                                                 bmccullough@bodellbove.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York, New Jersey, and Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of the Court for District Court.

Dated: May 6, 2025        By:    /s/ *Paul H. Aloe*
                                                 Paul H. Aloe
                                                 KUDMAN TRACHTEN ALOE POSNER LLP
                                                 488 Madison Avenue, 23rd Floor
                                                 New York, New York 10022
                                                 Tel: (212) 868-1010
                                                 paloe@kudmanlaw.com

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.