# EXHIBIT "A"

| Sum of Lost Revenue | | | PO Date Cost | | Lost Revenue |
| Store Number | Turns | Vendor | 11/5/2024 | 11/18/2024 | |
|---|---|---|---|---|---|
| 523 | 3 | D&H DISTRIBUTING | $ 930.56 | | $ 2,791.68 |
| 523 | 3 | L2 | $ 438.00 | | $ 1,314.00 |
| 523 | 3 | O'ROURKE SALES COMPANY | $ 2,824.00 | | $ 8,472.00 |
| 523 | 5 | ASHLEY FURNITURE | $ 8,197.94 | | $ 40,989.70 |
| 523 | 5 | COASTER | $ 1,484.00 | $ 1,484.00 | $ - |
| 523 | 5 | CROWN MARK | $ 1,095.25 | | $ 5,476.25 |
| 523 | 5 | NEW CLASSIC HOME FURNISHINGS | $ 2,424.40 | | $ 12,122.00 |
| 523 | 5 | STEVE SILVER COMPANY | $ 856.80 | $ 856.80 | $ - |
| 524 | 3 | CLIMATIC | $ 4,338.00 | $ 4,338.00 | $ - |
| 524 | 3 | FLORIDA STATE GAMES 2 | $ 1,429.00 | $ 1,429.00 | $ - |
| 524 | 5 | ASHLEY FURNITURE | $ 4,004.39 | | $ 20,021.95 |
| 525 | 3 | LEOPARD MOBILITY | $ 487.00 | | $ 1,461.00 |
| 525 | 3 | WHIRLPOOL | $ 2,040.00 | | $ 6,120.00 |
| 525 | 5 | ASHLEY FURNITURE | $ 2,772.25 | | $ 13,861.25 |
| 525 | 5 | SEALY MATTRESS | $ 1,392.00 | | $ 6,960.00 |
| 527 | 3 | D&H DISTRIBUTING | $ 1,117.66 | | $ 3,352.98 |
| 527 | 3 | O'ROURKE SALES COMPANY | $ 1,266.00 | | $ 3,798.00 |
| 527 | 5 | ASHLEY FURNITURE | $ 5,605.17 | $ 974.96 | $ 23,151.05 |
| 528 | 5 | ASHLEY FURNITURE | $ 5,872.07 | | $ 29,360.35 |
| 528 | 5 | CROWN MARK | $ 1,676.28 | | $ 8,381.40 |
| 529 | 3 | CLIMATIC | $ 2,097.00 | $ 2,097.00 | $ - |
| 529 | 3 | GE APPLIANCES | $ 2,760.00 | | $ 8,280.00 |
| 529 | 3 | O'ROURKE SALES COMPANY | $ 2,334.00 | | $ 7,002.00 |
| 529 | 5 | ASHLEY FURNITURE | $ 4,371.63 | | $ 21,858.15 |
| 529 | 5 | SEALY MATTRESS | $ 1,757.00 | | $ 8,785.00 |
| 531 | 5 | ASHLEY FURNITURE | $ 4,931.77 | | $ 24,658.85 |
| 531 | 5 | CROWN MARK | $ 1,075.39 | | $ 5,376.95 |
| 531 | 5 | DALYN RUG COMPANY | $ 379.00 | $ 379.00 | $ - |
| 531 | 5 | DISCOVERY WORLD FURNITURE | $ 1,007.00 | | $ 5,035.00 |
| 531 | 5 | SEALY MATTRESS | $ 964.00 | | $ 4,820.00 |
| 531 | 5 | SOUTHERLAND INC | $ 2,348.00 | $ 752.00 | $ 7,980.00 |
| 533 | 3 | D&H DISTRIBUTING | $ 882.26 | | $ 2,646.78 |
| 533 | 3 | FLORIDA STATE GAMES 2 | $ 1,425.00 | | $ 4,275.00 |
| 533 | 3 | O'ROURKE SALES COMPANY | $ 2,932.00 | $ - | $ 8,796.00 |
| 533 | 3 | WHIRLPOOL | $ 2,040.00 | | $ 6,120.00 |
| 533 | 5 | ASHLEY FURNITURE | $ 5,658.88 | | $ 28,294.40 |
| 533 | 5 | CROWN MARK | $ 2,296.12 | | $ 11,480.60 |
| 533 | 5 | SOUTHERLAND INC | $ 1,708.00 | $ - | $ 8,540.00 |
| 534 | 3 | D&H DISTRIBUTING | $ 972.46 | | $ 2,917.38 |
| 534 | 3 | FLORIDA STATE GAMES 2 | $ 1,487.00 | | $ 4,461.00 |
| 534 | 3 | L2 | $ 648.00 | | $ 1,944.00 |
| 534 | 3 | WHIRLPOOL | $ 3,400.00 | | $ 10,200.00 |
| 534 | 5 | ASHLEY FURNITURE | $ 6,695.45 | | $ 33,477.25 |
| 534 | 5 | COASTER | $ 1,011.00 | $ 1,011.00 | $ - |
| 535 | 3 | D&H DISTRIBUTING | $ 4,310.62 | | $ 12,931.86 |

| | | | | | |
|---|---|---|---:|---:|---:|
| 535 | 3 | FLORIDA STATE GAMES 2 | $ 1,155.00 | | $ 3,465.00 |
| 535 | 3 | NEOLIVING | $ 3,117.00 | | $ 9,351.00 |
| 535 | 3 | WHIRLPOOL | $ 6,080.00 | | $ 18,240.00 |
| 535 | 5 | ASHLEY FURNITURE | $ 3,666.87 | | $ 18,334.35 |
| 535 | 5 | Corsicana | $ 1,995.00 | $ 1,995.00 | $ - |
| Grand Total | | | $ 125,756.22 | $ 15,316.76 | $ 466,904.18 |