# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FRANCHISE GROUP, INC., *et al.,* [1] | : | Case No. 24-12480 (LAS) |
| | : | (Jointly Administered) |
| | : | |
| | : | **Ref. Docket Nos. 1424** |

## CERTIFICATE OF SERVICE OF LIMITED OBJECTION OF A-TEAM LEASING, LLC TO EIGHTH AMENDED JOINT CHAPTER 11 PLAN OF FRANCHISE GROUP AND ITS DEBTOR AFFILIATES

I hereby certify that on this 7th day of May 2025, a true and correct copy of the Limited Objection of A-Team Leasing, LLC to the Eighth Amended Joint Chapter 11 Plan of Franchise Group and its Debtor Affiliates as served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system and to the persons listed on the attached sheet as indicated.

Dated: May 7, 2025

Respectfully submitted,

DUANE MORRIS LLP

*/s/ Lawrence J. Kotler*
Lawrence J. Kotler, Esquire
1201 N. Market Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 657-4950
E-mail: LJKotler@duanemorris.com

*Attorneys for A-Team Leasing, LLC*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VIM Holdings, LLC (1225), Freedom VIM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VIM Receivables, Inc. (0028), Freedom VIM Interco, Inc. (3661), Freedom VIM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FOFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newcomb Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newcomb S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newcomb, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newcomb V, LLC (9746), Franchise Group Intermediate BUFF, LLC (8260); Franchise Group Newcomb BUFF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newcomb PSP, LLC (2323), PSP Medco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newcomb, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Succor, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newcomb SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

DM3\11501970.1

**Via Electronic Mail**

Edmon L. Morton
Matthew B. Lunn
Allison S. Mielke
Shella Borovinskaya
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com
(*Counsel to the Debtor*)

Debra M. Sinclair
Matthew A. Feldman
Betsy L. Feldman
Joseph R. Brandt
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com
jbrandt@willkie.com
(*Counsel to the Debtor*)

Timothy J. Fox
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email: timothy.fox@usdoj.gov
(*U.S. Trustee*)

Joshua Sussberg
Nicole Greenblatt
Derek I. Hunter
Brian J. Nakhaimousa
Maddison Levine
Kirkland Ellis LLP
601 Lexinton Avenue
New York, NY 10022
Email: jsussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com
brian.nakhaimousa@kirkland.com
maddison.levine@kirkland.com
(*Counsel for the Debtors*)

Bradford J. Sandler
Colin R. Robinson
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
crobinson@pszjlaw.com
(*Counsel for Creditors' Committee*)

Robert J. Feinstein
Alan J. Kornfeld
Theodore S. Heckel
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Email: rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com
(*Counsel for Creditors' Committee*)

| | |
|---|---|
| Gregg Bateman<br>Sagar Patel<br>Michael Danenberg<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Email: bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br>(*Counsel for DIP Agent*) | Jennifer Ezring<br>James Ktsanes<br>Andrew Sorkin<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Email: jennifer.ezring@lw.com<br>james.ktsanes@lw.com<br>andrew.sorkin@lw.com<br>(*Counsel to the ABL Lenders*) |
| Jayme Goldstein<br>Jeremy Evans<br>Isaac Sasson<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com<br>(*Counsel for DIP Lenders and Ad Hoc Group*) | Thomas Lauria<br>White & Case LLP<br>200 S. Biscayne Blvd<br>Miami, FL 33131<br>Email: tlauria@whitecase.com<br>(*Counsel to Second Lien Lenders and HoldCo Lenders*) |
| | Bojan Guzina<br>White & Case LLP<br>111 S. Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Email: bojan.guzina@whitecase.com<br>(*Counsel to Second Lien Lenders and HoldCo Lenders*) |
| Adam G. Landis<br>Matthew McGuire<br>Landis Rath & Cobb LLP<br>919 N. Market Street<br>Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com<br>mcguire@lrclaw.com<br>(*Counsel for DIP Lenders and Ad Hoc Group*) | Don F. Oliver<br>Direct Fee Review LLC<br>24A Trolley Square, #1225<br>Wilmington, DE 19806<br>Email: dfr.dfo@gmail.com<br>(*Fee Examiner*) |