## CERTIFICATE OF SERVICE

I, Jeremy W. Ryan, do hereby certify that on May 7, 2025, a copy of the foregoing **Reservation of Rights of JPMorgan Chase Bank, N.A., as Prepetition ABL Agent with Respect to the Debtors' Eighth Amended Plan** was served on the parties on the attached service list via email or first-class mail.

/s/ Jeremy W. Ryan
Jeremy W. Ryan (No. 4057)

**SERVICE LIST**

| | |
|---|---|
| *Co-Counsel and Proposed Co-Counsel for the Debtors* <br><br> **Kirkland & Ellis LLP,** <br> Attn: Joshua . Sussberg, P.C. <br> Nicole Greenblatt P.C. <br> Derek I. Hunter <br> Brian J. Nakhaimousa <br> Maddison Levine <br> 604 Lexington Avenue <br> New York, NY 10022 <br> Email: jsussberg@kirkland.com <br> nicole.greenblatt@kirkland.com <br> derek.hunter@kirkland.com <br> brian.nakhaimousa@kirkland.com <br> maddison.levine@kirkland.com <br><br> **Via Email** | *Co-Counsel and Proposed Co-Counsel for the Debtors* <br><br> **Young Conaway Stargatt & Taylor, LLP** <br> Attn: Edmon L. Morton, Esq. <br> Matthew B. Lunn, Esq. <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Email: emorton@ycst.com <br> mlunn@ycst.com <br><br> **Via Email** |
| *Counsel to Creditor Committee* <br><br> **Pachulski Stang Ziehl & Jones LLP** <br> Attn: Bradford J. Sandler, Esq. <br> Colin R. Robinson, Esq. <br> 919 North Market Street <br> 17th Floor, PO BOX 8705 <br> Wilmington, DE 19899 <br> Email: bsandler@pszjlaw.com; <br> crobinson@pszjlaw.com <br><br> **Via Email** | *Counsel to Creditor Committee* <br><br> **Pachulski Stang Ziehl & Jones LLP** <br> Attn:  Robert J. Feinstein, Esq. <br> Alan J. Kornfeld, Esq. <br> Theodore S. Heckel, Esq. <br> 780 Third Avenue <br> 34th Floor <br> New York, NY 10017 <br> Email: rfeinstein@pszjlaw.com <br> akornfeld@pszjlaw.com <br> theckel@pszjlaw.com <br><br> **Via Email** |

| | |
|---|---|
| *The U.S. Trustee*<br><br>**The United States Trustee**<br>Attn: Timothy J. Fox, Esq.<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Email:  timothy.fox@usdoj.gov;<br><br>**Via Email** | *Counsel to DIP Lenders and Ad Hoc Group of First Lien Lenders*<br><br>**Paul Hastings LLP**<br>Attn: Jayme Goldstein, Esq.<br>Jeremy Evans, Esq.<br>Isaac Sasson, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Email: jaymegoldstein@paulhastings.com)<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com<br><br>**Via Email** |
| *Counsel to DIP Lenders and Ad Hoc Group of First Lien Lenders*<br><br>**Landis Rath & Cobb LLP**<br>Attn: Adam G. Landis, Esq.<br>Matthew McGuire, Esq.<br>919 N. Market Street<br>Suite 1800<br>Wilmington, DE 19317<br>Email: landis@lrclaw.com<br>mcguire@lrclaw.com<br><br>**Via Email** | *Counsel to ABL Lenders*<br><br>**Latham & Watkins LLP**<br>Attn: Jennifer Ezring, Esq.<br>James Ktsanes, Esq.<br>Andrew Sorkin, Esq.<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Email: Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com<br><br>**Via Email** |
| *Counsel to the Second Lien Term Loan Lenders*<br><br>**White & Case LLP**<br>Attn: Thomas Lauria, Esq.<br>200 S Biscayne Blvd,<br>Miami, FL 33131<br>Email: tlauria@whitecase.com<br><br>**Via Email** | *Counsel to the Second Lien Term Loan Lenders*<br><br>**White & Case LLP**<br>Attn: Andrew Zatz, Esq.<br>1221 Avenue of the Americas,<br>New York, NY 10020<br>Email: andrew.zatz@whitecase.com<br><br>**Via Email** |

| | |
|---|---|
| *Counsel to the HoldCo Lenders*<br><br>**White & Case LLP**<br>Attn: Thomas Lauria, Esq.<br>200 S Biscayne Blvd,<br>Miami, FL 33131<br>Email: tlauria@whitecase.com<br><br>**Via Email** | *Counsel to the HoldCo Lenders*<br><br>**White & Case LLP**<br>Attn: Andrew Zatz, Esq.<br>1221 Avenue of the Americas,<br>New York, NY 10020<br>Email: andrew.zatz@whitecase.com<br><br>**Via Email** |
| *Counsel to DIP Agent*<br><br>Seward & Kissel LLP,<br>Attn: Gregg Bateman, Esq.<br>Sagar Patel, Esq.<br>Michael Danenberg, Esq.<br>One Battery Park Plaza<br>New York, NY 10004<br>Email: bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br><br>**Via Email** | |