**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480-LSS |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David N. Saponara, Esq., of Kudman Trachten Aloe Posner LLP, 488 Madison Avenue, 23rd Floor, New York, New York 10022, to represent Brian Kahn and Lauren Kahn in the above-captioned cases.

Dated: May 6, 2025   By:   /s/ *Bruce W. McCullough*
Bruce W. McCullough (Bar No. 3112)
BODELL BOVE, LLC
1225 N. King Street, Suite 1000
Wilmington, Delaware 19801
Tel: (302) 655-6749
bmccullough@bodellbove.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of the Court for District Court.

Dated: May 6, 2025   By:   /s/ *David N. Saponara*
David N. Saponara
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue, 23rd Floor
New York, New York 10022
Tel: (212) 868-1010
dsaponara@kudmanlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: May 7th, 2025
Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**