**CERTIFICATE OF SERVICE**

  I, Lisa Bittle Tancredi, do herby certify that on May 7, 2025, I caused a true and correct copy of the *Objection of Buddy Mac Holdings, LLC and Affiliates to (I) Confirmation of Chapter 11 Plan, (II) Adequate Assurance of Future Performance, (III) Proposed Rejection of Contracts and Leases, and (IV) Reservation of Rights* to be electronically filed and served via CM/ECF upon all parties authorized to receive electronic notice in this matter, and on the parties listed in the attached service list via Electronic Mail.

              */s/ Lisa Bittle Tancredi*
              Lisa Bittle Tancredi (DE Bar No. 4657)

# EXHIBIT A

## Service List

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Edmon L. Morton<br>Matthew B. Lum<br>Allison S. Mielke<br>Shella Borovinskaya<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com<br><br>*Co-Counsel to Debtors and Debtors in Possession* | **KIRKLAND AND ELLIS LLP**<br>Joshua Sussberg<br>Nicole Greenblatt<br>Derek I. Hunter<br>Brian J. Nakhaimousa<br>Maddison Levine<br>601 Lexington Avenue<br>New York, NY 10022<br>jsussberg@kirkland.com<br>Nicole.greenblatt@kirkland.com<br>Derek.hunter@kirkland.com<br>Brian.nakhaimousa@kirkland.com<br>Maddison.levine@kirkkland.com<br><br>*Co-Counsel to Debtors and Debtors in Possession* |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Bradford J. Sandler<br>Colin R. Robinson<br>919 North Market Street,<br>17th Floor<br>Wilmington, DE 19801<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel for the Creditor Committee* | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Robert J. Feinstein<br>Theodore S. Heckel<br>Alan J. Kornfeld<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>theckel@pszjlaw.com<br>akornfeld@pszjlaw.com<br><br>*Counsel to the Committee* |
| **OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**<br>Timothy Jay Fox, Jr.<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Email: timothy.fox@usdoj.gov<br><br>*U.S. Trustee* | **SEWARD & KISSEL LLP**<br>Gregg Bateman<br>Sagar Patel<br>Michael Danenberg<br>One Battery Park Plaza<br>New York, NY 10004<br>bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br><br>*Counsel to the DIP Agent* |
| | |

WBD (US) 4929-5947-6800v1

| | |
|---|---|
| **POTTER ANDERSON & CORROON**<br>Brett Michael Haywood<br>Jeremy W. Ryan<br>Ethan H. Sulik<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>bhaywood@potteranderson.com<br>jryan@potteranderson.com<br>esulik@potteranderson.com<br><br>*Counsel to Prepetition ABL Agent and Prepetition ABL Lender* | **LATHAM & WATKINS LLP**<br>Jennifer Ezring<br>James Ktsanes<br>Andrew Sorkin<br>1271 Avenue of the Americas<br>New York, NY 10020<br>jennifer.ezring@lw.com<br>james.ktsanes@lw.com<br>andrew.sorkin@lw.com<br><br>*Counsel to the Prepetition ABL Agent and Prepetition ABL Lender* |
| **LANDIS RATH & COBB LLP**<br>Adam G. Landis<br>Matthew McGuire<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19317<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br><br>*Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders* | **PAUL HASTINGS LLP**<br>Jayme Goldstein<br>Jeremy Evans<br>Isaac Sasson<br>200 Park Avenue<br>New York, NY 10166<br>jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com<br><br>*Counsel to the DIP Lenders and Ad Hoc Group of First Lien Secured Lenders* |
| **WHITE & CASE LLP**<br>Thomas E. Lauria (admitted *pro hac vice)*<br>Southeast Financial Center<br>200 S. Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>tlauria@whitecase.com<br><br>*Counsel to Second Lien Secured Parties and HoldCo Lenders* | **FARNAN LLP**<br>Brian E. Farnan<br>Michael J. Farnan<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Ad Hoc Group of Freedom Lenders* |
| **WHITE & CASE LLP**<br>Brett Bakemeyer (admitted *pro hac vice*)<br>Samuel Paul Hershey (admitted *pro hac vice*)<br>J. Christopher Shore (admitted *pro hac vice*)<br>Erin Smith (admitted *pro hac vice*)<br>Colin T. West (admitted *pro hac vice*)<br>Andrew T. Zatz (admitted *pro hac vice*)<br>1221 Avenue of Americas<br>New York, NY 10020<br>brett.bakemeyer@whitecase.com | |

| | |
|---|---|
| sam.hershey@whitecase.com <br> cshore@whitecase.com <br> erin.smith@whitecase.com <br> cwest@whitecase.com <br> azatz@whitecase.com <br><br> *Ad Hoc Group of Freedom Lender* | |

**WBD (US) 4929-5947-6800v1**