# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC., *et al.*, | ) | Case No. 24-12480 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Jason D. Angelo, hereby certify that on May 7, 2025, I did cause the foregoing *Limited Objection and Reservation of Rights of STORE Master Fund IV, LLC to Eighth Amended Joint Chapter 11 Plan of Franchise Group Inc. and Its Debtor Affiliates* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record, and via Electronic Mail on the parties on the attached service list.

**REED SMITH LLP**

*/s/ Jason D. Angelo*
Jason D. Angelo (No. 6009)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile:  (302) 778-7575
Email:  jangelo@reedsmith.com

**SERVICE LIST**

| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Joshua A. Sussberg, P.C.<br>Nicole L. Greenblatt, P.C.<br>Derek I. Hunter<br>Brian J. Nakhaimousa<br>Maddison Levine<br>Email:  jsussberg@kirkland.com<br>           nicole.greenblatt@kirkland.com<br>           derek.hunter@kirkland.com<br>           brian.nakhaimousa@kirkland.com<br>           maddison.levine@kirkland.com<br><br>*Proposed Co-counsel for the Debtors*<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Attn: Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq.<br>Email:  emorton@ycst.com<br>           mlunn@ycst.com<br><br>*Co-counsel for the Debtors* | **PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor,<br>P.O. Box 8705,<br>Wilmington, DE 19899<br>Attn: Bradford J. Sandler, Esq.<br>Colin R. Robinson, Esq.<br>Email:  bsandler@pszjlaw.com<br>           crobinson@pszjlaw.com<br><br>-and-<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Attn: Robert J. Feinstein, Esq.<br>Alan J. Kornfeld, Esq.<br>Theodore S. Heckel, Esq.<br>Email:  rfeinstein@pszjlaw.com<br>           akornfeld@pszjlaw.com<br>           theckel@pszjlaw.com<br><br>*Counsel for the Creditors' Committee* |
| **SEWARD & KISSEL LLP**<br>One Battery Park Plaza,<br>New York, NY 10004,<br>Attn: Gregg Bateman, Esq.<br>Sagar Patel, Esq.<br>Michael Danenberg, Esq.<br>Email:  bateman@sewkis.com<br>           patel@sewkis.com<br>           danenberg@sewkis.com<br><br>*Counsel to the DIP Agent* | **OFFICE OF THE U.S. TRUSTEE**<br>J. Caleb Boggs Federal Building,<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Attn: Timothy J. Fox, Esq.<br>Email: timothy.fox@usdoj.gov |

| | |
|---|---|
| **LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020,<br>Attn: Jennifer Ezring, Esq.<br>James Ktsanes, Esq.<br>Andrew Sorkin, Esq.<br>Email: Jennifer.Ezring@lw.com<br>         James.Ktsanes@lw.com<br>         andrew.sorkin@lw.com<br><br>*Counsel to the ABL Lenders* | **PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Attn: Jayme Goldstein, Esq.<br>Jeremy Evans, Esq.<br>Isaac Sasson, Esq.<br>Email: jaymegoldstein@paulhastings.com<br>         jeremyevans@paulhastings.com<br>         isaacsasson@paulhastings.com<br><br>*Counsel to the DIP Lenders and Ad Hoc Group of First Lien Lenders* |
| **WHITE & CASE LLP**<br>200 S Biscayne Blvd<br>Miami, FL 33131<br>Attn: Thomas Lauria, Esq.<br>Email: tlauria@whitecase.com<br><br>-and-<br><br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas,<br>New York, NY 10020<br>Attn: Andrew Zatz, Esq.<br>Email: andrew.zatz@whitecase.com<br><br>*Counsel to the Second Lien Term Loan Lenders and HoldCo Lenders* | **LANDIS RATH & COBB LLP**<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19317<br>Attn: Adam G. Landis, Esq.<br>Matthew McGuire, Esq.<br>Email: landis@lrclaw.com<br>         mcguire@lrclaw.com<br><br>*Counsel to the DIP Lenders and Ad Hoc Group of First Lien Lenders* |