IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2025, a true and correct copy of the foregoing *Limited Objection of Certain Landlords to Confirmation of Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliates* was sent to the following as indicated:

### VIA E-MAIL ONLY

Joshua A. Sussberg, Esq.
Nicole L. Greenblatt, Esq.
Derek I. Hunter, Esq.
Brian J. Nakhaimousa, Esq.
Maddison Levine, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
jsussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com
brian.nakhaimousa@kirkland.com
maddison.levine@kirkland.com

Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor, LLP, Rodney Square,
1000 North King Street
Wilmington, DE 19801
emorton@ycst.com
mlunn@ycst.com

Timothy J. Fox, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
timothy.fox@usdoj.gov

Gregg Bateman, Esq.
Sagar Patel, Esq.
Michael Danenberg, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
bateman@sewkis.com
patel@sewkis.com
danenberg@sewkis.com

Jayme Goldstein, Esq.
Jeremy Evans, Esq.
Isaac Sasson, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com

Adam G. Landis, Esq.
Matthew McGuire, Esq.
Landis Rath & Cobb LLP
919 N. Market Street
Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com

Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

Thomas Lauria, Esq.
White & Case LLP
200 S Biscayne Blvd
Miami, FL 33131
tlauria@whitecase.com

Andrew Zatz, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
andrew.zatz@whitecase.com

Bojan Guzina, Esq.
White & Case LLP
111 S. Wacker Dr.
Suite 5100
Chicago, IL 60606
bojan.guzina@whitecase.com

Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
bsandler@pszjlaw.com
crobinson@pszjlaw.com

Robert J. Feinstein, Esq.
Alan J. Kornfeld, Esq.
Theodore S. Heckel, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

                                                LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                                                */s/ Susan E. Kaufman*
                                                Susan E. Kaufman, (DSB# 3381)
                                                919 North Market Street, Suite 460
                                                Wilmington, DE 19801
                                                (302) 472-7420
                                                (302) 792-7420 Fax
                                                skaufman@skaufmanlaw.com

Date: May 10, 2025