# **EXHIBIT 3**

LEGAL\77288276\4

| | |
|---|---|
| **From:** | Jessica Moy |
| **Subject:** | RE: Deregister second hand FortiGate 40F - Registered with Granite |
| **To:** | Chris Xiao |
| **Cc:** | Kennedy MacQueen; Joshua Ruby; SecurityEngineering; Mike Norton; Kayla Zbinden; Omkar Barve; Jessica Grueter; Premier40; Andrew Dion; Khristina Daille |
| **Sent:** | April 8, 2025 11:42 AM (UTC-04:00) |

Thank you Chris for the follow up, we will look out for UPS 1Z7X569X9007495338 to be received by our warehouse. Looks like it's due to arrive 4/10.



**Jessica Moy**
**Director of Premier Accounts**
**O:** 617-837-5589
**E:** JMoy@granitenet.com
**A:** 1 Heritage Dr, Quincy, MA 02171

24 / 7 / 365 Customer Service 866.847.5500

---

**From:** Chris Xiao <chrisxiao8@gmail.com>
**Sent:** Tuesday, April 8, 2025 11:13 AM
**To:** Jessica Moy <JMoy@granitenet.com>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Joshua Ruby <jruby@granitenet.com>; SecurityEngineering <SecurityEngineering@granitenet.com>; Mike Norton <MNorton@granitenet.com>; Kayla Zbinden <KZbinden@granitenet.com>; Omkar Barve <OBarve@granitenet.com>; Jessica Grueter <JGrueter@granitenet.com>; Premier40 <Premier40@granitenet.com>
**Subject:** Re: Deregister second hand FortiGate 40F - Registered with Granite

**i** **This message needs your attention**

- This is a personal email address.

Mark as Safe    Report this Email    *Powered by Mimecast*

Update - I dropped off the package with UPS yesterday and it's now in transit.

Chris


On Apr 3, 2025, at 2:51 PM, Jessica Moy <JMoy@granitenet.com> wrote:


Hi Chris,

My apologies for the delay, please see return label attached.

Service Ticket #5035316

Thank you.



**Jessica Moy**
**Director of Premier Accounts**
**O:** 617-837-5589
**E:** JMoy@granitenet.com
**A:** 1 Heritage Dr, Quincy, MA 02171



24 / 7 / 365 Customer Service 866.847.5500

**From:** Chris Xiao <chrisxiao8@gmail.com>
**Sent:** Thursday, April 3, 2025 3:23 PM
**To:** Jessica Moy <JMoy@granitenet.com>
**Cc:** Kennedy MacQueen <KPhillips@granitenet.com>; Joshua Ruby <jruby@granitenet.com>; SecurityEngineering <SecurityEngineering@granitenet.com>; Mike Norton <MNorton@granitenet.com>; Kayla Zbinden <KZbinden@granitenet.com>; Omkar Barve <OBarve@granitenet.com>; Jessica Grueter <JGrueter@granitenet.com>; Premier40 <Premier40@granitenet.com>
**Subject:** Re: Deregister second hand FortiGate 40F - Registered with Granite

Hi Jessica - following up here regarding the shipping label.

- Chris

On Apr 1, 2025, at 7:57 AM, Jessica Moy <JMoy@granitenet.com> wrote:

Good Morning Kennedy,

Return label has been requested, we'll send this over as soon as it's received.
Service Ticket #5035316

Thank you.



**Jessica Moy**
**Director of Premier Accounts**
**O:** 617-837-5589
**E:** JMoy@granitenet.com
**A:** 1 Heritage Dr, Quincy, MA 02171

24 / 7 / 365 Customer Service 866.847.5500

**From:** Kennedy MacQueen <KPhillips@granitenet.com>
**Sent:** Monday, March 31, 2025 5:07 PM
**To:** Chris Xiao <chrisxiao8@gmail.com>; Joshua Ruby <jruby@granitenet.com>; Jessica Moy <JMoy@granitenet.com>
**Cc:** SecurityEngineering <SecurityEngineering@granitenet.com>; Mike Norton <MNorton@granitenet.com>; Kayla Zbinden <KZbinden@granitenet.com>; Omkar Barve <OBarve@granitenet.com>; Jessica Grueter <JGrueter@granitenet.com>
**Subject:** Re: Deregister second hand FortiGate 40F - Registered with Granite

Thanks Chris. We appreciate your cooperation here.

@Jessica Moy - would you be able to please send Chris a shipping label?

Thanks and all the best,
Kennedy



**Kennedy MacQueen**
**Associate Corporate Counsel**
**O:** 857-403-3588
**E:** kphillips@granitenet.com
**A:** 1 Heritage Drive , Quincy, Massachusetts  02171

24 / 7 / 365 Customer Service 866.847.5500

**From:** Chris Xiao <chrisxiao8@gmail.com>
**Sent:** Monday, March 31, 2025 3:48 PM
**To:** Joshua Ruby <jruby@granitenet.com>
**Cc:** SecurityEngineering <SecurityEngineering@granitenet.com>; Kennedy MacQueen <KPhillips@granitenet.com>; Mike Norton <MNorton@granitenet.com>; Kayla Zbinden <KZbinden@granitenet.com>; Omkar Barve <OBarve@granitenet.com>; Jessica Grueter <JGrueter@granitenet.com>
**Subject:** Re: Deregister second hand FortiGate 40F - Registered with Granite

Update - eBay seller has issued a refund. Please send me a shipping label, and I'm happy to help return these FortiGates.

Chris

On Mar 31, 2025, at 1:10 PM, Chris Xiao <chrisxiao8@gmail.com> wrote:

Hi Josh,

Thanks for the information and apologies for the trouble! I'm happy to help return the equipment to your company, and I'll copy this email to the eBay seller for refund.

Best,
Chris

On Mar 31, 2025, at 9:59 AM, Joshua Ruby <jruby@granitenet.com> wrote:

Thank you for your email.  Please be advised that the Fortinet equipment you purchased is the property of Granite Telecommunications and was sold by a Granite customer in violation of that customer's contractual obligation to return the equipment.  We would be happy to send you a shipping label so that you may return the equipment to Granite, and we suggest that you contact the seller and/or eBay to demand a refund of the amounts you paid for this equipment.

Thanks again and best regards,
-Josh



**Joshua Ruby**
**General Counsel**
**O:** 857-374-5816
**E:** jruby@granitenet.com
**A:** 1 Heritage Drive, Quincy, Massachusetts 02171

   

24 / 7 / 365 Customer Service 866.847.5500

**From:** Chris Xiao
**Sent:**
**To:** SecurityEngineering
**Subject:** Re: Deregister second hand FortiGate 40F - Registered with Granite

Hello,

I've acquired 2 FortiGate 40F-3G4G firewalls from an eBay seller (who said they came from the liquidation of a retailer that went bankrupt). When I powered on both units, I see they're still registered with your company, and the licenses expired on 3/26/2025. Can you please decommission these units from your company's Fortinet account?

Here are the serial numbers (also see photos below):
- FG40FITK21008567
- FG40FITK21007419

<Outlook-1elogvrn.jpg>
<Outlook-cd35hl0v.jpg>

Thanks in advance!

Best,
Chris

**Joshua Ruby**

**General Counsel**
**O:** 857-374-5816
**E:** jruby@granitenet.com
**A:** 1 Heritage Drive , Quincy, Massachusetts 02171

   

24 / 7 / 365 Customer Service 866.847.5500

<mime-attachment>