# **EXHIBIT 4**

| | |
|---|---|
| **From:** | Jeff Castro - OnSite Global <jcastro@onsiteglobal.com> |
| **Sent:** | Saturday, May 10, 2025 11:31 AM |
| **To:** | fortiutp |
| **Subject:** | Fortigate 60F account transfer |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**This message needs your attention**

- This is their first email to your company.

Mark as Safe    Report this Email

Powered by Mimecast

Hello,

We just bought this fortigate 40F on ebay from you. Can you please transfer it to this account? info@onsiteglobal.com

FG40FITK21008031

Thanks!


Regards,

Jeff Castro
Regional Manager
OnSite Technology Group
Suite D-5, Plaza Progreso
Estados Unidos Avenue, Bávaro
Dominican Republic
Phone: +1.809.552.1188
Mobile: +1.809.847.4546
www.onsiteglobal.com

