## **Exhibit B**

**Report of Ballots Excluded from the Final Tabulation**

**Franchise Group, Inc., et al.**
**Exhibit B - Report of Ballots Excluded from Final Tabulation**

| Plan Class Number | Plan Class Name | Name of Holder | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 4 | Prepetition First Lien Loan Claims | JPMorgan Chase Bank, N.A. (US1L019291) | $8,019,889.73 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 4 | Prepetition First Lien Loan Claims | JPMorgan Chase Bank, N.A. (US1L019291) | $10,319,532.54 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 5 | Prepetition Second Lien Loan Claims | IRRADIANT SOLUTIONS MINI-MASTER FUND II, SCSP | $6,703,364.18 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 6 | OpCo Debtors General Unsecured Claims | AMAZON WEB SERVICES, INC. | $25,563.86 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | Battiste, Shaquetta | $3,200.00 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 6 | OpCo Debtors General Unsecured Claims | Central Hudson Gas & Electric | $1,086.92 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 6 | OpCo Debtors General Unsecured Claims | Charles, Jennifer | $1.00 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | Curtis, Kimberleigh | $548.98 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | DICKS ADVENTURE LLC | $2,000.00 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | Field Manufacturing Corporation | $3,130.40 | Accept | Ballot received after Extended Voting Deadline |
| 6 | OpCo Debtors General Unsecured Claims | FLC&W, LLC | $1,848,919.71 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 6 | OpCo Debtors General Unsecured Claims | Frazier, Cordell | $75,000.00 | Accept | Ballot did not contain a signature |
| 6 | OpCo Debtors General Unsecured Claims | GIUFFRE PROPERTY MANAGEMENT | $5,436.15 | Reject | Superseded by later received, valid ballot included in Final Tabulation |
| 6 | OpCo Debtors General Unsecured Claims | Granite Telecommunications LLC | $462.41 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | GRANITE TELECOMMUNICATIONS LLC | $232,338.16 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | Granite Telecommunications, LLC | $26.71 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | Granite Telecommunications, LLC | $26.71 | | Holder did not indicate vote to accept or reject the Plan; Ballot received after Extended Voting Deadline |
| 6 | OpCo Debtors General Unsecured Claims | Granite Telecommunications, LLC | $85,615.75 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | Granite Telecommunications, LLC | $32,143.47 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | Horton, Thomas | $25,000.00 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 6 | OpCo Debtors General Unsecured Claims | Horton, Thomas | $25,000.00 | Accept | Ballot received after Extended Voting Deadline |
| 6 | OpCo Debtors General Unsecured Claims | Horton, Thomas | $25,000.00 | Accept | Ballot received after Extended Voting Deadline |
| 6 | OpCo Debtors General Unsecured Claims | Howington, Shelly Faye | $11,000,000.00 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | LumiSource, LLC | $172,785.00 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 6 | OpCo Debtors General Unsecured Claims | Norris, Joyce | $1,500.00 | Accept | Ballot received after Extended Voting Deadline |
| 6 | OpCo Debtors General Unsecured Claims | Oxford Crossing LLC | $2,472.02 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | Pinchback, Barbra | $2,500.00 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | PP Gaston Mall LLC | $1,151.31 | Accept | Ballot did not contain a signature |
| 6 | OpCo Debtors General Unsecured Claims | Retail Data LLC | $2,967.25 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | RingCentral, Inc. | $24,700.15 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | RingCentral, Inc. | $2,006.13 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | Shillington Partners, LLC. | $1.00 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | Stevenson, Lasondra | $911.94 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 6 | OpCo Debtors General Unsecured Claims | Stevenson, Lasondra | $3,739.16 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 6 | OpCo Debtors General Unsecured Claims | Store Master Funding IV, LLC | $6,740.84 | Reject | Ballot received after Extended Voting Deadline |
| 6 | OpCo Debtors General Unsecured Claims | Store Master Funding IV, LLC | $6,834,490.73 | Reject | Ballot received after Extended Voting Deadline |
| 6 | OpCo Debtors General Unsecured Claims | Talal Maatouk (Entity Pending) | $50,000.00 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | Tempur Sealy International, Inc. | $330,407.00 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | Tempur Sealy International, Inc. | $330,407.00 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | Thompson, Carlson | $15,150.00 | | Holder did not indicate vote to accept or reject the Plan |
| 6 | OpCo Debtors General Unsecured Claims | WORKING CLASS CLEANERS INC | $90.00 | | Holder did not indicate vote to accept or reject the Plan; Ballot did not contain a signature |
| 6 | OpCo Debtors General Unsecured Claims | Working Class Cleaners Inc | $90.00 | | Holder did not indicate vote to accept or reject the Plan; Ballot did not contain a signature |
| 7 | Prepetition HoldCo Loan Claims | CO Finance II LVS II LLC | $64,738,006.07 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 7 | Prepetition HoldCo Loan Claims | CO Finance LVS XLI LLC | $142,423,613.34 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 7 | Prepetition HoldCo Loan Claims | HVS XXXIV LLC | $4,315,867.06 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 7 | Prepetition HoldCo Loan Claims | RSF XVIII LLC | $8,631,734.13 | Accept | Superseded by later received, valid ballot included in Final Tabulation |
| 11 | Existing TopCo Equity Interests | Andrew F. Kaminsky | $4,744.80 | Accept | Vote submitted in Class 11, which was subsequently rendered a non-voting Class pursuant to the Global Settlement; Insider vote |
| 11 | Existing TopCo Equity Interests | B. Riley Private Shares 2023-2 QC, LLC | $7,963.40 | Reject | Vote submitted in Class 11, which was subsequently rendered a non-voting Class pursuant to the Global Settlement |
| 11 | Existing TopCo Equity Interests | B. Riley Private Shares 2023-2 QP, LLC | $243,179.37 | Reject | Vote submitted in Class 11, which was subsequently rendered a non-voting Class pursuant to the Global Settlement |
| 11 | Existing TopCo Equity Interests | B. Riley Securities, Inc. | $64,644.21 | Reject | Vote submitted in Class 11, which was subsequently rendered a non-voting Class pursuant to the Global Settlement |
| 11 | Existing TopCo Equity Interests | K. Todd Evans | $1,279.47 | Accept | Vote submitted in Class 11, which was subsequently rendered a non-voting Class pursuant to the Global Settlement; Insider vote |
| 8-C | TopCo General Unsecured Claims | The Settlement-related Liquidating Trust 2022-23 | $300,000,000.00 | Accept | Vote submitted in Class 8-C, which was subsequently rendered a non-voting Class pursuant to the Global Settlement |