**Exhibit C**

**Opt-In Summary**

# Franchise Group, Inc., et al.
## Exhibit C - Report of Parties that Opted In to the Third-Party Release

| Plan Class | Plan Class Description | Name |
|---|---|---|
| 4 | Prepetition First Lien Loan Claims | 1828 CLO Ltd. |
| 6 | OpCo Debtors General Unsecured Claims | 4100 Tomlynn Street-Rebkee, LLC |
| 6 | OpCo Debtors General Unsecured Claims | 5737-5848 North Elizabeth Street Holdings, LLC |
| 6 | OpCo Debtors General Unsecured Claims | A-1 Printing LLC |
| 6 | OpCo Debtors General Unsecured Claims | A-1 PRINTING LLC |
| 6 | OpCo Debtors General Unsecured Claims | Advanced Business Solutions |
| 6 | OpCo Debtors General Unsecured Claims | Ahearn, Brian |
| 6 | OpCo Debtors General Unsecured Claims | AMAZON WEB SERVICES, INC. |
| 11 | Existing TopCo Equity Interests | Andrew F. Kaminsky |
| 6 | OpCo Debtors General Unsecured Claims | Architectural Graphics, Inc. |
| 4 | Prepetition First Lien Loan Claims | ARENA OPPORTUNITIES FUND, LP - SERIES 2 |
| 4 | Prepetition First Lien Loan Claims | ARENA OPPORTUNITIES FUND, LP - SERIES 2 |
| 4 | Prepetition First Lien Loan Claims | Arena Short Duration High Yield Fund LP - Series D |
| 4 | Prepetition First Lien Loan Claims | Arena Short Duration High Yield Fund LP - Series D |
| 4 | Prepetition First Lien Loan Claims | Arena Short Duration High Yield Fund LP - Series E |
| 4 | Prepetition First Lien Loan Claims | Arena Short Duration High Yield Fund LP - Series E |
| 4 | Prepetition First Lien Loan Claims | Arena Short Duration High Yield Fund LP - Series F |
| 4 | Prepetition First Lien Loan Claims | Arena Short Duration High Yield Fund LP - Series F |
| 4 | Prepetition First Lien Loan Claims | Arena Short Duration High Yield Fund, L.P, - Series A |
| 4 | Prepetition First Lien Loan Claims | Arena Short Duration High Yield Fund, L.P, - Series A |
| 4 | Prepetition First Lien Loan Claims | Arena Short Duration High Yield Fund, L.P. - Series C |
| 4 | Prepetition First Lien Loan Claims | Arena Short Duration High Yield Fund, L.P. - Series C |
| 4 | Prepetition First Lien Loan Claims | Arena Short Duration High Yield Fund, LP - Series B |
| 4 | Prepetition First Lien Loan Claims | Arena Short Duration High Yield Fund, LP - Series B |
| 4 | Prepetition First Lien Loan Claims | ARENA SHORT DURATION HIGH YIELD FUND, LP - SERIES G |
| 4 | Prepetition First Lien Loan Claims | ARENA SHORT DURATION HIGH YIELD FUND, LP - SERIES G |
| 4 | Prepetition First Lien Loan Claims | ARENA SHORT DURATION HIGH YIELD FUND, LP - SERIES H |
| 4 | Prepetition First Lien Loan Claims | ARENA SHORT DURATION HIGH YIELD FUND, LP - SERIES H |
| 4 | Prepetition First Lien Loan Claims | ARENA STRATEGIC INCOME FUND |
| 4 | Prepetition First Lien Loan Claims | Arena VII, LLC |
| 4 | Prepetition First Lien Loan Claims | Arena VII, LLC |
| 6 | OpCo Debtors General Unsecured Claims | Armor Security Inc. |
| 4 | Prepetition First Lien Loan Claims | Asga Pensionskasse Genossenschaft DBA Kolumban Alternative Investments - Loans |
| 4 | Prepetition First Lien Loan Claims | Asga Pensionskasse Genossenschaft DBA Kolumban Alternative Investments - Loans |
| 6 | OpCo Debtors General Unsecured Claims | Atieh, Mohamad |
| 4 | Prepetition First Lien Loan Claims | Atlantic Health System Inc. |
| 1 | Priority Non-Tax Claims | B.J. McCord D/B/A McCord Business Center |
| 6 | OpCo Debtors General Unsecured Claims | Baker Bunch Inc |
| 4 | Prepetition First Lien Loan Claims | Balboa Bay Loan Funding 2020-1 Ltd |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 14 Ltd |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 14 Ltd |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 15 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 15 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 16 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 17 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 18 Ltd |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 19 Ltd |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 20 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 20 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 2018-1 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 2019-1 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 2019-1 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 2019-2 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 2020-2 Ltd |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 21 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 23 Ltd |
| 4 | Prepetition First Lien Loan Claims | Ballyrock CLO 24 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Baloise Senior Secured Loan Fund III |
| 4 | Prepetition First Lien Loan Claims | Baloise Senior Secured Loan Fund III |
| 4 | Prepetition First Lien Loan Claims | Bandera Strategic Credit Partners II, L.P. |
| 4 | Prepetition First Lien Loan Claims | Bandera Strategic Credit Partners II, L.P. |
| 6 | OpCo Debtors General Unsecured Claims | BARNHART, REGINA |
| 6 | OpCo Debtors General Unsecured Claims | Battiste, Shaquetta |
| 1 | Priority Non-Tax Claims | Billy Jay McCord, B.J. McCord, DBA McCord Business Center |
| 4 | Prepetition First Lien Loan Claims | Blue Cross and Blue Shield of Florida Inc |
| 6 | OpCo Debtors General Unsecured Claims | Blue Yonder, Inc. |
| 3 | Prepetition ABL Loan Claims | BMO |
| 1 | Priority Non-Tax Claims | Brydson, Briana |
| 4 | Prepetition First Lien Loan Claims | BUMA-UNIVERSAL-FONDS CTA |
| 4 | Prepetition First Lien Loan Claims | BUMA-UNIVERSAL-FONDS CTA |

**Franchise Group, Inc., et al.**
**Exhibit C - Report of Parties that Opted In to the Third-Party Release**

| Plan Class | Plan Class Description | Name |
|---|---|---|
| 4 | Prepetition First Lien Loan Claims | Cardinal Fund, L.P. |
| 4 | Prepetition First Lien Loan Claims | CastleKnight Master Fund LP |
| 4 | Prepetition First Lien Loan Claims | CastleKnight Master Fund LP |
| 3 | Prepetition ABL Loan Claims | Citizens Bank |
| 6 | OpCo Debtors General Unsecured Claims | CITY OF GRAND JUNCTION |
| 6 | OpCo Debtors General Unsecured Claims | CITY OF WHEAT RIDGE |
| 6 | OpCo Debtors General Unsecured Claims | CJM Limited Liability Limited Partnership |
| 6 | OpCo Debtors General Unsecured Claims | Clearview Maintenance Corp |
| 5 | Prepetition Second Lien Loan Claims | CO Finance II LVS II LLC |
| 7 | Prepetition HoldCo Loan Claims | CO Finance II LVS II LLC |
| 5 | Prepetition Second Lien Loan Claims | CO Finance LVS XLI LLC |
| 7 | Prepetition HoldCo Loan Claims | CO Finance LVS XLI LLC |
| 1 and 2 | Priority Non-Tax Claims and Other Secured Claims | Cole, Jacarrio |
| 4 | Prepetition First Lien Loan Claims | comPlan DBA EAF comPlan II - Private Debt |
| 6 | OpCo Debtors General Unsecured Claims | Conley, Casey |
| 6 | OpCo Debtors General Unsecured Claims | Cotterman Company |
| 6 | OpCo Debtors General Unsecured Claims | Coyote Logistics, LLC |
| 4 | Prepetition First Lien Loan Claims | Credit Value Master Fund VII, L.P. DBA Credit Value Master Fund VII Subsidiary, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Credit Value Ontario Fund V Subsidiary, L.P. |
| 6 | OpCo Debtors General Unsecured Claims | Crest Properties, LLC |
| 6 | OpCo Debtors General Unsecured Claims | Crossroads Centre II, LLC |
| 6 | OpCo Debtors General Unsecured Claims | CUBISCAN, CUBISCAN INTEGRATION SERVICES |
| 2 | Other Secured Claims | Curtis, Kimberleigh |
| 6 | OpCo Debtors General Unsecured Claims | Curtis, Kimberleigh |
| 6 | OpCo Debtors General Unsecured Claims | Daniel Wagner Window Cleaning |
| 6 | OpCo Debtors General Unsecured Claims | Davis, Katherine Anne |
| 6 | OpCo Debtors General Unsecured Claims | DCI TECHNOLOGY SOLUTIONS LLC |
| 4 | Prepetition First Lien Loan Claims | Delaware Life Insurance Company |
| 6 | OpCo Debtors General Unsecured Claims | DICKS ADVENTURE LLC |
| 6 | OpCo Debtors General Unsecured Claims | Dixon, Raquel |
| 4 | Prepetition First Lien Loan Claims | DLHPII PRIVATE AND MIDDLE MARKET INVESTMENT HOLDINGS, LLC DBA GUGGENHEIM MM CLO 2024-7, LLC |
| 6 | OpCo Debtors General Unsecured Claims | Doctor's Best Inc. |
| 4 | Prepetition First Lien Loan Claims | Donald J. Puglisi d/b/a Shawnee 2024-1, LLC |
| 6 | OpCo Debtors General Unsecured Claims | E.W. Thompson INC |
| 6 | OpCo Debtors General Unsecured Claims | Easter, Lora |
| 6 | OpCo Debtors General Unsecured Claims | Elanco US Inc |
| 6 | OpCo Debtors General Unsecured Claims | EMCOR Services Fagan |
| 4 | Prepetition First Lien Loan Claims | Endurance Assurance Corporation - Guggenheim |
| 6 | OpCo Debtors General Unsecured Claims | Erie County Water Authority |
| 6 | OpCo Debtors General Unsecured Claims | ExchangeRight Value-Add Portfolio 1 DST |
| 4 | Prepetition First Lien Loan Claims | FIAM Floating Rate High Income Commingled Pool |
| 4 | Prepetition First Lien Loan Claims | FIAM Floating Rate High Income Commingled Pool |
| 4 | Prepetition First Lien Loan Claims | FIAM Leveraged Loan LP |
| 4 | Prepetition First Lien Loan Claims | Fidelity Advisor Series I: Fidelity Advisor Floating Rate High Income Fund |
| 4 | Prepetition First Lien Loan Claims | Fidelity Advisor Series I: Fidelity Advisor Floating Rate High Income Fund |
| 4 | Prepetition First Lien Loan Claims | Fidelity Floating Rate High Income Fund |
| 4 | Prepetition First Lien Loan Claims | Fidelity Floating Rate High Income Fund |
| 4 | Prepetition First Lien Loan Claims | Fidelity Floating Rate High Income Multi-Asset Base Fund |
| 4 | Prepetition First Lien Loan Claims | Fidelity Floating Rate High Income Multi-Asset Base Fund |
| 4 | Prepetition First Lien Loan Claims | Fidelity Inflation-Focused Fund |
| 4 | Prepetition First Lien Loan Claims | Fidelity Life Association A Legal Reserve Life Insurance Company |
| 4 | Prepetition First Lien Loan Claims | Fidelity Merrimack Street Trust: Fidelity Total Bond ETF |
| 4 | Prepetition First Lien Loan Claims | Fidelity Merrimack Street Trust: Fidelity Total Bond ETF |
| 4 | Prepetition First Lien Loan Claims | Fidelity Qualifying Investor Funds PLC |
| 4 | Prepetition First Lien Loan Claims | Fidelity Qualifying Investor Funds PLC |
| 4 | Prepetition First Lien Loan Claims | Fidelity Summer Street Trust: Fidelity Series Floating Rate High Income Fund |
| 4 | Prepetition First Lien Loan Claims | Fidelity Summer Street Trust: Fidelity Series Floating Rate High Income Fund |
| 4 | Prepetition First Lien Loan Claims | First Security Benefit Life Insurance and Annuity Company of New York |
| 6 | OpCo Debtors General Unsecured Claims | FLC&W, LLC |
| 4 | Prepetition First Lien Loan Claims | Florida Power & Light Company dba Florida Power & Light Company Qualified Decommissioning Trusts for Turkey Point and St Lucie Nuclear Plant |
| 4 | Prepetition First Lien Loan Claims | FORTIS-ARENA-UI-FONDS |
| 4 | Prepetition First Lien Loan Claims | FORTIS-ARENA-UI-FONDS |
| 4 | Prepetition First Lien Loan Claims | Fresno County Employees Retirement Association |
| 6 | OpCo Debtors General Unsecured Claims | Frye, Andrew |
| 6 | OpCo Debtors General Unsecured Claims | Full Swing Ventures, Inc. DBA Smash My Trash |
| 4 | Prepetition First Lien Loan Claims | G.A.S. (Cayman) Limited, Trustee for Rainier (Loan Fund), a Series Trust of Multi Strategy Umbrella Fund Cayman |
| 6 | OpCo Debtors General Unsecured Claims | Gaitway Plaza, LLC |

**Franchise Group, Inc., et al.**
**Exhibit C - Report of Parties that Opted In to the Third-Party Release**

| Plan Class | Plan Class Description | Name |
|---|---|---|
| 6 | OpCo Debtors General Unsecured Claims | GIGLIOTTI HOLDINGS LP |
| 6 | OpCo Debtors General Unsecured Claims | GKI Industrial Dallas, LLC |
| 6 | OpCo Debtors General Unsecured Claims | Glassburn, Kathy |
| 4 | Prepetition First Lien Loan Claims | Gleaner Life Insurance Society |
| 4 | Prepetition First Lien Loan Claims | GPIM Route Bond Fund |
| 6 | OpCo Debtors General Unsecured Claims | Granite Telecommunications LLC |
| 6 | OpCo Debtors General Unsecured Claims | GRANITE TELECOMMUNICATIONS LLC |
| 6 | OpCo Debtors General Unsecured Claims | Granite Telecommunications, LLC |
| 6 | OpCo Debtors General Unsecured Claims | Granite Telecommunications, LLC |
| 6 | OpCo Debtors General Unsecured Claims | Granite Telecommunications, LLC |
| 6 | OpCo Debtors General Unsecured Claims | Granite Telecommunications, LLC |
| 4 | Prepetition First Lien Loan Claims | Guggenheim Active Allocation Fund |
| 4 | Prepetition First Lien Loan Claims | Guggenheim CLO 2019-1 Ltd |
| 4 | Prepetition First Lien Loan Claims | Guggenheim CLO 2020-1, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Guggenheim Funds Trust - Guggenheim Floating Rate Strategies Fund |
| 4 | Prepetition First Lien Loan Claims | Guggenheim Funds Trust - Guggenheim High Yield Fund |
| 4 | Prepetition First Lien Loan Claims | Guggenheim High-Yield Fund, LLC |
| 4 | Prepetition First Lien Loan Claims | Guggenheim Loan Master Fund, Ltd |
| 4 | Prepetition First Lien Loan Claims | Guggenheim MM CLO 2018-1 Ltd |
| 4 | Prepetition First Lien Loan Claims | Guggenheim MM CLO 2021-3 Ltd |
| 4 | Prepetition First Lien Loan Claims | Guggenheim MM CLO 2021-3 Ltd |
| 4 | Prepetition First Lien Loan Claims | Guggenheim MM CLO 2021-4, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Guggenheim MM CLO 2021-4, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Guggenheim Strategic Opportunities Fund |
| 4 | Prepetition First Lien Loan Claims | Guggenheim U.S. Loan Fund |
| 4 | Prepetition First Lien Loan Claims | Guggenheim Variable Funds Trust - Series F (Floating Rate Strategies Series) |
| 4 | Prepetition First Lien Loan Claims | Guggenheim Variable Funds Trust - Series P (High Yield Series) |
| 4 | Prepetition First Lien Loan Claims | Halcyon Loan Advisors Funding 2017-1 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Halcyon Loan Advisors Funding 2017-2 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Halcyon Loan Advisors Funding 2018-1 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Halcyon Loan Advisors Funding 2018-1 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Halcyon Loan Advisors Funding 2018-2 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Halcyon Loan Advisors Funding 2018-2 Ltd. |
| 6 | OpCo Debtors General Unsecured Claims | Hardaway, Stephanie Anderson |
| 6 | OpCo Debtors General Unsecured Claims | Hawatmeh (Entity Pending), Amer |
| 4 | Prepetition First Lien Loan Claims | HCA Inc. Master Retirement Trust |
| 4 | Prepetition First Lien Loan Claims | Health Care Service Corporation, A Mutual Legal Reserve Company |
| 6 | OpCo Debtors General Unsecured Claims | Health Food Company, Inc. |
| 4 | Prepetition First Lien Loan Claims | HORACE MANN LIFE INSURANCE COMPANY |
| 6 | OpCo Debtors General Unsecured Claims | Horton, Thomas |
| 4 | Prepetition First Lien Loan Claims | Hospitals Insurance Company, Inc. |
| 4 | Prepetition First Lien Loan Claims | Hospitals Insurance Company, Inc. |
| 6 | OpCo Debtors General Unsecured Claims | Hot Dish Advertising LLC |
| 6 | OpCo Debtors General Unsecured Claims | Hot Dish Advertising LLC |
| 4 | Prepetition First Lien Loan Claims | HP HIGH YIELD US |
| 4 | Prepetition First Lien Loan Claims | HP HIGH YIELD US |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 10-2016, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 10-2016, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 11-2017, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 11-2017, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 13-2018, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 13-2018, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 14-2019, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 14-2019, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 15-2019, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 15-2019, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 2013-2, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 2013-2, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 2021-16, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 2023-17, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 2023-18, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 3-2014 Ltd |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 4-2014, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 4-2014, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 5-2015, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Loan Management 5-2015, Ltd. |
| 4 | Prepetition First Lien Loan Claims | HPS Mauna Kea Fund, L.P. |
| 5 | Prepetition Second Lien Loan Claims | HVS XXXIV LLC |
| 7 | Prepetition HoldCo Loan Claims | HVS XXXIV LLC |
| 4 | Prepetition First Lien Loan Claims | I.A.M. National Pension Fund (Guggenheim) |

**Franchise Group, Inc., et al.**
**Exhibit C - Report of Parties that Opted In to the Third-Party Release**

| Plan Class | Plan Class Description | Name |
|---|---|---|
| 5 | Prepetition Second Lien Loan Claims | IFRG Investors II, L.P. |
| 7 | Prepetition HoldCo Loan Claims | IFRG Investors II, L.P. |
| 5 | Prepetition Second Lien Loan Claims | IFRG Investors III, L.P. |
| 7 | Prepetition HoldCo Loan Claims | IFRG Investors III, L.P. |
| 4 | Prepetition First Lien Loan Claims | INKA for account of beTurn |
| 4 | Prepetition First Lien Loan Claims | INKA for account of beTurn |
| 4 | Prepetition First Lien Loan Claims | Institutional Credit Master Fund, L.P. dba Institutional Credit Fund Subsidiary, L.P. |
| 4 | Prepetition First Lien Loan Claims | Investors Heritage Life Insurance Company |
| 5 | Prepetition Second Lien Loan Claims | Irradiant Solutions Fund II, L.P. |
| 7 | Prepetition HoldCo Loan Claims | Irradiant Solutions Fund II, L.P. |
| 5 | Prepetition Second Lien Loan Claims | IRRADIANT SOLUTIONS FUND, L.P. |
| 7 | Prepetition HoldCo Loan Claims | IRRADIANT SOLUTIONS FUND, L.P. |
| 5 | Prepetition Second Lien Loan Claims | IRRADIANT SOLUTIONS MINI-MASTER FUND II, SCSP |
| 7 | Prepetition HoldCo Loan Claims | IRRADIANT SOLUTIONS MINI-MASTER FUND II, SCSP |
| 5 | Prepetition Second Lien Loan Claims | Irradiant Solutions Mini-Master Fund, L.P. |
| 7 | Prepetition HoldCo Loan Claims | Irradiant Solutions Mini-Master Fund, L.P. |
| 6 | OpCo Debtors General Unsecured Claims | Isatori, Inc. |
| 6 | OpCo Debtors General Unsecured Claims | Jackson Furniture Industries |
| 4 | Prepetition First Lien Loan Claims | JNL Multi-Manager Floating Rate Income Fund |
| 4 | Prepetition First Lien Loan Claims | JNL/Fidelity Institutional Asset Management Total Bond Fund |
| 4 | Prepetition First Lien Loan Claims | JNL/Fidelity Institutional Asset Management Total Bond Fund |
| 3 | Prepetition ABL Loan Claims | JPMorgan Chase Bank, N.A. |
| 4 | Prepetition First Lien Loan Claims | JPMorgan Chase Bank, N.A. (US1L019291) |
| 4 | Prepetition First Lien Loan Claims | JPMorgan Chase Bank, N.A. (US1L019291) |
| 11 | Existing TopCo Equity Interests | K. Todd Evans |
| 6 | OpCo Debtors General Unsecured Claims | Katy Freeway Properties LLC |
| 6 | OpCo Debtors General Unsecured Claims | KELLY TOWNSHIP MUNICIPAL AUTHORITY |
| 6 | OpCo Debtors General Unsecured Claims | Kelmar Safety, Inc |
| 6 | OpCo Debtors General Unsecured Claims | Keown, Elizabeth Ann |
| 6 | OpCo Debtors General Unsecured Claims | Keystone Overhead Door, Inc. |
| 4 | Prepetition First Lien Loan Claims | KIM Global KPI Guggenheim Professional Private Trust |
| 6 | OpCo Debtors General Unsecured Claims | Knight, Charles |
| 6 | OpCo Debtors General Unsecured Claims | Korber Supply Chain US, Inc. |
| 6 | OpCo Debtors General Unsecured Claims | L.P., A MINOR CHILD |
| 6 | OpCo Debtors General Unsecured Claims | Labier, Albert |
| 6 | OpCo Debtors General Unsecured Claims | LANSING BOARD OF WATER AND LIGHT |
| 6 | OpCo Debtors General Unsecured Claims | LDC SilverTree, LLC |
| 6 | OpCo Debtors General Unsecured Claims | Lift Truck Sales & Service, Inc |
| 6 | OpCo Debtors General Unsecured Claims | LIFT TRUCK SALES & SERVICE, INC |
| 6 | OpCo Debtors General Unsecured Claims | LumiSource, LLC |
| 6 | OpCo Debtors General Unsecured Claims | M3 Ventures, LLC |
| 6 | OpCo Debtors General Unsecured Claims | M3 Ventures, LLC |
| 6 | OpCo Debtors General Unsecured Claims | Mahr, Kriston David |
| 6 | OpCo Debtors General Unsecured Claims | Mayewski, Nicole |
| 6 | OpCo Debtors General Unsecured Claims | McCord Business Center |
| 6 | OpCo Debtors General Unsecured Claims | McCord Business Center |
| 1 | Priority Non-Tax Claims | McCoy, Elijah J. |
| 1 | Priority Non-Tax Claims | McCoy-Thomas, Elijah J |
| 6 | OpCo Debtors General Unsecured Claims | MCDANIEL, DORMAREO |
| 1 | Priority Non-Tax Claims | McDuffy, Rene |
| 6 | OpCo Debtors General Unsecured Claims | MEL Indiana, LLC |
| 4 | Prepetition First Lien Loan Claims | Midland National Life Insurance Company |
| 6 | OpCo Debtors General Unsecured Claims | Miller, Dustin Michael |
| 1 | Priority Non-Tax Claims | Minor, Demestra Denise |
| 4 | Prepetition First Lien Loan Claims | Mirae Asset KPS Gugg Priv Placed Invest Trust No. 1 |
| 4 | Prepetition First Lien Loan Claims | Mirae Asset KPS Gugg Priv Placed Invest Trust No. 1 |
| 6 | OpCo Debtors General Unsecured Claims | Mishawaka Utilities, IN |
| 6 | OpCo Debtors General Unsecured Claims | Mississippi Power Company |
| 1 | Priority Non-Tax Claims | MISTUR, CRAIG |
| 1 | Priority Non-Tax Claims | MOBLEY, CURTIS |
| 4 | Prepetition First Lien Loan Claims | Monroe Capital MML CLO XI, Ltd |
| 4 | Prepetition First Lien Loan Claims | Monroe Capital MML CLO XII, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Monroe Private Credit Fund A LP |
| 4 | Prepetition First Lien Loan Claims | MP 2019 PGU Holdings, L.P. |
| 6 | OpCo Debtors General Unsecured Claims | MUNICIPAL SERVICES COMMISSION OF THE CITY OF NEW CASTLE, DE |
| 4 | Prepetition First Lien Loan Claims | National Teachers Associates Life Insurance Company |
| 6 | OpCo Debtors General Unsecured Claims | NNN REIT, LP |
| 6 | OpCo Debtors General Unsecured Claims | NORMANDY STATION INC |
| 6 | OpCo Debtors General Unsecured Claims | Norris, Joyce |
| 4 | Prepetition First Lien Loan Claims | North American Company for Life and Health Insurance |

**Franchise Group, Inc., et al.**
**Exhibit C - Report of Parties that Opted In to the Third-Party Release**

| Plan Class | Plan Class Description | Name |
|---|---|---|
| 4 | Prepetition First Lien Loan Claims | OAKTREE OPPS XII HOLDCO, L.P. |
| 4 | Prepetition First Lien Loan Claims | OAKTREE OPPS XII HOLDCO, L.P. |
| 4 | Prepetition First Lien Loan Claims | Octagon 51, Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon 52, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 52, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 53, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 54, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 54, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 55, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 55, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 56, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 56, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 57, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 58, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 58, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 59, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 59, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 60, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 60, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 61, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 62, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 62, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 64, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 64, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 66, Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon 66, Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon 67, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 68, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon 70 Alto, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Credit All Weather Income Fund, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Credit Opportunities Master Fund LP |
| 4 | Prepetition First Lien Loan Claims | Octagon High Income Master Fund Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon High Income Master Fund Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 18-R, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 18-R, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 20-R, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 26, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 26, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 27 Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 27 Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 28 Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 28 Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 29, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 29, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 30, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 31, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 32, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 34, LTD |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 35, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 36 Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 36 Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 37 Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 37 Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 38, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 38, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 39, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 39, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 40, Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 40, Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 41 Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 41 Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 42, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 42, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 43, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 43, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 44, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 44, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 45, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 45, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 46, Ltd. |

**Franchise Group, Inc., et al.**
**Exhibit C - Report of Parties that Opted In to the Third-Party Release**

| Plan Class | Plan Class Description | Name |
|---|---|---|
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 46, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 47, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 47, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 48, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 48, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 49, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 49, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 50, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners 50, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners XIV,Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners XV, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners XVI, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners XVI, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners XVII, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners XXI, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners XXI, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Investment Partners XXII, Ltd |
| 4 | Prepetition First Lien Loan Claims | Octagon Loan Funding, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Loan Funding, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Senior Secured Credit Master Fund, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Octagon Senior Secured Credit Master Fund, Ltd. |
| 6 | OpCo Debtors General Unsecured Claims | Oleinik Property Holding Co., LLC |
| 6 | OpCo Debtors General Unsecured Claims | Orion Group Helios Intermediate Co, LLC |
| 6 | OpCo Debtors General Unsecured Claims | ORION GROUP HELIOS INTERMEDIATE CO,LLC |
| 6 | OpCo Debtors General Unsecured Claims | Paper Strategies Inc |
| 6 | OpCo Debtors General Unsecured Claims | PAPER STRATEGIES, INC. |
| 6 | OpCo Debtors General Unsecured Claims | PAPER STRATEGIES, INC. |
| 4 | Prepetition First Lien Loan Claims | PDIF GCF CLO ISSUER 2022-1, LLC |
| 4 | Prepetition First Lien Loan Claims | PIMCO CLO OPPORTUNITIES FUND, L.P. |
| 4 | Prepetition First Lien Loan Claims | PIMCO Horseshoe Fund, LP |
| 4 | Prepetition First Lien Loan Claims | PIMCO Red Stick Fund, L.P. |
| 4 | Prepetition First Lien Loan Claims | PIMCO Tactical Opportunities Master Fund Ltd |
| 1 and 2 | Priority Non-Tax Claims and Other Secured Claims | Pinchback, Barbra |
| 1 and 2 | Priority Non-Tax Claims and Other Secured Claims | Pinchback, Barbra |
| 6 | OpCo Debtors General Unsecured Claims | Pinchback, Barbra |
| 6 | OpCo Debtors General Unsecured Claims | PINKNEY, GERALD |
| 6 | OpCo Debtors General Unsecured Claims | PINKNEY, LATRESE |
| 6 | OpCo Debtors General Unsecured Claims | Pointzes, Paulisha |
| 6 | OpCo Debtors General Unsecured Claims | PP Gaston Mall LLC |
| 6 | OpCo Debtors General Unsecured Claims | Prattville Water Works Board |
| 4 | Prepetition First Lien Loan Claims | Private Debt Investors Feeder, LLC |
| 4 | Prepetition First Lien Loan Claims | Puritan Life Insurance Compan of America |
| 6 | OpCo Debtors General Unsecured Claims | QUALITY PLUMBING INC |
| 6 | OpCo Debtors General Unsecured Claims | Ramsey, Barbara A |
| 6 | OpCo Debtors General Unsecured Claims | Randazzo, Kare Ann |
| 4 | Prepetition First Lien Loan Claims | RELIANCE STANDARD LIFE INSURANCE COMPANY |
| 6 | OpCo Debtors General Unsecured Claims | Riley, Mathew |
| 6 | OpCo Debtors General Unsecured Claims | RingCentral, Inc. |
| 6 | OpCo Debtors General Unsecured Claims | RingCentral, Inc. |
| 1 | Priority Non-Tax Claims | Robinson, Cheree |
| 1 | Priority Non-Tax Claims | Robinson, Cheree Jasmine |
| 6 | OpCo Debtors General Unsecured Claims | ROLL-A-SHADE |
| 5 | Prepetition Second Lien Loan Claims | RSF XVIII LLC |
| 7 | Prepetition HoldCo Loan Claims | RSF XVIII LLC |
| 1 | Priority Non-Tax Claims | Rushing, Lula |
| 1 | Priority Non-Tax Claims | Rushing, Sandra |
| 4 | Prepetition First Lien Loan Claims | Saratoga Investment Corp Senior Loan Fund 2022-1 Ltd. |
| 4 | Prepetition First Lien Loan Claims | Saratoga Investment Corp. d/b/a Saratoga Investment Corp. CLO 2013-1, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Saratoga Investment Corp. d/b/a Saratoga Investment Corp. CLO 2013-1, Ltd. |
| 6 | OpCo Debtors General Unsecured Claims | Schoch, Peter |
| 6 | OpCo Debtors General Unsecured Claims | SELBY, MICHAEL |
| 6 | OpCo Debtors General Unsecured Claims | Shanri Holdings Corp. |
| 6 | OpCo Debtors General Unsecured Claims | Shirazee, LLC Parviz and Maudie Samiee, Trustees |
| 6 | OpCo Debtors General Unsecured Claims | Smith, Michael |
| 4 | Prepetition First Lien Loan Claims | Somers Re Ltd. |
| 4 | Prepetition First Lien Loan Claims | Sonoma County Employees Retirement DBA Sonoma County Employees Retirement Association |
| 4 | Prepetition First Lien Loan Claims | South Carolina Retirement Systems Group Trust |
| 6 | OpCo Debtors General Unsecured Claims | SPS Properties LP |
| 6 | OpCo Debtors General Unsecured Claims | SSK Investments, Inc. |
| 4 | Prepetition First Lien Loan Claims | State of Wyoming |

**Franchise Group, Inc., et al.**
**Exhibit C - Report of Parties that Opted In to the Third-Party Release**

| Plan Class | Plan Class Description | Name |
|---|---|---|
| 4 | Prepetition First Lien Loan Claims | State of Wyoming |
| 4 | Prepetition First Lien Loan Claims | Strata CLO II, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Strata CLO II, Ltd. |
| 4 | Prepetition First Lien Loan Claims | T&D Funds - Arena Short Duration High Yield Fund |
| 4 | Prepetition First Lien Loan Claims | T&D Funds - Arena Short Duration High Yield Fund |
| 6 | OpCo Debtors General Unsecured Claims | TAMBA LEBBIE |
| 4 | Prepetition First Lien Loan Claims | TDC National Assurance Company |
| 4 | Prepetition First Lien Loan Claims | TDC National Assurance Company |
| 6 | OpCo Debtors General Unsecured Claims | Tempur Sealy International, Inc. |
| 6 | OpCo Debtors General Unsecured Claims | Tempur Sealy International, Inc. |
| 1 | Priority Non-Tax Claims | The CIT Group/Commercial Services, Inc. |
| 6 | OpCo Debtors General Unsecured Claims | The CIT Group/Commercial Services, Inc. |
| 6 | OpCo Debtors General Unsecured Claims | The CIT Group/Commercial Services, Inc. |
| 4 | Prepetition First Lien Loan Claims | The Doctors Company, an InterInsurance Exchange |
| 4 | Prepetition First Lien Loan Claims | The Doctors Company, an InterInsurance Exchange |
| 4 | Prepetition First Lien Loan Claims | Tralee CLO II Ltd |
| 4 | Prepetition First Lien Loan Claims | Tralee CLO IV, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Tralee CLO V, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Tralee CLO VI, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Tralee CLO VI, Ltd. |
| 4 | Prepetition First Lien Loan Claims | Tralee CLO VII Ltd |
| 4 | Prepetition First Lien Loan Claims | Tralee CLO VII Ltd |
| 4 | Prepetition First Lien Loan Claims | USFL LIFE RE COMPANY |
| 4 | Prepetition First Lien Loan Claims | Variable Insurance Products Fund: Floating Rate High Income Portfolio |
| 4 | Prepetition First Lien Loan Claims | Variable Insurance Products Fund: Floating Rate High Income Portfolio |
| 4 | Prepetition First Lien Loan Claims | Venture 28A CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 28A CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 31 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 31 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 32 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 32 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 33 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 33 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 34 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 34 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 35 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 36 CLO Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 36 CLO Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 37 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 37 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 38 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 38 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 41 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 41 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 42 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 43 CLO Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 44 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 45 CLO, Ltd |
| 4 | Prepetition First Lien Loan Claims | Venture 46 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture 47 CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XIII CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XIII CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XIV CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XIV CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XIX CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XIX CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XV CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XVIII CLO Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XXII CLO Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XXIII CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XXIX CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XXIX CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XXVI CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XXVII CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XXVIII CLO, Limited |
| 4 | Prepetition First Lien Loan Claims | Venture XXX CLO, Limited |
| 6 | OpCo Debtors General Unsecured Claims | VOORHEES TOWNSHIP FIRE DEPARTMENT |
| 6 | OpCo Debtors General Unsecured Claims | Wallace, Kenneth James |
| 6 | OpCo Debtors General Unsecured Claims | Wallis, Ted William |
| 6 | OpCo Debtors General Unsecured Claims | Walt Whitman Road, LLC sucessor in interest to Gerald Kessler |

**Franchise Group, Inc., et al.**
**Exhibit C - Report of Parties that Opted In to the Third-Party Release**

| Plan Class | Plan Class Description | Name |
|---|---|---|
| 6 | OpCo Debtors General Unsecured Claims | WATER BOY INC |
| 6 | OpCo Debtors General Unsecured Claims | Westphal Leasing, LLC |
| 6 | OpCo Debtors General Unsecured Claims | Whirlpool Corporation |
| 6 | OpCo Debtors General Unsecured Claims | Whirlpool Corporation |
| 6 | OpCo Debtors General Unsecured Claims | Whitehall Crossing D, LLC |
| 6 | OpCo Debtors General Unsecured Claims | Williams, Jlan D |
| 4 | Prepetition First Lien Loan Claims | WILTON REASSURANCE COMPANY |
| 6 | OpCo Debtors General Unsecured Claims | WLM-CB LLC |
| 6 | OpCo Debtors General Unsecured Claims | WLM-CB LLC |
| 6 | OpCo Debtors General Unsecured Claims | WLM-CB LLC |
| 6 | OpCo Debtors General Unsecured Claims | WLM-CB LLC |
| 6 | OpCo Debtors General Unsecured Claims | WLM-CB LLC, a California limited liability company |
| 4 | Prepetition First Lien Loan Claims | Woodbridge Finance Corporation |
| 6 | OpCo Debtors General Unsecured Claims | WPG Wolf Ranch, LLC |
| 4 | Prepetition First Lien Loan Claims | XAI OCTAGON FLOATING RATE & ALTERNATIVE INCOME TRUST |
| 4 | Prepetition First Lien Loan Claims | XAI OCTAGON FLOATING RATE & ALTERNATIVE INCOME TRUST |
| 6 | OpCo Debtors General Unsecured Claims | XTglobal Inc |
| 4 | Prepetition First Lien Loan Claims | ZILUX FCP-SIF - ZILUX Senior Loans Global |
| 6 | OpCo Debtors General Unsecured Claims | Zimmerman, Anna |
| 4 | Prepetition First Lien Loan Claims | Zurich American Life Insurance Company FBO Zalico VL Series Account - 2 |