# **EXHIBIT 1**

| Landlord | Shopping Center | Location | Store No. | Debtors' Proposed Cure Amount | Landlord's Cure Amount | As of |
|---|---|---|---|---|---|---|
| **Inland Commercial Real Estate Services, LLC** | | | | | | |
| IREIT Pittsburgh Settlers Ridge, L.L.C. | Settlers Ridge | Pittsburgh, PA | 4647 | $0.00 | $2,425.63 | 5/13/2025 |
| **CRI New Albany Square LLC** | | | | | | |
| CRI New Albany Square LLC | New Albany Square Shopping Center | Gahanna, OH | 140 | $0.00 | $0.00 | 5/2/2025 |
| **Grove City Plaza L.P.** | | | | | | |
| Grove City Plaza L.P. | Grove City Plaza | Grove City, OH | 211 | $0.00 | $0.00 | 5/2/2025 |
| **Northridge Crossing L.P.** | | | | | | |
| Northridge Crossing L.P. | NorthRidge Crossing Shopping Center | Westerville, OH | 159 | $0.00 | $0.00 | 5/2/2025 |

5/13/2025 12:36 PM

## Lease Ledger

Date: 05/02/2025
Property: 75052
Tenant: t0626484 Pet Supplies Plus
From Date: 08/25/2011 To Date: 08/31/2028
Move In Date: 10/01/2015
Unit(S): 036

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 3/1/2022 | Water and Sewer - 11/19/21-12/15/21 | | 371.64 | 0.00 | 0.00 | C-13411477 | No |
| 3/23/2022 | Real Estate Tax True-Up REFUND (01/2020 - 12/2020) | | -361.93 | 0.00 | -361.93 | C-13569499 | No |
| 3/28/2022 | Chk# :ACH-562358 Pre-Authorized Payment | | 0.00 | 24,987.77 | -25,349.70 | R-7149099 | |
| 4/1/2022 | Service Fee - 12/21/21-01/22/22 | | 56.18 | 0.00 | -25,293.52 | C-13571427 | No |
| 4/1/2022 | Water and Sewer - 12/15/21-01/19/22 | | 374.56 | 0.00 | -24,918.96 | C-13571428 | No |
| 4/1/2022 | Base Rent - Commercial (04/2022) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | -11,025.63 | C-13575237 | No |
| 4/1/2022 | Fixed CAM Bill Code (04/2022) - CAMF-Central Energy Env | 036 | 2,230.51 | 0.00 | -8,795.12 | C-13575238 | No |
| 4/1/2022 | Fixed CAM Bill Code (04/2022) - Fixed CAM Bill Code | 036 | 2,970.29 | 0.00 | -5,824.83 | C-13575239 | No |
| 4/1/2022 | Real Estate Tax Escrow (04/2022) - Real Estate Tax Escrow | 036 | 5,824.83 | 0.00 | 0.00 | C-13575240 | No |
| 4/12/2022 | Real Estate Tax True-Up (01/2021 - 12/2021) | | -3,429.38 | 0.00 | -3,429.38 | C-13731099 | No |
| 4/28/2022 | Chk# :ACH-572551 Pre-Authorized Payment | | 0.00 | 21,963.96 | -25,393.34 | R-7212783 | |
| 5/1/2022 | Service Fee - 01/22/22-02/22/22 | | 61.88 | 0.00 | -25,331.46 | C-13741435 | No |
| 5/1/2022 | Water and Sewer - 01/19/22-02/16/22 | | 412.50 | 0.00 | -24,918.96 | C-13741436 | No |
| 5/1/2022 | Base Rent - Commercial (05/2022) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | -11,025.63 | C-13746618 | No |
| 5/1/2022 | Fixed CAM Bill Code (05/2022) - CAMF-Central Energy Env | 036 | 2,230.51 | 0.00 | -8,795.12 | C-13746619 | No |
| 5/1/2022 | Fixed CAM Bill Code (05/2022) - Fixed CAM Bill Code | 036 | 2,970.29 | 0.00 | -5,824.83 | C-13746620 | No |
| 5/1/2022 | Real Estate Tax Escrow (05/2022) - Real Estate Tax Escrow | 036 | 5,824.83 | 0.00 | 0.00 | C-13746621 | No |
| 5/25/2022 | Fixed CAM Bill Code - 3/22-5/22 CEE Catchup | | 1,015.89 | 0.00 | 1,015.89 | C-13912187 | No |
| 5/28/2022 | Chk# :ACH-582681 Pre-Authorized Payment | | 0.00 | 26,747.86 | -25,731.97 | R-7274982 | |
| 6/1/2022 | Service Fee - 02/21/22-03/25/22 | | 61.88 | 0.00 | -25,670.09 | C-13911611 | No |
| 6/1/2022 | Water and Sewer - 02/16/22-03/16/22 | | 412.50 | 0.00 | -25,257.59 | C-13911612 | No |
| 6/1/2022 | Base Rent - Commercial (06/2022) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | -11,364.26 | C-13914939 | No |
| 6/1/2022 | Fixed CAM Bill Code (06/2022) - Fixed CAM Bill Code | 036 | 2,970.29 | 0.00 | -8,393.97 | C-13914940 | No |
| 6/1/2022 | Fixed CAM Bill Code (06/2022) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | -5,824.83 | C-13914941 | No |
| 6/1/2022 | Real Estate Tax Escrow (06/2022) - Real Estate Tax Escrow | 036 | 5,824.83 | 0.00 | 0.00 | C-13914942 | No |
| 6/28/2022 | Chk# :ACH-592702 Pre-Authorized Payment | | 0.00 | 25,257.59 | -25,257.59 | R-7336876 | |
| 7/1/2022 | Base Rent - Commercial (07/2022) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | -11,364.26 | C-14086215 | No |
| 7/1/2022 | Fixed CAM Bill Code (07/2022) - Fixed CAM Bill Code | 036 | 2,970.29 | 0.00 | -8,393.97 | C-14086216 | No |
| 7/1/2022 | Fixed CAM Bill Code (07/2022) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | -5,824.83 | C-14086217 | No |
| 7/1/2022 | Real Estate Tax Escrow (07/2022) - Real Estate Tax Escrow | 036 | 5,824.83 | 0.00 | 0.00 | C-14086218 | No |
| 7/1/2022 | Service Fee - 03/25/22-04/29/22 | | 43.66 | 0.00 | 43.66 | C-14120403 | No |
| 7/1/2022 | Water and Sewer - 03/16/22-04/15/22 | | 291.09 | 0.00 | 334.75 | C-14120404 | No |
| 7/17/2022 | Chk# :ACH-WEB Online Payment - EFT Payment. Web - Tenant Services | | 0.00 | 334.75 | 0.00 | R-7390825 | |
| 7/28/2022 | Chk# :ACH-602906 Pre-Authorized Payment | | 0.00 | 25,618.53 | -25,618.53 | R-7401175 | |
| 8/1/2022 | Service Fee - 04/29/22-05/30/22 | | 47.08 | 0.00 | -25,571.45 | C-14262496 | No |
| 8/1/2022 | Water and Sewer - 04/15/22-05/13/22 | | 313.86 | 0.00 | -25,257.59 | C-14262497 | No |
| 8/1/2022 | Base Rent - Commercial (08/2022) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | -11,364.26 | C-14265943 | No |
| 8/1/2022 | Fixed CAM Bill Code (08/2022) - Fixed CAM Bill Code | 036 | 2,970.29 | 0.00 | -8,393.97 | C-14265944 | No |
| 8/1/2022 | Fixed CAM Bill Code (08/2022) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | -5,824.83 | C-14265945 | No |
| 8/1/2022 | Real Estate Tax Escrow (08/2022) - Real Estate Tax Escrow | 036 | 5,824.83 | 0.00 | 0.00 | C-14265946 | No |
| 8/4/2022 | Real Estate Tax Refund True-Up (01/2021 - 12/2021) | | -10.66 | 0.00 | -10.66 | C-14420470 | No |
| 8/28/2022 | Chk# :ACH-613196 Pre-Authorized Payment | | 0.00 | 25,695.13 | -25,705.79 | R-7459952 | |
| 9/1/2022 | Base Rent - Commercial (09/2022) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | -11,812.46 | C-14444762 | No |
| 9/1/2022 | Fixed CAM Bill Code (09/2022) - Fixed CAM Bill Code | 036 | 2,970.29 | 0.00 | -8,842.17 | C-14444763 | No |
| 9/1/2022 | Fixed CAM Bill Code (09/2022) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | -6,273.03 | C-14444764 | No |
| 9/1/2022 | Real Estate Tax Escrow (09/2022) - Real Estate Tax Escrow | 036 | 5,824.83 | 0.00 | -448.20 | C-14444765 | No |
| 9/1/2022 | Service Fee - 05/30/22-06/30/22 | | 58.46 | 0.00 | -389.74 | C-14446647 | No |
| 9/1/2022 | Water and Sewer - 05/13/22-06/15/22 | | 389.74 | 0.00 | 0.00 | C-14446648 | No |
| 9/28/2022 | Chk# :ACH-623375 Pre-Authorized Payment | | 0.00 | 25,705.79 | -25,705.79 | R-7521623 | |

5/13/2025 12:36 PM

## Lease Ledger

Date: 05/02/2025
Property: 75052
Tenant: t0626484 Pet Supplies Plus
From Date: 08/25/2011 To Date: 08/31/2028
Move In Date: 10/01/2015
Unit(S): 036

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 10/1/2022 | Service Fee - 06/30/22-08/01/22 | | 58.46 | 0.00 | -25,647.33 | C-14624390 | No |
| 10/1/2022 | Water and Sewer - 06/15/22-07/18/22 | | 389.74 | 0.00 | -25,257.59 | C-14624391 | No |
| 10/1/2022 | Base Rent - Commercial (10/2022) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | -11,364.26 | C-14627628 | No |
| 10/1/2022 | Fixed CAM Bill Code (10/2022) - Fixed CAM Bill Code | 036 | 2,970.29 | 0.00 | -8,393.97 | C-14627629 | No |
| 10/1/2022 | Fixed CAM Bill Code (10/2022) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | -5,824.83 | C-14627630 | No |
| 10/1/2022 | Real Estate Tax Escrow (10/2022) - Real Estate Tax Escrow | 036 | 5,824.83 | 0.00 | 0.00 | C-14627631 | No |
| 10/28/2022 | Chk# :ACH-633634 Pre-Authorized Payment | | 0.00 | 25,793.05 | -25,793.05 | R-7585160 | |
| 11/1/2022 | Base Rent - Commercial (11/2022) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | -11,899.72 | C-14805833 | No |
| 11/1/2022 | Fixed CAM Bill Code (11/2022) - Fixed CAM Bill Code | 036 | 2,970.29 | 0.00 | -8,929.43 | C-14805834 | No |
| 11/1/2022 | Fixed CAM Bill Code (11/2022) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | -6,360.29 | C-14805835 | No |
| 11/1/2022 | Real Estate Tax Escrow (11/2022) - Real Estate Tax Escrow | 036 | 5,824.83 | 0.00 | -535.46 | C-14805836 | No |
| 11/1/2022 | Service Fee - 08/01/22-09/01/22 | | 69.84 | 0.00 | -465.62 | C-14807737 | No |
| 11/1/2022 | Water and Sewer - 07/18/22-08/25/22 | | 465.62 | 0.00 | 0.00 | C-14807738 | No |
| 11/28/2022 | Chk# :ACH-643853 Pre-Authorized Payment | | 0.00 | 25,635.97 | -25,635.97 | R-7644754 | |
| 12/1/2022 | Base Rent - Commercial (12/2022) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | -11,742.64 | C-14987170 | No |
| 12/1/2022 | Fixed CAM Bill Code (12/2022) - Fixed CAM Bill Code | 036 | 2,970.29 | 0.00 | -8,772.35 | C-14987171 | No |
| 12/1/2022 | Fixed CAM Bill Code (12/2022) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | -6,203.21 | C-14987172 | No |
| 12/1/2022 | Real Estate Tax Escrow (12/2022) - Real Estate Tax Escrow | 036 | 5,824.83 | 0.00 | -378.38 | C-14987173 | No |
| 12/1/2022 | Service Fee - 09/01/22-10/03/22 | | 49.35 | 0.00 | -329.03 | C-14989053 | No |
| 12/1/2022 | Water and Sewer - 08/25/22-09/15/22 | | 329.03 | 0.00 | 0.00 | C-14989054 | No |
| 12/6/2022 | Real Estate Tax True-Up (01/2022 - 12/2022) | | -3,582.95 | 0.00 | -3,582.95 | C-15149617 | No |
| 1/1/2023 | Base Rent - Commercial (01/2023) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 10,310.38 | C-15166429 | No |
| 1/1/2023 | Fixed CAM Bill Code (01/2023) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | 12,879.52 | C-15166430 | No |
| 1/1/2023 | Fixed CAM Bill Code (01/2023) - Fixed CAM Bill Code | 036 | 3,118.81 | 0.00 | 15,998.33 | C-15166431 | No |
| 1/1/2023 | Real Estate Tax Escrow (01/2023) - Real Estate Tax Escrow | 036 | 5,526.00 | 0.00 | 21,524.33 | C-15166432 | No |
| 1/1/2023 | Service Fee - 10/03/22-11/01/22 | | 67.57 | 0.00 | 21,591.90 | C-15168801 | No |
| 1/1/2023 | Water and Sewer - 09/15/22-10/14/22 | | 450.44 | 0.00 | 22,042.34 | C-15168802 | No |
| 1/10/2023 | Chk# :ACH-WEB Online Payment - EFT Payment. Web - Tenant Services | | 0.00 | 22,042.34 | 0.00 | R-7762357 | |
| 2/1/2023 | Base Rent - Commercial (02/2023) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 13,893.33 | C-15362193 | No |
| 2/1/2023 | Fixed CAM Bill Code (02/2023) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | 16,462.47 | C-15362194 | No |
| 2/1/2023 | Fixed CAM Bill Code (02/2023) - Fixed CAM Bill Code | 036 | 3,118.81 | 0.00 | 19,581.28 | C-15362195 | No |
| 2/1/2023 | Real Estate Tax Escrow (02/2023) - Real Estate Tax Escrow | 036 | 5,526.00 | 0.00 | 25,107.28 | C-15362196 | No |
| 2/1/2023 | Service Fee - 11/01/22-12/04/22 | | 72.12 | 0.00 | 25,179.40 | C-15375758 | No |
| 2/1/2023 | Water and Sewer - 10/14/22-11/15/22 | | 480.80 | 0.00 | 25,660.20 | C-15375759 | No |
| 2/1/2023 | Chk# :ACH-665282 Pre-Authorized Payment | | 0.00 | 25,660.20 | 0.00 | R-7792924 | |
| 3/1/2023 | Base Rent - Commercial (03/2023) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 13,893.33 | C-15540733 | No |
| 3/1/2023 | Fixed CAM Bill Code (03/2023) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | 16,462.47 | C-15540734 | No |
| 3/1/2023 | Fixed CAM Bill Code (03/2023) - Fixed CAM Bill Code | 036 | 3,118.81 | 0.00 | 19,581.28 | C-15540735 | No |
| 3/1/2023 | Real Estate Tax Escrow (03/2023) - Real Estate Tax Escrow | 036 | 5,526.00 | 0.00 | 25,107.28 | C-15540736 | No |
| 3/1/2023 | Service Fee - 12/04/22-01/05/23 | | 73.26 | 0.00 | 25,180.54 | C-15543461 | No |
| 3/1/2023 | Water and Sewer - 11/15/22-12/15/22 | | 488.38 | 0.00 | 25,668.92 | C-15543462 | No |
| 3/1/2023 | Chk# :ACH-675501 Pre-Authorized Payment | | 0.00 | 25,668.92 | 0.00 | R-7851400 | |
| 4/1/2023 | Base Rent - Commercial (04/2023) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 13,893.33 | C-15744098 | No |
| 4/1/2023 | Fixed CAM Bill Code (04/2023) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | 16,462.47 | C-15744099 | No |
| 4/1/2023 | Fixed CAM Bill Code (04/2023) - Fixed CAM Bill Code | 036 | 3,118.81 | 0.00 | 19,581.28 | C-15744100 | No |
| 4/1/2023 | Real Estate Tax Escrow (04/2023) - Real Estate Tax Escrow | 036 | 5,526.00 | 0.00 | 25,107.28 | C-15744101 | No |
| 4/1/2023 | Service Fee - 01/05/23-02/01/23 | | 87.71 | 0.00 | 25,194.99 | C-15746176 | No |
| 4/1/2023 | Water and Sewer - 12/15/22-01/16/23 | | 584.70 | 0.00 | 25,779.69 | C-15746177 | No |
| 4/1/2023 | Chk# :ACH-686994 Pre-Authorized Payment | | 0.00 | 25,779.69 | 0.00 | R-7919820 | |

5/13/2025 12:36 PM

## Lease Ledger

Date: 05/02/2025
Property: 75052
Tenant: t0626484 Pet Supplies Plus
From Date: 08/25/2011 To Date: 08/31/2028
Move In Date: 10/01/2015
Unit(S): 036

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 5/1/2023 | Base Rent - Commercial (05/2023) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 13,893.33 | C-15925191 | No |
| 5/1/2023 | Fixed CAM Bill Code (05/2023) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | 16,462.47 | C-15925192 | No |
| 5/1/2023 | Fixed CAM Bill Code (05/2023) - Fixed CAM Bill Code | 036 | 3,118.81 | 0.00 | 19,581.28 | C-15925193 | No |
| 5/1/2023 | Real Estate Tax Escrow (05/2023) - Real Estate Tax Escrow | 036 | 5,526.00 | 0.00 | 25,107.28 | C-15925194 | No |
| 5/1/2023 | Service Fee - 02/01/23-02/28/23 | | 81.73 | 0.00 | 25,189.01 | C-15927527 | No |
| 5/1/2023 | Water and Sewer - 01/16/23-02/16/23 | | 544.84 | 0.00 | 25,733.85 | C-15927528 | No |
| 5/1/2023 | Chk# :ACH-697377 Pre-Authorized Payment | | 0.00 | 25,733.85 | 0.00 | R-7987803 | |
| 6/1/2023 | Base Rent - Commercial (06/2023) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 13,893.33 | C-16111160 | No |
| 6/1/2023 | Fixed CAM Bill Code (06/2023) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | 16,462.47 | C-16111161 | No |
| 6/1/2023 | Fixed CAM Bill Code (06/2023) - Fixed CAM Bill Code | 036 | 3,118.81 | 0.00 | 19,581.28 | C-16111162 | No |
| 6/1/2023 | Real Estate Tax Escrow (06/2023) - Real Estate Tax Escrow | 036 | 5,526.00 | 0.00 | 25,107.28 | C-16111163 | No |
| 6/1/2023 | Service Fee - 02/28/23-04/03/23 | | 75.75 | 0.00 | 25,183.03 | C-16122531 | No |
| 6/1/2023 | Water and Sewer - 02/16/23-03/15/23 | | 504.99 | 0.00 | 25,688.02 | C-16122532 | No |
| 6/1/2023 | Chk# :ACH-707792 Pre-Authorized Payment | | 0.00 | 25,688.02 | 0.00 | R-8054517 | |
| 7/1/2023 | Base Rent - Commercial (07/2023) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 13,893.33 | C-16295524 | No |
| 7/1/2023 | Fixed CAM Bill Code (07/2023) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | 16,462.47 | C-16295525 | No |
| 7/1/2023 | Fixed CAM Bill Code (07/2023) - Fixed CAM Bill Code | 036 | 3,118.81 | 0.00 | 19,581.28 | C-16295526 | No |
| 7/1/2023 | Real Estate Tax Escrow (07/2023) - Real Estate Tax Escrow | 036 | 5,526.00 | 0.00 | 25,107.28 | C-16295527 | No |
| 7/1/2023 | Service Fee - 04/03/23-05/03/23 | | 105.64 | 0.00 | 25,212.92 | C-16297704 | No |
| 7/1/2023 | Water and Sewer - 03/15/23-04/14/23 | | 704.26 | 0.00 | 25,917.18 | C-16297705 | No |
| 7/1/2023 | Chk# :ACH-718182 Pre-Authorized Payment | | 0.00 | 25,917.18 | 0.00 | R-8124937 | |
| 8/1/2023 | Service Fee - 05/03/23-05/30/23 | | 97.27 | 0.00 | 97.27 | C-16481758 | No |
| 8/1/2023 | Water and Sewer - 04/14/23-05/15/23 | | 648.46 | 0.00 | 745.73 | C-16481759 | No |
| 8/1/2023 | Base Rent - Commercial (08/2023) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 14,639.06 | C-16485573 | No |
| 8/1/2023 | Fixed CAM Bill Code (08/2023) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | 17,208.20 | C-16485574 | No |
| 8/1/2023 | Fixed CAM Bill Code (08/2023) - Fixed CAM Bill Code | 036 | 3,118.81 | 0.00 | 20,327.01 | C-16485575 | No |
| 8/1/2023 | Real Estate Tax Escrow (08/2023) - Real Estate Tax Escrow | 036 | 5,526.00 | 0.00 | 25,853.01 | C-16485576 | No |
| 8/1/2023 | Chk# :ACH-728559 Pre-Authorized Payment | | 0.00 | 25,853.01 | 0.00 | R-8190902 | |
| 9/1/2023 | Service Fee - 05/30/23-07/03/23 | | 70.97 | 0.00 | 70.97 | C-16671194 | No |
| 9/1/2023 | Water and Sewer - 05/15/23-06/15/23 | | 473.11 | 0.00 | 544.08 | C-16671195 | No |
| 9/1/2023 | Base Rent - Commercial (09/2023) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 14,437.41 | C-16674569 | No |
| 9/1/2023 | Fixed CAM Bill Code (09/2023) - CAMF-Central Energy Env | 036 | 2,569.14 | 0.00 | 17,006.55 | C-16674570 | No |
| 9/1/2023 | Fixed CAM Bill Code (09/2023) - Fixed CAM Bill Code | 036 | 3,118.81 | 0.00 | 20,125.36 | C-16674571 | No |
| 9/1/2023 | Real Estate Tax Escrow (09/2023) - Real Estate Tax Escrow | 036 | 5,526.00 | 0.00 | 25,651.36 | C-16674572 | No |
| 9/1/2023 | Fixed CAM Bill Code (03/2023) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 28,916.22 | C-16845724 | No |
| 9/1/2023 | Fixed CAM Bill Code (04/2023) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 32,181.08 | C-16845725 | No |
| 9/1/2023 | Fixed CAM Bill Code (05/2023) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 35,445.94 | C-16845726 | No |
| 9/1/2023 | Fixed CAM Bill Code (06/2023) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 38,710.80 | C-16845727 | No |
| 9/1/2023 | Fixed CAM Bill Code (07/2023) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 41,975.66 | C-16845728 | No |
| 9/1/2023 | Fixed CAM Bill Code (08/2023) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 45,240.52 | C-16845729 | No |
| 9/1/2023 | Fixed CAM Bill Code (09/2023) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 48,505.38 | C-16845730 | No |
| 9/1/2023 | Chk# :ACH-738964 Pre-Authorized Payment | | 0.00 | 25,651.36 | 22,854.02 | R-8258750 | |
| 9/7/2023 | Fixed CAM Bill Code - Reverse 3/23-9/23 CAMF CEE | | -17,983.98 | 0.00 | 4,870.04 | C-16845216 | No |
| 10/1/2023 | Base Rent - Commercial (10/2023) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 18,763.37 | C-16864856 | No |
| 10/1/2023 | Fixed CAM Bill Code (10/2023) - Fixed CAM Bill Code | 036 | 3,118.81 | 0.00 | 21,882.18 | C-16864857 | No |
| 10/1/2023 | Fixed CAM Bill Code (10/2023) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 25,147.04 | C-16864858 | No |
| 10/1/2023 | Real Estate Tax Escrow (10/2023) - Real Estate Tax Escrow | 036 | 5,526.00 | 0.00 | 30,673.04 | C-16864859 | No |
| 10/1/2023 | Service Fee - 07/03/23-08/03/23 | | 70.97 | 0.00 | 30,744.01 | C-16866603 | No |
| 10/1/2023 | Water and Sewer - 06/15/23-07/17/23 | | 473.11 | 0.00 | 31,217.12 | C-16866604 | No |

5/13/2025 12:36 PM

## Lease Ledger

Date: 05/02/2025
Property: 75052
Tenant: t0626484 Pet Supplies Plus
From Date: 08/25/2011 To Date: 08/31/2028
Move In Date: 10/01/2015
Unit(S): 036

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 10/1/2023 | Chk# :ACH-750158 Pre-Authorized Payment | | 0.00 | 31,217.12 | 0.00 | R-8331412 | |
| 11/1/2023 | Service Fee - 08/03/23-09/01/23 | | 68.58 | 0.00 | 68.58 | C-17049050 | No |
| 11/1/2023 | Water and Sewer - 07/17/23-08/15/23 | | 457.17 | 0.00 | 525.75 | C-17049051 | No |
| 11/1/2023 | Base Rent - Commercial (11/2023) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 14,419.08 | C-17052381 | No |
| 11/1/2023 | Fixed CAM Bill Code (11/2023) - Fixed CAM Bill Code | 036 | 3,118.81 | 0.00 | 17,537.89 | C-17052382 | No |
| 11/1/2023 | Fixed CAM Bill Code (11/2023) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 20,802.75 | C-17052383 | No |
| 11/1/2023 | Real Estate Tax Escrow (11/2023) - Real Estate Tax Escrow | 036 | 5,526.00 | 0.00 | 26,328.75 | C-17052384 | No |
| 11/1/2023 | Chk# :ACH-761285 Pre-Authorized Payment | | 0.00 | 26,328.75 | 0.00 | R-8396415 | |
| 12/1/2023 | Base Rent - Commercial (12/2023) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 13,893.33 | C-17239008 | No |
| 12/1/2023 | Fixed CAM Bill Code (12/2023) - Fixed CAM Bill Code | 036 | 3,118.81 | 0.00 | 17,012.14 | C-17239009 | No |
| 12/1/2023 | Fixed CAM Bill Code (12/2023) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 20,277.00 | C-17239010 | No |
| 12/1/2023 | Real Estate Tax Escrow (12/2023) - Real Estate Tax Escrow | 036 | 5,526.00 | 0.00 | 25,803.00 | C-17239011 | No |
| 12/1/2023 | Service Fee - 09/01/23-10/02/23 | | 78.14 | 0.00 | 25,881.14 | C-17242799 | No |
| 12/1/2023 | Water and Sewer - 08/15/23-09/18/23 | | 520.93 | 0.00 | 26,402.07 | C-17242800 | No |
| 12/1/2023 | Chk# :ACH-771725 Pre-Authorized Payment | | 0.00 | 26,402.07 | 0.00 | R-8461233 | |
| 12/21/2023 | Real Estate Tax True-Up (01/2023 - 12/2023) | | -27.53 | 0.00 | -27.53 | C-17413710 | No |
| 1/1/2024 | Service Fee - 10/02/23-11/01/23 | | 67.38 | 0.00 | 39.85 | C-17417328 | No |
| 1/1/2024 | Water and Sewer - 09/18/23-10/16/23 | | 449.19 | 0.00 | 489.04 | C-17417329 | No |
| 1/1/2024 | Base Rent - Commercial (01/2024) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 14,382.37 | C-17421001 | No |
| 1/1/2024 | Fixed CAM Bill Code (01/2024) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 17,647.23 | C-17421002 | No |
| 1/1/2024 | Fixed CAM Bill Code (01/2024) - Fixed CAM Bill Code | 036 | 3,274.75 | 0.00 | 20,921.98 | C-17421003 | No |
| 1/1/2024 | Real Estate Tax Escrow (01/2024) - Real Estate Tax Escrow | 036 | 5,523.00 | 0.00 | 26,444.98 | C-17421004 | No |
| 1/1/2024 | Chk# :ACH-782337 Pre-Authorized Payment | | 0.00 | 26,444.98 | 0.00 | R-8524986 | |
| 2/1/2024 | Service Fee - 11/01/23-12/04/23 | | 67.38 | 0.00 | 67.38 | C-17601632 | No |
| 2/1/2024 | Water and Sewer - 10/16/23-11/16/23 | | 449.19 | 0.00 | 516.57 | C-17601633 | No |
| 2/1/2024 | Base Rent - Commercial (02/2024) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 14,409.90 | C-17605161 | No |
| 2/1/2024 | Fixed CAM Bill Code (02/2024) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 17,674.76 | C-17605162 | No |
| 2/1/2024 | Fixed CAM Bill Code (02/2024) - Fixed CAM Bill Code | 036 | 3,274.75 | 0.00 | 20,949.51 | C-17605163 | No |
| 2/1/2024 | Real Estate Tax Escrow (02/2024) - Real Estate Tax Escrow | 036 | 5,523.00 | 0.00 | 26,472.51 | C-17605164 | No |
| 2/1/2024 | Chk# :ACH-793215 Pre-Authorized Payment | | 0.00 | 26,472.51 | 0.00 | R-8589646 | |
| 3/1/2024 | Service Fee - 12/04/23-01/03/24 | | 66.18 | 0.00 | 66.18 | C-17789630 | No |
| 3/1/2024 | Water and Sewer - 11/16/23-12/15/23 | | 441.22 | 0.00 | 507.40 | C-17789631 | No |
| 3/1/2024 | Base Rent - Commercial (03/2024) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 14,400.73 | C-17792741 | No |
| 3/1/2024 | Fixed CAM Bill Code (03/2024) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 17,665.59 | C-17792742 | No |
| 3/1/2024 | Fixed CAM Bill Code (03/2024) - Fixed CAM Bill Code | 036 | 3,274.75 | 0.00 | 20,940.34 | C-17792743 | No |
| 3/1/2024 | Real Estate Tax Escrow (03/2024) - Real Estate Tax Escrow | 036 | 5,523.00 | 0.00 | 26,463.34 | C-17792744 | No |
| 3/1/2024 | Chk# :ACH-803864 Pre-Authorized Payment | | 0.00 | 26,463.34 | 0.00 | R-8657320 | |
| 4/1/2024 | Service Fee - 01/03/24-02/05/24 | | 78.37 | 0.00 | 78.37 | C-17982099 | No |
| 4/1/2024 | Water and Sewer - 12/15/23-01/15/24 | | 522.46 | 0.00 | 600.83 | C-17982100 | No |
| 4/1/2024 | Base Rent - Commercial (04/2024) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 14,494.16 | C-17985313 | No |
| 4/1/2024 | Fixed CAM Bill Code (04/2024) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 17,759.02 | C-17985314 | No |
| 4/1/2024 | Fixed CAM Bill Code (04/2024) - Fixed CAM Bill Code | 036 | 3,274.75 | 0.00 | 21,033.77 | C-17985315 | No |
| 4/1/2024 | Real Estate Tax Escrow (04/2024) - Real Estate Tax Escrow | 036 | 5,523.00 | 0.00 | 26,556.77 | C-17985316 | No |
| 4/1/2024 | Chk# :ACH-814641 Pre-Authorized Payment | | 0.00 | 26,556.77 | 0.00 | R-8727903 | |
| 5/1/2024 | Service Fee - 02/05/24-03/04/24 | | 77.11 | 0.00 | 77.11 | C-18171418 | No |
| 5/1/2024 | Water and Sewer - 01/15/24-02/15/24 | | 514.07 | 0.00 | 591.18 | C-18171419 | No |
| 5/1/2024 | Base Rent - Commercial (05/2024) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 14,484.51 | C-18174497 | No |
| 5/1/2024 | Fixed CAM Bill Code (05/2024) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 17,749.37 | C-18174498 | No |
| 5/1/2024 | Fixed CAM Bill Code (05/2024) - Fixed CAM Bill Code | 036 | 3,274.75 | 0.00 | 21,024.12 | C-18174499 | No |

5/13/2025 12:36 PM

# Lease Ledger

Date: 05/02/2025
Property: 75052
Tenant: t0626484 Pet Supplies Plus
From Date: 08/25/2011  To Date: 08/31/2028
Move In Date: 10/01/2015
Unit(S): 036

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 5/1/2024 | Real Estate Tax Escrow (05/2024) - Real Estate Tax Escrow | 036 | 5,523.00 | 0.00 | 26,547.12 | C-18174500 | No |
| 5/1/2024 | Chk# :ACH-825320 Pre-Authorized Payment | | 0.00 | 26,547.12 | 0.00 | R-8794155 | |
| 6/1/2024 | Base Rent - Commercial (06/2024) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 13,893.33 | C-18363836 | No |
| 6/1/2024 | Fixed CAM Bill Code (06/2024) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 17,158.19 | C-18363837 | No |
| 6/1/2024 | Fixed CAM Bill Code (06/2024) - Fixed CAM Bill Code | 036 | 3,274.75 | 0.00 | 20,432.94 | C-18363838 | No |
| 6/1/2024 | Real Estate Tax Escrow (06/2024) - Real Estate Tax Escrow | 036 | 5,523.00 | 0.00 | 25,955.94 | C-18363839 | No |
| 6/1/2024 | Service Fee - 03/04/24-04/03/24 | | 77.11 | 0.00 | 26,033.05 | C-18366171 | No |
| 6/1/2024 | Water and Sewer - 02/15/24-03/15/24 | | 514.07 | 0.00 | 26,547.12 | C-18366172 | No |
| 6/1/2024 | Chk# :ACH-835975 Pre-Authorized Payment | | 0.00 | 26,547.12 | 0.00 | R-8859624 | |
| 7/1/2024 | Service Fee - 04/03/24-05/01/24 | | 90.94 | 0.00 | 90.94 | C-18558118 | No |
| 7/1/2024 | Water and Sewer - 03/15/24-04/18/24 | | 606.29 | 0.00 | 697.23 | C-18558119 | No |
| 7/1/2024 | Base Rent - Commercial (07/2024) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 14,590.56 | C-18561385 | No |
| 7/1/2024 | Fixed CAM Bill Code (07/2024) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 17,855.42 | C-18561386 | No |
| 7/1/2024 | Fixed CAM Bill Code (07/2024) - Fixed CAM Bill Code | 036 | 3,274.75 | 0.00 | 21,130.17 | C-18561387 | No |
| 7/1/2024 | Real Estate Tax Escrow (07/2024) - Real Estate Tax Escrow | 036 | 5,523.00 | 0.00 | 26,653.17 | C-18561388 | No |
| 7/1/2024 | Chk# :ACH-846521 Pre-Authorized Payment | | 0.00 | 26,653.17 | 0.00 | R-8926650 | |
| 8/1/2024 | Service Fee - 05/01/24-05/30/24 | | 82.14 | 0.00 | 82.14 | C-18755879 | No |
| 8/1/2024 | Water and Sewer - 04/18/24-05/15/24 | | 547.61 | 0.00 | 629.75 | C-18755880 | No |
| 8/1/2024 | Base Rent - Commercial (08/2024) - Base Rent - Retail | 036 | 13,893.33 | 0.00 | 14,523.08 | C-18762116 | No |
| 8/1/2024 | Fixed CAM Bill Code (08/2024) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 17,787.94 | C-18762117 | No |
| 8/1/2024 | Fixed CAM Bill Code (08/2024) - Fixed CAM Bill Code | 036 | 3,274.75 | 0.00 | 21,062.69 | C-18762118 | No |
| 8/1/2024 | Real Estate Tax Escrow (08/2024) - Real Estate Tax Escrow | 036 | 5,523.00 | 0.00 | 26,585.69 | C-18762119 | No |
| 8/5/2024 | Chk# 193713 :CHECKscan Payment | | 0.00 | 25,955.94 | 629.75 | R-9032963 | |
| 8/12/2024 | : ACA ctrl#21584 Chk#285832 | | 0.00 | 629.75 | 0.00 | R-9043258 | |
| 9/1/2024 | Service Fee - 05/30/24-07/01/24 | | 138.73 | 0.00 | 138.73 | C-18950317 | No |
| 9/1/2024 | Water and Sewer - 05/15/24-06/17/24 | | 924.87 | 0.00 | 1,063.60 | C-18950318 | No |
| 9/1/2024 | Base Rent - Commercial (09/2024) - Base Rent - Retail | 036 | 14,761.67 | 0.00 | 15,825.27 | C-18953658 | No |
| 9/1/2024 | Fixed CAM Bill Code (09/2024) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 19,090.13 | C-18953659 | No |
| 9/1/2024 | Fixed CAM Bill Code (09/2024) - Fixed CAM Bill Code | 036 | 3,274.75 | 0.00 | 22,364.88 | C-18953660 | No |
| 9/1/2024 | Real Estate Tax Escrow (09/2024) - Real Estate Tax Escrow | 036 | 5,523.00 | 0.00 | 27,887.88 | C-18953661 | No |
| 9/4/2024 | Chk# 194312 :CHECKscan Payment | | 0.00 | 26,824.28 | 1,063.60 | R-9110916 | |
| 9/24/2024 | : Auto Match: Apply remainder to charge code- ACA ctrl#22210 Chk#693716 | | 0.00 | 1,063.60 | 0.00 | R-9138289 | |
| 9/30/2024 | Chk# 194881 :CHECKscan Payment | | 0.00 | 26,824.28 | -26,824.28 | R-9171098 | |
| 10/1/2024 | Base Rent - Commercial (10/2024) - Base Rent - Retail | 036 | 14,761.67 | 0.00 | -12,062.61 | C-19153083 | No |
| 10/1/2024 | Fixed CAM Bill Code (10/2024) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | -8,797.75 | C-19153084 | No |
| 10/1/2024 | Fixed CAM Bill Code (10/2024) - Fixed CAM Bill Code | 036 | 3,274.75 | 0.00 | -5,523.00 | C-19153085 | No |
| 10/1/2024 | Real Estate Tax Escrow (10/2024) - Real Estate Tax Escrow | 036 | 5,523.00 | 0.00 | 0.00 | C-19153086 | No |
| 10/1/2024 | Service Fee - 07/01/24-07/29/24 | | 158.85 | 0.00 | 158.85 | C-19154907 | No |
| 10/1/2024 | Water and Sewer - 06/17/24-07/17/24 | | 1,059.01 | 0.00 | 1,217.86 | C-19154908 | No |
| 10/30/2024 | Chk# 195418 :CHECKscan Payment | | 0.00 | 26,824.28 | -25,606.42 | R-9219837 | |
| 11/1/2024 | Base Rent - Commercial (11/2024) - Base Rent - Retail | 036 | 14,761.67 | 0.00 | -10,844.75 | C-19349500 | No |
| 11/1/2024 | Fixed CAM Bill Code (11/2024) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | -7,579.89 | C-19349501 | No |
| 11/1/2024 | Fixed CAM Bill Code (11/2024) - Fixed CAM Bill Code | 036 | 3,274.75 | 0.00 | -4,305.14 | C-19349502 | No |
| 11/1/2024 | Real Estate Tax Escrow (11/2024) - Real Estate Tax Escrow | 036 | 5,523.00 | 0.00 | 1,217.86 | C-19349503 | No |
| 11/1/2024 | Service Fee - 07/29/24-09/03/24 | | 163.88 | 0.00 | 1,381.74 | C-19350748 | No |
| 11/1/2024 | Water and Sewer - 07/17/24-08/15/24 | | 1,092.55 | 0.00 | 2,474.29 | C-19350749 | No |
| 12/1/2024 | Base Rent - Commercial (12/2024) - Base Rent - Retail | 036 | 14,761.67 | 0.00 | 17,235.96 | C-19543959 | No |
| 12/1/2024 | Fixed CAM Bill Code (12/2024) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 20,500.82 | C-19543960 | No |
| 12/1/2024 | Fixed CAM Bill Code (12/2024) - Fixed CAM Bill Code | 036 | 3,274.75 | 0.00 | 23,775.57 | C-19543961 | No |

5/13/2025 12:36 PM

# Lease Ledger

Date: 05/02/2025
Property: 75052
Tenant: t0626484 Pet Supplies Plus
From Date: 08/25/2011  To Date: 08/31/2028
Move In Date: 10/01/2015
Unit(S): 036

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 12/1/2024 | Real Estate Tax Escrow (12/2024) - Real Estate Tax Escrow | 036 | 5,523.00 | 0.00 | 29,298.57 | C-19543962 | No |
| 12/1/2024 | Service Fee - 09/03/24-10/01/24 | | 205.38 | 0.00 | 29,503.95 | C-19546209 | No |
| 12/1/2024 | Water and Sewer - 08/15/24-09/17/24 | | 1,369.21 | 0.00 | 30,873.16 | C-19546210 | No |
| 12/5/2024 | Chk# 195859 :CHECKscan Payment | | 0.00 | 26,824.28 | 4,048.88 | R-9335190 | |
| 12/20/2024 | Real Estate Tax True-Up (01/2024 - 12/2024) | | -3,968.38 | 0.00 | 80.50 | C-19734160 | No |
| 1/1/2025 | Base Rent - Commercial (01/2025) - Base Rent - Retail | 036 | 14,761.67 | 0.00 | 14,842.17 | C-19737959 | No |
| 1/1/2025 | Fixed CAM Bill Code (01/2025) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 18,107.03 | C-19737960 | No |
| 1/1/2025 | Fixed CAM Bill Code (01/2025) - Fixed CAM Bill Code | 036 | 3,438.48 | 0.00 | 21,545.51 | C-19737961 | No |
| 1/1/2025 | Real Estate Tax Escrow (01/2025) - Real Estate Tax Escrow | 036 | 5,192.00 | 0.00 | 26,737.51 | C-19737962 | No |
| 1/1/2025 | Service Fee - 10/01/24-11/01/24 | | 204.12 | 0.00 | 26,941.63 | C-19744952 | No |
| 1/1/2025 | Water and Sewer - 09/17/24-10/17/24 | | 1,360.83 | 0.00 | 28,302.46 | C-19744953 | No |
| 1/2/2025 | Chk# 196098 :CHECKscan Payment | | 0.00 | 1,574.59 | 26,727.87 | R-9400108 | |
| 1/2/2025 | Chk# 196274 :CHECKscan Payment | | 0.00 | 26,824.28 | -96.41 | R-9400112 | |
| 2/1/2025 | Base Rent - Commercial (02/2025) - Base Rent - Retail | 036 | 14,761.67 | 0.00 | 14,665.26 | C-19925417 | No |
| 2/1/2025 | Fixed CAM Bill Code (02/2025) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 17,930.12 | C-19925418 | No |
| 2/1/2025 | Fixed CAM Bill Code (02/2025) - Fixed CAM Bill Code | 036 | 3,438.48 | 0.00 | 21,368.60 | C-19925419 | No |
| 2/1/2025 | Real Estate Tax Escrow (02/2025) - Real Estate Tax Escrow | 036 | 5,192.00 | 0.00 | 26,560.60 | C-19925420 | No |
| 2/1/2025 | Service Fee - 11/01/24-12/04/24 | | 138.73 | 0.00 | 26,699.33 | C-19927654 | No |
| 2/1/2025 | Water and Sewer - 10/17/24-11/19/24 | | 924.87 | 0.00 | 27,624.20 | C-19927655 | No |
| 2/3/2025 | Chk# 196718 :CHECKscan Payment | | 0.00 | 29,452.83 | -1,828.63 | R-9480238 | |
| 3/1/2025 | Service Fee - 12/04/24-01/03/25 | | 106.04 | 0.00 | -1,722.59 | C-20112932 | No |
| 3/1/2025 | Water and Sewer - 11/19/24-12/17/24 | | 706.90 | 0.00 | -1,015.69 | C-20112933 | No |
| 3/1/2025 | Base Rent - Commercial (03/2025) - Base Rent - Retail | 036 | 14,761.67 | 0.00 | 13,745.98 | C-20115941 | No |
| 3/1/2025 | Fixed CAM Bill Code (03/2025) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | 17,010.84 | C-20115942 | No |
| 3/1/2025 | Fixed CAM Bill Code (03/2025) - Fixed CAM Bill Code | 036 | 3,438.48 | 0.00 | 20,449.32 | C-20115943 | No |
| 3/1/2025 | Real Estate Tax Escrow (03/2025) - Real Estate Tax Escrow | 036 | 5,192.00 | 0.00 | 25,641.32 | C-20115944 | No |
| 3/5/2025 | Chk# 197181 :CHECKscan Payment | | 0.00 | 26,824.28 | -1,182.96 | R-9560282 | |
| 3/17/2025 | Chk# 197406 :CHECKscan Payment | | 0.00 | 812.94 | -1,995.90 | R-9573822 | |
| 3/28/2025 | Chk# 197630 :CHECKscan Payment | | 0.00 | 22,855.90 | -24,851.80 | R-9586516 | |
| 4/1/2025 | Service Fee - 01/03/25-01/30/25 | | 113.10 | 0.00 | -24,738.70 | C-20302661 | No |
| 4/1/2025 | Water and Sewer - 12/17/24-01/16/25 | | 754.03 | 0.00 | -23,984.67 | C-20302662 | No |
| 4/1/2025 | Base Rent - Commercial (04/2025) - Base Rent - Retail | 036 | 14,761.67 | 0.00 | -9,223.00 | C-20306154 | No |
| 4/1/2025 | Fixed CAM Bill Code (04/2025) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | -5,958.14 | C-20306155 | No |
| 4/1/2025 | Fixed CAM Bill Code (04/2025) - Fixed CAM Bill Code | 036 | 3,438.48 | 0.00 | -2,519.66 | C-20306156 | No |
| 4/1/2025 | Real Estate Tax Escrow (04/2025) - Real Estate Tax Escrow | 036 | 5,192.00 | 0.00 | 2,672.34 | C-20306157 | No |
| 4/8/2025 | : ACA ctrl#25730 Chk#197793 | | 0.00 | 867.13 | 1,805.21 | R-9637881 | |
| 4/25/2025 | Chk# 198023 :CHECKscan Payment | | 0.00 | 26,824.28 | -25,019.07 | R-9651194 | |
| 5/1/2025 | Service Fee - 01/30/25-03/01/25 | | 102.74 | 0.00 | -24,916.33 | C-20500256 | No |
| 5/1/2025 | Water and Sewer - 01/16/25-02/14/25 | | 684.95 | 0.00 | -24,231.38 | C-20500257 | No |
| 5/1/2025 | Base Rent - Commercial (05/2025) - Base Rent - Retail | 036 | 14,761.67 | 0.00 | -9,469.71 | C-20502591 | No |
| 5/1/2025 | Fixed CAM Bill Code (05/2025) - CAMF-Central Energy Env | 036 | 3,264.86 | 0.00 | -6,204.85 | C-20502592 | No |
| 5/1/2025 | Fixed CAM Bill Code (05/2025) - Fixed CAM Bill Code | 036 | 3,438.48 | 0.00 | -2,766.37 | C-20502593 | No |
| 5/1/2025 | Real Estate Tax Escrow (05/2025) - Real Estate Tax Escrow | 036 | 5,192.00 | 0.00 | 2,425.63 | C-20502594 | No |