## **CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, hereby certify that, on this 14th day of May, 2025, I caused a true and correct copy of the foregoing *(I) Reservation of Rights to Debtors Proposed Eighth Amended Plan and (II) Objection to Amended Plan Supplement by Ireit Pittsburgh Settlers Ridge, L.L.C., CRI New Albany Square LLC, Grove City Plaza L.P., and Northridge Crossing L.P.* to be served upon all parties who have requested notice in this case via the Court's CM/ECF system.

| | |
|---|---|
| Dated: May 14, 2025<br>Wilmington, Delaware | */s/ Laurel D. Roglen*<br>Laurel D. Roglen<br>BALLARD SPAHR LLP |