**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>FRANCHISE GROUP, INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (JTD)<br><br>(Jointly Administered) |
|---|---|

## CERTIFICATE OF SERVICE

I, Jesse Blevins, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On May 14th, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 05/14/2025 | 1460 | Joinder (Ad Hoc Group of First Lien Lenders' Joinder to Debtors' Memorandum of Law (I) in Support of an Order (A) Confirming the Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and its Debtor Affiliates and (B) Approving the Global Settlement and Release of Claims and Causes of Action By and Among the Global Settlement Parties, and (II) Omnibus Reply to Objections Thereto) (related document(s)1430, 1457) Filed by Ad Hoc Group of First Lien Lenders. (McGuire, Matthew) (Entered: 05/14/2025) |

Dated: May 14th, 2025

*/s/ Jesse Blevins*
Jesse Blevins
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

Service via Electronic Mail
Perdue, Brandon, Fielder, Collins and Mott, L.L.P.
Attn: Alysia Córdova
P.O. Box 9132
Amarillo TX 79105
acordova@pbfcm.com
amabkr@pbfcm.com

Service via Electronic Mail
Clark Hill PLC
Attn: Audrey L. Hornisher
901 Main Street, Suite 6000
Dallas TX 75202
ahornisher@clarkhill.com

Service via Electronic Mail
Latham & Watkins LLP
Attn: Andrew Sorkin
555 Eleventh Street NW
Suite 1000
Washington DC 20004
andrew.sorkin@lw.com

Service via Electronic Mail
Segal McCambridge Singer & Mahoney
Attn: Alan J. Taylor
29100 Northwestern Highway, Suite 240
Southfield MI 48034
ataylor@smsm.com

Service via Electronic Mail
Securities & Exchange Commission - NY Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York NY 10281-1022
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov

Service via Electronic Mail
Meyers, Rodbell & Rosenbaum, P.A.
Attn: Nicole C. Kenworthy
6801 Kenilworth Avenue, Suite 400
Riverdale MD 20737-1385
bdept@mrrlaw.net

Service via Electronic Mail
Bernstein Litowitz Berger & Grossmann LLP
Attn: Benjamin Potts, Mae Oberste
500 Delaware Avenue
Suite 901
Wilmington DE 19801
benjamin.potts@blbglaw.com
mae.oberste@blbglaw.com

Service via Electronic Mail
Ross Aronstam & Moritz LLP
Attn: Adam D. Gold, Holly E. Newell
Hercules Building
1313 North Market Street, Suite 1001
Wilmington DE 19801
agold@ramllp.com
hnewell@ramllp.com

Service via Electronic Mail
Tolson & Wayment, PLLC
Attn: Aaron J. Tolson
1906 Jennie Lee Dr.
Idaho Falls ID 83404
ajt@aaronjtolsonlaw.com

Service via Electronic Mail
Greenberg Traurig, LLP
Attn: Anthony W. Clark, Dennis A. Meloro
222 Delaware Avenue
Suite 1600
Wilmington DE 19801
Anthony.Clark@gtlaw.com
Dennis.Meloro@gtlaw.com

Service via Electronic Mail
Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders
PO Box 17428
Austin TX 78760-7428
austin.bankruptcy@lgbs.com

Service via Electronic Mail
Seward & Kissel LLP
Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott
One Battery Park Plaza
New York NY 10004
bateman@sewkis.com
patel@sewkis.com
danenberg@sewkis.com
ashmead@sewkis.com

Service via Electronic Mail
County of Loudoun, Virginia
Attn: Belkys Escobar
One Harrison Street, SE, 5th Floor
PO Box 7000
Leesburg VA 20177-7000
belkys.escobar@loudoun.gov

Service via Electronic Mail
Farnan LLP
Attn: Brian E. Farnan, Michael J. Farnan
919 North Market Street
12th Floor
Wilmington DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Service via Electronic Mail
Brookfield Properties Retail Inc
Attn: Kristen N. Pate
350 N. Orleans Street
Suite 300
Chicago IL 60654-1607
bk@bpretail.com

Service via Electronic Mail
Bodell Bové, LLC
Attn: Bruce W. McCullough
1225 N. King Street, Suite 1000
Wilmington DE 19801-3250
bmccullough@bodellbove.com

Service via Electronic Mail
White & Case LLP
Attn: Bojan Guzina
111 S. Wacker Dr., Suite 5100
Chicago IL 60606
bojan.guzina@whitecase.com

Service via Electronic Mail
Offit Kurman, PA
Attn: Brian J. McLaughlin
222 Delaware Avenue
Suite 1105
Wilmington DE 19801
Brian.McLaughlin@offitkurman.com

Service via Electronic Mail
Weltman, Weinberg & Reis Co. LPA
Attn: Geoffrey J. Peters
5475 Rings Road
Suite 200
Dublin OH 43017
bronationalecf@weltman.com

Service via Electronic Mail
Tenenbaum & Saas, P.C.
Attn: Bradshaw Rost
4504 Walsh Street, Suite 200
Chevy Chase MD 20815
BRost@tspclaw.com

Service via Electronic Mail
Pachulski Stang Ziehl & Jones LLP
Attn: Bradford J. Sandler, Colin R. Robinson
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington DE 19899-8705
bsandler@pszjlaw.com
crobinson@pszjlaw.com

Service via Electronic Mail
Cozen O'Connor
Attn: Brian L. Shaw
123 North Wacker Drive
Suite 1800
Chicago IL 60606
bshaw@cozen.com

Service via Electronic Mail
Cowles & Thompson, P.C.
Attn: William L. Siegel
901 Main Street, Suite 3900
Dallas TX 75202
bsiegel@cowlesthompson.com

Service via Electronic Mail
Cohen Pollock Merlin Turner, P.C.
Attn: Bruce Z. Walker
3350 Riverwood Parkway, Suite 1600
Atlanta GA 30339
bwalker@cpmtlaw.com

Service via Electronic Mail
Morgan, Lewis & Bockius LLP
Attn: Christopher L. Carter
One Federal Street
Boston MA 02110-1726
christopher.carter@morganlewis.com

Service via Electronic Mail
Texas Attorney General's Office
Attn: Christopher S. Murphy, Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin TX 78711-2548
christopher.murphy@oag.texas.gov

Service via Electronic Mail
Morris James LLP
Attn: Carl N. Kunz, III, Christopher M. Donnelly
500 Delaware Avenue, Suite 1500
Wilmington DE 19801
ckunz@morrisjames.com
cdonnelly@morrisjames.com

Service via Electronic Mail
Duane Morris LLP
Attn: Christopher M. Winter, James C. Carignan
1201 N. Market Street, Suite 501
Wilmington DE 19801
cmwinter@duanemorris.com
jccarignan@duanemorris.com

Service via Electronic Mail
White & Case LLP
Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin Smith, Brett Bakemeyer
1221 Avenue of the Americas
New York NY 10020-1095
cshore@whitecase.com
sam.hershey@whitecase.com
azatz@whitecase.com
erin.smith@whitecase.com

Service via Electronic Mail
Cross & Simon, LLC
Attn: Christopher P. Simon
1105 North Market Street, Suite 901
Wilmington DE 19801
csimon@crosslaw.com

Service via Electronic Mail
Swanson, Martin & Bell, LLP
Attn: Charles S. Stahl, Jr.
2525 Cabot Drive
Suite 204
Lisle IL 60532
cstahl@smbtrials.com

Service via Electronic Mail
Kessler Topac Meltzer & Check LLP
Attn: J. Daniel Albert, Michael McCutcheon
280 King of Prussia Rd
Radnor PA 19087
dalbert@ktmc.com

Service via Electronic Mail
Linebarger Goggan Blair & Sampson, LLP
Attn: John K. Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas TX 75207
dallas.bankruptcy@lgbs.com

Service via Electronic Mail
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas TX 75219
dallas.bankruptcy@lgbs.com

Service via Electronic Mail
Morgan, Lewis & Bockius LLP
Attn: David K. Shim
One State Street
Hartford CT 06103-3178
david.shim@morganlewis.com

Service via Electronic Mail
SWK Attorneys at Law
Attn: David E. Cohen
500 Skokie Boulevard, Suite 600
Northbrook IL 60062
dcohen@swkattorneys.com

Service via Electronic Mail
Chipman Brown Cicero & Cole, LLP
Attn: Mark L. Desgrosseilliers
Hercules Plaza
1313 North Market St, Suite 5400
Wilmington DE 19801
desgross@chipmanbrown.com

Service via Electronic Mail
Mcdermott Will & Emery LLP
Attn: David R. Hurst
1000 N. West Street
Suite 1400
Wilmington DE 19801
dhurst@mwe.com

Service via Electronic Mail
Michigan Assistant Attorney General
Attn: Heather L. Donald
Cadillac Place Building
3030 W. Grand Blvd. Ste. 10-200
Detroit MI 48202
donaldh@michigan.gov

Service via Electronic Mail
Klehr Harrison Harvey Branzburg LLP
Attn: Domenic E. Pacitti
919 N. Market Street, Suite 1000
Wilmington DE 19801-3062
dpacitti@klehr.com

Service via Electronic Mail
Munsch Hardt Kopf & Harr, P.C.
Attn: Deborah M. Perry
500 N. Akard Street
Suite 4000
Dallas TX 75201-6659
dperry@munsch.com

Service via Electronic Mail
Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon
123 South Broad Street, Suite 2100
Philadelphia PA 19109
dplon@sirlinlaw.com

Service via Electronic Mail
McKenna Storer
Attn: David A. Shapiro
33 N. LaSalle Street
Suite 1400
Chicago IL 60602
dshapiro@mckenna-law.com
service@mckenna-law.com

Service via Electronic Mail
Shermeta, Kilpatrick & Associates, PLLC
Attn: Richardo I. Kilpatrick
615 Griswold, Suite 1305
Detroit MI 48226-3985
ecf@kaalaw.com

Service via Electronic Mail
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
Attn: Hiram Gutierrez
P.O. Box 2916
McAllen TX 78502
edinburgbankruptcy@pbfcm.com

Service via Electronic Mail
Shipman & Goodwin LLP
Attn: Eric S. Goldstein
One Constitution Plaza
Hartford CT 06103-1919
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

Service via Electronic Mail
Polsinelli PC
Attn: Elisa Hyder
Three Logan Square
1717 Arch Street, Suite 2800
Philadelphia PA 19103
ehyder@polsinelli.com

Service via Electronic Mail
Bayard, P.A.
Attn: Ericka F. Johnson
600 N. Market Street, Suite 400
Wilmington DE 19801
ejohnson@bayardlaw.com

Service via Electronic Mail
Young Conaway Stargatt & Taylor, LLP
Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya
Rodney Square
1000 N. King Street
Wilmington DE 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

Service via Electronic Mail
Frost Brown Todd LLP
Attn: Erin P. Severini, Joy D. Kleisinger
3300 Great American Tower
301 East Fourth Street
Cincinnati OH 45202
eseverini@fbtlaw.com
jkleisinger@fbtlaw.com

Service via Electronic Mail
Benesch Friedlander Coplan & Aronoff LLP
Attn: Elliot M. Smith
127 Public Square, Suite 4900
Cleveland OH 44114
esmith@beneschlaw.com

Service via Electronic Mail
Burr & Forman LLP
Attn: J. Ellsworth Summers, Jr., Dana L. Robbins
50 North Laura Street, Suite 3000
Jacksonville FL 32202
esummers@burr.com
drobbins@burr.com

Service via Electronic Mail
Brian T. FitzGerald
Post Office Box 1110
Tampa FL 33601-1110
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
connorsa@hcfl.gov

Service via Electronic Mail
Ballard Spahr LLP
Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper
919 North Market Street
11th Floor
Wilmington DE 19801
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com

Service via Electronic Mail
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston TX 77253-3064
houston_bankruptcy@lgbs.com

Service via Electronic Mail
Latham & Watkins LLP
Attn: James Kstanes, Timothy Beau Parker
330 N Wabash Avenue
Suite 2800
Chicago IL 60611
Canada
james.ktsanes@lw.com
beau.parker@lw.com

**Service via Electronic Mail**
Reed Smith LLP
Attn: Jason D. Angelo
1201 North Market Street, Suite 1500
Wilmington DE 19801
jangelo@reedsmith.com

**Service via Electronic Mail**
Paul Hastings LLP
Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman
200 Park Avenue
New York NY 10166
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com
danfliman@paulhastings.com

**Service via Electronic Mail**
Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Joseph H. Baldiga, Shannah L. Colbert
1800 West Park Dr., Suite 400
Westborough MA 01581
jbaldiga@mirickoconnell.com
scolbert@mirickoconnell.com

**Service via Electronic Mail**
Pashman Stein Walder Hayden, PC
Attn: Joseph C. Barsalona II
824 North Market Street
Suite 800
Wilmington DE 19801
jbarsalona@pashmanstein.com

**Service via Electronic Mail**
Sessions, Fishman & Nathan, LLC
Attn: J. David Forsyth
400 Poydras Street
Suite 2550
New Orleans LA 70130
jdf@sessions-law.com

**Service via Electronic Mail**
Latham & Watkins LLP
Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin
1271 Avenue of the Americas
New York NY 10020
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

**Service via Electronic Mail**
Bernstein Litowitz Berger & Grossmann LLP
Attn: Jeroen van Kwawegen, Thomas James
1251 Avenue of the Americas
New York NY 10020
jeroen@blbglaw.com
thomas.james@blbglaw.com

**Service via Electronic Mail**
Burr & Forman LLP
Attn: J. Cory Falgowski
222 Delaware Avenue, Suite 1030
Wilmington DE 19801
jfalgowski@burr.com

**Service via Electronic Mail**
Burr & Forman LLP
Attn: James H. Haithcock, III
420 N. 20th Street, Suite 3400
Birmingham AL 35203
jhaithcock@burr.com

**Service via Electronic Mail**
Mcdermott Will & Emery LLP
Attn: James W. Kapp, III
444 West Lake Street
Suite 4000
Chicago IL 60606-0029
jkapp@mwe.com

**Service via Electronic Mail**
Cook, Vetter, Doerhoff & Landwehr, P.C.
Attn: John D. Landwehr
231 Madison Street
Jefferson City MO 65101
jlandwehr@cvdl.net

**Service via Electronic Mail**
Stark & Stark, P.C.
Attn: Joseph H. Lemkin
PO Box 5315
Princeton NJ 08543
jlemkin@stark-stark.com

**Service via Electronic Mail**
Kirkland & Ellis LLP
Attn: Joshua A. Sussberg, P.C., Nicole L. Greenblatt, P.C., Derek I. Hunter
601 Lexington Avenue
New York NY 10022
joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com

**Service via Electronic Mail**
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
700 Jeffrey Way, Suite 100
Round Rock TX 78665
jparsons@mvbalaw.com

**Service via Electronic Mail**
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
P.O. Box 1269
Round Rock TX 78680-1269
jparsons@mvbalaw.com

**Service via Electronic Mail**
Tayman Lane Chaverri LLP
Attn: Jeffrey Rhodes
2001 L Street, NW, Suite 500
Washington DC 20036
jrhodes@tlclawfirm.com

**Service via Electronic Mail**
Potter Anderson & Corroon LLP
Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik
1313 N. Market Street
6th Floor
Wilmington DE 19801
jryan@potteranderson.com
bhaywood@potteranderson.com
esulik@potteranderson.com

**Service via Electronic Mail**
Connolly Gallagher LLP
Attn: Jeffrey C. Wisler
1201 North Market Street, 20th Floor
Wilmington DE 19801
jwisler@connollygallagher.com

**Service via Electronic Mail**
Quarles & Brady LLP
Attn: L. Kate Mason
411 E. Wisconsin Avenue
Suite 2400
Milwaukee WI 53202
Katie.Mason@quarles.com

**Service via Electronic Mail**
Reed Smith LLP
Attn: Keith M. Aurzada, Dylan T. F. Ross
2850 North Harwood Street, Suite 1500
Dallas TX 75201
kaurzada@reedsmith.com
dylan.ross@reedsmith.com

**Service via Electronic Mail**
McCarter & English, LLP
Attn: Kate Roggio Buck, Maliheh Zare, Sheila Calello, Matthew J. Rifino
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington DE 19801
kbuck@mccarter.com
mzare@mccarter.com
mrifino@mccarter.com

**Service via Electronic Mail**
Benesch Friedlander Coplan & Aronoff LLP
Attn: Kevin M. Capuzzi, Juan E. Martinez, Jennifer R. Hoover
1313 North Market Street, Suite 1201
Wilmington DE 19801-6101
kcapuzzi@beneschlaw.com
jmartinez@beneschlaw.com
jhoover@beneschlaw.com

**Service via Electronic Mail**
Kelley Drye & Warren LLP
Attn: Robert L. LeHane, Jennifer D. Raviele, Allison Selick
3 World Trade Center
175 Greenwich Street
New York NY 10007
KDWBankruptcyDepartment@kelleydrye.com
rlehane@kelleydrye.com
jraviele@kelleydrye.com
aselick@kelleydrye.com

**Service via Electronic Mail**
Barnes & Thornburg LLP
Attn: Kevin G. Collins
222 Delaware Avenue, Suite 1200
Wilmington DE 19801
kevin.collins@btlaw.com

**Service via Electronic Mail**
Clark Hill PLC
Attn: Karen M. Grivner
824 N. Market Street, Suite 710
Wilmington DE 19801
kgrivner@clarkhill.com

**Service via Electronic Mail**
Block & Leviton, LLP
Attn: Kimberly A. Evans, Irene R. Lax
222 Delaware Ave
Suite 1120
Wilmington DE 19801
kim@blockleviton.com
irene@blockleviton.com

**Service via Electronic Mail**
Cross & Simon, LLC
Attn: Kevin S. Mann
1105 North Market Street, Suite 901
Wilmington DE 19801
kmann@crosslaw.com

**Service via Electronic Mail**
Barclay Damon LLP
Attn: Kevin M. Newman
Barclay Damon Tower
125 East Jefferson Street
Syracuse NY 13202
knewman@barclaydamon.com

Service via Electronic Mail
Richards Layton & Finger PA
Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger
One Rodney Square
920 North King Street
Wilmington DE 19801
knight@rlf.com
steele@rlf.com
steiger@rlf.com

Service via Electronic Mail
Kurtzman Steady LLC
Attn: Jeffrey Kurtzman
101 N. Washington Avenue
Suite 4A
Margate NJ 08402
kurtzman@kurtzmansteady.com

Service via Electronic Mail
Landis Rath & Cobb LLP
Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers
919 Market Street Suite 1800
P.O. Box 2087
Wilmington DE 19801
landis@lrclaw.com
mcguire@lrclaw.com
erogers@lrclaw.com

Service via Electronic Mail
Streusand, Landon, Ozburn & Lemmon, LLP
Attn: G. James Landon
1801 S. Mopac Expressway, Suite 320
Austin TX 78746
landon@slollp.com

Service via Electronic Mail
McCarter & English, LLP
Attn: Lisa S. Bonsall
Four Gateway Center
100 Mulberry Street
Newark NJ 07102
lbonsall@mccarter.com

Service via Electronic Mail
Ken Burton, Jr., Manatee County Tax Collector
Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA
1001 3rd Ave W, Suite 240
Brandenton FL 34205-7863
legal@taxcollector.com

Service via Electronic Mail
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
Attn: Laura J. Monroe
PO Box 817
Lubbock TX 79408
lmbkr@pbfcm.com

Service via Electronic Mail
Thompson Hine LLP
Attn: Louis F Solimine
312 Walnut Street
Suite 2000
Cincinnati OH 45202-4029
Louis.Solimine@ThompsonHine.com

Service via Electronic Mail
Kirkland & Ellis LLP
Attn: Mark McKane, P.C.
555 California Street
San Francisco CA 94101
mark.mckane@kirkland.com

Service via Electronic Mail
Barnes & Thornburg LLP
Attn: Mark R. Owens, Amy E. Tryon
222 Delaware Avenue, Suite 1200
Wilmington DE 19801
mark.owens@btlaw.com
amy.tryon@btlaw.com

Service via Electronic Mail
Squire Patton Boggs (US) LLP
Attn: Mark A. Salzberg
2550 M Street, NW
Washington DC 20037
mark.salzberg@squirepb.com

Service via Electronic Mail
Austria Legal, LLC
Attn: Matthew P. Austria
1007 N. Orange Street, 4th Floor
Wilmington DE 19801
maustria@austriallc.com

Service via Electronic Mail
Cozen O'Connor
Attn: Marla S. Benedek, Kaan Ekiner
1201 N. Market Street
Suite 1001
Wilmington DE 19801
mbenedek@cozen.com
kekiner@cozen.com

Service via Electronic Mail
Klehr Harrison Harvey Branzburg LLP
Attn: Morton R. Branzburg
1835 Market Street, Suite 1400
Philadelphia PA 19103
mbranzburg@klehr.com

**Service via Electronic Mail**
Akin Gump Strauss Hauer & Feld LLP
Attn: Marty L. Brimmage, Jr.
2300 N. Field Street
Suite 1800
Dallas TX 75201
mbrimmage@akingump.com

**Service via Electronic Mail**
Ashby & Geddes, P.A.
Attn: Michael D. DeBaecke
500 Delaware Avenue, 8th Floor
Wilmington DE 19801
mdebaecke@ashbygeddes.com

**Service via Electronic Mail**
Lowenstein Sandler LLP
Attn: Michael S. Etkin, Michael Papandrea, Andrew Behlmann
One Lowenstein Drive
Roseland NJ 07068
metkin@lowenstein.com
mpapandrea@lowenstein.com
abehlmann@lowenstein.com

**Service via Electronic Mail**
Faegre Drinker Biddle & Reath LLP
Attn: Michael T. Gustafson
320 South Canal Street, Suite 3300
Chicago IL 60606
mike.gustafson@faegredrinker.com

**Service via Electronic Mail**
Blank Rome LLP
Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams
1201 N. Market Street, Suite 800
Wilmington DE 19801
mike.schaedle@blankrome.com
stanley.tarr@blankrome.com
jordan.williams@blankrome.com

**Service via Electronic Mail**
The Magnozzi Law Firm, P.C.
Attn: Mark F. Magnozzi
23 Green Street, Suite 302
Huntington NY 11743
mmagnozzi@magnozzilaw.com

**Service via Electronic Mail**
Saul Ewing LLP
Attn: Monique B. DiSabatino, Mark Minuti
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington DE 19899
monique.disabatino@saul.com
mark.minuti@saul.com

**Service via Electronic Mail**
Thompson O'Brien Kappler & Nasuti PC
Attn: Michael B. Pugh
2 Sun Court, Suite 400
Peachtree Corners GA 30092
mpugh@tokn.com

**Service via Electronic Mail**
Singer & Levick, P.C.
Attn: Michelle E. Shriro
16200 Addison Road, Suite 140
Addison TX 75001
mshriro@singerlevick.com

**Service via Electronic Mail**
Akin Gump Strauss Hauer & Feld LLP
Attn: Michael S. Stamer, Brad M. Kahn, Avi E. Luf
One Bryant Park
New York NY 10036
mstamer@akingump.com
bkahn@akingump.com
aluft@akingump.com

**Service via Electronic Mail**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Melissa E. Valdez
1235 North Loop West
Suite 600
Houston TX 77008
mvaldez@pbfcm.com

**Service via Electronic Mail**
Barclay Damon LLP
Attn: Niclas A. Ferland
545 Long Wharf Drive
Ninth Floor
New Haven CT 06511
nferland@barclaydamon.com

**Service via Electronic Mail**
Paul Hastings LLP
Attn: Nicholas A. Bassett
2050 M Street NW
Washington DC 20036
nicholasbassett@paulhastings.com

**Service via Electronic Mail**
Kudman Trachten Aloe Posner LLP
Attn: Paul H. Aloe
David N. Saponara
488 Madison Avenue
23rd Floor
New York NY 10022
paloe@kudmanlaw.com
dsaponara@kudmanlaw.com

**Service via Electronic Mail**
Faegre Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Avenue, Suite 1410
Wilmington DE 19801
patrick.jackson@faegredrinker.com

**Service via Electronic Mail**
Holland & Knight LLP
Attn: Phillip W. Nelson
150 N. Riverside Plaza, Suite 2700
Chicago IL 60606
phillip.nelson@hklaw.com

**Service via Electronic Mail**
Pachulski Stang Ziehl & Jones LLP
Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel
780 Third Avenue, 34th Floor
New York NY 10017
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

**Service via Electronic Mail**
Certilman Balin Adler & Hyman, LLP
Attn: Richard J. McCord
90 Merrick Avenue
9th Floor
East Meadow NY 11554
rmccord@certilmanbalin.com

**Service via Electronic Mail**
Monzack Mersky and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington DE 19801
rmersky@monlaw.com

**Service via Electronic Mail**
Law Offices of Ronald K. Brown, Jr., APC
Attn: Ronald K. Brown, Jr.
901 Dove Street
Suite 120
Newport Beach CA 92660
Ron@rkbrownlaw.com

**Service via Electronic Mail**
Simon Property Group, Inc.
Attn: Ronald M. Tucker
225 West Washington Street
Indianapolis IN 46204
rtucker@simon.com

**Service via Electronic Mail**
Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio TX 78205
sanantonio.bankruptcy@lgbs.com

**Service via Electronic Mail**
Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
425 Market Street, Suite 2900
San Francisco CA 94105-3493
schristianson@buchalter.com

**Service via Electronic Mail**
Blakeley LC
Attn: Scott Blakeley
530 Technology Drive
Suite 100
Irvine CA 92618
SEB@BlakeleyLC.com

**Service via Electronic Mail**
Securities & Exchange Commission - Philadelphia Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Blvd, Suite 520
Philadelphia PA 19103
secbankruptcy@sec.gov

**Service via Electronic Mail**
U.S. Securities and Exchange Commission - Headquarters
Secretary of the Treasury
100 F. Street NE
Washington DC 20549
secbankruptcy@sec.gov

**Service via Electronic Mail**
Kroll Restructuring Administration LLC
Attn: Herb Baer, Christine Porter, Jessica Berman
1 World Trade Center
31st Floor
New York NY 10007
serviceqa@ra.kroll.com
FRGTeam@ra.kroll.com

**Service via Electronic Mail**
Barclay Damon LLP
Attn: Scott L. Fleischer
1270 Avenue of the Americas
Suite 501
New York NY 10020
sfleischer@barclaydamon.com

**Service via Electronic Mail**
Riemer & Braunstein LLP
Attn: Steven Fox
Times Square Tower Suite 2506
Seven Times Square
New York NY 10036
sfox@reimerlaw.com

**Service via Electronic Mail**
Tydings & Rosenberg LLP
Attn: Stephen B. Gerald
200 Continental Drive, Suite 401
Newark DE 19713
sgerald@tydings.com

**Service via Electronic Mail**
Law Office of Susan E. Kaufman
Attn: Susan E. Kaufan
919 N. Market Street, Suite 460
Wilmington DE 19801
skaufman@skaufmanlaw.com

**Service via Electronic Mail**
Dentons Sirote PC
Attn: Stephen B. Porterfield
2311 Highland Avenue South
P.O. Box 55727
Birmingham AL 35255-5727
stephen.porterfield@dentons.com

**Service via Electronic Mail**
Oklahoma County Treasurer
Attn: Tammy Jones
320 Robert S. Kerr
Room 307
Oklahoma City OK 73102
tammy.jones@oklahomacounty.org

**Service via Electronic Mail**
Office of the United States Trustee for the District of Delaware
Attn: Timothy J. Fox, Esq
844 King Street, Suite 2207

Lockbox 35
Wilmington DE 19801
timothy.fox@usdoj.gov

**Service via Electronic Mail**
Saul Ewing LLP
Attn: Turner N. Falk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia PA 19102
turner.falk@saul.com

**Service via Electronic Mail**
Perdue, Brandon, Fielder, Collins & Mott, L.L.P
Attn: Sergio E. Garcia
3301 Northland Drive
Suite 505
Austin TX 78731
sgarcia@pbfcm.com

**Service via Electronic Mail**
Polsinelli PC
Attn: Shanti M. Katona, Katherine M. Devanney
222 Delaware Avenue, Suite 1101
Wilmington DE 19801
skatona@polsinelli.com
kdevanney@polsinelli.com

**Service via Electronic Mail**
Frost Brown Todd LLP
Attn: Sloane B. O'Donnell
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh PA 15219
sodonnell@fbtlaw.com

**Service via Electronic Mail**
Streusand, Landon Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S. MoPac Expressway, Suite 320
Austin TX 78746
streusand@slollp.com

**Service via Electronic Mail**
Harris County Attorney's Office
Susan Fuertes
Attn: Property Tax Division
P.O. Box 2848
Houston TX 77252
taxbankruptcy.cao@harriscountytx.gov

**Service via Electronic Mail**
White & Case LLP
Attn: Thomas Lauria
200 South Biscayne Boulevard, Suite 4900
Miami FL 33131
tlauria@whitecase.com

**Service via Electronic Mail**
Sullivan Hazeltine Allinson LLC
Attn: William A. Hazeltine
919 N. Market Street
Suite 420
Wilmington DE 19801
whazeltine@sha-llc.com

Service via Electronic Mail
The Ehrlich Law Firm
Attn: William Ehrlich
444 Executive Center Blvd, Suite 240
El Paso TX 79902
william@ehrlichlawfirm.com

Service via Electronic Mail
Kaplin Stewart Meloff Reiter & Stein, P.C.
Attn: William J. Levant
910 Harvest Drive
Post Office Box 3037
Blue Bell PA 19422
wlevant@kaplaw.com

Service via Electronic Mail
ShopCore Properties
Attn: William F. McDonald III
10920 Via Frontera, Suite 220
San Diego CA 92127
wmcdonald@shopcore.com

Service via 1st Class Mail
U.S. Attorney for Delaware
Attn: David C. Weiss & Ellen Slights
U.S. Attorney's Office
1313 N Market Street, Suite 400
Wilmington DE 19801

Service via 1st Class Mail
GM Financial Leasing
Attn: Lorenzo Nunez
PO Box 183853
Arlington TX 76096

Service via 1st Class Mail
Imperial Treasurer-Tax Collector
Attn: Flora Oropeza
940 West Main Street, Suite 106
El Centro CA 92243

Service via 1st Class Mail
Internal Revenue Service
Centralized Insolvency Operation
1111 Constitution Ave., NW
Washington DC 20224

Service via 1st Class Mail
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Service via 1st Class Mail
Kerrick Bachert PSC
Attn: Scott A. Bachert
1411 Scottsville Road
P. O. Box 9547
Bowling Green KY 42102-9547

Service via 1st Class Mail
S&D Law
Attn: Michael L. Schlepp
1550 Wewatta Street, Floor 2
Denver CO 80202