**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) ) ) ) ) ) ) ) ) ) ) | **Chapter 11** |
| | | **Case No. 24-12480 (LSS)** |
| **FRANCHISE GROUP, INC.,** *et al.***,** | | |
| | | **(Jointly Administered)** |
| **Debtors.** | | |
| | | **Docket Nos. 1312 & 1371** |

## CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that on May 14, 2025, I served a copy of *ORACLE AMERICA, INC.'S ASSUMPTION AND CURE OBJECTION* on the parties listed on the attached Service List via service as indicated.

       /s/ James E. Huggett
James E. Huggett (#3956)


## BY ECF

| | |
|---|---|
| Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq.<br>Allison S. Mielke, Esq.<br>**Young Conaway Stargatt & Taylor LLP**<br>1000 North King Street<br>Wilmington, DE 19801 | Timothy J. Fox, Jr., Esq.<br>**United States Trustee**<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| Adam G. Landis, Esq.<br>Matthew McGuire, Esq.<br>**Landis Rath & Cobb LLP**<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19317 | |

## BY REGULAR MAIL

| | |
|---|---|
| Debra M. Sinclair, Esq.<br>Matthew A. Feldman, Esq.<br>Betsy L. Feldman, Esq.<br>**Willkie Farr & Gallagher LLP**<br>787 Seventh Avenue<br>New York, NY 10019 | Bradford J. Sandler, Esq.,<br>Robert J. Feinstein, Esq.<br>Paul J. Labov, Esq.<br>Theodore S. Heckel , Esq.<br>**Pachulski Stang Ziehl & Jones LLP**<br>780 Third Avenue, 34th Floor<br>New York NY 10017 |
| Jayme Goldstein, Esq.<br>Jeremy Evans, Esq.<br>Isaac Sasson, Esq.<br>**Paul Hastings LLP**<br>200 Park Avenue<br>New York, NY 10166 | Jennifer Ezring, Esq.<br>James Ktsanes, Esq.<br>Andrew Sorkin, Esq.<br>**Latham & Watkins LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020 |
| Thomas Lauria, Esq.<br>**White & Case LLP**<br>200 S Biscayne Blvd<br>Miami, FL 33131 | Bojan Guzina, Esq.<br>**White & Case LLP**<br>111 S. Wacker Dr., Suite 5100<br>Chicago, IL 60606 |