## Exhibit A

**Curriculum Vitae**



### Jeffrey W. Kopa, CFA

jkopa@alixpartners.com

+1 312 551 3289, office

+1 248 506 3291, mobile

Over the past 20 years, Jeffrey has developed extensive litigation consulting, financial, valuation and investing experience. He has analyzed damages and provided litigation consulting services in a variety of contexts including antitrust, audit malpractice, breach of contract, false advertising, intellectual property litigation, purchase price and transaction disputes, shareholder disputes, fraudulent conveyance, and preference actions. Jeffrey has provided expert testimony in arbitration, state, federal district and bankruptcy court and has presented damages in mediation.

Additionally, Jeffrey has valued companies for a variety of purposes including litigation, mergers and acquisitions, transfer pricing, solvency analyses and bankruptcies. Jeffrey has valued debt, equity securities, warrants, options, swaps and intangible assets. Finally, Jeffrey has performed investigations, assessed credit worthiness, advised creditors and board members, analyzed investment performance, participated in capital raising efforts, and has worked to restructure and refinance companies.

Prior to joining AlixPartners, Jeffrey worked at an investment management firm where he specialized in discretionary fixed income investing. Jeffrey holds a BBA from the University of Michigan and an MBA and MS Finance from Indiana University.

### Relevant experience

- Conducted a valuation of intellectual property being contributed as a platform contribution pursuant to a cost sharing agreement of a developmental product between related parties in the pharmaceutical industry.

- Prepared a valuation of the portfolio companies held by a venture capital firm to support an internal restructuring. Valued development-stage and early-revenue companies in a variety of industries including health technology, logistics technology, environmental technology, etc.

- Conducted valuation analysis associated with the acquisition of an ultra-premium coffee maker by a multi-national food company. As part of the engagement, analyzed LTV and CAC by customer vintage and valued the intellectual property of the company's direct to consumer, e-commerce segment. Subsequently valued the intellectual property as part of a transfer pricing transaction.

- Conducted a valuation of a gastrointestinal-focused pharmaceutical and diagnostic company's intangible assets including patented technology for purposes of financial statement reporting purposes. Subsequently valued the intellectual property as part of a transfer pricing transaction.

- Valued the intangible assets of a multi-billion acquisition in the infant nutrition business.

- Valued the intellectual property portfolio, including patented and unpatented technology of a development-stage automotive technology company supporting a JV dissolution.

AlixPartners    1

# Testimony and Expert Report Experience Last Four Years

- John C. Distefano, et al. v. Nordic Consulting Partners, Inc., United States District Court for the Western District of Wisconsin, Case Number: 3:23-cv-00657-wmc
- Intrum AB, et. al., Company under Administration, Swedish Company Reorganisation Act, District Court of Stockholm
- Confidential AAA Arbitration (Retained by Quinn Emanuel), Medical Technology Industry
- Desktop Metal, Inc., v. Nano Dimension Ltd., et al., Court of Chancery of the State of Delaware, C.A. No. 2024-1303-KSJM
- Intrum AB, et al., Debtors. Chapter 11, United States Bankruptcy Court for the Southern District of Texas, Houston Division, Case Number: 24-90575 (CML)
- Techtronic Industries Company Limited, et al. v. Victor Bonilla, United States District Court for the Middle District of Florida, Tampa Division, Case Number: 8:23-cv-01734-CEH-AEP
- Cano Health, Inc. et al., Debtors. Chapter 11, United States Bankruptcy Court for the District of Delaware, Case Number: 24–10164 (KBO)
- Skye Mineral Investors, LLC et al., v. DXS Capital (U.S.) Limited, et al., Court of Chancery of the State of Delaware, C.A. No. 2018-0059-NAC
- Promotion in Motion, Inc. vs. Tate & Lyle Solutions USA, LLC, et al., Circuit Court of Cook County, Illinois, County Department, Chancery Division, Case No. 22 CH 01470
- Toptal, LLC vs. Denis Grosz et al., Second Judicial District Court of the State of Nevada in and for the County of Washoe, Case CV20-00555, Dept. No.: B15
- Phoenix Service TopCo LLC, et al., Debtors. Chapter 11, United States Bankruptcy Court for the District of Delaware, 22-10906 (MFW)
- Confidential JAMS Arbitration (Retained by Quinn Emanuel), Venture Capital Industry
- United States of America, et al., vs. Medtronic Inc., et al., United States District Court, Central District of California, No: 2:15-cv-01212-JAK (ASx)
- Midrail, LLC v. Partners Group (USA) Inc., Supreme Court of the State of New York, County of New York, Commercial Division, Index Number: 654563/2019

# Presentations and Publications

- Panelist: Valuation Meets the Amazing Kreskin: Valuing Contingent Assets and Liabilities, American Bankruptcy Institute Conference
- Presenter: Valuation Litigation Fundamentals: Applications and Methods, Latham & Watkins Lunch & Learn (CLE)
- Presenter/Facilitator: Valuation 101 – Introduction to Valuation, AlixPartners Global Team Meeting, recurring periodically