**Exhibit B**

**Documents Relied Upon**

# Documents Relied Upon

**Documents Received from Client:**

- 2025 Budget.
- American Freight – Final Reconciliation, dated January 19, 2025.
- Franchise Group Inc. (Pet Supplies Plus, LLC) Valuation & Review Inventory Report, Gordon Brothers, dated May 13, 2024.
- Franchise Group Inc. (Vitamin Shoppe, Inc.) Valuation & Review Inventory Report, Gordon Brothers, dated April 30, 2024.
- Franchise Group Inc. (Vitamin Shoppe, Inc.) Valuation & Review Inventory Report, Gordon Brothers, dated July 9, 2024.

**Trial Balances Received from Client:**

- 01.25 MOR Jan-25 Trial Balance.
- 0125 Consol TB (02-13-25) FINAL.
- BRR2 Jan 2025 TB.
- Buddys TB 1-25-25.
- FRE Jan 2025 TB.
- FRG Jan 2025.
- FVH Jan TB.
- FVI Jan TB.
- FVR Jan 2025 TB.
- MOR Balance Sheet Package – January 2025
- MOR Income Statement Package – January 2025
- NHC Jan 2025 TB.
- PBC 101 - 1.25.25 - Comparables - Freedom_Offline 2.19.25.
- PBC 101 - 1.25.25 - Comparables - FRG_Offline 2.19.25.
- PBC 101 - 12.28.24 - Comparables - FRG - Excluding Badcock_Offline 1.21.25.

**Publicly Available Information and Other:**

- Declaration of David Orlofsky in Support of Debtor's Chapter 11 Petitions and First Day Pleadings filed on November 4, 2024.
- Disclosure Statement for the Sixth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliates filed on February 20, 2025.
- FRG Claim Calculation 3.10.2025.

# Documents Relied Upon

- **Publicly Available Information Related to Historical Trademark Sales:**
  - Bombay Company Inc. Form 10-K for the fiscal year ended February 3, 2007.
  - Borders Group, Inc. Form 10-K for the fiscal year ended January 30, 2010.
  - Business Wire, "Perry Ellis International, Inc. Completes Purchase of Intellectual Property of Anchor Blue and Miller's Outpost," dated March 11, 2011, accessed via: https://www.businesswire.com/news/home/20110311005950/en/Perry-Ellis-International-Inc.-Completes-Purchase-of-Intellectual-Property-of-Anchor-Blue-and-Miller%E2%80%99s-Outpost.
  - Chicago Tribute, "Sports Authority to Close all its stores," dated June 10, 2018, accessed via: https://www.chicagotribune.com/2016/05/19/sports-authority-to-close-all-its-stores/.
  - Circuit City Stores, Inc. Form 10-K for the fiscal year ended February 29, 2008.
  - Cleveland, "Discount fashion retailer Dots files for Chapter 11 bankruptcy protection and closes 36 stores," dated January 21, 2014, accessed via: https://www.cleveland.com/business/2014/01/discount_fashion_retailer_dots_files_for_chapter_11_bankruptcy_and_closes_30_stores.html.
  - Crunchbase, accessed via: https://www.crunchbase.com/organization/london-fog.
  - Declaration of Dawn Robertson in Support of First Day Motions, dated December 4, 2014, accessed via: https://ecf.deb.uscourts.gov/cgi-bin/show_multidocs.pl?caseid=156782&arr_de_seq_nums=15&magic_num=MAGIC&pdf_header=&pdf_toggle_value=2&exclude_attachments=&zipit=0&arr_de_seq_nums=15&create_roa=&bates_format=&dkt=&got_receipt=1.
  - Footwear News, "Updated: Dick's Sporting Goods Buys Sports Authority Brand Name for $15 million," dated June 30, 2016, accessed via: https://footwearnews.com/business/retail/dicks-sporting-goods-buy-win-sports-authority-brand-name-15-million-bankruptcy-auction-236329/.
  - Forbes, "London Fog Brand Sold to Iconix," dated August 21, 2006, accessed via: https://www.forbes.com/2006/08/21/iconix-london-fog-0821markets13.html.
  - Furniture Today, "Hilco, Gordon Bros. complete Bombay deal," dated February 21, 2008, accessed via: https://www.furnituretoday.com/business-news/hilco-gordon-bros-complete-bombay-deal/.
  - Global Industrial, accessed via: https://investors.globalindustrial.com/news/news-details/2009/Systemax-Launches-All-New-CircuitCity.com-Website-2009-5-22/default.aspx.
  - Hancock Fabrics, Inc. Form 10-K for the fiscal year ended January 31, 2015.
  - Law360, "Bankrupt Deb Stores Gets Nod to Sell IP in $2.2M Deal," dated March 6, 2015, accessed via: https://www.law360.com/articles/628489/bankrupt-deb-stores-gets-nod-to-sell-ip-in-2-2m-deal.

# Documents Relied Upon

- **Publicly Available Information Related to Historical Trademark Sales:**
    - NBC News, "KB Toys files for bankruptcy protection," dated December 11, 2008, accessed via: https://www.nbcnews.com/id/wbna28179348.
    - NBC News, "Linens 'n Things files for bankruptcy protection," dated May 2, 2008, accessed via: https://www.nbcnews.com/id/wbna24426089.
    - PR Newswire, "General Wireless Acquires the Radioshack Brand," dated July 1, 2015, accessed via: https://www.prnewswire.com/news-releases/general-wireless-acquires-the-radioshack-brand-300107296.html.
    - The Gazette, "Hancock Fabrics closing all 255 stores nationwide," dated April 5, 2016, accessed via: https://www.thegazette.com/news/hancock-fabrics-closing-all-255-stores-nationwide/.
    - The Hollywood Reporter, "Caiman rebuilds Tower," dated April 30, 2007, accessed via: https://www.hollywoodreporter.com/business/business-news/caiman-rebuilds-tower-135123/.
    - The New York Times, "Tower Records Will Auction Its Assets," dated August 22, 2006, accessed via: https://www.nytimes.com/2006/08/22/business/22tower.html.
    - The Michigan Daily, "Borders intellectual property acquired by Barnes & Noble," dated October 4, 2011, accessed via: https://www.michigandaily.com/uncategorized/barnes-noble-acquires-borders-intellectual-property-bankruptcy-auction/.
    - The Wall Street Journal, "Clothing Retailer Anchor Blue Nears Auction For Brand, Logo", dated February 28, 2011, accessed via: https://www.wsj.com/articles/DJFDBS0020110228e72s000b5.
    - The Wall Street Journal, "Linens N Things: In 2006, Worth $1.3 Billion. In 2009, $1 Million," dated January 26, 2009, accessed via: https://www.wsj.com/articles/BL-DLB-4840?msockid=15f7c5c45703635217f4d641567d6293.
    - The Wall Street Journal, "Toys 'R' Us Buys KB Toys' Brand," dated September 4, 2009, accessed via: https://www.wsj.com/articles/SB125209531190087209.
    - The Wet Seal, LLC revenue, accessed via: https://craft.co/wet-seal.
    - Radioshack Corporation Form 10-K for the fiscal year ended December 31, 2013.
    - Reuters, "Exclusive: Liquidator Gordon Brothers wins auction for Wet Seal - sources," dated March 2, 2017, accessed via: https://www.reuters.com/article/business/exclusive-liquidator-gordon-brothers-wins-auction-for-wet-seal-sources-idUSKBN1692RP/.
    - S&P Capital IQ.
    - Wealth Management, "Linens 'n Things Makes a Comeback After a Painful Liquidation," dated March 3, 2009, accessed via: https://www.wealthmanagement.com/real-estate/linens-n-things-makes-a-comeback-after-a-painful-liquidation-3-3-.