**<u>Exhibit D</u>**

**Assumptions**

# Detailed Assumptions – Accounts Receivable (AR)



- Recovery estimates for accounts receivable in a liquidation scenario are brand-specific, made at the sub-classification level as detailed below, and are analyzed based on factors such as the counterparty, aging, concentration, and potential offsets.

| Account Name | Low Recovery % | Mid Recovery % | High Recovery % |
|---|---|---|---|
| Credit/Debit Card Receivables | 95.0% | 96.0% | 97.0% |
| Accounts Receivable - Unprocessed Credit Card | 92.5% | 95.0% | 97.5% |
| A/R - Wholesale - Wholesale remaining | 50.0% | 70.0% | 90.0% |
| Income Tax Receivable | 50.0% | 70.0% | 90.0% |
| Accounts Receivable (Buddy's) | 40.0% | 60.0% | 80.0% |
| Accounts Receivable - Inventory | 40.0% | 60.0% | 80.0% |
| 3rd Party Note - Collateralized AR - Badcock | 0.0% | 42.5% | 85.0% |
| Accounts Receivable - Misc | 10.0% | 35.0% | 60.0% |
| Suspense | 10.0% | 35.0% | 60.0% |
| Accounts Receivable (FRG, WNW) | 10.0% | 35.0% | 60.0% |
| A/R - Wholesale - Ineligible | 10.0% | 25.0% | 40.0% |
| Merchandise Vendor Receivables | 10.0% | 15.0% | 20.0% |
| A/R - Product Recalls | 0.0% | 0.0% | 0.0% |
| Promissory Note Receivable | 0.0% | 0.0% | 0.0% |

Sources: See Documents Relied Upon for a listing of all sources related to the trial balances for the above accounts; Promissory Note Receivable relates to Freedom TopCo Debtor, see Exhibit C for detail.

AlixPartners

# Detailed Assumptions – Inventory



- Where available, the midpoint of inventory recoveries were informed by the net orderly liquidation value range ("NOLV") contained within inventory appraisals, adjusted for the potential upside and downside, respectively.
  - Inventory recoveries for PSP, WNW Stores, and TVS were all informed by NOLV estimates. Specifically, the most recent NOLV estimate (December 2024) was utilized for PSP, WNW Stores, and TVS and a +- 5% recovery range was applied to create a range.
  - Inventory recoveries for Buddy's were informed by precedent liquidation data related to the liquidation of American Freight's inventory.
    - American Freight went through a liquidation process in late 2024 into 2025. Because American Freight is similar to Buddy's, American Freight's liquidation is a reasonable indication of the liquidation proceeds that could be achieved for the Buddy's inventory. However, given that the American Freight data was not identical to Buddy's inventory, a +- 15% recovery range was applied.

| Store Brand | Asset | Low Recovery % | Mid Recovery % | High Recovery % |
|---|---|---|---|---|
| Buddy's | Inventory | 30.0% | 45.0% | 60.0% |
| PSP | Inventory | 85.8% | 90.8% | 95.8% |
| WNW Stores | Inventory | 85.8% | 90.8% | 95.8% |
| TVS | Inventory | 62.0% | 67.0% | 72.0% |

Sources: American Freight – Final Reconciliation dated January 19, 2025, p. 4; Franchise Group Inc. (Pet Supplies Plus, LLC) Valuation & Review Inventory Report, Gordon Brothers, dated May 13, 2024, p. 2; Franchise Group Inc. (Vitamin Shoppe, Inc.) Valuation & Review Inventory Report, Gordon Brothers, dated April 30, 2024; Franchise Group Inc. (Vitamin Shoppe, Inc.) Valuation & Review Inventory Report, Gordon Brothers, dated July 9, 2024, p. 2. Also see Documents Relied Upon for a listing of all sources related to the trial balances for the above entities.

AlixPartners

# Detailed Assumptions – Trademark Value (in $Millions)



- In estimating recoverable value for the various trademarks in a liquidation scenario, the following historical trademark transactions in a liquidation context and their corresponding median price to revenue ratio was utilized as the midpoint.

| Tradename | Purchaser | Date of Bankruptcy Filing | Transaction Date | Price | Last Reported Annual Revenue | Price/Revenue |
|---|---|---|---|---|---|---|
| MTS Inc. | Caiman Retail Inc. | Aug-06 | Mar-07 | $4.2 | $430.0 | 0.98% |
| London Fog | Iconix Brand Group | Mar-06 | Aug-06 | 37.5 | n/a | n/a |
| Bombay Co. | Gordon Brothers Retail Partners & Hilco Merchant Resources | Sep-07 | Feb-08 | 1.3 | 536.3 | 0.23% |
| Linens N' Things | Liquidators Hilco Consumer Capital & Gordon Brothers Brands | May-08 | Feb-09 | 1.0 | 2,800.0 | 0.04% |
| Circuit City | Systemax | Nov-08 | May-09 | 17.0 | 11,743.7 | 0.14% |
| KB Toys | Toys R Us | Dec-08 | Sep-09 | 2.1 | 480.0 | 0.44% |
| Anchor Blue, Inc. | Perry Ellis International, Inc. | Jan-11 | Mar-11 | 0.5 | 112.6 | 0.44% |
| Borders Group | Barnes & Noble | Feb-11 | Sep-11 | 13.9 | 2,791.1 | 0.50% |
| Dots, LLC | Simply Fashion Stores, Ltd. | Jan-14 | May-14 | 0.7 | 338.8 | 0.19% |
| Deb Stores Holding LLC | Softree Inc. | Dec-14 | Mar-15 | 2.2 | 296.0 | 0.74% |
| RadioShack Corporation | General Wireless Operations Inc. | Feb-15 | Jun-15 | 26.2 | 3,434.3 | 0.76% |
| The Sports Authority, Inc. | Dick's Sporting Goods | Mar-16 | Jun-16 | 15.0 | 3,500.0 | 0.43% |
| Hancock Fabrics Inc. | Admaco, Inc. | Feb-16 | Aug-16 | 1.3 | 283.1 | 0.47% |
| The Wet Seal, LLC | Gordon Brothers Group | Feb-17 | Mar-17 | 3.0 | 530.1 | 0.57% |
| | | | | | **Mean** | **0.46%** |
| | | | | | **Median** | **0.44%** |

Sources: See Documents Relied Upon for a listing of all sources related to the above trademark transactions.

AlixPartners

# Detailed Assumptions – Trademark Value (Continued)



- The median price to revenue ratio from the historical trademark transactions was utilized as the midpoint of recoverable value, with the low and high scenarios -50% lower and 50% higher, respectively. These three price to revenue ratios were then multiplied by the latest available 12-month revenue for each brand to arrive at a recoverable $ dollar value.

| Store Brand | Price/ Revenue Ratio | | 0.22% | 0.44% | 0.67% |
|---|---|---|---|---|---|
| | Latest LTM Revenue | Asset | Low Recovery $ | Mid Recovery $ | High Recovery $ |
| Buddy's | $51,917,401 | Tradename | $115,270 | $230,539 | $345,809 |
| PSP | 1,364,044,594 | Tradename | 3,028,518 | 6,057,036 | 9,085,555 |
| TVS | 1,034,863,420 | Tradename | 2,297,654 | 4,595,308 | 6,892,962 |
| WNW Stores | 6,664,166 | Tradename | 14,796 | 29,592 | 44,388 |
| WNW Franchising | 1,284,991 | Tradename | 2,853 | 5,706 | 8,559 |

| Debtor Group | Latest LTM Revenue | Asset | Low Recovery $ | Mid Recovery $ | High Recovery $ |
|---|---|---|---|---|---|
| Subtotal: OpCo Debtors | $2,450,825,415 | Tradename | $5,441,442 | $10,882,884 | $16,324,326 |
| Subtotal: Excluded Entities | 7,949,157 | Tradename | 17,649 | 35,298 | 52,947 |

Sources: See Documents Relied Upon for a listing of all sources related to the trademark transactions presented on the previous slide; MOR Income Statement Package - January 2025; PBC 101 - 12.28.24 - Comparables - FRG - Excluding Badcock_Offline 1.21.25.

AlixPartners