**<u>Exhibit E</u>**

**Liquidation Analysis (TVS Sale Scenario)**

**Franchise Group, Inc. and its direct and indirect subsidiaries**
**Consolidated Hypothetical Liquidation Analysis**

| ($ million) | Estimated Book Value as of 5/16/2025 | Estimated Recovery Value Lower | Estimated Recovery Value Higher | Estimated Recovery % Lower | Estimated Recovery % Higher | Note |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash & Cash Equivalents* | 400.5 | 390.6 | 400.5 | 97.5% | 100.0% | [General Notes] |
| Current Receivables, net | 58.6 | 25.7 | 38.1 | 43.9% | 65.1% | [B] |
| Inventory, net | 145.6 | 119.9 | 136.2 | 82.3% | 93.6% | [B] |
| Prepaid Expenses & Other Current Assets | 23.7 | 1.2 | 4.7 | 5.0% | 20.0% | [B] |
| **Total Current Assets** | **628.5** | **537.3** | **579.6** | **85.5%** | **92.2%** | |
| **Non-Current Assets** | | | | | | |
| Property, Plant & Equipment, net | 78.0 | 1.1 | 2.9 | 1.4% | 3.8% | [C] |
| Notes & Other Receivables, Non-Current | - | - | - | 0.0% | 0.0% | [C] |
| Goodwill | 143.0 | - | - | 0.0% | 0.0% | [C] |
| Other Intangible Assets, net | 607.4 | 3.1 | 9.4 | 0.5% | 1.6% | [C] |
| Right-of-Use Assets | 151.9 | - | - | 0.0% | 0.0% | [C] |
| Other Assets, net | 8.5 | 0.2 | 0.8 | 2.4% | 9.1% | [C] |
| **Total Non-Current Assets** | **988.8** | **4.4** | **13.2** | **0.4%** | **1.3%** | |
| **Total Assets & Recovery Estimate** | **1,617.3** | **541.7** | **592.8** | **33.5%** | **36.7%** | |

| Liquidation Costs | | Estimated Liquidation Costs Lower | Estimated Liquidation Costs Higher | | | [F] |
|---|---|---|---|---|---|---|
| Estate Wind-down Costs | | (18.3) | (14.2) | | | |
| Professional Fees | | (20.1) | (15.8) | | | |
| Chapter 7 Trustee Fees | | (16.1) | (17.6) | | | |
| **Total Liquidation Adjustments** | | **(54.5)** | **(47.6)** | | | [General Notes] |
| **Net Proceeds Available for Distribution to Creditors** | | **487.2** | **545.1** | | | [E] |

| Allocation of Net Proceeds Available for Distribution to Creditors | Estimated Claim Amount | Estimated Recovery Value Lower | Estimated Recovery Value Higher | Estimated Recovery % Lower | Estimated Recovery % Higher | |
|---|---|---|---|---|---|---|
| **Proceeds From ABL Priority Collateral** | | | | | | |
| Cash & Cash Equivalents | | 353.0 | 357.7 | | | |
| Current Receivables, Net | | 25.6 | 37.4 | | | |
| Inventory, net | | 119.9 | 136.2 | | | |
| Liquidation Cost | | (51.3) | (44.0) | | | |
| **Total Net Proceeds From ABL Collateral** | | **447.1** | **487.3** | | | |
| **Prepetition ABL Loan Claims (Class 3)** | 262.9 | | | | | [H]; [General Notes] |
| Prepetition ABL Claims Recovery | | 262.9 | 262.9 | 100.0% | 100.0% | |
| **Surplus Proceeds From ABL Priority Collateral Available for Distribution to Other Creditors** | | 184.2 | 224.4 | | | |
| **Proceeds From DIP Collateral That is Not ABL-Priority Collateral** | | | | | | |
| Cash & Cash Equivalents | | 37.6 | 42.9 | | | |
| Current Receivables, Net | | 0.1 | 0.7 | | | |
| Prepaid Expenses & Other Current Assets | | 1.2 | 4.7 | | | |
| Property, Plant & Equipment, net | | 1.1 | 2.9 | | | |
| Other Intangible Assets, net | | 3.1 | 9.4 | | | |
| Other Assets, net | | 0.2 | 0.8 | | | |
| Liquidation Cost | | (3.2) | (3.6) | | | |
| **Total Net Proceeds Available for Distribution to Other Creditors** | | **224.3** | **282.2** | | | |
| **DIP Claims** | 784.9 | | | | | [General Notes] |
| DIP Claims Recovery | | 224.3 | 282.2 | 28.6% | 36.0% | |
| **Prepetition First Lien Loan Claims (Class 4)** | 636.8 | | | | | [I]; [General Notes] |
| Prepetition First Lien Loan Claims Recovery | | - | - | 0.0% | 0.0% | |
| **Prepetition Second Lien Loan Claims (Class 5)** | 157.1 | | | | | [J] |
| Prepetition Second Lien Loan Claims Recovery | | - | - | 0.0% | 0.0% | |
| **Priority Non-tax Claims (Class 1)** | Undetermined | | | | | [General Notes] |
| Priority Non-tax Claims Recovery | | - | - | 0.0% | 0.0% | |
| **Other Secured Claims (Class 2)** | Undetermined | | | | | [General Notes] |
| Other Secured Claims Recovery | | - | - | 0.0% | 0.0% | |
| **General Unsecured Claims (Class 6)** | 327.2 | | | | | [General Notes] |
| General Unsecured Claims Recovery | | - | - | 0.0% | 0.0% | |
| **Subordinated Claims (Class 9)** | 0.0 | | | | | [General Notes] |
| Subordinated Claims Recovery | | - | - | 0.0% | 0.0% | |

* Cash & Cash Equivalents includes the expected net proceeds from the sale of The Vitamin Shoppe. All of The Vitamin Shoppe assets that will be conveyed as part of the sale have been removed from the book value and proceeds.