# Exhibit A

**THE VITAMIN SHOPPE**
300 Harmon Meadow Blvd., Suite 500, Secaucus, NJ 07094

Jeff Van Orden,
Chief Financial Officer
300 Harmon Meadow Blvd.
Secaucus, NJ 07094
www.vitaminshoppe.com

May 1, 2025
**Via FEDEX**
KAWIPS Delaware Cuyahoga Falls, LLC
1590-D Rosecrans Ave. PMB#259
Manhattan Beach, CA 90266

Re:   *In re Franchise Group, Inc., et al.*, Case No. 24-12480 (LSS)
      Rejection of Real Property Lease for Store Located at
      **1190 Main Street, Cuyahoga Falls, OH (Store #788)**

To Whom It May Concern:

On November 3, 2024 (the "Petition Date"), Franchise Group, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware (the "Court") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' chapter 11 cases are being jointly administered under case number 24-12480 (LSS). I write to you regarding that certain non-residential real property lease (the "Lease") for the premises located at 1190 Main Street, Cuyahoga Falls, OH (the "Premises") to which one or more of the Debtors are a party.

April 30, 2025, the Debtors filed with the Court the *Amended Plan Supplement for the Eighth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and its Debtor Affiliates* Docket No. 1371 (the "Plan Supplement"), which included a schedule rejecting the Lease pursuant to section 365 of the Bankruptcy Code, effective as of April 30, 2025 (the "Rejection Date"). You will be served with a copy of the Plan Supplement.

Please take notice that, as of the Rejection Date, the Debtors unequivocally surrender their interest in the Premises. In conjunction with the Debtors' unequivocal surrender of their possession of the Premises, the Debtors also abandoned any personal property remaining in the Premises. The Debtors have either already returned the keys to the Premises or the keys are provided in a lockbox at the Premises, which you can access by entering the following access code: 0300. See attached lockbox instructions. Delivery of the keys is not a condition to rejection of the Lease and is intended only to accommodate your physical access to the Premises. Please be further advised that the Debtors will no longer maintain the utilities, security, or insurance coverage related to the Premises as of the Rejection Date.

If you have any questions regarding this matter, please contact Jeff Sieber, Director of Real Estate at (412) 639-5155. You may obtain additional information about the Debtors' chapter 11 cases or obtain copies of the pleadings filed in the chapter 11 cases, including the Plan Supplement, at the case website maintained by the Debtors' claims and noticing agent: **https://cases.ra.kroll.com/FRG**.

Sincerely,

*/s/ Jeff Van Orden*
Jeff Van Orden,
Chief Financial Officer

153820.2