5

## **CERTIFICATE OF SERVICE**

      I, Morgan L. Patterson, do hereby certify that on May 14, 2025, I caused a copy of the foregoing to be served on the parties registered via CM/ECF.

                                            */s/ Morgan L. Patterson*
                                            Morgan L. Patterson (Bar No. 5388)

4906-1093-2291v1