**Exhibit B**

**CorVel Invoices and Corresponding Payments**



**Remit to:**
Wells Fargo Bank
P.O. Box 713824
Philadelphia, PA 19171-3824
Routing #:  121000248
Account #: 4122069503
Remit email: Jessica_Bussard@corvel.com

| Invoice Number |
|---|
| FG10312024 |

*Service for the Period of:  October 1, 2024 to October 31, 2024*

| Details | | Totals |
|---|---|---|
| **American Freight Total** | $ | 15,684.78 |
| Claim Handling Fees | $ | 14,899.87 |
| 24/7 Calls - 4 x $110.24 & 3 x $114.65 | $ | 784.91 |
| | | |
| **Buddy's Total** | $ | 303.93 |
| Claim Handling Fees | $ | 189.28 |
| 24/7 Calls - 1 x $114.65 | $ | 114.65 |
| | | |
| **Pet Supplies Plus Total** | $ | 10,581.43 |
| Claim Handling Fees | $ | 8,107.64 |
| 24/7 Calls - 11 x $110.24 & 11 x $114.65 | $ | 2,473.79 |
| | | |
| **Vitamin Shoppe Total** | $ | 9,445.72 |
| Claim Handling Fees | $ | 9,225.24 |
| 24/7 Calls - 0 x $114.65 | $ | - |
| VSI Payroll EDI | $ | 220.48 |
| | | |
| **WS Badcock Total** | $ | 676.00 |
| Claim Handling Fees | $ | 676.00 |
| 24/7 Calls | $ | - |
| | | |
| **Liberty Tax Total** | $ | - |
| Claim Handling Fees | $ | - |
| | | |
| **Monthly Medicare Maintenance Fee** | $ | 1,081.60 |
| **Annual Administrative Fee** | $ | 17,197.44 |
| **Annual Banking Fee - 1 Account included, 5 additional at $1,146.50 each** | $ | 5,732.50 |
| **Annual CareMC Users Fee - 25 Users included, 3 additional users at $540.80 each** | $ | 1,622.40 |
| | | |
| Thank You | **Total Invoice:** $ | **62,325.80** |

| Please Pay This Amount |
|---|
| $62,325.80 |

**FEDERAL TIN NO. 42-1704550**





**Remit to:**
Wells Fargo Bank
P.O. Box 713824
Philadelphia, PA 19171-3824
Routing #: 121000248
Account #: 4122069503
Remit email: Jessica_Bussard@corvel.com

| Invoice Number |
|---|
| FG11302024 |

*Service for the Period of: November 1, 2024 to November 30, 2024*

| Details | | Totals |
|---|---|---:|
| **American Freight Total** | $ | 7,300.82 |
|     Claim Handling Fees | $ | 6,612.92 |
|     24/7 Calls - 6 x $114.65 | $ | 687.90 |
| **Buddy's Total** | $ | 303.93 |
|     Claim Handling Fees | $ | 189.28 |
|     24/7 Calls - 1 x $114.65 | $ | 114.65 |
| **Pet Supplies Plus Total** | $ | 14,025.63 |
|     Claim Handling Fees | $ | 12,076.58 |
|     24/7 Calls - 17 x $114.65 | $ | 1,949.05 |
| **Vitamin Shoppe Total** | $ | 7,439.68 |
|     Claim Handling Fees | $ | 7,210.38 |
|     24/7 Calls - 0 x $114.65 | $ | - |
|     VSI Payroll EDI | $ | 229.30 |
| **WS Badcock Total** | $ | - |
|     Claim Handling Fees | $ | - |
|     24/7 Calls | $ | - |
| **Liberty Tax Total** | $ | - |
|     Claim Handling Fees | $ | - |
| **Monthly Medicare Maintenance Fee** | $ | 1,081.60 |
| **Thank You**      Total Invoice: | $ | 30,151.66 |

| Please Pay This Amount |
|---|
| **$30,151.66** |

**FEDERAL TIN NO. 42-1704550**

Save | Post | Post in batch | Validate | Approval | Payment proposal | Generate payments | Functions | Inquiries | Print | Reverse entire journal | Options

Vendor payments | NHC002329 : Vend Pay

## Standard view

List | General | Payment | Payment fee | Remittance | Bank | History

New | Delete | Settle transactions | Financial dimensions | Sales tax | Payment status | Voucher | View marked transactions

| Date | Voucher | Company | Account | Vendor name | Financial tags | Description | Debit | Credit | Currency |
|---|---|---|---|---|---|---|---|---|---|
| 2/13/2025 | VENDPAY140000940 | nhc | NHC000087 | FranConnect, Inc. | | | 28,980.60 | | USD |
| 2/13/2025 | VENDPAY140000941 | nhc | NHC000099 | KLDiscovery Ontrack, LLC | | | 24,582.02 | | USD |
| 2/13/2025 | VENDPAY140000942 | nhc | NHC000657 | CorVel Corporation | | | 30,151.66 | | USD |

**CURRENCY**

| | DEBIT | CREDIT | BALANCE |
|---|---|---|---|
| VOUCHER | 28,980.60 | 28,980.60 | 0.00 |
| JOURNAL | 83,714.28 | 83,714.28 | 0.00 |

**REPORTING CURRENCY**

| DEBIT | CREDIT | BALANCE |
|---|---|---|
| 28,980.60 | 28,980.60 | 0.00 |
| 83,714.28 | 83,714.28 | 0.00 |