IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| FRANCHISE GROUP, INC. et al., ) | |
| ) | Case No. 24-12480 (LSS) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | RE: D.I. 1305 |
| _____ ) | |

## NOTICE OF WITHDRAWAL OF MOTION OF MEL INDIANA, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that MEL Indiana, LLC. ("MEL Indiana"), by and through undersigned counsel hereby withdraws the *Motion Of MEL Indiana, LLC For Allowance and Payment of Administrative Expense Claim* filed on April 23, 2025, at D.I. 1305.

Dated: May 15, 2025　　　　　　　**GELLERT SEITZ BUSENKELL & BROWN, LLC**

　　　　　　　　　　　　　　　　　　By: */s/ Amy D. Brown*
　　　　　　　　　　　　　　　　　　　Michael G. Busenkell (DE 3933)
　　　　　　　　　　　　　　　　　　　Amy D. Brown (DE 4077)
　　　　　　　　　　　　　　　　　　　1201 North Orange Street, Suite 300
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Telephone: (302) 425-5800
　　　　　　　　　　　　　　　　　　　Fax: (302) 425-5814
　　　　　　　　　　　　　　　　　　　E-mail:  mbusenkell@gsbblaw.com
　　　　　　　　　　　　　　　　　　　　　　　　abrown@gsbblaw.com

　　　　　　　　　　　　　　　　　　*Counsel for MEL Indiana, LLC*