**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Joshua Klein, of Petrillo Klein + Boxer LLP, as special counsel to the debtors and debtors in possession in the above-captioned cases.

Dated: May 18, 2025

*/s/ Shella Borovinskaya*
Shella Borovinskaya (Bar No. 6758)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600
Email: sborovinskaya@ycst.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: May 18, 2025

*/s/ Joshua Klein*
Joshua Klein
Petrillo Klein + Boxer LLP
655 Third Avenue
12th Floor
New York, New York 10017
Telephone: 212-370-0330
Email: jklein@pkbllp.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

**Dated: May 19th, 2025
Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**