UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FRANCHISE GROUP, INC. *et al.*, | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Jesse Blevins, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On May 18th, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 05/18/2025 | 1515 | Exhibit(s) (Notice of Ad Hoc Group of First Lien Lenders' Exhibit List and Intent to Offer Witness Testimony at the Plan Confirmation Hearing on May 20, 2025) Filed by Ad Hoc Group of First Lien Lenders. (McGuire, Matthew) (Entered: 05/18/2025) |

Dated: May 19th, 2025

/s/ *Jesse Blevins*
Jesse Blevins
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Perdue, Brandon, Fielder, Collins and Mott, L.L.P.<br>Attn: Alysia Córdova<br>P.O. Box 9132<br>Amarillo, 79105<br>acordova@pbfcm.com<br>amabkr@pbfcm.com | **VIA ELECTRONIC MAIL**<br>Ross Aronstam & Moritz LLP<br>Attn: Adam D. Gold, Holly E. Newell<br>Hercules Building<br>1313 North Market Street, Suite 1001<br>Wilmington, 19801<br>agold@ramllp.com<br>hnewell@ramllp.com |
| **VIA ELECTRONIC MAIL**<br>Clark Hill PLC<br>Attn: Audrey L. Hornisher<br>901 Main Street, Suite 6000<br>Dallas, 75202<br>ahornisher@clarkhill.com | **VIA ELECTRONIC MAIL**<br>Tolson & Wayment, PLLC<br>Attn: Aaron J. Tolson<br>1906 Jennie Lee Dr.<br>Idaho Falls, 83404<br>ajt@aaronjtolsonlaw.com |
| **VIA ELECTRONIC MAIL**<br>Latham & Watkins LLP<br>Attn: Andrew Sorkin<br>555 Eleventh Street NW<br>Suite 1000<br>Washington, 20004<br>andrew.sorkin@lw.com | **VIA ELECTRONIC MAIL**<br>Greenberg Traurig, LLP<br>Attn: Anthony W. Clark, Dennis A. Meloro<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, 19801<br>Anthony.Clark@gtlaw.com<br>Dennis.Meloro@gtlaw.com |
| **VIA ELECTRONIC MAIL**<br>Segal McCambridge Singer & Mahoney<br>Attn: Alan J. Taylor<br>29100 Northwestern Highway, Suite 240<br>Southfield, 48034<br>ataylor@smsm.com | **VIA ELECTRONIC MAIL**<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane W. Sanders<br>PO Box 17428<br>Austin, 78760-7428<br>austin.bankruptcy@lgbs.com |
| **VIA ELECTRONIC MAIL**<br>Securities & Exchange Commission - NY Office<br>Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | **VIA ELECTRONIC MAIL**<br>Seward & Kissel LLP<br>Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott<br>One Battery Park Plaza<br>New York, 10004<br>bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br>ashmead@sewkis.com<br>bateman@sewkis.com<br>matott@sewkis.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Attn: Nicole C. Kenworthy<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, 20737-1385<br>bdept@mrrlaw.net | **VIA ELECTRONIC MAIL**<br>County of Loudoun, Virginia<br>Attn: Belkys Escobar<br>One Harrison Street, SE, 5th Floor<br>PO Box 7000<br>Leesburg, 20177-7000<br>belkys.escobar@loudoun.gov |
| **VIA ELECTRONIC MAIL**<br>Bernstein Litowitz Berger & Grossmann LLP<br>Attn: Benjamin Potts, Mae Oberste<br>500 Delaware Avenue<br>Suite 901<br>Wilmington, 19801<br>benjamin.potts@blbglaw.com<br>mae.oberste@blbglaw.com | **VIA ELECTRONIC MAIL**<br>Farnan LLP<br>Attn: Brian E. Farnan, Michael J. Farnan<br>919 North Market Street<br>12th Floor<br>Wilmington, 19801<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |
| **VIA ELECTRONIC MAIL**<br>Brookfield Properties Retail Inc<br>Attn: Kristen N. Pate<br>350 N. Orleans Street<br>Suite 300<br>Chicago, 60654-1607<br>bk@bpretail.com | **VIA ELECTRONIC MAIL**<br>Bodell Bové, LLC<br>Attn: Bruce W. McCullough<br>1225 N. King Street, Suite 1000<br>Wilmington, 19801-3250<br>bmccullough@bodellbove.com |
| **VIA ELECTRONIC MAIL**<br>White & Case LLP<br>Attn: Bojan Guzina<br>111 S. Wacker Dr., Suite 5100<br>Chicago, 60606<br>bojan.guzina@whitecase.com | **VIA ELECTRONIC MAIL**<br>Offit Kurman, PA<br>Attn: Brian J. McLaughlin<br>222 Delaware Avenue<br>Suite 1105<br>Wilmington, 19801<br>Brian.McLaughlin@offitkurman.com |
| **VIA ELECTRONIC MAIL**<br>Weltman, Weinberg & Reis Co. LPA<br>Attn: Geoffrey J. Peters<br>5475 Rings Road<br>Suite 200<br>Dublin, 43017<br>bronationalecf@weltman.com | **VIA ELECTRONIC MAIL**<br>Tenenbaum & Saas, P.C.<br>Attn: Bradshaw Rost<br>4504 Walsh Street, Suite 200<br>Chevy Chase, 20815<br>BRost@tspclaw.com |

**VIA ELECTRONIC MAIL**
Pachulski Stang Ziehl & Jones LLP
Attn: Bradford J. Sandler, Colin R. Robinson
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, 19899-8705
bsandler@pszjlaw.com
crobinson@pszjlaw.com

**VIA ELECTRONIC MAIL**
Cozen O'Connor
Attn: Brian L. Shaw
123 North Wacker Drive
Suite 1800
Chicago, 60606
bshaw@cozen.com

**VIA ELECTRONIC MAIL**
Cowles & Thompson, P.C.
Attn: William L. Siegel
901 Main Street, Suite 3900
Dallas, 75202
bsiegel@cowlesthompson.com

**VIA ELECTRONIC MAIL**
Cohen Pollock Merlin Turner, P.C.
Attn: Bruce Z. Walker
3350 Riverwood Parkway, Suite 1600
Atlanta, 30339
bwalker@cpmtlaw.com

**VIA ELECTRONIC MAIL**
Morgan, Lewis & Bockius LLP
Attn: Christopher L. Carter
One Federal Street
Boston, 02110-1726
christopher.carter@morganlewis.com

**VIA ELECTRONIC MAIL**
Texas Attorney General's Office
Attn: Christopher S. Murphy, Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, 78711-2548
christopher.murphy@oag.texas.gov

**VIA ELECTRONIC MAIL**
Morris James LLP
Attn: Carl N. Kunz, III, Christopher M. Donnelly
500 Delaware Avenue, Suite 1500
Wilmington, 19801
ckunz@morrisjames.com
cdonnelly@morrisjames.com

**VIA ELECTRONIC MAIL**
Duane Morris LLP
Attn: Christopher M. Winter, James C. Carignan
1201 N. Market Street, Suite 501
Wilmington, 19801
cmwinter@duanemorris.com
jccarignan@duanemorris.com

**VIA ELECTRONIC MAIL**
White & Case LLP
Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin Smith, Brett Bakemeyer
1221 Avenue of the Americas
New York, 10020-1095
cshore@whitecase.com
sam.hershey@whitecase.com
azatz@whitecase.com
erin.smith@whitecase.com
brett.bakemeyer@whitecase.com

**VIA ELECTRONIC MAIL**
Cross & Simon, LLC
Attn: Christopher P. Simon
1105 North Market Street, Suite 901
Wilmington, 19801
csimon@crosslaw.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Swanson, Martin & Bell, LLP<br>Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive<br>Suite 204<br>Lisle, 60532<br>cstahl@smbtrials.com | **VIA ELECTRONIC MAIL**<br>Kessler Topac Meltzer & Check LLP<br>Attn: J. Daniel Albert, Michael McCutcheon<br>280 King of Prussia Rd<br>Radnor, 19087<br>dalbert@ktmc.com |
| **VIA ELECTRONIC MAIL**<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, 75207<br>dallas.bankruptcy@lgbs.com | **VIA ELECTRONIC MAIL**<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: John Kendrick Turner<br>3500 Maple Avenue<br>Suite 800<br>Dallas, 75219<br>dallas.bankruptcy@lgbs.com |
| **VIA ELECTRONIC MAIL**<br>Morgan, Lewis & Bockius LLP<br>Attn: David K. Shim<br>One State Street<br>Hartford, 06103-3178<br>david.shim@morganlewis.com | **VIA ELECTRONIC MAIL**<br>SWK Attorneys at Law<br>Attn: David E. Cohen<br>500 Skokie Boulevard, Suite 600<br>Northbrook, 60062<br>dcohen@swkattorneys.com |
| **VIA ELECTRONIC MAIL**<br>Chipman Brown Cicero & Cole, LLP<br>Attn: Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 North Market St, Suite 5400<br>Wilmington, 19801<br>desgross@chipmanbrown.com | **VIA ELECTRONIC MAIL**<br>Mcdermott Will & Emery LLP<br>Attn: David R. Hurst<br>1000 N. West Street<br>Suite 1400<br>Wilmington, 19801<br>dhurst@mwe.com |
| **VIA ELECTRONIC MAIL**<br>Michigan Assistant Attorney General<br>Attn: Heather L. Donald<br>Cadillac Place Building<br>3030 W. Grand Blvd. Ste. 10-200<br>Detroit, 48202<br>donaldh@michigan.gov | **VIA ELECTRONIC MAIL**<br>Klehr Harrison Harvey Branzburg LLP<br>Attn: Domenic E. Pacitti<br>919 N. Market Street, Suite 1000<br>Wilmington, 19801-3062<br>dpacitti@klehr.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Munsch Hardt Kopf & Harr, P.C.<br>Attn: Deborah M. Perry<br>500 N. Akard Street<br>Suite 4000<br>Dallas, 75201-6659<br>dperry@munsch.com | **VIA ELECTRONIC MAIL**<br>Sirlin Lesser & Benson, P.C.<br>Attn: Dana S. Plon<br>123 South Broad Street, Suite 2100<br>Philadelphia, 19109<br>dplon@sirlinlaw.com |
| **VIA ELECTRONIC MAIL**<br>McKenna Storer<br>Attn: David A. Shapiro<br>33 N. LaSalle Street<br>Suite 1400<br>Chicago, 60602<br>dshapiro@mckenna-law.com<br>service@mckenna-law.com | **VIA ELECTRONIC MAIL**<br>Shermeta, Kilpatrick & Associates, PLLC<br>Attn: Richardo I. Kilpatrick<br>615 Griswold, Suite 1305<br>Detroit, 48226-3985<br>ecf@kaalaw.com |
| **VIA ELECTRONIC MAIL**<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P<br>Attn: Hiram Gutierrez<br>P.O. Box 2916<br>McAllen, 78502<br>edinburgbankruptcy@pbfcm.com | **VIA ELECTRONIC MAIL**<br>Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, 06103-1919<br>egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| **VIA ELECTRONIC MAIL**<br>Polsinelli PC<br>Attn: Elisa Hyder<br>Three Logan Square<br>1717 Arch Street, Suite 2800<br>Philadelphia, 19103<br>ehyder@polsinelli.com | **VIA ELECTRONIC MAIL**<br>Bayard, P.A.<br>Attn: Ericka F. Johnson<br>600 N. Market Street, Suite 400<br>Wilmington, 19801<br>ejohnson@bayardlaw.com |
| **VIA ELECTRONIC MAIL**<br>Young Conaway Stargatt & Taylor, LLP<br>Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya<br>Rodney Square<br>1000 N. King Street<br>Wilmington, 19801<br>emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com | **VIA ELECTRONIC MAIL**<br>Frost Brown Todd LLP<br>Attn: Erin P. Severini, Joy D. Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, 45202<br>eseverini@fbtlaw.com<br>jkleisinger@fbtlaw.com |

**VIA ELECTRONIC MAIL**
Benesch Friedlander Coplan & Aronoff LLP
Attn: Elliot M. Smith
127 Public Square, Suite 4900
Cleveland, 44114
esmith@beneschlaw.com

**VIA ELECTRONIC MAIL**
Burr & Forman LLP
Attn: J. Ellsworth Summers, Jr., Dana L. Robbins
50 North Laura Street, Suite 3000
Jacksonville, 32202
esummers@burr.com
drobbins@burr.com

**VIA ELECTRONIC MAIL**
Brian T. FitzGerald
Post Office Box 1110
Tampa, 33601-1110
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
connorsa@hcfl.gov

**VIA ELECTRONIC MAIL**
Ballard Spahr LLP
Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper
919 North Market Street
11th Floor
Wilmington, 19801
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston, 77253-3064
houston_bankruptcy@lgbs.com

**VIA ELECTRONIC MAIL**
Latham & Watkins LLP
Attn: James Kstanes, Timothy Beau Parker
330 N Wabash Avenue
Suite 2800
Chicago, 60611 Canada
james.ktsanes@lw.com
beau.parker@lw.com

**VIA ELECTRONIC MAIL**
Reed Smith LLP
Attn: Jason D. Angelo
1201 North Market Street, Suite 1500
Wilmington, 19801
jangelo@reedsmith.com

**VIA ELECTRONIC MAIL**
Paul Hastings LLP
Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman
200 Park Avenue
New York, 10166
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com
danfliman@paulhastings.com

**VIA ELECTRONIC MAIL**
Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Joseph H. Baldiga, Shannah L. Colbert
1800 West Park Dr., Suite 400
Westborough, 01581
jbaldiga@mirickoconnell.com
scolbert@mirickoconnell.com

**VIA ELECTRONIC MAIL**
Pashman Stein Walder Hayden, PC
Attn: Joseph C. Barsalona II
824 North Market Street
Suite 800
Wilmington, 19801
jbarsalona@pashmanstein.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Sessions, Fishman & Nathan, LLC<br>Attn: J. David Forsyth<br>400 Poydras Street<br>Suite 2550<br>New Orleans, 70130<br>jdf@sessions-law.com | **VIA ELECTRONIC MAIL**<br>Latham & Watkins LLP<br>Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin<br>1271 Avenue of the Americas<br>New York, 10020<br>Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com |
| **VIA ELECTRONIC MAIL**<br>Bernstein Litowitz Berger & Grossmann LLP<br>Attn: Jeroen van Kwawegen, Thomas James<br>1251 Avenue of the Americas<br>New York, 10020<br>jeroen@blbglaw.com<br>thomas.james@blbglaw.com | **VIA ELECTRONIC MAIL**<br>Burr & Forman LLP<br>Attn: J. Cory Falgowski<br>222 Delaware Avenue, Suite 1030<br>Wilmington, 19801<br>jfalgowski@burr.com |
| **VIA ELECTRONIC MAIL**<br>Burr & Forman LLP<br>Attn: James H. Haithcock, III<br>420 N. 20th Street, Suite 3400<br>Birmingham, 35203<br>jhaithcock@burr.com | **VIA ELECTRONIC MAIL**<br>Mcdermott Will & Emery LLP<br>Attn: James W. Kapp, III<br>444 West Lake Street<br>Suite 4000<br>Chicago, 60606-0029<br>jkapp@mwe.com |
| **VIA ELECTRONIC MAIL**<br>Cook, Vetter, Doerhoff & Landwehr, P.C.<br>Attn: John D. Landwehr<br>231 Madison Street<br>Jefferson City, 65101<br>jlandwehr@cvdl.net | **VIA ELECTRONIC MAIL**<br>Stark & Stark, P.C.<br>Attn: Joseph H. Lemkin<br>PO Box 5315<br>Princeton, 08543<br>jlemkin@stark-stark.com |
| **VIA ELECTRONIC MAIL**<br>Kirkland & Ellis LLP<br>Attn: Joshua A. Sussberg, P.C., Nicole L. Greenblatt, P.C., Derek I. Hunter<br>601 Lexington Avenue<br>New York, 10022<br>joshua.sussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>derek.hunter@kirkland.com | **VIA ELECTRONIC MAIL**<br>McCreary, Veselka, Bragg, & Allen, P.C.<br>Attn: Julie Anne Parsons<br>700 Jeffrey Way, Suite 100<br>Round Rock, 78665<br>jparsons@mvbalaw.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>McCreary, Veselka, Bragg, & Allen, P.C.<br>Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, 78680-1269<br>jparsons@mvbalaw.com | **VIA ELECTRONIC MAIL**<br>Tayman Lane Chaverri LLP<br>Attn: Jeffrey Rhodes<br>2001 L Street, NW, Suite 500<br>Washington, 20036<br>jrhodes@tlclawfirm.com |
| **VIA ELECTRONIC MAIL**<br>Potter Anderson & Corroon LLP<br>Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik<br>1313 N. Market Street<br>6th Floor<br>Wilmington, 19801<br>jryan@potteranderson.com<br>bhaywood@potteranderson.com<br>esulik@potteranderson.com | **VIA ELECTRONIC MAIL**<br>Connolly Gallagher LLP<br>Attn: Jeffrey C. Wisler<br>1201 North Market Street, 20th Floor<br>Wilmington, 19801<br>jwisler@connollygallagher.com |
| **VIA ELECTRONIC MAIL**<br>Quarles & Brady LLP<br>Attn: L. Kate Mason<br>411 E. Wisconsin Avenue<br>Suite 2400<br>Milwaukee, 53202<br>Katie.Mason@quarles.com | **VIA ELECTRONIC MAIL**<br>Reed Smith LLP<br>Attn: Keith M. Aurzada, Dylan T. F. Ross<br>2850 North Harwood Street, Suite 1500<br>Dallas, 75201<br>kaurzada@reedsmith.com<br>dylan.ross@reedsmith.com |
| **VIA ELECTRONIC MAIL**<br>McCarter & English, LLP<br>Attn: Kate Roggio Buck, Maliheh Zare, Sheila Calello, Matthew J. Rifino<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, 19801<br>kbuck@mccarter.com<br>mzare@mccarter.com<br>mrifino@mccarter.com | **VIA ELECTRONIC MAIL**<br>Benesch Friedlander Coplan & Aronoff LLP<br>Attn: Kevin M. Capuzzi, Juan E. Martinez, Jennifer R. Hoover<br>1313 North Market Street, Suite 1201<br>Wilmington, 19801-6101<br>kcapuzzi@beneschlaw.com<br>jmartinez@beneschlaw.com<br>jhoover@beneschlaw.com |
| **VIA ELECTRONIC MAIL**<br>Kelley Drye & Warren LLP<br>Attn: Robert L. LeHane, Jennifer D. Raviele, Allison Selick<br>3 World Trade Center<br>175 Greenwich Street<br>New York, 10007<br>KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>aselick@kelleydrye.com | **VIA ELECTRONIC MAIL**<br>Barnes & Thornburg LLP<br>Attn: Kevin G. Collins<br>222 Delaware Avenue, Suite 1200<br>Wilmington, 19801<br>kevin.collins@btlaw.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Clark Hill PLC<br>Attn: Karen M. Grivner<br>824 N. Market Street, Suite 710<br>Wilmington, 19801<br>kgrivner@clarkhill.com | **VIA ELECTRONIC MAIL**<br>Block & Leviton, LLP<br>Attn: Kimberly A. Evans, Irene R. Lax<br>222 Delaware Ave<br>Suite 1120<br>Wilmington, 19801<br>kim@blockleviton.com<br>irene@blockleviton.com |
| **VIA ELECTRONIC MAIL**<br>Cross & Simon, LLC<br>Attn: Kevin S. Mann<br>1105 North Market Street, Suite 901<br>Wilmington, 19801<br>kmann@crosslaw.com | **VIA ELECTRONIC MAIL**<br>Barclay Damon LLP<br>Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, 13202<br>knewman@barclaydamon.com |
| **VIA ELECTRONIC MAIL**<br>Richards Layton & Finger PA<br>Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger<br>One Rodney Square<br>920 North King Street<br>Wilmington, 19801<br>knight@rlf.com<br>steele@rlf.com<br>steiger@rlf.com | **VIA ELECTRONIC MAIL**<br>Kurtzman Steady LLC<br>Attn: Jeffrey Kurtzman<br>101 N. Washington Avenue<br>Suite 4A<br>Margate, 08402<br>kurtzman@kurtzmansteady.com |
| **VIA ELECTRONIC MAIL**<br>Landis Rath & Cobb LLP<br>Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers<br>919 Market Street Suite 1800<br>P.O. Box 2087<br>Wilmington, 19801<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br>erogers@lrclaw.com | **VIA ELECTRONIC MAIL**<br>Streusand, Landon, Ozburn & Lemmon, LLP<br>Attn: G. James Landon<br>1801 S. Mopac Expressway, Suite 320<br>Austin, 78746<br>landon@slollp.com |
| **VIA ELECTRONIC MAIL**<br>McCarter & English, LLP<br>Attn: Lisa S. Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, 07102<br>lbonsall@mccarter.com | **VIA ELECTRONIC MAIL**<br>Ken Burton, Jr., Manatee County Tax Collector<br>Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA<br>1001 3rd Ave W, Suite 240<br>Brandenton, 34205-7863<br>legal@taxcollector.com |

| **VIA ELECTRONIC MAIL**<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P<br>Attn: Laura J. Monroe<br>PO Box 817<br>Lubbock, 79408<br>lmbkr@pbfcm.com | **VIA ELECTRONIC MAIL**<br>Thompson Hine LLP<br>Attn: Louis F Solimine<br>312 Walnut Street<br>Suite 2000<br>Cincinnati, 45202-4029<br>Louis.Solimine@ThompsonHine.com |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Kirkland & Ellis LLP<br>Attn: Mark McKane, P.C.<br>555 California Street<br>San Francisco, 94101<br>mark.mckane@kirkland.com | **VIA ELECTRONIC MAIL**<br>Barnes & Thornburg LLP<br>Attn: Mark R. Owens, Amy E. Tryon<br>222 Delaware Avenue, Suite 1200<br>Wilmington, 19801<br>mark.owens@btlaw.com<br>amy.tryon@btlaw.com |
| **VIA ELECTRONIC MAIL**<br>Squire Patton Boggs (US) LLP<br>Attn: Mark A. Salzberg<br>2550 M Street, NW<br>Washington, 20037<br>mark.salzberg@squirepb.com | **VIA ELECTRONIC MAIL**<br>Austria Legal, LLC<br>Attn: Matthew P. Austria<br>1007 N. Orange Street, 4th Floor<br>Wilmington, 19801<br>maustria@austriallc.com |
| **VIA ELECTRONIC MAIL**<br>Cozen O'Connor<br>Attn: Marla S. Benedek, Kaan Ekiner<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, 19801<br>mbenedek@cozen.com<br>kekiner@cozen.com | **VIA ELECTRONIC MAIL**<br>Klehr Harrison Harvey Branzburg LLP<br>Attn: Morton R. Branzburg<br>1835 Market Street, Suite 1400<br>Philadelphia, 19103<br>mbranzburg@klehr.com |
| **VIA ELECTRONIC MAIL**<br>Akin Gump Strauss Hauer & Feld LLP<br>Attn: Marty L. Brimmage, Jr.<br>2300 N. Field Street<br>Suite 1800<br>Dallas, 75201<br>mbrimmage@akingump.com | **VIA ELECTRONIC MAIL**<br>Ashby & Geddes, P.A.<br>Attn: Michael D. DeBaecke<br>500 Delaware Avenue, 8th Floor<br>Wilmington, 19801<br>mdebaecke@ashbygeddes.com |

| **VIA ELECTRONIC MAIL**<br>Lowenstein Sandler LLP<br>Attn: Michael S. Etkin, Michael Papandrea, Andrew Behlmann<br>One Lowenstein Drive<br>Roseland, 07068<br>metkin@lowenstein.com<br>mpapandrea@lowenstein.com<br>abehlmann@lowenstein.com | **VIA ELECTRONIC MAIL**<br>Faegre Drinker Biddle & Reath LLP<br>Attn: Michael T. Gustafson<br>320 South Canal Street, Suite 3300<br>Chicago, 60606<br>mike.gustafson@faegredrinker.com |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Blank Rome LLP<br>Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams<br>1201 N. Market Street, Suite 800<br>Wilmington, 19801<br>mike.schaedle@blankrome.com<br>stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com | **VIA ELECTRONIC MAIL**<br>The Magnozzi Law Firm, P.C.<br>Attn: Mark F. Magnozzi<br>23 Green Street, Suite 302<br>Huntington, 11743<br>mmagnozzi@magnozzilaw.com |
| **VIA ELECTRONIC MAIL**<br>Saul Ewing LLP<br>Attn: Monique B. DiSabatino, Mark Minuti<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, 19899<br>monique.disabatino@saul.com<br>mark.minuti@saul.com | **VIA ELECTRONIC MAIL**<br>Thompson O'Brien Kappler & Nasuti PC<br>Attn: Michael B. Pugh<br>2 Sun Court, Suite 400<br>Peachtree Corners, 30092<br>mpugh@tokn.com |
| **VIA ELECTRONIC MAIL**<br>Singer & Levick, P.C.<br>Attn: Michelle E. Shriro<br>16200 Addison Road, Suite 140<br>Addison, 75001<br>mshriro@singerlevick.com | **VIA ELECTRONIC MAIL**<br>Akin Gump Strauss Hauer & Feld LLP<br>Attn: Michael S. Stamer, Brad M. Kahn, Avi E. Luf<br>One Bryant Park<br>New York, 10036<br>mstamer@akingump.com<br>bkahn@akingump.com<br>aluft@akingump.com |
| **VIA ELECTRONIC MAIL**<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston, 77008<br>mvaldez@pbfcm.com | **VIA ELECTRONIC MAIL**<br>Barclay Damon LLP<br>Attn: Niclas A. Ferland<br>545 Long Wharf Drive<br>Ninth Floor<br>New Haven, 06511<br>nferland@barclaydamon.com |

**VIA ELECTRONIC MAIL**
Paul Hastings LLP
Attn: Nicholas A. Bassett
2050 M Street NW
Washington, 20036
nicholasbassett@paulhastings.com

**VIA ELECTRONIC MAIL**
Kudman Trachten Aloe Posner LLP
Attn: Paul H. Aloe
David N. Saponara
488 Madison Avenue
23rd Floor
New York, 10022
paloe@kudmanlaw.com
dsaponara@kudmanlaw.com

**VIA ELECTRONIC MAIL**
Faegre Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Avenue, Suite 1410
Wilmington, 19801
patrick.jackson@faegredrinker.com

**VIA ELECTRONIC MAIL**
Holland & Knight LLP
Attn: Phillip W. Nelson
150 N. Riverside Plaza, Suite 2700
Chicago, 60606
phillip.nelson@hklaw.com

**VIA ELECTRONIC MAIL**
Pachulski Stang Ziehl & Jones LLP
Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel
780 Third Avenue, 34th Floor
New York, 10017
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

**VIA ELECTRONIC MAIL**
Certilman Balin Adler & Hyman, LLP
Attn: Richard J. McCord
90 Merrick Avenue
9th Floor
East Meadow, 11554
rmccord@certilmanbalin.com

**VIA ELECTRONIC MAIL**
Monzack Mersky and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington, 19801
rmersky@monlaw.com

**VIA ELECTRONIC MAIL**
Law Offices of Ronald K. Brown, Jr., APC
Attn: Ronald K. Brown, Jr.
901 Dove Street
Suite 120
Newport Beach, 92660
Ron@rkbrownlaw.com

**VIA ELECTRONIC MAIL**
Simon Property Group, Inc.
Attn: Ronald M. Tucker
225 West Washington Street
Indianapolis, 46204
rtucker@simon.com

**VIA ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, 78205
sanantonio.bankruptcy@lgbs.com

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson<br>425 Market Street, Suite 2900<br>San Francisco, 94105-3493<br>schristianson@buchalter.com | Blakeley LC<br>Attn: Scott Blakeley<br>530 Technology Drive<br>Suite 100<br>Irvine, 92618<br>SEB@BlakeleyLC.com |
| **VIA ELECTRONIC MAIL**<br>Securities & Exchange Commission - Philadelphia Office<br>Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia, 19103<br>secbankruptcy@sec.gov | **VIA ELECTRONIC MAIL**<br>U.S. Securities and Exchange Commission - Headquarters<br>Secretary of the Treasury<br>100 F. Street NE<br>Washington, 20549<br>secbankruptcy@sec.gov |
| **VIA ELECTRONIC MAIL**<br>Kroll Restructuring Administration LLC<br>Attn: Herb Baer, Christine Porter, Jessica Berman<br>1 World Trade Center<br>31st Floor<br>New York, 10007<br>serviceqa@ra.kroll.com<br>FRGTeam@ra.kroll.com | **VIA ELECTRONIC MAIL**<br>Barclay Damon LLP<br>Attn: Scott L. Fleischer<br>1270 Avenue of the Americas<br>Suite 501<br>New York, 10020<br>sfleischer@barclaydamon.com |
| **VIA ELECTRONIC MAIL**<br>Riemer & Braunstein LLP<br>Attn: Steven Fox<br>Times Square Tower Suite 2506<br>Seven Times Square<br>New York, 10036<br>sfox@reimerlaw.com | **VIA ELECTRONIC MAIL**<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P<br>Attn: Sergio E. Garcia<br>3301 Northland Drive<br>Suite 505<br>Austin, 78731<br>sgarcia@pbfcm.com |
| **VIA ELECTRONIC MAIL**<br>Tydings & Rosenberg LLP<br>Attn: Stephen B. Gerald<br>200 Continental Drive, Suite 401<br>Newark, 19713<br>sgerald@tydings.com | **VIA ELECTRONIC MAIL**<br>Polsinelli PC<br>Attn: Shanti M. Katona, Katherine M. Devanney<br>222 Delaware Avenue, Suite 1101<br>Wilmington, 19801<br>skatona@polsinelli.com<br>kdevanney@polsinelli.com |

**VIA ELECTRONIC MAIL**
Law Office of Susan E. Kaufman
Attn: Susan E. Kaufan
919 N. Market Street, Suite 460
Wilmington, 19801
skaufman@skaufmanlaw.com

**VIA ELECTRONIC MAIL**
Frost Brown Todd LLP
Attn: Sloane B. O'Donnell
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, 15219
sodonnell@fbtlaw.com

**VIA ELECTRONIC MAIL**
Dentons Sirote PC
Attn: Stephen B. Porterfield
2311 Highland Avenue South
P.O. Box 55727
Birmingham, 35255-5727
stephen.porterfield@dentons.com

**VIA ELECTRONIC MAIL**
Streusand, Landon Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S. MoPac Expressway, Suite 320
Austin, 78746
streusand@slollp.com

**VIA ELECTRONIC MAIL**
Oklahoma County Treasurer
Attn: Tammy Jones
320 Robert S. Kerr
Room 307
Oklahoma City, 73102
tammy.jones@oklahomacounty.org

**VIA ELECTRONIC MAIL**
Harris County Attorney's Office
Susan Fuertes
Attn: Property Tax Division
P.O. Box 2848
Houston, 77252
taxbankruptcy.cao@harriscountytx.gov

**VIA ELECTRONIC MAIL**
Office of the United States Trustee for the District of Delaware
Attn: Timothy J. Fox, Esq
844 King Street, Suite 2207

Lockbox 35
Wilmington, 19801
timothy.fox@usdoj.gov

**VIA ELECTRONIC MAIL**
White & Case LLP
Attn: Thomas Lauria
200 South Biscayne Boulevard, Suite 4900
Miami, 33131
tlauria@whitecase.com

**VIA ELECTRONIC MAIL**
Saul Ewing LLP
Attn: Turner N. Falk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, 19102
turner.falk@saul.com

**VIA ELECTRONIC MAIL**
Sullivan Hazeltine Allinson LLC
Attn: William A. Hazeltine
919 N. Market Street
Suite 420
Wilmington, 19801
whazeltine@sha-llc.com

**VIA ELECTRONIC MAIL**
The Ehrlich Law Firm
Attn: William Ehrlich
444 Executive Center Blvd, Suite 240
El Paso, 79902
william@ehrlichlawfirm.com

**VIA ELECTRONIC MAIL**
Kaplin Stewart Meloff Reiter & Stein, P.C.
Attn: William J. Levant
910 Harvest Drive
Post Office Box 3037
Blue Bell, 19422
wlevant@kaplaw.com

**VIA ELECTRONIC MAIL**
ShopCore Properties
Attn: William F. McDonald III
10920 Via Frontera, Suite 220
San Diego, 92127
wmcdonald@shopcore.com

**VIA FIRST CLASS MAIL**

GM Financial Leasing
Attn: Lorenzo Nunez
PO Box 183853
Arlington, TX 76096

**VIA FIRST CLASS MAIL**

Imperial Treasurer-Tax Collector
Attn: Flora Oropeza
940 West Main Street, Suite 106
El Centro, CA 92243

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
1111 Constitution Ave., NW
Washington, DC 20224

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**VIA FIRST CLASS MAIL**

Kerrick Bachert PSC
Attn: Scott A. Bachert
1411 Scottsville Road
P. O. Box 9547
Bowling Green, KY 42102-9547

**VIA FIRST CLASS MAIL**

S&D Law
Attn: Michael L. Schlepp
1550 Wewatta Street, Floor 2
Denver, CO 80202

**VIA FIRST CLASS MAIL**

U.S. Attorney for Delaware
Attn: David C. Weiss & Ellen Slights
U.S. Attorney's Office
1313 N Market Street, Suite 400
Wilmington, DE 19801