## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*[1] | Case No. 24-12480 (LSS)<br>Jointly Administered |
| Debtors. | Related Doc. No. 1521 |

### CERTIFICATE OF SERVICE REGARDING GRANITE TELECOMMUNICATIONS, LLC'S WITNESS AND EXHIBIT LIST FOR HEARING ON MAY 20, 2025, AT 10:00 A.M.  REGARDING ADMINISTRATIVE EXPENSE CLAIM

I, Marla S. Benedek, counsel to Granite Telecommunications, LLC, hereby certify that on May 19, 2025 *Granite Telecommunications, LLC's Witness and Exhibit List for Hearing on May 20, 2025, at 10:00 a.m.  Regarding Administrative Expense Claim* [Doc. No. 1521] (the "Witness and Exhibit List") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF).  Notification of filing the Witness and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

Exhibit List was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

I further certify that on May 19, 2025 I caused a copy of the Witness and Exhibit List together with an electronic copy of the identified Exhibits thereto to be served via email transmission on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on May 19, 2025 I caused a copy of the Witness and Exhibit List to be served via email transmission on the parties identified on the service list attached hereto as Exhibit "B".

Dated:  May 20, 2025

**COZEN O'CONNOR**

*/s/ Marla S. Benedek*
Marla S. Benedek (No. 6638)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2000
E-mail: mbenedek@cozen.com

*Attorneys for Creditor Granite*
*Telecommunications, LLC*

LEGAL\77662064\1

## EXHIBIT A

***Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders***
Landis Rath & Cobb LLP
Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers
919 Market Street Suite 1800
P.O. Box 2087
Wilmington DE 19801
landis@lrclaw.com
mcguire@lrclaw.com
erogers@lrclaw.com

***Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders***
Paul Hastings LLP
Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman
200 Park Avenue
New York NY 10166
jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com
danfliman@paulhastings.com

***Counsel to Debtors and Debtors In Possession***
Young Conaway Stargatt & Taylor, LLP
Attn: Matthew Lunn, Kristin McElroy, and Mariam Khoudari
Rodney Square
1000 N. King Street
Wilmington DE 19801
mlunn@ycst.com
KMcElroy@ycst.com
MKhoudari@ycst.com

## EXHIBIT "B"

***Counsel to Debtor Franchise Group, Inc.***
William E. Arnault
Nicole L. Greenblatt
Derek I. Hunter
Maddison Levine
Mark E. McKane
Brian Nakhaimousa
Joshua Sussberg
**Kirkland & Ellis LLP**
warnault@kirkland.com
Nicole.greenblatt@kirkland.com
Derek.hunter@kirkland.com
maddison.levine@kirkland.com
Mark.mckane@kirkland.com
Brian.nakhaimousa@kirkland.com
Joshua.sussberg@kirkland.com

***Counsel to Debtor Franchise Group, Inc.***
Shella Borovinskaya
Kristin L. McElroy
Allison S. Mielke
Edmon L. Morton
**Young Conaway Stargatt & Taylor, LLP**
sborovinskaya@ycst.com
kmcelroy@ycst.com
amielke@ycst.com
emorton@ycst.com

Timothy J. Fox
**Office of the United States Trustee**
Timothy.fox@usdoj.gov
U.*S. Trustee*

***Counsel to the Official Committee of Unsecured Creditors***
Gregory V. Demo
Jeffrey M. Dine
Robert J. Feinstein
Theodore S. Heckel
Alan J. Kornfeld
Beth E. Levine
Colin R. Robinson
Bradford J. Sandler
James W. Walker
Hayley R. Winograd
**Pachulski Stang Ziehl & Jones LLP**
gdemo@pszjlaw.com
jdine@pszjlaw.com
rfeinstein@pszjlaw.com
theckel@pszjlaw.com
akornfeld@pszjlaw.com
blevine@pszjlaw.com
crobinson@pszjlaw.com
bsandler@pszjlaw.com
jwalker@pszjlaw.com
hwinograd@pszjlaw.com

LEGAL\77662064\1