**EXHIBIT B**

Franchise Group, Inc.  
Invoice Date: May 15, 2025  
Invoice Number: 50061332  
Matter Number: 103996.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 02/06/25 | Parcels, Inc. - YCST Judge Silverstein's Courtroom 1125405 | 1.00 | 225.00 |
| 02/07/25 | Parcels, Inc. - Judge Silverstein's Courtroom YCST 1126330 | 1.00 | 225.00 |
| 03/01/25 | Computerized Legal Research Westlaw Search by: BOROVINSKAYA,SHELLA | 24.00 | 74.42 |
| 03/01/25 | Computerized Legal Research Westlaw Search by: GAFFNEY,BRYNNA | 8.00 | 24.81 |
| 03/02/25 | Computerized Legal Research Westlaw Search by: GAFFNEY,BRYNNA | 9.00 | 27.91 |
| 03/03/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/03/25 | PKD LLC dba Manhattan Bagel - Working Meals Payment to Manhattan Bagel for catering services (breakfast, including client/co-counsel) related to FRG hearing held 2/6/25 | 1.00 | 244.25 |
| 03/03/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/03/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/03/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/03/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 03/03/25 | PKD LLC dba Manhattan Bagel - Working Meals Payment to Manhattan Bagel for catering services (breakfast, including client/co-counsel) related to hearing held 2/19/25 | 1.00 | 284.24 |
| 03/04/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/04/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/04/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/06/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/06/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/06/25 | American Express - Bankruptcy - Filing Fee SBORO 2.25.25 $250 5 Pro Hac Vices DLASK | 1.00 | 250.00 |
| 03/06/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/06/25 | American Express - Bankruptcy - Filing Fee SBORO 2.25.25 $50 Pro Hac Vice DLASK | 1.00 | 50.00 |
| 03/07/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/07/25 | Docket Retrieval / Search | 26.00 | 2.60 |
| 03/07/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/07/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/09/25 | Computerized Legal Research Westlaw Search by: GAFFNEY,BRYNNA | 29.00 | 89.93 |
| 03/10/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/10/25 | Computerized Legal Research Westlaw Search by: KHOUDARI,MARIAM | 53.00 | 164.35 |
| 03/10/25 | Computerized Legal Research Westlaw Search by: GAFFNEY,BRYNNA | 11.00 | 34.11 |
| 03/10/25 | Docket Retrieval / Search | 1.00 | 0.10 |

| | | | |
|---|---|---|---|
| Franchise Group, Inc. | | Invoice Date: | May 15, 2025 |
| | | Invoice Number: | 50061332 |
| | | Matter Number: | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 03/10/25 | Photocopy Charges Duplication | 72.00 | 7.20 |
| 03/10/25 | Parcels, Inc. - Bankruptcy Court (Lobby) YCST 1131290 | 1.00 | 29.00 |
| 03/10/25 | Photocopy Charges Duplication | 93.00 | 9.30 |
| 03/10/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/10/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/10/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/10/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/10/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/11/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/11/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/11/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/11/25 | Docket Retrieval / Search | 8.00 | 0.80 |
| 03/11/25 | Photocopy Charges Duplication | 3.00 | 0.30 |
| 03/11/25 | Color Photocopy Charges Duplication | 7.00 | 5.60 |
| 03/11/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/11/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/11/25 | Computerized Legal Research Westlaw Search by: MIELKE,ALLISON S | 19.00 | 58.92 |
| 03/12/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/12/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/13/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 03/13/25 | Photocopy Charges Duplication | 104.00 | 10.40 |
| 03/13/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/13/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 03/13/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/13/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/13/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 03/13/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 03/13/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 03/14/25 | Photocopy Charges Duplication | 102.00 | 10.20 |
| 03/14/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/14/25 | Photocopy Charges Duplication | 29.00 | 2.90 |
| 03/14/25 | Photocopy Charges Duplication | 45.00 | 4.50 |
| 03/14/25 | Photocopy Charges Duplication | 123.00 | 12.30 |
| 03/14/25 | Photocopy Charges Duplication | 23.00 | 2.30 |
| 03/14/25 | Photocopy Charges Duplication | 94.00 | 9.40 |
| 03/14/25 | Photocopy Charges Duplication | 117.00 | 11.70 |
| 03/14/25 | Photocopy Charges Duplication | 113.00 | 11.30 |
| 03/14/25 | Photocopy Charges Duplication | 55.00 | 5.50 |

| Franchise Group, Inc. | | | |
|---|---|---|---|
| | Invoice Date: | | May 15, 2025 |
| | Invoice Number: | | 50061332 |
| | Matter Number: | | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/14/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/14/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/14/25 | Photocopy Charges Duplication | 44.00 | 4.40 |
| 03/14/25 | Photocopy Charges Duplication | 172.00 | 17.20 |
| 03/17/25 | Photocopy Charges Duplication | 26.00 | 2.60 |
| 03/17/25 | Photocopy Charges Duplication | 101.00 | 10.10 |
| 03/17/25 | Photocopy Charges Duplication | 53.00 | 5.30 |
| 03/17/25 | Photocopy Charges Duplication | 73.00 | 7.30 |
| 03/17/25 | Photocopy Charges Duplication | 113.00 | 11.30 |
| 03/17/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/19/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/19/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/19/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/19/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 03/19/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/20/25 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/20/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/20/25 | Photocopy Charges Duplication | 2.00 | 0.20 |
| 03/20/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/20/25 | Color Photocopy Charges Duplication | 9.00 | 7.20 |
| 03/21/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/21/25 | Docket Retrieval / Search | 16.00 | 1.60 |
| 03/21/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/21/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/24/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/24/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/24/25 | Photocopy Charges Duplication | 318.00 | 31.80 |
| 03/24/25 | Photocopy Charges Duplication | 310.00 | 31.00 |
| 03/24/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/24/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/24/25 | Color Photocopy Charges Duplication | 4.00 | 3.20 |
| 03/24/25 | Photocopy Charges Duplication | 2.00 | 0.20 |
| 03/24/25 | Photocopy Charges Duplication | 155.00 | 15.50 |
| 03/24/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/24/25 | Photocopy Charges Duplication | 310.00 | 31.00 |
| 03/24/25 | Photocopy Charges Duplication | 310.00 | 31.00 |
| 03/24/25 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 03/24/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/24/25 | Color Photocopy Charges Duplication | 8.00 | 6.40 |

| Franchise Group, Inc. | | | |
|---|---|---|---|
| | Invoice Date: | | May 15, 2025 |
| | Invoice Number: | | 50061332 |
| | Matter Number: | | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 03/24/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/24/25 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 03/24/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/25/25 | Reliable Wilmington - Transcript from FRG Hearing on 2/12/25 (29 Pages @ $8.70 per page) | 1.00 | 252.30 |
| 03/25/25 | Reliable Wilmington - Transcript from FRG Hearing on 2/19/25 (139 pages @ $8.70 per page); Transcript from FRG Hearing on 2/19/25 (139 pages @ $8.70 per page) | 1.00 | 2,418.60 |
| 03/25/25 | Reliable Wilmington - Transcript from 12/13/24 FRG Hearing (72 pages @ $7.30 per page) | 1.00 | 525.60 |
| 03/25/25 | Reliable Wilmington - Transcript from FRG Hearing on 2/6/25 (323 pages @ $8.70 per page) | 1.00 | 2,810.10 |
| 03/25/25 | Reliable Wilmington - Hourly Transcript - Original from FRG Hearing on 1/31/25 (42 pages @ $8.70) | 1.00 | 365.40 |
| 03/25/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/26/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 03/26/25 | Photocopy Charges Duplication | 225.00 | 22.50 |
| 03/26/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/26/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 03/26/25 | Photocopy Charges Duplication | 804.00 | 80.40 |
| 03/26/25 | Photocopy Charges Duplication | 168.00 | 16.80 |
| 03/26/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/26/25 | Photocopy Charges Duplication | 234.00 | 23.40 |
| 03/26/25 | Photocopy Charges Duplication | 109.00 | 10.90 |
| 03/26/25 | Photocopy Charges Duplication | 75.00 | 7.50 |
| 03/26/25 | Photocopy Charges Duplication | 99.00 | 9.90 |
| 03/26/25 | Photocopy Charges Duplication | 87.00 | 8.70 |
| 03/27/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/27/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/27/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/27/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/28/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/28/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/28/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/28/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/30/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/31/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 03/31/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/31/25 | Photocopy Charges Duplication | 66.00 | 6.60 |
| 03/31/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |

| | | | |
|---|---|---|---|
| Franchise Group, Inc. | Invoice Date: | | May 15, 2025 |
| | Invoice Number: | | 50061332 |
| | Matter Number: | | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 03/31/25 | Photocopy Charges Duplication | 122.00 | 12.20 |
| 03/31/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 03/31/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/31/25 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 03/31/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/31/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/31/25 | Photocopy Charges Duplication | 651.00 | 65.10 |
| 03/31/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/31/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/31/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/31/25 | Photocopy Charges Duplication | 39.00 | 3.90 |
| | **Total** | | **$8,818.14** |

**Cost Summary**

| Description | Amount |
|---|---:|
| Computerized Legal Research -WESTLAW | 474.45 |
| Delivery / Courier | 479.00 |
| Deposition/Transcript | 6,372.00 |
| Docket Retrieval / Search | 52.40 |
| Filing Fee | 300.00 |
| Reproduction Charges | 611.80 |
| Working Meals | 528.49 |
| **Total** | **$8,818.14** |