# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

## **SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Cure Parties Service List attached hereto as **Exhibit A**:

- Notice of Possible Assumption and Assignment and Cure Costs with Respect to Executory Contracts and Unexpired Leases [Docket No. 487]

On March 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Sterling Equities II, LLC, (ADRID: 30162669), 111 Great Neck Road, Great Neck, NY, 11021:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

- Debtors' Eighth Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code Authorizing the Debtors to (I) Reject Certain Unexpired Leases, Effective as of the Rejection Date; and (II) Abandon Personal Property [Docket No. 588]

On March 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Notice Parties Service List attached hereto as **Exhibit B**:

- Notice of Adjournment of Auction [Docket No. 916]

On March 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Kercheval Owner LLC (ADRID: 29622972), 29201 Telegraph Rd, Ste 410, Southfield, MI, 48034-7647:

- Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors is a Lessee [Docket No. 970]

Dated: May 15, 2025

                                              /s/ Paul Pullo
                                              Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 15, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.


/s/ HERBERT BAER
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

**Exhibit A**

## Exhibit A

Supplemental Cure Parties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 29777117 | Gamma Enterprises LLC | 100 Wireless Blvd | | Hauppauge | NY | 11788-3955 |
| 29777437 | Margand Enterprises, LLC | 50 PACKANACK LAKE RD | | Wayne | NJ | 07470-5834 |
| 29785216 | Sitecore USA, Inc. | 44 Montgomery Street | Suite 3340 | San Francisco | CA | 94104 |

**Exhibit B**

# Exhibit B

Supplemental Notice Parties Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 29790645 | BPI Sports LLC | 4373 NW 124th ave | | CORAL SPRINGS | FL | 33065-7634 |
| 29784098 | CerBurg Products Ltd | 1919 Spruce Creek Cir N | | Port Orange | FL | 32128-6608 |
| 29777078 | Financial Recovery Services, LLC | 270 SLYVAN AVE STE 2240 | | ENGLEWD CLFS | NJ | 07632-2566 |
| 29784316 | Fishman PR & Marketing | 570 LAKE COOK RD STE 440 | | DEERFIELD | IL | 60015-4955 |
| 29784317 | Fishman Public Relations | 570 LAKE COOK RD STE 440 | | DEERFIELD | IL | 60015-4955 |
| 29777081 | Fishman Public Relations, Inc. | 570 LAKE COOK RD STE 440 | | DEERFIELD | IL | 60015-4955 |
| 29777117 | Gamma Enterprises LLC | 100 Wireless Blvd | | Hauppauge | NY | 11788-3955 |
| 29784371 | GGCAL Edgewater, LLC | 3904 Boston St, | | Baltimore | MD | 21224-5762 |
| 29784450 | Highland Commons-Boone, LLC | 2825 SOUTH BLVD STE 300 | | Charlotte | NC | 28209-1920 |
| 29784491 | Indeed, Inc. | 200 W 6TH ST ATE 3600 | | Austin | TX | 78701-3177 |
| 29784523 | J&C Pet Supply, LLC | 500 River Ave Ste 270 | | Lakewood | NJ | 08701-4743 |
| 29777342 | Kiss My Keto | PO BOX 13308 | | Los Angeles | CA | 90013-0308 |
| 29784671 | LogMeIn, Inc. | 333 Summer St | | Boston | MA | 02210-1702 |
| 29784814 | NetSPI, Inc. | 241 5th Ave N | Ste 1200 | Minneapolis | MN | 55401-7506 |
| 29784815 | Neuliven Health, Inc. | 9245 Brown Deer Road | Suite A | San Diego | CA | 92121-2283 |
| 29791242 | Zipfizz Corporation | 915 236th PL SW | | Bothell | WA | 98021-8504 |