## Exhibit 1

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC., *et al.,*[1] | ) | Case No. 24-12480 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | | **Re: Docket No. 1478** |

### STIPULATION AND AGREED ORDER
### RELATING TO THE WITHDRAWAL OF (I) PROOFS OF
### CLAIMS OF THE CLAIMANTS AND (II) THE CLAIMS OBJECTION

This stipulated withdrawal and agreed order (this "<u>Stipulated Withdrawal</u>") is made this

19th day of May 2025 by and among the above-captioned debtors and debtors in possession

(collectively, the "<u>Debtors</u>") and Matthew Avril, Cynthia Dubin, and Thomas Herskovits

(collectively, the "<u>Claimants</u>," and together with the Debtors, the "<u>Parties</u>"), by and through their

respective undersigned counsel, regarding (i) the withdrawal, solely with respect to Freedom VCM

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

Holdings, LLC ("TopCo"), of the Claimants' Proofs of Claims[2] that were filed in these Chapter 11 Cases (Claim Nos. 1579, 1689, and 1733), and (ii) the Claims Objection (as defined herein) with respect to the Claimants' Proofs of Claims:

## RECITALS

**WHEREAS**, on November 3, 2024 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court");

**WHEREAS**, on December 6, 2024, the Court entered the *Order (A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and (B) Approving the Form and Manner of Notice Thereof* [Docket No. 354], establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim (the "Bar Date Order");

**WHEREAS**, pursuant to the terms of the Bar Date Order, on January 23, 2025, the Claimants timely filed three Proofs of Claims against TopCo at Claim Nos. 1579, 1689, and 1733 (such Proofs of Claims, collectively, the "Claimants' Proofs of Claims"), in the aggregate amount of $514,756.54.

**WHEREAS**, the Claimants also filed additional Proofs of Claims in the these Chapter 11 Cases against the Debtors other than TopCo;

**WHEREAS**, on May 15, 2025, the Debtors filed the *Debtors' Second Omnibus (Nonsubstantive) Objection to Proofs of Claim* [Docket No. 1478] (the "Claims Objection"), objecting to each of the Claimants' Proofs of Claims solely to the extent that Claimants asserted

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliates* [Docket No. 1454], and the Claims Objection, as applicable.

claims against TopCo; and

**WHEREAS**, the Debtors and the Claimants have consensually agreed to resolve the Claims Objection on the terms and subject to the conditions set forth in this Stipulated Withdrawal.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATED WITHDRAWAL, IT IS ORDERED AS FOLLOWS**:

1.      The recitals set forth above are incorporated herein by this reference as though fully set forth herein.

2.      Upon the date hereof, (i) the Claimants' Proofs of Claims shall be deemed withdrawn with prejudice and without need for any further action by or notice to any party, and (ii) the Claims Objection shall be deemed withdrawn with respect to the Claimants' Proofs of Claim; *provided*, *however*, that for the avoidance of doubt, this Stipulated Withdrawal shall not be deemed a withdrawal of any other Proofs of Claims asserted by the Claimants in the Chapter 11 Cases against any of the Debtors other than TopCo; *provided further* that, the Debtors, the Reorganized Debtors, and the Claimants, as applicable, reserve all rights with respect to all of Claimants' claims other than Claim Nos. 1579, 1689, and 1733.

3.      The clerk of the Court and Kroll Restructuring Administration LLC, the Debtors' noticing, claims, and solicitation agent, are hereby authorized to reflect the Stipulated Withdrawal on the docket and Claims Register for the TopCo chapter 11 case.

4.      This Stipulated Withdrawal may be executed in counterparts, each of which shall be deemed an original and evidence of this Stipulated Withdrawal may be exchanged by fax or by electronic transmission of a scanned copy of the signature pages or by exchange of originally signed documents.

5.      This Stipulated Withdrawal shall be binding upon all successors and assigns of all of the Parties hereto.

6.      Each person who executes this Stipulated Withdrawal on behalf of a Party represents and warrants that he or she is duly authorized and has requisite authority to execute and deliver this Stipulated Withdrawal on behalf of such Party and to bind his or her respective Party to the terms and conditions of this Stipulated Withdrawal.

7.      All representations, warranties, inducements, and/or statements of intention made by the Parties that relate to this Stipulated Withdrawal are embodied in the Stipulated Withdrawal, and none of the Parties relied upon, will be bound by or will be liable for any alleged representation, warranty, inducement or statement of intention that is not expressly set forth in this Stipulated Withdrawal.

8.      This Stipulated Withdrawal constitutes the entire agreement between the Parties with respect to the matters addressed herein and may not be modified except in a writing signed by the Parties.

**IN WITNESS WHEREOF**, the Parties have caused this Stipulated Withdrawal to be executed as of the date written below.

Dated:  May 19, 2025
Wilmington, Delaware

/s/ Allison S. Mielke

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 571-6600
Facsimile:      (302) 571-1253
Email:            emorton@ycst.com
                      mlunn@ycst.com
                      amielke@ycst.com
                      sborovinskaya@ycst.com

*Co-Counsel to the Debtors
and Debtors in Possession*

**KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:            joshua.sussberg@kirkland.com
                      nicole.greenblatt@kirkland.com
                      derek.hunter@kirkland.com

- and -

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone:      (415) 439-1400
Facsimile:      (415) 439-1500
Email:            mark.mckane@kirkland.com

*Co-Counsel to the Debtors
and Debtors in Possession*

/s/ Angela K. Herring

Ryan A. McLeod (Bar No. 5038)
Angela K. Herring (admitted *pro hac vice*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone:      (212) 403-1141
Facsimile:      (212) 403-2141
Email:            RAMcLeod@wlrk.com
                      AKHerring@wlrk.com

*Counsel to Matthew Avril, Cynthia Dubin, and
Thomas Herskovits*

/s/ Adam D. Gold

Adam D. Gold (Bar No. 6412)
Holly E. Newell (Bar No. 6687)
**ROSS ARONSTAM & MORITZ LLP**
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
Telephone:      (302) 576-1600
Email:            agold@ramllp.com
                      hnewell@ramllp.com

*Counsel to Matthew Avril*