**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC., *et al.,* | ) | Case No. 24-12480 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>ORDER SCHEDULING OMNIBUS HEARING DATE</u>

Pursuant to Rule 2002-1(a) of the Local Rules of the United States Bankruptcy Court for

the District of Delaware, an omnibus hearing date in the above-captioned cases has been scheduled

as follows:

**June 17, 2025, at 10:30 a.m. (prevailing Eastern Time)**

Dated: May 30th, 2025
Wilmington, Delaware

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**