# EXHIBIT B
**Detailed Summaries of Services Performed and
Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025**

|  | **Hourly Rate** | **Application Hours** | **Total Fees** |
|---|---|---|---|
| Sanjuro Kietlinski, Partner | $1,250 | 67.5 | $84,375.00 |
| Boris Steffen, Managing Director | $930 | 62.0 | $57,660.00 |
| Hughes Congleton, Vice President | $730 | 3.3 | $2,409.00 |
| Mario Rosales, Associate | $650 | 2.6 | $1,690.00 |
| Courtney Betty, Senior Associate | $610 | 67.8 | $41,358.00 |
| Daniel Radi, Associate | $510 | 8.5 | $4,335.00 |
| Nick Steffen, Senior Analyst | $470 | 2.2 | $1,034.00 |
| Valentin Matveev, Analyst | $370 | 79.0 | $29,230.00 |
| Laura Conn, Matter Administrator | $280 | 1.1 | $308.00 |
| **Grand Total** |  | **294.0** | **$222,399.00** |

### COMPENSATION BY CATEGORY

| **Project Categories** | **Total Hours** | **Total Fees** |
|---|---|---|
| Business Analysis / Operations | 219.7 | $156,149.00 |
| Committee Activities | 0.3 | $219.00 |
| Court Filings | 9.1 | $10,337.00 |
| Court Hearings | 0.9 | $657.00 |
| Fee / Employment Applications | 8.5 | $7,842.00 |
| Litigation | 43.3 | $32,685.00 |
| Plan and Disclosure Statement | 7.0 | $8,010.00 |
| Sale Process | 5.2 | $6,500.00 |
| **Grand Total** | **294.0** | **$222,399.00** |

### EXPENSE SUMMARY

| **Expense Category** | **Description** | **Total Expenses** |
|---|---|---|
| Meals | Working meals. | $60.00 |
| **Total Expenses** |  | **$60.00** |

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/1/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: interim fee app. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 4/1/2025 | Sanjuro Kietlinski | Reviewed Landlord's Response and Reservation of Rights (docket 1221). | Court Filings | 0.30 | 1,250.00 | $375.00 |
| 4/1/2025 | Valentin Matveev | Cleaned file directory of duplicated PDFs and improved organization. | Business Analysis / Operations | 2.10 | 370.00 | $777.00 |
| 4/1/2025 | Boris Steffen | Completed analysis of expert report of Christopher Grubb. | Litigation | 2.30 | 930.00 | $2,139.00 |
| 4/1/2025 | Sanjuro Kietlinski | Reviewed the Hearing Agenda. | Court Filings | 0.10 | 1,250.00 | $125.00 |
| 4/1/2025 | Sanjuro Kietlinski | Reviewed the 15th Omnibus Rejection Order. | Court Filings | 0.20 | 1,250.00 | $250.00 |
| 4/1/2025 | Courtney Betty | Downloaded and sorted FRG data room documents. | Business Analysis / Operations | 1.40 | 610.00 | $854.00 |
| 4/1/2025 | Courtney Betty | Compiled discovery documents on take-private transactions, Advisor Presentations, and Director Communications. | Litigation | 1.30 | 610.00 | $793.00 |
| 4/1/2025 | Valentin Matveev | Reviewed new filings in data room for relevant updates. | Business Analysis / Operations | 2.50 | 370.00 | $925.00 |
| 4/1/2025 | Boris Steffen | Continued analysis of expert report of Christopher Grubb. | Litigation | 2.90 | 930.00 | $2,697.00 |
| 4/1/2025 | Sanjuro Kietlinski | Corresponded internally re: fee app matters. | Fee / Employment Applications | 0.50 | 1,250.00 | $625.00 |
| 4/1/2025 | Courtney Betty | Prioritized updated Financial Forecasts and Board Materials. | Business Analysis / Operations | 1.80 | 610.00 | $1,098.00 |
| 4/1/2025 | Valentin Matveev | Organized covenant-related docs into new folder. | Business Analysis / Operations | 0.70 | 370.00 | $259.00 |
| 4/1/2025 | Courtney Betty | Reviewed historical financials and audited statements of FRG and subsidiaries. | Business Analysis / Operations | 2.00 | 610.00 | $1,220.00 |
| 4/1/2025 | Boris Steffen | Analyzed expert report of Christopher Grubb. | Litigation | 2.20 | 930.00 | $2,046.00 |
| 4/1/2025 | Boris Steffen | Analyzed expert report of Christopher Grubb. | Litigation | 0.50 | 930.00 | $465.00 |
| 4/2/2025 | Valentin Matveev | Reviewed financial files for potential evidence use. | Business Analysis / Operations | 2.60 | 370.00 | $962.00 |
| 4/2/2025 | Sanjuro Kietlinski | Reviewed the Debtors Reply in Support of Motion for Extending Exclusivity Period (docket 1206). | Business Analysis / Operations | 1.70 | 1,250.00 | $2,125.00 |
| 4/2/2025 | Valentin Matveev | Tagged files by importance in the data room. | Business Analysis / Operations | 2.70 | 370.00 | $999.00 |
| 4/2/2025 | Sanjuro Kietlinski | Reviewed the Ad Hoc Leave to File a Sur-Reply. | Business Analysis / Operations | 0.80 | 1,250.00 | $1,000.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/2/2025 | Sanjuro Kietlinski | Corresponded with PSZJ re: fee app matters. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 4/2/2025 | Sanjuro Kietlinski | Reviewed the Reply in Support of Andrew Laurence, et al (docket 1205). | Business Analysis / Operations | 1.40 | 1,250.00 | $1,750.00 |
| 4/2/2025 | Sanjuro Kietlinski | Reviewed/responded to CNO. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 4/2/2025 | Courtney Betty | Performed LRP and Management Budget analysis and comparison. | Business Analysis / Operations | 2.20 | 610.00 | $1,342.00 |
| 4/2/2025 | Valentin Matveev | Aggregated recent Long Range Plans into one summary. | Business Analysis / Operations | 2.40 | 370.00 | $888.00 |
| 4/2/2025 | Sanjuro Kietlinski | Corresponded with D. Laton and H. Congleton re: Secured Debt & Intercompany Payables. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/2/2025 | Sanjuro Kietlinski | Corresponded with J. Shen re: budget estimates. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/2/2025 | Sanjuro Kietlinski | Corresponded with C. Betty re: open matters. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/2/2025 | Sanjuro Kietlinski | Corresponded internally re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 4/2/2025 | Sanjuro Kietlinski | Reviewed the Response of the First Lien Ad Hoc Group (docket 1210). | Court Filings | 0.60 | 1,250.00 | $750.00 |
| 4/2/2025 | Valentin Matveev | Created index summaries for new saved filings. | Business Analysis / Operations | 2.20 | 370.00 | $814.00 |
| 4/2/2025 | Courtney Betty | Analyzed historical Long-Range Plans to assess forecast trends. | Business Analysis / Operations | 1.40 | 610.00 | $854.00 |
| 4/3/2025 | Courtney Betty | Reviewed discovery documents re: emails and financial track records. | Litigation | 2.20 | 610.00 | $1,342.00 |
| 4/3/2025 | Valentin Matveev | Updated exhibit list with new documents. | Business Analysis / Operations | 2.10 | 370.00 | $777.00 |
| 4/3/2025 | Boris Steffen | Reviewed and analyzed 2022 LRP dated 01_16_22. | Business Analysis / Operations | 2.90 | 930.00 | $2,697.00 |
| 4/3/2025 | Valentin Matveev | Mapped data points across time frames of addback adjustments. | Business Analysis / Operations | 2.10 | 370.00 | $777.00 |
| 4/3/2025 | Hughes Congleton | Reviewed latest variance report. | Business Analysis / Operations | 0.40 | 730.00 | $292.00 |
| 4/3/2025 | Sanjuro Kietlinski | Followed up with S. Cho re: CNO. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 4/3/2025 | Courtney Betty | Compiled and reviewed discovery documents on 2023 receivables transaction. | Business Analysis / Operations | 1.50 | 610.00 | $915.00 |
| 4/3/2025 | Valentin Matveev | Created summaries of key valuation models. | Business Analysis / Operations | 2.20 | 370.00 | $814.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/3/2025 | Boris Steffen | Reviewed and analyzed expert report of Jeffrey Kopa. | Litigation | 2.60 | 930.00 | $2,418.00 |
| 4/3/2025 | Boris Steffen | Completed review and analysis of 2022 LRP dated 01_16_22. | Business Analysis / Operations | 1.10 | 930.00 | $1,023.00 |
| 4/3/2025 | Sanjuro Kietlinski | Corresponded internally re: fee application matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 4/3/2025 | Sanjuro Kietlinski | Corresponded with S. Cho re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 4/3/2025 | Valentin Matveev | Downloaded latest batches for all documents folders and organized. | Business Analysis / Operations | 0.80 | 370.00 | $296.00 |
| 4/3/2025 | Boris Steffen | Continued review and analysis of 2022 LRP dated 01_16_22. | Business Analysis / Operations | 2.80 | 930.00 | $2,604.00 |
| 4/3/2025 | Valentin Matveev | Reviewed materials potentially valuable to the solvency analysis. | Business Analysis / Operations | 1.80 | 370.00 | $666.00 |
| 4/3/2025 | Courtney Betty | Reviewed discovery documents on investigation, including emails and text messages. | Litigation | 1.70 | 610.00 | $1,037.00 |
| 4/4/2025 | Valentin Matveev | Scanned large pools of saved documents using OCR. | Business Analysis / Operations | 2.30 | 370.00 | $851.00 |
| 4/4/2025 | Courtney Betty | Analyzed historical payments between a certain individual and a specific company, and reviewed certain loans to pertaining to said individual. | Business Analysis / Operations | 1.60 | 610.00 | $976.00 |
| 4/4/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/4/2025 | Boris Steffen | Reviewed and analyzed 2022 LRP Consld dated 07_08-22. | Business Analysis / Operations | 2.60 | 930.00 | $2,418.00 |
| 4/4/2025 | Valentin Matveev | Analyzed justification for EBITDA normalization items. | Business Analysis / Operations | 2.10 | 370.00 | $777.00 |
| 4/4/2025 | Valentin Matveev | Aggregated prior iterations of FRG modeling. | Business Analysis / Operations | 1.70 | 370.00 | $629.00 |
| 4/4/2025 | Sanjuro Kietlinski | Reviewed key findings wrt presentation index report. | Business Analysis / Operations | 1.60 | 1,250.00 | $2,000.00 |
| 4/4/2025 | Sanjuro Kietlinski | Reviewed updates to solvency analysis wrt allocations for FRG/Freedom Holdings. | Business Analysis / Operations | 1.70 | 1,250.00 | $2,125.00 |
| 4/4/2025 | Sanjuro Kietlinski | Reviewed updated LRP analyses. | Business Analysis / Operations | 1.80 | 1,250.00 | $2,250.00 |
| 4/4/2025 | Valentin Matveev | Reviewed EBITDA addbacks for potential overstatement. | Business Analysis / Operations | 2.20 | 370.00 | $814.00 |
| 4/4/2025 | Sanjuro Kietlinski | Reviewed C. Betty investigation updates. | Litigation | 0.20 | 1,250.00 | $250.00 |
| 4/4/2025 | Boris Steffen | Completed review and analysis of 2022 LRP Consld dated 07_08-22. | Business Analysis / Operations | 2.80 | 930.00 | $2,604.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/4/2025 | Valentin Matveev | Extracted final versions of amended agreements. | Business Analysis / Operations | 1.20 | 370.00 | $444.00 |
| 4/4/2025 | Boris Steffen | Continued review and analysis of 2022 LRP Consld dated 07_08-22. | Business Analysis / Operations | 2.20 | 930.00 | $2,046.00 |
| 4/4/2025 | Sanjuro Kietlinski | Reviewed consolidated discovery updates. | Litigation | 1.10 | 1,250.00 | $1,375.00 |
| 4/4/2025 | Sanjuro Kietlinski | Reviewed board minutes index presentation. | Business Analysis / Operations | 0.90 | 1,250.00 | $1,125.00 |
| 4/4/2025 | Sanjuro Kietlinski | Analyzed financial updates. | Business Analysis / Operations | 0.80 | 1,250.00 | $1,000.00 |
| 4/5/2025 | Sanjuro Kietlinski | Reviewed the Blackline of Seventh Amended Plan. | Plan and Disclosure Statement | 2.10 | 1,250.00 | $2,625.00 |
| 4/5/2025 | Courtney Betty | Reviewed Everlaw discovery documents for covenant analysis. | Litigation | 2.00 | 610.00 | $1,220.00 |
| 4/5/2025 | Courtney Betty | Analyzed latest Everlaw production for litigation relevance. | Litigation | 1.50 | 610.00 | $915.00 |
| 4/5/2025 | Courtney Betty | Compiled and reviewed covenant documents across debt facilities. | Business Analysis / Operations | 2.30 | 610.00 | $1,403.00 |
| 4/5/2025 | Valentin Matveev | Analyzed emails to identify timeline of key decisions. | Business Analysis / Operations | 2.00 | 370.00 | $740.00 |
| 4/6/2025 | Sanjuro Kietlinski | Reviewed DCF for FRG valuation/solvency analysis. | Business Analysis / Operations | 2.30 | 1,250.00 | $2,875.00 |
| 4/6/2025 | Courtney Betty | Continued to research and review new Everlaw discovery files. | Litigation | 1.60 | 610.00 | $976.00 |
| 4/6/2025 | Hughes Congleton | Reviewed letter re: modified schedule. | Court Filings | 0.40 | 730.00 | $292.00 |
| 4/6/2025 | Sanjuro Kietlinski | Continued review of updated solvency analysis presentation. | Business Analysis / Operations | 1.60 | 1,250.00 | $2,000.00 |
| 4/6/2025 | Valentin Matveev | Reviewed materials to understand factual background. | Business Analysis / Operations | 2.20 | 370.00 | $814.00 |
| 4/6/2025 | Courtney Betty | Conducted targeted Everlaw searches for Prophecy documents. | Litigation | 2.30 | 610.00 | $1,403.00 |
| 4/6/2025 | Valentin Matveev | Read board packets for references to important inquiries. | Business Analysis / Operations | 2.50 | 370.00 | $925.00 |
| 4/6/2025 | Valentin Matveev | Downloaded all recent batches and organized into Province directory. | Business Analysis / Operations | 0.50 | 370.00 | $185.00 |
| 4/6/2025 | Sanjuro Kietlinski | Began review of updated solvency analysis presentation. | Business Analysis / Operations | 2.00 | 1,250.00 | $2,500.00 |
| 4/7/2025 | Valentin Matveev | Flagged corrupted docs needing re-download. | Business Analysis / Operations | 0.40 | 370.00 | $148.00 |
| 4/7/2025 | Sanjuro Kietlinski | Reviewed updates to FDM reporting. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/7/2025 | Daniel Radi | Analyzed critical vendor reporting weekly report. | Business Analysis / Operations | 0.50 | 510.00 | $255.00 |
| 4/7/2025 | Valentin Matveev | Reviewed board rationale for dividend authorizations from board minutes. | Business Analysis / Operations | 2.40 | 370.00 | $888.00 |
| 4/7/2025 | Valentin Matveev | Merged scanned uploads with OCR text layers. | Business Analysis / Operations | 1.70 | 370.00 | $629.00 |
| 4/7/2025 | Courtney Betty | Reviewed latest data room files and prepared VIP summaries for key stakeholders. | Business Analysis / Operations | 1.40 | 610.00 | $854.00 |
| 4/7/2025 | Valentin Matveev | Flagged questionable EBITDA addbacks lacking support across all plans. | Business Analysis / Operations | 1.90 | 370.00 | $703.00 |
| 4/7/2025 | Boris Steffen | Reviewed and analyzed 2024 LRP Model. | Business Analysis / Operations | 2.40 | 930.00 | $2,232.00 |
| 4/7/2025 | Boris Steffen | Completed review and analysis of 2024 LRP Model. | Business Analysis / Operations | 2.10 | 930.00 | $1,953.00 |
| 4/7/2025 | Laura Conn | Drafted Third Monthly Fee Application (February) and sent for review. | Fee / Employment Applications | 1.10 | 280.00 | $308.00 |
| 4/7/2025 | Boris Steffen | Continued review and analysis of 2024 LRP Model. | Business Analysis / Operations | 1.90 | 930.00 | $1,767.00 |
| 4/8/2025 | Sanjuro Kietlinski | Corresponded internally re: Feb fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/8/2025 | Boris Steffen | Continued review and analysis of Freedom LRP 5.2.23 revised through 2030. | Business Analysis / Operations | 0.90 | 930.00 | $837.00 |
| 4/8/2025 | Hughes Congleton | Listened to 4/7 hearing. | Court Hearings | 0.90 | 730.00 | $657.00 |
| 4/8/2025 | Daniel Radi | Reviewed the daily docket update and certificates of counsel. | Court Filings | 0.40 | 510.00 | $204.00 |
| 4/8/2025 | Sanjuro Kietlinski | Corresponded with PSZJ re: first interim fee order. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/8/2025 | Courtney Betty | Compiled and consolidated financial reports and models for Litigation Trust. | Litigation | 2.30 | 610.00 | $1,403.00 |
| 4/8/2025 | Sanjuro Kietlinski | Reviewed the Motion of Laurence, et. al for Relief from Stay (docket 1256). | Court Filings | 0.30 | 1,250.00 | $375.00 |
| 4/8/2025 | Courtney Betty | Compiled file indexes and folder structure for FRG lenders' data room. | Business Analysis / Operations | 1.60 | 610.00 | $976.00 |
| 4/8/2025 | Sanjuro Kietlinski | Attended call with B. Sandler to global settlement. | Litigation | 0.40 | 1,250.00 | $500.00 |
| 4/8/2025 | Valentin Matveev | Indexed recent downloads into searchable tracker. | Business Analysis / Operations | 1.30 | 370.00 | $481.00 |
| 4/8/2025 | Boris Steffen | Reviewed and analyzed Freedom LRP 5.2.23 revised through 2030. | Business Analysis / Operations | 2.30 | 930.00 | $2,139.00 |
| 4/8/2025 | Hughes Congleton | Reviewed Freedom Lender reply brief. | Court Filings | 0.60 | 730.00 | $438.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/8/2025 | Boris Steffen | Completed review and analysis of Freedom LRP 5.2.23 revised through 2030. | Business Analysis / Operations | 2.60 | 930.00 | $2,418.00 |
| 4/8/2025 | Sanjuro Kietlinski | Corresponded with AP re: fee estimates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/8/2025 | Sanjuro Kietlinski | Corresponded with B. Sandler's re: settlement. | Litigation | 0.10 | 1,250.00 | $125.00 |
| 4/8/2025 | Boris Steffen | Reviewed and analyzed PSP FRG MR 2023 LRP Support. | Business Analysis / Operations | 2.40 | 930.00 | $2,232.00 |
| 4/8/2025 | Sanjuro Kietlinski | Corresponded with Alix re: budget matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/9/2025 | Boris Steffen | Continued review and analysis of FY 23 TVS LRP Model. | Business Analysis / Operations | 2.20 | 930.00 | $2,046.00 |
| 4/9/2025 | Valentin Matveev | Opened uploaded documents to trace transaction rationale behind board decision making. | Business Analysis / Operations | 2.30 | 370.00 | $851.00 |
| 4/9/2025 | Valentin Matveev | Evaluated timing of dividend distributions vs cash flow. | Business Analysis / Operations | 1.70 | 370.00 | $629.00 |
| 4/9/2025 | Daniel Radi | Analyzed latest revised budget shared. | Business Analysis / Operations | 1.30 | 510.00 | $663.00 |
| 4/9/2025 | Daniel Radi | Revised the latest 13 week cash flow model with latest and prepared materials. | Business Analysis / Operations | 1.20 | 510.00 | $612.00 |
| 4/9/2025 | Boris Steffen | Further review and analysis of FY 23 TVS LRP Model. | Business Analysis / Operations | 2.80 | 930.00 | $2,604.00 |
| 4/9/2025 | Valentin Matveev | Cross-checked dividend payments against debt covenants. | Business Analysis / Operations | 2.40 | 370.00 | $888.00 |
| 4/9/2025 | Valentin Matveev | Analyzed whether dividends were appropriate given solvency. | Business Analysis / Operations | 1.60 | 370.00 | $592.00 |
| 4/9/2025 | Boris Steffen | Reviewed and analyzed FY 23 TVS LRP Model. | Business Analysis / Operations | 2.40 | 930.00 | $2,232.00 |
| 4/9/2025 | Hughes Congleton | Analyzed updated budget. | Business Analysis / Operations | 0.40 | 730.00 | $292.00 |
| 4/10/2025 | Valentin Matveev | Summarized changes from latest solvency model. | Business Analysis / Operations | 0.60 | 370.00 | $222.00 |
| 4/10/2025 | Sanjuro Kietlinski | Corresponded with B. Sandler re: global settlement. | Litigation | 0.10 | 1,250.00 | $125.00 |
| 4/10/2025 | Sanjuro Kietlinski | Reviewed internal correspondence re: updated budget. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/10/2025 | Sanjuro Kietlinski | Reviewed PWP updates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/10/2025 | Valentin Matveev | Sorted legacy docs into archival folders. | Business Analysis / Operations | 0.70 | 370.00 | $259.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/10/2025 | Boris Steffen | Reviewed and analyzed 2024 LRP P&L Model 7.24. | Business Analysis / Operations | 1.90 | 930.00 | $1,767.00 |
| 4/10/2025 | Daniel Radi | Analyzed latest weekly variance report and liquidity reporting. | Business Analysis / Operations | 1.00 | 510.00 | $510.00 |
| 4/10/2025 | Courtney Betty | Compiled file indexes for VSI and Buddys lenders' data room folders. | Business Analysis / Operations | 2.30 | 610.00 | $1,403.00 |
| 4/10/2025 | Courtney Betty | Performed high-level DCF analysis for 2L interest payments on 11/25/2023, 2/21/2024, and 5/20/2024. | Business Analysis / Operations | 1.70 | 610.00 | $1,037.00 |
| 4/10/2025 | Valentin Matveev | Reviewed internal communications for signs improper conduct. | Business Analysis / Operations | 2.30 | 370.00 | $851.00 |
| 4/10/2025 | Valentin Matveev | Compared dividend timing to periods of financial stress. | Business Analysis / Operations | 2.00 | 370.00 | $740.00 |
| 4/10/2025 | Mario Rosales | Analyzed updated cash flow vs original budget. | Business Analysis / Operations | 0.70 | 650.00 | $455.00 |
| 4/10/2025 | Sanjuro Kietlinski | Reviewed compliance certificate. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/10/2025 | Boris Steffen | Continued review and analysis of 2024 LRP P&L Model 7.24. | Business Analysis / Operations | 2.40 | 930.00 | $2,232.00 |
| 4/10/2025 | Valentin Matveev | Scanned meeting notes for covenant references. | Business Analysis / Operations | 1.20 | 370.00 | $444.00 |
| 4/10/2025 | Mario Rosales | Drafted summary highlighting budget changes. | Business Analysis / Operations | 0.80 | 650.00 | $520.00 |
| 4/10/2025 | Mario Rosales | Revised and updated cash flow budget. | Business Analysis / Operations | 1.10 | 650.00 | $715.00 |
| 4/10/2025 | Sanjuro Kietlinski | Corresponded with B. Sandler re: lit trust matters. | Litigation | 0.20 | 1,250.00 | $250.00 |
| 4/10/2025 | Daniel Radi | Reviewed subset of latest Everlaw production files shared. | Litigation | 1.10 | 510.00 | $561.00 |
| 4/10/2025 | Boris Steffen | Further review and analysis of 2024 LRP P&L Model 7.24. | Business Analysis / Operations | 2.70 | 930.00 | $2,511.00 |
| 4/11/2025 | Valentin Matveev | Grouped subfolders by topic for board materials. | Business Analysis / Operations | 0.70 | 370.00 | $259.00 |
| 4/11/2025 | Valentin Matveev | Scanned correspondence for indications of misconduct. | Business Analysis / Operations | 1.90 | 370.00 | $703.00 |
| 4/11/2025 | Courtney Betty | Analyzed updated financials from data room. | Business Analysis / Operations | 2.20 | 610.00 | $1,342.00 |
| 4/11/2025 | Sanjuro Kietlinski | Corresponded with B. Sandler re: lit trustee. | Litigation | 0.20 | 1,250.00 | $250.00 |
| 4/11/2025 | Hughes Congleton | Reviewed settlement terms and update. | Litigation | 0.30 | 730.00 | $219.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/11/2025 | Valentin Matveev | Pulled all valuation memos into one folder. | Business Analysis / Operations | 0.50 | 370.00 | $185.00 |
| 4/11/2025 | Sanjuro Kietlinski | Corresponded with B. Sandler re: potential settlement. | Litigation | 0.20 | 1,250.00 | $250.00 |
| 4/11/2025 | Courtney Betty | Reviewed and compiled solvency work to date, ensuring consistency across test outputs. | Business Analysis / Operations | 1.40 | 610.00 | $854.00 |
| 4/11/2025 | Sanjuro Kietlinski | Corresponded with B. Sandler re: fee caps. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/11/2025 | Sanjuro Kietlinski | Corresponded with S. Cho re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/11/2025 | Boris Steffen | Reviewed and analyzed LRP Cnsld FRG v2 wFY26 - x WSB w HoldCo Interest.xlsx (12.3.23). | Business Analysis / Operations | 2.80 | 930.00 | $2,604.00 |
| 4/11/2025 | Sanjuro Kietlinski | Corresponded with B. Sandler re: draft Settlement memo to UCC. | Litigation | 0.40 | 1,250.00 | $500.00 |
| 4/11/2025 | Courtney Betty | Finalized and prepared solvency work backups for Stock Dividend Compliance. | Business Analysis / Operations | 2.30 | 610.00 | $1,403.00 |
| 4/11/2025 | Valentin Matveev | Read through key FRG email chains between board members. | Business Analysis / Operations | 2.70 | 370.00 | $999.00 |
| 4/11/2025 | Valentin Matveev | Reviewed internal memos discussing EBITDA adjustments. | Business Analysis / Operations | 2.30 | 370.00 | $851.00 |
| 4/11/2025 | Courtney Betty | Analyzed payments between Khan and Prophecy, and reviewed loans to Khan. | Business Analysis / Operations | 2.30 | 610.00 | $1,403.00 |
| 4/11/2025 | Boris Steffen | Continued review and analysis of LRP Cnsld FRG v2 wFY26 - x WSB w HoldCo Interest.xlsx (12.3.23). | Business Analysis / Operations | 2.40 | 930.00 | $2,232.00 |
| 4/11/2025 | Courtney Betty | Finalized and prepared solvency work backups for FRG 2023 Take-Private Transaction. | Business Analysis / Operations | 2.20 | 610.00 | $1,342.00 |
| 4/11/2025 | Sanjuro Kietlinski | Analyzed updated cash flow budget. | Business Analysis / Operations | 1.30 | 1,250.00 | $1,625.00 |
| 4/11/2025 | Boris Steffen | Additional review and analysis of LRP Cnsld FRG v2 wFY26 - x WSB w HoldCo Interest.xlsx (12.3.23). | Business Analysis / Operations | 2.90 | 930.00 | $2,697.00 |
| 4/11/2025 | Sanjuro Kietlinski | Corresponded with C. Betty re: investigation matters. | Litigation | 0.50 | 1,250.00 | $625.00 |
| 4/12/2025 | Courtney Betty | Consolidated financial reports and models for Litigation Trust reference. | Litigation | 1.80 | 610.00 | $1,098.00 |
| 4/12/2025 | Valentin Matveev | Opened Excel models to evaluate financial assumptions. | Business Analysis / Operations | 2.40 | 370.00 | $888.00 |
| 4/12/2025 | Courtney Betty | Finalized and prepared solvency work backups for 2021 acquisition. | Business Analysis / Operations | 2.30 | 610.00 | $1,403.00 |
| 4/12/2025 | Courtney Betty | Finalized and prepared solvency work backups for 2L Interest Payment Compliance. | Business Analysis / Operations | 1.70 | 610.00 | $1,037.00 |
| 4/12/2025 | Valentin Matveev | Downloaded and categorized the latest batch of documents for the all documents folder. | Business Analysis / Operations | 0.70 | 370.00 | $259.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/12/2025 | Courtney Betty | Compiled sources and documentation supporting solvency reports for litigation use. | Litigation | 2.00 | 610.00 | $1,220.00 |
| 4/12/2025 | Sanjuro Kietlinski | Finalized Feb fee app. | Fee / Employment Applications | 0.90 | 1,250.00 | $1,125.00 |
| 4/12/2025 | Courtney Betty | Finalized and compiled EBITDA addbacks, valuations, and financials for solvency testing. | Business Analysis / Operations | 2.10 | 610.00 | $1,281.00 |
| 4/13/2025 | Sanjuro Kietlinski | Reviewed the Granite Motion to Pay Admin Expense Claim (docket 1269). | Court Filings | 0.40 | 1,250.00 | $500.00 |
| 4/13/2025 | Sanjuro Kietlinski | Reviewed variance report. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 4/13/2025 | Courtney Betty | Consolidated Long-Range Plans for B. Steffen's' review and strategic modeling. | Business Analysis / Operations | 2.30 | 610.00 | $1,403.00 |
| 4/13/2025 | Courtney Betty | Resolved data gaps by reconciling discovery production with prior data room materials. | Business Analysis / Operations | 2.30 | 610.00 | $1,403.00 |
| 4/13/2025 | Courtney Betty | Linked key emails and discovery excerpts to presentation materials and D&O workstreams. | Litigation | 1.70 | 610.00 | $1,037.00 |
| 4/13/2025 | Valentin Matveev | Read PDF memos to assess relevance in potential litigation. | Litigation | 2.10 | 370.00 | $777.00 |
| 4/13/2025 | Valentin Matveev | Reviewed data room emails for potential legal exposure. | Business Analysis / Operations | 2.30 | 370.00 | $851.00 |
| 4/13/2025 | Sanjuro Kietlinski | Reviewed updated 2023 Take-Private transaction analysis. | Business Analysis / Operations | 1.20 | 1,250.00 | $1,500.00 |
| 4/13/2025 | Sanjuro Kietlinski | Reviewed additional budget analysis from M. Rosales. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 4/13/2025 | Sanjuro Kietlinski | Analyzed updated solvency analysis. | Business Analysis / Operations | 1.10 | 1,250.00 | $1,375.00 |
| 4/13/2025 | Sanjuro Kietlinski | Reviewed updated analysis of EBITDA addbacks/financials re: solvency analysis. | Business Analysis / Operations | 1.30 | 1,250.00 | $1,625.00 |
| 4/13/2025 | Sanjuro Kietlinski | Reviewed the Ortiz Retroactive Relief from Stay (docket 1273). | Court Filings | 0.40 | 1,250.00 | $500.00 |
| 4/13/2025 | Sanjuro Kietlinski | Reviewed analysis of payments to Khan and Prophecy. | Business Analysis / Operations | 1.00 | 1,250.00 | $1,250.00 |
| 4/13/2025 | Sanjuro Kietlinski | Reviewed the Ad Hoc Group Reservation of Rights (docket 1270). | Court Filings | 0.70 | 1,250.00 | $875.00 |
| 4/13/2025 | Courtney Betty | Flagged unresolved issues for Trust analysis and documented current assumptions. | Business Analysis / Operations | 2.00 | 610.00 | $1,220.00 |
| 4/13/2025 | Sanjuro Kietlinski | Reviewed 2024 LRP model analyses. | Business Analysis / Operations | 2.00 | 1,250.00 | $2,500.00 |
| 4/13/2025 | Sanjuro Kietlinski | Corresponded with S. Cho re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/13/2025 | Sanjuro Kietlinski | Reviewed summary analysis of FY 23 TVS LRP model. | Business Analysis / Operations | 1.70 | 1,250.00 | $2,125.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/13/2025 | Courtney Betty | Archived supporting workpapers and updated folder structure for litigation team handoff. | Litigation | 1.60 | 610.00 | $976.00 |
| 4/13/2025 | Courtney Betty | Organized investigation folders and sourced backups for D&O claims analysis. | Litigation | 1.50 | 610.00 | $915.00 |
| 4/14/2025 | Daniel Radi | Reviewed the weekly critical vendor reporting shared. | Business Analysis / Operations | 0.50 | 510.00 | $255.00 |
| 4/14/2025 | Sanjuro Kietlinski | Reviewed proposed redlines to fee application. | Fee / Employment Applications | 0.50 | 1,250.00 | $625.00 |
| 4/14/2025 | Sanjuro Kietlinski | Corresponded with B. Sandler re: settlement term sheet. | Litigation | 0.10 | 1,250.00 | $125.00 |
| 4/14/2025 | Sanjuro Kietlinski | Reviewed FDM reporting materials. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/14/2025 | Sanjuro Kietlinski | Corresponded with B. Sandler re: additional settlement terms. | Litigation | 0.10 | 1,250.00 | $125.00 |
| 4/14/2025 | Sanjuro Kietlinski | Reviewed global settlement term sheet. | Litigation | 1.00 | 1,250.00 | $1,250.00 |
| 4/14/2025 | Sanjuro Kietlinski | Reviewed latest updates from B. Sandler re: global settlement. | Litigation | 0.30 | 1,250.00 | $375.00 |
| 4/15/2025 | Sanjuro Kietlinski | Reviewed the Stamer Declaration (docket 1280). | Court Filings | 0.60 | 1,250.00 | $750.00 |
| 4/15/2025 | Daniel Radi | Reviewed latest court filings and internal VIP summaries. | Court Filings | 0.30 | 510.00 | $153.00 |
| 4/15/2025 | Sanjuro Kietlinski | Reviewed PWP sale process update. | Sale Process | 0.10 | 1,250.00 | $125.00 |
| 4/16/2025 | Hughes Congleton | Reviewed UCC update. | Committee Activities | 0.30 | 730.00 | $219.00 |
| 4/16/2025 | Daniel Radi | Reviewed the draft settlement term sheet. | Litigation | 0.30 | 510.00 | $153.00 |
| 4/16/2025 | Sanjuro Kietlinski | Reviewed PSZJ settlement updates. | Litigation | 0.60 | 1,250.00 | $750.00 |
| 4/16/2025 | Sanjuro Kietlinski | Followed up with S. Cho re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/17/2025 | Sanjuro Kietlinski | Followed up with AP re: budget. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/17/2025 | Sanjuro Kietlinski | Reviewed variance analyses. | Business Analysis / Operations | 0.70 | 1,250.00 | $875.00 |
| 4/17/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: budget matters. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/17/2025 | Sanjuro Kietlinski | Corresponded with B. Sandler re: budget matters. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/17/2025 | Sanjuro Kietlinski | Reviewed liquidity certificate. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 4/18/2025 | Sanjuro Kietlinski | Continued review of the Sale Motion (docket 1283). | Sale Process | 1.90 | 1,250.00 | $2,375.00 |
| 4/18/2025 | Sanjuro Kietlinski | Began review of the Sale Motion (docket 1283). | Sale Process | 2.40 | 1,250.00 | $3,000.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/18/2025 | Sanjuro Kietlinski | Followed up with AP re: budget. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/18/2025 | Sanjuro Kietlinski | Followed up with PSZJ re: budget. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/20/2025 | Sanjuro Kietlinski | Reviewed the Amended Schedule to Sale Order. | Sale Process | 0.80 | 1,250.00 | $1,000.00 |
| 4/21/2025 | Sanjuro Kietlinski | Reviewed reporting materials. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/21/2025 | Sanjuro Kietlinski | Reviewed financial updates. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/21/2025 | Daniel Radi | Reviewed the critical vendor weekly report shared. | Business Analysis / Operations | 0.10 | 510.00 | $51.00 |
| 4/21/2025 | Sanjuro Kietlinski | Analyzed the March MORs. | Business Analysis / Operations | 0.70 | 1,250.00 | $875.00 |
| 4/22/2025 | Sanjuro Kietlinski | Reviewed Amended Plan Supplement. | Plan and Disclosure Statement | 1.30 | 1,250.00 | $1,625.00 |
| 4/22/2025 | Sanjuro Kietlinski | Corresponded internally re: remaining workstreams. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 4/22/2025 | Sanjuro Kietlinski | Reviewed W&C comments to Plan Supplement. | Plan and Disclosure Statement | 0.40 | 1,250.00 | $500.00 |
| 4/22/2025 | Sanjuro Kietlinski | Corresponded with PSZJ re: Plan Supplement. | Plan and Disclosure Statement | 0.10 | 1,250.00 | $125.00 |
| 4/22/2025 | Daniel Radi | Analyzed the Disclosure Statement supplement and provided comments to redline. | Plan and Disclosure Statement | 1.00 | 510.00 | $510.00 |
| 4/23/2025 | Sanjuro Kietlinski | Reviewed latest financial updates. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 4/23/2025 | Sanjuro Kietlinski | Corresponded internally re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/24/2025 | Daniel Radi | Reviewed weekly variance and liquidity certification reporting. | Business Analysis / Operations | 0.70 | 510.00 | $357.00 |
| 4/24/2025 | Sanjuro Kietlinski | Reviewed cumulative actuals to budget analysis. | Business Analysis / Operations | 0.70 | 1,250.00 | $875.00 |
| 4/24/2025 | Sanjuro Kietlinski | Analyzed debtors financial updates. | Business Analysis / Operations | 0.80 | 1,250.00 | $1,000.00 |
| 4/25/2025 | Sanjuro Kietlinski | Analyzed Blackline to 8th Amended Chapter 11 Plan. | Plan and Disclosure Statement | 2.10 | 1,250.00 | $2,625.00 |
| 4/28/2025 | Daniel Radi | Reviewed weekly critical vendor reporting shared. | Business Analysis / Operations | 0.10 | 510.00 | $51.00 |
| 4/29/2025 | Sanjuro Kietlinski | Reviewed the Chubb Objection (docket 1346). | Business Analysis / Operations | 1.10 | 1,250.00 | $1,375.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 4/29/2025 | Sanjuro Kietlinski | Corresponded with AP re: fee estimates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/29/2025 | Sanjuro Kietlinski | Reviewed the WPG Objection. | Court Filings | 0.30 | 1,250.00 | $375.00 |
| 4/29/2025 | Sanjuro Kietlinski | Reviewed the Turkey Creek Objection. | Court Filings | 0.30 | 1,250.00 | $375.00 |
| 4/29/2025 | Sanjuro Kietlinski | Reviewed financial updates. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 4/29/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: March fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/29/2025 | Sanjuro Kietlinski | Reviewed the Beral Objections (docket 1326). | Court Filings | 0.90 | 1,250.00 | $1,125.00 |
| 4/29/2025 | Sanjuro Kietlinski | Reviewed the landlord objections (docket 1348). | Court Filings | 0.40 | 1,250.00 | $500.00 |
| 4/29/2025 | Sanjuro Kietlinski | Reviewed the Easton objection. | Court Filings | 0.20 | 1,250.00 | $250.00 |
| 4/29/2025 | Sanjuro Kietlinski | Reviewed the Granite Telecom objection (docket 1361). | Court Filings | 1.00 | 1,250.00 | $1,250.00 |
| 4/29/2025 | Sanjuro Kietlinski | Corresponded with J. Shen re: budget. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 4/30/2025 | Sanjuro Kietlinski | Reviewed PSZJ comments to fee app. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 4/30/2025 | Sanjuro Kietlinski | Followed up with S. Cho re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/30/2025 | Sanjuro Kietlinski | Reviewed additional objections filed. | Business Analysis / Operations | 2.10 | 1,250.00 | $2,625.00 |
| 4/30/2025 | Nick Steffen | Reconciled fee application information. | Fee / Employment Applications | 2.20 | 470.00 | $1,034.00 |
| 4/30/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/30/2025 | Sanjuro Kietlinski | Reviewed the Beneson Objection (docket 1367). | Court Filings | 0.70 | 1,250.00 | $875.00 |
| 4/30/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: PSZJ comments to fee app. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 4/30/2025 | Sanjuro Kietlinski | Followed up with S. Cho re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/30/2025 | Sanjuro Kietlinski | Followed up with E. Mattson re: March fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/30/2025 | Sanjuro Kietlinski | Additional correspondence with S. Cho re: fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 4/30/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee app status update. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |

**EXPENSE DETAILS**

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 4/2/2025 | Meals | Uber Eats - S. Kietlinski working lunch. | $20.00 |
| 4/3/2025 | Meals | Uber Eats - S. Kietlinski working dinner. | $20.00 |
| 4/13/2025 | Meals | Uber Eats - S. Kietlinski working lunch. | $20.00 |
|  | **Total Expenses** |  | **$60.00** |