# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 15, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Supplemental Mailing List attached hereto as **Exhibit A**:

- Notice of Hearing to Consider Approval of Disclosure Statement [Docket No. 153]

On April 15, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on JKB & Associates, Inc., (ADRID: 29603034), 916 Chicago Dr Ste C, Jenison, MI, 49428-9303:

- Debtors' Fifteenth Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code Authorizing the Debtors to Reject Certain Unexpired Executory Contracts, Effective as of the Rejection Date [Docket No. 1077]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

On April 16, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail Ramirez, Olivia, (ADRID: 29740050), at an address which has been redacted in the interest of privacy:

- Debtors' Omnibus Nonsubstantive Limited Objection Solely for Voting Purposes Associated with Certain Claims [Docket No. 1060]

On May 8, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Mailing Service List attached hereto as **Exhibit B**:

- the Notice of Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Voting Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of the Ballots and    Solicitation Materials and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief, a copy of which is attached hereto as **Exhibit C**

On May 8, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Mailing Service List attached hereto as **Exhibit D**:

- Notice of Deadline for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code [Docket No. 562] (the "***Bar Date Notice***")
- Proof of Claim Form, individualized to include the name and address of the party, a blank copy which is attached hereto as **Exhibit E**

On May 8, 2025, at my direction and under my supervision, employees of Kroll caused the Bar Date Notice and Proof of Claim Form, (1) customized to include the name and address of the party, the debtor, amount, nature and classification of the scheduled claim, to be served via First Class Mail on Cintas Corporation, (ADRID: 29792791), 6800 Cintas Blvd, Mason, OH, 45040, (2) individualized to include the name and address of the party and an indication that the party appears on Schedule G, to be served via First Class Mail on the Schedule G Service List attached hereto as **Exhibit F**.

*[Remainder of page intentionally left blank]*

Dated: May 29, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 29, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ *CINDY C. HOSEIN-MOHAN*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**<u>Exhibit A</u>**

Exhibit A

Supplemental Mailing List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 29640380 | Abren, Hines Jr. | Address on File | | | |
| 29626697 | DOMINION ENERGY | PO BOX 25715 | RICHMOND | VA | 23260-5715 |

In re: Franchise Group, Inc., *et al.*
Case No. 24-12480 (LSS)

Page 1 of 1

**Exhibit B**

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29617092 | A., Addams Ryan | Address on File | | | | | |
| 29640368 | A., Boomer Evelyn | Address on File | | | | | |
| 29641238 | A., Diaz Miguel | Address on File | | | | | |
| 29642539 | A., Johndrow Brandon | Address on File | | | | | |
| 29617109 | A., Phillips Christopher | Address on File | | | | | |
| 29605879 | ABED, MARIE | Address on File | | | | | |
| 29790559 | Abra Health, LLC | 300 Harmon Meadow Blvd | FL 2 | | Secaucus | NJ | 07094-3643 |
| 29647015 | Abrams, Benjamin P | Address on File | | | | | |
| 29640380 | Abren, Hines Jr. | Address on File | | | | | |
| 29783034 | Achille, Ruth | Address on File | | | | | |
| 29489518 | Adams, QUINTEESHA | Address on File | | | | | |
| 29646477 | Adkins, Richard L | Address on File | | | | | |
| 29612920 | ADORNO, AARON ANGEL | Address on File | | | | | |
| 29612877 | AGUILAR, ROMEO LUIS | Address on File | | | | | |
| 29641617 | Ale, Blade | Address on File | | | | | |
| 29617343 | Alexander, McClellan | Address on File | | | | | |
| 29483235 | Alford, LESLIE | Address on File | | | | | |
| 29639836 | Alice, Gonzalez | Address on File | | | | | |
| 29616354 | Amandalee, Foster | Address on File | | | | | |
| 29602742 | ANDERSON LAW LLC | 1901 W 47TH PL | STE 300 | | MISSION | KS | 66205-1834 |
| 29482898 | Anderson, TANGELA | Address on File | | | | | |
| 29633726 | Andrix, Mary L | Address on File | | | | | |
| 29610396 | Angerman, Maisie Ann | Address on File | | | | | |
| 29646879 | Arango, Andrea J | Address on File | | | | | |
| 29616993 | Ariel, Consuegra | Address on File | | | | | |
| 29492448 | Ashley, THOMAS | Address on File | | | | | |
| 29630143 | Avery, Wyndi | Address on File | | | | | |
| 29616057 | B., Calloway Alan | Address on File | | | | | |
| 29642283 | B., Darrington Jakeith | Address on File | | | | | |
| 29634413 | Baechel, Brent J | Address on File | | | | | |
| 29481438 | Bailey, LATESE | Address on File | | | | | |
| 29647987 | Balakoff, Zachary L | Address on File | | | | | |
| 29636177 | Baldyga, Joseph M | Address on File | | | | | |
| 29490039 | Barnes, BETTY | Address on File | | | | | |
| 29791805 | BASISTA, KENNETH | Address on File | | | | | |
| 29619093 | Batson, Amir L | Address on File | | | | | |
| 29791931 | BATTAGLIA, GLADYS | Address on File | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29647796 | Baylis, Craig M | Address on File | | | | | |
| 29620665 | Beaver, Abigail T | Address on File | | | | | |
| 29493704 | Bellamy, KYLE | Address on File | | | | | |
| 29646498 | Belofski, Caitlyn M | Address on File | | | | | |
| 29645993 | Berry, Eric M | Address on File | | | | | |
| 29634553 | Betenbough, Sydney C | Address on File | | | | | |
| 29616837 | Bobby, Callahan III | Address on File | | | | | |
| 29612000 | Bonner, Julia Marie | Address on File | | | | | |
| 29616394 | Brent, Holder | Address on File | | | | | |
| 29648358 | Bresee, Christian H | Address on File | | | | | |
| 29774512 | Bridges, Malari | Address on File | | | | | |
| 29614851 | Brien, Powell | Address on File | | | | | |
| 29644886 | Brock, Lance L | Address on File | | | | | |
| 29792023 | BROOKS, KEARIA | Address on File | | | | | |
| 29621386 | Brown, Devyn M | Address on File | | | | | |
| 29488259 | Brown, PAUL | Address on File | | | | | |
| 29490730 | Brown, TEIJON | Address on File | | | | | |
| 29622784 | Bueno, Maria G | Address on File | | | | | |
| 29648103 | Burnett, Verity R | Address on File | | | | | |
| 29634594 | Burton, Felicia Gabrielle | Address on File | | | | | |
| 29636146 | Burton, Tiffany Nicole | Address on File | | | | | |
| 29610484 | Buzali, Matthew | Address on File | | | | | |
| 29616989 | C., Cooper Sonny | Address on File | | | | | |
| 29631183 | Cabalza, Joshua Miguel | Address on File | | | | | |
| 29634577 | Campbell, Donna Kay | Address on File | | | | | |
| 29780571 | Canty, Jason | Address on File | | | | | |
| 29641120 | Carlos, Hernandez | Address on File | | | | | |
| 29645075 | Carpenter, Jonathin G | Address on File | | | | | |
| 29628251 | Carter, Antoine | Address on File | | | | | |
| 29492470 | Carter, RAQUEL | Address on File | | | | | |
| 29628290 | Cary, Bailey | Address on File | | | | | |
| 29649887 | CASCO Pet | 4331 Schaefer Ave | | | Chino | CA | 91710-5451 |
| 29609949 | Castellanos, Sarah | Address on File | | | | | |
| 29611317 | Castellucio, Natalia Renee | Address on File | | | | | |
| 29491355 | Catching, KIMBERLY | Address on File | | | | | |
| 29639014 | Cedric, Morris | Address on File | | | | | |
| 29621568 | Chang, Ger | Address on File | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29791905 | CHERNOVETZ, TIM | Address on File | | | | | |
| 29604294 | Chlorella, Sun | Address on File | | | | | |
| 29633411 | Chrestay, Jasabella Lorin | Address on File | | | | | |
| 29617671 | Christopher, Defeo | Address on File | | | | | |
| 29605125 | CITY OF FORT LAUDERDALE | CITY HALL 1ST FL. | 401 SE 21ST ST | | FT LAUDERDALE | FL | 33316-3425 |
| 29479174 | CITY TREASURER, ROCHESTER, NY | PO BOX #5508 | | | BINGHAMTON | NY | 13901 |
| 29482493 | Clay, ARIEL | Address on File | | | | | |
| 29610482 | Clifford, Elizabeth | Address on File | | | | | |
| 29602632 | Cognatic Solutions LLC | 230 0 Connor Ridge Blvd | | | Irving | TX | 75038-6513 |
| 29792012 | COLE, DAVID | Address on File | | | | | |
| 29484152 | Collins, BEVERLY | Address on File | | | | | |
| 29626289 | COOK, SETH | Address on File | | | | | |
| 30202360 | County Line Crossing Assoc. L.L.C. | 8910 Purdue Rd | Suite 350 | | Indianapolis | IN | 46268 |
| 29633317 | Cox, Cailee Jo | Address on File | | | | | |
| 29491132 | Crossley, ANTHONY | Address on File | | | | | |
| 29648755 | Cuadra, Natali | Address on File | | | | | |
| 29646947 | Cullen, Victor L | Address on File | | | | | |
| 29618438 | Cummings, Sceva A | Address on File | | | | | |
| 29640910 | Curnel, Hairston III | Address on File | | | | | |
| 29492137 | Curry, JAJUAN | Address on File | | | | | |
| 29488173 | Curtice, JEFFREY | Address on File | | | | | |
| 29642814 | D., Arnold Kimberly | Address on File | | | | | |
| 29616492 | D., Pounds Shermonz | Address on File | | | | | |
| 29641643 | D., Rust Ken | Address on File | | | | | |
| 29640839 | D., Veliz Lariel | Address on File | | | | | |
| 29615975 | D., Zaring Patrick | Address on File | | | | | |
| 29617097 | Daniel, Batungbacal | Address on File | | | | | |
| 29480282 | Darcourt, DILIOSKY CAPOTE | Address on File | | | | | |
| 29639968 | David, Hutson | Address on File | | | | | |
| 29648367 | Davis, Demetria C | Address on File | | | | | |
| 29488736 | Davis, Tashuna | Address on File | | | | | |
| 29620978 | Deas, Owen M | Address on File | | | | | |
| 29490452 | Dechamplain, SARAH | Address on File | | | | | |
| 29611411 | DeJesus, Madeline Avery | Address on File | | | | | |
| 29614790 | Denton, Mabe | Address on File | | | | | |
| 29622506 | Derricott, Germane | Address on File | | | | | |
| 29622638 | Derricott, Paige M | Address on File | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29628855 | Destiny Paige Lines | 3152 E Portland St | | | Springfield | MO | 65804-2057 |
| 29614659 | Devon, Detling | Address on File | | | | | |
| 29609644 | Deweese, Steven L | Address on File | | | | | |
| 29636962 | Dillon, Abigail Marie | Address on File | | | | | |
| 29634323 | DiPalma, Matthew Gregory | Address on File | | | | | |
| 29492912 | Dixon, ERICK | Address on File | | | | | |
| 29614626 | Donovan, Chavis | Address on File | | | | | |
| 29635053 | Dowell, Isaiah Michael | Address on File | | | | | |
| 29614474 | Drew, Conrey | Address on File | | | | | |
| 29792025 | DUNN, NICOLE | Address on File | | | | | |
| 29634366 | Durst, Alexis Leeann | Address on File | | | | | |
| 29637279 | DYER, BRIAN KEITH | Address on File | | | | | |
| 29641146 | E., Watts Jamie | Address on File | | | | | |
| 30202407 | Eldersburg Sustainable Redevelopment LLC | Black Oak Associates | 2328 W Joppa Rd Ste 200 | | Luthvle Timon | MD | 21093-4674 |
| 29646985 | Engebretson, Morgan D | Address on File | | | | | |
| 29616656 | Eric, Lashley Jr. | Address on File | | | | | |
| 29614377 | Erika, Becerra Reyes | Address on File | | | | | |
| 29617002 | Ernest, Murray III | Address on File | | | | | |
| 29480373 | Farini, Ana | Address on File | | | | | |
| 29633162 | Faticanti, Carrie | Address on File | | | | | |
| 29482760 | Feirman, JASHA | Address on File | | | | | |
| 29489009 | Ferrel, Dustin | Address on File | | | | | |
| 29630319 | FISHMAN PUBLIC RELATIONS, INC | 570 LAKE COOK RD | STE 440 | | DEERFIELD | IL | 60015-4955 |
| 29634377 | Flores, Audrie | Address on File | | | | | |
| 29791896 | FLOWERS, LATONIA | Address on File | | | | | |
| 29609076 | Forbes, Kevin Tyrone | Address on File | | | | | |
| 29627265 | FORMERLY SWAGTRON/BCO LABS | 12820 ADAMS RD | | | GRAMGER | IN | 48530-7894 |
| 29487750 | Franklin Municipal Tax Collector | PO BOX 986535 | | | Boston | MA | 02298-6535 |
| 29635982 | Frantz, Taylor | Address on File | | | | | |
| 29632592 | Freeman, Tara Kaye | Address on File | | | | | |
| 29636082 | Fulmer, Ashley | Address on File | | | | | |
| 29638285 | Gabriel, Coleman | Address on File | | | | | |
| 29488290 | Gadison, KADAIZA | Address on File | | | | | |
| 29603571 | GAGE, GEORGE ROBERT | Address on File | | | | | |
| 29610907 | Gall, Cassandra Dawn | Address on File | | | | | |
| 29622114 | Gansert, Dylan M | Address on File | | | | | |
| 29481232 | Garduno, FRANKIE | Address on File | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29609629 | Gibbs, Hannah | Address on File | | | | | |
| 29609790 | Gillespie, Katerina Mira | Address on File | | | | | |
| 29648232 | Giroux, Isaiah J | Address on File | | | | | |
| 29612917 | GONZALEZ, ELEAZAR | Address on File | | | | | |
| 29621590 | Gonzalez, Juan J | Address on File | | | | | |
| 29611665 | Grandini, Marley Nicole | Address on File | | | | | |
| 29792014 | GREEN, MARY | Address on File | | | | | |
| 29617194 | Greg, Kelling | Address on File | | | | | |
| 29490756 | Gustin, JEAN | Address on File | | | | | |
| 29642530 | H., Hartman David | Address on File | | | | | |
| 29775848 | Hahn, Melonie | Address on File | | | | | |
| 29637147 | HALL, BRIAN ALEXANDER | Address on File | | | | | |
| 29620907 | Hall, Ebony E | Address on File | | | | | |
| 29791831 | HAMADEH, ALI | Address on File | | | | | |
| 29483464 | Hankins, LAURIECE | Address on File | | | | | |
| 29635644 | Hanson, Erin | Address on File | | | | | |
| 29605590 | Harman Connected Services INC | 2002 156th Ave NE Ste 200 | | | Bellevue | WA | 98007-3828 |
| 29605672 | Harrod, Jarvis | Address on File | | | | | |
| 29634716 | Hart, Dylan | Address on File | | | | | |
| 29481638 | Harvey, SARAH | Address on File | | | | | |
| 29491060 | Hawkins, KRISTINA | Address on File | | | | | |
| 29482128 | Hearn, KATIE | Address on File | | | | | |
| 29647211 | Hensley, Lianne S | Address on File | | | | | |
| 29610129 | Hernandez, Ian Pablo | Address on File | | | | | |
| 29622851 | Hicks, Reggie | Address on File | | | | | |
| 30202501 | Highland Commons-Boone, LLC | c/o Aston Properties, Inc. | 2825 South Blvd | Ste 300 | Charlotte | NC | 28209-1920 |
| 29610811 | Hillman, Natalie F. | Address on File | | | | | |
| 29634789 | Hobza, Jessica | Address on File | | | | | |
| 29620403 | Holden, Aaron L | Address on File | | | | | |
| 29634495 | Hollander, Brody William | Address on File | | | | | |
| 29493199 | Holly, PARADISE | Address on File | | | | | |
| 29490679 | Holmes, CHARLES | Address on File | | | | | |
| 29488855 | Horton, THOMAS | Address on File | | | | | |
| 29611474 | Houseman, Joshua Allen | Address on File | | | | | |
| 29640619 | Houssem, Mehdoui | Address on File | | | | | |
| 29791900 | HOUSTON, DELISHA | Address on File | | | | | |
| 29489242 | Hudson, SHENITA | Address on File | | | | | |

In re: Franchise Group, Inc., *et al.*
Case No. 24-12480 (LSS)

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29480754 | Hunter, HEATHER | Address on File | | | | | |
| 29646451 | Hunter, Jonathan M | Address on File | | | | | |
| 29777235 | HYALOGIC, LLC | 610 NW PLATTE VALLEY DRIVE | | | RIVERSIDE | MO | 64150 |
| 29483238 | Inman, RETRICIA | Address on File | | | | | |
| 29615260 | J., Burke Kenneth | Address on File | | | | | |
| 29642475 | J., Glaski Vicente | Address on File | | | | | |
| 29617469 | J., Moyer Trenton | Address on File | | | | | |
| 29641655 | J., Redding Matthew | Address on File | | | | | |
| 29647262 | Jackley, Jacob W | Address on File | | | | | |
| 29491356 | Jackson, LAKEISHA | Address on File | | | | | |
| 29603990 | JACKSON, TAUREAN | Address on File | | | | | |
| 29641269 | Jake, Mitchell | Address on File | | | | | |
| 29494869 | James, RAQUEL | Address on File | | | | | |
| 29616069 | Jason, Costello | Address on File | | | | | |
| 29633480 | Jefferson, India | Address on File | | | | | |
| 29610130 | Jennings, Tayonna A. L. | Address on File | | | | | |
| 29639850 | Jeremiah, Barroso | Address on File | | | | | |
| 29637469 | Jeremy, Mendoza | Address on File | | | | | |
| 29642872 | Jeremy, Tillman | Address on File | | | | | |
| 29633993 | Jernigan, Eli | Address on File | | | | | |
| 29615406 | Jerry, Hull Jr. | Address on File | | | | | |
| 29639547 | Jo, Pollina | Address on File | | | | | |
| 29639774 | John, Martin | Address on File | | | | | |
| 29791898 | JOHNSON, LAJUNNA | Address on File | | | | | |
| 29490468 | Johnson, SHERELL | Address on File | | | | | |
| 29647589 | Jones, Graham E | Address on File | | | | | |
| 29610621 | Jones, Kalista Elizabeth | Address on File | | | | | |
| 29614186 | Jordan, Thompson | Address on File | | | | | |
| 29614939 | Joseph, Tucker | Address on File | | | | | |
| 29639599 | Joshua, Sepulveda | Address on File | | | | | |
| 29615524 | Julian, Johnson II | Address on File | | | | | |
| 29639503 | Julio, Mondjeli | Address on File | | | | | |
| 29616775 | Julio, Pagan Jr. | Address on File | | | | | |
| 29615793 | K., Justice Anna | Address on File | | | | | |
| 29616841 | Kamerawn, Smedley | Address on File | | | | | |
| 29604198 | Kaminsky, Andrew | Address on File | | | | | |
| 29617640 | Kareem, Hubbard | Address on File | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29609705 | Keith, Kristen Elizabeth | Address on File | | | | | |
| 29777324 | Kercheval Owner LLC | c/o Versa Real Estate, LLC | 29201 Telegraph Rd Ste 410 | | SouthField | MI | 48034-7647 |
| 29602835 | Keystone Broadcasting (KICM,KZIG,KHKC,MIX96) | 661 1st Ave NW | | | Ardmore | OK | 73401-4569 |
| 29629274 | KINGS COUNTY TREASURY | 201 S Jackson St #710 | | | Seattle | WA | 98104-3854 |
| 29784604 | Kokoro | 440 N Barranca Ave | | | Covina | CA | 91723-1722 |
| 29609093 | Koronet, Noa | Address on File | | | | | |
| 29633550 | Koss, Lucia | Address on File | | | | | |
| 29629284 | KOUNT INC | PO BOX 9445 | | | BOISE | ID | 83707-3445 |
| 29647453 | Kozubal, Collin J | Address on File | | | | | |
| 29618118 | L., Luevanos Marcos | Address on File | | | | | |
| 29622314 | Lara, Lyudmila Y | Address on File | | | | | |
| 29491019 | Lasaki, ABEEB | Address on File | | | | | |
| 29774224 | Lataille, Michael | Address on File | | | | | |
| 29605825 | LE SWEAT LLC | 115 LIBERTY VIEW DR | | | JERSEY CITY | NJ | 07302-4378 |
| 29784641 | Lehigh Valley Industrial Park Lot 4 Owner, LLC | 1720 Spillman Drive | Suite 150 | | Bethlehem | PA | 18015 |
| 29633784 | Lelonek, Michael A | Address on File | | | | | |
| 29792043 | LEVINE, NIA | Address on File | | | | | |
| 29621585 | Lewis, Levi C | Address on File | | | | | |
| 29791897 | LILLY, LAVANDA | Address on File | | | | | |
| 29612475 | Lindo, Aubrie | Address on File | | | | | |
| 29482648 | Little, GERALDINE | Address on File | | | | | |
| 29629357 | LOGICBROKER | PMB 9062 | 521 5TH AVE | FL 17 | NEW YORK | NY | 10175-1799 |
| 29612929 | LOPEZ, JOSE HELIO | Address on File | | | | | |
| 29482066 | Love, MARIO | Address on File | | | | | |
| 29642042 | M., Adams Braden | Address on File | | | | | |
| 29614586 | M., Bible Breana | Address on File | | | | | |
| 29616208 | M., Covington Natasha | Address on File | | | | | |
| 29640211 | M., Goynes Andrew | Address on File | | | | | |
| 29640541 | M., Lake Zachary | Address on File | | | | | |
| 29491168 | Mackey, CHRISTOPHER | Address on File | | | | | |
| 29641503 | Madison, Chilcutt | Address on File | | | | | |
| 29610278 | Maher, Marissa Nicole | Address on File | | | | | |
| 29609989 | Manfrede, Andrea Marie | Address on File | | | | | |
| 29629381 | MANIAC PUMPKIN CARVERS LLC | 101 AMBERJACK CT | | | TAYLORS | SC | 29687-4852 |
| 29610973 | Manion, Brady Michael | Address on File | | | | | |
| 29605812 | Manjikian, Lara | Address on File | | | | | |
| 29646182 | March, Brandon A | Address on File | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29634291 | Marino, Carley Christina | Address on File | | | | | |
| 29606150 | Marino, Rhavie | Address on File | | | | | |
| 29635342 | Markey, Katherine | Address on File | | | | | |
| 29633186 | Martuge, Appolina | Address on File | | | | | |
| 29784718 | Matrix Absence Management, Inc. | 2421 W. Peoria Ave. | Suite 300 | | Phoenix | AZ | 85029-4941 |
| 29489409 | Matthews, AARON | Address on File | | | | | |
| 29898565 | May, Tiffany | Address on File | | | | | |
| 29483866 | Mcbride, ASHLEY | Address on File | | | | | |
| 29791996 | MCCORMICK, KEIRA | Address on File | | | | | |
| 29782265 | Mccracken, Melody | Address on File | | | | | |
| 29646638 | Mcginnis, Christopher D | Address on File | | | | | |
| 29620281 | Mclaughlin, Olivia N | Address on File | | | | | |
| 29634184 | Metz, Kailey Alexis | Address on File | | | | | |
| 29490778 | Meurer, ERIC | Address on File | | | | | |
| 29615796 | Michael, Caceres | Address on File | | | | | |
| 29639327 | Michael, Echevarria | Address on File | | | | | |
| 29641985 | Michael, Lehman | Address on File | | | | | |
| 29650677 | MIDAMERICAN ENERGY COMPANY | PO BOX 657 | | | DES MOINES | IA | 50306-0657 |
| 29791918 | MILLS, SABRINA | Address on File | | | | | |
| 29771430 | Mireles, Melissa | Address on File | | | | | |
| 29633231 | Mitchell, Marqus Jeremy | Address on File | | | | | |
| 29635547 | Moeller, Trevor Stephen | Address on File | | | | | |
| 29480654 | Moore, EMILY | Address on File | | | | | |
| 29486763 | Moran, AMBER | Address on File | | | | | |
| 29618814 | Moraven, Glenn E | Address on File | | | | | |
| 29635428 | Morrison, Vanessa | Address on File | | | | | |
| 29620244 | Muhammad, Ameenah J | Address on File | | | | | |
| 29647922 | Murrell, Tre A | Address on File | | | | | |
| 29492588 | Myles, DELMON | Address on File | | | | | |
| 29641148 | Mysiah, Lattimore | Address on File | | | | | |
| 29480857 | Napotnik, ZACH | Address on File | | | | | |
| 29621226 | Neal, Patricia | Address on File | | | | | |
| 29605481 | News, Event | Address on File | | | | | |
| 29622804 | Newson, Crystal | Address on File | | | | | |
| 29616938 | Nicholas, Robinson | Address on File | | | | | |
| 29644367 | Nimez, Michael A | Address on File | | | | | |
| 29489825 | Nivens, KARON | Address on File | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29791894 | OBERHAUS, RICHARD | Address on File | | | | | |
| 29603814 | OFFICE SYSTEMS CENTER | 2702 E RIO GRANDE ST | | | VICTORIA | TX | 77901-5492 |
| 29620708 | Olson, Scott T | Address on File | | | | | |
| 29634639 | Onyedika, Chibunnam Gerald | Address on File | | | | | |
| 29780246 | Oran, Jennifer | Address on File | | | | | |
| 29784895 | OrderGroove, Inc. | 382 NE 191St St | | | Miami | FL | 33179-3899 |
| 29621552 | Osmanagic, Medina X | Address on File | | | | | |
| 29627905 | Owen Family Enterprises | Matt Owen | Po Box #271534 | | Littleton | CO | 80127 |
| 29615646 | P., Majors Caedmon | Address on File | | | | | |
| 29773770 | Papasarantopoulos, Anastasia | Address on File | | | | | |
| 29611357 | Parrish, Amanda Lilliann | Address on File | | | | | |
| 29781300 | Pennetti, Angelo | Address on File | | | | | |
| 29482602 | Peoples, FRANK | Address on File | | | | | |
| 29647264 | Perez, Matthew J | Address on File | | | | | |
| 29615850 | Philip, Grismore | Address on File | | | | | |
| 29606672 | Phoenix Cargo LLc | 100 E Campus View Blvd Ste 250 | | | Columbus | OH | 43235-4682 |
| 29490928 | Pinckney, BEVERLY | Address on File | | | | | |
| 29491361 | Plummer, ASHLEY | Address on File | | | | | |
| 29637280 | POITIER, ALEJANDRO E | Address on File | | | | | |
| 29609872 | Powell, Mercedes Alexis | Address on File | | | | | |
| 29618534 | Prokop, Peyton J | Address on File | | | | | |
| 29792740 | Quantum Inc. | 497 OAKWAY RD STE 240 | | | EUGENE | OR | 97401-5603 |
| 29616187 | R., Clark Tevin | Address on File | | | | | |
| 29639337 | R., Fell Jason | Address on File | | | | | |
| 29791983 | RADNEY, LESHAI | Address on File | | | | | |
| 29491084 | Ragin, DIANI | Address on File | | | | | |
| 29647402 | Rahner, Max R | Address on File | | | | | |
| 29642146 | Raina, Ambrose | Address on File | | | | | |
| 29647403 | Ramirez, Arturo A | Address on File | | | | | |
| 29617384 | Raymond, Durning | Address on File | | | | | |
| 29638187 | Raymonelle, Jynes | Address on File | | | | | |
| 29616437 | Rebecca, Shaffer | Address on File | | | | | |
| 29642662 | Rene, Fuentes | Address on File | | | | | |
| 29776000 | Ricci, Marion | Address on File | | | | | |
| 29639672 | Richard, Webber | Address on File | | | | | |
| 29775454 | Richardson, Bryan | Address on File | | | | | |
| 29611391 | Riepole, Eric F | Address on File | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29617760 | Robert, Hoke | Address on File | | | | | |
| 29642707 | Robin, Young-Greene | Address on File | | | | | |
| 29620899 | Rodriguez, Giovanni B | Address on File | | | | | |
| 29772401 | Rodriguez, Randy | Address on File | | | | | |
| 29647450 | Rogers, Logan A | Address on File | | | | | |
| 29629161 | Romero, Jazper | Address on File | | | | | |
| 29620272 | Rosa, Larry | Address on File | | | | | |
| 29480930 | Ross, MONICA | Address on File | | | | | |
| 29609531 | Rowley-Weiss, Hillary | Address on File | | | | | |
| 29634400 | Rozny, Amy | Address on File | | | | | |
| 29481140 | Rucker, SHIQUITA | Address on File | | | | | |
| 29772667 | Rudd, Lois | Address on File | | | | | |
| 29642133 | Ryan, Saenz | Address on File | | | | | |
| 29617357 | S., Blair Nathan | Address on File | | | | | |
| 29602157 | SALDANA, NATHAN | Address on File | | | | | |
| 29642397 | Salomon, Martinez Jr. | Address on File | | | | | |
| 29488268 | Sampson, REBECCA | Address on File | | | | | |
| 29489787 | Sanchez, WHITNEY | Address on File | | | | | |
| 29791837 | SANTANA, JOSE | Address on File | | | | | |
| 29617180 | Sartu, Mohammed | Address on File | | | | | |
| 29647825 | Schuetz, Joshua J | Address on File | | | | | |
| 29492168 | Scott, TAMIKA | Address on File | | | | | |
| 29634926 | Seasor, Britani Ann | Address on File | | | | | |
| 29486404 | Selby, CHARENE | Address on File | | | | | |
| 29604961 | Severyn, Brandon | Address on File | | | | | |
| 29606888 | Shake, Evan M. | Address on File | | | | | |
| 29488561 | Shanks, ANGEL | Address on File | | | | | |
| 29792030 | SHAW, TIANA | Address on File | | | | | |
| 29636961 | Sheely, Ryan Anthony | Address on File | | | | | |
| 29608294 | Shehan, Stacy | Address on File | | | | | |
| 29783484 | Shelly, Willie Lee | Address on File | | | | | |
| 29483350 | Sherman, DYLAN | Address on File | | | | | |
| 29634557 | Sherwood, Robert J | Address on File | | | | | |
| 29791806 | SMITH, DAISJA | Address on File | | | | | |
| 29490996 | Smith, THOMAS | Address on File | | | | | |
| 30162662 | Somera Road - Athens Georgia II, LLC | Joe LeMense Jr. | 1 Hanover Sq #1 | | New York | NY | 10004-2601 |
| 29490116 | Soto, ILSE | Address on File | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29617498 | Stacey, Facey | Address on File | | | | | |
| 29635320 | Staller, Bridget | Address on File | | | | | |
| 29774109 | Stalls, Patrick | Address on File | | | | | |
| 29483155 | Stanley, CIERA | Address on File | | | | | |
| 29791974 | STEELE, TIERRA | Address on File | | | | | |
| 29637295 | STEPHENS, ELIZABETH CHRISTINE | Address on File | | | | | |
| 29489683 | Stephenson, AMY | Address on File | | | | | |
| 29647748 | Stevens, Nicholas S | Address on File | | | | | |
| 29647853 | Stewart, Crystal D | Address on File | | | | | |
| 29647950 | Stitt, Jeremiah F | Address on File | | | | | |
| 29611213 | Storey, Shaanilah | Address on File | | | | | |
| 29489555 | Sullivan, VERA | Address on File | | | | | |
| 29617189 | Summer, Hungerford | Address on File | | | | | |
| 29785296 | Sun Chlorella USA | 17372 Eastman | | | Irvine | CA | 92614-5522 |
| 29489083 | Sustache, Francis | Address on File | | | | | |
| 29621416 | Sutton, Rusty L | Address on File | | | | | |
| 29640427 | T., Perales Tashaun | Address on File | | | | | |
| 29607143 | Tassone, Warren J. | Address on File | | | | | |
| 29642808 | Tatiana, Johnson | Address on File | | | | | |
| 29491379 | Taylor, DALAIGSHA | Address on File | | | | | |
| 29494059 | Taylor, LEZLYE | Address on File | | | | | |
| 29481375 | Taylor, TONY | Address on File | | | | | |
| 30160245 | The Childsmiles Group, LLC | 300 HARMON MEADOW BLVD FL 2 | | | SECAUCUS | NJ | 07094-3643 |
| 29485026 | Thurmond, MEGAIL | Address on File | | | | | |
| 29621060 | Tolleson, Joanna M | Address on File | | | | | |
| 29610863 | Toney, Samantha | Address on File | | | | | |
| 29614868 | Tony, Rhone | Address on File | | | | | |
| 29619347 | Traylor, Savanna N | Address on File | | | | | |
| 29634428 | Trepka, Frank Allen | Address on File | | | | | |
| 29618493 | Trofinoff, Luke D | Address on File | | | | | |
| 29640393 | Troy, Broomfield Jr. | Address on File | | | | | |
| 29621193 | Truax, Matthew T | Address on File | | | | | |
| 29635634 | Tumbry, Cadence Elita | Address on File | | | | | |
| 29613894 | Tyrone, Howard Jr. | Address on File | | | | | |
| 29614961 | Tyrone, Wilcher Jr | Address on File | | | | | |
| 29610765 | Uberin, Samantha Jolynn | Address on File | | | | | |
| 29615461 | V., Coates Antonio | Address on File | | | | | |

Exhibit B
Supplemental Mailing List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29482211 | Varble, SAMANTHA | Address on File | | | | | |
| 29488181 | Vige, PARKER | Address on File | | | | | |
| 29486299 | Villarreal, FRANCINE | Address on File | | | | | |
| 29604054 | VIOTEK / BCO LABS INC DBA SWAGTRON,TURBOLOCK,VIOTEK, | 12820 ADAMS RD | | | GRANGER | IN | 46530-7894 |
| 29611826 | Wadsworth, Brandi | Address on File | | | | | |
| 29620320 | Walker, Antonia D | Address on File | | | | | |
| 29493712 | WALKER, SAMANTHA | Address on File | | | | | |
| 29482745 | Wallace, CARLA | Address on File | | | | | |
| 29618568 | Walmsley, Beverly A | Address on File | | | | | |
| 29782216 | Ward, Semirra | Address on File | | | | | |
| 29488728 | Warren, Ra'Shanda | Address on File | | | | | |
| 29612884 | WATSON, ALFREDO FERNANDO | Address on File | | | | | |
| 29774075 | Watson, Marjorie | Address on File | | | | | |
| 29490129 | Weatherspoon, CARLISA | Address on File | | | | | |
| 29645912 | Welle, Izabella G | Address on File | | | | | |
| 29610375 | White, Antonia Monae | Address on File | | | | | |
| 29492384 | Wicklife, DELILAH | Address on File | | | | | |
| 29611176 | Wiley, Abby Lynne | Address on File | | | | | |
| 29490096 | Williams, ALICIA | Address on File | | | | | |
| 29648471 | Williams, Chiquan | Address on File | | | | | |
| 29620973 | Williams, Dianne A | Address on File | | | | | |
| 29791833 | WILLIAMS, JAIELYNN | Address on File | | | | | |
| 29634465 | Williams, Niesha Markita | Address on File | | | | | |
| 29487898 | Williams-Hunter, Taliah | Address on File | | | | | |
| 29484753 | Willson, CATRINA | Address on File | | | | | |
| 29484062 | Winkfield, SAMYA | Address on File | | | | | |
| 29480280 | Wirtanen, Deborah | Address on File | | | | | |
| 29622204 | Wollschlager, Sarah N | Address on File | | | | | |
| 29493464 | Woodruff, DONISHA | Address on File | | | | | |
| 29489481 | Wright, SHERRY | Address on File | | | | | |
| 29620643 | Yates, Catherine L | Address on File | | | | | |
| 29492600 | Yow, FENESHIA | Address on File | | | | | |
| 29622352 | Zaborowski, Joshua D | Address on File | | | | | |
| 29604451 | Zarbee's Naturals | Holly Zulpo | 199 GRANDVIEW RD | | SKILLMAN | NJ | 08558-1311 |
| 29627896 | Zuru LLC | Mattew Goldbloom | 2121 E MAPLE AVE | | EL SEGUNDO | CA | 90245-5011 |

**Exhibit C**

85864-01

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re:  Docket No. 1019** |

**NOTICE OF ORDER (I) APPROVING THE
DISCLOSURE STATEMENT; (II) APPROVING
SOLICITATION AND VOTING PROCEDURES,
INCLUDING (A) FIXING THE VOTING RECORD
DATE, (B) APPROVING THE SOLICITATION PACKAGES AND
PROCEDURES FOR DISTRIBUTION, (C) APPROVING THE FORM OF
THE BALLOTS AND SOLICITATION MATERIALS AND ESTABLISHING
PROCEDURES FOR VOTING, AND (D) APPROVING PROCEDURES FOR VOTE
TABULATION; (III) SCHEDULING A CONFIRMATION HEARING AND ESTABLISHING
NOTICE AND OBJECTION PROCEDURES; AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1.  ***Approval of the Disclosure Statement.***  At a hearing held on February 19, 2025 (the "Disclosure Statement Hearing"), the United States Bankruptcy Court for the District of Delaware (the "Court"), having jurisdiction over the above-captioned Chapter 11 Cases of Franchise Group, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), entered an order

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

32901162.1

85864-01

[Docket No. 1019] (the "Disclosure Statement Order") approving the *Disclosure Statement for the Sixth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Affiliated Debtors*, dated as of February 20, 2025 and attached as Exhibit 1 to the Disclosure Statement Order [Docket No. 1014] (as may be amended, modified, or supplemented from time to time, the "Disclosure Statement") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and authorized the Debtors to solicit votes to accept or reject the *Sixth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Affiliated Debtors*, dated as of February 20, 2025 [Docket No. 1015] (as may be amended, modified, or supplemented from time to time, the "Plan"),[2] annexed as Exhibit A to the Disclosure Statement.

2.   ***Classification of Claims and Interests under the Plan.***  The classification and treatment of Claims and Interests under the Plan is described generally below:

| Class | Designation | Impairment | Entitled to Vote |
|---|---|---|---|
| Class 1 | Priority Non-Tax Claims | No | No (presumed to accept) |
| Class 2 | Other Secured Claims | No | No (presumed to accept) |
| Class 3 | Prepetition ABL Loan Claims | Yes | Yes |
| Class 4 | Prepetition First Lien Loan Claims | Yes | Yes |
| Class 5 | Prepetition Second Lien Loan Claims | Yes | Yes |
| Class 6 | General Unsecured Claims against the OpCo Debtors | Yes | Yes |
| Class 7 | Prepetition HoldCo Loan Claims | Yes | Yes |
| Class 8-A | Freedom HoldCo General Unsecured Claims | Yes | Yes |
| Class 8-B | HoldCo Receivables General Unsecured Claims | Yes | Yes |
| Class 8-C | TopCo General Unsecured Claims | Yes | Yes |
| Class 9 | Intercompany Claims | Yes | No (deemed to reject) |
| Class 10 | Subordinated Claims | Yes | No (deemed to reject) |
| Class 11 | Existing TopCo Equity Interests | Yes | Yes |
| Class 12 | Existing Intercompany Equity Interests | Yes | No (deemed to reject) |

3.   ***Deadline for Voting on the Plan.***  The Court has established **April 23, 2025 at 5:00 p.m. (ET)** (the "Voting Deadline") as the deadline by which Ballots accepting or rejecting the Plan must be actually received by the Solicitation Agent.  To be counted, Ballots must be properly executed, completed, and delivered to the Solicitation Agent at the address provided for herein (in the postage prepaid, preaddressed business reply envelope provided or otherwise by first-class mail postage prepaid, personal delivery, or overnight courier to the Solicitation Agent), or submitted online through a dedicated e-balloting portal (the "E-Ballot Portal") accessible at the Debtor's restructuring website maintained by the Solicitation Agent: https://cases.ra.kroll.com/FRG online, so as to be actually received by the Solicitation Agent no later than the Voting Deadline:

Franchise Group, Inc. Ballot Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan, or in the Disclosure Statement, as applicable.

32901162.1

85864-01

To arrange personal delivery, email FRGBallots@ra.kroll.com (with "FRG Ballot Delivery" in the subject line) at least 24 hours before arrival at the address above and provide the anticipated date and time of delivery.

The E-Ballot Portal is the sole manner in which Ballots will be accepted via electronic transmission. Ballots submitted by electronic mail or facsimile or any other means of electronic transmission (other than via the E-Ballot Portal) will not be accepted. Any failure to follow the voting instructions included with the Ballot may disqualify a Ballot and vote. Only Ballots cast by regular mail, overnight courier, or hand delivery or via the E-Ballot Portal will be counted.

4.     Holders of Claims in Classes 1 and 2 are unimpaired under the Plan, and therefore, pursuant to section 1126(f) of the Bankruptcy Code, are presumed to have accepted the Plan and are not entitled to vote on the Plan. Holders of Claims in Classes 9, and 10, and Holders of Interests in Class 12 are impaired under the Plan and are not entitled to receive or retain any property on account of their claims or interests, therefore, pursuant to section 1126(g) of the Bankruptcy Code are deemed to have rejected the Plan and are not entitled to vote on the Plan.

5.     ***Confirmation Hearing.*** A hearing to consider the confirmation of the Plan and for such other and further relief as may be just or proper (the "Confirmation Hearing") will be held on **May 12, 2025 at 10:00 a.m. (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, DE 19801. The Confirmation Hearing may be continued by the Debtors from time to time without further notice to holders of Claims or Interests or other parties in interest other than the announcement of the adjourned date(s) at the Confirmation Hearing or any continued hearing or on the applicable hearing agenda or a notice filed with the Bankruptcy Court. The Plan may be modified in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Plan, and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing. If the Bankruptcy Court enters an order confirming the Plan, section 1141 of the Bankruptcy Code shall become applicable with respect to the Plan and the Plan shall be binding on all parties to the fullest extent permitted by the Bankruptcy Code.

6.     ***Deadline for Objections to Confirmation of the Plan.*** Objections, if any, to confirmation of the Plan, must (A) be in writing; (B) state the name, address, and nature of the Claim or Interest of the objecting or responding party; (C) state with particularity the legal and factual basis and nature of any objection or response; and (D) be filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, and served on the following parties so as to be actually received **before 5:00 p.m. (ET) on April 23, 2025**: (a) co-counsel and proposed co-counsel for the Debtors, (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Joshua A. Sussberg, P.C. (jsussberg@kirkland.com), Nicole L. Greenblatt, P.C. (nicole.greenblatt@kirkland.com), and Derek I. Hunter (derek.hunter@kirkland.com), Maddison Levine (maddison.levine@kirkland.com), and Brian J. Nakhaimousa (brian.nakhaimousa@kirkland.com), and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: Edmon L. Morton, Esq. (emorton@ycst.com) and Matthew B. Lunn, Esq. (mlunn@ycst.com); (b) counsel to the official committee of unsecured creditors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899, Attn: Bradford J. Sandler, Esq. (bsandler@pszjlaw.com) and Colin R. Robinson, Esq. (crobinson@pszjlaw.com), and 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Robert J. Feinstein, Esq. (rfeinstein@pszjlaw.com), Alan J. Kornfeld, Esq. (akornfeld@pszjlaw.com), and Theodore S. Heckel, Esq. (theckel@pszjlaw.com); (c) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Timothy J. Fox, Esq. (timothy.fox@usdoj.gov); (d) counsel to the DIP Agent, Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004, Attn: Gregg Bateman, Esq. (bateman@sewkis.com), Sagar Patel, Esq. (patel@sewkis.com), and Michael Danenberg,

85864-01

Esq.(danenberg@sewkis.com); (e) counsel to the DIP Lenders and Ad Hoc Group of First Lien Lenders, (i) Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Jayme Goldstein, Esq. (jaymegoldstein@paulhastings.com), Jeremy Evans, Esq. (jeremyevans@paulhastings.com), and Isaac Sasson, Esq. (isaacsasson@paulhastings.com), and (ii) Landis Rath & Cobb LLP, 919 N. Market Street Suite 1800, Wilmington, DE 19317, Attn: Adam G. Landis, Esq. (landis@lrclaw.com) and Matthew McGuire, Esq. (mcguire@lrclaw.com); (f) counsel to the ABL Lenders, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, Attn: Jennifer Ezring, Esq. (Jennifer.Ezring@lw.com), James Ktsanes, Esq. (James.Ktsanes@lw.com) and Andrew Sorkin, Esq. (andrew.sorkin@lw.com); (g) counsel to the Second Lien Term Loan Lenders, White & Case LLP, 200 S Biscayne Blvd, Miami, FL 33131, Attn: Thomas Lauria, Esq. (tlauria@whitecase.com), and 111 S. Wacker Dr., Suite 5100, Chicago, IL 60606, Attn:  Bojan Guzina, Esq. (bojan.guzina@whitecase.com); and (h) counsel to the HoldCo Lenders at the address set forth in (vii) above.

7.    *RELEASE, INJUNCTION, AND EXCULPATION PROVISIONS CONTAINED IN THE PLAN.  ARTICLE 12 OF THE PLAN CONTAINS CERTAIN RELEASE, INJUNCTION, AND EXCULPATION PROVISIONS.  YOU ARE ENCOURAGED TO CAREFULLY REVIEW THE PLAN, INCLUDING THESE PROVISIONS, AS YOUR RIGHTS MAY BE AFFECTED, REGARDLESS OF WHETHER OF YOU ARE UNIMPAIRED OR IMPAIRED UNDER THE PLAN.*

8.    *The release in Section 12.2 of the Plan (the "Debtor Release") binds the Debtors.  The Debtor Release provides:*

Subject to the outcome of the Freedom HoldCo Independent Investigation with respect to any Freedom HoldCo Debtor Released Claims and Claims and Causes of Action belonging to the Freedom HoldCo Debtors against any Holders of DIP Claims or Prepetition First Lien Loan Claims, pursuant to section 1123(b) and any other applicable provisions of the Bankruptcy Code, and except as otherwise expressly provided in this Plan, effective as of the Effective Date, for good and valuable consideration provided by each of the Released Parties, the adequacy and sufficiency of which is hereby confirmed, the Debtor Releasing Parties will be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever provided a full release, to the maximum extent permitted by Law, to each of the Released Parties (and each such Released Party so released shall be deemed forever released by the Debtor Releasing Parties) and their respective assets and properties (the "Debtor Release") from any and all claims, Causes of Action (including Avoidance Actions), and any other debts, obligations, rights, suits, damages, actions, remedies, and liabilities whatsoever, whether known or unknown, foreseen or unforeseen, whether directly or derivatively held, existing as of the Effective Date or thereafter arising, in Law, at equity or otherwise, whether for tort, contract, violations of federal or state statutory or common Laws, or any other applicable international, foreign, or domestic Law, rule, statute, regulation, treaty, right, duty, requirement or otherwise, based in whole or in part upon any act or omission, transaction, or other occurrence or circumstances existing or taking place prior to or on the Effective Date arising from or related in any way in whole or in part to any of the Debtors, including, without limitation, (i) the Chapter 11 Cases, the Disclosure Statement, this Plan, the Restructuring Support Agreement, the Definitive Documents, or the Sale Process; (ii) the subject matter of, or the transactions or events giving rise to, any Claim or Equity Interest that is treated in this Plan; (iii) the business or contractual arrangements between any Debtor and any Released Parties; (iv) the negotiation, formulation or preparation of the Restructuring Support Agreement, this Plan, the Disclosure Statement, the Plan Supplement, the Definitive Documents, any Sale Documents, the DIP Documents (including with respect to the DIP Loans), the Take-Back Debt Facility, the New ABL Facility, the New Warrants, or any agreements, instruments or other documents related to any of the foregoing; (v) the

85864-01

restructuring of Claims or Equity Interests prior to or during the Chapter 11 Cases; (vi) the purchase, sale, or rescission of the purchase or sale of any Equity Interest of the Debtors or the Reorganized Debtors; (vii) the Take-Private Transaction; and/or (viii) the confirmation or consummation of this Plan or the solicitation of votes on this Plan, in each case, that such Debtor Releasing Party would have been legally entitled to assert (whether individually, collectively, or on behalf of any Holder of a Claim or Equity Interest) or that any Holder of a Claim or Equity Interest or other Entity would have been legally entitled to assert for, or on behalf or in the name of, any Debtor, its respective Estate or any Reorganized Debtor (whether directly or derivatively) against any of the Released Parties; provided, however, that the foregoing provisions of this Debtor Release shall not operate to waive or release: (i) any Causes of Action arising from willful misconduct, actual fraud (except for Avoidance Actions, which are subject to this Debtor Release), or gross negligence of such applicable Released Party; and/or (ii) the rights of such Debtor Releasing Party to enforce this Plan, any Sale Documents and the contracts, instruments, releases, indentures, and other agreements or documents delivered under or in connection with this Plan or any Partial Sale Transaction or assumed pursuant to this Plan or any Partial Sale Transaction or assumed pursuant to Final Order of the Bankruptcy Court.  The foregoing release shall be effective as of the Effective Date without further notice to or order of the Bankruptcy Court, act or action under applicable Law, regulation, order, or rule or the vote, consent, authorization or approval of any Person, and the Confirmation Order will permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively or otherwise, of any claims, obligations, suits, judgments, damages, demands, debts, rights, Causes of Action, or liabilities released pursuant to this Debtor Release.  Notwithstanding the foregoing, nothing in this Section 12.2 shall or shall be deemed to prohibit the Debtors or the Reorganized Debtors from asserting and enforcing any claims, obligations, suits, judgments, demands, debts, rights, Causes of Action or liabilities they may have against any Person that is based upon an alleged breach of a confidentiality or non-compete obligation owed to the Debtors or the Reorganized Debtors.  Notwithstanding anything to the contrary in the foregoing, the releases set forth above do not release:  (1) any obligations arising on or after the Effective Date of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan as set forth herein; (2) any Causes of Action retained by the Reorganized Debtors; (3) any OpCo Litigation Claims; or (4) any Freedom HoldCo Debtor Litigation Trust Claims.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the Debtor Release, which includes by reference each of the related provisions and definitions contained in the Plan, and further, shall constitute the Bankruptcy Court's finding that the Debtor Release is:  (1) given in exchange for the good and valuable consideration provided by the Released Parties, including the Released Parties' contributions to facilitating the Restructuring Transactions and implementing the Plan; (2) a good faith settlement and compromise of the Claims released by the Debtor Release; (3) in the best interests of the Debtors and all Holders of Claims and Interests; (4) fair, equitable, and reasonable; (5) given and made after due notice and opportunity for hearing; and (6) a bar to any of the Debtors, the Reorganized Debtors, or the Debtors' Estates asserting any Claim or Cause of Action of any kind whatsoever released pursuant to the Debtor Release.

9.      *The release in Section 12.3 of the Plan (the "Third Party Release") binds the "Releasing Parties," which the Plan defines as follows: "collectively, and each solely in its capacity as such: (a) the Debtors; (b) the Reorganized Debtors; (c) the DIP Agent and each DIP Lender; (d) the First Lien Credit Agreement Agent; (e) the Consenting First Lien Lenders; (f) the Creditors' Committee and each of its*

85864-01

*members solely in their capacity as members of the Creditors' Committee; (g) all Holders of Claims that elect to opt in to the Third Party-Release contained in the Plan; (h) all Holders of Interests that elect to opt in to the Third-Party Release contained in the Plan; (o) each current and former Affiliate of each Entity in clause (a) through the following clause (j); and (j) each Related Party of each Entity in clause (a) through this clause (j) for which such Entity is legally entitled to bind such Related Party to the releases contained in the Plan." The Third Party Release provides:*

> **Notwithstanding anything contained in the Plan or the Restructuring Support Agreement to the contrary, and subject to the outcome of the Freedom HoldCo Independent Investigation with respect to any Freedom HoldCo Debtor Released Claims and Claims and Causes of Action belonging to the Freedom HoldCo Debtors against any Holders of DIP Claims or Prepetition First Lien Loan Claims, pursuant to section 1123(b) and any other applicable provisions of the Bankruptcy Code, effective as of the Effective Date, to the fullest extent permitted by applicable Law, for good and valuable consideration provided by each of the Released Parties, the adequacy and sufficiency of which is hereby confirmed, and without limiting or otherwise modifying the scope of the Debtor Release provided by the Debtor Releasing Parties above, each Non-Debtor Releasing Party, on behalf of itself and any other Persons that might seek to claim under or through such Non-Debtor Releasing Party, including any Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, Representatives, consultants, and agents, will be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever provided a full release to each of the Released Parties (and each such Released Party so released shall be deemed forever released by the Non-Debtor Releasing Parties) and their respective assets and properties (the "Third-Party Release") from any and all Claims, Interests, Causes of Action (including Avoidance Actions), and any other debts, obligations, rights, suits, damages, actions, remedies, and liabilities whatsoever, whether known or unknown, foreseen or unforeseen, matured or unmatured, whether directly or derivatively held, existing as of the Effective Date or thereafter arising, in Law, at equity or otherwise, whether for tort, contract, violations of federal or state statutory or common Laws, or any other applicable international, foreign, or domestic Law, rule, statute, regulation, treaty, right, duty, requirement or otherwise, based on or relating to, or in any manner arising from, in whole or in part upon any act or omission, transaction, or other occurrence or circumstances existing or taking place prior to or on the Effective Date arising from or related in any way in whole or in part to any of the Debtors, including, without limitation, (i) the Debtors' in- or out of court restructuring efforts, the decision to File the Chapter 11 Cases, any intercompany transactions, the Chapter 11 Cases, the Disclosure Statement, this Plan, the Restructuring Support Agreement, the Definitive Documents, or the Sale Process; (ii) the subject matter of, or the transactions or events giving rise to, any Claim or Equity Interest that is treated in this Plan; (iii) the business or contractual arrangements between any Debtor and any Released Parties; (iv) the negotiation, formulation or preparation of the Restructuring Support Agreement, this Plan, the Disclosure Statement, the Plan Supplement, the Definitive Documents, any Sale Documents, the DIP Documents (including with respect to the DIP Loans), the Take-Back Debt Facility, the New ABL Facility, the New Warrants, or any agreements, instruments or other documents related to any of the foregoing; (v) the restructuring of Claims or Equity Interests prior to or during the Chapter 11 Cases; (vi) the purchase, sale, or rescission of the purchase or sale of any Equity Interest of the Debtors or the Reorganized Debtors; (vii) the Take-Private Transaction; and/or (viii) the confirmation or consummation of this Plan or the solicitation of votes on this Plan that such Non-Debtor Releasing Party would have been legally entitled to assert (whether individually or collectively) against any of the Released Parties; provided, however, that the foregoing provisions of this Third-Party Release shall not operate to waive or release: (i) any Causes**

of Action arising from willful misconduct, actual fraud (except for Avoidance Actions, which are subject to this Third-Party Release), or gross negligence of such applicable Released Party; and/or (ii) the rights of such Non-Debtor Releasing Party to enforce this Plan, any Sale Documents and the contracts, instruments, releases, indentures, and other agreements or documents delivered under or in connection with this Plan or any Partial Sale Transaction or assumed pursuant to this Plan or any Partial Sale Transaction or Final Order of the Bankruptcy Court. The foregoing release shall be effective as of the Effective Date, without further notice to or order of the Bankruptcy Court, act or action under applicable Law, regulation, order, or rule or the vote, consent, authorization or approval of any Person, and the Confirmation Order will permanently enjoin the commencement or prosecution by any Person or Entity, whether directly, derivatively or otherwise, of any claims, obligations, suits, judgments, damages, demands, debts, rights, Causes of Action, or liabilities released pursuant to this Third-Party Release. Notwithstanding anything to the contrary in the foregoing, the releases set forth above do not release: (1) any obligations arising on or after the Effective Date of any party or Entity under the Plan, any Restructuring Transaction, or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement the Plan as set forth herein; (2) any Causes of Action retained by the Reorganized Debtors; (3) any OpCo Litigation Claims; or (4) any Freedom HoldCo Debtor Litigation Trust Claims.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the Third-Party Release, which includes by reference each of the related provisions and definitions contained in this Plan, and, further, shall constitute the Bankruptcy Court's finding that the Third-Party Release is: (1) consensual; (2) essential to the confirmation of the Plan; (3) given in exchange for the good and valuable consideration provided by the Released Parties, including the Released Parties' contributions to facilitating the Restructuring Transactions and implementing the Plan; (4) a good faith settlement and compromise of the Claims released by the Third-Party Release; (5) in the best interests of the Debtors and their Estates; (6) fair, equitable, and reasonable; (7) given and made after due notice and opportunity for hearing; and (8) a bar to any of the Releasing Parties asserting any Claim or Cause of Action of any kind whatsoever released pursuant to the Third-Party Release.

10.     *Additionally, Article 12 of the Plan contains certain provisions regarding exculpation and injunctions. All parties are advised to read Article 12 of the Plan carefully and consult with their own advisors with respect thereto. The text of the relevant provisions of Article 12 of the Plan are as follows:*

*12.4. Exculpation.* **Effective as of the Effective Date, to the fullest extent permissible under applicable Law and without affecting or limiting either the Debtor Release or the Third-Party Release, and except as otherwise specifically provided in the Plan, the Exculpated Parties shall neither have nor incur any liability to any Person or Entity for any claims or Causes of Action or for any act taken or omitted to be taken on or after the Petition Date and prior to or on the Effective Date in connection with, or related to: the administration of the Chapter 11 Cases, commencement of the Chapter 11 Cases, pursuit of confirmation and consummation of this Plan, making distributions under this Plan, the Disclosure Statement, the Sale Process, the Sale Order, or the solicitation of votes for, or confirmation of, this Plan; the occurrence of the Effective Date; the administration of this Plan or the property to be distributed under this Plan; the issuance of securities under or in connection with this Plan; the purchase, sale, or rescission of the purchase or sale of any asset or security of the Debtors; or the transactions or documentation in furtherance of any of the foregoing, including but**

85864-01

not limited to the Restructuring Support Agreement; the formulation, preparation, dissemination, negotiation, entry into, or Filing of, as applicable the DIP Documents (including with respect to the DIP Loans), the Take-Back Debt Facility, the New ABL Facility, the New Warrants, or any agreements, instruments or other documents related to any of the foregoing; or any other postpetition, pre-Effective Date act taken or omitted to be taken in connection with or in contemplation of the restructuring of the Debtors, the approval of the Disclosure Statement or confirmation or consummation of this Plan; provided, however, that the foregoing provisions of this Exculpation shall not operate to waive or release:  (i) any Causes of Action arising from willful misconduct, actual fraud (except for Avoidance Actions, which are subject to this Exculpation), or gross negligence of such applicable Exculpated Party; and/or (ii) the rights of any Person or Entity to enforce this Plan and the contracts, instruments, releases, indentures, and other agreements and documents delivered under or in connection with this Plan or assumed pursuant to this Plan or Final Order of the Bankruptcy Court; provided, further, that each Exculpated Party shall be entitled to rely upon the advice of counsel, to the extent otherwise permitted under applicable non-bankruptcy Law, concerning its respective duties pursuant to, or in connection with, the above referenced documents, actions or inactions.  The foregoing Exculpation shall be effective as of the Effective Date without further notice to or order of the Bankruptcy Court, act or action under applicable Law, regulation, order, or rule or the vote, consent, authorization or approval of any Person.  Notwithstanding the foregoing, nothing in this Section 12.4 shall or shall be deemed to prohibit the Debtors or the Reorganized Debtors from asserting and enforcing any claims, obligations, suits, judgments, demands, debts, rights, Causes of Action or liabilities they may have against any Person that is based upon an alleged breach of a confidentiality or non-compete obligation owed to the Debtors or the Reorganized Debtors, in each case unless otherwise expressly provided for in this Plan.  The Exculpation will be in addition to, and not in limitation of, all other releases, indemnities, exculpations, and any other applicable Law or rules protecting such Exculpated Parties from liability. Notwithstanding anything to the contrary in the foregoing, the Exculpations set forth above do not exculpate Brian Kahn, Prophecy Asset Management LP, or any of their Affiliates.  For the avoidance of doubt, none of the Debtors are Affiliates of Brian Kahn or Prophecy Asset Management LP.

The Exculpated Parties have, and upon Confirmation shall be deemed to have, participated in good faith and in compliance with the applicable Laws with regard to the solicitation of votes and distribution of consideration pursuant to this Plan and, therefore, are not, and on account of such distributions shall not be, liable at any time for the violation of any applicable Law, rule, or regulation governing the solicitation of acceptances or rejections of this Plan or such distributions made pursuant to this Plan.

*12.5. Discharge of Claims and Termination of Interests.*  Except as otherwise provided for herein and in the Restructuring Support Agreement, effective as of the Effective Date, with respect to the Non-Liquidating Debtors:  (a) the rights afforded in the Plan and the treatment of all Claims and Interests (other than any Existing Intercompany Equity Interests that are Reinstated hereunder) shall be in exchange for and in complete satisfaction, discharge, and release of all Claims and Interests of any nature whatsoever, including any interest accrued on such Claims from and after the Petition Date, against the Debtors or any of their assets, property or Estates; (b) the Plan shall bind all Holders of Claims and Interests, notwithstanding whether any such Holders failed to vote to accept or reject the Plan or voted to reject the Plan; (c) all Claims and Interests (other than any Existing Intercompany Equity Interests that are Reinstated hereunder) shall be satisfied, discharged, and released in full,

85864-01

and the Debtors' liability with respect thereto shall be extinguished completely, including any liability of the kind specified under section 502(g) of the Bankruptcy Code; and (d) all Entities shall be precluded from asserting against the Debtors, the Debtors' Estates, the Reorganized Debtors, their successors and assigns and their assets and properties any other Claims or Interests based upon any documents, instruments, or any act or omission, transaction or other activity of any kind or nature that occurred prior to the Effective Date.  In accordance with section 1141(d)(3) of the Bankruptcy Code, this Plan does not discharge the American Freight Debtors.  For the avoidance of doubt, at the election of the Required Consenting First Lien Lenders in their sole discretion, the existing ABL Credit Agreement (as defined in the Restructuring Support Agreement), and the Prepetition ABL Loan Claims (as defined in the Restructuring Support Agreement), may be Reinstated.

*12.6. Injunction.*  Except as otherwise provided herein or for obligations issued pursuant hereto, all Persons or Entities that have held, hold, or may hold Claims or Interests that have been released, discharged, or are subject to Exculpation pursuant to Article XII, are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors, the Released Parties, or the Exculpated Parties:  (a) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (b) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against the Debtors, the Reorganized Debtors, the Released Parties, or the Exculpated Parties on account of or in connection with or with respect to any such Claims or Interests; (c) creating, perfecting, or enforcing any encumbrance of any kind against the Debtors, the Reorganized Debtors, the Released Parties, or the Exculpated Parties or the property or Estates of the Debtors, the Reorganized Debtors, the Released Parties, or the Exculpated Parties on account of or in connection with or with respect to any such Claims or Interests; (d) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property or Estates of the Debtors, the Reorganized Debtors, the Released Parties, or the Exculpated Parties on account of or in connection with or with respect to any such Claims or Interests unless such Holder has Filed a motion requesting the right to perform such setoff on or before the Confirmation Date; and (e) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released, exculpated or settled pursuant to the Plan.

85864-01

***Copies of Documents.***  Copies of the Plan, the Disclosure Statement, the Plan Supplement (which will be filed on or before March 26, 2025), and the Disclosure Statement Order are, or will be, available for review free of charge at the Debtors' restructuring website:  https://cases.ra.kroll.com/FRG by clicking on the link on the left hand side of the website landing page titled "Plan & Disclosure Statement."  In addition, copies of the Plan are available upon written request to the Debtors' Solicitation Agent:

Franchise Group, Inc. Ballot Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

If you are the holder of a Claim and believe that you are entitled to vote on the Plan, but you did not receive a Solicitation Package, or if you have any questions concerning voting procedures, you should contact the Solicitation Agent electronically at FRGinfo@ra.kroll.com (with "Franchise Group Solicitation Inquiry" in the subject line), in writing to the address above, via telephone at: (844) 285-4564 (U.S./Canada toll free) or +1 (646) 937-7751 (International), or via the "Live Chat" and/or "Contact Us" buttons in the "Info Center" section of the website.

*[Signature Page Follows]*

85864-01

Dated:  February 21, 2025
Wilmington, Delaware

/s/ Allison S. Mielke
**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 571-6600
Facsimile:     (302) 571-1253
Email:        emorton@ycst.com
              mlunn@ycst.com
              amielke@ycst.com
              sborovinskaya@ycst.com

*Co-Counsel to the Debtors
and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)

601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              nicole.greenblatt@kirkland.com
              derek.hunter@kirkland.com

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94101
Telephone:     (415) 439-1400
Email:        mark.mckane@kirkland.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

32901162.1

11

**<u>Exhibit D</u>**

## Exhibit D
Supplemental Mailing List
Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 29640380 | Abren, Hines Jr. | Address on File |
| 29488918 | Hayes, Nekitress | Address on File |

**Exhibit E**

**United States Bankruptcy Court, District of Delaware**

| Fill in this information to identify the case (Select only one Debtor per claim form): |||
|---|---|---|
| Franchise Group, Inc. (Case No. 24-12480) | Franchise Group Intermediate PSP, LLC (Case No. 24-12500) | Pet Supplies "Plus", LLC (Case No. 24-12519) |
| American Freight FFO, LLC (Case No. 24-12531) | Franchise Group Intermediate S, LLC (Case No. 24-12504) | PSP Distribution, LLC (Case No. 24-12526) |
| American Freight Franchising, LLC (Case No. 24-12483) | Franchise Group Intermediate SL, LLC (Case No. 24-12508) | PSP Franchising, LLC (Case No. 24-12481) |
| American Freight Franchisor, LLC (Case No. 24-12487) | Franchise Group Intermediate V, LLC (Case No. 24-12511) | PSP Group, LLC (Case No. 24-12482) |
| American Freight Group, LLC (Case No. 24-12490) | Franchise Group New Holdco, LLC (Case No. 24-12528) | PSP Midco, LLC (Case No. 24-12488) |
| American Freight Holdings, LLC (Case No. 24-12494) | Franchise Group Newco BHF, LLC (Case No. 24-12515) | PSP Service Newco, LLC (Case No. 24-12493) |
| American Freight Management Company, LLC (Case No. 24-12498) | Franchise Group Newco Intermediate AF, LLC (Case No. 24-12518) | PSP Stores, LLC (Case No. 24-12497) |
| American Freight Outlet Stores, LLC (Case No. 24-12503) | Franchise Group Newco PSP, LLC (Case No. 24-12522) | PSP Subco, LLC (Case No. 24-12501) |
| American Freight, LLC (Case No. 24-12527) | Franchise Group Newco S, LLC (Case No. 24-12484) | Valor Acquisition, LLC (Case No. 24-12505) |
| Betancourt Sports Nutrition, LLC (Case No. 24-12507) | Franchise Group Newco SL, LLC (Case No. 24-12485) | Vitamin Shoppe Florida, LLC (Case No. 24-12510) |
| Buddy's Franchising and Licensing LLC (Case No. 24-12512) | Franchise Group Newco V, LLC (Case No. 24-12489) | Vitamin Shoppe Franchising, LLC (Case No. 24-12513) |
| Buddy's Newco, LLC (Case No. 24-12516) | Freedom Receivables II, LLC (Case No. 24-12492) | Vitamin Shoppe Global, LLC (Case No. 24-12517) |
| Educate, Inc. (Case No. 24-12520) | Freedom VCM Holdings, LLC (Case No. 24-12496) | Vitamin Shoppe Industries LLC (Case No. 24-12521) |
| Franchise Group Acquisition TM, LLC (Case No. 24-12524) | Freedom VCM Interco Holdings, Inc. (Case No. 24-12499) | Vitamin Shoppe Mariner, LLC (Case No. 24-12523) |
| Franchise Group Intermediate B, LLC (Case No. 24-12529) | Freedom VCM Interco, Inc. (Case No. 24-12502) | Vitamin Shoppe Procurement Services, LLC (Case No. 24-12532) |
| Franchise Group Intermediate BHF, LLC (Case No. 24-12486) | Freedom VCM Receivables, Inc. (Case No. 24-12506) | WNW Franchising, LLC (Case No. 24-12525) |
| Franchise Group Intermediate Holdco, LLC (Case No. 24-12491) | Freedom VCM, Inc. (Case No. 24-12509) | WNW Stores, LLC (Case No. 24-12530) |
| Franchise Group Intermediate L, LLC (Case No. 24-12495) | Home & Appliance Outlet, LLC (Case No. 24-12514) | |

## Modified Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

| 1. | **Who is the current creditor?** | _____<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor  _____ |
|---|---|---|
| 2. | **Has this claim been acquired from someone else?** | ☐ No<br>☐ Yes. From whom? _____ |

| 3. **Where should notices and payments to the creditor be sent?** | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Name _____ <br><br> Number      Street <br>_____ <br><br> City                          State              ZIP Code <br>_____ <br><br> Contact phone   _____ <br> Contact email   _____ | Name _____ <br><br> Number      Street <br>_____ <br><br> City                          State              ZIP Code <br>_____ <br><br> Contact phone   _____ <br> Contact email   _____ |
| 4. **Does this claim amend one already filed?** | ☐ No <br> ☐ Yes.  Claim number on court claims registry (if known)_____ | Filed on _____ <br> MM  / DD  / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No <br> ☐ Yes. Who made the earlier filing? _____ | |

## Part 2:  Give Information About the Claim as of the Date the Case Was Filed

| 6. **Do you have any number you use to identify the debtor?** | ☐ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   \_\_\_\_  \_\_\_\_  \_\_\_\_  \_\_\_\_ |
|---|---|
| 7.  **How much is the claim?** | $_____. **Does this amount include interest or other charges?** <br> ☐ No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br><br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br><br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> _____ |
| 9. **Is all or part of the claim secured?** | ☐ No <br> ☐ Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.* <br> ☐ Motor vehicle <br> ☐ Other. Describe: _____ <br><br> **Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property:**                              $_____ <br><br> **Amount of the claim that is secured:**       $_____ <br><br> **Amount of the claim that is unsecured:**  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:**  $_____ <br><br> **Annual Interest Rate** (when case was filed)_____% <br> ☐ Fixed <br> ☐ Variable |

| 10. **Is this claim based on a lease?** | ☐ No |  |
| | ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** | $ _____ |

| 11. **Is this claim subject to a right of setoff?** | ☐ No |
| | ☐ Yes. Identify the property: _____ |

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | **Amount entitled to priority** |
| | ☐ Yes. *Check one:* | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $15,150) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(    ) that applies. | $ _____ |

| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No |  |
| | ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $ _____ |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐   I am the creditor.

☐   I am the creditor's attorney or authorized agent.

☐   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                  MM  /  DD  /  YYYY

_____
Signature

**Name of the person who is completing and signing this claim:**

| Name | |
| | First name        Middle name        Last name |
| Title | _____ |
| Company | _____ |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | _____ |
| | Number        Street |
| | _____ |
| | City        State        ZIP Code |
| Contact phone | _____        Email _____ |

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                    12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://cases.ra.kroll.com/FRG.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

If by first class mail:
Franchise Group, Inc. Claims Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

If by overnight courier or hand delivery:
Franchise Group, Inc. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

You may also file your claim electronically at
https://cases.ra.kroll.com/FRG/EPOC-Index.

**Do not file these instructions with your form**

**Exhibit F**

Exhibit F
Supplemental Schedule G Service List
Served via First Class Mail

| ADRID | Name | Address1 | Address2 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| 29790576 | All Terrain | 721 MAIN STREET | SUITE 301 | WALTHAM | MA | 02451 | |
| 29783709 | CoolWhey Inc. | 4035 rue Saint-Ambroise | Suite 416 | Montreal | QC | H4C 2E1 | Canada |
| 29776527 | Genuine Health | 491 College Street | Suite 200 | Toronto | ON | M6G 1A5 | Canada |
| 29783710 | HD Muscle (2714523 Ontario Inc.) | 5070 Benson Dr | | Burlington | ON | L7L 5N6 | Canada |
| 29791067 | Southport Services Group, LLC | 555 Maryville University Dr | Suite 600 | St Louis | MO | 63141 | |
| 29777977 | Super Nutrition | 1925 Brish St | | Oakland | CA | 94609 | |