# **<u>Exhibit B</u>**

# Franchise Group, Inc.
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

April 01, 2025 - April 30, 2025

| Category | Date | Description | Amount |
|---|---|---|---|
| *Hotel* | | | |
| Collins, Mikaela | 04/07/2025 | 1 night accommodation at Le Maridien in Arlington, VA. | $303.91 |
| Weston, Zachary | 04/07/2025 | 1 night accommodation at Le Maridien in Arlington, VA. | $303.91 |
| Subtotal for Hotel: | | | $607.82 |
| *Meals* | | | |
| Fitzpatrick, Emily | 04/02/2025 | Team lunch for M. Sciano, B. Bellora, M. Parodi, E. Fitzpatrick in McLean, VA. | $89.01 |
| Weston, Zachary | 04/07/2025 | Dinner for E. Fitzpatrick, M. Parodi, M. Collins, M. Sciano, B. Bellora, Z. Weston in Washington, DC | $300.00 |
| Collins, Mikaela | 04/08/2025 | Breakfast in Arlington, VA. | $15.00 |
| Collins, Mikaela | 04/08/2025 | Dinner in Newport, VA. | $32.29 |
| Weston, Zachary | 04/08/2025 | Breakfast in Arlington, VA. | $11.39 |
| Subtotal for Meals: | | | $447.69 |
| *Mileage* | | | |
| Collins, Mikaela | 04/07/2025 | Mileage from Richmond, VA to Arlington, VA - 108 miles. | $75.60 |
| Collins, Mikaela | 04/08/2025 | Mileage from Arlington, VA to Richmond, VA - 108 miles. | $75.60 |
| Weston, Zachary | 04/23/2025 | Mileage from McLean, VA to Norfolk, VA - 190 miles. | $133.00 |
| Weston, Zachary | 04/23/2025 | Mileage from Norfolk, VA to McLean, VA - 190 miles. | $133.00 |
| Subtotal for Mileage: | | | $417.20 |

1

# Franchise Group, Inc.
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period
### April 01, 2025 - April 30, 2025

| Category | Date | Description | Amount |
|---|---|---|---|
| *Parking* | | | |
| Collins, Mikaela | 04/08/2025 | Parking in Arlington, VA - 1 day. | $33.00 |
| Subtotal for Parking: | | | $33.00 |
| *Tolls* | | | |
| Collins, Mikaela | 04/02/2025 | Auto toll in Arlington, VA - travel for team workday. | $22.95 |
| Collins, Mikaela | 04/02/2025 | Auto toll in Arlington, VA - travel for team workday. | $57.35 |
| Collins, Mikaela | 04/07/2025 | Auto toll in Arlington, VA - travel for team workday. | $51.70 |
| Collins, Mikaela | 04/08/2025 | Auto toll in Arlington, VA - travel for team workday. | $27.35 |
| Subtotal for Tolls: | | | $159.35 |
| Total | | | $1,665.06 |

## Recapitulation

| Category | Amount |
|---|---|
| Hotel | $607.82 |
| Meals | $447.69 |
| Mileage | $417.20 |
| Tolls | $159.35 |
| Parking | $33.00 |