# EXHIBIT B

## DETAILED RECORD OF FEES AND EXPENSES

**Freedom VCM Interco, Inc. and Freedom VCM, Inc.**
**Chilmark Partners, LLC**
**Febuary 26, 2025 - April 30, 2025**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Hours | Amount |
|:---:|---|---:|---:|
| 1 | Review of documents, court filings, and other due diligence related to investigation | 102.1 | $ 110,389.50 |
| 2 | Preparation for and attendance of court hearings | - | $      - |
| 3 | Preparation of discussion material, financial analysis or other reports | 161.6 | $ 175,465.50 |
| 4 | Meetings, calls and correspondence with other professionals and parties in interest | 44.3 | $   53,728.50 |
| 5 | Interviews and/or depositions with parties in interest | 47.5 | $   58,930.50 |
| 6 | Travel | - | $      - |
| 7 | Administration | 7.1 | $    7,140.00 |
| **TOTAL** | | **362.6** | **$ 405,654.00** |

**Summary of Services Rendered by Professional**

| Name | Hours | Amount |
|---|---:|---:|
| Michael Kennedy, Member | 171.3 | $ 218,407.50 |
| Aaron Taylor, Member | 30.7 | $   39,142.50 |
| Jamie Ellis, Member | 129.8 | $ 132,396.00 |
| Daniel Nystrom, Associate | 30.8 | $   15,708.00 |
| **TOTAL** | **362.6** | **$  405,654.00** |

**Freedom VCM Interco, Inc. and Freedom VCM, Inc.**
Febuary 26, 2025 - April 30, 2025 Time Detail
Chilmark Partners, LLC

**Michael Kennedy, Member**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 2/26/2025 | Call with Avi Luft at Akin Gump to discuss the assignment and retention | 0.4 | 7 |
| 2/27/2025 | Review bankruptcy court filings (Disclosure Statement, First Day Motions, Declarations, etc.) | 3.0 | 1 |
| 2/27/2025 | Call with Akin (AL, BK) to discuss the assignment and potential deliverables. | 0.8 | 4 |
| 2/27/2025 | Review internal administrative documents and comments | 0.8 | 7 |
| 2/28/2025 | Review public materials in connection with investigation analysis | 2.3 | 1 |
| 2/28/2025 | Review of documents in connection with investigation | 1.7 | 1 |
| 2/28/2025 | Review documents associated with preliminary sources and uses | 1.6 | 1 |
| 2/28/2025 | Review bankruptcy court filings (Disclosure Statement, First Day Motions, Declarations, etc.) | 0.8 | 1 |
| 3/1/2025 | Review of documents in connection with investigation | 1.5 | 1 |
| 3/1/2025 | Prepare analysis and preliminary interview questions related to documents reviewed related to discovery material | 3.8 | 1 |
| 3/1/2025 | Prepare preliminary analysis of documents in advance of call with counsel | 1.1 | 3 |
| 3/1/2025 | Call with Akin (AL, RT, POB) regarding research related to upcoming witness interviews. | 1.4 | 4 |
| 3/1/2025 | Internal (AT, JE) call to discuss deliverables for scheduled call with counsel the next day | 0.8 | 4 |
| 3/2/2025 | Revise preliminary analysis of documents in advance of call with counsel | 1.0 | 3 |
| 3/2/2025 | Prepare discussion materials for Akin related to interview subjects | 3.3 | 3 |
| 3/2/2025 | Follow-up diligence and communications with Akin re: discovery material for investigation matters | 0.8 | 4 |
| 3/2/2025 | Call with Akin team members re: preliminary assessment of document and needed information for investigation analysis | 1.3 | 4 |
| 3/2/2025 | Internal (JE, AT) follow-up call re: update materials re investigation analysis | 0.5 | 4 |
| 3/3/2025 | Review bankruptcy court transcripts | 2.5 | 1 |
| 3/3/2025 | Prepare discussion materials for Akin related to investigation matters | 1.4 | 3 |
| 3/3/2025 | Follow-up discussion with Akin (AL) re: interview status | 0.3 | 4 |
| 3/3/2025 | Attend and participate at interview with third party | 4.0 | 5 |
| 3/4/2025 | Call with Akin (AL) re: status update | 0.5 | 4 |
| 3/4/2025 | Attend and participate at interview with third-party | 5.8 | 5 |
| 3/5/2025 | Analysis of recent document received related to investigation matters | 1.5 | 3 |
| 3/6/2025 | Analysis of recent document received related to investigation matters | 2.3 | 3 |
| 3/6/2025 | Prepare discussion material related to investigation matters | 2.6 | 3 |
| 3/6/2025 | Internal discussions (JE) regarding documents reviewed in connection with investigation | 0.5 | 4 |
| 3/6/2025 | Call with client (MW) and Akin (AL, BK, MS) re: status update on investigation to date and future interviews | 0.8 | 4 |
| 3/6/2025 | Call with Akin team members regarding various documents received in response to open inquiries re: discovery | 1.4 | 4 |
| 3/6/2025 | Internal discussions (JE) regarding analysis | 0.5 | 4 |
| 3/7/2025 | Preparation of data requests and follow-up questions | 1.0 | 3 |
| 3/7/2025 | Preparation for outline and document review for future interview | 3.2 | 3 |
| 3/7/2025 | Attend and participate at interview with third-party | 4.0 | 5 |
| 3/7/2025 | Call with individual at FRG regarding discovery materials | 1.2 | 5 |
| 3/8/2025 | Research and response to Akin question related to discovery material | 0.8 | 1 |
| 3/9/2025 | Review discussion materials | 0.2 | 4 |
| 3/9/2025 | Attend HoldCo board meeting | 0.2 | 5 |
| 3/9/2025 | Follow-up call(s) with client (MW) and Akin (AL, MS) re: board meeting | 0.3 | 4 |
| 3/9/2025 | Call with Akin lit team members in preparation for upcoming third party interview | 1.4 | 4 |
| 3/10/2025 | Review additional data from company and prepare analysis of certain discovery material related to investigation matters | 0.5 | 3 |
| 3/10/2025 | Prepare and communicate follow-up questions to Akin by email | 0.7 | 4 |
| 3/10/2025 | Attend and participate at interview with third-party | 4.6 | 5 |
| 3/11/2025 | Review additional data from company and prepare analysis of certain discovery material related to investigation matters | 0.8 | 3 |
| 3/11/2025 | Call with Akin (AL) in preparation for valuation analysis | 0.5 | 4 |
| 3/11/2025 | Call with Alix Partners (James Shen, others) to discuss various topics and documents | 0.5 | 4 |
| 3/11/2025 | Attend and participate at interview with third-party | 5.6 | 5 |
| 3/12/2025 | Review discovery material related to investigation matters and bankruptcy matters | 2.3 | 1 |
| 3/12/2025 | Call with Akin (AL) re: investigation work product | 1.1 | 4 |
| 3/12/2025 | Attend and participate at interview with third-party | 4.1 | 5 |

**Freedom VCM Interco, Inc. and Freedom VCM, Inc.**
Febuary 26, 2025 - April 30, 2025 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member (cont.)

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| 3/13/2025 | Review discovery material related to investigation matters and bankruptcy matters | 1.5 | 1 |
| 3/13/2025 | Call with Akin (AL) re: investigation work product | 0.5 | 4 |
| 3/13/2025 | Attend and participate at interview with third-party | 4.1 | 5 |
| 3/14/2025 | Review discussion material  re: investigation matters | 0.7 | 1 |
| 3/14/2025 | Attend and participate at interview with third-party | 3.0 | 5 |
| 3/15/2025 | Prepare, review and update financial analysis related to investigation matters | 1.4 | 3 |
| 3/15/2025 | Call with Akin (AL) re: investigation work product | 1.4 | 4 |
| 3/18/2025 | Review demonstrative requested by Akin | 0.6 | 1 |
| 3/18/2025 | Review of valuation reports of proposed experts | 2.3 | 1 |
| 3/18/2025 | Call with Akin (AL) re: investigation work product | 0.4 | 4 |
| 3/19/2025 | Review, comment and provide update on claim analysis demonstrative | 0.3 | 3 |
| 3/19/2025 | Call with Akin (AL, RT, DH) re: claims analysis | 1.7 | 4 |
| 3/20/2025 | Prepare and distribute document with additional commentary for report | 0.4 | 3 |
| 3/20/2025 | Communications with Ashby (MD) re: demonstrative | 0.5 | 4 |
| 3/21/2025 | Review of valuation reports of proposed experts | 3.6 | 1 |
| 3/21/2025 | Communications by email with Akin re: status update and timing of report | 0.4 | 4 |
| 3/23/2025 | Review follow-up emails correspondence from Debtor counsel re: discovery material | 0.4 | 1 |
| 3/24/2025 | Review of information received from Alix | 1.5 | 1 |
| 3/24/2025 | Correspondence with counsel (AL, RT, DH) re: investigation work product | 0.7 | 4 |
| 3/25/2025 | Review and analysis of valuation reports of proposed experts | 2.5 | 1 |
| 3/25/2025 | Review and provide comments on draft report, correspondence with counsel | 2.5 | 3 |
| 3/25/2025 | Communications by email with Akin re: revisions and support for report material | 0.7 | 4 |
| 3/26/2025 | Review and provide comments on draft report, correspondence with counsel | 1.2 | 1 |
| 3/26/2025 | Review and analysis of valuation reports of proposed experts | 2.8 | 1 |
| 3/27/2025 | Review proposals and correspondence | 0.8 | 1 |
| 3/27/2025 | Prepare analysis and discussion material related to expert reports | 3.8 | 3 |
| 3/27/2025 | Call with Akin (BK) re status update and plan settlement matters | 0.3 | 4 |
| 3/28/2025 | Prepare analysis and discussion material related to expert reports | 5.7 | 3 |
| 3/28/2025 | Attend Board meeting | 0.6 | 4 |
| 3/29/2025 | Call with Akin (BK, AL, MS) re: plan matters | 0.3 | 4 |
| 3/30/2025 | Review and prepare analysis related to discovery material and investigation matters | 3.1 | 3 |
| 3/31/2025 | Review and prepare analysis related to discovery material and investigation matters | 2.2 | 3 |
| 3/31/2025 | Prepare discussion material for M Wartell/Akin | 1.1 | 3 |
| 3/31/2025 | Call(s) with M Wartell and Akin (BK, AL, MS) re status update | 1.1 | 4 |
| 4/1/2025 | Review recent court filings | 0.7 | 1 |
| 4/1/2025 | Review and prepare analysis related to discovery material and investigation matters | 1.9 | 3 |
| 4/1/2025 | Call with M Wartell and Akin (BK, AL, MS) re status update | 0.5 | 4 |
| 4/1/2025 | Call with Debtor advisors (K&E/Ducera) and Akin (BK, AL, MS) re status update | 0.5 | 4 |
| 4/1/2025 | Call with  Akin (AL) re call follow-up | 0.4 | 4 |
| 4/2/2025 | Review and prepare analysis related to discovery material and investigation matters | 2.1 | 3 |
| 4/2/2025 | Call with AL re: status update | 0.2 | 4 |
| 4/2/2025 | Review amended plan documents | 0.3 | 4 |
| 4/2/2025 | Email communications with K&E and Akin (BK) re: comments | 0.5 | 5 |
| 4/2/2025 | Call with Akin (BK) and Kirkland (DH, etc.) re: amended plan | 0.6 | 4 |
| 4/3/2025 | Communications with Akin (AL) re: amended plan and court hearing | 0.2 | 4 |
| 4/4/2025 | Review and prepare analysis of rebuttal reports | 3.3 | 3 |
| 4/4/2025 | Call with M Wartell and Akin (BK, AL, MS) re status update | 0.7 | 4 |
| 4/7/2025 | Review and prepare analysis of rebuttal reports | 2.5 | 3 |
| 4/8/2025 | Review and prepare analysis of rebuttal reports | 3.8 | 3 |
| 4/9/2025 | Review recent court filings | 0.4 | 1 |
| 4/10/2025 | Preparation of valuation-related materials | 2.8 | 3 |
| 4/10/2025 | Call with M Wartell and Akin (BK, AL, MS) re: status update | 0.5 | 4 |
| 4/11/2025 | Preparation discussion material re: valuation reports | 3.2 | 3 |
| 4/12/2025 | Preparation of valuation-related materials | 6.7 | 3 |
| 4/13/2025 | Preparation  of valuation-related materials | 0.7 | 3 |
| 4/16/2025 | Review term sheets provided by counsel | 0.4 | 3 |
| 4/17/2025 | Review updated term sheets provided by counsel | 0.3 | 3 |
| | **TOTAL** | **171.3** | |

**Freedom VCM Interco, Inc. and Freedom VCM, Inc.**
Febuary 26, 2025 - April 30, 2025 Time Detail
Chilmark Partners, LLC
**Aaron Taylor, Member**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 2/27/2025 | Call with Avi Luft and Brad Kahn at Akin Gump to discuss the assignment and potential deliverables. | 0.8 | 4 |
| 2/28/2025 | Review of documents including proxy statement, disclosure statement, documents provided by counsel | 4.0 | 1 |
| 3/1/2025 | Prepare analysis re: investigation matters | 3.0 | 3 |
| 3/1/2025 | Call with Avi Luft, Roxanne Tizravesh, and Patrick O'Brien at Akin Gump to discuss upcoming witness interviews. | 1.4 | 4 |
| 3/1/2025 | Internal (MK, JE) call to discuss deliverables for scheduled call with counsel the next day | 0.8 | 4 |
| 3/2/2025 | Analysis of transactions before/after take private | 2.0 | 3 |
| 3/2/2025 | Call with Akin (AL, RT) regarding preliminary review of documents, review discussion material | 1.3 | 4 |
| 3/2/2025 | Internal follow-up call re: update materials | 0.5 | 4 |
| 3/3/2025 | Analysis of documents related to the take private transaction | 1.5 | 1 |
| 3/3/2025 | Follow-up discussion with Akin (AL) re: interview status | 0.4 | 4 |
| 3/3/2025 | Interview with third party | 4.0 | 5 |
| 3/4/2025 | Analysis of documents provided in discovery related to investigation matters | 2.0 | 1 |
| 3/5/2025 | Analysis of documents provided in discovery related to investigation matters | 1.7 | 1 |
| 3/6/2025 | Analysis of documents provided in discovery related to investigation matters | 1.3 | 1 |
| 3/6/2025 | Call with Akin (AL, RT) regarding various documents received in response to open inquiries re: discovery material | 1.5 | 4 |
| 3/9/2025 | Review and analysis of board discussion materials | 1.0 | 1 |
| 3/10/2025 | Review and analysis of documents related to take investigation matters | 2.5 | 1 |
| 3/11/2025 | Prepares analysis of discovery documents related to investigation matters | 1.0 | 3 |
| | **TOTAL** | **30.7** | |

**Freedom VCM Interco, Inc. and Freedom VCM, Inc.**
Febuary 26, 2025 - April 30, 2025 Time Detail
Chilmark Partners, LLC
**Jamie Ellis, Member**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| 2/27/2025 | Preparation of retention application | 2.1 | 3 |
| 2/27/2025 | Call with Avi Luft and Brad Kahn at Akin Gump to discuss the assignment and potential deliverables. | 0.8 | 4 |
| 2/28/2025 | Review of disclosure statement | 1.9 | 1 |
| 2/28/2025 | Review of documents related to investigation matters | 6.6 | 1 |
| 2/28/2025 | Preparation of investigation work product | 2.4 | 3 |
| 3/1/2025 | Analysis of discovery material and preparation of investigation work product as requested by counsel | 7.3 | 3 |
| 3/1/2025 | Call with Avi Luft, Roxanne Tizravesh, and Patrick O'Brien at Akin Gump to discuss research related to upcoming witness interviews. | 1.4 | 4 |
| 3/1/2025 | Internal call with Mike Kennedy and Aaron Taylor at Chilmark to discuss deliverables for scheduled call with Akin the following day | 0.8 | 4 |
| 3/2/2025 | Analysis of discovery material and preparation of investigation work product as requested by counsel | 5.5 | 3 |
| 3/2/2025 | Call with Akin Gump team members to discuss upcoming witness interviews. | 1.3 | 4 |
| 3/2/2025 | Internal follow-up call re: update materials | 0.5 | 4 |
| 3/3/2025 | Review of discovery material and prepare investigation work product | 2.3 | 1 |
| 3/5/2025 | Review of materials shared by counsel related to investigation matters | 1.3 | 1 |
| 3/6/2025 | Analysis of discovery material and preparation of investigation work product as requested by counsel | 2.5 | 3 |
| 3/6/2025 | Preparation of demonstratives and outline for upcoming meeting with individual knowledgeable about investigation matters | 2.4 | 3 |
| 3/6/2025 | Internal discussion with Mike Kennedy regarding documents received from counsel in connection with investigaiton analysis | 0.5 | 4 |
| 3/6/2025 | Call with Akin team members regarding various documents received in response to open inquiries re: discovery documents | 1.4 | 4 |
| 3/6/2025 | Internal discussions with Mike Kennedy at Chilmark regarding analysis of documents in connection with investigation | 0.5 | 4 |
| 3/7/2025 | Review and analysis of certain discovery material related to investigation | 3.3 | 1 |
| 3/7/2025 | Preparation of demonstrative for counsel related to investigation matters | 1.4 | 3 |
| 3/7/2025 | Preparation of outline for upcoming interview with third-party as requested by counsel | 1.2 | 3 |
| 3/7/2025 | Call with individual at FRG regarding discovery materials | 1.2 | 5 |
| 3/9/2025 | Call with Akin team members in preparation for future interview | 1.4 | 4 |
| 3/9/2025 | Provided comments related to draft retention application | 0.5 | 5 |
| 3/10/2025 | Attend and participate at interview with third-party | 4.7 | 5 |
| 3/11/2025 | Prepare investigation work product | 3.1 | 1 |
| 3/11/2025 | Call with Alix Partners (James Shen, others) to discuss various topics and documents | 0.5 | 4 |
| 3/12/2025 | Prepare investigation work product | 2.9 | 3 |
| 3/12/2025 | Research and analysis requested by counsel regarding the investigation matter.  Sent email to counsel summarizing findings. | 3.9 | 3 |
| 3/13/2025 | Review of documents covering investigation matters | 2.0 | 1 |
| 3/14/2025 | Preparation of demonstrative requested by counsel related to investigation matters | 4.3 | 3 |
| 3/14/2025 | Incorporating comments from counsel into retention application | 1.5 | 7 |
| 3/15/2025 | Incorporating comments from counsel into retention application | 0.4 | 7 |
| 3/17/2025 | Prepare investigation work product | 4.5 | 3 |
| 3/18/2025 | Review of valuation report/testimony | 1.1 | 1 |
| 3/18/2025 | Preparation of demonstrative requested by counsel pertaining to discovery materials | 3.8 | 3 |
| 3/19/2025 | Review of valuation report/testimony | 1.4 | 1 |
| 3/19/2025 | Research and analysis of matters related to investigation | 0.8 | 1 |
| 3/19/2025 | Preparation of demonstrative requested by counsel related to investigation matters and discovery material | 0.4 | 3 |
| 3/19/2025 | Virtual meeting with Avi Luft, David Hill, and Roxanne Tizravesh of Akin Gump investigation matters | 1.7 | 4 |
| 3/19/2025 | Documentation for conflicts check in connection with retention application | 0.5 | 7 |
| 3/20/2025 | Preparation of demonstrative materials requested by counsel related to investigation matters | 4.5 | 3 |

**Freedom VCM Interco, Inc. and Freedom VCM, Inc.**
Febuary 26, 2025 - April 30, 2025 Time Detail
Chilmark Partners, LLC
**Jamie Ellis, Member (cont.)**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| 3/24/2025 | Review of documents from Debtors' counsel pertaining to investigation matters | 1.5 | 1 |
| 3/24/2025 | Preparation of retention application | 0.8 | 7 |
| 3/25/2025 | Comment on work product re investigaiton analysis | 2.0 | 1 |
| 3/25/2025 | Preparation of materials related to investigaiton analysis work product | 1.8 | 3 |
| 3/25/2025 | Preparation of retention application | 1.1 | 7 |
| 3/26/2025 | Final review of investigation work product | 2.8 | 1 |
| 3/28/2025 | Financial analysis with respect to valuation reports | 3.8 | 3 |
| 3/28/2025 | Final review and preparation of retention application | 0.8 | 7 |
| 4/4/2025 | Review of valuation expert reports | 4.3 | 1 |
| 4/9/2025 | Review of valuation expert reports | 7.3 | 3 |
| 4/10/2025 | Preparation of discussion materials re: valution expert reports | 8.2 | 3 |
| 4/11/2025 | Preparation of discussion materials re: valution expert reports | 2.7 | 3 |
| 4/12/2025 | Final review of materials related to valuation reports. | 0.2 | 3 |
| | **TOTAL** | **129.8** | |

**Daniel Nystrom, Associate**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| 2/28/2025 | Review of disclosure statement and other court filings | 2.8 | 1 |
| 3/3/2025 | Review of documents provided by counsel | 3.8 | 1 |
| 3/4/2025 | Review of documents related to investigation matters | 1.2 | 1 |
| 3/5/2025 | Review and analysis of certain documents related to investigation | 3.7 | 3 |
| 3/6/2025 | Review and analysis of certain documents related to investigation | 1.5 | 3 |
| 3/10/2025 | Review of specific documents provided by counsel related to investigation | 1.0 | 1 |
| 3/25/2025 | Review comments and make changes to retention application | 0.8 | 7 |
| 4/4/2025 | Review of valuation reports submitted by proposed experts | 5.6 | 1 |
| 4/9/2025 | Preparation of discussion materials re: valution expert reports | 4.4 | 3 |
| 4/10/2025 | Preparation of discussion materials re: valution expert reports | 3.8 | 3 |
| 4/11/2025 | Preparation of discussion materials re: valution expert reports | 2.2 | 3 |
| | **TOTAL** | **30.8** | |