**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) ) | Case No. 24-12480 (LSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Re: Docket Nos. 435, 570, 712, 848, 864, 884 & 1549** |

**CERTIFICATION OF COUNSEL**
**REGARDING PROPOSED ORDER DENYING**
**DEBTORS' MOTION TO ASSUME AND ASSIGN A DISPUTED LEASE**

On December 13, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Debtors for Entry of Order (A) Approving the Private Sale of Certain of Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, with Such Interests to Attach to the Proceeds, and (B) Granting Related Relief* [Docket No. 435]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

(the "Motion") with United States Bankruptcy Court for the District of Delaware (the "Court"). The deadline to object or otherwise respond to the Motion was established as December 27, 2024, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

Prior to the Objection Deadline, the Debtors received several responses to the Motion, including an objection from 6001 Powerline Road, LLC ("6001 Powerline Road"). *See* Docket No. 570.

On January 10, 2025, the Court entered the *Order (A) Authorizing Debtors to Sell by Private Sale Certain of Debtors' Assets Free and Clear of Liens, Claims and Encumbrances, with Such Interests to Attach to the Proceeds, and (B) Granting Related Relief* [Docket No. 712] (the "Sale Order").[2] Attached to the Sale Order as Exhibit 2 was a schedule of Reserved Leases, which included the lease for real property between certain of the Debtors and 6001 Powerline Road (the "Disputed Lease").

On January 21, 2025, the Court held a hearing with respect to the Reserved Leases and required supplemental briefing with respect to the assumption and assignment of the Disputed Lease, which the Court took under advisement.

On January 27, 2025, the Purchaser filed the *Supplemental Brief of Purchaser in Support of Debtors' Motion to Approve Private Sale (Fort Lauderdale Merger-Assignment Issue)* [Docket No. 848] and, on January 31, 2025, 6001 Powerline Road filed the *Supplemental Brief of 6001 Powerline Road, LLC in Support of Its Objection to Motion of Debtors for Entry of Order (A) Approving the Private Sale of Certain of Debtors' Assets Free and Clear of Liens, Claims, and*

---

[2] Capitalized terms used but not otherwise defined herein have the meaning given to such terms in the Motion, the Sale Order, or the Supplemental Sale Order (defined below), as applicable.

*Encumbrances, with Such Interests to Attach to the Proceeds, and (B) Granting Related Relief* [Docket No. 884].

On January 29, 2025, the Court entered the *Supplemental Order (A) Authorizing Debtors to Sell by Private Sale Certain of Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, with Such Interests to Attach to the Proceeds, and (B) Granting Related Relief* [Docket No. 864] (the "Supplemental Sale Order"), reserving on the Debtors' assumption and assignment of the Disputed Lease.

On May 22, 2025, the Court issued the *Memorandum Opinion (6001 Powerline Road, City of Ft. Lauderdale, Florida)* [Docket No. 1549] (the "Memorandum Opinion") denying the Motion as it relates to the Debtors' request to assume and assign the Disputed Lease to the Purchaser and directing the Debtors, the Purchaser, and 6001 Powerline Road to confer and present a proposed form of order consistent with the Memorandum Opinion.

The Debtors and 6001 Powerline Road have conferred and agreed to the proposed form of order attached hereto as **Exhibit A** (the "Proposed Order"), which is consistent with the Memorandum Opinion. On May 28, 2025, the Debtors shared the Proposed Order with counsel to the Purchaser, but the Purchaser has not responded to the Debtors' request for comments. Given that the Proposed Order is consistent with the Memorandum Opinion and is agreed to as between the Debtors and 6001 Powerline Road, and the Debtors have provided ample opportunity for the Purchaser to review and provide comments to the Proposed Order, the Debtors respectfully request entry of the Proposed Order at the Court's earliest convenience without further notice or a hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: June 4, 2025
Wilmington, Delaware

/s/ Shella Borovinskaya

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone: (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile: (212) 446-4900 |
| Telephone: (302) 571-6600 | Email: joshua.sussberg@kirkland.com |
| Facsimile: (302) 571-1253 | nicole.greenblatt@kirkland.com |
| Email: emorton@ycst.com | derek.hunter@kirkland.com |
| mlunn@ycst.com | |
| amielke@ycst.com | - and - |
| sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | Email: mark.mckane@kirkland.com |
| *Co-Counsel to the Debtors* <br> *and Debtors in Possession* | *Co-Counsel to the Debtors* <br> *and Debtors in Possession* |