**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance on behalf of Lawrence R. Hirsh, as Litigation Trustee (the "**Litigation Trustee**"), acting on behalf of the litigation trust (the "**Litigation Trust**") established pursuant to the *Litigation Trust Agreement and Declaration of Litigation Trust* dated as of June 6, 2025, by and among the parties thereto, and pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), request that they be added to the service lists in the above-captioned

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

1

bankruptcy cases (these "**Cases**") and that copies of all notices, motions, pleadings (courtesy copies), subpoenas (courtesy copies), and other papers filed or served in these Cases be served upon them at the following addresses:

**RAINES FELDMAN LITTRELL LLP**
Thomas J. Francella, Jr. (No. 3835)
Mark W. Eckard (No. 4542)
824 North Market Street, Suite 805
Wilmington, DE 19801
Telephone: (302) 772-5803
tfrancella@raineslaw.com
meckard@raineslaw.com

**RAINES FELDMAN LITTRELL LLP**
Hamid R. Rafatjoo (*pro hac vice pending*)
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 400-4001
hrafatjoo@raineslaw.com

- and –

**RAINES FELDMAN LITTRELL LLP**
David S. Forsh (*pro hac vice pending*)
1350 Avenue of the Americas,
22nd Floor
New York, NY 10019
dforsh@raineslaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007, and 9010(b), but also includes, without limitation, any notices of any orders, pleadings (courtesy copies), subpoenas (courtesy copies), motions, applications, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the aforementioned and any other documents brought before this Court with respect to these Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, facsimile, or otherwise.

10544727.2

**PLEASE TAKE FURTHER NOTICE** that nothing in this Notice of Appearance and Request for Service of Notices and Papers (this "**Notice**") is intended to, or does, (i) authorize the undersigned to accept service of any subpoena or pleading on behalf of the Litigation Trustee or the Litigation Trust or (ii) waives the Litigation Trustee's or the Litigation Trust's rights to proper formal service pursuant to Bankruptcy Rules 7004 and 9016 (and Federal Rules of Civil Procedure 4 and 45) or any other applicable rules or statutes.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to be a submission to the Bankruptcy Court's jurisdiction or a waiver of any of the rights of the Litigation Trustee or the Litigation Trust, including, without limitation, to (i) have final orders in noncore matters entered only after de novo review by a District Court judge, (ii) trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which the Litigation Trustee or the Litigation Trust is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

|  |  |
|---|---|
|  | **RAINES FELDMAN LITTRELL LLP** |
| Dated: June 6, 2025<br>Wilmington, Delaware | */s/ Mark W. Eckard*<br>Thomas J. Francella, Jr. (No. 3835)<br>Mark W. Eckard (No. 4542)<br>824 North Market Street, Suite 805<br>Wilmington, DE 19801<br>Telephone: (302) 772-5803<br>Email: tfrancella@raineslaw.com<br>         meckard@raineslaw.com |

**RAINES FELDMAN LITTRELL LLP**
Hamid R. Rafatjoo (*pro hac vice pending*)
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 400-4001
Email: hrafatjoo@raineslaw.com

- and –

**RAINES FELDMAN LITTRELL LLP**
David S. Forsh (*pro hac vice pending*)
1350 Avenue of the Americas,
22nd Floor
New York, NY 10019
Email: dforsh@raineslaw.com

*Counsel to the Litigation Trustee*