## EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

| Matter Number | Project Category Description | Total Hours | Total Fees Requested | Total Expenses Requested | Total |
|---|---|---|---|---|---|
| 1 | Chapter 11 | 0.00 | $0.00 | N/A | $0.00 |
| 2 | Adversary Proceedings & Contested Matters | 197.10 | $307,931.50 | N/A | $307,931.50 |
| 3 | Corporate, Securities, and Gov. Matters | 117.90 | $185,720.00 | N/A | $185,720.00 |
| 4 | Disclosure Statement / Plan / Confirmation | 1,241.10 | $1,664,231.00 | N/A | $1,664,231.00 |
| 5 | DIP Financing and Cash Collateral | 137.40 | $196,477.50 | N/A | $196,477.50 |
| 6 | Cash Management | 17.00 | $17,678.00 | N/A | $17,678.00 |
| 7 | Automatic Stay Issues | 238.10 | $266,110.50 | N/A | $266,110.50 |
| 8 | Asset Sales / Section 363 / Use, Sale, and Disposition of Property | 949.10 | $1,367,611.00 | N/A | $1,367,611.00 |
| 9 | Executory Contracts and Unexpired Leases | 281.70 | $304,861.00 | N/A | $304,861.00 |
| 10 | Business Operations | 12.90 | $17,314.50 | N/A | $17,314.50 |
| 11 | Claims Administration | 144.90 | $170,178.00 | N/A | $170,178.00 |
| 12 | Schedules and Statements (SOFAs) | 0.00 | $0.00 | N/A | $0.00 |
| 13 | Creditor and Stakeholder Communications | 45.60 | $68,052.00 | N/A | $68,052.00 |
| 14 | U.S. Trustee Matters and Communications | 0.90 | $792.00 | N/A | $792.00 |
| 15 | Hearings | 50.00 | $85,749.00 | N/A | $85,749.00 |
| 16 | Insurance and Surety Matters | 35.40 | $47,338.00 | N/A | $47,338.00 |
| 17 | Utilities | 8.60 | $9,272.50 | N/A | $9,272.50 |
| 18 | Tax Matters | 54.90 | $74,211.50 | N/A | $74,211.50 |
| 19 | Case Administration | 224.60 | $268,928.00 | N/A | $268,928.00 |
| 20 | Retention – K&E | 193.30 | $210,798.50 | N/A | $210,798.50 |
| 21 | Retention – Non-K&E | 107.10 | $125,027.50 | N/A | $125,027.50 |
| 22 | Vendor Matters | 72.10 | $79,548.00 | N/A | $79,548.00 |
| 23 | Litigation | 5,894.60 | $6,901,794.00 | N/A | $6,901,794.00 |
| 24 | Non-Working Travel | 0.00 | $0.00 | N/A | $0.00 |
| 25 | Creditors' Committee Matters | 0.00 | $0.00 | N/A | $0.00 |
| 26 | Employee and Labor Matters | 10.10 | $17,389.00 | N/A | $17,389.00 |
| 27 | Expenses | N/A | N/A | $30,461.52 | $30,461.52 |
| **Total** | | **10,034.40** | **$12,387,013.00** | **$30,461.52** | **$12,417,474.50** |