# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Max Joseph Abramson | Associate | Litigation - General | N/A | $865.00 | 41.20 | 35,638.00 |
| Matt Advani | Associate | Taxation | 2023 | $1,095.00 | 57.90 | $63,400.50 |
| Michael Angarola | Associate | Litigation - General | 2024 | $865.00 | 160.10 | $138,486.50 |
| Will Atnipp | Associate | Litigation - General | 2024 | $1,025.00 | 36.40 | $37,310.00 |
| Devika M. Balaram | Associate | Litigation - General | 2021 | $1,295.00 | 106.90 | $138,435.50 |
| Michael Beauchamp | Associate | Restructuring | 2023 | $1,065.00 | 99.40 | $105,861.00 |
| Anna Therese Beavers | Associate | Litigation - General | 2024 | $865.00 | 77.20 | $66,778.00 |
| Magdalene Beck | Associate | Litigation - General | 2024 | $865.00 | 50.10 | $43,336.50 |
| Ziv Ben-Shahar | Associate | Restructuring | 2022 | $1,195.00 | 236.00 | $282,020.00 |
| Sloane Bessey | Associate | Restructuring | 2024 | $1,065.00 | 92.30 | $98,299.50 |
| Jacob E. Black | Associate | Restructuring | 2021 | $1,375.00 | 135.60 | $186,450.00 |
| Afi Blackshear | Associate | Litigation - General | N/A | $1,025.00 | 45.00 | $46,125.00 |
| Keaton Blazer | Associate | IP Litigation | 2014 | $865.00 | 17.40 | $15,051.00 |
| Socrates L. Boutsikaris | Associate | IP Litigation | 2021 | $1,345.00 | 14.00 | $18,830.00 |
| Danny Brown | Associate | Litigation - General | 2022 | $1,185.00 | 147.40 | $174,669.00 |
| Caroline Buthe | Associate | Restructuring | NA | $880.00 | 160.20 | $140,976.00 |
| Christopher Buxton | Associate | IP Litigation | 2019 | $1,445.00 | 36.70 | $53,031.50 |
| Henry Caldwell | Associate | Litigation - General | 2018 | $1,445.00 | 144.00 | $208,080.00 |
| Alexandra Card | Associate | IP Litigation | 2024 | $865.00 | 33.00 | $28,545.00 |
| George Cartveli | Associate | ECEB – Labor / Employment | 2019 | $1,465.00 | 7.80 | $11,427.00 |
| Hacibey Catalbasoglu | Associate | Litigation - General | 2024 | $865.00 | 82.50 | $71,362.50 |

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Gursheen Cheema | Associate | Corporate - Debt Finance | 2024 | $1,065.00 | 3.90 | $4,153.50 |
| Jacqueline Cloutier | Associate | Corporate - Capital Markets | 2023 | $1,375.00 | 15.40 | $21,175.00 |
| Seth M. Cohen | Associate | Litigation - General | 2023 | $1,345.00 | 73.40 | $98,723.00 |
| Aislinn Comiskey | Associate | Restructuring | 2025 | $880.00 | 108.10 | $95,128.00 |
| Caitlin Dean | Associate | IP Litigation | 2018 | $1,465.00 | 43.00 | $62,995.00 |
| Ashton Dubey | Associate | Litigation - General | 2022 | $1,185.00 | 114.50 | $135,682.50 |
| Carlos Estrada | Associate | Litigation - General | 2023 | $1,025.00 | 162.30 | $166,357.50 |
| Kaitie Farrell | Associate | Litigation - General | 2021 | $1,295.00 | 55.40 | $71,743.00 |
| Kai Michael Fenty | Associate | Taxation | 2024 | $925.00 | 17.60 | $16,280.00 |
| Rebecca Finley | Associate | IP Litigation | N/A | $865.00 | 57.10 | $49,391.50 |
| Julia Fletcher | Associate | Restructuring | 2025 | $880.00 | 80.30 | $70,664.00 |
| Garrett Fox | Associate | Litigation - General | 2019 | $1,445.00 | 121.80 | $176,001.00 |
| Rachel Golden | Associate | Restructuring | 2023 | $1,195.00 | 271.90 | $324,920.50 |
| Mara L. Greenberg | Associate | IP Litigation | 2023 | $1,185.00 | 2.30 | $2,725.50 |
| Belle A. E. Harris | Associate | Litigation - General | 2023 | $1,025.00 | 156.30 | $160,207.50 |
| Grace Hartnett | Associate | Litigation - General | 2023 | $1,025.00 | 111.20 | $113,980.00 |
| Maggie Houseknecht | Associate | Litigation - General | 2018 | $1,445.00 | 119.90 | $173,255.50 |
| Tiffany Hu | Associate | IP Litigation | 2024 | $865.00 | 36.90 | $31,918.50 |
| Alex Ingoglia | Associate | Litigation - General | 2021 | $1,345.00 | 29.70 | $39,946.50 |
| Jeffrey M. Jacobsen | Associate | IP Litigation | 2022 | $1,185.00 | 76.10 | $90,178.50 |
| Sarah Jones | Associate | Restructuring | 2024 | $880.00 | 119.00 | $104,720.00 |
| Olivia Kaufmann | Associate | Corporate - Healthcare | 2023 | $1,195.00 | 8.40 | $10,038.00 |
| Eric S. Kay | Associate | Litigation - General | 2016 | $1,445.00 | 61.00 | $88,145.00 |
| Joe Krisko | Associate | Antitrust / Competition | 2024 | $880.00 | 9.50 | $8,360.00 |
| Joshua Lacoste | Associate | Litigation - General | 2024 | $1,025.00 | 45.20 | $46,330.00 |
| Amiri A. Lampley | Associate | Litigation - General | 2021 | $1,345.00 | 79.50 | $106,927.50 |
| Andrew Lee | Associate | IP Litigation | 2024 | $1,025.00 | 10.10 | $10,352.50 |

| **Attorney Name** | **Position** | **Department** | **Date of Admission** | **Hourly Billing Rate** In this Application | **Hours Billed** In this Application | **Fees Billed** In this Application |
|---|---|---|---|---|---|---|
| Michael D. Lehavi | Associate | Litigation - General | 2023 | $1,025.00 | 122.10 | $125,152.50 |
| Constantina Leodis | Associate | Corporate - Debt Finance | 2023 | $1,195.00 | 42.20 | $50,429.00 |
| Chris Leveroni | Associate | Litigation - General | 2022 | $1,025.00 | 137.00 | $140,425.00 |
| Maddison Levine | Associate | Restructuring | 2021 | $1,465.00 | 233.00 | $341,345.00 |
| Cara Li | Associate | Corporate - M&A / Private Equity | 2020 | $1,195.00 | 267.80 | $320,021.00 |
| James S. Lu | Associate | IP Litigation | 2024 | $865.00 | 9.00 | $7,785.00 |
| Joshua J. Lustig | Associate | IP Litigation | 2023 | $1,025.00 | 45.30 | $46,432.50 |
| Dominick Vito Manetta | Associate | Restructuring | 2025 | $880.00 | 106.00 | $93,280.00 |
| Colleen E. Mayer | Associate | ECEB - General | 2024 | $880.00 | 5.10 | $4,488.00 |
| Mallory Elise McKenzie | Associate | ECEB – Labor / Employment | 2018 | $1,525.00 | 5.40 | $8,235.00 |
| Briana McNamara | Associate | Litigation - General | 2023 | $1,185.00 | 55.40 | $65,649.00 |
| Makala McNeil | Associate | Litigation - General | 2023 | $1,185.00 | 50.60 | $59,961.00 |
| John Merle | Associate | Litigation - General | 2025 | $865.00 | 50.30 | $43,509.50 |
| Brian Messing | Associate | Restructuring | 2024 | $1,065.00 | 156.20 | $166,353.00 |
| Sofia Michael | Associate | Litigation - General | 2024 | $865.00 | 6.10 | $5,276.50 |
| Brent Daniel Mobbs | Associate | IP Litigation | 2023 | $1,025.00 | 172.50 | $176,812.50 |
| Annika Morin | Associate | ECEB - Employee Benefits | 2022 | $1,195.00 | 10.30 | $12,308.50 |
| Brian Nakhaimousa | Associate | Restructuring | 2021 | $1,465.00 | 218.00 | $319,370.00 |
| Srinithi Narayanan | Associate | Technology & IP Transactions | 2023 | $1,065.00 | 47.20 | $50,268.00 |
| Shane O'Connor | Associate | Litigation - General | 2021 | $1,185.00 | 40.40 | $47,874.00 |
| Sarah Osborne | Associate | Restructuring | 2023 | $1,065.00 | 164.90 | $175,618.50 |
| Austin Pennington | Associate | IP Litigation | N/A | $865.00 | 113.60 | $98,264.00 |
| Armando L. Prather | Associate | Litigation – General | 2022 | $1,185.00 | 163.30 | $193,510.50 |

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Emanuele Putrino | Associate | Litigation – General | 2024 | $865.00 | 18.40 | $15,916.00 |
| Joshua Raphael | Associate | Restructuring | 2023 | $1,195.00 | 132.70 | $158,576.50 |
| Maddison Malone Riddick | Associate | ECEB - Executive Compensation | 2019 | $1,525.00 | 14.30 | $21,807.50 |
| Chris M. Salvatore | Associate | Antitrust / Competition | 2019 | $1,525.00 | 1.90 | $2,897.50 |
| Michael James Sitcawich | Associate | Litigation - General | 2022 | $1,025.00 | 31.80 | $32,595.00 |
| Michael A. Sloman | Associate | Restructuring | 2022 | $1,375.00 | 41.50 | $57,062.50 |
| Gracie Smith | Associate | Litigation - General | 2025 | $1,025.00 | 81.20 | $83,230.00 |
| Eric J. Tarosky | Associate | Litigation - General | 2023 | $1,025.00 | 118.10 | $121,052.50 |
| Kyla Elise Taylor | Associate | Litigation - General | 2021 | $1,345.00 | 158.70 | $213,451.50 |
| Ishaan G. Thakran | Associate | Restructuring | 2024 | $1,065.00 | 94.60 | $100,749.00 |
| Samantha Tidwell | Associate | Litigation - General | 2024 | $1,025.00 | 25.10 | $25,727.50 |
| Megan Kiku Trick | Associate | IP Litigation | 2024 | $865.00 | 28.10 | $24,306.50 |
| Luz Tur-Sinai Gozal | Associate | Restructuring | 2022 | $880.00 | 65.10 | $57,288.00 |
| Matthew Calloway Walker | Associate | Litigation - General | 2023 | $1,890.00 | 165.10 | $163,947.50 |
| Joe Walter | Associate | Litigation - General | 2023 | $1,025.00 | 33.50 | $34,337.50 |
| Brandon R. Weber | Associate | IP Litigation | 2023 | $1,185.00 | 13.80 | $16,353.00 |
| Christina Welch | Associate | Technology & IP Transactions | 2021 | $1,375.00 | 24.00 | $33,000.00 |
| Quin Wetzel | Associate | Restructuring | 2023 | $1,065.00 | 94.90 | $101,068.50 |
| Jiange Xiao | Associate | IP Litigation | 2023 | $1,185.00 | 53.30 | $63,160.50 |
| Cara Yi | Associate | Litigation - General | 2023 | $1,025.00 | 185.80 | $190,445.00 |
| Tyler Yoo | Associate | IP Litigation | 2025 | $865.00 | 44.50 | $38,492.50 |
| Mary Catherine Young | Associate | Restructuring | 2023 | $1,195.00 | 108.30 | $129,418.50 |
| Shaoyao Yu | Associate | IP Litigation | 2022 | $1,295.00 | 35.70 | $46,231.50 |
| Yun Zhang | Associate | IP Litigation | 2023 | $2,210.00 | 54.30 | $56,153.50 |
| Bill Arnault, P.C. | Partner | Litigation - General | 2009 | $2,015.00 | 145.80 | $293,787.00 |

| **Attorney Name** | **Position** | **Department** | **Date of Admission** | **Hourly Billing Rate** In this Application | **Hours Billed** In this Application | **Fees Billed** In this Application |
|---|---|---|---|---|---|---|
| Zachary S. Brez, P.C. | Partner | Litigation - General | 2000 | $2,465.00 | 4.50 | $11,092.50 |
| John G. Caruso | Partner | Real Estate | 1992 | $2,295.00 | 4.40 | $10,098.00 |
| Paige S. Comparato | Partner | Litigation - General | 2017 | $1,525.00 | 2.90 | $4,422.50 |
| David Cummings | Partner | Litigation - General | 2013 | $1,695.00 | 5.90 | $10,000.50 |
| Thad W. Davis, P.C. | Partner | Taxation | 2005 | $2,285.00 | 0.60 | $1,371.00 |
| James B. Dickson | Partner | Corporate - Debt Finance | 2013 | $1,815.00 | 25.00 | $45,375.00 |
| Peter Evangelatos | Partner | IP Litigation | 2018 | $1,525.00 | 58.60 | $89,365.00 |
| Rob Fowler, P.C. | Partner | ECEB - Executive Compensation | 1996 | $2,295.00 | 3.00 | $6,885.00 |
| Susan D. Golden | Partner | Restructuring | 1988 | $1,795.00 | 1.70 | $3,051.50 |
| Jeffrey Ross Goldfine | Partner | Litigation - General | 2016 | $1,745.00 | 91.60 | $159,842.00 |
| Nicole L. Greenblatt, P.C. | Partner | Restructuring | 2003 | $2,595.00 | 88.60 | $229,917.00 |
| Kate Hardey | Partner | Corporate - Healthcare | 2003 | $2,175.00 | 7.00 | $15,225.00 |
| Jackie Heffernan | Partner | ECEB – Labor / Employment | 2017 | $1,725.00 | 9.80 | $16,905.00 |
| Shayne Henry | Partner | Litigation - General | 2014 | $1,695.00 | 197.00 | $333,915.00 |
| George W. Hicks Jr., P.C. | Partner | Litigation - General | 2006 | $2,125.00 | 76.90 | $163,412.50 |
| Keli Huang | Partner | Corporate - M&A / Private Equity | 2018 | $1,725.00 | 163.40 | $281,865.00 |
| Derek I. Hunter | Partner | Restructuring | 2017 | $1,735.00 | 127.40 | $221,039.00 |
| Samantha Jones | Partner | Antitrust / Competition | 2018 | $1,725.00 | 4.10 | $7,072.50 |
| Kathleen Vera Kinsella | Partner | Litigation - General | 2016 | $1,525.00 | 57.80 | $88,145.00 |
| R.D. Kohut, P.C. | Partner | ECEB – Labor / Employment | 2004 | $2,295.00 | 0.70 | $1,606.50 |
| Nikhil Rama Krishnan | Partner | IP Litigation | 2016 | $1,745.00 | 35.90 | $62,645.50 |
| Melanie MacKay | Partner | Litigation - General | 2010 | $1,695.00 | 178.30 | $302,218.50 |

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Drew Maliniak | Partner | Corporate - Capital Markets | 2019 | $1,725.00 | 40.20 | $69,345.00 |
| Christine S. Matott | Partner | Corporate - Investment Funds | 2006 | $2,295.00 | 0.50 | $1,147.50 |
| Mark McKane, P.C. | Partner | Litigation - General | 1999 | $2,265.00 | 75.00 | $169,875.00 |
| Adam Mohamed | Partner | Corporate - Debt Finance | 2019 | $1,725.00 | 21.00 | $36,225.00 |
| Maureen D. O'Brien | Partner | ECEB - Employee Benefits | 1998 | $2,295.00 | 13.50 | $30,982.50 |
| Shawn OHargan, P.C. | Partner | Corporate - M&A / Private Equity | 2007 | $2,295.00 | 81.80 | $187,731.00 |
| Scott D. Price, P.C. | Partner | ECEB - Executive Compensation | 1998 | $2,465.00 | 5.90 | $14,543.50 |
| William T. Pruitt | Partner | Litigation - General | 2004 | $1,895.00 | 8.70 | $16,486.50 |
| John R. Rhine | Partner | IP Litigation | 2013 | $1,745.00 | 54.30 | $94,753.50 |
| Scott Rolnik, P.C. | Partner | Corporate - Debt Finance | 2014 | $2,175.00 | 21.90 | $47,632.50 |
| Gregory B. Sanford | Partner | IP Litigation | 2008 | $1,745.00 | 41.00 | $71,545.00 |
| Joanna Schlingbaum | Partner | Technology & IP Transactions | 2016 | $1,725.00 | 26.30 | $45,367.50 |
| Anthony Vincenzo Sexton, P.C. | Partner | Taxation | 2011 | $2,075.00 | 5.70 | $11,827.50 |
| Matthew Sinclair-Thomson | Partner | Antitrust / Competition | 2013 | $2,045.00 | 3.40 | $6,953.00 |
| Josh Sussberg, P.C. | Partner | Restructuring | 2004 | $2,595.00 | 39.40 | $102,243.00 |
| Michael D. Thorpe | Partner | Antitrust / Competition | 2010 | $1,845.00 | 2.60 | $4,797.00 |
| Michael Leonard Urschel, P.C. | Partner | Corporate - Debt Finance | 2008 | $2,465.00 | 1.50 | $3,697.50 |
| Nicholas Warther | Partner | Taxation | 2017 | $1,825.00 | 36.00 | $65,700.00 |
| Amber L. Whipkey | Partner | Litigation - General | 2002 | $1,295.00 | 78.10 | $101,139.50 |
| Dennis Williams, P.C. | Partner | Corporate - Healthcare | 2008 | $2,295.00 | 1.10 | $2,524.50 |

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| **Total for Attorneys** | | | | | **9,466.10** | **$12,027,821.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Name | Position | Department | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|
| Tamarrian Johnson | Junior Paralegal | Litigation - General | $395.00 | 20.60 | $8,137.00 |
| Julia F. Burnson | Paralegal | Restructuring | $685.00 | 21.90 | $15,001.50 |
| Uzo Dike | Paralegal | Litigation - General | $705.00 | 42.70 | $30,103.50 |
| Joshua King | Paralegal | Litigation - General | $595.00 | 22.30 | $13,268.50 |
| Ken Sturek | Paralegal | Litigation - General | $705.00 | 2.90 | $2,044.50 |
| Susan Zablocki | Paralegal | Technology & IP Transactions | $705.00 | 17.70 | $12,478.50 |
| Matthew Cooper | Support Staff | Conflicts Analysis | $370.00 | 3.40 | $1,258.00 |
| Marta Dudyan | Support Staff | Conflicts Analysis | $370.00 | 5.20 | $1,924.00 |
| Houston Gao | Support Staff | Litigation - General | $560.00 | 17.50 | $9,800.00 |
| Henry Huang | Support Staff | Litigation - General | $625.00 | 175.50 | $109,687.50 |
| Mike Li | Support Staff | Litigation & Practice Tech | $1,210.00 | 51.30 | $29,484.00 |
| Sean Lopez | Support Staff | Litigation & Practice Tech | $690.00 | 177.20 | $122,268.00 |
| Eric Nyberg | Support Staff | Conflicts Analysis | $370.00 | 10.10 | $3,737.00 |
| **Total for Paraprofessionals** | | | | **568.30** | **$359,192.00** |

9