# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## **Expense Summary**

| Service Description | Amount |
|---|---|
| Local Transportation | $0.00 |
| Overtime Transportation | $1,362.67 |
| Overtime Meals - Attorney | $2,840.09 |
| Standard Copies or Prints | $411.20 |
| Color Copies or Prints | $1,582.35 |
| Outside Printing Services | $1,554.75 |
| Third Party Telephone Charges | $0.00 |
| Westlaw Research | $9,439.02 |
| Airfare | $3,653.51 |
| Transportation to/from airport | $1,742.40 |
| Travel Expense | $619.30 |
| LexisNexis Research | $4,419.92 |
| Computer Database Research - Soft | $704.60 |
| Document Services Overtime | $0.00 |
| Computer Database Research | $608.23 |
| Binding | $0.00 |
| Other Travel Expenses | $0.00 |
| Large Format Copy/Print | $24.00 |
| Overnight Delivery - Hard | $55.48 |
| Tabs/Indexes/Dividers | $0.00 |
| Travel Meals | $0.00 |
| Catering Expenses | $1,444.00 |
| **Total** | **$30,461.52** |