## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.,* [1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |
|  | **Re:  Docket Nos. 9, 346, 711, 918, 1087, 1242 & 1431** |

### CERTIFICATION OF COUNSEL REGARDING THE SIXTH SUPPLEMENTAL ORDER FURTHER EXTENDING THE DEBTORS' TIME TO COMPLY WITH SECTION 345(b) OF THE BANKRUPTCY CODE AND THE U.S. TRUSTEE GUIDELINES

On November 3, 2024, the above-captioned debtors and debtors in possession (collectively,

the "Debtors") filed the *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors*

*to (A) Continue to Maintain Their Cash Management System, (B) Honor Certain Prepetition*

*Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions;*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

*(II) Waiving Certain Operating Guidelines; (III) Suspending Time to Comply with Section 345(b)
of the Bankruptcy Code; and (IV) Granting Related Relief* [Docket No. 9] (the "<u>Motion</u>") with the
United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").  By the Motion, the
Debtors requested, among other things, a limited suspension of the requirements (the "<u>345(b)</u>
<u>Requirements</u>") of section 345(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532.

On December 6, 2024, the Court entered an order granting the Motion on a final basis
[Docket No. 346], providing the Debtors with a 30-day extension of time to come into compliance
with the 345(b) Requirements (the "<u>345(b) Compliance Deadline</u>"), without prejudice to seeking
further extensions of the deadline.

Following discussions with the U.S. Trustee, the Creditors' Committee, and the Ad Hoc
Group (collectively, the "<u>Parties</u>"),[2] the Debtors submitted proposed orders under certification of
counsel [Docket Nos. 690, 917, 1074, 1236 & 1417] requesting extensions of the 345(b)
Compliance Deadline, which the Court has entered [Docket Nos. 711, 918, 1087, 1242 & 1431].

Following additional discussions with the Debtors, the Parties have agreed not to oppose a
further extension of the 345(b) Compliance Deadline for an additional thirty (30) days.
Consequently, the Debtors are hereby submitting a supplemental order, attached hereto as
**<u>Exhibit A</u>** (the "<u>Supplemental Order</u>"), extending the 345(b) Compliance Deadline through and
including July 9, 2025, without prejudice to further extensions of the 345(b) Compliance Deadline.

WHEREFORE, the Debtors respectfully request the entry of the Supplemental Order at the
earliest convenience of the Court.

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Ninth Amended
Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliates* [Docket No. 1454].

Dated:  June 6, 2025
Wilmington, Delaware

*/s/ Shella Borovinskaya*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:        emorton@ycst.com
              mlunn@ycst.com
              amielke@ycst.com
              sborovinskaya@ycst.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              nicole.greenblatt@kirkland.com
              derek.hunter@kirkland.com

- and -

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email:
    mark.mckane@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

*Co-Counsel to the Debtors*
*and Debtors in Possession*