## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br>(Jointly Administered)<br><br>**Objection Deadline: July 2, 2025 at 4:00 p.m. (ET)** |

### SUMMARY OF THE FIFTH MONTHLY FEE STATEMENT OF
### PERELLA WEINBERG PARTNERS LP FOR PAYMENT OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
### APRIL 1, 2025 THROUGH APRIL 30, 2025

| | |
|---|---|
| Name of Applicant: | Perella Weinberg Partners LP ("PWP") |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | February 12, 2025, effective as of November 26, 2024 [Docket No. 969] |
| Period for Which Reimbursement Is Sought: | April 1, 2025 through April 30, 2025 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $140,000.00 (80% of $175,000.00) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

Amount of Expense Reimbursement
Sought as Actual, Reasonable, and          $13,125.00
Necessary:

This is a(n):   __X__  monthly   _____  interim   _____  final application

**Prior applications:**

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| Docket No. 1058 | 11/26/2024 – 12/31/2024 | $204,166.67 | $43,401.27 | $163,333.34 (80% of $204,166.67) | $43,072.93 |
| Docket No. 1118 | 1/1/2025 – 1/31/2025 | $175,000.00 | $26,532.98 | $140,000 (80% of $175,000.00) | $26,532.98 |
| Docket No. 1307 | 2/1/2025 – 2/28/2025 | $175,000.00 | $31,156.00 | $140,000 (80% of $175,000.00) | $31,156.00 |
| Docket No. 1308 | 3/1/2025 – 3/31/2025 | $175,000.00 | $28,705.00 | $140,000 (80% of $175,000.00) | $28,705.00 |

**FIFTH MONTHLY FEE STATEMENT OF
PERELLA WEINBERG PARTNERS LP**

**SUMMARY OF TIME RECORDS BY PROFESSIONAL
APRIL 1, 2025 THROUGH APRIL 30, 2025**

| Name | Position | Total Hours |
|---|---|---|
| Bruce Mendelsohn | Partner | 2.0 |
| Matt Rahmani | Managing Director | 0.5 |
| Bruce Baker | Associate | 5.0 |
| Daniel Augustine | Analyst | 5.5 |
| **Total Hours** | | **13.0** |

**SUMMARY OF TIME RECORDS BY CATEGORY
APRIL 1, 2025 THROUGH APRIL 30, 2025**

| Category | Total Hours |
|---|---|
| General Case Administration | 9.5 |
| Debtor Meetings and Discussions | 0.5 |
| Due Diligence, Business Plan and Related Analyses | 3.0 |
| **Total Hours** | **13.0** |

**SUMMARY OF EXPENSES BY CATEGORY
APRIL 1, 2025 THROUGH APRIL 30, 2025[2]**

| Name | Total Expenses |
|---|---|
| Third-Party Legal Fees | $13,125.00 |
| **Total** | **$13,125.00** |

---

[2]  The expense reimbursements requested in the attached Monthly Fee Statement may not include certain expenses incurred by PWP during the fee period that have not been processed as of the date hereof. Any such expenses will be included in future Monthly Fee Statements.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: July 2, 2025 at 4:00 p.m. (ET)** |

### FIFTH MONTHLY FEE STATEMENT OF
### PERELLA WEINBERG PARTNERS LP FOR PAYMENT OF
### COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
### PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025

Perella Weinberg Partners LP ("PWP"), the investment banker for the official committee

of unsecured creditors (the "Committee") in the above-captioned chapter 11 cases (the "Chapter

11 Cases") of Franchise Group, Inc. and its affiliated debtors and debtors in possession

(collectively, the "Debtors"), hereby files its fifth monthly fee statement (this "Fee Statement")

requesting (i) interim allowance of compensation for professional services rendered on behalf of

---

[1]The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

the Committee during the fee period in the amount of $175,000.00, representing 100% of the Monthly Fee[2] for the fee period, (ii) payment in the amount of $140,000.00, which is equal to 80% of the Monthly Fee for the fee period, and (iii) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by PWP during the fee period in connection with such services in the aggregate amount of $13,125.00. In support of this Fee Statement, PWP respectfully represents as follows:

## **Jurisdiction**

1.    The United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding under 28 U.S.C. § 157(b). Venue for this matter is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The Committee consents pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") to the entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3.    The statutory predicates for the relief sought herein are sections 105(a), 327(a), 328(a), and 1107(b) of the Bankruptcy Code, Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, and Local Rules 2014-1 and 2016-1.

---

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Order Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to the Official Committee of Unsecured Creditors Effective as of November 26, 2024* [Docket No. 969] (the "Retention Order").

**Background**

4.      On November 3, 2024 (the "Petition Date"), the Debtors commenced the Chapter 11 Cases in this Court under chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      The facts and circumstances supporting this Fee Statement are set forth in the *Declaration of David Orlofsky, in Support of Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 15], which is incorporated by reference herein.

6.      On November 19, 2024, the Office of the United States Trustee for the District of Delaware filed a notice [Docket No. 188] appointing the Committee, which is composed of five members.

7.      On November 26, 2024, the Committee selected PWP as its investment banker, subject to Court approval. On February 12, 2025, this Court entered the Retention Order.

**Relief Requested**

8.      By this Fee Statement, PWP requests (i) interim allowance of compensation for professional services rendered on behalf of the Committee during the fee period in the amount of $175,000.00, representing 100% of the Monthly Fee for the fee period, (ii) payment in the amount of $140,000.00, which is equal to 80% of the Monthly Fee for the fee period, and (iii) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by PWP during the fee period in connection with such services in the aggregate amount of $13,125.00.

9.      All services for which compensation is requested by PWP were performed during the fee period on behalf of the Committee. Although PWP, in line with market convention, does not bill by the hour, PWP kept track of its post-petition time in half-hour increments in accordance with the Retention Order. During the fee period, PWP professionals spent approximately 13.0 total

hours providing investment banking services to the Committee. Time records are attached hereto as **Exhibit A**.[3]

10.     The fees charged by PWP have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by PWP for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. PWP submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national financial advisory and investment banking market.

11.     There is no agreement or understanding between PWP and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

## Actual and Necessary Disbursements

12.     PWP also incurred certain necessary expenses during the fee period for which it is entitled to reimbursement under the Engagement Letter and the Retention Order. As set forth in detail in the summary attached hereto as **Exhibit B**, PWP's total expenses incurred during the fee period are $13,125.00.[4]

13.     PWP believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-1, as modified by the Retention Order.

---

[3] PWP reserves all rights regarding the allocation of its fees and expenses among the Debtors.

[4]     Additionally, the expense reimbursements requested herein may not include certain expenses incurred by PWP during the fee period that have not been processed as of the date hereof. Any such expenses will be included in future Monthly Fee Statements.

WHEREFORE, PWP requests (i) interim allowance of compensation for professional services rendered on behalf of the Committee during the fee period in the amount of $175,000.00, (ii) payment in the amount of $140,000.00, and (iii) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by PWP during the fee period in connection with such services in the amount of $13,125.00.

Dated: June 11, 2025

Respectfully Submitted,

**PERELLA WEINBERG PARTNERS LP**

*/s/ Bruce Mendelsohn*
Bruce Mendelsohn
Partner
Perella Weinberg Partners LP

## <u>VERIFICATION</u>

I, Bruce Mendelsohn, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby verify that:

1.    I am a Partner with Perella Weinberg Partners LP ("<u>PWP</u>"), and I am duly authorized to make this certification on behalf of PWP.  PWP was retained by the official committee of unsecured creditors in the chapter 11 cases of the above-captioned debtors as investment banker.  This certification is made in support of the *Fifth Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through April 30, 2025* (the "<u>Application</u>") and in compliance with rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

2.    The facts set forth in the foregoing application are true and correct to the best of my knowledge, information, and belief.

Dated: June 11, 2025                              Respectfully Submitted,

                                                                    **PERELLA WEINBERG PARTNERS LP**

                                                                    */s/ Bruce Mendelsohn*
                                                                    Bruce Mendelsohn
                                                                    Partner
                                                                    Perella Weinberg Partners LP

## EXHIBIT A

**Time Records by Professional**
**April 1, 2025 Through April 30, 2025**

*Illustrative Draft | Subject to Revision*
**Franchise Group, Inc.**
**Bruce Mendelsohn (Partner)**                                                    *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period April 01, 2025 through April 30, 2025*

| Bruce Mendelsohn (Partner) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 1.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.5 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **2.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 04/06/25 | Sunday | 0.5 | Emailing with Debtor Banker | Debtor Meetings and Discussions |
| 04/07/25 | Monday | 0.5 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 04/10/25 | Thursday | 1.0 | Internal Emailing | General Case Administration |

Illustrative Draft | Subject to Revision
**Franchise Group, Inc.**
**Matt Rahmani (Managing Director)**
*STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period April 01, 2025 through April 30, 2025*

| Matt Rahmani (Managing Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 0.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **0.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 04/07/25 | Monday | 0.5 | Fee Application \| Interim Fee Statement Drafting | General Case Administration |

*Illustrative Draft | Subject to Revision*
**Franchise Group, Inc.**
**Bruce Baker (Associate)**                                          *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period April 01, 2025 through April 30, 2025*

| Bruce Baker (Associate) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 3.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 2.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **5.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 04/07/25 | Monday | 0.5 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 04/10/25 | Thursday | 1.0 | Internal Emailing | General Case Administration |
| 04/15/25 | Tuesday | 0.5 | Fee Application | Second Monthly Fee Statement | General Case Administration |
| 04/16/25 | Wednesday | 0.5 | Internal Emailing | Due Diligence, Business Plan and Related Analyses |
| 04/16/25 | Wednesday | 1.0 | Internal Emailing | Due Diligence, Business Plan and Related Analyses |
| 04/21/25 | Monday | 1.0 | Fee Application | Third Monthly Fee Statement | General Case Administration |
| 04/28/25 | Monday | 0.5 | Review of Materials | Due Diligence, Business Plan and Related Analyses |

Illustrative Draft | Subject to Revision
**Franchise Group, Inc.**
**Daniel Augustine (Analyst)**                                                    *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period April 01, 2025 through April 30, 2025*

| Daniel Augustine (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 4.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 1.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **5.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 04/07/25 | Monday | 0.5 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 04/15/25 | Tuesday | 0.5 | Fee Application | Second Monthly Fee Statement | General Case Administration |
| 04/16/25 | Wednesday | 0.5 | Internal Emailing | Due Diligence, Business Plan and Related Analyses |
| 04/17/25 | Thursday | 1.5 | Fee Application | Third Monthly Fee Statement | General Case Administration |
| 04/21/25 | Monday | 1.0 | Fee Application | Third Monthly Fee Statement | General Case Administration |
| 04/21/25 | Monday | 1.0 | Fee Application | Third Monthly Fee Statement | General Case Administration |
| 04/28/25 | Monday | 0.5 | Review of Materials | Due Diligence, Business Plan and Related Analyses |

**<u>EXHIBIT B</u>**

**Expense Detail**

Illustrative Draft | Subject to Revision

**Franchise Group, Inc.**
**Exhibit B**

STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION

| | |
|---|---:|
| Employee Meals | $0.00 |
| Employee Travel | 0.00 |
| Legal Fees - Deal Related | 13,125.00 |
| *Total Out-of-Pocket Expenses* | *$13,125.00* |

| Transaction Date | Transaction Source | Worker | Spend Category | Additional Detail | Amount to Bill |
|---|---|---|---|---|---|
| 4/30/2025 | Supplier Invoice | Legal Fees - Deal Related | Legal Fees - Deal Related | | $13,125.00 |

# Katten

Direct Billing Inquiries to:
**Lisa Henry**
lisa.henry@katten.com

**50 Rockefeller Plaza**
**New York, NY 10020-1605**

May 9, 2025

PERELLA WEINBERG PARTNERS LLP
Attn: Justin Kamen
General Counsel
767 5th Avenue
New York, NY 10153

Invoice No. 40267429
Client No. 342720
Matter No. 00012

FEIN: 36-2796532

**Re: Franchise Group, Inc.** (342720.00012)

For legal services rendered through April 30, 2025 ............................................................ $13,125.00

| CURRENT INVOICE TOTAL: | $13,125.00 |
|---|---|

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 342720 – PERELLA WEINBERG PARTNERS LLP

Invoice No. 40267429
Invoice Date: May 9, 2025

## PROFESSIONAL SERVICES

Matter 00012: Franchise Group, Inc.

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 02 Apr 25 | Rosella, Michael | Prepare emails to PWP deal team and in-house lawyers regarding various fee application matters (.30) | 0.30 |
| 03 Apr 25 | Rochester, Shaya | Attend to issues regarding Supplemental Declaration (.20); call with PWP deal team regarding Supplemental Declaration (.20); attend hearing on exclusivity and status conference on revised Plan (.90) | 1.30 |
| 07 Apr 25 | Rochester, Shaya | Monitor status conference regarding exclusivity and confirmation scheduling (.90) | 0.90 |
| 07 Apr 25 | Rosella, Michael | Prepare emails to PWP deal team and Pachulski core team regarding interim fee application matters (.40) | 0.40 |
| 08 Apr 25 | Rochester, Shaya | Review draft Certification of Counsel and Proposed Order Approving Interim Fee Application (.10); communications with M. Rosella regarding same (.10) | 0.20 |
| 08 Apr 25 | Rosella, Michael | Prepare revisions to proposed interim fee order (.20); prepare emails to PWP deal team and in-house lawyers, S. Rochester, and Pachulski team regarding same and next steps (.40) | 0.60 |
| 14 Apr 25 | Rosella, Michael | Prepare emails to Pachulski core team regarding interim fee hearing matters (.30) | 0.30 |
| 15 Apr 25 | Rosella, Michael | Prepare emails to PWP deal team and in-house counsel regarding CNO for January MFS matters (.20); respond to emails from Pachulski core team regarding same (.20) | 0.40 |
| 19 Apr 25 | Rosella, Michael | Prepare comments on PWP February monthly fee statement (.70); prepare comments on PWP March monthly fee statement (.60) | 1.30 |
| 21 Apr 25 | Rochester, Shaya | Provide comments on February MFS (.10); communications with M. Rosella regarding same (.20); provide comments on March MFS (.10); communications with M. Rosella regarding same (.20); attend to client questions regarding Supplemental Declaration (.30) | 0.90 |
| 21 Apr 25 | Rosella, Michael | Incorporate S. Rochester comments to February and March monthly fee statements (.40); prepare emails to PWP deal team and in-house legal team regarding same (.40); prepare emails to core Pachulski team regarding same and next steps (.20) | 1.00 |
| 23 Apr 25 | Rosella, Michael | Prepare emails to PWP deal team and in-house counsel regarding monthly fee statement matters (.30) | 0.30 |
| 29 Apr 25 | Rochester, Shaya | Communications with PWP in-house legal team and M. Rosella regarding Supplemental Declaration (.20) | 0.20 |
| 29 Apr 25 | Rosella, Michael | Respond to questions from Pachulski core team regarding PWP fee matters (.20); review initial results of supplemental PII list search from PWP (.60); prepare email to S. Rochester regarding next steps regarding same (.30) | 1.10 |
| 30 Apr 25 | Rosella, Michael | Emails with S. Rochester and M. Li (PWP) regarding supplemental declaration matters (.30) | 0.30 |
| | | **TOTALS:** | **9.50** |

Client: 342720 – PERELLA WEINBERG PARTNERS LLP

Invoice No. 40267429
Invoice Date: May 9, 2025

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 44845 | Rochester, Shaya | 3.50 | 1,710.00 | $5,985.00 |
| 45177 | Rosella, Michael | 6.00 | 1,190.00 | $7,140.00 |
| | **TOTAL:** | **9.50** | | **$13,125.00** |

# Katten

50 Rockefeller Plaza
New York, NY 10020-1605

### REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 44845 - Rochester, Shaya | **Invoice No.:** | 40267429 |
| **Client:** | 342720 - PERELLA WEINBERG PARTNERS LLP | **Invoice Date:** | 09 May 25 |
| **Matter:** | 00012 - Franchise Group, Inc. | | |

**Current Invoice Charges:**    $13,125.00

**TOTAL BALANCE DUE:**    $13,125.00

