IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
2025 JUN 11 AM 10: 15
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

**Franchise Group Inc., et al.,**
Debtor.
Chapter 11
Case No. **24-12480**

## MOTION TO CHANGE CREDITOR'S ADDRESS

COMES NOW, Branda Olushola, a creditor in the above-captioned bankruptcy case respectfully requests that the Court and the Clerk update the records to reflect a change of address for service of notices and pleadings.

In support of this Motion, the undersigned states as follows:

1. **Creditor Name:** Branda Olushola
2. **Current Address on Record:** 516 Byron Nelson Blvd. Unit 1575, Roanoke TX 76262
3. **New Address:** 720 S 377 STE 140-116 Roanoke, TX 76262
4. The creditor's previous address is no longer valid, and all future correspondence, notices, and pleadings should be directed to the updated address listed above.
5. This request is made to ensure the creditor receives proper notice and to prevent disruption or delay in the administration of this case.

WHEREFORE, the undersigned respectfully requests that the Court direct the Clerk to update the address for Branda Olushola in the official record of this case to the address provided above and grant such further relief as may be just and proper.

**Dated:** May 29, 2025
Respectfully submitted,

/s/Branda Olushola
LEGALBINFO@GMAIL.COM

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, a true and correct copy of the foregoing Motion to Change Address was served upon the Court and the Clerk via emails:

HELPDESKDE@DEB.USCOURTS.GOV and FRGINFO@RA.KROLL.COM

Franchise Group Inc., et al.,
850 3rd Avenue, Suite 142 Brooklyn, NY 11232

/s/Branda Olushola
LEGALBINFO@GMAIL.COM

RECEIVED
2025 JUN 11 AM 10:15
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE