**<u>EXHIBIT B</u>**

Franchise Group, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 9, 2025 |
| Invoice Number: | | 50061785 |
| Matter Number: | | 103996.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/01/25 | Photocopy Charges Duplication | 138.00 | 13.80 |
| 04/01/25 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 04/01/25 | Photocopy Charges Duplication | 66.00 | 6.60 |
| 04/01/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 04/01/25 | Photocopy Charges Duplication | 29.00 | 2.90 |
| 04/01/25 | Color Photocopy Charges Duplication | 9.00 | 7.20 |
| 04/01/25 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1134877 | 1.00 | 30.00 |
| 04/01/25 | Photocopy Charges Duplication | 109.00 | 10.90 |
| 04/01/25 | Photocopy Charges Duplication | 122.00 | 12.20 |
| 04/01/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/01/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/01/25 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 04/01/25 | Photocopy Charges Duplication | 33.00 | 3.30 |
| 04/01/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/01/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/01/25 | Photocopy Charges Duplication | 217.00 | 21.70 |
| 04/01/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/01/25 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 04/01/25 | Photocopy Charges Duplication | 4,184.00 | 418.40 |
| 04/01/25 | Photocopy Charges Duplication | 1.00 | 0.10 |
| 04/02/25 | Color Photocopy Charges Duplication | 20.00 | 16.00 |
| 04/02/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/02/25 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 04/02/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/02/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/02/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/02/25 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 04/02/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/02/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/02/25 | Parcels, Inc. - PureBread Deli 1135201 | 1.00 | 215.00 |
| 04/02/25 | Parcels, Inc. - PureBread Deli 1135201 | 1.00 | 90.00 |
| 04/02/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 04/02/25 | Photocopy Charges Duplication | 120.00 | 12.00 |
| 04/02/25 | Color Photocopy Charges Duplication | 40.00 | 32.00 |
| 04/02/25 | Photocopy Charges Duplication | 515.00 | 51.50 |
| 04/02/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/02/25 | Photocopy Charges Duplication | 80.00 | 8.00 |

Franchise Group, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 9, 2025 |
| Invoice Number: | | 50061785 |
| Matter Number: | | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/02/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/02/25 | Photocopy Charges Duplication | 125.00 | 12.50 |
| 04/02/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/02/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 04/02/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/02/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 04/02/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/02/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/02/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/02/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/03/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 04/03/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 04/03/25 | Photocopy Charges Duplication | 102.00 | 10.20 |
| 04/03/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 04/03/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 04/03/25 | Color Photocopy Charges Duplication | 545.00 | 436.00 |
| 04/03/25 | Photocopy Charges Duplication | 180.00 | 18.00 |
| 04/03/25 | Parcels, Inc. - Blowback x 3 from Sharefile Velo bind 2 copies hand delivery to Judge Ambro 1 copy back to client Brief, Appendix Vol 1-2 1135304 | 1.00 | 1,726.95 |
| 04/03/25 | Parcels, Inc. - Cavanaugh's 1135391 | 1.00 | 45.00 |
| 04/03/25 | Parcels, Inc. - Cavanaugh's 1135391 | 1.00 | 295.50 |
| 04/03/25 | Parcels, Inc. - YCST Judge Silverstein's Courtroom #2 1135388 | 1.00 | 125.00 |
| 04/03/25 | Parcels, Inc. - Judge Silverstein's Courtroom #2 YCST 1135389 | 1.00 | 125.00 |
| 04/03/25 | Color Photocopy Charges Duplication | 327.00 | 261.60 |
| 04/03/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 04/03/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 04/03/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 04/03/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/03/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 04/03/25 | Photocopy Charges Duplication | 72.00 | 7.20 |
| 04/03/25 | Photocopy Charges Duplication | 37.00 | 3.70 |
| 04/03/25 | Photocopy Charges Duplication | 37.00 | 3.70 |
| 04/03/25 | Color Photocopy Charges Duplication | 9.00 | 7.20 |
| 04/03/25 | Color Photocopy Charges Duplication | 12.00 | 9.60 |
| 04/03/25 | Photocopy Charges Duplication | 150.00 | 15.00 |
| 04/03/25 | Photocopy Charges Duplication | 34.00 | 3.40 |
| 04/03/25 | Photocopy Charges Duplication | 21.00 | 2.10 |

Franchise Group, Inc.

| | |
|---|---|
| Invoice Date: | June 9, 2025 |
| Invoice Number: | 50061785 |
| Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/03/25 | Photocopy Charges Duplication | 185.00 | 18.50 |
| 04/03/25 | Photocopy Charges Duplication | 591.00 | 59.10 |
| 04/03/25 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 04/03/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/03/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 04/03/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 04/03/25 | Photocopy Charges Duplication | 50.00 | 5.00 |
| 04/03/25 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 04/03/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 04/03/25 | Photocopy Charges Duplication | 90.00 | 9.00 |
| 04/03/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 04/03/25 | Photocopy Charges Duplication | 985.00 | 98.50 |
| 04/03/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 04/03/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 04/03/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/04/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/04/25 | BANKRUPTCY SECTION VISA - M&T - Filing Fee SBORO 4.2.25 $150 3 Pro Hac Vices BOLIV | 1.00 | 150.00 |
| 04/04/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/07/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/07/25 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 04/07/25 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1135760 | 1.00 | 15.00 |
| 04/07/25 | Docket Retrieval / Search | 13.00 | 1.30 |
| 04/07/25 | Docket Retrieval / Search | 43.00 | 4.30 |
| 04/07/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 04/07/25 | Docket Retrieval / Search | 23.00 | 2.30 |
| 04/07/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/07/25 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 04/07/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/07/25 | Docket Retrieval / Search | 146.00 | 14.60 |
| 04/07/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/07/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 04/07/25 | Docket Retrieval / Search | 119.00 | 11.90 |
| 04/07/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/07/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/07/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/08/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/08/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/08/25 | Docket Retrieval / Search | 4.00 | 0.40 |

Franchise Group, Inc.

| | |
|---|---|
| Invoice Date: | June 9, 2025 |
| Invoice Number: | 50061785 |
| Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/08/25 | Docket Retrieval / Search | 26.00 | 2.60 |
| 04/08/25 | Docket Retrieval / Search | 112.00 | 11.20 |
| 04/08/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/08/25 | Docket Retrieval / Search | 48.00 | 4.80 |
| 04/08/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/08/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/08/25 | Docket Retrieval / Search | 35.00 | 3.50 |
| 04/08/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/08/25 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 04/08/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/08/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/08/25 | Docket Retrieval / Search | 26.00 | 2.60 |
| 04/08/25 | Docket Retrieval / Search | 23.00 | 2.30 |
| 04/08/25 | Photocopy Charges Duplication | 1.00 | 0.10 |
| 04/08/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/09/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/09/25 | Docket Retrieval / Search | 28.00 | 2.80 |
| 04/09/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 04/09/25 | Docket Retrieval / Search | 7.00 | 0.70 |
| 04/09/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 04/09/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 04/09/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/09/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 04/09/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 04/09/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 04/09/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/09/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/09/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 04/09/25 | Photocopy Charges Duplication | 44.00 | 4.40 |
| 04/09/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 04/10/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 04/10/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/10/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/10/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 04/10/25 | Photocopy Charges Duplication | 32.00 | 3.20 |
| 04/10/25 | Photocopy Charges Duplication | 105.00 | 10.50 |
| 04/10/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/10/25 | Photocopy Charges Duplication | 28.00 | 2.80 |
| 04/10/25 | Photocopy Charges Duplication | 15.00 | 1.50 |

Franchise Group, Inc.

| | |
|---|---|
| Invoice Date: | June 9, 2025 |
| Invoice Number: | 50061785 |
| Matter Number: | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 04/10/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 04/10/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 04/10/25 | Photocopy Charges Duplication | 41.00 | 4.10 |
| 04/10/25 | PKD LLC dba Manhattan Bagel - Working Meals | 1.00 | 344.84 |
| 04/10/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 04/10/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 04/10/25 | Docket Retrieval / Search | 27.00 | 2.70 |
| 04/10/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 04/10/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 04/10/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 04/10/25 | Photocopy Charges Duplication | 39.00 | 3.90 |
| 04/10/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 04/10/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 04/10/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/10/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 04/11/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/11/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/11/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/11/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/11/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/14/25 | Photocopy Charges Duplication | 21.00 | 2.10 |
| 04/14/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 04/14/25 | Docket Retrieval / Search | 8.00 | 0.80 |
| 04/14/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/14/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 04/14/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 04/14/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 04/15/25 | Photocopy Charges Duplication | 1.00 | 0.10 |
| 04/15/25 | Photocopy Charges Duplication | 1.00 | 0.10 |
| 04/15/25 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 04/15/25 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 04/16/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 04/16/25 | Parcels, Inc. - YCST Judge Laurie Selber Silverstein 1137567 | 1.00 | 37.00 |
| 04/16/25 | BANKRUPTCY SECTION VISA - M&T - Filing Fee AMIEL 4.16.25 $199 Sale Motion BOLIV | 1.00 | 199.00 |
| 04/16/25 | Docket Retrieval / Search | 9.00 | 0.90 |
| 04/16/25 | Docket Retrieval / Search | 15.00 | 1.50 |
| 04/16/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/16/25 | Photocopy Charges Duplication | 14.00 | 1.40 |

Franchise Group, Inc.

| | | Invoice Date: | June 9, 2025 |
| | | Invoice Number: | 50061785 |
| | | Matter Number: | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
| --- | --- | --- | --- |
| 04/16/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/17/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/17/25 | Docket Retrieval / Search | 8.00 | 0.80 |
| 04/17/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/17/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/21/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/21/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/22/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/22/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/22/25 | Reliable Wilmington - Deposition/Transcript Transcript from 3/17/25 Franchise Group Hearing (34 pages @ $8.70 per page) | 1.00 | 295.80 |
| 04/23/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/23/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/23/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/23/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/23/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/23/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/23/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/23/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/24/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/24/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/24/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/24/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/24/25 | Docket Retrieval / Search | 8.00 | 0.80 |
| 04/24/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/24/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/24/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/24/25 | Docket Retrieval / Search | 8.00 | 0.80 |
| 04/24/25 | Docket Retrieval / Search | 18.00 | 1.80 |
| 04/24/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/24/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/24/25 | Docket Retrieval / Search | 8.00 | 0.80 |
| 04/24/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/24/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/24/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/24/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/24/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/24/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/24/25 | Docket Retrieval / Search | 6.00 | 0.60 |

Franchise Group, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 9, 2025 |
| Invoice Number: | | 50061785 |
| Matter Number: | | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 04/24/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/25/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/25/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/25/25 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1138762 | 1.00 | 15.00 |
| 04/25/25 | Computerized Legal Research Westlaw Search by: KHOUDARI,MARIAM | 26.00 | 78.83 |
| 04/25/25 | Computerized Legal Research Westlaw Search by: MCELROY,KRISTIN L | 15.00 | 45.48 |
| 04/25/25 | Reliable Wilmington - Deposition/Transcript Hourly transcript for FRG 103996.1001 hearing on 1/21/25 | 1.00 | 904.80 |
| 04/27/25 | Computerized Legal Research Westlaw Search by: KHOUDARI,MARIAM | 20.00 | 60.64 |
| 04/27/25 | Computerized Legal Research Westlaw Search by: MCELROY,KRISTIN L | 39.00 | 118.25 |
| 04/28/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/28/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/28/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/28/25 | Photocopy Charges Duplication | 64.00 | 6.40 |
| 04/28/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/29/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 04/29/25 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 04/29/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/29/25 | Photocopy Charges Duplication | 126.00 | 12.60 |
| 04/29/25 | Photocopy Charges Duplication | 48.00 | 4.80 |
| 04/29/25 | Photocopy Charges Duplication | 48.00 | 4.80 |
| 04/29/25 | Photocopy Charges Duplication | 165.00 | 16.50 |
| 04/29/25 | Photocopy Charges Duplication | 182.00 | 18.20 |
| 04/29/25 | Photocopy Charges Duplication | 27.00 | 2.70 |
| 04/29/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 04/29/25 | Photocopy Charges Duplication | 156.00 | 15.60 |
| 04/29/25 | Docket Retrieval / Search | 13.00 | 1.30 |
| 04/29/25 | Photocopy Charges Duplication | 60.00 | 6.00 |
| 04/29/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/29/25 | Photocopy Charges Duplication | 126.00 | 12.60 |
| 04/29/25 | Photocopy Charges Duplication | 182.00 | 18.20 |
| 04/29/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/29/25 | Photocopy Charges Duplication | 182.00 | 18.20 |
| 04/29/25 | Docket Retrieval / Search | 12.00 | 1.20 |
| 04/29/25 | Photocopy Charges Duplication | 234.00 | 23.40 |
| 04/29/25 | Docket Retrieval / Search | 9.00 | 0.90 |

Franchise Group, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 9, 2025 |
| Invoice Number: | | 50061785 |
| Matter Number: | | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 04/30/25 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 04/30/25 | Color Photocopy Charges Duplication | 36.00 | 28.80 |
| 04/30/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/30/25 | Photocopy Charges Duplication | 546.00 | 54.60 |
| 04/30/25 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 04/30/25 | Color Photocopy Charges Duplication | 16.00 | 12.80 |
| 04/30/25 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 04/30/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/30/25 | Color Photocopy Charges Duplication | 28.00 | 22.40 |
| 04/30/25 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 04/30/25 | Color Photocopy Charges Duplication | 26.00 | 20.80 |
| 04/30/25 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 04/30/25 | Color Photocopy Charges Duplication | 22.00 | 17.60 |
| 04/30/25 | Color Photocopy Charges Duplication | 46.00 | 36.80 |
| 04/30/25 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 04/30/25 | Docket Retrieval / Search | 14.00 | 1.40 |
| 04/30/25 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 04/30/25 | Color Photocopy Charges Duplication | 48.00 | 38.40 |
| 04/30/25 | Color Photocopy Charges Duplication | 34.00 | 27.20 |
| 04/30/25 | Color Photocopy Charges Duplication | 74.00 | 59.20 |
| 04/30/25 | Docket Retrieval / Search | 8.00 | 0.80 |
| 04/30/25 | Color Photocopy Charges Duplication | 10.00 | 8.00 |
| 04/30/25 | Color Photocopy Charges Duplication | 7.00 | 5.60 |
| 04/30/25 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 04/30/25 | Color Photocopy Charges Duplication | 20.00 | 16.00 |
| 04/30/25 | Color Photocopy Charges Duplication | 23.00 | 18.40 |
| 04/30/25 | Photocopy Charges Duplication | 1.00 | 0.10 |
| 04/30/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/30/25 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 04/30/25 | Color Photocopy Charges Duplication | 16.00 | 12.80 |
| 04/30/25 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 04/30/25 | Color Photocopy Charges Duplication | 18.00 | 14.40 |
| 04/30/25 | Color Photocopy Charges Duplication | 38.00 | 30.40 |
| 04/30/25 | Color Photocopy Charges Duplication | 32.00 | 25.60 |
| 04/30/25 | Color Photocopy Charges Duplication | 7.00 | 5.60 |
| 04/30/25 | Color Photocopy Charges Duplication | 24.00 | 19.20 |
| 04/30/25 | Photocopy Charges Duplication | 2.00 | 0.20 |
| 04/30/25 | Color Photocopy Charges Duplication | 18.00 | 14.40 |
| 04/30/25 | Color Photocopy Charges Duplication | 30.00 | 24.00 |

Franchise Group, Inc.

| | Invoice Date: | June 9, 2025 |
|---|---|---|
| | Invoice Number: | 50061785 |
| | Matter Number: | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 04/30/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/30/25 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 04/30/25 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 04/30/25 | Color Photocopy Charges Duplication | 20.00 | 16.00 |
| 04/30/25 | Color Photocopy Charges Duplication | 10.00 | 8.00 |
| 04/30/25 | Color Photocopy Charges Duplication | 9.00 | 7.20 |
| 04/30/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 04/30/25 | Color Photocopy Charges Duplication | 9.00 | 7.20 |
| 04/30/25 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 04/30/25 | Color Photocopy Charges Duplication | 28.00 | 22.40 |
| 04/30/25 | Color Photocopy Charges Duplication | 26.00 | 20.80 |
| 04/30/25 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 04/30/25 | Color Photocopy Charges Duplication | 18.00 | 14.40 |
| 04/30/25 | Photocopy Charges Duplication | 36.00 | 3.60 |
| 04/30/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/30/25 | Photocopy Charges Duplication | 57.00 | 5.70 |
| 04/30/25 | Color Photocopy Charges Duplication | 23.00 | 18.40 |
| 04/30/25 | Color Photocopy Charges Duplication | 26.00 | 20.80 |
| 04/30/25 | Computerized Legal Research Westlaw Search by: KHOUDARI,MARIAM | 37.00 | 112.19 |
| 04/30/25 | Photocopy Charges Duplication | 39.00 | 3.90 |
| 04/30/25 | Color Photocopy Charges Duplication | 26.00 | 20.80 |
| 04/30/25 | Color Photocopy Charges Duplication | 22.00 | 17.60 |
| 04/30/25 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 04/30/25 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 04/30/25 | Photocopy Charges Duplication | 54.00 | 5.40 |
| 04/30/25 | Color Photocopy Charges Duplication | 18.00 | 14.40 |
| 04/30/25 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 04/30/25 | Color Photocopy Charges Duplication | 10.00 | 8.00 |
| 04/30/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 04/30/25 | Color Photocopy Charges Duplication | 26.00 | 20.80 |
| 04/30/25 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 04/30/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 04/30/25 | Photocopy Charges Duplication | 54.00 | 5.40 |
| 04/30/25 | Photocopy Charges Duplication | 51.00 | 5.10 |
| 04/30/25 | Photocopy Charges Duplication | 66.00 | 6.60 |
| 04/30/25 | Color Photocopy Charges Duplication | 26.00 | 20.80 |

| | | **Total** | **$8,052.08** |
|---|---|---|---|

Franchise Group, Inc.

| | |
|---|---|
| Invoice Date: | June 9, 2025 |
| Invoice Number: | 50061785 |
| Matter Number: | 103996.1001 |

**Cost Summary**

| Description | Amount |
|---|---|
| AP Outside Duplication Svcs | 1,726.95 |
| Computerized Legal Research -WESTLAW | 415.39 |
| Delivery / Courier | 347.00 |
| Deposition/Transcript | 1,200.60 |
| Docket Retrieval / Search | 185.90 |
| Filing Fee | 349.00 |
| Reproduction Charges | 2,836.90 |
| Working Meals | 990.34 |
| **Total** | **$8,052.08** |