# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, *et al.*,[1] | ) | Case No. 24-12480 (LSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[2] | ) | |
| | ) | Adversary No. 24-50237 (LSS) |
| | ) | |
| | ) | |
| FRANCHISE GROUP, *et al.*,[3] | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| BRIAN GALE, MARK NOBLE, | ) | |
| TERRY PHILIPPAS, LAWRENCE BASS, | ) | |
| and JOHN DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

[2] On June 6, 2025, every Debtor except Freedom VCM Holdings, LLC emerged from these chapter 11 cases and is now a Reorganized Debtor. *See Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates* [Docket No. 1605].

[3] The Plaintiffs in this adversary case are the Debtors listed in footnote one.

33266571.1

## STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

**IT IS HEREBY** stipulated and agreed, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and the *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates* [(Main Case) Docket No. 1605], by the parties hereto and through their respective counsel, that the above captioned adversary proceeding be dismissed.

**STIPULATED AND AGREED TO THIS 13TH DAY OF JUNE, 2025:**

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>By: */s/ Allison S. Mielke*<br>Edmon L. Morton (Del. No. 3856)<br>Matthew B. Lunn (Del. No. 4119)<br>Allison S. Mielke (Del. No. 5934)<br>Shella Borovinskaya (Del. No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com<br><br>*Co-Counsel to the Debtors*<br>*and Debtors in Possession*<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (*admitted pro hac vice*)<br>Nicole L. Greenblatt, P.C. (*admitted pro hac vice*)<br>Derek I. Hunter (*admitted pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>joshua.sussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>derek.hunter@kirkland.com | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>By: */s/ Joseph C. Barsalona II*<br>Joseph C. Barsalona II (Del. No. 6102)<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6497<br>jbarsalona@pashmanstein.com<br><br>-and-<br><br>**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**<br>Jeroen van Kwawegen<br>Thomas James<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 554-1400<br>jeroen@blbglaw.com<br>thomas.james@blbglaw.com<br><br>Benjamin Potts (Del. No. 6077)<br>Mae Oberste (Del. No. 6690)<br>500 Delaware Avenue<br>Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 364-3600<br>benjamin.potts@blbglaw.com<br>mae.oberste@blbglaw.com<br><br>-and-<br><br>[*Continued on Next Page*] |

| | |
|---|---|
| Mark McKane, P.C. (*admitted pro hac vice*)<br>555 California Street<br>San Francisco, California 94101<br>Telephone:     (415) 439-1400<br>Facsimile:     (415) 439-1500<br>mark.mckane@kirkland.com<br><br>*Co-Counsel to the Debtors*<br>*and Debtors in Possession* | **KESSLER TOPAZ MELTZER & CHECK LLP**<br>J. Daniel Albert<br>Michael McCutcheon<br>280 King of Prussia Rd.<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>dalbert@ktmc.com<br>mmcutcheon@ktmc.com<br><br>-and-<br><br>**BLOCK & LEVITON, LLP**<br><br>Kimberly A. Evans (Del. No. 5888)<br>Irene R. Lax (Del. No. 6361)<br>222 Delaware Ave., Suite 1120<br>Wilmington, DE 19801<br>Telephone: (302) 499-3600<br>kim@blockleviton.com<br>irene@blockleviton.com<br><br>*Counsel to the Former Stockholders* |