## **Schedule 1**

**Rejected Leases**[1]

---

[1]    Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

| Counterparty | Counterparty Address | Debtor | Rejected Lease | Store | Rejection Date |
|---|---|---|---|---|---|
| Costco-Innovel Properties, LLC | Costco-Innovel Properties, LLC 999 Lake Drive Issaquah, WA 98027 | American Freight, LLC | Lease, dated October 1, 2012 2301A Mountain Industrial Blvd. Tucker, GA 30084 | 09240 | 05/31/2025 |
| 6001 Powerline, LLC[1] | 6001 Powerline, LLC 1200 Wright Avenue Richmond, CA 94804 | American Freight, LLC | Lease, dated February 1, 2014 6001 Powerline Road Ft. Lauderdale, FL 33309 | 00019 | 05/31/2025 |

---

[1]    Notwithstanding the Bankruptcy Court's *Memorandum Opinion*, dated May 21, 2025 [Docket No. 1549], the Debtors are rejecting the lease with 6001 Powerline Road, LLC out of an abundance of caution and reserve all rights with respect thereto.