## EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>(Jointly Administered) |

## FIRST INTERIM FEE APPLICATIONS

**DEBTORS' PROFESSIONALS:**

A.    **Young Conaway Stargatt & Taylor, LLP**

    1.   First Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period November 3, 2024 Through December 31, 2024 [D.I. 983, 2/14/25]

    2.   Certificate of No Objection Regarding Docket No. 983 [D.I. 1076, 3/10/25]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

3. Second Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 Through and Including January 31, 2025 [D.I. 1091, 3/12/25]

4. Certificate of No Objection Regarding Docket No. 1091 [D.I. 1238, 4/3/25]

5. First Interim Fee Application of Certain of the Debtors' Professionals for the Period from November 3, 2024 Through and Including January 31, 2025 [D.I. 1121, 3/17/25]

6. Supplement to Young Conaway Stargatt & Taylor, LLP to Debtors' First Interim Fee Application [D.I. 1132, 3/18/25]

7. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Young Conaway Stargatt & Taylor, LLC [D.I. 1243, 4/4/25]

**B.     Ernst & Young LLP**

1. First Combined Monthly Fee Statement of Ernst & Young LLP as Tax, Valuation, and Accounting Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 3, 2024 Through and Including December 31, 2024 [D.I. 1039, 2/28/25]

2. Certificate of No Objection Regarding Docket No. 1039 [D.I. 1271, 4/10/25]

3. Second Monthly Fee Statement of Ernst & Young LLP as Tax, Valuation, and Accounting Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2025 Through January 31, 2025 [D.I. 1096, 3/13/25]

4. Certificate of No Objection Regarding Docket No. 1096 [D.I. 1246, 4/4/25]

5. First Interim Fee Application of Certain of the Debtors' Professionals for the Period from November 3, 2024 Through and Including January 31, 2025 [D.I. 1121, 3/17/25]

6. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Ernst & Young LLP [D.I. 1259, 4/8/25]

**C.     Petrillo Klein + Boxer LLP**

1. First Combined Monthly Fee Application of Petrillo Klein + Boxer LLP as Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period November 3, 2024 Through December 31, 2024 [D.I. 1083, 3/11/25]

2. Certificate of No Objection Regarding Docket No. 1083 [D.I. 1237, 4/3/25]

3. Second Monthly Fee Application of Petrillo Klein + Boxer LLP as Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2025 Through January 31, 2025 [D.I. 1114, 3/17/25]

4. Certificate of No Objection Regarding Docket No. 1114 [D.I. 1261, 4/8/25]

5. First Interim Fee Application of Certain of the Debtors' Professionals for the Period from November 3, 2024 Through and Including January 31, 2025 [D.I. 1121, 3/17/25]

6. Supplement to First Interim Fee Application of Petrillo Klein + Boxer LLP [D.I. 1195, 3/28/25]

7. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Petrillo Klein + Boxer [D.I. 1260, 4/8/24]

**D.    Kroll Restructuring Administration LLC**

1. Combined Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from November 3, 2024 Through January 31, 2025 [D.I. 1031, 2/26/25]

2. Certificate of No Objection [D.I. 1141, 3/20/25]

3. First Interim Fee Application of Certain of the Debtors' Professionals for the Period from November 3, 2024 Through and Including January 31, 2025 [D.I. 1121, 3/17/25]

4. Fee Examiner's Final Report Regarding Combined Monthly Fee Application Request of Kroll Restructuring Administration LLC [D.I. 1069, 3/7/25]

**E.    Deloitte & Touche LLP**

1. First Combined Monthly Fee Statement of Deloitte & Touche LLP for Compensation for Services Rendered as Independent Auditor to the Debtors and Reimbursement of Expenses Incurred for the Period from November 3, 2024 Through December 31, 2024 [D.I. 1100, 3/14/25]

2. Certificate of No Objection Regarding Docket No. 1100 [D.I. 1252, 4/7/25]

3. First Interim Fee Application of Certain of the Debtors' Professionals for the Period from November 3, 2024 Through and Including January 31, 2025 [D.I. 1121, 3/17/25]

4. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Deloitte & Touch LLP [D.I. 1209, 3/31/25]

**INDEPENDENT DIRECTOR'S PROFESSIONALS:**

F.    **Akin Gump Strauss Hauer & Feld LLP**

   1.   First Monthly Fee Application of Akin Gump Strauss Hauer & Feld LL as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from December 9, 2024 Through and Including December 31, 2024 [D.I. 1064, 3/07/25]

   2.   Certificate of No Objection Regarding First Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from December 9, 2024 Through and Including December 31, 2024 [D.I. 1207, 3/31/25]

   3.   Second Monthly Fee Application of Akin Gump Strauss Hauer & Feld LL as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from January 1, 2025 Through and Including January 31, 2025 [D.I. 1124, 3/17/25]

   4.   Certificate of No Objection Regarding Second Monthly Fee Application of Akin Gump Strauss Hauer & Feld LL as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from January 1, 2025 Through and Including January 31, 2025 [D.I. 1266, 4/9/25]

   5.   First Interim Fee Application of Akin Gump Strauss Hauer & Feld as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period rom December 9, 2025 Through and Including January 31, 2025 [D.I. 1125, 3/17/25]

   6.   Fee Examiner's Final Report Regarding First Interim Fee Application Request of Akin Gump Strauss Hauer & Feld LLP [D.I. 1244, 4/4/25]

**COMMITTEE PROFESSIONALS:**

G.    **Pachulski Stang Ziehl & Jones LLP**

   1.   First Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period November 21, 2024 Through November 30, 2024 [D.I. 900, 2/03/25]

   2.   Certificate of No Objection (No Order Required) Regarding First Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period November 21, 2024 Through November 30, 2024 [D.I. 1040, 2/28/25]

   3.   Second Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from December 1, 2024 Through December 31, 2024 [D.I. 1056, 3/05/25]

4.  Certificate of No Objection (No Order Required) Regarding Second Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period December 1, 2024 Through December 31, 2024 [D.I. 1230, 4/2/25]

5.  Third Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from January 1, 2025 Through January 31, 2025 [D.I. 1078, 3/11/25]

6.  First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from November 21, 2024 Through January 31, 2025 [D.I. 1079, 3/11/25]

7.  Amended Notice of First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from November 21, 2024 Through January 31, 2025 [D.I. 1171, 3/25/25]

8.  [Corrected] Fee Examiner's Report Regarding First Interim Fee Application Request of Pachulski Stang Ziehl & Jones LLP [D.I. 1204, 3/31/25]

9.  Reservation of Rights of the Ad Hoc Group of Freedom Lenders to the First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from November 21, 2024 Through January 31, 2025 [D.I. 1270, 4/9/25]

**H.  Province, LLC**

1.  First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from November 21, 2024 Through December 31, 2024 [D.I. 897, 2/03/25]

2.  Certificate of No Objection (No Order Required) Regarding First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from November 21, 2024 Through December 31, 2024 [D.I. 1041, 2/28/25]

3.  Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from January 1, 2025 Through January 31, 2025 [D.I. 1057, 03/05/25]

4.  First Interim Fee Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from November 21, 2024 Through January 31, 2025 [D.I. 1073, 3/10/25]

5.  Notice of First Interim Fee Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of

Unsecured Creditors for the Period from November 21, 2024 Through January 31, 2025 [D.I. 1172, 3/25/25]

6. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Province, LLC [D.I. 1180, 3/26/25]

7. Certification of Counsel Regarding Order Granting First Interim Fee Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from November 21, 2024 Through January 31, 2025 [D.I. 1263, 4/8/25]

**I.    Perella Weinberg Partners LP**

1. First Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from November 26, 2024 Through December 31, 2024 [D.I. 1058, 3/06/25]

2. Certificate of No Objection (No Order Required) Regarding First Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from November 26, 2024 Through December 31, 2024 [D.I. 1227, 4/2/25]

3. Second Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 Through January 31, 2025 [D.I. 1118, 3/17/25]

4. First Interim Fee Application of Perella Weinberg Partners LP for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from November 26, 2024 to and Including January 31, 2025 [D.I. 1123, 3/17/25]

5. Notice of First Interim Fee Application of Perella Weinberg Partners LP for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from November 26, 2024 to and Including January 31, 2025 [D.I. 1173, 3/25/25]

6. Certification of Counsel Regarding Order Granting First Interim Fee Application of Perella Weinberg Partners LP for Allowance of Compensation and Reimbursement of Expenses for the Period from November 26, 2024 Through January 31, 2025 [D.I. 1264, 4/8/25]

7. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Perella Weinberg Partners LP [D.I. 1188, 3/27/25]