## Schedule 1

**Disputed Claims**

| Claim # | Filed Date | Claimant | Debtor | Asserted Claim Value | Claim Type | Treatment |
|---------|-----------|----------|--------|---------------------|------------|-----------|
| **1311** | 01/22/2025 | The Settlement-related Liquidating Trust 2022-23 | Freedom VCM Holdings, LLC | $300,000,000.00 | General Unsecured C, U, D | Disallowed as to TopCo |
| **1421** | 01/22/2025 | CorVel Enterprise Comp, Inc. | Freedom VCM Holdings, LLC | $62,509.68 | General Unsecured U, D | Disallowed as to TopCo |
| **1823** | 01/23/2025 | Kahn, Brian | Freedom VCM Holdings, LLC | $322,377.53 + Unknown | General Unsecured C, U, D | Disallowed as to TopCo |
| **2012** | 01/23/2025 | Pleiades Partners, LLC | Freedom VCM Holdings, LLC | $1,600,000.00 | General Unsecured *or* Equity D | Disallowed as to TopCo |