# EXHIBIT A

**Time Records by Professional**
**May 1, 2025 Through June 2, 2025**

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Mendelsohn (Partner)**                                                                                                              **STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION**
*For the period May 01, 2025 through June 02, 2025*

| Bruce Mendelsohn (Partner) - Case Hours Summary | |
|---|---:|
| **Categories** | **Hours** |
| General Case Administration | 0.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **0.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 05/14/25 | Wednesday | 0.5 | Fee Application | Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**

**Matt Rahmani (Managing Director)**  *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period May 01, 2025 through June 02, 2025*

### Matt Rahmani (Managing Director) - Case Hours Summary

| Categories | Hours |
|---|---|
| General Case Administration | 0.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **0.5** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 05/14/25 | Wednesday | 0.5 | Fee Application | Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Baker (Associate)**                                                                                                                    *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period May 01, 2025 through June 02, 2025*

### Bruce Baker (Associate) - Case Hours Summary

| Categories | Hours |
|---|---:|
| General Case Administration | 10.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 1.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **11.5** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 05/14/25 | Wednesday | 0.5 | Fee Application \| Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |
| 05/16/25 | Friday | 0.5 | Fee Application \| Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |
| 05/19/25 | Monday | 0.5 | Fee Application \| Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |
| 05/20/25 | Tuesday | 5.0 | FRG Confirmation Hearing | General Case Administration |
| 05/20/25 | Tuesday | 0.5 | Internal Emailing | General Case Administration |
| 05/21/25 | Wednesday | 0.5 | Discussions with UCC Counsel | General Case Administration |
| 05/23/25 | Friday | 1.5 | Fee Application \| Funds Flow | General Case Administration |
| 05/27/25 | Tuesday | 1.0 | Internal Emailing | General Case Administration |
| 05/28/25 | Wednesday | 0.5 | Internal Emailing | General Case Administration |
| 06/02/25 | Monday | 1.0 | Fee Application \| Funds Flow | General Case Administration |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Daniel Augustine (Analyst)**                                          *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period May 01, 2025 through June 02, 2025*

| Daniel Augustine (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 8.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 0.0 |
| Debtor Meetings and Discussions | 0.0 |
| Creditor Meetings and Discussions | 0.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 1.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **10.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 05/14/25 | Wednesday | 0.5 | Fee Application | Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |
| 05/16/25 | Friday | 0.5 | Fee Application | Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |
| 05/19/25 | Monday | 0.5 | Fee Application | Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |
| 05/20/25 | Tuesday | 1.5 | Internal Emailing | General Case Administration |
| 05/21/25 | Wednesday | 0.5 | Discussions with UCC Counsel | General Case Administration |
| 05/21/25 | Wednesday | 0.5 | Internal Emailing | General Case Administration |
| 05/23/25 | Friday | 1.5 | Fee Application | Funds Flow | General Case Administration |
| 05/27/25 | Tuesday | 1.0 | Internal Emailing | General Case Administration |
| 05/28/25 | Wednesday | 0.5 | Internal Emailing | General Case Administration |
| 06/02/25 | Monday | 1.0 | Fee Application | Funds Flow | General Case Administration |
| 06/02/25 | Monday | 2.0 | Fee Application | Fifth & Sixth Monthly Fee Statement | General Case Administration |

**Illustrative Draft | Subject to Revision**
## Project Footprint
**Fee Build**

| | Monthly Fee Build |
|---|---:|
| | **$ Fee** |
| Monthly Fee | $175,000.00 |
| (x) Monthlies Accrued | 5 |
| **Monthly Fees (Jan-25 to May-25)** | **$875,000.00** |
| (+) Pro-Rated November & December Monthly Fee | 204,166.67 |
| (+) Pro-Rated June Monthly Fee | 11,666.67 |
| **Total Monthly Fees (Dec-24 to Jun-25)** | **$1,090,833.34** |
| (-) Pro-Rated November & December Monthly Fee | (204,166.67) |
| (-) January Monthly Fee | (175,000.00) |
| (-) February Monthly Fee | (175,000.00) |
| (-) March Monthly Fee | (175,000.00) |
| **Total Monthly Fees Owed at Close** | **$361,666.67** |
| Total Monthly Fees | $1,090,833.34 |
| (-) 6 Monthly Fees | (1,050,000.00) |
| **Monthly Fees for Crediting** | **$40,833.34** |
| (x) 50% | 50.0% |
| **Crediting** | **$20,416.67** |

| | May Monthly Fee Statement | Fees Owed |
|---|---:|
| | **$ Fee** |
| Monthly Fee | $175,000.00 |
| (+) Pro-Rated June Monthly Fee | 11,666.67 |
| **Total Monthly Fees Due** | **$186,666.67** |
| (+) Transaction Fee | 4,500,000.00 |
| (-) Crediting | (20,416.67) |
| **Total Monthly Fees Owed at Close** | **$4,666,250.00** |
| (x) 20% Holdback | (933,250.00) |
| **Monthly Fees for Crediting** | **$3,733,000.00** |