# EXHIBIT B

## Expense Detail

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Exhibit B**  STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION

| | |
|---|---:|
| Employee Meals | $0.00 |
| Employee Travel | 0.00 |
| Legal Fees - Deal Related | 9,474.00 |
| **Total Out-of-Pocket Expenses** | **$9,474.00** |

| Transaction Date | Transaction Source | Worker | Spend Category | Additional Detail | Amount to Bill |
|:---:|:---:|:---:|:---:|:---:|---:|
| 6/2/2025 | Supplier Invoice | Legal Fees - Deal Related | Legal Fees - Deal Related | | $9,474.00 |

# Katten

Direct Billing Inquiries to:
Lisa Henry
lisa.henry@katten.com

50 Rockefeller Plaza
New York, NY 10020-1605

June 16, 2025

PERELLA WEINBERG PARTNERS LLP
Attn: Justin Kamen
General Counsel
767 5th Avenue
New York, NY 10153

Invoice No. 40273250
Client No. 342720
Matter No. 00012

**his invoice replaces inv#40272393**
FEIN: 36-2796532

**Re: Franchise Group, Inc.** (342720.00012)
For legal services rendered through June 2, 2025......................................................................... $9,474.00

**CURRENT INVOICE TOTAL:**  $9,474.00

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

Client: 342720 – PERELLA WEINBERG PARTNERS LLP  
Invoice No. 40273250  
Invoice Date: June 16, 2025

## PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 08 May 25 | Rochester, Shaya | Call with Michelle Li (PWP) regarding Supplemental Disclosure (.20) | 0.20 |
| 14 May 25 | Rosella, Michael | Emails with PWP deal team and in-house counsel regarding February and March MFS matters (.20); emails with Pachulski core team regarding same (.20) | 0.40 |
| 15 May 25 | Rochester, Shaya | Review Plan and Confirmation Order with respect to provisions relevant to PWP (.20) | 0.20 |
| 16 May 25 | Rosella, Michael | Review CNOs for February and March MFS (.20); attend call with B. Baker (PWP) regarding same (.10) | 0.30 |
| 19 May 25 | Rosella, Michael | Begin to prepare PWP second interim fee application (1.20) | 1.20 |
| 20 May 25 | Rochester, Shaya | Monitor Confirmation Hearing (partial billing) (1.80) | 1.80 |
| 20 May 25 | Rosella, Michael | Respond to questions from PWP deal team regarding interim fee applications (.30) | 0.30 |
| 22 May 25 | Rosella, Michael | Prepare emails to S. Rochester regarding fee application questions (.40) | 0.40 |
| 22 May 25 | Rosella, Michael | Prepare updates to PWP second interim fee application (.50) | 0.50 |
| 23 May 25 | Rosella, Michael | Emails with Pachulski core team regarding various confirmation and fee matters (.30) | 0.30 |
| 27 May 25 | Rosella, Michael | Prepare emails to Pachulski core team regarding interim fee application matters (.20) | 0.20 |
| 28 May 25 | Rosella, Michael | Attend plan confirmation bench ruling (.40); review pleadings related to same (.20) | 0.60 |
| 02 Jun 25 | Rosella, Michael | Respond to questions from PWP deal team regarding fee application matters (.30); emails with PWP deal team and Pachulski core team regarding final fee application matters (.30) | 0.60 |
| | | **TOTALS:** | **7.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00012: Franchise Group, Inc.

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 44845 | Rochester, Shaya | 2.20 | 1,710.00 | $3,762.00 |
| 45177 | Rosella, Michael | 4.80 | 1,190.00 | $5,712.00 |
| | **TOTAL:** | **7.00** | | **$9,474.00** |

# Katten

50 Rockefeller Plaza
New York, NY 10020-1605

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

**Attorney:** 44845 - Rochester, Shaya
**Client:** 342720 - PERELLA WEINBERG PARTNERS LLP
**Matter:** 00012 - Franchise Group, Inc.

**Invoice No.:** 40273250
**Invoice Date:** 16 Jun 25

**Current Invoice Charges:** $9,474.00

**TOTAL BALANCE DUE:** $9,474.00

