# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FRANCHISE GROUP, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-12480 (LSS) <br><br> (Jointly Administered) <br><br> **Rel. Dkt. No. 1654** |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that:

1.     On June 19, 2025, I caused a true and correct copy of the following document to be served upon the parties listed on **Exhibit A** by email.

- *Sixth Monthly Application for Compensation and Reimbursement of Expenses of Perella Weinberg Partners LP for the period May 1, 2025 to June 2, 2025*

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

Dated: June 19, 2025    Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
  pkeane@pszjlaw.com

-and-

Robert J. Feinstein  (admitted *pro hac vice*)
Alan J. Kornfeld  (admitted *pro hac vice*)
Theodore S. Heckel  (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
  akornfeld@pszjlaw.com
  theckel@pszjlaw.com

*Counsel to the Official Committee
of Unsecured Creditors*

**EXHIBIT A**

**Counsel to the Debtors**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Joshua A. Sussberg, P.C. (jsussberg@kirkland.com)
Nicole L. Greenblatt, P.C. (nicole.greenblatt@kirkland.com)
Mark McKane, P.C. (mark.mckane@kirkland.com)
Derek I. Hunter (derek.hunter@kirkland.com)
Maddison Levine (maddison.levine@kirkland.com)
Brian J. Nakhaimousa (brian.nakhaimousa@kirkland.com)

and

Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Attn: Edmon L. Morton, Esq. (emorton@ycst.com)
Matthew B. Lunn, Esq. (mlunn@ycst.com)
Allison S. Mielke, Esq. (amielke@ycst.com)

**Counsel to the Committee**
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor, P.O. Box 8705
Wilmington, DE 19899
Attn: Bradford J. Sandler, Esq. (bsandler@pszjlaw.com)
Peter J. Keane, Esq. (pkeane@pszjlaw.com)

and

1700 Broadway, 36th Floor
New York, NY 10019
Attn: Robert J. Feinstein, Esq. (rfeinstein@pszjlaw.com)
Shirley S. Cho, Esq. (scho@pszjlaw.com)
Theodore S. Heckel, Esq. (theckel@pszjlaw.com)

**The U.S. Trustee**
J. Caleb Boggs Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Attn: Timothy J. Fox, Esq. (timothy.fox@usdoj.gov)

**Counsel to the DIP Lenders and Ad Hoc Group of First Lien Lenders**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Jayme Goldstein, Esq. (jaymegoldstein@paulhastings.com)
Jeremy Evans, Esq. (jeremyevans@paulhastings.com)
Isaac Sasson, Esq. (isaacsasson@paulhastings.com)

and

Landis Rath & Cobb LLP
919 N. Market Street Suite 1800
Wilmington, DE 19317
Attn: Adam G. Landis, Esq. (landis@lrclaw.com)
Matthew McGuire, Esq. (mcguire@lrclaw.com)

**Counsel to the DIP Agent**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Attn: Gregg Bateman, Esq. (bateman@sewkis.com)
Sagar Patel, Esq. (patel@sewkis.com)
Michael Danenberg, Esq.(danenberg@sewkis.com)

**The Fee Examiner**
Don F. Oliver
Direct Fee Review LLC
24A Trolley Square, #1225
Wilmington, Delaware, 19806
Email: dfr.dfo@gmail.com and dfr.wjd@gmail.com

**Counsel to the ABL Lenders and Counsel to the HoldCo Lenders**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Attn: Jennifer Ezring, Esq. (Jennifer.Ezring@lw.com)
James Ktsanes, Esq. (James.Ktsanes@lw.com)
Andrew Sorkin, Esq. (andrew.sorkin@lw.com)

**Counsel to the Second Lien Term Loan Lenders**
White & Case LLP
200 S Biscayne Blvd
Miami, FL 33131
Attn: Thomas Lauria, Esq. (tlauria@whitecase.com)

and

111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
Attn: Bojan Guzina, Esq. (bojan.guzina@whitecase.com)