# CERTIFICATE OF SERVICE

I, Alexis R. Gambale, hereby certify that on June 19, 2025, I caused a copy of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

/s/ *Alexis R. Gambale*
Alexis R. Gambale (No. 7150)
824 North Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 295-0145
Email: agambale@pashmanstein.com

*Counsel to the Trust*