## EXHIBIT A

**From:** Drena Connor <connor4drena@aol.com>
**Sent:** Tuesday, May 27, 2025 5:17 PM
**To:** Lease Administration <leaseadmin@petsuppliesplus.com>
**Cc:** Gary Froelich <gfroelich@ssdlaw.com>
**Subject:** Pet Supplies Store, Kettering, OH - 2024 CAM Billing

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders. If you are unsure of this email or its contents, please contact PSP Group IT Support.**

Attention:  Ashley Hatcher
　　　　　　Accounts Payables Department

Hello Ashley,

Attached is the 2024 CAM billing and backup invoices for the Pet Supplies Plus at 508 East Stroop Road, The Eichelberger Shopping Center, Kettering, OH  45429.

Please send email confirmation of receipt of this billing.

Thanks.

Drena Connor
The Jack W. Eichelberger Trust
3066 Kettering Blvd.
Moraine, OH  45439
PH (937) 271-7676
Email:  Connor4drena@aol.com

# JACK W. EICHELBERGER TRUST
## 3600 KETTERING BOULEVARD
## MORAINE, OHIO   45439
### TEL. (937) 224-0722

May 23, 2025

**VIA EMAIL:  pspcam@petsuppliesplus.com**

**Pet Supplies "Plus"**
17410 College Parkway
Livonia, MI   48152

### ATTENTION:  ASHLEY HATCHER
###              ACCOUNTS PAYABLE DEPARTMENT

**RE: Pet Supplies "Plus" Store**
       **508 East Stroop Road**
       **Eichelberger Shopping Center**
       **Kettering, Ohio   45429**

Dear Ms. Hatcher:

Enclosed please find a breakdown of the share of the CAM expenses for 2024 for the Pet Supplies "Plus" store at the Eichelberger Shopping Center as per your Lease Agreement. I have also included back-up invoices and receipts for these CAM expenses. Pet Supplies "Plus's" actual share of CAM expenses for 2024 were $15,348.58. However, since your Lease stipulates a 3% CAP over the previous year's CAM of $9,829.20, the share of CAM expenses for 2024 will be reduced to $10,124.08. Please forward a check to my office in the sum of $10,124.08.

Thank you for your attention to this matter.

Sincerely,

Drena Connor
Property Manager

pc:  Gary L. Froelich, Trustee/Attorney

Encls.

# 2024 CAM CHARGES

**NOTE:** Pet Supplies "Plus's" 10,200 sq. ft. represents 11.10% of the shopping center's 91,901 sq. ft

## GROUNDS MAINTENANCE

**A. Total Grounds Keeping** for 2024 was $8,575.00. Pet Supplies "Plus's share ($8,575.00 X .1110) is $951.83. (Statements from Dayton Landscaping enclosed.)

## SNOW AND ICE REMOVAL & SALT TREATMENT

Services rendered by Dayton Landscaping in 2024 were $14,500.00. Pet Supplies "Plus's" share ($14,500.00 X .1110) is $1,609.50. (Invoices enclosed.)

## PARKING LOT SWEEPING AND CLEANING

Services rendered by DSS Sweeping Services, Inc. in 2024 were $14,081.50. Pet Supplies "Plus's" share ($14,081.50 X .1110) is $1,563.05. (Invoices enclosed.)

## ELECTRIC

Service (For center sign and parking lot lights) for 2024 provided by AES Ohio were $1,993.74 Pet Supplies "Plus's" share ($1,993.74 X .1110) is $221.31. (Invoices enclosed.)

## COMMON AREA REPAIR AND MAINTENANCE

**Fence Repair** – Repairs to PVC Fence on east side of Center and wood fence on rear of Center. Work provided by Allied Fence Bldrs. and Kevin Smith in the amount of $8,100.00. Pet Supplies "Plus's" share ($8,100.00 X .1110) is $899.10. (Invoices enclosed.)

(Continued on Page Two)

PAGE TWO

## COMMON AREA REPAIR AND MAINTENANCE (Cont'd)

**Brick Wall Repairs** — Repairs to brick wall at rear of shopping center and brick wall on northeast side of shopping center. Work provided by Hanny Masonry and Kevin Smith. Brick wall repair at rear of shopping center was an insurance claim of which we only paid a deductible of $1,000. The total for the deductible and repair of other brick wall was $2,200.00. Pet Supplies "Plus's" share ($2,200.00 X .1110) is $244.20.

**Power Washed & Painted Back Wall Of Shopping Center** — Work provided by Pacesetter Painting and Kevin Smith in the amount of $2,750.00. Pet Supplies "Plus's" share ($2,750.00 X .1110) is $305.25. (Invoices enclosed.)

**Soffit Repair** under canopy on northwest corner of shopping center. Work provided by Pure Drywall Inc. in the amount of $4,271.94. Pet Supplies "Plus's" share ($4,271.94 X .1110) is $474.19.

## INSURANCE

The Jack W. Eichelberger Trust carries a commercial insurance policy through Marsh & McLennan Agency that covers the shopping center common area. The insurance premium for the Eichelberger Shopping Center for the policy period 1-1-2024 through 12-31-2024 was $13,552.46. Pet Supplies "Plus's" share of that premium ($13,552.46 X .67**) is $9,080.15.

** Pet Supplies "Plus's" 10,200 sq. ft. represents 67% of the shopping center's 15,176 sq. ft. (91,901 sq. ft. – total number of sq. ft. occupied by the tenants at the shopping center less 76,725 sq. ft. – amount of sq. ft. in Kroger's Store.)

(Continued on Page Three)

PAGE THREE

Summary of Pet Supplies "Plus's" share of expenses for 2024:

| | | |
|---|---|---:|
| GROUNDS MAINTENANCE | | |
| TOTAL GROUNDS KEEPING | | $ 951.83 |
| SNOW & ICE REMOVAL & SALT TREATMENTS | | 1,609.50 |
| PARKING LOT SWEEPING & CLEANING | | 1,563.05 |
| ELECTRIC | | 221.31 |
| COMMON AREA REPAIR AND MAINTENANCE | | |
| FENCE REPAIR | | 899.10 |
| BRICK WALL REPAIRS | | 244.20 |
| BACK WALL MAINTENANCE | | 305.25 |
| SOFFIT REPAIR | | 474.19 |
| INSURANCE | | 9,080.15 |
| | TOTAL | $15,348.58 |