## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 20, 2025, the foregoing *Jack W. Eichelberger Trust's Objection to Debtors' Notice of Third Amended Plan Supplement Concerning Assumption of Executory Contracts, Unexpired Leases, and Associated Cure Costs* was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to those requesting notice pursuant to Bankruptcy Rule 2002, and other interested parties via the CM/ECF system.

                                                          */s/ Alexis R. Gambale*
                                                        *Counsel for the Jack W. Eichelberger Trust*