IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FRANCHISE GROUP., *et al.*, | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Christopher S. Baxter of Sebaly Shillito + Dyer, 220 E. Monument Avenue, Suite 500, Dayton, Ohio 45402, to represent the Jack W. Eichelberger Trust in the above-captioned proceeding.

Dated: June 19, 2025

*By: /s/ Alexis R. Gambale*
Alexis R. Gambale, Esq. (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 07601
Tel: (302) 592-6496
Email: agambale@pashmanstein.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of the Court for District Court.

Dated: June 19, 2025

*/s/ Christopher S. Baxter*
Christopher S. Baxter, Esq.
**SEBALY SHILLITO + DYER**
220 E. Monument Avenue, Suite 500
Dayton, Ohio 45402
Telephone: (937) 853-1109
Email: cbaxter@ssdlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

**Dated: June 20th, 2025**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**