# EXHIBIT B

Franchise Group, Inc.

| | |
|---|---|
| Invoice Date: | June 23, 2025 |
| Invoice Number: | 50062053 |
| Matter Number: | 103996.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/01/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/01/25 | Photocopy Charges Duplication | 110.00 | 11.00 |
| 05/01/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/01/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/01/25 | Photocopy Charges Duplication | 2,373.00 | 237.30 |
| 05/01/25 | Photocopy Charges Duplication | 156.00 | 15.60 |
| 05/01/25 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 05/01/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/01/25 | Photocopy Charges Duplication | 36.00 | 3.60 |
| 05/01/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/01/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/02/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/02/25 | Photocopy Charges Duplication | 27.00 | 2.70 |
| 05/02/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/02/25 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 05/02/25 | Photocopy Charges Duplication | 42.00 | 4.20 |
| 05/02/25 | Color Photocopy Charges Duplication | 14.00 | 11.20 |
| 05/02/25 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1140193 | 1.00 | 37.00 |
| 05/02/25 | Photocopy Charges Duplication | 83.00 | 8.30 |
| 05/02/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 05/02/25 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 05/02/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 05/02/25 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 05/02/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/02/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/02/25 | Docket Retrieval / Search | 23.00 | 2.30 |
| 05/02/25 | Photocopy Charges Duplication | 66.00 | 6.60 |
| 05/02/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 05/02/25 | Computerized Legal Research Westlaw Search by: GAWRYSIAK,SARAH | 89.00 | 323.27 |
| 05/02/25 | Photocopy Charges Duplication | 102.00 | 10.20 |
| 05/02/25 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 05/03/25 | Computerized Legal Research Westlaw Search by: GAWRYSIAK,SARAH | 10.00 | 36.32 |
| 05/05/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/05/25 | Photocopy Charges Duplication | 2,657.00 | 265.70 |

Franchise Group, Inc.

| | |
|---|---|
| Invoice Date: | June 23, 2025 |
| Invoice Number: | 50062053 |
| Matter Number: | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 05/05/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/05/25 | Photocopy Charges Duplication | 36.00 | 3.60 |
| 05/05/25 | Reliable Wilmington - Deposition/Transcript Transcript from 4/3/25 Franchise Group Hearing (67 pages @ $8.70 per page) | 1.00 | 582.90 |
| 05/05/25 | Reliable Wilmington - Deposition/Transcript Transcript from 4/7/25 Franchise Group Hearing (41 pages @ $8.70 per page) | 1.00 | 356.70 |
| 05/05/25 | Parcels, Inc. - Download and blowback from ShareFile x6 3 hole punch Clip DI 1408 &amp; Sale - EX B 1141942 | 1.00 | 600.30 |
| 05/05/25 | Parcels, Inc. - Download and blowback from ShareFile x2 Insert tabs Place into binder with cover/spine K&amp;E Sale Binder 1143210 | 1.00 | 696.10 |
| 05/05/25 | Photocopy Charges Duplication | 22.00 | 2.20 |
| 05/05/25 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/05/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/05/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 05/05/25 | Photocopy Charges Duplication | 3,978.00 | 397.80 |
| 05/05/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/05/25 | Docket Retrieval / Search | 16.00 | 1.60 |
| 05/05/25 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 05/05/25 | Docket Retrieval / Search | 14.00 | 1.40 |
| 05/05/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/05/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/05/25 | Photocopy Charges Duplication | 50.00 | 5.00 |
| 05/05/25 | Docket Retrieval / Search | 12.00 | 1.20 |
| 05/05/25 | Photocopy Charges Duplication | 154.00 | 15.40 |
| 05/06/25 | Photocopy Charges Duplication | 120.00 | 12.00 |
| 05/06/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 05/06/25 | Photocopy Charges Duplication | 77.00 | 7.70 |
| 05/06/25 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1140856 | 1.00 | 0.10 |
| 05/06/25 | Parcels, Inc. - Terra Cafe and Grill 1140883 | 1.00 | 45.00 |
| 05/06/25 | Parcels, Inc. - Terra Cafe and Grill 1140883 | 1.00 | 601.75 |
| 05/06/25 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1140878 | 1.00 | 0.10 |
| 05/06/25 | Parcels, Inc. - Judge Silverstein's Courtroom #2 YCST 1140880 | 1.00 | 0.10 |
| 05/06/25 | Color Photocopy Charges Duplication | 1.00 | 0.80 |
| 05/06/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 05/06/25 | Photocopy Charges Duplication | 120.00 | 12.00 |
| 05/06/25 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 05/06/25 | Photocopy Charges Duplication | 12.00 | 1.20 |

Franchise Group, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 23, 2025 |
| Invoice Number: | | 50062053 |
| Matter Number: | | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/06/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/06/25 | Photocopy Charges Duplication | 108.00 | 10.80 |
| 05/06/25 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/06/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 05/06/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/06/25 | Photocopy Charges Duplication | 120.00 | 12.00 |
| 05/07/25 | Food for Thought, Inc. - Working Meals Breakfast for YCST/Kirkland Ellis Attorneys prior to 5/6 Hearing (meal for approximately 15 people) | 1.00 | 343.00 |
| 05/07/25 | Clerk, United States District Court - Court Costs | 1.00 | 300.00 |
| 05/07/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/07/25 | Docket Retrieval / Search | 19.00 | 1.90 |
| 05/07/25 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/07/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/08/25 | Federal Express Corporation - Federal Express CLERK USDC MIDDLE DISTRICT OF FLORIDA 401 WEST CENTRAL BOULEVARD ORLANDO, FL 32801 | 1.00 | 26.85 |
| 05/08/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/08/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/08/25 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/08/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 05/08/25 | Docket Retrieval / Search | 16.00 | 1.60 |
| 05/09/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/09/25 | Reliable Wilmington - Deposition/Transcript Transcript from Franchise Group Hearing on 4/22/25 (23 pages @ $8.70 per page) | 1.00 | 200.10 |
| 05/09/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/12/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 05/12/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/12/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/12/25 | Photocopy Charges Duplication | 19.00 | 1.90 |
| 05/12/25 | Photocopy Charges Duplication | 103.00 | 10.30 |
| 05/12/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/12/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/12/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/13/25 | Color Photocopy Charges Duplication | 7.00 | 5.60 |
| 05/13/25 | Photocopy Charges Duplication | 103.00 | 10.30 |
| 05/13/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 05/13/25 | Docket Retrieval / Search | 17.00 | 1.70 |
| 05/13/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 05/13/25 | Photocopy Charges Duplication | 5.00 | 0.50 |

Franchise Group, Inc.

| | Invoice Date: | June 23, 2025 |
|---|---|---|
| | Invoice Number: | 50062053 |
| | Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/13/25 | Photocopy Charges Duplication | 2.00 | 0.20 |
| 05/13/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/13/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 05/13/25 | Photocopy Charges Duplication | 88.00 | 8.80 |
| 05/13/25 | Photocopy Charges Duplication | 117.00 | 11.70 |
| 05/13/25 | Photocopy Charges Duplication | 43.00 | 4.30 |
| 05/13/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/13/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 05/14/25 | Docket Retrieval / Search | 21.00 | 2.10 |
| 05/14/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/14/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/14/25 | Photocopy Charges Duplication | 190.00 | 19.00 |
| 05/14/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/14/25 | Docket Retrieval / Search | 17.00 | 1.70 |
| 05/14/25 | Color Photocopy Charges Duplication | 910.00 | 728.00 |
| 05/14/25 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/14/25 | Docket Retrieval / Search | 25.00 | 2.50 |
| 05/14/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/14/25 | Docket Retrieval / Search | 15.00 | 1.50 |
| 05/14/25 | Computerized Legal Research Westlaw Search by: LUNN,MATTHEW B | 8.00 | 29.06 |
| 05/14/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/14/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/14/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/14/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/14/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/14/25 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/15/25 | Photocopy Charges Duplication | 42.00 | 4.20 |
| 05/15/25 | Computerized Legal Research Westlaw Search by: KHOUDARI,MARIAM | 22.00 | 79.91 |
| 05/15/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 05/15/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/15/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 05/15/25 | Photocopy Charges Duplication | 28.00 | 2.80 |
| 05/15/25 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 05/15/25 | Photocopy Charges Duplication | 30.00 | 3.00 |
| 05/15/25 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 05/15/25 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 05/15/25 | Photocopy Charges Duplication | 78.00 | 7.80 |
| 05/15/25 | Photocopy Charges Duplication | 28.00 | 2.80 |

Franchise Group, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 23, 2025 |
| Invoice Number: | | 50062053 |
| Matter Number: | | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 05/15/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 05/15/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 05/15/25 | Photocopy Charges Duplication | 39.00 | 3.90 |
| 05/15/25 | Docket Retrieval / Search | 18.00 | 1.80 |
| 05/15/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 05/15/25 | Photocopy Charges Duplication | 723.00 | 72.30 |
| 05/15/25 | Photocopy Charges Duplication | 105.00 | 10.50 |
| 05/15/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 05/15/25 | Photocopy Charges Duplication | 749.00 | 74.90 |
| 05/15/25 | Photocopy Charges Duplication | 41.00 | 4.10 |
| 05/15/25 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 05/15/25 | Color Photocopy Charges Duplication | 5.00 | 4.00 |
| 05/15/25 | Color Photocopy Charges Duplication | 327.00 | 261.60 |
| 05/15/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 05/15/25 | Photocopy Charges Duplication | 41.00 | 4.10 |
| 05/15/25 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 05/15/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 05/15/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/15/25 | Color Photocopy Charges Duplication | 8.00 | 6.40 |
| 05/15/25 | Color Photocopy Charges Duplication | 24.00 | 19.20 |
| 05/15/25 | Photocopy Charges Duplication | 182.00 | 18.20 |
| 05/15/25 | Photocopy Charges Duplication | 43.00 | 4.30 |
| 05/15/25 | Photocopy Charges Duplication | 7,458.00 | 745.80 |
| 05/15/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 05/15/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/15/25 | Color Photocopy Charges Duplication | 13.00 | 10.40 |
| 05/15/25 | Photocopy Charges Duplication | 11.00 | 1.10 |
| 05/15/25 | Photocopy Charges Duplication | 43.00 | 4.30 |
| 05/15/25 | Color Photocopy Charges Duplication | 13.00 | 10.40 |
| 05/15/25 | Photocopy Charges Duplication | 219.00 | 21.90 |
| 05/15/25 | Photocopy Charges Duplication | 111.00 | 11.10 |
| 05/15/25 | Photocopy Charges Duplication | 182.00 | 18.20 |
| 05/15/25 | Photocopy Charges Duplication | 48.00 | 4.80 |
| 05/15/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 05/15/25 | Color Photocopy Charges Duplication | 13.00 | 10.40 |
| 05/15/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 05/15/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/15/25 | Color Photocopy Charges Duplication | 273.00 | 218.40 |
| 05/15/25 | Color Photocopy Charges Duplication | 44.00 | 35.20 |

Franchise Group, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 23, 2025 |
| Invoice Number: | | 50062053 |
| Matter Number: | | 103996.1001 |

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 05/15/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/15/25 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 05/15/25 | Photocopy Charges Duplication | 216.00 | 21.60 |
| 05/15/25 | Photocopy Charges Duplication | 17.00 | 1.70 |
| 05/15/25 | Photocopy Charges Duplication | 114.00 | 11.40 |
| 05/15/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/15/25 | Color Photocopy Charges Duplication | 11.00 | 8.80 |
| 05/15/25 | Photocopy Charges Duplication | 385.00 | 38.50 |
| 05/15/25 | Photocopy Charges Duplication | 69.00 | 6.90 |
| 05/15/25 | Photocopy Charges Duplication | 36.00 | 3.60 |
| 05/15/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 05/15/25 | Computerized Legal Research Westlaw Search by: MCELROY,KRISTIN L | 13.00 | 47.22 |
| 05/15/25 | Photocopy Charges Duplication | 51.00 | 5.10 |
| 05/16/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/16/25 | Photocopy Charges Duplication | 117.00 | 11.70 |
| 05/16/25 | Photocopy Charges Duplication | 333.00 | 33.30 |
| 05/16/25 | Photocopy Charges Duplication | 57.00 | 5.70 |
| 05/16/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 05/16/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/16/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 05/16/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/16/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 05/16/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 05/16/25 | Photocopy Charges Duplication | 51.00 | 5.10 |
| 05/16/25 | Photocopy Charges Duplication | 51.00 | 5.10 |
| 05/16/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/16/25 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 05/16/25 | Photocopy Charges Duplication | 18.00 | 1.80 |
| 05/16/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 05/16/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/16/25 | Photocopy Charges Duplication | 24.00 | 2.40 |
| 05/16/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/16/25 | Photocopy Charges Duplication | 4,802.00 | 480.20 |
| 05/16/25 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1142808 | 1.00 | 44.00 |
| 05/16/25 | Photocopy Charges Duplication | 440.00 | 44.00 |
| 05/16/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 05/16/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 05/16/25 | Photocopy Charges Duplication | 7.00 | 0.70 |

Franchise Group, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 23, 2025 |
| Invoice Number: | | 50062053 |
| Matter Number: | | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/16/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/16/25 | Photocopy Charges Duplication | 48.00 | 4.80 |
| 05/16/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 05/16/25 | Photocopy Charges Duplication | 102.00 | 10.20 |
| 05/16/25 | Photocopy Charges Duplication | 14.00 | 1.40 |
| 05/16/25 | Photocopy Charges Duplication | 75.00 | 7.50 |
| 05/16/25 | Photocopy Charges Duplication | 508.00 | 50.80 |
| 05/16/25 | Photocopy Charges Duplication | 36.00 | 3.60 |
| 05/16/25 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 05/16/25 | Docket Retrieval / Search | 18.00 | 1.80 |
| 05/16/25 | Photocopy Charges Duplication | 1,610.00 | 161.00 |
| 05/16/25 | Photocopy Charges Duplication | 35.00 | 3.50 |
| 05/16/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 05/16/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/16/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 05/16/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/16/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/16/25 | Photocopy Charges Duplication | 228.00 | 22.80 |
| 05/16/25 | Computerized Legal Research Westlaw Search by: KHOUDARI,MARIAM | 17.00 | 61.75 |
| 05/16/25 | Photocopy Charges Duplication | 309.00 | 30.90 |
| 05/18/25 | Docket Retrieval / Search | 26.00 | 2.60 |
| 05/18/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/18/25 | Parcels, Inc. - Blowback from Shar-file x 5 Insert tabs as instructed.  Place into binders with covers and spines Johnson Declaration 1143789 | 1.00 | 190.75 |
| 05/18/25 | Parcels, Inc. - Blowback from Shar-file x 5 Insert tabs as instructed Place into binders with covers and spines Grubb Declaration 1144697 | 1.00 | 98.25 |
| 05/18/25 | Parcels, Inc. - Blowback from Shar-file x 7 Insert tabs as instructed Place into binders with covers and spines DEBTORS� EXHIBIT BINDERS 1144680 | 1.00 | 8,264.95 |
| 05/18/25 | Parcels, Inc. - Blowback from Shar-file x 5 Insert tabs as instructed Place into binders with covers and spines Orlofsky Declaration 1144701 | 1.00 | 78.00 |
| 05/18/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/18/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/18/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/19/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/19/25 | Color Photocopy Charges Duplication | 10.00 | 8.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 90.00 | 72.00 |

Franchise Group, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 23, 2025 |
| Invoice Number: | | 50062053 |
| Matter Number: | | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 05/19/25 | Photocopy Charges Duplication | 39.00 | 3.90 |
| 05/19/25 | Color Photocopy Charges Duplication | 16.00 | 12.80 |
| 05/19/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/19/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/19/25 | Photocopy Charges Duplication | 226.00 | 22.60 |
| 05/19/25 | Color Photocopy Charges Duplication | 90.00 | 72.00 |
| 05/19/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 05/19/25 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 05/19/25 | Photocopy Charges Duplication | 10.00 | 1.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 7.00 | 5.60 |
| 05/19/25 | Photocopy Charges Duplication | 90.00 | 9.00 |
| 05/19/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/19/25 | Color Photocopy Charges Duplication | 11.00 | 8.80 |
| 05/19/25 | Photocopy Charges Duplication | 125.00 | 12.50 |
| 05/19/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 05/19/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/19/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 05/19/25 | Color Photocopy Charges Duplication | 2.00 | 1.60 |
| 05/19/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 05/19/25 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 05/19/25 | Color Photocopy Charges Duplication | 25.00 | 20.00 |
| 05/19/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 05/19/25 | Color Photocopy Charges Duplication | 10.00 | 8.00 |
| 05/19/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 05/19/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/19/25 | Photocopy Charges Duplication | 165.00 | 16.50 |
| 05/19/25 | Photocopy Charges Duplication | 27.00 | 2.70 |
| 05/19/25 | Color Photocopy Charges Duplication | 5.00 | 4.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 20.00 | 16.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 180.00 | 144.00 |
| 05/19/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/19/25 | Color Photocopy Charges Duplication | 3,068.00 | 2,454.40 |
| 05/19/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 05/19/25 | Photocopy Charges Duplication | 288.00 | 28.80 |
| 05/19/25 | Parcels, Inc. - Download and blowback from share file x10/x2 GBC bind/staple Confirmation Hearing Presentation 1144104 | 1.00 | 502.98 |
| 05/19/25 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1142921 | 1.00 | 58.00 |
| 05/19/25 | Parcels, Inc. - Parcels Inc. YCST 1143573 | 1.00 | 100.00 |

Franchise Group, Inc.

| | | |
|---|---|---|
| Invoice Date: | | June 23, 2025 |
| Invoice Number: | | 50062053 |
| Matter Number: | | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/19/25 | Photocopy Charges Duplication | 3.00 | 0.30 |
| 05/19/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 05/19/25 | Photocopy Charges Duplication | 270.00 | 27.00 |
| 05/19/25 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/19/25 | Color Photocopy Charges Duplication | 10.00 | 8.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 2,275.00 | 1,820.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 27.00 | 21.60 |
| 05/19/25 | Color Photocopy Charges Duplication | 27.00 | 21.60 |
| 05/19/25 | Photocopy Charges Duplication | 230.00 | 23.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 3,068.00 | 2,454.40 |
| 05/19/25 | Color Photocopy Charges Duplication | 50.00 | 40.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 80.00 | 64.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 455.00 | 364.00 |
| 05/19/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/19/25 | Color Photocopy Charges Duplication | 2.00 | 1.60 |
| 05/19/25 | Color Photocopy Charges Duplication | 1,358.00 | 1,086.40 |
| 05/19/25 | Color Photocopy Charges Duplication | 52.00 | 41.60 |
| 05/19/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 05/19/25 | Photocopy Charges Duplication | 2,305.00 | 230.50 |
| 05/19/25 | Color Photocopy Charges Duplication | 910.00 | 728.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 119.00 | 95.20 |
| 05/19/25 | Photocopy Charges Duplication | 3.00 | 0.30 |
| 05/19/25 | Photocopy Charges Duplication | 240.00 | 24.00 |
| 05/19/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/19/25 | Photocopy Charges Duplication | 108.00 | 10.80 |
| 05/19/25 | Photocopy Charges Duplication | 1.00 | 0.10 |
| 05/19/25 | Color Photocopy Charges Duplication | 18.00 | 14.40 |
| 05/19/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 05/19/25 | Photocopy Charges Duplication | 40.00 | 4.00 |
| 05/19/25 | Photocopy Charges Duplication | 126.00 | 12.60 |
| 05/19/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 05/19/25 | Photocopy Charges Duplication | 113.00 | 11.30 |
| 05/19/25 | Color Photocopy Charges Duplication | 20.00 | 16.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 10.00 | 8.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 10.00 | 8.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 100.00 | 80.00 |
| 05/19/25 | DVD / CD / TD | 1.00 | 20.00 |
| 05/19/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 05/19/25 | Photocopy Charges Duplication | 2.00 | 0.20 |

Franchise Group, Inc.

| | Invoice Date: | June 23, 2025 |
| --- | --- | --- |
| | Invoice Number: | 50062053 |
| | Matter Number: | 103996.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
| --- | --- | --- | --- |
| 05/19/25 | Photocopy Charges Duplication | 27.00 | 2.70 |
| 05/19/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/19/25 | Color Photocopy Charges Duplication | 65.00 | 52.00 |
| 05/19/25 | Photocopy Charges Duplication | 922.00 | 92.20 |
| 05/19/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 05/19/25 | Color Photocopy Charges Duplication | 16.00 | 12.80 |
| 05/19/25 | Color Photocopy Charges Duplication | 205.00 | 164.00 |
| 05/19/25 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/19/25 | Photocopy Charges Duplication | 9.00 | 0.90 |
| 05/19/25 | Photocopy Charges Duplication | 461.00 | 46.10 |
| 05/19/25 | Photocopy Charges Duplication | 15.00 | 1.50 |
| 05/19/25 | Color Photocopy Charges Duplication | 13.00 | 10.40 |
| 05/19/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 05/19/25 | Color Photocopy Charges Duplication | 20.00 | 16.00 |
| 05/19/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/19/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/19/25 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/19/25 | Color Photocopy Charges Duplication | 180.00 | 144.00 |
| 05/19/25 | Color Photocopy Charges Duplication | 11.00 | 8.80 |
| 05/19/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 05/19/25 | Color Photocopy Charges Duplication | 305.00 | 244.00 |
| 05/19/25 | Photocopy Charges Duplication | 1,405.00 | 140.50 |
| 05/19/25 | Photocopy Charges Duplication | 5.00 | 0.50 |
| 05/19/25 | Color Photocopy Charges Duplication | 20.00 | 16.00 |
| 05/19/25 | Photocopy Charges Duplication | 48.00 | 4.80 |
| 05/20/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/20/25 | Photocopy Charges Duplication | 23.00 | 2.30 |
| 05/20/25 | Color Photocopy Charges Duplication | 15.00 | 12.00 |
| 05/20/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/20/25 | Color Photocopy Charges Duplication | 2.00 | 1.60 |
| 05/20/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 05/20/25 | Photocopy Charges Duplication | 640.00 | 64.00 |
| 05/20/25 | Photocopy Charges Duplication | 8.00 | 0.80 |
| 05/20/25 | Photocopy Charges Duplication | 462.00 | 46.20 |
| 05/20/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/20/25 | Photocopy Charges Duplication | 42.00 | 4.20 |
| 05/20/25 | Parcels, Inc. - YCST Judge Silverstein's Courtroom #2 1143161 | 1.00 | 325.00 |
| 05/20/25 | Color Photocopy Charges Duplication | 18.00 | 14.40 |

Franchise Group, Inc.

| | Invoice Date: | June 23, 2025 |
|---|---|---|
| | Invoice Number: | 50062053 |
| | Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/20/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 05/20/25 | Photocopy Charges Duplication | 16.00 | 1.60 |
| 05/20/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 05/20/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/20/25 | Color Photocopy Charges Duplication | 21.00 | 16.80 |
| 05/20/25 | Photocopy Charges Duplication | 115.00 | 11.50 |
| 05/20/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/20/25 | Color Photocopy Charges Duplication | 18.00 | 14.40 |
| 05/20/25 | Color Photocopy Charges Duplication | 15.00 | 12.00 |
| 05/20/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/20/25 | Color Photocopy Charges Duplication | 4.00 | 3.20 |
| 05/20/25 | Photocopy Charges Duplication | 240.00 | 24.00 |
| 05/20/25 | Photocopy Charges Duplication | 7.00 | 0.70 |
| 05/20/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/20/25 | Photocopy Charges Duplication | 12.00 | 1.20 |
| 05/20/25 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 05/20/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/20/25 | Photocopy Charges Duplication | 6.00 | 0.60 |
| 05/21/25 | Parcels, Inc. - Judge Silverstein's Courtroom #2 YCST 1143456 | 1.00 | 325.00 |
| 05/21/25 | Food for Thought, Inc. - Working Meals Breakfast for approximately 40 people (YCST Attorneys and Fried Frank Attorneys) prior to 5/20 Hearing in FRG | 1.00 | 789.50 |
| 05/21/25 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/21/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/22/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/22/25 | Computerized Legal Research Westlaw Search by: ROLLO,EMILY | 5.00 | 18.16 |
| 05/22/25 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/23/25 | Docket Retrieval / Search | 25.00 | 2.50 |
| 05/23/25 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/23/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/24/25 | Computerized Legal Research Westlaw Search by: MCELROY,KRISTIN L | 13.00 | 47.22 |
| 05/28/25 | Photocopy Charges Duplication | 58.00 | 5.80 |
| 05/28/25 | BANKRUPTCY SECTION VISA - M&T - Filing Fee SBORO 5.18.8 $100 2 Pro Hac Vices BOLIV | 1.00 | 100.00 |
| 05/28/25 | FACILITIES VISA - M&T - Client Requested Food & Support | 1.00 | 13.03 |
| 05/28/25 | Color Photocopy Charges Duplication | 61.00 | 48.80 |

Franchise Group, Inc.

| | |
|---|---|
| Invoice Date: | June 23, 2025 |
| Invoice Number: | 50062053 |
| Matter Number: | 103996.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/28/25 | BANKRUPTCY SECTION VISA - M&T - Filing Fee SBORO 5.16.25 $150 3 Pro Hac Vices BOLIV | 1.00 | 150.00 |
| 05/29/25 | Photocopy Charges Duplication | 2.00 | 0.20 |
| 05/29/25 | Color Photocopy Charges Duplication | 6.00 | 4.80 |
| 05/29/25 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/30/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/30/25 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/30/25 | Docket Retrieval / Search | 4.00 | 0.40 |
| | **Total** | | **$31,526.57** |

**Cost Summary**

| Description | Amount |
|---|---|
| AP Outside Duplication Svcs | 10,431.33 |
| Client Requested Food & Support | 659.78 |
| Computerized Legal Research -WESTLAW | 642.91 |
| Court Costs | 300.00 |
| Delivery / Courier | 889.00 |
| Deposition/Transcript | 1,139.70 |
| Docket Retrieval / Search | 110.30 |
| Federal Express | 26.85 |
| Filing Fee | 250.00 |
| Litigation Support / Scan | 20.00 |
| Reproduction Charges | 15,924.20 |
| Working Meals | 1,132.50 |
| **Total** | **$31,526.57** |