**Exhibit A**
**Invoices**



# INVOICE

| | |
|---|---|
| **Invoice Date:** | **June 4, 2025** |
| **Invoice Number:** | **CINV-17423** |
| **Terms:** | **Due Upon Receipt** |

**TO:** Buddy's Home Furnishings
Franchise Group, Inc.
109 Innovation Court, Suite J
Delaware, OH 43015

**ATTENTION:** Tiffany McMillan-McWaters

**EMAIL:** tmcwaters@franchisegrp.com

**RE:** Lease Restructure

| Store ID | City, State | Total Value Secured | Base Lease Restructuring Fee | Restructured Lease Savings Fee | Term Extended Lease Fee | Term Shortened Lease Fee | Total Due to Hilco Real Estate |
|---|---|---|---|---|---|---|---|
| 3 | Orlando, FL | $252,183 | $1,000 | $929 | Waived | $5,898 | $7,827 |
| 15 | Lakeland, FL | $32,428 | $1,000 | $890 | $5,413 | $0 | $7,303 |
| 20 | Gainesville, FL | $47,256 | $1,000 | $2,008 | $6,773 | $0 | $9,781 |
| 24 | Kissimmee, FL | $42,173 | $1,000 | $1,792 | $4,206 | $0 | $6,998 |
| 34 | Deland, FL | $93,017 | $1,000 | $3,953 | $5,490 | $0 | $10,443 |
| 47 | Titusville, FL | $0 | $1,000 | $0 | $3,894 | $0 | $4,894 |
| 50 | Spring Hill, FL | $29,764 | $1,000 | $1,265 | $4,772 | $0 | $7,037 |
| 1023 | Victoria, TX | $31,932 | $1,000 | $1,357 | $3,972 | $0 | $6,329 |
| 1025 | Beeville, TX | $171,549 | $1,000 | $7,291 | $5,127 | $0 | $13,418 |
| | | | | | | **Total Due to Hilco Real Estate, LLC** | **$74,030** |

| | |
|---|---|
| **TOTAL DUE TO HILCO REAL ESTATE, LLC** | **$74,030** |



## BUDDY'S - HILCO DEAL SHEET

| | |
|---|---|
| Date Submitted | 4/8/2025 |
| Store ID | 3 |
| City, State | Orlando, FL |
| SQFT | 4,840 |
| 4-Wall EBITDA Contribution (NOV YTD) | ($22,765) |
| Go-Forward Contribution | ($13,425) |
| Landlord Contact | Mike Heith |
| Landlord Email | mgheith@bellsouth.net |
| HILCO Dealmaker | Adam Humerick |

**CURRENT PERIOD**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2025 | 7/31/2027 | 27 | $15.93 | $6,425.00 | $1,438.45 | $7,863.45 | $14.00 | $5,646.67 | $1,438.45 | $7,085.12 | $778 | $212,313 | $191,298 | $21,015 |
| | | **27** | | | | | | | | | | **$212,313** | **$191,298** | **$21,015** |

**OPTION PERIOD #1**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2027 | 7/31/2029 | 24 | $15.93 | $6,425.00 | $1,438.45 | $7,863.45 | $15.40 | $6,211.33 | $1,438.45 | $7,649.78 | $214 | $188,723 | $183,595 | $5,128 |
| 8/1/2029 | 7/31/2032 | 36 | $17.52 | $7,067.50 | $1,438.45 | $8,505.95 | $15.40 | $6,211.33 | $1,438.45 | $7,649.78 | $856 | $306,214 | $275,392 | $30,822 |
| | | **60** | | | | | | | | | | **$494,937** | **$458,987** | **$35,950** |

**OPTION PERIOD #2**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2032 | 7/31/2034 | 24 | $17.52 | $7,067.50 | $1,438.45 | $8,505.95 | $16.94 | $6,832.47 | $1,438.45 | $8,270.92 | $235 | $204,143 | $198,502 | $5,641 |
| 8/1/2034 | 7/31/2037 | 36 | - | New Lease Term | New Lease Term | - | $16.94 | $6,832.47 | $1,438.45 | $8,270.92 | N/A | N/A | $297,753 | N/A |
| | | **60** | | | | | | | | | | **$204,143** | **$496,255** | **$5,641** |

| | | |
|---|---|---|
| Effective Date | 5/1/2025 | |
| Contractual Expiration Date | 7/31/2029 | |
| Renegotiated Expiration Date | 7/31/2027 | |
| Total Months Contractual | 51 | |
| Total Months Renegotiated | 27 | |
| Total Additional Term (Months) | -24 | (CURRENT PERIOD) |
| Total Contractual Rent Owed | $212,313 | |
| Total Renegotiated Rent Owed | $191,298 | |
| Net % Base Rent Reduction | 12.11% | |
| Net % Gross Rent Reduction | 9.90% | |
| TOTAL RENT REDUCTION SAVINGS | $21,015 | (CURRENT PERIOD) |
| TOTAL TERM SHORTENED SAVINGS | $188,723 | |
| TOTAL SAVINGS AGAINST OPTION PERIODS | $41,591 | (OPTION PERIODS) |
| CURE WAIVER | $854 | |

**TOTAL VALUE SECURED** **$252,183**

| | |
|---|---|
| Base Lease Restructuring Fee | $1,000 |
| Restructured Lease Savings Fee | $929 |
| Term Extended Lease Fee | WAIVED |
| Term Shortened Lease Fee | $5,898 |
| Total Hilco Fee | $7,827 |

**Annualized Rent Reduction Savings – Current Period**

| | |
|---|---|
| 2025 | $6,226.67 |
| 2026 | $9,340.00 |
| 2027 | $5,448.33 |

**Annualized Rent Reduction Savings – Option Period #1**

| | |
|---|---|
| 2027 | $1,068.33 |
| 2028 | $2,564.00 |
| 2029 | $5,776.50 |
| 2030 | $10,274.00 |
| 2031 | $10,274.00 |
| 2032 | $5,993.17 |

**Annualized Rent Reduction Savings – Option Period #2**

| | |
|---|---|
| 2032 | $1,175.17 |
| 2033 | $2,820.40 |
| 2034 | $1,645.23 |
| 2035 | $0.00 |
| 2036 | $0.00 |
| 2037 | $0.00 |

**DEAL TERMS**

- The term of the lease shall be shortened twenty-four (24) months to expire on 7/31/27.
- Half of all pre-petition rent and cure amounts shall be waived ($1,708.78).
- Effective 5/1/25 - 7/31/27, annual Base Rent shall be equal to $67,760.00/year.
- Tenant shall retain their existing 5-year option, and shall gain an additional 5-year Option to renew the lease following 7/31/27. Each Option shall commence at a 10% increase in Base Rent.
  - Option Period 1: Effective 8/1/27 - 7/31/32, annual Base Rent shall be equal to $74,536.00/year.
  - Option Period 2: Effective 8/1/32 - 7/31/37, annual Base Rent shall be equal to $81,989.60/year.
- All other lease terms remain unchanged.

**Hilco Real Estate**

**BUDDY'S - HILCO DEAL SHEET**

| | |
|---|---|
| Date Submitted | 3/12/2025 |
| Store ID | 15 |
| City, State | Lakeland, FL |
| SQFT | 6,000 |
| 4-Wall EBITDA Contribution (NOV YTD) | $239,158 |
| Go-Forward Contribution | $243,618 |
| Landlord Contact | Brian Raznick |
| Landlord Email | braznick@taftlaw.com |
| HILCO Dealmaker | Todd Eyler |

**CURRENT PERIOD**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure | | | | Renegotiated Structure | | | | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | | | | |
| 6/1/2025 | 6/30/2025 | 1 | $8.92 | $4,460.00 | $2,757.41 | $7,217.41 | $0.00 | $0.00 | $2,757.41 | $2,757.41 | $4,460 | $7,217 | $2,757 | $4,460 |
| 7/1/2025 | 10/31/2025 | 4 | $8.92 | $4,460.00 | $2,757.41 | $7,217.41 | $8.92 | $4,460.00 | $2,757.41 | $7,217.41 | $0 | $28,870 | $28,870 | $0 |
| 11/1/2025 | 10/31/2026 | 12 | $9.10 | $4,549.20 | $2,757.41 | $7,306.61 | $8.92 | $4,460.00 | $2,757.41 | $7,217.41 | $89 | $87,679 | $86,609 | $1,070 |
| 11/1/2026 | 10/31/2027 | 12 | $9.28 | $4,640.18 | $2,757.41 | $7,397.59 | $8.92 | $4,460.00 | $2,757.41 | $7,217.41 | $180 | $88,771 | $86,609 | $2,162 |
| 11/1/2027 | 10/31/2028 | 12 | $9.47 | $4,732.99 | $2,757.41 | $7,490.40 | $8.92 | $4,460.00 | $2,757.41 | $7,217.41 | $273 | $89,885 | $86,609 | $3,276 |
| 11/1/2028 | 10/31/2029 | 12 | $9.66 | $4,827.65 | $2,757.41 | $7,585.06 | $8.92 | $4,460.00 | $2,757.41 | $7,217.41 | $368 | $91,021 | $86,609 | $4,412 |
| 11/1/2029 | 10/31/2030 | 12 | $9.85 | $4,924.20 | $2,757.41 | $7,681.61 | $8.92 | $4,460.00 | $2,757.41 | $7,217.41 | $464 | $92,179 | $86,609 | $5,570 |
| | | 65 | | | | | | | | | | $485,622 | $464,672 | $20,951 |

**OPTION PERIOD #1**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure | | | | Renegotiated Structure | | | | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | | | | |
| 11/1/2030 | 10/31/2031 | 12 | $10.05 | $5,022.68 | $2,757.41 | $7,780.09 | $9.10 | $4,549.20 | $2,757.41 | $7,306.61 | $473 | $93,361 | $87,679 | $5,682 |
| 11/1/2031 | 10/31/2032 | 12 | $10.25 | $5,123.14 | $2,757.41 | $7,880.55 | $9.28 | $4,640.18 | $2,757.41 | $7,397.59 | $483 | $94,567 | $88,771 | $5,795 |
| 11/1/2032 | 10/31/2033 | 12 | - | New Lease Term | New Lease Term | - | $9.47 | $4,732.99 | $2,757.41 | $7,490.40 | N/A | N/A | $89,885 | N/A |
| 11/1/2033 | 10/31/2034 | 12 | - | New Lease Term | New Lease Term | - | $9.66 | $4,827.65 | $2,757.41 | $7,585.06 | N/A | N/A | $91,021 | N/A |
| 11/1/2034 | 10/31/2035 | 12 | - | New Lease Term | New Lease Term | - | $9.85 | $4,924.20 | $2,757.41 | $7,681.61 | N/A | N/A | $92,179 | N/A |
| | | 60 | | | | | | | | | | $187,928 | $449,535 | $11,477 |

| | |
|---|---|
| Effective Date | 6/1/2025 |
| Contractual Expiration Date | 10/31/2027 |
| Renegotiated Expiration Date | 10/31/2030 |
| Total Months Contractual | 29 |
| Total Months Renegotiated | 65 |
| Total Additional Term (Months) | 36 (CURRENT PERIOD) |
| Total Contractual Rent Owed | $485,622 |
| Total Renegotiated Rent Owed | $464,672 |
| Net % Base Rent Reduction | 6.84% |
| Net % Gross Rent Reduction | 4.31% |
| TOTAL RENT REDUCTION SAVINGS | $20,951 (CURRENT PERIOD) |
| TOTAL SAVINGS AGAINST OPTION PERIODS | $11,477 (OPTION PERIODS) |
| **TOTAL VALUE SECURED** | **$32,428** |

**Annualized Rent Reduction Savings Current Period**

| | |
|---|---|
| 2025 | $4,638.40 |
| 2026 | $1,252.37 |
| 2027 | $2,347.82 |
| 2028 | $3,465.17 |
| 2029 | $4,604.88 |
| 2030 | $4,642.00 |

**Annualized Rent Reduction Savings Option Period #1**

| | |
|---|---|
| 2030 | $946.97 |
| 2031 | $5,700.75 |
| 2032 | $4,829.54 |
| 2033 | $0.00 |
| 2034 | $0.00 |
| 2035 | $0.00 |

| | |
|---|---|
| Base Lease Restructuring Fee | $1,000 |
| Restructured Lease Savings Fee | $890 |
| Term Extended Lease Fee | $5,413 |
| Term Shortened Lease Fee | $0 |
| **Total Hilco Fee** | **$7,303** |

**DEAL TERMS**

- The term of the lease shall be extended thirty-six (36) months to expire on 10/31/30.
- All pre-petition rent and cure amounts shall be waived (if any).
- Tenant shall receive one month of base rent abatement upon emergence from bankruptcy.
- Effective 7/1/25 - 10/31/30, annual Base Rent shall be equal to $53,520.00/year.
- Tenant shall retain their existing 5-year option to renew the lease following 10/31/30. The Option terms shall remain pursuant to the current lease.
  - Option Period 1: Effective 11/1/30 - 10/31/31, annual Base Rent shall be equal to $54,590.40/year, with 2% increases in Base Rent every 11/1 thereafter until expiration.
- All other lease terms remain unchanged.

*NOTE: Emergence from bankruptcy is assumed to be on 6/1/25.



Hilco Real Estate

## BUDDY'S - HILCO DEAL SHEET

| | |
|---|---|
| Date Submitted | 3/11/2025 |
| Store ID | 20 |
| City, State | Gainesville, FL |
| SQFT | 7,160 |
| 4-Wall EBITDA Contribution (NOV YTD) | $85,753 |
| Go-Forward Contribution | $98,641 |
| Landlord Contact | Allison Schreck |
| Landlord Email | ASchreck@essentialgrowth.com |
| HILCO Dealmaker | Todd Eyler |

**CURRENT PERIOD**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Contractual Structure: Base Rent / Month | Contractual Structure: NNNs / Month | Contractual Structure: Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Renegotiated Structure: Base Rent / Month | Renegotiated Structure: NNNs / Month | Renegotiated Structure: Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2025 | 1/31/2029 | 44 | $8.80 | $5,250.67 | $3,779.52 | $9,030.19 | $7.00 | $4,176.67 | $3,779.52 | $7,956.19 | $1,074 | $397,328 | $350,072 | $47,256 |
| | | **44** | | | | | | | | | | **$397,328** | **$350,072** | **$47,256** |

**OPTION PERIOD #1**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Contractual Structure: Base Rent / Month | Contractual Structure: NNNs / Month | Contractual Structure: Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Renegotiated Structure: Base Rent / Month | Renegotiated Structure: NNNs / Month | Renegotiated Structure: Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/1/2029 | 1/31/2034 | 60 | - | New Lease Term | New Lease Term | - | $9.65 | $5,757.83 | $3,779.52 | $9,537.35 | N/A | N/A | $572,241 | N/A |
| | | **60** | | | | | | | | | | **$0** | **$572,241** | **$0** |

| | | |
|---|---|---|
| Effective Date | 6/1/2025 | |
| Contractual Expiration Date | 1/31/2029 | |
| Renegotiated Expiration Date | 1/31/2029 | |
| Total Months Contractual | 44 | |
| Total Months Renegotiated | 44 | |
| Total Additional Term (Months) | **0** | (CURRENT PERIOD) |
| Total Contractual Rent Owed | $397,328 | |
| Total Renegotiated Rent Owed | $350,072 | |
| Net % Base Rent Reduction | 20.45% | |
| Net % Gross Rent Reduction | 11.89% | |
| TOTAL RENT REDUCTION SAVINGS | **$47,256** | (CURRENT PERIOD) |
| TOTAL SAVINGS AGAINST OPTION PERIODS | **$0** | (OPTION PERIODS) |

**TOTAL VALUE SECURED** **$47,256**

**Annualized Rent Reduction Savings Current Period**

| | |
|---|---|
| 2025 | $7,518.02 |
| 2026 | $12,888.04 |
| 2027 | $12,888.04 |
| 2028 | $12,888.04 |
| 2029 | $1,074.00 |

**Annualized Rent Reduction Savings Option Period #1**

| | |
|---|---|
| 2029 | $0.00 |
| 2030 | $0.00 |
| 2031 | $0.00 |
| 2032 | $0.00 |
| 2033 | $0.00 |
| 2034 | $0.00 |

| | |
|---|---|
| Base Lease Restructuring Fee | $1,000 |
| Restructured Lease Savings Fee | $2,008 |
| Term Extended Lease Fee | $6,773 |
| Term Shortened Lease Fee | $0 |
| Total Hilco Fee | $9,781 |

**DEAL TERMS**

- The term of the lease shall remain unchanged (expires 1/31/29).
- All pre-petition rent and cure amounts shall be waived ($600), landlord is ok with this as long as the balance does not increase.
- Effective 6/1/25 - 1/31/29, annual Base Rent shall be equal to $50,120.00/year.
- Tenant shall receive one, 5-year option to renew the lease following 1/31/29.
  - Option Period 1: Effective 2/1/29 - 1/31/34, annual Base Rent shall be equal to $69,094.00/year.
- All other lease terms remain unchanged.

**Hilco Real Estate**

**BUDDY'S - HILCO DEAL SHEET**

| | |
|---|---|
| Date Submitted | 3/6/2025 |
| Store ID | 24 |
| City, State | Kissimmee, FL |
| SQFT | 4,000 |
| 4-Wall EBITDA Contribution (NOV YTD) | $211,684 |
| Go-Forward Contribution | $219,070 |
| Landlord Contact | Carmen Cuello |
| Landlord Email | ccuello@earthlink.net |
| HILCO Dealmaker | Adam Humerick |

**CURRENT PERIOD**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure | | | | Renegotiated Structure | | | | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | | | | |
| 4/1/2025 | 6/30/2025 | 3 | $13.00 | $4,333.33 | $1,274.64 | $5,607.97 | $11.50 | $3,833.33 | $1,274.64 | $5,107.97 | $500 | $16,824 | $15,324 | $1,500 |
| 7/1/2025 | 6/30/2027 | 24 | $13.52 | $4,506.67 | $1,274.64 | $5,781.31 | $11.50 | $3,833.33 | $1,274.64 | $5,107.97 | $673 | $138,751 | $122,591 | $16,160 |
| 7/1/2027 | 6/30/2028 | 12 | $14.06 | $4,686.67 | $1,274.64 | $5,961.31 | $11.85 | $3,948.33 | $1,274.64 | $5,222.97 | $738 | $71,536 | $62,676 | $8,860 |
| 7/1/2028 | 6/30/2029 | 12 | $14.06 | $4,686.67 | $1,274.64 | $5,961.31 | $12.20 | $4,066.78 | $1,274.64 | $5,341.42 | $620 | $71,536 | $64,097 | $7,439 |
| 7/1/2029 | 6/30/2030 | 12 | $14.62 | $4,873.33 | $1,274.64 | $6,147.97 | $12.57 | $4,188.79 | $1,274.64 | $5,463.43 | $685 | $73,776 | $65,561 | $8,215 |
| | | 63 | | | | | | | | | | $372,422 | $330,249 | $42,173 |

**OPTION PERIOD #1**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure | | | | Renegotiated Structure | | | | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | | | | |
| 7/1/2030 | 6/30/2031 | 12 | - | New Lease Term | New Lease Term | - | $12.94 | $4,314.45 | $1,274.64 | $5,589.09 | N/A | N/A | $67,069 | N/A |
| 7/1/2031 | 6/30/2032 | 12 | - | New Lease Term | New Lease Term | - | $13.33 | $4,443.88 | $1,274.64 | $5,718.52 | N/A | N/A | $68,622 | N/A |
| 7/1/2032 | 6/30/2033 | 12 | - | New Lease Term | New Lease Term | - | $13.73 | $4,577.20 | $1,274.64 | $5,851.84 | N/A | N/A | $70,222 | N/A |
| 7/1/2033 | 6/30/2034 | 12 | - | New Lease Term | New Lease Term | - | $14.14 | $4,714.52 | $1,274.64 | $5,989.16 | N/A | N/A | $71,870 | N/A |
| 7/1/2034 | 6/30/2035 | 12 | - | New Lease Term | New Lease Term | - | $14.57 | $4,855.95 | $1,274.64 | $6,130.59 | N/A | N/A | $73,567 | N/A |
| | | 60 | | | | | | | | | | $0 | $351,350 | $0 |

**OPTION PERIOD #2**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure | | | | Renegotiated Structure | | | | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | | | | |
| 7/1/2035 | 6/30/2036 | 12 | - | New Lease Term | New Lease Term | - | $15.00 | $5,001.63 | $1,274.64 | $6,276.27 | N/A | N/A | $75,315 | N/A |
| 7/1/2036 | 6/30/2037 | 12 | - | New Lease Term | New Lease Term | - | $15.46 | $5,151.68 | $1,274.64 | $6,426.32 | N/A | N/A | $77,116 | N/A |
| 7/1/2037 | 6/30/2038 | 12 | - | New Lease Term | New Lease Term | - | $15.92 | $5,306.23 | $1,274.64 | $6,580.87 | N/A | N/A | $78,970 | N/A |
| 7/1/2038 | 6/30/2039 | 12 | - | New Lease Term | New Lease Term | - | $16.40 | $5,465.42 | $1,274.64 | $6,740.06 | N/A | N/A | $80,881 | N/A |
| 7/1/2039 | 6/30/2040 | 12 | - | New Lease Term | New Lease Term | - | $16.89 | $5,629.38 | $1,274.64 | $6,904.02 | N/A | N/A | $82,848 | N/A |
| | | 60 | | | | | | | | | | $0 | $395,130 | $0 |

| | |
|---|---|
| Effective Date | 4/1/2025 |
| Contractual Expiration Date | 6/30/2030 |
| Renegotiated Expiration Date | 6/30/2030 |
| Total Months Contractual | 63 |
| Total Months Renegotiated | 63 |
| Total Additional Term (Months) | 0 | (CURRENT PERIOD) |
| Total Contractual Rent Owed | $372,422 |
| Total Renegotiated Rent Owed | $330,249 |
| Net % Base Rent Reduction | 14.44% |
| Net % Gross Rent Reduction | 11.32% |
| TOTAL RENT REDUCTION SAVINGS | $42,173 | (CURRENT PERIOD) |
| TOTAL SAVINGS AGAINST OPTION PERIODS | $0 | (OPTION PERIODS) |
| **TOTAL VALUE SECURED** | **$42,173** |
| Base Lease Restructuring Fee | $1,000 |
| Restructured Lease Savings Fee | $1,792 |
| Term Extended Lease Fee | $4,206 |
| Term Shortened Lease Fee | $0 |
| Total Hilco Fee | $6,998 |

**Annualized Rent Reduction Savings — Current Period**

| Year | Savings |
|---|---|
| 2025 | $5,540.01 |
| 2026 | $8,080.04 |
| 2027 | $8,470.04 |
| 2028 | $8,149.34 |
| 2029 | $7,826.58 |
| 2030 | $4,107.26 |

**Annualized Rent Reduction Savings — Option Period #1**

| Year | Savings |
|---|---|
| 2030 | $0.00 |
| 2031 | $0.00 |
| 2032 | $0.00 |
| 2033 | $0.00 |
| 2034 | $0.00 |
| 2035 | $0.00 |

**Annualized Rent Reduction Savings — Option Period #2**

| Year | Savings |
|---|---|
| 2035 | $0.00 |
| 2036 | $0.00 |
| 2037 | $0.00 |
| 2038 | $0.00 |
| 2039 | $0.00 |
| 2040 | $0.00 |

**DEAL TERMS**

- The term of the lease shall remain unchanged (expires 6/30/30).
- All pre-petition rent and cure amounts shall be waived (if any).
- Effective 4/1/25 - 6/30/27, annual Base Rent shall be equal to $46,000.00/year, with 3% increases in Base Rent every 7/1 thereafter through expiration.
- Tenant shall receive 2x5-year options to renew the lease following 6/30/30.
   - Option Period 1: Effective 7/1/30 - 6/30/31, annual Base Rent shall be equal to $51,773.41/year, with 3% increases in Base Rent every 7/1 thereafter through expiration.
   - Option Period 2: Effective 7/1/35 - 6/30/36, annual Base Rent shall be equal to $60,019.57/year, with 3% increases in Base Rent every 7/1 thereafter through expiration.
- All other lease terms remain unchanged.

Hilco Real Estate

## BUDDY'S - HILCO DEAL SHEET

| | |
|---|---|
| Date Submitted | 3/28/2025 |
| Store ID | 34 |
| City, State | Deland, FL |
| SQFT | 4,200 |
| 4-Wall EBITDA Contribution (NOV YTD) | $405,554 |
| Go-Forward Contribution | $405,554 |
| Landlord Contact | Alton R Brown III |
| Landlord Email | tbrown@pelicangrp.com |
| HILCO Dealmaker | Adam Humerick |

**CURRENT PERIOD**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/1/2025 | 10/31/2030 | 60 | $17.54 | $6,139.00 | $1,181.08 | $7,320.08 | $14.44 | $5,054.00 | $1,181.08 | $6,235.08 | $1,085 | $439,205 | $374,105 | $65,100 |
| | | **60** | | | | | | | | | | **$439,205** | **$374,105** | **$65,100** |

**OPTION PERIOD #1**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/1/2030 | 10/31/2035 | 60 | - | New Lease Term | New Lease Term | - | $16.17 | $5,660.48 | $1,181.08 | $6,841.56 | N/A | N/A | $410,494 | N/A |
| | | **60** | | | | | | | | | | **$0** | **$410,494** | **$0** |

**OPTION PERIOD #2**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/1/2035 | 10/31/2040 | 60 | - | New Lease Term | New Lease Term | - | $18.11 | $6,339.74 | $1,181.08 | $7,520.82 | N/A | N/A | $451,249 | N/A |
| | | **60** | | | | | | | | | | **$0** | **$451,249** | **$0** |

| | | |
|---|---|---|
| Effective Date | 11/1/2025 | |
| Contractual Expiration Date | 10/31/2025 | |
| Renegotiated Expiration Date | 10/31/2030 | |
| Total Months Contractual | 0 | |
| Total Months Renegotiated | 60 | |
| Total Additional Term (Months) | 60 | (CURRENT PERIOD) |
| Total Contractual Rent Owed | $439,205 | |
| Total Renegotiated Rent Owed | $374,105 | |
| Net % Base Rent Reduction | 17.67% | |
| Net % Gross Rent Reduction | 14.82% | |
| TOTAL RENT REDUCTION SAVINGS | $65,100 | (CURRENT PERIOD) |
| CURE WAIVER | $27,917 | |
| TOTAL SAVINGS AGAINST OPTION PERIODS | $0 | (OPTION PERIODS) |

**TOTAL VALUE SECURED** **$93,017**

| | |
|---|---|
| Base Lease Restructuring Fee | $1,000 |
| Restructured Lease Savings Fee | $3,953 |
| Term Extended Lease Fee | $5,490 |
| Term Shortened Lease Fee | $0 |
| Total Hilco Fee | $10,443 |

**Annualized Rent Reduction Savings Current Period**

| | |
|---|---|
| 2025 | $2,170.00 |
| 2026 | $13,020.00 |
| 2027 | $13,020.00 |
| 2028 | $13,020.00 |
| 2029 | $13,020.00 |
| 2030 | $10,850.00 |

**Annualized Rent Reduction Savings Option Period #1**

| | |
|---|---|
| 2030 | $0.00 |
| 2031 | $0.00 |
| 2032 | $0.00 |
| 2033 | $0.00 |
| 2034 | $0.00 |
| 2035 | $0.00 |

**Annualized Rent Reduction Savings Option Period #2**

| | |
|---|---|
| 2035 | $0.00 |
| 2036 | $0.00 |
| 2037 | $0.00 |
| 2038 | $0.00 |
| 2039 | $0.00 |
| 2040 | $0.00 |

**DEAL TERMS**

- The term of the lease shall be extended sixty (60) months to expire on 10/31/30.
- All pre-petition rent and cure amounts shall be waived ($27,917.47), so long as all terms of the extension are accepted.
- Effective 11/1/25 - 10/31/30, annual Base Rent shall be equal to $60,648.00/year.
- Tenant shall retain their existing 5-year option, and shall gain an additional 5-year Option to renew the lease following 10/31/30. Each Option shall commence at a 12% increase in Base Rent.
  - Option Period 1: Effective 11/1/30 - 10/31/35, annual Base Rent shall be equal to $67,925.76/year.
  - Option Period 2: Effective 11/1/35 - 10/31/40, annual Base Rent shall be equal to $76,076.85/year.
- Notwithstanding anything to the contrary contained herein, any amendment and/or extension of the Lease shall not become operative or effective unless or until an order has been entered by the Court authorizing and approving the assumption [AND ASSIGNMENT] of the Lease as so amended and extended, that has become final and non-appealable.
- All other lease terms remain unchanged.

Hilco Real Estate

## BUDDY'S - HILCO DEAL SHEET

| | |
|---|---|
| Date Submitted | 4/25/2025 |
| Store ID | #47 |
| City, State | Titusville, FL |
| SQFT | 4,095 |
| 4-Wall EBITDA Contribution (NOV YTD) | $500,557 |
| Go-Forward Contribution | $500,557 |
| Landlord Contact | Courtney Smith |
| Landlord Email | courtney@jmrealestate.com |
| HILCO Dealmaker | Todd Eyler |

**CURRENT PERIOD**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Contractual Structure: Base Rent / Month | Contractual Structure: NNNs / Month | Contractual Structure: Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Renegotiated Structure: Base Rent / Month | Renegotiated Structure: NNNs / Month | Renegotiated Structure: Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2025 | 11/30/2025 | 6 | $10.89 | $3,716.21 | $1,475.26 | $5,191.47 | $10.89 | $3,716.21 | $1,876.88 | $5,593.09 | -$402 | $31,149 | $33,559 | -$2,410 |
| 12/1/2025 | 11/30/2030 | 60 | $11.22 | $3,828.83 | $1,475.26 | $5,304.09 | $11.22 | $3,828.83 | $1,876.88 | $5,705.71 | -$402 | $318,245 | $342,342 | -$24,097 |
| | | **66** | | | | | | | | | | **$349,394** | **$375,901** | **($26,507)** |

| | | |
|---|---|---|
| Effective Date | 6/1/2025 | |
| Contractual Expiration Date | 11/30/2026 | |
| Renegotiated Expiration Date | 11/30/2030 | |
| Total Months Contractual | 18 | |
| Total Months Renegotiated | 66 | |
| Total Additional Term (Months) | 48 | (CURRENT PERIOD) |

| | | |
|---|---|---|
| Total Contractual Rent Owed | $349,394 | |
| Total Renegotiated Rent Owed | $375,901 | |
| Net % Base Rent Reduction | 0.00% | |
| Net % Gross Rent Reduction | - | |
| TOTAL RENT REDUCTION SAVINGS | -$26,507 | (CURRENT PERIOD) |
| TOTAL SAVINGS AGAINST OPTION PERIODS | N/A | (OPTION PERIODS) |

**TOTAL VALUE SECURED** **$0**

| | |
|---|---|
| Base Lease Restructuring Fee | $1,000 |
| Restructured Lease Savings Fee | $0 |
| Term Extended Lease Fee | $3,894 |
| Term Shortened Lease Fee | $0 |
| <u>Total Hilco Fee</u> | $4,894 |

**Annualized Rent Reduction Savings**
**Current Period**

| | |
|---|---|
| **2025** | **-$2,811.31** |
| **2026** | **-$4,819.38** |
| **2027** | **-$4,819.38** |
| **2028** | **-$4,819.38** |
| **2029** | **-$4,819.38** |
| **2030** | **-$4,417.77** |

**DEAL TERMS**

- The term of the lease shall be extended forty-eight (48) months to expire on 11/30/30.
- All pre-petition rent and cure amounts shall NOT be waived (if any).
- Effective 6/1/25 - 11/30/25, annual Base Rent shall be equal to $44,594.52/year.
- Effective 12/1/25 - 11/30/30, annual Base Rent shall be equal to $45,945.96/year.
- NNNs shall be equal to $5.50 PSF for the remainder of the term.
- All other lease terms remain unchanged.

Hilco Real Estate

## BUDDY'S - HILCO DEAL SHEET

| | |
|---|---|
| Date Submitted | 2/23/2025 |
| Store ID | 50 |
| City, State | Spring Hill, FL |
| SQFT | 5,207 |
| 4-Wall EBITDA Contribution (NOV YTD) | $83,081 |
| Go-Forward Contribution | $143,255 |
| Landlord Contact | Steve Sokop |
| Landlord Email | SSokop@flagwharfinc.com |
| HILCO Dealmaker | Todd Eyler |

**CURRENT PERIOD**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Contractual Structure: Base Rent / Month | Contractual Structure: NNNs / Month | Contractual Structure: Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Renegotiated Structure: Base Rent / Month | Renegotiated Structure: NNNs / Month | Renegotiated Structure: Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2025 | 6/30/2025 | 1 | $11.56 | $5,014.45 | $1,348.46 | $6,362.91 | $0.00 | $0.00 | $1,348.46 | $1,348.46 | $5,014 | $6,363 | $1,348 | $5,014 |
| 7/1/2025 | 12/31/2029 | 54 | $11.56 | $5,014.45 | $1,348.46 | $6,362.91 | $10.50 | $4,556.13 | $1,348.46 | $5,904.59 | $458 | $343,597 | $318,848 | $24,750 |
| | | **55** | | | | | | | | | | **$349,960** | **$320,196** | **$29,764** |

**OPTION PERIOD #1**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Contractual Structure: Base Rent / Month | Contractual Structure: NNNs / Month | Contractual Structure: Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Renegotiated Structure: Base Rent / Month | Renegotiated Structure: NNNs / Month | Renegotiated Structure: Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2030 | 12/31/2034 | 60 | - | New Lease Term | New Lease Term | - | $15.00 | $6,508.75 | $1,348.46 | $7,857.21 | N/A | N/A | $471,433 | N/A |
| | | **60** | | | | | | | | | | **$0** | **$471,433** | **$0** |

| | | |
|---|---|---|
| Effective Date | 6/1/2025 | |
| Contractual Expiration Date | 12/31/2029 | |
| Renegotiated Expiration Date | 12/31/2029 | |
| Total Months Contractual | 55 | |
| Total Months Renegotiated | 55 | |
| Total Additional Term (Months) | 0 | (CURRENT PERIOD) |
| Total Contractual Rent Owed | $349,960 | |
| Total Renegotiated Rent Owed | $320,196 | |
| Net % Base Rent Reduction | 10.79% | |
| Net % Gross Rent Reduction | 8.50% | |
| TOTAL RENT REDUCTION SAVINGS | $29,764 | (CURRENT PERIOD) |
| TOTAL SAVINGS AGAINST OPTION PERIODS | $0 | (OPTION PERIODS) |

**TOTAL VALUE SECURED** **$29,764**

**Annualized Rent Reduction Savings Current Period**

| | |
|---|---|
| 2025 | $7,764.40 |
| 2026 | $5,499.90 |
| 2027 | $5,499.90 |
| 2028 | $5,499.90 |
| 2029 | $5,499.90 |

**Annualized Rent Reduction Savings Option Period #1**

| | |
|---|---|
| 2030 | $0.00 |
| 2031 | $0.00 |
| 2032 | $0.00 |
| 2033 | $0.00 |
| 2034 | $0.00 |

| | |
|---|---|
| Base Lease Restructuring Fee | $1,000 |
| Restructured Lease Savings Fee | $1,265 |
| Term Extended Lease Fee | $4,772 |
| Term Shortened Lease Fee | $0 |
| Total Hilco Fee | $7,037 |

**DEAL TERMS**

- The term of the lease shall remain unchanged (expires 12/31/29).
- All pre-petition rent and cure amounts shall be waived (if any).
- Tenant shall receive one month of base rent abatement upon emergence from bankruptcy.
- Effective 6/1/25 - 12/31/29, annual Base Rent shall be equal to $54,673.50/year.
- Tenant shall receive one, 5-year option to renew the lease following 12/31/29.
  - Option Period 1: Effective 1/1/30 - 12/31/34, annual Base Rent shall be equal to $78,105.00/year.
- All other lease terms remain unchanged.

*NOTE: Emergence from bankruptcy is assumed to be on 6/1/25.

Hilco Real Estate

## BUDDY'S - HILCO DEAL SHEET

| | |
|---|---|
| Date Submitted | 3/26/2025 |
| Store ID | 1023 |
| City, State | Victoria, TX |
| SQFT | 7,800 |
| 4-Wall EBITDA Contribution (NOV YTD) | $264,424 |
| Go-Forward Contribution | $314,968 |
| Landlord Contact | John Kirkpatrick |
| Landlord Email | jwkirk2@gmail.com |
| HILCO Dealmaker | Todd Eyler |

**CURRENT PERIOD**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2025 | 6/30/2025 | 1 | $6.48 | $4,212.00 | $1,083.46 | $5,295.46 | $0.00 | $0.00 | $1,083.46 | $1,083.46 | $4,212 | $5,295 | $1,083 | $4,212 |
| 7/1/2025 | 6/30/2030 | 60 | $6.48 | $4,212.00 | $1,083.46 | $5,295.46 | $5.77 | $3,750.00 | $1,083.46 | $4,833.46 | $462 | $317,728 | $290,008 | $27,720 |
| | | **61** | | | | | | | | | | **$323,023** | **$291,091** | **$31,932** |

**OPTION PERIOD #1**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2030 | 6/30/2033 | 36 | - | New Lease Term | New Lease Term | - | $6.79 | $4,416.67 | $1,083.46 | $5,500.13 | N/A | N/A | $198,005 | N/A |
| | | **36** | | | | | | | | | | **$0** | **$198,005** | **$0** |

| | | |
|---|---|---|
| Effective Date | 6/1/2025 | |
| Contractual Expiration Date | 6/30/2027 | |
| Renegotiated Expiration Date | 6/30/2030 | |
| Total Months Contractual | 25 | |
| Total Months Renegotiated | 61 | |
| Total Additional Term (Months) | **36** | (CURRENT PERIOD) |
| Total Contractual Rent Owed | $323,023 | |
| Total Renegotiated Rent Owed | $291,091 | |
| Net % Base Rent Reduction | 12.43% | |
| Net % Gross Rent Reduction | 9.89% | |
| TOTAL RENT REDUCTION SAVINGS | **$31,932** | (CURRENT PERIOD) |
| TOTAL SAVINGS AGAINST OPTION PERIODS | **$0** | (OPTION PERIODS) |

**TOTAL VALUE SECURED** **$31,932**

| | |
|---|---|
| Base Lease Restructuring Fee | $1,000 |
| Restructured Lease Savings Fee | $1,357 |
| Term Extended Lease Fee | $3,972 |
| Term Shortened Lease Fee | $0 |
| Total Hilco Fee | $6,329 |

**Annualized Rent Reduction Savings Current Period**

| | |
|---|---|
| **2025** | **$6,984.00** |
| **2026** | **$5,544.00** |
| **2027** | **$5,544.00** |
| **2028** | **$5,544.00** |
| **2029** | **$5,544.00** |
| **2030** | **$2,772.00** |

**Annualized Rent Reduction Savings Option Period #1**

| | |
|---|---|
| **2030** | **$0.00** |
| **2031** | **$0.00** |
| **2032** | **$0.00** |
| **2033** | **$0.00** |

**DEAL TERMS**

- The term of the lease shall be extended thirty-six (36) months to expire on 6/30/30.
- All pre-petition rent and cure amounts shall be waived (if any).
- Tenant shall receive one month of Base Rent abatement upon emergence from bankruptcy.
- Effective 7/1/25 - 6/30/30, annual Base Rent shall be equal to $45,000.00/year.
- Tenant shall receive one, 3-year option to renew the lease following 6/30/30.
  - Option Period 1: Effective 7/1/30 - 6/30/33, annual Base Rent shall be equal to $53,000.00/year.
- All other lease terms remain unchanged.

*NOTE: Emergence from bankruptcy is assumed to be 6/1/25.

Hilco Real Estate

## BUDDY'S - HILCO DEAL SHEET

| | |
|---|---|
| Date Submitted | 4/15/2025 |
| Store ID | 1025 |
| City, State | Beeville, TX |
| SQFT | 24,000 |
| 4-Wall EBITDA Contribution (NOV YTD) | $178,983 |
| Go-Forward Contribution | $204,021 |
| Landlord Contact | Lara Lack |
| Landlord Email | laralack@gmail.com |
| HILCO Dealmaker | Adam Humerick |

**CURRENT PERIOD**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2025 | 2/28/2029 | 46 | $3.42 | $6,836.50 | $0.00 | $6,836.50 | $2.38 | $4,750.00 | $0.00 | $4,750.00 | $2,087 | $314,479 | $218,500 | $95,979 |
| 3/1/2029 | 2/28/2032 | 36 | $3.42 | $6,836.50 | $0.00 | $6,836.50 | $2.38 | $4,750.00 | $0.00 | $4,750.00 | $2,087 | $246,114 | $171,000 | $75,114 |
| | | **82** | | | | | | | | | | **$560,593** | **$389,500** | **$171,093** |

**OPTION PERIOD #1**

| Time Period Beginning | Time Period End | Term (Months) | Contractual Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Renegotiated Structure: Base Rent PSF | Base Rent / Month | NNNs / Month | Gross Rent / Month | Savings / Month | Contractual Rent Total | Renegotiated Rent Total | Total Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2032 | 2/28/2037 | 60 | - | New Lease Term | New Lease Term | - | $2.61 | $5,225.00 | $0.00 | $5,225.00 | N/A | N/A | $313,500 | N/A |
| | | **60** | | | | | | | | | | **$0** | **$313,500** | **$0** |

| | | |
|---|---|---|
| Effective Date | 5/1/2025 | |
| Contractual Expiration Date | 2/28/2029 | |
| Renegotiated Expiration Date | 2/28/2032 | |
| Total Months Contractual | 46 | |
| Total Months Renegotiated | 82 | |
| Total Additional Term (Months) | 36 | (CURRENT PERIOD) |
| Total Contractual Rent Owed | $560,593 | |
| Total Renegotiated Rent Owed | $389,500 | |
| Net % Base Rent Reduction | 30.52% | |
| Net % Gross Rent Reduction | 30.52% | |
| TOTAL RENT REDUCTION SAVINGS | $171,093 | (CURRENT PERIOD) |
| TOTAL SAVINGS AGAINST OPTION PERIODS | $0 | (OPTION PERIODS) |
| CURE WAIVER | $456 | |

**TOTAL VALUE SECURED** **$171,549**

| | |
|---|---|
| Base Lease Restructuring Fee | $1,000 |
| Restructured Lease Savings Fee | $7,291 |
| Term Extended Lease Fee | $5,127 |
| Term Shortened Lease Fee | $0 |
| Total Hilco Fee | $13,418 |

**Annualized Rent Reduction Savings Current Period**

| | |
|---|---|
| 2025 | $16,692.00 |
| 2026 | $25,038.00 |
| 2027 | $25,038.00 |
| 2028 | $25,038.00 |
| 2029 | $25,038.00 |
| 2030 | $25,038.00 |
| 2031 | $25,038.00 |
| 2032 | $4,173.00 |

**Annualized Rent Reduction Savings Option Period #1**

| | |
|---|---|
| 2032 | $0.00 |
| 2033 | $0.00 |
| 2034 | $0.00 |
| 2035 | $0.00 |
| 2036 | $0.00 |
| 2037 | $0.00 |

**DEAL TERMS**

- The term of the lease shall be extended thirty-six (36) months to expire on 2/29/32.
- All pre-petition rent and cure amounts shall be waived ($455.77).
- Effective 5/1/25 - 2/29/32, annual Base Rent shall be equal to $57,000.00/year.
- Tenant shall receive one, 5-year option to renew the lease following 2/29/32. The Option shall commence at a 10% increase in Base Rent.
  - Option Period 1: Effective 3/1/32 - 2/28/37, annual Base Rent shall be equal to $62,700.00/year.
- Tenant shall remain responsible for the HVAC replacement and repair going forward.
- The tenant's 9-month termination clause shall be removed.
- All other lease terms remain unchanged.









