# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br>(Jointly Administered)<br><br>**Re: D.I. 978** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Alter Domus (US) LLC, as administrative agent and collateral agent (in such capacities, the "**OpCo 2L Agent**"), for itself and on behalf of the lenders party to the OpCo 2L Credit Loan Documents (as defined below) (together with the OpCo 2L Agent (including, without limitation, with respect to the Secured Holdco Obligations Guarantee (as defined below)), the "**OpCo 2L Secured Parties**"), and certain funds and accounts advised, sub-advised, and/or managed by (i) Pacific Investment Management Company LLC and/or its affiliates and (ii) Irradiant Partners, LP and/or its affiliates in their capacities as

---

[1] The debtors in these Chapter 11 Cases (the "**Debtors**"), along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), B. Riley Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

OpCo 2L Secured Parties (the "**OpCo 2L Group**" and together with the OpCo 2L Agent, the "**Movants**"),[2] by and through their undersigned counsel, hereby withdraw the Motion for Allowance of a Superpriority Administrative Expense Claim [D.I. 978] filed on February 13, 2025.

Dated:  June 26, 2025    Respectfully submitted,

| **HOLLAND AND KNIGHT LLP** | **FARNAN LLP** |
|---|---|
| */s/ Phillip W. Nelson*  <br>Phillip W. Nelson  <br>150 N. Riverside Plaza, Suite 2700  <br>Chicago, Illinois 60606  <br>Telephone: (312) 578-6584  <br>Facsimile: (312) 578-6666  <br>Email: phillip.nelson@hklaw.com  <br><br>*Counsel to Alter Domus (US) LLC, In Its Capacity as the OpCo 2L Agent* | /s/ Michael J. Farnan  <br>Brian E. Farnan (Bar No. 4089)  <br>Michael J. Farnan (Bar No. 5165)  <br>919 North Market Street, 12th Floor  <br>Wilmington, DE 19801  <br>(302) 777-0300  <br>bfarnan@farnanlaw.com  <br>mfarnan@farnanlaw.com  <br><br>-and-  <br><br>**WHITE & CASE LLP**  <br>Thomas E Lauria (admitted *pro hac vice*)  <br>Southeast Financial Center  <br>200 South Biscayne Boulevard, Suite 4900  <br>Miami, FL 33131  <br>Telephone: (305) 371-2700  <br>Facsimile: (305) 358-5744  <br>Email: tlauria@whitecase.com  <br><br>-and-  <br><br>J. Christopher Shore (admitted *pro hac vice*)  <br>Andrew T. Zatz (admitted *pro hac vice*)  <br>Colin West (admitted *pro hac vice*)  <br>Samuel P. Hershey (admitted *pro hac vice*)  <br>Erin Smith (admitted *pro hac vice*)  <br>Brett Bakemeyer (admitted *pro hac vice*)  <br>1221 Avenue of the Americas |

---

[2] The members of the OpCo 2L Group are the same parties that are members of the Ad Hoc Group of Freedom Lender Group (the "**Freedom Lender Group**"), as named in the *Verified Statement of the Ad Hoc Group of Freedom Lenders Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* [Docket No. 229] (as it may be amended and supplemented from time to time) who hold approximately 93% of the loans under the OpCo 2L Facility.

New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: cshore@whitecase.com
azatz@whitecase.com
sam.hershey@whitecase.com
erin.smith@whitecase.com
brett.bakemeyer@whitecase.com

*Counsel to the Ad Hoc Group of Freedom Lenders*