## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: July 21, 2025 at 4:00 p.m. (ET)** |

## SUMMARY OF MONTHLY FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2025 THROUGH MAY 31, 2025

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC ("**Kroll**") |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | December 16, 2024, effective as of November 3, 2024 |
| Period for which compensation and reimbursement is sought: | May 1, 2025 through May 31, 2025 (the "**Fee Period**") |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), B. Riley Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

Amount of compensation sought as
actual, reasonable and necessary:  $69,914.40 (of which Kroll seeks payment of 80% or $55,931.52)

Amount of expense reimbursement sought
as actual, reasonable and necessary:  $0.00

**Total amount to be paid at this time:**  **$55,931.52**

This is a:  ___X___ monthly ___ final application.

The total time expended for the preparation of Kroll's monthly fee application is approximately 3 hours.  The corresponding compensation is not included herein but will be requested in a future application.

### Prior Interim Application

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 3/17/25 ECF No. 1121 | 11/3/24-1/31/25 | $17,494.80 | $0.00 | $17,494.80 | $0.00 |

### Prior Monthly Applications

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 2/26/25 ECF No. 1031 | 11/3/24-1/31/25 | $17,494.80 | $0.00 | $17,494.80 | $0.00 | N/A |
| 3/21/25 ECF No. 1150 | 2/1/25-2/28/25 | $24,231.60 (payment of 80% or $19,385.28) | $0.00 | $19,385.28 (80% of $24,231.60) | $0.00 | $4,846.32 |
| 5/1/25 ECF No. 1373 | 3/1/25-3/31/25 | $49,006.00 (payment of 80% or $39,204.80) | $0.00 | $39,204.80 (80% of $49,006.00) | $0.00 | $9,801.20 |
| 5/20/25 ECF No. 1547 | 4/1/25-4/30/25 | $41,734.80 (payment of 80% or $33,387.84) | $0.00 | $33,387.84 (80% of $41,734.80) | $0.00 | $8,346.96 |

### Summary of Hours Billed by Kroll Employees During the Fee Period

| Kroll Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Brunswick, Gabriel | Managing Director | 2.30 | $300.00 | $690.00 |
| Archbell, Tiffany | Director of Solicitation | 24.30 | $275.00 | $6,682.50 |
| Johnson, Craig | Director of Solicitation | 42.80 | $275.00 | $11,770.00 |

| Kroll Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Kesler, Stanislav | Director of Solicitation | 44.80 | $275.00 | $12,320.00 |
| **Lonergan, Senan L** | Director of Solicitation | 6.80 | $275.00 | $1,870.00 |
| Orchowski, Alex T | Director of Solicitation | 0.90 | $275.00 | $247.50 |
| Sharp, David | Director of Solicitation | 10.90 | $275.00 | $2,997.50 |
| Brodeur, Sarah | Solicitation Consultant | 50.60 | $235.00 | $11,891.00 |
| Brown, Mark M | Solicitation Consultant | 4.40 | $235.00 | $1,034.00 |
| Crowell, Messiah L | Solicitation Consultant | 11.30 | $235.00 | $2,655.50 |
| Gache, Jean | Solicitation Consultant | 5.60 | $235.00 | $1,316.00 |
| Lewenson, Justin | Solicitation Consultant | 0.80 | $235.00 | $188.00 |
| Sarmiento, Kevin | Solicitation Consultant | 64.00 | $235.00 | $15,040.00 |
| Taatjes, Hayden S | Solicitation Consultant | 65.10 | $235.00 | $15,298.50 |
| Cintron, Jonathan | Consultant | 0.70 | $190.00 | $133.00 |
| Kouskorskaya, Yaroslava | Consultant | 2.10 | $190.00 | $399.00 |
| Pagan, Chanel C | Consultant | 4.30 | $190.00 | $817.00 |
| Namal, Soundarya | Consultant | 1.60 | $185.00 | $296.00 |
| More, Namrata | Consultant | 1.90 | $170.00 | $323.00 |
| Pawar, Sakshi | Consultant | 2.00 | $170.00 | $340.00 |
| Todankar, Prajakta | Consultant | 1.00 | $170.00 | $170.00 |
| Hussain, Mohammed S | Consultant | 1.20 | $155.00 | $186.00 |
| Norris, Steven A | Consultant | 4.70 | $155.00 | $728.50 |
| | **Total:** | **354.10** | | **$87,393.00**[2] |
| | **Blended Rate** | | **$246.80** | |

### Summary of Fees Billed by Subject Matter During the Fee Period

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Ballots | 54.10 | $12,015.00 |
| Call Center / Credit Inquiry | 46.80 | $11,690.00 |
| Corporate Actions | 106.10 | $26,037.50 |
| Disbursements | 24.50 | $5,825.50 |
| Retention / Fee Application | 1.90 | $493.00 |
| Solicitation | 120.70 | $31,332.00 |
| | **354.10** | **$87,393.00**[3] |

### Summary of Expenses Incurred During the Fee Period

| Description | Total Expenses Requested |
|---|---|
| N/A | $0.00 |
| **Total:** | **$0.00** |

[2], [3] This amount has been discounted to $69,914.40 in accordance with the terms of Kroll's retention. Taking into account this discount, the blended hourly rate is $197.44

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: July 21, 2025 at 4:00 p.m. (ET)** |

**MONTHLY FEE APPLICATION OF KROLL
RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE
<ins>PERIOD FROM MAY 1, 2025 THROUGH MAY 31, 2025</ins>**

Kroll Restructuring Administration LLC ("**Kroll**"), administrative advisor to Franchise

Group, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively,

the "**Debtors**"), files this monthly fee application (this "**Application**"), pursuant to sections 330

and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules for

the United States Bankruptcy Court for the District of Delaware (as may be amended, modified,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), B. Riley Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home and Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing, LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

or supplemented, the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Estate Professionals* [D.I. No. 353] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the period from May 1, 2025 through May 31, 2025 (the "**Fee Period**").  In support of this Application, Kroll respectfully represents as follows:

## Preliminary Statement

1.     Pursuant to this Application, Kroll seeks allowance and approval of aggregate fees in the amount of $69,914.40 (of which Kroll seeks payment of 80% or $55,931.52) and reimbursement of expenses in the amount of $0.00.

2.     On December 16, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor, Effective as of the Petition Date* [D.I. No. 447], which authorized the Debtors to retain Kroll as administrative advisor in these chapter 11 cases effective as of the Petition Date (as defined below).  In addition, pursuant to the Interim Compensation Order, the Court authorized Kroll to file this Application for monthly compensation and authorized the Debtors to compensate Kroll in accordance with the procedures set forth therein, in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3.     Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Kroll an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in this Application; or (b) 80% of the fees and 100% of the expenses requested in this Application that are not subject to an Objection (as defined in the Interim Compensation Order).

2

## Jurisdiction

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

## Background

7.      On November 3, 2024 (the "**Petition Date**"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  As of the date hereof, no trustee or examiner has been appointed in these chapter 11 cases.  On November 19, 2024, the Office of the United States Trustee for the District of Delaware appointed a committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [D.I. No. 188].

## Relief Requested

8.      By this Application, Kroll requests (a) allowance and approval of aggregate fees in the amount of $69,914.40 (of which Kroll seeks payment of 80% or $55,931.52) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

## Compliance with the Interim Compensation Order

9.      Kroll has prepared this Application in accordance with the procedures set forth in the Interim Compensation Order.  During the Fee Period, Kroll professionals billed a total of

354.10 hours for which compensation is requested.  Kroll's hourly rates are set at a level designed to fairly compensate Kroll for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10.     Further, **Exhibit A** hereto: (a) identifies each individual that rendered services to the Debtors during the Fee Period; (b) describes each activity or service that such individual performed and categorizes those services by subject matter; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

**Summary of Professional Services Rendered**

11.     The professional services that Kroll rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Ballots

Fees:  $12,015.00; Hours:  54.10

Ballots services provided included processing incoming ballots, including receiving, reviewing and analyzing incoming ballots for timeliness and validity, inputting ballots into the voting database and auditing same, and providing technical support for processing of electronically filed ballots.

- <u>Call Center / Credit Inquiry</u>

Fees:  $11,690.00; Hours: 46.80

Call Center / Credit Inquiry services provided included: (a) responding to creditor and nominee inquires regarding solicitation; (b) responding to creditor inquires regarding the equity registration event; and (c) performing quality assurance reviews of inquiry responses.

- <u>Corporate Actions</u>

Fees:  $26,037.50; Hours: 106.10

Corporate Actions services provided included: (a) conferring and coordinating among the Kroll case team and Debtors' counsel regarding the equity registration event; (b) reviewing and revising the equity registration event form; (c) updating the case website to provide for equity registration event form collection; (d) preparing status reports of equity registration event participation; and (e) performing quality assurance reviews of equity registration event form submissions.

- <u>Disbursements</u>

Fees:  $5,825.50; Hours:  24.50

Disbursements services provided included: (a) conferring and coordinating among the Kroll case team and Debtors' counsel regarding distributions; (b) reviewing the plan and other documents in connection with upcoming distributions; and (c) preparing distribution files and performing quality assurance reviews of same.

- <u>Retention / Fee Application</u>

Fees:  $493.00; Hours: 1.90

Retention / Fee Application services provided included drafting, reviewing, revising and filing Kroll's monthly fee application filed at D.I. No. 1547.

- Solicitation

Fees:  $31,332.00; Hours: 120.70

Solicitation services provided included: (a) conferring and coordinating among the Kroll case team and Debtors' counsel regarding solicitation of the Debtors' plan; (b) preparing preliminary voting reports for circulation to the Debtors' professionals; (c) preparing the voting declaration and performing quality assurance reviews of same; and (d) preparing for, traveling to, and participating in the confirmation hearing as the voting declarant.

## Summary of Expenses Incurred

12.    Kroll is not currently aware of any actual and necessary expenses incurred during the Fee Period in rendering the services described herein.

## Representations and Reservation of Rights

13.    The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-1 and hereby attests that this Application conforms to such requirements.

14.    Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period.  Kroll reserves the right to make further application to the Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

## Notice

15.    Kroll has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order.  In light of the nature of the relief requested herein, Kroll respectfully submits that no further notice is necessary.

**<u>Conclusion</u>**

**WHEREFORE**, pursuant to the Interim Compensation Order, Kroll requests: (i) allowance and approval of aggregate fees in the amount of $69,914.40 (of which Kroll seeks payment of 80% or $55,931.52) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (ii) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

Dated:  June 30, 2025
     New York, New York

*/s/ Gabriel Brunswick*
Gabriel Brunswick
Associate General Counsel
Kroll Restructuring Administration LLC
1 World Trade Center, 31st Floor
New York, NY 10007
Phone: (212) 257-5450
gabriel.brunswick@kroll.com

*Administrative Advisor to the Debtors*

### **VERIFICATION**

STATE OF NEW YORK            )
                             )      SS:
COUNTY OF NEW YORK           )


     I, Gabriel Brunswick, after being duly sworn according to law, depose and say:

    1.     I am the Associate General Counsel of Kroll Restructuring Administration LLC.

    2.     I am generally familiar with the work performed on behalf of the Debtors by Kroll professionals.

    3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

    4.     I have reviewed the requirements of Local Rule 2016-1 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.


_____
    Gabriel Brunswick


SWORN TO AND SUBSCRIBED before me this 30th day of June, 2025.


_/s/ Cindy C. Hosein-Mohan_
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

## Exhibit A

**Fee Detail**



**Hourly Fees by Employee through May  2025**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| MSH | Hussain, Mohammed S | CO - Consultant | 1.20 | $155.00 | $186.00 |
| SAN | Norris, Steven A | CO - Consultant | 4.70 | $155.00 | $728.50 |
| NMOR | More, Namrata | CO - Consultant | 1.90 | $170.00 | $323.00 |
| SPA | Pawar, Sakshi | CO - Consultant | 2.00 | $170.00 | $340.00 |
| PRT | Todankar, Prajakta | CO - Consultant | 1.00 | $170.00 | $170.00 |
| SON | Namal, Soundarya | CO - Consultant | 1.60 | $185.00 | $296.00 |
| JCJC | Cintron, Jonathan | CO - Consultant | 0.70 | $190.00 | $133.00 |
| YK | Kouskorskaya, Yaroslava | CO - Consultant | 2.10 | $190.00 | $399.00 |
| CCP | Pagan, Chanel C | CO - Consultant | 4.30 | $190.00 | $817.00 |
| SABR | Brodeur, Sarah | SA  - Solicitation Consultant | 50.60 | $235.00 | $11,891.00 |
| MMB | Brown, Mark M | SA  - Solicitation Consultant | 4.40 | $235.00 | $1,034.00 |
| MLC | Crowell, Messiah L | SA  - Solicitation Consultant | 11.30 | $235.00 | $2,655.50 |
| JGA | Gache, Jean | SA  - Solicitation Consultant | 5.60 | $235.00 | $1,316.00 |
| JUL | Lewenson, Justin | SA  - Solicitation Consultant | 0.80 | $235.00 | $188.00 |
| KESA | Sarmiento, Kevin | SA  - Solicitation Consultant | 64.00 | $235.00 | $15,040.00 |
| HST | Taatjes, Hayden S | SA  - Solicitation Consultant | 65.10 | $235.00 | $15,298.50 |
| TAR | Archbell, Tiffany | DS - Director of Solicitation | 24.30 | $275.00 | $6,682.50 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 42.80 | $275.00 | $11,770.00 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 44.80 | $275.00 | $12,320.00 |
| SLL | Lonergan, Senan L | DS - Director of Solicitation | 6.80 | $275.00 | $1,870.00 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 0.90 | $275.00 | $247.50 |
| DS | Sharp, David | DS - Director of Solicitation | 10.90 | $275.00 | $2,997.50 |
| GB | Brunswick, Gabriel | MD - Managing Director | 2.30 | $300.00 | $690.00 |
| | | **TOTAL:** | **354.10** | | **$87,393.00** |

**Hourly Fees by Task Code through May  2025**

Franchise Group, Inc.

| Task Code | Task Code Description | Hours | Total |
|-----------|---------------------|-------|-------|
| BALL | Ballots | 54.10 | $12,015.00 |
| CORP | Corporate Actions | 106.10 | $26,037.50 |
| DISB | Disbursements | 24.50 | $5,825.50 |
| INQR | Call Center / Creditor Inquiry | 46.80 | $11,690.00 |
| RETN | Retention / Fee Application | 1.90 | $493.00 |
| SOLI | Solicitation | 120.70 | $31,332.00 |
| | **TOTAL:** | **354.10** | **$87,393.00** |

Franchise Group, Inc.                                                                                          Page 3
                                                                                          Invoice #: 27523

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 05/01/25 | CJ | DS | Monitor tabulation and conduct quality assurance review | Solicitation | 0.80 |
| 05/01/25 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 2.60 |
| 05/01/25 | HST | SA | Prepare vote declaration | Solicitation | 1.30 |
| 05/01/25 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 05/01/25 | JCJC | CO | Review and file monthly fee application | Retention / Fee Application | 0.30 |
| 05/01/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 05/01/25 | STK | DS | Review and respond to inquiry from J. Raphael (K&E) re voting and solicitation | Solicitation | 0.30 |
| 05/01/25 | STK | DS | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 05/01/25 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.90 |
| 05/01/25 | STK | DS | Prepare vote declaration | Solicitation | 0.30 |
| 05/02/25 | CJ | DS | Monitor tabulation and conduct quality assurance review | Solicitation | 0.40 |
| 05/02/25 | HST | SA | Create and format preliminary voting report for circulation to case professionals (x2) | Solicitation | 1.30 |
| 05/02/25 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 2.50 |
| 05/02/25 | HST | SA | Prepare vote declaration | Solicitation | 1.50 |
| 05/02/25 | HST | SA | Quality assurance review of incoming ballots (duplicate ballot review) | Ballots | 2.00 |
| 05/02/25 | KESA | SA | Review and analyze materials and procedures to be implemented in upcoming election event | Corporate Actions | 1.00 |
| 05/02/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.90 |
| 05/02/25 | STK | DS | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 05/02/25 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.90 |
| 05/02/25 | STK | DS | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.60 |
| 05/02/25 | STK | DS | Prepare vote declaration | Solicitation | 0.40 |
| 05/02/25 | STK | DS | Quality assurance review of claims register for lease counterparty to update voting database per disclosure statement order | Solicitation | 0.30 |
| 05/05/25 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re upcoming voting deadline | Solicitation | 0.10 |
| 05/05/25 | CCP | CO | Input incoming ballot information into voting database (0.4); managed queue (0.3) | Ballots | 0.70 |

Franchise Group, Inc.

| 05/05/25 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re upcoming voting deadline | Solicitation | 0.10 |
|---|---|---|---|---|---|
| 05/05/25 | CJ | DS | Monitor tabulation and conduct quality assurance review | Solicitation | 0.60 |
| 05/05/25 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 05/05/25 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.90 |
| 05/05/25 | HST | SA | Prepare vote declaration | Solicitation | 1.00 |
| 05/05/25 | HST | SA | Quality assurance review of incoming ballots | Ballots | 2.00 |
| 05/05/25 | JUL | SA | Respond to inquiries regarding solicitation | Call Center / Creditor Inquiry | 0.80 |
| 05/05/25 | KESA | SA | Prepare online subscription platform re upcoming event | Corporate Actions | 2.00 |
| 05/05/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 05/05/25 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re upcoming voting deadline | Solicitation | 0.10 |
| 05/05/25 | STK | DS | Prepare vote declaration | Solicitation | 0.20 |
| 05/05/25 | STK | DS | Quality assurance review of incoming ballots | Ballots | 1.30 |
| 05/05/25 | STK | DS | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.10 |
| 05/05/25 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.70 |
| 05/05/25 | TAR | DS | Review and revise equity registration form in preparation for launch of process | Corporate Actions | 1.90 |
| 05/05/25 | YK | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 05/06/25 | ATO | DS | Confer with  C. Johnson and S. Kesler (Kroll) re status of tabulation | Solicitation | 0.10 |
| 05/06/25 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 05/06/25 | CCP | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 05/06/25 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re status of tabulation | Solicitation | 0.10 |
| 05/06/25 | CJ | DS | Compile information, data and references needed to customize voting declaration | Solicitation | 1.10 |
| 05/06/25 | CJ | DS | Monitor tabulation and conduct quality assurance review | Solicitation | 0.80 |
| 05/06/25 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.80 |
| 05/06/25 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 3.00 |
| 05/06/25 | HST | SA | Prepare vote declaration | Solicitation | 1.00 |
| 05/06/25 | HST | SA | Quality assurance review of incoming ballots (duplicate ballot review) | Ballots | 2.00 |
| 05/06/25 | KESA | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming event | Corporate Actions | 1.00 |
| 05/06/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.50 |

Franchise Group, Inc.

| 05/06/25 | SAN | CO | Input incoming ballot information into voting database | Ballots | 2.30 |
|----------|-----|----|----|----|------|
| 05/06/25 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re status of tabulation | Solicitation | 0.10 |
| 05/06/25 | STK | DS | Prepare vote declaration | Solicitation | 0.70 |
| 05/06/25 | STK | DS | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 05/06/25 | STK | DS | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.60 |
| 05/06/25 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.10 |
| 05/06/25 | TAR | DS | Review and revise equity registration form in preparation for launch of process | Corporate Actions | 2.50 |
| 05/06/25 | YK | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 05/07/25 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re status of tabulation and reporting the results thereof | Solicitation | 0.10 |
| 05/07/25 | CCP | CO | Input incoming ballot information into voting database | Ballots | 2.50 |
| 05/07/25 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re status of tabulation and reporting the results | Solicitation | 0.10 |
| 05/07/25 | CJ | DS | Review status of voting reporting | Solicitation | 0.70 |
| 05/07/25 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 05/07/25 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 3.40 |
| 05/07/25 | HST | SA | Prepare vote declaration | Solicitation | 1.00 |
| 05/07/25 | HST | SA | Quality assurance review of incoming ballots (duplicate ballot review) | Ballots | 2.00 |
| 05/07/25 | KESA | SA | Prepare online subscription platform re upcoming event | Corporate Actions | 4.00 |
| 05/07/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 05/07/25 | MMB | SA | Confer with S. Kesler and H. Taatjes (Kroll) regarding solicitation | Solicitation | 0.10 |
| 05/07/25 | MMB | SA | Review correspondence with S. Kesler and H. Taatjes (Kroll) and Z. Ben-Shahar and D. Hunter (Kirkland) regarding solicitation | Solicitation | 0.20 |
| 05/07/25 | MSH | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 05/07/25 | NMOR | CO | Input incoming ballot information into voting database | Ballots | 1.80 |
| 05/07/25 | PRT | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 05/07/25 | SAN | CO | Input incoming ballot information into voting database | Ballots | 2.40 |
| 05/07/25 | SON | CO | Input incoming ballot information into voting database | Ballots | 1.50 |
| 05/07/25 | SPA | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 05/07/25 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re status of tabulation and reporting the results thereof | Solicitation | 0.10 |
| 05/07/25 | STK | DS | Prepare vote declaration | Solicitation | 1.10 |
| 05/07/25 | STK | DS | Quality assurance review of incoming ballots | Ballots | 0.80 |

Franchise Group, Inc.

| 05/07/25 | STK | DS | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.20 |
|---|---|---|---|---|---|
| 05/07/25 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.70 |
| 05/07/25 | TAR | DS | Create online subscription platform re upcoming equity registration event | Corporate Actions | 2.10 |
| 05/07/25 | YK | CO | Input incoming ballot information into voting database | Ballots | 0.80 |
| 05/08/25 | CJ | DS | Collaborate with S. Kesler (Kroll) re final tabulation and drafting of the voting declaration | Solicitation | 0.20 |
| 05/08/25 | HST | SA | Prepare vote declaration | Solicitation | 2.40 |
| 05/08/25 | KESA | SA | Prepare online subscription platform re upcoming event | Corporate Actions | 0.50 |
| 05/08/25 | KESA | SA | Review and analyze solicitation and procedures to be implemented in upcoming event | Corporate Actions | 1.00 |
| 05/08/25 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 5.50 |
| 05/08/25 | NMOR | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 05/08/25 | SON | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 05/08/25 | STK | DS | Collaborate with C. Johnson (Kroll) re final tabulation and drafting of the voting declaration | Solicitation | 0.20 |
| 05/08/25 | STK | DS | Prepare vote declaration | Solicitation | 1.30 |
| 05/08/25 | STK | DS | Quality assurance review of incoming ballots | Ballots | 0.70 |
| 05/08/25 | STK | DS | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.40 |
| 05/08/25 | TAR | DS | Create online subscription platform re upcoming equity registration event | Corporate Actions | 1.60 |
| 05/09/25 | CJ | DS | Review invalid votes and report thereof in preparation for participation as witness at upcoming May 20 confirmation hearing | Solicitation | 2.10 |
| 05/09/25 | HST | SA | Quality assurance review of incoming ballots (duplicate ballot review) | Ballots | 4.00 |
| 05/09/25 | KESA | SA | Prepare online election platform re upcoming election event | Corporate Actions | 0.50 |
| 05/09/25 | KESA | SA | Review and analyze materials and procedures to be implemented in upcoming event | Corporate Actions | 0.50 |
| 05/09/25 | SABR | SA | Review and analyze materials and procedures to be implemented in upcoming distributions | Disbursements | 1.20 |
| 05/09/25 | SABR | SA | Review emails and documents related to distributions | Disbursements | 1.30 |
| 05/09/25 | SLL | DS | Review emails and documents related to registration event | Corporate Actions | 1.00 |
| 05/09/25 | STK | DS | Prepare vote declaration | Solicitation | 1.20 |
| 05/09/25 | STK | DS | Quality assurance review of incoming ballots | Ballots | 1.70 |
| 05/09/25 | STK | DS | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.40 |
| 05/11/25 | HST | SA | Prepare vote declaration | Solicitation | 1.20 |

Franchise Group, Inc.

| 05/11/25 | HST | SA | Review and respond to inquiries from Ben-Shahar, Z. (Kirkland) related to votes received in Class 10(a) | Ballots | 0.50 |
|---|---|---|---|---|---|
| 05/11/25 | STK | DS | Review and respond to inquiry from C. Buther and L. Tur-Sinai Gozal (K&E) re voting and solicitation | Solicitation | 1.50 |
| 05/12/25 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re status of draft voting declaration | Solicitation | 0.10 |
| 05/12/25 | CJ | DS | Monitor progress on drafting vote declaration and exhibits thereto | Solicitation | 1.10 |
| 05/12/25 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re status of draft voting declaration | Solicitation | 0.10 |
| 05/12/25 | CJ | DS | Conduct quality assurance review of valid and invalid votes | Solicitation | 1.10 |
| 05/12/25 | GB | MD | Draft monthly fee application | Retention / Fee Application | 1.20 |
| 05/12/25 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 05/12/25 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 2.00 |
| 05/12/25 | HST | SA | Prepare vote declaration | Solicitation | 7.00 |
| 05/12/25 | JGA | SA | Prepare vote declaration | Solicitation | 2.30 |
| 05/12/25 | KESA | SA | Prepare online election platform re upcoming election event | Corporate Actions | 4.00 |
| 05/12/25 | KESA | SA | Review and analyze materials and procedures to be implemented in upcoming launch | Corporate Actions | 1.00 |
| 05/12/25 | SABR | SA | Correspondence re plan distributions | Disbursements | 1.50 |
| 05/12/25 | SABR | SA | Prepare online registration platform re upcoming distribution registration event | Corporate Actions | 4.00 |
| 05/12/25 | SABR | SA | Update case website with equity registration form | Corporate Actions | 0.50 |
| 05/12/25 | SLL | DS | Review emails and documents related to registration event | Corporate Actions | 1.10 |
| 05/12/25 | STK | DS | Confer with A. Orchowski and C. Johnson Kesler (Kroll) re status of draft voting declaration | Solicitation | 0.10 |
| 05/12/25 | STK | DS | Prepare vote declaration | Solicitation | 1.80 |
| 05/12/25 | STK | DS | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 05/13/25 | CJ | DS | Confer with S. Kesler (Kroll) re draft voting declaration | Solicitation | 0.60 |
| 05/13/25 | CJ | DS | Review and revise draft voting declaration | Solicitation | 3.10 |
| 05/13/25 | CJ | DS | Review conduct quality assurance review of tabulation results | Solicitation | 2.90 |
| 05/13/25 | CJ | DS | Coordinate with S. Kesler and H. Taatjes (Kroll) re finalization of text of (and exhibits) to the draft voting declaration | Solicitation | 0.60 |
| 05/13/25 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.90 |
| 05/13/25 | HST | SA | Prepare vote declaration | Solicitation | 8.20 |

Franchise Group, Inc.

| 05/13/25 | JGA | SA | Prepare vote declaration | Solicitation | 1.70 |
|---|---|---|---|---|---|
| 05/13/25 | KESA | SA | Prepare online election platform re upcoming equity registration event | Corporate Actions | 1.00 |
| 05/13/25 | KESA | SA | Respond to creditor inquiry related to equity registration event | Call Center / Creditor Inquiry | 0.50 |
| 05/13/25 | MMB | SA | Prepare vote declaration | Solicitation | 3.90 |
| 05/13/25 | SABR | SA | Quality assurance review of status report re distribution registration event | Corporate Actions | 0.60 |
| 05/13/25 | SABR | SA | Review and respond to inquiries from D. Maliniak and J. Cloutier (Kirkland) related to distribution registration event | Disbursements | 2.00 |
| 05/13/25 | SLL | DS | Respond to nominee inquiries related to voting procedures | Call Center / Creditor Inquiry | 0.50 |
| 05/13/25 | STK | DS | Confer with C. Johnson (Kroll) re draft voting declaration | Solicitation | 0.60 |
| 05/13/25 | STK | DS | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.60 |
| 05/13/25 | STK | DS | Prepare vote declaration | Solicitation | 1.70 |
| 05/13/25 | STK | DS | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 05/13/25 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
| 05/13/25 | STK | DS | Coordinate with C. Johnson and H. Taatjes (Kroll) re finalization of text of (and exhibits to) voting declaration | Solicitation | 0.60 |
| 05/14/25 | CJ | DS | Confer with B. Nakhaimousa (Kirkland) re finalizing and filing voting declaration | Solicitation | 0.40 |
| 05/14/25 | CJ | DS | Correspond with C. Buthe (Kirkland) re edits to the voting declaration | Solicitation | 0.40 |
| 05/14/25 | CJ | DS | Review and revise draft voting declaration | Solicitation | 2.40 |
| 05/14/25 | CJ | DS | Review, revise, and re-format draft exhibit A to voting declaration (the final tabulation results) | Solicitation | 2.10 |
| 05/14/25 | CJ | DS | Review, revise, and re-format draft exhibit B to voting declaration (invalid votes) | Solicitation | 0.90 |
| 05/14/25 | CJ | DS | Review, revise, and re-format draft exhibit C to voting declaration (the opt-in results) | Solicitation | 0.80 |
| 05/14/25 | DS | DS | Monitor and review emails re equity registration | Corporate Actions | 1.30 |
| 05/14/25 | HST | SA | Prepare vote declaration | Solicitation | 5.60 |
| 05/14/25 | JGA | SA | Prepare vote declaration | Solicitation | 1.60 |
| 05/14/25 | KESA | SA | Prepare status report re equity registration event | Corporate Actions | 1.00 |
| 05/14/25 | KESA | SA | Prepare online election platform re upcoming equity registration event | Corporate Actions | 0.50 |
| 05/14/25 | SABR | SA | Respond to creditor inquiries related to distribution registration event | Call Center / Creditor Inquiry | 1.00 |
| 05/14/25 | STK | DS | Collaborate with C. Johnson and H. Taatjes (Kroll) re finalizing and filing voting declaration | Solicitation | 0.60 |

Franchise Group, Inc.

| 05/14/25 | STK | DS | Confer with C. Johnson (Kroll) re finalizing voting declaration and exhibits thereto | Solicitation | 0.70 |
|---|---|---|---|---|---|
| 05/14/25 | STK | DS | Coordinate with C. Johnson, H. Taatjes, and M. Brown (Kroll) re quality assurance review of final draft of voting declaration | Solicitation | 0.30 |
| 05/14/25 | STK | DS | Prepare vote declaration | Solicitation | 3.80 |
| 05/14/25 | STK | DS | Quality assurance review of incoming ballots | Ballots | 1.80 |
| 05/14/25 | STK | DS | Conduct quality assurance review of summary of key dates, voting information and treatment election information in preparation for C. Johnson's participation in upcoming confirmation hearing | Solicitation | 0.90 |
| 05/14/25 | TAR | DS | Respond to inquiries regarding registration event | Call Center / Creditor Inquiry | 1.80 |
| 05/15/25 | CJ | DS | Confer with S. Kesler (Kroll) re participation in upcoming confirmation hearing | Solicitation | 0.20 |
| 05/15/25 | DS | DS | Monitor and review emails re equity registration | Corporate Actions | 1.40 |
| 05/15/25 | KESA | SA | Respond to creditor inquiry related to registration event | Call Center / Creditor Inquiry | 0.50 |
| 05/15/25 | KESA | SA | Prepare status report re registration event | Corporate Actions | 2.00 |
| 05/15/25 | SABR | SA | Review and analyze materials and procedures re Plan distributions | Disbursements | 0.50 |
| 05/15/25 | SABR | SA | Quality assurance review of status report re equity distribution registration event | Corporate Actions | 1.00 |
| 05/15/25 | STK | DS | Confer with C. Johnson (Kroll) re participation in upcoming confirmation hearing | Solicitation | 0.20 |
| 05/15/25 | STK | DS | Conduct quality assurance review of summary of key dates, voting information, and treatment election information in preparation for C. Johnson's participation in upcoming confirmation hearing | Solicitation | 0.80 |
| 05/15/25 | TAR | DS | Review and respond to holder inquiries re equity registration event | Call Center / Creditor Inquiry | 1.10 |
| 05/16/25 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re participation in upcoming confirmation hearing | Solicitation | 0.10 |
| 05/16/25 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re participation in upcoming confirmation hearing | Solicitation | 0.10 |
| 05/16/25 | CJ | DS | Correspond with M. MacKay (Kirkland) re upcoming confirmation hearing | Solicitation | 0.20 |
| 05/16/25 | CJ | DS | Review docket for pleadings implicating solicitation or tabulation in preparation for my upcoming participation as a witness in the May 20 confirmation hearing | Solicitation | 0.80 |
| 05/16/25 | KESA | SA | Review emails and documents related to distributions | Disbursements | 0.50 |
| 05/16/25 | KESA | SA | Prepare status report re registration event | Corporate Actions | 1.00 |
| 05/16/25 | SABR | SA | Quality assurance review of status report re equity | Corporate | 1.50 |

Franchise Group, Inc.

| | | | distributions | Actions | |
|---|---|---|---|---|---|
| 05/16/25 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re participation in upcoming confirmation hearing | Solicitation | 0.10 |
| 05/16/25 | STK | DS | Conduct quality assurance review of summary of key dates, voting information and treatment election information in preparation for C. Johnson's participation in upcoming confirmation hearing | Solicitation | 0.40 |
| 05/18/25 | CJ | DS | Conduct quality assurance review of tabulation and statements made in voting declaration in preparation for participation as a witness in the May 20 confirmation hearing | Solicitation | 3.20 |
| 05/19/25 | CJ | DS | Telephone conference with M. MacKay and B. Nakhaimousa (Kirkland) and G. Brunswick and S. Kesler (Kroll) re results of tabulation and upcoming May 20 confirmation hearing | Solicitation | 1.20 |
| 05/19/25 | CJ | DS | Travel to Wilmington, Delaware for confirmation hearing (billing 1/2 of total travel time of 3.8 hours) | Solicitation | 1.90 |
| 05/19/25 | CJ | DS | Review final tabulation results in preparation for participation in May 20 confirmation hearing as a witness | Solicitation | 2.10 |
| 05/19/25 | GB | MD | Call with C. Johnson, S. Kessler (Kroll) and M. Mackay B. Nakhaimonsa (K&E) re confirmation hearing prep | Solicitation | 1.10 |
| 05/19/25 | KESA | SA | Prepare status report re registration event | Corporate Actions | 5.00 |
| 05/19/25 | KESA | SA | Respond to creditor inquiry related to registration event | Call Center / Creditor Inquiry | 1.50 |
| 05/19/25 | MMB | SA | Review correspondence with H. Taatjes, S. Kesler and C. Johnson (Kroll) regarding solicitation | Solicitation | 0.10 |
| 05/19/25 | SABR | SA | Review and respond to inquiries from D. Maliniak (Kirkland) related to Plan distributions | Disbursements | 1.00 |
| 05/19/25 | SABR | SA | Quality assurance review of status report re equity distribution registration event | Corporate Actions | 3.00 |
| 05/19/25 | SABR | SA | Respond to creditor inquiries related to equity distributions | Call Center / Creditor Inquiry | 0.50 |
| 05/19/25 | STK | DS | Conduct quality assurance review of summary of key dates, voting information and treatment election information in preparation for C. Johnson's participation in upcoming confirmation hearing | Solicitation | 0.40 |
| 05/19/25 | STK | DS | Telephone conference with M. MacKay and B. Nakhaimousa (Kirkland) and G. Brunswick and C. Johnson (Kroll) re results of tabulation and upcoming confirmation hearing | Solicitation | 1.20 |
| 05/19/25 | TAR | DS | Perform quality assurance on holder submissions for equity registration event | Corporate Actions | 2.50 |
| 05/20/25 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re status of confirmation hearing | Solicitation | 0.20 |
| 05/20/25 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re status of confirmation hearing | Solicitation | 0.20 |
| 05/20/25 | CJ | DS | Participate in confirmation hearing in connection with voting declaration | Solicitation | 2.90 |

Franchise Group, Inc.

| 05/20/25 | CJ | DS | Travel home after the conclusion of the confirmation hearing (billed 1/2 of total time of 3.6 hours) | Solicitation | 1.80 |
|---|---|---|---|---|---|
| 05/20/25 | CJ | DS | Confer with S. Kesler (Kroll) re voting declaration and final voting results in preparation to participate in confirmation hearing | Solicitation | 0.60 |
| 05/20/25 | CJ | DS | Correspond with B. Nakhaimousa (Kirkland) re solicitation of TopCo | Solicitation | 0.20 |
| 05/20/25 | CJ | DS | Review voting declaration (docket 1458) and exhibits thereto in preparation for participation as a witness at the confirmation hearing | Solicitation | 2.40 |
| 05/20/25 | DS | DS | Monitor and review emails re equity registration | Corporate Actions | 1.80 |
| 05/20/25 | JCJC | CO | Review and file monthly fee application | Retention / Fee Application | 0.40 |
| 05/20/25 | KESA | SA | Prepare status report re registration event | Corporate Actions | 4.00 |
| 05/20/25 | KESA | SA | Quality assurance review of status report re registration event | Corporate Actions | 2.00 |
| 05/20/25 | KESA | SA | Respond to creditor inquiry related to registration event | Call Center / Creditor Inquiry | 2.00 |
| 05/20/25 | MMB | SA | Review correspondence with H. Taatjes and C. Johnson (Kroll) and B. Nakhaimousa (Kirkland) regarding solicitation | Solicitation | 0.10 |
| 05/20/25 | SABR | SA | Update case website with event extension notice | Corporate Actions | 0.50 |
| 05/20/25 | SABR | SA | Update online registration platform re ongoing equity registration event | Corporate Actions | 0.50 |
| 05/20/25 | SABR | SA | Respond to creditor inquiries related to equity distribution registration event | Call Center / Creditor Inquiry | 2.00 |
| 05/20/25 | SABR | SA | Quality assurance review of status report re equity registration event | Corporate Actions | 3.50 |
| 05/20/25 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re status of confirmation hearing | Solicitation | 0.20 |
| 05/20/25 | STK | DS | Confer with C. Johnson (Kroll) re voting declaration and final voting results in preparation to participate in confirmation hearing | Solicitation | 0.60 |
| 05/20/25 | STK | DS | Conduct quality assurance review of summary of key dates, voting information and treatment election information in preparation for C. Johnson's participation in the confirmation hearing | Solicitation | 0.80 |
| 05/20/25 | TAR | DS | Perform quality assurance on holder submissions for equity registration event | Call Center / Creditor Inquiry | 1.80 |
| 05/20/25 | TAR | DS | Review and respond to holder inquiries re equity registration event | Call Center / Creditor Inquiry | 1.00 |
| 05/21/25 | ATO | DS | Confer with C. Johnson and S. Kesler (Kroll) re status of confirmation of TopCo and court's findings at May 20 confirmation hearing | Solicitation | 0.20 |
| 05/21/25 | CJ | DS | Confer with A. Orchowski and S. Kesler (Kroll) re status of | Solicitation | 0.20 |

Franchise Group, Inc.

| | | | | | |
|---|---|---|---|---|---|
| | | | confirmation of TopCo and court's findings at May 20 confirmation hearing | | |
| 05/21/25 | DS | DS | Monitor and review emails re equity registration | Corporate Actions | 1.60 |
| 05/21/25 | KESA | SA | Prepare status report re registration event | Corporate Actions | 4.00 |
| 05/21/25 | KESA | SA | Respond to creditor inquiry related to registration event | Call Center / Creditor Inquiry | 0.50 |
| 05/21/25 | SABR | SA | Respond to creditor inquiries related to equity distribution registration | Call Center / Creditor Inquiry | 1.50 |
| 05/21/25 | SABR | SA | Quality assurance review of status report re equity registration event | Corporate Actions | 2.50 |
| 05/21/25 | STK | DS | Confer with A. Orchowski and C. Johnson (Kroll) re status of confirmation of TopCo and court's findings at May 20 confirmation hearing | Solicitation | 0.20 |
| 05/21/25 | TAR | DS | Perform quality assurance on holder submissions for equity registration event | Call Center / Creditor Inquiry | 2.00 |
| 05/21/25 | TAR | DS | Review and respond to holder inquiries re equity registration event | Call Center / Creditor Inquiry | 1.30 |
| 05/22/25 | DS | DS | Monitor and review emails re equity registration | Corporate Actions | 1.10 |
| 05/22/25 | KESA | SA | Prepare status report re registration event | Corporate Actions | 2.00 |
| 05/22/25 | SABR | SA | Prepare status report re equity registration event | Corporate Actions | 1.50 |
| 05/22/25 | TAR | DS | Perform quality assurance on holder submissions for equity registration event | Call Center / Creditor Inquiry | 2.50 |
| 05/22/25 | TAR | DS | Review and respond to holder inquiries re equity registration event | Call Center / Creditor Inquiry | 0.70 |
| 05/23/25 | CJ | DS | Review transcript from confirmation hearing as part of a quality assurance check of solicitation and tabulation | Solicitation | 1.10 |
| 05/23/25 | KESA | SA | Prepare status report re registration event | Corporate Actions | 2.00 |
| 05/23/25 | KESA | SA | Review emails and documents related to distributions | Disbursements | 1.00 |
| 05/23/25 | KESA | SA | Disseminate allocation details re distributions | Disbursements | 1.00 |
| 05/23/25 | SABR | SA | Confer and correspond with C. Panagoulia Triantafillopoulos (Kirkland) re equity registration event | Corporate Actions | 2.00 |
| 05/23/25 | SABR | SA | Prepare for and participate in telephone conference with E. Brown and D. Maliniak (Kirkland) and T. Archbell (Kroll) re equity registration event | Corporate Actions | 0.40 |
| 05/23/25 | SABR | SA | Respond to creditor inquiries related to equity registration event | Call Center / Creditor Inquiry | 1.30 |
| 05/23/25 | SABR | SA | Quality assurance review of status report re equity distribution registration event | Corporate Actions | 1.50 |
| 05/26/25 | SABR | SA | Review and respond to email from C. Panagoulia Triantafillopoulos (Kirkland) related to equity registration | Corporate Actions | 0.50 |

Franchise Group, Inc.

Page 13

Invoice #: 27523

| | | | event | | |
|---|---|---|---|---|---|
| 05/27/25 | CJ | DS | Correspond with B. Nakhaimousa (K&E) re solicitation of TopCo | Solicitation | 0.20 |
| 05/27/25 | DS | DS | Monitor and review emails re equity registration | Corporate Actions | 1.10 |
| 05/27/25 | KESA | SA | Prepare status report re registration event | Corporate Actions | 4.00 |
| 05/27/25 | KESA | SA | Respond to creditor inquiry related to registration event | Call Center / Creditor Inquiry | 1.00 |
| 05/27/25 | KESA | SA | Prepare for and participate in telephone conference with D. Maliniak (Kirkland & Ellis) and S. Brodeur (Kroll) re registration event | Corporate Actions | 0.50 |
| 05/27/25 | SABR | SA | Prepare for and participate in telephone conference with D. Maliniak, J. Cloutier (Kirkland) and T. Archbell (Kroll) re Plan distributions | Disbursements | 0.70 |
| 05/27/25 | SABR | SA | Review and respond to inquiries from J. Lau (Paul Hastings) related to equity registration event | Corporate Actions | 0.50 |
| 05/27/25 | SABR | SA | Quality assurance review of status report re Plan distribution registration event | Corporate Actions | 2.50 |
| 05/27/25 | SLL | DS | Review emails and documents related to registration event | Corporate Actions | 1.00 |
| 05/27/25 | TAR | DS | Review equity registration submissions in preparation for final expiration | Corporate Actions | 1.00 |
| 05/28/25 | DS | DS | Monitor and review emails re equity registration | Corporate Actions | 1.20 |
| 05/28/25 | KESA | SA | Respond to creditor inquiry related to registration event | Call Center / Creditor Inquiry | 0.50 |
| 05/28/25 | KESA | SA | Prepare status report re registration event | Corporate Actions | 3.50 |
| 05/28/25 | SABR | SA | Quality assurance review of status report re Plan distribution registration event | Corporate Actions | 2.00 |
| 05/28/25 | SLL | DS | Confer and coordinate with case team re ongoing and upcoming case workflows | Corporate Actions | 1.50 |
| 05/28/25 | SLL | DS | Coordinate with T. Archbell (Kroll) re case closing | Disbursements | 1.20 |
| 05/28/25 | TAR | DS | Teleconference with D. Maliniak (Kirkland and Ellis); Z. Taylor, M. Malyshev (Ducera); S. Brodeur, K. Sarmiento (Kroll) re final allocations | Disbursements | 0.50 |
| 05/29/25 | DS | DS | Monitor and review emails re equity registration | Corporate Actions | 1.40 |
| 05/29/25 | KESA | SA | Respond to creditor inquiry related to registration event | Call Center / Creditor Inquiry | 0.50 |
| 05/29/25 | KESA | SA | Prepare for and participate in telephone conference with D.Maliniak (STB) & S. Brodeur (Kroll) re distributions | Disbursements | 0.50 |
| 05/29/25 | KESA | SA | Prepare status report re registration event | Corporate Actions | 2.00 |
| 05/29/25 | KESA | SA | Disseminate allocation details re distributions | Disbursements | 2.00 |

Franchise Group, Inc.

| 05/29/25 | SABR | SA | Prepare for and participate in telephone conference with D. Maliniak (Kirkland), Z. Taylor (Ducera) and T. Archbell (Kroll) re Plan distributions | Disbursements | 0.40 |
|---|---|---|---|---|---|
| 05/29/25 | SABR | SA | Review master distribution file related to Plan distributions | Disbursements | 2.50 |
| 05/29/25 | SABR | SA | Review and respond to inquiries from J. Cloutier (Kirkland) related to equity allocation confirmation emails | Disbursements | 0.70 |
| 05/29/25 | SABR | SA | Quality assurance review of status report re Plan distributions | Disbursements | 1.00 |
| 05/30/25 | KESA | SA | Review emails and documents related to distributions | Disbursements | 1.00 |
| 05/30/25 | KESA | SA | Disseminate allocation details re distributions | Disbursements | 1.00 |
| 05/30/25 | SABR | SA | Review and respond to emails related to upcoming distributions | Disbursements | 2.00 |
| 05/30/25 | SABR | SA | Review master distribution file related to Plan distributions | Disbursements | 1.00 |
| 05/30/25 | SLL | DS | Review emails and documents related to registration event | Corporate Actions | 0.50 |

**Total Hours** **354.10**