# AFFIDAVIT

**STATE OF NEW JERSEY**       )

                                     ) ss:

**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Keith Oechsner, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

1   insertion(s) on the following date(s):

JUN-28-2025;

ADVERTISER: FRANCHISE GROUP, INC.;

and that the foregoing statements are true and correct to the best of my knowledge.

_Keith Oechsner_
_____

Sworn to before me this
29   day of   June     2025

_____
Notary Public



IAN C. MARTIN
NOTARY PUBLIC
ID #
50086494
COMMISSION
EXPIRES
07/18/2026
STATE OF NEW JERSEY

B10 | Saturday/Sunday, June 28 - 29, 2025

THE WALL STREET JOURNAL.

## MARKETS & FINANCE

# Currency Rise Hits Taiwan Tech, Insurers

**Strength of country's dollar will eat into profits from foreign sales and assets**

BY SHERRY QIN

Another flare-up in the Taiwan dollar's strength is unwelcome news for the island's exporters and life insurers.

The New Taiwan dollar hit a three-year high against the greenback on Friday, bringing year-to-date gains to around 12%. It was last changing hands at 29.01 to the U.S. dollar, hovering at a key psychological level.

Asian currencies have been gaining ground against the dollar over the past few months, partly because of a broader selloff in U.S. assets.

Unpredictability related to President Trump's tariff policies and concerns about the U.S.'s fiscal health have sapped

investor confidence in the dollar, triggering a "sell USD" trade, QCBC strategists said in a research note.

"De-dollarization" is prompting capital flows back into Asia, AllianzGI economist Christiaan Tuntono said.

With Asian entities holding about US$8.6 trillion in U.S. equity and fixed-income assets, even a partial repatriation could significantly boost Asian currencies, he wrote in a note.

That will pressure some of Taiwan's biggest companies, such as Taiwan Semiconductor Manufacturing and Foxconn Technology. A more expensive Taiwan dollar hurts their revenue as sales of semiconductor products are mostly priced in U.S. dollars. It also makes their products less competitive abroad.

Foxconn Chief Financial Officer David Huang has warned that every NT$1 appreciation affects the company's revenue


The currency hit a three-year high against the U.S. dollar Friday.

by about 3% and its gross margin by 0.1 percentage point.

For life insurance companies such as Fubon Financial Holding, the vulnerability lies in their significant holding of foreign assets, raising balance sheet risks when the local currency appreciates.

DBS economist Ma Tieying

in a recent note estimated that Taiwan life insurers' foreign investments made up 70% of their total portfolios as of February, with the bulk denominated in U.S. dollars.

Data from Taiwan's Financial Supervisory Commission shows that as of end-May, life insurers' foreign-exchange

losses more-than-doubled from a month earlier.

And as Taiwanese exporters and financial institutions look to hedge their U.S. dollar exposure, that is fueling further demand for the Taiwan dollar, analysts say.

For the broader economy, a stronger currency could damp gross domestic product growth by weighing on exports, which already face trade tariff headwinds.

Regulators are paying attention.

In May, when the Taiwan dollar made its biggest one-day jump versus the dollar since 1988, Taiwan's central bank urged calm, telling market commentators to not speculate on forex moves, and asking manufacturers to disregard exaggerated market analysis.

It played down the impact of the recent currency appreciation on the economy after leaving interest rates un-

changed for a fifth consecutive quarter. Policymakers noted that demand for the island's tech products remained strong in May, despite the currency appreciation.

Forex gains and losses tend to even out over time, the central bank added.

At a press conference on Thursday, Taiwan cabinet spokesperson Michelle Lee said that the cabinet will continue to watch the exchange rate and prepare corresponding measures.

The combination of U.S. tariffs and the Taiwan dollar's appreciation is a double hit to exporters, Citi economist Adrienne Lui said. The impact could become more visible in the second half of the year after the boost from export front-loading to get ahead of tariffs fades, she said.

Taiwan faces a 32% tariff if it doesn't reach a deal with the U.S. before the July 8 deadline.

ADVERTISEMENT

## The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

### BANKRUPTCIES

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

[small bankruptcy legal notices text]

### COMMERCIAL REAL ESTATE

## ISLAND FOR SALE
**Bahamas Safe:** NO TAXES - INCOME or ESTATE
42 Years of owning and enjoying paradise in Abaco Bahamas. Here is a list of what I have built during these 42 years.

PRIVATE Island in Abaco, Bahamas
over 200 acres - no debt - same deed as USA

1. The complex has 147 bedrooms
2. 120 foot yacht like new - Big tenders
3. Water, Sewer, Electricity, Generators Can build 60 more houses if you desire
4. 6900 Foot airport plus AA, Delta, Others
5. No income tax - No estate tax
6. Your Private Security - Covid, Bird Flu, Crime, War are controlled by you not them
7. EVERYTHING GOES - Respond to email for brochure
8. Dock & House for yacht in Lauderdale and The Safe Island & No Tax

privatesafeisland@gmail.com

### COMMERCIAL REAL ESTATE

RECEIVERSHIP SALE
Bid Deadline: 7/31/25
Minimum Bid: $1,000,000
Basalt Fiber Manufacturing Facility and Future Development Tract

119 Metrolina Dr. - Shelby, NC
- Manufacturing Facility: 45,780+/-Sq. Ft. Building on 5.09+/- Acres
- Future Development Tract: 7.59+/- Acre Parcel adjacent to main facility
- Major expansion potential

Great Neck Realty Company
Rob Trammarino | (516) 902-9568
Iron Horse Commercial
Will Lily | (704) 985-9300

### BUSINESS OPPORTUNITIES

MORTGAGE REIT
8%-9% RETURN
TAX EFFICIENCY
REAL ESTATE SECURED
GROWTH / INCOME
SEEKING RIA'S &
ACCREDITED INVESTORS
866-700-0600
ALLIANCE MORTGAGE FUND
Info@AllianceFund.com | www.AllianceFund.com

THE WALL STREET JOURNAL.
The Marketplace
(800) 366-3975
wsj.com/classifieds
© 2025 Dow Jones & Company, Inc.
All Rights Reserved.

# 7-Eleven Deal Is Looking Less Likely

BY ADRIANO MARCHESE

Canadian convenience-store chain Alimentation Couche-Tard's year-long pursuit of 7-Eleven's Japanese parent appears to be heading toward resolution, but most signs point to a dead end, analysts say.

Couche-Tard's bid for **Seven & i Holdings** has progressed behind the scenes. In his latest comments on the deal Thursday, Couche-Tard Chief Executive Alex Miller said he believes the deal can clear regulatory hurdles.

But some analysts are skeptical that the deal has legs, given the overhang of Japan's national security review, persistent antitrust concerns and tepid interest from Seven & i.

TD Cowen analyst Michael Van Aelst pegs the odds of a deal between the two at one-in-three. Meanwhile, Stifel's Martin Landry doesn't think that any transaction will come to fruition and said that investors have grown restless. "Investors have symptoms of 'deal fatigue,'" he said.

And that isn't entirely a bad thing: Scrapping the potential US$47 billion acquisition, and subsequent integration of 7-Eleven, would allow Couche-Tard to focus more on its operations, and resume some shareholder friendly measures such as stock repurchases.

Miller, on the earnings call, signaled that a resolution, either way, may come to light sooner rather than later. "We've signed the NDA, we are engaged in diligence, we

 
Couche-Tard is facing pushback from Japanese regulators and from the chain's owner.

are engaged in management meetings, we are engaged on the divestiture," Miller said, adding that a timeline is materializing "if a transaction is going to be reached."

A Couche-Tard spokesperson declined to comment further.

Couche-Tard in August made a roughly US$39 billion bid for the Tokyo convenience-store operator, one of the largest-ever foreign bids for a Japanese company. The offer, which escalated to US$47 billion, triggered pushback from Japanese regulators, and from Seven & i, which launched its own review of potential strategic options.

Through the pursuit, Couche-Tard's stock has

lagged, weighed down by the status of the acquisition. Shares are down around 17% since the deal was first announced last summer, closing on Thursday at 67.41 Canadian dollars.

Couche-Tard will need more than backing down from the deal to boost its shares. Stifel's Landry said that the retailer must demonstrate it can improve performance of existing operations. In its latest quarter, Couche-Tard reported a 7.5% drop in revenue, short of analyst forecasts, and lower profit, as it contended with lower prices and demand for fuel, as well as consumers remaining prudent with spending on other convenience-store purchases.

Vishal Shreedhar of National Bank of Canada added that investors are watching for more than just acquisition clarity. "The key issues for Couche-Tard are that it is not delivering growth that investors have become accustomed to, and it is not repurchasing shares," he said.

Couche-Tard is also in the midst of integrating other acquisitions and completing others, such as the U.S.-based GetGo Cafe + Markets deal, which just received regulatory green light. With everything going on, the best outcome may be no deal at all. "We believe that a resolution with Seven & i will be a positive catalyst for the shares," National Bank's Shreedhar said.

# Hackers Dent Whole Foods Supplier's Outlook

BY KIM S. NASH

**United Natural Foods,** the main distributor to grocery chain Whole Foods Market, is bracing for a financial hit from a cyberattack detected June 5.

United Natural "experienced reduced sales volume and increased operational costs," the Pittsburgh-based company said in a regulatory filing Thursday. The costs of a cyber investigation, along with expenses related to re-

storing operations, will dig into reduced financial expectations for United Natural's fiscal fourth quarter, which ends July 31, compared with its earlier internal projections.

The incident cut into sales over several days in June as Whole Foods and other customers weren't able to place orders through regular digital channels leaving many grocery store shelves bare. Systems are now restored, United Natural said in the filing.

Earlier this month, United Natural lowered its outlook for the year, saying it expects a loss of $80 million to $55 million, or a per-share loss of $1.30 to 90 cents. It plans to provide another financial update in July.

In the days after the attack, many truck drivers and warehouse employees worked shorter hours or were told to stay home. Shelves at customer grocery stores went bare, including at Whole Foods. The companies last year renewed a longstanding distribution deal until May 2032, retaining United Natural as the primary distributor to the Amazon.com-owned grocery chain.

The agreement covers delivery of fruits and vegetables, dairy, wellness products and

Whole Foods "365" private-label items, among other goods. It also stipulates that United Natural must maintain cyber insurance and a business-continuity plan that is tested regularly, with written results provided to Whole Foods. An Amazon spokesman declined to say whether the company has provided any cybersecurity help to United Natural during or after the attack.

United Natural hasn't provided details on the nature of the hack or whether it paid a ransom. No personal or health data was breached and systems have now been restored, the filing said, noting that the company expects cyber insurance to cover the cost of the attack, with the claims process expected to stretch into fiscal 2026.

 
The United Natural breach left many grocery store shelves bare.

ADVERTISEMENT

## Showroom
To advertise: 800-366-3975 or WSJ.com/classifieds

### BOATING

78m (255') AMELS • 2022
M/Y ENERGY
€199,000,000

48m (167') DELTA MARINE • 2011
M/Y ROCHADE
$18,975,000 US DUTY PAID

43m (141') EASTERN SHIPBUILDING • 2014
SY COLUMBIA (schooner)
OFFERED FOR LEASE WITH OPTION TO PURCHASE

+1 954 629 7435
JOSHG@FRASERYACHTS.COM

SUPERYACHTS FOR SALE