IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FRANCHISE GROUP, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-12480 (LSS) <br> (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025, a true and correct copy of the foregoing ***Application Of NNN REIT, LP For Allowance And Payment Of An Administrative Expense Claim*** was sent to the following as indicated:

**VIA E-MAIL ONLY**

Joshua A. Sussberg, Esq.
Nicole L. Greenblatt, Esq.
Derek I. Hunter, Esq.
Brian J. Nakhaimousa, Esq.
Maddison Levine, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
jsussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com
brian.nakhaimousa@kirkland.com
maddison.levine@kirkland.com

Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor, LLP, Rodney Square,
1000 North King Street
Wilmington, DE 19801
emorton@ycst.com
mlunn@ycst.com

Bradford J. Sandler
Peter J. Keane
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
bsandler@pszjlaw.com
pkeane@pszjlaw.com

Robert J. Feinstein
Alan J. Kornfeld
Theodore S. Heckel
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

                LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                */s/ Susan E. Kaufman*
                Susan E. Kaufman, (DSB# 3381)
                919 North Market Street, Suite 460
                Wilmington, DE 19801
                (302) 472-7420
                (302) 792-7420 Fax
                skaufman@skaufmanlaw.com

Date: July 2, 2025