# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Matter Number | Project Category Description | Total Hours | Total Fees Requested | Total Expenses Requested | Total |
|---|---|---|---|---|---|
| 1 | Chapter 11 | 0.0 | $0.00 | N/A | $0.00 |
| 2 | Adversary Proceedings & Contested Matters | 189.90 | $283,652.50 | N/A | $283,652.50 |
| 3 | Corporate, Securities, and Gov. Matters | 69.50 | $107,618.00 | N/A | $107,618.00 |
| 4 | Disclosure Statement / Plan / Confirmation | 991.40 | $1,392,997.00 | N/A | $1,392,997.00 |
| 5 | DIP Financing and Cash Collateral | 58.50 | $90,214.50 | N/A | $90,214.50 |
| 6 | Cash Management | 4.10 | $4,791.50 | N/A | $4,791.50 |
| 7 | Automatic Stay Issues | 129.70 | $145,834.00 | N/A | $145,834.00 |
| 8 | Asset Sales / Section 363 / Use, Sale, and Disposition of Property | 1,260.20 | $1,729,669.00 | N/A | $1,729,669.00 |
| 9 | Executory Contracts and Unexpired Leases | 351.00 | $394,935.50 | N/A | $394,935.50 |
| 10 | Business Operations | 10.40 | $13,667.00 | N/A | $13,667.00 |
| 11 | Claims Administration | 60.70 | $80,627.00 | N/A | $80,627.00 |
| 12 | Schedules and Statements (SOFAs) | 1.70 | $2,256.50 | N/A | $2,256.50 |
| 13 | Creditor and Stakeholder Communications | 81.40 | $137,232.50 | N/A | $137,232.50 |
| 14 | U.S. Trustee Matters and Communications | 20.90 | $33,529.00 | N/A | $33,529.00 |
| 15 | Hearings | 58.60 | $96,684.50 | N/A | $96,684.50 |
| 16 | Insurance and Surety Matters | 17.30 | $26,959.50 | N/A | $26,959.50 |
| 17 | Utilities | 1.10 | $968.00 | N/A | $968.00 |
| 18 | Tax Matters | 51.00 | $71,807.00 | N/A | $71,807.00 |
| 19 | Case Administration | 155.90 | $195,940.50 | N/A | $195,940.50 |
| 20 | Retention – K&E | 87.50 | $100,649.50 | N/A | $100,649.50 |
| 21 | Retention – Non-K&E | 45.70 | $50,283.50 | N/A | $50,283.50 |
| 22 | Vendor Matters | 51.60 | $57,729.00 | N/A | $57,729.00 |
| 23 | Litigation | 2,450.20 | $2,841,073.50 | N/A | $2,841,073.50 |
| 24 | Non-Working Travel | 14.80 | $28,063.00 | N/A | $28,063.00 |
| 25 | Creditors' Committee Matters | 5.20 | $10,920.00 | N/A | $10,920.00 |
| 26 | Employee and Labor Matters | 3.50 | $6,430.50 | N/A | $6,430.50 |
| 27 | Expenses | N/A | N/A | $25,079.77 | $25,079.77 |
| | **Total** | **6,171.80** | **$7,904,532.50** | **$25,079.77** | **$7,929,612.27** |