**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Max Joseph Abramson | Associate | Litigation - General | N/A | $865.00 | 32.60 | $28,199.00 |
| Matt Advani | Associate | Taxation | 2023 | $1,095.00 | 23.50 | $25,732.50 |
| Michael Angarola | Associate | Litigation - General | 2024 | $865.00 | 60.60 | $52,419.00 |
| Will Atnipp | Associate | Litigation - General | 2024 | $1,025.00 | 33.50 | $34,337.50 |
| Devika M. Balaram | Associate | Litigation - General | 2021 | $1,295.00 | 46.10 | $59,699.50 |
| Michael Beauchamp | Associate | Restructuring | 2023 | $1,065.00 | 47.10 | $50,161.50 |
| Anna Therese Beavers | Associate | Litigation - General | 2024 | $865.00 | 32.10 | $27,766.50 |
| Magdalene Beck | Associate | Litigation - General | 2024 | $865.00 | 25.30 | $21,884.50 |
| Ziv Ben-Shahar | Associate | Restructuring | 2022 | $1,195.00 | 217.60 | $260,032.00 |
| Sloane Bessey | Associate | Restructuring | 2024 | $1,065.00 | 75.90 | $80,833.50 |
| Jacob E. Black | Associate | Restructuring | 2021 | $1,375.00 | 73.10 | $100,512.50 |
| Afi Blackshear | Associate | Litigation - General | N/A | $1,025.00 | 42.10 | $43,152.50 |
| Keaton Blazer | Associate | IP Litigation | 2014 | $865.00 | 9.30 | $8,044.50 |
| Socrates L. Boutsikaris | Associate | IP Litigation | 2021 | $1,345.00 | 5.80 | $7,801.00 |
| Danny Brown | Associate | Litigation - General | 2022 | $1,185.00 | 52.60 | $62,331.00 |
| Caroline Buthe | Associate | Restructuring | NA | $880.00 | 76.30 | $67,144.00 |
| Christopher Buxton | Associate | IP Litigation | 2019 | $1,445.00 | 8.70 | $12,571.50 |
| Henry Caldwell | Associate | Litigation - General | 2018 | $1,445.00 | 70.90 | $102,450.50 |
| Alexandra Card | Associate | IP Litigation | 2024 | $865.00 | 0.50 | $432.50 |
| Hacibey Catalbasoglu | Associate | Litigation - General | 2024 | $865.00 | 27.70 | $23,960.50 |
| Jacqueline Cloutier | Associate | Corporate - Capital Markets | 2023 | $1,375.00 | 15.80 | $21,725.00 |

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Seth M. Cohen | Associate | Litigation - General | 2023 | $1,345.00 | 12.30 | $16,543.50 |
| Aislinn Comiskey | Associate | Restructuring | 2025 | $880.00 | 131.70 | $115,896.00 |
| Caitlin Dean | Associate | IP Litigation | 2018 | $1,465.00 | 15.80 | $23,147.00 |
| Ashton Dubey | Associate | Litigation - General | 2022 | $1,185.00 | 44.60 | $52,851.00 |
| Carlos Estrada | Associate | Litigation - General | 2023 | $1,025.00 | 52.20 | $53,505.00 |
| Kaitie Farrell | Associate | Litigation - General | 2021 | $1,295.00 | 23.10 | $29,914.50 |
| Kai Michael Fenty | Associate | Taxation | 2024 | $925.00 | 5.20 | $4,810.00 |
| Rebecca Finley | Associate | IP Litigation | N/A | $865.00 | 17.20 | $14,878.00 |
| Julia Fletcher | Associate | Restructuring | 2025 | $880.00 | 52.90 | $46,552.00 |
| Garrett Fox | Associate | Litigation - General | 2019 | $1,445.00 | 62.80 | $90,746.00 |
| Rachel Golden | Associate | Restructuring | 2023 | $1,195.00 | 177.60 | $212,232.00 |
| Mara L. Greenberg | Associate | IP Litigation | 2023 | $1,185.00 | 18.20 | $21,567.00 |
| Belle A. E. Harris | Associate | Litigation - General | 2023 | $1,025.00 | 29.30 | $30,032.50 |
| Grace Hartnett | Associate | Litigation - General | 2023 | $1,025.00 | 20.50 | $21,012.50 |
| Tiffany Hu | Associate | IP Litigation | 2024 | $865.00 | 31.90 | $27,593.50 |
| Alex Ingoglia | Associate | Litigation - General | 2021 | $1,345.00 | 27.20 | $36,584.00 |
| Jeffrey M. Jacobsen | Associate | IP Litigation | 2022 | $1,185.00 | 14.00 | $16,590.00 |
| Sarah Jones | Associate | Restructuring | 2024 | $880.00 | 17.90 | $15,752.00 |
| Olivia Kaufmann | Associate | Corporate - Healthcare | 2023 | $1,195.00 | 3.20 | $3,824.00 |
| Eric S. Kay | Associate | Litigation - General | 2016 | $1,445.00 | 11.60 | $16,762.00 |
| Michael Patrick Kenstowicz | Associate | Litigation - General | 2016 | $1,445.00 | 10.70 | $15,461.50 |
| Hunter C. Kodama | Associate | Corporate - General | 2023 | $1,065.00 | 9.20 | $9,798.00 |
| Joe Krisko | Associate | Antitrust / Competition | 2024 | $880.00 | 25.20 | $22,176.00 |
| Joshua Lacoste | Associate | Litigation - General | 2024 | $1,025.00 | 6.50 | $6,662.50 |
| Amiri A. Lampley | Associate | Litigation - General | 2021 | $1,345.00 | 32.90 | $44,250.50 |
| Michael D. Lehavi | Associate | Litigation - General | 2023 | $1,025.00 | 45.80 | $46,945.00 |

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Constantina Leodis | Associate | Corporate - Debt Finance | 2023 | $1,195.00 | 21.60 | $25,812.00 |
| Chris Leveroni | Associate | Litigation - General | 2022 | $1,025.00 | 45.00 | $46,125.00 |
| Maddison Levine | Associate | Restructuring | 2021 | $1,465.00 | 245.10 | $359,071.50 |
| Cara Li | Associate | Corporate - M&A / Private Equity | 2020 | $1,195.00 | 154.20 | $184,269.00 |
| James S. Lu | Associate | IP Litigation | 2024 | $865.00 | 10.30 | $8,909.50 |
| Joshua J. Lustig | Associate | IP Litigation | 2023 | $1,025.00 | 23.90 | $24,497.50 |
| Dominick Vito Manetta | Associate | Restructuring | 2025 | $880.00 | 69.70 | $61,336.00 |
| Julia Mark | Associate | Corporate - General | 2025 | $880.00 | 108.00 | $95,040.00 |
| Mallory Elise McKenzie | Associate | ECEB – Labor / Employment | 2018 | $1,525.00 | 7.70 | $11,742.50 |
| Briana McNamara | Associate | Litigation - General | 2023 | $1,185.00 | 13.90 | $16,471.50 |
| Makala McNeil | Associate | Litigation - General | 2023 | $1,185.00 | 17.10 | $20,263.50 |
| John Merle | Associate | Litigation - General | 2025 | $865.00 | 13.00 | $11,245.00 |
| Brian Messing | Associate | Restructuring | 2024 | $1,065.00 | 150.60 | $160,389.00 |
| Sofia Michael | Associate | Litigation - General | 2024 | $865.00 | 14.90 | $12,888.50 |
| Brent Daniel Mobbs | Associate | IP Litigation | 2023 | $1,025.00 | 76.70 | $78,617.50 |
| Annika Morin | Associate | ECEB - Employee Benefits | 2022 | $1,195.00 | 6.00 | $7,170.00 |
| Brian Nakhaimousa | Associate | Restructuring | 2021 | $1,465.00 | 215.10 | $315,121.50 |
| Srinithi Narayanan | Associate | Technology & IP Transactions | 2023 | $1,065.00 | 48.00 | $51,120.00 |
| Shane O'Connor | Associate | Litigation - General | 2021 | $1,185.00 | 15.50 | $18,367.50 |
| Sarah Osborne | Associate | Restructuring | 2023 | $1,065.00 | 145.80 | $155,277.00 |
| Austin Pennington | Associate | IP Litigation | N/A | $865.00 | 48.20 | $41,693.00 |
| Armando L. Prather | Associate | Litigation – General | 2022 | $1,185.00 | 66.10 | $78,328.50 |
| Emanuele Putrino | Associate | Litigation – General | 2024 | $865.00 | 38.90 | $33,648.50 |
| Joshua Raphael | Associate | Restructuring | 2023 | $1,195.00 | 144.80 | $173,036.00 |

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Maddison Malone Riddick | Associate | ECEB - Executive Compensation | 2019 | $1,525.00 | 11.70 | $17,842.50 |
| Chris M. Salvatore | Associate | Antitrust / Competition | 2019 | $1,525.00 | 0.90 | $1,372.50 |
| Michael James Sitcawich | Associate | Litigation - General | 2022 | $1,025.00 | 7.90 | $8,097.50 |
| Michael A. Sloman | Associate | Restructuring | 2022 | $1,375.00 | 14.00 | $19,250.00 |
| Gracie Smith | Associate | Litigation - General | 2025 | $1,025.00 | 37.00 | $37,925.00 |
| Eric J. Tarosky | Associate | Litigation - General | 2023 | $1,025.00 | 73.40 | $75,235.00 |
| Kyla Elise Taylor | Associate | Litigation - General | 2021 | $1,345.00 | 63.00 | $84,735.00 |
| Ishaan G. Thakran | Associate | Restructuring | 2024 | $1,065.00 | 26.50 | $28,222.50 |
| Samantha Tidwell | Associate | Litigation - General | 2024 | $1,025.00 | 22.50 | $23,062.50 |
| Megan Kiku Trick | Associate | IP Litigation | 2024 | $865.00 | 18.20 | $15,743.00 |
| Luz Tur-Sinai Gozal | Associate | Restructuring | 2022 | $880.00 | 58.90 | $51,832.00 |
| Matthew Calloway Walker | Associate | Litigation - General | 2023 | $1,890.00 | 68.00 | $65,572.00 |
| Joe Walter | Associate | Litigation - General | 2023 | $1,025.00 | 13.00 | $13,325.00 |
| Brandon R. Weber | Associate | IP Litigation | 2023 | $1,185.00 | 0.60 | $711.00 |
| Christina Welch | Associate | Technology & IP Transactions | 2021 | $1,375.00 | 12.90 | $17,737.50 |
| Quin Wetzel | Associate | Restructuring | 2023 | $1,065.00 | 113.50 | $120,877.50 |
| Jiange Xiao | Associate | IP Litigation | 2023 | $1,185.00 | 7.90 | $9,361.50 |
| Linda Yang | Associate | Corporate - M&A / Private Equity | 2023 | $1,195.00 | 69.20 | $82,694.00 |
| Cara Yi | Associate | Litigation - General | 2023 | $1,025.00 | 59.30 | $60,782.50 |
| Tyler Yoo | Associate | IP Litigation | 2025 | $865.00 | 18.40 | $15,916.00 |
| Mary Catherine Young | Associate | Restructuring | 2023 | $1,195.00 | 103.80 | $124,041.00 |
| Shaoyao Yu | Associate | IP Litigation | 2022 | $1,295.00 | 7.60 | $9,842.00 |
| Yun Zhang | Associate | IP Litigation | 2023 | $2,210.00 | 52.50 | $57,396.50 |
| Steven Soule | Of Counsel | Litigation - General | 1995 | $1,245.00 | 2.20 | $2,739.00 |

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Bill Arnault, P.C. | Partner | Litigation - General | 2009 | $2,015.00 | 107.70 | $217,015.50 |
| Zachary S. Brez, P.C. | Partner | Litigation - General | 2000 | $2,465.00 | 0.50 | $1,232.50 |
| John G. Caruso | Partner | Real Estate | 1992 | $2,295.00 | 1.50 | $3,442.50 |
| Paige S. Comparato | Partner | Litigation - General | 2017 | $1,525.00 | 5.00 | $7,625.00 |
| David Cummings | Partner | Litigation - General | 2013 | $1,695.00 | 1.10 | $1,864.50 |
| James B. Dickson | Partner | Corporate - Debt Finance | 2013 | $1,815.00 | 11.00 | $19,965.00 |
| Peter Evangelatos | Partner | IP Litigation | 2018 | $1,525.00 | 26.90 | $41,022.50 |
| Rob Fowler, P.C. | Partner | ECEB - Executive Compensation | 1996 | $2,295.00 | 2.80 | $6,426.00 |
| Susan D. Golden | Partner | Restructuring | 1988 | $1,795.00 | 7.60 | $13,642.00 |
| Jeffrey Ross Goldfine | Partner | Litigation - General | 2016 | $1,745.00 | 56.40 | $98,418.00 |
| Nicole L. Greenblatt, P.C. | Partner | Restructuring | 2003 | $2,595.00 | 111.00 | $288,045.00 |
| Kate Hardey | Partner | Corporate - Healthcare | 2003 | $2,175.00 | 3.00 | $6,525.00 |
| Jackie Heffernan | Partner | ECEB – Labor / Employment | 2017 | $1,725.00 | 1.30 | $2,242.50 |
| Shayne Henry | Partner | Litigation - General | 2014 | $1,695.00 | 82.30 | $139,498.50 |
| George W. Hicks Jr., P.C. | Partner | Litigation - General | 2006 | $2,125.00 | 56.90 | $120,912.50 |
| Keli Huang | Partner | Corporate - M&A / Private Equity | 2018 | $1,725.00 | 169.80 | $292,905.00 |
| Derek I. Hunter | Partner | Restructuring | 2017 | $1,735.00 | 105.60 | $183,216.00 |
| Samantha Jones | Partner | Antitrust / Competition | 2018 | $1,725.00 | 0.80 | $1,380.00 |
| Kathleen Vera Kinsella | Partner | Litigation - General | 2016 | $1,525.00 | 38.50 | $58,712.50 |
| Nikhil Rama Krishnan | Partner | IP Litigation | 2016 | $1,745.00 | 6.50 | $11,342.50 |
| Kelsey Marie Laugel | Partner | Antitrust / Competition | 2017 | $1,845.00 | 0.50 | $922.50 |
| Melanie MacKay | Partner | Litigation - General | 2010 | $1,695.00 | 107.00 | $181,365.00 |

| Attorney Name | Position | Department | Date of Admission | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|---|
| Drew Maliniak | Partner | Corporate - Capital Markets | 2019 | $1,725.00 | 26.50 | $45,712.50 |
| Mark McKane, P.C. | Partner | Litigation - General | 1999 | $2,265.00 | 70.20 | $159,003.00 |
| Adam Mohamed | Partner | Corporate - Debt Finance | 2019 | $1,725.00 | 11.10 | $19,147.50 |
| Maureen D. O'Brien | Partner | ECEB - Employee Benefits | 1998 | $2,295.00 | 17.30 | $39,703.50 |
| Shawn OHargan, P.C. | Partner | Corporate - M&A / Private Equity | 2007 | $2,295.00 | 124.70 | $286,186.50 |
| Scott D. Price, P.C. | Partner | ECEB - Executive Compensation | 1998 | $2,465.00 | 1.60 | $3,944.00 |
| William T. Pruitt | Partner | Litigation - General | 2004 | $1,895.00 | 3.90 | $7,390.50 |
| John R. Rhine | Partner | IP Litigation | 2013 | $1,745.00 | 52.90 | $92,310.50 |
| Scott Rolnik, P.C. | Partner | Corporate - Debt Finance | 2014 | $2,175.00 | 15.20 | $33,060.00 |
| Gregory B. Sanford | Partner | IP Litigation | 2008 | $1,745.00 | 35.60 | $62,122.00 |
| Joanna Schlingbaum | Partner | Technology & IP Transactions | 2016 | $1,725.00 | 19.00 | $32,775.00 |
| Anthony Vincenzo Sexton, P.C. | Partner | Taxation | 2011 | $2,075.00 | 3.00 | $6,225.00 |
| Matthew Sinclair-Thomson | Partner | Antitrust / Competition | 2013 | $2,045.00 | 0.50 | $1,022.50 |
| Josh Sussberg, P.C. | Partner | Restructuring | 2004 | $2,595.00 | 21.00 | $54,495.00 |
| Michael D. Thorpe | Partner | Antitrust / Competition | 2010 | $1,845.00 | 11.90 | $21,955.50 |
| Michael Leonard Urschel, P.C. | Partner | Corporate - Debt Finance | 2008 | $2,465.00 | 1.00 | $2,465.00 |
| Nicholas Warther | Partner | Taxation | 2017 | $1,825.00 | 17.80 | $32,485.00 |
| Amber L. Whipkey | Partner | Litigation - General | 2002 | $1,295.00 | 41.90 | $54,260.50 |
| Dennis Williams, P.C. | Partner | Corporate - Healthcare | 2008 | $2,295.00 | 1.80 | $4,131.00 |
| **Total for Attorneys** | | | | | **5,820.20** | **$7,678,145.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Name | Position | Department | Hourly Billing Rate In this Application | Hours Billed In this Application | Fees Billed In this Application |
|---|---|---|---|---|---|
| Tamarrian Johnson | Junior Paralegal | Litigation - General | $395.00 | 28.60 | $11,297.00 |
| Julia F. Burnson | Paralegal | Restructuring | $685.00 | 15.10 | $10,343.50 |
| Uzo Dike | Paralegal | Litigation - General | $705.00 | 52.50 | $37,012.50 |
| Joshua King | Paralegal | Litigation - General | $595.00 | 27.60 | $16,422.00 |
| Robert Orren | Paralegal | Restructuring | $685.00 | 0.30 | $205.50 |
| Susan Zablocki | Paralegal | Technology & IP Transactions | $705.00 | 14.30 | $10,081.50 |
| Houston Gao | Support Staff | Litigation - General | $560.00 | 16.30 | $9,128.00 |
| Henry Huang | Support Staff | Litigation - General | $625.00 | 60.70 | $37,937.50 |
| Mike Li | Support Staff | Litigation & Practice Tech | $560.00 | 31.10 | $17,416.00 |
| Sean Lopez | Support Staff | Litigation & Practice Tech | $690.00 | 82.10 | $56,649.00 |
| Leslie Tuffy | Support Staff | M&A Clearance | $865.00 | 23.00 | $19,895.00 |
| **Total for Paraprofessionals** | | | | **351.60** | **$226,387.50** |