# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**Expense Summary**

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Local Transportation | | | $1,218.40 |
| Overtime Transportation | | | $960.32 |
| Overtime Meals - Attorney | | | $1,205.94 |
| Overtime Meals - Non-Attorney | | | $40.75 |
| Standard Copies or Prints | Kirkland & Ellis LLP | $0.10 | $129.00 |
| Color Copies or Prints | Kirkland & Ellis LLP | | $303.05 |
| Outside Printing Services | | | $0.00 |
| Third Party Telephone Charges | | | $0.00 |
| Westlaw Research | | | $8,079.28 |
| Airfare | | | $2,104.20 |
| Transportation to/from airport | | | $486.84 |
| Travel Expense | | | $3,344.44 |
| LexisNexis Research | | | $4,058.66 |
| Computer Database Research - Soft | | | $1,521.62 |
| Document Services Overtime | Kirkland & Ellis LLP | | $0.00 |
| Computer Database Research | | | $1,266.20 |
| Binding | Kirkland & Ellis LLP | | $0.00 |
| Other Travel Expenses | | | $76.00 |
| Large Format Copy/Print | | | $0.00 |
| Overnight Delivery - Hard | | | $0.00 |
| Tabs/Indexes/Dividers | | | $0.00 |
| Travel Meals | | | $285.07 |
| Catering Expenses | | | $0.00 |
| **Total** | | | **$25,079.77** |