# Exhibit "A"

| Business Unit | Account Number | Transaction Date | Transaction | Class | Original Amount | Current Amount | Due Date | Terms | Days Late | Consolidated Invoice Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CL US BU | AMEFREOH1 | 12/3/24 | 3243312101 | Invoice | 250.00 | 250.00 | 12/18/24 | Net15 | 161 | | |
| CL US BU | AMEFREOH1 | 12/3/24 | 3243313701 | Invoice | 250.00 | 250.00 | 12/18/24 | Net15 | 161 | | |
| CL US BU | AMEFREOH1 | 1/1/25 | 3261745801 | Invoice | 1,176.47 | 1,176.47 | 1/16/25 | Net15 | 132 | | |
| CL US BU | AMEFREOH1 | 1/1/25 | 3261744401 | Invoice | 563.53 | 550.00 | 1/16/25 | Net15 | 132 | | |
| CL US BU | AMEFREOH1 | 1/2/25 | 3261748701 | Invoice | 1,102.69 | 1,058.82 | 1/17/25 | Net15 | 131 | | |
| CL US BU | AMEFREOH1 | 1/2/25 | 3261793001 | Invoice | 937.72 | 900.00 | 1/17/25 | Net15 | 131 | | |
| CL US BU | AMEFREOH1 | 1/2/25 | 3261746501 | Invoice | 813.53 | 800.00 | 1/17/25 | Net15 | 131 | | |
| CL US BU | AMEFREOH1 | 1/2/25 | 3261749401 | Invoice | 1,450.00 | 650.00 | 1/17/25 | Net15 | 131 | | |
| CL US BU | AMEFREOH1 | 1/2/25 | 3261746101 | Invoice | 620.50 | 600.00 | 1/17/25 | Net15 | 131 | | |
| CL US BU | AMEFREOH1 | 1/2/25 | 3261749201 | Invoice | 589.36 | 550.00 | 1/17/25 | Net15 | 131 | | |
| CL US BU | AMEFREOH1 | 1/2/25 | 3258533401 | Invoice | 502.19 | 502.19 | 1/17/25 | Net15 | 131 | | |
| CL US BU | AMEFREOH1 | 1/2/25 | 3258538901 | Invoice | 494.25 | 494.25 | 1/17/25 | Net15 | 131 | | |
| CL US BU | AMEFREOH1 | 1/2/25 | 3258527801 | Invoice | 213.64 | 213.64 | 1/17/25 | Net15 | 131 | | |
| CL US BU | AMEFREOH1 | 1/2/25 | 3261783602 | Invoice | 60.00 | 60.00 | 1/17/25 | Net15 | 131 | | |
| CL US BU | AMEFREOH1 | 1/6/25 | 3263765501 | Invoice | 1,058.82 | 1,058.82 | 1/21/25 | Net15 | 127 | | |
| CL US BU | AMEFREOH1 | 1/10/25 | 3261795602 | Invoice | 400.00 | 400.00 | 1/25/25 | Net15 | 123 | | |
| CL US BU | AMEFREOH1 | 1/10/25 | 3261752003 | Invoice | 150.00 | 150.00 | 1/25/25 | Net15 | 123 | | |
| CL US BU | AMEFREOH1 | 1/14/25 | 3258524801 | Invoice | 310.64 | 310.64 | 1/29/25 | Net15 | 119 | | |
| CL US BU | AMEFREOH1 | 1/15/25 | 3258549401 | Invoice | 694.37 | 694.37 | 1/30/25 | Net15 | 118 | | |
| CL US BU | AMEFREOH1 | 1/15/25 | 3258553301 | Invoice | 502.51 | 502.51 | 1/30/25 | Net15 | 118 | | |
| CL US BU | AMEFREOH1 | 1/15/25 | 3258535501 | Invoice | 477.48 | 477.48 | 1/30/25 | Net15 | 118 | | |
| CL US BU | AMEFREOH1 | 1/15/25 | 3258524501 | Invoice | 195.42 | 195.42 | 1/30/25 | Net15 | 118 | | |
| CL US BU | AMEFREOH1 | 1/16/25 | 3258524502 | Invoice | 189.00 | 189.00 | 1/31/25 | Net15 | 117 | | |
| CL US BU | AMEFREOH1 | 1/18/25 | 3258554401 | Invoice | 272.52 | 272.52 | 2/2/25 | Net15 | 115 | | |
| CL US BU | AMEFREOH1 | 1/18/25 | 3258527001 | Invoice | 213.59 | 213.59 | 2/2/25 | Net15 | 115 | | |
| CL US BU | AMEFREOH1 | 1/20/25 | 3258556602 | Invoice | 610.00 | 610.00 | 2/4/25 | Net15 | 113 | | |
| CL US BU | AMEFREOH1 | 1/22/25 | 3258535502 | Invoice | 610.00 | 610.00 | 2/6/25 | Net15 | 111 | | |
| CL US BU | AMEFREOH1 | 3/6/25 | ACH041001038369012 | Receipt | (298,270.33) | (3,284.51) | 3/6/25 | | | | |
| CL US BU | AMEFREOH1 | 3/20/25 | ACH041001030847263 | Receipt | (6,616.41) | (3,425.20) | 3/20/25 | | | | |
| CL US BU | AMEFREOH1 | 3/31/25 | 3258527103 | Invoice | 471.01 | 471.01 | 4/15/25 | Net15 | 43 | 250331AMEFREOH1-01 | *Line 24 on CI not paid* |
| CL US BU | AMEFREOH1 | 5/27/25 | 3258528503 | Invoice | 471.50 | 471.50 | 6/11/25 | Net15 | -14 | 250527AMEFREOH1-01 | |
| CL US BU | AMEFREOH1 | 5/27/25 | 3258541403 | Invoice | 471.50 | 471.50 | 6/11/25 | Net15 | -14 | 250527AMEFREOH1-01 | |
| CL US BU | AMEFREOH1 | 5/27/25 | 3258534603 | Invoice | 471.50 | 471.50 | 6/11/25 | Net15 | -14 | 250527AMEFREOH1-01 | |
| CL US BU | AMEFREOH1 | 5/27/25 | 3258544902 | Invoice | 460.00 | 460.00 | 6/11/25 | Net15 | -14 | 250527AMEFREOH1-01 | One Consolidated Invoice |
| CL US BU | AMEFREOH1 | 5/27/25 | 3258532702 | Invoice | 410.71 | 410.71 | 6/11/25 | Net15 | -14 | 250527AMEFREOH1-01 | |
| CL US BU | AMEFREOH1 | 5/27/25 | 3258537003 | Invoice | 371.50 | 371.50 | 6/11/25 | Net15 | -14 | 250527AMEFREOH1-01 | |
| CL US BU | AMEFREOH1 | 5/27/25 | 3258530701 | Invoice | 50.00 | 50.00 | 6/11/25 | Net15 | -14 | 250527AMEFREOH1-01 | |