UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Franchise Group, Inc., *et al.* | Case No. 24-12480 (LSS) |
| Debtor(s). | (Jointly Administered) |

**ORDER MODIFYING STAY AND ANY PLAN INJUNCTION**

Upon consideration of *Carlos Linares' Motion for an Order Modifying Stay and/or Any Plan Injunction* (the "**Motion**") and the *Declaration in Support of Creditor's Motion for an Order Modifying Stay and/or Any Plan Injunction* (the "**Declaration**"), all briefings filed in connection therewith, and any responses thereto; and the Court having determined that it has subject matter jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and sufficient notice was given under the circumstances; and the Court having found and determined that the Motion, and legal and factual bases set forth in the Motion, establish just cause for the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2

12. The automatic stay and any plan injunction is modified to permit Creditor to proceed with legal action against the Debtors, as nominal parties only, and to proceed to collect any judgment or settlement obtained solely against available insurance proceeds.

2. The automatic stay and any plan injunction remains in effect in all other respects, as permitted by law.