# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Franchise Group, Inc., *et al.* | Case No. 24-12480 (LSS) |
| Debtor(s). | (Jointly Administered) |

## CERTIFICATION OF SERVICE

JENNY R. KASEN, of full age, hereby certifies as follows:

On July 7, 2025, I caused a copy of the following document(s) to be served upon the parties listed and in the manner indicated below:

*Carlos Linares' Motion for an Order Modifying Stay and/or Any Plan Injunction*

*Declaration in Support of Carlos Linares' Motion for an Order Modifying Stay and/or Any Plan Injunction*

*Notice of Carlos Linares' Motion for an Order Modifying Stay and/or Any Plan Injunction*

Proposed *Order Modifying Stay and Any Plan Injunction*

I hereby certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

Dated:  July 7, 2025                KASEN LAW GROUP, P.C.

/s/ Jenny R. Kasen
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
E-Mail: jkasen@kasenlawgroup.com

*Counsel to Creditor*

**Service List**

Via First Class Mail:

Franchise Group, Inc., *et al.*
*c/o* Kirkland & Ellis LLP
Attn: William E. Arnault, Esq.
333 West Wolf Point Plaza
Chicago, IL 60654
Email: warnault@kirkland.com

Franchise Group, Inc., *et al.*
c/o Young Conaway Stargatt & Taylor, LLP
Attn: Shella Borovinskaya, Esq.
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: sborovinskaya@ycst.com

U.S. Trustee
Office of the United States Trustee
Attn: Timothy Jay Fox, Jr., Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Email: timothy.fox@usdoj.gov

Official Committee of Unsecured Creditors
c/o Pachulski Stang Ziehl & Jones LLP
Attn: Gregory V. Demo, Esq.
1700 Broadway
Ste 36th Floor
New York, NY 10019
Email: gdemo@pszjlaw.com