## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC., *et al.,* | ) | Case No. 24-12480 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Rule 2002-1(a) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, omnibus hearing dates in the above-captioned cases have been scheduled as follows:

**August 19, 2025, at 10:00 a.m. (prevailing Eastern Time)**
**September 16, 2025, at 11:00 a.m. (prevailing Eastern Time)**
**October 15, 2025, at 10:00 a.m. (prevailing Eastern Time)**
**November 18, 2025, at 10:00 a.m. (prevailing Eastern Time)**
**December 17, 2025, at 10:00 a.m. (prevailing Eastern Time)**

Dated: July 7th, 2025
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE