| Customer Account | Customer Name | Invoice Number | Customer PO | Transaction Date | Due Date | Transaction Amount | Open Amount |
|---|---|---|---|---|---|---|---|
| CUS19619 | AMERICAN FREIGHT INC | I0000831914 | PO00929636 | 10/14/24 | 11/13/24 | $1,197.00 | $1,197.00 |
| CUS19619 | AMERICAN FREIGHT INC | I0000832365 | PO00934940 | 10/15/24 | 11/14/24 | $3,669.00 | $3,669.00 |
| CUS19619 | AMERICAN FREIGHT INC | I0000837588 | PO00934943 | 10/21/24 | 11/20/24 | $5,111.00 | $5,111.00 |
| | | | | | | **Total** | **$9,977.00** |