IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480 (LSS)<br>(Jointly Administered) |
| Debtors. | Related Docket No. _____ |

**ORDER GRANTING MOTION OF TEMPUR SEALY INTERNATIONAL, INC.
FOR ALLOWANCE AND IMMEDIATE PAYMENT OF
<u>ADMINISTRATIVE EXPENSE CLAIM</u>**

Upon consideration of the *Motion of Tempur Sealy International, Inc. for Allowance and Immediate Payment of Administrative Expense Claim* (the "<u>Motion</u>")[1]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and it appearing that due and proper notice of the Motion has been given to all interested parties in this case; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Tempur Sealy International, Inc. and its affiliates including, but not limited to, Temper-Pedic North America, LLC and Sealy Mattress Manufacturing Company, LLC (collectively,

---

[1] Capitalized terms not otherwise defined shall have the same meaning as set forth in the Motion.

"TSI") shall have an allowed administrative expense under 11 U.S.C. § 503(b) in the amount of the $9,977.00 (the "Allowed Administrative Claim").

3. The Debtors shall pay the Allowed Administrative Claim to TSI within five (5) business days of entry of this Order.

4. This Order shall be binding upon, (i) any liquidating trustee, plan administrator, distribution agent and/or any other person appointed pursuant to any chapter 11 plan confirmed in these cases; (ii) any chapter 11 trustee appointed in these cases; and/or (iii) any chapter 7 trustee appointed or elected in these cases.

5. Notwithstanding any Bankruptcy Rule or Local Rule to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.