IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2025, a true and correct copy of the foregoing ***Motion Of Tempur Sealy International, Inc. For Allowance And Payment Of Administrative Expense Claim*** was sent to the following as indicated:

**VIA E-MAIL ONLY**

Joshua A. Sussberg, Esq.
Nicole L. Greenblatt, Esq.
Derek I. Hunter, Esq.
Brian J. Nakhaimousa, Esq.
Maddison Levine, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
jsussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com
brian.nakhaimousa@kirkland.com
maddison.levine@kirkland.com

Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor, LLP, Rodney Square,
1000 North King Street
Wilmington, DE 19801
emorton@ycst.com
mlunn@ycst.com

Bradford J. Sandler
Peter J. Keane
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
bsandler@pszjlaw.com
pkeane@pszjlaw.com

Robert J. Feinstein
Alan J. Kornfeld
Theodore S. Heckel
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

                                        LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                                        */s/ Susan E. Kaufman*
                                        Susan E. Kaufman, (DSB# 3381)
                                        919 North Market Street, Suite 460
                                        Wilmington, DE 19801
                                        (302) 472-7420
                                        (302) 792-7420 Fax
                                        skaufman@skaufmanlaw.com

Date: July 7, 2025