**Exhibit B**

**Schedule of UPS SCS Global Freight Forwarding Open Invoices**

| Account Name | Invoice Number | Invoice Date | Balance Due |
|---|---|---|---:|
| AMERICAN FREIGHT LLC 45 | 5931115222 | 30Oct2024 | 194.37 |
| AMERICAN FREIGHT LLC 45 | 5999111491 | 30Jan2025 | 3,960.00 |
| AMERICAN FREIGHT LLC 45 | 6002113779 | 05Feb2025 | 95.00 |
| AMERICAN FREIGHT LLC 45 | 5734111295 | 18Apr2025 | 59.40 |
| AMERICAN FREIGHT LLC 45 | 6016117658 | 21Feb2025 | 225.00 |
| AMERICAN FREIGHT LLC 45 | 6016117659 | 21Feb2025 | 47.03 |
| AMERICAN FREIGHT LLC 45 | 6016117660 | 21Feb2025 | 172.03 |
| AMERICAN FREIGHT LLC 45 | 6016117940 | 21Feb2025 | 103.00 |
| AMERICAN FREIGHT LLC 45 | 6024112137 | 04Mar2025 | 166.21 |
| AMERICAN FREIGHT LLC 45 | 6027113672 | 10Mar2025 | 172.03 |
| AMERICAN FREIGHT LLC 45 | 6027113895 | 10Mar2025 | 102.00 |
| AMERICAN FREIGHT LLC 45 | 5744117871 | 16May2025 | 0.71 |
| AMERICAN FREIGHT LLC 45 | 5744117873 | 16May2025 | 1.43 |
| AMERICAN FREIGHT LLC 45 | 5744117875 | 16May2025 | 1.55 |
| AMERICAN FREIGHT LLC 45 | 5744117870 | 16May2025 | 3.38 |
| AMERICAN FREIGHT LLC 45 | 5744117874 | 16May2025 | 59.40 |
| AMERICAN FREIGHT LLC 45 | 5744117872 | 16May2025 | 2.58 |
| AMERICAN FREIGHT LLC 45 | 6039114504 | 25Mar2025 | 170.01 |
| AMERICAN FREIGHT LLC 45 | 6070112427 | 05May2025 | 8,392.00 |
| AMERICAN FREIGHT LLC 45 | 6070112426 | 05May2025 | 89.00 |
| AMERICAN FREIGHT LLC 45 | 6078111954 | 16May2025 | 102.00 |
| AMERICAN FREIGHT LLC 45 | 6078111972 | 16May2025 | 154.00 |
| AMERICAN FREIGHT LLC 45 | 6078111967 | 16May2025 | 154.00 |
| AMERICAN FREIGHT LLC 45 | 6078111961 | 16May2025 | 154.00 |
| AMERICAN FREIGHT LLC 45 | 6078111955 | 16May2025 | 102.00 |
| AMERICAN FREIGHT LLC 45 | 6078111960 | 16May2025 | 102.00 |
| AMERICAN FREIGHT LLC 45 | 6078111963 | 16May2025 | 102.00 |
| AMERICAN FREIGHT LLC 45 | 6078111958 | 16May2025 | 206.00 |
| AMERICAN FREIGHT LLC 45 | 6078111966 | 16May2025 | 258.00 |
| AMERICAN FREIGHT LLC 45 | 6078111959 | 16May2025 | 102.00 |
| AMERICAN FREIGHT LLC 45 | 6078111971 | 16May2025 | 154.00 |
| AMERICAN FREIGHT LLC 45 | 6078111962 | 16May2025 | 102.00 |
| AMERICAN FREIGHT LLC 45 | 6078111970 | 16May2025 | 102.00 |
| AMERICAN FREIGHT LLC 45 | 6078111968 | 16May2025 | 102.00 |
| AMERICAN FREIGHT LLC 45 | 6078111956 | 16May2025 | 102.00 |
| AMERICAN FREIGHT LLC 45 | 6078111969 | 16May2025 | 310.00 |
| AMERICAN FREIGHT LLC 45 | 6078111957 | 16May2025 | 102.00 |
| AMERICAN FREIGHT LLC 45 | 6078111964 | 16May2025 | 154.00 |
| AMERICAN FREIGHT LLC 45 | 6078111965 | 16May2025 | 154.00 |
| AMERICAN FREIGHT LLC 45 | 6078111973 | 16May2025 | 154.00 |
| | | | **16,888.13** |