**Exhibit C**

**Schedule of UPS Small Package Open Invoices**

| Account Name | Group Name | Invoice Number | Invoice Date | Balance Due |
|---|---|---|---|---:|
| AMERICAN FREIGHT 9240 | THE VITAMIN SHOPPE | 000000A426X2454 | 09Nov2024 | 46.66 |
| AMERICAN FREIGHT #7820 | AMERICAN FREIGHT OUTLETS | 0000002R02F8454 | 09Nov2024 | 274.79 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT454 | 09Nov2024 | 35.76 |
| AMERICAN FREIGHT #9889 | AMERICAN FREIGHT OUTLETS | 0000002R02R3454 | 09Nov2024 | 17.59 |
| AMERICAN FREIGHT #4612 | AMERICAN FREIGHT OUTLETS | 0000002R02F5454 | 09Nov2024 | 12.95 |
| AMERICAN FREIGHT #9449 | AMERICAN FREIGHT OUTLETS | 0000002R02R1454 | 09Nov2024 | 2.49 |
| AMERICAN FREIGHT #44 | AMERICAN FREIGHT OUTLETS | 000000506Y86454 | 09Nov2024 | 1.30 |
| FFO DIXIE | AMERICAN FREIGHT OUTLETS | 000000XA7776454 | 09Nov2024 | 2.20 |
| AMERICAN FREIGHT #164 | AMERICAN FREIGHT OUTLETS | 0000006R03R4454 | 09Nov2024 | 4.40 |
| AMERICAN FREIGHT #41 | AMERICAN FREIGHT OUTLETS | 000000504F27454 | 09Nov2024 | 1.71 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX454 | 09Nov2024 | 246.94 |
| AMERICAN FREIGHT #5630 | AMERICAN FREIGHT OUTLETS | 000000V381R2454 | 09Nov2024 | 17.60 |
| AMERICAN FREIGHT 269 | AMERICAN FREIGHT OUTLETS | 000000EX0468454 | 09Nov2024 | 2.86 |
| AMERICAN FREIGHT #4052 | AMERICAN FREIGHT OUTLETS | 000000A3399F454 | 09Nov2024 | 27.48 |
| AMERICAN FREIGHT #7820 | AMERICAN FREIGHT OUTLETS | 0000002R02F8464 | 16Nov2024 | 12.42 |
| AMERICAN FREIGHT #5630 | AMERICAN FREIGHT OUTLETS | 000000V381R2464 | 16Nov2024 | 85.67 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1464 | 16Nov2024 | 8.80 |
| AMERICAN FREIGHT #5236 | AMERICAN FREIGHT OUTLETS | 0000004E1A13464 | 16Nov2024 | 1.59 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT464 | 16Nov2024 | 35.74 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX464 | 16Nov2024 | 99.14 |
| AMERICAN FREIGHT #9449 | AMERICAN FREIGHT OUTLETS | 0000002R02R1464 | 16Nov2024 | 1.32 |
| AMERICAN FREIGHT #165 | AMERICAN FREIGHT OUTLETS | 0000006R1648464 | 16Nov2024 | 127.84 |
| AMERICAN FREIGHT 9240 | THE VITAMIN SHOPPE | 000000A426X2464 | 16Nov2024 | 11.76 |
| AMERICAN FREIGHT #157 | AMERICAN FREIGHT OUTLETS | 0000006FA401464 | 16Nov2024 | 4.40 |
| AMERICAN FREIGHT #9889 | AMERICAN FREIGHT OUTLETS | 0000002R02R3464 | 16Nov2024 | 59.97 |
| AMERICAN FREIGHT #4052 | AMERICAN FREIGHT OUTLETS | 000000A3399F464 | 16Nov2024 | 39.49 |
| AMERICAN FREIGHT #8 | AMERICAN FREIGHT OUTLETS | 0000005X6A75484 | 30Nov2024 | 30.49 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1524 | 28Dec2024 | 463.85 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT524 | 28Dec2024 | 36.00 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7524 | 28Dec2024 | 4.40 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX524 | 28Dec2024 | 330.82 |
| AMERICAN FREIGHT #8 | AMERICAN FREIGHT OUTLETS | 0000005X6A75524 | 28Dec2024 | 4.40 |
| AMERICAN FREIGHT #4307 | AMERICAN FREIGHT OUTLETS | 0000006Y6F96524 | 28Dec2024 | 4.40 |
| AMERICAN FREIGHT #156 | AMERICAN FREIGHT OUTLETS | 0000006E7W17524 | 28Dec2024 | 4.40 |
| AMERICAN FREIGHT #42 | AMERICAN FREIGHT OUTLETS | 000000504RW7524 | 28Dec2024 | 138.15 |
| AMERICAN FREIGHT #5630 | AMERICAN FREIGHT OUTLETS | 000000V381R2524 | 28Dec2024 | 189.80 |
| AMERICAN FREIGHT 9240 | THE VITAMIN SHOPPE | 000000A426X2524 | 28Dec2024 | 0.94 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX015 | 04Jan2025 | 19.99 |
| AMERICAN FREIGHT #4076 | AMERICAN FREIGHT OUTLETS | 0000000V2641015 | 04Jan2025 | 84.51 |
| AMERICAN FREIGHT #152 | AMERICAN FREIGHT OUTLETS | 0000006E3A26015 | 04Jan2025 | 4.40 |
| AMERICAN FREIGHT #63 | AMERICAN FREIGHT OUTLETS | 000000516E91015 | 04Jan2025 | 50.20 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1015 | 04Jan2025 | 4.40 |
| AMERICAN FREIGHT #28 | AMERICAN FREIGHT OUTLETS | 0000005Y9168015 | 04Jan2025 | 140.07 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT015 | 04Jan2025 | 40.40 |
| AMERICAN FREIGHT #4790 | AMERICAN FREIGHT OUTLETS | 000000166932025 | 11Jan2025 | 48.63 |
| AMERICAN FREIGHT #4618 | AMERICAN FREIGHT OUTLETS | 00000080V184025 | 11Jan2025 | 4.40 |
| AMERICAN FREIGHT #9150 | AMERICAN FREIGHT OUTLETS | 000000V82F47025 | 11Jan2025 | 1,557.82 |
| AMERICAN FREIGHT #3 | AMERICAN FREIGHT OUTLETS | 0000005W2A47025 | 11Jan2025 | 37.08 |
| AMERICAN FREIGHT #4794 | AMERICAN FREIGHT OUTLETS | 0000002080XX025 | 11Jan2025 | 34.95 |

| Account Name | Group Name | Invoice Number | Invoice Date | Balance Due |
|---|---|---|---|---:|
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT025 | 11Jan2025 | 36.00 |
| AMERICAN FREIGHT #5233 | AMERICAN FREIGHT OUTLETS | 00000043W219025 | 11Jan2025 | 82.17 |
| AMERICAN FREIGHT #87 | AMERICAN FREIGHT OUTLETS | 0000005333V8035 | 18Jan2025 | 4.40 |
| AMERICAN FREIGHT #150 | AMERICAN FREIGHT OUTLETS | 0000006E1W90035 | 18Jan2025 | 30.85 |
| AMERICAN FREIGHT #41 | AMERICAN FREIGHT OUTLETS | 000000504F27035 | 18Jan2025 | 141.44 |
| AMERICAN FREIGHT #4831 | AMERICAN FREIGHT OUTLETS | 000000376Y73035 | 18Jan2025 | 4.40 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT035 | 18Jan2025 | 38.88 |
| AMERICAN FREIGHT #4621 | AMERICAN FREIGHT OUTLETS | 0000002V8472035 | 18Jan2025 | 28.95 |
| AMERICAN FREIGHT #4275 | AMERICAN FREIGHT OUTLETS | 0000002E4722035 | 18Jan2025 | 24.76 |
| AMERICAN FREIGHT #42 | AMERICAN FREIGHT OUTLETS | 000000504RW7035 | 18Jan2025 | 567.87 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX035 | 18Jan2025 | 26.47 |
| AMERICAN FREIGHT #66 | AMERICAN FREIGHT OUTLETS | 000000519WE8035 | 18Jan2025 | 47.09 |
| AMERICAN FREIGHT #7556 | AMERICAN FREIGHT OUTLETS | 0000008WY346035 | 18Jan2025 | 4.40 |
| AMERICAN FREIGHT #5630 | AMERICAN FREIGHT OUTLETS | 000000V381R2035 | 18Jan2025 | 15.18 |
| AMERICAN FREIGHT #172 | AMERICAN FREIGHT OUTLETS | 0000006TT522035 | 18Jan2025 | 4.40 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1035 | 18Jan2025 | 41.51 |
| AMERICAN FREIGHT #7564 | AMERICAN FREIGHT OUTLETS | 0000008FE451035 | 18Jan2025 | 4.40 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT045 | 25Jan2025 | 107.84 |
| AMERICAN FREIGHT #4076 | AMERICAN FREIGHT OUTLETS | 0000000V2641045 | 25Jan2025 | 6.76 |
| AMERICAN FREIGHT #28 | AMERICAN FREIGHT OUTLETS | 0000005Y9168045 | 25Jan2025 | 11.21 |
| AMERICAN FREIGHT #4307 | AMERICAN FREIGHT OUTLETS | 0000006Y6F96045 | 25Jan2025 | 34.79 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7045 | 25Jan2025 | 368.68 |
| AMERICAN FREIGHT #156 | AMERICAN FREIGHT OUTLETS | 0000006E7W17045 | 25Jan2025 | 173.44 |
| AMERICAN FREIGHT #176 | AMERICAN FREIGHT OUTLETS | 0000006V0686045 | 25Jan2025 | 4.40 |
| AMERICAN FREIGHT #63 | AMERICAN FREIGHT OUTLETS | 000000516E91045 | 25Jan2025 | 4.02 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX045 | 25Jan2025 | 106.64 |
| AMERICAN FREIGHT #4617 | AMERICAN FREIGHT OUTLETS | 0000008YY400045 | 25Jan2025 | 4.40 |
| AMERICAN FREIGHT #8 | AMERICAN FREIGHT OUTLETS | 0000005X6A75045 | 25Jan2025 | 111.57 |
| AMERICAN FREIGHT #22 | AMERICAN FREIGHT OUTLETS | 0000005Y4F37045 | 25Jan2025 | 4.40 |
| AMERICAN FREIGHT #9150 | AMERICAN FREIGHT OUTLETS | 000000V82F47055 | 01Feb2025 | 124.63 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1055 | 01Feb2025 | 174.12 |
| AMERICAN FREIGHT #54 | AMERICAN FREIGHT OUTLETS | 00000051Y0V9055 | 01Feb2025 | 4.40 |
| AMERICAN FREIGHT #39 | AMERICAN FREIGHT OUTLETS | 000000503RW7055 | 01Feb2025 | 4.40 |
| AMERICAN FREIGHT #4794 | AMERICAN FREIGHT OUTLETS | 0000002080XX055 | 01Feb2025 | 2.80 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT055 | 01Feb2025 | 38.88 |
| AMERICAN FREIGHT #152 | AMERICAN FREIGHT OUTLETS | 0000006E3A26055 | 01Feb2025 | 78.78 |
| AMERICAN FREIGHT #3 | AMERICAN FREIGHT OUTLETS | 0000005W2A47055 | 01Feb2025 | 2.97 |
| AMERICAN FREIGHT #28 | AMERICAN FREIGHT OUTLETS | 0000005Y9168055 | 01Feb2025 | 28.80 |
| AMERICAN FREIGHT #5233 | AMERICAN FREIGHT OUTLETS | 00000043W219055 | 01Feb2025 | 6.57 |
| AMERICAN FREIGHT #4790 | AMERICAN FREIGHT OUTLETS | 000000166932055 | 01Feb2025 | 3.89 |
| AMERICAN FREIGHT #273 | AMERICAN FREIGHT OUTLETS | 0000007E7832055 | 01Feb2025 | 4.40 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX055 | 01Feb2025 | 100.55 |
| AMERICAN FREIGHT #41 | AMERICAN FREIGHT OUTLETS | 000000504F27065 | 08Feb2025 | 11.32 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX065 | 08Feb2025 | 18.67 |
| AMERICAN FREIGHT #4618 | AMERICAN FREIGHT OUTLETS | 00000080V184065 | 08Feb2025 | 143.89 |
| AMERICAN FREIGHT #4621 | AMERICAN FREIGHT OUTLETS | 0000002V8472065 | 08Feb2025 | 2.32 |
| AMERICAN FREIGHT #150 | AMERICAN FREIGHT OUTLETS | 0000006E1W90065 | 08Feb2025 | 2.47 |
| AMERICAN FREIGHT #42 | AMERICAN FREIGHT OUTLETS | 000000504RW7065 | 08Feb2025 | 45.43 |
| AMERICAN FREIGHT #5630 | AMERICAN FREIGHT OUTLETS | 000000V381R2065 | 08Feb2025 | 1.21 |

| Account Name | Group Name | Invoice Number | Invoice Date | Balance Due |
|---|---|---|---|---:|
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7065 | 08Feb2025 | 4.40 |
| AMERICAN FREIGHT #4275 | AMERICAN FREIGHT OUTLETS | 0000002E4722065 | 08Feb2025 | 1.98 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1065 | 08Feb2025 | 3.32 |
| AMERICAN FREIGHT #66 | AMERICAN FREIGHT OUTLETS | 000000519WE8065 | 08Feb2025 | 3.77 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT065 | 08Feb2025 | 39.11 |
| AMERICAN FREIGHT #172 | AMERICAN FREIGHT OUTLETS | 0000006TT522075 | 15Feb2025 | 62.26 |
| AMERICAN FREIGHT #156 | AMERICAN FREIGHT OUTLETS | 0000006E7W17075 | 15Feb2025 | 13.88 |
| AMERICAN FREIGHT #22 | AMERICAN FREIGHT OUTLETS | 0000005Y4F37075 | 15Feb2025 | 160.57 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX075 | 15Feb2025 | 8.53 |
| AMERICAN FREIGHT #87 | AMERICAN FREIGHT OUTLETS | 0000005333V8075 | 15Feb2025 | 38.07 |
| AMERICAN FREIGHT #7556 | AMERICAN FREIGHT OUTLETS | 0000008WY346075 | 15Feb2025 | 188.92 |
| AMERICAN FREIGHT #4307 | AMERICAN FREIGHT OUTLETS | 0000006Y6F96075 | 15Feb2025 | 2.78 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7075 | 15Feb2025 | 29.49 |
| AMERICAN FREIGHT #28 | AMERICAN FREIGHT OUTLETS | 0000005Y9168075 | 15Feb2025 | 0.90 |
| AMERICAN FREIGHT #8 | AMERICAN FREIGHT OUTLETS | 0000005X6A75075 | 15Feb2025 | 8.93 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1075 | 15Feb2025 | 42.24 |
| AMERICAN FREIGHT #4831 | AMERICAN FREIGHT OUTLETS | 000000376Y73075 | 15Feb2025 | 37.07 |
| AMERICAN FREIGHT #5236 | AMERICAN FREIGHT OUTLETS | 0000004E1A13075 | 15Feb2025 | 4.40 |
| AMERICAN FREIGHT #7564 | AMERICAN FREIGHT OUTLETS | 0000008FE451075 | 15Feb2025 | 207.89 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT075 | 15Feb2025 | 44.63 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7085 | 22Feb2025 | 341.46 |
| AMERICAN FREIGHT #9150 | AMERICAN FREIGHT OUTLETS | 000000V82F47085 | 22Feb2025 | 9.97 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT085 | 22Feb2025 | 39.11 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1085 | 22Feb2025 | 13.93 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX085 | 22Feb2025 | 1,121.07 |
| AMERICAN FREIGHT #28 | AMERICAN FREIGHT OUTLETS | 0000005Y9168085 | 22Feb2025 | 2.30 |
| AMERICAN FREIGHT #4617 | AMERICAN FREIGHT OUTLETS | 0000008YY400085 | 22Feb2025 | 128.42 |
| AMERICAN FREIGHT #39 | AMERICAN FREIGHT OUTLETS | 000000503RW7085 | 22Feb2025 | 70.89 |
| AMERICAN FREIGHT #176 | AMERICAN FREIGHT OUTLETS | 0000006V0686085 | 22Feb2025 | 93.03 |
| AMERICAN FREIGHT #152 | AMERICAN FREIGHT OUTLETS | 0000006E3A26085 | 22Feb2025 | 6.30 |
| AMERICAN FREIGHT #41 | AMERICAN FREIGHT OUTLETS | 000000504F27095 | 01Mar2025 | 0.91 |
| AMERICAN FREIGHT #42 | AMERICAN FREIGHT OUTLETS | 000000504RW7095 | 01Mar2025 | 3.63 |
| AMERICAN FREIGHT #54 | AMERICAN FREIGHT OUTLETS | 00000051Y0V9095 | 01Mar2025 | 42.28 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT095 | 01Mar2025 | 39.13 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX095 | 01Mar2025 | 1.49 |
| AMERICAN FREIGHT #273 | AMERICAN FREIGHT OUTLETS | 0000007E7832095 | 01Mar2025 | 27.48 |
| AMERICAN FREIGHT #4618 | AMERICAN FREIGHT OUTLETS | 00000080V184095 | 01Mar2025 | 11.51 |
| AMERICAN FREIGHT #156 | AMERICAN FREIGHT OUTLETS | 0000006E7W17105 | 08Mar2025 | 1.11 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX105 | 08Mar2025 | 126.05 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT105 | 08Mar2025 | 39.57 |
| AMERICAN FREIGHT #4617 | AMERICAN FREIGHT OUTLETS | 0000008YY400105 | 08Mar2025 | 133.18 |
| AMERICAN FREIGHT #172 | AMERICAN FREIGHT OUTLETS | 0000006TT522105 | 08Mar2025 | 4.98 |
| AMERICAN FREIGHT #5236 | AMERICAN FREIGHT OUTLETS | 0000004E1A13105 | 08Mar2025 | 27.73 |
| AMERICAN FREIGHT #7564 | AMERICAN FREIGHT OUTLETS | 0000008FE451105 | 08Mar2025 | 16.63 |
| AMERICAN FREIGHT #4831 | AMERICAN FREIGHT OUTLETS | 000000376Y73105 | 08Mar2025 | 2.97 |
| AMERICAN FREIGHT #7556 | AMERICAN FREIGHT OUTLETS | 0000008WY346105 | 08Mar2025 | 15.11 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7105 | 08Mar2025 | 500.76 |
| AMERICAN FREIGHT #22 | AMERICAN FREIGHT OUTLETS | 0000005Y4F37105 | 08Mar2025 | 12.85 |
| AMERICAN FREIGHT #87 | AMERICAN FREIGHT OUTLETS | 0000005333V8105 | 08Mar2025 | 3.05 |

| Account Name | Group Name | Invoice Number | Invoice Date | Balance Due |
|---|---|---|---|---|
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1105 | 08Mar2025 | 3.38 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7115 | 15Mar2025 | 27.32 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX115 | 15Mar2025 | 819.98 |
| AMERICAN FREIGHT #5233 | AMERICAN FREIGHT OUTLETS | 00000043W219115 | 15Mar2025 | 22.00 |
| AMERICAN FREIGHT #300 | THE VITAMIN SHOPPE | 000000G2E251115 | 15Mar2025 | 4.40 |
| AMERICAN FREIGHT #5236 | AMERICAN FREIGHT OUTLETS | 0000004E1A13115 | 15Mar2025 | 153.39 |
| AMERICAN FREIGHT #8 | AMERICAN FREIGHT OUTLETS | 0000005X6A75115 | 15Mar2025 | 13.20 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT115 | 15Mar2025 | 39.13 |
| AMERICAN FREIGHT #176 | AMERICAN FREIGHT OUTLETS | 0000006V0686115 | 15Mar2025 | 7.44 |
| AMERICAN FREIGHT #4617 | AMERICAN FREIGHT OUTLETS | 0000008YY400115 | 15Mar2025 | 10.27 |
| AMERICAN FREIGHT #39 | AMERICAN FREIGHT OUTLETS | 000000503RW7115 | 15Mar2025 | 5.67 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1115 | 15Mar2025 | 14.31 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 000000010A63115 | 15Mar2025 | 26.40 |
| AMERICAN FREIGHT #4275 | AMERICAN FREIGHT OUTLETS | 0000002E4722125 | 22Mar2025 | 4.40 |
| AMERICAN FREIGHT CORPORATE | AMERICAN FREIGHT OUTLETS | 000000V5284V125 | 22Mar2025 | 149.36 |
| AMERICAN FREIGHT #4618 | AMERICAN FREIGHT OUTLETS | 00000080V184125 | 22Mar2025 | 0.92 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1125 | 22Mar2025 | 4.40 |
| AMERICAN FREIGHT #8 | AMERICAN FREIGHT OUTLETS | 0000005X6A75125 | 22Mar2025 | 8.80 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX125 | 22Mar2025 | 56.00 |
| AMERICAN FREIGHT #4029 | AMERICAN FREIGHT OUTLETS | 000000A65365125 | 22Mar2025 | 17.58 |
| AMERICAN FREIGHT #5233 | AMERICAN FREIGHT OUTLETS | 00000043W219125 | 22Mar2025 | 4.40 |
| AMERICAN FREIGHT #273 | AMERICAN FREIGHT OUTLETS | 0000007E7832125 | 22Mar2025 | 2.20 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7125 | 22Mar2025 | 482.62 |
| AMERICAN FREIGHT #54 | AMERICAN FREIGHT OUTLETS | 00000051Y0V9125 | 22Mar2025 | 3.38 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT125 | 22Mar2025 | 39.13 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX135 | 29Mar2025 | 36.55 |
| AMERICAN FREIGHT CORPORATE | AMERICAN FREIGHT OUTLETS | 000000V5284V135 | 29Mar2025 | 171.24 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT135 | 29Mar2025 | 39.17 |
| AMERICAN FREIGHT #7556 | AMERICAN FREIGHT OUTLETS | 0000008WY346135 | 29Mar2025 | 1.21 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 000000010A63135 | 29Mar2025 | 4.40 |
| AMERICAN FREIGHT #4617 | AMERICAN FREIGHT OUTLETS | 0000008YY400135 | 29Mar2025 | 10.65 |
| AMERICAN FREIGHT #22 | AMERICAN FREIGHT OUTLETS | 0000005Y4F37135 | 29Mar2025 | 1.03 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7135 | 29Mar2025 | 53.26 |
| AMERICAN FREIGHT #5236 | AMERICAN FREIGHT OUTLETS | 0000004E1A13135 | 29Mar2025 | 2.22 |
| AMERICAN FREIGHT #28 | AMERICAN FREIGHT OUTLETS | 0000005Y9168135 | 29Mar2025 | 4.40 |
| AMERICAN FREIGHT #7564 | AMERICAN FREIGHT OUTLETS | 0000008FE451135 | 29Mar2025 | 1.33 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX145 | 05Apr2025 | 108.20 |
| AMERICAN FREIGHT #4029 | AMERICAN FREIGHT OUTLETS | 000000A65365145 | 05Apr2025 | 17.83 |
| AMERICAN FREIGHT #5236 | AMERICAN FREIGHT OUTLETS | 0000004E1A13145 | 05Apr2025 | 12.27 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1145 | 05Apr2025 | 5.54 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7145 | 05Apr2025 | 6.59 |
| AMERICAN FREIGHT CORPORATE | AMERICAN FREIGHT OUTLETS | 000000V5284V145 | 05Apr2025 | 39.23 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 000000010A63145 | 05Apr2025 | 2.11 |
| AMERICAN FREIGHT #5233 | AMERICAN FREIGHT OUTLETS | 00000043W219145 | 05Apr2025 | 1.76 |
| AMERICAN FREIGHT #4617 | AMERICAN FREIGHT OUTLETS | 0000008YY400145 | 05Apr2025 | 0.82 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT145 | 05Apr2025 | 45.70 |
| AMERICAN FREIGHT #8 | AMERICAN FREIGHT OUTLETS | 0000005X6A75145 | 05Apr2025 | 1.06 |
| AMERICAN FREIGHT #4029 | AMERICAN FREIGHT OUTLETS | 000000A65365155 | 12Apr2025 | 1.41 |
| AMERICAN FREIGHT #5233 | AMERICAN FREIGHT OUTLETS | 00000043W219155 | 12Apr2025 | 615.51 |

| Account Name | Group Name | Invoice Number | Invoice Date | Balance Due |
|---|---|---|---|---|
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 000000010A63155 | 12Apr2025 | 551.93 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX155 | 12Apr2025 | 4.48 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT155 | 12Apr2025 | 45.70 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1155 | 12Apr2025 | 147.31 |
| AMERICAN FREIGHT CORPORATE | AMERICAN FREIGHT OUTLETS | 000000V5284V155 | 12Apr2025 | 39.24 |
| AMERICAN FREIGHT #8 | AMERICAN FREIGHT OUTLETS | 0000005X6A75155 | 12Apr2025 | 303.92 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7155 | 12Apr2025 | 38.61 |
| AMERICAN FREIGHT #4275 | AMERICAN FREIGHT OUTLETS | 0000002E4722165 | 19Apr2025 | 39.46 |
| AMERICAN FREIGHT #28 | AMERICAN FREIGHT OUTLETS | 0000005Y9168165 | 19Apr2025 | 27.79 |
| AMERICAN FREIGHT CORPORATE | AMERICAN FREIGHT OUTLETS | 000000V5284V165 | 19Apr2025 | 41.03 |
| AMERICAN FREIGHT #8 | AMERICAN FREIGHT OUTLETS | 0000005X6A75165 | 19Apr2025 | 187.91 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7165 | 19Apr2025 | 8.66 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX165 | 19Apr2025 | 2.92 |
| AMERICAN FREIGHT #5233 | AMERICAN FREIGHT OUTLETS | 00000043W219165 | 19Apr2025 | 72.44 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1165 | 19Apr2025 | 34.93 |
| AMERICAN FREIGHT #4617 | AMERICAN FREIGHT OUTLETS | 0000008YY400165 | 19Apr2025 | 0.85 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT165 | 19Apr2025 | 45.79 |
| AMERICAN FREIGHT #4029 | AMERICAN FREIGHT OUTLETS | 000000A65365165 | 19Apr2025 | 33.39 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7175 | 26Apr2025 | 2,508.25 |
| AMERICAN FREIGHT CORPORATE | AMERICAN FREIGHT OUTLETS | 000000V5284V175 | 26Apr2025 | 31.17 |
| AMERICAN FREIGHT #4029 | AMERICAN FREIGHT OUTLETS | 000000A65365175 | 26Apr2025 | 32.74 |
| AMERICAN FREIGHT #9250 | AMERICAN FREIGHT OUTLETS | 0000001A262F175 | 26Apr2025 | 4.40 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 000000010A63175 | 26Apr2025 | 51.36 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT175 | 26Apr2025 | 47.09 |
| AMERICAN FREIGHT #5236 | AMERICAN FREIGHT OUTLETS | 0000004E1A13175 | 26Apr2025 | 1.21 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX175 | 26Apr2025 | 10.71 |
| AMERICAN FREIGHT #28 | AMERICAN FREIGHT OUTLETS | 0000005Y9168175 | 26Apr2025 | 20.92 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 000000010A63185 | 03May2025 | 54.64 |
| AMERICAN FREIGHT CORPORATE | AMERICAN FREIGHT OUTLETS | 000000V5284V185 | 03May2025 | 35.52 |
| AMERICAN FREIGHT #8 | AMERICAN FREIGHT OUTLETS | 0000005X6A75185 | 03May2025 | 30.09 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT185 | 03May2025 | 47.00 |
| AMERICAN FREIGHT #4029 | AMERICAN FREIGHT OUTLETS | 000000A65365185 | 03May2025 | 97.31 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1185 | 03May2025 | 71.27 |
| AMERICAN FREIGHT #5233 | AMERICAN FREIGHT OUTLETS | 00000043W219185 | 03May2025 | 60.94 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7185 | 03May2025 | 1,038.16 |
| AMERICAN FREIGHT #4029 | AMERICAN FREIGHT OUTLETS | 000000A65365195 | 10May2025 | 3.31 |
| AMERICAN FREIGHT CORPORATE | AMERICAN FREIGHT OUTLETS | 000000V5284V195 | 10May2025 | 31.30 |
| AMERICAN FREIGHT #5233 | AMERICAN FREIGHT OUTLETS | 00000043W219195 | 10May2025 | 7.17 |
| AMERICAN FREIGHT #4275 | AMERICAN FREIGHT OUTLETS | 0000002E4722195 | 10May2025 | 3.91 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1195 | 10May2025 | 3.46 |
| AMERICAN FREIGHT #8 | AMERICAN FREIGHT OUTLETS | 0000005X6A75195 | 10May2025 | 18.60 |
| AMERICAN FREIGHT #28 | AMERICAN FREIGHT OUTLETS | 0000005Y9168195 | 10May2025 | 2.75 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT195 | 10May2025 | 47.01 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT205 | 17May2025 | 47.14 |
| AMERICAN FREIGHT SFS TP | AMERICAN FREIGHT OUTLETS | 0000001R02E0205 | 17May2025 | 4.40 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX205 | 17May2025 | 86.49 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 000000010A63205 | 17May2025 | 5.08 |
| AMERICAN FREIGHT CORPORATE | AMERICAN FREIGHT OUTLETS | 000000V5284V205 | 17May2025 | 30.33 |
| AMERICAN FREIGHT #4029 | AMERICAN FREIGHT OUTLETS | 000000A65365205 | 17May2025 | 3.24 |

| Account Name | Group Name | Invoice Number | Invoice Date | Balance Due |
|---|---|---|---|---|
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7205 | 17May2025 | 627.13 |
| AMERICAN FREIGHT #28 | AMERICAN FREIGHT OUTLETS | 0000005Y9168205 | 17May2025 | 2.07 |
| AMERICAN FREIGHT #4029 | AMERICAN FREIGHT OUTLETS | 000000A65365215 | 24May2025 | 9.82 |
| AMERICAN FREIGHT #9250 | AMERICAN FREIGHT OUTLETS | 0000001A262F215 | 24May2025 | 74.95 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 000000010A63215 | 24May2025 | 5.52 |
| AMERICAN FREIGHT #5233 | AMERICAN FREIGHT OUTLETS | 00000043W219215 | 24May2025 | 6.15 |
| AMERICAN FREIGHT #9486 | AMERICAN FREIGHT OUTLETS | 0000008W55E1215 | 24May2025 | 7.20 |
| AMERICAN FREIGHT CORPORATE | AMERICAN FREIGHT OUTLETS | 000000V5284V215 | 24May2025 | 31.38 |
| AMERICAN FREIGHT #8 | AMERICAN FREIGHT OUTLETS | 0000005X6A75215 | 24May2025 | 3.04 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX215 | 24May2025 | 4.49 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7215 | 24May2025 | 104.84 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT215 | 24May2025 | 48.07 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT225 | 31May2025 | 48.44 |
| AMERICAN FREIGHT #8 | AMERICAN FREIGHT OUTLETS | 0000005X6A75225 | 31May2025 | 1.88 |
| AMERICAN FREIGHT #4029 | AMERICAN FREIGHT OUTLETS | 000000A65365225 | 31May2025 | 16.37 |
| AMERICAN FREIGHT CORPORATE | AMERICAN FREIGHT OUTLETS | 000000V5284V225 | 31May2025 | 71.91 |
| AMERICAN FREIGHT CORPORATE | AMERICAN FREIGHT OUTLETS | 000000V5284V235 | 07Jun2025 | 31.03 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7235 | 07Jun2025 | 63.33 |
| SHO TP | AMERICAN FREIGHT OUTLETS | 0000009676XX235 | 07Jun2025 | 8.73 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT235 | 07Jun2025 | 48.46 |
| AMERICAN FREIGHT | AMERICAN FREIGHT OUTLETS | 0000004094TT245 | 14Jun2025 | 48.55 |
| AMERICAN FREIGHT SFS TP | AMERICAN FREIGHT OUTLETS | 0000001R02E0245 | 14Jun2025 | 31.60 |
| AMERICAN FREIGHT CORPORATE | AMERICAN FREIGHT OUTLETS | 000000V5284V245 | 14Jun2025 | 31.14 |
| AMERICAN FREIGHT #9250 | AMERICAN FREIGHT OUTLETS | 0000001A262F245 | 14Jun2025 | 7.57 |
| AMERICAN FREIGHT #4029 | AMERICAN FREIGHT OUTLETS | 000000A65365245 | 14Jun2025 | 137.71 |
| AMERICAN FREIGHT #19 | AMERICAN FREIGHT OUTLETS | 0000005Y23R7245 | 14Jun2025 | 10.59 |

**21,648.10**