**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 7th day of July 2025, a true and correct copy of the foregoing was electronically filed with the United States Bankruptcy Court, District of Delaware, pursuant to the Court's Case Management/Electronic Case Filing system, and notice of such filing was served on the parties registered to receive electronic notices, and additional service was completed via electronic mail and/or first-class mail on the parties below:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Edmon L. Morton
Matthew B. Lunn
Allison S. Mielke
Shella Borovinskaya
Rodney Square
1000 North King Street
Wilmington, DE   19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

and

KIRKLAND & ELLIS LLP
Joshua A. Sussberg, P.C.
Nicole L. Greenblatt, P.C.
Derek I. Hunter
601 Lexington Avenue
New York, NY   10022
joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com

*Counsel to the Debtors*

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Peter J. Keane
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
bsandler@pszjlaw.com
pkeane@pszjlaw.com

and

Robert J. Feinstein
Alan J. Kornfeld
Theodore S. Heckel
1700 Broadway, 36th Floor
New York, NY 10019
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

Timothy J. Fox
844 N. King Street, Room 2207
Lockbox #35
Wilmington, DE 19801
Timothy.Fox@usdoj.gov

*Office of the U.S. Trustee*

                                                */s/ Sarah E. Silveira*
                                                Sarah E. Silveira (DE No. 6580)