# EXHIBIT A

**6001 Powerline LLC**

1200 Wright Avenue

Richmond, CA  94804 USA

info@shibarshin.com

# Invoice

| BILL TO |
| --- |
| American Freight |
| 109 Innovation Court Suite J |
| Delaware, OH 43015 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 239 | 11/01/2024 | $1,685.00 | 11/01/2024 | Due on receipt | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Rent | Rent November | 1 | 14,971.88 | 14,971.88T |
| CAM | CAM November<br>25,825 sqft x 4.45 / 12 months | 25,825 | 0.3706 | 9,570.75T |

|  |  |
| --- | --- |
| SUBTOTAL | 24,542.63 |
| TAX (3%) | 736.28 |
| TOTAL | 25,278.91 |
| PAYMENT | 23,593.91 |
| BALANCE DUE | **$1,685.00** |

**6001 Powerline LLC**   
1200 Wright Avenue   
Richmond, CA  94804 USA   
info@shibarshin.com

# Invoice

| BILL TO |
| --- |
| American Freight of South Florida, LLC<br>109 Innovation Court Suite J<br>Delaware, OH 43015 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 241 | 11/06/2024 | $4,417.68 | 11/09/2024 | Due on receipt | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Rent | 18% late fee for November rent pursuant to Article IV - Section J<br>$14,971.88 x 18% = $2,694.94 | 0.18 | 14,971.88 | 2,694.94 |
| CAM | 18% late fee for November CAM charges pursuant to Article IV - Section J<br>25,825 sqft x 4.45 / 12 months = $9,570.75 x 18% = $1,722.735 | 0.18 | 9,570.75 | 1,722.74 |

|  |  |
| --- | --- |
| SUBTOTAL | 4,417.68 |
| TAX (3%) | 0.00 |
| TOTAL | 4,417.68 |
| BALANCE DUE | **$4,417.68** |

**6001 Powerline LLC**  
1200 Wright Avenue  
Richmond, CA  94804 USA  
info@shibarshin.com

# Invoice

| BILL TO |
| --- |
| American Freight |
| 109 Innovation Court Suite J |
| Delaware, OH 43015 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 266 | 04/01/2025 | $228.28 | 04/01/2025 | Due on receipt | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Rent | Rent April | 1 | 15,421.04 | 15,421.04T |
| CAM | CAM April<br>25,825 sqft x 4.45 / 12 months | 25,825 | 0.3706 | 9,570.75T |
| Utilities | FPL billed under 6001 Powerline LLC | 1 | 228.28 | 228.28 |

| | |
| --- | --- |
| SUBTOTAL | 25,220.07 |
| TAX (3%) | 749.75 |
| TOTAL | 25,969.82 |
| PAYMENT | 25,741.54 |
| BALANCE DUE | **$228.28** |

**6001 Powerline LLC**

1200 Wright Avenue

Richmond, CA  94804 USA

info@shibarshin.com

# Invoice

| BILL TO |
| --- |
| American Freight |
| 109 Innovation Court Suite J |
| Delaware, OH 43015 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 271 | 05/01/2025 | $25,741.54 | 05/01/2025 | Due on receipt | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| **Rent** | Rent May | 1 | 15,421.04 | 15,421.04T |
| **CAM** | CAM May<br>25,825 sqft x 4.45 / 12 months | 25,825 | 0.3706 | 9,570.75T |

| | |
| --- | --- |
| SUBTOTAL | 24,991.79 |
| TAX (3%) | 749.75 |
| TOTAL | 25,741.54 |
| BALANCE DUE | **$25,741.54** |

**6001 Powerline LLC**      **Invoice**
1200 Wright Avenue
Richmond, CA  94804 USA
info@shibarshin.com

| BILL TO |
| --- |
| American Freight of South Florida, LLC |
| 109 Innovation Court Suite J |
| Delaware, OH 43015 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 272 | 05/05/2025 | $4,498.53 | 05/05/2025 | Due on receipt | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Rent | 18% late fee for May rent pursuant to Article IV - Section J<br>$15,421.04 x 18% = $2,775.79 | 0.18 | 15,421.04 | 2,775.79 |
| CAM | 18% late fee for May CAM charges pursuant to Article IV - Section J<br>25,825 sqft x 4.45 / 12 months = $9,570.75 x 18% = $1,722.735 | 0.18 | 9,570.75 | 1,722.74 |

|  |  |
| --- | --- |
| SUBTOTAL | 4,498.53 |
| TAX (3%) | 0.00 |
| TOTAL | 4,498.53 |
| BALANCE DUE | **$4,498.53** |

**6001 Powerline LLC**
1200 Wright Avenue
Richmond, CA  94804 USA
info@shibarshin.com

# Invoice

| BILL TO |
| --- |
| American Freight<br>109 Innovation Court Suite J<br>Delaware, OH 43015 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 273 | 05/19/2025 | $50,539.53 | 05/19/2025 | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Rent | Adjusted 2024 CAM charges due for January to December for 25,825 sq ft space.<br>Difference 6.35-4.45=1.90psf/12x12months | 1 | 49,067.50 | 49,067.50T |

|  |  |
| --- | --- |
| SUBTOTAL | 49,067.50 |
| TAX (3%) | 1,472.03 |
| TOTAL | 50,539.53 |
| BALANCE DUE | **$50,539.53** |