# EXHIBIT 1

| Landlord: | BMA Springhurst LLC |
|---|---|
| Tenant: | Vitamin Shoppe Industries LLC |
| Premises: | Springhurst Towne Center, 4000 Towne Center Drive, Louisville, KY 40241 (Store No. 590) |
| Lease Expiration: | 7/31/2027 |
| Lease Rejection Date: | 5/1/2025 |
| Petition Date: | 11/3/2024 |

**Lease Rejection Damages - One year rent**

| Period | Monthly Base Rent | Fixed CAM | Insurance | RE Taxes | Total Monthly Rent | # of months remaining | Total Annual Rent |
|---|---|---|---|---|---|---|---|
| 5/1/25-4/30/26 | $ 7,340.67 | $ 504.06 | $ 35.76 | $ 603.11 | $ 8,483.60 | 12 | $ 101,803.17 |
| | | | | | | | **$ 101,803.17** |
| | | | | | $ 16,967.20 | | |

**Lease Rejection Damages - 15% of remaining term**

| Period | Monthly Base Rent | Fixed CAM | Insurance | RE Taxes | Total Monthly Rent | # of months remaining | Total |
|---|---|---|---|---|---|---|---|
| 5/1/25-7/31/27 | $ 7,340.67 | $ 504.06 | $ 35.76 | $ 603.11 | $ 8,483.60 | 27 | $ 229,057.14 |
| | | | | | | | **$ 229,057.14** |
| | | | | | | x .15 | $ 34,358.57 |

|  |  |  |
|---|---|---|
| | 15% Cap | $ 3,304.94 |
| **TOTAL UNPAID RENT & OTHER CHARGES DUE** | | |
| Prepetition arrearages | $0.00 | |
| Estimate for Fixture and Sign Removal | $3,304.94 | |
| **TOTAL REJECTION DAMAGES - One year rent** | | **$ 101,803.17** |
| **TOTAL PREPETITION CLAIM** | | **$ 105,108.11** |

| **TOTAL UNPAID ADMIN RENT & OTHER CHARGES DUE** | | |
|---|---|---|
| May Rent - 1 Day | $273.03 | |
| **TOTAL ADMINISTRATIVE CLAIM** | | **$273.03** |

NOTES:
Current outstanding AR is May and June rent for a total of $16,928.04.

Below is a breakdown of the lease charges due through the end of the lease term. The Fixed CAM is inclusive of increases per the lease.

| 5/1/2025-7/31/2027 | |
|---|---|
| Base Rent | 198,198.09 |
| Fixed CAM | 13,609.56 |
| INS | 965.52 |
| TAX | 16,283.97 |
| Total | 229,057.14 |

Estimate for fixture and sign removal: $3,304.94.

Total charges and removal: $232,362.08

DMFIRM #415054104 v1