# EXHIBIT 2

| Date Filed | State Filed | Alternate BU | Legal Entity Name | Tenant Number | Store Number | GL Date | Bill Code | Name - Remark | Gross Amount | Total Amt Due | Pre-Petition Charges thru 11/2/24 | Post-Petition Charges from 11/3/24 | Annualized Rent + Extras | Amount Due thru Lease Expiration | Lease Status | Rejection Date | Lease Expiration Date | Original Lease Start Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 1/5/2023 | UW | Water 07/20/22-09/30/22 | 53.09 | 53.09 | 53.09 | | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 3/3/2023 | UW | UW 09/30/22-01/31/23 | 120.93 | 120.93 | 120.93 | | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 4/6/2023 | UW | Water 01/31/23-02/28/23 | 15.31 | 11.37 | 11.37 | | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 6/7/2023 | UW | UW 02/28/23-04/20/23 | 32.23 | 23.00 | 23.00 | | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 9/6/2023 | UW | UW 04/20/23-07/20/23 | 210.32 | 34.50 | 34.50 | | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 12/5/2023 | UW | UW 07/20/23-10/20/23 | 55.46 | 34.50 | 34.50 | | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 3/4/2024 | UW | UW 10/20/23-01/19/24 | 53.81 | 33.76 | 33.76 | | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 7/2/2024 | UW | UW 01/19/24-04/19/24 | 51.09 | 32.72 | 32.72 | | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 9/3/2024 | UW | UW 04/19/24-07/19/24 | 54.93 | 54.93 | 54.93 | | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 1/6/2025 | UW | UW 07/19/24-10/18/24 | 51.40 | 51.40 | | 51.40 | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 3/17/2025 | RCAM | RCAM/RINS 1/1/24-12/31/24 | -273.64 | -273.64 | | -273.64 | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 3/17/2025 | RINS | RCAM/RINS 1/1/24-12/31/24 | 25.52 | 25.52 | | 25.52 | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 5/2/2025 | UW | UW 10/18/24-01/22/25 | 61.04 | 61.04 | | 61.04 | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 5/19/2025 | FRET | FRET 01/01/24-12/31/24 | 1,992.32 | 1,992.32 | | 1,992.32 | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 5/27/2025 | FCAM | FCAM 01/01/25-05/31/25 | 544.59 | 544.59 | | 544.59 | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 5/27/2025 | FINS | FINS 01/01/25-05/31/25 | 2.45 | 2.45 | | 2.45 | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 5/27/2025 | FRET | FRET 01/01/25-05/31/25 | 293.03 | 293.03 | | 293.03 | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| 11/3/2024 | DE | 422201 - Burlington Square I | Brixmor Burlington Square LLC | 416538 - The Vitamin Shoppe | 861 | 6/2/2025 | UW | UW 01/22/25-04/22/25 | 65.35 | 42.50 | | 42.50 | | | J - Bankrupt - Rejected | 5/31/2025 | 9/30/2026 | 10/1/2016 |
| **Totals** | | | | | | | | | 3,409.23 | 3,138.01 | 398.80 | 2,739.21 | 214,643.28 | 286,191.04 | | | | |
| | | | | | | | | | | | | | 1 Year | 15 Months | | | | |

### Monthly Charges

| Remark | Bill Code | Starting | Ending | Gross Amt | Months | Total | Annualized Check |
|---|---|---|---|---|---|---|---|
| Annual Minimum Rent | AMR | 6/1/2025 | 9/30/2026 | 14,746.83 | 16 | 235,949.28 | |
| CAM (Escrow / Deposit) | CAM | 6/1/2025 | 9/30/2026 | 829.43 | 16 | 13,270.88 | |
| Insurance | INS | 6/1/2025 | 9/30/2026 | 82.69 | 16 | 1,323.04 | |
| Real Estate Tax (Escrow) | RETX | 6/1/2025 | 9/30/2026 | 2,227.99 | 16 | 35,647.84 | |
| Total through end of lease | | | | | | 286,191.04 | |
| 15% Remaining Rent | | | | | | 42,928.66 | |