# EXHIBIT 3

| Date Filed | State Filed | Alternate BU | Legal Entity Name | Lease Number | Tenant Number | Store Number | GL Date | Bill Code | Name - Remark | Date Range Billed | Gross Amount | Total Amt Due | Pre-Petition Charges thru 11/02/2024 | Post-Petition Charges 11/03/2024 - current | Annualized Rent + Extras | Amount Due thru Lease Expiration | Lessee Status | Rejection Date | Lease Expiration Date | Original Lease Start Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/03/2024 | DE | 416901 - Speedway Super Center | Brixmor SPE 5 LLC | 4169044 | 769423 - American Freight Furniture - Mattress | | 09/18/2024 | RRET | RRET 01/01/23-12/31/23 | 01/01/2023-12/31/2023 | 3,511.13 | 3,511.13 | 3,511.13 | | | | J - Bankrupt - Rejected | 12/31/2024 | 11/21/2029 | 11/22/1995 |
| 11/03/2024 | DE | 416901 - Speedway Super Center | Brixmor SPE 5 LLC | 4169044 | 769423 - American Freight Furniture - Mattress | | 11/01/2024 | AMR | Annual Minimum Rent | 11/01/2024-11/30/2024 | 27,942.87 | 1,862.86 | 1,862.86 | | | | J - Bankrupt - Rejected | 12/31/2024 | 11/21/2029 | 11/22/1995 |
| 11/03/2024 | DE | 416901 - Speedway Super Center | Brixmor SPE 5 LLC | 4169044 | 769423 - American Freight Furniture - Mattress | | 11/01/2024 | RETX | Real Estate Tax (Escrow) | 11/01/2024-11/30/2024 | 3,448.78 | 229.92 | 229.92 | | | | J - Bankrupt - Rejected | 12/31/2024 | 11/21/2029 | 11/22/1995 |
| 11/03/2024 | DE | 416901 - Speedway Super Center | Brixmor SPE 5 LLC | 4169044 | 769423 - American Freight Furniture - Mattress | | 11/01/2024 | CAM | CAM (Escrow/Deposit) | 11/01/2024-11/30/2024 | 2,848.21 | 189.88 | 189.88 | | | | J - Bankrupt - Rejected | 12/31/2024 | 11/21/2029 | 11/22/1995 |
| 11/03/2024 | DE | 416901 - Speedway Super Center | Brixmor SPE 5 LLC | 4169044 | 769423 - American Freight Furniture - Mattress | | 11/01/2024 | INS | Insurance | 11/01/2024-11/30/2024 | 370.41 | 24.69 | 24.69 | | | | J - Bankrupt - Rejected | 12/31/2024 | 11/21/2029 | 11/22/1995 |
| 11/03/2024 | DE | 416901 - Speedway Super Center | Brixmor SPE 5 LLC | 4169044 | 769423 - American Freight Furniture - Mattress | | 01/01/2025 | RCAM | RCAM 01/01/24-12/31/24 | 01/01/2024-12/31/2024 | (2,678.96) | (2,678.96) | (2,247.11) | (431.85) | | | J - Bankrupt - Rejected | 12/31/2024 | 11/21/2029 | 11/22/1995 |
| 11/03/2024 | DE | 416901 - Speedway Super Center | Brixmor SPE 5 LLC | 4169044 | 769423 - American Freight Furniture - Mattress | | 01/07/2025 | RINS | RINS 01/01/24-12/31/24 | 01/01/2024-12/31/2024 | 5,122.51 | 5,122.51 | 4,296.75 | 825.76 | | | J - Bankrupt - Rejected | 12/31/2024 | 11/21/2029 | 11/22/1995 |
| 11/03/2024 | DE | 416901 - Speedway Super Center | Brixmor SPE 5 LLC | 4169044 | 769423 - American Freight Furniture - Mattress | | 01/07/2025 | RRET | RRET 01/01/24-12/31/24 | 01/01/2024-12/31/2024 | 413.65 | 413.65 | 346.97 | 66.68 | | | J - Bankrupt - Rejected | 12/31/2024 | 11/21/2029 | 11/22/1995 |
| | | | | | **Totals** | | | | | | **40,978.60** | **8,675.88** | **8,215.09** | **460.59** | **442,510.80** | **2,175,678.10** | | | | |
| | | | | | | | | | | | | | | **1 Year** | **59 months** | | | | |

| | Monthly Charges | | | | |
|---|---|---|---|---|---|
| Remark | Bill Code | Starting | Ending | Gross Amt | Months | Total |
| Annual Minimum Rent | AMR | 01/01/2025 | 11/21/2029 | 30,208.50 | 59 | 1,782,301.50 |
| CAM (Escrow / Deposit) | CAM | 01/01/2025 | 11/21/2029 | 2,848.21 | 59 | 168,044.39 |
| Insurance | INS | 01/01/2025 | 11/21/2029 | 370.41 | 59 | 21,854.19 |
| Real Estate Tax (Escrow) | RETX | 01/01/2025 | 11/21/2029 | 3,448.78 | 59 | 203,478.02 |
| | **Total through end of lease** | | | | | **2,175,678.10** |
| | | | 15% Remaining Rent | | | 326,351.72 |