# EXHIBIT 4

**CASE NAME:** FRANCHISE GROUP, INC.                                **LOCATION:** Great Hills Station
**CASE NUMBER:** 24-12480

| DATE OF CHARGE | DESCRIPTION OF CHARGE | AMOUNT DUE | INTEREST[1] | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 11/3/2024 | Pro-rated CAM (11/3/24 - 11/30/24) | $1,829.00 | $123.27 | $1,952.27 |
| 11/3/2024 | Pro-rated Insurance (11/3/24 - 11/30/24) | $139.70 | $9.42 | $149.12 |
| 11/3/2024 | Pro-rated Property Tax (11/3/24 - 11/30/24) | $2,545.27 | $171.54 | $2,716.81 |
| 11/3/2024 | Pro-rated Rent (11/3/24 - 11/30/24) | $20,552.00 | $1,385.15 | $21,937.15 |
| 11/4/2024 | Payment | ($26,856.40) | $0.00 | ($26,856.40) |
| 11/30/2024 | Water (9/18/24 - 10/16/24) | $15.70 | $0.94 | $16.64 |
| 12/1/2024 | December 2024 Rent & Charges | $26,856.40 | $1,604.03 | $28,460.43 |
| 12/3/2024 | Payment | ($26,740.55) | $0.00 | ($26,740.55) |
| 1/1/2025 | CAM | $1,277.73 | $65.46 | $1,343.19 |
| 1/1/2025 | Insurance | $241.42 | $12.37 | $253.79 |
| 1/1/2025 | Property Tax | $3,344.53 | $171.35 | $3,515.88 |
| 1/1/2025 | Rent | $22,020.00 | $1,128.15 | $23,148.15 |
| 1/3/2025 | Payment | ($26,740.55) | $0.00 | ($26,740.55) |
| 1/26/2025 | 2023 Rent Credit per Amendment | ($6,666.64) | $0.00 | ($6,666.64) |
| 2/1/2025 | CAM | $1,277.73 | $54.61 | $1,332.34 |
| 2/1/2025 | Insurance | $241.42 | $10.32 | $251.74 |
| 2/1/2025 | Property Tax | $3,344.53 | $142.94 | $3,487.47 |
| 2/1/2025 | Rent | $22,853.33 | $976.75 | $23,830.08 |
| 2/3/2025 | Payment | ($27,573.88) | $0.00 | ($27,573.88) |
| 2/24/2025 | Trash billback | ($6.28) | $0.00 | ($6.28) |
| 3/1/2025 | Rent | $27,717.01 | $971.99 | $28,689.00 |
| 3/3/2025 | Payment | ($26,740.55) | $0.00 | ($26,740.55) |
| 3/31/2025 | Water (12/19/24 - 1/21/25) | $35.39 | $0.95 | $36.34 |
| 4/1/2025 | Rent | $27,717.01 | $736.59 | $28,453.60 |
| 4/1/2025 | Payment | ($26,740.55) | $0.00 | ($26,740.55) |
| 4/29/2025 | Prior Year CAM Reconciliation | ($1,559.79) | $0.00 | ($1,559.79) |
| 4/29/2025 | Prior Year Insurance Reconciliation | $697.28 | $0.00 | $697.28 |
| 4/29/2025 | Prior Year Tax Reconciliation | $4,292.98 | $0.00 | $4,292.98 |
| 5/1/2025 | Rent | $27,717.01 | $508.78 | $28,225.79 |
| 5/1/2025 | Payment | ($10,351.18) | $0.00 | ($10,351.18) |

| Date | Description | | | |
|---|---|---|---|---|
| 5/16/2025 | Payment | ($35.39) | $0.00 | ($35.39) |
| 5/31/2025 | Water 3/20/25 - 4/21/25 | $35.39 | $0.36 | $35.75 |
| 6/2/2025 | Trash billback | ($715.65) | $0.00 | ($715.65) |
| | | $14,023.42 | $8,074.97 | |

**TOTAL POST-PETITION CHARGES:** **$22,098.39**

1 Interest calculated at 10.% through 07/06/25, the Claims Bar Date.