# EXHIBIT 5

# EXHIBIT "A"
## ITEMIZATION OF CLAIM

Tenant    American Freight of Tallahassee - lease rejection for property at 231 N Eastern Blvd, Montgomery, Al 36117
     Re: Franchise Group, Inc. case No 24-12480 (JTD)

**Filed Bankruptcy November 3, 2024**

Account #0614-HO9795          Rejected as of December 18, 2024

Landlord    MALCO
C/O Aronov Realty Management, Inc.          MALCO
3500 Eastern Boulevard          Montgomery, Al
Montgomery, Alabama 36116          Lease expiration: 12/31/2029
(334)244-2504

1    Liability arising from Debtor's failure to perform its obligation under the Lease consisting of:

| Dates | | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|---|
| 11/1/2024 | 11/2/2024 | Base Rent 2 days | 710.00 | | 710.00 |
| | | RTX - 2024 -= 307 days | 3,347.18 | | 4,057.18 |
| | | | | | |
| | | | | | |

**TOTAL PRE-PETITION**          4,057.18

2    Liability entitled to priority under 11 U.S.C. 5093 (b) (1) (A) of the Bankruptcy Code
for administrative rents consisting of :          **$643.27**

| Dates | | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|---|
| 11/3/2024 | 12/31/2024 | RTX 2024 post | 643.27 | | 643.27 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3    Damages arising out of the rejection of the Lease in the amount of $131,790
representing Claimant's damages as limited by 11 U.S.C.§ 502 (b) (6), which is the rent
and additional rent reserved in the Lease for 12 months from the date of the petition.
Tenant's Lease schedule to expire on December 31, 2029.

| Date | Amount | | Description |
|---|---|---|---|
| | $127,800.00 | | Base Rent at $10,650 X 12 months = $127,800 |
| | $3,990.45 | | Real Estate Tax 12 months = $3990.45 |
| | $131,790.45 | | **TOTAL DAMAGE CLAIM** |

**TOTAL PRE-PETITION CLAIM**          $4,057.18
**TOTAL PRIORITY CLAIM**          $643.27
**TOTAL DAMAGE CLAIM**          $131,790.45
**TOTAL CLAIM**          $136,490.90