# EXHIBIT 6

| Date | State | Property | Entity | Code | Tenant | Invoice Date | Type | Description | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/3/2024 | DE | 135101 - Florence Square | New Plan Property Holding Comp | 01351090 | 170668 - Pet Supplies Plus | 12/16/2024 | RRET | RRET 01/01/24-12/31/24 | (330.95) | (330.95) |
| 11/3/2024 | DE | 135101 - Florence Square | New Plan Property Holding Comp | 01351090 | 170668 - Pet Supplies Plus | 2/24/2025 | RCAM | RCAM/RINS 1/1/24-12/31/24 | (298.26) | (298.26) |
| 11/3/2024 | DE | 135101 - Florence Square | New Plan Property Holding Comp | 01351090 | 170668 - Pet Supplies Plus | 2/24/2025 | RINS | RCAM/RINS 1/1/24-12/31/24 | 614.28 | 614.28 |
| 11/3/2024 | DE | 135101 - Florence Square | New Plan Property Holding Comp | 01351090 | 170668 - Pet Supplies Plus | 3/6/2025 | FCAM | FCAM 01/01/25-02/28/25 | 200.97 | 200.97 |
| 11/3/2024 | DE | 135101 - Florence Square | New Plan Property Holding Comp | 01351090 | 170668 - Pet Supplies Plus | 3/6/2025 | FINS | FINS 01/01/25-02/28/25 | 96.33 | 96.33 |
| 11/3/2024 | DE | 135101 - Florence Square | New Plan Property Holding Comp | 01351090 | 170668 - Pet Supplies Plus | 3/6/2025 | FRET | RRET 01/01/25-02/28/25 | (44.47) | (44.47) |
| | | | | | | | | **Totals** | **237.90** | **237.90** |