# EXHIBIT 7

**EXHIBIT "A"**
**ITEMIZATION OF CLAIM**

Tenant     American Freight - lease rejection for property at 1890 E Main Street, Prattville, Al
           Re: Franchise Group, Inc. case No 24-12480 (JTD)

**Filed Bankruptcy November 3, 2024**

Account #0364-HO1641                                           Rejected as of December 31, 2024

Landlord   Prattville Partners
           C/O Aronov Realty Management, Inc.                  Prattville Partners
           3500 Eastern Boulevard                              Prattville, Alabama
           Montgomery, Alabama 36116                           Lease expiration: 12/31/2029
           (334)244-2504

1   Liability arising from Debtor's failure to perform its obligation under the Lease
    consisting of:

|   | Dates | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|---|
| 11/1/2024 | 11/2/2024 | Base Rent 2 days | 933.33 | | 933.33 |
| | | RTX - 2024 -= 307 days | 1,255.46 | | 2,188.79 |
| | | Insurance - 2024 - 307 Days pre pet | 1,419.37 | | 3,608.16 |
| | | | | | |

**TOTAL PRE-PETITION**                                                          3,608.16

2   Liability entitled to priority under 11 U.S.C. 5093 (b) (1) (A) of the Bankruptcy Code
    for administrative rents consisting of :                                   **$514.06**

|   | Dates | Charge | Amount Due | Amount Paid | Balance |
|---|---|---|---|---|---|
| 11/3/2024 | 12/31/2024 | RTX 2024 post | 241.28 | | 241.28 |
| | | INS 2024 post | 272.78 | | 514.06 |

3   Damages arising out of the rejection of the Lease in the amount of $171,188.89
    representing Claimant's damages as limited by 11 U.S.C.§ 502 (b) (6), which is the
    rent and additional rent reserved in the Lease for 12 months ending December 31, 2025
    the date of the petition.  Tenant's Lease schedule to expire on December 31, 2029

| Date | Amount | Description |
|---|---|---|
| | $168,000.00 | Base Rent at $14,000 X 12 months = $168,000.00 |
| | $1,496.74 | Real Estate Tax 12 months = $1,496.74 |
| | $1,692.15 | Insurance 12 months = $1,692.15 |
| | $171,188.89 | **TOTAL DAMAGE CLAIM** |

**TOTAL PRE-PETITION CLAIM**          $3,608.16
**TOTAL PRIORITY CLAIM**              $514.06
**TOTAL DAMAGE CLAIM**                $171,188.89
**TOTAL CLAIM**                       $175,311.11