# EXHIBIT 8

**American Freight Furniture and Mattress**
**American Freight Furniture and Mattress #180**
**1544 State Road 436 (Semoran)**
**Winter Park, FL 32792**
**(RI File #1873**

**Filing Date: November 3, 2024**
**Rejection Date: December 31, 2024**

| Lease Information | | |
|---|---:|---:|
| Lease Commencement | 04/22/19 | |
| Expiration Date | 07/31/29 | |
| Current Base Monthly Rent | $22,051.92 | |

| Administrative Claim *Includes Florida Sales Tax | | |
|---|---:|---:|
| *2024 Tax Reconciliation 11/4/2024-12/31/2024 | $880.29 | |
| *2024 Insurance Reconciliation 11/4/2024-12/31/2024 | $3,406.00 | |
| *2024 CAM Reconciliation 11/4/2024-12/31/2024 | $1,166.03 | |
| **Total** | | **$5,452.32** |

| Bankruptcy Code section 502(b)(6) Claim Analysis | | |
|---|---:|---:|
| **- Greater of 1 Year of Rent (including NNN Costs) or** | | |
| **- 15% of Rent (Capped at 3 Years) for Remaining Lease Term** | | |
| 1 Year of Rent | $492,905.57 | |
| 3 Years of Rent | $1,478,716.71 | |
| Remaining Rent | $1,869,946.82 | |
|   15% of Remaining Rent | $280,492.02 | |
| Allowed 502(b)(6) Claim | | **$492,905.57** |

| Pre-petition Claim *Includes Florida Sales Tax | | |
|---|---:|---:|
| *2021-2023 Tax Reconciliation 1/1/2021-12/31/2023 | $3,857.96 | |
| *2024 Tax Reconciliation 1/1/2024-11/3/2024 | $4,432.49 | |
| *2023 Insurance Reconciliation 1/1/2023-12/31/2023 | $12,621.70 | |
| *2024 Insurance Reconciliation 1/1/2024-11/3/2024 | $18,087.03 | |
| *2022-2023 CAM Reconciliation 1/1/2022-12/31/2023 | $7,826.53 | |
| *2024 CAM Reconciliation 1/1/2024-11/3/2024 | $6,192.00 | |
| **Total** | | **$53,017.71** |

| Damages Under Lease | | |
|---|---:|---:|
| **Total** | | **$0.00** |

| **TOTAL DUE** | | **$551,375.60** |
|---|---|---:|