# EXHIBIT 9

Landlord: SUP II Red Top Plaza, LLC
Tenant: PSP Stores, LLC
Premises: Red Top Plaza, 1336 S. Milwaukee Avenue, Libertyville, IL  60048 (Store No. 4061)
Lease Expiration: July 31, 2027
Lease Rejection Date: February 28, 2025
Petition Date: November 3, 2024

**Lease Rejection Damages - One year rent**

| Period | Monthly Base Rent | Waste Recoveries | Taxes | Operating Expenses | Total Monthly Rent | # of months remaining | Total Annual Rent |
|---|---|---|---|---|---|---|---|
| 3/1/2025-2/28/2026 | $ 7,733.33 | $ 178.00 | $ 2,240.73 | $ 1,394.00 | $ 11,546.06 | 12 | $ 138,552.72 |
| | | | | | | | **$ 138,552.72** |

**Lease Rejection Damages – 15% of remaining term**

| Period | Monthly Base Rent | Monthly CAM | | | Total Monthly Rent | # of months remaining | Total |
|---|---|---|---|---|---|---|---|
| 3/1/2025-7/31/2027 | $ 7,733.33 | $ 178.00 | $ 2,240.73 | $ 1,394.00 | $ 11,546.06 | 29 | $ 334,835.74 |
| | | | | | | | **$ 334,835.74** |
| | | | | | | x .15 | **$ 50,225.36** |

**TOTAL UNPAID PREPETITION RENT & OTHER CHARGES DUE**
Water 9/30/24 to 11/30/24    (34 Days)                                         $         59.11
**TOTAL REJECTION DAMAGES - One year's rent**                              **$  138,552.72**

**TOTAL PREPETITION CLAIM**                                                **$  138,611.83**

**TOTAL UNPAID POST-PETITION RENT & OTHER CHARGES DUE**
Water 9/30/24 to 11/30/24    (28 Days)                                         $         48.67

**TOTAL CLAIMS**                                                           **$  138,660.50**

DMFIRM #411326443 v1

4/17/2025 10:57 AM

## Lease Ledger

Date: 03/13/2025
Property: 2176
Tenant: rtp019   PSP Store Operations SPV, LLC
From Date: 07/14/2017  To Date: 02/28/2025
Move In Date: 04/14/2017  Move Out Date: 02/28/2025

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 3/1/2020 | Operating Expenses Estimate (03/2020) | 1336 | 1,087.03 | 0.00 | 1,087.03 | C-349994 | No |
| 3/1/2020 | Real Estate Tax Estimate (03/2020) | 1336 | 1,551.14 | 0.00 | 2,638.17 | C-349995 | No |
| 3/1/2020 | Base Rent (03/2020) | 1336 | 5,539.79 | 0.00 | 8,177.96 | C-349996 | No |
| 3/9/2020 | Prepaid Rent Credit Received at Closing |  | -8,209.05 | 0.00 | -31.09 | C-348912 | No |
| 3/9/2020 | Rent Credit Received at Closing |  | -5,539.79 | 0.00 | -5,570.88 | C-350544 | No |
| 3/9/2020 | CAM Credit Received at Closing |  | -1,087.03 | 0.00 | -6,657.91 | C-350545 | No |
| 3/9/2020 | RET Credit Received at Closing |  | -1,551.14 | 0.00 | -8,209.05 | C-350546 | No |
| 4/1/2020 | Operating Expenses Estimate (04/2020) | 1336 | 1,465.13 | 0.00 | -6,743.92 | C-350402 | No |
| 4/1/2020 | Real Estate Tax Estimate (04/2020) | 1336 | 2,090.67 | 0.00 | -4,653.25 | C-350403 | No |
| 4/1/2020 | Base Rent (04/2020) | 1336 | 7,466.67 | 0.00 | 2,813.42 | C-350404 | No |
| 4/24/2020 | Chk# Wire-Ck#152866 |  | 0.00 | 7,681.25 | -4,867.83 | R-122947 | No |
| 5/1/2020 | Operating Expenses Estimate (05/2020) | 1336 | 1,465.13 | 0.00 | -3,402.70 | C-356361 | No |
| 5/1/2020 | Real Estate Tax Estimate (05/2020) | 1336 | 2,090.67 | 0.00 | -1,312.03 | C-356362 | No |
| 5/1/2020 | Base Rent (05/2020) | 1336 | 7,466.67 | 0.00 | 6,154.64 | C-356363 | No |
| 5/5/2020 | Chk# 153943 :CHECKscan Payment - May 2020 rent |  | 0.00 | 11,022.47 | -4,867.83 | R-123837 | No |
| 5/29/2020 | Chk# 154751 :CHECKscan Payment - 06/2020 rent |  | 0.00 | 11,022.47 | -15,890.30 | R-126170 | No |
| 6/1/2020 | Operating Expenses Estimate (06/2020) | 1336 | 1,465.13 | 0.00 | -14,425.17 | C-363420 | No |
| 6/1/2020 | Real Estate Tax Estimate (06/2020) | 1336 | 2,090.67 | 0.00 | -12,334.50 | C-363421 | No |
| 6/1/2020 | Base Rent (06/2020) | 1336 | 7,466.67 | 0.00 | -4,867.83 | C-363422 | No |
| 6/30/2020 | Chk# 155328 :CHECKscan Payment - 07/2020 charges |  | 0.00 | 11,022.47 | -15,890.30 | R-128788 | No |
| 7/1/2020 | Operating Expenses Estimate (07/2020) | 1336 | 1,465.13 | 0.00 | -14,425.17 | C-371539 | No |
| 7/1/2020 | Real Estate Tax Estimate (07/2020) | 1336 | 2,090.67 | 0.00 | -12,334.50 | C-371540 | No |
| 7/1/2020 | Base Rent (07/2020) | 1336 | 7,466.67 | 0.00 | -4,867.83 | C-371541 | No |
| 8/1/2020 | Operating Expenses Estimate (08/2020) | 1336 | 1,465.13 | 0.00 | -3,402.70 | C-379323 | No |
| 8/1/2020 | Real Estate Tax Estimate (08/2020) | 1336 | 2,090.67 | 0.00 | -1,312.03 | C-379324 | No |
| 8/1/2020 | Base Rent (08/2020) | 1336 | 7,466.67 | 0.00 | 6,154.64 | C-379325 | No |
| 8/4/2020 | Chk# 156462 :CHECKscan Payment - 08/2020 charges |  | 0.00 | 11,022.47 | -4,867.83 | R-131405 | No |
| 8/31/2020 | Chk# 157245 :CHECKscan Payment - 09/2020 charges |  | 0.00 | 11,022.47 | -15,890.30 | R-133843 | No |

Page 1 of 12

4/17/2025 10:57 AM

# Lease Ledger

Date: 03/13/2025
Property: 2176
Tenant: rtp019   PSP Store Operations SPV, LLC
From Date: 07/14/2017  To Date: 02/28/2025
Move In Date: 04/14/2017  Move Out Date: 02/28/2025

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 9/1/2020 | Operating Expenses Estimate (09/2020) | 1336 | 1,465.13 | 0.00 | -14,425.17 | C-387487 | No |
| 9/1/2020 | Real Estate Tax Estimate (09/2020) | 1336 | 2,090.67 | 0.00 | -12,334.50 | C-387488 | No |
| 9/1/2020 | Base Rent (09/2020) | 1336 | 7,466.67 | 0.00 | -4,867.83 | C-387489 | No |
| 10/1/2020 | Operating Expenses Estimate (10/2020) | 1336 | 1,465.13 | 0.00 | -3,402.70 | C-395807 | No |
| 10/1/2020 | Real Estate Tax Estimate (10/2020) | 1336 | 2,090.67 | 0.00 | -1,312.03 | C-395808 | No |
| 10/1/2020 | Base Rent (10/2020) | 1336 | 7,466.67 | 0.00 | 6,154.64 | C-395809 | No |
| 10/2/2020 | Chk# 158127 :CHECKscan Payment - 10/2020 charges |  | 0.00 | 11,022.47 | -4,867.83 | R-137380 | No |
| 11/1/2020 | Operating Expenses Estimate (11/2020) | 1336 | 1,465.13 | 0.00 | -3,402.70 | C-402979 | No |
| 11/1/2020 | Real Estate Tax Estimate (11/2020) | 1336 | 2,090.67 | 0.00 | -1,312.03 | C-402980 | No |
| 11/1/2020 | Base Rent (11/2020) | 1336 | 7,466.67 | 0.00 | 6,154.64 | C-402981 | No |
| 11/2/2020 | Chk# 158926 :CHECKscan Payment - 11/2020 Charges |  | 0.00 | 11,022.47 | -4,867.83 | R-139795 | No |
| 12/1/2020 | Operating Expenses Estimate (12/2020) | 1336 | 1,465.13 | 0.00 | -3,402.70 | C-411876 | No |
| 12/1/2020 | Real Estate Tax Estimate (12/2020) | 1336 | 2,090.67 | 0.00 | -1,312.03 | C-411877 | No |
| 12/1/2020 | Base Rent (12/2020) | 1336 | 7,466.67 | 0.00 | 6,154.64 | C-411878 | No |
| 12/2/2020 | Chk# 159790 :CHECKscan Payment - 12/2020 Charges |  | 0.00 | 11,022.47 | -4,867.83 | R-142803 | No |
| 12/30/2020 | Chk# 160795 :CHECKscan Payment - 01/2021 Charges |  | 0.00 | 6,154.64 | -11,022.47 | R-145214 | No |
| 1/1/2021 | Operating Expenses Estimate (01/2021) | 1336 | 1,465.13 | 0.00 | -9,557.34 | C-419112 | No |
| 1/1/2021 | Real Estate Tax Estimate (01/2021) | 1336 | 2,090.67 | 0.00 | -7,466.67 | C-419113 | No |
| 1/1/2021 | Base Rent (01/2021) | 1336 | 7,466.67 | 0.00 | 0.00 | C-419114 | No |
| 1/29/2021 | Chk# 161673 :CHECKscan Payment - 02/2021 Charges |  | 0.00 | 11,022.47 | -11,022.47 | R-147741 | No |
| 2/1/2021 | Operating Expenses Estimate (02/2021) | 1336 | 1,465.13 | 0.00 | -9,557.34 | C-425838 | No |
| 2/1/2021 | Real Estate Tax Estimate (02/2021) | 1336 | 2,090.67 | 0.00 | -7,466.67 | C-425839 | No |
| 2/1/2021 | Base Rent (02/2021) | 1336 | 7,466.67 | 0.00 | 0.00 | C-425840 | No |
| 3/1/2021 | Operating Expenses Estimate (03/2021) | 1336 | 1,465.13 | 0.00 | 1,465.13 | C-432418 | No |
| 3/1/2021 | Real Estate Tax Estimate (03/2021) | 1336 | 2,090.67 | 0.00 | 3,555.80 | C-432419 | No |
| 3/1/2021 | Base Rent (03/2021) | 1336 | 7,466.67 | 0.00 | 11,022.47 | C-432420 | No |
| 3/3/2021 | Chk# 162529 :CHECKscan Payment - 03/2021 Charges |  | 0.00 | 11,022.47 | 0.00 | R-151383 | No |
| 4/1/2021 | Operating Expenses Estimate (04/2021) | 1336 | 1,465.13 | 0.00 | 1,465.13 | C-438903 | No |

4/17/2025 10:57 AM

# Lease Ledger

Date: 03/13/2025
Property: 2176
Tenant: rtp019   PSP Store Operations SPV, LLC
From Date: 07/14/2017  To Date: 02/28/2025
Move In Date: 04/14/2017  Move Out Date: 02/28/2025

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 4/1/2021 | Real Estate Tax Estimate (04/2021) | 1336 | 2,090.67 | 0.00 | 3,555.80 | C-438904 | No |
| 4/1/2021 | Base Rent (04/2021) | 1336 | 7,466.67 | 0.00 | 11,022.47 | C-438905 | No |
| 4/5/2021 | Chk# 163490 :CHECKscan Payment - 04/2021 Charges | 1336 | 0.00 | 11,022.47 | 0.00 | R-154350 | |
| 5/1/2021 | Operating Expenses Estimate (05/2021) | 1336 | 1,465.13 | 0.00 | 1,465.13 | C-445863 | No |
| 5/1/2021 | Real Estate Tax Estimate (05/2021) | 1336 | 2,090.67 | 0.00 | 3,555.80 | C-445864 | No |
| 5/1/2021 | Base Rent (05/2021) | 1336 | 7,466.67 | 0.00 | 11,022.47 | C-445865 | No |
| 5/18/2021 | Chk# 164864 :CHECKscan Payment - 05/2021 charges | | 0.00 | 11,022.47 | 0.00 | R-157869 | |
| 5/28/2021 | Chk# 165223 :CHECKscan Payment - 06/2021 charges | | 0.00 | 11,022.47 | -11,022.47 | R-158671 | |
| 6/1/2021 | Operating Expenses Estimate (06/2021) | 1336 | 1,465.13 | 0.00 | -9,557.34 | C-453064 | No |
| 6/1/2021 | Real Estate Tax Estimate (06/2021) | 1336 | 2,090.67 | 0.00 | -7,466.67 | C-453065 | No |
| 6/1/2021 | Base Rent (06/2021) | 1336 | 7,466.67 | 0.00 | 0.00 | C-453066 | No |
| 7/1/2021 | Operating Expenses Estimate (07/2021) | 1336 | 1,465.13 | 0.00 | 1,465.13 | C-460342 | No |
| 7/1/2021 | Real Estate Tax Estimate (07/2021) | 1336 | 2,090.67 | 0.00 | 3,555.80 | C-460343 | No |
| 7/1/2021 | Base Rent (07/2021) | 1336 | 7,466.67 | 0.00 | 11,022.47 | C-460344 | No |
| 7/7/2021 | Chk# 166170 :CHECKscan Payment - 07/2021 charges | | 0.00 | 11,022.47 | 0.00 | R-162798 | |
| 7/30/2021 | Chk# 166950 :CHECKscan Payment - 08/2021 Charges | | 0.00 | 11,022.47 | -11,022.47 | R-164614 | |
| 8/1/2021 | Operating Expenses Estimate (08/2021) | 1336 | 1,465.13 | 0.00 | -9,557.34 | C-470835 | No |
| 8/1/2021 | Real Estate Tax Estimate (08/2021) | 1336 | 2,090.67 | 0.00 | -7,466.67 | C-470836 | No |
| 8/1/2021 | Base Rent (08/2021) | 1336 | 7,466.67 | 0.00 | 0.00 | C-470837 | No |
| 8/31/2021 | Chk# 167931 :CHECKscan Payment - 09/2021 Charges | | 0.00 | 11,022.47 | -11,022.47 | R-167594 | |
| 9/1/2021 | Operating Expenses Estimate (09/2021) | 1336 | 1,465.13 | 0.00 | -9,557.34 | C-477501 | No |
| 9/1/2021 | Real Estate Tax Estimate (09/2021) | 1336 | 2,090.67 | 0.00 | -7,466.67 | C-477502 | No |
| 9/1/2021 | Base Rent (09/2021) | 1336 | 7,466.67 | 0.00 | 0.00 | C-477503 | No |
| 10/1/2021 | Operating Expenses Estimate (10/2021) | 1336 | 1,465.13 | 0.00 | 1,465.13 | C-483895 | No |
| 10/1/2021 | Real Estate Tax Estimate (10/2021) | 1336 | 2,090.67 | 0.00 | 3,555.80 | C-483896 | No |
| 10/1/2021 | Base Rent (10/2021) | 1336 | 7,466.67 | 0.00 | 11,022.47 | C-483897 | No |
| 10/1/2021 | Chk# 168742 :CHECKscan Payment - 10/2021 Charges | | 0.00 | 11,022.47 | 0.00 | R-170950 | |
| 11/1/2021 | Operating Expenses Estimate (11/2021) | 1336 | 1,465.13 | 0.00 | 1,465.13 | C-490365 | No |

Page 3 of 12

4/17/2025 10:57 AM

# Lease Ledger

Date: 03/13/2025
Property: 2176
Tenant: rtp019   PSP Store Operations SPV, LLC
From Date: 07/14/2017  To Date: 02/28/2025
Move In Date: 04/14/2017  Move Out Date: 02/28/2025

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 11/1/2021 | Real Estate Tax Estimate (11/2021) | 1336 | 2,090.67 | 0.00 | 3,555.80 | C-490366 | No |
| 11/1/2021 | Base Rent (11/2021) | 1336 | 7,466.67 | 0.00 | 11,022.47 | C-490367 | No |
| 11/1/2021 | Chk# 169501 :CHECKscan Payment - 11/2021 Charges | | 0.00 | 11,022.47 | 0.00 | R-173687 | |
| 11/29/2021 | Chk# 170408 :CHECKscan Payment - 12/2021 Charges | | 0.00 | 11,022.47 | -11,022.47 | R-175749 | |
| 12/1/2021 | Operating Expenses Estimate (12/2021) | 1336 | 1,465.13 | 0.00 | -9,557.34 | C-496708 | No |
| 12/1/2021 | Real Estate Tax Estimate (12/2021) | 1336 | 2,090.67 | 0.00 | -7,466.67 | C-496709 | No |
| 12/1/2021 | Base Rent (12/2021) | 1336 | 7,466.67 | 0.00 | 0.00 | C-496710 | No |
| 12/1/2021 | Operating Expense Reconciliation (01/2020 - 12/2020) | 1336 | -3,216.33 | 0.00 | -3,216.33 | C-505864 | No |
| 12/1/2021 | CAM Insurance Reconciliation (01/2020 - 12/2020) | 1336 | 1,886.95 | 0.00 | -1,329.38 | C-505865 | No |
| 12/1/2021 | Waste Recoveries Reconciliation (01/2020 - 12/2020) | 1336 | 1,632.59 | 0.00 | 303.21 | C-505866 | No |
| 12/20/2020 | Operating Expense Reconciliation (01/01/20-03/08/20) :Reversed by Charge Ctrl# 568426 | 1336 | 4,866.30 | 0.00 | 5,169.51 | C-505364 | No |
| 12/20/2021 | Real Estate Tax Expense Reconciliation (01/01/20-12/31/20) :Reverse Charge Ctrl#505364 | 1336 | -2,715.31 | 0.00 | 2,454.20 | C-505365 | No |
| 12/20/2021 | Reversal of Real Estate Tax Expense Reconciliation (01/01/20-12/31/20) | 1336 | -4,866.30 | 0.00 | -2,412.10 | C-568426 | Yes |
| 1/1/2022 | Operating Expenses Estimate (01/2022) | 1336 | 1,465.13 | 0.00 | -946.97 | C-503331 | No |
| 1/1/2022 | Real Estate Tax Estimate (01/2022) | 1336 | 2,090.67 | 0.00 | 1,143.70 | C-503332 | No |
| 1/1/2022 | Base Rent (01/2022) | 1336 | 7,466.67 | 0.00 | 8,610.37 | C-503333 | No |
| 1/3/2022 | Chk# 171178 :CHECKscan Payment - 01/2022 Charges | | 0.00 | 11,022.47 | -2,412.10 | R-179014 | |
| 1/31/2022 | Chk# 171991 :CHECKscan Payment - 02/2022 Charges | | 0.00 | 11,022.47 | -13,434.57 | R-181392 | |
| 2/1/2022 | Operating Expenses Estimate (02/2022) | 1336 | 1,465.13 | 0.00 | -11,969.44 | C-510308 | No |
| 2/1/2022 | Real Estate Tax Estimate (02/2022) | 1336 | 2,090.67 | 0.00 | -9,878.77 | C-510309 | No |
| 2/1/2022 | Base Rent (02/2022) | 1336 | 7,466.67 | 0.00 | -2,412.10 | C-510310 | No |
| 3/1/2022 | Operating Expenses Estimate (03/2022) | 1336 | 1,465.13 | 0.00 | -946.97 | C-518098 | No |
| 3/1/2022 | Real Estate Tax Estimate (03/2022) | 1336 | 2,090.67 | 0.00 | 1,143.70 | C-518099 | No |
| 3/1/2022 | Base Rent (03/2022) | 1336 | 7,466.67 | 0.00 | 8,610.37 | C-518100 | No |
| 3/3/2022 | Chk# 172749 :CHECKscan Payment - 03/2022 Charges | | 0.00 | 11,022.47 | -2,412.10 | R-185381 | |
| 4/1/2022 | Operating Expenses Estimate (04/2022) | 1336 | 1,465.13 | 0.00 | -946.97 | C-524959 | No |
| 4/1/2022 | Real Estate Tax Estimate (04/2022) | 1336 | 2,090.67 | 0.00 | 1,143.70 | C-524960 | No |
| 4/1/2022 | Base Rent (04/2022) | 1336 | 7,466.67 | 0.00 | 8,610.37 | C-524961 | No |

Page 4 of 12

4/17/2025 10:57 AM

# Lease Ledger

Date: 03/13/2025
Property: 2176
Tenant: rtp019   PSP Store Operations SPV, LLC
From Date: 07/14/2017  To Date: 02/28/2025
Move In Date: 04/14/2017  Move Out Date: 02/28/2025

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 4/1/2022 | Waste Recoveries Estimate (04/2022) | 1336 | 136.05 | 0.00 | 8,746.42 | C-524962 | No |
| 4/4/2022 | Chk# 173642 :CHECKscan Payment - 04/2022 Charges | | 0.00 | 11,158.52 | -2,412.10 | R-188355 | |
| 5/1/2022 | Operating Expenses Estimate (05/2022) | 1336 | 1,465.13 | 0.00 | -946.97 | C-531922 | No |
| 5/1/2022 | Real Estate Tax Estimate (05/2022) | 1336 | 2,090.67 | 0.00 | 1,143.70 | C-531923 | No |
| 5/1/2022 | Base Rent (05/2022) | 1336 | 7,466.67 | 0.00 | 8,610.37 | C-531924 | No |
| 5/1/2022 | Waste Recoveries Estimate (05/2022) | 1336 | 136.05 | 0.00 | 8,746.42 | C-531925 | No |
| 5/3/2022 | Chk# 174302 :CHECKscan Payment - 05/2022 Charges | | 0.00 | 11,158.52 | -2,412.10 | R-191085 | |
| 5/31/2022 | Chk# 175041 :CHECKscan Payment - 06/2022 Charges | | 0.00 | 11,158.52 | -13,570.62 | R-193397 | |
| 6/1/2022 | Operating Expenses Estimate (06/2022) | 1336 | 1,465.13 | 0.00 | -12,105.49 | C-538663 | No |
| 6/1/2022 | Real Estate Tax Estimate (06/2022) | 1336 | 2,090.67 | 0.00 | -10,014.82 | C-538664 | No |
| 6/1/2022 | Base Rent (06/2022) | 1336 | 7,466.67 | 0.00 | -2,548.15 | C-538665 | No |
| 6/1/2022 | Waste Recoveries Estimate (06/2022) | 1336 | 136.05 | 0.00 | -2,412.10 | C-538666 | No |
| 7/1/2022 | Operating Expenses Estimate (07/2022) | 1336 | 1,465.13 | 0.00 | -946.97 | C-547354 | No |
| 7/1/2022 | Real Estate Tax Estimate (07/2022) | 1336 | 2,090.67 | 0.00 | 1,143.70 | C-547355 | No |
| 7/1/2022 | Base Rent (07/2022) | 1336 | 7,466.67 | 0.00 | 8,610.37 | C-547356 | No |
| 7/1/2022 | Waste Recoveries Estimate (07/2022) | 1336 | 136.05 | 0.00 | 8,746.42 | C-547357 | No |
| 7/6/2022 | Chk# 175940 :CHECKscan Payment - 07/2022 Charges | | 0.00 | 11,158.52 | -2,412.10 | R-198100 | |
| 7/26/2022 | Chk# 176285 :CHECKscan Payment - 2020 CAM | | 0.00 | 303.21 | -2,715.31 | R-199567 | |
| 8/1/2022 | Operating Expenses Estimate (08/2022) | 1336 | 1,465.13 | 0.00 | -1,250.18 | C-555731 | No |
| 8/1/2022 | Real Estate Tax Estimate (08/2022) | 1336 | 2,090.67 | 0.00 | 840.49 | C-555732 | No |
| 8/1/2022 | Base Rent (08/2022) | 1336 | 7,733.33 | 0.00 | 8,573.82 | C-555733 | No |
| 8/1/2022 | Waste Recoveries Estimate (08/2022) | 1336 | 136.05 | 0.00 | 8,709.87 | C-555734 | No |
| 8/2/2022 | Chk# 176621 :CHECKscan Payment - 08/2022 Charges | | 0.00 | 11,425.18 | -2,715.31 | R-200856 | |
| 8/23/2022 | Recovery of Bad Debt: DFDT Credit (rtp019) | | 2,715.31 | 0.00 | 0.00 | C-568427 | No |
| 8/29/2022 | Chk# 177330 :CHECKscan Payment - 09/2022 Charges | | 0.00 | 11,425.18 | -11,425.18 | R-203664 | |
| 9/1/2022 | Operating Expenses Estimate (09/2022) | 1336 | 1,465.13 | 0.00 | -9,960.05 | C-564815 | No |
| 9/1/2022 | Real Estate Tax Estimate (09/2022) | 1336 | 2,090.67 | 0.00 | -7,869.38 | C-564816 | No |
| 9/1/2022 | Base Rent (09/2022) | 1336 | 7,733.33 | 0.00 | -136.05 | C-564817 | No |

Page 5 of 12

4/17/2025 10:57 AM

# Lease Ledger

Date: 03/13/2025
Property: 2176
Tenant: rtp019   PSP Store Operations SPV, LLC
From Date: 07/14/2017  To Date: 02/28/2025
Move In Date: 04/14/2017  Move Out Date: 02/28/2025

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 9/1/2022 | Waste Recoveries Estimate (09/2022) | 1336 | 136.05 | 0.00 | 0.00 | C-564818 | No |
| 10/1/2022 | Operating Expenses Estimate (10/2022) | 1336 | 1,465.13 | 0.00 | 1,465.13 | C-574249 | No |
| 10/1/2022 | Real Estate Tax Estimate (10/2022) | 1336 | 2,090.67 | 0.00 | 3,555.80 | C-574250 | No |
| 10/1/2022 | Base Rent (10/2022) | 1336 | 7,733.33 | 0.00 | 11,289.13 | C-574251 | No |
| 10/1/2022 | Waste Recoveries Estimate (10/2022) | 1336 | 136.05 | 0.00 | 11,425.18 | C-574252 | No |
| 10/4/2022 | Chk# 178128 :CHECKscan Payment - 10/2022 Charges | | 0.00 | 11,425.18 | 0.00 | R-208574 | |
| 11/1/2022 | Operating Expenses Estimate (11/2022) | 1336 | 1,465.13 | 0.00 | 1,465.13 | C-583183 | No |
| 11/1/2022 | Real Estate Tax Estimate (11/2022) | 1336 | 2,090.67 | 0.00 | 3,555.80 | C-583184 | No |
| 11/1/2022 | Base Rent (11/2022) | 1336 | 7,733.33 | 0.00 | 11,289.13 | C-583185 | No |
| 11/1/2022 | Waste Recoveries Estimate (11/2022) | 1336 | 136.05 | 0.00 | 11,425.18 | C-583186 | No |
| 11/1/2022 | Chk# 178788 :CHECKscan Payment - 11/2022 Charges | | 0.00 | 11,425.18 | 0.00 | R-211365 | |
| 12/1/2022 | Operating Expenses Estimate (12/2022) | 1336 | 1,465.13 | 0.00 | 1,465.13 | C-592825 | No |
| 12/1/2022 | Real Estate Tax Estimate (12/2022) | 1336 | 2,090.67 | 0.00 | 3,555.80 | C-592826 | No |
| 12/1/2022 | Base Rent (12/2022) | 1336 | 7,733.33 | 0.00 | 11,289.13 | C-592827 | No |
| 12/1/2022 | Waste Recoveries Estimate (12/2022) | 1336 | 136.05 | 0.00 | 11,425.18 | C-592828 | No |
| 12/7/2022 | Operating Expense Reconciliation (01/2021 - 12/2021) | | 1,952.52 | 0.00 | 13,377.70 | C-597257 | No |
| 12/7/2022 | Real Estate Tax Reconciliation (01/2021 - 12/2021) | | -148.28 | 0.00 | 13,229.42 | C-597258 | No |
| 12/7/2022 | CAM Insurance Reconciliation (01/2021 - 12/2021) | | 2,953.14 | 0.00 | 16,182.56 | C-597259 | No |
| 12/7/2022 | Waste Recoveries Reconciliation (01/2021 - 12/2021) | | 1,892.47 | 0.00 | 18,075.03 | C-597260 | No |
| 12/8/2022 | Chk# 179558 :CHECKscan Payment - 12/2022 Charges | | 0.00 | 11,425.18 | 6,649.85 | R-215939 | |
| 1/1/2023 | Operating Expenses Estimate (01/2023) | 1336 | 1,465.13 | 0.00 | 8,114.98 | C-601877 | No |
| 1/1/2023 | Real Estate Tax Estimate (01/2023) | 1336 | 2,090.67 | 0.00 | 10,205.65 | C-601878 | No |
| 1/1/2023 | Base Rent (01/2023) | 1336 | 7,733.33 | 0.00 | 17,938.98 | C-601879 | No |
| 1/1/2023 | Waste Recoveries Estimate (01/2023) | 1336 | 136.05 | 0.00 | 18,075.03 | C-601880 | No |
| 1/3/2023 | Chk# 180200 :CHECKscan Payment - 01/2023 Charges | | 0.00 | 11,425.18 | 6,649.85 | R-218509 | |
| 1/24/2023 | Chk# 180609 :CHECKscan Payment - 2021 CAM | | 0.00 | 6,649.85 | 0.00 | R-220928 | |
| 2/1/2023 | Operating Expenses Estimate (02/2023) | 1336 | 1,465.13 | 0.00 | 1,465.13 | C-611452 | No |
| 2/1/2023 | Real Estate Tax Estimate (02/2023) | 1336 | 2,090.67 | 0.00 | 3,555.80 | C-611453 | No |

Page 6 of 12

4/17/2025 10:57 AM

# Lease Ledger

Date: 03/13/2025
Property: 2176
Tenant: rtp019   PSP Store Operations SPV, LLC
From Date: 07/14/2017  To Date: 02/28/2025
Move In Date: 04/14/2017  Move Out Date: 02/28/2025

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 2/1/2023 | Base Rent (02/2023) | 1336 | 7,733.33 | 0.00 | 11,289.13 | C-611454 | No |
| 2/1/2023 | Waste Recoveries Estimate (02/2023) | 1336 | 136.05 | 0.00 | 11,425.18 | C-611455 | No |
| 2/13/2023 | Chk# 181035 :CHECKscan Payment - 02/2023 Charges | | 0.00 | 11,425.18 | 0.00 | R-223796 | |
| 2/28/2023 | Chk# 181598 :CHECKscan Payment - 03/2023 Charges | | 0.00 | 11,821.63 | -11,821.63 | R-225319 | |
| 3/1/2023 | Operating Expenses Estimate (03/2023) | 1336 | 1,873.94 | 0.00 | -9,947.69 | C-620197 | No |
| 3/1/2023 | Real Estate Tax Estimate (03/2023) | 1336 | 2,078.31 | 0.00 | -7,869.38 | C-620198 | No |
| 3/1/2023 | Base Rent (03/2023) | 1336 | 7,733.33 | 0.00 | -136.05 | C-620199 | No |
| 3/1/2023 | Waste Recoveries Estimate (03/2023) | 1336 | 136.05 | 0.00 | 0.00 | C-620200 | No |
| 4/1/2023 | Operating Expenses Estimate (04/2023) | 1336 | 1,873.94 | 0.00 | 1,873.94 | C-628775 | No |
| 4/1/2023 | Real Estate Tax Estimate (04/2023) | 1336 | 2,078.31 | 0.00 | 3,952.25 | C-628776 | No |
| 4/1/2023 | Base Rent (04/2023) | 1336 | 7,733.33 | 0.00 | 11,685.58 | C-628777 | No |
| 4/1/2023 | Waste Recoveries Estimate (04/2023) | 1336 | 136.05 | 0.00 | 11,821.63 | C-628778 | No |
| 4/4/2023 | Chk# 182564 :CHECKscan Payment - 04/2023 Charges | | 0.00 | 11,821.63 | 0.00 | R-229702 | |
| 4/6/2023 | Operating Expense Reconciliation (01/2022 - 12/2022) | | 881.57 | 0.00 | 881.57 | C-633201 | No |
| 4/6/2023 | Real Estate Tax Reconciliation (01/2022 - 12/2022) | | 744.98 | 0.00 | 1,626.55 | C-633202 | No |
| 4/6/2023 | CAM Insurance Reconciliation (01/2022 - 12/2022) | | 3,202.80 | 0.00 | 4,829.35 | C-633203 | No |
| 4/6/2023 | Waste Recoveries Reconciliation (01/2022 - 12/2022) | | 900.83 | 0.00 | 5,730.18 | C-633204 | No |
| 5/1/2023 | Operating Expenses Estimate (05/2023) | 1336 | 1,873.94 | 0.00 | 7,604.12 | C-637301 | No |
| 5/1/2023 | Real Estate Tax Estimate (05/2023) | 1336 | 2,078.31 | 0.00 | 9,682.43 | C-637302 | No |
| 5/1/2023 | Base Rent (05/2023) | 1336 | 7,733.33 | 0.00 | 17,415.76 | C-637303 | No |
| 5/1/2023 | Waste Recoveries Estimate (05/2023) | 1336 | 136.05 | 0.00 | 17,551.81 | C-637304 | No |
| 5/1/2023 | Chk# 183260 :CHECKscan Payment - 05/2023 Charges | | 0.00 | 11,821.63 | 5,730.18 | R-232444 | |
| 5/30/2023 | Chk# 183924 :CHECKscan Payment - 06/2023 Charges | | 0.00 | 11,821.63 | -6,091.45 | R-235489 | |
| 6/1/2023 | Operating Expenses Estimate (06/2023) | 1336 | 1,873.94 | 0.00 | -4,217.51 | C-646749 | No |
| 6/1/2023 | Real Estate Tax Estimate (06/2023) | 1336 | 2,078.31 | 0.00 | -2,139.20 | C-646750 | No |
| 6/1/2023 | Base Rent (06/2023) | 1336 | 7,733.33 | 0.00 | 5,594.13 | C-646751 | No |
| 6/1/2023 | Waste Recoveries Estimate (06/2023) | 1336 | 136.05 | 0.00 | 5,730.18 | C-646752 | No |
| 7/1/2023 | Operating Expenses Estimate (07/2023) | 1336 | 1,805.49 | 0.00 | 7,535.67 | C-655149 | No |

Page 7 of 12

4/17/2025 10:57 AM

# Lease Ledger

Date: 03/13/2025
Property: 2176
Tenant: rtp019   PSP Store Operations SPV, LLC
From Date: 07/14/2017  To Date: 02/28/2025
Move In Date: 04/14/2017  Move Out Date: 02/28/2025

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 7/1/2023 | Real Estate Tax Estimate (07/2023) | 1336 | 2,152.75 | 0.00 | 9,688.42 | C-655150 | No |
| 7/1/2023 | Base Rent (07/2023) | 1336 | 7,733.33 | 0.00 | 17,421.75 | C-655151 | No |
| 7/1/2023 | Waste Recoveries Estimate (07/2023) | 1336 | 177.11 | 0.00 | 17,598.86 | C-655152 | No |
| 7/11/2023 | Chk# 184921 :CHECKscan Payment - 07/2023 Charges | | 0.00 | 11,868.68 | 5,730.18 | R-240517 | |
| 8/1/2023 | Operating Expenses Estimate (08/2023) | 1336 | 1,805.49 | 0.00 | 7,535.67 | C-666015 | No |
| 8/1/2023 | Real Estate Tax Estimate (08/2023) | 1336 | 2,152.75 | 0.00 | 9,688.42 | C-666016 | No |
| 8/1/2023 | Base Rent (08/2023) | 1336 | 7,733.33 | 0.00 | 17,421.75 | C-666017 | No |
| 8/1/2023 | Waste Recoveries Estimate (08/2023) | 1336 | 177.11 | 0.00 | 17,598.86 | C-666018 | No |
| 8/2/2023 | Chk# 185532 :CHECKscan Payment - 08/2023 Charges | | 0.00 | 11,868.68 | 5,730.18 | R-242879 | |
| 8/29/2023 | Prior Owner 2017-2018 CAM Dispute | | -3,136.13 | 0.00 | 2,594.05 | C-678829 | No |
| 8/29/2023 | 2020 CAM Dispute | | -6,008.53 | 0.00 | -3,414.48 | C-678830 | No |
| 8/29/2023 | 2021 CAM Dispute | | -6,771.83 | 0.00 | -10,186.31 | C-678831 | No |
| 8/29/2023 | 2022 CAM Dispute | | -7,665.80 | 0.00 | -17,852.11 | C-678832 | No |
| 9/1/2023 | Operating Expenses Estimate (09/2023) | 1336 | 1,805.49 | 0.00 | -16,046.62 | C-674468 | No |
| 9/1/2023 | Real Estate Tax Estimate (09/2023) | 1336 | 2,152.75 | 0.00 | -13,893.87 | C-674469 | No |
| 9/1/2023 | Base Rent (09/2023) | 1336 | 7,733.33 | 0.00 | -6,160.54 | C-674470 | No |
| 9/1/2023 | Waste Recoveries Estimate (09/2023) | 1336 | 177.11 | 0.00 | -5,983.43 | C-674471 | No |
| 9/6/2023 | Chk# 186376 :CHECKscan Payment - 09/2023 Charges | | 0.00 | 11,868.68 | -17,852.11 | R-246980 | |
| 10/1/2023 | Operating Expenses Estimate (10/2023) | 1336 | 1,805.49 | 0.00 | -16,046.62 | C-684375 | No |
| 10/1/2023 | Real Estate Tax Estimate (10/2023) | 1336 | 2,152.75 | 0.00 | -13,893.87 | C-684376 | No |
| 10/1/2023 | Base Rent (10/2023) | 1336 | 7,733.33 | 0.00 | -6,160.54 | C-684377 | No |
| 10/1/2023 | Waste Recoveries Estimate (10/2023) | 1336 | 177.11 | 0.00 | -5,983.43 | C-684378 | No |
| 10/31/2023 | Chk# 187665 :CHECKscan Payment - 04/2023-11/2023 Charges | | 0.00 | 5,885.24 | -11,868.67 | R-252906 | |
| 11/1/2023 | Operating Expenses Estimate (11/2023) | 1336 | 1,805.49 | 0.00 | -10,063.18 | C-693239 | No |
| 11/1/2023 | Real Estate Tax Estimate (11/2023) | 1336 | 2,152.75 | 0.00 | -7,910.43 | C-693240 | No |
| 11/1/2023 | Base Rent (11/2023) | 1336 | 7,733.33 | 0.00 | -177.10 | C-693241 | No |
| 11/1/2023 | Waste Recoveries Estimate (11/2023) | 1336 | 177.11 | 0.00 | 0.01 | C-693242 | No |
| 11/6/2023 | Bad Debt Expense | | -0.01 | 0.00 | 0.00 | C-697308 | No |

Page 8 of 12

# Lease Ledger

Date: 03/13/2025
Property: 2176
Tenant: rtp019   PSP Store Operations SPV, LLC
From Date: 07/14/2017  To Date: 02/28/2025
Move In Date: 04/14/2017  Move Out Date: 02/28/2025

4/17/2025 10:57 AM

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 12/1/2023 | Operating Expenses Estimate (12/2023) | 1336 | 1,805.49 | 0.00 | 1,805.49 | C-701547 | No |
| 12/1/2023 | Real Estate Tax Estimate (12/2023) | 1336 | 2,152.75 | 0.00 | 3,958.24 | C-701548 | No |
| 12/1/2023 | Base Rent (12/2023) | 1336 | 7,733.33 | 0.00 | 11,691.57 | C-701549 | No |
| 12/1/2023 | Waste Recoveries Estimate (12/2023) | 1336 | 177.11 | 0.00 | 11,868.68 | C-701550 | No |
| 12/4/2023 | Chk# 188307 :CHECKscan Payment - 12/2023 Charges | | 0.00 | 11,868.68 | 0.00 | R-256941 | |
| 1/1/2024 | Operating Expenses Estimate (01/2024) | 1336 | 1,805.49 | 0.00 | 1,805.49 | C-711831 | No |
| 1/1/2024 | Real Estate Tax Estimate (01/2024) | 1336 | 2,152.75 | 0.00 | 3,958.24 | C-711832 | No |
| 1/1/2024 | Base Rent (01/2024) | 1336 | 7,733.33 | 0.00 | 11,691.57 | C-711833 | No |
| 1/1/2024 | Waste Recoveries Estimate (01/2024) | 1336 | 177.11 | 0.00 | 11,868.68 | C-711834 | No |
| 1/9/2024 | Chk# 189056 :CHECKscan Payment - 01/2024 Charges | | 0.00 | 11,868.68 | 0.00 | R-261448 | |
| 1/30/2024 | Chk# 189640 :CHECKscan Payment - 02/2024 Charges | | 0.00 | 11,868.68 | -11,868.68 | R-263064 | |
| 2/1/2024 | Operating Expenses Estimate (02/2024) | 1336 | 1,805.49 | 0.00 | -10,063.19 | C-721167 | No |
| 2/1/2024 | Real Estate Tax Estimate (02/2024) | 1336 | 2,152.75 | 0.00 | -7,910.44 | C-721168 | No |
| 2/1/2024 | Base Rent (02/2024) | 1336 | 7,733.33 | 0.00 | -177.11 | C-721169 | No |
| 2/1/2024 | Waste Recoveries Estimate (02/2024) | 1336 | 177.11 | 0.00 | 0.00 | C-721170 | No |
| 2/27/2024 | Chk# 190302 :CHECKscan Payment - 03/2024 Charges | | 0.00 | 11,868.68 | -11,868.68 | R-266228 | |
| 3/1/2024 | Operating Expenses Estimate (03/2024) | 1336 | 1,805.49 | 0.00 | -10,063.19 | C-725394 | No |
| 3/1/2024 | Real Estate Tax Estimate (03/2024) | 1336 | 2,152.75 | 0.00 | -7,910.44 | C-725395 | No |
| 3/1/2024 | Base Rent (03/2024) | 1336 | 7,733.33 | 0.00 | -177.11 | C-725396 | No |
| 3/1/2024 | Waste Recoveries Estimate (03/2024) | 1336 | 177.11 | 0.00 | 0.00 | C-725397 | No |
| 3/1/2024 | Operating Expense Reconciliation (01/2023 - 12/2023) | | -8,384.47 | 0.00 | -8,384.47 | C-735172 | No |
| 3/1/2024 | Real Estate Tax Reconciliation (01/2023 - 12/2023) | | 1,477.63 | 0.00 | -6,906.84 | C-735173 | No |
| 3/1/2024 | CAM Insurance Reconciliation (01/2023 - 12/2023) | | 3,853.45 | 0.00 | -3,053.39 | C-735174 | No |
| 3/1/2024 | Waste Recoveries Reconciliation (01/2023 - 12/2023) | | 257.04 | 0.00 | -2,796.35 | C-735175 | No |
| 4/1/2024 | Operating Expenses Estimate (04/2024) | 1336 | 1,805.49 | 0.00 | -990.86 | C-739926 | No |
| 4/1/2024 | Real Estate Tax Estimate (04/2024) | 1336 | 2,152.75 | 0.00 | 1,161.89 | C-739927 | No |
| 4/1/2024 | Base Rent (04/2024) | 1336 | 7,733.33 | 0.00 | 8,895.22 | C-739928 | No |
| 4/1/2024 | Waste Recoveries Estimate (04/2024) | 1336 | 177.11 | 0.00 | 9,072.33 | C-739929 | No |

4/17/2025 10:57 AM

# Lease Ledger

Date: 03/13/2025
Property: 2176
Tenant: rtp019   PSP Store Operations SPV, LLC
From Date: 07/14/2017  To Date: 02/28/2025
Move In Date: 04/14/2017  Move Out Date: 02/28/2025

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 4/2/2024 | Chk# 191084 :CHECKscan Payment F/S - 04/2024 Charges | 1336 | 0.00 | 11,868.68 | -2,796.35 | R-270791 | |
| 5/1/2024 | Operating Expenses Estimate (05/2024) | 1336 | 1,805.49 | 0.00 | -990.86 | C-750142 | No |
| 5/1/2024 | Real Estate Tax Estimate (05/2024) | 1336 | 2,152.75 | 0.00 | 1,161.89 | C-750143 | No |
| 5/1/2024 | Base Rent (05/2024) | 1336 | 7,733.33 | 0.00 | 8,895.22 | C-750144 | No |
| 5/1/2024 | Waste Recoveries Estimate (05/2024) | 1336 | 177.11 | 0.00 | 9,072.33 | C-750145 | No |
| 5/6/2024 | Chk# 191724 :CHECKscan Payment F/S - 05/2024 Charges | | 0.00 | 11,868.68 | -2,796.35 | R-274986 | |
| 6/1/2024 | Operating Expenses Estimate (06/2024) | 1336 | 1,394.00 | 0.00 | -1,402.35 | C-762517 | No |
| 6/1/2024 | Real Estate Tax Estimate (06/2024) | 1336 | 2,240.73 | 0.00 | 838.38 | C-762518 | No |
| 6/1/2024 | Base Rent (06/2024) | 1336 | 7,733.33 | 0.00 | 8,571.71 | C-762519 | No |
| 6/1/2024 | Waste Recoveries Estimate (06/2024) | 1336 | 178.00 | 0.00 | 8,749.71 | C-762520 | No |
| 6/3/2024 | Chk# 192383 :CHECKscan Payment F/S - 06/2024 Charges | | 0.00 | 11,546.06 | -2,796.35 | R-278138 | |
| 7/1/2024 | Operating Expenses Estimate (07/2024) | 1336 | 1,394.00 | 0.00 | -1,402.35 | C-774090 | No |
| 7/1/2024 | Real Estate Tax Estimate (07/2024) | 1336 | 2,240.73 | 0.00 | 838.38 | C-774091 | No |
| 7/1/2024 | Base Rent (07/2024) | 1336 | 7,733.33 | 0.00 | 8,571.71 | C-774092 | No |
| 7/1/2024 | Waste Recoveries Estimate (07/2024) | 1336 | 178.00 | 0.00 | 8,749.71 | C-774093 | No |
| 7/2/2024 | Chk# 193121 :CHECKscan Payment F/S - 07/2024 charges | | 0.00 | 11,546.06 | -2,796.35 | R-284603 | |
| 8/1/2024 | Operating Expenses Estimate (08/2024) | 1336 | 1,394.00 | 0.00 | -1,402.35 | C-785125 | No |
| 8/1/2024 | Real Estate Tax Estimate (08/2024) | 1336 | 2,240.73 | 0.00 | 838.38 | C-785126 | No |
| 8/1/2024 | Base Rent (08/2024) | 1336 | 7,733.33 | 0.00 | 8,571.71 | C-785127 | No |
| 8/1/2024 | Waste Recoveries Estimate (08/2024) | 1336 | 178.00 | 0.00 | 8,749.71 | C-785128 | No |
| 8/9/2024 | Chk# 193805 :CHECKscan Payment F/S - 08/2024 charges | | 0.00 | 11,546.06 | -2,796.35 | R-288680 | |
| 8/12/2024 | Water 11/30/23-05/31/24 | | 269.98 | 0.00 | -2,526.37 | C-797563 | No |
| 9/1/2024 | Operating Expenses Estimate (09/2024) | 1336 | 1,394.00 | 0.00 | -1,132.37 | C-794804 | No |
| 9/1/2024 | Real Estate Tax Estimate (09/2024) | 1336 | 2,240.73 | 0.00 | 1,108.36 | C-794805 | No |
| 9/1/2024 | Base Rent (09/2024) | 1336 | 7,733.33 | 0.00 | 8,841.69 | C-794806 | No |
| 9/1/2024 | Waste Recoveries Estimate (09/2024) | 1336 | 178.00 | 0.00 | 9,019.69 | C-794807 | No |
| 9/5/2024 | Chk# 194402 :CHECKscan Payment F/S - 09/2024 charges and 2023 CAM | | 0.00 | 8,749.71 | 269.98 | R-291905 | |
| 9/10/2024 | Chk# 194508 :CHECKscan Payment F/S - Water 11/30/23-05/31/24 | | 0.00 | 269.98 | 0.00 | R-292435 | |

Page 10 of 12

4/17/2025 10:57 AM

# Lease Ledger

Date: 03/13/2025
Property: 2176
Tenant: rtp019   PSP Store Operations SPV, LLC
From Date: 07/14/2017  To Date: 02/28/2025
Move In Date: 04/14/2017  Move Out Date: 02/28/2025

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 10/1/2024 | Operating Expenses Estimate (10/2024) | 1336 | 1,394.00 | 0.00 | 1,394.00 | C-804360 | No |
| 10/1/2024 | Real Estate Tax Estimate (10/2024) | 1336 | 2,240.73 | 0.00 | 3,634.73 | C-804361 | No |
| 10/1/2024 | Base Rent (10/2024) | 1336 | 7,733.33 | 0.00 | 11,368.06 | C-804362 | No |
| 10/1/2024 | Waste Recoveries Estimate (10/2024) | 1336 | 178.00 | 0.00 | 11,546.06 | C-804363 | No |
| 10/1/2024 | Chk# 194973 :CHECKscan Payment F/S - 10/2024 charges |  | 0.00 | 11,546.06 | 0.00 | R-295043 | No |
| 10/2/2024 | Water 05/31/24 to 07/31/24 |  | 91.38 | 0.00 | 91.38 | C-812078 | No |
| 10/22/2024 | Chk# 195231 :CHECKscan Payment F/S - Water 05/31/24 to 07/31/24 |  | 0.00 | 91.38 | 0.00 | R-297078 | No |
| 10/29/2024 | Chk# 195514 :CHECKscan Payment F/S - 11/2024 charges |  | 0.00 | 11,546.06 | -11,546.06 | R-297800 | No |
| 11/1/2024 | Operating Expenses Estimate (11/2024) | 1336 | 1,394.00 | 0.00 | -10,152.06 | C-821611 | No |
| 11/1/2024 | Real Estate Tax Estimate (11/2024) | 1336 | 2,240.73 | 0.00 | -7,911.33 | C-821612 | No |
| 11/1/2024 | Base Rent (11/2024) | 1336 | 7,733.33 | 0.00 | -178.00 | C-821613 | No |
| 11/1/2024 | Waste Recoveries Estimate (11/2024) | 1336 | 178.00 | 0.00 | 0.00 | C-821614 | No |
| 12/1/2024 | Operating Expenses Estimate (12/2024) | 1336 | 1,394.00 | 0.00 | 1,394.00 | C-830963 | No |
| 12/1/2024 | Real Estate Tax Estimate (12/2024) | 1336 | 2,240.73 | 0.00 | 3,634.73 | C-830964 | No |
| 12/1/2024 | Base Rent (12/2024) | 1336 | 7,733.33 | 0.00 | 11,368.06 | C-830965 | No |
| 12/1/2024 | Waste Recoveries Estimate (12/2024) | 1336 | 178.00 | 0.00 | 11,546.06 | C-830966 | No |
| 12/3/2024 | Chk# 195949 :CHECKscan Payment F/S - 12/2024 Charges |  | 0.00 | 11,546.06 | 0.00 | R-302931 | No |
| 12/5/2024 | Water 07/31/24 to 09/30/24 |  | 106.41 | 0.00 | 106.41 | C-835738 | No |
| 12/30/2024 | Chk# 196366 :CHECKscan Payment F/S - 01/2025 Charges |  | 0.00 | 11,546.06 | -11,439.65 | R-305350 | No |
| 1/1/2025 | Operating Expenses Estimate (01/2025) | 1336 | 1,394.00 | 0.00 | -10,045.65 | C-836247 | No |
| 1/1/2025 | Real Estate Tax Estimate (01/2025) | 1336 | 2,240.73 | 0.00 | -7,804.92 | C-836248 | No |
| 1/1/2025 | Base Rent (01/2025) | 1336 | 7,733.33 | 0.00 | -71.59 | C-836249 | No |
| 1/1/2025 | Waste Recoveries Estimate (01/2025) | 1336 | 178.00 | 0.00 | 106.41 | C-836250 | No |
| 2/1/2025 | Operating Expenses Estimate (02/2025) | 1336 | 1,394.00 | 0.00 | 1,500.41 | C-847987 | No |
| 2/1/2025 | Real Estate Tax Estimate (02/2025) | 1336 | 2,240.73 | 0.00 | 3,741.14 | C-847988 | No |
| 2/1/2025 | Base Rent (02/2025) | 1336 | 7,733.33 | 0.00 | 11,474.47 | C-847989 | No |
| 2/1/2025 | Waste Recoveries Estimate (02/2025) | 1336 | 178.00 | 0.00 | 11,652.47 | C-847990 | No |
| 2/3/2025 | Chk# 196809 :CHECKscan Payment F/S - 02/2025 Charges & Water 07/31/24 to 09/30/24 |  | 0.00 | 11,652.47 | 0.00 | R-309818 | No |

Page 11 of 12

4/17/2025 10:57 AM

# Lease Ledger

Date: 03/13/2025

Property: 2176

Tenant: rtp019   PSP Store Operations SPV, LLC

From Date: 07/14/2017   To Date: 02/28/2025

Move In Date: 04/14/2017   Move Out Date: 02/28/2025

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 2/6/2025 | Water 09/30/24 to 11/30/24 | | 107.78 | 0.00 | 107.78 | C-856558 | No |