## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, Esquire hereby certify that on this 7th day of July, 2025, I caused a true and correct copy of the foregoing pleading to be served electronically upon all parties that have opted in to receive notice via CM/ECF, as well as upon Debtors' counsel in the manner indicated:

| **Via E-Mail & Hand Delivery** | **Via E-Mail & First-Class Mail** |
|---|---|
| Edmon L. Morton, Esq. (emorton@ycst.com) | Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com) |
| Matthew B. Lunn, Esq. (mlunn@ycst.com) | Nicole L. Greenblatt, P.C. (nicole.greenblatt@kirkland.com) |
| Allison S. Mielke, Esq. (amielke@ycst.com) | Derek I. Hunter (derek.hunter@kirkland.com) |
| Shella Borovinskaya (sborovinskyaya@ycst.com) | Kirkland & Ellis LLP |
| Young Conaway Stargatt and Taylor, LLP | Kirkland & Ellis International LLP |
| 1000 North King Street | 601 Lexington Avenue |
| Wilmington, DE, 19801 | New York, NY  10022 |
| *Co-counsel to the Debtors* | |
| | and |
| | Mark McKane, P.C. (mark.mckane@kirkland.com) |
| | Kirkland & Ellis LLP |
| | Kirkland & Ellis International LLP |
| | 555 California Street |
| | San Francisco, CA  94104 |
| | *Co-Counsel to the Debtors and Debtors in Possession* |

Dated:  July 7, 2025
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Leslie C. Heilman (DE Bar No. 4716)
BALLARD SPAHR LLP