## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC. *et al.*, | Case No. 24-12480 (JTD) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Jesse Blevins, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On July 7th, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 07/07/2025 | 1700 | Motion for Payment of Administrative Expenses/Claims / 6001 Powerline Road, LLC's Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Filed by 6001 Powerline Road, LLC. Hearing scheduled for 8/19/2025 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Objections due by 7/21/2025. (Attachments: # 1 Exhibit A # 2 Proposed Form of Order # 3 Notice) (Sawczuk, Maria) (Entered: 07/07/2025 |

Dated: July 7th, 2025

*/s/ Jesse Blevins*
Jesse Blevins
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

Served via Electronic Mail
ARENT FOX SCHIFF LLP
ATTN: JONATHAN P. BAGG, JEFFREY R. GLEIT
MATTHEW R. BENTLEY, ANNIE MOSE
1717 K STREET NW
WASHINGTON DC 20006
JONATHAN.BAGG@AFSLAW.COM
JEFFREY.GLEIT@AFSLAW.COM
MATTHEW.BENTLEY@AFSLAW.COM
ANNIE.MOSE@AFSLAW.COM

Served via Electronic Mail
ARENTFOX SCHIFF LLP
ATTN: JEFFREY GLEIT, BRETT D. GOODMAN
1301 AVENUE OF THE AMERICAS
42ND FLOOR
NEW YORK NY 10019
JEFFREY.GLEIT@AFSLAW.COM
BRETT.GOODMAN@AFSLAW.COM

Served via Electronic Mail
ARENTFOX SCHIFF LLP
ATTN: MATTHEW R. BENTLEY, ESQ.
233 SOUTH WACKER DRIVE
SUITE 7100
CHICAGO IL 60606
MATTHEW.BENTLEY@AFSLAW.COM

Served via Electronic Mail
BAKER & HOSTETLER LLP
ATTN: DAVID J. RICHARDSON
999 THIRD AVENUE, SUITE 3900
SEATTLE WA 98104
DRICHARDSON@BAKERLAW.COM

Served via Electronic Mail
BAKER & HOSTETLER LLP
ATTN: JEFFREY J. LYONS
1201 NORTH MARKET STREET
SUITE 1407
WILMINGTON DE 19801
JJLYONS@BAKERLAW.COM

Served via Electronic Mail
BAKER & HOSTETLER LLP
ATTN: JIMMY D. PARRISH
200 SOUTH ORANGE AVENUE
SUITE 2300
ORLANDO FL 32801
JPARRISH@BAKERLAW.COM

Served via Electronic Mail
BALICK & BALICK, LLC
ATTN: ADAM BALICK & JAMIE L. LENKO
711 KING STREET
WILMINGTON DE 19801
ABALICK@BALICK.COM
JLENKO@BALICK.COM

Served via Electronic Mail
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
ATTN: ROBERT J. KEACH, LETSON DOUGLASS BOOTS, ANGELA
STEWART
100 MIDDLE STREET
PO BOX 9729
PORTLAND ME 04104-5029
RKEACH@BERNSTEINSHUR.COM
LBOOTS@BERNSTEINSHUR.COM
ASTEWART@BERNSTEINSHUR.COM

Served via Electronic Mail
BROWN RUDNICK LLP
ATTN: DAVID J. MOLTON, ESQ. D. CAMERON MOXLEY, ESQ.
GERARD T. CICERO, ESQ. SUSAN SIEGER-GRIMM, ESQ.
7 TIMES SQUARE
NEW YORK NY 10036
DMOLTON@BROWNRUDNICK.COM
CMOXLEY@BROWNRUDNICK.COM
GCICERO@BROWNRUDNICK.COM
SSIEGER-GRIMM@BROWNRUDNICK.COM

Served via Electronic Mail
BROWN RUDNICK LLP
ATTN: ERIC R. GOODMAN, ESQ.
601 THIRTEENTH STREET NW
STE. 600
WASHINGTON DC 20005
EGOODMAN@BROWNRUDNICK.COM

Served via Electronic Mail
BUCHALTER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
425 MARKET STREET
SUITE 2900
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

Served via Electronic Mail
FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION
ATTN: BANKRUPTCY DEPARTMENT
3900 COMMONWEALTH BOULEVARD
TALLAHASSEE FL 32399-3000
PUBLIC.SERVICES@FLORIDADEP.GOV

Served via Electronic Mail
GLOBAL LOAN AGENCY SERVICES LTD.
C/O LUKE RUSSELL
3 SECOND STREET SUITE 206
JERSEY CITY NJ 07311
LUKE.RUSSELL@GLAS.AGENCY

Served via Electronic Mail
HEMAR, ROUSSO & HEALD, LLP
ATTN: RAFFI KHATCHADOURIAN, ESQ.
15910 VENTURA BOULEVARD
12TH FLOOR
ENCINO CA 91436-2829
RUFFT@IUHLAW.COM

Served via Electronic Mail
HOGAN MCDANIEL
ATTN: DANIEL K. HOGAN, ESQ. GARVAN F. MCDANIEL, ESQ.
DANIEL C. KERRICK, ESQ.
1311 DELAWARE AVENUE
WILMINGTON DE 19806
DKHOGAN@DKHOGAN.COM
GFMCDANIEL@DKHOGAN.COM
DCKERRICK@DKHOGAN.COM

Served via Electronic Mail
JOYCE, LLC
ATTN: MICHAEL J. JOYCE, ESQ.
1225 KING STREET
SUITE 800
WILMINGTON DE 19801
MJOYCE@MJLAWOFFICES.COM

Served via Electronic Mail
KIRKLAND & ELLIS LLP
ATTN: CHAD J. HUSNICK, DAVE GREMLING, CASEY
MCGUSHIN
333 WEST WOLF POINT PLAZA
CHICAGO IL 60654
CHAD.HUSNICK@KIRKLAND.COM
DAVE.GREMLING@KIRKLAND.COM
CASEY.MCGUSHIN@KIRKLAND.COM

Served via Electronic Mail
KROLL RESTRUCTURING ADMINISTRATION LLC
ATTN: OLEG BITMAN
1 WORLD TRADE CENTER 31 FL
NEW YORK NY 10007
EXACTECHTEAM@RA.KROLL.COM
SERVICEQA@RA.KROLL.COM

Served via Electronic Mail
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 3064
HOUSTON TX 77253
HOUSTON_BANKRUPTCY@LGBS.COM

Served via Electronic Mail
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: JOHN KENDRICK TURNER
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@LGBS.COM

Served via Electronic Mail
MANATEE COUNTY TAX COLLECTOR, FLORIDA
ATTN: JENNIFER FRANCIS
LEGAL AND COLLECTIONS SPECIALIST, CFCA
1001 3RD AVE W, SUITE 240
BRADENTON FL 34205-7863
LEGAL@TAXCOLLECTOR.COM

Served via Electronic Mail
MILBANK LLP
ATTN: DANIELLE LEE SAUER
1850 K STREET, NW
SUITE 1100
WASHINGTON DC 20006
DLEE@MILBANK.COM

Served via Electronic Mail
MILBANK LLP
ATTN: EVAN R. FLECK, NELLY ALMEIDA, ALEXANDER LEES, C.
THOMAS ST. HENRY, ALEX SAVINO
55 HUDSON YARDS
NEW YORK NY 10001
EFLECK@MILBANK.COM
NALMEIDA@MILBANK.COM
ALEES@MILBANK.COM
CSTHENRY@MILBANK.COM
ASAVINO1@MILBANK.COM

Served via Electronic Mail
MORRIS JAMES LLP
ATTN: ERIC J. MONZO, ESQ., BRYA M. KEILSON, ESQ.
500 DELAWARE AVENUE
SUITE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM
BKEILSON@MORRISJAMES.COM

Served via Electronic Mail
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: ROBERT J. DEHNEY, SR., TAMARA K. MANN, ECHO YI
QIAN
1201 N. MARKET STREET
16TH FLOOR
WILMINGTON DE 19801
RDEHNEY@MORRISNICHOLS.COM
TMANN@MORRISNICHOLS.COM
EQIAN@MORRISNICHOLS.COM

Served via Electronic Mail
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: LINDA J. CASEY
US DEPARTMENT OF JUSTICE
844 KING STREET, SUITE 2207, LOCKBOX #35
WILMINGTON DE 19801
LINDA.CASEY@USDOJ.GOV
USTPREGION03.WL.ECF@USDOJ.GOV

Served via Electronic Mail
POTTER ANDERSON & CORROON LLP
ATTN: M. BLAKE CLEARY, JAMES R. RISENER III
1313 N. MARKET STREET
6TH FLOOR
WILMINGTON DE 19801
BCLEARY@POTTERANDERSON.COM
JRISENER@POTTERANDERSON.COM

Served via Electronic Mail
PROSKAUER ROSE LLP
ATTN: DANIEL S. DESATNIK, ESQ.
ELEVEN TIMES SQUARE
NEW YORK NY 10036-8299
DDESATNIK@PROSKAUER.COM

Served via Electronic Mail
RICHARDS, LAYTON & FINGER, P.A.
ATTN: MARK D. COLLINS, ZACHARY I. SHAPIRO, DAVID T.
QUEROLI, ZACHARY J. JAVORSKY
920 NORTH KING STREET
WILMINGTON DE 19801
COLLINS@RLF.COM
SHAPIRO@RLF.COM
QUEROLI@RLF.COM
JAVORSKY@RLF.COM

Served via Electronic Mail
RICHARDS, LAYTON & FINGER, P.A.
ATTN: MARK D. COLLINS, ZACHARY I. SHAPIRO, ROBERT C.
MADDOX, DAVID T. QUEROLI, ZACHARY J. JAVORSKY
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801
COLLINS@RLF.COM
SHAPIRO@RLF.COM
MADDOX@RLF.COM
QUEROLI@RLF.COM
JAVORSKY@RLF.COM

Served via Electronic Mail
ROPES & GRAY LLP
ATTN: RYAN PRESTON DAHL, BENJAMIN M. RHODE, LUKE
SMITH, LINDSAY BARCA
191 N. WACKER DRIVE
32ND FLOOR
CHICAGO IL 60606
RYAN.DAHL@ROPESGRAY.COM
BENJAMIN.RHODE@ROPESGRAY.COM
LUKE.SMITH@ROPESGRAY.COM
LINDSAY.BARCA@ROPESGRAY.COM

Served via Electronic Mail
SECURITIES & EXCHANGE COMMISSION - NY OFFICE
ATTN: BANKRUPTCY DEPARTMENT
BROOKFIELD PLACE
200 VESEY STREET, STE 400
NEW YORK NY 10281-1022
BANKRUPTCYNOTICESCHR@SEC.GOV
NYROBANKRUPTCY@SEC.GOV

Served via Electronic Mail
SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA
OFFICE
ATTN: BANKRUPTCY DEPARTMENT
ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

Served via Electronic Mail
SECURITIES AND EXCHANGE COMMISSION
ATTN: SECRETARY OF THE TREASURY
100 F. STREET NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

Served via Electronic Mail
STATE OF ALASKA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
P.O. BOX 110300
JUNEAU AK 99811-0300
ATTORNEY.GENERAL@ALASKA.GOV

Served via Electronic Mail
STATE OF ARIZONA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
2005 N CENTRAL AVE
PHOENIX AZ 85004-2926
AGINFO@AZAG.GOV

Served via Electronic Mail
STATE OF CALIFORNIA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
P.O. BOX 944255
SACRAMENTO CA 94244-2550
BANKRUPTCY@COAG.GOV

Served via Electronic Mail
STATE OF CONNECTICUT ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
165 CAPITOL AVENUE
HARTFORD CT 06106
ATTORNEY.GENERAL@CT.GOV
DENISE.MONDELL@CT.GOV

Served via Electronic Mail
STATE OF DELAWARE ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

Served via Electronic Mail
STATE OF HAWAII ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
425 QUEEN ST.
HONOLULU HI 96813
HAWAIIAG@HAWAII.GOV

Served via Electronic Mail
STATE OF ILLINOIS ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
100 WEST RANDOLPH STREET
CHICAGO IL 60601
WEBMASTER@ATG.STATE.IL.US

Served via Electronic Mail
STATE OF INDIANA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST., 5TH FLOOR
INDIANAPOLIS IN 46204
INFO@ATG.IN.GOV

Served via Electronic Mail
STATE OF IOWA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
1305 E. WALNUT STREET
DES MOINES IA 50319
WEBTEAM@AG.IOWA.GOV

Served via Electronic Mail
STATE OF LOUISIANA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
P.O. BOX 94095
BATON ROUGE LA 70804-4095
CONSUMERINFO@AG.STATE.LA.US

Served via Electronic Mail
STATE OF MARYLAND ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
200 ST. PAUL PLACE
BALTIMORE MD 21202-2202
OAG@OAG.STATE.MD.US

Served via Electronic Mail
STATE OF MICHIGAN ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
G. MENNEN WILLIAMS BUILDING, 7TH FLOOR
525 W. OTTAWA ST., P.O. BOX 30212
LANSING MI 48909-0212
MIAG@MICHIGAN.GOV

Served via Electronic Mail
STATE OF MISSOURI ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
SUPREME COURT BUILDING
207 W. HIGH ST.
JEFFERSON CITY MO 65102
ATTORNEY.GENERAL@AGO.MO.GOV

Served via Electronic Mail
STATE OF MONTANA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
215 N SANDERS, THIRD FLOOR
PO BOX 201401
HELENA MT 59620-1401
CONTACTDOJ@MT.GOV

Served via Electronic Mail
STATE OF NEBRASKA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
2115 STATE CAPITOL
2ND FL, RM 2115
LINCOLN NE 68509-8920
NEDOJ@NEBRASKA.GOV

Served via Electronic Mail
STATE OF NEVADA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
100 NORTH CARSON STREET
CARSON CITY NV 89701
AGINFO@AG.NV.GOV

Served via Electronic Mail
STATE OF NEW HAMPSHIRE ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
33 CAPITOL ST.
CONCORD NH 03301-0000
ATTORNEYGENERAL@DOJ.NH.GOV

Served via Electronic Mail
STATE OF NEW JERSEY ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
RJ HUGHES JUSTICE COMPLEX
25 MARKET STREET, P.O. BOX 080
TRENTON NJ 08625-0080
ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US

Served via Electronic Mail
STATE OF NORTH DAKOTA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
STATE CAPITOL
600 E BOULEVARD AVE DEPT 125
BISMARCK ND 58505-0040
NDAG@ND.GOV

Served via Electronic Mail
STATE OF OREGON ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
1162 COURT STREET NE
SALEM OR 97301
CONSUMER.HOTLINE@DOJ.STATE.OR.US

Served via Electronic Mail
STATE OF SOUTH DAKOTA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
1302 EAST HIGHWAY 14
SUITE 1
PIERRE SD 57501-8501
CONSUMERHELP@STATE.SD.US

Served via Electronic Mail
STATE OF TEXAS ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
CAPITOL STATION
PO BOX 12548
AUSTIN TX 78711-2548
PUBLIC.INFORMATION@OAG.STATE.TX.US

Served via Electronic Mail
STATE OF UTAH ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
PO BOX 142320
SALT LAKE CITY UT 84114-2320
UAG@UTAH.GOV

Served via Electronic Mail
STATE OF WEST VIRGINIA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
STATE CAPITOL BLDG 1 ROOM E 26
CHARLESTON WV 25305
CONSUMER@WVAGO.GOV

Served via Electronic Mail
TN ATTORNEY GENERAL'S OFFICE
ATTN: BANKRUPTCY DIVISION
P.O. BOX 20207
NASHVILLE TN 37202-0207
AGBANKDELAWARE@AG.TN.GOV

Served via Electronic Mail
UNITED STATES DEPARTMENT OF JUSTICE
ATTN: DOMINIQUE V. SINESI
1100 L STREET
NW ROOM 7112
WASHINGTON DC 20005
DOMINIQUE.SINESI@USDOJ.GOV

**Served via Electronic Mail**
UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
ATTN: LYDIA J. JINES
1100 L STREET, N.W.
ROOM 7204
WASHINGTON DC 20005
LYDIA.JINES@USDOJ.GOV

**Served via Electronic Mail**
UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
ATTN: LYDIA J. JINES
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON DC 20044-0875
LYDIA.JINES@USDOJ.GOV

**Served via Electronic Mail**
US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS & ELLEN SLIGHTS
1007 ORANGE ST STE 700
P.O. BOX 2046
WILMINGTON DE 19899-2046
USADE.ECFBANKRUPTCY@USDOJ.GOV

**Served via Electronic Mail**
WASHINGTON DC ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
441 4TH STREET, NW
WASHINGTON DC 20001
OAG@DC.GOV

**Served via Electronic Mail**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: RYAN M. BARTLEY, ELIZABETH S. JUSTISON, ANDREW LEE
1000 NORTH KING STREET
RODNEY SQUARE
WILMINGTON DE 19801
RBARTLEY@YCST.COM
EJUSTISON@YCST.COM
ALEE@YCST.COM

Served via 1ˢᵗ Class Mail
COMMONWEALTH OF PUERTO RICO
ATTENTION BANKRUPTCY DEPT
APARTADO 9020192
SAN JUAN PR 00902-0192

Served via 1ˢᵗ Class Mail
EXACTECH, INC.
ATTN:
2320 NW 66TH COURT
GAINESVILLE FL 32653

Served via 1ˢᵗ Class Mail
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
1111 PENNSYLVANIA AVE NW
WASHINGTON DC 20004-2541

Served via 1ˢᵗ Class Mail
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

Served via 1ˢᵗ Class Mail
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTENTION KAREN CORDRY
1850 M ST., NW 12TH FLOOR
WASHINGTON DC 20036

Served via 1ˢᵗ Class Mail
STATE OF ALABAMA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
P.O. BOX 300152
MONTGOMERY AL 36130-0152

Served via 1ˢᵗ Class Mail
STATE OF ARKANSAS ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
323 CENTER ST.
SUITE 200
LITTLE ROCK AR 72201-2610

Served via 1ˢᵗ Class Mail
STATE OF COLORADO ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
RALPH L. CARR COLORADO JUDICIAL CENTER
1300 BROADWAY, 10TH FLOOR
DENVER CO 80203

Served via 1ˢᵗ Class Mail
STATE OF FLORIDA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
THE CAPITOL, PL 01
TALLAHASSEE FL 32399-1050

Served via 1ˢᵗ Class Mail
STATE OF GEORGIA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
40 CAPITAL SQUARE, SW
ATLANTA GA 30334-1300

Served via 1st Class Mail
STATE OF IDAHO ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
700 W. JEFFERSON STREET
P.O. BOX 83720
BOISE ID 83720-1000

Served via 1st Class Mail
STATE OF KANSAS ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
120 SW 10TH AVE., 2ND FLOOR
TOPEKA KS 66612-1597

Served via 1st Class Mail
STATE OF KENTUCKY ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
700 CAPITOL AVENUE, SUITE 118
FRANKFORT KY 40601

Served via 1st Class Mail
STATE OF MAINE ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
6 STATE HOUSE STATION
AUGUSTA ME 04333-0000

Served via 1st Class Mail
STATE OF MASSACHUSETTS ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
ONE ASHBURTON PLACE
BOSTON MA 02108-1698

Served via 1st Class Mail
STATE OF MINNESOTA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
1400 BREMER TOWER
445 MINNESOTA STREET
ST. PAUL MN 55101-2131

Served via 1st Class Mail
STATE OF MISSISSIPPI ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
WALTER SILLERS BUILDING
550 HIGH STREET, SUITE 1200, P.O. BOX 220
JACKSON MS 39201

Served via 1st Class Mail
STATE OF NEW MEXICO ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
P.O. DRAWER 1508
SANTA FE NM 87504-1508

Served via 1st Class Mail
STATE OF NEW YORK ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
THE CAPITOL
ALBANY NY 12224-0341

Served via 1st Class Mail
STATE OF NORTH CAROLINA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
9001 MAIL SERVICE CENTER
RALEIGH NC 27699-9001

Served via 1st Class Mail
STATE OF OHIO ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
30 E. BROAD ST., 14TH FLOOR
COLUMBUS OH 43215

Served via 1st Class Mail
STATE OF OKLAHOMA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
313 NE 21ST STREET
OKLAHOMA CITY OK 73105

Served via 1st Class Mail
STATE OF PENNSYLVANIA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
STRAWBERRY SQUARE
16TH FLOOR
HARRISBURG PA 17120

Served via 1st Class Mail
STATE OF RHODE ISLAND ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
150 SOUTH MAIN STREET
PROVIDENCE RI 02903-0000

Served via 1st Class Mail
STATE OF SOUTH CAROLINA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
P.O. BOX 11549
COLUMBIA SC 29211-1549

Served via 1st Class Mail
STATE OF TENNESSEE ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
P.O. BOX 20207
NASHVILLE TN 37202-0207

Served via 1st Class Mail
STATE OF VERMONT ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
109 STATE ST.
MONTPELIER VT 05609-1001

Served via 1st Class Mail
STATE OF VIRGINIA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
900 EAST MAIN STREET
RICHMOND VA 23219

Served via 1st Class Mail
STATE OF WASHINGTON ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
1125 WASHINGTON ST. SE
P.O. BOX 40100
OLYMPIA WA 98504-0100

Served via 1st Class Mail
STATE OF WISCONSIN ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
WISCONSIN DEPARTMENT OF JUSTICE
STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857
MADISON WI 53707-7857

Served via 1st Class Mail
STATE OF WYOMING ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
123 CAPITOL BUILDING
200 W. 24TH STREET
CHEYENNE WY 82002

Served via 1st Class Mail
U.S. ENVIRONMENTAL PROTECTION AGENCY
ATTN: BANKRUPTCY DEPARTMENT
WILLIAM JEFFERSON CLINTON BUILDING
1200 PENNSYLVANIA AVENUE N.W.
WASHINGTON DC 20004

Served via 1st Class Mail
UNITED STATES DEPARTMENT OF JUSTICE
ATTN: DOMINIQUE V. SINESI
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON DC 20044-0875

Served via 1st Class Mail
UNITED STATES OF AMERICA ATTORNEY GENERAL
ATTENTION BANKRUPTCY DEPT
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001