**Exhibit A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>(Jointly Administered)<br><br>**Re:  D.I. _____** |

**ORDER GRANTING APPLICATION OF
KIN LANDLORDS FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND
503(b)(1)(A) ARISING FROM NON-RESIDENTIAL REAL PROPERTY LEASES**

UPON CONSIDERATION of the *Application of Kin Landlords for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) Arising From Non-Residential Real Property Leases* (the "Application");[2] and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Application is GRANTED in its entirety.

2. Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A), Alisan Trust, Diajeff Trust and Stowsan Limited Partnership are granted an allowed administrative expense claim in the amount of $4,848.86 for unpaid post-petition obligations due and owing under the Pittsburgh Lease (the "Pittsburgh Claim"), and Esue LLC is granted an allowed administrative expense claim in the amount of $919.57 for unpaid post-petition obligations due and owing under the Florence Lease (the "Florence Claim").

3. Debtors are authorized and directed to pay the Pittsburgh Claim and the Florence Claim to the applicable Kin Landlords within thirty (30) days of the entry of this Order.

4. This Order shall be without prejudice to the Kin Landlords' right to seek allowance of further claims against the Debtors' estates, including without limitation claims under sections 365(d)(3) and 503(b) of the Bankruptcy Code.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation, interpretation or enforcement of this Order.