**<u>Exhibit B</u>**

# EXHIBIT B-1

## Post-Petition Administrative Expense Claims

**Kin No.** 3518

Location: 2003 Cheryl Drive, Pittsburgh, Pennsylvania

Landlord: Steven Sandelman, Elyse Chodkowski (nee, Elyse Sandelman) and Tracy Brewer as Co-Trustees of the Alisan Trust, Steven Sandelman, Elyse Chodkowski (nee, Elyse Sandelman) and Tracy Brewer as Co-Trustees of the Diajeff Trust and Stowsan Limited Partnership

Tenant: American Freight Outlet Stores, LLC

Lease: Outlet Store Lease dated May 19, 2020, by and between Steven Sandelman, Elyse Chodkowski (nee, Elyse Sandelman) and Tracy Brewer as Co-Trustees of the Alisan Trust, Steven Sandelman, Elyse Chodkowski (nee, Elyse Sandelman) and Tracy Brewer as Co-Trustees of the Diajeff Trust and Stowsan Limited Partnership, as Landlord, and American Freight Outlet Stores, Inc, as Tenant, as amended

**American Freight Outlet No. 7454**

Petition Date:    November 3, 2024
Rejection Date:   December 31, 2024

**Post-Petition Administrative Expense Claims:**

| | |
|---|---:|
| Gordico/Loss Prevention – Alarm/Surveillance 12/23/2024 | $2,882.68 |
| J&A – Main Sewer Line Inspection 11/5/2024 | $99.00 |
| CAM Reconciliation billed 12/27/2024 | $1,867.18 |
| **TOTAL:** | **$4,848.86** |

# EXHIBIT B-2

## Post-Petition Administrative Expense Claim

**Kin No.**     **3615**
Location:     51 Spiral Drive, Florence, Kentucky
Landlord:     Esue LLC
Tenant:       American Freight Outlet Stores, LLC
Lease:        Outlet Store Lease dated December 4, 2009, originally by and between Esue LLC, as Landlord, and American Freight Stores, Inc. (formerly known as Sears Outlet Stores, LLC), as Tenant, as amended and assigned

**American Freight Outlet No.: 7611**

Petition Date:     November 3, 2024
Rejection Date:    December 31, 2024

**Administrative Claim:**

| | |
|---|---:|
| Insurance Reconciliation billed 12/4/2024 | $919.57 |
| **TOTAL:** | **$919.57** |