## **CERTIFICATE OF SERVICE**

I, Ericka F. Johnson, hereby certify that on July 7, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Allison S. Mielke, Esq.
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Email: emorton@ycst.com; mlunn@ycst.com; amielke@ycst.com

KIRKLAND & ELLIS LLP
Joshua A. Sussberg, Esq.
Nicole L. Greenblatt, Esq.
Derek I. Hunter, Esq.
Brian J. Nakhaimousa, Esq.
Maddison Levine, Esq.
601 Lexington Avenue
New York, NY 10022
Email:  jsussberg@kirkland.com;  nicole.greenblatt@kirkland.com;  derek.hunter@kirkland.com; brian.nakhaimousa@kirkland.com; maddison.levine@kirkland.com

PACHULSKI STANG ZIEHL & JONES, LLP
Bradford J. Sandler, Esq.
Peter J. Keane, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Email: bsandler@pszjlaw.com; pkeane@pszjlaw.com

 and

Robert J. Feinstein, Esq.
Paul J. Labov, Esq.
Theodore S. Heckel, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
Email: rfeinstein@pszjlaw.com; plabov@pszjlaw.com; theckel@pszjlaw.com

Office of the United States Trustee
Attn: Timothy J. Fox
844 N. King Street, Room 2207

Lockbox #35
Wilmington, DE 19801
Email: Timothy.Fox@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　*/s/ Ericka F. Johnson*
　　　　　　　　　　　　　　　　　　　　　Ericka F. Johnson (No. 5024)