**EXHIBIT C**

**Exhibit C**
**Franchise Group, Inc.. et al., 24-12480 (LSS)**
**The Michel-Shaked Group**
**Summary of Hours by Category**
For the Period March 17, 2025 - April 30, 2025

| Task | Hours |
|---|---:|
| Valuation Analysis of Debtors | 1,514.8 |
| Administrative | 20.8 |
| **Total** | **1,535.6** |