# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **Franchise Group, Inc.,** *et al.*, | ) Case No. 24-12480 (LSS) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Re: Docket No. 1605 |
| | ) Hearing Date: August 19, 2025 at 10:00 a.m. (ET) |
| | ) Objection Deadline: July 24, 2025 at 4:00 p.m. (ET) |

## NOTICE OF HEARING ON APPLICATION OF GEXA ENERGY, LP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

PLEASE TAKE NOTICE that, on July 10, 2025, Gexa Energy, LP ("Gexa") filed the *Application of Gexa Energy, LP for Allowance and Payment of Administrative Expenses* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **July 24, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"). At the same time, you must serve a copy of the objection upon the undersigned counsel to Gexa so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that, if any objections to the Application are received, the Application and such objections may be considered at a hearing before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **August 19, 2025 at 10:00 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH

THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  July 10, 2025

WHITEFORD, TAYLOR & PRESTON LLC

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)
600 N. King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4145
E-mail: wtaylor@whitefordlaw.com

and

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
E-mail: russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

*Counsel for Gexa Energy, LP*