# EXHIBIT 1

| ESI ID | Billed - Not Yet Due | Sum of Past Due | Sum of Total Due | Notes |
|---|---|---|---|---|
| 4929 | $1,769.40 | $6,713.64 | $8,483.04 | Billing period 12/24/2024-7/7/2025 |
| 6021 | $1,744.53 | $5,612.20 | $7,356.73 | Billing period 2/2/2025-7/7/2025 |
| 0115 | $969.41 | $1,805.87 | $2,775.28 | Billing period 3/7/2025-7/7/2025 |
| 6734 | $160.84 | $685.83 | $846.67 | Billing period 2/9/2025-7/7/2025 |
| 4487 | $67.00 | $426.13 | $493.13 | Billing period 1/4/2025-7/7/2025 |
| **Grand Total** | **$4,711.18** | **$15,243.67** | **$19,954.85** | |