# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Franchise Group, Inc., *et al.*, | ) Case No. 24-12480 (LSS) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) Related Docket Nos. 1605 & ___ |

## ORDER GRANTING APPLICATION OF GEXA ENERGY, LP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

Upon the application (the "Application") of Gexa Energy, LP ("Gexa") for allowance and payment of administrative expenses, all as more fully set forth in the Application; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that Gexa's notice of the Application and opportunity for a hearing on the Application were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Application and all responses thereto, if any, including all documents submitted therewith; and this Court having heard the statements of counsel presented with respect to the Application at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

    1.    The Application is granted as set forth herein.

2. Gexa shall have an allowed administrative expense claim against the Debtors in the sum of $19,954.85 (the "Administrative Claim").

3. The Debtors shall tender payment to Gexa in the full amount of the Administrative Claim in accordance with Section 3.2(b) of the Debtors' confirmed chapter 11 plan.

4. The Debtors shall promptly close their five remaining accounts with Gexa and shall pay all additional charges incurred on those remaining accounts until they are closed by the applicable due date on the invoice(s).

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.