## **CERTIFICATE OF SERVICE**

I hereby certify that in addition to the notice and service provided through the Court's ECF system, on July 10, 2025, I caused a true and correct copy of the *Application of Gexa Energy, LP For Allowance and Payment of Administrative Expenses* to be served by email on:

Edmon L. Morton
Matthew B. Lunn
Allison S. Mielke
Shella Borovinskaya
YOUNG CONAWAY STARGATT & TAYLOR, LLP
One Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: emorton@ycst.com, mlunn@ycst.com, amielke@ycst.com, sborovinskaya@ycst.com
*Debtors' Counsel*

William E. Arnault
Jeffrey R. Goldfine
Nicole L Greenblatt
Shayne Henry
Derek I. Hunter
Maddison Levine
Melanie MacKay
Mark E. McKane
Brian Nakhaimousa
Joshua A Sussberg
Kirkland & Ellis LLP
Email: warnault@kirkland.com, jeffrey.goldfine@kirkland.com, nicole.greenblatt@kirkland.com, shayne.henry@kirkland.com, derek.hunter@kirkland.com, maddicon.levine@kirkland.com, melanie.mackay@kirkland.com, mark.mckane@kirkland.com, brian.nakhaimousa@kirkland.com, jsussberg@kirkland.com
*Debtors' Counsel*

Timothy J. Fox, Jr.
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox #35
Wilmington, Delaware 19801
Email: timothy.fox@usdoj.gov

Robert J. Feinstein
Theodore S. Heckel
Alan J. Kornfeld
Colin R. Robinson
Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Email: rfeinstein@pszjlaw.com, theckel@pszjlaw.com, akornfeld@pszjlaw.com, crobinson@pszjlaw.com, bsandler@pszjlaw.com
*Creditor Committee Counsel*

        */s/ William F. Taylor, Jr.*
        William F. Taylor, Jr. (#2936)