**EXHIBIT B**

**DETAILED INVOICE OF FEES AND EXPENSES FOR
MAY 1, 2025 THROUGH AND INCLUDING JUNE 2, 2025**



Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
44th Floor  
New York, NY 10036  

T +1 212.872.1000  
F +1 212.872.1002  
akingump.com  

MICHAEL J. WARTELL  
909 THIRD AVENUE  
30TH FLOOR  
NEW YORK, NY 10022  
ATTN: DAVID ORLOFSKY  

| | |
|---|---|
| Invoice Number | 2158367 |
| Invoice Date | 07/10/25 |
| Client Number | 109258 |
| Matter Number | 0001 |

Re: INDEPENDENT DIRECTOR OF FREEDOM VCM INTERCO, INC. AND FREEDOM VCM, INC.

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | Case Administration | 12.50 | $9,497.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 51.00 | $66,926.00 |
| 0004 | Other Professional Fee Applications | 12.90 | $18,380.00 |
| 0006 | Retention of Professionals | 0.60 | $1,080.00 |
| 0008 | Hearings and Court Matters/Court Preparation | 33.60 | $73,191.00 |
| 0020 | Investigation and Discovery Matters | 31.80 | $47,518.50 |
| 0022 | Disclosure Statement/Solicitation/Plan/Confirmation | 78.90 | $138,208.00 |
| 0025 | Travel time | 5.80 | $13,834.00 |
| | TOTAL | 227.10 | $368,635.00 |

MICHAEL J. WARTELL  
Invoice Number: 2158367

Page 2  
07/10/25

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| 05/01/25 | M S STAMER | 0020 | Attend call with regulatory agency representative, A. Luft and B. Kahn re regulatory inquiry. | 0.50 | $1,247.50 |
| 05/01/25 | J F NEWDECK | 0006 | Emails with Chilmark team (.1) and Ashby team (.1) re Chilmark retention matters. | 0.20 | $360.00 |
| 05/01/25 | B M KAHN | 0020 | Attend call with regulatory agency representative, M. Stamer, A. Luft re: regulatory inquiry (.5); follow up correspondence with A. Luft re: same (.3). | 0.80 | $1,996.00 |
| 05/01/25 | R TIZRAVESH | 0022 | Emails with Debtors' counsel re documents for litigation trust (.3); review issues and documents re same (1.3); emails with E-Discovery team re investigation documents in connection with litigation trust issues (.3). | 1.90 | $3,277.50 |
| 05/01/25 | R TIZRAVESH | 0020 | Emails with D. Hill re regulatory inquiry (.4); emails with producing parties re regulatory inquiry (.3). | 0.70 | $1,207.50 |
| 05/01/25 | A LAARAJ | 0002 | Circulate pleadings to Akin team. | 0.50 | $277.50 |
| 05/01/25 | D F HILL | 0020 | Confer with A. Luft re regulatory inquiry (.5); prepare correspondence re same (.4); correspond with producing parties re same (.5); correspondence with R. Tizravesh re same (.2). | 1.60 | $2,600.00 |
| 05/01/25 | A E LUFT | 0020 | Attend call with regulatory agency representative, M. Stamer, B. Kahn re: report request (.5); follow up correspondence with B. Kahn re: same (.3); follow up correspondence with Kirkland team re: same (.2); confer with D. Hill re: same (.5). | 1.50 | $3,375.00 |
| 05/02/25 | R TIZRAVESH | 0020 | Consider issues re regulatory inquiry (.3); communications with producing parties re same (.6); analyze document collection issues for cooperation agreement issues (1.6). | 2.50 | $4,312.50 |
| 05/02/25 | A LAARAJ | 0002 | Circulate pleadings to Akin team. | 0.40 | $222.00 |
| 05/02/25 | D F HILL | 0020 | Communications with producing parties re regulatory inquiry (1.0); email Akin team re same (.3). | 1.30 | $2,112.50 |
| 05/02/25 | T L HELFRICK | 0003 | Review March invoice for | 1.20 | $1,434.00 |

MICHAEL J. WARTELL  Page 3
Invoice Number: 2158367  07/10/25

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | privilege, confidentiality and UST compliance. | | |
| 05/05/25 | J F NEWDECK | 0006 | Review email from Ashby team re Chilmark retention application (.1); review docket re same (.1); review entered retention order (.1); email Chilmark team re same (.1). | 0.40 | $720.00 |
| 05/05/25 | J F NEWDECK | 0004 | Review issues re Chilmark fee application (.1); email Chilmark team re same (.1). | 0.20 | $360.00 |
| 05/05/25 | J F NEWDECK | 0003 | Email T. Helfrick re second interim fee application matters. | 0.10 | $180.00 |
| 05/05/25 | R TIZRAVESH | 0020 | Emails with producing parties re regulatory inquiry (.3); draft and revise document re document collection for cooperation agreement (3.3); emails with E-discovery team re document collection issues for cooperation agreement (.4); communications with Debtors' counsel re regulatory inquiry (.5); correspondence with P. O'Brien re draft document collection memorandum (.4). | 4.90 | $8,452.50 |
| 05/05/25 | A LAARAJ | 0002 | Circulate pleadings to Akin team. | 0.80 | $444.00 |
| 05/05/25 | D F HILL | 0020 | Communications with A. Luft re regulatory inquiry. | 0.30 | $487.50 |
| 05/05/25 | A G STAMBOULIDIS | 0022 | Review materials in connection with confirmation trial (.3); correspondence with T. Whitney re same (.2). | 0.50 | $447.50 |
| 05/05/25 | A E LUFT | 0020 | Communications with D. Hill re: regulatory inquiry (.3); consider issues in connection with same (.9). | 1.20 | $2,700.00 |
| 05/05/25 | A E LUFT | 0022 | Update call with M. Wartell re confirmation issues (.5); review information for litigation trust (.3). | 0.80 | $1,800.00 |
| 05/05/25 | T L HELFRICK | 0002 | Prepare materials for M. Wartell in connection with case matters. | 2.00 | $2,390.00 |
| 05/05/25 | T L HELFRICK | 0003 | Review March invoice for confidentiality, privilege and UST compliance (1.7); correspondence with J. Newdeck re second interim fee application matters (.1). | 1.80 | $2,151.00 |
| 05/06/25 | R TIZRAVESH | 0022 | Emails with Akin litigation team re draft Wartell declaration in support of confirmation (.2); email Akin litigation team re evidentiary issues re confirmation trial (.3). | 0.50 | $862.50 |
| 05/06/25 | R TIZRAVESH | 0020 | Communications with producing parties re regulatory inquiry (.6); | 1.60 | $2,760.00 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | communications with Akin litigation team re same (.4); review M. Wartell report in connection with regulatory inquiry (.6). | | |
| 05/06/25 | A  LAARAJ | 0002 | Circulate pleadings to Akin team (.6); update case calendar in connection with same (.2). | 0.80 | $444.00 |
| 05/06/25 | P T DASILVA | 0020 | Correspondence with T. Helfrick re investigation matters (.3); prepare materials in connection with regulatory inquiry (3.1). | 3.40 | $3,383.00 |
| 05/06/25 | A G STAMBOULIDIS | 0022 | Email team re documents in connection with confirmation. | 0.20 | $179.00 |
| 05/06/25 | A E LUFT | 0008 | Attend 5/6 omnibus hearing. | 0.50 | $1,125.00 |
| 05/06/25 | A E LUFT | 0020 | Call with counsel to third party re: regulatory inquiry (.4); update call with regulatory agency representative (.2). | 0.60 | $1,350.00 |
| 05/06/25 | T L HELFRICK | 0008 | Correspondence with Akin team re 5/6 hearing updates. | 0.20 | $239.00 |
| 05/06/25 | T L HELFRICK | 0003 | Review March invoice for confidentiality, privilege and UST compliance. | 2.30 | $2,748.50 |
| 05/07/25 | J F NEWDECK | 0004 | Review Ashby response to UST re second monthly fee application (.1); emails with T. Helfrick and Ashby team re same (.2). | 0.30 | $540.00 |
| 05/07/25 | B M KAHN | 0022 | Review objection to confirmation. | 0.90 | $2,245.50 |
| 05/07/25 | R  TIZRAVESH | 0022 | Communications with Akin litigation team re draft Wartell confirmation declaration (.8); revise draft witness and exhibit list for Plan confirmation (.5); correspondence with T. Helfrick re same (.2). review draft cooperation agreement for litigation trust (.7); review Plan objections (.9). | 3.10 | $5,347.50 |
| 05/07/25 | A F ANTYPAS | 0003 | Review March invoice for privilege and confidentiality (.9); emails with T. Helfrick re same (.3). | 1.20 | $1,890.00 |
| 05/07/25 | A  LAARAJ | 0022 | Prepare plan objections binder. | 0.50 | $277.50 |
| 05/07/25 | A  LAARAJ | 0002 | Circulate pleadings to Akin team (.6); circulate May 6, 2025 hearing transcript to Akin team (.2). | 0.80 | $444.00 |
| 05/07/25 | P T DASILVA | 0020 | Prepare materials in connection with regulatory inquiry. | 3.10 | $3,084.50 |
| 05/07/25 | D F HILL | 0022 | Meet with A. Luft re Wartell confirmation declaration (.8); communications with Akin litigation team re same (.5). | 1.30 | $2,112.50 |
| 05/07/25 | D F HILL | 0020 | Review materials for regulatory inquiry (1.1); email Akin | 1.50 | $2,437.50 |

MICHAEL J. WARTELL  Page 5
Invoice Number: 2158367  07/10/25

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | litigation team members re same (.4). | | |
| 05/07/25 | A G STAMBOULIDIS | 0022 | Revise draft witness and exhibit list (.3); review independent director report sources in connection with confirmation (1.0). | 1.30 | $1,163.50 |
| 05/07/25 | A E LUFT | 0022 | Confer with D. Hill re Wartell confirmation declaration (.8); review and comment on same (3.7); communications with Akin litigation team re: same (.3); correspondence with T. Helfrick re: plan and DS (.1). | 4.90 | $11,025.00 |
| 05/07/25 | T L HELFRICK | 0002 | Correspondence with client re case updates. | 0.20 | $239.00 |
| 05/07/25 | T L HELFRICK | 0022 | Correspondence with A. Luft re plan and DS (.4); correspondence with R. Tizravesh re witness and exhibit list (.4); review filed plan objections (.7); email Akin team re same (.2). | 1.70 | $2,031.50 |
| 05/07/25 | T L HELFRICK | 0004 | Correspondence with J. Newdeck and Ashby team re Ashby response to UST with respect to Ashby second monthly fee application. | 0.20 | $239.00 |
| 05/07/25 | T L HELFRICK | 0020 | Correspondence with P. DaSilva re investigation matters. | 0.30 | $358.50 |
| 05/07/25 | T L HELFRICK | 0003 | Review March invoice for confidentiality, privilege and UST compliance (2.2); correspondence with A. Antypas re same (.4). | 2.60 | $3,107.00 |
| 05/07/25 | G G SMITH | 0020 | Collect documents in connection with regulatory inquiry (2.4); emails with T. Whitney re same (.3). | 2.70 | $958.50 |
| 05/08/25 | J F NEWDECK | 0003 | Review March invoice for privilege, confidentiality and UST compliance (2.8); emails with T. Helfrick re same (.4). | 3.20 | $5,760.00 |
| 05/08/25 | R TIZRAVESH | 0022 | Review Plan objections (.4); emails with T. Helfrick re same (.1); revise draft Wartell confirmation declaration (.7); emails with Akin litigation team re same (.2). | 1.40 | $2,415.00 |
| 05/08/25 | A LAARAJ | 0022 | Revise plan objection binders (.6); correspondence with T. Helfrick re same (.1). | 0.70 | $388.50 |
| 05/08/25 | P T DASILVA | 0022 | Draft Wartell confirmation declaration (1.8); emails with Akin litigation team re same (.2); call with T. Helfrick re same (.3); email with same re same (.2). | 2.50 | $2,487.50 |

MICHAEL J. WARTELL  
Invoice Number: 2158367

Page 6  
07/10/25

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| 05/08/25 | D F HILL | 0022 | Review and revise Wartell confirmation declaration (2.7); correspond with Akin litigation team re same (.4). | 3.10 | $5,037.50 |
| 05/08/25 | D F HILL | 0020 | Correspond with Akin litigation team members on regulatory inquiry (.4); review materials re same (.5). | 0.90 | $1,462.50 |
| 05/08/25 | A E LUFT | 0008 | Update call with M. Wartell re: hearing updates. | 0.30 | $675.00 |
| 05/08/25 | T L HELFRICK | 0022 | Correspondence with R. Tizravesh re plan objections (.4); call with P. DaSilva re Wartell declaration (.3); correspondence with same re same (.3); review and comment on draft Wartell declaration (.6); correspondence with A. Laaraj re plan objection binders (.2); review and comment on same (.3). | 2.10 | $2,509.50 |
| 05/08/25 | T L HELFRICK | 0020 | Email A. Luft re investigation matters. | 0.20 | $239.00 |
| 05/08/25 | T L HELFRICK | 0003 | Review March invoice for confidentiality, privilege and UST compliance (1.1); correspondence with J. Newdeck re same (.4); review April invoice for confidentiality, privilege and UST compliance (1.7). | 3.20 | $3,824.00 |
| 05/08/25 | G G SMITH | 0020 | Collect documents in connection with regulatory inquiry (.6); email R. Tizravesh re same (.2). | 0.80 | $284.00 |
| 05/09/25 | J F NEWDECK | 0003 | Emails with A. Antypas and T. Helfrick re March invoice (.3); review issues re same (.4). | 0.70 | $1,260.00 |
| 05/09/25 | R TIZRAVESH | 0022 | Emails with Akin litigation team re Plan related evidentiary issues (.4); emails with Debtors' counsel re Wartell declaration (.1). | 0.50 | $862.50 |
| 05/09/25 | M L BRIMMAGE JR. | 0022 | Review issues re M. Wartell confirmation declaration. | 0.60 | $1,497.00 |
| 05/09/25 | A F ANTYPAS | 0003 | Review March invoice for privilege and confidentiality (1.4); emails with J. Newdeck and T. Helfrick re same (.4). | 1.80 | $2,835.00 |
| 05/09/25 | D F HILL | 0020 | Email Akin litigation team members re regulatory inquiry (.3); review materials re same (.6). | 0.90 | $1,462.50 |
| 05/09/25 | D F HILL | 0022 | Correspond with Akin litigation team members on Wartell confirmation declaration (.2); review and revise same (.3); emails with Akin litigation team re Plan-related evidentiary issues (.2). | 0.70 | $1,137.50 |

MICHAEL J. WARTELL  
Invoice Number: 2158367

Page 7  
07/10/25

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| 05/09/25 | T L HELFRICK | 0003 | Review and comment on revised March invoice (2.7); correspondence with J. Newdeck and A. Antypas re same (.4). | 3.10 | $3,704.50 |
| 05/12/25 | M S STAMER | 0022 | Communications with M. Wartell re confirmation matters. | 0.50 | $1,247.50 |
| 05/12/25 | J F NEWDECK | 0003 | Emails with T. Helfrick re Akin March fee statement. | 0.30 | $540.00 |
| 05/12/25 | D K KRASA | 0003 | Confer with T. Helfrick re preparation of March 2025 fee statement (.2); review March invoice (.5); update March fee statement workbook (1.1); draft March fee statement (.6); prepare exhibits thereto (.8). | 3.20 | $1,776.00 |
| 05/12/25 | R TIZRAVESH | 0022 | Review emails with Debtors' counsel re Wartell declaration (.2); emails with Akin litigation team re draft Wartell declaration (.6); emails with Akin litigation team re witness and exhibit list for Plan confirmation (.2); review emails re M. Wartell confirmation testimony preparation (.1); review emails with Debtors' counsel re Plan evidence issues (.2); emails with Ashby team re confirmation-related filings (.1). | 1.40 | $2,415.00 |
| 05/12/25 | M L BRIMMAGE JR. | 0022 | Review witness and exhibit list issues in connection with confirmation (.2); review issues re M. Wartell confirmation declaration (.5). | 0.70 | $1,746.50 |
| 05/12/25 | D F HILL | 0008 | Prepare materials for confirmation hearing. | 0.60 | $975.00 |
| 05/12/25 | A G STAMBOULIDIS | 0022 | Revise draft witness and exhibit list. | 0.50 | $447.50 |
| 05/12/25 | T L HELFRICK | 0003 | Review and revise March fee statement (1.7); correspondence with J. Newdeck re same (.4); confer with D. Krasa re preparation of March fee statement (.2). | 2.30 | $2,748.50 |
| 05/13/25 | J F NEWDECK | 0003 | Review draft fourth monthly fee application (.3); email with T. Helfrick re same (.1). | 0.40 | $720.00 |
| 05/13/25 | B M KAHN | 0022 | Review and comment on Wartell declaration (.8); emails with Akin litigation team re: same (.2); correspondence with Akin litigation team re: confirmation issues (.1). | 1.10 | $2,744.50 |
| 05/13/25 | R TIZRAVESH | 0022 | Emails with A. Stamboulidis re revised witness and exhibit list (.1); review and comment on draft Wartell declaration in support of confirmation (2.4); | 3.10 | $5,347.50 |

MICHAEL J. WARTELL  
Invoice Number: 2158367

Page 8  
07/10/25

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | correspondence with Debtors' counsel and D. Hill re confirmation issues (.3); correspondence with local counsel re same (.2); correspondence with Akin team re same (.1). | | |
| 05/13/25 | P T DASILVA | 0022 | Draft Wartell declaration in support of confirmation (2.3); emails with Akin lit team re confirmation issues (.2). | 2.50 | $2,487.50 |
| 05/13/25 | D F HILL | 0022 | Review and revise M. Wartell confirmation declaration (3.5); correspond with Debtors' counsel and R. Tizravesh re confirmation issues (.4). | 3.90 | $6,337.50 |
| 05/13/25 | A G STAMBOULIDIS | 0022 | Emails with R. Tizravesh re revised witness and exhibit list in connection with plan confirmation. | 0.10 | $89.50 |
| 05/13/25 | A E LUFT | 0022 | Review and revise materials in preparation for cross of M. Wartell in connection with plan confirmation. | 2.70 | $6,075.00 |
| 05/13/25 | T L HELFRICK | 0003 | Correspondence with J. Newdeck re draft March fee statement (.2); revise same (.2); email M. Stamer (.2) and B. Kahn (.1) re same. | 0.70 | $836.50 |
| 05/14/25 | B M KAHN | 0022 | Review updated plan modifications (.5); correspondence with A. Antypas re: same (.1). | 0.60 | $1,497.00 |
| 05/14/25 | R TIZRAVESH | 0022 | Review and revise draft witness and exhibit list for confirmation hearing (.2); review and revise drafts of Wartell declaration in support of the Plan (2); communications with Akin litigation team re same (.3). | 2.50 | $4,312.50 |
| 05/14/25 | M L BRIMMAGE JR. | 0020 | Review issues re regulatory inquiry. | 0.50 | $1,247.50 |
| 05/14/25 | A F ANTYPAS | 0022 | Review amended plan (.6); emails with B. Kahn re same (.3); emails with K&E team re same (.3). | 1.20 | $1,890.00 |
| 05/14/25 | P T DASILVA | 0022 | Prepare and finalize Wartell declaration in support of confirmation. | 1.40 | $1,393.00 |
| 05/14/25 | D F HILL | 0022 | Review, revise and file M. Wartell confirmation declaration. | 1.30 | $2,112.50 |
| 05/14/25 | A E LUFT | 0022 | Call with Chilmark team re: intercompany claims testimony (.7); call with Wartell re: confirmation declaration (.2); communications with Akin litigation team re: same (.3); call | 1.70 | $3,825.00 |

MICHAEL J. WARTELL  
Invoice Number: 2158367

Page 9  
07/10/25

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | with M. Wartell re: confirmation testimony (.5). | | |
| 05/14/25 | T L HELFRICK | 0022 | Review draft ninth amended plan (.4); correspondence with Kirkland team re same (.2); correspondence with Akin lit team re confirmation hearing matters (.4); review plan related filings (1.0). | 2.00 | $2,390.00 |
| 05/15/25 | M S STAMER | 0008 | Call with A. Luft re M. Wartell confirmation hearing testimony (.4); review materials in connection with same (.7). | 1.10 | $2,744.50 |
| 05/15/25 | A E LUFT | 0008 | Review materials in preparation for M. Wartell confirmation hearing testimony (2.1); call with M. Stamer re same (.4). | 2.50 | $5,625.00 |
| 05/16/25 | M S STAMER | 0022 | Review materials in preparation for confirmation hearing. | 0.60 | $1,497.00 |
| 05/16/25 | J F NEWDECK | 0003 | Correspondence with T. Helfrick re Akin fourth monthly fee statement (.2); review proposed filing version of same (.2). | 0.40 | $720.00 |
| 05/16/25 | R TIZRAVESH | 0022 | Confer with D. Hill re Plan confirmation trial issues (.9); email same re witness/exhibit list for confirmation trial (.4); emails with Ashby team re same (.3); consider next steps re same (.4); emails with Debtors' counsel re Plan confirmation discovery issues (.3). | 2.30 | $3,967.50 |
| 05/16/25 | M L BRIMMAGE JR. | 0022 | Review final draft witness and exhibit list (.2); review and analyze B. Kahn witness and exhibit list (.2). | 0.40 | $998.00 |
| 05/16/25 | D F HILL | 0022 | Prepare investigation talking points for confirmation hearing (1.6); confer with R. Tizravesh re Plan confirmation trial issues (.9); emails with same re confirmation witness and exhibit list (.1). | 2.60 | $4,225.00 |
| 05/16/25 | A G STAMBOULIDIS | 0022 | Revise witness and exhibit list. | 1.10 | $984.50 |
| 05/16/25 | T L HELFRICK | 0003 | Prepare March fee statement for filing (1.0); correspondence with J. Newdeck re same (.2); review and revise April invoice (1.0). | 2.20 | $2,629.00 |
| 05/16/25 | T L HELFRICK | 0002 | Correspondence with client re case updates (.3); email Akin lit team re case matters (.4). | 0.70 | $836.50 |
| 05/16/25 | T L HELFRICK | 0022 | Compile plan documents (.4); correspondence with M. Stamer re same (.1). | 0.50 | $597.50 |
| 05/17/25 | R TIZRAVESH | 0022 | Review case parties' witness and exhibit lists re confirmation hearing (.2); emails with A. Luft and D. Hill re witness/exhibit | 1.10 | $1,897.50 |

MICHAEL J. WARTELL  
Invoice Number: 2158367

Page 10  
07/10/25

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | issues for confirmation hearing (.2); revise draft talking points for confirmation trial (.5); emails with Debtors' counsel re confirmation trial issues (.2). | | |
| 05/17/25 | D F HILL | 0022 | Revise investigation talking points for confirmation hearing (.7); emails with A. Luft and R. Tizravesh re witness and exhibit issues for confirmation hearing (.1). | 0.80 | $1,300.00 |
| 05/17/25 | A E LUFT | 0022 | Emails with D. Hill, R. Tizravesh re witness and exhibit list issues in connection with confirmation hearing (.4); communications with Debtors' counsel re: M. Wartell confirmation testimony (.7). | 1.10 | $2,475.00 |
| 05/17/25 | A E LUFT | 0008 | Review materials in preparation for M. Wartell confirmation hearing testimony (2.8); analyze issues in connection with same (.9). | 3.70 | $8,325.00 |
| 05/17/25 | T L HELFRICK | 0002 | Email Akin team re case matters. | 0.10 | $119.50 |
| 05/18/25 | R TIZRAVESH | 0022 | Correspondence with D. Hill re confirmation discovery requests. | 0.20 | $345.00 |
| 05/18/25 | D F HILL | 0022 | Prepare materials for confirmation discovery requests (.7); correspond with R. Tizravesh re same (.2). | 0.90 | $1,462.50 |
| 05/18/25 | A E LUFT | 0008 | Prepare materials in connection with M. Wartell direct testimony (3.5); analyze issues re: same (.8). | 4.30 | $9,675.00 |
| 05/19/25 | M S STAMER | 0022 | Review materials in preparation for confirmation hearing (.7); attend hearing preparation session with M. Wartell and A. Luft (1.7) (partial). | 2.40 | $5,988.00 |
| 05/19/25 | M S STAMER | 0025 | Travel to DE for 5/20 hearing (actual time 2.4). | 1.20 | $2,994.00 |
| 05/19/25 | J F NEWDECK | 0004 | Email with T. Helfrick re Chilmark fee statement. | 0.30 | $540.00 |
| 05/19/25 | R TIZRAVESH | 0022 | Review Witness and Exhibit lists for confirmation hearing (.2); emails with debtors' counsel re confirmation trial issues (.2). | 0.40 | $690.00 |
| 05/19/25 | M L BRIMMAGE JR. | 0022 | Review and analyze Debtor's witness and exhibit list and other filings in advance of upcoming confirmation hearing. | 0.40 | $998.00 |
| 05/19/25 | A LAARAJ | 0002 | Circulate pleadings to Akin team (.3); prepare second amended plan supplement binders for client meeting (.8). | 1.10 | $610.50 |
| 05/19/25 | A E LUFT | 0022 | Review materials in preparation for confirmation hearing (1.6); attend hearing preparation | 6.30 | $14,175.00 |

MICHAEL J. WARTELL  
Invoice Number: 2158367

Page 11  
07/10/25

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | session with M. Wartell and M. Stamer (4.7). | | |
| 05/19/25 | A E LUFT | 0025 | Travel to Delaware for 5/20 hearing (actual time 2.2). | 1.10 | $2,475.00 |
| 05/19/25 | A E LUFT | 0008 | Review materials in preparation for 5/20 hearing (2.1); meeting with Debtors' counsel re: 5/20 hearing preparation (2.4). | 4.50 | $10,125.00 |
| 05/19/25 | T L HELFRICK | 0008 | Prepare materials for confirmation hearing (1.0); correspondence with M. DeBaecke (Ashby) re same (.1). | 1.10 | $1,314.50 |
| 05/19/25 | T L HELFRICK | 0003 | Review CNO re first interim fee application (.2); correspondence with Akin team re same (.1); review April invoice for confidentiality, privilege and UST compliance (1.6). | 1.90 | $2,270.50 |
| 05/19/25 | T L HELFRICK | 0004 | Review CNO re Ashby interim fee application (.1); correspondence with Ashby team re same (.1); correspondence with J. Newdeck re Chilmark fee statement (.1). | 0.30 | $358.50 |
| 05/20/25 | M S STAMER | 0008 | Review materials in preparation for confirmation hearing (.6); confer with M. Wartell re same (.5); attend confirmation hearing (3.5). | 4.60 | $11,477.00 |
| 05/20/25 | M S STAMER | 0025 | Travel back to NY from 5/20 hearing (actual time 4.0). | 2.00 | $4,990.00 |
| 05/20/25 | M L BRIMMAGE JR. | 0008 | Review updates re 5/20 confirmation hearing. | 0.50 | $1,247.50 |
| 05/20/25 | A LAARAJ | 0002 | Circulate pleadings to Akin team. | 0.50 | $277.50 |
| 05/20/25 | A E LUFT | 0008 | Review materials in preparation for 5/20 hearing (1.2); attend same (3.5). | 4.70 | $10,575.00 |
| 05/20/25 | A E LUFT | 0025 | Return travel from 5/20 hearing (actual time 3.0). | 1.50 | $3,375.00 |
| 05/20/25 | T L HELFRICK | 0002 | Correspondence with client re case updates. | 0.40 | $478.00 |
| 05/20/25 | T L HELFRICK | 0003 | Review contract attorney invoices (.3); correspondence with fee examiner and UST re Akin fourth monthly fee application (.4). | 0.70 | $836.50 |
| 05/20/25 | T L HELFRICK | 0008 | Prepare materials for 5/20 hearing (1.0); correspondence with Akin team re same (.3). | 1.30 | $1,553.50 |
| 05/21/25 | M S STAMER | 0022 | Correspondence with Akin lit team re confirmation matters. | 0.60 | $1,497.00 |
| 05/21/25 | J F NEWDECK | 0003 | Emails with A. Antypas and T. Helfrick re Akin fee statements and payments (.1); review docket re same (.2); review issues re same (.3); email A. Antypas and T. Helfrick re status | 0.70 | $1,260.00 |

MICHAEL J. WARTELL  
Invoice Number: 2158367

Page 12  
07/10/25

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | of interim order (.1). | | |
| 05/21/25 | A F ANTYPAS | 0003 | Emails with K&E team re fee statement matters (.4); emails with T. Helfrick re same (.2); emails with T. Helfrick and J. Newdeck re Akin interim fee application matters (.4). | 1.00 | $1,575.00 |
| 05/21/25 | A LAARAJ | 0002 | Circulate pleadings to Akin team. | 0.60 | $333.00 |
| 05/21/25 | D F HILL | 0022 | Correspondence with Akin lit team re confirmation matters. | 0.40 | $650.00 |
| 05/21/25 | T L HELFRICK | 0004 | Correspondence with Chilmark team re Chilmark first combined monthly fee application (.3); correspondence with Ashby team re same (.3); review and comment on Ashby monthly fee application (.7); correspondence with J. Newdeck re same (.1). | 1.40 | $1,673.00 |
| 05/21/25 | T L HELFRICK | 0003 | Review April invoice for confidentiality, privilege and UST compliance (2.1); correspondence with A. Antypas and J. Newdeck re fee statement matters (.3); correspondence with same re Akin interim fee application matters (.2). | 2.60 | $3,107.00 |
| 05/22/25 | J F NEWDECK | 0004 | Review draft of Ashby monthly fee statement (.4); emails with T. Helfrick re same (.2); review email to Ashby team re same (.1). | 0.70 | $1,260.00 |
| 05/22/25 | J F NEWDECK | 0003 | Emails with T. Helfrick re Akin April fee statement (.2); review issues re same (.2). | 0.40 | $720.00 |
| 05/22/25 | A LAARAJ | 0002 | Circulate pleadings to Akin team. | 0.20 | $111.00 |
| 05/22/25 | T L HELFRICK | 0003 | Correspondence with J. Newdeck re Akin April fee statement (.4); review April invoice for confidentiality, privilege and UST compliance (2.6). | 3.00 | $3,585.00 |
| 05/23/25 | J F NEWDECK | 0004 | Review Chilmark fee statement (.4); email T. Helfrick re same (.1); review email to Ashby team re same (.1). | 0.60 | $1,080.00 |
| 05/23/25 | J F NEWDECK | 0003 | Emails with T. Helfrick re monthly fee statement matters. | 0.40 | $720.00 |
| 05/23/25 | A LAARAJ | 0002 | Circulate pleadings to Akin team. | 0.20 | $111.00 |
| 05/23/25 | T L HELFRICK | 0002 | Correspondence with client re case updates. | 0.40 | $478.00 |
| 05/23/25 | T L HELFRICK | 0004 | Review Chilmark invoice for privilege and confidentiality (.8); review and comment on draft Chilmark fee application (1.3); correspondence with M. | 2.50 | $2,987.50 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | DeBaecke (Ashby) re same (.3); correspondence with J. Newdeck re same (.1). | | |
| 05/23/25 | T L HELFRICK | 0003 | Call with M. DeBaecke (Ashby) re interim fee order (.3); correspondence with Akin team re same (.2); correspondence with J. Newdeck re of monthly fee statement matters (.2); review April invoice for privilege, confidentiality and UST compliance (1.6). | 2.30 | $2,748.50 |
| 05/27/25 | J F NEWDECK | 0003 | Email T. Helfrick re Akin April invoice (.1); review April invoice for privilege, confidentiality and UST compliance (1.1). | 1.20 | $2,160.00 |
| 05/27/25 | A LAARAJ | 0002 | Circulate pleadings to Akin team. | 0.60 | $333.00 |
| 05/27/25 | T L HELFRICK | 0003 | Correspondence with M. DeBaecke (Ashby) re first interim fee order (.1); correspondence with J. Newdeck re Akin April invoice (.1). | 0.20 | $239.00 |
| 05/27/25 | T L HELFRICK | 0008 | Correspondence with Akin team re notice of bench ruling (.1); review hearing logistics (.1). | 0.20 | $239.00 |
| 05/28/25 | M S STAMER | 0022 | Communications with case parties re confirmation. | 0.40 | $998.00 |
| 05/28/25 | J F NEWDECK | 0003 | Review Akin April invoice for privilege, confidentiality and UST compliance (1.1); email A. Antypas re same (.1). | 1.20 | $2,160.00 |
| 05/28/25 | J F NEWDECK | 0004 | Emails with T. Helfrick re Chilmark monthly fee statement (.2); review same (.4); review internal comments to same (.2). | 0.80 | $1,440.00 |
| 05/28/25 | B M KAHN | 0008 | Attend bench ruling (.5); emails with Akin team re: same (.2). | 0.70 | $1,746.50 |
| 05/28/25 | M L BRIMMAGE JR. | 0008 | Review updates from Akin team re bench ruling. | 0.30 | $748.50 |
| 05/28/25 | A F ANTYPAS | 0003 | Review invoice for privilege, confidentiality and compliance with UST guidelines (1.2); emails with J. Newdeck re same (.5). | 1.70 | $2,677.50 |
| 05/28/25 | A LAARAJ | 0002 | Circulate pleadings to Akin team. | 0.40 | $222.00 |
| 05/28/25 | A E LUFT | 0008 | Attend 5/28 bench ruling. | 0.50 | $1,125.00 |
| 05/28/25 | T L HELFRICK | 0004 | Review Chilmark invoice for privilege and confidentiality (.3); review and comment on draft Chilmark fee application (.4); correspondence with J. Newdeck re same (.1); draft notice of application (.3). | 1.10 | $1,314.50 |
| 05/28/25 | T L HELFRICK | 0008 | Draft summary of 5/28 bench ruling. | 0.50 | $597.50 |

| Date | Tkpr | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| 05/29/25 | J F NEWDECK | 0004 | Email T. Helfrick re Chilmark monthly fee statement (.2); emails with Chilmark re same (.2); review draft notice for Chilmark monthly (.1); email T. Helfrick re same (.1); review Ashby fee statement (.4); emails with T. Helfrick and A. Antypas re same (.2). | 1.20 | $2,160.00 |
| 05/29/25 | A F ANTYPAS | 0003 | Review April invoice for privilege and confidentiality. | 1.10 | $1,732.50 |
| 05/29/25 | A LAARAJ | 0002 | Circulate May 28, 2025 hearing transcript to Akin team (.2); circulate pleadings to Akin team (.2). | 0.40 | $222.00 |
| 05/29/25 | T L HELFRICK | 0004 | Review revised Ashby invoice (.3); correspondence with J. Newdeck re same (.2); revise Chilmark draft notice of fee application (.2). | 0.70 | $836.50 |
| 05/29/25 | T L HELFRICK | 0003 | Correspondence with Akin team re March fee application (.5); revise April fee statement (.5). | 1.00 | $1,195.00 |
| 05/29/25 | T L HELFRICK | 0008 | Review and annotate bench ruling transcript. | 0.30 | $358.50 |
| 05/30/25 | A LAARAJ | 0002 | Circulate pleadings to Akin team (.4) and prepare calendar markers (.1); process hearing transcript invoice (.2). | 0.70 | $388.50 |
| 05/30/25 | A E LUFT | 0008 | Attend 5/30 hearing. | 1.20 | $2,700.00 |
| 05/30/25 | T L HELFRICK | 0004 | Review revised Ashby fee application (.2); correspondence with Akin team re same (.4); correspondence with client re same (.1); correspondence with M. DeBaecke (Ashby) re same (.3). | 1.00 | $1,195.00 |
| 05/30/25 | T L HELFRICK | 0002 | Correspondence with client re case updates. | 0.20 | $239.00 |
| 06/02/25 | J F NEWDECK | 0004 | Review status of April invoice (.2); email with T. Helfrick re same (.1); review email to B. Kahn re same (.1). | 0.40 | $720.00 |
| 06/02/25 | J F NEWDECK | 0004 | Review comments to Chilmark fee statement (.2); emails with Chilmark team re same (.2). | 0.40 | $720.00 |
| 06/02/25 | A LAARAJ | 0002 | Circulate pleadings to Akin team. | 0.50 | $277.50 |
| 06/02/25 | T L HELFRICK | 0003 | Review April invoice (.6); prepare M. Wartell invoice (.3). | 0.90 | $1,075.50 |
| 06/02/25 | T L HELFRICK | 0004 | Correspondence with Ashby team re Ashby March fee statement (.3); review Chilmark fee application (.2); correspondence with Chilmark team re same (.3). | 0.80 | $956.00 |

Total Hours    227.1

MICHAEL J. WARTELL  Page 15
Invoice Number: 2158367  07/10/25

---

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| M S STAMER | 13.90 | at | $2495.00 | = | $34,680.50 |
| B M KAHN | 4.10 | at | $2495.00 | = | $10,229.50 |
| M L BRIMMAGE JR. | 3.40 | at | $2495.00 | = | $8,483.00 |
| A E LUFT | 45.60 | at | $2250.00 | = | $102,600.00 |
| J F NEWDECK | 14.50 | at | $1800.00 | = | $26,100.00 |
| R TIZRAVESH | 28.10 | at | $1725.00 | = | $48,472.50 |
| A F ANTYPAS | 8.00 | at | $1575.00 | = | $12,600.00 |
| D F HILL | 22.10 | at | $1625.00 | = | $35,912.50 |
| P T DASILVA | 12.90 | at | $995.00 | = | $12,835.50 |
| A G STAMBOULIDIS | 3.70 | at | $895.00 | = | $3,311.50 |
| T L HELFRICK | 54.40 | at | $1195.00 | = | $65,008.00 |
| D K KRASA | 3.20 | at | $555.00 | = | $1,776.00 |
| A LAARAJ | 9.70 | at | $555.00 | = | $5,383.50 |
| G G SMITH | 3.50 | at | $355.00 | = | $1,242.50 |

Current Fees $368,635.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Other | $129.88 |
| Courier Service/Messenger Service- Off Site | $42.95 |
| Duplication - In House | $296.00 |
| Color Copy | $393.60 |
| Contract Labor - Attorney | $29,192.00 |
| Meals - Overtime | $25.00 |
| Meals - Business | $170.00 |
| Transcripts | $407.45 |
| Travel - Ground Transportation | $196.90 |
| Travel - Lodging (Hotel, Apt, Other) | $1,316.70 |
| Travel - Train Fare | $1,169.70 |

Current Expenses $33,340.18

**Total Amount of This Invoice** **$401,975.18**