# AFFIDAVIT

**STATE OF NEW JERSEY           )**
                                          ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 07/11/2025

ADVERTISER: FRANCHISE GROUP, INC.

and that the foregoing statements are true and correct to the best of my knowledge.

_Wayne Sidor_

Sworn to
before me this
11th day of
July 2025

_____
Notary Public



# EU Lays Out AI Guidelines for Companies

**Commission and member states have to decide if they will endorse the code**

By Mauro Orru

The European Union said it published the final version of a voluntary code of practice for general-purpose artificial intelligence that is meant to make it easier for companies to comply with AI legislation in the bloc.

The European Commission, the EU's executive arm, said the code was developed by 13 independent experts, based on input from more than 1,000 small and medium-size enterprises, academics, civil society groups and providers of the large language models that underpin AI.

Now, the commission and the EU's 27 member states will have to sift through the code and decide whether to endorse it. Model providers will then have the option to sign the code, which EU officials said would help companies to comply with the bloc's wide-ranging legislation on the technology.

EU lawmakers approved the AI Act last year. The law bans certain uses of AI, rolls out new transparency guidelines and requires risk assessments for AI systems that are deemed high-risk.

Rules on general-purpose AI will be effective for companies as of Aug. 2. The commission said its AI office, a body that oversees implementation of the law, would enforce rules on new AI models after a year, and two years later for existing models. Companies that breach the law risk fines of up to 7% of their annual global revenue.

The code includes guidance on safety and security to help companies mitigate risks when developing advanced AI models, a section on copyright material as well as a chapter on transparency.

Signatories to the code of practice will benefit from a lower administrative burden and extra legal certainty to prove they comply with the AI Act compared with companies that opt not to sign the code. Henna Virkkunen, EU executive vice president for tech sovereignty, security and democracy, said signing the code would secure a clear route to compliance with the law.

A spokesperson for OpenAI said the ChatGPT maker was reviewing the code before deciding whether to sign it. News Corp, owner of Dow Jones Newswires and The Wall Street Journal, has a content-licensing partnership with OpenAI.

A spokesperson for **Alphabet**'s Google said the company would review the code. "Europeans should have access to first-rate, secure AI models when they become available, and an environment that promotes innovation and investment."

The EU's push to regulate AI has drawn criticism from business leaders and politicians alike. Chief executives of European companies, including Mistral AI, **ASML Holding** and **Airbus**, recently asked the commission to delay enforcement of the law, saying overlapping and complex regulations were preventing the EU from becoming a leader in AI.

Earlier this year, U.S. Vice President JD Vance told world leaders gathered in Paris for an AI summit that "excessive regulation of the AI sector could kill a transformative industry just as it's taking off."

Commission officials acknowledged that regulatory fragmentation across the EU's 27 countries and inadequate financing were holding back growth for startups. The EU in May laid out plans to slash regulation and set up a special fund to attract tech startups as it plays catch-up with the U.S. on financing and innovation.


Henna Virkkunen, EU executive vice president.


Elon Musk and Linda Yaccarino, who said this week she would exit as X's CEO, seen in 2023.

## Yaccarino-Musk Split Took Time

*Continued from page B1*

platform that she is stepping down.

Yaccarino told people close to her that the recent return of some advertisers and the merger, which made X a smaller revenue contributor, made it a good time to depart. Current and former employees say her position at the company appeared increasingly tenuous after clashes with management.

Her tenure was marred by her boss's erratic behavior, which often made it harder to bring back the very advertising customers she was hired to woo. She was effectively demoted in X's merger with xAI.

It is unclear who might succeed Yaccarino if X decides to replace her. Contenders could include members of Yaccarino's leadership team, such as John Nitti, global head of revenue operations and ad innovation at X; Angela Zepeda, X's global head of marketing; or Monique Pintarelli, head of Americas at X, industry insiders said.

It is vital that "any replacement for Linda will have to have credibility with advertisers," said Michael Kassan, an ad and media consultant.

Yaccarino, a spokeswoman for X and representatives for Musk didn't respond to requests for comment.

### Luring advertisers

Nicknamed the "Velvet Hammer" during her 12 years at NBCUniversal, Yaccarino earned a reputation as a hard-charging executive with networking and negotiating chops. Joining what was then called Twitter offered her a CEO role and a high-profile position in Musk's constellation of technology businesses.

Her primary task was to lure back marketers who paused spending because they feared Musk would weaken content moderation.

She also smoothed out a payment issue with Google, hired a new slate of senior sales executives and pushed X to create more tools that let brands control the types of content that appeared next to their ads.

Musk's and Yaccarino's styles were sometimes at odds. The billionaire preferred his team to communicate in quick-fire bulleted emails or Signal messages and would get frustrated at Yaccarino's polished presentations and emails, according to people familiar with the situation.

He at times undermined her efforts. At a conference in 2023, Musk declared that advertisers pulling their ads from X could "Go f— yourself."

She and Musk schmoozed with advertising bigwigs on a yacht along the French Riviera the next year in an effort to better relations with them, according to people familiar with the situation.

When X hired Reza Banki, the former finance chief of Tubi, as its finance chief in the fall, he and Yaccarino often butted heads, people familiar with their relationship said.

Banki was a hire supported by Musk and effectively replaced Yaccarino's previously appointed head of finance for the company. Banki questioned Yaccarino on costs, specifically the money she was spending on content deals with celebrities for shows that appear on X, one of the people said. Banki didn't respond to requests for comment.

### Pushing for progress

Musk put pressure on Yaccarino last year to turn around the advertising business faster, according to people familiar with the situation.

Advertisers began to return late last year, but Musk wanted faster progress. He told staff in January that he didn't think the company was on solid financial ground.

"Our user growth is stagnant, revenue is unimpressive, and we're barely breaking even," he said in an email to employees, The Wall Street Journal previously reported. Musk denied sending the email.

Stabilizing X's finances was crucial to the recent merger of X and xAI. After a series of fundraising transactions during the winter, X's value had recovered from an estimated $10 billion to about $44 billion—just north of how much Musk had bought Twitter for in 2022.

The new valuation, buttressed by the improvement in ad revenue, signaled that X's original investors hadn't lost any money they had put in alongside Musk.

Less than a month later, X said that it was merging with xAI. The deal moved the company closer to Musk's goal of turning X into an "everything app," where people can share news, pay their bills and entertain themselves.

After the deal, Yaccarino's presence in front of investors started to diminish. She wasn't part of xAI's recent bout of fundraising, led by Morgan Stanley, and xAI executives instead presented the company's growth plan to investors, a person familiar with the matter said.

Recently, content-moderation issues have resurfaced, this time caused by xAI's own chatbot, which is embedded in the platform and can be used to respond to or fact-check posts. Grok on Tuesday published a number of antisemitic posts, its second flurry of controversial responses to users in recent months.

XAI said it is "actively working to remove the inappropriate posts" and had taken action to "ban hate speech before Grok posts on X" after being made aware of the posts.

---

ADVERTISEMENT

# The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

## BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: FRANCHISE GROUP, INC., et al.,[1] Debtors.[2]
Chapter 11
Case No. 24-12480 (LSS)
(Jointly Administered)

**NOTICE OF (I) ENTRY OF THE TOPCO CONFIRMATION ORDER (II) OCCURRENCE OF EFFECTIVE DATE WITH RESPECT TO FREEDOM VCM HOLDINGS, LLC, AND (III) RELATED BAR DATES**

[Legal notice text continues with details about the Ninth Amended Joint Chapter 11 Plan of Reorganization, confirmation, effective date, bar dates for professional fee claims, administrative expense claims, and related deadlines.]

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

In re: Hooters of America, LLC, et al.,[1] Debtors.
Chapter 11
Case No. 25-80078 (SWE)
(Jointly Administered)

**NOTICE OF (I) COMBINED HEARING ON THE FINAL APPROVAL OF THE DISCLOSURE STATEMENT, CONFIRMATION OF THE CHAPTER 11 PLAN, AND RELATED MATTERS, AND (II) OBJECTION DEADLINES AND SUMMARY OF THE CHAPTER 11 PLAN**

[Legal notice with details about combined hearing on March 31, 2025, voting deadline, objection deadline August 12, 2025, and related Chapter 11 procedures.]

## NOTICE OF SALE

**NOTICE OF PUBLIC SALE** — Property to be Sold

**Public Sale No. 1:**
Wednesday, July 16th, 2025  10:00 a.m. EDT

The Asset Type for Lots 1-2 is ABS CDO; Lots 3-5 is Prime / Alt-A; Lots 6-9 is Second Lien; Lots 10-21 is Subprime; and Lots 22-52 is Zero Factor – RMBS.

| Lot # | CUSIP | Issue | Original Face |
|---|---|---|---|
| 1 | 00081AAE9 | ACABS 2003-1A C | 5,000,000.00 |
| 2 | 92533VAD6 | VERT 2003-1A C2 | 5,000,000.00 |
| 3 | 07386HKH3 | BALTA 2004-6 B2 | 5,500,000.00 |
| 4 | 437690CR9 | HMAC 2004-6 M7 | 3,327,000.00 |
| 5 | 437690CS7 | HMAC 2004-6 M8 | 1,173,000.00 |
| 6 | 225415K31 | HEMT 2004-5 B1 | 1,575,000.00 |
| 7 | 78577BJD7 | SACO 2004-3A B1 | 2,200,000.00 |
| 8 | 86359BC41 | SASC 2004-S3 M7 | 3,000,000.00 |
| 9 | 86359BM73 | SASC 2004-S4 M7 | 1,500,000.00 |
| 10 | 00764MAJ6 | AABST 2003-2 M2 | 3,260,000.00 |
| 11 | 004421DF7 | ACE 2003-HE1 M6 | 1,000,000.00 |
| 12 | 040104EU1 | ARSI 2003-W10 M4 | 5,000,000.00 |
| 13 | 07325NAH5 | BAYV 2004-B B2 | 1,000,000.00 |
| 14 | 29445FCE6 | EMLT 2004-3 M8 | 281,000.00 |
| 15 | 31659TCS2 | FMIC 2004-5 M4 | 2,750,000.00 |
| 16 | 31659TCT0 | FMIC 2004-5 M5 | 1,750,000.00 |
| 17 | 57643LFD3 | MABS 2004-OPT2 M8 | 4,000,000.00 |
| 18 | 58992955P9 | MLMI 2003-OPT1 B2 | 1,000,000.00 |
| 19 | 61744C)20 | MSAC 2004-HE10 B1 | 3,000,000.00 |
| 20 | 86359A2K8 | SAIL 2003-BC10 M3 | 5,000,000.00 |
| 21 | 881561CM4 | TMTS 2003-6HE M5 | 1,350,000.00 |
| 22 | 04541GNE8 | ABSHE 2004-HE9 M5 | 2,000,000.00 |
| 23 | 04541GME1 | ABSHE 2004-HE9 N6 | 1,000,000.00 |
| 24 | 07386HMT5 | BALTA 2004-11 1B1 | 2,500,000.00 |
| 25 | 07386HNX5 | BALTA 2004-12 1B2 | 1,200,000.00 |
| 26 | 07387BGT9 | BSABS 2004-AC5 B1 | 2,252,000.00 |
| 27 | 07387BJW6 | BSABS 2004-AC6 B3 | 1,000,000.00 |
| 28 | 12506YCE7 | COCMC 03-HE4 B2 | 2,000,000.00 |
| 29 | 12669FY04 | CWHL 2004-14 B2 | 1,882,000.00 |
| 30 | 12669F6Q1 | CWHL 2004-HYB6 B2 | 5,757,000.00 |
| 31 | 12667)PR2 | CWL 2004-12 BV | 1,500,000.00 |
| 32 | 12667)NZ1 | CWL 2004-12 M7 | 2,000,000.00 |
| 33 | 12667)RU8 | CWL 2004-13 BV | 1,600,000.00 |
| 34 | 12667)RT1 | CWL 2004-13 MV8 | 2,400,000.00 |
| 35 | 225415RE0 | FFML 04-FFB B | 5,000,000.00 |
| 36 | 32027NND9 | FFML 2004-FF11 M7 | 1,000,000.00 |
| 37 | 32027NNV9 | FFML 2004-FF8 B2 | 3,182,000.00 |
| 38 | 32027NNW7 | FFML 2004-FF8 B3 | 1,334,000.00 |
| 39 | 45254TDX5 | IMSA 2004-4 B | 1,750,000.00 |
| 40 | 57643LFU5 | MABS 2004-WMC3 M7 | 1,500,000.00 |
| 41 | 57643LFV3 | MABS 2004-WMC3 M8 | 1,500,000.00 |
| 42 | 57643LJK9 | MARM 2004-4 B3 | 2,292,000.00 |
| 43 | 57643JPK6 | MARM 2004-6 B3 | 1,500,000.00 |
| 44 | 57643JQJ8 | MARM 2004-7 B3 | 1,881,000.00 |
| 45 | 61744CKB1 | MSAC 2004-HE9 B3 | 1,500,000.00 |
| 46 | 66987WCR1 | NHEL 2004-4 B3 | 1,500,000.00 |
| 47 | 75995DEK5 | RAMC 2004-4 M4 | 2,700,000.00 |
| 48 | 75995DEF1 | RAMC 2004-4 M3 | 2,000,000.00 |
| 49 | 76112BCQ1 | RAMP 2004-RS9 MI4 | 4,000,000.00 |
| 50 | 7611NH164 | RASC 2004-KS11 M4 | 2,800,000.00 |
| 51 | 78577BJK4 | SACO 2004-3A B2 | 1,494,000.00 |
| 52 | 86357SFH6 | SARM 2004-16 B5 | 4,702,000.00 |

Dock Street Capital Management LLC, on behalf of Wells Fargo Bank, National Association, in its capacity as trustee (the "Trustee"), will be conducting a public sale of certain collateral pledged to the Trustee. The Collateral (as defined herein) will be offered and sold by the Trustee without recourse, representation, or covenants, express or implied, being made by the Trustee with respect to the Collateral (except as to title to the Collateral) or with respect to any other information then in the Trustee's possession, including without limitation any offering circular or other financial information. **Location of Sales:** The sales will be held at 575-B Riverside Avenue, Westport, CT 06880. **Additional Information:** Please be advised that the sale of each security listed above may be made only to the best bidder who is also a qualified bidder and may be subject to a reserve level. For additional information, including with respect to qualified bidder status, and to obtain copies of an Investor Representation and Confidentiality Agreement, contact David Crowle or Jeffrey Holtman by email at dcrowle@dockstreetcap.com or jholtman@dockstreetcap.com, respectively, by phone at (212) 457-8258, by facsimile at (212) 457-8269 or by mail addressed to 575-B Riverside Avenue, Westport, CT 06880. **Disclaimer:** The Trustee is authorized at such sale, if the Trustee deems it advisable or is required by applicable law to do so: (i) to restrict the prospective bidders on or purchasers of any of the above identified securities (the "Collateral") to be sold to those who will represent and agree that they are purchasing for their own account for investment and not with a view to the distribution or resale of any of such assets, (ii) to verify that each certification for each security to be sold that has not been registered under the Securities Act of 1933 bears a legend substantially to the effect that such security has not been registered under the Securities Act of 1933, as amended, and may not be disposed of in violation of the provisions of said Act, (iii) to disclaim or refuse to give any warranty (other than as to title), and (iv) to impose such other limitations or conditions in connection with any such sale as the Trustee deems necessary or advisable.

## PUBLIC NOTICES

**NOTICE TO CREDITORS RE: NOTICE OF CLAIMS PROCESS FOR OAK AND FORT CORP., 1282339 B.C. LTD., OAK AND FORT US GROUP, INC., OAK AND FORT ENTERPRISE (U.S.), INC., NYM MERGER HOLDINGS LLC, and OAK AND FORT CALIFORNIA, LLC (collectively, the "O&F Entities") PURSUANT TO THE COMPANIES' CREDITORS ARRANGEMENT ACT (the "CCAA")**

PLEASE TAKE NOTICE that on July 4, 2025, the Supreme Court of British Columbia issued an order (the "**Claims Process Order**") in the CCAA Proceedings of the O&F Entities, requiring that all Persons who assert a Claim against the O&F Entities, whether unliquidated, contingent or otherwise, and all Persons who assert a Claim against Directors and Officers of the O&F Entities (as defined in the Claims Process Order, a "**D&O Claim**"), must file a Proof of Claim (with respect to Claims against the O&F Entities) or Proof of Claim (with respect to D&O Claims) with KSV Restructuring Inc. (the "**Monitor**") on or before 4:00 p.m. (Vancouver time) on August 15, 2025 (the "**Claims Bar Date**") by sending the Proof of Claim or D&O Proof of Claim to the Monitor by prepaid registered mail, courier, personal delivery or email (PDF) transmission at the following address:

KSV Restructuring Inc., in its capacity as the Court-Appointed CCAA Monitor of Oak and Fort Corp., 1282339 B.C. Ltd., Oak and Fort US Group, Inc., Oak and Fort Enterprise (U.S.), Inc., NYM Merger Holdings LLC, and Oak and Fort California, LLC

220 Bay Street, Suite 1300
Toronto ON M5J 2W4
Attention: Roni Levit
Phone: 416-932-6021
Email: oakandfort@ksvadvisory.com

Pursuant to the Claims Process Order, Claims Packages, including the form of Proof of Claim and D&O Proof of Claim, will be sent to all known Claimants pursuant to the terms of the Claims Process Order. Claimants may also obtain the Claims Process Order and Claims Package from the Monitor's website at: https://www.ksvadvisory.com/experience/case/oakandfort, or by contacting the Monitor at oakandfort@ksvadvisory.com.

Only Proofs of Claim and D&O Proofs of Claim **actually received** by the Monitor on or before 4:00 p.m. (Vancouver time) on August 15, 2025 will be considered filed by the Claims Bar Date. **It is your responsibility to ensure that the Monitor receives your Proof of Claim or D&O Proof of Claim by the Claims Bar Date.**

CLAIMS AND D&O CLAIMS WHICH ARE NOT RECEIVED BY THE APPLICABLE CLAIMS BAR DATE WILL BE BARRED AND EXTINGUISHED FOREVER.

Dated this 14th day of July, 2025.
KSV ADVISORY INC.
220 Bay Street, Suite 1300, Box 20
Toronto, Ontario, M5J 2W4



# THE WALL STREET JOURNAL.

# THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975 | sales.mart@wsj.com

© 2025 Dow Jones & Company, Inc. All Rights Reserved.    DOW JONES

---

**Listen to a Podcast: Why Meta Is Offering $100 Million for AI Geniuses**





In the battle for AI supremacy, Meta's models have lagged behind. Scan this code for a podcast on how Mark Zuckerberg is racing to hire new AI talent and dangling huge pay packages to lure experts from rivals.