**EXHIBIT A**

**MONTHLY FEES**

**Petrillo Klein + Boxer LLP**

655 Third Avenue, 12th Fl.
New York, NY 10017
T: 212.370.0330

**PRIVILEGED AND CONFIDENTIAL**

June 13, 2025

**Tiffany McMillan-McWaters**
Todd Arden - Director
John Hartmann - Director
Chris P. Meyer - Director
Franchise Group, Inc.

**RE :** Supplemental Investigation                                                                                                        **BILL #:** 01700

|  |  |
|---|---|
| **Expenses Incurred Since Last Bill :** | $27,210.00 |
| **Balance This Bill :** | $27,210.00 |
| **TOTAL OUTSTANDING BALANCE DUE :** | $27,210.00 |

655 Third Avenue, 12th Fl.
New York, NY 10017
T: 212.370.0330

# Petrillo Klein + Boxer LLP

**Tiffany McMillan-McWaters**
Todd Arden - Director
John Hartmann - Director
Chris P. Meyer - Director
Franchise Group, Inc.

**Issue Date :** 6/13/2025
**Bill # :** 01700
**Due Date :** Upon Receipt

**RE :** Supplemental Investigation

**Fees**

| Date | Staff | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 4/1/2025 | JK | Reviewing select materials in preparation for potential client testimony. | 1.10 | $1,340.00 | $1,474.00 |
| 4/1/2025 | CH | Edit interim fee application entries per fee examiner. | 0.80 | $785.00 | $628.00 |
| 4/1/2025 | JK | Revising fee application to incorporate comments of fee examiner (1.8) and email communications with C. Hume re same (.1). | 1.90 | $1,340.00 | $2,546.00 |
| 4/2/2025 | CH | Prepare edits to interim fee report comments from fee examiner. | 0.70 | $785.00 | $549.50 |
| 4/3/2025 | ES | Confer with J. Klein re response to deposition notice | 0.20 | $1,075.00 | $215.00 |
| 4/3/2025 | JK | Call with K. McElroy regarding process matters related to interim fee application and fee examiner. | 0.70 | $1,340.00 | $938.00 |
| 4/3/2025 | JK | Call with B. Arnault (Kirkland) regarding 30b-6 topics and process matters. | 0.60 | $1,340.00 | $804.00 |
| 4/3/2025 | KP | Participated in call with debtors' counsel re: client testimony. Conferred with Mr. Klein re same. | 0.60 | $1,300.00 | $780.00 |
| 4/3/2025 | ES | Confer with S. Hickinson re improper service. | 0.20 | $1,075.00 | $215.00 |
| 4/4/2025 | KP | Participated in calls with client (Mr. Meyer) re: potential deposition regarding procedural matters. | 0.40 | $1,300.00 | $520.00 |
| 4/4/2025 | KP | Participated in call with debtors' counsel. | 0.20 | $1,300.00 | $260.00 |
| 4/4/2025 | KP | Exchanged emails and conferred with Mr. Klein re deposition preparation. | 0.60 | $1,300.00 | $780.00 |
| 4/4/2025 | SH | Research and draft substantive objection list with legal cites in response to J. Klein deposition notice | 2.60 | $875.00 | $2,275.00 |
| 4/4/2025 | JK | Call with C. Meyer about 30b-6 topics and anticipated testimony. | 0.50 | $1,340.00 | $670.00 |
| 4/4/2025 | JK | Call with B. Arnault (Kirkland) re process matters. | 0.40 | $1,340.00 | $536.00 |
| 4/4/2025 | ES | Review case law re deposition notice; review procedural rules re same. | 0.40 | $1,075.00 | $430.00 |
| 4/6/2025 | ES | Confer with J. Klein re objections to deposition notice; draft same. | 0.50 | $1,075.00 | $537.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/7/2025 | ES | Review revisions to objections; confer with S. Hickinson re same. | 0.30 | $1,075.00 | $322.50 |
| 4/7/2025 | GP | Confer with JK re potential CM deposition. | 0.20 | $1,385.00 | $277.00 |
| 4/7/2025 | SH | Draft and format objection letter to opposing counsel in response to J. Klein deposition notice | 1.80 | $875.00 | $1,575.00 |
| 4/7/2025 | KP | Reviewed emails re deposition preparation. | 0.20 | $1,300.00 | $260.00 |
| 4/8/2025 | KP | Reviewed and revised objections to Mr. Klein's deposition notice. | 0.40 | $1,300.00 | $520.00 |
| 4/8/2025 | ES | Finalize and send objections to J. Klein deposition notice. | 0.50 | $1,075.00 | $537.50 |
| 4/9/2025 | CH | Draft fee application for CH11 Bankruptcy. | 1.90 | $785.00 | $1,491.50 |
| 4/10/2025 | CH | Draft fee application for CH11 Bankruptcy. | 0.20 | $785.00 | $157.00 |
| 4/10/2025 | JK | Call with Kirkland regarding case developments. | 0.20 | $1,340.00 | $268.00 |
| 4/10/2025 | JK | Call with C. Meyer re case developments. | 0.30 | $1,340.00 | $402.00 |
| 4/11/2025 | JK | Attending settlement meeting of special committee. | 0.50 | $1,340.00 | $670.00 |
| 4/14/2025 | CH | Draft fee application for bankruptcy proceedings. | 0.20 | $785.00 | $157.00 |
| 4/15/2025 | CH | Fee application for Ch. 11 Bankruptcy. | 2.10 | $785.00 | $1,648.50 |
| 4/16/2025 | CH | Draft fee application for Ch. 11 Bankruptcy. | 0.40 | $785.00 | $314.00 |
| 4/17/2025 | CH | Draft fee application for CH11 Bankruptcy. | 0.40 | $785.00 | $314.00 |
| 4/23/2025 | JK | Email communications with Ankura counsel re financial analysis. | 0.80 | $1,340.00 | $1,072.00 |
| 4/27/2025 | JK | Working on March fee application. | 1.60 | $1,340.00 | $2,144.00 |
| 4/29/2025 | KP | Exchange emails with K&E re call. | 0.10 | $1,300.00 | $130.00 |
| 4/30/2025 | KP | Participated in call with K&E re factual declaration. | 0.30 | $1,300.00 | $390.00 |
| 4/30/2025 | JK | Call with W. Arnault (Kirkland) regarding confirmation hearing. | 0.30 | $1,340.00 | $402.00 |
| **Fees Subtotal** | | | **25.10** | | **$27,210.00** |

**Staff Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Cara Hume | Associate | 6.70 | $785.00 | $5,259.50 |
| Emma Spiro | Partner | 2.10 | $1,075.00 | $2,257.50 |
| Guy Petrillo | Sr. Partner | 0.20 | $1,385.00 | $277.00 |
| Joshua Klein | Sr. Partner | 8.90 | $1,340.00 | $11,926.00 |
| Kevin Puvalowski | Partner | 2.80 | $1,300.00 | $3,640.00 |
| Hinckson | Associate | 4.40 | $875.00 | $3,850.00 |
| | | | **Total** | **$27,210.00** |

We appreciate your prompt payment.

655 Third Avenue, 12th Fl.
New York, NY 10017
T: 212.370.0330

# Petrillo Klein + Boxer LLP

**PRIVILEGED AND CONFIDENTIAL**

June 13, 2025

**Tiffany McMillan-McWaters**
Todd Arden - Director
John Hartmann - Director
Chris P. Meyer - Director
Franchise Group, Inc.

**RE :** Supplemental Investigation                             **BILL #:** 01771

|  |  |
|---|---|
| Total Balance | $83,614.00 |
| Adjustment | -$530.50[1] |
| Total Adjusted Balance | $83,083.50 |

| **TOTAL OUTSTANDING BALANCE DUE :** | **$83,083.50.00** |
|---|---|

1. Due to apparent rounding errors, the aggregate fees invoiced during the course of the engagement exceeded, by a total of $530.50, the computation of fees based on the personnel hours billed to the engagement multiplied by the hourly rates of the respective personnel who worked on the engagement. Consequently, this invoice has been adjusted downwardly to account for this discrepancy.

**PETRILLO KLEIN + BOXER LLP**

655 Third Avenue, 12th Fl.
New York, NY 10017
T: 212.370.0330

**Tiffany McMillan-McWaters**
Todd Arden - Director
John Hartmann - Director
Chris P. Meyer - Director
Franchise Group, Inc.

**Issue Date :** 6/13/2025
**Bill # :** 01771
**Due Date :** Upon Receipt

**RE :** Supplemental Investigation

**Fees**

| Date | Staff | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 5/1/2025 | CH | Comms with JK and Controller re: fee application. | 0.30 | $785.00 | $235.50 |
| 5/1/2025 | CS | Call with J. Klein and C. Hume re: Kirkland inquiry re: data collection. | 0.20 | $1,075.00 | $215.00 |
| 5/2/2025 | JK | Working on March fee application. | 0.90 | $1,340.00 | $1,206.00 |
| 5/5/2025 | CS | Confer with J. Klein re: Kirkland request. | 0.10 | $1,075.00 | $107.50 |
| 5/5/2025 | CS | Compile and transmit data responsive to Kirkland request. | 0.80 | $1,075.00 | $860.00 |
| 5/5/2025 | CH | Draft list of productions received with CS for transmittal to Shayne Henry at K&E. | 0.40 | $785.00 | $314.00 |
| 5/5/2025 | JK | Calls with CS and Shayne Henry at Kirkland regarding search terms and document collection. | 0.40 | $1,340.00 | $536.00 |
| 5/6/2025 | KP | Participated in call with debtors' counsel. Exchanged emails re same. Conferred with Mr. Klein re same. | 0.30 | $1,300.00 | $390.00 |
| 5/6/2025 | JK | Call with W. Arnault and M. McKane at Kirkland regarding SEC request (.4) and conferring with KP re same (.2). | 0.60 | $1,340.00 | $804.00 |
| 5/7/2025 | CH | Research per J. Klein. | 1.70 | $785.00 | $1,334.50 |
| 5/7/2025 | JK | Drafting C. Meyer declaration. | 1.80 | $1,340.00 | $2,412.00 |
| 5/8/2025 | CH | Call with JK re: research and revising notes re: same. | 1.00 | $785.00 | $785.00 |
| 5/8/2025 | JK | Drafting Meyer aff. Email comms with C. Meyer. | 2.40 | $1,340.00 | $3,216.00 |
| 5/9/2025 | JK | Drafting Meyer affidavit. | 3.80 | $1,340.00 | $5,092.00 |
| 5/9/2025 | CH | Finalizing first production with vendor. | 1.60 | $785.00 | $1,256.00 |
| 5/10/2025 | CH | Work on fee application. | 0.60 | $785.00 | $471.00 |
| 5/10/2025 | JK | Drafting Meyer affidavit. | 3.10 | $1,340.00 | $4,154.00 |
| 5/10/2025 | JK | Reviewing UCC settlement motion, exhibits and related Ch 11 filings. | 2.30 | $1,340.00 | $3,082.00 |
| 5/11/2025 | JK | Call with W. Arnault (Kirkland) regarding confirmation hearing. | 0.40 | $1,340.00 | $536.00 |
| 5/11/2025 | JK | Revising CM declaration. | 2.20 | $1,340.00 | $2,948.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/11/2025 | JK | Reviewing select docket entries including Kahn objection to plan. | 1.40 | $1,340.00 | $1,876.00 |
| 5/12/2025 | JK | Further revising CM declaration (1.7), email with CM (.1), call with KP .1 | 1.90 | $1,340.00 | $2,546.00 |
| 5/12/2025 | CS | Review/revise draft C. Meyer declaration. | 1.90 | $1,075.00 | $2,042.50 |
| 5/12/2025 | JK | Reviewing and revising February/March 2025 fee application. | 0.70 | $1,340.00 | $938.00 |
| 5/12/2025 | KP | Reviewed and revised draft Chris Meyer Declaration. Conferred with Mr. Klein re same. | 3.00 | $1,300.00 | $3,900.00 |
| 5/12/2025 | CH | Review protective. | 0.40 | $785.00 | $314.00 |
| 5/13/2025 | KP | Participated in call with Chris Meyers re confirmation hearing. Exchanged emails re same. | 0.50 | $1,300.00 | $650.00 |
| 5/13/2025 | KP | Participated in call wit debtors' counsel re confirmation hearing. Conferred with Mr. Klein re same. | 0.50 | $1,300.00 | $650.00 |
| 5/13/2025 | JK | Review revised C. Meyer declaration. | 0.40 | $1,340.00 | $536.00 |
| 5/13/2025 | CH | Draft fee application. | 0.40 | $785.00 | $314.00 |
| 5/13/2025 | JK | Call with Kirkland (Arnault) re declaration hearing. | 0.20 | $1,340.00 | $268.00 |
| 5/13/2025 | JK | Call with C. Meyer regarding confirmation hearing. | 0.10 | $1,340.00 | $134.00 |
| 5/13/2025 | JK | Email comms. with C. Meyer regarding declaration and upcoming hearing. | 0.10 | $1,340.00 | $134.00 |
| 5/14/2025 | JK | Preparation for confirmation hearing. | 0.40 | $1,340.00 | $536.00 |
| 5/14/2025 | CH | Internal call re: potential disclosure of report (J. Klein, K. Puvalowski, C. Stephens) (0.4) and review case law re: same (0.8). | 1.20 | $785.00 | $942.00 |
| 5/14/2025 | CS | Internal call re: potential disclosure of report (J. Klein, K. Puvalowski, C. Hume). | 0.40 | $1,075.00 | $430.00 |
| 5/14/2025 | JK | Call with PKB team regarding distribution of investigative report. | 0.40 | $1,340.00 | $536.00 |
| 5/14/2025 | KP | Participated in team call re SEC request. | 0.40 | $1,300.00 | $520.00 |
| 5/15/2025 | CH | Work on fee application and send to Y&C for review. | 0.40 | $785.00 | $314.00 |
| 5/16/2025 | JK | Prep call with Kirkland (Arnault) and Meyer for upcoming confirmation hearing. | 1.00 | $1,340.00 | $1,340.00 |
| 5/16/2025 | KP | Participated in (portion of) Chris Meyer prep for hearing. | 0.30 | $1,300.00 | $390.00 |
| 5/17/2025 | JK | Reviewing direct outline and affidavit. | 0.40 | $1,340.00 | $536.00 |
| 5/18/2025 | JK | Call with Kirkland (W. Arnault and D. Hunter) and C. Meyer related to confirmation hearing. | 1.00 | $1,340.00 | $1,340.00 |
| 5/18/2025 | KP | Participated in Chris Meyer prep call. Conferred with Mr. Klein re same. | 1.10 | $1,300.00 | $1,430.00 |
| 5/19/2025 | KP | Prepared for Delaware hearing. Exchanged emails re same. | 1.00 | $1,300.00 | $1,300.00 |
| 5/19/2025 | JK | Travel to DE for confirmation hearing (not including time billed to other matters). | 1.60 | $1,340.00 | $2,144.00 |
| 5/19/2025 | JK | Reviewing testimony outline, declaration and report in connection with upcoming confirmation hearing. | 1.80 | $1,340.00 | $2,412.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/19/2025 | JK | Reviewing UCC motion, settlement term sheets, and Debtors' brief in support of confirmation in preparation for confirmation hearing. | 3.60 | $1,340.00 | $4,824.00 |
| 5/19/2025 | JK | Call with W. Arnault (Kirkland). | 0.20 | $1,340.00 | $268.00 |
| 5/19/2025 | JK | Meet with C. Meyer to prep for hearing. | 1.20 | $1,340.00 | $1,608.00 |
| 5/20/2025 | JK | Meeting with Kirkland team at Young & Conway offices. | 1.00 | $1,340.00 | $1,340.00 |
| 5/20/2025 | JK | Attending confirmation hearing. | 3.50 | $1,340.00 | $4,690.00 |
| 5/20/2025 | JK | Travel from Wilmington to NY (not including time billed on other matters). | 1.20 | $1,340.00 | $1,608.00 |
| 5/20/2025 | KP | Attended confirmation hearing. | 3.50 | $1,300.00 | $4,550.00 |
| 5/20/2025 | KP | Met in preparation for confirmation hearing. | 1.00 | $1,300.00 | $1,300.00 |
| 5/20/2025 | KP | Travel to Delaware for confirmation hearing. | 3.00 | $1,300.00 | $3,900.00 |
| 5/22/2025 | CH | Finalize Feb/March fee application. | 1.40 | $785.00 | $1,099.00 |
| **Fees Subtotal** | | | **67.40** | | **$83,614.00** |

**Staff Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Cara Hume | Associate | 9.40 | $785.00 | $7,379.00 |
| Caelyn Stephens | Partner | 3.40 | $1,075.00 | $3,655.00 |
| Joshua Klein | Sr. Partner | 40.00 | $1,340.00 | $53,600.00 |
| Kevin Puvalowski | Partner | 14.60 | $1,300.00 | $18,980.00 |

|  |  |
|---|---|
| **Total Balance** | $83,614.00 |
| **Adjustment** | -$530.50 |
| **Total Adjusted Balance** | $83,083.50 |

**We appreciate your prompt payment.**

## EXHIBIT B

## BUDGET AND STAFFING PLAN

| BUDGET ||
|---|---:|
| **Estimated Fees** | **Fees Sought** |
| $2,180,000.00 | $2,106,582.50 |
| **Estimated Expenses** | **Expenses Sought** |
| $1,222,217.00 | $1,204,780.50 |

| STAFFING PLAN |||
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Budgeted Period** | **Hourly Rate** |
| Partner | 4 | $1,075.00 – $1,385.00 |
| Counsel | 0 | $0.00 |
| Associate (7 or more years since first admission) | 1 | $865.00 |
| Associate (4-6 years since first admission) | 1 | $785.00 |
| Associate (less than 4 years since first admission) | 0 | $0.00 |
| Staff Attorney | 1 | $435.00 |
| Paralegal | 2 | $335.00 |

**EXHIBIT C**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed by timekeepers in all Domestic Offices, excluding bankruptcy[1]** | **Billed in the Final Application** |
| Partner | $1,265.00 | $1,235.00 |
| Counsel | $935.00 | $0.00 |
| Associate | $813.50 | $793.75 |
| Staff Attorney | $435.00 | $435.00 |
| Paralegal | $335.00 | $335.00 |
| **All timekeepers aggregated:** | **$804.40** | **$870.40** |

---

[1] In accordance with the UST Guidelines, the preceding year is a 12 month year ending May 31, 2024; blended rates reflect work performed in all of the domestic offices, excluding all data from bankruptcy law matters.