# **<u>EXHIBIT A</u>**

**Payment Remittance Address:**

Direct Fee Review LLC
24A Trolley Square, #1225

Wilmington, DE 19806

FEIN: 27-0822707

| Invoice to: | | |
|---|---|---|
| Franchise Group, Inc.<br>2371 Liberty Way<br>Virginia Beach, VA 23456 | Invoice Date:<br>Invoice Number:<br>Project: | 6/17/2025<br>1050-0625<br>Franchise Group, Inc.<br>Bankruptcy Professional Fee Exam |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| **For Services 04/15/25 Through 06/02/25** | | | | | | | |
| 4/2/2025 | WJD | Young Conaway Stargatt & Taylor | Interim fee application | Review e-mail | From dfo re draft repoprt | 300.00 | 0.10 | 30.00 |
| 4/3/2025 | WJD | Young Conaway Stargatt & Taylor | Interim fee application | Update and revise report | 1st interim final report | 300.00 | 0.30 | 90.00 |
| 4/3/2025 | WJD | Young Conaway Stargatt & Taylor | Interim fee application | Review e-mail | From klm ycst re cno | 300.00 | 0.10 | 30.00 |
| 4/3/2025 | WJD | Young Conaway Stargatt & Taylor | Interim fee application | Review e-mail | From klm ycst re response | 300.00 | 0.10 | 30.00 |
| 4/3/2025 | WJD | Akin Gump | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 4/3/2025 | WJD | Akin Gump | Interim fee application | Update and revise report | Final report 1st interim | 300.00 | 0.30 | 90.00 |
| 4/3/2025 | WJD | Petrillo Klein + Boxer | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 4/3/2025 | WJD | Young Conaway Stargatt & Taylor | Interim fee application | Review e-mail | From dfo re final report | 300.00 | 0.10 | 30.00 |
| 4/3/2025 | WJD | Akin Gump | Interim fee application | Review e-mail | From dfo re final report draft | 300.00 | 0.10 | 30.00 |
| 4/3/2025 | WJD | Petrillo Klein + Boxer | Interim fee application | Update and revise report | 1st interim final report | 300.00 | 0.40 | 120.00 |
| 4/4/2025 | WJD | Petrillo Klein + Boxer | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 4/4/2025 | WJD | Akin Gump | Interim fee application | Review e-mail | From dfo re final report | 300.00 | 0.10 | 30.00 |
| 4/4/2025 | WJD | Akin Gump | Interim fee application | Prepare and file | 1st interim final report | 300.00 | 0.30 | 90.00 |
| 4/4/2025 | WJD | Young Conaway Stargatt & Taylor | Interim fee application | Review e-mail | From dfo re final report | 300.00 | 0.10 | 30.00 |
| 4/4/2025 | WJD | Young Conaway Stargatt & Taylor | Interim fee application | Prepare and file | 1st interim final report | 300.00 | 0.30 | 90.00 |
| 4/4/2025 | WJD | Young Conaway Stargatt & Taylor | Interim fee application | Review e-mail | From klm ycst re final report | 300.00 | 0.10 | 30.00 |
| 4/4/2025 | WJD | Akin Gump | Interim fee application | Review e-mail | From klm ycst re final report | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

Direct Fee Review LLC
24A Trolley Square, #1225

Wilmington, DE 19806

FEIN: 27-0822707

| Invoice to:<br><br>Franchise Group, Inc.<br>2371 Liberty Way<br>Virginia Beach, VA 23456 | Invoice Date: 6/17/2025<br>Invoice Number: 1050-0625<br>Project: Franchise Group, Inc.<br>Bankruptcy Professional Fee Exam |
|---|---|

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|

**For Services 04/15/25 Through 06/02/25**

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/7/2025 | WJD | Ernst & Young LLP | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 4/7/2025 | WJD | Ernst & Young LLP | Interim fee application | Update and revise report | 1st interim final report | 300.00 | 0.30 | 90.00 |
| 4/7/2025 | WJD | Ernst & Young LLP | Interim fee application | Review e-mail | From rg ke re final report | 300.00 | 0.10 | 30.00 |
| 4/7/2025 | WJD | Ernst & Young LLP | Interim fee application | Review e-mail | Fom dfo re draft final report | 300.00 | 0.10 | 30.00 |
| 4/7/2025 | WJD | Ernst & Young LLP | Interim fee application | Review e-mail | From dfo re final report | 300.00 | 0.10 | 30.00 |
| 4/8/2025 | WJD | Ernst & Young LLP | Interim fee application | Review e-mail | From klm ycst re final report | 300.00 | 0.10 | 30.00 |
| 4/8/2025 | WJD | Petrillo Klein + Boxer | Interim fee application | Review e-mail | From dfo re draft final report | 300.00 | 0.10 | 30.00 |
| 4/8/2025 | WJD | Petrillo Klein + Boxer | Interim fee application | Prepare and file | 1st interim final report | 300.00 | 0.30 | 90.00 |
| 4/8/2025 | WJD | Client administration | Court docket | Update and revise database | FGI | 300.00 | 0.40 | 120.00 |
| 4/8/2025 | WJD | Petrillo Klein + Boxer | Interim fee application | Review e-mail | From klm ycst re final report | 300.00 | 0.10 | 30.00 |
| 4/12/2025 | WJD | DFR | Monthly fee application | Draft fee application | 1st fee app | 300.00 | 1.00 | 300.00 |
| 4/15/2025 | WJD | Young Conaway Stargatt & Taylor | Interim fee application | Review e-mail | From dfo re COC | 300.00 | 0.10 | 30.00 |
| 4/15/2025 | WJD | Akin Gump | Interim fee application | Review e-mail | From ta ag re COC | 300.00 | 0.10 | 30.00 |
| 4/15/2025 | WJD | DFR | Monthly fee application | Prepare and file | 1st monthly fee app | 300.00 | 0.10 | 30.00 |
| 4/15/2025 | WJD | DFR | Monthly fee application | Review e-mail | From rg ke re fee app | 300.00 | 0.10 | 30.00 |
| 4/15/2025 | WJD | Ashby Geddes | Client administration | Review e-mail | From kmj ag re VCM | 300.00 | 0.10 | 30.00 |
| 4/17/2025 | WJD | Womble | Monthly fee application | Review e-mail | From bo ycst re data file | 300.00 | 0.10 | 30.00 |

| | |
|---|---|
| **Payment Remittance Address:** | Direct Fee Review LLC<br>24A Trolley Square, #1225<br>Wilmington, DE 19806 |

FEIN: 27-0822707

| | |
|---|---|
| **Invoice to:**<br><br>Franchise Group, Inc.<br>2371 Liberty Way<br>Virginia Beach, VA 23456 | **Invoice Date:** 6/17/2025<br>**Invoice Number:** 1050-0625<br>**Project:** Franchise Group, Inc.<br>Bankruptcy Professional Fee Exam |

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **For Services 04/15/25 Through 06/02/25** | | | | | | | | |
| 4/21/2025 | WJD | Pachulski Stang Ziehl Jones | Monthly fee application | Review e-mail | From atb pszj re fee app | 300.00 | 0.10 | 30.00 |
| 4/23/2025 | WJD | Perella Weinberg Ptrs | Monthly fee application | Review e-mail | From atb pszj re data file | 300.00 | 0.10 | 30.00 |
| 4/24/2025 | WJD | DFR | Monthly fee application | Review and respond to email. | Re revised report | 300.00 | 0.10 | 30.00 |
| 4/24/2025 | WJD | Perella Weinberg Ptrs | Monthly fee application | Review e-mail | From atb pszj re filed apps | 300.00 | 0.10 | 30.00 |
| 4/24/2025 | WJD | Client administration | Court docket | Update and revise database | FGI | 300.00 | 0.30 | 90.00 |
| 4/24/2025 | WJD | DFR | Monthly fee application | Review e-mail | From tg kE re comments and revised app | 300.00 | 0.10 | 30.00 |
| 4/25/2025 | WJD | Ashby Geddes | Monthly fee application | Review e-mail | From kmj ag re fee apps filed | 300.00 | 0.10 | 30.00 |
| 4/28/2025 | WJD | Ashby Geddes | Monthly fee application | Review e-mail | From kmj ag re data file | 300.00 | 0.10 | 30.00 |
| 4/29/2025 | WJD | Akin Gump | Monthly fee application | Review e-mail | From th ag re data files | 300.00 | 0.10 | 30.00 |
| 5/1/2025 | WJD | Province LLC | Monthly fee application | Review e-mail | From atb pszj re fee app | 300.00 | 0.10 | 30.00 |
| 5/2/2025 | WJD | Client administration | Fee hearing | Review e-mail | From dfo re change of hearing | 300.00 | 0.10 | 30.00 |
| 5/5/2025 | WJD | Back Bay Management Corp | Monthly fee application | Review e-mail | From atb pszj re fee app | 300.00 | 0.10 | 30.00 |
| 5/5/2025 | WJD | Province LLC | Monthly fee application | Review e-mail | From atb pszj re fee app data | 300.00 | 0.10 | 30.00 |
| 5/5/2025 | WJD | Province LLC | Monthly fee application | Review e-mail | From atb pszj re fee app | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

Direct Fee Review LLC
24A Trolley Square, #1225

Wilmington, DE 19806

FEIN: 27-0822707

| Invoice to: | | |
|---|---|---|
| Franchise Group, Inc.<br>2371 Liberty Way<br>Virginia Beach, VA 23456 | **Invoice Date:**<br>**Invoice Number:**<br>**Project:** | 6/17/2025<br>1050-0625<br>Franchise Group, Inc.<br>Bankruptcy Professional Fee Exam |

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **For Services 04/15/25 Through 06/02/25** | | | | | | | | |
| 5/7/2025 | WJD | Ducera Pachulski Stang Ziehl | Monthly fee application | Review e-mail | From ep dp re fee app | 300.00 | 0.10 | 30.00 |
| 5/9/2025 | WJD | Jones Pachulski Stang Ziehl | Monthly fee application | Review e-mail | From atb pszj re fee app | 300.00 | 0.10 | 30.00 |
| 5/12/2025 | WJD | Jones | Monthly fee application | Review e-mail | From atb pszj re data file | 300.00 | 0.10 | 30.00 |
| 5/12/2025 | WJD | Client administration | Court docket | Update and revise database | FGI | 300.00 | 0.50 | 150.00 |
| 5/12/2025 | WJD | Client administration | Fee hearing | Review e-mail | From am ycst re fee hearing | 300.00 | 0.10 | 30.00 |
| 5/13/2025 | WJD | Client administration | Fee hearing | Review e-mail | From lj Court re fee hearing | 300.00 | 0.10 | 30.00 |
| 5/15/2025 | WJD | Client administration | Fee hearing | Review e-mail | From dfo re fee hearing | 300.00 | 0.10 | 30.00 |
| 5/16/2025 | WJD | Akin Gump | Monthly fee application | Review e-mail | From kmj ag re fee app | 300.00 | 0.10 | 30.00 |
| 5/16/2025 | WJD | Client administration | Fee hearing | Review e-mail | From dfo re agenda | 300.00 | 0.10 | 30.00 |
| 5/16/2025 | WJD | Michel-Shaked Group | Fee hearing | Review e-mail | From dfo re data file | 300.00 | 0.20 | 60.00 |
| 5/18/2025 | WJD | Client administration | Court docket | Update and revise database | FRG | 300.00 | 0.20 | 60.00 |
| 5/19/2025 | WJD | Michel-Shaked Group | Interim fee application | Review documents filed | 1st interim | 300.00 | 0.30 | 90.00 |
| 5/19/2025 | WJD | Michel-Shaked Group | Interim fee application | Review billing entry detail | 1st interim | 300.00 | 0.60 | 180.00 |
| 5/19/2025 | WJD | Michel-Shaked Group | Interim fee application | Update and revise initial report | 1st interim | 300.00 | 0.30 | 90.00 |
| 5/19/2025 | WJD | Michel-Shaked Group | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 5/19/2025 | WJD | Client administration | Fee hearing | Review e-mail | From sb ycst re change to fee hearing | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square, #1225**

**Wilmington, DE 19806**

FEIN: 27-0822707

| | |
|---|---|
| **Invoice to:** | **Invoice Date:** 6/17/2025 |
| | **Invoice Number:** 1050-0625 |
| **Franchise Group, Inc.** | **Project:** Franchise Group, Inc. |
| **2371 Liberty Way** | **Bankruptcy Professional Fee Exam** |
| **Virginia Beach, VA 23456** | |

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**For Services 04/15/25 Through 06/02/25**

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/20/2025 | WJD | Akin Gump | Monthly fee application | Review e-mail | From th ag re data iles | 300.00 | 0.10 | 30.00 |
| 5/20/2025 | WJD | Client administration | Court docket | Update and revise database | FRG | 300.00 | 0.20 | 60.00 |
| 5/21/2025 | WJD | Krolll Restructuring Administration LLC | Monthly fee application | Review e-mail | From cu kr re fee apps | 300.00 | 0.10 | 30.00 |
| 5/22/2025 | WJD | Krolll Restructuring Administration LLC | Monthly fee application | Review e-mail | From dfo re fee app | 300.00 | 0.10 | 30.00 |
| 5/22/2025 | WJD | Young Conaway Stargatt & Taylor | Monthly fee application | Review e-mail | From bo ycst re data file | 300.00 | 0.10 | 30.00 |
| 5/23/2025 | WJD | Michel-Shaked Group | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 5/23/2025 | WJD | Petrillo Klein + Boxer | Monthly fee application | Review e-mail | From mk kr re fee app | 300.00 | 0.10 | 30.00 |
| 5/23/2025 | WJD | Michel-Shaked Group | Interim fee application | Update and revise report | 1st interim final report | 300.00 | 0.20 | 60.00 |
| 5/26/2025 | WJD | Michel-Shaked Group | Interim fee application | Review e-mail | From dfo re draft report | 300.00 | 0.10 | 30.00 |
| 5/27/2025 | WJD | Michel-Shaked Group | Interim fee application | Review e-mail | From dfo re final report | 300.00 | 0.10 | 30.00 |
| 5/27/2025 | WJD | Michel-Shaked Group | Interim fee application | Prepare and file | 1st interim final report | 300.00 | 0.30 | 90.00 |
| 5/27/2025 | WJD | Client administration | Court docket | Update and revise database | FRG | 300.00 | 0.30 | 90.00 |
| 5/27/2025 | WJD | Michel-Shaked Group | Interim fee application | Review e-mail | From klm ycst re final report | 300.00 | 0.10 | 30.00 |
| 5/28/2025 | WJD | Client administration | Final fee application | Review e-mail | From cm akix ptr re estimate | 300.00 | 0.10 | 30.00 |
| 5/28/2025 | WJD | Client administration | Final fee application | Review e-mail | From cm alix ptr re revised email | 300.00 | 0.10 | 30.00 |
| 5/28/2025 | WJD | Michel-Shaked Group | Interim fee application | Review e-mail | From klm ycst re final report | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

Direct Fee Review LLC
24A Trolley Square, #1225

Wilmington, DE 19806

FEIN: 27-0822707

**Invoice to:**

Franchise Group, Inc.
2371 Liberty Way
Virginia Beach, VA 23456

**Invoice Date:** 6/17/2025
**Invoice Number:** 1050-0625
**Project:** Franchise Group, Inc.
Bankruptcy Professional Fee Exam

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **For Services 04/15/25 Through 06/02/25** | | | | | | | | |
| 5/30/2025 | WJD | Pachulski Stang Ziehl Jones | Monthly fee application | Review e-mail | From atb pszj re fee app | 300.00 | 0.10 | 30.00 |
| 5/30/2025 | WJD | Client administration | Court docket | Update and revise database | FRG | 300.00 | 0.10 | 30.00 |
| 6/2/2025 | WJD | Pachulski Stang Ziehl Jones | Monthly fee application | Review e-mail | From atb pszj re data file | 300.00 | 0.10 | 30.00 |
| 6/2/2025 | WJD | Ashby Geddes | Monthly fee application | Review e-mail | From kmj ag re fee app | 300.00 | 0.10 | 30.00 |
| | | | | | | | 13.40 | $ 4,020.00 |
| 04/01/25 | DFO | Petrillo Klein | 1st Quarter | Draft Initial Report | t/c w C Hume re report & fwd word version by email | 300.00 | 0.10 | 30.00 |
| 04/01/25 | DFO | Kirkland & Ellis | 2nd Quarter | Review docket, update database & download files | review 2 retention orders | 300.00 | 0.20 | 60.00 |
| 04/02/25 | DFO | Young Conaway Stargatt & Taylor LLP | 1st Quarter | Draft Final Report | Review detailed response, draft report & fwd to WJD | 300.00 | 0.70 | 210.00 |
| 04/03/25 | DFO | Akin Gump | 1st Quarter | Draft Final Report | Review detailed response, draft report & fwd to WJD | 300.00 | 0.80 | 240.00 |
| 04/01/25 | DFO | Petrillo Klein | 1st Quarter | Draft Final Report | Review detailed response, draft report & fwd to WJD | 300.00 | 0.60 | 180.00 |
| 04/03/25 | DFO | Young Conaway Stargatt & Taylor LLP | 1st Quarter | Draft Final Report | edit, convert & fwd to K McElroy | 300.00 | 0.20 | 60.00 |

**Payment Remittance Address:**

Direct Fee Review LLC
24A Trolley Square, #1225

Wilmington, DE 19806

FEIN: 27-0822707

**Invoice to:**

Franchise Group, Inc.
2371 Liberty Way
Virginia Beach, VA 23456

| | |
|---|---|
| Invoice Date: | 6/17/2025 |
| Invoice Number: | 1050-0625 |
| Project: | Franchise Group, Inc. Bankruptcy Professional Fee Exam |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|

**For Services 04/15/25 Through 06/02/25**

| Date | Staff | Name | Quarter | Task | Detail | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/03/25 | DFO | Akin Gump | 1st Quarter | Draft Final Report | edit, convert & fwd to T Helfrick | 300.00 | 0.10 | 30.00 |
| 04/04/25 | DFO | Petrillo Klein | 1st Quarter | Draft Final Report | edit, convert & fwd to C Hume | 300.00 | 0.20 | 60.00 |
| 04/04/25 | DFO | Ernst & Young | 1st Quarter | Read & Reply to email | C Ingram re report, review & respond with questions | 300.00 | 0.30 | 90.00 |
| 04/04/25 | DFO | Ernst & Young | 1st Quarter | Draft Final Report | Review detailed response, draft report & fwd to WJD | 300.00 | 0.60 | 180.00 |
| 04/07/25 | DFO | Ernst & Young | 1st Quarter | Draft Final Report | C Ingram response, edit & fwd to C Ingram | 300.00 | 0.20 | 60.00 |
| 04/14/25 | DFO | Akin Gump | 1st Quarter | Read & Reply to email | Review COC & respond to T Helfrick | 300.00 | 0.10 | 30.00 |
| 04/14/25 | DFO | Young Conaway Stargatt & Taylor LLP | 1st Quarter | Draft Final Report | Review Debtor's pros COC & confirm agrees to DFR reports | 300.00 | 0.10 | 30.00 |
| 04/17/25 | DFO | Young Conaway Stargatt & Taylor LLP | 2nd Quarter | Read email & download files | B Olivere w Feb Fee app files | 300.00 | 0.10 | 30.00 |
| 04/21/25 | DFO | Pachulski | 2nd Quarter | Read email & download files | A Bates w Feb Fee App files | 300.00 | 0.10 | 30.00 |
| 04/21/25 | DFO | Deloitte & Touche | 2nd Quarter | Review docket, update database & download files | Jan Fee App | 300.00 | 0.10 | 30.00 |
| 04/24/25 | DFO | Ernst & Young | 2nd Quarter | Review docket, update database & download files | Feb Fee App | 300.00 | 0.10 | 30.00 |
| 04/24/25 | DFO | Perella Weinberg | 2nd Quarter | Read email & download files | A Bates w Feb Fee App files | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**  Direct Fee Review LLC
24A Trolley Square, #1225

Wilmington, DE 19806

FEIN: 27-0822707

| Invoice to: | | |
|---|---|---|
| Franchise Group, Inc.<br>2371 Liberty Way<br>Virginia Beach, VA 23456 | **Invoice Date:**<br>**Invoice Number:**<br>**Project:** | 6/17/2025<br>1050-0625<br>Franchise Group, Inc.<br>Bankruptcy Professional Fee Exam |

| Date | Staff | Description | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| **For Services 04/15/25 Through 06/02/25** | | | | | | | |
| 04/26/25 | DFO | Ashby & Geddes | 2nd Quarter | Read email & download files | K Jones w Feb Fee Apps (2) | 300.00 | 0.10 | 30.00 |
| 04/28/25 | DFO | Kirkland & Ellis | 2nd Quarter | Review docket, update database & download files | Feb Fee App | 300.00 | 0.10 | 30.00 |
| 04/28/25 | DFO | Ashby & Geddes | 2nd Quarter | Read email & download files | K Jones w Feb Fee ledes file | 300.00 | 0.10 | 30.00 |
| 04/29/25 | DFO | Akin Gump | 2nd Quarter | Read email & download files | T Helfrick w Feb Fee App files | 300.00 | 0.10 | 30.00 |
| 05/01/25 | DFO | Province, Inc. | 2nd Quarter | Read email & download files | A Bates w Feb Fee App | 300.00 | 0.10 | 30.00 |
| 05/01/25 | DFO | Kroll Restructuring | 2nd Quarter | Review docket, update database & download files | Mar Fee App | 300.00 | 0.10 | 30.00 |
| 05/01/25 | DFO | Deloitte & Touche | 2nd Quarter | Review docket, update database & download files | Feb Fee App | 300.00 | 0.10 | 30.00 |
| 05/05/25 | DFO | Chilmark Partners | 2nd Quarter | Review docket, update database & download files | Review Retention Order | 300.00 | 0.10 | 30.00 |
| 05/05/25 | DFO | Michel-Shaked Group | 2nd Quarter | Review docket, update database & download files | Review Retention Order | 300.00 | 0.10 | 30.00 |
| 05/05/25 | DFO | Michel-Shaked Group | 2nd Quarter | Read email & download files | A Bates w Mar - Apr Fee App files | 300.00 | 0.10 | 30.00 |
| 05/05/25 | DFO | Province, Inc. | 2nd Quarter | Read email & download files | A Bates w Mar Fee App | 300.00 | 0.10 | 30.00 |
| 05/07/25 | DFO | Ducera Partners | 2nd Quarter | Read email & download files | E Perez w Nov - Mar Fee App | 300.00 | 0.10 | 30.00 |

**Payment Remittance Address:**

**Direct Fee Review LLC**
**24A Trolley Square, #1225**

**Wilmington, DE 19806**

FEIN: 27-0822707

| Invoice to:<br><br>Franchise Group, Inc.<br>2371 Liberty Way<br>Virginia Beach, VA 23456 | | **Invoice Date:**<br>**Invoice Number:**<br>**Project:** | 6/17/2025<br>1050-0625<br>**Franchise Group, Inc.**<br>**Bankruptcy Professional Fee Exam** |
|---|---|---|---|

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**For Services 04/15/25 Through 06/02/25**

| Date | Staff | Party | Quarter | Task | Detail | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/12/25 | DFO | Pachulski | 2nd Quarter | Read email & download files | A Bates w Mar Fee App files | 300.00 | 0.10 | 30.00 |
| 05/15/25 | DFO | Michel-Shaked Group | 2nd Quarter | Prepare Data sheets | | 300.00 | 0.40 | 120.00 |
| 05/16/25 | DFO | Akin Gump | 2nd Quarter | Read email & download files | K Jones w Mar Fee App | 300.00 | 0.10 | 30.00 |
| 05/16/25 | DFO | Michel-Shaked Group | 2nd Quarter | math check & data correlation | | 300.00 | 0.80 | 240.00 |
| 05/16/25 | DFO | Michel-Shaked Group | 2nd Quarter | Draft Initial Report | | 300.00 | 0.60 | 180.00 |
| 05/19/25 | DFO | Michel-Shaked Group | 2nd Quarter | Draft Initial Report | Draft report & fwd to WJD edit, convert & fwd to A Bates | 300.00 | 0.20 | 60.00 |
| 05/20/25 | DFO | Akin Gump | 2nd Quarter | Read email & download files | T Helfrick w Mar Fee files | 300.00 | 0.10 | 30.00 |
| 05/21/25 | DFO | Kroll Restructuring | 2nd Quarter | Review docket, update database & download files | Apr Fee App | 300.00 | 0.10 | 30.00 |
| 05/22/25 | DFO | Kroll Restructuring | 2nd Quarter | Read email & download files | C Usaraga w Mar Fee files (3) | 300.00 | 0.10 | 30.00 |
| 05/22/25 | DFO | Kroll Restructuring | 2nd Quarter | Read email & download files | G Brunswick w excel files | 300.00 | 0.10 | 30.00 |
| 05/22/25 | DFO | Young Conaway Stargatt & Taylor LLP | 2nd Quarter | Read email & download files | B Olivere w ledes file | 300.00 | 0.10 | 30.00 |
| 05/23/25 | DFO | Petrillo Klein | 2nd Quarter | Review docket, update database & download files | Feb - Mar Fee App | 300.00 | 0.10 | 30.00 |
| 05/19/25 | DFO | Michel-Shaked Group | 2nd Quarter | Draft Final Report | Review detailed response, draft report & fwd to WJD | 300.00 | 0.40 | 120.00 |

**Payment Remittance Address:** **Direct Fee Review LLC**
**24A Trolley Square, #1225**

**Wilmington, DE 19806**

FEIN: 27-0822707

| | |
|---|---|
| **Invoice to:** | **Invoice Date:** 6/17/2025 |
| | **Invoice Number:** 1050-0625 |
| **Franchise Group, Inc.** | **Project:** **Franchise Group, Inc.** |
| **2371 Liberty Way** | **Bankruptcy Professional Fee Exam** |
| **Virginia Beach, VA 23456** | |

| Date | Staff | Description | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **For Services 04/15/25 Through 06/02/25** | | | | | | | | |
| 05/24/25 | DFO | Kroll Restructuring | 2nd Quarter | math check & data correlation | | 300.00 | 0.80 | 240.00 |
| 05/26/25 | DFO | Michel-Shaked Group | 2nd Quarter | Draft Final Report | edit, convert & fwd to A Bates & P Dionne | 300.00 | 0.20 | 60.00 |
| 05/30/25 | DFO | Pachulski | 2nd Quarter | Read email & download files | A Bates w Apr Fee Apps (2) | 300.00 | 0.10 | 30.00 |
| 06/02/25 | DFO | Deloitte & Touche | 2nd Quarter | Review docket, update database & download files | Apr Fee App | 300.00 | 0.10 | 30.00 |
| 06/02/25 | DFO | Pachulski | 2nd Quarter | Read email & download files | A Bates w Apr Fee ledes file | 300.00 | 0.10 | 30.00 |
| 06/02/25 | DFO | Ashby & Geddes | 2nd Quarter | Read email & download files | K Jones w Mar Fee app | 300.00 | 0.10 | 30.00 |
| | | | | | | | 10.50 | $ 3,150.00 |
| | | | | | | | 23.90 | $ 7,170.00 |

**Payment Remittance Address:**     **Direct Fee Review LLC**     **FEIN: 27-0822707**
**24A Trolley Square, #1225**

**Wilmington, DE 19806**

| Invoice to: | | |
|---|---|---|
| **Franchise Group, Inc.** | **Invoice Date:** | 6/17/2025 |
| **2371 Liberty Way** | **Invoice Number:** | 1050-0625 |
| **Virginia Beach, VA 23456** | **Project:** | **Franchise Group, Inc.** |
| | | **Bankruptcy Professional Fee Exam** |

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|

**For Services 04/15/25 Through 06/02/25**

**Cost Reimbursement:**

| Date | Description | Count | Rate | | Amount |
|---|---|---|---|---|---|
| | | | | | - |
| | Courtcall | 0 | $ | - | - |
| | | 0 | $ | - | - |
| | | 0 | $ | - | - |
| | | 0 | $ | - | - |
| | | | $ | - | - |
| | | | | **Total Costs** | **$ -** |

**Payment Remittance Address:**  **Direct Fee Review LLC**
24A Trolley Square, #1225

Wilmington, DE 19806

FEIN: 27-0822707

| Invoice to: | | |
|---|---|---|
| Franchise Group, Inc.<br>2371 Liberty Way<br>Virginia Beach, VA 23456 | **Invoice Date:**<br>**Invoice Number:**<br>**Project:** | 6/17/2025<br>1050-0625<br>Franchise Group, Inc.<br>Bankruptcy Professional Fee Exam |

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|

**For Services 04/15/25 Through 06/02/25**

| Please remit to: | | |
|---|---|---|
| **Direct Fee Review LLC**<br>**WJ Dryer**<br>24A Trolley Square, #1225<br><br>Wilmington, DE 19806 | **Invoice Total**<br><br>**Total Amount Payable** | $ 7,170.00<br><br>$ 11,946.00 |

**Statement:**

| | INVOICES/PAYMENTS | Total Fees | 20 Percent Holdback | 80 Percent Payable | Costs | Payments | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | $ - |
| 04/12/2025 | 1050-0325 | $ 23,880.00 | $ 4,776.00 | $ 19,104.00 | $ - | $ 19,104.00 | $ 4,776.00 |
| 06/17/2025 | 1050-0625 | $ 7,170.00 | $ 1,434.00 | $ 5,736.00 | $ - | $ - | $ 11,946.00 |
| | **TOTAL** | $ 31,050.00 | $ 6,210.00 | $ 24,840.00 | $ - | $ 19,104.00 | |