# Exhibit A
## Invoice



Remit to:
Hilco Diligence Services, LLC
5 Revere Dr Suite 300
Northbrook, IL 60062

# INVOICE

**Invoice:** CINV-15966
**Date:** 03/11/2025
**Terms:** Due Upon Receipt

Eric Seeton
Franchise Group - The Vitamin Shoppe & Pet Supplies Plus &
Buddy's Home Furnishings & American Freight
109 Innovation Ct.
Ste. J
Delaware, OH 43015
United States of America

RE: Franchise Group (VShoppe + Pet Sup.)

| Description | Amount |
|---|---|
| Fee | 125,000.00 |
| For field exam services | 125,000.00 |
| Reimbursements | 1,450.00 |
| Franchise Group Reimbursable Expenses | 1,450.00 |
| **Total** | **126,450.00** |
| **Payment Amount Applied** | **125,000.00** |
| **Open Amount Due (USD)** | **$1,450.00** |