**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE* | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy* | BILLED<br><br>In this fee application |
| Sr./Equity Partner/Shareholder | $1,600.00 | $1,762.36 |
| Of Counsel | $1,275.00 | $1,341.02 |
| Associates | $830.00 | $1,104.55 |
| Law Library Director | $595.00 | $657.86 |
| Paralegal | $585.00 | $631.76 |
| Case Management Assistants | $475.00 | $490.74 |
| All timekeepers aggregated** | $950.00** | $1,421.56 |

\* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2024, non-estate work represented approximately 8-10% of the Firm's revenues. It is expected that non-estate work in 2025 will represent approximately 8-10% of the Firms' revenues.

\**Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work

| | |
|---|---|
| Case Name: | Franchise Group, Inc., et al. |
| Case Number: | 24-12480 (LSS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 7/16/25 |
| Interim or Final: | Final |

4928-7563-0673.3 29177.00002

**EXHIBIT B**
**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Kornfeld, Alan J. | Partner | Bankruptcy | 1987 | 166.90 | $332,965.50 | $1,995.00 | $1,995.00 | 1 |
| Kornfeld, Alan J. | Partner | Bankruptcy | 1987 | 41.80 | $76,285.00 | $1,825.00 | $1,825.00 | 1 |
| Sandler, Bradford J. | Partner | Bankruptcy | 1996 | 218.70 | $414,436.50 | $1,895.00 | $1,895.00 | 1 |
| Sandler, Bradford J. | Partner | Bankruptcy | 1996 | 147.10 | $253,747.50 | $1,725.00 | $1,725.00 | 1 |
| Sandler, Bradford J. (Travel Rate) | Partner | Bankruptcy | 1996 | 7.00 | $6,037.50 | $862.50 | $862.50 | 1 |
| Sandler, Bradford J. | Partner | Bankruptcy | 1996 | 9.00 | $8,527.50 | $947.50 | $947.50 | 1 |
| Sandler, Bradford J. | Partner | Bankruptcy | 1996 | 0.30 | $0.00 | $0.00 | $0.00 | 1 |
| Wallen, Ben L. | Partner | Bankruptcy | 2016 | 1.50 | $1,612.50 | $1,075.00 | $1,075.00 | 1 |
| Wallen, Ben L. | Associate | Bankruptcy | 2016 | 11.30 | $11,017.50 | $975.00 | $975.00 | 1 |
| Glazer, Gabriel I. | Partner | Bankruptcy | 2006 | 3.70 | $6,105.00 | $1,650.00 | $1,650.00 | 1 |
| Glazer, Gabriel I. | Partner | Bankruptcy | 2006 | 37.30 | $55,763.50 | $1,495.00 | $1,495.00 | 1 |
| Demo, Gregory V. | Partner | Bankruptcy | 2008 | 2.00 | $3,050.00 | $1,525.00 | $1,525.00 | 1 |
| Demo, Gregory V. | Partner | Bankruptcy | 2008 | 46.00 | $64,170.00 | $1,395.00 | $1,395.00 | 1 |
| Demo, Gregory V. (Travel Rate) | Partner | Bankruptcy | 2008 | 4.60 | $3,208.50 | $697.50 | $697.50 | 1 |
| Nasatir, Iain A.W. | Partner | Bankruptcy | 1983 | 10.00 | $16,500.00 | $1,650.00 | $1,650.00 | 1 |
| Nasatir, Iain A.W. | Partner | Bankruptcy | 1983 | 18.00 | $27,450.00 | $1,525.00 | $1,525.00 | 1 |
| O'Neill, James E. | Partner | Bankruptcy | 2001 | 3.90 | $5,752.50 | $1,475.00 | $1,475.00 | 1 |
| Walker, Jim W. | Partner | Bankruptcy | 1985 | 278.00 | $549,050.00 | $1,975.00 | $1,975.00 | 1 |
| Walker, Jim W. | Partner | Bankruptcy | 1985 | 115.00 | $209,875.00 | $1,825.00 | $1,825.00 | 1 |
| Litvak, Maxim B. | Partner | Bankruptcy | 1997 | 33.80 | $58,305.00 | $1,725.00 | $1,725.00 | 1 |
| Litvak, Maxim B. | Partner | Bankruptcy | 1997 | 19.20 | $29,280.00 | $1,525.00 | $1,525.00 | 1 |
| Labov, Paul J. | Partner | Bankruptcy | 2002 | 109.20 | $174,174.00 | $1,595.00 | $1,595.00 | 1 |
| Labov, Paul J. | Partner | Bankruptcy | 2002 | 121.50 | $176,175.00 | $1,450.00 | $1,450.00 | 1 |
| Labov, Paul J. (Travel Rate) | Partner | Bankruptcy | 2002 | 8.70 | $6,307.50 | $725.00 | $725.00 | 1 |
| Labov, Paul J. (Travel Rate) | Partner | Bankruptcy | 2002 | 5.20 | $4,147.00 | $797.50 | $797.50 | 1 |
| Feinstein, Robert J. | Partner | Bankruptcy | 1982 | 188.30 | $367,185.00 | $1,950.00 | $1,950.00 | 1 |

4928-7563-0673.3 29177.00002

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Feinstein, Robert J. | Partner | Bankruptcy | 1982 | 80.80 | $149,480.00 | $1,850.00 | $1,850.00 | 1 |
| Feinstein, Robert J. (Travel Rate) | Partner | Bankruptcy | 1982 | 7.00 | $6,475.00 | $925.00 | $925.00 | 1 |
| Feinstein, Robert J. (Travel Rate) | Partner | Bankruptcy | 1982 | 8.00 | $7,800.00 | $975.00 | $975.00 | 1 |
| Cho, Shirley S. | Partner | Bankruptcy | 1997 | 44.70 | $68,167.50 | $1,525.00 | $1,525.00 | 1 |
| Cho, Shirley S. | Partner | Bankruptcy | 1997 | 29.80 | $41,571.00 | $1,395.00 | $1,395.00 | 1 |
| Cho, Shirley S. | Partner | Bankruptcy | 1997 | 0.40 | $0.00 | $0.00 | $0.00 | 1 |
| Levine, Beth E. | Counsel | Bankruptcy | 1983 | 270.20 | $364,770.00 | $1,350.00 | $1,350.00 | 1 |
| Levine, Beth E. | Counsel | Bankruptcy | 1983 | 92.30 | $113,067.50 | $1,225.00 | $1,225.00 | 1 |
| Levine, Beth E. (Travel Rate) | Counsel | Bankruptcy | 1983 | 6.00 | $3,675.00 | $612.50 | $612.50 | 1 |
| Robinson, Colin R. | Counsel | Bankruptcy | 1997 | 119.40 | $158,205.00 | $1,325.00 | $1,325.00 | 1 |
| Robinson, Colin R. | Counsel | Bankruptcy | 1997 | 83.70 | $100,021.50 | $1,195.00 | $1,195.00 | 1 |
| Robinson, Colin R. | Counsel | Bankruptcy | 1997 | 0.20 | $0.00 | $0.00 | $0.00 | 1 |
| Brandt, Gina F. | Counsel | Bankruptcy | 1996 | 3.40 | $4,123.50 | $1,195.00 | $1,195.00 | 1 |
| Kroop, Jordan A. | Counsel | Bankruptcy | 1995 | 76.70 | $124,637.50 | $1,625.00 | $1,625.00 | 1 |
| Kim, Jonathan J. | Counsel | Bankruptcy | 1995 | 40.40 | $52,318.00 | $1,295.00 | $1,295.00 | 1 |
| Kim, Jonathan J. | Counsel | Bankruptcy | 1995 | 43.20 | $61,560.00 | $1,425.00 | $1,425.00 | 1 |
| Dine, Jeffrey M. | Counsel | Bankruptcy | 1996 | 17.10 | $25,564.50 | $1,495.00 | $1,495.00 | 1 |
| Keane, Peter J. | Counsel | Bankruptcy | 2008 | 11.20 | $14,504.00 | $1,295.00 | $1,295.00 | 1 |
| Seidl, Michael R. | Counsel | Bankruptcy | 2000 | 1.50 | $1,942.50 | $1,295.00 | $1,295.00 | 1 |
| Flanagan, Tavi C. | Counsel | Bankruptcy | 1993 | 49.40 | $67,925.00 | $1,375.00 | $1,375.00 | 1 |
| Corma, Edward A. | Associate | Bankruptcy | 2018 | 19.40 | $15,431.00 | $795.00 | $795.00 | 1 |
| Wilson, Brooke E. | Associate | Bankruptcy | 2022 | 16.20 | $11,745.00 | $725.00 | $725.00 | 1 |
| Winograd, Hayley R. | Associate | Bankruptcy | 2018 | 133.50 | $153,525.00 | $1,150.00 | $1,150.00 | 1 |
| Winograd, Hayley R. | Associate | Bankruptcy | 2018 | 14.60 | $15,695.00 | $1,075.00 | $1,075.00 | 1 |
| Heckel, Theodore S. | Associate | Bankruptcy | 2018 | 166.10 | 203,472.50 | $1,225.00 | $1,225.00 | 1 |
| Heckel, Theodore S. | Associate | Bankruptcy | 2018 | 165.60 | $178,020.00 | $1,075.00 | $1,075.00 | 1 |
| Heckel, Theodore S. (Travel Rate) | Associate | Bankruptcy | 2018 | 7.10 | $3,816.25 | $537.50 | $537.50 | 1 |
| Heckel, Theodore S. | Associate | Bankruptcy | 2018 | 9.30 | $5,696.25 | $612.50 | $612.50 | 1 |
| Bates, Andrea T. | Paralegal | Bankruptcy | N/A | 163.10 | $106,015.00 | $650.00 | $650.00 | 1 |

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Bates, Andrea T. | Paralegal | Bankruptcy | N/A | 30.20 | $17,969.00 | $595.00 | $595.00 | 1 |
| Bates, Andrea T. | Paralegal | Bankruptcy | N/A | 0.80 | $0.00 | $0.00 | $0.00 | 1 |
| LaBrada, Kerri | Paralegal | Bankruptcy | N/A | 3.30 | $2,062.50 | $625.00 | $625.00 | 1 |
| Dassa, Beth D. | Paralegal | Bankruptcy | N/A | 0.30 | $178.50 | $595.00 | $595.00 | 1 |
| Cuniff, Patricia E. | Paralegal | Bankruptcy | N/A | 7.50 | $4,462.50 | $595.00 | $595.00 | 1 |
| Cuniff, Patricia E. | Paralegal | Bankruptcy | N/A | 11.50 | $7,187.50 | $625.00 | $625.00 | 1 |
| Jeffries, Patricia J. | Paralegal | Bankruptcy | N/A | 0.80 | $476.00 | $595.00 | $595.00 | 1 |
| Jeffries, Patricia J. | Paralegal | Bankruptcy | N/A | 1.00 | $650.00 | $650.00 | $650.00 | 1 |
| Hall, Nathan J. | Paralegal | Bankruptcy | N/A | 5.90 | $3,215.50 | $545.00 | $545.00 | 1 |
| Hall, Nathan J. | Paralegal | Bankruptcy | N/A | 0.60 | $357.00 | $595.00 | $595.00 | 1 |
| Knotts, Cheryl A. | Paralegal | Bankruptcy | N/A | 1.20 | $654.00 | $545.00 | $545.00 | 1 |
| Knotts, Cheryl A. | Paralegal | Bankruptcy | N/A | 1.90 | $1,092.50 | $575.00 | $575.00 | 1 |
| Flores, Melissa N | Paralegal | Bankruptcy | N/A | 0.20 | $125.00 | $625.00 | $625.00 | 1 |
| Yee, Karina K | Paralegal | Bankruptcy | N/A | 0.20 | $125.00 | $625.00 | $625.00 | 1 |
| Forrester, Leslie A. | Library | Bankruptcy | N/A | 2.10 | $1,417.50 | $675.00 | $675.00 | 1 |
| Forrester, Leslie A. | Library | Bankruptcy | N/A | 2.80 | $1,806.00 | $645.00 | $645.00 | 1 |
| Paul, Andrea R. | Case Management Assistant | Bankruptcy | N/A | 3.40 | $1,683.00 | $495.00 | $495.00 | 1 |
| Paul, Andrea R. | Case Management Assistant | Bankruptcy | N/A | 5.90 | $2,802.50 | $475.00 | $475.00 | 1 |
| Bouzoukis, Charles J. | Case Management Assistant | Bankruptcy | N/A | 20.40 | $10,098.00 | $495.00 | $495.00 | 1 |
| Bouzoukis, Charles J. | Case Management Assistant | Bankruptcy | N/A | 9.40 | $4,465.00 | $475.00 | $475.00 | 1 |
| Arnold, Gary L. | Case Management Assistant | Bankruptcy | N/A | 147.70 | $73,111.50 | $495.00 | $495.00 | 1 |
| Arnold, Gary L. | Case Management Assistant | Bankruptcy | N/A | 22.00 | $10,450.00 | $475.00 | $475.00 | 1 |
| Janet Grayson | Case Management Assistant | Bankruptcy | N/A | 0.30 | $0.00 | $0.00 | $0.00 | 1 |
| **TOTAL** | | | | **3567.70** | **$5,064,739.50** | | | |
| **Less fee write-off on First Interim Fee Application** | | | | | **($26,000.00)** | | | |

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| **Plus Fee Estimate** | | | | | $20,000.00 | | | |
| **Aggregate Fee Request** | | | | | $5,058,739.50 | | | |

| | |
|---|---|
| Case Name: | Franchise Group, Inc., et al. |
| Case Number: | 24-12480 (LSS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 7/16/25 |
| Interim or Final: | Final |

4928-7563-0673.3 29177.00002

# EXHIBIT C

## STAFFING PLAN

| CATEGORY OF TIMEKEEPER [1]<br>(using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 12 | $1,762.23 |
| Of Counsel | 9 | $1,341.02 |
| Associate | 4 | $1,104.55 |
| Law Library Director | 1 | $657.86 |
| Paralegal | 9 | $631.76 |
| Case Management Assistants | 3 | $490.74 |

[1] As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category.

| | |
|---|---|
| Case Name: | Franchise Group, Inc., et al. |
| Case Number: | 24-12480 (LSS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 7/16/25 |
| Interim or Final: | Final |

4928-7563-0673.3 29177.00002

# EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY CATEGORY

(*See* Guidelines ¶ C.8 for project category information)

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Asset Analysis and Recovery | 0.70 | $1,016.50 |
| Asset Disposition | 140.00 | $205,885.50 |
| Appeals | 112.40 | $180,611.00 |
| Bankruptcy Litigation | 1,268.60 | $1,960,293.00 |
| Case Administration | 238.00 | $185,468.00 |
| Claims Administration and Objections | 22.60 | $36,625.00 |
| PSZJ Compensation | 79.70 | $71,262.00 |
| Other Professional Compensation | 61.70 | $77,056.00 |
| Contract and Lease Matters | 22.40 | $26,906.00 |
| First/Second Day Matters | 41.90 | $51,098.00 |
| Financial Filings | 2.50 | $4,422.50 |
| Financing/Cash Collateral/Cash Management | 178.80 | $246,092.50 |
| General Creditors' Committee | 58.60 | $87,822.50 |
| Hearings | 346.00 | $411,285.50 |
| Insurance Coverage | 23.60 | $35,959.50 |
| Meetings of and Communications with Creditors | 2.80 | $3,346.00 |
| Litigation (Non-Bankruptcy) | 4.60 | $8,550.00 |
| Operations | 35.20 | $53,435.00 |
| Plan and Disclosure Statement | 725.10 | $1,188,853.50 |
| Relief From Stay | 1.20 | $1,961.00 |
| PSZJ Retention | 29.00 | $29,139.50 |
| Other Professional Retention | 90.90 | $126,108.50 |
| Stay Litigation | 9.20 | $15,852.00 |
| Travel | 71.90 | $55,690.50 |
| **TOTAL** | **3,567.40** | **$5,064,739.50** |
| **Less fee write-off on First Interim Fee Application** | | **($26,000.00)** |
| **Plus Fee Estimate** | | **$20,000.00** |
| **Aggregate Fee Request** | | **$5,058,739.50** |

| | |
|---|---|
| Case Name: | Franchise Group, Inc., et al. |
| Case Number: | 24-12480 (LSS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 7/16/25 |
| Interim or Final: | Final |

# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(*See* Guidelines ¶ C.8 for project category information)

| Expense | Total |
|---|---|
| Air Fare | $2,526.40 |
| Auto Travel Expense | $4,933.60 |
| Bloomberg | $322.25 |
| Working Meals | $507.91 |
| Delivery/Courier Service | $390.00 |
| Federal Express | $329.42 |
| Court Fees | $550.00 |
| Hotel Expense | $2,231.86 |
| Lexis/Nexis- Legal Research | $4,154.40 |
| Litigation Support Vendors | $14,014.31 |
| Pacer - Court Research | $2,768.20 |
| Postage | $186.86 |
| Reproduction Expense | $11,066.10 |
| Online Research | $6,500.75 |
| Transcript | $19,253.49 |
| **Grand Total** | **$69,735.55** |
| **Less expense write-off on First Interim Fee Application** | **($1,000.00)** |
| **Aggregate Expense Request** | **$68,735.55** |

| | |
|---|---|
| Case Name: | Franchise Group, Inc., et al. |
| Case Number: | 24-12480 (LSS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 7/16/25 |
| Interim or Final: | Final |

# EXHIBIT E

## SUMMARY COVER SHEET OF FEE APPLICATION

| | |
|---|---|
| **Name of Applicant:** | Pachulski Stang Ziehl & Jones LLP |
| Name of client: | Official Committee of Unsecured Creditors |
| Time period covered by this application: | November 21, 2024 – June 30, 2025 |
| Total compensation sought this period: | $5,058,739.50[1] |
| Total expenses sought this period: | $68,735.55[2] |
| Petition date: | November 3, 2024 |
| Retention date: | November 21, 2024 |
| Date of order approving employment: | January 28, 2025 |
| Total fees approved by interim order to date: | $0.00[3] |
| Total expenses approved by interim order to date: | $0.00 |
| Total allowed fees paid to date: | $3,893,085.20 |
| Total allowed expenses paid to date: | $61,664.40 |
| Blended rate in this application for all attorneys: | $1,540.53 |
| Blended rate in this application for all timekeepers: | $1,421.56 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $1,697,958.60 |

---

[1]  Any time or expenses incurred after June 6, 2025 relates to preparation of this Final Fee Application or those of the Committee's professionals and plan implementation. The amount requested also includes an estimated amount of $20,000 for additional time and expenses incurred in connection with final fee applications after June 30, 2025. This amount also includes a reduction in fees pursuant to the Fee Examiner in the amount of $26,000.

[2]  This amount also includes a reduction in expenses pursuant to the Fee Examiner in the amount of $1,000.

[3]  PSZJ filed their First Interim Fee Application on March 11, 2025, and a proposed order has been filed under certification of counsel, pending entry by the Court.

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $22,876.18 |
| Number of professionals included in this application: | 25 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 5 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | Yes. As disclosed in its retention application the Firm's standard hourly rates are subject to periodic adjustment. The actual rates charged are disclosed herein and in the attached invoices. |

| | |
|---|---|
| Case Name: | Franchise Group, Inc., et al. |
| Case Number: | 24-12480 (LSS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 7/16/25 |
| Interim or Final: | Final |

4928-7563-0673.3 29177.00002                    12