# Exhibit 1

## Closed Cases

## CLOSED CASES

| | |
|---|---|
| Freedom VCM Interco Holdings, Inc. | Case No. 24-12499 (LSS) |
| Freedom Receivables II, LLC | Case No. 24-12492 (LSS) |
| Freedom VCM Receivables, Inc. | Case No. 24-12506 (LSS) |
| Freedom VCM Interco, Inc. | Case No. 24-12502 (LSS) |
| Freedom VCM, Inc. | Case No. 24-12509 (LSS) |
| Franchise Group New Holdco, LLC | Case No. 24-12528 (LSS) |
| American Freight FFO, LLC | Case No. 24-12531 (LSS) |
| Franchise Group Acquisition TM, LLC | Case No. 24-12524 (LSS) |
| Franchise Group Intermediate Holdco, LLC | Case No. 24-12491 (LSS) |
| Franchise Group Intermediate L, LLC | Case No. 24-12495 (LSS) |
| Franchise Group Newco Intermediate AF, LLC | Case No. 24-12518 (LSS) |
| American Freight Group, LLC | Case No. 24 12490 (LSS) |
| American Freight Holdings, LLC | Case No. 24-12494 (LSS) |
| American Freight, LLC | Case No. 24-12527 (LSS) |
| American Freight Management Company, LLC | Case No. 24-12498 (LSS) |
| Franchise Group Intermediate S, LLC | Case No. 24-12504 (LSS) |
| Franchise Group Newco S, LLC | Case No. 24-12484 (LSS |
| American Freight Franchising, LLC | Case No. 24-12483 (LSS) |
| Home & Appliance Outlet, LLC | Case No. 24-12514 (LSS) |
| American Freight Outlet Stores, LLC | Case No. 24-12503 (LSS) |
| American Freight Franchisor, LLC | Case No. 24-12487 (LSS) |

## CLOSED CASES

| | |
|---|---|
| Franchise Group Intermediate B, LLC | Case No. 24-12529 (LSS) |
| Buddy's Newco, LLC | Case No. 24-12516 (LSS) |
| Buddy's Franchising and Licensing LLC | Case No. 24-12512 (LSS) |
| Franchise Group Intermediate V, LLC | Case No. 24-12511 (LSS) |
| Franchise Group Newco V, LLC | Case No. 24-12489 (LSS) |
| Franchise Group Intermediate BHF, LLC | Case No. 24-12486 (LSS) |
| Franchise Group Newco BHF, LLC | Case No. 24-12515 (LSS) |
| Valor Acquisition, LLC | Case No. 24-12505 (LSS) |
| Vitamin Shoppe Industries LLC | Case No. 24-12521 (LSS) |
| Vitamin Shoppe Global, LLC | Case No. 24-12517 (LSS) |
| Vitamin Shoppe Mariner, LLC | Case No. 24-12523 (LSS) |
| Vitamin Shoppe Procurement Services, LLC | Case No. 24 12532 (LSS) |
| Vitamin Shoppe Franchising, LLC | Case No. 24-12513 (LSS) |
| Vitamin Shoppe Florida, LLC | Case No. 24-12510 (LSS) |
| Betancourt Sports Nutrition, LLC | Case No. 24-12507 (LSS) |
| Franchise Group Intermediate PSP, LLC | Case No. 24-12500 (LSS) |
| Franchise Group Newco PSP, LLC | Case No. 24-12522 (LSS) |
| PSP Midco, LLC | Case No. 24-12488 (LSS) |
| Pet Supplies "Plus", LLC | Case No. 24-12519 (LSS) |
| PSP Group, LLC | Case No. 24-12482 (LSS) |
| PSP Service Newco, LLC | Case No. 24-12493 (LSS) |

## CLOSED CASES

| | |
|---|---|
| WNW Franchising, LLC | Case No. 24-12525 (LSS) |
| WNW Stores, LLC | Case No. 24-12530 (LSS) |
| PSP Stores, LLC | Case No. 24-12497 (LSS) |
| PSP Franchising, LLC | Case No. 24-12481 (LSS) |
| PSP Subco, LLC | Case No. 24-12501 (LSS) |
| PSP Distribution, LLC | Case No. 24-12526 (LSS) |
| Franchise Group Intermediate SL, LLC | Case No. 24-12508 (LSS) |
| Franchise Group Newco SL, LLC | Case No. 24-12485 (LSS) |
| Educate, Inc. | Case No. 24-12520 (LSS) |