## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRANCHISE GROUP, INC., *et al.,*[1] | ) Case No. 24-12480 (LSS) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF AGENDA FOR
## HEARING OF MATTERS SCHEDULED FOR
## JULY 22, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME)

### WITH PERMISSION FROM THE COURT, THIS HEARING IS CANCELLED AS NO MATTERS ARE GOING FORWARD

*[Continued on Next Page]*

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Reorganized Debtors' headquarters is located at 2371 Liberty Way, Virginia Beach, Virginia 23456.

**ADJOURNED/RESOLVED MATTERS**

1.    Reorganized Debtors' Motion for Entry of a Final Decree and Order Closing Certain of the
      Reorganized Debtors' Chapter 11 Cases [D.I. 1677, 6/27/25]

      Objection Deadline:    July 11, 2025, at 4:00 p.m. (prevailing Eastern Time)

      Related Documents:

            A.    Certification of Counsel Regarding Revised Proposed Final Decree and Order
                  Closing Certain of the Reorganized Debtors' Chapter 11 Cases [D.I. 1724,
                  7/14/25]

            B.    Final Decree and Order Closing Certain of the Reorganized Debtors' Chapter
                  11 Cases [D.I. 1731, 7/16/25]

      Responses Received:

            C.    Informal Response from Counsel to the Litigation Trustee

      Status:        An order has been entered.  A hearing is not required.

2.    Motion of Coyote Logistics LLC for Allowance and Payment of Administrative Expense
      Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 1692, 7/3/25]

      Objection Deadline:    July 15, 2025, at 4:00 p.m. (prevailing Eastern Time); extended for
                             the Debtors to August 5, 2025

      Related Documents:  None to date.

      Responses Received:  None to date.

      Status:        The parties have agreed to adjourn this matter to the August 19, 2025
                     omnibus hearing date.

3.    Carlos Linares' Motion for an Order Modifying Stay and/or Any Plan Injunction
      [D.I. 1693, 7/7/25]

      Objection Deadline:    July 15, 2025, at 4:00 p.m. (prevailing Eastern Time); extended for
                             the Debtors to August 5, 2025

      Related Documents:  None to date.

      Responses Received:  None to date.

      Status:        The parties have agreed to adjourn this matter to the August 19, 2025
                     omnibus hearing date.

4.      The Gazzo Parties' Motion for an Order (I) Determining Escrowed Funds to be Non-Estate Property and Compelling Disbursement; (II) Granting, in the Alternative, an Administrative Expense Claim and Payment from Escrowed Funds; and (III) Granting Related Relief [(Sealed) D.I. 1697, (Redacted) D.I. 1713, 7/10/25]

Objection Deadline:   July 15, 2025, at 4:00 p.m. (prevailing Eastern Time); extended for the Debtors to August 1, 2025

Related Documents:

A.   The Gazzo Parties' Motion for Entry of an Order Authorizing the Filing Under Seal of the Gazzo Parties' Motion for an Order (I) Determining Escrowed Funds to be Non-Estate Property and Compelling Disbursement; (II) Granting, in the Alternative, an Administrative Expense Claim and Payment from Escrowed Funds; and (III) Granting Related Relief [D.I. 1716, 7/10/25]

Responses Received:  None to date.

Status:        The parties have agreed to adjourn this matter to the August 19, 2025 omnibus hearing date.

[*Signature Page Follows*]

Dated:  July 18, 2025
Wilmington, Delaware

*/s/ Allison S. Mielke*

| **YOUNG CONAWAY STARGATT &** | **KIRKLAND & ELLIS LLP** |
|---|---|
| **TAYLOR, LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |

| | |
|---|---|
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone:    (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile:    (212) 446-4900 |
| Telephone:    (302) 571-6600 | Email:    joshua.sussberg@kirkland.com |
| Facsimile:    (302) 571-1253 | nicole.greenblatt@kirkland.com |
| Email:    emorton@ycst.com | derek.hunter@kirkland.com |
| mlunn@ycst.com | |
| amielke@ycst.com | - and - |
| sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone:    (415) 439-1400 |
| | Facsimile:    (415) 439-1500 |
| | Email:    mark.mckane@kirkland.com |
| | |
| *Co-Counsel to the Reorganized Debtors* | *Co-Counsel to the Reorganized Debtors* |