# Exhibit A

**Summary of Time Detail by Matter Category For Fee Period
November 26, 2024 Through June 2, 2025**

303453930v5_342720-00012 7/16/2025 4:42 PM
4915-7710-3447.1 29177.00002

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**

**Exhibit A**                                                                                          *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*

*For the period November 25, 2024 through June 02, 2025*

## TIME RECORDS BY CATEGORY
### November 25, 2024 - June 02, 2025

| Category | Total Hours |
|---|---:|
| General Case Administration | 149.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 53.0 |
| Debtor Meetings and Discussions | 71.0 |
| Creditor Meetings and Discussions | 11.0 |
| PWP Retention | 1.0 |
| Travel | 8.0 |
| Due Diligence, Business Plan and Related Analyses | 108.5 |
| Valuation Analysis | 15.0 |
| **Total Hours** | **416.5** |