**Exhibit B**

**Summary of Time Detail by Professional For Fee Period
November 26, 2024 Through June 2, 2025**

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Mendelsohn (Partner)**                                                                                                                                                       *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through June 02, 2025*

| Bruce Mendelsohn (Partner) - Case Hours Summary | |
|---|---:|
| **Categories** | **Hours** |
| General Case Administration | 12.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 8.5 |
| Debtor Meetings and Discussions | 10.0 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 1.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 16.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **50.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Activity | Category |
| 11/26/24 | Tuesday | 0.5 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 11/27/24 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/30/24 | Saturday | 0.5 | Call with UCC Financial Advisor | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/04/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/04/24 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 12/06/24 | Friday | 0.5 | Internal Administration | General Case Administration |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 0.5 | Internal Administration | General Case Administration |
| 12/11/24 | Wednesday | 0.5 | Sale Process Updates | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/11/24 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/16/24 | Monday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/19/24 | Thursday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/20/24 | Friday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/27/24 | Friday | 0.5 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/09/25 | Thursday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/13/25 | Monday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/15/25 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 0.3 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/17/25 | Friday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/22/25 | Wednesday | 1.0 | Review Materials | Due Diligence, Business Plan and Related Analyses |
| 01/22/25 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 01/23/25 | Thursday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/23/25 | Thursday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 01/29/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/04/25 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/04/25 | Tuesday | 0.5 | Retention Application Matters | PWP Retention |
| 02/05/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/06/25 | Thursday | 0.5 | Retention Application Matters | PWP Retention |
| 02/12/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/19/25 | Wednesday | 0.5 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/26/25 | Wednesday | 0.5 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 03/11/25 | Tuesday | 1.5 | Expert Testimony Review | Due Diligence, Business Plan and Related Analyses |
| 03/12/25 | Wednesday | 0.5 | Discussions with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Expert Testimony Review | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Mendelsohn (Partner)**                                                                                                                                                   *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through June 02, 2025*

| Bruce Mendelsohn (Partner) - Case Hours Summary ||
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 12.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 8.5 |
| Debtor Meetings and Discussions | 10.0 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 1.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 16.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.0 |
| **Total** | **50.5** |

| Case Hours Detail |||||
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 03/14/25 | Friday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Internal Administration | General Case Administration |
| 03/14/25 | Friday | 0.5 | Discussions with UCC Counsel | General Case Administration |
| 03/20/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 03/24/25 | Monday | 0.5 | Emailing with Debtor Banker | Debtor Meetings and Discussions |
| 03/31/25 | Monday | 0.5 | Fee Application | First Monthly Fee Statement CNO Review | General Case Administration |
| 04/06/25 | Sunday | 0.5 | Emailing with Debtor Banker | Debtor Meetings and Discussions |
| 04/07/25 | Monday | 0.5 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 04/10/25 | Thursday | 1.0 | Internal Emailing | General Case Administration |
| 05/14/25 | Wednesday | 0.5 | Fee Application | Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Matt Rahmani (Managing Director)**                                                                                                                                 *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through June 02, 2025*

| Matt Rahmani (Managing Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 13.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 7.5 |
| Debtor Meetings and Discussions | 10.0 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 22.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.5 |
| **Total** | **55.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/26/24 | Tuesday | 0.5 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 11/27/24 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/30/24 | Saturday | 0.5 | Call with UCC Financial Advisor | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/04/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/04/24 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 12/06/24 | Friday | 0.5 | Internal Administration | General Case Administration |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 0.5 | Internal Administration | General Case Administration |
| 12/11/24 | Wednesday | 0.5 | Sale Process Updates | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/11/24 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/16/24 | Monday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/17/24 | Tuesday | 0.5 | Process Discussions | Valuation Analysis |
| 12/18/24 | Wednesday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 1.0 | Internal Filings | General Case Administration |
| 12/18/24 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/19/24 | Thursday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/20/24 | Friday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 1.5 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/06/25 | Monday | 3.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/13/25 | Monday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/15/25 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 1.0 | Process Discussions | General Case Administration |
| 01/17/25 | Friday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/22/25 | Wednesday | 1.0 | Review Materials | Due Diligence, Business Plan and Related Analyses |
| 01/22/25 | Wednesday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 01/23/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 01/23/25 | Thursday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 01/29/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/04/25 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/05/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/07/25 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/12/25 | Wednesday | 1.0 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/19/25 | Wednesday | 0.5 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |
| 02/26/25 | Wednesday | 0.5 | Review Internal Materials | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Matt Rahmani (Managing Director)**                                                                                              *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through June 02, 2025*

| Matt Rahmani (Managing Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 13.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 7.5 |
| Debtor Meetings and Discussions | 10.0 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 22.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.5 |
| **Total** | **55.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 02/27/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 03/11/25 | Tuesday | 1.5 | Expert Testimony Review | Due Diligence, Business Plan and Related Analyses |
| 03/12/25 | Wednesday | 0.5 | Discussions with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Expert Testimony Review | Due Diligence, Business Plan and Related Analyses |
| 03/14/25 | Friday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Internal Administration | General Case Administration |
| 03/14/25 | Friday | 0.5 | Review of Materials | General Case Administration |
| 03/31/25 | Monday | 0.5 | Fee Application | First Monthly Fee Statement CNO Review | General Case Administration |
| 04/07/25 | Monday | 0.5 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 05/14/25 | Wednesday | 0.5 | Fee Application | Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Baker (Associate)**                                                                                                  *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through June 02, 2025*

### Bruce Baker (Associate) - Case Hours Summary

| Categories | Hours |
|---|---|
| General Case Administration | 52.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 11.3 |
| Debtor Meetings and Discussions | 15.5 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 8.0 |
| Due Diligence, Business Plan and Related Analyses | 30.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 1.0 |
| **Total** | **120.3** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/26/24 | Tuesday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 2.0 | Bidding Procedures Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/27/24 | Wednesday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/29/24 | Friday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 0.5 | Call with UCC Financial Advisor | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/02/24 | Monday | 1.0 | DIP Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/04/24 | Wednesday | 1.5 | Internal Filings | General Case Administration |
| 12/06/24 | Friday | 6.0 | Chris Grubb Deposition | General Case Administration |
| 12/06/24 | Friday | 0.5 | Internal Administration | General Case Administration |
| 12/09/24 | Monday | 5.0 | Neil Augustine Deposition | General Case Administration |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/09/24 | Monday | 0.5 | Internal Filings | General Case Administration |
| 12/09/24 | Monday | 4.0 | Travel | Travel |
| 12/10/24 | Tuesday | 1.0 | TWCF Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/10/24 | Tuesday | 4.0 | Travel | Travel |
| 12/10/24 | Tuesday | 5.0 | Meetings in Delaware Courtroom | Debtor Meetings and Discussions |
| 12/11/24 | Wednesday | 0.5 | Internal Administration | General Case Administration |
| 12/11/24 | Wednesday | 0.5 | Sale Process Updates | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/15/24 | Sunday | 0.5 | Call Scheduling with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/16/24 | Monday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/16/24 | Monday | 0.5 | Process Discussions | Valuation Analysis |
| 12/17/24 | Tuesday | 0.5 | Process Discussions | Valuation Analysis |
| 12/18/24 | Wednesday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 1.0 | Internal Filings | General Case Administration |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/20/24 | Friday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/24/24 | Tuesday | 1.0 | Diligence Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/26/24 | Thursday | 1.0 | Internal Filings | General Case Administration |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/31/24 | Tuesday | 0.5 | Internal Case Analysis | Due Diligence, Business Plan and Related Analyses |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 3.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/06/25 | Monday | 2.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 2.5 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Case Documentation Analysis | Due Diligence, Business Plan and Related Analyses |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/13/25 | Monday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 1.0 | Process Discussions | General Case Administration |
| 01/17/25 | Friday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/21/25 | Tuesday | 2.5 | Internal Tracking | General Case Administration |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Bruce Baker (Associate)**                                                                                                              *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through June 02, 2025*

| Bruce Baker (Associate) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 52.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 11.3 |
| Debtor Meetings and Discussions | 15.5 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 8.0 |
| Due Diligence, Business Plan and Related Analyses | 30.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 1.0 |
| **Total** | **120.3** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 01/23/25 | Thursday | 0.5 | Debtor Call Scheduling | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/27/25 | Monday | 2.0 | Internal Tracking | General Case Administration |
| 01/29/25 | Wednesday | 1.0 | Review Materials | Due Diligence, Business Plan and Related Analyses |
| 02/04/25 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/04/25 | Tuesday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 02/07/25 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/17/25 | Monday | 1.0 | Internal Tracking | General Case Administration |
| 02/18/25 | Tuesday | 0.5 | Fee Application Work | General Case Administration |
| 02/20/25 | Thursday | 0.5 | Fee Application Work | General Case Administration |
| 02/24/25 | Monday | 0.5 | Fee Application | First Monthly Fee Statement Drafting | General Case Administration |
| 02/27/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/28/25 | Friday | 0.5 | Fee Application Review | General Case Administration |
| 03/03/25 | Monday | 0.5 | Fee Application | First Monthly Fee Statement Drafting | General Case Administration |
| 03/05/25 | Wednesday | 1.0 | Fee Application | First Monthly Fee Statement Drafting | General Case Administration |
| 03/06/25 | Thursday | 0.5 | Fee Application | First Monthly Fee Statement Drafting | General Case Administration |
| 03/10/25 | Monday | 0.5 | Internal Tracking | General Case Administration |
| 03/10/25 | Monday | 1.0 | Fee Application | Second Monthly Fee Statement Drafting | General Case Administration |
| 03/10/25 | Monday | 1.0 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 03/11/25 | Tuesday | 1.0 | Fee Application | Second Monthly Fee Statement Drafting | General Case Administration |
| 03/11/25 | Tuesday | 0.5 | Process Discussions | General Case Administration |
| 03/11/25 | Tuesday | 1.5 | Expert Testimony Review | Due Diligence, Business Plan and Related Analyses |
| 03/12/25 | Wednesday | 0.5 | Discussions with UCC Counsel | General Case Administration |
| 03/12/25 | Wednesday | 0.5 | Call Scheduling with UCC Counsel | General Case Administration |
| 03/12/25 | Wednesday | 1.0 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 03/13/25 | Thursday | 1.5 | Expert Testimony Review | Due Diligence, Business Plan and Related Analyses |
| 03/14/25 | Friday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Internal Administration | General Case Administration |
| 03/14/25 | Friday | 0.5 | Review of Materials | General Case Administration |
| 03/17/25 | Monday | 0.5 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 03/21/25 | Friday | 1.0 | Fee Examiner Resolutions | General Case Administration |
| 03/23/25 | Sunday | 0.5 | Fee Examiner Resolutions | General Case Administration |
| 03/24/25 | Monday | 0.5 | Fee Examiner Resolutions | General Case Administration |
| 03/25/25 | Tuesday | 0.5 | Fee Examiner Resolutions | General Case Administration |
| 03/27/25 | Thursday | 1.0 | Internal Emailing | Due Diligence, Business Plan and Related Analyses |
| 03/28/25 | Friday | 0.5 | Fee Examiner Resolutions | General Case Administration |
| 03/31/25 | Monday | 0.5 | Fee Application | First Monthly Fee Statement CNO Review | General Case Administration |
| 04/07/25 | Monday | 0.5 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 04/10/25 | Thursday | 1.0 | Internal Emailing | General Case Administration |
| 04/15/25 | Tuesday | 0.5 | Fee Application | Second Monthly Fee Statement | General Case Administration |
| 04/16/25 | Wednesday | 0.5 | Internal Emailing | Due Diligence, Business Plan and Related Analyses |
| 04/16/25 | Wednesday | 1.0 | Internal Emailing | Due Diligence, Business Plan and Related Analyses |
| 04/21/25 | Monday | 1.0 | Fee Application | Third Monthly Fee Statement | General Case Administration |
| 04/28/25 | Monday | 0.5 | Review of Materials | Due Diligence, Business Plan and Related Analyses |
| 05/14/25 | Wednesday | 0.5 | Fee Application | Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |
| 05/16/25 | Friday | 0.5 | Fee Application | Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |
| 05/19/25 | Monday | 0.5 | Fee Application | Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |
| 05/20/25 | Tuesday | 5.0 | FRG Confirmation Hearing | General Case Administration |
| 05/20/25 | Tuesday | 0.5 | Internal Emailing | General Case Administration |
| 05/21/25 | Wednesday | 0.5 | Discussions with UCC Counsel | General Case Administration |
| 05/23/25 | Friday | 1.5 | Fee Application | Funds Flow | General Case Administration |
| 05/27/25 | Tuesday | 1.0 | Internal Emailing | General Case Administration |
| 05/28/25 | Wednesday | 0.5 | Internal Emailing | General Case Administration |
| 06/02/25 | Monday | 1.0 | Fee Application | Funds Flow | General Case Administration |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Daniel Augustine (Analyst)**                                                                                                                    STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION
*For the period November 25, 2024 through June 02, 2025*

### Daniel Augustine (Analyst) - Case Hours Summary

| Categories | Hours |
|---|---|
| General Case Administration | 66.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 10.8 |
| Debtor Meetings and Discussions | 11.5 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 27.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.5 |
| **Total** | **117.8** |

### Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/26/24 | Tuesday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 2.0 | Bidding Procedures Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/27/24 | Wednesday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/29/24 | Friday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 0.5 | Call with UCC Financial Advisor | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/02/24 | Monday | 1.0 | DIP Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/04/24 | Wednesday | 1.5 | Internal Filings | General Case Administration |
| 12/06/24 | Friday | 6.0 | David Orlofsky Deposition | General Case Administration |
| 12/06/24 | Friday | 0.5 | Internal Administration | General Case Administration |
| 12/09/24 | Monday | 5.0 | Neil Augustine Deposition | General Case Administration |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/09/24 | Monday | 0.5 | Internal Filings | General Case Administration |
| 12/10/24 | Tuesday | 1.0 | TWCF Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/11/24 | Wednesday | 0.5 | Internal Administration | General Case Administration |
| 12/11/24 | Wednesday | 0.5 | Sale Process Updates | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.3 | Internal Sale Process Update | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/16/24 | Monday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/17/24 | Tuesday | 0.5 | Process Discussions | Valuation Analysis |
| 12/18/24 | Wednesday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 1.0 | Internal Filings | General Case Administration |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/20/24 | Friday | 0.5 | Call with 2L / HoldCo Banker | Creditor Meetings and Discussions |
| 12/24/24 | Tuesday | 1.0 | Diligence Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/26/24 | Thursday | 1.0 | Internal Filings | General Case Administration |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/31/24 | Tuesday | 0.5 | Internal Case Analysis | Due Diligence, Business Plan and Related Analyses |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 3.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/06/25 | Monday | 2.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 2.5 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/13/25 | Monday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/15/25 | Wednesday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 1.0 | Process Discussions | General Case Administration |
| 01/17/25 | Friday | 0.5 | Communication with UCC Members | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/21/25 | Tuesday | 2.0 | Internal Tracking | General Case Administration |
| 01/21/25 | Tuesday | 2.5 | Internal Tracking | General Case Administration |
| 01/23/25 | Thursday | 0.5 | Debtor Call Scheduling | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 1.0 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/24/25 | Friday | 3.0 | Internal Tracking | General Case Administration |
| 01/27/25 | Monday | 2.0 | Internal Tracking | General Case Administration |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Daniel Augustine (Analyst)**                                                                                                              STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION
*For the period November 25, 2024 through June 02, 2025*

| Daniel Augustine (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Case Administration | 66.0 |
| Committee Meetings and Discussions and POR and M&A Strategies | 10.8 |
| Debtor Meetings and Discussions | 11.5 |
| Creditor Meetings and Discussions | 2.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 27.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 0.5 |
| **Total** | **117.8** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Activity | Category |
| 01/29/25 | Wednesday | 1.0 | Review Materials | Due Diligence, Business Plan and Related Analyses |
| 01/30/25 | Thursday | 0.5 | Call Scheduling with Debtor Banker | Debtor Meetings and Discussions |
| 02/04/25 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/04/25 | Tuesday | 0.5 | Process Discussions | Committee Meetings and Discussions and POR and M&A Strategies |
| 02/04/25 | Tuesday | 2.0 | Internal Filings | General Case Administration |
| 02/06/25 | Thursday | 0.5 | Call Scheduling with Debtor Banker | Debtor Meetings and Discussions |
| 02/07/25 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/10/25 | Monday | 1.0 | Internal Tracking | General Case Administration |
| 02/18/25 | Tuesday | 0.5 | Fee Application Work | General Case Administration |
| 02/20/25 | Thursday | 0.5 | Fee Application Work | General Case Administration |
| 02/23/25 | Sunday | 3.0 | Fee Application | First Monthly Fee Statement Drafting | General Case Administration |
| 02/24/25 | Monday | 0.5 | Fee Application | First Monthly Fee Statement Drafting | General Case Administration |
| 02/24/25 | Monday | 1.0 | Internal Tracking | General Case Administration |
| 02/25/25 | Tuesday | 1.0 | Internal Tracking | General Case Administration |
| 02/27/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/28/25 | Friday | 0.5 | Fee Application Review | General Case Administration |
| 03/02/25 | Sunday | 0.5 | Fee Application Work | General Case Administration |
| 03/03/25 | Monday | 1.5 | Internal Tracking | General Case Administration |
| 03/04/25 | Tuesday | 0.5 | Fee Application | First Monthly Fee Statement Drafting | General Case Administration |
| 03/05/25 | Wednesday | 1.0 | Fee Application | First Monthly Fee Statement Drafting | General Case Administration |
| 03/06/25 | Thursday | 0.5 | Fee Application | First Monthly Fee Statement Drafting | General Case Administration |
| 03/10/25 | Monday | 1.0 | Fee Application | Second Monthly Fee Statement Drafting | General Case Administration |
| 03/10/25 | Monday | 1.0 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 03/11/25 | Tuesday | 1.0 | Fee Application | Second Monthly Fee Statement Drafting | General Case Administration |
| 03/11/25 | Tuesday | 0.5 | Process Discussions | General Case Administration |
| 03/11/25 | Tuesday | 1.5 | Expert Testimony Review | Due Diligence, Business Plan and Related Analyses |
| 03/12/25 | Wednesday | 0.5 | Discussions with UCC Counsel | General Case Administration |
| 03/12/25 | Wednesday | 0.5 | Call Scheduling with UCC Counsel | General Case Administration |
| 03/12/25 | Wednesday | 1.0 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 03/13/25 | Thursday | 1.5 | Expert Testimony Review | Due Diligence, Business Plan and Related Analyses |
| 03/13/25 | Thursday | 1.5 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 03/14/25 | Friday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Internal Administration | General Case Administration |
| 03/14/25 | Friday | 0.5 | Review of Materials | General Case Administration |
| 03/17/25 | Monday | 0.5 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 03/21/25 | Friday | 1.0 | Fee Examiner Resolutions | General Case Administration |
| 03/28/25 | Friday | 0.5 | Fee Application | Interim Fee Statement | General Case Administration |
| 03/31/25 | Monday | 0.5 | Fee Application | First Monthly Fee Statement CNO Review | General Case Administration |
| 04/07/25 | Monday | 0.5 | Fee Application | Interim Fee Statement Drafting | General Case Administration |
| 04/15/25 | Tuesday | 0.5 | Fee Application | Second Monthly Fee Statement | General Case Administration |
| 04/16/25 | Wednesday | 0.5 | Internal Emailing | Due Diligence, Business Plan and Related Analyses |
| 04/17/25 | Thursday | 1.5 | Fee Application | Third Monthly Fee Statement | General Case Administration |
| 04/21/25 | Monday | 1.0 | Fee Application | Third Monthly Fee Statement | General Case Administration |
| 04/21/25 | Monday | 1.0 | Fee Application | Third Monthly Fee Statement | General Case Administration |
| 04/28/25 | Monday | 0.5 | Review of Materials | Due Diligence, Business Plan and Related Analyses |
| 05/14/25 | Wednesday | 0.5 | Fee Application | Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |
| 05/16/25 | Friday | 0.5 | Fee Application | Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |
| 05/19/25 | Monday | 0.5 | Fee Application | Third & Fourth Monthly Fee Statement | Due Diligence, Business Plan and Related Analyses |
| 05/20/25 | Tuesday | 1.5 | Internal Emailing | General Case Administration |
| 05/21/25 | Wednesday | 0.5 | Discussions with UCC Counsel | General Case Administration |
| 05/21/25 | Wednesday | 0.5 | Internal Emailing | General Case Administration |
| 05/23/25 | Friday | 1.5 | Fee Application | Funds Flow | General Case Administration |
| 05/27/25 | Tuesday | 1.0 | Internal Emailing | General Case Administration |
| 05/28/25 | Wednesday | 0.5 | Internal Emailing | General Case Administration |
| 06/02/25 | Monday | 1.0 | Fee Application | Funds Flow | General Case Administration |
| 06/02/25 | Monday | 2.0 | Fee Application | Fifth & Sixth Monthly Fee Statement | General Case Administration |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**James Wappler (Partner)**                                                                                                          *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through June 02, 2025*

## James Wappler (Partner) - Case Hours Summary

| Categories | Hours |
|---|---|
| General Case Administration | 0.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 5.0 |
| Debtor Meetings and Discussions | 7.0 |
| Creditor Meetings and Discussions | 1.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 0.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 4.0 |
| **Total** | **18.0** |

## Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/04/24 | Wednesday | 1.0 | Brand Value Analysis | Valuation Analysis |
| 12/05/24 | Thursday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/16/24 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/06/25 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 03/14/25 | Friday | 0.5 | Expert Testimony Review | Due Diligence, Business Plan and Related Analyses |
| 03/14/25 | Friday | 0.5 | Internal Administration | General Case Administration |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Kendyl Corber (Director)**                                                                                                       *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through June 02, 2025*

## Kendyl Corber (Director) - Case Hours Summary

| Categories | Hours |
|---|---|
| General Case Administration | 1.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 5.0 |
| Debtor Meetings and Discussions | 8.0 |
| Creditor Meetings and Discussions | 1.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 6.5 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 5.0 |
| **Total** | **27.0** |

## Case Hours Detail

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 1.0 | Bidding Procedures Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/29/24 | Friday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/04/24 | Wednesday | 1.0 | Brand Value Analysis | Valuation Analysis |
| 12/05/24 | Thursday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/16/24 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/16/24 | Monday | 0.5 | Process Discussions | Valuation Analysis |
| 12/17/24 | Tuesday | 0.5 | Process Discussions | Valuation Analysis |
| 12/18/24 | Wednesday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/06/25 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 1.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/04/25 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/27/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 03/14/25 | Friday | 0.5 | Expert Testimony Review | Due Diligence, Business Plan and Related Analyses |
| 03/14/25 | Friday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Internal Administration | General Case Administration |

**Illustrative Draft | Subject to Revision**
**Franchise Group, Inc.**
**Emma Golden (Analyst)**                                                                                                                *STRICTLY CONFIDENTIAL, NOT FOR FURTHER DISTRIBUTION*
*For the period November 25, 2024 through June 02, 2025*

| Emma Golden (Analyst) - Case Hours Summary | |
|---|---:|
| **Categories** | **Hours** |
| General Case Administration | 2.5 |
| Committee Meetings and Discussions and POR and M&A Strategies | 5.0 |
| Debtor Meetings and Discussions | 9.0 |
| Creditor Meetings and Discussions | 1.0 |
| PWP Retention | 0.0 |
| Travel | 0.0 |
| Due Diligence, Business Plan and Related Analyses | 6.0 |
| Expert Testimony and Hearing Preparations | 0.0 |
| Valuation Analysis | 4.0 |
| **Total** | **27.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Activity | Category |
| 11/26/24 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 11/27/24 | Wednesday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/27/24 | Wednesday | 1.0 | Bidding Procedures Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/29/24 | Friday | 0.5 | Call with 1L Creditor Banker | Creditor Meetings and Discussions |
| 11/29/24 | Friday | 0.5 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 11/29/24 | Friday | 2.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 11/30/24 | Saturday | 1.0 | Fee Analysis | Due Diligence, Business Plan and Related Analyses |
| 12/01/24 | Sunday | 1.0 | Call with UCC Advisors | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/02/24 | Monday | 1.0 | Management Presentation | VSI | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 1.0 | Management Presentation | PSP | Debtor Meetings and Discussions |
| 12/02/24 | Monday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/03/24 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/03/24 | Tuesday | 1.0 | Management Presentation | Buddy's | Debtor Meetings and Discussions |
| 12/03/24 | Tuesday | 0.5 | Management Presentation Analysis | General Case Administration |
| 12/03/24 | Tuesday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/04/24 | Wednesday | 1.0 | Brand Value Analysis | Valuation Analysis |
| 12/05/24 | Thursday | 1.5 | Brand Value Analysis | Valuation Analysis |
| 12/09/24 | Monday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/13/24 | Friday | 1.0 | Valuation Diligence List | Due Diligence, Business Plan and Related Analyses |
| 12/16/24 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/18/24 | Wednesday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 12/19/24 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 12/27/24 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/02/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/06/25 | Monday | 0.5 | Discussions with UCC Counsel | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/06/25 | Monday | 1.0 | Sale Process Update Materials | Due Diligence, Business Plan and Related Analyses |
| 01/07/25 | Tuesday | 1.0 | Call with UCC | Committee Meetings and Discussions and POR and M&A Strategies |
| 01/09/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/16/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 01/23/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/04/25 | Tuesday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/07/25 | Friday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 02/27/25 | Thursday | 0.5 | Call with Debtor Banker | Debtor Meetings and Discussions |
| 03/14/25 | Friday | 1.0 | Discussions with UCC Counsel | General Case Administration |
| 03/14/25 | Friday | 0.5 | Internal Administration | General Case Administration |

**Franchise Group, Inc.**
**PWP Fee Analysis**

|  | Calculation of Crediting Amount |
|---|---:|
|  | **$ Fee** |
| Monthly Fee | $175,000.00 |
| (x) Number of Months Accrued (Dec-24 - May-25) | 6x |
| (+) Pro-Rated November '24 Monthly Fee | 29,166.67 |
| (+) Pro-Rated June '25 Monthly Fee | 11,666.67 |
| **Total Monthly Fees Earned (Nov-24 to Jun-25)** | **$1,090,833.34** |
| (-) 6 Monthly Fees | (1,050,000.00) |
| **Total Monthly Fees Subject to Crediting** | **$40,833.34** |
| (x) 50% Crediting Multiplier | 50.0% |
| **Total Amount to be Credited against Transaction Fee** | **$20,416.67** |

|  | Monthly Fee Statement Payments to Date | |
|---|---:|---:|
|  | **$ Total** | **Received by PWP** |
| First Monthly Fee Statement | *November & December* | $204,166.67 | $163,333.34 |
| (+) Second Monthly Fee Statement | *January* | 175,000.00 | 140,000.00 |
| (+) Third Monthly Fee Statement | *February* | 175,000.00 | 140,000.00 |
| (+) Fourth Monthly Fee Statement | *March* | 175,000.00 | 140,000.00 |
| **Total Monthly Fees (November '24 - March '25)** | **$729,166.67** | **$583,333.34** |

|  | Total Fee Build |
|---|---:|
|  | **$ Fee** |
| Total April Through June 2 Monthly Fees | $361,666.67 |
| (+) Total Monthly Fees Received by PWP to Date | 583,333.34 |
| (+) Total Expenses Paid / To Be Paid | 152,065.91 |
| (+) Holdback Amount | 145,833.33 |
| (+) Transaction Fee | 4,500,000.00 |
| (-) Monthly Fees to be Credited | (20,416.67) |
| **Total Amount Payable to PWP** | **$5,722,482.58** |
| *Memo: Total Amount Payable to PWP excluding Expenses* | *$5,570,416.67* |