# **EXHIBIT A**

**Ashby & Geddes Invoice for the Period from April 1, 2025
through and including May 31, 2025**

## ASHBY & GEDDES
ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

INVOICE

TELEPHONE
302-654-1888

FED ID#23-2193414

July 16, 2025
Billed through 05/31/25
Account: WRTELL -00001 -MDD      86991

Bradley Kahn, Esq.
Akin Gump
One Bryant Park
New York, NY 10036-6745

Michael J. Wartell in his capacity as Independent Director
Appointed in HoldCo Debtors' Cases (In re: Franchise Group,
Inc., et al.)

PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/25 | MDD | 07 | Review April 3 hearing agenda (.1); overview new filings received in service (.1); review request for payment of administrative expenses (Granite Telecommunications) (.1); | 0.30 | $228.00 |
| 04/01/25 | KMJ | 07 | Register M. DeBaecke and G. Taylor for hearing (.1); | 0.10 | $34.50 |
| 04/01/25 | MDD | 11 | Review and edits, draft Supplemental Declaration and disclosures of connections in connection therewith (1.7), internal emails regarding same (.2); | 1.90 | $1,444.00 |
| 04/01/25 | GAT | 23 | Review First Lien Group's response regarding Debtors exclusivity motion (.2); review Plan Supplement regarding ID reports (.2); review Freedom Lenders' objection to Directors' motion for stay relief regarding insurance proceeds (.3); review 4/3 hearing agenda (.1); | 0.80 | $636.00 |
| 04/02/25 | MDD | 11 | Further review and work in connection with supplemental declaration, additional parties' disclosures (Ashby employment application) (1.8); | 1.80 | $1,368.00 |
| 04/02/25 | MDD | 14 | Review first lien agent's summary judgment papers (adversary | 1.10 | $836.00 |

Bill number    WRTELL 86991                                                         PAGE    2

|            |     |    |                                                                                                                                                                                                                                                                          |      |           |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-----------|
|            |     |    | proceeding against second lien agent regarding pending motion for adequate protection) (.4); review Appellees' joint supplemental brief in District Court consolidated appeals (.7);                                                                                                      |      |           |
| 04/02/25   | MDD | 17 | Review Freedom Lenders' motion papers and declaration regarding proposed sur-reply in connection with exclusivity motion (.3); review redacted letter request from Freedom Lenders requesting status conference and changes to confirmation schedule (.3); review current confirmation schedule (.1); | 0.70 | $532.00   |
| 04/02/25   | GAT | 23 | Review letter from the Freedom Lenders to Court regarding status conference and extension of confirmation schedule (.2); review and revise draft memo regarding interview summary (1.2);                                                                                                  | 1.40 | $1,113.00 |
| 04/03/25   | GAT | 07 | Attendance (partial) at hearing regarding exclusivity motion and status conference regarding Plan (1.4); review 7th amended plan (.8);                                                                                                                                                    | 2.20 | $1,749.00 |
| 04/03/25   | MDD | 07 | Akin team (A. Luft) email requests (.2); review amended 4/3 hearing agenda (.1); prepare for (.7) and attend April 3 hearing (2.3);                                                                                                                                                       | 3.30 | $2,508.00 |
| 04/03/25   | MDD | 11 | Further work on draft supplemental declaration and disclosures in connection therewith (.3);                                                                                                                                                                                              | 0.30 | $228.00   |
| 04/03/25   | MDD | 17 | Review and analysis of filed 7th amended plan (1.7); review COC and attachments regarding treatment of ABL Loan Claims under Plan, Take Back ABL Facility (.2);                                                                                                                           | 1.90 | $1,444.00 |
| 04/03/25   | MDD | 23 | Review Akin Gump materials (investigation and hearing-related) (.3);                                                                                                                                                                                                                      | 0.30 | $228.00   |
| 04/04/25   | GAT | 23 | Review correspondence from M. DeBaecke regarding revised draft interview summary and respond to same (.3);                                                                                                                                                                                | 0.30 | $238.50   |
| 04/04/25   | MDD | 11 | Further review, work, edits in connection with supplemental declaration (Ashby employment application) (.7); review fee                                                                                                                                                                   | 0.80 | $608.00   |

```
Bill number      WRTELL 86991                                              PAGE    3
```

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | examiner reports (first interim fee applications) (Akin Gump and YCST) (.1); | | |
| 04/04/25 | MDD | 17 | Review notices of service filed by Freedom Lenders, OCUC, First Lien Group (rebuttal expert reports) (.1); review notice of hearing (April 7) (bench ruling on exclusivity motion) (.1); Akin team email request (T. Helfrick) (.1); | 0.30 | $228.00 |
| 04/04/25 | MDD | 23 | Review and comments, draft Ashby memo regarding interview notes (2.2); | 2.20 | $1,672.00 |
| 04/06/25 | GAT | 11 | Review letter from Debtor regarding confirmation scheduling (.2); | 0.20 | $159.00 |
| 04/07/25 | MDD | 07 | Email updates with G. Taylor, K. Jones (open issues and next steps) (.2); | 0.20 | $152.00 |
| 04/07/25 | KMJ | 07 | Register parties for bench ruling (.2); | 0.20 | $69.00 |
| 04/07/25 | GAT | 17 | Attend bench ruling regarding disclosure statement and confirmation schedule (1.0); | 1.00 | $795.00 |
| 04/07/25 | MDD | 17 | Review Kirkland letter to Court regarding scheduling issues (.2); attend bench ruling (Zoom) (exclusivity motion; scheduling of confirmation and related issues) (1.0); | 1.20 | $912.00 |
| 04/07/25 | MDD | 23 | Email request from counsel for Chancery Court plaintiffs (Wartell report) (.1); | 0.10 | $76.00 |
| 04/08/25 | MDD | 07 | Overview entered orders (extension of exclusivity periods; Ds and Os stay relief to access insurance policies) (.2); | 0.20 | $152.00 |
| 04/08/25 | MDD | 11 | Emails with Akin team (T. Helfrick) (Akin pending fee apps, related issues and next steps) (.4); review draft CNO (Akin second monthly fee application) (.1); calls with YCST (K. McElroy) (fee applications) (.2); prepare draft certification and draft proposed order (Akin interim fee application) (1.0 total), emails with Akin team (T. Helfrick) regarding same (.1); | 1.80 | $1,368.00 |

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/08/25 | KMJ | 11 | Prepare CNO regarding Akin's second monthly fee application (.3); email same to co-counsel (.1); | 0.40 | $138.00 |
| 04/09/25 | MDD | 07 | Overview administrative expense motion papers filed by Granite Telecommunications (.2); | 0.20 | $152.00 |
| 04/09/25 | MDD | 11 | Review Local Rules and LSS chambers procedures (fee applications and binders) (.2); locate and review sample forms of interim fee application orders (.4); further review and edits to draft COC and proposed order (Akin first interim fee application) (.4); call with creditors committee counsel (C. Robinson) (interim fee applications) (.1); discussion with K. Jones (fee app issues) (.2); multiple email exchanges with Akin team regarding same (T. Helfrick, J. Newdeck) (.7); | 2.00 | $1,520.00 |
| 04/09/25 | KMJ | 11 | Finalize and file CNO re: Akin's second monthly fee application (.2); download and circulate as-filed copy to co-counsel (.1); discuss interim fee application COC/proposed order procedure with M. DeBaecke (.2); | 0.50 | $172.50 |
| 04/09/25 | MDD | 14 | Review Freedom Lenders' supplemental reply brief filed in support of District Court appeals (.4); review docket order from District Court (cancel oral argument) (.1); | 0.50 | $380.00 |
| 04/09/25 | MDD | 17 | Email from chambers regarding new proposed dates for confirmation hearing (.1); | 0.10 | $76.00 |
| 04/09/25 | GAT | 14 | Review Appellant's supplemental reply brief (.3); review of District Court Order regarding scheduling of appeal (.1); review correspondence from M. DeBaecke regarding proposed revised confirmation hearing dates (.1); | 0.50 | $397.50 |
| 04/09/25 | MDD | 23 | Further review and edits to interview notes (.3), email to client regarding same (.1); | 0.40 | $304.00 |
| 04/10/25 | MDD | 11 | Review Freedom Lenders' reservation of rights and objection to Pachulski interim fee application (.2); | 0.20 | $152.00 |

```
Bill number      WRTELL 86991                                               PAGE    5
```

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/11/25 | MDD | 11 | Emails with Akin team (J. Newdeck) (interim fee application process and approach) (.2); Akin emails with Kirkland team regarding same (.2); review, edits, and draft Ashby second monthly fee application papers (1.2); | 1.60 | $1,216.00 |
| 04/11/25 | KMJ | 11 | Prepare draft of Ashby's second interim monthly statement (.7); | 0.70 | $241.50 |
| 04/11/25 | MDD | 17 | Debtors' counsel emails with chambers regarding settlement in principle, request for status conference (.2); email to Akin team and internal emails regarding same (.2); | 0.40 | $304.00 |
| 04/13/25 | MDD | 11 | Further review and work on Ashby second monthly fee application papers (.4), email to Akin team regarding same (.1); | 0.50 | $380.00 |
| 04/14/25 | MDD | 07 | Debtors' counsel (J. Sussberg) emails with chambers (scheduling) (.1); | 0.10 | $76.00 |
| 04/14/25 | MDD | 11 | Review and process Debtors' counsel COC and proposed order (various interim fee applications for Debtor professionals) (.2); Akin team email update (J. Newdeck) (Akin supplemental declaration) (.1); | 0.30 | $228.00 |
| 04/15/25 | MDD | 11 | J. Newdeck email with attachments (Akin supplemental declaration and related papers) (.1); review and comments to same, email reply to Akin team (.5) and discuss same and next steps with K. Jones (.2); follow up Akin team emails (.1); review and edits, update draft Ashby supplemental declaration papers and attachments (.4), email to Akin team regarding same (.1); Akin team email (T. Helfrick) (.1), review revised draft COC and proposed approval order (Akin first interim fee application), prepare for filing and service (.2); review prior Kirkland and Akin emails regarding submission of interim fee application binders, fee application orders, COCs (.1); further Akin team emails (.1); review further revised Akin | 2.40 | $1,824.00 |

| Date | Tmk | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | supplemental declaration papers (.2) and emails with K. Jones regarding filing and service of same (sealed and unsealed versions) (.1); review seal order regarding same (.1); K. Jones and T. Helfrick emails (service of sealed filing) (.1); | | |
| 04/15/25 | KMJ | 11 | Finalize and file COC regarding Akin's first interim fee application and upload proposed order (.4); prepare COS for Supplemental Declaration of M. Stamer ISO Akin's retention application (.2); finalize, file supplemental declaration and sealed schedules with court (.4); download, send email service and coordinate mail service of supplemental declaration (.3); | 1.30 | $448.50 |
| 04/16/25 | MDD | 02 | Overview sale motion papers in support of proposed private sale of Vitamin Shoppe business and assets (.6); | 0.60 | $456.00 |
| 04/16/25 | GAT | 07 | Correspondence to M. DeBaecke regarding confirmation scheduling; | 0.10 | $79.50 |
| 04/17/25 | GAT | 07 | Review notice of 4/22 status conference (.1); | 0.10 | $79.50 |
| 04/17/25 | MDD | 07 | Review and process YCST emails with chambers regarding settlement, renewed request for status conference (.2); | 0.20 | $152.00 |
| 04/17/25 | MDD | 17 | Review notice of global settlement and term sheet (.3); | 0.30 | $228.00 |
| 04/18/25 | MDD | 07 | Review filed notice of April 22 status conference (.1); | 0.10 | $76.00 |
| 04/21/25 | MDD | 02 | Overview notice and attached amended sale and contracts schedule (Vitamin Shoppe assets) (.2); | 0.20 | $152.00 |
| 04/21/25 | MDD | 07 | Internal email case updates (G. Taylor) (.1); | 0.10 | $76.00 |
| 04/21/25 | MDD | 11 | Review and incorporate Akin comments into updated Ashby second monthly fee application papers (.4), emails with Akin team (T. Helfrick) regarding same (.1); Akin team email (J. Newdeck) (Chilmark employment application) (.1), review local | 1.10 | $836.00 |

Bill number    WRTELL 86991                                                              PAGE    7

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | rules and Rule 9006 regarding same (.2), reply email to J. Newdeck (.1); review and comments to draft CNO for Chilmark employment application (.2); | | |
| 04/21/25 | KMJ | 11 | Prepare draft CNO re: Chilmark retention application, email draft to Akin team (.3); | 0.30 | $103.50 |
| 04/21/25 | GAT | 17 | Review notice of global settlement agreement (.3); review letter from M. Farnan to J. Ambro regarding status of chapter 11 cases (.1); | 0.40 | $318.00 |
| 04/22/25 | MDD | 11 | Akin team (T. Helfrick) email regarding CNO for Chilmark employment application (.1); | 0.10 | $76.00 |
| 04/22/25 | KMJ | 11 | Finalize and file CNO re: Chilmark retention application, upload proposed order (.3); | 0.30 | $103.50 |
| 04/22/25 | MDD | 14 | Review status update letter from Freedom Lender counsel to District Court (addressing proposed global settlement and impact on appeals) (.1); review protective order-related filing by Prophecy Trust (.1); | 0.20 | $152.00 |
| 04/22/25 | GAT | 17 | Attendance at hearing regarding plan confirmation status conference (.5); | 0.50 | $397.50 |
| 04/22/25 | MDD | 17 | Attend Court status conference (Zoom) (.5), notes to file (.1), calendar new dates and deadlines (.1); | 0.70 | $532.00 |
| 04/24/25 | MDD | 11 | Emails with Akin team and client (Ashby second monthly fee application and supplemental declaration) (.2); review and process further Akin comments (Ashby second monthly fee application) (.2); review and process Akin comments on Ashby supplemental declaration, attached schedules (.3), internal emails regarding same and Schedule 1 names (K. Wiliford, K. Jones) (.2); follow up emails with Akin team (J. Newdeck, T. Helfrick) (.3); | 1.20 | $912.00 |
| 04/25/25 | MDD | 11 | Akin team (T. Helfrick) email to client regarding monthly fee applications (.1); review and | 1.10 | $836.00 |

|            |     |    |                                                                                                                                                                                                                                                                                                                                 |      |          |
|------------|-----|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|            |     |    | comments to draft Akin February monthly fee application (.5); emails with Akin team (T. Helfrick) (.1); review and comments to draft notice of Akin third monthly fee application (.1); review and prepare Akin and Ashby fee applications for filing and service (.2), emails with K. Jones regarding same (.1);                                  |      |          |
| 04/25/25   | KMJ | 11 | Prepare notice for Akin's third monthly fee application (.3); prepare COS for monthly fee applications (.2); filed Akin's third monthly fee application w/ Court (.2); filed Ashby's second monthly fee statement w/ Court (.2); download fee applications and send email service to notice parties (.3); coordinate mail service of notice (.2); | 1.40 | $483.00  |
| 04/25/25   | MDD | 17 | Review COC, proposed order, supplement to disclosure statement (.4);                                                                                                                                                                                                                                                                              | 0.40 | $304.00  |
| 04/28/25   | MDD | 11 | Further review and work on draft supplemental declaration and related schedules, incorporate Akin team comments (.4), review additional search results regarding same (.2); email updates with K. Jones (.1);                                                                                                                                     | 0.70 | $532.00  |
| 04/28/25   | KMJ | 11 | Email Ledes file to Fee Examiner and OUST re: Ashby's Second Monthly Fee Statement (.1);                                                                                                                                                                                                                                                          | 0.10 | $34.50   |
| 04/28/25   | MDD | 14 | Review District Court's oral order regarding pending appeals (.1);                                                                                                                                                                                                                                                                                | 0.10 | $76.00   |
| 04/28/25   | MDD | 17 | Review certain landlords' limited objection to proposed plan, proposed sale of Vitamin Shoppe assets (.2); continue review of proposed eighth amended plan (.5);                                                                                                                                                                                  | 0.70 | $532.00  |
| 04/29/25   | MDD | 02 | Review objections filed by Walt Whitman, Easton Market, Turkey Creek respective landlords (proposed Vitamin Shoppe sale, proposed assumption/assignment of leases (.2 total); review additional sale objections filed by multiple parties (WPG Legacy; Oracle; Frontier Dania; Frontier Osceola; Chubb Companies; Kelley Drye landlord group) (.5 | 0.80 | $608.00  |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | total); review Kirkland supplemental declaration (regarding connections to parties involved in proposed sale transaction) (.1); | | |
| 04/29/25 | MDD | 08 | Review Freedom Lenders' COC and revised proposed order (first omnibus objection to claims filed against Freedom Debtors) (.1); | 0.10 | $76.00 |
| 04/29/25 | MDD | 11 | Review and process email request from OUST (E. Serrano) (Akin Ledes file) (.1), email to Akin team regarding same (.1); review email initial comments from OUST (Ashby second monthly fee application) (.2), follow up email from OUST regarding same (.1); | 0.50 | $380.00 |
| 04/29/25 | MDD | 17 | Akin team email inquiry (R. Tizravesh) (.1); review Local Rules, chambers procedures, stipulated scheduling order, supplemental DS order (.6 total), reply email to Akin team (confirmation hearing) (.5); further emails with Akin team (R. Tizravesh) (.1); review email chain between Akin team and Debtors' counsel (.2); | 1.50 | $1,140.00 |
| 04/30/25 | MDD | 02 | Overview additional sale objections and/or reservation of rights filed by multiple contract counterparties (Glanbia Performance Nutrition; Sunwarrior Ventures; Woodbolt Distribution; Frontier Kissimmee; Frontier Bel Aire; Commerce entities; Ventura Gateway; CTO23 Rockwall; Ballard Spahr group) (.7); | 0.70 | $532.00 |
| 04/30/25 | MDD | 08 | Review Debtors' objection to Granite Telecommunications' administrative expense claims motion (.2) and First Lien Group's joinder therein (.1); | 0.30 | $228.00 |
| 04/30/25 | MDD | 11 | Further review and analysis of OUST comments to Ashby February fee application (.2), discuss same with G. Taylor (.2); | 0.40 | $304.00 |
| 05/01/25 | MDD | 11 | Review supplemental declarations filed by other case professionals (.2); emails with Akin team and Chilmark team (Chilmark retention) (.2), call with chambers regarding same (.1); email update to Akin and | 0.70 | $532.00 |

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Chilmark teams (.2); | | |
| 05/01/25 | MDD | 17 | Review filed notices and overview further amended plan supplement materials (.8); | 0.80 | $608.00 |
| 05/02/25 | MDD | 02 | Review additional sale objections and/or ROR (Newington Corner and Staten Island Richmond Avenue; Nature's Answer) (.2); | 0.20 | $152.00 |
| 05/02/25 | MDD | 07 | Review notice of rescheduled hearing (May 12 to May 20) (.1); review May 6 hearing agenda (.1); call and emails with chambers regarding Chilmark, May 6 hearing (.3); | 0.50 | $380.00 |
| 05/02/25 | MDD | 11 | Email update to Akin team and Chilmark team (employment application) (.1); | 0.10 | $76.00 |
| 05/05/25 | MDD | 02 | Overview new Vitamin Shoppe sale-related filings received in service (revised proposed sale order; supporting declarations (2)) (.5); | 0.50 | $380.00 |
| 05/05/25 | MDD | 11 | Review and process order of employment (Chilmark application) (.1); Akin team email updates (J. Newdeck) (fee applications) (.1); | 0.20 | $152.00 |
| 05/05/25 | KMJ | 11 | Register G. Taylor and M. DeBaecke for 5/6 hearing (.1); process order approving Chilmark retention (.1); process 5/6 hearing agenda (.1); | 0.30 | $103.50 |
| 05/05/25 | MDD | 17 | Review Debtors' objection to Prophecy Trust Rule 3018 motion (.3); review COC and proposed stipulation between Debtors, 1L group, and 2L lenders (confirmation schedule and 2L lenders' motion for superpriority administrative expense claim) (.2); | 0.50 | $380.00 |
| 05/06/25 | MDD | 02 | Overview further revised proposed sale order and amended cure schedule (.2); | 0.20 | $152.00 |
| 05/06/25 | GAT | 07 | Review amended 5/6 hearing agenda (.1); | 0.10 | $79.50 |
| 05/06/25 | MDD | 07 | Emails with Akin team (A. Antypas, T. Helfrick) (May 6 hearing) (.1); review amended May 6 hearing agenda (.1); attend May 6 hearing (.6); | 0.80 | $608.00 |

| Date | Tmk | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/06/25 | MDD | 11 | Review OUST email points regarding Ashby February fee application (.2), review Ashby fee application and time entries and prepare draft response to OUST issues and concerns (.8); | 1.00 | $760.00 |
| 05/06/25 | MDD | 17 | Review limited objection to proposed Plan (Phillips Edison affiliates) (.1); review objection to Plan (Pentex parties) (.2); | 0.30 | $228.00 |
| 05/07/25 | MDD | 07 | Review new attorney appearance-related filings (Brian and Laura Kahn) (.1); | 0.10 | $76.00 |
| 05/07/25 | GAT | 11 | Review draft response to UST regarding Ashby fee application (.2); | 0.20 | $159.00 |
| 05/07/25 | MDD | 11 | Further review and work on draft response to OUST email (Ashby February fee application) (.6), emails and discussion with G. Taylor regarding same (.2), email to Akin team regarding same (.1); Akin team email responses (J. Newdeck, A. Antypas) (.1); review and finalize OUST email response, transmit same (.2); | 1.20 | $912.00 |
| 05/07/25 | MDD | 17 | Review A-Team Leasing objection to confirmation of Plan (.1); review ABL Agent's ROR in respect of proposed Plan (.1); review confirmation objections filed by B. Kahn/L. Kahn (.3), Buddy Mac Holdings (.4) and STORE Master Funding IV (.2); | 1.10 | $836.00 |
| 05/08/25 | MDD | 11 | OUST email reply (E. Serrano) (Ashby February fee application) (.1); | 0.10 | $76.00 |
| 05/09/25 | MDD | 11 | Begin work on Ashby March 2025 fee application, including with respect to review of time entries for confidentiality and privilege purposes (1.0); | 1.00 | $760.00 |
| 05/09/25 | MDD | 17 | Review Garden City landlord response filed in connection with Plan (.1); | 0.10 | $76.00 |
| 05/12/25 | MDD | 17 | Review open confirmation items, remaining schedule (.2); review new confirmation objection (Kelley Drye group of landlords) (.1); email | 1.50 | $1,140.00 |

```
Bill number    WRTELL 86991                                                    PAGE   12
```

|  |  |  |  |  |
|---|---|---|---|---|
| | | | updates with Akin team (R. Tizravesh) (.1), internal emails regarding same (.1); review and comments to draft witness and exhibit list (.4), discuss same with G. Taylor (.2); further emails with Akin team (R. Tizravesh) (.3); review Court's order approving stipulation and new agreed schedule for confirmation proceedings and 2L agent's motion for admin expense claim (.1); | |
| 05/12/25 | GAT | 17 | Review draft witness and exhibit list and office conference with Michael D. DeBaecke regarding same (.4); | 0.40  $318.00 |
| 05/13/25 | MDD | 08 | Overview Granite Telecommunications' reply papers in support of asserted administrative claims (.2); | 0.20  $152.00 |
| 05/13/25 | MDD | 17 | Akin team email update (R. Tizravesh) (confirmation-related filings) (.1); review confirmation objection filed by BHF Stores (.2); | 0.30  $228.00 |
| 05/14/25 | GAT | 17 | Review of Wartell Declaration ISO Plan Confirmation (.4); review of Debtors' brief ISO Plan confirmation (1.0); | 1.40  $1,113.00 |
| 05/14/25 | MDD | 17 | Akin team email update (D. Hill) (Wartell Declaration) (.1); review Debtors' memo of law in support of confirmation and in response to objections (1.0), review ad hoc first lien group's joinder thereto (.2); overview multiple new objections to confirmation or to contract assumptions (6 total) (.4); | 1.70  $1,292.00 |
| 05/15/25 | MDD | 08 | Overview Debtors' motion papers filed in connection with second omnibus objection to claims (Freedom Topco-related), request to shorten in connection therewith (.3); review order denying motion to shorten regarding same (.1); review renotice of hearing (Freedom Lenders' first omnibus objection to claims) (.1); | 0.50  $380.00 |
| 05/15/25 | MDD | 17 | Review notice and blackline of proposed Ninth Amended Plan (.4); review filed declarations in support of Plan (6 total, including | 2.10  $1,596.00 |

Bill number       WRTELL 86991                                                      PAGE   13

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Orlofsky, Meyer, Wartell, Grubb, Kopa, Kroll) (1.0 total); review proposed confirmation order (.7); | | |
| 05/16/25 | MDD | 07 | Review May 20 hearing agenda (.1); | 0.10 | $76.00 |
| 05/16/25 | MDD | 11 | Akin team email update (T. Helfrick) (Akin March fee application) (.1); review notice and Akin March fee application, prepare for filing and service (.3); | 0.40 | $304.00 |
| 05/16/25 | KMJ | 11 | Prepare draft of Ashby's third monthly fee statement (.6); prepare COS for monthly fee application (.2); filed Akin's fourth monthly fee application w/ Court (.2); download fee applications and send email service to notice parties (.3); effectuate email service and coordinate mail service of notice (.2); | 1.50 | $517.50 |
| 05/16/25 | GAT | 17 | Review 5/20 hearing agenda (.1); | 0.10 | $79.50 |
| 05/16/25 | MDD | 17 | Review Chubb Companies' objection to confirmation (.2); Akin team email update (A. Stamboulidis) (Wartell witness and exhibit list) (.1), review same (.1), call with K. Jones regarding same (.1); further emails with Akin team (R. Tizravesh) (.1); review witness and exhibits list (B. Kahn and L. Kahn) (.1); | 0.70 | $532.00 |
| 05/17/25 | KMJ | 07 | Finalize and file witness and exhibit List for 5/20 confirmation hearing (.3); email as-filed copies to co-counsel (.1); | 0.40 | $138.00 |
| 05/17/25 | MDD | 17 | Review Debtors' notice of deposition (B. Kahn) (.1); review Debtors' witness and exhibits list (.1); emails with Akin team (R. Tizravesh) (.2); emails with K. Jones (.1); | 0.50 | $380.00 |
| 05/19/25 | MDD | 07 | Review amended May 20 hearing agenda (.1); | 0.10 | $76.00 |
| 05/19/25 | KMJ | 07 | Register M. DeBaecke and G. Taylor for confirmation hearing (.2); prepare hearing binder requested by Akin (.4); | 0.60 | $207.00 |
| 05/19/25 | MDD | 11 | Review and comments to draft CNOs for Akin and Ashby February fee applications (.2); | 0.20 | $152.00 |

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/19/25 | KMJ | 11 | Prepare CNOs for Akin and Ashby monthly fee applications (.3); finalize and file CNOs with court (.2); email as-filed copies to co-counsel (.1); | 0.60 | $207.00 |
| 05/19/25 | MDD | 17 | Review first lien ad hoc group's witness/exhibit list (.1); review amended Meyer declaration (.2); review Debtors' amended witness/exhibit list (.1); review Granite Telecommunications' witness and exhibit list (.1); overview further amended plan supplement (1.0); overview further revised proposed confirmation order (.4); review Freedom Lenders' witness and exhibit list (.1); review Creditors' Committee witness and exhibit list (.1); emails with Akin team (hearing) (.1), internal emails (K. Jones) regarding same (.1); review/quality check hearing binder requested by Akin team (.4); review joint exhibit list filed by Debtors and Topco objectors (.1); | 2.80 | $2,128.00 |
| 05/20/25 | MDD | 08 | Review and process Debtors' COC and attached papers regarding Topco claims agreement reached with certain former officers/directors (.2); | 0.20 | $152.00 |
| 05/20/25 | MDD | 11 | Akin team email update (T. Helfrick) (fee apps) (.1); review and comments to updated draft Ashby fee application papers (March 2025) (.7); | 0.80 | $608.00 |
| 05/20/25 | KMJ | 11 | Review interim compensation procedures order (.1); email to M. DeBaecke regarding interim fee application schedule (.2); | 0.30 | $103.50 |
| 05/20/25 | GAT | 17 | Attend confirmation hearing (partial) (2.4); | 2.40 | $1,908.00 |
| 05/20/25 | MDD | 17 | Prepare for (.3) and attend confirmation hearing (3.5); | 3.80 | $2,888.00 |
| 05/21/25 | MDD | 07 | Review Court's opinion (American Freight Florida lease) (.2); | 0.20 | $152.00 |
| 05/21/25 | MDD | 11 | Akin and Chilmark emails, reply to same (fee apps) (.3); internal emails (K. Jones) regarding same | 0.60 | $456.00 |

Bill number       WRTELL 86991                                                          PAGE    15

| Date | Tkpr | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | (.1); email to Akin team (Ashby March 2025 fee application) (.2); | | |
| 05/21/25 | KMJ | 11 | Review and revise Ashby's third monthly fee statement (.2); | 0.20 | $69.00 |
| 05/22/25 | MDD | 11 | T. Helfrick inquiry (Akin interim fee application order) (.1), review relevant prior filings and status of same (.3), call with YCST (K. McElroy) regarding same (.1), discuss same with K. Jones (.1); | 0.60 | $456.00 |
| 05/23/25 | MDD | 11 | Akin team (T. Helfrick) email with thoughts/comments (Ashby draft March 2025 fee application and invoice) (.2); status update call with T. Helfrick (interim fee apps and orders) (.2); review and process email request from AlixPartners (requesting fees estimate) (.1), internal email to B. Ross regarding same (.1); M. Kennedy email with attachments (draft Chilmark fee application) (.1); review interim compensation procedures order, fee examiner order (.2), respond to Akin team email questions (T. Helfrick) (Chilmark fee application) (.2); | 1.10 | $836.00 |
| 05/23/25 | MDD | 13 | Review stipulation for further extension of challenge period for creditors committee (.1); | 0.10 | $76.00 |
| 05/25/25 | MDD | 11 | Further review of Ashby invoice (for privilege and related issues) (.9), review and incorporate Akin comments to same and to updated Ashby third monthly fee application (.3); | 1.20 | $912.00 |
| 05/27/25 | MDD | 11 | Akin team email (T. Helfrick) (interim fee application order) (.1), call to Debtors' counsel regarding same (.1); work on fee estimates requested by AlixPartners (.1); | 0.30 | $228.00 |
| 05/27/25 | MDD | 17 | Review notice of bench ruling (.1); | 0.10 | $76.00 |
| 05/28/25 | KMJ | 07 | Register M. DeBaecke and G. Taylor (bench ruling) (.2); | 0.20 | $69.00 |
| 05/28/25 | MDD | 11 | Chilmark and Akin email updates and comments (Chilmark fee application papers) (.3), email to K. Jones regarding same (.1); call with | 1.30 | $988.00 |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Debtors' counsel (A. Mielke) (fee apps) (.1); further review and edits to Ashby March 2025 invoice (address privilege concerns) (.4), email updates to Akin team regarding same (.1); email reply to AlixPartners team (Ashby fee estimates (.1); email update to Akin team (interim fee apps) (.2); | | |
| 05/28/25 | GAT | 17 | Attend bench ruling (confirmation) (.5); | 0.50 | $397.50 |
| 05/28/25 | MDD | 17 | Review notice of rescheduled hearing (May 28 bench ruling) (.1); attend bench ruling (.5); | 0.60 | $456.00 |
| 05/29/25 | MDD | 11 | Review and process M. Kennedy email with attachments, discuss same with K. Jones (Chilmark fee application) (.2), J. Newdeck email regarding same (.1); discuss open items and next steps with K. Jones (.1); | 0.40 | $304.00 |
| 05/30/25 | MDD | 11 | Review and update/finalize Ashby March 2025 fee application papers (.3), email to Akin team regarding same (.1); Akin team email replies and further requests (T. Helfrick) (.3), K. Jones emails regarding same (.1); | 0.80 | $608.00 |

                                                     Total fees                                                  $67,828.00

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 04/05/25 | Parcels Inc. (Inv. No. 1134291, 3/31/25 Document Duplication and Mail-Out) | 71.84 |
| 04/20/25 | Parcels Inc. (Inv. No. 1137207, 4/17/25 Document Duplication and Mail-Out) | 45.38 |
| 04/30/25 | Parcels Inc. (Inv. No. 1139423, 4/30/25 Document Duplication and Mail-Out) | 20.04 |
| 05/31/25 | Photocopies | 207.50 |
| 05/31/25 | Postage | 9.44 |
| 05/31/25 | Pacer Service - Court On-Line Docket System Charges | 58.80 |

                                                     Total disbursements                                         $413.00

BILLING SUMMARY

|  |  |  |  |
|---|---|---|---|
| Taylor, Gregory A. | 12.60 hrs | 795.00 /hr | $10,017.00 |
| DeBaecke, Michael D. | 71.80 hrs | 760.00 /hr | $54,568.00 |
| Jones, Kristy M | 9.40 hrs | 345.00 /hr | $3,243.00 |

|  |  |  |
|---|---|---|
| TOTAL FEES | 93.80 hrs | $67,828.00 |
| TOTAL DISBURSEMENTS |  | $413.00 |
| TOTAL CHARGES FOR THIS BILL |  | $68,241.00 |
| PAST DUE BALANCE |  | $79,963.10 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER |  | $148,204.10 |

RECAP BY TIMEKEEPER

| GAT | Taylor, Gregory A. | 12.60 hrs | 795 /hr | $10,017.00 |
|---|---|---|---|---|
| MDD | DeBaecke, Michael D. | 71.80 hrs | 760 /hr | $54,568.00 |
| KMJ | Jones, Kristy M | 9.40 hrs | 345 /hr | $3,243.00 |
|  |  |  | TOTAL | $67,828.00 |

RECAP BY TASK

| 02 | Asset Disposition | 3.20 hours | $2,432.00 |
|---|---|---|---|
| 07 | Case Administration | 10.50 hours | $7,445.00 |
| 08 | Claims Admin. and Objections | 1.30 hours | $988.00 |
| 11 | Employment and Fee Apps | 39.00 hours | $26,375.50 |
| 13 | Financing and Cash Collateral | 0.10 hours | $76.00 |
| 14 | Litigation/Adversary Proceedin | 2.40 hours | $1,841.50 |
| 17 | Plan and Disclosure Statement | 31.80 hours | $24,402.50 |
| 23 | Investigation | 5.50 hours | $4,267.50 |

RECAP BY EXPENSE CODE

| PC | Photocopies | 2075.00 | $207.50 |
|---|---|---|---|
| PCR | Pacer Service - Court On-Line | 58.80 | $58.80 |
| PI | Parcels Inc. - Delivery Servi | 137.26 | $137.26 |
| POS | Postage | 9.44 | $9.44 |