**EXHIBIT B**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES FOR
THE SECOND INTERIM COMPENSATION PERIOD
FEBRUARY 1, 2025 – JUNE 2, 2025**

| **Blended Hourly Rates** | | |
|---|---|---|
| **Category of Timekeeper** | **Billed by Non-Financial Restructuring Timekeepers for Preceding Year[1]** | **Billed in this Application** |
| Partner | $1,582.04 | $2,359.64 |
| Senior Counsel and Counsel | $1,218.51 | $1,640.46 |
| Associate | $878.45 | $1,047.68 |
| Paraprofessionals & Other Support Staff | $413.12 | $474.32 |
| **All Timekeepers Aggregated** | **$1,183.17** | **$1,492.92** |

---

[1] Consistent with the Revised UST Guidelines, this **Exhibit B** discloses the blended hourly rate for the aggregate of all timekeepers in the domestic offices of Akin in which timekeepers collectively billed more than 10% of the hours to these cases during the Compensation Period (i.e., the New York, Dallas and Houston offices), segregated by category, and excluding all data from timekeepers practicing primarily in the financial restructuring group. This data is based on information from a rolling 12-month period ending June 2, 2025.

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES FOR
THE FINAL COMPENSATION PERIOD
DECEMBER 9, 2024 – JUNE 2, 2025**

| | Blended Hourly Rates | |
|---|---|---|
| **Category of Timekeeper** | **Billed by Non-Financial Restructuring Timekeepers for Preceding Year[1]** | **Billed in this Application** |
| Partner | $1,596.59 | $2,332.21 |
| Senior Counsel and Counsel | $1,219.01 | $1,624.10 |
| Associate | $870.08 | $1,048.76 |
| Paraprofessionals & Other Support Staff | $414.15 | $485.24 |
| **All Timekeepers Aggregated** | **$1,195.05** | **$1,454.19** |

---

[1] Consistent with the Revised UST Guidelines, this **Exhibit B** discloses the blended hourly rate for the aggregate of all timekeepers in the domestic offices of Akin in which timekeepers collectively billed more than 10% of the hours to these cases during the Compensation Period (i.e., the New York and Houston offices), segregated by category, and excluding all data from timekeepers practicing primarily in the financial restructuring group. This data is based on information from a rolling 12-month period ending June 2, 2025.