**EXHIBIT C**

**SUMMARY OF COMPENSATION BY TIMEKEEPER**

**COMPENSATION BY PROFESSIONAL FOR THE SECOND INTERIM COMPENSATION PERIOD**
**FEBRUARY 1, 2025 THROUGH AND INCLUDING JUNE 2, 2025**

| Partners | Department | Office | Year of Admission | 2025 Rate | Hours | Value |
|---|---|---|---|---|---|---|
| Marty L. Brimmage Jr. | Litigation | DA | 1995 | $2,495.00 | 119.30 | $297,653.50 |
| Brad M. Kahn | Financial Restructuring | NY | 2008 | $2,495.00 | 176.80 | $441,116.00 |
| Lacy M. Lawrence | Litigation | DA | 2006 | $2,250.00 | 46.00 | $103,500.00 |
| Avi E. Luft | Financial Restructuring | NY | 2000 | $2,250.00 | 475.90 | $1,070,775.00 |
| Michael S. Stamer | Financial Restructuring | NY | 1989 | $2,495.00 | 126.60 | $315,867.00 |
| **Partner Total:** | | | | | **944.60** | **$2,228,911.50** |
| **Blended Rate** | | | | | | **$2,359.64** |
| **Senior Counsel & Counsel** | **Department** | **Office** | **Year of Admission** | **2025 Rate** | **Hours** | **Value** |
| Alexander F. Antypas | Financial Restructuring | DC | 2017 | $1,575.00 | 114.70 | $180,652.50 |
| Patrick Glackin | Litigation | NY | 2019 | $1,550.00 | 133.60 | $207,080.00 |
| David F. Hill | Litigation | NY | 2016 | $1,625.00 | 310.30 | $504,237.50 |
| Joanna F. Newdeck | Financial Restructuring | DC | 2005 | $1,800.00 | 109.40 | $196,920.00 |
| Patrick O'Brien | Litigation | DA | 2004 | $1,495.00 | 226.90 | $339,215.50 |
| Roxanne Tizravesh | Litigation | HO | 2009 | $1,725.00 | 472.50 | $815,062.50 |
| **Senior Counsel & Counsel Total:** | | | | | **1,367.40** | **$2,243,168.00** |
| **Blended Rate** | | | | | | **$1,640.46** |
| **Associates** | **Department** | **Office** | **Year of Admission** | **2025 Rate** | **Hours** | **Value** |
| Mona Adabi | Government Contracts | DC | 2019 | $1,310.00 | 16.70 | $21,877.00 |
| Paul DaSilva | Litigation | NY | 2024 | $995.00 | 157.60 | $156,812.00 |
| Talia L. Helfrick | Financial Restructuring | NY | 2023 | $1,195.00 | 303.60 | $362,802.00 |
| Ryan S. Jones | Litigation | DA | 2023 | $995.00 | 6.80 | $6,766.00 |
| Alexander G. Stamboulidis | Litigation | NY | NYA | $895.00 | 391.20 | $350,124.00 |
| Truman Whitney | Litigation | NY | 2022 | $1,095.00 | 407.40 | $446,103.00 |

| Associate Total: | | | | | $1,283.30 | $1,344,484.00 |
|---|---|---|---|---|---|---|
| Blended Rate | | | | | | $1,047.68 |
| **Paraprofessionals/ Suport Staff** | **Department** | **Office** | **Year of Admission** | **2025 Rate** | **Hours** | **Value** |
| Brenda Kemp | Paralegal, Financial Restructuring | DA | N/A | $555.00 | 20.70 | $11,488.50 |
| Dagmara Krasa | Paralegal, Financial Restructuring | NY | N/A | $555.00 | 44.60 | $24,753.00 |
| Amy Laaraj | Paralegal, Financial Restructuring | NY | N/A | $555.00 | 116.60 | $64,713.00 |
| Mike Morse | Ediscovery | HO | N/A | $515.00 | 87.40 | $45,011.00 |
| Francesco Racanati | Trial Services | NY | N/A | $395.00 | 28.00 | $11,060.00 |
| Mark A. Seydewitz | Trial Services | HO | N/A | $395.00 | 10.40 | $4,108.00 |
| Garrett Smith | Paralegal, Litigation | NY | N/A | $355.00 | 127.30 | $45,191.50 |
| Manushi Tanna | Paralegal, Financial Restructuring | DC | N/A | $325.00 | 5.10 | $1,657.50 |
| **Paraprofessional & Support Staff Total:** | | | | | 440.10 | $207,982.50 |
| Blended Rate | | | | | | $472.58 |
| **Total Hours / Fees Requested:** | | | | | 4,035.40 | $6,024,546.00 |
| Blended Rate | | | | | | $1,492.92 |

**COMPENSATION BY PROFESSIONAL FOR THE FINAL COMPENSATION PERIOD**
**DECEMBER 9, 2024 THROUGH AND INCLUDING JUNE 2, 2025**

| Partners | Department | Office | Year of Admission | 2024 Rate | 2025 Rate | Hours | Value |
|---|---|---|---|---|---|---|---|
| Marty L. Brimmage Jr. | Litigation | DA | 1995 | $2,195.00 | $2,495.00 | **172.40** | **$424,408.00** |
| Brad M. Kahn | Financial Restructuring | NY | 2008 | $1,975.00 | $2,495.00 | **254.10** | **$613,907.50** |
| Stephen Kuhn | Corporate | NY | 1991 | $2,195.00 | $2,495.00 | **22.10** | **$50,699.50** |
| Lacy M. Lawrence | Litigation | DA | 2006 | N/A | $2,250.00 | **46.00** | **$103,500.00** |
| Avi E. Luft | Financial Restructuring | NY | 2000 | $1,975.00 | $2,250.00 | **611.30** | **$1,362,005.00** |
| Michael S. Stamer | Financial Restructuring | NY | 1989 | $2,195.00 | $2,495.00 | **190.40** | **$464,998.00** |
| **Partner Total:** | | | | | | **1,296.30** | **3,019,518.00** |
| **Blended Rate** | | | | | | | **$2,329.34** |
| **Senior Counsel & Counsel** | **Department** | **Office** | **Year of Admission** | **2024 Rate** | **2025 Rate** | **Hours** | **Value** |
| Alexander F. Antypas | Financial Restructuring | DC | 2017 | $1,395.00 | $1,575.00 | **253.20** | **$389,916.00** |
| Patrick Glackin | Litigation | NY | 2019 | $1,350.00 | $1,550.00 | **303.90** | **$465,645.00** |
| David F. Hill | Litigation | NY | 2016 | N/A | $1,625.00 | **310.30** | **$504,237.50** |
| Joanna F. Newdeck | Financial Restructuring | DC | 2005 | $1,650.00 | $1,800.00 | **185.00** | **$325,710.00** |
| Patrick O'Brien | Litigation | DA | 2004 | $1,375.00 | $1,495.00 | **333.10** | **$496,784.50** |
| Roxanne Tizravesh | Litigation | HO | 2009 | $1,650.00 | $1,725.00 | **707.20** | **$1,216,275.00** |
| **Senior Counsel & Counsel Total:** | | | | | | **2,092.70** | **$3,398,568.00** |
| **Blended Rate** | | | | | | | **$1,624.01** |
| **Associates** | **Department** | **Office** | **Year of Admission** | **2024 Rate** | **2025 Rate** | **Hours** | **Value** |
| Mona Adabi | Government Contracts | DC | 2019 | $1,200.00 | $1,310.00 | **80.50** | **$103,618.00** |
| Paul DaSilva | Litigation | NY | 2024 | N/A | $995.00 | **174.10** | **$173,229.50** |
| Talia L. Helfrick | Financial Restructuring | NY | 2023 | $995.00 | $1,195.00 | **565.90** | **$656,370.50** |
| Ryan S. Jones | Litigation | DA | 2023 | N/A | $995.00 | **6.80** | **$6,766.00** |
| Samantha Raggio | Litigation | NY | NYA | $840.00 | $895.00 | **15.40** | **$13,783.00** |
| Tate Schneider | Litigation | NY | 2024 | $840.00 | $995.00 | **16.90** | **$15,017.50** |

| Alexander G. Stamboulidis | Litigation | NY | NYA | $840.00 | $895.00 | **569.90** | **$508,069.50** |
|---|---|---|---|---|---|---|---|
| Harris Stephens | Litigation | NY | 2024 | $840.00 | $995.00 | **17.00** | **$16,915.00** |
| Truman Whitney | Litigation | NY | 2022 | $925.00 | $1,095.00 | **586.90** | **$638,150.50** |
| **Associate Total:** | | | | | | **2,033.40** | **$2,131,919.50** |
| **Blended Rate** | | | | | | | **$1,048.45** |
| **Paraprofessionals /Support Staff** | **Department** | **Office** | **Year of Admission** | **2024 Rate** | **2025 Rate** | **Hours** | **Value** |
| Neil Bowden-Brown | Ediscovery | LO | N/A | N/A | $515.00 | **0.00** | **$0.00** |
| Russell Collins | Staff Attorney, Litigation | NY | 1998 | N/A | $850.00 | **21.60** | **$18,360.00** |
| Michelle Holness | Litigation | NY | N/A | N/A | $480.00 | **14.80** | **$7,104.00** |
| Julie Hunter | Ediscovery | DA | N/A | N/A | $515.00 | **18.20** | **$9,373.00** |
| Brenda Kemp | Paralegal, Financial Restructuring | DA | N/A | $530.00 | $555.00 | **26.00** | **$14,297.50** |
| Dagmara Krasa | Paralegal, Financial Restructuring | NY | N/A | $530.00 | $555.00 | **66.40** | **$36,307.00** |
| Amy Laaraj | Paralegal, Financial Restructuring | NY | N/A | $530.00 | $555.00 | **188.80** | **$103,389.00** |
| Sean Lay | Ediscovery | DC | N/A | N/A | $475.00 | **19.20** | **$9,120.00** |
| Mike Morse | Ediscovery | HO | N/A | 485.00 | $515.00 | **150.10** | **$77,040.50** |
| Francesco Racanati | Trial Services | NY | N/A | N/A | $395.00 | **28.00** | **$11,060.00** |
| Mark A. Seydewitz | Trial Services | HO | N/A | N/A | $395.00 | **10.40** | **$4,108.00** |
| Garrett Smith | Paralegal, Litigation | NY | N/A | N/A | $355.00 | **136.30** | **$48,386.50** |
| Manushi Tanna | Paralegal, Financial Restructuring | DC | N/A | $305.00 | $325.00 | **10.80** | **$3,396.00** |
| **Paraprofessional & Support Staff Total:** | | | | | | **690.60** | **$341,941.50** |
| **Blended Rate** | | | | | | | **$495.14** |
| **Total Hours / Fees Requested:** | | | | | | **6,113.00** | **$8,891,947.00** |
| **Blended Rate** | | | | | | | **$1,454.60** |