**EXHIBIT D**

**SUMMARY OF COMPENSATION BY TASK CODE
AGAINST BUDGETED HOURS AND FEES**

**SUMMARY OF COMPENSATION BY TASK CODE AGAINST BUDGETED HOURS
AND FEES FOR THE SECOND INTERIM COMPENSATION PERIOD
<u>FEBRUARY 1, 2025 THROUGH AND INCLUDING JUNE 2, 2025</u>**

| Task Code | Matter | Hours Budgeted (Low – High) | Amount Budgeted (Low – High) | Actual Hours | Actual Value |
|---|---|---|---|---|---|
| 2 | Case Administration | 80-100 | $100,000.00-$125,000.00 | 90.00 | $114,766.50 |
| 3 | Akin Gump Fee Application / Monthly Billing Reports | 200-250 | $280,000.00-$325,000.00 | 213.70 | $296,824.00 |
| 4 | Other Professional Fee Applications | 10-20 | $20,000.00-$30,000.00 | 17.40 | $23,999.50 |
| 6 | Retention of Professionals | 200-225 | $200,000.00-$240,000.00 | 210.80 | $211,474.00 |
| 8 | Hearings and Court Matters /Court Preparation | 140-150 | $280,000.00-$300,000.00 | 146.30 | $298,259.00 |
| 20 | Investigation and Discovery Matters | 2,500-3,000 | $3,500,000.00-$4,500,000.00 | 2,771.90 | $3,967,458.50 |
| 22 | Disclosure Statement / Solicitation / Plan / Confirmation | 550-600 | $1,000,000.00-$1,500,000.00 | 545.20 | $1,022,908.50 |
| 25 | Travel Time | 10-25 | $35,000.00-$50,000.00 | 20.30 | $45,794.00 |
| 28 | Corporate Governance and Board Matters | 10-20 | $30,000.00-$50,000.00 | 16.50 | $38,738.50 |
| 33 | Other Contested Matters | 0-10 | $0.00-$20,000.00 | 3.30 | $4,323.50 |
|  | **TOTAL:** | **3,700-4,400** | **$5,445,000.00-$7,140,000.00** | **4,035.40** | **$6,024,546.00** |