## EXHIBIT E-1

## SUMMARY OF EXPENSES BY CATEGORY

**EXPENSE SUMMARY FOR THE SECOND INTERIM COMPENSATION PERIOD**
**FEBRUARY 1, 2025 THROUGH AND INCLUDING JUNE 2, 2025**

| Disbursement Activity | |
|---|---:|
| Computerized Legal Research - Lexis - In Contract 30% Discount | $217.03 |
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $47,410.84 |
| Computerized Legal Research - Courtlink - In Contract 50% discount | $371.83 |
| Computerized Legal Research - Other | $722.02 |
| Contract Labor - Attorney | $309,672.00 |
| Courier Service/Messenger Service - Off Site | $232.83 |
| Color Copy | $3,399.70 |
| Duplication - Off Site | $1,269.88 |
| Duplication - In House | $2,080.90 |
| Meals - Overtime | $525.00 |
| Meals - Business | $230.00 |
| Meals - In House Catered | $65.33 |
| Postage | $48.41 |
| Professional Fees - Consultant Fees | $31,759.50 |
| Professional Fees - Legal | $8,580.00 |
| Research | $20.00 |
| Transcripts | $1,323.85 |
| Travel - Airfare | $1,205.15 |
| Travel - Ground Transportation | $586.46 |
| Travel - Lodging (Hotel, Apt, Other) | $1,316.70 |
| Local Transportation - Overtime | $1,069.42 |
| Travel - Train Fare | $2,040.20 |
| **TOTAL:** | **$414,147.05** |

**EXPENSE SUMMARY FOR THE FINAL COMPENSATION PERIOD**
**DECEMBER 9, 2024 THROUGH AND INCLUDING JUNE 2, 2025**

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research - Lexis - In Contract 30% Discount | $4,823.17 |
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $72,211.32 |
| Computerized Legal Research - Courtlink - In Contract 50% discount | $1,102.57 |
| Computerized Legal Research - Other | $775.26 |
| Contract Labor - Attorney | $309,672.00 |
| Courier Service/Messenger Service - Off Site | $260.63 |
| Court Cost | $622.05 |
| Color Copy | $7,402.06 |
| Duplication - Off Site | $1,269.88 |
| Duplication - In House | $2,490.50 |
| Meals - Overtime | $685.00 |
| Meals - Business | $266.29 |
| Meals - In House Catered | $65.33 |
| Postage | $48.41 |
| Professional Fees - Consultant Fees | $31,759.50 |
| Professional Fees - Legal | $84,463.00 |
| Research | $20.00 |
| Transcripts | $1,474.65 |
| Travel - Airfare | $1,205.15 |
| Travel - Ground Transportation | $586.46 |
| Travel - Lodging (Hotel, Apt, Other) | $1,316.70 |
| Local Transportation - Overtime | $1,293.34 |
| Travel - Train Fare | $2,040.20 |
| **TOTAL:** | **$525,853.47** |