## EXHIBIT F

## STAFFING PLAN FOR THE SECOND INTERIM COMPENSATION PERIOD
## FEBRUARY 1, 2025 THROUGH AND INCLUDING JUNE 2, 2025

| Category of Timekeeper | Number of Timekeepers Expected to Work on Matter During the Second Interim Compensation Period | Average Hourly Rate |
|---|---|---|
| Partner | 4–6 | $2,359.64 |
| Senior Counsel and Counsel | 4–6 | $1,640.46 |
| Associate | 5–10 | $1,047.68 |
| Paralegals & Support Staff | 5–10 | $472.58 |