# EXHIBIT A

## Ashby Services – for the June 1-2, 2025 Stub Period

{02143033;v2 }

# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

STATEMENT

TELEPHONE
302-654-1888

FED ID#23-2193414

July 18, 2025
Billed through  06/02/25
Account: WRTELL-00001  -MDD          87233

Bradley Kahn, Esq.
Akin Gump
One Bryant Park
New York, NY  10036-6745

Michael J. Wartell in his capacity as Independent Director Appointed in HoldCo Debtors' Cases (In re: Franchise Group, Inc., et al.)

PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/02/25 | MDD | 07 | Overview papers received in service (.2); review letter update from Freedom Lenders to Judge Ambro sitting as appeals judge (.1); review Debtors motion papers seeking further extension of exclusivity (.1); | 0.40 | $304.00 |
| 06/02/25 | MDD | 11 | Akin team and M. Wartell emails (Ashby March fee application) (.1); review and approve same for filing (.2); | 0.30 | $228.00 |
| 06/02/25 | KMJ | 11 | Finalize and file Ashby's third monthly fee application (.5); download and send email service (.3); | 0.80 | $276.00 |
| 06/02/25 | MDD | 17 | Review COC and revised proposed confirmation order (blackline) (.4); | 0.40 | $304.00 |

Total fees $1,112.00


BILLING SUMMARY

{02144313;v1 }

```
Bill number    WRTELL 87233                                              PAGE    2

DeBaecke, Michael D.              1.10 hrs 760.00/hr              $836.00
Jones, Kristy M                   0.80 hrs 345.00/hr              $276.00


TOTAL FEES                        1.90 hrs                      $1,112.00

TOTAL CHARGES FOR THIS BILL                                     $1,112.00

PAST DUE BALANCE                                              $148,204.10

TOTAL BALANCE NOW DUE FOR THIS MATTER                         $149,316.10


RECAP BY TIMEKEEPER

MDD    DeBaecke, Michael D.       1.10 hrs    760 /hr            $836.00
KMJ    Jones, Kristy M            0.80 hrs    345 /hr            $276.00
TOTAL                                                          $1,112.00



RECAP BY TASK

07     Case Administration                    0.40 hours         $304.00
11     Employment and Fee Apps                1.10 hours         $504.00
17     Plan and Disclosure Statement          0.40 hours         $304.00
```

{02144313;v1 }