# EXHIBIT B

**Summary of Billing By Professional for the Fee Period**

**SUMMARY OF BILLING BY PROFESSIONAL**
**DECEMBER 19, 2024 THROUGH AND INCLUDING JUNE 2, 2025**

| Name of Professional | Position at Ashby & Geddes and Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Philip Trainer, Jr. (PT) | Director Corporate/Commercial 1989 | $960 | 20.40 | $19,584.00 |
| Ricardo Palacio (RP) | Director Bankruptcy/Insolvency 1998 | $785 | 30.50 | $25,162.50 |
| Gregory A. Taylor (GT) | Director Bankruptcy/Insolvency 2000 | $795 | 153.10 | $121,714.50 |
| Michael D. DeBaecke (MDD) | Counsel Bankruptcy/Insolvency 1993 | $730 (2024 rate) $760 (2025 rate) | 352.30 | $267,313.00 |
| Destiny A. Kosloske (DAK) | Associate Bankruptcy/Insolvency | $420 | 49.50 | $20,790.00 |
| **Attorney Total** | | | **605.80** | **$454,564.00** |
| Kristy M. Jones (KMJ) | Paralegal | $335 (2024 rate) $345 (2025 rate) | 38.30 | $12,830.50 |
| Anthony C. Dellose (ACD) | Paralegal | $345 | 2.10 | $725.50 |
| Ashley D. Marioni (AMD) | Legal Assistant | $275 | 2.20 | $605 |
| Tina Tsaganos (TT) | Legal Assistant | $310 | 4.00 | $1,240.00 |
| Kimya M. Wilford (KMS) | Legal Assistant | $310 | 1.90 | $589.00 |
| **Non-Legal Personnel Total** | | | **42.20** | **$14,191.50** |
| | | **Total:** | **648.00** | **$468,755.50** |
| | | **Blended Rate:** | | **$723.39** |