# EXHIBIT C

## Summary of Compensation by Project Category for the Fee Period

{02143033;v2 }

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 19, 2024 THROUGH AND INCLUDING JUNE 2, 2025**

| Project Category (Task Code) | Total Hours | Total Fees |
|---|---:|---:|
| Asset Disposition (02) | 6.90 | $5,244.00 |
| Case Administration (07) | 60.80 | $41,275.50 |
| Claims Admin. And Objections (08) | 2.40 | $1,824.00 |
| Employment and Fee Applications (11) | 96.90 | $64,983.50 |
| Financing and Cash Collateral (13) | 8.50 | $6,754.00 |
| Litigation and Adversary Proceedings (14) | 2.40 | $1,841.50 |
| Plan and Disclosure Statement (17) | 65.50 | $50,014.50 |
| Investigations (23) | 404.60 | $296,818.50 |
|  | **648.00** | **$468,755.50** |

{02143033;v2 }