## EXHIBIT D

**Expense Summary for the Fee Period**

{02143033;v2 }

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES
DECEMBER 19, 2024 THROUGH AND INCLUDING JUNE 2, 2025**

| EXPENSE CATEGORY | SERVICE PROVIDER, IF APPLICABLE | AMOUNT |
|---|---|---|
| Filing Fees | N/A | $200.00 |
| Document Duplication and mailout | Reliable | $648.34 |
| Document Duplication and mailout | Parcels | $940.46 |
| Working meals | N/A | $118.80 |
| Pacer Service Fees | Pacer | $259.30 |
| Photocopies | N/A | $1,038.30 |
| Postage | N/A | $14.27 |
| **TOTAL** | | **$3,219.47** |

{02143033;v2 }