## EXHIBIT E

**Customary and Comparable Compensation Disclosures**

{02143033;v2 }

| Category | Franchise Group, Inc., *et al* December 19, 2024 through June 2, 2025 | Firm Total Firm Bills Allocated to Non-Bankruptcy Matters from December 19, 2024 through June 2, 2025 |
|---|---|---|
|  | **Blended Hourly Rate** | **Blended Hourly Rate** |
| Of Counsel, Partner, Counsel | $779.75 | $800.83 |
| Associates | $420.00 | $343.75 |
| Non-Legal Personnel | $336.29 | $343.75 |
| **All Timekeepers Average** | $723.39 | $653.75 |

{02143033;v2 }