# EXHIBIT B
**Detailed Summaries of Services Performed and
Expenses Incurred by Province Professionals**

**DETAILED SUMMARIES OF ALL SERVICES PERFORMED BY THE PROFESSIONALS OF PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM MAY 1, 2025 THROUGH JUNE 30, 2025**

|  | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Sanjuro Kietlinski, Partner | $1,250 | 69.1 | $86,375.00 |
| Hughes Congleton, Vice President | $730 | 14.3 | $10,439.00 |
| Daniel Radi, Associate | $510 | 1.8 | $918.00 |
| Nick Steffen, Senior Analyst | $470 | 1.9 | $893.00 |
| Laura Conn, Matter Administrator | $280 | 4.0 | $1,120.00 |
| **Grand Total** |  | **91.1** | **$99,745.00** |

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 25.4 | $27,350.00 |
| Claims Analysis and Objections | 8.5 | $6,517.00 |
| Committee Activities | 0.6 | $750.00 |
| Court Filings | 5.6 | $7,000.00 |
| Court Hearings | 0.4 | $292.00 |
| Fee / Employment Applications | 20.7 | $21,137.00 |
| Litigation | 0.6 | $750.00 |
| Plan and Disclosure Statement | 28.1 | $34,449.00 |
| Sale Process | 1.2 | $1,500.00 |
| **Grand Total** | **91.1** | **$99,745.00** |

**EXPENSE SUMMARY**

| Expense Category | Description | Total Expenses |
|---|---|---|
| Miscellaneous | Research fees. | $5.60 |
| Meals | Working meals. | $40.00 |
| **Total Expenses** |  | **$45.60** |

4931-1969-3143.1 29177.00002

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/1/2025 | Daniel Radi | Analyzed the weekly liquidity and variance reporting shared by AlixP. | Business Analysis / Operations | 0.60 | 510.00 | $306.00 |
| 5/1/2025 | Laura Conn | Drafted 4th Monthly Fee Application (March) and sent for review. | Fee / Employment Applications | 1.10 | 280.00 | $308.00 |
| 5/1/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/1/2025 | Sanjuro Kietlinski | Corresponded with PSZJ re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/1/2025 | Sanjuro Kietlinski | Follow up with E. Mattson re: March app. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/1/2025 | Sanjuro Kietlinski | Followed up with E. Mattson re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/1/2025 | Sanjuro Kietlinski | Followed up with S. Cho re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/1/2025 | Sanjuro Kietlinski | Reviewed Alix financial updates. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 5/2/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee app matters. | Fee / Employment Applications | 0.50 | 1,250.00 | $625.00 |
| 5/2/2025 | Sanjuro Kietlinski | Followed up with S. Cho re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/2/2025 | Sanjuro Kietlinski | Reviewed and finalized march fee app. | Fee / Employment Applications | 1.00 | 1,250.00 | $1,250.00 |
| 5/2/2025 | Sanjuro Kietlinski | Reviewed the hearing agenda. | Court Filings | 0.20 | 1,250.00 | $250.00 |
| 5/4/2025 | Sanjuro Kietlinski | Analyzed the Revised Sale Order (docket 1391). | Sale Process | 1.20 | 1,250.00 | $1,500.00 |
| 5/4/2025 | Sanjuro Kietlinski | Reviewed the Amended Statements / Schedules. | Business Analysis / Operations | 1.20 | 1,250.00 | $1,500.00 |
| 5/4/2025 | Sanjuro Kietlinski | Reviewed the Grubb Declaration (docket 1389). | Court Filings | 0.90 | 1,250.00 | $1,125.00 |
| 5/4/2025 | Sanjuro Kietlinski | Reviewed the Orlofsky Declaration (docket 1390). | Court Filings | 0.60 | 1,250.00 | $750.00 |
| 5/5/2025 | Sanjuro Kietlinski | Corresponded with B. Levine re: fee app matters. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 5/5/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/5/2025 | Sanjuro Kietlinski | Corresponded with S. Cho re: revised fee app. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 5/5/2025 | Sanjuro Kietlinski | Reviewed debtors reporting package. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/5/2025 | Sanjuro Kietlinski | Reviewed financial updates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/5/2025 | Sanjuro Kietlinski | Reviewed revised fee app. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/5/2025 | Sanjuro Kietlinski | Revised fourth monthly fee app. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 5/6/2025 | Sanjuro Kietlinski | Reviewed the joint stipulations (docket 1416-1). | Court Filings | 0.30 | 1,250.00 | $375.00 |
| 5/6/2025 | Sanjuro Kietlinski | Reviewed the Pentex Plan Objection (docket 1419). | Plan and Disclosure Statement | 1.20 | 1,250.00 | $1,500.00 |
| 5/6/2025 | Sanjuro Kietlinski | Reviewed the Phillips Edison objections (docket 1414). | Court Filings | 0.50 | 1,250.00 | $625.00 |
| 5/7/2025 | Sanjuro Kietlinski | Reviewed the A-team objection (docket 1424). | Court Filings | 0.40 | 1,250.00 | $500.00 |
| 5/7/2025 | Sanjuro Kietlinski | Reviewed the Buddy Mac Plan Objection (docket 1435). | Plan and Disclosure Statement | 2.40 | 1,250.00 | $3,000.00 |
| 5/7/2025 | Sanjuro Kietlinski | Reviewed the Kahn Plan Objection (docket 1430). | Plan and Disclosure Statement | 1.50 | 1,250.00 | $1,875.00 |
| 5/7/2025 | Sanjuro Kietlinski | Reviewed the Store Master Funding Objection. | Court Filings | 0.40 | 1,250.00 | $500.00 |
| 5/8/2025 | Daniel Radi | Analyzed the newly revised updated DIP budget. | Business Analysis / Operations | 0.50 | 510.00 | $255.00 |
| 5/8/2025 | Daniel Radi | Reviewed the latest liquidity and variance reporting shared by AP. | Business Analysis / Operations | 0.40 | 510.00 | $204.00 |
| 5/8/2025 | Nick Steffen | Reviewed the latest DIP budget assumptions. | Business Analysis / Operations | 0.80 | 470.00 | $376.00 |
| 5/8/2025 | Sanjuro Kietlinski | Analyzed financial reporting package. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 5/8/2025 | Sanjuro Kietlinski | Analyzed updated DIP budget. | Business Analysis / Operations | 0.80 | 1,250.00 | $1,000.00 |
| 5/9/2025 | Sanjuro Kietlinski | Reviewed the Garden City Objection (docket 1440). | Court Filings | 0.50 | 1,250.00 | $625.00 |
| 5/11/2025 | Sanjuro Kietlinski | Reviewed the Landlord Plan Objection (docket 1443). | Plan and Disclosure Statement | 0.70 | 1,250.00 | $875.00 |
| 5/12/2025 | Daniel Radi | Reviewed CV reporting incl. vendor amounts, category and payment date. | Business Analysis / Operations | 0.10 | 510.00 | $51.00 |
| 5/12/2025 | Sanjuro Kietlinski | Reviewed first day motion reporting presentation. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/12/2025 | Sanjuro Kietlinski | Reviewed the Order Approving Stipulation (docket 1445). | Court Filings | 0.20 | 1,250.00 | $250.00 |
| 5/12/2025 | Sanjuro Kietlinski | Reviewed the Reply in Support of Granite. | Business Analysis / Operations | 1.10 | 1,250.00 | $1,375.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/13/2025 | Sanjuro Kietlinski | Reviewed the BB BHF Stores objection. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 5/14/2025 | Sanjuro Kietlinski | Corresponded internally re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/14/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/14/2025 | Sanjuro Kietlinski | Reviewed liquidity updates. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 5/15/2025 | Daniel Radi | Reviewed AP's liquidity and variance reporting weekly shared. | Business Analysis / Operations | 0.20 | 510.00 | $102.00 |
| 5/15/2025 | Sanjuro Kietlinski | Reviewed Ad Hoc Group Joinder to Debtors Memo (docket 1460). | Court Filings | 0.50 | 1,250.00 | $625.00 |
| 5/15/2025 | Sanjuro Kietlinski | Reviewed the Dell Objection. | Court Filings | 0.30 | 1,250.00 | $375.00 |
| 5/15/2025 | Sanjuro Kietlinski | Reviewed the IREIT objection to plan (docket 1461). | Plan and Disclosure Statement | 0.40 | 1,250.00 | $500.00 |
| 5/15/2025 | Sanjuro Kietlinski | Reviewed the oracle objection. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 5/16/2025 | Sanjuro Kietlinski | Began review of Memo in Support of Ninth Amended Plan (docket 1457). | Plan and Disclosure Statement | 2.40 | 1,250.00 | $3,000.00 |
| 5/16/2025 | Sanjuro Kietlinski | Reviewed Plan Blackline (docket 1455-1). | Plan and Disclosure Statement | 1.40 | 1,250.00 | $1,750.00 |
| 5/16/2025 | Sanjuro Kietlinski | Reviewed the Chubb Plan Confirmation Objection. | Plan and Disclosure Statement | 1.30 | 1,250.00 | $1,625.00 |
| 5/17/2025 | Sanjuro Kietlinski | Continued review of Memo in Support of Ninth Amended Plan (docket 1457). | Plan and Disclosure Statement | 1.20 | 1,250.00 | $1,500.00 |
| 5/17/2025 | Sanjuro Kietlinski | Reviewed the Grubb Declaration in Support of Ninth Plan (docket 1466). | Plan and Disclosure Statement | 0.80 | 1,250.00 | $1,000.00 |
| 5/17/2025 | Sanjuro Kietlinski | Reviewed the Kopa Declaration in Support of Ninth Plan (docket 1471). | Plan and Disclosure Statement | 1.60 | 1,250.00 | $2,000.00 |
| 5/17/2025 | Sanjuro Kietlinski | Reviewed the Meyer Declaration in Support of Ninth Plan (docket 1467). | Plan and Disclosure Statement | 1.00 | 1,250.00 | $1,250.00 |
| 5/17/2025 | Sanjuro Kietlinski | Reviewed the Orlofsky Declaration in Support of Ninth Plan (docket 1465). | Plan and Disclosure Statement | 2.50 | 1,250.00 | $3,125.00 |
| 5/17/2025 | Sanjuro Kietlinski | Reviewed the Wartell Declaration in Support of Ninth Plan (docket 1468). | Plan and Disclosure Statement | 0.70 | 1,250.00 | $875.00 |
| 5/18/2025 | Sanjuro Kietlinski | Reviewed Orlofsky Declaration re: Class Action Complaint. | Litigation | 0.60 | 1,250.00 | $750.00 |
| 5/19/2025 | Sanjuro Kietlinski | Reviewed financial reporting report. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/19/2025 | Sanjuro Kietlinski | Reviewed PSZJ UCC updates. | Committee Activities | 0.10 | 1,250.00 | $125.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/20/2025 | Sanjuro Kietlinski | Began analysis of Amended Plan Supplement (docket 1518). | Plan and Disclosure Statement | 2.40 | 1,250.00 | $3,000.00 |
| 5/21/2025 | Sanjuro Kietlinski | Conducted additional analysis of Amended Plan Supplement. | Plan and Disclosure Statement | 2.10 | 1,250.00 | $2,625.00 |
| 5/21/2025 | Sanjuro Kietlinski | Continued analysis of Amended Plan Supplement. | Plan and Disclosure Statement | 1.40 | 1,250.00 | $1,750.00 |
| 5/21/2025 | Sanjuro Kietlinski | Reviewed monthly operating report. | Business Analysis / Operations | 0.70 | 1,250.00 | $875.00 |
| 5/22/2025 | Sanjuro Kietlinski | Reviewed financial updates. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 5/22/2025 | Sanjuro Kietlinski | Reviewed the fourth stipulation (docket 1557). | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 5/23/2025 | Sanjuro Kietlinski | Corresponded with Alix re: budget matters. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/23/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: April fee application. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/27/2025 | Laura Conn | Drafted 5th Monthly Fee Application (April 2025). | Fee / Employment Applications | 1.10 | 280.00 | $308.00 |
| 5/27/2025 | Nick Steffen | Reconciled team hour entries for fee submission. | Fee / Employment Applications | 1.10 | 470.00 | $517.00 |
| 5/27/2025 | Sanjuro Kietlinski | Corresponded with S. Cho re: budget matters. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 5/27/2025 | Sanjuro Kietlinski | Reviewed financial reporting update. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/28/2025 | Hughes Congleton | Listened to confirmation hearing. | Court Hearings | 0.40 | 730.00 | $292.00 |
| 5/28/2025 | Sanjuro Kietlinski | Corresponded with Alix re: fee app matters. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 5/28/2025 | Sanjuro Kietlinski | Corresponded with B. Sandler re: recovery estimates. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 5/28/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/28/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: recovery estimates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/28/2025 | Sanjuro Kietlinski | Corresponded with J. Shen re: fee estimates. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/28/2025 | Sanjuro Kietlinski | Corresponded with S. Cho re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/28/2025 | Sanjuro Kietlinski | Reviewed B. Sandler UCC update memo. | Committee Activities | 0.10 | 1,250.00 | $125.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/29/2025 | Hughes Congleton | Analyzed GUC pool. | Claims Analysis and Objections | 2.60 | 730.00 | $1,898.00 |
| 5/29/2025 | Hughes Congleton | Analyzed latest DIP budget. | Business Analysis / Operations | 1.10 | 730.00 | $803.00 |
| 5/29/2025 | Hughes Congleton | Corresponded with Alix re: claims pool. | Claims Analysis and Objections | 0.20 | 730.00 | $146.00 |
| 5/29/2025 | Sanjuro Kietlinski | Additional follow up with H. Congleton re: recovery estimates. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 5/29/2025 | Sanjuro Kietlinski | Analyzed weekly reporting updates. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 5/29/2025 | Sanjuro Kietlinski | Corresponded internally re: fee reconciliations. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 5/29/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: admin matters. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 5/29/2025 | Sanjuro Kietlinski | Corresponded with H. Congleton re: UCC exhibits. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 5/29/2025 | Sanjuro Kietlinski | Corresponded with PSZJ re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/29/2025 | Sanjuro Kietlinski | Followed up with AP re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/29/2025 | Sanjuro Kietlinski | Followed up with AP re: fee estimates. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 5/29/2025 | Sanjuro Kietlinski | Reconciled datapoints re: recovery analysis. | Business Analysis / Operations | 0.50 | 1,250.00 | $625.00 |
| 5/29/2025 | Sanjuro Kietlinski | Reviewed draft recovery analysis. | Business Analysis / Operations | 0.60 | 1,250.00 | $750.00 |
| 5/29/2025 | Sanjuro Kietlinski | Reviewed fee app reconciliation matters. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 5/29/2025 | Sanjuro Kietlinski | Reviewed updated datapoints from H. Congleton. | Business Analysis / Operations | 0.40 | 1,250.00 | $500.00 |
| 5/30/2025 | Sanjuro Kietlinski | Corresponded with PSZJ re: April fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 5/30/2025 | Sanjuro Kietlinski | Finalized April fee app. | Fee / Employment Applications | 0.70 | 1,250.00 | $875.00 |
| 5/30/2025 | Sanjuro Kietlinski | Followed up with H. Congleton re: UCC exhibits. | Committee Activities | 0.20 | 1,250.00 | $250.00 |
| 5/30/2025 | Sanjuro Kietlinski | Reviewed Province/AP financial reconciliation correspondences. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 5/31/2025 | Hughes Congleton | Analyzed recovery to GUCs. | Claims Analysis and Objections | 2.40 | 730.00 | $1,752.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 5/31/2025 | Hughes Congleton | Corresponded with Alix re: claims pool. | Claims Analysis and Objections | 0.20 | 730.00 | $146.00 |
| 5/31/2025 | Hughes Congleton | Created GUC recovery slide. | Claims Analysis and Objections | 1.90 | 730.00 | $1,387.00 |
| 5/31/2025 | Sanjuro Kietlinski | Analyzed budget re: financial update slides. | Committee Activities | 0.90 | 1,250.00 | $1,125.00 |
| 5/31/2025 | Sanjuro Kietlinski | Reconciled recovery analysis support data. | Business Analysis / Operations | 1.80 | 1,250.00 | $2,250.00 |
| 5/31/2025 | Sanjuro Kietlinski | Reviewed claims pool data. | Claims Analysis and Objections | 0.60 | 1,250.00 | $750.00 |
| 5/31/2025 | Sanjuro Kietlinski | Reviewed debtors 16th motion to reject. | Business Analysis / Operations | 0.30 | 1,250.00 | $375.00 |
| 5/31/2025 | Sanjuro Kietlinski | Reviewed recovery analysis presentation. | Business Analysis / Operations | 1.00 | 1,250.00 | $1,250.00 |
| 6/1/2025 | Hughes Congleton | Revised GUC recovery slides. | Claims Analysis and Objections | 0.60 | 730.00 | $438.00 |
| 6/1/2025 | Sanjuro Kietlinski | Reviewed additional Province/AP financial reconciliation correspondences. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 6/2/2025 | Sanjuro Kietlinski | Reviewed debtors reporting package. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 6/2/2025 | Sanjuro Kietlinski | Reviewed the updated findings of fact (docket 1596). | Court Filings | 0.80 | 1,250.00 | $1,000.00 |
| 6/2/2025 | Sanjuro Kietlinski | Reviewed the Second Motion to Extend Exclusivity (docket 1599). | Business Analysis / Operations | 1.20 | 1,250.00 | $1,500.00 |
| 6/4/2025 | Sanjuro Kietlinski | Corresponded internally re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/5/2025 | Sanjuro Kietlinski | Followed up internally re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/6/2025 | Hughes Congleton | Analyzed exit financing and cap structure. | Business Analysis / Operations | 2.60 | 730.00 | $1,898.00 |
| 6/6/2025 | Hughes Congleton | Analyzed long range financial projections. | Business Analysis / Operations | 0.90 | 730.00 | $657.00 |
| 6/6/2025 | Hughes Congleton | Corresponded with Alix re: financial projections. | Business Analysis / Operations | 0.10 | 730.00 | $73.00 |
| 6/6/2025 | Hughes Congleton | Analyzed third amended plan. | Plan and Disclosure Statement | 1.30 | 730.00 | $949.00 |
| 6/6/2025 | Sanjuro Kietlinski | Reviewed updated recovery analysis presentation. | Business Analysis / Operations | 0.80 | 1,250.00 | $1,000.00 |
| 6/6/2025 | Sanjuro Kietlinski | Reviewed Third Amended Plan Supplement. | Plan and Disclosure Statement | 1.60 | 1,250.00 | $2,000.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/6/2025 | Sanjuro Kietlinski | Reviewed additional queries from B. Sandler. | Business Analysis / Operations | 0.20 | 1,250.00 | $250.00 |
| 6/6/2025 | Sanjuro Kietlinski | Reviewed B. Sandler UCC effective date memo. | Plan and Disclosure Statement | 0.20 | 1,250.00 | $250.00 |
| 6/6/2025 | Sanjuro Kietlinski | Reviewed H. Congleton memo re: datapoints for PSZJ. | Business Analysis / Operations | 0.10 | 1,250.00 | $125.00 |
| 6/10/2025 | Sanjuro Kietlinski | Reviewed PSZJ memo re: final fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/17/2025 | Sanjuro Kietlinski | Corresponded internally re: fee application matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/17/2025 | Sanjuro Kietlinski | Followed up internally re: final fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 6/18/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/18/2025 | Sanjuro Kietlinski | Corresponded with S. Cho re: fee app. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/18/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/18/2025 | Sanjuro Kietlinski | Followed up internally re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/19/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: CNO. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 6/19/2025 | Sanjuro Kietlinski | Followed up re: fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/20/2025 | Sanjuro Kietlinski | Followed up with A. Bates re: fee app matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 6/20/2025 | Sanjuro Kietlinski | Corresponded with A. Bates re: CNO. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 6/23/2025 | Sanjuro Kietlinski | Corresponded internally re: fee app matters. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 6/23/2025 | Sanjuro Kietlinski | Corresponded w/Alix re: fee app matters. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |
| 6/23/2025 | Sanjuro Kietlinski | Corresponded with PSZJ re: fee matters. | Fee / Employment Applications | 0.20 | 1,250.00 | $250.00 |
| 6/24/2025 | Laura Conn | Drafted 6th & Final Fee Application and sent for review. | Fee / Employment Applications | 1.80 | 280.00 | $504.00 |
| 6/25/2025 | Sanjuro Kietlinski | Corresponded with L. Conn and E. Mattson re: final fee app matters. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 6/26/2025 | Sanjuro Kietlinski | Began review of draft final fee app. | Fee / Employment Applications | 1.30 | 1,250.00 | $1,625.00 |
| 6/26/2025 | Sanjuro Kietlinski | Reviewed draft May fee app. | Fee / Employment Applications | 0.70 | 1,250.00 | $875.00 |
| 6/27/2025 | Sanjuro Kietlinski | Corresponded internally re: fee app matters. | Fee / Employment Applications | 0.60 | 1,250.00 | $750.00 |
| 6/27/2025 | Sanjuro Kietlinski | Corresponded with Alix re: fee matters. | Fee / Employment Applications | 0.60 | 1,250.00 | $750.00 |
| 6/30/2025 | Sanjuro Kietlinski | Corresponded with E. Mattson re: final fee app matters. | Fee / Employment Applications | 0.10 | 1,250.00 | $125.00 |
| 6/30/2025 | Sanjuro Kietlinski | Reviewed draft final fee application. | Fee / Employment Applications | 2.70 | 1,250.00 | $3,375.00 |
| 6/30/2025 | Sanjuro Kietlinski | Corresponded with PSZJ re: final fee application. | Fee / Employment Applications | 0.30 | 1,250.00 | $375.00 |

## EXPENSE DETAILS

| Date | Expense Category | Description | Total Expenses |
|---|---|---|---|
| 5/6/2025 | Miscellaneous | PACER - Quarterly research fees. | $5.60 |
| 5/7/2025 | Meals | Uber - S. Kietlinski working dinner. | $20.00 |
| 5/29/2025 | Meals | Uber - S. Kietlinski working dinner. | $20.00 |
| | **Total Expenses** | | **$45.60** |