**<u>EXHIBIT A-1</u>**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6637

Writer's E-Mail
emorton@ycst.com

Freedom VCM Holdings, LLC
109 Innovation CT
Suite J
Delaware, OH 43015

| | |
|---|---|
| Invoice Date: | July 18, 2025 |
| Invoice Number: | 50062688 |
| Matter Number: | 103996.1001 |

Re: Debtor Representation
    Billing Period June 1, 2025 through and including June 2, 2025

## CURRENT INVOICE

| | | |
|---|---|---|
| Professional Services | $ | 17,996.00 |
| Total Due This Invoice | $ | 17,996.00 |

Freedom VCM Holdings, LLC
Billing Period June 1, 2025 through and including June 2, 2025

| | |
|---|---|
| Invoice Date: | July 18, 2025 |
| Invoice Number: | 50062688 |
| Matter Number: | 103996.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/25 | SBORO | Coordinate and finalize filing of confirmation order and related documents | B001 | 2.00 | 1,230.00 |
| 06/02/25 | BOLIV | Download case related affidavits of service | B001 | 0.10 | 38.50 |
| 06/02/25 | BOLIV | Coordinate service of order confirming 9th amended plan and global settlement | B001 | 0.10 | 38.50 |
| 06/02/25 | BOLIV | Coordinate cm/ecf notifications of Slim & Goldie chapter 11 matter in the Middle District of Florida Bankruptcy Court | B001 | 0.10 | 38.50 |
| 06/02/25 | BOLIV | Circulate order confirming 9th amended plan and global settlement | B001 | 0.10 | 38.50 |
| 06/02/25 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 38.50 |
| 06/02/25 | BGAFF | Finalize for filing re: Notice of Hearing | B002 | 0.20 | 100.00 |
| 06/02/25 | SBORO | Review 5th 345(b) order and email B. Gaffney re: same | B003 | 0.20 | 123.00 |
| 06/02/25 | AMIEL | Emails with YCST team and AP team bank account compliance | B004 | 0.10 | 86.00 |
| 06/02/25 | KMCEL | Review email and attachments from AlixPartners team re: notice of delinquent payments from UST (.2); emails with Alix Partners team and UST office re: same (.1) | B004 | 0.30 | 174.00 |
| 06/02/25 | AMIEL | Emails with J. Ainsworth re: assumption issues and deadlines | B005 | 0.10 | 86.00 |
| 06/02/25 | KMCEL | Calls with A. Mielke re: bar date and proof of claim in Slim & Goldie matter (.2); multiple emails with P. Comparato (Kirkland), B. Olivere, and A. Mielke Olivere re: same (.1); prepare proof of claim re: same (.2); research re: same (.3); review and revise proof of claim and file through court website (.7) emails with A. Block-Belmonte (PSP) and M.C. Young (Kirkland) re: same (.3) | B005 | 1.80 | 1,044.00 |
| 06/02/25 | MKHOU | Follow up on multiple cure work streams | B005 | 0.30 | 184.50 |
| 06/02/25 | AMIEL | Emails with YCST team, UST, and AP team re: quarterly UST fees | B006 | 0.10 | 86.00 |
| 06/02/25 | AMIEL | Emails with YCST team re: sale liabilities and consider related issues | B006 | 0.20 | 172.00 |

Freedom VCM Holdings, LLC
Billing Period June 1, 2025 through and including June 2, 2025

| | Invoice Date: | July 18, 2025 |
|---|---|---|
| | Invoice Number: | 50062688 |
| | Matter Number: | 103996.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/02/25 | EMORT | Review critical vendor report | B006 | 0.20 | 258.00 |
| 06/02/25 | SBORO | Review S. Gawrysiak analysis re: sale issues and draft email re: same | B006 | 0.50 | 307.50 |
| 06/02/25 | SGAWR | Analyze sale agreement between American Freight and NewCo re: allocation of pre-closing charges | B006 | 2.20 | 1,100.00 |
| 06/02/25 | AMIEL | Emails with co-counsel and YCST team re: claim and bar date issues (.2); review and revise proof of claim for submission (.4); review procedural rules for same (.2); confer with K. McElroy re: same (multiple) (.2) | B007 | 1.00 | 860.00 |
| 06/02/25 | AMIEL | Emails with YCST team and co-counsel re: notice of claim objection | B007 | 0.10 | 86.00 |
| 06/02/25 | BOLIV | Finalize for filing and coordinate service of notice of hearing re second omnibus objection to proofs of claim | B007 | 0.20 | 77.00 |
| 06/02/25 | MLUNN | Review crucial vendor report | B007 | 0.10 | 119.00 |
| 06/02/25 | AMIEL | Teleconference with co-counsel, YCST team, AP team, and Ducera team re: case update | B008 | 0.50 | 430.00 |
| 06/02/25 | AMIEL | Confer with S. Borovinskaya re: case update | B008 | 0.20 | 172.00 |
| 06/02/25 | EMORT | Attend weekly update/strategy call with company advisors | B008 | 0.50 | 645.00 |
| 06/02/25 | KMCEL | Conference call with YCST team, Kirkland team, AlixPartners team, and Ducera team re: case status and strategy | B008 | 0.50 | 290.00 |
| 06/02/25 | MLUNN | Company advisor update and status call | B008 | 0.50 | 595.00 |
| 06/02/25 | SBORO | Attend debtors' advisors call | B008 | 0.50 | 307.50 |
| 06/02/25 | AMIEL | Emails with M. Talmo re: pending litigation | B011 | 0.10 | 86.00 |
| 06/01/25 | EMORT | Correspondence with YCST team re: confirmation status and lease assumption issues | B012 | 0.50 | 645.00 |
| 06/01/25 | MLUNN | Correspondence with E. Morton and analyze issues re: confirmation order and lease issues | B012 | 0.40 | 476.00 |
| 06/02/25 | AMIEL | Emails with co-counsel and YCST team re: confirmation order (.2); review and coordinate same for filing (.2) | B012 | 0.40 | 344.00 |

Freedom VCM Holdings, LLC
Billing Period June 1, 2025 through and including June 2, 2025

| | | Invoice Date: | July 18, 2025 |
|---|---|---|---|
| | | Invoice Number: | 50062688 |
| | | Matter Number: | 103996.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/02/25 | AMIEL | Emails with AP team, YCST team, and co-counsel re: plan supplement amendments and related issues (.1); review same (.1) | B012 | 0.20 | 172.00 |
| 06/02/25 | AMIEL | Emails with co-counsel and YCST team re: second exclusivity motion (.1); review same (.1) | B012 | 0.20 | 172.00 |
| 06/02/25 | BOLIV | Finalize for filing and coordinate service of certification of counsel regarding further revised proposed confirmation order and upload proposed order and related exhibits | B012 | 0.50 | 192.50 |
| 06/02/25 | BOLIV | Finalize for filing and coordinate service of second motion to extend exclusivity | B012 | 0.30 | 115.50 |
| 06/02/25 | EMORT | Review updated confirmation order (.8); Numerous correspondence with co-counsel and YCST to finalize same (.5); Correspondence with co-counsel and YCST re: updated plan supplement (.3); Review draft of same and updated exclusivity motion (.7); Review entered confirmation order (.1) and correspondence with YCST re: same (.2) | B012 | 2.60 | 3,354.00 |
| 06/02/25 | KMCEL | Review COC and confirmation order for filing | B012 | 0.20 | 116.00 |
| 06/02/25 | MKHOU | Analyze certification of counsel re confirmation order | B012 | 0.40 | 246.00 |
| 06/02/25 | MKHOU | Analyze draft third plan supplement notice | B012 | 0.80 | 492.00 |
| 06/02/25 | MLUNN | Review plan supplement issues re: assumption schedule and related correspondence with company advisors | B012 | 0.20 | 238.00 |
| 06/02/25 | MLUNN | Correspondence with A. Mielke and E. Morton re: plan supplement | B012 | 0.20 | 238.00 |
| 06/02/25 | MLUNN | Review revised exclusivity motion | B012 | 0.20 | 238.00 |
| 06/02/25 | MLUNN | Review revised confirmation order and COC (.5) and related correspondence with YCST and K&E teams (.1) | B012 | 0.60 | 714.00 |
| 06/02/25 | MLUNN | Correspondence with A. Mielke re: confirmation order status | B012 | 0.10 | 119.00 |
| 06/02/25 | SBORO | Call with A. Mielke re: confirmation order (.2); call with B. Olivere re: same (.1) | B012 | 0.30 | 184.50 |
| 06/02/25 | SBORO | Review COC and final confirmation order | B012 | 0.20 | 123.00 |

Freedom VCM Holdings, LLC
Billing Period June 1, 2025 through and including June 2, 2025

Invoice Date: July 18, 2025
Invoice Number: 50062688
Matter Number: 103996.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/02/25 | SBORO | Review third amended plan supplement | B012 | 0.20 | 123.00 |
| 06/02/25 | SBORO | Review final version of second exclusivity motion and email B. Olivere re: filing same | B012 | 0.20 | 123.00 |
| 06/02/25 | AMIEL | Emails with YCST team and UCC counsel re: staffing report and fee applications (.2); review and revise same (.1) | B017 | 0.30 | 258.00 |
| 06/02/25 | BOLIV | Finalize for filing and coordinate service of monthly staffing report of AP Services for April 2025 | B017 | 0.30 | 115.50 |
| 06/02/25 | BOLIV | Finalize for filing and coordinate service of 5th/April fee application of Deloitte & Touche | B017 | 0.40 | 154.00 |
| 06/02/25 | KMCEL | Review APS April Staffing Report and prepare same for filing (.1); review and revise Deloitte April fee application (.2); multiple emails with M. Rothchild (Deloitte) re: same (.1) | B017 | 0.40 | 232.00 |
| | | **Total** | | **23.00** | **$17,996.00** |

| Freedom VCM Holdings, LLC | Invoice Date: | July 18, 2025 |
|---|---|---|
| Billing Period June 1, 2025 through and including June 2, 2025 | Invoice Number: | 50062688 |
| | Matter Number: | 103996.1001 |

**Timekeeper Summary**

| <u>Initials</u> | <u>Name</u> | <u>Timekeeper Title</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| AMIEL | Allison S. Mielke | Partner | 3.50 | 860.00 | 3,010.00 |
| BOLIV | Beth A. Olivere | Paralegal | 2.20 | 385.00 | 847.00 |
| BGAFF | Brynna M. Gaffney | Associate | 0.20 | 500.00 | 100.00 |
| EMORT | Edmon L. Morton | Partner | 3.80 | 1,290.00 | 4,902.00 |
| KMCEL | Kristin L. McElroy | Associate | 3.20 | 580.00 | 1,856.00 |
| MKHOU | Mariam Khoudari | Associate | 1.50 | 615.00 | 922.50 |
| MLUNN | Matthew B. Lunn | Partner | 2.30 | 1,190.00 | 2,737.00 |
| SGAWR | Sarah Gawrysiak | Associate | 2.20 | 500.00 | 1,100.00 |
| SBORO | Shella Borovinskaya | Associate | 4.10 | 615.00 | 2,521.50 |
| **Total** | | | **23.00** | | **$17,996.00** |

| Freedom VCM Holdings, LLC | Invoice Date: | July 18, 2025 |
|---|---|---|
| Billing Period June 1, 2025 through and including June 2, 2025 | Invoice Number: | 50062688 |
| | Matter Number: | 103996.1001 |

**Task Summary**

### Task Code:B001       Case Administration

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Shella Borovinskaya | Associate | 2.00 | 615.00 | 1,230.00 |
| Beth A. Olivere | Paralegal | 0.50 | 385.00 | 192.50 |
| **Total** | | **2.50** | | **1,422.50** |

### Task Code:B002       Court Hearings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brynna M. Gaffney | Associate | 0.20 | 500.00 | 100.00 |
| **Total** | | **0.20** | | **100.00** |

### Task Code:B003       Cash Collateral/DIP Financing

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Shella Borovinskaya | Associate | 0.20 | 615.00 | 123.00 |
| **Total** | | **0.20** | | **123.00** |

### Task Code:B004       Schedules & Statements, U.S. Trustee Reports

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 0.10 | 860.00 | 86.00 |
| Kristin L. McElroy | Associate | 0.30 | 580.00 | 174.00 |
| **Total** | | **0.40** | | **260.00** |

### Task Code:B005       Lease/Executory Contract Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 0.10 | 860.00 | 86.00 |
| Kristin L. McElroy | Associate | 1.80 | 580.00 | 1,044.00 |
| Mariam Khoudari | Associate | 0.30 | 615.00 | 184.50 |
| **Total** | | **2.20** | | **1,314.50** |

### Task Code:B006       Use, Sale or Lease of Property (363 issues)

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 0.30 | 860.00 | 258.00 |
| Edmon L. Morton | Partner | 0.20 | 1,290.00 | 258.00 |
| Sarah Gawrysiak | Associate | 2.20 | 500.00 | 1,100.00 |
| Shella Borovinskaya | Associate | 0.50 | 615.00 | 307.50 |
| **Total** | | **3.20** | | **1,923.50** |

Freedom VCM Holdings, LLC
Billing Period June 1, 2025 through and including June 2, 2025

| | |
|---|---|
| Invoice Date: | July 18, 2025 |
| Invoice Number: | 50062688 |
| Matter Number: | 103996.1001 |

**Task Code:B007**  **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 1.10 | 860.00 | 946.00 |
| Matthew B. Lunn | Partner | 0.10 | 1,190.00 | 119.00 |
| Beth A. Olivere | Paralegal | 0.20 | 385.00 | 77.00 |
| **Total** | | **1.40** | | **1,142.00** |

**Task Code:B008**  **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 0.70 | 860.00 | 602.00 |
| Edmon L. Morton | Partner | 0.50 | 1,290.00 | 645.00 |
| Matthew B. Lunn | Partner | 0.50 | 1,190.00 | 595.00 |
| Kristin L. McElroy | Associate | 0.50 | 580.00 | 290.00 |
| Shella Borovinskaya | Associate | 0.50 | 615.00 | 307.50 |
| **Total** | | **2.70** | | **2,439.50** |

**Task Code:B011**  **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 0.10 | 860.00 | 86.00 |
| **Total** | | **0.10** | | **86.00** |

**Task Code:B012**  **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 0.80 | 860.00 | 688.00 |
| Edmon L. Morton | Partner | 3.10 | 1,290.00 | 3,999.00 |
| Matthew B. Lunn | Partner | 1.70 | 1,190.00 | 2,023.00 |
| Kristin L. McElroy | Associate | 0.20 | 580.00 | 116.00 |
| Mariam Khoudari | Associate | 1.20 | 615.00 | 738.00 |
| Shella Borovinskaya | Associate | 0.90 | 615.00 | 553.50 |
| Beth A. Olivere | Paralegal | 0.80 | 385.00 | 308.00 |
| **Total** | | **8.70** | | **8,425.50** |

**Task Code:B017**  **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 0.30 | 860.00 | 258.00 |
| Kristin L. McElroy | Associate | 0.40 | 580.00 | 232.00 |
| Beth A. Olivere | Paralegal | 0.70 | 385.00 | 269.50 |
| **Total** | | **1.40** | | **759.50** |

**EXHIBIT A-2**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6637

Writer's E-Mail
emorton@ycst.com

| | | |
|---|---|---|
| Freedom VCM Holdings, LLC | Invoice Date: | July 18, 2025 |
| 109 Innovation CT | Invoice Number: | 50062689 |
| Suite J | Matter Number: | 103996.1001 |
| Delaware, OH 43015 | | |

Re: Debtor Representation
    Billing Period June 3, 2025 through and including July 1, 2025

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 16,320.00 |
| Total Due This Invoice | $ | 16,320.00 |

| | | | | | |
|---|---|---|---|---|---|
| Freedom VCM Holdings, LLC | | | Invoice Date: | | July 18, 2025 |
| Billing Period June 3, 2025 through and including July 1, 2025 | | | Invoice Number: | | 50062689 |
| | | | Matter Number: | | 103996.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/10/25 | BOLIV | Draft certificate of no objection re second motion to extend exclusivity | B012 | 0.20 | 77.00 |
| 06/10/25 | EMORT | Brief review of Topco claims objection (.3) and correspondence with co-counsel and A. Mielke re: same (.2) | B012 | 0.50 | 645.00 |
| 06/11/25 | AMIEL | Confer with E. Morton in advance of call with co-counsel re: confirmation strategy (.5); teleconference with co-counsel and YCST team re: confirmation strategy and related issues (.5) | B012 | 1.00 | 860.00 |
| 06/11/25 | AMIEL | Emails with B. Bakemeyer re: confirmation documents | B012 | 0.10 | 86.00 |
| 06/11/25 | BOLIV | Finalize for filing and coordinate service of certificate of no objection re second motion to extend exclusivity and upload order | B012 | 0.20 | 77.00 |
| 06/11/25 | EMORT | Review materials to prepare for call with co-counsel and A. Mielke re: Topco claims objection and potential plan strategy issues (.4); Teleconference with A. Mielke to prepare for same (.5); Teleconference with KE and YCST (.5); Follow-up correspondence with KE and YCST (.2) | B012 | 1.60 | 2,064.00 |
| 06/11/25 | MLUNN | Review and analyze issues re: TopCo confirmation in preparation for call with K&E and YCST teams (.7); call with K&E and YCST teams re: strategy for TopCo confirmation (.5); and related follow-up with S. Borovinskaya (.1) | B012 | 1.30 | 1,547.00 |
| 06/11/25 | SBORO | Call with K&E and YCST teams re: TopCo confirmation | B012 | 0.50 | 307.50 |
| 06/12/25 | AMIEL | Emails with co-counsel re: confirmation documents | B012 | 0.10 | 86.00 |
| 06/18/25 | AMIEL | Emails with YCST team and co-counsel re: confirmation hearing strategy and updates | B012 | 0.10 | 86.00 |
| 06/23/25 | AMIEL | Confer with M. Levine re: confirmation strategy | B012 | 0.10 | 86.00 |
| 06/23/25 | EMORT | Correspondence with KE and YCST re: Topco confirmation issues and timing for court consideration of same | B012 | 0.40 | 516.00 |

Freedom VCM Holdings, LLC
Billing Period June 3, 2025 through and including July 1, 2025

| | Invoice Date: | July 18, 2025 |
|---|---|---|
| | Invoice Number: | 50062689 |
| | Matter Number: | 103996.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/23/25 | MLUNN | Correspondence with chambers and YCST and K&E teams re: TopCo confirmation hearing date | B012 | 0.10 | 119.00 |
| 06/25/25 | AMIEL | Emails with M. Levine and YCST team re: confirmation order and strategy | B012 | 0.10 | 86.00 |
| 06/25/25 | EMORT | Correspondence with co-counsel re: status of Topco confirmation efforts and discussions with opposing counsel | B012 | 0.30 | 387.00 |
| 06/25/25 | MLUNN | Review status of TopCo confirmation request and related correspondence | B012 | 0.10 | 119.00 |
| 06/25/25 | MLUNN | Review and provide comments to draft TopCo confirmation order | B012 | 0.90 | 1,071.00 |
| 06/26/25 | AMIEL | Initial review of TopCo confirmation order | B012 | 0.20 | 172.00 |
| 06/27/25 | AMIEL | Review TopCo confirmation order (.5); confer with M. Levine re: same (.3); emails with YCST team and co-counsel re: same (.1) | B012 | 0.90 | 774.00 |
| 06/27/25 | EMORT | Review draft Topco confirmation order (.4); Correspondence with co-counsel and YCST (.3) | B012 | 0.70 | 903.00 |
| 06/27/25 | MKHOU | Review and analyze draft TopCo confirmation order | B012 | 1.40 | 861.00 |
| 06/27/25 | MLUNN | Correspondence with YCST team re: TopCo confirmation order | B012 | 0.20 | 238.00 |
| 06/27/25 | SBORO | Call with K. McElroy re: TopCo confirmation order | B012 | 0.20 | 123.00 |
| 06/27/25 | SBORO | Review TopCo confirmation order | B012 | 0.40 | 246.00 |
| 06/27/25 | SGAWR | Correspondence from M. Lunn, A. Mielke, S. Borovinskaya, and Joshua Raphael re: Topco confirmation hearing | B012 | 0.20 | 100.00 |
| 06/30/25 | AMIEL | Emails with UST, chambers, co-counsel, and YCST team re: confirmation order and related COC (.4); review same and coordinate for filing (.4) | B012 | 0.80 | 688.00 |
| 06/30/25 | AMIEL | Emails with co-counsel re: plan issues | B012 | 0.10 | 86.00 |
| 06/30/25 | AMIEL | Confer with E. Morton re: case strategy and confirmation issues (.3); confer with M. Levine re: same (.1); review and revise certification of counsel re: same (.2) | B012 | 0.60 | 516.00 |
| 06/30/25 | BGAFF | Draft certification of counsel re: TopCo Confirmation Order | B012 | 1.00 | 500.00 |

Freedom VCM Holdings, LLC
Billing Period June 3, 2025 through and including July 1, 2025

| | | | Invoice Date: | July 18, 2025 |
| | | | Invoice Number: | 50062689 |
| | | | Matter Number: | 103996.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 06/30/25 | BOLIV | Support and coordinate filing of certification of counsel re: TopCo confirmation order | B012 | 0.60 | 231.00 |
| 06/30/25 | BOLIV | Finalize for filing and coordinate service of certification of counsel re: TopCo confirmation order and upload order | B012 | 0.40 | 154.00 |
| 06/30/25 | EMORT | Correspondence re: potential submission of Topco confirmation order (.5); Brief review of order and CoC (.4) | B012 | 1.20 | 1,548.00 |
| 06/30/25 | MLUNN | Review draft COC re: TopCo confirmation order and related correspondence with K&E and YCST teams | B012 | 0.20 | 238.00 |
| 06/30/25 | MLUNN | Correspondence from UST re: TopCo confirmation order | B012 | 0.10 | 119.00 |
| 07/01/25 | AMIEL | Review as-entered confirmation order | B012 | 0.20 | 172.00 |
| 07/01/25 | BOLIV | Coordinate service of order confirming the 9th amended plan of Freedom VCM Holdings, LLC | B012 | 0.10 | 38.50 |
| 07/01/25 | BOLIV | Circulate order confirming 9th amended plan of Freedom VCM Holdings | B012 | 0.10 | 38.50 |
| 07/01/25 | KMCEL | Review TopCo confirmation order with edits as entered by the court | B012 | 0.30 | 174.00 |
| 07/01/25 | MLUNN | Review Court's revisions to TopCo Confirmation Order | B012 | 0.10 | 119.00 |
| 07/01/25 | SBORO | Review TopCo confirmation order | B012 | 0.10 | 61.50 |
| | | **Total** | | **17.70** | **$16,320.00** |

Freedom VCM Holdings, LLC
Billing Period June 3, 2025 through and including July 1, 2025

| | |
|---|---|
| Invoice Date: | July 18, 2025 |
| Invoice Number: | 50062689 |
| Matter Number: | 103996.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AMIEL | Allison S. Mielke | Partner | 4.30 | 860.00 | 3,698.00 |
| BOLIV | Beth A. Olivere | Paralegal | 1.60 | 385.00 | 616.00 |
| BGAFF | Brynna M. Gaffney | Associate | 1.00 | 500.00 | 500.00 |
| EMORT | Edmon L. Morton | Partner | 4.70 | 1,290.00 | 6,063.00 |
| KMCEL | Kristin L. McElroy | Associate | 0.30 | 580.00 | 174.00 |
| MKHOU | Mariam Khoudari | Associate | 1.40 | 615.00 | 861.00 |
| MLUNN | Matthew B. Lunn | Partner | 3.00 | 1,190.00 | 3,570.00 |
| SGAWR | Sarah Gawrysiak | Associate | 0.20 | 500.00 | 100.00 |
| SBORO | Shella Borovinskaya | Associate | 1.20 | 615.00 | 738.00 |
| **Total** | | | **17.70** | | **$16,320.00** |

| | | |
|---|---|---|
| Freedom VCM Holdings, LLC | Invoice Date: | July 18, 2025 |
| Billing Period June 3, 2025 through and including July 1, 2025 | Invoice Number: | 50062689 |
| | Matter Number: | 103996.1001 |

**Task Summary**

<u>**Task Code:B012**</u>                **<u>Plan and Disclosure Statement</u>**

| <u>Name</u> | <u>Timekeeper Title</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| Allison S. Mielke | Partner | 4.30 | 860.00 | 3,698.00 |
| Edmon L. Morton | Partner | 4.70 | 1,290.00 | 6,063.00 |
| Matthew B. Lunn | Partner | 3.00 | 1,190.00 | 3,570.00 |
| Brynna M. Gaffney | Associate | 1.00 | 500.00 | 500.00 |
| Kristin L. McElroy | Associate | 0.30 | 580.00 | 174.00 |
| Mariam Khoudari | Associate | 1.40 | 615.00 | 861.00 |
| Sarah Gawrysiak | Associate | 0.20 | 500.00 | 100.00 |
| Shella Borovinskaya | Associate | 1.20 | 615.00 | 738.00 |
| Beth A. Olivere | Paralegal | 1.60 | 385.00 | 616.00 |
| **Total** | | **17.70** | | **16,320.00** |