## EXHIBIT B

## BUDGET AND STAFFING PLAN

| BUDGET<br>NOVEMBER 2024 – JULY 1, 2025 | | |
|---|---|---|
| **Project Category** | **Estimated Hours** | **Estimated Fees** |
| Case Administration (B001) | 368.80 | $311,388.70 |
| Court Hearings (B002) | 1317.30 | $1,112,102.50 |
| Cash Collateral/DIP Financing (B003) | 52.70 | $44,484.10 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 158.10 | $133,452.30 |
| Lease/Executory Contract Issues (B005) | 52.70 | $44,484.10 |
| Use, Sale or Lease of Property (363 issues) (B006) | 474.20 | $400,356.90 |
| Claims Analysis, Objections and Resolutions (B007) | 421.50 | $355,872.80 |
| Meetings (B008) | 421.50 | $355,872.80 |
| Stay Relief Matters (B009) | 105.40 | $88,968.20 |
| Reclamation Claims and Reclamation Adversaries (B010) | 0.00 | $0.00 |
| Other Adversary Proceedings (B011) | 210.80 | $177,936.40 |
| Plan and Disclosure Statement (B012) | 1053.80 | $889,682.00 |
| Creditor Inquiries (B013) | 0.00 | $0.00 |
| General Corporate Matters (B014) | 52.70 | $44,484.10 |
| Employee Matters (B015) | 52.70 | $44,484.10 |
| Asset Analysis (B016) | 52.70 | $44,484.10 |
| Retention of Professionals/Fee Issues (B017) | 316.10 | $266,904.60 |
| Fee Application Preparation (B018) | 105.40 | $88,968.20 |
| Travel (B019) | 0.00 | $0.00 |
| Utility Services (B020) | 52.70 | $44,484.10 |
| **Total** | **5269.10** | **$4,448,410.00** |

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Budgeted Period** | **Average Rate[1]** |
| Partner | 2 | $1,247.00 |
| Counsel | N/A | N/A |
| Associate (7 or more years since first admission) | 1 | $780.00 |
| Associate (4-6 years since first admission) | - | - |
| Associate (less than 4 years since first admission) | 1 | $580 |
| Paralegal | 1 | $385.00 |

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the Budgeted Period.