**<u>Exhibit D</u>**

**Budget and Staffing Plan**

## Budget and Staffing Plan

### (For Matter Categories for the Period Beginning on February 14, 2025 and Ending June 13, 2025)

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 2 | Adversary Proceeding and Contested Matters | 7,055 - 7,577 | $10,867,500 - $11,672,500 |
| 3 | Corporate, Securities, and Governance Matters | 163 - 175 | $270,000 - $290,000 |
| 4 | Disclosure Statement/Plan/Confirmation | 5,256 - 5,646 | $8,100,000 - $8,700,000 |
| 5 | DIP Financing and Cash Collateral | 390 - 419 | $675,000 - $725,000 |
| 6 | Cash Management | 135 - 145 | $270,000 - $290,000 |
| 7 | Automatic Stay Issues | 505 - 543 | $810,000 - $870,000 |
| 8 | Asset Sales/Section 363/Use, Sale, and Disposition of Property | 504 - 541 | $945,000 - $1,015,000 |
| 9 | Executory Contracts and Unexpired Leases | 468 - 502 | $877,500 - $942,500 |
| 10 | Business Operations | 18 - 19 | $33,750 - $36,250 |
| 11 | Claims Administration | 142 - 153 | $270,000 - $290,000 |
| 12 | Schedules and Statements (SOFAs) | 18 - 19 | $33,750 - $36,250 |
| 13 | Creditor and Stakeholder Communications | 69 - 75 | $135,000 - $145,000 |
| 14 | U.S. Trustee Matters and Communications | 70 - 75 | $135,000 - $145,000 |
| 15 | Hearings | 175 - 188 | $270,000 - $290,000 |
| 16 | Insurance and Surety Matters | 72 - 78 | $135,000 - $145,000 |
| 17 | Utilities | 68 - 73 | $135,000 - $145,000 |
| 18 | Tax Matters | 66 - 71 | $135,000 - $145,000 |
| 19 | Case Administration | 100 - 107 | $135,000 - $145,000 |
| 20 | Retention – K&E | 438 - 471 | $810,000 - $870,000 |
| 21 | Retention – Non-K&E | 300 - 322 | $607,500 - $652,500 |
| 22 | Vendor Matters | 338 - 363 | $675,000 - $725,000 |
| 23 | Litigation | 104 - 111 | $135,000 - $145,000 |
| 24 | Non-Working Travel | 133 - 143 | $135,000 - $145,000 |
| 25 | Creditors' Committee Matters | 138 - 148 | $270,000 - $290,000 |
| 26 | Employee and Labor Matters | 69 - 74 | $135,000 - $145,000 |

| Total | | 16,794 - 18,038 | $27,000,000 - $29,000,000 |
|---|---|---|---|

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 19 | $2,208 |
| Associate | 40 | $1,161 |
| Paralegal | 2 | $495 |
| Junior Paralegal | 3 | $395 |
| **Total** | **64** | **$1,615** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.