**<u>Exhibit F</u>**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at Rate as of Retention Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | As of Retention Date | |
| Bill Arnault, P.C. | Partner | Litigation - General | 2009 | 839,650.50 | 416.70 | N/A | 2,015.00 | 2,015.00 | 839,650.50 |
| Zachary S. Brez, P.C. | Partner | Litigation - General | 2000 | 12,325.00 | 5.00 | N/A | 2,465.00 | 2,465.00 | 12,325.00 |
| Thad W. Davis, P.C. | Partner | Taxation | 2005 | 1,371.00 | 0.60 | N/A | 2,285.00 | 2,285.00 | 1,371.00 |
| Rob Fowler, P.C. | Partner | ECEB - Executive Compensation | 1996 | 51,178.50 | 22.30 | N/A | 2,295.00 | 2,295.00 | 51,178.50 |
| Jeffrey Ross Goldfine | Partner | Litigation - General | 2016 | 410,598.50 | 235.30 | N/A | 1,745.00 | 1,745.00 | 410,598.50 |
| Nicole L. Greenblatt, P.C. | Partner | Restructuring | 2003 | 770,715.00 | 297.00 | N/A | 2,595.00 | 2,595.00 | 770,715.00 |
| George W. Hicks Jr., P.C. | Partner | Litigation - General | 2006 | 288,575.00 | 135.80 | N/A | 2,125.00 | 2,125.00 | 288,575.00 |
| Jacquelyn M. Kasulis, P.C. | Partner | Litigation - General | 2004 | 5,662.50 | 2.50 | N/A | 2,265.00 | 2,265.00 | 5,662.50 |
| R.D. Kohut, P.C. | Partner | ECEB - Labor/Employment | 2004 | 2,295.00 | 1.00 | N/A | 2,295.00 | 2,295.00 | 2,295.00 |
| Joshua Korff, P.C. | Partner | Corporate - Capital Markets | 1994 | 739.50 | 0.30 | N/A | 2,465.00 | 2,465.00 | 739.50 |
| Mark McKane, P.C. | Partner | Litigation - General | 1999 | 550,848.00 | 243.20 | N/A | 2,265.00 | 2,265.00 | 550,848.00 |
| Shawn OHargan, P.C. | Partner | Corporate - M&A/Private Equity | 2007 | 632,502.00 | 275.60 | N/A | 2,295.00 | 2,295.00 | 632,502.00 |
| Scott D. Price, P.C. | Partner | ECEB - Executive Compensation | 1998 | 24,157.00 | 9.80 | N/A | 2,465.00 | 2,465.00 | 24,157.00 |
| Scott Rolnik, P.C. | Partner | Corporate - Debt Finance | 2014 | 85,042.50 | 39.10 | N/A | 2,175.00 | 2,175.00 | 85,042.50 |
| Anthony Vincenzo Sexton, P.C. | Partner | Taxation | 2011 | 37,142.50 | 17.90 | N/A | 2,075.00 | 2,075.00 | 37,142.50 |
| Josh Sussberg, P.C. | Partner | Restructuring | 2004 | 315,552.00 | 121.60 | N/A | 2,595.00 | 2,595.00 | 315,552.00 |
| Michael Leonard Urschel, P.C. | Partner | Corporate - Debt Finance | 2008 | 38,700.50 | 15.70 | N/A | 2,465.00 | 2,465.00 | 38,700.50 |
| Dennis Williams, P.C. | Partner | Corporate - Healthcare | 2008 | 16,524.00 | 7.20 | N/A | 2,295.00 | 2,295.00 | 16,524.00 |
| Lamina Bowen | Partner | Litigation - General | 2016 | 837.50 | 0.50 | N/A | 1,675.00 | 1,675.00 | 837.50 |
| John G. Caruso | Partner | Real Estate | 1992 | 16,983.00 | 7.40 | N/A | 2,295.00 | 2,295.00 | 16,983.00 |
| Jacob R. Clark | Partner | Real Estate | 2017 | 2,587.50 | 1.50 | N/A | 1,725.00 | 1,725.00 | 2,587.50 |
| Paige S. Comparato | Partner | Litigation - General | 2017 | 27,297.50 | 17.90 | N/A | 1,525.00 | 1,525.00 | 27,297.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed As of Retention Date | Fees Billed In this Application at Rate as of Retention Date |
|---|---|---|---|---|---|---|---|---|---|
| Bernadette Coppola | Partner | Technology & IP Transactions | 2013 | 3,277.50 | 1.90 | N/A | 1,725.00 | 1,725.00 | 3,277.50 |
| David Cummings | Partner | Litigation - General | 2013 | 11,865.00 | 7.00 | N/A | 1,695.00 | 1,695.00 | 11,865.00 |
| James B. Dickson | Partner | Corporate - Debt Finance | 2013 | 166,617.00 | 91.80 | N/A | 1,815.00 | 1,815.00 | 166,617.00 |
| Peter Evangelatos | Partner | IP Litigation | 2018 | 130,387.50 | 85.50 | N/A | 1,525.00 | 1,525.00 | 130,387.50 |
| Phil Vincent Giglio | Partner | Corporate - Investment Funds | 2014 | 4,908.00 | 2.40 | N/A | 2,045.00 | 2,045.00 | 4,908.00 |
| Susan D. Golden | Partner | Restructuring | 1988 | 29,797.00 | 16.60 | N/A | 1,795.00 | 1,795.00 | 29,797.00 |
| Shana G. Hamilton | Partner | Corporate - Debt Finance | 2005 | 7,114.50 | 3.10 | N/A | 2,295.00 | 2,295.00 | 7,114.50 |
| Kate Hardey | Partner | Corporate - Healthcare | 2003 | 35,235.00 | 16.20 | N/A | 2,175.00 | 2,175.00 | 35,235.00 |
| Jackie Heffernan | Partner | ECEB - Labor/Employment | 2017 | 31,050.00 | 18.00 | N/A | 1,725.00 | 1,725.00 | 31,050.00 |
| Shayne Henry | Partner | Litigation - General | 2014 | 815,295.00 | 481.00 | N/A | 1,695.00 | 1,695.00 | 815,295.00 |
| Erik Hepler | Partner | Corporate - Debt Finance | 1990 | 5,278.50 | 2.30 | N/A | 2,295.00 | 2,295.00 | 5,278.50 |
| Keli Huang | Partner | Corporate - M&A/Private Equity | 2018 | 877,852.50 | 508.90 | N/A | 1,725.00 | 1,725.00 | 877,852.50 |
| Derek I. Hunter | Partner | Restructuring | 2017 | 841,301.50 | 484.90 | N/A | 1,735.00 | 1,735.00 | 841,301.50 |
| Samantha Jones | Partner | Antitrust/Competition | 2018 | 8,452.50 | 4.90 | N/A | 1,725.00 | 1,725.00 | 8,452.50 |
| Kathleen Vera Kinsella | Partner | Litigation - General | 2016 | 146,857.50 | 96.30 | N/A | 1,525.00 | 1,525.00 | 146,857.50 |
| Nikhil Rama Krishnan | Partner | IP Litigation | 2014 | 73,988.00 | 42.40 | N/A | 1,745.00 | 1,745.00 | 73,988.00 |
| Kelsey Marie Laugel | Partner | Antitrust/Competition | 2017 | 922.50 | 0.50 | N/A | 1,845.00 | 1,845.00 | 922.50 |
| Melanie MacKay | Partner | Litigation - General | 2010 | 695,967.00 | 410.60 | N/A | 1,695.00 | 1,695.00 | 695,967.00 |
| Drew Maliniak | Partner | Corporate - Capital Markets | 2019 | 262,200.00 | 152.00 | N/A | 1,725.00 | 1,725.00 | 262,200.00 |
| Christine S. Matott | Partner | Corporate - Investment Funds | 2006 | 1,147.50 | 0.50 | N/A | 2,295.00 | 2,295.00 | 1,147.50 |
| Janette A. McMahan | Partner | Corporate - Debt Finance | 1998 | 688.50 | 0.30 | N/A | 2,295.00 | 2,295.00 | 688.50 |
| Adam Mohamed | Partner | Corporate - Debt Finance | 2019 | 171,637.50 | 99.50 | N/A | 1,725.00 | 1,725.00 | 171,637.50 |
| Maureen D. O'Brien | Partner | ECEB - Employee Benefits | 1998 | 128,749.50 | 56.10 | N/A | 2,295.00 | 2,295.00 | 128,749.50 |
| Thomas Prommer | Partner | Corporate - Debt Finance | 2016 | 7,804.50 | 4.30 | N/A | 1,815.00 | 1,815.00 | 7,804.50 |
| William T. Pruitt | Partner | Litigation - General | 2004 | 32,404.50 | 17.10 | N/A | 1,895.00 | 1,895.00 | 32,404.50 |
| John R. Rhine | Partner | IP Litigation | 2013 | 187,064.00 | 107.20 | N/A | 1,745.00 | 1,745.00 | 187,064.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed As of Retention Date | Fees Billed In this Application at Rate as of Retention Date |
|---|---|---|---|---|---|---|---|---|---|
| Gregory B. Sanford | Partner | IP Litigation | 2008 | 143,264.50 | 82.10 | N/A | 1,745.00 | 1,745.00 | 143,264.50 |
| Joanna Schlingbaum | Partner | Technology & IP Transactions | 2016 | 87,802.50 | 50.90 | N/A | 1,725.00 | 1,725.00 | 87,802.50 |
| Matthew Sinclair-Thomson | Partner | Antitrust/Competition | 2013 | 7,975.50 | 3.90 | N/A | 2,045.00 | 2,045.00 | 7,975.50 |
| Michael D. Thorpe | Partner | Antitrust/Competition | 2010 | 27,306.00 | 14.80 | N/A | 1,845.00 | 1,845.00 | 27,306.00 |
| Lany L. Villalobos | Partner | ECEB - Executive Compensation | 2014 | 37,950.00 | 22.00 | N/A | 1,725.00 | 1,725.00 | 37,950.00 |
| Nicholas Warther | Partner | Taxation | 2017 | 160,965.00 | 88.20 | N/A | 1,825.00 | 1,825.00 | 160,965.00 |
| Amber L. Whipkey | Partner | Litigation - General | 2002 | 218,725.50 | 168.90 | N/A | 1,295.00 | 1,295.00 | 218,725.50 |
| Steven Soule | Of Counsel | Litigation - General | 1995 | 3,984.00 | 3.20 | N/A | 1,245.00 | 1,245.00 | 3,984.00 |
| Max Joseph Abramson | Associate | Litigation - General | 2025 | 63,837.00 | 73.80 | N/A | 865.00 | 865.00 | 63,837.00 |
| Matt Advani | Associate | Taxation | 2023 | 148,482.00 | 135.60 | N/A | 1,095.00 | 1,095.00 | 148,482.00 |
| Michael Angarola | Associate | Litigation - General | 2024 | 289,602.00 | 334.80 | N/A | 865.00 | 865.00 | 289,602.00 |
| Will Atnipp | Associate | Litigation - General | 2023 | 71,647.50 | 69.90 | N/A | 1,025.00 | 1,025.00 | 71,647.50 |
| Devika M. Balaram | Associate | Litigation - General | 2021 | 201,243.00 | 155.40 | N/A | 1,295.00 | 1,295.00 | 201,243.00 |
| Michael Beauchamp | Associate | Restructuring | 2023 | 281,053.50 | 263.90 | N/A | 1,065.00 | 1,065.00 | 281,053.50 |
| Anna Therese Beavers | Associate | Litigation - General | 2024 | 102,675.50 | 118.70 | N/A | 865.00 | 865.00 | 102,675.50 |
| Magdalene Beck | Associate | Litigation - General | 2024 | 65,221.00 | 75.40 | N/A | 865.00 | 865.00 | 65,221.00 |
| Ziv Ben-Shahar | Associate | Restructuring | 2022 | 976,076.00 | 816.80 | N/A | 1,195.00 | 1,195.00 | 976,076.00 |
| Sloane Bessey | Associate | Restructuring | 2024 | 235,791.00 | 221.40 | N/A | 1,065.00 | 1,065.00 | 235,791.00 |
| Jacob E. Black | Associate | Restructuring | 2021 | 392,975.00 | 285.80 | N/A | 1,375.00 | 1,375.00 | 392,975.00 |
| Afi Blackshear | Associate | Litigation - General | 2024 | 89,277.50 | 87.10 | N/A | 1,025.00 | 1,025.00 | 89,277.50 |
| Keaton Blazer | Associate | IP Litigation | 2024 | 30,448.00 | 35.20 | N/A | 865.00 | 865.00 | 30,448.00 |
| Socrates L. Boutsikaris | Associate | IP Litigation | 2021 | 36,315.00 | 27.00 | N/A | 1,345.00 | 1,345.00 | 36,315.00 |
| Brooke K. Brimo | Associate | Corporate - Debt Finance | 2023 | 5,218.50 | 4.90 | N/A | 1,065.00 | 1,065.00 | 5,218.50 |
| Danny Brown | Associate | Litigation - General | 2022 | 311,892.00 | 263.20 | N/A | 1,185.00 | 1,185.00 | 311,892.00 |
| Caroline Buthe | Associate | Restructuring | 2025 | 349,448.00 | 397.10 | N/A | 880.00 | 880.00 | 349,448.00 |
| Christopher Buxton | Associate | IP Litigation | 2019 | 67,337.00 | 46.60 | N/A | 1,445.00 | 1,445.00 | 67,337.00 |
| Henry Caldwell | Associate | Litigation - General | 2018 | 310,530.50 | 214.90 | N/A | 1,445.00 | 1,445.00 | 310,530.50 |
| Alexandra Card | Associate | IP Litigation | 2024 | 28,977.50 | 33.50 | N/A | 865.00 | 865.00 | 28,977.50 |

10

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed As of Retention Date | Fees Billed In this Application at Rate as of Retention Date |
|---|---|---|---|---|---|---|---|---|---|
| George Cartveli | Associate | ECEB - Labor/Employment | 2019 | 11,427.00 | 7.80 | N/A | 1,465.00 | 1,465.00 | 11,427.00 |
| Hacibey Catalbasoglu | Associate | Litigation - General | 2024 | 111,066.00 | 128.40 | N/A | 865.00 | 865.00 | 111,066.00 |
| Gursheen Cheema | Associate | Corporate - Debt Finance | 2024 | 83,176.50 | 78.10 | N/A | 1,065.00 | 1,065.00 | 83,176.50 |
| Jacqueline Cloutier | Associate | Corporate - Capital Markets | 2023 | 114,537.50 | 83.30 | N/A | 1,375.00 | 1,375.00 | 114,537.50 |
| Seth M. Cohen | Associate | Litigation - General | 2023 | 115,266.50 | 85.70 | N/A | 1,345.00 | 1,345.00 | 115,266.50 |
| Aislinn Comiskey | Associate | Restructuring | 2025 | 289,080.00 | 328.50 | N/A | 880.00 | 880.00 | 289,080.00 |
| Caitlin Dean | Associate | IP Litigation | 2018 | 86,142.00 | 58.80 | N/A | 1,465.00 | 1,465.00 | 86,142.00 |
| Ashton Dubey | Associate | Litigation - General | 2022 | 212,589.00 | 179.40 | N/A | 1,185.00 | 1,185.00 | 212,589.00 |
| Carlos Estrada | Associate | Litigation - General | 2023 | 241,285.00 | 235.40 | N/A | 1,025.00 | 1,025.00 | 241,285.00 |
| Kaitie Farrell | Associate | Litigation - General | 2021 | 101,657.50 | 78.50 | N/A | 1,295.00 | 1,295.00 | 101,657.50 |
| Kai Michael Fenty | Associate | Taxation | 2024 | 40,885.00 | 44.20 | N/A | 925.00 | 925.00 | 40,885.00 |
| Rebecca Finley | Associate | IP Litigation | N/A | 64,269.50 | 74.30 | N/A | 865.00 | 865.00 | 64,269.50 |
| Julia Fletcher | Associate | Restructuring | 2025 | 241,560.00 | 274.50 | N/A | 880.00 | 880.00 | 241,560.00 |
| Garrett Fox | Associate | Litigation - General | 2019 | 266,747.00 | 184.60 | N/A | 1,445.00 | 1,445.00 | 266,747.00 |
| Rachel Golden | Associate | Restructuring | 2023 | 736,120.00 | 616.00 | N/A | 1,195.00 | 1,195.00 | 736,120.00 |
| Mara L. Greenberg | Associate | IP Litigation | 2023 | 24,292.50 | 20.50 | N/A | 1,185.00 | 1,185.00 | 24,292.50 |
| Belle A. E. Harris | Associate | Litigation - General | 2023 | 210,842.50 | 205.70 | N/A | 1,025.00 | 1,025.00 | 210,842.50 |
| Grace Hartnett | Associate | Litigation - General | 2023 | 140,117.50 | 136.70 | N/A | 1,025.00 | 1,025.00 | 140,117.50 |
| Maggie Houseknecht | Associate | Litigation - General | 2018 | 210,536.50 | 145.70 | N/A | 1,445.00 | 1,445.00 | 210,536.50 |
| Tiffany Hu | Associate | IP Litigation | 2024 | 59,512.00 | 68.80 | N/A | 865.00 | 865.00 | 59,512.00 |
| Alex Ingoglia | Associate | Litigation - General | 2021 | 76,530.50 | 56.90 | N/A | 1,345.00 | 1,345.00 | 76,530.50 |
| Jeffrey M. Jacobsen | Associate | IP Litigation | 2022 | 108,546.00 | 91.60 | N/A | 1,185.00 | 1,185.00 | 108,546.00 |
| Sarah Jones | Associate | Restructuring | 2024 | 177,496.00 | 201.70 | N/A | 880.00 | 880.00 | 177,496.00 |
| Olivia Kaufmann | Associate | Corporate - Healthcare | 2023 | 17,925.00 | 15.00 | N/A | 1,195.00 | 1,195.00 | 17,925.00 |
| Eric S. Kay | Associate | Litigation - General | 2016 | 118,923.50 | 82.30 | N/A | 1,445.00 | 1,445.00 | 118,923.50 |
| Michael Patrick Kenstowicz | Associate | Litigation - General | 2016 | 15,461.50 | 10.70 | N/A | 1,445.00 | 1,445.00 | 15,461.50 |
| Jake Kim | Associate | Corporate - General | 2023 | 48,670.50 | 45.70 | N/A | 1,065.00 | 1,065.00 | 48,670.50 |
| Hunter C. Kodama | Associate | Corporate - General | 2023 | 9,798.00 | 9.20 | N/A | 1,065.00 | 1,065.00 | 9,798.00 |
| Joe Krisko | Associate | Antitrust/Competition | 2024 | 30,536.00 | 34.70 | N/A | 880.00 | 880.00 | 30,536.00 |
| Joshua Lacoste | Associate | Litigation - General | 2024 | 60,167.50 | 58.70 | N/A | 1,025.00 | 1,025.00 | 60,167.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed As of Retention Date | Fees Billed In this Application at Rate as of Retention Date |
|---|---|---|---|---|---|---|---|---|---|
| Amiri A. Lampley | Associate | Litigation - General | 2021 | 151,178.00 | 112.40 | N/A | 1,345.00 | 1,345.00 | 151,178.00 |
| Andrew Lee | Associate | IP Litigation | 2024 | 12,812.50 | 12.50 | N/A | 1,025.00 | 1,025.00 | 12,812.50 |
| Michael D. Lehavi | Associate | Litigation - General | 2023 | 184,295.00 | 179.80 | N/A | 1,025.00 | 1,025.00 | 184,295.00 |
| Constantina Leodis | Associate | Corporate - Debt Finance | 2023 | 200,999.00 | 168.20 | N/A | 1,195.00 | 1,195.00 | 200,999.00 |
| Chris Leveroni | Associate | Litigation - General | 2022 | 219,145.00 | 213.80 | N/A | 1,025.00 | 1,025.00 | 219,145.00 |
| Maddison Levine | Associate | Restructuring | 2021 | 1,386,183.00 | 946.20 | 1 | 1,465.00 | 1,465.00 | 1,386,183.00 |
| | | | | 2,135.00 | 1.40 | | 1,525.00 | 1,465.00 | 2,051.00 |
| Cara Li | Associate | Corporate - M&A/Private Equity | 2020 | 840,204.50 | 703.10 | N/A | 1,195.00 | 1,195.00 | 840,204.50 |
| James S. Lu | Associate | IP Litigation | 2024 | 16,694.50 | 19.30 | N/A | 865.00 | 865.00 | 16,694.50 |
| Joshua J. Lustig | Associate | IP Litigation | 2023 | 70,930.00 | 69.20 | N/A | 1,025.00 | 1,025.00 | 70,930.00 |
| Dominick Vito Manetta | Associate | Restructuring | 2025 | 306,944.00 | 348.80 | N/A | 880.00 | 880.00 | 306,944.00 |
| Julia Mark | Associate | Corporate - General | 2025 | 180,488.00 | 205.10 | N/A | 880.00 | 880.00 | 180,488.00 |
| Colleen E. Mayer | Associate | ECEB - General | 2024 | 4,488.00 | 5.10 | N/A | 880.00 | 880.00 | 4,488.00 |
| Mallory Elise McKenzie | Associate | ECEB - Labor/Employment | 2018 | 32,177.50 | 21.10 | N/A | 1,525.00 | 1,525.00 | 32,177.50 |
| Briana McNamara | Associate | Litigation - General | 2023 | 82,120.50 | 69.30 | N/A | 1,185.00 | 1,185.00 | 82,120.50 |
| Makala McNeil | Associate | Litigation - General | 2023 | 80,224.50 | 67.70 | N/A | 1,185.00 | 1,185.00 | 80,224.50 |
| John Merle | Associate | Litigation - General | 2025 | 54,754.50 | 63.30 | N/A | 865.00 | 865.00 | 54,754.50 |
| Brian Messing | Associate | Restructuring | 2024 | 527,920.50 | 495.70 | N/A | 1,065.00 | 1,065.00 | 527,920.50 |
| Sofia Michael | Associate | Litigation - General | 2024 | 18,165.00 | 21.00 | N/A | 865.00 | 865.00 | 18,165.00 |
| Brent Daniel Mobbs | Associate | IP Litigation | 2023 | 269,575.00 | 263.00 | N/A | 1,025.00 | 1,025.00 | 269,575.00 |
| Annika Morin | Associate | ECEB - Employee Benefits | 2022 | 27,007.00 | 22.60 | N/A | 1,195.00 | 1,195.00 | 27,007.00 |
| Brian Nakhaimousa | Associate | Restructuring | 2021 | 1,249,791.50 | 853.10 | N/A | 1,465.00 | 1,465.00 | 1,249,791.50 |
| Srinithi Narayanan | Associate | Technology & IP Transactions | 2023 | 116,830.50 | 109.70 | N/A | 1,065.00 | 1,065.00 | 116,830.50 |
| Shane O'Connor | Associate | Litigation - General | 2021 | 66,241.50 | 55.90 | N/A | 1,185.00 | 1,185.00 | 66,241.50 |
| Sarah Osborne | Associate | Restructuring | 2023 | 627,817.50 | 589.50 | N/A | 1,065.00 | 1,065.00 | 627,817.50 |
| Christina I. Panagoulia Triantafillopoulos | Associate | Corporate - General | 2025 | 29,920.00 | 34.00 | N/A | 880.00 | 880.00 | 29,920.00 |
| Austin Pennington | Associate | IP Litigation | 2025 | 147,396.00 | 170.40 | N/A | 865.00 | 865.00 | 147,396.00 |
| Armando L. Prather | Associate | Litigation - General | 2022 | 329,904.00 | 278.40 | N/A | 1,185.00 | 1,185.00 | 329,904.00 |

12

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed As of Retention Date | Fees Billed In this Application at Rate as of Retention Date |
|---|---|---|---|---|---|---|---|---|---|
| Emanuele Putrino | Associate | Litigation - General | 2024 | 49,564.50 | 57.30 | N/A | 865.00 | 865.00 | 49,564.50 |
| Joshua Raphael | Associate | Restructuring | 2023 | 554,480.00 | 464.00 | N/A | 1,195.00 | 1,195.00 | 554,480.00 |
| Maddison Malone Riddick | Associate | ECEB - Executive Compensation | 2019 | 77,317.50 | 50.70 | N/A | 1,525.00 | 1,525.00 | 77,317.50 |
| Chris M. Salvatore | Associate | Antitrust/Competition | 2019 | 8,692.50 | 5.70 | N/A | 1,525.00 | 1,525.00 | 8,692.50 |
| Michael James Sitcawich | Associate | Litigation - General | 2022 | 64,370.00 | 62.80 | N/A | 1,025.00 | 1,025.00 | 64,370.00 |
| Michael A. Sloman | Associate | Restructuring | 2022 | 165,825.00 | 120.60 | N/A | 1,375.00 | 1,375.00 | 165,825.00 |
| Gracie Smith | Associate | Litigation - General | 2025 | 121,155.00 | 118.20 | N/A | 1,025.00 | 1,025.00 | 121,155.00 |
| Eric J. Tarosky | Associate | Litigation - General | 2023 | 232,470.00 | 226.80 | N/A | 1,025.00 | 1,025.00 | 232,470.00 |
| Kyla Elise Taylor | Associate | Litigation - General | 2021 | 349,969.00 | 260.20 | N/A | 1,345.00 | 1,345.00 | 349,969.00 |
| Ishaan G. Thakran | Associate | Restructuring | 2024 | 205,758.00 | 193.20 | N/A | 1,065.00 | 1,065.00 | 205,758.00 |
| Samantha Tidwell | Associate | Litigation - General | 2024 | 57,400.00 | 56.00 | N/A | 1,025.00 | 1,025.00 | 57,400.00 |
| Megan Kiku Trick | Associate | IP Litigation | 2024 | 40,049.50 | 46.30 | N/A | 865.00 | 865.00 | 40,049.50 |
| Luz Tur-Sinai Gozal | Associate | Restructuring | 2022 | 238,832.00 | 271.40 | N/A | 880.00 | 880.00 | 238,832.00 |
| Jacob Walker | Associate | Litigation - General | 2024 | 50,862.00 | 58.80 | N/A | 865.00 | 865.00 | 50,862.00 |
| Matthew Calloway Walker | Associate | Litigation - General | 2023 | 190,137.50 | 185.50 | N/A | 1,025.00 | 1,025.00 | 190,137.50 |
| Joe Walter | Associate | Litigation - General | 2023 | 47,662.50 | 46.50 | N/A | 1,025.00 | 1,025.00 | 47,662.50 |
| Brandon R. Weber | Associate | IP Litigation | 2023 | 31,521.00 | 26.60 | N/A | 1,185.00 | 1,185.00 | 31,521.00 |
| Christina Welch | Associate | Technology & IP Transactions | 2021 | 93,087.50 | 67.70 | N/A | 1,375.00 | 1,375.00 | 93,087.50 |
| Quin Wetzel | Associate | Restructuring | 2023 | 426,319.50 | 400.30 | N/A | 1,065.00 | 1,065.00 | 426,319.50 |
| Jiange Xiao | Associate | IP Litigation | 2023 | 79,869.00 | 67.40 | N/A | 1,185.00 | 1,185.00 | 79,869.00 |
| Linda Yang | Associate | Corporate - M&A/Private Equity | 2023 | 82,694.00 | 69.20 | N/A | 1,195.00 | 1,195.00 | 82,694.00 |
| Cara Yi | Associate | Litigation - General | 2023 | 251,227.50 | 245.10 | N/A | 1,025.00 | 1,025.00 | 251,227.50 |
| Tyler Yoo | Associate | IP Litigation | 2025 | 54,408.50 | 62.90 | N/A | 865.00 | 865.00 | 54,408.50 |
| Mary Catherine Young | Associate | Restructuring | 2023 | 468,440.00 | 392.00 | N/A | 1,195.00 | 1,195.00 | 468,440.00 |
| Shaoyao Yu | Associate | IP Litigation | 2022 | 56,073.50 | 43.30 | N/A | 1,295.00 | 1,295.00 | 56,073.50 |
| Yi Zhang | Associate | IP Litigation | 2023 | 85,382.50 | 83.30 | N/A | 1,025.00 | 1,025.00 | 85,382.50 |
| Yun Zhang | Associate | IP Litigation | 2023 | 30,217.50 | 25.50 | N/A | 1,185.00 | 1,185.00 | 30,217.50 |

13

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Joanna Aybar | Paralegal | Corporate - M&A/Private Equity | N/A | 1,368.50 | 2.30 | N/A | 595.00 | 595.00 | 1,368.50 |
| Julia F. Burnson | Paralegal | Restructuring | N/A | 50,073.50 | 73.10 | N/A | 685.00 | 685.00 | 50,073.50 |
| Uzo Dike | Paralegal | Litigation - General | N/A | 85,234.50 | 120.90 | N/A | 705.00 | 705.00 | 85,234.50 |
| Ashlyn Gallagher | Paralegal | Restructuring | N/A | 891.00 | 1.80 | N/A | 495.00 | 495.00 | 891.00 |
| Grace Geraldo | Paralegal | Real Estate | N/A | 643.50 | 1.30 | N/A | 495.00 | 495.00 | 643.50 |
| Joshua King | Paralegal | Litigation - General | N/A | 45,993.50 | 77.30 | N/A | 595.00 | 595.00 | 45,993.50 |
| Robert Orren | Paralegal | Restructuring | N/A | 205.50 | 0.30 | N/A | 685.00 | 685.00 | 205.50 |
| Cindy Reilly | Paralegal | Corporate - M&A/Private Equity | N/A | 2,397.50 | 3.50 | N/A | 685.00 | 685.00 | 2,397.50 |
| Henry Rosas | Paralegal | Corporate - Debt Finance | N/A | 3,288.00 | 4.80 | N/A | 685.00 | 685.00 | 3,288.00 |
| Ken Sturek | Paralegal | Litigation - General | N/A | 2,044.50 | 2.90 | N/A | 705.00 | 705.00 | 2,044.50 |
| Gary M. Vogt | Paralegal | Litigation - General | N/A | 1,410.00 | 2.00 | N/A | 705.00 | 705.00 | 1,410.00 |
| Susan Zablocki | Paralegal | Technology & IP Transactions | N/A | 33,769.50 | 47.90 | N/A | 705.00 | 705.00 | 33,769.50 |
| Tamarrian Johnson | Junior Paralegal | Litigation - General | N/A | 19,434.00 | 49.20 | N/A | 395.00 | 395.00 | 19,434.00 |
| Christian Mancino | Junior Paralegal | Restructuring | N/A | 1,777.50 | 4.50 | N/A | 395.00 | 395.00 | 1,777.50 |
| Michael Y. Chan | Support Staff | Conflicts Analysis | N/A | 3,465.00 | 6.30 | N/A | 550.00 | 550.00 | 3,465.00 |
| Matthew Cooper | Support Staff | Conflicts Analysis | N/A | 10,767.00 | 29.10 | N/A | 370.00 | 370.00 | 10,767.00 |
| Marta Dudyan | Support Staff | Conflicts Analysis | N/A | 14,171.00 | 38.30 | N/A | 370.00 | 370.00 | 14,171.00 |
| Eric Nyberg | Support Staff | Conflicts Analysis | N/A | 15,392.00 | 41.60 | N/A | 370.00 | 370.00 | 15,392.00 |
| Tiffany Tulsiram | Support Staff | Litigation Services | N/A | 2,695.00 | 4.90 | N/A | 550.00 | 550.00 | 2,695.00 |
| Leslie Tuffy | Support Staff | M&A Clearance | N/A | 19,895.00 | 23.00 | N/A | 865.00 | 865.00 | 19,895.00 |
| Houston Gao | Support Staff | Litigation - General | N/A | 21,672.00 | 38.70 | N/A | 560.00 | 560.00 | 21,672.00 |
| Henry Huang | Support Staff | Litigation - General | N/A | 179,000.00 | 286.40 | N/A | 625.00 | 625.00 | 179,000.00 |
| Chong Li | Support Staff | Litigation & Practice Tech | N/A | 5,460.00 | 8.40 | N/A | 650.00 | 650.00 | 5,460.00 |
| Mike Li | Support Staff | Litigation & Practice Tech | N/A | 41,440.00 | 74.00 | N/A | 560.00 | 560.00 | 41,440.00 |
| Sean Lopez | Support Staff | Litigation & Practice Tech | N/A | 200,859.00 | 291.10 | N/A | 690.00 | 690.00 | 200,859.00 |

14