# Exhibit G

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | | | $0.00 |
| Standard Copies or Prints | Kirkland & Ellis LLP | $0.10 | $1,251.50 |
| Tabs/Indexes/Dividers | Kirkland & Ellis LLP | | $0.00 |
| Color Copies or Prints | | | $2,355.10 |
| Large Format Copy/Print | | | $24.00 |
| Computer Database Research | | | $3,213.30 |
| Computer Database Research – Soft | | | $2,348.32 |
| Scanned Images | Kirkland & Ellis LLP | | $0.00 |
| Local Transportation | | | $2,744.82 |
| Travel Expense | | | $19,826.53 |
| Airfare | | | $24,131.45 |
| Transportation to/from airport | | | $4,340.00 |
| Travel Meals | | | $1,909.13 |
| Court Reporter Fee/Deposition | | | $10,228.74 |
| Filing Fees | | | $0.00 |
| Car Rental | | | $176.72 |
| Other Travel Expenses | | | $392.00 |
| Other Court Costs and Fees | | | $49,062.76 |
| Outside Retrieval Service | | | $20,474.32 |
| Outside Messenger Services | | | $28.00 |
| Outside Video Services | | | $2,510.00 |
| Outside Printing Services | | | $1,554.75 |
| Overtime Transportation | | | $3,421.90 |
| Overtime Meals - Attorney | | | $5,897.49 |
| Overtime Meals – Non-Attorney | | | $40.75 |
| Secretarial Overtime | Kirkland & Ellis LLP | | $0.00 |
| Catering Expenses | | | $1,444.00 |
| Document Services Overtime | Kirkland & Ellis LLP | | $0.00 |
| Overnight Delivery – Hard | | | $55.48 |
| Westlaw Research | | | $21,500.47 |
| LexisNexis Research | | | $10,739.76 |
| **Total** | | | **$189,671.29** |