**Exhibit H**

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Number | Matter Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| 1 | Chapter 11 | 0 - 0 | 0.00 | $0.00 - $0.00 | $0.00 | | $0.00 |
| 2 | Adversary Proceeding and Contested Matters | 7,055 - 7,577 | 411.60 | $10,867,500 - $11,672,500 | $634,145.00 | | $634,145.00 |
| 3 | Corporate, Securities, and Governance Matters | 163 - 175 | 490.90 | $270,000 - $290,000 | $718,896.50 | | $718,896.50 |
| 4 | Disclosure Statement/Plan/Confirmation | 5,256 - 5,646 | 4,760.60 | $8,100,000 - $8,700,000 | $6,315,401.00 | | $6,315,401.00 |
| 5 | DIP Financing and Cash Collateral | 390 - 419 | 598.30 | $675,000 - $725,000 | $811,202.00 | | $811,202.00 |
| 6 | Cash Management | 135 - 145 | 24.60 | $270,000 - $290,000 | $26,449.50 | | $26,449.50 |
| 7 | Automatic Stay Issues | 505 - 543 | 409.90 | $810,000 - $870,000 | $459,537.50 | | $459,537.50 |
| 8 | Asset Sales/Section 363/Use, Sale, and Disposition of Property | 504 - 541 | 3,034.00 | $945,000 - $1,015,000 | $4,235,676.00 | | $4,235,676.00 |
| 9 | Executory Contracts and Unexpired Leases | 468 - 502 | 897.10 | $877,500 - $942,500 | $1,004,972.00 | | $1,004,972.00 |
| 10 | Business Operations | 18 - 19 | 35.20 | $33,750 - $36,250 | $46,945.00 | | $46,945.00 |
| 11 | Claims Administration | 142 - 153 | 313.40 | $270,000 - $290,000 | $382,248.00 | | $382,248.00 |
| 12 | Schedules and Statements (SOFAs) | 18 - 19 | 1.70 | $33,750 - $36,250 | $2,256.50 | | $2,256.50 |
| 13 | Creditor and Stakeholder Communications | 69 - 75 | 240.40 | $135,000 - $145,000 | $387,979.50 | | $387,979.50 |
| 14 | U.S. Trustee Matters and Communications | 70 - 75 | 29.40 | $135,000 - $145,000 | $44,534.00 | | $44,534.00 |
| 15 | Hearings | 175 - 188 | 225.60 | $270,000 - $290,000 | $393,678.00 | | $393,678.00 |
| 16 | Insurance and Surety Matters | 72 - 78 | 61.70 | $135,000 - $145,000 | $88,507.00 | | $88,507.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17 | Utilities | 68 - 73 | 11.40 | $135,000 - $145,000 | $12,272.00 | | $12,272.00 |
| 18 | Tax Matters | 66 - 71 | 206.50 | $135,000 - $145,000 | $283,383.50 | | $283,383.50 |
| 19 | Case Administration | 100 - 107 | 657.80 | $135,000 - $145,000 | $797,094.00 | | $797,094.00 |
| 20 | Retention – K&E | 438 - 471 | 698.40 | $810,000 - $870,000 | $727,612.00 | | $727,612.00 |
| 21 | Retention – Non-K&E | 300 - 322 | 197.60 | $607,500 - $652,500 | $226,962.00 | | $226,962.00 |
| 22 | Vendor Matters | 338 - 363 | 171.90 | $675,000 - $725,000 | $190,562.00 | | $190,562.00 |
| 23 | Litigation | 104 - 111 | 9,657.60 | $135,000 - $145,000 | $11,514,021.50 | | $11,514,021.50 |
| 24 | Non-Working Travel | 133 - 143 | 97.10 | $135,000 - $145,000 | $158,840.00 | | $158,840.00 |
| 25 | Creditors' Committee Matters | 138 - 148 | 11.80 | $270,000 - $290,000 | $22,152.00 | | $22,152.00 |
| 26 | Employee and Labor Matters | 69 - 74 | 117.60 | $135,000 - $145,000 | $208,479.50 | | $208,479.50 |
| 27 | Expenses | 0 - 0 | 0.00 | $0.00 - $0.00 | $0.00 | $189,671.29 | $189,671.29 |
| **Total** | | **16,794 - 18,038** | **23,362.10** | **$27,000,000 - $29,000,000** | **$29,693,806.00** | **$189,671.29** | **$29,883,477.29** |