IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRANCHISE GROUP, INC.[1] | ) ) ) | Case No. 24-12480 (LSS) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF OBLIGATION TO FILE RENEWED REQUEST FOR
SERVICE OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE
2002 AND THE NINTH AMENDED JOINT CHAPTER 11 PLAN OF
FRANCHISE GROUP, INC. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that, on June 2, 2025, and on July 1, 2025, the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware (the "Court"), entered orders [Docket Nos. 1596 & 1682] (together, the "Confirmation Orders")[2] confirming the *Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliates* [Docket No. 1454] (the "Plan")[3] of the above-captioned Reorganized Debtors and certain of the Reorganized Debtors' reorganized debtor affiliates. The Effective Dates of the Plan occurred on June 6, 2025, and on July 3, 2025.

**PLEASE TAKE FURTHER NOTICE** that you are receiving this Notice because you previously filed a request for notice and information in the Chapter 11 Cases in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") or because you were treated as if you had filed such a request. Pursuant to Article XIV of the Plan and for purposes of efficiently administering the Chapter 11 Cases following the Effective Dates of the Plan, your prior request for notice is no longer operative. If you wish to continue to receive notices and information regarding the Chapter 11 Cases, you must file a renewed request for

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. For purposes of this notice (this "Notice"), the term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] On June 2, 2025, the Court entered the Confirmation Order confirming the Plan as to all Debtors other than Freedom VCM Holdings, LLC ("TopCo"). On July 1, 2025, the Court entered the Confirmation Order confirming the Plan with respect to TopCo. *See* Docket No. 1682.

[3] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Confirmation Orders or the Plan, as applicable.

notice pursuant to Bankruptcy Rule 2002 (a "Post-Effective Date Notice Request").  As of July 28, 2025, the Reorganized Debtors will provide notice of documents filed in the Chapter 11 Cases only to entities who have properly filed a Post-Effective Date Notice Request and those parties that are otherwise required to receive notice by the Bankruptcy Code and the Bankruptcy Rules.  Your Post-Effective Date Notice Request must be filed with the Court and served on the undersigned counsel to the Reorganized Debtors.

[*Remainder of Page Intentionally Left Blank*]

Dated: July 28, 2025
Wilmington, Delaware

*/s/ Shella Borovinskaya*

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|---|---|
| Edmon L. Morton (Del. No. 3856) <br> Matthew B. Lunn (Del. No. 4119) <br> Allison S. Mielke (Del. No. 5934) <br> Shella Borovinskaya (Del. No. 6758) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> Telephone:  (302) 571-6600 <br> Facsimile:  (302) 571-1253 <br> Email:  emorton@ycst.com <br>  mlunn@ycst.com <br>  amielke@ycst.com <br>  sborovinskaya@ycst.com | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) <br> Derek I. Hunter (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone:  (212) 446-4800 <br> Facsimile:  (212) 446-4900 <br> Email:  joshua.sussberg@kirkland.com <br>  nicole.greenblatt@kirkland.com <br>  derek.hunter@kirkland.com <br><br> - and - <br><br> Mark McKane, P.C. (admitted *pro hac vice*) <br> 555 California Street <br> San Francisco, California 94104 <br> Telephone:  (415) 439-1400 <br> Facsimile:  (415) 439-1500 <br> Email:  mark.mckane@kirkland.com |
| *Co-Counsel to the Reorganized Debtors* | *Co-Counsel to the Reorganized Debtors* |