# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FRANCHISE GROUP, INC., *et al.*,[1] | § | Case No. 24-12480 (LSS) |
| | § | |
| Reorganized Debtors. | § | (Jointly Administered) |

## POST-EFFECTIVE DATE NOTICE REQUEST

Texas secured *ad valorem* tax creditors **Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County** hereby renew their request for service of all notices and other documents under Federal Rule of Bankruptcy Procedure 2002 upon:

Julie Anne Parsons
McCreary, Veselka, Bragg, & Allen, P.C.
Physical address: 700 Jeffrey Way, Suite 100, Round Rock, TX 78665
Mailing address: P.O. Box 1269, Round Rock, TX 78680-1269
Direct telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

Dated:  July 29, 2025

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. For purposes of this notice (this "Notice"), the term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.

*/s/ Julie Anne Parsons*
Julie Anne Parsons
Texas State Bar Number 00790358
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2025, I have served or caused to be served through the Court's CM/ECF electronic notification system, a true and correct copy of the foregoing on those parties listed on the Court's Notice of Electronic Filing, which includes the following counsel to the Reorganized Debtors: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, and Shella Borovinskaya of Young Conaway Stargatt & Taylor LLP; Joshua A. Sussberg, Nicole L. Greenblatt, Derek I. Hunter, and Mark McKane of Kirkland & Ellis LLP.

*/s/ Julie Anne Parsons*
Julie Anne Parsons