IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1771** |

## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, do hereby certify that, on July 29, 2025, I caused a copy of the *Order Authorizing the Filing Under Seal of the Gazzo Parties' Motion for Entry of an Order (I) Determining Escrowed Funds to be Non-Estate Property and Compelling Disbursement; (II) Granting, in the Alternative, an Administrative Expense Claim and Payment From Escrowed Funds; and (III) Granting Related Relief* [Docket No. 1771] to be served (i) on the parties listed

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

WBD (US) 4919-7476-3609v1

below via email, and (ii) on the parties listed in the core/2002 list attached at **Exhibit A** via the method indicated therein.

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Edmon L. Morton<br>Matthew B. Lum<br>Allison S. Mielke<br>Shella Borovinskaya<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com<br><br>*Co-Counsel to Debtors and Debtors in Possession and Reorganized Debtors* | **KIRKLAND AND ELLIS LLP**<br>Joshua Sussberg<br>Nicole Greenblatt<br>Derek I. Hunter<br>Brian J. Nakhaimousa<br>Maddison Levine<br>601 Lexington Avenue<br>New York, NY 10022<br>jsussberg@kirkland.com<br>Nicole.greenblatt@kirkland.com<br>Derek.hunter@kirkland.com<br>Brian.nakhaimousa@kirkland.com<br>Maddison.levine@kirkkland.com<br><br>*Co-Counsel to Debtors and Debtors in Possession and Reorganized Debtors* |
| **PETRILLO KLEIN + BOXER LLP**<br>Joshua Klein<br>Kevin R. Puvalowski<br>655 Third Avenue<br>12th Floor<br>New York, NY 10017<br>jklein@pkbllp.com<br>kpuvalowski@pkbllp.com<br><br>*Co-Counsel to Debtors and Debtors in Possession* | **OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**<br>Timothy Jay Fox, Jr.<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Email: timothy.fox@usdoj.gov<br><br>*U.S. Trustee* |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Bradford J. Sandler<br>919 North Market Street,<br>17th Floor<br>Wilmington, DE 19801<br>bsandler@pszjlaw.com<br><br>*Counsel for the Creditor Committee* | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Robert J. Feinstein<br>Theodore S. Heckel<br>Alan J. Kornfeld<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>theckel@pszjlaw.com<br>akornfeld@pszjlaw.com<br><br>*Counsel for the Creditor Committee* |

WBD (US) 4919-7476-3609v1

| | |
|---|---|
| **SHOOK HARDY & BACON L.L.P.**<br>John M. Barkett<br>201 S. Biscayne Boulevard, Suite 3200<br>Miami, FL 33131<br>jbarkett@shb.com<br><br>*The Escrow Agent* | |

                                           */s/ Marcy J. McLaughlin Smith*
                                           Marcy J. McLaughlin Smith (DE Bar No. 4471)

3

# EXHIBIT A

## CORE/2002 LIST

In re: Franchise Group, Inc., et al.
Core/2002 Service List
Case No. 24-12480 (LSS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Marty L. Brimmage, Jr. | 2300 N. Field Street | Suite 1800 | Dallas | TX | 75201 | | 214-969-2800 | mbrimmage@akingump.com | EMAIL |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Brad M. Kahn, Avi E. Luf | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | mstamer@akingump.combkahn@akingump.comaluft@akingump.com | EMAIL |
| Ashby & Geddes, P.A. | Attn: Michael D. DeBaecke | 500 Delaware Avenue, 8th Floor | | Wilmington | DE | 19801 | | 302-654-1888 | mdebaecke@ashbygeddes.com | EMAIL |
| Austria Legal, LLC | Attn: Matthew P. Austria | 1007 N. Orange Street, 4th Floor | | Wilmington | DE | 19801 | | 302-351-5197 | maustria@austriallc.com | EMAIL |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | 919 North Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4465 | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; | EMAIL |
| Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | | 315-413-7115 | knewman@barclaydamon.com | EMAIL |
| Barclay Damon LLP | Attn: Niclas A. Ferland | 545 Long Wharf Drive | Ninth Floor | New Haven | CT | 06511 | | 203-672-2667 | nferland@barclaydamon.com | EMAIL |
| Barclay Damon LLP | Attn: Scott L. Fleischer | 1270 Avenue of the Americas | Suite 501 | New York | NY | 10020 | | 212-784-5810 | sfleischer@barclaydamon.com | EMAIL |
| Barnes & Thornburg LLP | Attn: Kevin G. Collins | 222 Delaware Avenue, Suite 1200 | | Wilmington | DE | 19801 | | 302-300-3434 | kevin.collins@btlaw.com | EMAIL |
| Barnes & Thornburg LLP | Attn: Mark R. Owens, Amy E. Tryon | 222 Delaware Avenue, Suite 1200 | | Wilmington | DE | 19801 | | 302-300-3434 | mark.owens@btlaw.comamy.tryon@btlaw.com | EMAIL |
| Bayard, P.A. | Attn: Ericka F. Johnson | 600 N. Market Street, Suite 400 | | Wilmington | DE | 19801 | | 302-655-5000 | ejohnson@bayardlaw.com | EMAIL |
| Benesch Friedlander Coplan & Aronoff LLP | Attn: Elliot M. Smith | 127 Public Square, Suite 4900 | | Cleveland | OH | 44114 | | 216-363-4500 | esmith@beneschlaw.com | EMAIL |
| Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Juan E. Martinez, Jennifer R. Hoover | 1313 North Market Street, Suite 1201 | | Wilmington | DE | 19801-6101 | | 302-442-7010 | kcapuzzi@beneschlaw.com; jmartinez@beneschlaw.com; jhoover@beneschlaw.com; | EMAIL |
| Bernstein Litowitz Berger & Grossmann LLP | Attn: Benjamin Potts, Mae Oberste | 500 Delaware Avenue | Suite 901 | Wilmington | DE | 19801 | | 302-364-3600 | benjamin.potts@blbglaw.commae.oberste@blbglaw.com | EMAIL |
| Bernstein Litowitz Berger & Grossmann LLP | Attn: Jeroen van Kwawegen, Thomas James | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-554-1400 | jeroen@blbglaw.comthomas.james@blbglaw.com | EMAIL |
| Blakeley LC | Attn: Scott Blakeley | 530 Technology Drive | Suite 100 | Irvine | CA | 92618 | | 949-260-0611 | SEB@BlakeleyLC.com | EMAIL |
| Blank Rome LLP | Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams | 1201 N. Market Street, Suite 800 | | Wilmington | DE | 19801 | | 302-425-6400 | mike.schaedle@blankrome.com; stanley.tarr@blankrome.com; jordan.williams@blankrome.com; | EMAIL |
| Block & Leviton, LLP | Attn: Kimberly A. Evans, Irene R. Lax | 222 Delaware Ave | Suite 1120 | Wilmington | DE | 19801 | | 302-499-3600 | kim@blockleviton.comirene@blockleviton.com | EMAIL |
| Bodell Bové, LLC | Attn: Bruce W. McCullough | 1225 N. King Street, Suite 1000 | | Wilmington | DE | 19801-3250 | | 302-655-6749 | bmccullough@bodellbove.com | EMAIL |
| Brian T. FitzGerald | | Post Office Box 1110 | | Tampa | FL | 33601-1110 | | 813-272-5670 | fitzgeraldb@hcfl.govstroupj@hcfl.govconnorsa@hcfl.gov | EMAIL |
| Brookfield Properties Retail Inc | Attn: Kristen N. Pate | 350 N. Orleans Street | Suite 300 | Chicago | IL | 60654-1607 | | 312-960-2940 | bk@bpretail.com | EMAIL |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 425 Market Street, Suite 2900 | | San Francisco | CA | 94105-3493 | | 415-227-0900 | schristianson@buchalter.com | EMAIL |
| Burr & Forman LLP | Attn: J. Cory Falgowski | 222 Delaware Avenue, Suite 1030 | | Wilmington | DE | 19801 | | 302-830-2312 | jfalgowski@burr.com | EMAIL |
| Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins | 50 North Laura Street, Suite 3000 | | Jacksonville | FL | 32202 | | 904-232-7203 | esummers@burr.comdrobbins@burr.com | EMAIL |
| Burr & Forman LLP | Attn: James H. Haithcock, III | 420 N. 20th Street, Suite 3400 | | Birmingham | AL | 35203 | | 205-458-5277 | jhaithcock@burr.com | EMAIL |
| Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord | 90 Merrick Avenue | 9th Floor | East Meadow | NY | 11554 | | 516-296-7000 | rmccord@certilmanbalin.com | EMAIL |
| Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | Hercules Plaza | 1313 North Market St, Suite 5400 | Wilmington | DE | 19801 | | 302-295-0191 | desgross@chipmanbrown.com | EMAIL |
| Clark Hill PLC | Attn: Audrey L. Hornisher | 901 Main Street, Suite 6000 | | Dallas | TX | 75202 | | 214-651-4300 | ahornisher@clarkhill.com | EMAIL |
| Clark Hill PLC | Attn: Karen M. Grivner | 824 N. Market Street, Suite 710 | | Wilmington | DE | 19801 | | 302-250-4750 | kgrivner@clarkhill.com | EMAIL |
| Cohen Pollock Merlin Turner, P.C. | Attn: Bruce Z. Walker | 3350 Riverwood Parkway, Suite 1600 | | Atlanta | GA | 30339 | | 770-858-1288 | bwalker@cpmtlaw.com | EMAIL |
| Connolly Gallagher LLP | Attn: Jeffrey C. Wisler | 1201 North Market Street, 20th Floor | | Wilmington | DE | 19801 | | 302-757-7300 | jwisler@connollygallagher.com | EMAIL |
| Cook, Vetter, Doerhoff & Landwehr, P.C. | Attn: John D. Landwehr | 231 Madison Street | | Jefferson City | MO | 65101 | | 573-635-7977 | jlandwehr@cvdl.net | EMAIL |
| County of Loudoun, Virginia | Attn: Belkys Escobar | One Harrison Street, SE, 5th Floor | PO Box 7000 | Leesburg | VA | 20177-7000 | | 703-777-0307 | belkys.escobar@loudoun.gov | EMAIL |
| Cowles & Thompson, P.C. | Attn: William L. Siegel | 901 Main Street, Suite 3900 | | Dallas | TX | 75202 | | 214-672-2126 | bsiegel@cowlesthompson.com | EMAIL |
| Cozen O'Connor | Attn: Brian L. Shaw | 123 North Wacker Drive | Suite 1800 | Chicago | IL | 60606 | | 312-474-1644 | bshaw@cozen.com | EMAIL |
| Cozen O'Connor | Attn: Marla S. Benedek, Kaan Ekiner | 1201 N. Market Street | Suite 1001 | Wilmington | DE | 19801 | | 302-295-2000 | mbenedek@cozen.comkekiner@cozen.com | EMAIL |
| Cross & Simon, LLC | Attn: Christopher P. Simon | 1105 North Market Street, Suite 901 | | Wilmington | DE | 19801 | | 302-777-4200 | csimon@crosslaw.com | EMAIL |
| Cross & Simon, LLC | Attn: Kevin S. Mann | 1105 North Market Street, Suite 901 | | Wilmington | DE | 19801 | | 302-777-4200 | kmann@crosslaw.com | EMAIL |
| Dentons Sirote PC | Attn: Stephen B. Porterfield | 2311 Highland Avenue South | P.O. Box 55727 | Birmingham | AL | 35255-5727 | | 205-930-5278 | stephen.porterfield@dentons.com | EMAIL |
| Duane Morris LLP | Attn: Christopher M. Winter, James C. Carignan | 1201 N. Market Street, Suite 501 | | Wilmington | DE | 19801 | | 302-657-4900 | cmwinter@duanemorris.comjccarignan@duanemorris.com | EMAIL |
| Faegre Drinker Biddle & Reath LLP | Attn: Michael T. Gustafson | 320 South Canal Street, Suite 3300 | | Chicago | IL | 60606 | | 312-569-1000 | mike.gustafson@faegredrinker.com | EMAIL |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | 222 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | 302-467-4200 | patrick.jackson@faegredrinker.com | EMAIL |
| Farnan LLP | Attn: Brian E. Farnan, Michael J. Farnan | 919 North Market Street | 12th Floor | Wilmington | DE | 19801 | | 302-777-0300 | bfarnan@farnanlaw.commfarnan@farnanlaw.com | EMAIL |
| Franchise Group, Inc. | Attn: President or General Counsel | | | | | | | | | EMAIL |
| Frost Brown Todd LLP | Attn: Erin P. Severini, Joy D. Kleisinger | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | | 513-651-6800 | eseverini@fbtlaw.comjkleisinger@fbtlaw.com | EMAIL |
| Frost Brown Todd LLP | Attn: Sloane B. O'Donnell | Union Trust Building | 501 Grant Street, Suite 800 | Pittsburgh | PA | 15219 | | 412-513-4300 | sodonnell@fbtlaw.com | EMAIL |
| GM Financial Leasing | Attn: Lorenzo Nunez | PO Box 183853 | | Arlington | TX | 76096 | | 877-203-5538 | | FIRST-CLASS MAIL |
| Greenberg Traurig, LLP | Attn: Anthony W. Clark, Dennis A. Meloro | 222 Delaware Avenue | Suite 1600 | Wilmington | DE | 19801 | | 302-661-7000 | Anthony.Clark@gtlaw.comDennis.Meloro@gtlaw.com | EMAIL |
| Harris County Attorney's Office | Susan Fuertes | Attn: Property Tax Division | P.O. Box 2848 | Houston | TX | 77252 | | 346-286-8899 | taxbankruptcy.cao@harriscountytx.gov | EMAIL |
| Holland & Knight LLP | Attn: Phillip W. Nelson | 150 N. Riverside Plaza, Suite 2700 | | Chicago | IL | 60606 | | 312-263-3600 | phillip.nelson@hklaw.com | EMAIL |
| Imperial Treasurer-Tax Collector | Attn: Flora Oropeza | 940 West Main Street, Suite 106 | | El Centro | CA | 92243 | | | | FIRST-CLASS MAIL |
| Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave., NW | | Washington | DC | 20224 | | 800-973-0424 | | FIRST-CLASS MAIL |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | | FIRST-CLASS MAIL |
| Kaplin Stewart Meloff Reiter & Stein, P.C. | Attn: William J. Levant | 910 Harvest Drive | Post Office Box 3037 | Blue Bell | PA | 19422 | | 610-260-6000 | wlevant@kaplaw.com | EMAIL |
| Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Jennifer D. Raviele, Allison Selick | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 | | 212-808-7800 | KDWBankruptcyDepartment@kelleydrye.com; rlehane@kelleydrye.com jraviele@kelleydrye.com; aselick@kelleydrye.com | EMAIL |
| Ken Burton, Jr., Manatee County Tax Collector | Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA | 1001 3rd Ave W, Suite 240 | | Brandenton | FL | 34205-7863 | | 941-741-4835 | legal@taxcollector.com | EMAIL |
| Kerrick Bachert PSC | Attn: Scott A. Bachert | 1411 Scottsville Road | P. O. Box 9547 | Bowling Green | KY | 42102-9547 | | 270-782-8160 | | FIRST-CLASS MAIL |
| Kessler Topaz Meltzer & Check LLP | Attn: J. Daniel Albert, Michael McCutcheon | 280 King of Prussia Rd | | Radnor | PA | 19087 | | 610-667-7706 | dalbert@ktmc.com | EMAIL |
| Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C., Nicole L. Greenblatt, P.C., Derek I. H | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | joshua.sussberg@kirkland.com; nicole.greenblatt@kirkland.com derek.hunter@kirkland.com | EMAIL |
| Kirkland & Ellis LLP | Attn: Mark McKane, P.C. | 555 California Street | | San Francisco | CA | 94101 | | 415-439-1400 | mark.mckane@kirkland.com | EMAIL |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 N. Market Street, Suite 1000 | | Wilmington | DE | 19801-3062 | | 302-426-1189 | dpacitti@klehr.com | EMAIL |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market Street, Suite 1400 | | Philadelphia | PA | 19103 | | 215-569-2700 | mbranzburg@klehr.com | EMAIL |
| Kroll Restructuring Administration LLC | Attn: Herb Baer, Christine Porter, Jessica Berman | 1 World Trade Center | 31st Floor | New York | NY | 10007 | | 212-257-5450 | serviceqa@ra.kroll.com FRGTeam@ra.kroll.com | EMAIL |
| Kurtzman Steady LLC | Attn: Jeffrey Kurtzman | 101 N. Washington Avenue | Suite 4A | Margate | NJ | 08402 | | 215-839-1222 | kurtzman@kurtzmansteady.com | EMAIL |
| Landis Rath & Cobb LLP | Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers | 919 Market Street Suite 1800 | P.O. Box 2087 | Wilmington | DE | 19801 | | 302-467-4400 | landis@lrclaw.commcguire@lrclaw.comerogers@lrclaw.com | EMAIL |
| Latham & Watkins LLP | Attn: Andrew Sorkin | 555 Eleventh Street NW | Suite 1000 | Washington | DC | 20004 | | 202-637-2200 | andrew.sorkin@lw.com | EMAIL |
| Latham & Watkins LLP | Attn: James Kstanes, Timothy Beau Parker | 330 N Wabash Avenue | Suite 2800 | Chicago | IL | 60611 | Canada | 312-876-7700 | james.ktsanes@lw.combeau.parker@lw.com | EMAIL |
| Latham & Watkins LLP | Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin | 1271 Avenue of the Americas | | New York | NY | 10020 | | | Jennifer.Ezring@lw.comJames.Ktsanes@lw.comandrew.sorkin@lw.com | EMAIL |
| Law Office of Susan E. Kaufman | Attn: Susan E. Kaufan | 919 N. Market Street, Suite 460 | | Wilmington | DE | 19801 | | 302-472-7420 | skaufman@skaufmanlaw.com | EMAIL |

In re: Franchise Group, Inc., *et al.*
Core/2002 Service List
Case No. 24-12480 (LSS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Offices of Ronald K. Brown, Jr., APC | Attn: Ronald K. Brown, Jr. | 901 Dove Street | Suite 120 | Newport Beach | CA | 92660 | | 949-250-3322 | Ron@rkbrownlaw.com | EMAIL |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@lgbs.com | EMAIL |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E. Pecan Street, Suite 2200 | | San Antonio | TX | 78205 | | 210-225-6763 | sanantonio.bankruptcy@lgbs.com | EMAIL |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 214-880-0089 | dallas.bankruptcy@lgbs.com | EMAIL |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 3500 Maple Avenue | Suite 800 | Dallas | TX | 75219 | | 214-880-0089 | dallas.bankruptcy@lgbs.com | EMAIL |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | houston_bankruptcy@lgbs.com | EMAIL |
| Lowenstein Sandler LLP | Attn: Michael S. Etkin, Michael Papandrea, Andrew Behlmann | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | metkin@lowenstein.com; mpapandrea@lowenstein.com abehlmann@lowenstein.com | EMAIL |
| McCarter & English, LLP | Attn: Kate Roggio Buck, Maliheh Zare, Sheila Calello, Matthew J. R | Renaissance Centre | 405 N. King Street, 8th Floor | Wilmington | DE | 19801 | | 302-984-6300 | kbuck@mccarter.com mzare@mccarter.com mrifino@mccarter.com | EMAIL |
| McCarter & English, LLP | Attn: Lisa S. Bonsall | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102 | | 973-622-4444 | lbonsall@mccarter.com | EMAIL |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | 700 Jeffrey Way, Suite 100 | | Round Rock | TX | 78665 | | 512-323-3241 | jparsons@mvbalaw.com | EMAIL |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | P.O. Box 1269 | | Round Rock | TX | 78680-1269 | | 512-323-3241 | jparsons@mvbalaw.com | EMAIL |
| Mcdermott Will & Emery LLP | Attn: David R. Hurst | 1000 N. West Street | Suite 1400 | Wilmington | DE | 19801 | | 302-485-3900 | dhurst@mwe.com | EMAIL |
| Mcdermott Will & Emery LLP | Attn: James W. Kapp, III | 444 West Lake Street | Suite 4000 | Chicago | IL | 60606-0029 | | 312-372-2000 | jkapp@mwe.com | EMAIL |
| McKenna Storer | Attn: David A. Shapiro | 33 N. LaSalle Street | Suite 1400 | Chicago | IL | 60602 | | 312-558-3900 | dshapiro@mckenna-law.comservice@mckenna-law.com | EMAIL |
| Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | 6801 Kenilworth Avenue, Suite 400 | | Riverdale | MD | 20737-1385 | | 301-699-5800 | bdept@mrrlaw.net | EMAIL |
| Michigan Assistant Attorney General | Attn: Heather L. Donald | Cadillac Place Building | 3030 W. Grand Blvd. Ste. 10-200 | Detroit | MI | 48202 | | 313-456-0140 | donaldh@michigan.gov | EMAIL |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Joseph H. Baldiga, Shannah L. Colbert | 1800 West Park Dr., Suite 400 | | Westborough | MA | 01581 | | 508-898-1501 | jbaldiga@mirickoconnell.com scolbert@mirickoconnell.com | EMAIL |
| Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | 1201 N. Orange Street, Suite 400 | | Wilmington | DE | 19801 | | 302-656-8162 | rmersky@monlaw.com | EMAIL |
| Morgan, Lewis & Bockius LLP | Attn: Christopher L. Carter | One Federal Street | | Boston | MA | 02110-1726 | | 617-341-7700 | christopher.carter@morganlewis.com | EMAIL |
| Morgan, Lewis & Bockius LLP | Attn: David K. Shim | One State Street | | Hartford | CT | 06103-3178 | | 860-240-2700 | david.shim@morganlewis.com | EMAIL |
| Morris James LLP | Attn: Carl N. Kunz, III, Christopher M. Donnelly | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 | | 302-888-6800 | ckunz@morrisjames.com cdonnelly@morrisjames.com | EMAIL |
| Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street | Suite 4000 | Dallas | TX | 75201-6659 | | 214-855-7500 | dperry@munsch.com | EMAIL |
| Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox, Esq | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | | | timothy.fox@usdoj.gov | EMAIL |
| Offit Kurman, PA | Attn: Brian J. McLaughlin | 222 Delaware Avenue | Suite 1105 | Wilmington | DE | 19801 | | 302-351-0916 | Brian.McLaughlin@offitkurman.com | EMAIL |
| Oklahoma County Treasurer | Attn: Tammy Jones | 320 Robert S. Kerr | Room 307 | Oklahoma City | OK | 73102 | | 405-713-1324 | tammy.jones@oklahomacounty.org | EMAIL |
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Colin R. Robinson | 919 North Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | bsandler@pszjlaw.com | EMAIL |
| Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel | 780 Third Avenue, 34th Floor | | New York | NY | 10017 | | 212-561-7700 | rfeinstein@pszjlaw.com akornfeld@pszjlaw.com theckel@pszjlaw.com | EMAIL |
| Pashman Stein Walder Hayden, PC | Attn: Alexis R. Gambale | 824 North Market Street, Suite 800 | | Wilmington | DE | 19801 | | 302-295-0145 | agambale@pashmanstein.com | EMAIL |
| Pashman Stein Walder Hayden, PC | Attn: Joseph C. Barsalona II | 824 North Market Street | Suite 800 | Wilmington | DE | 19801 | | 302-592-6497 | jbarsalona@pashmanstein.com | EMAIL |
| Paul Hastings LLP | Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman | 200 Park Avenue | | New York | NY | 10166 | | 212-318-6000 | jaymegoldstein@paulhastings.com; jeremyevans@paulhastings.com; isaacsasson@paulhastings.com; danfliman@paulhastings.com | EMAIL |
| Paul Hastings LLP | Attn: Nicholas Bassett | 2050 M Street NW | | Washington | DC | 20036 | | 202-551-1700 | nicholasbassett@paulhastings.com | EMAIL |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Hiram Gutierrez | P.O. Box 2916 | | McAllen | TX | 78502 | | 956-631-4026 | edinburgbankruptcy@pbfcm.com | EMAIL |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | PO Box 817 | | Lubbock | TX | 79408 | | 806-744-5091 | lmbkr@pbfcm.com | EMAIL |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Sergio E. Garcia | 3301 Northland Drive | Suite 505 | Austin | TX | 78731 | | 512-302-0190 | sgarcia@pbfcm.com | EMAIL |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | | 713-862-1860 | mvaldez@pbfcm.com | EMAIL |
| Perdue, Brandon, Fielder, Collins and Mott, L.L.P. | Attn: Alysia Córdova | P.O. Box 9132 | | Amarillo | TX | 79105 | | 806-359-3188 | acordova@pbfcm.com amabkr@pbfcm.com | EMAIL |
| Polsinelli PC | Attn: Elisa Hyder | Three Logan Square | 1717 Arch Street, Suite 2800 | Philadelphia | PA | 19103 | | 215-267-3001 | ehyder@polsinelli.com | EMAIL |
| Polsinelli PC | Attn: Shanti M. Katona, Katherine M. Devanney | 222 Delaware Avenue, Suite 1101 | | Wilmington | DE | 19801 | | 302-252-0920 | skatona@polsinelli.com kdevanney@polsinelli.com | EMAIL |
| Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | | 302-984-6000 | jryan@potteranderson.com; bhaywood@potteranderson.com; esulik@potteranderson.com; | EMAIL |
| Quarles & Brady LLP | Attn: L. Kate Mason | 411 E. Wisconsin Avenue | Suite 2400 | Milwaukee | WI | 53202 | | 414-277-3018 | Katie.Mason@quarles.com | EMAIL |
| Raines Feldman Littrell LLP | Attn: David S. Forsh | 1350 Avenue of the Americas, 22nd Floor | | New York | NY | 10019 | | | dforsh@raineslaw.com | EMAIL |
| Raines Feldman Littrell LLP | Attn: Hamid R. Rafatjoo | 4675 MacArthur Court, Suite 1550 | | Newport Beach | CA | 92660 | | 310-440-4001 | hrafatjoo@raineslaw.com | EMAIL |
| Raines Feldman Littrell LLP | Attn: Thomas J. Francella, Jr., Mark W. Eckard | 824 North Market Street, Suite 805 | | Wilmington | DE | 19801 | | 302-772-5803 | tfrancella@raineslaw.com meckard@raineslaw.com | EMAIL |
| Reed Smith LLP | Attn: Jason D. Angelo | 1201 North Market Street, Suite 1500 | | Wilmington | DE | 19801 | | 302-778-7500 | jangelo@reedsmith.com | EMAIL |
| Reed Smith LLP | Attn: Keith M. Aurzada, Dylan T. F. Ross | 2850 North Harwood Street, Suite 1500 | | Dallas | TX | 75201 | | 469-680-4200 | kaurzada@reedsmith.com dylan.ross@reedsmith.com | EMAIL |
| Richards Layton & Finger PA | Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | 302-651-7700 | knight@rlf.com steele@rlf.com steiger@rlf.com | EMAIL |
| Riemer & Braunstein LLP | Attn: Steven Fox | Times Square Tower Suite 2506 | Seven Times Square | New York | NY | 10036 | | 212-719-0140 | sfox@riemerlaw.com | EMAIL |
| Ross Aronstam & Moritz LLP | Attn: Adam D. Gold, Holly E. Newell | Hercules Building | 1313 North Market Street, Suite 1001 | Wilmington | DE | 19801 | | 302-576-1600 | agold@ramllp.com hnewell@ramllp.com | EMAIL |
| S&D Law | Attn: Michael L. Schlepp | 1550 Wewatta Street, Floor 2 | | Denver | CO | 80202 | | 303-399-3000 | | FIRST-CLASS MAIL |
| Saul Ewing LLP | Attn: Monique B. DiSabatino, Mark Minuti | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | | 302-421-6806 302-4 | monique.disabatino@saul.com mark.minuti@saul.com | EMAIL |
| Saul Ewing LLP | Attn: Turner N. Falk | Centre Square West | 1500 Market Street, 38th Floor | Philadelphia | PA | 19102 | | 215-972-8415 | turner.falk@saul.com | EMAIL |
| Sebaly Shillito + Dyer | Attn: Christopher S. Baxter | 220 E. Monument Avenue, Suite 500 | | Dayton | OH | 45402 | | 937-853-1109 | cbaxter@ssdlaw.com | EMAIL |
| Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov | EMAIL |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Blvd, Suite 520 | Philadelphia | PA | 19103 | | 215-597-3100 | secbankruptcy@sec.gov | EMAIL |
| Segal McCambridge Singer & Mahoney | Attn: Alan J. Taylor | 29100 Northwestern Highway, Suite 240 | | Southfield | MI | 48034 | | 248-994-0060 | ataylor@smsm.com | EMAIL |
| Sessions, Fishman & Nathan, LLC | Attn: J. David Forsyth | 400 Poydras Street | Suite 2550 | New Orleans | LA | 70130 | | 504-582-1521 | jdf@sessions-law.com | EMAIL |
| Seward & Kissel LLP | Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. As | One Battery Park Plaza | | New York | NY | 10004 | | | bateman@sewkis.com; patel@sewkis.com danenberg@sewkis.com; ashmead@sewkis.com bateman@sewkis.com; matott@sewkis.com | EMAIL |
| Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP | Attn: Alexander G. Benisatto | Continental Plaza II | 411 Hackensack Avenue, 6th Floor | Hackensack | NJ | 07601 | | 201-488-3900 | abenisatto@shapirocroland.com | EMAIL |
| Shermeta, Kilpatrick & Associates, PLLC | Attn: Richardo I. Kilpatrick | 615 Griswold, Suite 1305 | | Detroit | MI | 48226-3985 | | 248-519-1700 | ecf@kaalaw.com | EMAIL |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5000 | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com | EMAIL |
| ShopCore Properties | Attn: William F. McDonald III | 10920 Via Frontera, Suite 220 | | San Diego | CA | 92127 | | 858-798-1426 | wmcdonald@shopcore.com | EMAIL |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | 225 West Washington Street | | Indianapolis | IN | 46204 | | 317-263-2346 | rtucker@simon.com | EMAIL |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | 16200 Addison Road, Suite 140 | | Addison | TX | 75001 | | 972-380-5533 | mshriro@singerlevick.com | EMAIL |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street, Suite 2100 | | Philadelphia | PA | 19109 | | 215-864-9700 | dplon@sirlinlaw.com | EMAIL |
| Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | 2550 M Street, NW | | Washington | DC | 20037 | | 202-457-6000 | mark.salzberg@squirepb.com | EMAIL |
| Stark & Stark, P.C. | Attn: Joseph H. Lemkin | PO Box 5315 | | Princeton | NJ | 08543 | | 609-791-7022 | jlemkin@stark-stark.com | EMAIL |
| Streusand, Landon Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S. MoPac Expressway, Suite 320 | | Austin | TX | 78746 | | 512-236-9901 | streusand@slollp.com | EMAIL |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: G. James Landon | 1801 S. Mopac Expressway, Suite 320 | | Austin | TX | 78746 | | 512-236-9900 | landon@slollp.com | EMAIL |

In re: Franchise Group, Inc., *et al.*
Core/2002 Service List
Case No. 24-12480 (LSS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | 919 N. Market Street | Suite 420 | Wilmington | DE | 19801 | | 302-428-8191 | whazeltine@sha-llc.com | EMAIL |
| Swanson, Martin & Bell, LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Drive | Suite 204 | Lisle | IL | 60532 | | 630-780-8472 | cstahl@smbtrials.com | EMAIL |
| SWK Attorneys at Law | Attn: David E. Cohen | 500 Skokie Boulevard, Suite 600 | | Northbrook | IL | 60062 | | 312-606-3451224-2 | dcohen@swkattorneys.com | EMAIL |
| Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | 2001 L Street, NW, Suite 500 | | Washington | DC | 20036 | | 202-921-4080 | jrhodes@tlclawfirm.com | EMAIL |
| Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | 4504 Walsh Street, Suite 200 | | Chevy Chase | MD | 20815 | | 301-961-5300 | BRost@tspclaw.com | EMAIL |
| Texas Attorney General's Office | Attn: Christopher S. Murphy, Assistant Attorney General | Bankruptcy & Collections Division | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4867 | christopher.murphy@oag.texas.gov | EMAIL |
| The Ehrlich Law Firm | Attn: William Ehrlich | 444 Executive Center Blvd, Suite 240 | | El Paso | TX | 79902 | | 915-544-1500 | william@ehrlichlawfirm.com | EMAIL |
| The Magnozzi Law Firm, P.C. | Attn: Mark F. Magnozzi | 23 Green Street, Suite 302 | | Huntington | NY | 11743 | | 631-923-2858 | mmagnozzi@magnozzilaw.com | EMAIL |
| Thompson Hine LLP | Attn: Louis F Solimine | 312 Walnut Street | Suite 2000 | Cincinnati | OH | 45202-4029 | | 513-352-6700 | Louis.Solimine@ThompsonHine.com | EMAIL |
| Thompson O'Brien Kappler & Nasuti PC | Attn: Michael B. Pugh | 2 Sun Court, Suite 400 | | Peachtree Corners | GA | 30092 | | 770-925-0111 | mpugh@tokn.com | EMAIL |
| Tolson & Wayment, PLLC | Attn: Aaron J. Tolson | 1906 Jennie Lee Dr. | | Idaho Falls | ID | 83404 | | 208-228-5221 | ajt@aaronjtolsonlaw.com | EMAIL |
| Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | 200 Continental Drive, Suite 401 | | Newark | DE | 19713 | | 410-752-9799 | sgerald@tydings.com | EMAIL |
| U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights | U.S. Attorney's Office | 1313 N Market Street, Suite 400 | Wilmington | DE | 19801 | | 302-573-6277 | | FIRST-CLASS MAIL |
| U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | 100 F. Street NE | | Washington | DC | 20549 | | 202-942-8088 | secbankruptcy@sec.gov | EMAIL |
| Weltman, Weinberg & Reis Co. LPA | Attn: Geoffrey J. Peters | 5475 Rings Road | Suite 200 | Dublin | OH | 43017 | | 877-338-9484 | bronationalecf@weltman.com | EMAIL |
| White & Case LLP | Attn: Bojan Guzina | 111 S. Wacker Dr., Suite 5100 | | Chicago | IL | 60606 | | | bojan.guzina@whitecase.com | EMAIL |
| White & Case LLP | Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin S | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | cshore@whitecase.com; sam.hershey@whitecase.com azatz@whitecase.com; erin.smith@whitecase.com brett.bakemeyer@whitecase.com; | EMAIL |
| White & Case LLP | Attn: Thomas Lauria | 200 South Biscayne Boulevard, Suite 4900 | | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com | EMAIL |
| Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella | Rodney Square | 1000 N. King Street | Wilmington | DE | 19801 | | 302-571-6600 | emorton@ycst.com; mlunn@ycst.com; amielke@ycst.com sborovinskaya@ycst.com; | EMAIL |