# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 9010-2 of the Local Rules of this Court, and subject to the approval of the Court, Adabelle U. Ekechukwu, of the firm Wachtell, Lipton, Rosen & Katz, hereby withdraws her appearance in the above-captioned matter on behalf of Matthew Avril. In Support, the undersigned states as follows:

1. I have previously appeared in this matter as counsel for Matthew Avril.

2. As of July 31, 2025, I will no longer be associated with Wachtell, Lipton, Rosen & Katz.

3. The firms Wachtell, Lipton, Rosen & Katz and Ross Aronstam & Moritz LLP remain as counsel to Matthew Avril in this action. Accordingly, my withdrawal will not create any prejudice or delay, and I am not asserting any retaining or charging lien.

-2-

Dated:   July 30, 2025

                                              WACHTELL, LIPTON, ROSEN & KATZ

                                              By: /s/ Adabelle U. Ekechukwu
                                              Angela K. Herring
                                              Adabelle U. Ekechukwu
                                              51 West 52nd Street
                                              New York, New York 10019
                                              Tel: (212) 403-1000
                                              auekechukwu@wlrk.com

                                              ROSS ARONSTAM & MORITZ LLP

                                              /s/ Adam D. Gold
                                              Adam D. Gold (Bar No. 6412)
                                              Holly E. Newell (Bar No. 6687)
                                              Hercules Building
                                              1313 North Market Street, Suite 1001
                                              Wilmington, Delaware 19801
                                              Tel: (302) 576-1600
                                              agold@ramllp.com
                                              hnewell@ramllp.com

                                              *Attorneys for Matthew Avril*

To:  All Counsel of Record
     (by ECF)

SO ORDERED: _____
                 Laurie S. Silverstein, U.S.B.J.