**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, James Roy, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 cases.

On July 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Second Monthly Fee Statement and Final Fee Application of Ducera Partners LLC as Investment Banker to the Debtors

On July 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Fee Application Service List attached hereto as **Exhibit B**, and (2) via First Class Mail and Email on Direct Fee Review LLC, Attn: Don F. Oliver, 24A Trolley Square, #1225, Wilmington, DE, 19806, dfr.dfo@gmail.com, dfr.wjd@gmail.com:

- Second Monthly Fee Statement and Final Fee Application of Ducera Partners LLC for Payment of Compensation and Reimbursement of Expenses for the Monthly Period From April 1, 2025 Through June 2, 2025 and for the Final Fee Period From November 3, 2024 Through June 2, 2025 [Docket No. 1708]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24- 12480 (LSS).

Dated: July 25, 2025

          */s/ James Roy*
          James Roy

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 25, 2025, by James Roy, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Michael J. Wartell as the Independent Director and sole member of the Conflicts Committee of the Board of each of the Retaining Debtors | Akin Gump Strauss Hauer & Feld LLP | Attn: Marty L. Brimmage, Jr.<br>2300 N. Field Street<br>Suite 1800<br>Dallas TX 75201 | mbrimmage@akingump.com | Email |
| Counsel to Michael J. Wartell as the Independent Director and sole member of the Conflicts Committee of the Board of each of the Retaining Debtors | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Brad M. Kahn, Avi E. Luf<br>One Bryant Park<br>New York NY 10036 | mstamer@akingump.com<br>bkahn@akingump.com<br>aluft@akingump.com | Email |
| Counsel to Michael J. Wartell as the Independent Director and sole member of the Conflicts Committee of the Board of each of the Retaining Debtors | Ashby & Geddes, P.A. | Attn: Michael D. DeBaecke<br>500 Delaware Avenue, 8th Floor<br>Wilmington DE 19801 | mdebaecke@ashbygeddes.com | Email |
| Counsel for Dell Financial Services, L.L.C. | Austria Legal, LLC | Attn: Matthew P. Austria<br>1007 N. Orange Street, 4th Floor<br>Wilmington DE 19801 | maustria@austriallc.com | Email |
| Counsel to Azalea Joint Venture, LLC, Brixmor Operating Partnership LP, Continental Realty Corporation, Federal Realty OP LP, FR Grossmont, LLC, Prime/FRIT Mission Hills, LLC, and ShopOne Centers REIT, Inc. | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper<br>919 North Market Street<br>11th Floor<br>Wilmington DE 19801 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| Counsel to Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.2, Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.3, Wheeler REIT,LP, and/or certain of their affiliates | Barclay Damon LLP | Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse NY 13202 | knewman@barclaydamon.com | Email |
| Counsel to Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.2, Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.3, Wheeler REIT,LP, and/or certain of their affiliates | Barclay Damon LLP | Attn: Niclas A. Ferland<br>545 Long Wharf Drive<br>Ninth Floor<br>New Haven CT 06511 | nferland@barclaydamon.com | Email |
| Counsel to Benenson Capital Partners LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.2, Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.3, Wheeler REIT,LP, and/or certain of their affiliates | Barclay Damon LLP | Attn: Scott L. Fleischer<br>1270 Avenue of the Americas<br>Suite 501<br>New York NY 10020 | sfleischer@barclaydamon.com | Email |
| Counsel to Drink LMNT, Inc. | Barnes & Thornburg LLP | Attn: Kevin G. Collins<br>222 Delaware Avenue, Suite 1200<br>Wilmington DE 19801 | kevin.collins@btlaw.com | Email |
| Counsel to Elanco US Inc. | Barnes & Thornburg LLP | Attn: Mark R. Owens, Amy E. Tryon<br>222 Delaware Avenue, Suite 1200<br>Wilmington DE 19801 | mark.owens@btlaw.com<br>amy.tryon@btlaw.com | Email |
| Counsel for Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC | Bayard, P.A. | Attn: Ericka F. Johnson<br>600 N. Market Street, Suite 400<br>Wilmington DE 19801 | ejohnson@bayardlaw.com | Email |
| Counsel to The ChildSmiles Group, LLC a/k/a Abra Health | Benesch Friedlander Coplan & Aronoff LLP | Attn: Elliot M. Smith<br>127 Public Square, Suite 4900<br>Cleveland OH 44114 | esmith@beneschlaw.com | Email |
| Counsel to Babson Macedonia Partners, LLC, TM2, LLC, The ChildSmiles Group, LLC a/k/a Abra Health | Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Juan E. Martinez, Jennifer R. Hoover<br>1313 North Market Street, Suite 1201<br>Wilmington DE 19801-6101 | kcapuzzi@beneschlaw.com<br>jmartinez@beneschlaw.com<br>jhoover@beneschlaw.com | Email |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass and Former Stockholders | Bernstein Litowitz Berger & Grossmann LLP | Attn: Benjamin Potts, Mae Oberste<br>500 Delaware Avenue<br>Suite 901<br>Wilmington DE 19801 | benjamin.potts@blbglaw.com<br>mae.oberste@blbglaw.com | Email |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass and Former Stockholders | Bernstein Litowitz Berger & Grossmann LLP | Attn: Jeroen van Kwawegen, Thomas James<br>1251 Avenue of the Americas<br>New York NY 10020 | jeroen@blbglaw.com<br>thomas.james@blbglaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Doctor's Best Inc | Blakeley LC | Attn: Scott Blakeley<br>530 Technology Drive<br>Suite 100<br>Irvine CA 92618 | SEB@BlakeleyLC.com | Email |
| Counsel for Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent | Blank Rome LLP | Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams<br>1201 N. Market Street, Suite 800<br>Wilmington DE 19801 | mike.schaedle@blankrome.com<br>stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com | Email |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass, and Former Stockholders | Block & Leviton, LLP | Attn: Kimberly A. Evans, Irene R. Lax<br>222 Delaware Ave<br>Suite 1120<br>Wilmington DE 19801 | kim@blockleviton.com<br>irene@blockleviton.com | Email |
| Counsel to Brian Kahn and Lauren Kahn | Bodell Bové, LLC | Attn: Bruce W. McCullough<br>1225 N. King Street, Suite 1000<br>Wilmington DE 19801-3250 | bmccullough@bodellbove.com | Email |
| Counsel to Nancy C. Millan, Hillsborough County Tax Collector | Brian T. FitzGerald | Post Office Box 1110<br>Tampa FL 33601-1110 | fitzgeraldb@hcfl.gov<br>stroupj@hcfl.gov<br>connorsa@hcfl.gov | Email |
| Counsel to Brookfield Properties Retail Inc | Brookfield Properties Retail Inc | Attn: Kristen N. Pate<br>350 N. Orleans Street<br>Suite 300<br>Chicago IL 60654-1607 | bk@bpretail.com | Email |
| Counsel to Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>425 Market Street, Suite 2900<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Comenity Capital Bank, CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC | Burr & Forman LLP | Attn: J. Cory Falgowski<br>222 Delaware Avenue, Suite 1030<br>Wilmington DE 19801 | jfalgowski@burr.com | Email |
| Counsel for CTO24 Carolina LLC, as successor in interest to DDR Carolina Pavilion, LP, Sylvan Park Apartments, LLC | Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins<br>50 North Laura Street, Suite 3000<br>Jacksonville FL 32202 | esummers@burr.com<br>drobbins@burr.com | Email |
| Counsel to Comenity Capital Bank | Burr & Forman LLP | Attn: James H. Haithcock, III<br>420 N. 20th Street, Suite 3400<br>Birmingham AL 35203 | jhaithcock@burr.com | Email |
| Counsel to 3644 Long Beach Road LLC | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord<br>90 Merrick Avenue<br>9th Floor<br>East Meadow NY 11554 | rmccord@certilmanbalin.com | Email |
| Counsel to Hilco Merchant Resources, LLC | Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 North Market St, Suite 5400<br>Wilmington DE 19801 | desgross@chipmanbrown.com | Email |
| Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, VS Tempe, LLC, Vestar-CPT Tempe Marketplace, LLC | Clark Hill PLC | Attn: Audrey L. Hornisher<br>901 Main Street, Suite 6000<br>Dallas TX 75202 | ahornisher@clarkhill.com | Email |
| Counsel to Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, VS Tempe, LLC, Vestar-CPT Tempe Marketplace, LLC | Clark Hill PLC | Attn: Karen M. Grivner<br>824 N. Market Street, Suite 710<br>Wilmington DE 19801 | kgrivner@clarkhill.com | Email |
| Counsel to Horizon Jajo, LLC | Cohen Pollock Merlin Turner, P.C. | Attn: Bruce Z. Walker<br>3350 Riverwood Parkway, Suite 1600<br>Atlanta GA 30339 | bwalker@cpmtlaw.com | Email |
| Counsel to Blue Yonder, Inc. | Connolly Gallagher LLP | Attn: Jeffrey C. Wisler<br>1201 North Market Street, 20th Floor<br>Wilmington DE 19801 | jwisler@connollygallagher.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Missouri Boulevard Investment Company | Cook, Vetter, Doerhoff & Landwehr, P.C. | Attn: John D. Landwehr<br>231 Madison Street<br>Jefferson City MO 65101 | jlandwehr@cvdl.net | Email |
| Counsel to County of Loudoun, Virginia | County of Loudoun, Virginia | Attn: Belkys Escobar<br>One Harrison Street, SE, 5th Floor<br>PO Box 7000<br>Leesburg VA 20177-7000 | belkys.escobar@loudoun.gov | Email |
| Counsel to Krober Supply Chain US, Inc | Cowles & Thompson, P.C. | Attn: William L. Siegel<br>901 Main Street, Suite 3900<br>Dallas TX 75202 | bsiegel@cowlesthompson.com | Email |
| Counsel to the Prophecy Settlement-related Liquidating Trust 2022-23 | Cozen O'Connor | Attn: Brian L. Shaw<br>123 North Wacker Drive<br>Suite 1800<br>Chicago IL 60606 | bshaw@cozen.com | Email |
| Counsel to the Prophecy Settlement-related Liquidating Trust 2022-23 | Cozen O'Connor | Attn: Marla S. Benedek, Kaan Ekiner<br>1201 N. Market Street<br>Suite 1001<br>Wilmington DE 19801 | mbenedek@cozen.com<br>kekiner@cozen.com | Email |
| Counsel to Woodbolt Distribution, LLC, Glanbia Performance Nutrition, Inc., Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers, LLC | Cross & Simon, LLC | Attn: Christopher P. Simon<br>1105 North Market Street, Suite 901<br>Wilmington DE 19801 | csimon@crosslaw.com | Email |
| Counsel to Kawips Delaware Cuyahoga Falls, LLC | Cross & Simon, LLC | Attn: Kevin S. Mann<br>1105 North Market Street, Suite 901<br>Wilmington DE 19801 | kmann@crosslaw.com | Email |
| Counsel to Kings Mountain Investments, Inc. | Dentons Sirote PC | Attn: Stephen B. Porterfield<br>2311 Highland Avenue South<br>P.O. Box 55727<br>Birmingham AL 35255-5727 | stephen.porterfield@dentons.com | Email |
| Counsel to Ahuja Development LLC | Duane Morris LLP | Attn: Christopher M. Winter, James C. Carignan<br>1201 N. Market Street, Suite 501<br>Wilmington DE 19801 | cmwinter@duanemorris.com<br>jccarignan@duanemorris.com | Email |
| Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates | Faegre Drinker Biddle & Reath LLP | Attn: Michael T. Gustafson<br>320 South Canal Street, Suite 3300<br>Chicago IL 60606 | mike.gustafson@faegredrinker.com | Email |
| Counsel to United Parcel Service, Inc. and its subsidiaries and affiliates | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson<br>222 Delaware Avenue, Suite 1410<br>Wilmington DE 19801 | patrick.jackson@faegredrinker.com | Email |
| Counsel to Ad Hoc Group of Freedom Lenders | Farnan LLP | Attn: Brian E. Farnan, Michael J. Farnan<br>919 North Market Street<br>12th Floor<br>Wilmington DE 19801 | bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Email |
| Counsel for WPG Legacy, LLC | Frost Brown Todd LLP | Attn: Erin P. Severini, Joy D. Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | eseverini@fbtlaw.com<br>jkleisinger@fbtlaw.com | Email |
| Counsel for Cintas Corporation No. 2 | Frost Brown Todd LLP | Attn: Sloane B. O'Donnell<br>Union Trust Building<br>501 Grant Street, Suite 800<br>Pittsburgh PA 15219 | sodonnell@fbtlaw.com | Email |
| Counsel to ACAR Leasing LTD d/b/a GM Financial Leasing | GM Financial Leasing | Attn: Lorenzo Nunez<br>PO Box 183853<br>Arlington TX 76096 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Arizona Nutritional Supplements | Greenberg Traurig, LLP | Attn: Anthony W. Clark, Dennis A. Meloro<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington DE 19801 | Anthony.Clark@gtlaw.com<br>Dennis.Meloro@gtlaw.com | Email |
| Counsel to Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education (hereinafter "Harris County") | Harris County Attorney's Office | Susan Fuertes<br>Attn: Property Tax Division<br>P.O. Box 2848<br>Houston TX 77252 | taxbankruptcy.cao@harriscountytx.gov | Email |
| Counsel to Alter Domus (US) LLC | Holland & Knight LLP | Attn: Phillip W. Nelson<br>150 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606 | phillip.nelson@hklaw.com | Email |
| Counsel to County to Imperial Treasurer-Tax Collector | Imperial Treasurer-Tax Collector | Attn: Flora Oropeza<br>940 West Main Street, Suite 106<br>El Centro CA 92243 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to 100 Brentwood Associates, L.P. | Kaplin Stewart Meloff Reiter & Stein, P.C. | Attn: William J. Levant<br>910 Harvest Drive<br>Post Office Box 3037<br>Blue Bell PA 19422 | wlevant@kaplaw.com | Email |
| Counsel to BCDC Portfolio Owner LLC, BCHQ Owner LLC, Brookfield Properties Retail, Inc., Curbline Properties Corp., First Washington Realty, GCP Boom LLC, JLL Property Management (Franklin Mall), Kite Realty Group, L.P., NNN REIT, Inc., Regency Centers, L.P., Shamrock A. Owner LLC, and SITE Centers Corp. | Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Jennifer D. Raviele, Allison Selick<br>3 World Trade Center<br>175 Greenwich Street<br>New York NY 10007 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>aselick@kelleydrye.com | Email |
| Counsel to Ken Burton, Jr., Manatee County Tax Collector | Ken Burton, Jr., Manatee County Tax Collector | Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA<br>1001 3rd Ave W, Suite 240<br>Brandenton FL 34205-7863 | legal@taxcollector.com | Email |
| Counsel to Frontier Dover LLC | Kerrick Bachert PSC | Attn: Scott A. Bachert<br>1411 Scottsville Road<br>P. O. Box 9547<br>Bowling Green KY 42102-9547 | | First Class Mail |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass, and Former Stockholders | Kessler Topac Meltzer & Check LLP | Attn: J. Daniel Albert, Michael McCutcheon<br>280 King of Prussia Rd<br>Radnor PA 19087 | dalbert@ktmc.com | Email |
| Counsel to Debtors and Debtors In Possession | Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C., Nicole L. Greenblatt, P.C., Derek I. Hunter<br>601 Lexington Avenue<br>New York NY 10022 | joshua.sussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>derek.hunter@kirkland.com | Email |
| Counsel to Debtors and Debtors In Possession | Kirkland & Ellis LLP | Attn: Mark McKane, P.C.<br>555 California Street<br>San Francisco CA 94101 | mark.mckane@kirkland.com | Email |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti<br>919 N. Market Street, Suite 1000<br>Wilmington DE 19801-3062 | dpacitti@klehr.com | Email |
| Counsel to Blue Owl Real Estate Capital LLC, BCDC Portfolio Owner LLC, and BCHQ Owner LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg<br>1835 Market Street, Suite 1400<br>Philadelphia PA 19103 | mbranzburg@klehr.com | Email |
| Counsel to Oxford Valley Road Associates, L.P. | Kurtzman Steady LLC | Attn: Jeffrey Kurtzman<br>101 N. Washington Avenue<br>Suite 4A<br>Margate NJ 08402 | kurtzman@kurtzmansteady.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers<br>919 Market Street Suite 1800<br>P.O. Box 2087<br>Wilmington DE 19801 | landis@lrclaw.com<br>mcguire@lrclaw.com<br>erogers@lrclaw.com | First Class Mail and Email |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: Andrew Sorkin<br>555 Eleventh Street NW<br>Suite 1000<br>Washington DC 20004 | andrew.sorkin@lw.com | Email |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Latham & Watkins LLP | Attn: James Kstanes, Timothy Beau Parker<br>330 N Wabash Avenue<br>Suite 2800<br>Chicago IL 60611 Canada | james.ktsanes@lw.com<br>beau.parker@lw.com | Email |
| Counsel to the ABL Secured Parties | Latham & Watkins LLP | Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin<br>1271 Avenue of the Americas<br>New York NY 10020 | Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com | First Class Mail and Email |
| Counsel to BCDC Portfolio Owner LLC, BCHQ Owner LLC, Brookfield Properties Retail, Inc., Curbline Properties Corp., First Washington Realty, GCP Boom LLC, JLL Property Management (Franklin Mall), Kite Realty Group, L.P., NNN REIT, Inc., Regency Centers, L.P., Shamrock A. Owner LLC, and SITE Centers Corp., MJK Real Estate Holding Company, LLC | Law Office of Susan E. Kaufman | Attn: Susan E. Kaufan<br>919 N. Market Street, Suite 460<br>Wilmington DE 19801 | skaufman@skaufmanlaw.com | Email |
| Counsel to PC San Ysidro PB, LLC, PC International PB, LLC and PC Lagio PB, LLC | Law Offices of Ronald K. Brown, Jr., APC | Attn: Ronald K. Brown, Jr.<br>901 Dove Street<br>Suite 120<br>Newport Beach CA 92660 | Ron@rkbrownlaw.com | Email |
| Counsel to Nueces County, Mclennan County, Kerr County, Hidalgo County, City of McAllen | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| Counsel to Bexar County, City of El Paso | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E. Pecan Street, Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Hopkins County, Kaufman County, Sulphur Springs ISD, Rockwall CAD, Tarrant County, Navarro County, Smith County, Ellis County, City of Sulphur Springs, Wise County, Tom Green CAD, Grayson County, Gregg County, Prosper ISD, Town of Prosper, City of Carrollton, Northwest ISD, City of Allen, City of Wylie, Lewisville ISD, Allen ISD, City of Frisco, Irving ISD, Parker CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>3500 Maple Avenue<br>Suite 800<br>Dallas TX 75219 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Cypress-Fairbanks ISD, Harris County, Galveston County, Montgomery County, Ford Bend County, Katy ISD, Harris CO ESD # 08, City of Houston, Montgomery County, Harris CO ESD # 48, Lone Star College System, Harris CO ESD # 16, Harris CO ESD # 11, Houston ISD, Galveston County, Harris CO ESD # 09, Cypress-Fairbanks ISD, Deer Park ISD, Fort Bend County, Houston Comm Coll System, City of Pasadena, Jefferson County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Counsel to Woodbolt Distribution, LLC, Glanbia Performance Nutrition, Inc., Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers, LLC | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Michael Papandrea, Andrew Behlmann<br>One Lowenstein Drive<br>Roseland NJ 07068 | metkin@lowenstein.com<br>mpapandrea@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| Counsel to Heritage Seymour I, LLC and Heritage Seymour II, LLC, Shelbyville Road Plaza, LLC, Lichtefeld Development Trust, Lichtefeld Properties LLC, | McCarter & English, LLP | Attn: Kate Roggio Buck, Maliheh Zare, Sheila Calello, Matthew J. Rifino<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington DE 19801 | kbuck@mccarter.com<br>mzare@mccarter.com<br>mrifino@mccarter.com | Email |
| Counsel to Heritage Seymour I, LLC and Heritage Seymour II, LLC | McCarter & English, LLP | Attn: Lisa S. Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102 | lbonsall@mccarter.com | Email |
| Counsel to Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>700 Jeffrey Way, Suite 100<br>Round Rock TX 78665 | jparsons@mvbalaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Tax Appraisal District of Bell County, Brazos County, Burnet Central Appraisal District, Bowie Central Appraisal District, Denton County, Guadalupe County, Hays County, Midland Central Appraisal District, City of Waco/Waco Independent School District/La Vega Independent School District, and Williamson County | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock TX 78680-1269 | jparsons@mvbalaw.com | Email |
| Counsel to TVS Buyer, LLC | Mcdermott Will & Emery LLP | Attn: David R. Hurst<br>1000 N. West Street<br>Suite 1400<br>Wilmington DE 19801 | dhurst@mwe.com | Email |
| Counsel to TVS Buyer, LLC | Mcdermott Will & Emery LLP | Attn: James W. Kapp, III<br>444 West Lake Street<br>Suite 4000<br>Chicago IL 60606-0029 | jkapp@mwe.com | Email |
| Counsel to Parm Golf Center LLC | McKenna Storer | Attn: David A. Shapiro<br>33 N. LaSalle Street<br>Suite 1400<br>Chicago IL 60602 | dshapiro@mckenna-law.com<br>service@mckenna-law.com | Email |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale MD 20737-1385 | bdept@mrrlaw.net | Email |
| State of Michigan, Department of Treasury | Michigan Assistant Attorney General | Attn: Heather L. Donald<br>Cadillac Place Building<br>3030 W. Grand Blvd. Ste. 10-200<br>Detroit MI 48202 | donaldh@michigan.gov | Email |
| Counsel to New Westgate Mall LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Joseph H. Baldiga, Shannah L. Colbert<br>1800 West Park Dr., Suite 400<br>Westborough MA 01581 | jbaldiga@mirickoconnell.com<br>scolbert@mirickoconnell.com | Email |
| Counsel to Kimco Realty Corporation, 2205 Federal Investors, LLC | Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky<br>1201 N. Orange Street, Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com | Email |
| Counsel to Bank of America, N.A., as Prepetition ABL Agent | Morgan, Lewis & Bockius LLP | Attn: Christopher L. Carter<br>One Federal Street<br>Boston MA 02110-1726 | christopher.carter@morganlewis.com | Email |
| Counsel to Bank of America, N.A., as Prepetition ABL Agent | Morgan, Lewis & Bockius LLP | Attn: David K. Shim<br>One State Street<br>Hartford CT 06103-3178 | david.shim@morganlewis.com | Email |
| Counsel for University Realty Associates, LLC | Morris James LLP | Attn: Carl N. Kunz, III, Christopher M. Donnelly<br>500 Delaware Avenue, Suite 1500<br>Wilmington DE 19801 | ckunz@morrisjames.com<br>cdonnelly@morrisjames.com | Email |
| Counsel to BC Exchange Salt Pond | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry<br>500 N. Akard Street<br>Suite 4000<br>Dallas TX 75201-6659 | dperry@munsch.com | Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox, Esq<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | timothy.fox@usdoj.gov | Email |
| Counsel to Rockfirm, LLC | Offit Kurman, PA | Attn: Brian J. McLaughlin<br>222 Delaware Avenue<br>Suite 1105<br>Wilmington DE 19801 | Brian.McLaughlin@offitkurman.com | Email |
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Tammy Jones<br>320 Robert S. Kerr<br>Room 307<br>Oklahoma City OK 73102 | tammy.jones@oklahomacounty.org | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Colin R. Robinson<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | bsandler@pszjlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel<br>780 Third Avenue, 34th Floor<br>New York NY 10017 | rfeinstein@pszjlaw.com<br>akornfeld@pszjlaw.com<br>theckel@pszjlaw.com | Email |
| Counsel to Jack W. Eichelberger Trust (the "Trust") | Pashman Stein Walder Hayden, PC | Attn: Alexis R. Gambale<br>824 North Market Street, Suite 800<br>Wilmington DE 19801 | agambale@pashmanstein.com | Email |
| Counsel to Brian Gale, Mark Noble, Terry Philippas, and Lawrence Bass, and Former Stockholders | Pashman Stein Walder Hayden, PC | Attn: Joseph C. Barsalona II<br>824 North Market Street<br>Suite 800<br>Wilmington DE 19801 | jbarsalona@pashmanstein.com | Email |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman<br>200 Park Avenue<br>New York NY 10166 | jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com<br>danfliman@paulhastings.com | First Class Mail and Email |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Nicholas A. Bassett<br>2050 M Street NW<br>Washington DC 20036 | nicholasbassett@paulhastings.com | Email |
| Counsel to Brownsville Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Hiram Gutierrez<br>P.O. Box 2916<br>McAllen TX 78502 | edinburgbankruptcy@pbfcm.com | Email |
| Cousel to Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Laura J. Monroe<br>PO Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email |
| Counsel to Kerrville Independent School District, Copperas Cove Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Sergio E. Garcia<br>3301 Northland Drive<br>Suite 505<br>Austin TX 78731 | sgarcia@pbfcm.com | Email |
| Counsel to Magnolia Independent School District and City of Montgomery, Brazoria County, Brazoria County Municipal Utility District #34 | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | mvaldez@pbfcm.com | Email |
| Counsel to Potter County Tax Office and Randall County Tax Office | Perdue, Brandon, Fielder, Collins and Mott, L.L.P. | Attn: Alysia Córdova<br>P.O. Box 9132<br>Amarillo TX 79105 | acordova@pbfcm.com<br>amabkr@pbfcm.com | Email |
| Counsel for Champion Petfoods USA Inc., Mars Petcare US, Inc., Mars Fishcare North America, Inc., Royal Canin U.S.A., Inc. | Polsinelli PC | Attn: Elisa Hyder<br>Three Logan Square<br>1717 Arch Street, Suite 2800<br>Philadelphia PA 19103 | ehyder@polsinelli.com | Email |
| Counsel for Champion Petfoods USA Inc., Mars Petcare US, Inc., Mars Fishcare North America, Inc., Royal Canin U.S.A., Inc. | Polsinelli PC | Attn: Shanti M. Katona, Katherine M. Devanney<br>222 Delaware Avenue, Suite 1101<br>Wilmington DE 19801 | skatona@polsinelli.com<br>kdevanney@polsinelli.com | Email |
| Counsel to JPMorgan Chase Bank, N.A., as Prepetition ABL Agent | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik<br>1313 N. Market Street<br>6th Floor<br>Wilmington DE 19801 | jryan@potteranderson.com<br>bhaywood@potteranderson.com<br>esulik@potteranderson.com | Email |
| Counsel to Whirlpool Corporation | Quarles & Brady LLP | Attn: L. Kate Mason<br>411 E. Wisconsin Avenue<br>Suite 2400<br>Milwaukee WI 53202 | Katie.Mason@quarles.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Litigation Trustee | Raines Feldman Littrell LLP | Attn: David S. Forsh<br>1350 Avenue of the Americas, 22nd Floor<br>New York NY 10019 | dforsh@raineslaw.com | Email |
| Counsel to the Litigation Trustee | Raines Feldman Littrell LLP | Attn: Hamid R. Rafatjoo<br>4675 MacArthur Court, Suite 1550<br>Newport Beach CA 92660 | hrafatjoo@raineslaw.com | Email |
| Counsel to the Litigation Trustee | Raines Feldman Littrell LLP | Attn: Thomas J. Francella, Jr., Mark W. Eckard<br>824 North Market Street, Suite 805<br>Wilmington DE 19801 | tfrancella@raineslaw.com<br>meckard@raineslaw.com | Email |
| Counsel to STORE Master Funding IV, LLC | Reed Smith LLP | Attn: Jason D. Angelo<br>1201 North Market Street, Suite 1500<br>Wilmington DE 19801 | jangelo@reedsmith.com | Email |
| Counsel to STORE Master Funding IV, LLC | Reed Smith LLP | Attn: Keith M. Aurzada, Dylan T. F. Ross<br>2850 North Harwood Street, Suite 1500<br>Dallas TX 75201 | kaurzada@reedsmith.com<br>dylan.ross@reedsmith.com | Email |
| Cousnel to B. Riley Principal Investments, LLC and its affiliates | Richards Layton & Finger PA | Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | knight@rlf.com<br>steele@rlf.com<br>steiger@rlf.com | Email |
| Counsel to Hilco Merchant Resources, LLC | Riemer & Braunstein LLP | Attn: Steven Fox<br>Times Square Tower Suite 2506<br>Seven Times Square<br>New York NY 10036 | | First Class Mail |
| Counsel to Matthew Avril | Ross Aronstam & Moritz LLP | Attn: Adam D. Gold, Holly E. Newell<br>Hercules Building<br>1313 North Market Street, Suite 1001<br>Wilmington DE 19801 | agold@ramllp.com<br>hnewell@ramllp.com | Email |
| Counsel to Wilson AmCap II LLC | S&D Law | Attn: Michael L. Schlepp<br>1550 Wewatta Street, Floor 2<br>Denver CO 80202 | | First Class Mail |
| Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC, Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company, Beral, LLLP, Laurel Lakes, LLC, Harpers Station LLC, Irmo Station LLC, | Saul Ewing LLP | Attn: Monique B. DiSabatino, Mark Minuti<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | monique.disabatino@saul.com<br>mark.minuti@saul.com | Email |
| Counsel to Atlantic Plaza Station LLC, Edgewood Station LLC, Fairlawn Station LLC, Harvest Station LLC, Village Mooresville Station LLC, Fairfield Station LLC, Lakewood (Ohio) Station LLC, Shoregate Station LLC, Hartville Station LLC, Jensen Beach Station LLC, Chapel Hill North Station LLC, Five Town Station LLC, Golden Station LLC, Hamilton Ridge Station LLC, Hampton Village Station LLC, Memorial Kirkwood Station LLC, Orchard Square Station LLC, Rainbow Station North LLC, Southfield Station LLC, Stone Gate Station LLC, Valrico Station LLC, Wheat Ridge Station LLC, Summerville Station LLC, and Phillips Edison & Company, Harpers Station LLC, Irmo Station LLC, | Saul Ewing LLP | Attn: Turner N. Falk<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia PA 19102 | turner.falk@saul.com | Email |
| Counsel to Jack W. Eichelberger Trust (the "Trust") | Sebaly Shillito + Dyer | Attn: Christopher S. Baxter<br>220 E. Monument Avenue, Suite 500<br>Dayton OH 45402 | cbaxter@ssdlaw.com | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to Brookdale Shopping Center, L.L.C. ( Creditor/Landlord) | Segal McCambridge Singer & Mahoney | Attn: Alan J. Taylor<br>29100 Northwestern Highway, Suite 240<br>Southfield MI 48034 | ataylor@smsm.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Shanri Holdings Corporation | Sessions, Fishman & Nathan, LLC | Attn: J. David Forsyth<br>400 Poydras Street<br>Suite 2550<br>New Orleans LA 70130 | jdf@sessions-law.com | Email |
| Counsel to the DIP Agent, Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent | Seward & Kissel LLP | Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott<br>One Battery Park Plaza<br>New York NY 10004 | bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br>ashmead@sewkis.com<br>bateman@sewkis.com<br>matott@sewkis.com | First Class Mail and Email |
| Counsel to Riverdale Square, LLC | Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP | Attn: Alexander G. Benisatto<br>Continental Plaza II<br>411 Hackensack Avenue, 6th Floor<br>Hackensack NJ 07601 | abenisatto@shapirocroland.com | Email |
| Counsel to Wayne County Treasurer | Shermeta, Kilpatrick & Associates, PLLC | Attn: Richardo I. Kilpatrick<br>615 Griswold, Suite 1305<br>Detroit MI 48226-3985 | ecf@kaalaw.com | Email |
| Counsel to Sayville Plaza Development, LLC | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Counsel to ShopCore Properties and its related entities | ShopCore Properties | Attn: William F. McDonald III<br>10920 Via Frontera, Suite 220<br>San Diego CA 92127 | wmcdonald@shopcore.com | Email |
| Counsel to Simon Property Group, Inc. and its related entities | Simon Property Group, Inc. | Attn: Ronald M. Tucker<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel to Village at the Mall Holdings, LLC, Bridge33 Capital LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Road, Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |
| Counsel to Paoli Shopping Center Limited Partnership, Phase II, 4405 Milestrip HD Lessee LLC, Feasterville Realty Associates LP | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon<br>123 South Broad Street, Suite 2100<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email |
| Counsel to Blue Yonder, Inc. | Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg<br>2550 M Street, NW<br>Washington DC 20037 | mark.salzberg@squirepb.com | Email |
| Counsel to Peoria Rental Properties, LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin<br>PO Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com | Email |
| Counsel to Dell Financial Service L.L.C. | Streusand, Landon Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway, Suite 320<br>Austin TX 78746 | streusand@slollp.com | Email |
| Counsel for Dell Financial Services, L.L.C. | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: G. James Landon<br>1801 S. Mopac Expressway, Suite 320<br>Austin TX 78746 | landon@slollp.com | Email |
| Counsel to Whirlpool Corporation | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine<br>919 N. Market Street<br>Suite 420<br>Wilmington DE 19801 | whazeltine@sha-llc.com | Email |
| Counsel to Raymond Leasing Corporation | Swanson, Martin & Bell, LLP | Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive<br>Suite 204<br>Lisle IL 60532 | cstahl@smbtrials.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to MJK Real Estate Holding Company, LLC | SWK Attorneys at Law | Attn: David E. Cohen<br>500 Skokie Boulevard, Suite 600<br>Northbrook IL 60062 | dcohen@swkattorneys.com | Email |
| Counsel for Kin Properties, Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., Alisan Trust, Diajeff Trust, Stowsan Limited Partnership, Esue LLC, Alisan LLC, and Roseff LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes<br>2001 L Street, NW, Suite 500<br>Washington DC 20036 | jrhodes@tlclawfirm.com | Email |
| Counsel to Creditor, Parkridge Center Retail, LLC | Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost<br>4504 Walsh Street, Suite 200<br>Chevy Chase MD 20815 | BRost@tspclaw.com | Email |
| Counsel to the Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Christopher S. Murphy, Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin TX 78711-2548 | christopher.murphy@oag.texas.gov | Email |
| Counsel to Cielo Paso Las Tiendas, L.P. | The Ehrlich Law Firm | Attn: William Ehrlich<br>444 Executive Center Blvd, Suite 240<br>El Paso TX 79902 | william@ehrlichlawfirm.com | Email |
| Counsel to Oracle America, Inc | The Magnozzi Law Firm, P.C. | Attn: Mark F. Magnozzi<br>23 Green Street, Suite 302<br>Huntington NY 11743 | mmagnozzi@magnozzilaw.com | Email |
| Counsel to LU Candlers Station Holdings, LLC | Thompson Hine LLP | Attn: Louis F Solimine<br>312 Walnut Street<br>Suite 2000<br>Cincinnati OH 45202-4029 | Louis.Solimine@ThompsonHine.com | Email |
| Counsel to Northside Village Conyers, LLC | Thompson O'Brien Kappler & Nasuti PC | Attn: Michael B. Pugh<br>2 Sun Court, Suite 400<br>Peachtree Corners GA 30092 | mpugh@tokn.com | Email |
| Counsel to Integra Cre, Inc. | Tolson & Wayment, PLLC | Attn: Aaron J. Tolson<br>1906 Jennie Lee Dr.<br>Idaho Falls ID 83404 | ajt@aaronjtolsonlaw.com | Email |
| Counsel to The J. M. Smucker Company and Amazing Organics LLC t/a Amazing Herbs | Tydings & Rosenberg LLP | Attn: Stephen B. Gerald<br>200 Continental Drive, Suite 401<br>Newark DE 19713 | sgerald@tydings.com | Email |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 |  | First Class Mail |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to Sangamon North LLC, the Commons at Southpark LLC | Weltman, Weinberg & Reis Co. LPA | Attn: Geoffrey J. Peters<br>5475 Rings Road<br>Suite 200<br>Dublin OH 43017 | bronationalecf@weltman.com | Email |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders | White & Case LLP | Attn: Bojan Guzina<br>111 S. Wacker Dr., Suite 5100<br>Chicago IL 60606 | bojan.guzina@whitecase.com | First Class Mail and Email |
| Counsel to Ad Hoc Group of Freedom Lenders | White & Case LLP | Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin Smith, Brett Bakemeyer<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | cshore@whitecase.com<br>sam.hershey@whitecase.com<br>azatz@whitecase.com<br>erin.smith@whitecase.com<br>brett.bakemeyer@whitecase.com | Email |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders, Ad Hoc Group of Freedom Lenders | White & Case LLP | Attn: Thomas Lauria<br>200 South Biscayne Boulevard, Suite 4900<br>Miami FL 33131 | tlauria@whitecase.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya<br>Rodney Square<br>1000 N. King Street<br>Wilmington DE 19801 | emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com | Email |

## **Exhibit B**

Exhibit B
Fee Application Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Debtors and Debtors In Possession | Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C., Nicole L. Greenblatt, P.C., Derek I. Hunter<br>601 Lexington Avenue<br>New York NY 10022 | joshua.sussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>derek.hunter@kirkland.com | Email |
| Counsel to Debtors and Debtors In Possession | Kirkland & Ellis LLP | Attn: Mark McKane, P.C.<br>555 California Street<br>San Francisco CA 94101 | mark.mckane@kirkland.com | Email |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers<br>919 Market Street Suite 1800<br>P.O. Box 2087<br>Wilmington DE 19801 | landis@lrclaw.com<br>mcguire@lrclaw.com<br>erogers@lrclaw.com | First Class Mail and Email |
| Counsel to the ABL Secured Parties | Latham & Watkins LLP | Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin<br>1271 Avenue of the Americas<br>New York NY 10020 | Jennifer.Ezring@lw.com<br>James.Ktsanes@lw.com<br>andrew.sorkin@lw.com | First Class Mail and Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox, Esq<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | timothy.fox@usdoj.gov | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Colin R. Robinson<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899-8705 | bsandler@pszjlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel<br>780 Third Avenue, 34th Floor<br>New York NY 10017 | rfeinstein@pszjlaw.com<br>akornfeld@pszjlaw.com<br>theckel@pszjlaw.com | Email |
| Counsel to the Ad Hoc Group of First Lien Lenders and DIP Lenders | Paul Hastings LLP | Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman<br>200 Park Avenue<br>New York NY 10166 | jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com<br>danfliman@paulhastings.com | First Class Mail and Email |
| Counsel to the DIP Agent, Wilmington Trust, National Association, as Prepetition First Lien Agent and DIP Agent | Seward & Kissel LLP | Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott<br>One Battery Park Plaza<br>New York NY 10004 | bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com<br>ashmead@sewkis.com<br>bateman@sewkis.com<br>matott@sewkis.com | First Class Mail and Email |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders | White & Case LLP | Attn: Bojan Guzina<br>111 S. Wacker Dr., Suite 5100<br>Chicago IL 60606 | bojan.guzina@whitecase.com | First Class Mail and Email |
| Counsel to the Second Lien Secured Parties; HoldCo Lenders, Ad Hoc Group of Freedom Lenders | White & Case LLP | Attn: Thomas Lauria<br>200 South Biscayne Boulevard, Suite 4900<br>Miami FL 33131 | tlauria@whitecase.com | First Class Mail and Email |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya<br>Rodney Square<br>1000 N. King Street<br>Wilmington DE 19801 | emorton@ycst.com<br>mlunn@ycst.com<br>amielke@ycst.com<br>sborovinskaya@ycst.com | Email |