**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

In Re:                                                                                  Chapter 11

FRANCHISE GROUP, INC.[1],                                        Case No. 24-12480 (LSS)

          Reorganized Debtors.                                 (Jointly Administered)

---

## RENEWED REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 2002(g), renewed request is hereby made that all papers, pleadings, motions, and applications served or required to be served in these cases be given to and served upon the following:

| | |
|---|---|
| Barclay Damon LLP<br>Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202<br>Telephone: (315) 413-7115<br>Email: knewman@barclaydamon.com | Barclay Damon LLP<br>Attn: Scott L. Fleischer<br>1270 Avenue of the Americas, Suite 2310<br>New York, NY 10020<br>Telephone: (212) 784-5810<br>Email: sfleischer@barclaydamon.com |

Barclay Damon LLP
Attn: Niclas A. Ferland
555 Long Wharf Drive, Sixth Floor
New Haven, CT 06511
Telephone: (203) 672-2667
Email: nferland@barclaydamon.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing renewed request includes not only the notices and papers referred to in the Rule cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone,

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number is 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. For purposes of this notice (this "Notice"), the term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG. All of the motions, contested matters, and adversary proceedings that remained open a of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

22331633.1

telegraph, telex or otherwise, which may affect the rights or interests, in any way of Boswell Avenue I, LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, *et al*.[2], Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, *et al*.[3], Wheeler REIT, LP, and/or certain of their affiliates in the above-captioned cases.  More detailed information is set forth in **Exhibit A** attached hereto.

Dated: July 31, 2025
New York, New York

**BARCLAY DAMON LLP**

By: */s/Scott L. Fleischer*
Scott L. Fleischer
1270 Avenue of the Americas, Suite 2310
New York, NY 10020
Telephone: (212) 784-5810
Email: sfleischer@barclaydamon.com

Kevin M. Newman
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone: (315) 413-7115
Email: knewman@barclaydamon.com

Niclas A. Ferland
555 Long Wharf Drive, Sixth Floor
New Haven, CT 06511
Telephone: (203) 672-2667
Email: nferland@barclaydamon.com

*Attorneys for Boswell Avenue I, LLC, CRI New Albany Square, LLC, DLC Management Corporation, Grove City Plaza, L.P., HV Center LLC, et al.[2], Inland Commercial Real Estate Services LLC, Kempner Properties, LLC, National Realty & Development Corp., Northridge Crossing L.P., SS Tulsa Center LLC, et al.[3], Wheeler REIT, LP, and/or certain of their affiliates*

---

[2] HV Center LLC, HV Center TIC 1 LLC, and HV Center TIC 2 LLC.
[3] SS Tulsa Center LLC; SS Tulsa Center TIC 1 LLC; SS Tulsa Center TIC 2 LLC; SS Tulsa Center TIC 3 LLC; and SS Tulsa Center TIC 4 LLC.

22331633.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Renewed Request for Service of Notices will be served electronically by the Court's CM/ECF system upon the following:

- Elihu Ezekiel Allinson, III    ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com; hcoleman@sha-llc.com
- Paul H. Aloe    paloe@kudmanlaw.com, yali@kudmanlaw.com; dsaponara@kudmanlaw.com; 5572152420@filings.docketbird.com
- Jason Daniel Angelo    JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com
- John R. Ashmead    ashmead@sewkis.com, matott@sewkis.com;managingclerkoffice@sewkis.com
- Matthew P. Austria    maustria@austriallc.com
- Scott A Bachert    sbachert@kerricklaw.com
- Joseph H. Baldiga    jbaldiga@miricklaw.com
- Ian J Bambrick    ian.bambrick@faegredrinker.com, cathy.greer@faegredrinker.com
- Joseph C. Barsalona II    jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com
- Christopher S. Baxter    cbaxter@ssdlaw.com
- Andrew Behlmann    aBehlmann@lowenstein.com
- Marla S. Benedek    mbenedek@cozen.com, marla-benedek-0597@ecf.pacerpro.com
- Alexander Benisatto    abenisatto@shapirocroland.com
- Karen C. Bifferato    kbifferato@connollygallagher.com
- Scott E. Blakeley    seb@blakeleylc.com, ecf@blakeleyllp.com
- Lisa Bonsall    lbonsall@mccarter.com
- Yan Borodanski    yborodanski@mccarter.com
- Shella Borovinskaya    sborovinskaya@ycst.com, bankfilings@ycst.com
- Morton R. Branzburg    mbranzburg@klehr.com, jtaylor@klehr.com
- Amy D. Brown    abrown@gsbblaw.com, mfriedman@gsbblaw.com
- Ronald Brown    ron@rkbrownlaw.com
- Kate R. Buck    kbuck@mccarter.com
- William J. Burnett    william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com
- Michael G. Busenkell    mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com
- Cameron Alexis Capp    ccapp@reedsmith.com
- Kevin M. Capuzzi    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com; lmolinaro@beneschlaw.com
- James C. Carignan    jccarignan@duanemorris.com
- Christopher L. Carter    christopher.carter@morganlewis.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- David E Cohen    dcohen@swkattorneys.com
- Lisa Caryl Cohen    lcohen@ruffcohen.com
- Shannah L. Colbert    scolbert@miricklaw.com
- Kevin G. Collins    kcollins@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com
- Scott D. Cousins    scott.cousins@lewisbrisbois.com, susan.brown@lewisbrisbois.com
- Michael David DeBaecke    mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com; adellose@ashbygeddes.com; DKosloske@ashbygeddes.com
- Gregory V. Demo    gdemo@pszjlaw.com
- Mark L. Desgrosseilliers    desgross@chipmanbrown.com, fusco@chipmanbrown.com; dero@chipmanbrown.com; hitchens@chipmanbrown.com

22331633.1

- Katherine M. Devanney    kdevanney@polsinelli.com, lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
- Monique Bair DiSabatino    monique.disabatino@saul.com, robyn.warren@saul.com
- R. Grant Dick    gdick@coochtaylor.com, gdick@ecf.courtdrive.com
- Heather L. Donald    donaldh@michigan.gov
- Christopher M. Donnelly    cdonnelly@morrisjames.com, ddepta@morrisjames.com; slisko@morrisjames.com; mwhalen@morrisjames.com
- Kristi JoLynn Doughty    doughty@chipmanbrown.com, dero@chipmanbrown.com
- Mark W. Eckard    meckard@raineslaw.com, sshidner@raineslaw.com;kcallahan@raineslaw.com
- William Ehrlich    william@ehrlichlawfirm.com
- Kaan Ekiner    kekiner@cozen.com, sshidner@cozen.com;kaan-ekiner-7206@ecf.pacerpro.com
- Belkys Escobar    belkys.escobar@loudoun.gov
- Michael Seth Etkin    metkin@lowenstein.com
- Justin Cory Falgowski    jfalgowski@burr.com
- Turner Falk    turner.falk@saul.com, tnfalk@recap.email
- Dean Farley    dfarley@brennanllc.com
- Brian E Farnan    bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
- Michael J. Farnan    mfarnan@farnanlaw.com, tfarnan@farnanlaw.com
- Robert J. Feinstein    rfeinstein@pszjlaw.com
- Brian Thomas FitzGerald    fitzgeraldb@hcfl.gov, stroupj@hcfl.gov;leema@hcfl.gov
- Scott L. Fleischer    sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com
- Daniel Fliman    danfliman@paulhastings.com, michaelmagzamen@paulhastings.com; matlaskowski@paulhastings.com; davidmohamed@paulhastings.com; jeremyevans@paulhastings.com; jaymegoldstein@paulhastings.com
- David S Forsh    dforsh@raineslaw.com
- J. David Forsyth    dforsyth@sessions-law.com
- Timothy Jay Fox    timothy.fox@usdoj.gov
- Susan R Fuertes    susan.fuertes@harriscountytx.gov
- Alexis R. Gambale    agambale@pashmanstein.com, lsalcedo@pashmanstein.com
- Sergio E. Garcia    austinbankruptcy@pbfcm.com
- Ronald S. Gellert    rgellert@gsbblaw.com, mfriedman@gsbblaw.com
- Stephen B Gerald    sgerald@tydings.com
- Adam Gold    jparry@ramllp.com
- Eric S. Goldstein    egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com; bankruptcy@goodwin.com
- Karen M. Grivner    kgrivner@clarkhill.com, kwebster@clarkhill.com
- Tara L. Grundemeier    houston_bankruptcy@lgbs.com
- Hiram Abif Gutierrez    edinburgbankruptcy@pbfcm.com
- Kurt F. Gwynne    kgwynne@reedsmith.com, jmarcolini@reedsmith.com; bankruptcy-2628@ecf.pacerpro.com
- Bryan J Hall    hall@chipmanbrown.com, dero@chipmanbrown.com; fusco@chipmanbrown.com; hitchens@chipmanbrown.com
- Brett Michael Haywood    bhaywood@potteranderson.com, leastburn@potteranderson.com; bankruptcy@potteranderson.com; kmccloskey@potteranderson.com; tmistretta@potteranderson.com
- William A. Hazeltine    whazeltine@sha-llc.com
- Leslie C. Heilman    HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com; weidmanb@ballardspahr.com
- Samuel Paul Hershey    sam.hershey@whitecase.com
- Daniel K. Hogan    dkhogan@dkhogan.com, gdurstein@dkhogan.com,
- Jennifer R. Hoover    jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- Shannon Dougherty Humiston    shumiston@burr.com

22331633.1

- David R. Hurst    dhurst@mwe.com, dnorthrop@mwe.com; fperlman@mwe.com; bgiordano@mwe.com; nrainey@mwe.com; nolley-rainey-0153@ecf.pacerpro.com
- Elisa Hyder    ehyder@polsinelli.com
- Patrick A. Jackson    Patrick.jackson@faegredrinker.com, cathy.greer@faegredrinker.com
- Ericka Fredricks Johnson    ejohnson@bayardlaw.com, rhudson@bayardlaw.com; ccampbell@bayardlaw.com
- Michael Joseph Joyce    mjoyce@mjlawoffices.com
- Brad M. Kahn    bkahn@akingump.com, pdublin@akingump.com; sbrauner@akingump.com; akordas@akingump.com; jszydlo@akingump.com;llopez@akingump.com; docketingautonotify@akingump.com
- Jenny Kasen    jkasen@kasenlawgroup.com
- Shanti M. Katona    skatona@polsinelli.com, LSuprum@Polsinelli.com; delawaredocketing@polsinelli.com
- Susan E. Kaufman    skaufman@skaufmanlaw.com
- Richardo Kilpatrick    ecf@kaalaw.com
- Julia Bettina Klein    klein@kleinllc.com
- Joy D Kleisinger    jkleisinger@fbtlaw.com
- John Henry Knight    knight@rlf.com, RBGroup@RLF.com; ann-jerominski-2390@ecf.pacerpro.com; rebecca--speaker-6328@ecf.pacerpro.com
- Lawrence Joel Kotler    ljkotler@duanemorris.com
- Kroll Restructuring Administration LLC    info@ra.kroll.com
- Carl N. Kunz    ckunz@morrisjames.com, ddepta@morrisjames.com; slisko@morrisjames.com; mwhalen@morrisjames.com
- Jeffrey Kurtzman    kurtzman@kurtzmansteady.com
- Adam G. Landis    landis@lrclaw.com, Ramirez@lrclaw.com; huynh@lrclaw.com; ford@lrclaw.com; kittinger@lrclaw.com
- Gerald James Landon    landon@slollp.com, rangel@slollp.com
- Thomas E Lauria    tlauria@whitecase.com, mco@whitecase.com
- Robert L. LeHane    KDWBankruptcyDepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com; jchurchill@kelleydrye.com
- Joseph H Lemkin    jlemkin@stark-stark.com
- William J. Levant    wlevant@kaplaw.com
- Gaston P Loomis    gloomis@mdmc-law.com, csentman@mdmc-law.com
- Matthew Barry Lunn    mlunn@ycst.com, bankfilings@ycst.com
- Kevin J. Mangan    kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com; cindy.giobbe@wbd-us.com; Rachel.metzger@wbd-us.com; nichole.wilcher@wbd-us.com
- Kevin Scott Mann    kmann@crosslaw.com, smacdonald@crosslaw.com, cgreen@crosslaw.com
- Juan E Martinez    jmartinez@beneschlaw.com, docket2@beneschlaw.com; lmolinaro@beneschlaw.com
- L Katie Mason    katie.mason@quarles.com, docketwi@quarles.com
- Andrew Matott    matott@sewkis.com
- Richard J. McCord    afollett@certilmanbalin.com; cfollett@certilmanbalin.com; jmayall@certilmanbalin.com; rnosek@certilmanbalin.com
- Bruce W. McCullough    bmccullough@bodellbove.com
- William McDonald    wmcdonald@shopcore.com
- Kristin L McElroy    kmcelroy@ycst.com, bankfilings@ycst.com
- Drew McGehrin    dsmcgehrin@duanemorris.com, drew-mcgehrin-5282@ecf.pacerpro.com
- Matthew B. McGuire    mcguire@lrclaw.com, rogers@lrclaw.com; ramirez@lrclaw.com; huynh@lrclaw.com; ford@lrclaw.com; kittinger@lrclaw.com; huynh@lrclaw.com;ford@lrclaw.com
- Brian J. McLaughlin    brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com
- John Daniel McLaughlin    jack@mclaughlincounsel.com, jack@mclaughlincounsel.com; mclaughlin.johnb111834@notify.bestcase.com; sfrizlen@ciardilaw.com; sdoshi@ciardilaw.com

- Marcy J. McLaughlin Smith    marcy.smith@wbd-us.com, cindy.giobbe@wbd-us.com; nichole.wilcher@wbd-us.com
- Dennis A. Meloro    Dennis.Meloro@gtlaw.com, bankruptcydel@gtlaw.com; melorod@gtlaw.com; dennis-meloro-3182@ecf.pacerpro.com
- Rachel B. Mersky    rmersky@monlaw.com
- Allison S Mielke    amielke@ycst.com, bankfilings@ycst.com
- Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
- Laura J. Monroe    lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- Edmon L. Morton    bankfilings@ycst.com
- Christopher S. Murphy    hristopher.murphy@oag.texas.gov, sherri.simpson@oag.texas.gov
- Hugh K. Murtagh    hugh.murtagh@lw.com
- Phillip Wesley Nelson    phillip.nelson@hklaw.com, hapi@hklaw.com
- Kevin M. Newman    knewman@barclaydamon.com, kmnbk@barclaydamon.com
- Sloane B. O'Donnell    sodonnell@fbtlaw.com
- Domenic E. Pacitti    dpacitti@klehr.com
- Michael Papandrea    mpapandrea@lowenstein.com, dclaussen@lowenstein.com
- Julie Anne Parsons    jparsons@mvbalaw.com, kalexander@mvbalaw.com; julie.parsons@ecf.courtdrive.com
- Kristen N. Pate    bk@bpretail.com
- Morgan L. Patterson    morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com; cindy.giobbe@wbd-us.com; nichole.wilcher@wbd-us.com
- Deborah M. Perry    dperry@munsch.com
- Geoffrey Peters    bronationalecf@weltman.com
- Dana S. Plon    dplon@sirlinlaw.com
- Stephen B. Porterfield    stephen.porterfield@dentons.com, pcastleberry@sirote.com
- David P. Primack    dprimack@mgmlaw.com, scarney@mdmc-law.com
- Amy Christine Quartarolo    amy.quartarolo@lw.com, amy-quartarolo-2972@ecf.pacerpro.com
- Robert Radasevich    rradasevich@nge.com
- Reliable Companies    gmatthews@reliable-co.com
- Jeffrey Rhodes    jrhodes@tlclawfirm.com
- Matthew Rifino    mrifino@mccarter.com, kmcdonnell@mccarter.com
- Richard W. Riley    rriley@pashmanstein.com, gkarnick@pashmanstein.com
- Colin R. Robinson    robinson@lrclaw.com
- Elizabeth A. Rogers    erogers@lrclaw.com, ford@lrclaw.com; ramirez@lrclaw.com; hitchens@lrclaw.com; huynh@lrclaw.com; kittinger@lrclaw.com
- Sophie Rogers Churchill    srchurchill@morrisnichols.com, john-lawrence-0804@ecf.pacerpro.com; jlawrence@morrisnichols.com; rchevli@morrisnichols.com; radha--chevli--2257@ecf.pacerpro.com
- Laurel D. Roglen    roglenl@ballardspahr.com, carbonej@ballardspahr.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Frederick Brian Rosner    rosner@teamrosner.com, chen@teamrosner.com, dong@teamrosner.com, wang@teamrosner.com
- Jeremy W. Ryan    jryan@potteranderson.com, bankruptcy@potteranderson.com; leastburn@potteranderson.com; kmccloskey@potteranderson.com; tmistretta@potteranderson.com; mromano@potteranderson.com
- Mark A Salzberg    mark.salzberg@squirepb.com, sarah.conley@squirepb.com; mark-a-salzberg-2003@ecf.pacerpro.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Bradford J. Sandler    bsandler@pszjlaw.com, abates@pszjlaw.com
- Isaac Sasson    isaacsasson@paulhastings.com, Franchise.ECF.PH@paulhastings.com
- Maria Aprile Sawczuk    marias@goldmclaw.com, marias@ecf.courtdrive.com
- Michael L Schlepp    mschlepp@s-d.com
- Gary F. Seitz    gseitz@gsbblaw.com, gary.seitz@gmail.com; mfriedman@gsbblaw.com
- Erin Powers Severini    eseverini@fbtlaw.com

- David A Shapiro   dshapiro@mckenna-law.com
- Brian L Shaw   bshaw@cozen.com, cknez@cozen.com; brian-shaw-5749@ecf.pacerpro.com
- David Shim   david.shim@morganlewis.com
- John Christopher Shore   cshore@whitecase.com, caverch@whitecase.com; gsedlik@whitecase.com; mco@whitecase.com;rgorsich@whitecase.com; hannah.lee@whitecase.com
- Michelle E. Shriro   mshriro@singerlevick.com, scotton@singerlevick.com
- William L. Siegel   bsiegel@cowlesthompson.com, brodela@cowlesthompson.com
- Sarah Silveira   sarah.silveira@faegredrinker.com, cathy.greer@faegredrinker.com
- Christopher Page Simon   csimon@crosslaw.com, smacdonald@crosslaw.com, cgreen@crosslaw.com
- Elliot M. Smith   ESmith@beneschlaw.com, Docket2@beneschlaw.com
- Louis F. Solimine   louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com, ecfdocket@thompsonhine.com
- Charles S. Stahl   cstahl@smbtrials.com
- Michael S. Stamer   mstamer@akingump.com
- Don Stecker   don.stecker@lgbs.com
- Amanda R. Steele   steele@rlf.com, rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com; rebecca--speaker-6328@ecf.pacerpro.com
- Benjamin Joseph Steele   ecf@primeclerk.com
- Alexander R. Steiger   steiger@rlf.com, rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com; rebecca--speaker-6328@ecf.pacerpro.com
- Sabrina L. Streusand   streusand@slollp.com, prentice@slollp.com
- Ethan H. Sulik   esulik@potteranderson.com, kmccloskey@potteranderson.com
- Joshua A Sussberg   ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com
- Matthew O Talmo   mtalmo@mnat.com, matthew-talmo-2348@ecf.pacerpro.com; jlawrence@morrisnichols.com; john-lawrence-0804@ecf.pacerpro.com; rchevli@morrisnichols.com; radha--chevli--2257@ecf.pacerpro.com
- Lisa Bittle Tancredi   lisa.tancredi@wbd-us.com, cindy.giobbe@wbd-us.com; nichole.wilcher@wbd-us.com
- Stanley B. Tarr   stanley.tarr@blankrome.com
- Alan J. Taylor   ataylor@smsm.com, tpope@smsm.com, gleskie@smsm.com
- William F. Taylor   wtaylor@whitefordlaw.com, clano@whitefordlaw.com; william--taylor-4930@ecf.pacerpro.com
- Noelle Torrice   NTorrice@beneschlaw.com, docket2@beneschlaw.com; lmolinaro@beneschlaw.com
- Amy Tryon   amy.tryon@btlaw.com, kathleen.lytle@btlaw.com
- Michael S. Tucker   mtucker@ubglaw.com
- Ronald M Tucker   rtucker@simon.com, bankruptcy@simon.com
- John Kendrick Turner   dallas.bankruptcyr@lgbs.com, Dora.Casiano-Perez@lgbs.com; John.Turner@ecf.courtdrive.com
- U.S. Trustee   USTPRegion03.WL.ECF@USDOJ.GOV
- William Matthew Uptegrove   uptegrovew@sec.gov
- Melissa E. Valdez   mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com; arandermann@pbfcm.com
- Margaret A. Vesper   vesperm@ballardspahr.com
- Michael L. Vild   mvild@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com
- Matthew P. Ward   matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com; cindy.giobbe@wbd-us.com; nichole.wilcher@wbd-us.com
- Stephanie Slater Ward   sslater@foxrothschild.com, rsolomon@foxrothschild.com; msteen@foxrothschild.com
- Robert Drake Wilcox   rw@wlflaw.com, eb@wlflaw.com
- Jordan L. Williams   jordan.williams@blankrome.com
- Christopher M. Winter   cmwinter@duanemorris.com
- Jeffrey C. Wisler   jwisler@connollygallagher.com

- Maliheh Zare    mzare@mccarter.com
- Andrew T Zatz    azatz@whitecase.com, isilverbrand@whitecase.com; mco@whitecase.com

I further certify that on the 31st day of July, 2025, a copy of the Renewed Request for Service of Notices was also mailed first class mail, postage paid to the following parties:

Office of the U.S. Trustee
Attn: Timothy J. Fox, Jr., Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

                                         */s/Scott L. Fleischer*
                                         Scott L. Fleischer

22331633.1

## **EXHIBIT A**

| Managing Agent / Landlord | Shopping Center | Location | Banner |
|---|---|---|---|
| **CASTO** | | | |
| CRI New Albany Square, LLC | New Albany Square | Gahanna, OH | Pet Supplies Plus |
| Grove City Plaza L.P. | Grove City Plaza | Grove City, OH | Pet Supplies Plus |
| Northridge Crossing L.P. | NorthRidge Crossing | Westerville, OH | Pet Supplies Plus |
| **DLC Management Corporation** | | | |
| G&I IX Empire Williamsville Place LLC | Williamsville Place | Williamsville, NY | Pet Supplies Store |
| VAA Improvements, LLC | The Village at Allen | Allen, TX | The Vitamin Shoppe |
| **First National Realty Partners** | | | |
| HV Center LLC; HV Center TIC 1 LLC; and HV Center TIC 2 LLC | Hooksett Village | Hooksett, NH | American Freight |
| SS Tulsa Center LLC; SS Tulsa Center TIC 1 LLC; SS Tulsa Center TIC 2 LLC; SS Tulsa Center TIC 3 LLC; and SS Tulsa Center TIC 4 LLC | Summit Square | Tulsa, OK | American Freight |
| **Inland Commercial Real Estate Services LLC** | | | |
| IREIT Layton Pointe, L.L.C. | Harris Plaza | Layton, UT | American Freight |
| IREIT Pittsburgh Settlers Ridge, L.L.C. | Settlers Ridge | Pittsburgh, PA | Pet Supplies Plus |
| IREIT Pittsburgh Settlers Ridge, L.L.C. | Settlers Ridge | Pittsburgh, PA | The Vitamin Shoppe |
| SC North Myrtle Beach 11th Ave, LP | Coastal North Town Center | North Myrtle Beach, SC | The Vitamin Shoppe |
| **Kempner Properties, LLC** | | | |
| KP Hilltop Commons, LLC; Old 875 Hilltop Commons, LLC; and New 875 Hilltop Commons, LLC | Hilltop Commons | Derby, CT | American Freight |
| **National Realty & Development Corp.** | | | |
| South Plainfield Properties L.P. | Hadley Center | South Plainfield, NJ | The Vitamin Shoppe |
| **Wheeler REIT, LP** | | | |
| Cedar Golden Triangle, LLC | Golden Triangle | Lancaster, PA | American Freight |
| **Boswell Avenue I, LLC** | | | |
| Boswell Avenue I, LLC | Boswell Avenue | Alexandria, VA | The Vitamin Shoppe |

22331633.1