## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, do hereby certify that on August 1, 2025, I caused a copy of the *Notice of Withdrawal to the Gazzo Parties' Motion for an Order (I) Determining Escrowed Funds to be Non-Estate Property and Compelling Disbursement; (II) Granting, in the Alternative, an Administrative Expense Claim and Payment from Escrowed Funds; and (III) Granting Related Relief* to be filed and served (i) via the Court's CM/ECF system on all parties registered to receive electronic notices, (ii) on the parties listed below via email, and (iii) on the parties listed in the core/2002 list attached at **Exhibit A** via the method indicated therein.

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE Bar No. 6184)

## SERVICE LIST

<table>
<tr>
<td>

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edmon L. Morton
Matthew B. Lum
Allison S. Mielke
Shella Borovinskaya
Rodney Square
1000 North King Street
Wilmington, DE 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

*Co-Counsel to Debtors and Debtors in Possession and Reorganized Debtors*

</td>
<td>

**KIRKLAND AND ELLIS LLP**
Joshua Sussberg
Nicole Greenblatt
Derek I. Hunter
Brian J. Nakhaimousa
Maddison Levine
601 Lexington Avenue
New York, NY 10022
jsussberg@kirkland.com
Nicole.greenblatt@kirkland.com
Derek.hunter@kirkland.com
Brian.nakhaimousa@kirkland.com
Maddison.levine@kirkkland.com

*Co-Counsel to Debtors and Debtors in Possession and Reorganized Debtors*

</td>
</tr>
<tr>
<td>

**PETRILLO KLEIN + BOXER LLP**
Joshua Klein
Kevin R. Puvalowski
655 Third Avenue
12th Floor
New York, NY  10017
jklein@pkbllp.com
kpuvalowski@pkbllp.com

*Co-Counsel to Debtors and Debtors in Possession*

</td>
<td>

**OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**
Timothy Jay Fox, Jr.
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: timothy.fox@usdoj.gov

*U.S. Trustee*

</td>
</tr>
<tr>
<td>

**PACHULSKI STANG ZIEHL & JONES LLP**
Bradford J. Sandler
919 North Market Street,
17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

*Counsel for the Creditor Committee*

</td>
<td>

**PACHULSKI STANG ZIEHL & JONES LLP**
Robert J. Feinstein
Theodore S. Heckel
Alan J. Kornfeld
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
theckel@pszjlaw.com
akornfeld@pszjlaw.com

*Counsel for the Creditor Committee*

</td>
</tr>
</table>

2

| | |
|---|---|
| **SHOOK HARDY & BACON L.L.P.**<br>John M. Barkett<br>201 S. Biscayne Boulevard, Suite 3200<br>Miami, FL 33131<br>jbarkett@shb.com<br><br>*The Escrow Agent* | |

3

## EXHIBIT A

## CORE/2002 LIST

WBD (US) 4936-2075-0425v1

In re: Franchise Group, Inc., *et al.*
Core/2002 Service List
Case No. 24-12480 (LSS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Marty L. Brimmage, Jr. | 2300 N. Field Street | Suite 1800 | Dallas | TX | 75201 | | 214-969-2800 | mbrimmage@akingump.com | EMAIL |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Brad M. Kahn, Avi E. Luf | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | mstamer@akingump.com;bkahn@akingump.com;aluft@akingump.com | EMAIL |
| Ashby & Geddes, P.A. | Attn: Michael D. DeBaecke | 500 Delaware Avenue, 8th Floor | | Wilmington | DE | 19801 | | 302-654-1888 | mdebaecke@ashbygeddes.com | EMAIL |
| Austria Legal, LLC | Attn: Matthew P. Austria | 1007 N. Orange Street, 4th Floor | | Wilmington | DE | 19801 | | 302-351-5197 | maustria@austriallc.com | EMAIL |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | 919 North Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4465 | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; | EMAIL |
| Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | | 315-413-7115 | knewman@barclaydamon.com | EMAIL |
| Barclay Damon LLP | Attn: Niclas A. Ferland | 545 Long Wharf Drive | Ninth Floor | New Haven | CT | 06511 | | 203-672-2667 | nferland@barclaydamon.com | EMAIL |
| Barclay Damon LLP | Attn: Scott L. Fleischer | 1270 Avenue of the Americas | Suite 501 | New York | NY | 10020 | | 212-784-5810 | sfleischer@barclaydamon.com | EMAIL |
| Barnes & Thornburg LLP | Attn: Kevin G. Collins | 222 Delaware Avenue, Suite 1200 | | Wilmington | DE | 19801 | | 302-300-3434 | kevin.collins@btlaw.com | EMAIL |
| Barnes & Thornburg LLP | Attn: Mark R. Owens, Amy E. Tryon | 222 Delaware Avenue, Suite 1200 | | Wilmington | DE | 19801 | | 302-300-3434 | mark.owens@btlaw.com;amy.tryon@btlaw.com | EMAIL |
| Bayard, P.A. | Attn: Ericka F. Johnson | 600 N. Market Street, Suite 400 | | Wilmington | DE | 19801 | | 302-655-5000 | ejohnson@bayardlaw.com | EMAIL |
| Benesch Friedlander Coplan & Aronoff LLP | Attn: Elliot M. Smith | 127 Public Square, Suite 4900 | | Cleveland | OH | 44114 | | 216-363-4500 | esmith@beneschlaw.com | EMAIL |
| Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Juan E. Martinez, Jennifer R. Hoover | 1313 North Market Street, Suite 1201 | | Wilmington | DE | 19801-6101 | | 302-442-7010 | kcapuzzi@beneschlaw.com; jmartinez@beneschlaw.com jhoover@beneschlaw.com; | EMAIL |
| Bernstein Litowitz Berger & Grossmann LLP | Attn: Benjamin Potts, Mae Oberste | 500 Delaware Avenue | Suite 901 | Wilmington | DE | 19801 | | 302-364-3600 | benjamin.potts@blbglaw.com;mae.oberste@blbglaw.com | EMAIL |
| Bernstein Litowitz Berger & Grossmann LLP | Attn: Jeroen van Kwawegen, Thomas James | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-554-1400 | jeroen@blbglaw.com;thomas.james@blbglaw.com | EMAIL |
| Blakeley LC | Attn: Scott Blakeley | 530 Technology Drive | Suite 100 | Irvine | CA | 92618 | | 949-260-0611 | SEB@BlakeleyLC.com | EMAIL |
| Blank Rome LLP | Attn: Michael B. Schaedle, Stanley B. Tarr, Jordan L. Williams | 1201 N. Market Street, Suite 800 | | Wilmington | DE | 19801 | | 302-425-6400 | mike.schaedle@blankrome.com; stanley.tarr@blankrome.com jordan.williams@blankrome.com; | EMAIL |
| Block & Leviton, LLP | Attn: Kimberly A. Evans, Irene R. Lax | 222 Delaware Ave | Suite 1120 | Wilmington | DE | 19801 | | 302-499-3600 | kim@blockleviton.comirene@blockleviton.com | EMAIL |
| Bodell Bové, LLC | Attn: Bruce W. McCullough | 1225 N. King Street, Suite 1000 | | Wilmington | DE | 19801-3250 | | 302-655-6749 | bmccullough@bodellbove.com | EMAIL |
| Brian T. FitzGerald | | Post Office Box 1110 | | Tampa | FL | 33601-1110 | | 813-272-5670 | fitzgeraldb@hcfl.govstroupj@hcfl.govconnorsa@hcfl.gov | EMAIL |
| Brookfield Properties Retail Inc | Attn: Kristen N. Pate | 350 N. Orleans Street | Suite 300 | Chicago | IL | 60654-1607 | | 312-960-2940 | bk@bpretail.com | EMAIL |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 425 Market Street, Suite 2900 | | San Francisco | CA | 94105-3493 | | 415-227-0900 | schristianson@buchalter.com | EMAIL |
| Burr & Forman LLP | Attn: J. Cory Falgowski | 222 Delaware Avenue, Suite 1030 | | Wilmington | DE | 19801 | | 302-830-2312 | jfalgowski@burr.com | EMAIL |
| Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins | 50 North Laura Street, Suite 3000 | | Jacksonville | FL | 32202 | | 904-232-7203 | esummers@burr.comdrobbins@burr.com | EMAIL |
| Burr & Forman LLP | Attn: James H. Haithcock, III | 420 N. 20th Street, Suite 3400 | | Birmingham | AL | 35203 | | 205-458-5277 | jhaithcock@burr.com | EMAIL |
| Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord | 90 Merrick Avenue | 9th Floor | East Meadow | NY | 11554 | | 516-296-7000 | rmccord@certilmanbalin.com | EMAIL |
| Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | Hercules Plaza | 1313 North Market St, Suite 5400 | Wilmington | DE | 19801 | | 302-295-0191 | desgross@chipmanbrown.com | EMAIL |
| Clark Hill PLC | Attn: Audrey L. Hornisher | 901 Main Street, Suite 6000 | | Dallas | TX | 75202 | | 214-651-4300 | ahornisher@clarkhill.com | EMAIL |
| Clark Hill PLC | Attn: Karen M. Grivner | 824 N. Market Street, Suite 710 | | Wilmington | DE | 19801 | | 302-250-4750 | kgrivner@clarkhill.com | EMAIL |
| Cohen Pollock Merlin Turner, P.C. | Attn: Bruce Z. Walker | 3350 Riverwood Parkway, Suite 1600 | | Atlanta | GA | 30339 | | 770-858-1288 | bwalker@cpmtlaw.com | EMAIL |
| Connolly Gallagher LLP | Attn: Jeffrey C. Wisler | 1201 North Market Street, 20th Floor | | Wilmington | DE | 19801 | | 302-757-7300 | jwisler@connollygallagher.com | EMAIL |
| Cook, Vetter, Doerhoff & Landwehr, P.C. | Attn: John D. Landwehr | 231 Madison Street | | Jefferson City | MO | 65101 | | 573-635-7977 | jlandwehr@cvdl.net | EMAIL |
| County of Loudoun, Virginia | Attn: Belkys Escobar | One Harrison Street, SE, 5th Floor | PO Box 7000 | Leesburg | VA | 20177-7000 | | 703-777-0307 | belkys.escobar@loudoun.gov | EMAIL |
| Cowles & Thompson, P.C. | Attn: William L. Siegel | 901 Main Street, Suite 3900 | | Dallas | TX | 75202 | | 214-672-2126 | bsiegel@cowlesthompson.com | EMAIL |
| Cozen O'Connor | Attn: Brian L. Shaw | 123 North Wacker Drive | Suite 1800 | Chicago | IL | 60606 | | 312-474-1644 | bshaw@cozen.com | EMAIL |
| Cozen O'Connor | Attn: Marla S. Benedek, Kaan Ekiner | 1201 N. Market Street | Suite 1001 | Wilmington | DE | 19801 | | 302-295-2000 | mbenedek@cozen.comkekiner@cozen.com | EMAIL |
| Cross & Simon, LLC | Attn: Christopher P. Simon | 1105 North Market Street, Suite 901 | | Wilmington | DE | 19801 | | 302-777-4200 | csimon@crosslaw.com | EMAIL |
| Cross & Simon, LLC | Attn: Kevin S. Mann | 1105 North Market Street, Suite 901 | | Wilmington | DE | 19801 | | 302-777-4200 | kmann@crosslaw.com | EMAIL |
| Dentons Sirote PC | Attn: Stephen B. Porterfield | 2311 Highland Avenue South | P.O. Box 55727 | Birmingham | AL | 35255-5727 | | 205-930-5278 | stephen.porterfield@dentons.com | EMAIL |
| Duane Morris LLP | Attn: Christopher M. Winter, James C. Carignan | 1201 N. Market Street, Suite 501 | | Wilmington | DE | 19801 | | 302-657-4900 | cmwinter@duanemorris.com;jccarignan@duanemorris.com | EMAIL |
| Faegre Drinker Biddle & Reath LLP | Attn: Michael T. Gustafson | 320 South Canal Street, Suite 3300 | | Chicago | IL | 60606 | | 312-569-1000 | mike.gustafson@faegredrinker.com | EMAIL |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | 222 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | 302-467-4200 | patrick.jackson@faegredrinker.com | EMAIL |
| Farnan LLP | Attn: Brian E. Farnan, Michael J. Farnan | 919 North Market Street | 12th Floor | Wilmington | DE | 19801 | | 302-777-0300 | bfarnan@farnanlaw.commfarnan@farnanlaw.com | EMAIL |
| Franchise Group, Inc. | Attn: President or General Counsel | | | | | | | | | EMAIL |
| Frost Brown Todd LLP | Attn: Erin P. Severini, Joy D. Kleisinger | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | | 513-651-6800 | eseverini@fbtlaw.comjkleisinger@fbtlaw.com | EMAIL |
| Frost Brown Todd LLP | Attn: Sloane B. O'Donnell | Union Trust Building | 501 Grant Street, Suite 800 | Pittsburgh | PA | 15219 | | 412-513-4300 | sodonnell@fbtlaw.com | EMAIL |
| GM Financial Leasing | Attn: Lorenzo Nunez | PO Box 183853 | | Arlington | TX | 76096 | | 877-220-5538 | | FIRST-CLASS MAIL |
| Greenberg Traurig, LLP | Attn: Anthony W. Clark, Dennis A. Meloro | 222 Delaware Avenue | Suite 1600 | Wilmington | DE | 19801 | | 302-661-7000 | Anthony.Clark@gtlaw.comDennis.Meloro@gtlaw.com | EMAIL |
| Harris County Attorney's Office | Susan Fuertes | Attn: Property Tax Division | P.O. Box 2848 | Houston | TX | 77252 | | 346-286-8899 | taxbankruptcy.cao@harriscountytx.gov | EMAIL |
| Holland & Knight LLP | Attn: Phillip W. Nelson | 150 N. Riverside Plaza, Suite 2700 | | Chicago | IL | 60606 | | 312-263-3600 | phillip.nelson@hklaw.com | EMAIL |
| Imperial Treasurer-Tax Collector | Attn: Flora Oropeza | 940 West Main Street, Suite 106 | | El Centro | CA | 92243 | | | | FIRST-CLASS MAIL |
| Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave., NW | | Washington | DC | 20224 | | 800-973-0424 | | FIRST-CLASS MAIL |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | | FIRST-CLASS MAIL |
| Kaplin Stewart Meloff Reiter & Stein, P.C. | Attn: William J. Levant | 910 Harvest Drive | Post Office Box 3037 | Blue Bell | PA | 19422 | | 610-260-6000 | wlevant@kaplaw.com | EMAIL |
| Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Jennifer D. Raviele, Allison Selick | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 | | 212-808-7800 | KDWBankruptcyDepartment@kelleydrye.com; rlehane@kelleydrye.com jraviele@kelleydrye.com; aselick@kelleydrye.com | EMAIL |
| Ken Burton, Jr., Manatee County Tax Collector | Attn: Michelle Leeson, Paralegal, Collections Specialist, CFCA | 1001 3rd Ave W, Suite 240 | | Brandenton | FL | 34205-7863 | | 941-741-4835 | legal@taxcollector.com | EMAIL |
| Kerrick Bachert PSC | Attn: Scott A. Bachert | 1411 Scottsville Road | P. O. Box 9547 | Bowling Green | KY | 42102-9547 | | 270-782-8160 | | FIRST-CLASS MAIL |
| Kessler Topac Meltzer & Check LLP | Attn: J. Daniel Albert, Michael McCutcheon | 280 King of Prussia Rd | | Radnor | PA | 19087 | | 610-667-7706 | dalbert@ktmc.com | EMAIL |
| Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C., Nicole L. Greenblatt, P.C., Derek I. H | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | joshua.sussberg@kirkland.com; nicole.greenblatt@kirkland.com derek.hunter@kirkland.com | EMAIL |
| Kirkland & Ellis LLP | Attn: Mark McKane, P.C. | 555 California Street | | San Francisco | CA | 94101 | | 415-439-1400 | mark.mckane@kirkland.com | EMAIL |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 N. Market Street, Suite 1000 | | Wilmington | DE | 19801-3062 | | 302-426-1189 | dpacitti@klehr.com | EMAIL |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market Street, Suite 1400 | | Philadelphia | PA | 19103 | | 215-569-2700 | mbranzburg@klehr.com | EMAIL |
| Kroll Restructuring Administration LLC | Attn: Herb Baer, Christine Porter, Jessica Berman | 1 World Trade Center | 31st Floor | New York | NY | 10007 | | 212-257-5450 | serviceqa@ra.kroll.com FRGTeam@ra.kroll.com | EMAIL |
| Kurtzman Steady LLC | Attn: Jeffrey Kurtzman | 101 N. Washington Avenue | Suite 4A | Margate | NJ | 08402 | | 215-839-1222 | kurtzman@kurtzmansteady.com | EMAIL |
| Landis Rath & Cobb LLP | Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers | 919 Market Street Suite 1800 | P.O. Box 2087 | Wilmington | DE | 19801 | | 302-467-4400 | landis@lrclaw.commcguire@lrclaw.comerogers@lrclaw.com | EMAIL |
| Latham & Watkins LLP | Attn: Andrew Sorkin | 555 Eleventh Street NW | Suite 1000 | Washington | DC | 20004 | | 202-637-2200 | andrew.sorkin@lw.com | EMAIL |
| Latham & Watkins LLP | Attn: James Kstanes, Timothy Beau Parker | 330 N Wabash Avenue | Suite 2800 | Chicago | IL | 60611 | Canada | 312-876-7700 | james.ktsanes@lw.combeau.parker@lw.com | EMAIL |
| Latham & Watkins LLP | Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin | 1271 Avenue of the Americas | | New York | NY | 10020 | | | Jennifer.Ezring@lw.comJames.Ktsanes@lw.comandrew.sorkin@lw.com | EMAIL |
| Law Office of Susan E. Kaufman | Attn: Susan E. Kaufan | 919 N. Market Street, Suite 460 | | Wilmington | DE | 19801 | | 302-472-7420 | skaufman@skaufmanlaw.com | EMAIL |

In re: Franchise Group, Inc., *et al.*
Core/2002 Service List
Case No. 24-12480 (LSS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Offices of Ronald K. Brown, Jr., APC | Attn: Ronald K. Brown, Jr. | 901 Dove Street | Suite 120 | Newport Beach | CA | 92660 | | 949-250-3322 | Ron@rkbrownlaw.com | EMAIL |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@lgbs.com | EMAIL |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E. Pecan Street, Suite 2200 | | San Antonio | TX | 78205 | | 210-225-6763 | sanantonio.bankruptcy@lgbs.com | EMAIL |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 214-880-0089 | dallas.bankruptcy@lgbs.com | EMAIL |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 3500 Maple Avenue | Suite 800 | Dallas | TX | 75219 | | 214-880-0089 | dallas.bankruptcy@lgbs.com | EMAIL |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | houston_bankruptcy@lgbs.com | EMAIL |
| Lowenstein Sandler LLP | Attn: Michael S. Etkin, Michael Papandrea, Andrew Behlmann | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | metkin@lowenstein.com; mpapandrea@lowenstein.com abehlmann@lowenstein.com | EMAIL |
| McCarter & English, LLP | Attn: Kate Roggio Buck, Maliheh Zare, Sheila Calello, Matthew J. R | Renaissance Centre | 405 N. King Street, 8th Floor | Wilmington | DE | 19801 | | 302-984-6300 | kbuck@mccarter.commzare@mccarter.commrifino@mccarter.com | EMAIL |
| McCarter & English, LLP | Attn: Lisa S. Bonsall | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102 | | 973-622-4444 | lbonsall@mccarter.com | EMAIL |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | 700 Jeffrey Way, Suite 100 | | Round Rock | TX | 78665 | | 512-323-3241 | jparsons@mvbalaw.com | EMAIL |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | P.O. Box 1269 | | Round Rock | TX | 78680-1269 | | 512-323-3241 | jparsons@mvbalaw.com | EMAIL |
| Mcdermott Will & Emery LLP | Attn: David R. Hurst | 1000 N. West Street | Suite 1400 | Wilmington | DE | 19801 | | 302-485-3900 | dhurst@mwe.com | EMAIL |
| Mcdermott Will & Emery LLP | Attn: James W. Kapp, III | 444 West Lake Street | Suite 4000 | Chicago | IL | 60606-0029 | | 312-372-2000 | jkapp@mwe.com | EMAIL |
| McKenna Storer | Attn: David A. Shapiro | 33 N. LaSalle Street | Suite 1400 | Chicago | IL | 60602 | | 312-558-3900 | dshapiro@mckenna-law.comservice@mckenna-law.com | EMAIL |
| Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | 6801 Kenilworth Avenue, Suite 400 | | Riverdale | MD | 20737-1385 | | 301-699-5800 | bdept@mrrlaw.net | EMAIL |
| Michigan Assistant Attorney General | Attn: Heather L. Donald | Cadillac Place Building | 3030 W. Grand Blvd. Ste. 10-200 | Detroit | MI | 48202 | | 313-456-0140 | donaldh@michigan.gov | EMAIL |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Joseph H. Baldiga, Shannah L. Colbert | 1800 West Park Dr., Suite 400 | | Westborough | MA | 01581 | | 508-898-1501 | jbaldiga@mirickoconnell.comscolbert@mirickoconnell.com | EMAIL |
| Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | 1201 N. Orange Street, Suite 400 | | Wilmington | DE | 19801 | | 302-656-8162 | rmersky@monlaw.com | EMAIL |
| Morgan, Lewis & Bockius LLP | Attn: Christopher L. Carter | One Federal Street | | Boston | MA | 02110-1726 | | 617-341-7700 | christopher.carter@morganlewis.com | EMAIL |
| Morgan, Lewis & Bockius LLP | Attn: David K. Shim | One State Street | | Hartford | CT | 06103-3178 | | 860-240-2700 | david.shim@morganlewis.com | EMAIL |
| Morris James LLP | Attn: Carl N. Kunz, III, Christopher M. Donnelly | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 | | 302-888-6800 | ckunz@morrisjames.comcdonnelly@morrisjames.com | EMAIL |
| Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | 500 N. Akard Street | Suite 4000 | Dallas | TX | 75201-6659 | | 214-855-7500 | dperry@munsch.com | EMAIL |
| Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox, Esq | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | | | timothy.fox@usdoj.gov | EMAIL |
| Offit Kurman, PA | Attn: Brian J. McLaughlin | 222 Delaware Avenue | Suite 1105 | Wilmington | DE | 19801 | | 302-351-0916 | Brian.McLaughlin@offitkurman.com | EMAIL |
| Oklahoma County Treasurer | Attn: Tammy Jones | 320 Robert S. Kerr | Room 307 | Oklahoma City | OK | 73102 | | 405-713-1324 | tammy.jones@oklahomacounty.org | EMAIL |
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Colin R. Robinson | 919 North Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | bsandler@pszjlaw.com | EMAIL |
| Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel | 780 Third Avenue, 34th Floor | | New York | NY | 10017 | | 212-561-7700 | rfeinstein@pszjlaw.comakornfeld@pszjlaw.comtheckel@pszjlaw.com | EMAIL |
| Pashman Stein Walder Hayden, PC | Attn: Alexis R. Gambale | 824 North Market Street, Suite 800 | | Wilmington | DE | 19801 | | 302-295-0145 | agambale@pashmanstein.com | EMAIL |
| Pashman Stein Walder Hayden, PC | Attn: Joseph C. Barsalona II | 824 North Market Street | Suite 800 | Wilmington | DE | 19801 | | 302-592-6497 | jbarsalona@pashmanstein.com | EMAIL |
| Paul Hastings LLP | Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman | 200 Park Avenue | | New York | NY | 10166 | | 212-318-6000 | jaymegoldstein@paulhastings.com; jeremyevans@paulhastings.com; isaacsasson@paulhastings.com; danfliman@paulhastings.com | EMAIL |
| Paul Hastings LLP | Attn: Nicholas A. Bassett | 2050 M Street NW | | Washington | DC | 20036 | | 202-551-1700 | nicholasbassett@paulhastings.com | EMAIL |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Hiram Gutierrez | P.O. Box 2916 | | McAllen | TX | 78502 | | 956-631-4026 | edinburgbankruptcy@pbfcm.com | EMAIL |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Laura J. Monroe | PO Box 817 | | Lubbock | TX | 79408 | | 806-744-5091 | lmbkr@pbfcm.com | EMAIL |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P | Attn: Sergio E. Garcia | 3301 Northland Drive | Suite 505 | Austin | TX | 78731 | | 512-302-0190 | sgarcia@pbfcm.com | EMAIL |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | | 713-862-1860 | mvaldez@pbfcm.com | EMAIL |
| Perdue, Brandon, Fielder, Collins and Mott, L.L.P. | Attn: Alysia Córdova | P.O. Box 9132 | | Amarillo | TX | 79105 | | 806-359-3188 | acordova@pbfcm.comamabkr@pbfcm.com | EMAIL |
| Polsinelli PC | Attn: Elisa Hyder | Three Logan Square | 1717 Arch Street, Suite 2800 | Philadelphia | PA | 19103 | | 215-267-3001 | ehyder@polsinelli.com | EMAIL |
| Polsinelli PC | Attn: Shanti M. Katona, Katherine M. Devanney | 222 Delaware Avenue, Suite 1101 | | Wilmington | DE | 19801 | | 302-252-0920 | skatona@polsinelli.comkdevanney@polsinelli.com | EMAIL |
| Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Brett M. Haywood, Ethan H. Sulik | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | | 302-984-6000 | jryan@potteranderson.com; bhaywood@potteranderson.com esulik@potteranderson.com; | EMAIL |
| Quarles & Brady LLP | Attn: L. Kate Mason | 411 E. Wisconsin Avenue | Suite 2400 | Milwaukee | WI | 53202 | | 414-277-3018 | Katie.Mason@quarles.com | EMAIL |
| Raines Feldman Littrell LLP | Attn: David S. Forsh | 1350 Avenue of the Americas, 22nd Floor | | New York | NY | 10019 | | | dforsh@raineslaw.com | EMAIL |
| Raines Feldman Littrell LLP | Attn: Hamid R. Rafatjoo | 4675 MacArthur Court, Suite 1550 | | Newport Beach | CA | 92660 | | 310-400-4001 | hrafatjoo@raineslaw.com | EMAIL |
| Raines Feldman Littrell LLP | Attn: Thomas J. Francella, Jr., Mark W. Eckard | 824 North Market Street, Suite 805 | | Wilmington | DE | 19801 | | 302-772-5803 | tfrancella@raineslaw.commeckard@raineslaw.com | EMAIL |
| Reed Smith LLP | Attn: Jason D. Angelo | 1201 North Market Street, Suite 1500 | | Wilmington | DE | 19801 | | 302-778-7500 | jangelo@reedsmith.com | EMAIL |
| Reed Smith LLP | Attn: Keith M. Aurzada, Dylan T. F. Ross | 2850 North Harwood Street, Suite 1500 | | Dallas | TX | 75201 | | 469-680-4200 | kaurzada@reedsmith.comdylan.ross@reedsmith.com | EMAIL |
| Richards Layton & Finger PA | Attn: John H. Knight, Amanda R. Steele, Alexander R. Steiger | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | 302-651-7700 | knight@rlf.comsteele@rlf.comsteiger@rlf.com | EMAIL |
| Riemer & Braunstein LLP | Attn: Steven Fox | Times Square Tower Suite 2506 | Seven Times Square | New York | NY | 10036 | | 212-719-0140 | sfox@reimerlaw.com | EMAIL |
| Ross Aronstam & Moritz LLP | Attn: Adam D. Gold, Holly E. Newell | Hercules Building | 1313 North Market Street, Suite 1001 | Wilmington | DE | 19801 | | 302-576-1600 | agold@ramllp.comhnewell@ramllp.com | EMAIL |
| S&D Law | Attn: Michael L. Schlepp | 1550 Wewatta Street, Floor 2 | | Denver | CO | 80202 | | 303-399-3000 | | FIRST-CLASS MAIL |
| Saul Ewing LLP | Attn: Monique B. DiSabatino, Mark Minuti | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | | 302-421-6806302-4 | monique.disabatino@saul.commark.minuti@saul.com | EMAIL |
| Saul Ewing LLP | Attn: Turner N. Falk | Centre Square West | 1500 Market Street, 38th Floor | Philadelphia | PA | 19102 | | 215-972-8415 | turner.falk@saul.com | EMAIL |
| Sebaly Shillito + Dyer | Attn: Christopher S. Baxter | 220 E. Monument Avenue, Suite 500 | | Dayton | OH | 45402 | | 937-853-1109 | cbaxter@ssdlaw.com | EMAIL |
| Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | bankruptcynoticeschr@sec.govnyrobankruptcy@sec.gov | EMAIL |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Blvd, Suite 520 | Philadelphia | PA | 19103 | | 215-597-3100 | secbankruptcy@sec.gov | EMAIL |
| Segal McCambridge Singer & Mahoney | Attn: Alan J. Taylor | 29100 Northwestern Highway, Suite 240 | | Southfield | MI | 48034 | | 248-994-0060 | ataylor@smsm.com | EMAIL |
| Sessions, Fishman & Nathan, LLC | Attn: J. David Forsyth | 400 Poydras Street | Suite 2550 | New Orleans | LA | 70130 | | 504-582-1521 | jdf@sessions-law.com | EMAIL |
| Seward & Kissel LLP | Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. As | One Battery Park Plaza | | New York | NY | 10004 | | | bateman@sewkis.com; patel@sewkis.com danenberg@sewkis.com; ashmead@sewkis.com bateman@sewkis.com; matott@sewkis.com | EMAIL |
| Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP | Attn: Alexander G. Benisatto | Continental Plaza II | 411 Hackensack Avenue, 6th Floor | Hackensack | NJ | 07601 | | 201-488-3900 | abenisatto@shapirocroland.com | EMAIL |
| Shermeta, Kilpatrick & Associates, PLLC | Attn: Richard I. Kilpatrick | 615 Griswold, Suite 1305 | | Detroit | MI | 48226-3985 | | 248-519-1700 | ecf@kaalaw.com | EMAIL |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5000 | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com | EMAIL |
| ShopCore Properties | Attn: William F. McDonald III | 10920 Via Frontera, Suite 220 | | San Diego | CA | 92127 | | 858-798-1426 | wmcdonald@shopcore.com | EMAIL |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | 225 West Washington Street | | Indianapolis | IN | 46204 | | 317-263-2346 | rtucker@simon.com | EMAIL |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | 16200 Addison Road, Suite 140 | | Addison | TX | 75001 | | 972-380-5533 | mshriro@singerlevick.com | EMAIL |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street, Suite 2100 | | Philadelphia | PA | 19109 | | 215-864-9700 | dplon@sirlinlaw.com | EMAIL |
| Squire Patton Boggs (US) LLP | Attn: Mark A. Salzberg | 2550 M Street, NW | | Washington | DC | 20037 | | 202-457-6000 | mark.salzberg@squirepb.com | EMAIL |
| Stark & Stark, P.C. | Attn: Joseph H. Lemkin | PO Box 5315 | | Princeton | NJ | 08543 | | 609-791-7022 | jlemkin@stark-stark.com | EMAIL |
| Streusand, Landon Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S. MoPac Expressway, Suite 320 | | Austin | TX | 78746 | | 512-236-9901 | streusand@slollp.com | EMAIL |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: G. James Landon | 1801 S. Mopac Expressway, Suite 320 | | Austin | TX | 78746 | | 512-236-9900 | landon@slollp.com | EMAIL |

In re: Franchise Group, Inc., *et al.*
Core/2002 Service List
Case No. 24-12480 (LSS)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | PHONE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | 919 N. Market Street | Suite 420 | Wilmington | DE | 19801 | | 302-428-8191 | whazeltine@sha-llc.com | EMAIL |
| Swanson, Martin & Bell, LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Drive | Suite 204 | Lisle | IL | 60532 | | 630-780-8472 | cstahl@smbtrials.com | EMAIL |
| SWK Attorneys at Law | Attn: David E. Cohen | 500 Skokie Boulevard, Suite 600 | | Northbrook | IL | 60062 | | 312-606-3451224-2 | dcohen@swkattorneys.com | EMAIL |
| Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | 2001 L Street, NW, Suite 500 | | Washington | DC | 20036 | | 202-921-4080 | jrhodes@tlclawfirm.com | EMAIL |
| Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | 4504 Walsh Street, Suite 200 | | Chevy Chase | MD | 20815 | | 301-961-5300 | BRost@tspclaw.com | EMAIL |
| Texas Attorney General's Office | Attn: Christopher S. Murphy, Assistant Attorney General | Bankruptcy & Collections Division | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4867 | christopher.murphy@oag.texas.gov | EMAIL |
| The Ehrlich Law Firm | Attn: William Ehrlich | 444 Executive Center Blvd, Suite 240 | | El Paso | TX | 79902 | | 915-544-1500 | william@ehrlichlawfirm.com | EMAIL |
| The Magnozzi Law Firm, P.C. | Attn: Mark F. Magnozzi | 23 Green Street, Suite 302 | | Huntington | NY | 11743 | | 631-923-2858 | mmagnozzi@magnozzilaw.com | EMAIL |
| Thompson Hine LLP | Attn: Louis F Solimine | 312 Walnut Street | Suite 2000 | Cincinnati | OH | 45202-4029 | | 513-352-6700 | Louis.Solimine@ThompsonHine.com | EMAIL |
| Thompson O'Brien Kappler & Nasuti PC | Attn: Michael B. Pugh | 2 Sun Court, Suite 400 | | Peachtree Corners | GA | 30092 | | 770-925-0111 | mpugh@tokn.com | EMAIL |
| Tolson & Wayment, PLLC | Attn: Aaron J. Tolson | 1906 Jennie Lee Dr. | | Idaho Falls | ID | 83404 | | 208-228-5221 | ajt@aaronjtolsonlaw.com | EMAIL |
| Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | 200 Continental Drive, Suite 401 | | Newark | DE | 19713 | | 410-752-9799 | sgerald@tydings.com | EMAIL |
| U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights | U.S. Attorney's Office | 1313 N Market Street, Suite 400 | Wilmington | DE | 19801 | | 302-573-6277 | | FIRST-CLASS MAIL |
| U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | 100 F. Street NE | | Washington | DC | 20549 | | 202-942-8088 | secbankruptcy@sec.gov | EMAIL |
| Weltman, Weinberg & Reis Co. LPA | Attn: Geoffrey J. Peters | 5475 Rings Road | Suite 200 | Dublin | OH | 43017 | | 877-338-9484 | bronationalecf@weltman.com | EMAIL |
| White & Case LLP | Attn: Bojan Guzina | 111 S. Wacker Dr., Suite 5100 | | Chicago | IL | 60606 | | | bojan.guzina@whitecase.com | EMAIL |
| White & Case LLP | Attn: J. Christopher Shore, Samuel P. Hershey, Andrew Zatz, Erin S | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | cshore@whitecase.com; sam.hershey@whitecase.com azatz@whitecase.com; erin.smith@whitecase.com brett.bakemeyer@whitecase.com; | EMAIL |
| White & Case LLP | Attn: Thomas Lauria | 200 South Biscayne Boulevard, Suite 4900 | | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com | EMAIL |
| Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella | Rodney Square | 1000 N. King Street | Wilmington | DE | 19801 | | 302-571-6600 | emorton@ycst.com; mlunn@ycst.com; amielke@ycst.com sborovinskaya@ycst.com; | EMAIL |