**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) | Case No. 24-12480 (LSS) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 1425, 1708** |

**FEE EXAMINER'S FINAL REPORT REGARDING FIRST COMBINED AND SECOND MONTHLY AND FINAL FEE APPLICATION REQUESTS OF DUCERA PARTNERS LLC**

Direct Fee Review LLC ("DFR"), appointed and employed as the Fee Examiner in the above-captioned bankruptcy proceedings and acting in its capacity regarding the First Combined and Second Monthly and Final Fee Application Requests of Ducera Partners LLC (the "Firm") for compensation for services rendered and reimbursement of expenses as Investment Banker to the Debtors for the compensation period from November 3, 2024 through June 2, 2025 ("Fee Applications") seeking approval of fees in the amount of $16,343,008.39 and the reimbursement of expenses in the amount of $630,975.86, submits its final report.

**BACKGROUND**

1. In performance of audit procedures and in preparation of this report designed to quantify and present factual data relevant to the requested fees, disbursements and expenses

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

contained herein, DFR reviewed the monthly fee statements and the Applications, including each of the billing and expense entries listed in the exhibits to the monthly statements, for compliance with 11 U.S.C. § 330, Rule 2016-1 of the *Local Rules of the United States Bankruptcy Court for the District of Delaware*, as amended February 1, 2025 ("Local Rules"), the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, issued June 11, 2013 ("Guidelines").

2. DFR did not prepare informal memos related to monthly fee applications of the Firm. We included our questions and issues in an initial report. We have included all responses and any recommended resolutions in this final report.

**DISCUSSION**

3. For the compensation period of November 3, 2024 through June 2, 2025 the Firm submitted monthly fee applications in the amount of $16,343,008.39 as actual, reasonable and necessary fees and for expense reimbursement of $630,975.86. These fees consist of $1,050,000.00 of monthly fees under a fixed fee arrangement and transaction fees of $15,293,008.39.

4. Our procedures applied to the invoices of the Firm's legal counsel identified entries that when recalculated did not equal the amount of the time charged. In the aggregate these represent under-billings and we do not recommend any change for these entries. Because there is no recommendation for a reduction in fees for these entries, no exhibit has been included.

5. Pursuant to the Guidelines, administrative or general costs incident to the operation of the applicant's office and not particularly attributable to an individual client or case are not reimbursable. We noted that the bills of the Firm's legal counsel include charges of

$1,390.00 for document preparation. Activities, such as proof reading, word processing, document processing and text editing are normally considered part of the Firm's overhead and should not be charged to the estate. We requested and the Firm agreed to withdraw these charges. We recommend that reimbursement of expenses be reduced by $1,390.00.

6. Pursuant to the Guidelines, administrative or general costs incident to the operation of the applicant's office and not particularly attributable to an individual client or case are not reimbursable. We noted entries in the invoices of the Firm's legal counsel that seemed to reflect administrative activity that would not be charged to the estate such as procedures for invoice preparation and review or review for internal error correction such as that for those entries including privileged or confidential information. The Firm rightly pointed out that these charges had been credited from the invoices and were not included in the requested amounts. Since no adjustment is required, no exhibit has been included.

7. The charges listed in Exhibit A appeared to have been incurred prior to the date of the Firm's retention. We requested and the Firm agreed to withdraw these charges. We recommend that reimbursement of expenses be reduced by $5,502.64.

8. Our procedures applied to the monthly fee applications for identified entries where charges may have been duplicated. The Firm provided additional explanation which showed that these were not duplicates. Since no adjustment is required, no exhibit has been included.

9. The US Trustee expects that travel should be in economy class not first class. We requested that the Firm review the charges for travel listed in Exhibit B and confirm that they comply with this guideline or adjust them appropriately. Also, we requested that the

Firm remove any agent's or booking fees or other unnecessary charges including those listed in Exhibit C. The Firm agreed to adjust these charges as requested. We recommend that reimbursement of expenses be reduced by $41,025.22.

10. Our procedures applied to the monthly fee applications identified the entries listed in Exhibit D where the charge seem to be higher than others similar. We requested that the Firm review these entries and correct the application if it is found to be over stated or include an element of luxury travel. The Firm agreed to withdraw these charges. We recommend that reimbursement of expenses be reduced by $1,793.65.

11. We noted the meal charges listed in Exhibit E where the participants were not disclosed. In general, DFR deems charges in excess of $25/breakfast, $35/lunch and $55/dinner, for Wilmington to be not reasonable. We requested that the Firm review these charges, identify the participants and, if any exceed such amounts, we requested that the charge be reduced to such limits. The Firm agreed to withdraw these charges. We recommend that reimbursement of expenses be reduced by $9,262.30.

12. Also, we noted the overtime meal charges listed in Exhibit F. Consistent with the US Trustee, we deem overtime meal charges in excess of $20.00 per person to be unnecessary and not reasonable. We requested and the Firm agreed to reduce these charges to this cap. We recommend that reimbursement of expenses be reduced by $2,339.26.

13. We deem nightly lodging costs (including taxes) in excess of $525 for NYC, $350 for Wilmington and $325 for Chicago to be excessive and not reasonable. We requested and the Firm agreed to reduce the charges listed in Exhibit G to these caps. We recommend that reimbursement of expenses be reduced by $6,760.14.

14. Our review and procedures applied to the fee statements and the application, including each of the expense entries listed in the exhibits to the statements did not disclose any other material issues or questions.

**CONCLUSION**

15. Regarding the application and the fees and expenses discussed in the previous sections, DFR submits its final report for the First Combined and Second Monthly and Final Fee Application Requests of Ducera Partners LLC for compensation for services rendered and reimbursement of expenses as Investment Banker to the Debtors for the compensation period from November 3, 2024 through June 2, 2025 and we recommend the approval of the fees of $16,343,008.39 and reimbursement of expenses in the amount of $562,902.65 ($630,975.86 minus $68,073.21).

Respectfully submitted,

**DIRECT FEE REVIEW LLC**
**FEE EXAMINER**

By: ______________________
W. J. Dryer

24A Trolley Square #1225
Wilmington, DE 19806-3334
Telephone: 415.226.9618
dfr.wjd@gmail.com

# Exhibit A:

| Amount | Memo | Transaction Date | Employee Name | Details |
|---|---|---|---|---|
| $22.53 | Meals - Overtime | 09/01/24 | Michael Malyshev | Weekend Meal |
| $33.15 | Meals - Overtime | 09/02/24 | Michael Malyshev | Dinner |
| $28.14 | Meals - Overtime | 09/03/24 | Michael Malyshev | Dinner |
| $17.15 | Meals - Overtime | 09/04/24 | Zachary Taylor | Dinner |
| $35.00 | Meals - Overtime | 09/04/24 | Michael Malyshev | Dinner |
| $31.36 | Meals - Overtime | 09/05/24 | Michael Malyshev | Dinner |
| $26.06 | Uber | 09/06/24 | Michael Malyshev | Not Meal |
| $24.79 | Uber | 09/07/24 | Michael Malyshev | Not Meal |
| $4.51 | Meals - Overtime | 09/07/24 | Michael Malyshev | Weekend Meal |
| $29.29 | Meals - Overtime | 09/08/24 | Zachary Taylor | Weekend Meal |
| $6.64 | Meals - Overtime | 09/08/24 | Michael Malyshev | Weekend Meal |
| $10.89 | Meals - Overtime | 09/08/24 | Michael Malyshev | Weekend Meal |
| $23.84 | Uber | 09/10/24 | Michael Malyshev | Not Meal |
| $6.78 | Meals - Overtime | 09/10/24 | Michael Malyshev | Dinner |
| $18.04 | Meals - Overtime | 09/10/24 | Michael Malyshev | Dinner |
| $6.78 | Meals - Overtime | 09/12/24 | Michael Malyshev | Dinner |
| $19.62 | Meals - Overtime | 09/13/24 | Michael Malyshev | Dinner |
| $6.53 | Meals - Overtime | 09/13/24 | Michael Malyshev | Dinner |
| $13.99 | Meals - Overtime | 09/14/24 | Zachary Taylor | Weekend Meal |
| $24.01 | Meals - Overtime | 09/14/24 | Michael Malyshev | Weekend Meal |
| $20.80 | Meals - Overtime | 09/15/24 | Michael Malyshev | Weekend Meal |
| $6.25 | Meals - Overtime | 09/15/24 | Michael Malyshev | Weekend Meal |
| $9.60 | Meals - Overtime | 09/15/24 | Michael Malyshev | Weekend Meal |
| $25.46 | Uber | 09/16/24 | Andrew Killinger | Not Meal |
| $35.00 | Meals - Overtime | 09/16/24 | Michael Malyshev | Dinner |
| $43.11 | Uber | 09/17/24 | Andrew Killinger | Not Meal |
| $35.00 | Meals - Overtime | 09/17/24 | Zachary Taylor | Dinner |
| $28.26 | Meals - Overtime | 09/17/24 | Michael Malyshev | Dinner |
| $19.27 | Meals - Overtime | 09/18/24 | Michael Malyshev | Dinner |
| $39.57 | Uber | 09/19/24 | Andrew Killinger | Not Meal |
| $35.00 | Meals - Overtime | 09/19/24 | Michael Malyshev | Dinner |
| $22.26 | Meals - Overtime | 09/20/24 | Michael Malyshev | Dinner |
| $25.42 | Meals - Overtime | 09/21/24 | Michael Malyshev | Weekend Meal |
| $35.00 | Meals - Overtime | 09/21/24 | Michael Malyshev | Weekend Meal |
| $28.23 | Meals - Overtime | 09/22/24 | Zachary Taylor | Weekend Meal |
| $21.43 | Meals - Overtime | 09/22/24 | Michael Malyshev | Weekend Meal |
| $9.80 | Meals - Overtime | 09/23/24 | Zachary Taylor | Dinner |
| $27.18 | Meals - Overtime | 09/23/24 | Zachary Taylor | Dinner |
| $33.91 | Meals - Overtime | 09/23/24 | Michael Malyshev | Dinner |
| $20.30 | Meals - Overtime | 09/24/24 | Zachary Taylor | Dinner |
| $32.21 | Meals - Overtime | 09/24/24 | Michael Malyshev | Dinner |
| $16.31 | Meals - Overtime | 09/26/24 | Michael Malyshev | Dinner |
| $23.79 | Uber | 09/27/24 | Michael Malyshev | Not Meal |
| $27.80 | Meals - Overtime | 09/27/24 | Michael Malyshev | Dinner |
| $9.32 | Meals - Overtime | 09/28/24 | Kishan Patel | Weekend Meal |
| $6.80 | Meals - Overtime | 09/28/24 | Kishan Patel | Weekend Meal |
| $35.00 | Meals - Overtime | 09/28/24 | Michael Malyshev | Weekend Meal |
| $6.56 | Uber | 09/29/24 | Kishan Patel | Not Meal |
| $11.59 | Meals - Overtime | 09/29/24 | Kishan Patel | Weekend Meal |
| $22.47 | Meals - Overtime | 09/30/24 | Zachary Taylor | Dinner |
| $9.40 | Meals - Overtime | 09/30/24 | Kishan Patel | Dinner |
| $29.39 | Meals - Overtime | 09/30/24 | Michael Malyshev | Dinner |
| $54.00 | Uber | 10/01/24 | Andrew Killinger | Not Meal |
| $34.37 | Meals - Overtime | 10/01/24 | Andrew Killinger | Dinner |
| $23.98 | Uber | 10/02/24 | Andrew Killinger | Not Meal |
| $13.47 | Meals - Overtime | 10/02/24 | Kishan Patel | Dinner |
| $31.61 | Meals - Overtime | 10/02/24 | Michael Malyshev | Dinner |

| | | | | |
|---|---|---|---|---|
| $25.53 | Meals - Overtime | 10/02/24 | Zachary Taylor | Dinner |
| ($2,839.82) | Airfare (Refund) | 10/03/24 | Christopher Grubb | Not Meal |
| $12.02 | Meals - Overtime | 10/03/24 | Kishan Patel | Dinner |
| $35.00 | Meals - Overtime | 10/03/24 | Michael Malyshev | Dinner |
| $34.37 | Meals - Overtime | 10/03/24 | Andrew Killinger | Dinner |
| $10.12 | Meals - Overtime | 10/04/24 | Kishan Patel | Dinner |
| $12.51 | Meals - Overtime | 10/04/24 | Kishan Patel | Dinner |
| $17.98 | Meals - Overtime | 10/04/24 | Michael Malyshev | Dinner |
| $9.40 | Meals - Overtime | 10/05/24 | Kishan Patel | Weekend Meal |
| $28.74 | Meals - Overtime | 10/05/24 | Michael Malyshev | Weekend Meal |
| $18.84 | Meals - Overtime | 10/05/24 | Zachary Taylor | Weekend Meal |
| $34.97 | Meals - Overtime | 10/05/24 | Andrew Killinger | Weekend Meal |
| $28.59 | Meals - Overtime | 10/05/24 | Zachary Taylor | Weekend Meal |
| $13.80 | Meals - Overtime | 10/06/24 | Kishan Patel | Weekend Meal |
| $9.40 | Meals - Overtime | 10/06/24 | Kishan Patel | Weekend Meal |
| $8.89 | Meals - Overtime | 10/06/24 | Kishan Patel | Weekend Meal |
| $0.51 | Meals - Overtime | 10/06/24 | Kishan Patel | Weekend Meal |
| $23.33 | Meals - Overtime | 10/06/24 | Michael Malyshev | Weekend Meal |
| $7.41 | Meals - Overtime | 10/06/24 | Michael Malyshev | Weekend Meal |
| $20.89 | Meals - Overtime | 10/06/24 | Michael Malyshev | Weekend Meal |
| $35.00 | Meals - Overtime | 10/06/24 | Zachary Taylor | Weekend Meal |
| $35.00 | Meals - Overtime | 10/06/24 | Zachary Taylor | Weekend Meal |
| $9.32 | Meals - Overtime | 10/07/24 | Kishan Patel | Dinner |
| $31.05 | Meals - Overtime | 10/07/24 | Michael Malyshev | Dinner |
| $5.33 | Meals - Overtime | 10/08/24 | Kishan Patel | Dinner |
| $15.80 | Meals - Overtime | 10/08/24 | Michael Malyshev | Dinner |
| $33.47 | Meals - Overtime | 10/08/24 | Andrew Killinger | Dinner |
| $25.37 | Uber | 10/09/24 | Andrew Killinger | Not Meal |
| $12.93 | Uber | 10/09/24 | Kishan Patel | Not Meal |
| $12.44 | Meals - Overtime | 10/09/24 | Michael Malyshev | Dinner |
| $35.00 | Meals - Overtime | 10/10/24 | Nicholas Bassi | Dinner |
| $35.00 | Meals - Overtime | 10/10/24 | Michael Malyshev | Dinner |
| $35.00 | Meals - Overtime | 10/11/24 | Michael Malyshev | Dinner |
| $22.79 | Meals - Overtime | 10/11/24 | Zachary Taylor | Dinner |
| $20.85 | Meals - Overtime | 10/12/24 | Michael Malyshev | Weekend Meal |
| $19.00 | Meals - Overtime | 10/12/24 | Michael Malyshev | Weekend Meal |
| $9.65 | Meals - Overtime | 10/13/24 | Kishan Patel | Weekend Meal |
| $35.00 | Meals - Overtime | 10/13/24 | Nicholas Bassi | Weekend Meal |
| $26.87 | Meals - Overtime | 10/13/24 | Zachary Taylor | Weekend Meal |
| $26.09 | Meals - Overtime | 10/13/24 | Andrew Killinger | Weekend Meal |
| $35.00 | Meals - Overtime | 10/13/24 | Zachary Taylor | Weekend Meal |
| $9.32 | Meals - Overtime | 10/14/24 | Kishan Patel | Dinner |
| $19.60 | Meals - Overtime | 10/14/24 | Michael Malyshev | Dinner |
| $27.76 | Meals - Overtime | 10/14/24 | Zachary Taylor | Dinner |
| $24.19 | Uber | 10/15/24 | Andrew Killinger | Not Meal |
| $12.91 | Uber | 10/15/24 | Michael Malyshev | Not Meal |
| $9.32 | Meals - Overtime | 10/15/24 | Kishan Patel | Dinner |
| $35.00 | Meals - Overtime | 10/15/24 | Michael Malyshev | Dinner |
| $35.00 | Meals - Overtime | 10/15/24 | Zachary Taylor | Dinner |
| $33.47 | Meals - Overtime | 10/15/24 | Andrew Killinger | Dinner |
| $25.02 | Uber | 10/16/24 | Andrew Killinger | Not Meal |
| $9.32 | Meals - Overtime | 10/16/24 | Kishan Patel | Dinner |
| $20.35 | Meals - Overtime | 10/16/24 | Michael Malyshev | Dinner |
| $14.59 | Meals - Overtime | 10/16/24 | Zachary Taylor | Dinner |
| $30.34 | Uber | 10/17/24 | Andrew Killinger | Not Meal |
| $25.54 | Meals - Overtime | 10/17/24 | Michael Malyshev | Dinner |
| $35.00 | Meals - Overtime | 10/17/24 | Zachary Taylor | Dinner |
| $33.47 | Meals - Overtime | 10/17/24 | Andrew Killinger | Dinner |
| $30.90 | Uber | 10/18/24 | Andrew Killinger | Not Meal |
| $10.05 | Meals - Overtime | 10/18/24 | Kishan Patel | Dinner |
| $25.92 | Meals - Overtime | 10/18/24 | Michael Malyshev | Dinner |
| $35.00 | Meals - Overtime | 10/19/24 | Nicholas Bassi | Weekend Meal |
| $17.67 | Meals - Overtime | 10/19/24 | Michael Malyshev | Weekend Meal |

| | | | | |
|---|---|---|---|---|
| $14.26 | Meals - Overtime | 10/19/24 | Michael Malyshev | Weekend Meal |
| $35.00 | Meals - Overtime | 10/19/24 | Andrew Killinger | Weekend Meal |
| $35.00 | Meals - Overtime | 10/20/24 | Michael Malyshev | Weekend Meal |
| $33.83 | Meals - Overtime | 10/20/24 | Andrew Killinger | Weekend Meal |
| $25.62 | Meals - Overtime | 10/20/24 | Zachary Taylor | Weekend Meal |
| $29.44 | Meals - Overtime | 10/20/24 | Zachary Taylor | Weekend Meal |
| $9.17 | Meals - Overtime | 10/21/24 | Kishan Patel | Dinner |
| $16.39 | Meals - Overtime | 10/21/24 | Michael Malyshev | Dinner |
| $6.78 | Meals - Overtime | 10/21/24 | Michael Malyshev | Dinner |
| $17.96 | Meals - Overtime | 10/21/24 | Zachary Taylor | Dinner |
| $35.00 | Meals - Overtime | 10/22/24 | Michael Malyshev | Dinner |
| $34.09 | Meals - Overtime | 10/22/24 | Zachary Taylor | Dinner |
| $31.90 | Uber | 10/23/24 | Andrew Killinger | Not Meal |
| $10.24 | Meals - Overtime | 10/23/24 | Kishan Patel | Dinner |
| $35.00 | Meals - Overtime | 10/23/24 | Michael Malyshev | Dinner |
| $33.47 | Meals - Overtime | 10/23/24 | Andrew Killinger | Dinner |
| $35.00 | Meals - Overtime | 10/23/24 | Zachary Taylor | Dinner |
| $8.99 | Uber | 10/24/24 | Kishan Patel | Not Meal |
| $27.95 | Uber | 10/24/24 | Andrew Killinger | Not Meal |
| $35.00 | Meals - Overtime | 10/24/24 | Zachary Taylor | Dinner |
| $32.88 | Meals - Overtime | 10/24/24 | Andrew Killinger | Dinner |
| $31.83 | Uber | 10/25/24 | Kishan Patel | Not Meal |
| $5.00 | Uber | 10/25/24 | Andrew Killinger | Not Meal |
| $33.46 | Meals - Overtime | 10/25/24 | Zachary Taylor | Dinner |
| $34.88 | Meals - Overtime | 10/26/24 | Zachary Taylor | Weekend Meal |
| $9.99 | Uber | 10/27/24 | Dhruv Rungta | Not Meal |
| $24.70 | Meals - Overtime | 10/27/24 | Michael Malyshev | Weekend Meal |
| $35.00 | Meals - Overtime | 10/27/24 | Michael Malyshev | Weekend Meal |
| $2,578.48 | Airfare | 10/28/24 | Christopher Grubb | Not Meal |
| $6.84 | Airfare | 10/28/24 | Christopher Grubb | Not Meal |
| $34.00 | Meals - Overtime | 10/28/24 | Michael Malyshev | Dinner |
| $17.15 | Meals - Overtime | 10/28/24 | Zachary Taylor | Dinner |
| $34.30 | Meals - Overtime | 10/28/24 | Zachary Taylor | Dinner |
| $6.84 | Airfare | 10/29/24 | Christopher Grubb | Not Meal |
| $6.84 | Airfare | 10/29/24 | Christopher Grubb | Not Meal |
| $22.88 | Uber | 10/29/24 | Andrew Killinger | Not Meal |
| $33.19 | Meals - Overtime | 10/29/24 | Michael Malyshev | Dinner |
| $29.04 | Meals - Overtime | 10/29/24 | Zachary Taylor | Dinner |
| $1,498.47 | Airfare | 10/30/24 | Christopher Grubb | Not Meal |
| $6.84 | Airfare | 10/30/24 | Christopher Grubb | Not Meal |
| $6.84 | Airfare | 10/30/24 | Christopher Grubb | Not Meal |
| $26.97 | Uber | 10/30/24 | Andrew Killinger | Not Meal |
| $35.00 | Meals - Overtime | 10/30/24 | Zachary Taylor | Dinner |
| $33.82 | Meals - Overtime | 10/30/24 | Andrew Killinger | Dinner |
| $33.47 | Meals - Overtime | 10/30/24 | Andrew Killinger | Dinner |
| ($6.84) | Airfare (Refund) | 10/31/24 | Christopher Grubb | Not Meal |
| $37.81 | Uber | 10/31/24 | Andrew Killinger | Not Meal |
| $6.84 | Airfare | 11/01/24 | Christopher Grubb | Not Meal |
| $178.00 | Train | 11/01/24 | Christopher Grubb | Not Meal |
| $26.40 | Uber | 11/01/24 | Andrew Killinger | Not Meal |
| $16.94 | Meals - Overtime | 11/01/24 | Michael Malyshev | Dinner |
| $35.00 | Meals - Overtime | 11/01/24 | Dhruv Rungta | Dinner |
| $19.40 | Meals - Overtime | 11/02/24 | Zachary Taylor | Weekend Meal |
| $22.74 | Meals - Overtime | 11/02/24 | Michael Malyshev | Weekend Meal |
| $22.61 | Meals - Overtime | 11/02/24 | Michael Malyshev | Weekend Meal |
| $29.92 | Meals - Overtime | 11/02/24 | Nicholas Clark | Weekend Meal |
| $35.00 | Meals - Overtime | 11/02/24 | Dhruv Rungta | Weekend Meal |
| $35.00 | Meals - Overtime | 11/02/24 | Zachary Taylor | Weekend Meal |
| $33.82 | Meals - Overtime | 11/02/24 | Andrew Killinger | Weekend Meal |
| $35.00 | Meals - Overtime | 11/02/24 | Dhruv Rungta | Weekend Meal |
| $5,502.64 | | | | |

# Exhibit B:

| | | | |
|---|---|---|---|
| $2,273.48 | Airfare | 11/04/24 | Christopher Grubb |
| ($2,273.48) | Airfare (Refund) | 11/04/24 | Christopher Grubb |
| $7,021.05 | Airfare | 11/07/24 | Christopher Grubb |
| $4,873.96 | Airfare | 11/12/24 | Christopher Grubb |
| $6,771.06 | Airfare | 11/12/24 | Christopher Grubb |
| $715.40 | Airfare | 12/02/24 | Christopher Grubb |
| $1,879.64 | Airfare | 12/02/24 | Christopher Grubb |
| $3,320.53 | Airfare | 12/02/24 | Christopher Grubb |
| $3,320.53 | Airfare | 12/02/24 | Christopher Grubb |
| ($3,450.53) | Airfare (Refund) | 12/02/24 | Christopher Grubb |
| ($3,320.53) | Airfare (Refund) | 12/02/24 | Christopher Grubb |
| ($1,879.64) | Airfare (Refund) | 12/02/24 | Christopher Grubb |
| $2,605.13 | Airfare | 12/03/24 | Christopher Grubb |
| ($3,320.53) | Airfare (Refund) | 12/04/24 | Christopher Grubb |
| $4,113.18 | Airfare | 12/09/24 | Christopher Grubb |
| ($4,113.18) | Airfare (Refund) | 12/09/24 | Christopher Grubb |
| ($2,232.49) | Airfare (Refund) | 12/09/24 | Christopher Grubb |
| $2,042.50 | Airfare | 12/10/24 | Christopher Grubb |
| $543.32 | Airfare | 12/13/24 | Dhruv Rungta |
| $722.24 | Airfare | 12/13/24 | Dhruv Rungta |
| ($4,873.96) | Airfare (Refund) | 12/13/24 | Christopher Grubb |
| $649.98 | Airfare | 12/16/24 | Dhruv Rungta |
| $3,320.53 | Airfare | 12/18/24 | Christopher Grubb |
| $4,320.53 | Airfare | 12/18/24 | Christopher Grubb |
| $569.33 | Airfare | 01/12/25 | Christopher Grubb |
| ($4,320.53) | Airfare (Refund) | 01/13/25 | Christopher Grubb |
| ($3,320.53) | Airfare (Refund) | 01/13/25 | Christopher Grubb |
| ($569.33) | Airfare (Refund) | 01/20/25 | Christopher Grubb |
| $3,320.54 | Airfare | 01/23/25 | Christopher Grubb |
| $3,320.54 | Airfare | 02/04/25 | Christopher Grubb |
| ($2,437.70) | Airfare (Refund) | 02/06/25 | Christopher Grubb |
| $3,320.54 | Airfare | 02/12/25 | Christopher Grubb |
| $3,400.54 | Airfare | 02/12/25 | Christopher Grubb |
| ($1,700.27) | Airfare (Refund) | 02/12/25 | Christopher Grubb |
| ($1,660.27) | Airfare (Refund) | 02/12/25 | Christopher Grubb |
| ($893.78) | Airfare (Refund) | 02/12/25 | Christopher Grubb |
| $3,320.54 | Airfare | 02/13/25 | Christopher Grubb |
| ($3,320.54) | Airfare (Refund) | 02/13/25 | Christopher Grubb |
| ($1,499.49) | Airfare (Refund) | 02/13/25 | Christopher Grubb |
| $3,320.54 | Airfare | 02/14/25 | Christopher Grubb |
| $2,762.23 | Airfare | 02/18/25 | Christopher Grubb |
| ($2,588.29) | Airfare (Refund) | 02/18/25 | Christopher Grubb |
| $6,641.08 | Airfare | 02/24/25 | Christopher Grubb |
| $727.29 | Airfare | 03/11/25 | Christopher Grubb |
| $2,658.49 | Airfare | 03/11/25 | Christopher Grubb |
| ($2,658.49) | Airfare (Refund) | 03/14/25 | Christopher Grubb |
| 509.48 | Airfare | 04/21/25 | Christopher Grubb |
| 3,510.53 | Airfare | 04/21/25 | Christopher Grubb |
| 3,510.53 | Airfare | 04/21/25 | Christopher Grubb |
| 623.34 | Airfare | 04/23/25 | Christopher Grubb |
| 654.70 | Airfare | 04/25/25 | Christopher Grubb |
| 768.56 | Airfare | 04/25/25 | Christopher Grubb |
| 2,232.49 | Airfare | 04/28/25 | Christopher Grubb |
| 2,232.49 | Airfare | 04/29/25 | Christopher Grubb |
| 1,831.51 | Airfare | 05/20/25 | Christopher Grubb |
| $6.84 | Airfare | 11/05/24 | Christopher Grubb |
| $6.84 | Airfare | 11/05/24 | Christopher Grubb |
| $6.84 | Airfare | 11/07/24 | Christopher Grubb |
| $6.84 | Airfare | 11/12/24 | Christopher Grubb |

| | | | |
|---|---|---|---|
| $6.84 | Airfare | 11/12/24 | Christopher Grubb |
| $6.84 | Airfare | 12/02/24 | Christopher Grubb |
| $6.84 | Airfare | 12/02/24 | Christopher Grubb |
| $6.84 | Airfare | 12/02/24 | Christopher Grubb |
| $6.84 | Airfare | 12/02/24 | Christopher Grubb |
| $6.84 | Airfare | 12/09/24 | Christopher Grubb |
| $6.84 | Airfare | 12/09/24 | Christopher Grubb |
| $6.84 | Airfare | 12/09/24 | Christopher Grubb |
| $6.84 | Airfare | 12/12/24 | Christopher Grubb |
| $6.84 | Airfare | 12/18/24 | Christopher Grubb |
| $6.84 | Airfare | 12/18/24 | Christopher Grubb |
| $7.02 | Airfare | 01/12/25 | Christopher Grubb |
| $7.02 | Airfare | 01/19/25 | Christopher Grubb |
| $7.02 | Airfare | 01/23/25 | Christopher Grubb |
| $7.02 | Airfare | 01/23/25 | Christopher Grubb |
| $7.02 | Airfare | 02/04/25 | Christopher Grubb |
| $7.02 | Airfare | 02/05/25 | Christopher Grubb |
| $7.02 | Airfare | 02/06/25 | Christopher Grubb |
| $7.02 | Airfare | 02/06/25 | Christopher Grubb |
| $7.02 | Airfare | 02/06/25 | Christopher Grubb |
| $7.02 | Airfare | 02/06/25 | Christopher Grubb |
| $7.02 | Airfare | 02/10/25 | Christopher Grubb |
| $7.02 | Airfare | 02/10/25 | Christopher Grubb |
| $7.02 | Airfare | 02/12/25 | Christopher Grubb |
| $7.02 | Airfare | 02/12/25 | Christopher Grubb |
| $7.02 | Airfare | 02/14/25 | Christopher Grubb |
| $7.02 | Airfare | 03/11/25 | Christopher Grubb |
| $8.00 | Airfare | 11/21/24 | Christopher Grubb |
| $8.00 | Airfare | 12/06/24 | Christopher Grubb |
| $8.00 | Airfare | 12/11/24 | Christopher Grubb |
| $8.00 | Airfare | 02/06/25 | Christopher Grubb |
| $8.00 | Airfare | 02/12/25 | Christopher Grubb |
| 8.00 | Airfare | 05/05/25 | Christopher Grubb |
| 8.00 | Airfare | 05/07/25 | Christopher Grubb |
| $25.93 | Airfare | 12/02/24 | Christopher Grubb |
| $25.93 | Airfare | 12/10/24 | Christopher Grubb |
| $25.93 | Airfare | 12/10/24 | Christopher Grubb |
| $26.60 | Airfare | 02/06/25 | Christopher Grubb |
| $26.60 | Airfare | 02/18/25 | Christopher Grubb |
| $35.00 | Airfare | 12/08/24 | Dhruv Rungta |
| $40.00 | Airfare | 12/14/24 | Dhruv Rungta |
| $45.37 | Airfare | 12/02/24 | Christopher Grubb |
| $46.55 | Airfare | 02/06/25 | Christopher Grubb |
| $46.55 | Airfare | 02/13/25 | Christopher Grubb |
| $46.55 | Airfare | 03/11/25 | Christopher Grubb |
| $59.00 | Airfare | 12/15/24 | Dhruv Rungta |
| $319.00 | Train | 02/06/25 | Christopher Grubb |

# **Exhibit C:**

| Recharge Category | Amount | Memo | Transaction Date | Employee Name |
|---|---|---|---|---|
| Airfare | $6.84 | Airfare | 11/05/24 | Christopher Grubb |
| Airfare | $6.84 | Airfare | 11/05/24 | Christopher Grubb |
| Airfare | $6.84 | Airfare | 11/07/24 | Christopher Grubb |
| Airfare | $6.84 | Airfare | 11/12/24 | Christopher Grubb |
| Airfare | $6.84 | Airfare | 11/12/24 | Christopher Grubb |
| Airfare | $6.84 | Airfare | 12/02/24 | Christopher Grubb |
| Airfare | $6.84 | Airfare | 12/02/24 | Christopher Grubb |
| Airfare | $6.84 | Airfare | 12/02/24 | Christopher Grubb |

| | | | | |
|---|---|---|---|---|
| Airfare | $6.84 | Airfare | 12/02/24 | Christopher Grubb |
| Airfare | $6.84 | Airfare | 12/09/24 | Christopher Grubb |
| Airfare | $6.84 | Airfare | 12/09/24 | Christopher Grubb |
| Airfare | $6.84 | Airfare | 12/09/24 | Christopher Grubb |
| Airfare | $6.84 | Airfare | 12/12/24 | Christopher Grubb |
| Airfare | $6.84 | Airfare | 12/18/24 | Christopher Grubb |
| Airfare | $6.84 | Airfare | 12/18/24 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 01/12/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 01/19/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 01/23/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 01/23/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 02/04/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 02/05/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 02/06/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 02/06/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 02/06/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 02/06/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 02/10/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 02/10/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 02/12/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 02/12/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 02/14/25 | Christopher Grubb |
| Airfare | $7.02 | Airfare | 03/11/25 | Christopher Grubb |
| Agency Booking fees | 7.02 | Airfare | 04/21/25 | Christopher Grubb |
| Agency Booking fees | 7.02 | Airfare | 04/21/25 | Christopher Grubb |
| Agency Booking fees | 7.02 | Airfare | 04/21/25 | Christopher Grubb |
| Agency Booking fees | 7.02 | Airfare | 04/21/25 | Christopher Grubb |
| Agency Booking fees | 7.02 | Airfare | 04/21/25 | Christopher Grubb |
| Agency Booking fees | 7.02 | Airfare | 04/22/25 | Christopher Grubb |
| Agency Booking fees | 7.02 | Airfare | 04/22/25 | Christopher Grubb |
| Agency Booking fees | 7.02 | Airfare | 04/23/25 | Christopher Grubb |
| Agency Booking fees | 7.02 | Airfare | 04/28/25 | Christopher Grubb |
| Agency Booking fees | 7.02 | Airfare | 05/05/25 | Christopher Grubb |
| Agency Booking fees | 7.02 | Airfare | 05/05/25 | Christopher Grubb |
| Airfare | $8.00 | Airfare | 11/21/24 | Christopher Grubb |
| Airfare | $8.00 | Airfare | 12/06/24 | Christopher Grubb |
| Airfare | $8.00 | Airfare | 12/11/24 | Christopher Grubb |
| Airfare | $8.00 | Airfare | 02/06/25 | Christopher Grubb |
| Airfare | $8.00 | Airfare | 02/12/25 | Christopher Grubb |
| Internet | 8.00 | Airfare | 04/22/25 | Christopher Grubb |
| Airfare | 8.00 | Airfare | 05/05/25 | Christopher Grubb |
| Airfare | 8.00 | Airfare | 05/07/25 | Christopher Grubb |
| Airfare | $25.93 | Airfare | 12/02/24 | Christopher Grubb |
| Airfare | $25.93 | Airfare | 12/10/24 | Christopher Grubb |
| Airfare | $25.93 | Airfare | 12/10/24 | Christopher Grubb |
| Airfare | $26.60 | Airfare | 02/06/25 | Christopher Grubb |
| Airfare | $26.60 | Airfare | 02/18/25 | Christopher Grubb |
| Agency Booking fees | 26.60 | Airfare | 04/22/25 | Christopher Grubb |
| Agency Booking fees | 26.60 | Airfare | 04/28/25 | Christopher Grubb |
| Agency Booking fees | 26.60 | Airfare | 04/28/25 | Christopher Grubb |
| Agency Booking fees | 26.60 | Airfare | 05/05/25 | Christopher Grubb |

| | | | | |
|---|---|---|---|---|
| Airfare | $40.00 | Airfare | 12/14/24 | Dhruv Rungta |
| Airfare | $45.37 | Airfare | 12/02/24 | Christopher Grubb |
| Airfare | $46.55 | Airfare | 02/06/25 | Christopher Grubb |
| Airfare | $46.55 | Airfare | 02/13/25 | Christopher Grubb |
| Airfare | $46.55 | Airfare | 03/11/25 | Christopher Grubb |
| Agency Booking fees | 46.55 | Airfare | 04/29/25 | Christopher Grubb |
| Airfare | $59.00 | Airfare | 12/15/24 | Dhruv Rungta |
| | $924.10 | | | |

# Exhibit D:

| | | | |
|---|---|---|---|
| 822.52 | Car Service | 05/08/25 | Christopher Grubb |
| 971.13 | Car Service | 05/22/25 | Christopher Grubb |

# Exhibit E:

| | | | |
|---|---|---|---|
| $3,500.00 | Constituent Meeting / Dinner (Company, Advisors, 1L AHG) | 12/05/24 | Kishan Patel |
| $5,762.30 | Constituent Meeting / Dinner (Company, Advisors, 1L AHG) | 12/12/24 | Kishan Patel |

# Exhibit F:

| | | | |
|---|---|---|---|
| $47.55 | Meals - Overtime | 11/04/24 | Christopher Grubb |
| $35.00 | Meals - Overtime | 11/04/24 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 11/04/24 | Nicholas Clark |
| $20.58 | Meals - Overtime | 11/05/24 | Christopher Grubb |
| $35.00 | Meals - Overtime | 11/05/24 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 11/05/24 | Zachary Taylor |
| $35.00 | Meals - Overtime | 11/06/24 | Dhruv Rungta |
| $26.57 | Meals - Overtime | 11/06/24 | Michael Malyshev |
| $35.00 | Meals - Overtime | 11/06/24 | Zachary Taylor |
| $35.00 | Meals - Overtime | 11/07/24 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 11/07/24 | Michael Malyshev |
| $33.96 | Meals - Overtime | 11/07/24 | Nicholas Clark |
| $21.48 | Meals - Overtime | 11/08/24 | Michael Malyshev |
| $35.00 | Meals - Overtime | 11/08/24 | Nicholas Clark |
| $35.00 | Meals - Overtime | 11/09/24 | Dhruv Rungta |
| $34.35 | Meals - Overtime | 11/10/24 | Dhruv Rungta |
| $34.48 | Meals - Overtime | 11/10/24 | Dhruv Rungta |
| $27.26 | Meals - Overtime | 11/10/24 | Michael Malyshev |
| $35.00 | Meals - Overtime | 11/11/24 | Dhruv Rungta |
| $24.28 | Meals - Overtime | 11/11/24 | Michael Malyshev |
| $24.47 | Meals - Overtime | 11/11/24 | Nicholas Clark |
| $34.78 | Meals - Overtime | 11/12/24 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 11/12/24 | Nicholas Clark |
| $35.00 | Meals - Overtime | 11/13/24 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 11/15/24 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 11/18/24 | Nicholas Clark |

| | | | |
|---|---|---|---|
| $35.00 | Meals - Overtime | 11/19/24 | Michael Malyshev |
| $47.55 | Meals - Overtime | 11/20/24 | Christopher Grubb |
| $35.00 | Meals - Overtime | 11/20/24 | Michael Malyshev |
| $31.68 | Meals - Overtime | 11/20/24 | Zachary Taylor |
| $32.58 | Meals - Overtime | 11/21/24 | Dhruv Rungta |
| $31.61 | Meals - Overtime | 11/23/24 | Zachary Taylor |
| $35.00 | Meals - Overtime | 11/26/24 | Nicholas Clark |
| $21.23 | Meals - Overtime | 11/26/24 | Zachary Taylor |
| $34.48 | Meals - Overtime | 12/01/24 | Dhruv Rungta |
| $31.73 | Meals - Overtime | 12/01/24 | Zachary Taylor |
| $34.48 | Meals - Overtime | 12/03/24 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 12/03/24 | Nicholas Clark |
| $34.48 | Meals - Overtime | 12/04/24 | Dhruv Rungta |
| $28.73 | Meals - Overtime | 12/04/24 | Zachary Taylor |
| $35.67 | Meals - Overtime | 12/06/24 | Christopher Grubb |
| $35.00 | Meals - Overtime | 12/06/24 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 12/07/24 | Dhruv Rungta |
| $34.48 | Meals - Overtime | 12/08/24 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 12/08/24 | Zachary Taylor |
| $35.00 | Meals - Overtime | 12/09/24 | Christopher Grubb |
| $29.15 | Meals - Overtime | 12/09/24 | Dhruv Rungta |
| $20.52 | Meals - Overtime | 12/09/24 | Michael Malyshev |
| $21.12 | Meals - Overtime | 12/09/24 | Zachary Taylor |
| $33.47 | Meals - Overtime | 12/10/24 | Andrew Killinger |
| $20.57 | Meals - Overtime | 12/10/24 | Christopher Grubb |
| $35.00 | Meals - Overtime | 12/10/24 | Zachary Taylor |
| $26.65 | Meals - Overtime | 12/11/24 | Christopher Grubb |
| $21.23 | Meals - Overtime | 12/12/24 | Michael Malyshev |
| $35.00 | Meals - Overtime | 12/15/24 | Dhruv Rungta |
| $24.43 | Meals - Overtime | 12/15/24 | Michael Malyshev |
| $28.58 | Meals - Overtime | 12/16/24 | Michael Malyshev |
| $35.00 | Meals - Overtime | 12/16/24 | Nicholas Clark |
| $35.00 | Meals - Overtime | 12/17/24 | Andrew Killinger |
| $34.48 | Meals - Overtime | 12/18/24 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 12/19/24 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 12/21/24 | Andrew Killinger |
| $21.06 | Meals - Overtime | 12/22/24 | Michael Malyshev |
| $34.09 | Meals - Overtime | 12/24/24 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 12/30/24 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 01/02/25 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 01/06/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 01/06/25 | Dhruv Rungta |
| $27.44 | Meals - Overtime | 01/06/25 | Zachary Taylor |
| $35.00 | Meals - Overtime | 01/12/25 | Dhruv Rungta |
| $34.09 | Meals - Overtime | 01/13/25 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 01/13/25 | Zachary Taylor |
| $33.47 | Meals - Overtime | 01/15/25 | Andrew Killinger |
| $33.00 | Meals - Overtime | 01/15/25 | Michael Malyshev |
| $31.08 | Meals - Overtime | 01/16/25 | Michael Malyshev |
| $20.85 | Meals - Overtime | 01/17/25 | Michael Malyshev |
| $27.11 | Meals - Overtime | 01/19/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 01/21/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 01/22/25 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 01/22/25 | Zachary Taylor |
| $35.00 | Meals - Overtime | 01/25/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 01/27/25 | Dhruv Rungta |
| $33.94 | Meals - Overtime | 01/29/25 | Jonathan Cremeans |
| $33.47 | Meals - Overtime | 01/30/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 01/30/25 | Dhruv Rungta |
| $34.71 | Meals - Overtime | 02/01/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 02/02/25 | Dhruv Rungta |
| $34.34 | Meals - Overtime | 02/03/25 | Jonathan Cremeans |
| $33.47 | Meals - Overtime | 02/05/25 | Andrew Killinger |

| | | | |
|---|---|---|---|
| $35.00 | Meals - Overtime | 02/05/25 | Dhruv Rungta |
| $24.39 | Meals - Overtime | 02/06/25 | Christopher Grubb |
| $43.70 | Meals - Overtime | 02/06/25 | Christopher Grubb |
| $29.82 | Meals - Overtime | 02/07/25 | Jonathan Cremeans |
| $29.23 | Meals - Overtime | 02/09/25 | Dhruv Rungta |
| $33.22 | Meals - Overtime | 02/10/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 02/11/25 | Andrew Killinger |
| $34.63 | Meals - Overtime | 02/11/25 | Zachary Taylor |
| $35.00 | Meals - Overtime | 02/12/25 | Jonathan Cremeans |
| $33.47 | Meals - Overtime | 02/13/25 | Andrew Killinger |
| $33.87 | Meals - Overtime | 02/13/25 | Zachary Taylor |
| $32.88 | Meals - Overtime | 02/17/25 | Andrew Killinger |
| $25.91 | Meals - Overtime | 02/18/25 | Jonathan Cremeans |
| $35.00 | Meals - Overtime | 02/19/25 | Andrew Killinger |
| $35.15 | Meals - Overtime | 02/19/25 | Christopher Grubb |
| $35.00 | Meals - Overtime | 02/19/25 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 02/19/25 | Zachary Taylor |
| $25.37 | Meals - Overtime | 02/22/25 | Jonathan Cremeans |
| $35.00 | Meals - Overtime | 02/23/25 | Zachary Taylor |
| $25.91 | Meals - Overtime | 02/24/25 | Jonathan Cremeans |
| $34.84 | Meals - Overtime | 02/24/25 | Zachary Taylor |
| $25.91 | Meals - Overtime | 02/25/25 | Jonathan Cremeans |
| $35.00 | Meals - Overtime | 02/26/25 | Zachary Taylor |
| $35.00 | Meals - Overtime | 02/27/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 02/27/25 | Jonathan Cremeans |
| $21.73 | Meals - Overtime | 02/28/25 | Jonathan Cremeans |
| $25.37 | Meals - Overtime | 02/28/25 | Zachary Taylor |
| $33.47 | Meals - Overtime | 03/01/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 03/02/25 | Andrew Killinger |
| $33.79 | Meals - Overtime | 03/02/25 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 03/02/25 | Zachary Taylor |
| $25.91 | Meals - Overtime | 03/03/25 | Jonathan Cremeans |
| $35.00 | Meals - Overtime | 03/03/25 | Zachary Taylor |
| $34.66 | Meals - Overtime | 03/04/25 | Dhruv Rungta |
| $31.86 | Meals - Overtime | 03/04/25 | Zachary Taylor |
| $32.93 | Meals - Overtime | 03/05/25 | Christopher Grubb |
| $27.62 | Meals - Overtime | 03/05/25 | Zachary Taylor |
| $20.58 | Meals - Overtime | 03/06/25 | Christopher Grubb |
| $25.91 | Meals - Overtime | 03/06/25 | Jonathan Cremeans |
| $33.29 | Meals - Overtime | 03/06/25 | Zachary Taylor |
| $35.00 | Meals - Overtime | 03/07/25 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 03/07/25 | Zachary Taylor |
| $35.00 | Meals - Overtime | 03/08/25 | Zachary Taylor |
| $35.00 | Meals - Overtime | 03/09/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 03/09/25 | Dhruv Rungta |
| $33.88 | Meals - Overtime | 03/10/25 | Dhruv Rungta |
| $25.91 | Meals - Overtime | 03/10/25 | Jonathan Cremeans |
| $33.47 | Meals - Overtime | 03/11/25 | Andrew Killinger |
| $25.53 | Meals - Overtime | 03/11/25 | Jonathan Cremeans |
| $25.91 | Meals - Overtime | 03/13/25 | Jonathan Cremeans |
| $35.00 | Meals - Overtime | 03/17/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 03/18/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 03/18/25 | Dhruv Rungta |
| $25.91 | Meals - Overtime | 03/18/25 | Jonathan Cremeans |
| $35.00 | Meals - Overtime | 03/18/25 | Zachary Taylor |
| $35.00 | Meals - Overtime | 03/19/25 | Dhruv Rungta |
| $25.10 | Meals - Overtime | 03/20/25 | Jonathan Cremeans |
| $35.00 | Meals - Overtime | 03/22/25 | Andrew Killinger |
| $32.56 | Meals - Overtime | 03/24/25 | Andrew Killinger |
| $29.72 | Meals - Overtime | 03/24/25 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 03/24/25 | Jonathan Cremeans |
| $25.91 | Meals - Overtime | 03/25/25 | Jonathan Cremeans |
| $34.26 | Meals - Overtime | 03/25/25 | Zachary Taylor |

| | | | |
|---|---|---|---|
| $33.47 | Meals - Overtime | 03/26/25 | Andrew Killinger |
| $28.94 | Meals - Overtime | 03/26/25 | Dhruv Rungta |
| $24.12 | Meals - Overtime | 03/27/25 | Jonathan Cremeans |
| $35.00 | Meals - Overtime | 03/28/25 | Dhruv Rungta |
| $34.51 | Meals - Overtime | 03/29/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 03/29/25 | Andrew Killinger |
| $35.00 | Meals - Overtime | 03/29/25 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 03/30/25 | Dhruv Rungta |
| $35.00 | Meals - Overtime | 03/31/25 | Jonathan Cremeans |
| 33.63 | Meals - Overtime | 04/01/25 | Andrew Killinger |
| 35.00 | Meals - Overtime | 04/01/25 | Dhruv Rungta |
| 25.91 | Meals - Overtime | 04/01/25 | Jonathan Cremeans |
| 27.43 | Meals - Overtime | 04/01/25 | Zachary Taylor |
| 35.00 | Meals - Overtime | 04/02/25 | Dhruv Rungta |
| 25.91 | Meals - Overtime | 04/03/25 | Jonathan Cremeans |
| 35.00 | Meals - Overtime | 04/04/25 | Jonathan Cremeans |
| 35.00 | Meals - Overtime | 04/07/25 | Jonathan Cremeans |
| 35.00 | Meals - Overtime | 04/08/25 | Dhruv Rungta |
| 25.91 | Meals - Overtime | 04/08/25 | Jonathan Cremeans |
| 25.91 | Meals - Overtime | 04/10/25 | Jonathan Cremeans |
| 25.91 | Meals - Overtime | 04/14/25 | Jonathan Cremeans |
| 25.91 | Meals - Overtime | 04/15/25 | Jonathan Cremeans |
| 35.00 | Meals - Overtime | 04/16/25 | Dhruv Rungta |
| 35.00 | Meals - Overtime | 04/16/25 | Zachary Taylor |
| 34.84 | Meals - Overtime | 04/19/25 | Dhruv Rungta |
| 29.85 | Meals - Overtime | 04/20/25 | Dhruv Rungta |
| 35.00 | Meals - Overtime | 04/22/25 | Jonathan Cremeans |
| 35.00 | Meals - Overtime | 04/23/25 | Dhruv Rungta |
| 29.71 | Meals - Overtime | 04/23/25 | Jonathan Cremeans |
| 22.86 | Meals - Overtime | 04/24/25 | Jonathan Cremeans |
| 35.00 | Meals - Overtime | 04/25/25 | Dhruv Rungta |
| 28.59 | Meals - Overtime | 04/26/25 | Jonathan Cremeans |
| 34.84 | Meals - Overtime | 04/27/25 | Dhruv Rungta |
| 35.00 | Meals - Overtime | 04/28/25 | Jonathan Cremeans |
| 22.21 | Meals - Overtime | 04/30/25 | Michael Malyshev |
| 26.67 | Meals - Overtime | 05/04/25 | Michael Malyshev |
| 35.00 | Meals - Overtime | 05/06/25 | Christopher Grubb |
| 26.63 | Meals - Overtime | 05/07/25 | Michael Malyshev |
| 25.26 | Meals - Overtime | 05/08/25 | Christopher Grubb |
| 28.65 | Meals - Overtime | 05/08/25 | Christopher Grubb |
| 26.92 | Meals - Overtime | 05/13/25 | Michael Malyshev |
| 27.11 | Meals - Overtime | 05/14/25 | Michael Malyshev |
| 30.18 | Meals - Overtime | 05/16/25 | Michael Malyshev |
| 29.24 | Meals - Overtime | 05/17/25 | Michael Malyshev |
| 23.78 | Meals - Overtime | 05/20/25 | Christobpher Grubb |
| $6,279.26 | | | |

# **Exhibit G:**

| | | | |
|---|---|---|---|
| $1,755.31 | Hotel - CitizenM (New York, NY) | 12/13/24 | Dhruv Rungta |
| $79.17 | Hotel - CitizenM (New York, NY) | 12/14/24 | Dhruv Rungta |
| $5.99 | Hotel - Equinox Hotel Hudson Yards (New York, NY) | 11/05/24 | Christopher Grubb |
| $1,686.75 | Hotel - Equinox Hotel Hudson Yards (New York, NY) | 11/05/24 | Christopher Grubb |

| | | | |
|---|---|---|---|
| $1,122.23 | Hotel - Equinox Hotel Hudson Yards (New York, NY) | 11/06/24 | Christopher Grubb |
| $13.78 | Hotel - Equinox Hotel Hudson Yards (New York, NY) | 11/07/24 | Christopher Grubb |
| $1,861.38 | Hotel - Equinox Hotel Hudson Yards (New York, NY) | 03/07/25 | Christopher Grubb |
| $630.22 | Hotel - Hotel Du Pont (New York, NY) | 12/10/24 | Christopher Grubb |
| $329.45 | Hotel - Hotel Du Pont (New York, NY) | 02/06/25 | Christopher Grubb |
| $193.60 | Hotel - Hotel Du Pont (New York, NY) | 02/19/25 | Christopher Grubb |
| $396.03 | Hotel - Marriott Newark (Newark, NJ) | 11/08/24 | Christopher Grubb |
| 298.18 | Hotel - Marriott Newark (Newark, NJ) | 05/07/25 | Christopher Grubb |
| 315.46 | Hotel - Marriott Newark (Newark, NJ) | 05/21/25 | Christopher Grubb |
| $2,089.81 | Hotel - Refinery Hotel (New York, NY) | 12/11/24 | Christopher Grubb |
| $1.00 | Hotel - The Bryant Park Hotel (New York, NY) | 02/24/25 | Christopher Grubb |
| $672.06 | Hotel - The Bryant Park Hotel (New York, NY) | 02/27/25 | Christopher Grubb |
| 1,032.51 | Hotel - The Bryant Park Hotel (New York, NY) | 05/07/25 | Christopher Grubb |
| 1,110.83 | Hotel - The Bryant Park Hotel (New York, NY) | 05/20/25 | Christopher Grubb |
| $3,184.45 | Hotel - The New York Edition (New York, NY) | 11/20/24 | Christopher Grubb |
| $1,532.03 | Hotel - The New York Edition (New York, NY) | 11/21/24 | Christopher Grubb |
| $824.76 | Hotel - Wilmington, Delaware | 11/04/24 | Christopher Grubb |