UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Franchise Group, Inc., *et al.*<br><br>               Debtor(s). | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>(Jointly Administered)<br><br>**Related to Docket No. xxxx** |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

Upon consideration of the Motion for Relief From Stay ("Motion") filed by Karen Olson ("Creditor"); and any response or opposition thereto; this Court having determined that good and adequate cause exists for granting the Motion upon the terms set forth herein; and this Court having determined that adequate notice of the Motion was given and no further notice of the Motion need be given; it is hereby ORDERED that:

1. The Motion is hereby GRANTED.

2. Creditor is hereby authorized to, and the automatic stay pursuant to § 362 of the Bankruptcy Code is hereby immediately terminated to permit Creditor (i) to pursue her State Court Action against Buddy's Newco, LLC., d/b/a Buddy's Home Furnishings ("Debtor") and (ii) collect thereon against the Debtor's insurance policies, as permissible by law.

3. Any provision in any plan of reorganization or an order confirming such plan that would reimpose the automatic stay or impose an injunction prohibiting Creditor from effectuating the setoff authorized herein shall not apply to prohibit Creditor to effectuate the setoff authorized herein.

2

4. This Order shall take effect immediately upon its entry and shall not be stayed pursuant to Fed. R. Bankr. P. 4001(a)(3).

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____

_____
Laurie Selber Silverstein
United States Bankruptcy Judge