# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.,*[1] | ) ) | Case No. 24-12480 (LSS) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) ) | **Objection Deadline:** August 21, 2025 at 4:00 p.m. (ET) |

**MONTHLY STAFFING AND COMPENSATION REPORT
OF AP SERVICES, LLC FOR THE PERIOD
FROM JUNE 3, 2025 THROUGH JULY 1, 2025**

AP Services, LLC ("APS") hereby submits its monthly staffing and compensation report for the period from June 3, 2025 through July 1, 2025 (the "Compensation Period") in accordance with the *Order Authorizing the (I) Retention of AP Services, LLC, (II) Designation of David Orlofsky as Chief Restructuring Officer, Effective as of the Petition Date, and (III) Granting Related Relief* [Docket No. 450].

During the Compensation Period, APS incurred professional fees in the amount of $172,311.83, as reflected in the attached exhibits.

Dated: August 7, 2025

AP SERVICES, LLC
909 Third Avenue, 30th Floor
New York, NY 10022

*/s/ David Orlofsky*
By:   David Orlofsky
         Partner & Managing Director

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

## **EXHIBITS**

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of APS for the Period from June 3, 2025 through July 1, 2025:

**Exhibit A - Summary of Professional Fees and Expenses**

**Exhibit B - Summary of Individual Fees, Role and Hours by Professional**

## **Exhibit A**

Summary of Professional Fees and Expenses
from June 3, 2025 through July 1, 2025

| | | |
|---|---|---:|
| David Orlofsky as CRO[1] | $ | 172,311.83 |
| **Total Professional Fees** | **$** | **172,311.83** |

---

[1] Pursuant to the engagement letter dated October 11, 2024, the services for David Orlofsky as Chief Restructuring Officer are billed at $175,000 per month.

## **Exhibit B**

Summary of Individual Fees, Role and Hours by Professional
from June 3, 2025 through July 1, 2025

| PROFESSIONAL | APS TITLE | COMPANY TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|---:|
| David Orlofsky | Partner & Managing Director | Chief Restructuring Officer | N/A | N/A | $ 172,311.83 |
| **Total Professional Fees** | | | | | **$ 172,311.83** |