**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On July 25, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Fee Examiner's Final Report Regarding Second Through Sixth Monthly and Final Fee Application Requests of Deloitte & Touche LLP [Docket No. 1760]

- Fee Examiner's Final Report Regarding Second Through Sixth Monthly and Final Fee Applications of Kroll Restructuring Administration LLC [Docket No. 1761]

- Fee Examiner's Final Report Regarding Third Through Sixth Combined Monthly and Final Fee Applications of Perella Weinberg Partners LP [Docket No. 1762]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

Dated: August 5, 2025

<u>/s/ Engels Medina</u>
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 5, 2025, by Engels Medina, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

<u>/s/ OLEG BITMAN</u>
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C., Nicole L. Greenblatt, P.C., Derek I. Hunter | | | | | | joshua.sussberg@kirkland.com; nicole.greenblatt@kirkland.com; derek.hunter@kirkland.com | Email |
| Kirkland & Ellis LLP | Attn: Mark McKane, P.C. | | | | | | mark.mckane@kirkland.com | Email |
| Landis Rath & Cobb LLP | Attn: Adam G. Landis, Matt McGuire, Elizabeth Rogers | 919 Market Street Suite 1800 | P.O. Box 2087 | Wilmington | DE | 19801 | landis@lrclaw.com; mcguire@lrclaw.com; erogers@lrclaw.com | First Class Mail and Email |
| Latham & Watkins LLP | Attn: Jennifer Ezring, James Ktsanes, Andrew Sorkin | 1271 Avenue of the Americas | | New York | NY | 10020 | Jennifer.Ezring@lw.com; James.Ktsanes@lw.com; andrew.sorkin@lw.com | First Class Mail and Email |
| Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox, Esq | | | | | | timothy.fox@usdoj.gov | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Colin R. Robinson | | | | | | bsandler@pszjlaw.com; | Email |
| Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Alan J. Kornfeld, Theodore S. Heckel | | | | | | rfeinstein@pszjlaw.com; akornfeld@pszjlaw.com; theckel@pszjlaw.com | Email |
| Paul Hastings LLP | Attn: Jayme Goldstein, Jeremy Evans, Isaac Sasson, Daniel Fliman | 200 Park Avenue | | New York | NY | 10166 | jaymegoldstein@paulhastings.com; jeremyevans@paulhastings.com; isaacsasson@paulhastings.com; danfliman@paulhastings.com | First Class Mail and Email |
| Seward & Kissel LLP | Attn: Gregg Bateman, Sagar Patel, Michael Danenberg, John R. Ashmead, Gregg S. Bateman, Andrew J. Matott | One Battery Park Plaza | | New York | NY | 10004 | bateman@sewkis.com; patel@sewkis.com; danenberg@sewkis.com; ashmead@sewkis.com; bateman@sewkis.com; matott@sewkis.com | First Class Mail and Email |
| White & Case LLP | Attn: Thomas Lauria | 200 South Biscayne Boulevard, Suite 4900 | | Miami | FL | 33131 | tlauria@whitecase.com | First Class Mail and Email |
| White & Case LLP | Attn: Bojan Guzina | 111 S. Wacker Dr., Suite 5100 | | Chicago | IL | 60606 | bojan.guzina@whitecase.com | First Class Mail and Email |
| Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke, Shella Borovinskaya | | | | | | emorton@ycst.com; mlunn@ycst.com; amielke@ycst.com; sborovinskaya@ycst.com | Email |