# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Franchise Group, Inc., *et al.* | Case No. 24-12480 (LSS) |
| Debtor(s). | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Raeann Warner, certify that I served the foregoing Re-Notice of Motion for Relief from Stay via email to the following counsel of record:

Franchise Group, Inc., et al.
c/o Kirkland & Ellis LLP
Attn: William E. Arnault, Esq.
333 West Wolf Point Plaza
Chicago, IL 60654
Email: warnault@kirkland.com

Franchise Group, Inc., et al.
c/o Young Conaway Stargatt & Taylor, LLP
Attn: Shella Borovinskaya, Esq.
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: sborovinskaya@ycst.com

U.S. Trustee
Office of the United States Trustee
Attn: Timothy Jay Fox, Jr., Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Email: timothy.fox@usdoj.gov

Official Committee of Unsecured Creditors
c/o Pachulski Stang Ziehl & Jones LLP
Attn: Gregory V. Demo, Esq.
1700 Broadway
Ste 36th Floor

New York, NY 10019
Email: gdemo@pszjlaw.com

Respectfully Submitted,

COLLINS PRICE WARNER & WOLOSHIN
*/s/ Raeann Warner*
Raeann Warner (# 4931)
8 East 13th Street
Wilmington, DE 19801
302-655-4600
raeann@cpwwlaw.com

*Attorney for Creditor/Movant*