IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Franchise Group, Inc., *et al.*, | ) Case No. 24-12480 (LSS) |
|  | ) (Jointly Administered) |
| Debtors. | ) Re: Docket No. 1710 |

**NOTICE OF WITHDRAWAL OF APPLICATION OF GEXA ENERGY, LP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES**

PLEASE TAKE NOTICE that Gexa Energy, LP, by counsel, hereby voluntarily withdraws, as settled, its *Application of Gexa Energy, LP for Allowance and Payment of Administrative Expenses*, filed July 10, 2025 at Docket No. 1710.

Dated: August 11, 2025

WHITEFORD, TAYLOR & PRESTON LLC

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)
600 N. King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4145
E-mail: wtaylor@whitefordlaw.com

and

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
E-mail: russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

*Counsel for Gexa Energy, LP*

1