# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtors. | (Jointly Administered) |
| | **Re: D.I. 1704** |

## NOTICE OF WITHDRAWAL OF MOTION OF RINGCENTRAL, INC. FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM

PLEASE TAKE NOTICE that RingCentral, Inc. ("RingCentral"), by and through its undersigned counsel, hereby withdraws the *Motion of RingCentral, Inc. for Allowance and Payment of an Administrative Expense Claim* filed on July 7, 2025 at Docket No. 1704.

Dated: August 11, 2025            Respectfully submitted,

**CLARK HILL PLC**

*/s/ Karen M. Grivner*
Karen M. Grivner (DE Bar No. 4372)
824 N. Market Street, Suite 710
Wilmington, Delaware 19801
Telephone: (302) 250-4750
Facsimile: (302) 421-9439
kgrivner@clarkhill.com

-and-

James L. Ugalde (AZ Bar No. 022733)
3200 N. Central Avenue, Suite 1600
Phoenix, Arizona 85012
Telephone: (602) 440-4817
Facsimile: (602) 257-9582
jugalde@clarkhill.com

-and-

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

Tara L. Bush (TX Bar No. 24122050)
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330
tbush@clarkhill.com

*Counsel for RingCentral, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Karen M. Grivner, certify that on August 11, 2025, a true and correct copy of the foregoing *Notice of Withdrawal of Motion of RingCentral, Inc. for Allowance and Payment of an Administrative Expense Claims* was served upon all parties that are registered to receive electronic notices via the electronic notification pursuant to the ECF procedures in this District, and on the parties on the attached service list via email.

Dated: August 11, 2025

Respectfully submitted,

**CLARK HILL PLC**

*/s/ Karen M. Grivner*
Karen M. Grivner (DE Bar No. 4372)
824 N. Market Street, Suite 710
Wilmington, Delaware 19801
Telephone: (302) 250-4750
Facsimile: (302) 421-9439
kgrivner@clarkhill.com

-and-

James L. Ugalde (AZ Bar No. 022733)
3200 N. Central Avenue, Suite 1600
Phoenix, Arizona 85012
Telephone: (602) 440-4817
Facsimile: (602) 257-9582
jugalde@clarkhill.com

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

L7896\461475\283191747

-and-

Tara L. Bush (TX Bar No. 24122050)
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330
tbush@clarkhill.com

*Counsel for RingCentral, Inc.*

## SERVICE LIST

Edmon L. Morton
Matthew B. Lunn
Allison S. Mielke
Shella Borovinskaya
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

*Co-Counsel to the Reorganized Debtors*

Bradford J. Sandler
Peter J. Keane
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899
bsandler@pszjlaw.com
pkeane@pszjlaw.com
-and-
Robert J. Feinstein
Alan J. Kornfeld
Theodore S. Heckel
Pachulski Stang Ziehl & Jones LLP
1700 Broadway, 36th Floor
New York, New York 10019
rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

Joshua A. Sussberg
Nicole L. Greenblatt
Derek I. Hunter
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com
-and-
Mark McKane
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104
mark.mckane@kirkland.com

*Co-Counsel to the Reorganized Debtors*

Timothy Jay Fox, Jr.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801
timothy.fox@usdoj.gov