## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) Case No. 24-12480 (LSS) |
| Reorganized Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket No. 1750** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1750

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Combined Seventh Monthly and Final Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the (I) Monthly Period from June 1, 2025 Through June 2, 2025 for the Debtors; (II) the Monthly Period from June 3, 2025 Through July 1, 2025 for Topco; and (III) the Final Period from November 3, 2024 Through and Including June 2, 2025 for the Debtors, and Through and Including July 1, 2025 for Topco* [Docket No. 1750] (the "Application") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on July 21, 2025. Pursuant to the Application, objections to the Application were to be filed and served no later than 4:00 p.m. (prevailing Eastern Time) on August 11, 2025.

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the monthly portion of the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Estate Professionals* [Docket No. 353], the Reorganized Debtors are now authorized to pay 80% ($14,396.80) of requested fees ($17,996.00) (for all Debtors) and 80% ($13,056.00) of requested fees ($16,320.00) (for TopCo) on an interim basis without further order of the Court.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 12, 2025
Wilmington, Delaware

*/s/ Allison S. Mielke*

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|---|---|
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone: (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile: (212) 446-4900 |
| Telephone: (302) 571-6600 | Email: joshua.sussberg@kirkland.com |
| Facsimile: (302) 571-1253 | nicole.greenblatt@kirkland.com |
| Email: emorton@ycst.com | derek.hunter@kirkland.com |
| mlunn@ycst.com | |
| amielke@ycst.com | - and - |
| sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | Email: mark.mckane@kirkland.com |
| *Co-Counsel to the Reorganized Debtors* | *Co-Counsel to the Reorganized Debtors* |