**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) Case No. 24-12480 (LSS) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) Re: Docket No. 1774 |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1774

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Reorganized Debtors' Third Motion for Entry of an Order (I) Enlarging the Period Within Which the Reorganized Debtors or Litigation Trust May Remove Actions and (II) Granting Related Relief* [Docket No. 1774] (the "Motion") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on July 30, 2025.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than 4:00 p.m. (prevailing Eastern Time) on August 12, 2025.

As no responses to the Motion have been received, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

Dated: August 13, 2025
Wilmington, Delaware

/s/ Allison S. Mielke

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: emorton@ycst.com
 mlunn@ycst.com
 amielke@ycst.com
 sborovinskaya@ycst.com

*Co-Counsel to the Reorganized Debtors*

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
 nicole.greenblatt@kirkland.com
 derek.hunter@kirkland.com

- and -

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: mark.mckane@kirkland.com

*Co-Counsel to the Reorganized Debtors*