IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | ) Case No. 24-12480 (LSS) |
| Reorganized Debtor. | ) |

**NOTICE OF AGENDA FOR
HEARING OF MATTERS SCHEDULED FOR
AUGUST 19, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**WITH PERMISSION FROM THE COURT, THIS HEARING IS CANCELLED
AS NO MATTERS ARE GOING FORWARD**

**ADJOURNED/RESOLVED MATTERS**

1. Motion of Coyote Logistics LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 1692, 7/3/25]

    Objection Deadline:    July 15, 2025, at 4:00 p.m. (prevailing Eastern Time); extended for the Reorganized Debtors to August 5, 2025, at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    A. Notice of Withdrawal of Coyote Logistics LLC's Motion for Allowance and Payment of Administrative Expense claim Pursuant to 11 U.S.C. §503(b) [D.I. 1759, 7/24/25]

    Responses Received:  None.

    Status:    This matter has been withdrawn.  A hearing is not required.

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876.  The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456.  The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/.  All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

2.  Carlos Linares' Motion for an Order Modifying Stay and/or Any Plan Injunction [D.I. 1693, 7/7/25]

    Objection Deadline:  July 15, 2025, at 4:00 p.m. (prevailing Eastern Time); extended for the Reorganized Debtors to August 12, 2025, at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    A.  Certification of Counsel Regarding Stipulation Granting Carlos Linares Limited Relief from the Plan Injunction [D.I. 1817, 8/12/25]

    B.  Order Approving Stipulation Granting Limited Relief from the Plan Injunction [D.I. 1828, 8/15/25]

    Responses Received:

    A.  Informal response from the Reorganized Debtors

    Status:  An order has been entered. A hearing is not required.

3.  Motion of United Parcel Service, Inc. for Allowance and Payment of Administrative Expense Claim [D.I. 1699, 7/7/25]

    Objection Deadline:  July 28, 2025, at 4:00 p.m. (prevailing Eastern Time); extended for the Reorganized Debtors to August 5, 2025, at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    A.  Notice of Withdrawal of Motion of United Parcel Service, Inc. for Allowance and Payment of Administrative Expense Claim [D.I. 1827, 8/14/25]

    Responses Received:  None.

    Status:  This matter has been withdrawn. A hearing is not required.

4.  6001 Powerline Road, LLC's Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim [D.I. 1700, 7/7/25]

    Objection Deadline:  July 21, 2025, at 4:00 p.m. (prevailing Eastern Time); extended for the Reorganized Debtors to September 16, 2025, at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:  None to date.

Responses Received:

A. Informal response from the Reorganized Debtors.

Status: The parties have agreed to adjourn this matter to the September 30, 2025 omnibus hearing date.

5. Application of Kin Landlords for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§365(d)(3) and 503(b)(1)(A) Arising from Non-Residential Real Property Leases [D.I. 1703, 7/7/25]

Objection Deadline: July 28, 2025, at 4:00 p.m. (prevailing Eastern Time); extended for the Reorganized Debtors to August 5, 2025, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

A. Notice of Withdrawal of Application of Kin Landlords for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§365(d)(3) and 503(b)(1)(A) Arising from Non-Residential Real Property Leases [D.I. 1822, 8/13/25]

Responses Received: None.

Status: This matter has been withdrawn. A hearing is not required.

6. Motion of RingCentral, Inc. for Allowance and Payment of an Administrative Expense Claim [D.I. 1704, 7/7/25]

Objection Deadline: August 5, 2025, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

A. Notice of Withdrawal of Motion of RingCentral, Inc. for Allowance and Payment of an Administrative Expense Claim [D.I. 1814, 8/11/25]

Responses Received: None.

Status: This matter has been withdrawn. A hearing is not required.

7. Application of Gexa Energy, LP for Allowance and Payment of Administrative Expenses [D.I. 1710, 7/10/25]

Objection Deadline: July 24, 2025, at 4:00 p.m. (prevailing Eastern Time); extended for the Reorganized Debtors to August 12, 2025, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

    A. Notice of Withdrawal of Application of Gexa Energy, LP for Allowance and Payment of Administrative Expenses [D.I. 1812, 8/11/25]

Responses Received:

    A. Informal response from the Reorganized Debtors

Status:     This matter has been withdrawn. A hearing is not required.

8. The Gazzo Parties' Motion for an Order (I) Determining Escrowed Funds to be Non-Estate Property and Compelling Disbursement; (II) Granting, in the Alternative, an Administrative Expense Claim and Payment from Escrowed Funds; and (III) Granting Related Relief [(Sealed) D.I. 1697, (Redacted) D.I. 1713, 7/10/25]

    Objection Deadline:   July 15, 2025, at 4:00 p.m. (prevailing Eastern Time); extended for the Reorganized Debtors to August 1, 2025, at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

        A. Order Authorizing the Filing Under Seal of the Gazzo Parties' Motion for an Order (I) Determining Escrowed Funds to be Non-Estate Property and Compelling Disbursement; (II) Granting, in the Alternative, an Administrative Expense Claim and Payment from Escrowed Funds; and (III) Granting Related Relief [D.I. 1771, 7/29/25]

        B. Notice of Withdrawal of the Gazzo Parties' Motion for an Order (I) Determining Escrowed Funds to be Non-Estate Property and Compelling Disbursement; (II) Granting, in the Alternative, an Administrative Expense Claim and Payment from Escrowed Funds; and (III) Granting Related Relief [D.I. 1785, 8/1/25]

    Responses Received:   None.

    Status:     This matter has been withdrawn. A hearing is not required.

9. The Gazzo Parties' Motion for Entry of an Order Authorizing the Filing Under Seal of the Gazzo Parties' Motion for an Order (I) Determining Escrowed Funds to be Non-Estate Property and Compelling Disbursement; (II) Granting, in the Alternative, an Administrative Expense Claim and Payment from Escrowed Funds; and (III) Granting Related Relief [D.I. 1716, 7/10/25]

    Objection Deadline:   July 24, 2025, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

 A. Certificate of No Objection Regarding the Gazzo Parties' Motion for Entry of an Order Authorizing the Filing Under Seal of the Gazzo Parties' Motion for an Order (I) Determining Escrowed Funds to be Non-Estate Property and Compelling Disbursement; (II) Granting, in the Alternative, an Administrative Expense Claim and Payment from Escrowed Funds; and (III) Granting Related Relief [D.I. 1764, 7/25/25]

 B. Order Authorizing the Filing Under Seal of the Gazzo Parties' Motion for an Order (I) Determining Escrowed Funds to be Non-Estate Property and Compelling Disbursement; (II) Granting, in the Alternative, an Administrative Expense Claim and Payment from Escrowed Funds; and (III) Granting Related Relief [D.I. 1771, 7/29/25]

Responses Received: None.

Status: An order has been entered. A hearing is not required.

10. Reorganized Debtors' Motion for Entry of a Final Decree and Order Closing the Chapter 11 Case of Freedom VCM Holdings, LLC [D.I. 1767, 7/28/25]

 Objection Deadline: August 5, 2025, at 4:00 p.m. (prevailing Eastern Time)

 Related Documents:

  A. Certificate of No Objection Regarding Docket No. 1767 [D.I. 1794, 8/6/25]

  B. Final Decree and Order Closing the Chapter 11 Case of Freedom VCM Holdings, LLC [D.I. 1805, 8/7/25]

 Responses Received: None.

 Status: An order has been entered. A hearing is not required.

11. Reorganized Debtors' Motion for Order Extending the Administrative Claims Objection Deadline Under Confirmed Chapter 11 Plans [D.I. 1769; 7/29/25]

 Objection Deadline: August 12, 2025, at 4:00 p.m. (prevailing Eastern Time)

 Related Documents:

  A. Certificate of No Objection Regarding Docket No. 1769 [D.I. 1824, 8/13/25]

  B. Order Extending the Administrative Claims Objection Deadline Under Confirmed Chapter 11 Plans [D.I. 1829, 8/15/25]

        Responses Received:  None.

        Status:        An order has been entered.  A hearing is not required.

12. Reorganized Debtors' Third Motion for Entry of an Order (I) Enlarging the Period Within Which the Reorganized Debtors or Litigation Trust May Remove Actions and (II) Granting Related Relief [D.I. 1774, 7/30/25]

        Objection Deadline:    August 12, 2025, at 4:00 p.m. (prevailing Eastern Time)

        Related Documents:

           A. Certificate of No Objection Regarding Docket No. 1774 [D.I. 1825, 8/13/25]

           B. Order (I) Enlarging the Period Within Which the Reorganized Debtors or Litigation Trust May Remove Actions and (II) Granting Related Relief [D.I. 1830, 8/15/25]

        Responses Received:  None.

        Status:        An order has been entered.  A hearing is not required.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 15, 2025
Wilmington, Delaware

*/s/ Shella Borovinskaya*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone: (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile: (212) 446-4900 |
| Telephone: (302) 571-6600 | Email: joshua.sussberg@kirkland.com |
| Facsimile: (302) 571-1253 | nicole.greenblatt@kirkland.com |
| Email: emorton@ycst.com | derek.hunter@kirkland.com |
| mlunn@ycst.com | |
| amielke@ycst.com | - and - |
| sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | Email: mark.mckane@kirkland.com |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |