IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 cases.

On May 27, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Arch Village Mgmt Realty (ADRID: 30162446), David Galpern, 3528 Grove Ave, Office A, Richmond, VA 23221:

- Debtors' Sixth Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code Authorizing the Debtors to (I) Reject Certain Unexpired Leases, Effective as of the Rejection Date; and (II) Abandon Personal Property [Docket No. 586]

On May 27, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Gbuzz, LLC (ADRID: 30162533), James Sole, 636 Woodbridge Drive, Ormond Beach, FL 32174:

- Seventh Omnibus Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code Authorizing the Debtors to (I) Reject Certain Unexpired Leases, Effective as of the Rejection Date; and (II) Abandon Personal Property [Docket No. 746]

On May 27, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Contract Counterparties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Plan Supplement [Docket No. 1182]

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24- 12480 (LSS).

On May 27, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on BoardVantage, Inc. (ADRID: 29776795), 1100 Marsh Rd, Menlo Park, CA 94025-1014:

- Notice of Filing of Further Revised Sale Order and Further Amended Cure Schedule [Docket No. 1408]

On June 4, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Fit Foods Distribution Inc. (ADRID: 29790754), 1589 Kebet Way, Port Coquitlam, BC, V3C 6L5, Canada:

- Notice of Proposed Sale of Assets, Bidding Procedures, Auction and Sale Hearing [Docket No. 454]

Dated: June 25, 2025

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 25, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

SRF 88542, 88735, 88736, 88737 & 88738

**Exhibit A**

Exhibit A
Supplemental Contract Counterparties Service List
Served via First Class Mail

| ADRID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 30282167 | HireRight, LLC | 100 Centerview Drive | Suite 300 | Nashville | TN | 37214 |
| 30282202 | Tri-County Movers SP | 2580 N Powerline Rd # 605 | | Pompano Beach | FL | 33069-1058 |