## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the date set forth on the Supplemental Affected Contract Counterparties Service List attached hereto as **<u>Exhibit A</u>**:

- Debtors' Motion for Entry of an Order (I) Authorizing Franchise Group Intermediate V, LLC to Enter Into and Perform Its Obligations Under the Asset Purchase Agreement, (II) Approving the Sale of Certain Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 1283]

Dated: July 10, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 10, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

SRF 88790, 88916, 89093 & 89197

**<u>Exhibit A</u>**

Exhibit A
Supplemental Affected Contract Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country | Date of Service |
|---|---|---|---|---|---|---|---|---|---|
| 29776601 | 4R Systems, Inc. | PO Box 888 | | | Southeastern | PA | 19399-9002 | | June 3, 2025 |
| 29783828 | Active Interest Media | 2143 Grand Ave | | | Des Moines | IA | 50312 | | June 17, 2025 |
| 29776630 | Adlucent, LLC | 1740 Main Street | | | Kansas City | MO | 64108 | | June 9, 2025 |
| 29783838 | Advanced Nutrition by Zahler Inc. | 101 Henley Avenue | | | New Milford | NJ | 07646 | | June 17, 2025 |
| 29783839 | Advantage Sales & Marketing d/b/a Advantage Media | 8001 Forsyth Blvd Ste 1025 | | | Clayton | MO | 63105-1706 | | May 29, 2025 |
| 29776683 | Angeion Group LLC | 1650 Arch Street | Suite 2210 | | Philadelphia | PA | 19103 | | June 3, 2025 |
| 29603299 | BANK OF AMERICA | ACCOUNT ANALYSIS | 100 NORTH TRYON STREET | | CHARLOTTE | NC | 28202 | | June 3, 2025 |
| 29785633 | Brian Buford & Associates, Inc. | 1841 W Addison St | | | Chicago | IL | 60613 | | June 3, 2025 |
| 29784070 | Capital Brands LLC | 10900 Wilshire Blvd | Ste 900 | | Los Angeles | CA | 90024-6500 | | June 9, 2025 |
| 29776860 | Careerminds Group Inc. | 18 Germay Dr | Suite 2A | | Wilmington | DE | 19804 | | June 9, 2025 |
| 29785799 | Coppertree Staffing LLC | 143 Boathouse Lane | | | Bay Shore | NY | 11706 | | May 29, 2025 |
| 29624171 | Criteo Corp | PO Box 392422 | | | Pittsburgh | PA | 15251-9422 | | June 9, 2025 |
| 29776986 | Discovery Benefits, Inc. | 1 Hancock Street | | | Portland | ME | 04101 | | May 29, 2025 |
| 29777000 | Dr. Bronner's Magic Soaps | 1335 Park Center Dr | | | Vista | CA | 92081 | | May 29, 2025 |
| 29777025 | Edge Realty Partners Austin LLC | 623 W 38th Street | Suite 310 | | Austin | TX | 78705 | | June 3, 2025 |
| 29784365 | GENCEUTIC NATURALS | 85 Commerce Drive | | | Hauppauge | NY | 11788 | | May 29, 2025 |
| 29777213 | Hero Nutritional Products LLC | 1900 Carnegie Avenue | Building A | | Santa Ana | CA | 92705 | | June 3, 2025 |
| 29784482 | IMC Associates | 112 Perrys Ln | | | Manahawkin | NJ | 08050 | | June 3, 2025 |
| 29784486 | Impact Nutrition LLC | 1407 Crowley Rayne Hwy | | | Crowley | LA | 70526 | | June 3, 2025 |
| 29777251 | Infinite Labs, LLC | 131 S New York Avenue | | | Winter Park | FL | 32789 | | June 17, 2025 |
| 29784517 | IQ Formulations LLC, DBA Metabolic Nutrition | 10151 NW 67th Street | | | Tamarac | FL | 33321 | | June 9, 2025 |
| 29777283 | Jakemans Confectioners | Endeavour Way | Sutterton Enterprise Park | Sutterton | Boston,Lincs | | PE20 2JA | United Kingdom | June 9, 2025 |
| 29777331 | Kimmerle Newman Architects | 127 W 20th St | | | New York | NY | 10011 | | May 29, 2025 |
| 29784595 | KLDiscovery | 9023 Columbine Road | | | Eden Prairie | MN | 55347 | | June 17, 2025 |
| 29777383 | Leslie's Organics, LLC | 1297 Dynamic St | | | Petaluma | CA | 94954-1457 | | June 3, 2025 |
| 29784663 | LivePerson, Inc. | 530 7th Ave | Floor M1 | | New York | NY | 10018 | | June 3, 2025 |
| 29784664 | LiveRamp, Inc. | 225 Bush St | Flr 17 | | San Francisco | CA | 94105 | | May 29, 2025 |
| 29777406 | Loadsmart, Inc. | 175 W. Jackson Blvd | Suite 1400 | | Chicago | IL | 60604 | | June 3, 2025 |
| 29777439 | Mark IV Operations, Inc. | 720 South Front Street | | | Elizabeth | NJ | 07202 | | May 29, 2025 |
| 29784708 | Marriott Hotel Services, Inc. | 10400 Fernwood Rd | | | Bethesda | MD | 20817-1102 | | June 17, 2025 |
| 29777457 | Mckinsey & Company, Inc. United States | 3 World Trade Center | 175 Greenwich Street | | New York | NY | 10007 | | June 3, 2025 |
| 29777468 | Mercola.com Health Resources LLC | 125 SW 3rd Place | Suite 205 | | Cape Coral | FL | 33991 | | June 3, 2025 |
| 29627686 | Natural Vitality | Charles Girdlestone | 1301 Sawgrass Corporate Pkwy | | Sunrise | FL | 33323 | | June 3, 2025 |
| 29784802 | Natural Vitality | 1301 Sawgrass Corporate Pkwy | | | Sunrise | FL | 33323 | | June 17, 2025 |
| 29790934 | Nubreed Nutrition | 318 John R Road | Suite 310 | | Troy | MI | 48083 | | May 29, 2025 |
| 29784874 | Olympian Labs | 21410 N. 15th Lane | Suite 114 | | Phoenix | AZ | 85027 | | June 17, 2025 |
| 29784916 | Paramount Beauty Distributing Associates Inc. | 125 Commerce Drive | | | Hauppauge | NY | 11788 | | June 17, 2025 |
| 29776535 | Prana Biovegan Corp. | 430 Stinson Street | | | Ville St Laurent | QC | H4N 2E9 | Canada | June 3, 2025 |
| 29777708 | Pratt (Allentown Corrugating), LLC | 7533 Industrial Parkway | Suite 100 | | Macungie | PA | 18062 | | May 29, 2025 |
| 29785004 | Premier Nutrition | 1222 67th St | Suite 210 | | Emeryville | CA | 94608 | | June 9, 2025 |
| 29777724 | Pronatura Inc. | 5420 Newport Drive #52, Rolling , | | | Meadows | IL | 60008 | | June 9, 2025 |

Exhibit A
Supplemental Affected Contract Counterparties Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country | Date of Service |
|---|---|---|---|---|---|---|---|---|---|
| 29777724 | Pronatura Inc. | 5420 Newport Drive #52, Rolling , | | | Meadows | IL | 60008 | | June 17, 2025 |
| 29791007 | RCBA Nutraceuticals LLC | 635 Century Point | | | LAKE MARY | FL | 32746 | | June 17, 2025 |
| 29785150 | Sambazon, Inc. | 209 Avenida Fabricante | | | San Clemente | CA | 92672 | | June 17, 2025 |
| 29606264 | SOCIAL EDGE CONSULTING LLC | 601 Washington Ave, Ste J #1030 | | | Manahawkin | NJ | 08050 | | June 3, 2025 |
| 29791071 | SPINS LLC | 311 W HURON ST | SUITE 900 | | CHICAGO | IL | 60654 | | June 17, 2025 |
| 29777948 | StarChem Labs | 5689 NW 35th Ct. | | | Miami | FL | 33142 | | June 3, 2025 |
| 29785293 | Suluta Corp DBA AffiliateManager.com | 101 S Garland Ave | Ste 108 | | Orlando | FL | 32801-3276 | | June 9, 2025 |
| 29785660 | SWISSE WELLNESS INC | 13501 Ingenuity Drive | Suite 150 | | Orlando | FL | 32826 | | June 3, 2025 |
| 29778106 | Valassis Direct Mail, Inc. | 227 West Monroe Street | Suite 500 | | Chicago | IL | 60606 | | June 3, 2025 |
| 29785456 | Vertex, Inc. | 2301 Renaissance Blvd | Suite 200 | | Newport Beach | PA | 19406 | | June 3, 2025 |
| 29791162 | Vital Pharmaceuticals, Inc. | 6701 Bay Pkwy Ste 3 | | | BROOKLYN | NY | 11204-4750 | | June 3, 2025 |
| 29791237 | Zhena's Gypsy Tea | 6041 Triangle Dr. | | | Commerce | CA | 90041 | | June 3, 2025 |