RECEIVED

2025 SEP -4 A 10:08

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

8-27-2025
August

CASE Number #24-12480
Yes I am a client of
FREight AMERIAN FRIEght
BankRuptcy court.
I am updating up my Info
This WAS my old Address

3332 Lodge POle circle
college-station-TEXAS
77845
I move.
This IS my Address
New Address
1105 ANdeRSON-street
Apt #44
college-station-TX
77840
cell#
Thank you 979-813-8755
Barbara Pinchback

BARBARA PinchBack
1105 AndeRSon Street
Apt# 44
College-station-TExAS
77840

HOUSTON TX RPDC 773
29 AUG 2025 PM 4 L

KROLL-RestRuctuRing-Franchise
GRoup Inc.-u.s. Bank Rupicty-court
1824-NoRth maRket
St. 3Rd FLooR
WiLmatigon-PelwaRE
19801