## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Thomas J. Francella, Jr. certify that on September 5, I caused a copy of the *foregoing document* to be served via NEF upon all parties receiving such service.  Additionally, service was made via First Class mail upon the parties listed on the attached service list.

Dated:  September 5, 2025

**RAINES FELDMAN LITTRELL, LLP**

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr. (No. 3835)
Mark W. Eckard (No. 4542)
824 North Market Street, Suite 805
Wilmington, DE 19801
(302) 772-5803
tfrancella@raineslaw.com
meckard@raineslaw.com

*Counsel to the Litigation Trustee*

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876.  The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456.  In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/.  All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

1

10610614.1

## SERVICE LIST

Audrey L. Hornisher
Tara L. Bush
CLARK HILL PLC
901 Main Street, Suite 6000
Dallas, Texas 75202

ZARCO EINHORN SALKOWSKI, P.A.
Robert M. Einhorn, Esq.
One Biscayne Tower
2 S. Biscayne Blvd. 34th Floor
Miami, FL 33131

Barclay Damon LLP
Attn: Niclas A. Ferland
555 Long Wharf Drive, Sixth Floor
New Haven, CT 06511

Michael B. Pugh
Thompson, O'Brien, Kappler & Nasuti, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

WILLKIE FARR & GALLAGHER LLP
James C. Dugan
Stuart R. Lombardi
787 Seventh Avenue
New York, New York 10019

PAUL HASTINGS LLP
Jayme Goldstein
Daniel Fliman
Jeremy D. Evan
Isaac Sasson
200 Park Avenue
New York, New York 10166

And

Nicholas A. Bassett
2050 M. Street NW
Washington, DC 20036

Akin Gump Strauss Hauer & Feld LLP
Marty L. Brimmage, Jr.
2300 N. Field Street, Suite 1800
Dallas, TX 75201

1