## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Franchise Group, Inc., *et al.* | Case No. 24-12480 (LSS) |
| Debtor(s). | Jointly Administered |

### NOTICE OF WITHDRAW OF APPEARANCE

**PLEASE TAKE NOTICE** that Kasen Law Group, P.C. hereby withdraws its appearance as counsel for Carlos Linares, in this bankruptcy case, and requests that Kasen Law Group, P.C. be removed from any applicable service lists herein on behalf of Carlos Linares, including the Court's CM/ECF electronic notification list.

Carlos Linares has no controversy currently pending before the Court, and the undersigned certifies that Carlos Linares consents to this withdrawal of appearance.

**PLEASE TAKE FURTHER NOTICE** that all future notices, papers and pleadings related to Carlos Linares should be forwarded to her directly, as follows:

Carlos Linares
c/o The Huynh Law Firm, PLLC
Attn: Pavel "Paul" Savinov, Esq.
6100 Corporate Drive, Suite 110
Houston, Texas 77036

Dated: September 9, 2025        KASEN LAW GROUP, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
E-Mail: jkasen@kasenlawgroup.com

*Withdrawing Counsel to Carlos Linares*