## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

## **SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

At my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the date set forth on the Supplemental Amended Contract Counterparties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Second Amended Plan Supplement [Docket No. 1518]

At my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the date set forth on the Supplemental Affected Contract Counterparties Service List attached hereto as **Exhibit B**:

- Notice of Filing of Amended Schedule 1 to the Sale Order [Docket No. 1293]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24- 12480 (LSS).

Dated: September 12, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 12, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

**Exhibit A**

## Exhibit A
### Supplemental Amended Contract Counterparties Service List
Served via First Class Mail on the date as set forth

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | DATE OF SERVICE |
|---|---|---|---|---|---|---|
| 29776795 | BoardVantage, Inc. | 1100 Marsh Rd | Menlo Park | CA | 94025-1014 | July 11, 2025 |
| 30282158 | Cylindo LLC | 10731 Chandler Blvd | North Hollywood | CA | 91601 | July 10, 2025 |
| 30415711 | Kriser's Feeding Pets For Life, LLC | 5160 Buffalo Speedway | Houston | TX | 77005-4202 | July 10, 2025 |
| 30282177 | Kroll Information Assurance, LLC | 1 World Trade Ctr Fl 31 | New York | NY | 10007-0090 | July 10, 2025 |
| 30282185 | OneTrust | 505 North Angier Avenue | Atlanta | GA | 30308 | July 10, 2025 |

**Exhibit B**

Exhibit B

Supplemental Affected Contract Counterparties Service List

Served via First Class Mail on the date as set forth

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 29783846 | Affinity Resources, LLC | 800 W Cypress Creek Rd | | | Fort Lauderdale | FL | 33309 | | July 14, 2025 |
| 29776708 | At Last Naturals | P.O. Box 8305 | | | Sleepy Hollow | NY | 10591 | | July 14, 2025 |
| 29790612 | Bag Arts LLC | 1161 Broad Street  Suite 118 | | | Shrewsbury | Nj | 07702 | | July 14, 2025 |
| 29785633 | Brian Buford & Associates, Inc. | 3228 N Clifton Ave # 1N | | | Chicago | IL | 60657-3319 | | July 14, 2025 |
| 29776831 | Brownie Brittle, LLC | 1200 E. 14 Mile Road | | | Madison Heights | MI | 48071 | | July 14, 2025 |
| 29784070 | Capital Brands LLC | 10900 Wilshire Blvd | Ste 900 | | Los Angeles | CA | 90024-6500 | | July 14, 2025 |
| 29648921 | CDA Enterprises, LLC | 6847 83RD Ave SE | | | Mercer Island | WA | 98040-533 | | July 14, 2025 |
| 29648941 | Coronado Center LLC | Randolph Sanchez, Lori Locklear | 6600 Menaul NE | Suite 1 | Albuquerque | NM | 87110 | | July 14, 2025 |
| 29777022 | Eco Vessel | 300 South Riverside Plaza | Suite 2300 | | Chicago | IL | 60606 | | July 11, 2025 |
| 29784293 | Facebook | 1601 Willow Road | | | Menlo Park | CA | 94025 | | July 14, 2025 |
| 29784403 | Group Nine Media, Inc. | 1701 Rhode Island Avenue NW | | | Washington | DC | 20036 | | July 14, 2025 |
| 29776528 | GURU Beverage Co. | 7236 Waverly St. | #602 | | Montreal | QC | H2R 0C2 | Canada | July 14, 2025 |
| 29777240 | IFORCE Nutrition | 6015 B Unity Dr | | | Norcross | GA | 30071-4832 | | July 11, 2025 |
| 29784517 | IQ Formulations LLC, DBA Metabolic Nutrition | 10151 NW 67th Street | | | Tamarac | FL | 33321 | | July 14, 2025 |
| 29777360 | Kuli Kuli, Inc. | 548 Market Street | PMB 38526 | | San Francisco | CA | 94104-5401 | | July 14, 2025 |
| 29791906 | NMHG Financial Services, Inc. | PO Box 35701 | | | Billings | MT | 59107-5701 | | July 14, 2025 |
| 29604530 | Papa and Barkley Essentials, LLC | Douglas Jones | Vose St | | Los Angeles | CA | 91406 | | July 14, 2025 |
| 29785004 | Premier Nutrition | 1222 67th St | Suite 210 | | Emeryville | CA | 94608 | | July 14, 2025 |
| 29777713 | PRGX USA, Inc. | 200 Galleria Parkway | | | ATLANTA | GA | 30339 | | July 14, 2025 |
| 29777724 | Pronatura Inc. | 5420 Newport Drive #52, Rolling , | | | Meadows | IL | 60008 | | July 14, 2025 |
| 29604479 | Qualitas Health Inc | Amber Hoff | 2800 Post Oak Blvd | 5858 | HOUSTON | TX | 77056 | | July 14, 2025 |
| 29904794 | Quest Nutrition, LLC | Attn: Consumer Engagement | 777 S Aviation Blvd. | Ste.100 | El Segundo | CA | 90245 | | July 14, 2025 |
| 30227697 | Sidecar Interactive, Inc. | 1 S. Broad Street, Floor 20 | | | Philadelphia | PA | 19107 | | July 14, 2025 |
| 29606264 | SOCIAL EDGE CONSULTING LLC | 601 Washington Ave, Ste J #1030 | | | Manahawkin | NJ | 08050 | | July 14, 2025 |
| 29791071 | SPINS LLC | 311 W HURON ST | SUITE 900 | | CHICAGO | IL | 60654 | | July 14, 2025 |
| 29778019 | The Bramton Company, LLC | 2727 Chemsearch Blvd | | | Irving | TX | 75062 | | July 14, 2025 |
| 29778053 | Threshold Enterprises LTD | 23 Janis Way | | | Scotts Valley | CA | 95066 | | July 14, 2025 |
| 29792789 | Uber Freight US LLC | 433 W Van Buren St | | | Chicago | IL | 60607 | | July 14, 2025 |
| 29778115 | Vera Roasting Company, Inc. | 99 Bow St Ste 100E | | | Portsmouth | NH | 03801-3995 | | July 11, 2025 |
| 29791204 | Wibbitz Inc. | Attention: Data Protection Officer | 330 West 34th Street | 10th Floor | New York | NY | 10001 | | July 14, 2025 |
| 29778185 | Woodbolt Distribution, LLC | 332 Grace Lane | | | Austin | TX | 78746 | | July 14, 2025 |
| 29778210 | Zorb Naturals, LLC dba HCP Formulas | 9830 S. 51st St | Suite A129 | | Phoenix | AZ | 85044 | | July 14, 2025 |