**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Reorganized Debtors in the above-captioned chapter 11 cases.

On July 28, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Amended Contract Counterparties Service List attached hereto as **<u>Exhibit A</u>**:

- Notice of Filing of Second Amended Plan Supplement [Docket No. 1518]

At my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the date set forth on the Supplemental Mailing Service List attached hereto as **<u>Exhibit B</u>**:

- Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates [Docket No. 1605]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24- 12480 (LSS).

Dated: September 15, 2025

                                                    */s/ Paul Pullo*
                                                     Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 15, 2025, by Paul Pullo, proved to me
on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

SRF 90336, 90337 & 90391

**<u>Exhibit A</u>**

Exhibit A
Supplemental Amended Contract Counterparties Service List
Served via First-Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 29783761 | 1010data Retail Solutions LLC | 432 Park Ave South, 15th Floor | | New York | NY | 10016 |
| 30415709 | Insight Global, LLC | 1224 Hammond Drive | Suite 1500 | Atlanta | GA | 30346 |

In re: Franchise Group, Inc.
Case No. 24-12480 (LSS)

**<u>Exhibit B</u>**

Exhibit B
Supplemental Mailing Service List
Served via First-Class Mail on the date as set forth

| ADRID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | DATE OF SERVICE |
|---|---|---|---|---|---|---|
| 29642702 | A., GEORGE THOMAS | ADDRESS ON FILE | | | | JULY 28, 2025 |
| 29646888 | ANDERSON, JANIYA D | ADDRESS ON FILE | | | | JULY 28, 2025 |
| 29611435 | BROWN, CASSAUNDRA EVE | ADDRESS ON FILE | | | | AUGUST 6, 2025 |
| 29487912 | BROWN, DIANE | ADDRESS ON FILE | | | | AUGUST 6, 2025 |
| 29641606 | COURTNEY, HENLEY | ADDRESS ON FILE | | | | JULY 28, 2025 |
| 29648010 | FAIRCLOUGH, DWAYNE V | ADDRESS ON FILE | | | | JULY 28, 2025 |
| 29631646 | GAMBRELL, KYLE DAVID | ADDRESS ON FILE | | | | JULY 28, 2025 |
| 29629278 | KIRKLAND & ELLIS | 333 W WOLF POINT PLZ | CHICAGO | IL | 60654-8878 | JULY 28, 2025 |
| 29492488 | KIZER, JOSHUA | ADDRESS ON FILE | | | | AUGUST 6, 2025 |
| 29648033 | MCLEOD, TERRANCE J | ADDRESS ON FILE | | | | JULY 28, 2025 |
| 29634420 | MILLER, TYQUANDA QWATICE VIRZLE | ADDRESS ON FILE | | | | JULY 28, 2025 |
| 29646620 | ZOE, KANDOA A | ADDRESS ON FILE | | | | AUGUST 6, 2025 |