## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

At my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the date set forth on the Supplemental Affected Contract Counterparties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Amended Schedule 1 to the Sale Order [Docket No. 1293] (the "***Amended Schedule 1 to the Sale Order***")

On August 26, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Notice Parties Service List attached hereto as **Exhibit B**:

- Debtors' Motion for Entry of an Order (I) Authorizing Franchise Group Intermediate V, LLC to Enter Into and Perform Its Obligations Under the Asset Purchase Agreement, (II) Approving the Sale of Certain Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 1283]

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24- 12480 (LSS).

Date: September 15, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 15, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

SRF 91005, 91057 & 91063

**Exhibit A**

Exhibit A
Supplemental Affected Contract Counterparties Service List
Served via First-Class Mail on the date set forth below

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|
| 29776795 | BOARDVANTAGE, INC. | 151 WEST 42ND STREET | FLOORS 26, 27, 28 | NEW YORK | NY | 10036 | AUGUST 26, 2025 |
| 29777251 | INFINITE LABS, LLC | 2450 MAITLAND CENTER PKWY | STE 202 | MAITLAND | FL | 32751 | AUGUST 26, 2025 |
| 29790882 | LORD JAMESON | ADDRESS ON FILE | | | | | AUGUST 20, 2025 |
| 29790921 | MUSCLEPHARM CORP | 5214 SOUTH 136TH STREET | | OMAHA | NE | 68137 | AUGUST 26, 2025 |
| 29777531 | NATURAL DYNAMIX INC. | 6351 CHALET DR | | COMMERCE | CA | 90040 | AUGUST 20, 2025 |
| 29785097 | RENEW LIFE FORMULAS, INC. | 198 PALM HARBOR BLVD | | PALM HARBOR | FL | 34683 | AUGUST 26, 2025 |
| 29785195 | SHOPPERTRAK RCT CORPORATION | 433 W VAN BUREN ST | | CHICAGO | IL | 60607 | AUGUST 26, 2025 |
| 29604485 | SIX FOODS LLC | 343 SANSOME ST. #510 | | SAN FRANCISCO | CA | 94103 | AUGUST 20, 2025 |
| 29778021 | THE CHILL GROUP, INC. | PO BOX 780 | | VENICE | CA | 90066 | AUGUST 26, 2025 |
| 29791236 | ZENRIN USA, INC. | 1350 BAYSHORE HIGHWAY | SUITE 345 | BURLINGAME | CA | 94010 | AUGUST 20, 2025 |

**<u>Exhibit B</u>**

Exhibit B
Supplemental Notice Parties Service List
Served via First-Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 29784060 | C20 PURE COCONUT WATER, LLC | 4000 COVER STREET #110 | | LONG BEACH | CA | 90808 |
| 29784302 | FEDEX | CORPORATE ACCTS. RECEIVABLE | 701 WATERFORD WAY | MIAMI | FL | 33126 |
| 29784567 | KEEKI PURE AND SIMPLE | 3759 BROADMOOR AVE SE | STE E | GRAND RAPIDS | MI | 49512-3912 |
| 29790882 | LORD JAMESON | ADDRESS ON FILE | | | | |
| 29777515 | MUNTECH PRODUCTS, INC. | PO BOX 271722 | | FLOWER MOUND | TX | 75027 |
| 29785097 | RENEW LIFE FORMULAS, INC. | 198 PALM HARBOR BLVD | | PALM HARBOR | FL | 34683 |
| 29778021 | THE CHILL GROUP, INC. | PO BOX 780 | | VENICE | CA | 90066 |

In re: Franchise Group, Inc.,
Case No. 24-12480 (LSS)