**EXHIBIT A**

**Franchise Group, Inc.**
**Case No. 24-12480 (LSS)**
**Summary of Interim Fee Applications**

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Co-Counsel to the Debtors | 11/3/24 – 1/31/25 D.I. 1121, 1132 | $1,528,071.00 | $619.50 | $28,967.52 | $264.00 | $1,527,451.50 | $28,703.52 |
| Ernst & Young LLP, Tax, Accounting, and Valuation Services to the Debtors | 11/3/24 – 1/31/25 D.I. 1121 | $390,375.00 | $3,575.00 | $0.00 | $0.00 | $386,800.00 | $0.00 |
| Petrillo Klein + Boxer LLP, Special Counsel to the Debtors | 11/3/24 – 1/31/25 D.I. 1121, 1195 | $1,065,234.50 | $6,912.00 | $946,222.50 | $0.00 | $1,058,322.50 | $946,222.50 |
| Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors | 11/3/24 – 1/31/25 D.I. 1121 | $17,494.80 | $0.00 | $0.00 | $0.00 | $17,494.80 | $0.00 |
| Deloitte & Touche LLP, Independent Auditor to the Debtors | 11/3/24 – 12/31/24 D.I. 1121 | $452,318.50 | $2,524.00 | $1,881.88 | $0.00 | $449,794.50 | $1,881.88 |