**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

## FINAL FEE APPLICATIONS

**DEBTORS' PROFESSIONALS:**

**A.    Kirkland & Ellis LLP and Kirkland & Ellis International LLP**

1. First Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period February 14, 2025 Through and Including February 28, 2025 [D.I. 1319, 4/25/25]

2. Certificate of No Objection Regarding Docket No. 1319 [D.I. 1564, 5/27/25]

3. Second Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through and Including March 31, 2025 [D.I. 1610, 6/6/25]

4. Certificate of No Objection Regarding Docket No. 1610 [D.I. 1680, 6/30/25]

5. Third Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through and Including April 30, 2025 [D.I. 1690, 7/3/25]

6. Certificate of No Objection Regarding Docket No. 1690 [D.I. 1763, 7/25/25]

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24 12480 (LSS).

7. Fourth Combined Monthly and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the (I) Combined Monthly Fee Period for All Debtors from May 1, 2025 Through and Including June 2, 2025, (II) Solely with Respect to Topco, Combined Monthly Fee Period from June 3, 2025 Through and Including July 1, 2025, (III) and Final Period from February 14, 2025 (A) Through and Including June 2, 2025 and (B) Solely with Respect to Topco, Through and Including July 1, 2025 [D.I. 1751, 7/21/25]

8. Fee Examiner's Final Report Regarding Final Fee Application Request of Kirkland & Ellis LLP and Kirkland & Ellis International LLP [D.I. 1826, 8/13/25]

9. Certificate of No Objection Regarding Docket No. 1751 [D.I. 1844, 8/27/25]

**B.    Young Conaway Stargatt & Taylor, LLP**

1. First Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period November 3, 2024 Through December 31, 2024 [D.I. 983, 2/14/25]

2. Certificate of No Objection Regarding Docket No. 983 [D.I. 1076, 3/10/25]

3. Second Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 Through and Including January 31, 2025 [D.I. 1091, 3/12/25]

4. Certificate of No Objection Regarding Docket No. 1091 [D.I. 1238, 4/3/25]

5. First Interim Fee Application of Certain of the Debtors' Professionals for the Period from November 3, 2024 Through and Including January 31, 2025 [D.I. 1121, 3/17/25]

6. Supplement to Young Conaway Stargatt & Taylor, LLP to Debtors' First Interim Fee Application [D.I. 1132, 3/18/25]

7. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Young Conaway Stargatt & Taylor, LLC [D.I. 1243, 4/4/25]

8. Third Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co- Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 Through and Including February 28, 2025 [D.I. 1285, 4/16/25]

9. Certificate of No Objection Regarding Docket No. 1285 [D.I. 1439, 5/8/25]

10. Fourth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co- Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through and Including March 31, 2025 [D.I. 1552, 5/21/25]

11. Certificate of No Objection Regarding Docket No. 1552 [D.I. 1634, 6/12/25]

12. Fifth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co- Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through and Including April 30, 2025 [D.I. 1624, 6/11/25]

13. Certificate of No Objection Regarding Docket No. 1624 [D.I. 1691, 7/3/25]

14. Sixth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co- Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2025 Through and Including May 31, 2025 [D.I. 1671, 6/25/25]

15. Certificate of No Objection Regarding Docket No. 1671 [D.I. 1736, 7/18/25]

16. Combined Seventh Monthly and Final Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the (I) Monthly Period from June 1, 2025 Through June 2, 2025 for the Debtors; (II) the Monthly Period from June 3, 2025 Through July 1, 2025 for Topco; and (III) the Final Period form November 3, 2024 Through and Including June 2, 2025 for the Debtors, and Through and Including July 1, 2025 for Topco [D.I. 1750, 7/21/25]

17. Fee Examiner's Final Report Regarding Third Through Seventh Combined Monthly and Final Fee Applications of Young Conaway Stargatt & Taylor, LLP [D.I. 1796, 8/6/25]

18. Certificate of No Objection Regarding Docket No. 1750 [D.I. 1820, 8/12/25]

C. **Ernst & Young LLP**

1. First Combined Monthly Fee Statement of Ernst & Young LLP as Tax, Valuation, and Accounting Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 3, 2024 Through and Including December 31, 2024 [D.I. 1039, 2/28/25]

2. Certificate of No Objection Regarding Docket No. 1039 [D.I. 1271, 4/10/25]

3. Second Monthly Fee Statement of Ernst & Young LLP as Tax, Valuation, and Accounting Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2025 Through January 31, 2025 [D.I. 1096, 3/13/25]

4. Certificate of No Objection Regarding Docket No. 1096 [D.I. 1246, 4/4/25]

5. First Interim Fee Application of Certain of the Debtors' Professionals for the Period from November 3, 2024 Through and Including January 31, 2025 [D.I. 1121, 3/17/25]

3

6. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Ernst & Young LLP [D.I. 1259, 4/8/25]

7. Third Monthly Fee Statement of Ernst & Young LLP as Tax, Valuation, and Accounting Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2025 Through February 28, 2025 [D.I. 1306, 4/23/25]

8. Certificate of No Objection Regarding Docket No. 1306 [D.I. 1489, 5/15/25]

9. Fourth Monthly Fee Statement of Ernst & Young LLP as Tax, Valuation, and Accounting Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2025 Through March 31, 2025 [D.I. 1553, 5/21/25]

10. Certificate of No Objection Regarding Docket No. 1553 [D.I. 1635, 6/12/25]

11. Fifth Monthly Fee Statement of Ernst & Young LLP as Tax, Valuation, and Accounting Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2025 Through April 30, 2025 [D.I. 1684, 7/2/25]

12. Certificate of No Objection Regarding Docket No. 1684 [D.I. 1757, 7/24/25]

13. Sixth Monthly and Final Fee Statement of Ernst & Young LLP as Tax, Valuation, and Accounting Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from (I) May 1, 2025 Through and Including June 2, 2025 and (II) for the Period November 3, 2024 Through and Including June 2, 2025 [D.I. 1740, 7/21/25]

14. Fee Examiner's Final Report Regarding Third Through Sixth and Final Fee Application Requests of Ernst & Young LLP [D.I. 1809, 8/7/25]

15. Certificate of No Objection Regarding Docket No. 1740 [D.I. 1818, 8/12/25]

D. **Petrillo Klein + Boxer LLP**

1. First Combined Monthly Fee Application of Petrillo Klein + Boxer LLP as Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period November 3, 2024 Through December 31, 2024 [D.I. 1083, 3/11/25]

2. Certificate of No Objection Regarding Docket No. 1083 [D.I. 1237, 4/3/25]

3. Second Monthly Fee Application of Petrillo Klein + Boxer LLP as Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2025 Through January 31, 2025 [D.I. 1114, 3/17/25]

4. Certificate of No Objection Regarding Docket No. 1114 [D.I. 1261, 4/8/25]

5. First Interim Fee Application of Certain of the Debtors' Professionals for the Period from November 3, 2024 Through and Including January 31, 2025 [D.I. 1121, 3/17/25]

6. Supplement to First Interim Fee Application of Petrillo Klein + Boxer LLP [D.I. 1195, 3/28/25]

7. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Petrillo Klein + Boxer [D.I. 1260, 4/8/24]

8. Third Combined Monthly Fee Application of Petrillo Klein + Boxer LLP as Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2025 Through March 31, 2025 [D.I. 1558, 5/23/25]

9. Certificate of No Objection Regarding Docket No. 1558 [D.I. 1653, 6/18/25]

10. Fourth Monthly and Final Fee Application of Petrillo Klein + Boxer LLP as Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period April 1, 2025 Through June 2, 2025 and for the Final Period from November 3, 2024 Through June 2, 2025[D.I. 1725, 7/14/25]

11. Fee Examiner's Final Report Regarding Third and Fourth Combined Monthly and Final Fee Application Requests of Petrillo Klein + Boxer [D.I. 1784, 8/1/25]

12. Certificate of No Objection Regarding Docket No. 1725 [D.I. 1791, 8/6//25]

E. **Kroll Restructuring Administration LLC**

1. Combined Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from November 3, 2024 Through January 31, 2025 [D.I. 1031, 2/26/25]

2. Certificate of No Objection Regarding Docket No. 1031 [D.I. 1141, 3/20/25]

3. First Interim Fee Application of Certain of the Debtors' Professionals for the Period from November 3, 2024 Through and Including January 31, 2025 [D.I. 1121, 3/17/25]

4. Fee Examiner's Final Report Regarding Combined Monthly Fee Application Request of Kroll Restructuring Administration LLC [D.I. 1069, 3/7/25]

5. Second Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from February 1, 2025 Through February 28, 2025 [D.I. 1150, 3/21/25]

6. Certificate of No Objection Regarding Docket No. 1150 [D.I. 1277, 4/14/25]

7. Third Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2025 Through March 31, 2025 [D.I. 1373, 5/1/25]

8. Certificate of No Objection Regarding Docket No. 1373 [D.I. 1560, 5/23/25]

9. Fourth Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from April 1, 2025 Through April 30, 2025 [D.I. 1547, 5/20/25]

10. Certificate of No Objection Regarding Docket No. 1547 [D.I. 1626, 6/11/25]

11. Fifth Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from May 1, 2025 Through May 31, 2025 [D.I. 1678, 6/30/25]

12. Certificate of No Objection Regarding Docket No. 1678 [D.I. 1756, 7/23/25]

13. Sixth Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from June 1, 2025 Through June 2, 2025 [D.I. 1741, 7/21/25]

14. Certificate of No Objection Regarding Docket No. 1741 [D.I. 1819, 8/12/25]

15. Final Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from November 3, 2024 Through June 2, 2025 [D.I. 1742, 7/21/25]

16. Fee Examiner's Final Report Regarding Second Through Sixth Monthly and Final Fee Applications of Kroll Restructuring Administration LLC [D.I. 1761, 7/25/25]

F. **Deloitte & Touche LLP**

1. First Combined Monthly Fee Statement of Deloitte & Touche LLP for Compensation for Services Rendered as Independent Auditor to the Debtors and Reimbursement of Expenses Incurred for the Period from November 3, 2024 Through December 31, 2024 [D.I. 1100, 3/14/25]

2. Certificate of No Objection Regarding Docket No. 1100 [D.I. 1252, 4/7/25]

3. First Interim Fee Application of Certain of the Debtors' Professionals for the Period from November 3, 2024 Through and Including January 31, 2025 [D.I. 1121, 3/17/25]

4. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Deloitte & Touch LLP [D.I. 1209, 3/31/25]

5. Second Monthly Fee Statement of Deloitte & Touche LLP for Compensation for Services Rendered as Independent Auditor to the Debtors and Reimbursement of Expenses Incurred for the Period from January 1, 2025 Through January 31, 2025 [D.I. 1294, 4/21/25]

6. Certificate of No Objection Regarding Docket No. 1294 [D.I. 1472, 5/14/25]

7. Third Monthly Fee Statement of Deloitte & Touche LLP for Compensation for Services Rendered as Independent Auditor to the Debtors and Reimbursement of Expenses Incurred for the Period from February 1, 2025 Through February 28, 2025 [D.I. 1386, 5/14/25]

8. Certificate of No Objection Regarding Docket No. 1386 [D.I. 1565, 5/27/25]

9. Fourth Monthly Fee Statement of Deloitte & Touche LLP for Compensation for Services Rendered as Independent Auditor to the Debtors and Reimbursement of Expenses Incurred for the Period from March 1, 2025 Through March 31, 2025 [D.I. 1551, 5/21/25]

10. Certificate of No Objection Regarding Docket No. 1551 [D.I. 1633, 6/12/25]

11. Fifth Monthly Fee Statement of Deloitte & Touche LLP for Compensation for Services Rendered as Independent Auditor to the Debtors and Reimbursement of Expenses Incurred for the Period from April 1, 2025 Through April 30, 2025 [D.I. 1594, 6/2/25]

12. Certificate of No Objection Regarding Docket No. 1594 [D.I. 1670, 6/12/25]

13. Sixth Monthly and Final Fee Statement of Deloitte & Touche LLP for Compensation for Services Rendered as Independent Auditor to the Debtors and Reimbursement of Expenses Incurred for the Monthly Period from May 1, 2025 Through June 2, 2025 and for Final Period from November 3, 2024 Through June 2, 2025 [D.I. 1659, 6/20/25]

14. Certificate of No Objection Regarding Docket No. 1659 [D.I. 1723, 7/14/25]

15. Fee Examiner's Final Report Regarding Second Through Sixth Monthly and Final Fee Applications of Deloitte & Touche LLP [D.I. 1760, 7/25/25]

G. **Hilco Real Estate, LLC**

1. First and Final Fee Statement of Hilco Real Estate, LLC for Compensation for Services Rendered as Real Estate Consultants and Advisors to the Debtors and for Allowance of Compensation for Services Incurred for the Period from November 3, 2024 Through June 2, 2025 [D.I. 1673, 6/25/25]

2. Fee Examiner's Final Report Regarding Final Fee Application Request of Hilco Real Estate, LLC [D.I. 1726, 7/15/25]

3. Certificate of No Objection Regarding Docket No. 1673 [D.I. 1737, 7/18/25]

**H.**     **Ducera Partners LLC**

1. First Combined Monthly Fee Statement of Ducera Partners LLC for Compensation for Services Rendered as Investment Bankers to the Debtors and for Payment of Compensation and Reimbursement of Expenses Incurred for the Period from November 3, 2024 Through March 31, 2025 [D.I. 1425, 5/7/25]

2. Certificate of No Objection Regarding Docket No. 1425 [D.I. 1578, 5/29/25]

3. Second Monthly and Final Fee Statement of Ducera Partners LLC for Compensation for Services Rendered as Investment Bankers to the Debtors and for Payment of Compensation and Reimbursement of Expenses Incurred for the Monthly Period from April 1, 2025 Through June 2, 2025 and for the Final Fee Period from November 3, 2024 Through June 2, 2025 [D.I. 1708, 7/9/25]

4. Certificate of No Objection Regarding Docket No. 1708 [D.I. 1783, 8/1/25]

5. Fee Examiner's Final Report Regarding First Combined and Second Monthly and Final Fee Application Request of Ducera Partners LLC [D.I. 1793, 8/6/25]

**I.**     **Hilco Diligence Services, LLC**

1. First and Final Fee Statement of Hilco Diligence Services, LLC for Compensation for Services Rendered as Field Examiner to the Debtors and for Allowance of Compensation for Services Incurred for the Period from February 10, 2025 Through June 2, 2025 [D.I. 1728, 7/16/25]

2. Fee Examiner's Final Report Regarding First and Final Fee Application Request of Hilco Real Estate, LLC [D.I. 1748, 7/21/25]

3. Certificate of No Objection Regarding Docket No. 1728 [D.I. 1808, 8/7/25]

**COMMITTEE PROFESSIONALS:**

**J.**     **Pachulski Stang Ziehl & Jones LLP**

1. First Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period November 21, 2024 Through November 30, 2024 [D.I. 900, 2/03/25]

2. Certificate of No Objection (No Order Required) Regarding First Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period November 21, 2024 Through November 30, 2024 [D.I. 1040, 2/28/25]

3. Second Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from December 1, 2024 Through December 31, 2024 [D.I. 1056, 3/05/25]

4. Certificate of No Objection (No Order Required) Regarding Second Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period December 1, 2024 Through December 31, 2024 [D.I. 1230, 4/2/25]

5. Third Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from January 1, 2025 Through January 31, 2025 [D.I. 1078, 3/11/25]

6. First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from November 21, 2024 Through January 31, 2025 [D.I. 1079, 3/11/25]

7. Amended Notice of First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from November 21, 2024 Through January 31, 2025 [D.I. 1171, 3/25/25]

8. [Corrected] Fee Examiner's Report Regarding First Interim Fee Application Request of Pachulski Stang Ziehl & Jones LLP [D.I. 1204, 3/31/25]

9. Reservation of Rights of the Ad Hoc Group of Freedom Lenders to the First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from November 21, 2024 Through January 31, 2025 [D.I. 1270, 4/9/25]

10. Amended Certification of Counsel Regarding Revised Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stag Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from November 21, 2025 Through January 31, 2025 [D.I. 1288, 4/16/25]

11. Fourth Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from February 1, 2025 Through February 28, 2025 [D.I.1295 , 4/21/25]

12. Certificate of No Objection (No Order Required) Regarding Fourth Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period February 1, 2025 Through February 28, 2025 [D.I. 1493, 5/16/25]

13. Fifth Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from March 1, 2025 Through March 31, 2025 [D.I. 1442, 5/9/25]

14. Certificate of No Objection (No Order Required) Regarding Fifth Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period March 1, 2025 Through March 31, 2025 [D.I. 1601, 6/3/25]

15. Sixth Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from April 1, 2025 Through April 30, 2025 [D.I. 1586, 5/30/25]

16. Certificate of No Objection (No Order Required) Regarding Sixth Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period April 1, 2025 Through April 30, 2025 [D.I. 1663, 6/23/25]

17. Second Interim and Final Fee Application of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from November 21, 2024 Through and Including June 30, 2025 [D.I. 1730, 7/16/25]

18. Fee Examiner's Final Report Regarding Second Interim and Final Fee Application Request of Pachulski Stang Ziehl & Jones LLP [D.I. 1800, 8/6/25]

**K.     Perella Weinberg Partners LP**

1. First Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from November 26, 2024 Through December 31, 2024 [D.I. 1058, 3/06/25]

2. Certificate of No Objection (No Order Required) Regarding First Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from November 26, 2024 Through December 31, 2024 [D.I. 1227, 4/2/25]

3. Second Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 Through January 31, 2025 [D.I. 1118, 3/17/25]

4. First Interim Fee Application of Perella Weinberg Partners LP for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from November 26, 2024 to and Including January 31, 2025 [D.I. 1123, 3/17/25]

5. Notice of First Interim Fee Application of Perella Weinberg Partners LP for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from November 26, 2024 to and Including January 31, 2025 [D.I. 1173, 3/25/25]

6. Certification of Counsel Regarding Order Granting First Interim Fee Application of Perella Weinberg Partners LP for Allowance of Compensation and Reimbursement of Expenses for the Period from November 26, 2024 Through January 31, 2025 [D.I. 1264, 4/8/25]

7. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Perella Weinberg Partners LP [D.I. 1188, 3/27/25]

8. Third Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 Through February 28, 2025 [D.I. 1307, 4/23/25]

9. Certificate of No Objection (No Order Required) Regarding Third Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 Through February 28, 2025 [D.I. 1494, 5/16/25]

10. Fourth Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through March 31, 2025 [D.I. 1308, 4/23/25]

11. Certificate of No Objection (No Order Required) Regarding Fourth Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through March 31, 2025 [D.I. 1495, 5/16/25]

12. Fifth Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through April 30, 2025 [D.I. 1621, 6/11/25]

13. Certificate of No Objection (No Order Required) Regarding Fifth Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through April 30, 2025 [D.I. 1719, 7/14/25]

14. Sixth Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from May 1, 2025 Through May 31, 2025 [D.I. 1654, 6/19/25]

15. Certificate of No Objection (No Order Required) Regarding Sixth Monthly Fee Statement of Perella Weinberg Partners LP for Payment of Compensation and Reimbursement of Expenses for the Period from May 1, 2025 Through May 31, 2025 [D.I. 1720, 7/14/25]

16. Final Fee Application of Perella Weinberg Partners LP for the Period from December 26, 2024 Through and Including June 2, 2025 [D.I. 1743, 7/21/25]

17. Fee Examiner's Final Report Regarding Third Through Sixth Monthly and Final Fee Applications of Perella Weinberg Partners LP [D.I. 1762, 7/25/25]

L.  **Province, LLC**

1. First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from November 21, 2024 Through December 31, 2024 [D.I. 897, 2/03/25]

2. Certificate of No Objection (No Order Required) Regarding First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from November 21, 2024 Through December 31, 2024 [D.I. 1041, 2/28/25]

3. Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from January 1, 2025 Through January 31, 2025 [D.I. 1057, 03/05/25]

4. Certificate of No Objection (No Order Required) Regarding Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from January 1, 2025 Through January 31, 2025 [D.I. 1470, 5/14/25]

5. First Interim Fee Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from November 21, 2024 Through January 31, 2025 [D.I. 1073, 3/10/25]

6. Notice of First Interim Fee Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from November 21, 2024 Through January 31, 2025 [D.I. 1172, 3/25/25]

7. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Province, LLC [D.I. 1180, 3/26/25]

8. Certification of Counsel Regarding Order Granting First Interim Fee Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from November 21, 2024 Through January 31, 2025 [D.I. 1263, 4/8/25]

9. Third Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from February 1, 2025 Through February 28, 2025 [D.I. 1374, 5/1/25]

10. Certificate of No Objection (No Order Required) Regarding Third Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from February 1, 2025 Through February 28, 2025 [D.I. 1570, 5/28/25]

11. Fourth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from March 1, 2025 Through March 31, 2025 [D.I. 1403, 5/5/25]

12. Certificate of No Objection (No Order Required) Regarding Fourth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from March 1, 2025 Through March 31, 2025 [D.I. 1571, 5/28/25]

13. Fifth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from April 1, 2025 Through April 30, 2025 [D.I. 1587, 5/30/25]

14. Certificate of No Objection (No Order Required) Regarding Fifth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from April 1, 2025 Through April 30, 2025 [D.I. 1664, 6/23/25]

15. Sixth Combined Monthly and Final Fee Application of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the (I) Monthly Period from May 1, 2025 Through June 30, 2025, and (II) Final Period from November 21, 2024 Through June 30, 2025 [D.I. 1749, 7/21/25]

16. Fee Examiner's Final Report Regarding Third Through Sixth Combined Monthly Final Fee Application Request of Province, LLC [D.I. 1799, 8/6/25]

**M.    Back Bay Management Corporation and Its Division, The Michel-Shaked Group**

1. First Monthly Fee Statement of Back Bay Management Corporation and Its Division, The Michel-Shaked Group, as Expert Witness for the Official Committee of Unsecured Creditors for Payment of Compensation and Reimbursement of Expenses for the Period from March 17, 2025 Through April 30, 2025 [D.I. 1402, 5/5/25]

2. Certificate of No Objection (No Order Required) Regarding First Monthly Fee Statement of Back Bay Management Corporation and Its Division, The Michel-Shaked Group, as Expert Witness for the Official Committee of Unsecured Creditors for Payment of Compensation and Reimbursement of Expenses for the Period from March 17, 2025 Through April 30, 2025 [D.I. 1569, 5/28/25]

3. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Back Bay Management Corporation and Its Division, The Michel-Shaked Group [D.I. 1573, 5/29/25]

4. Final Fee Statement of Back Bay Management Corporation and Its Division, The Michel-Shaked Group, as Expert Witness for the Official Committee of Unsecured Creditors for Payment of Compensation and Reimbursement of Expenses for the Period from March 17, 2025 Through April 30, 2025 [D.I. 1705, 7/8/25]

5. Fee Examiner's Final Report Regarding Final Fee Application Request of Back Bay Management Corporation and Its Division, The Michel-Shaked Group [D.I. 1722, 7/14/25]

**INDEPENDENT DIRECTOR'S PROFESSIONALS:**

**N.    Akin Gump Strauss Hauer & Feld LLP**

1. First Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from December 9, 2024 Through and Including December 31, 2024 [D.I. 1064, 3/07/25]

2. Certificate of No Objection Regarding First Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from December 9, 2024 Through and Including December 31, 2024 [D.I. 1207, 3/31/25]

3. Second Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from January 1, 2025 Through and Including January 31, 2025 [D.I. 1124, 3/17/25]

4. Certificate of No Objection Regarding Second Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from January 1, 2025 Through and Including January 31, 2025 [D.I. 1266, 4/9/25]

5. First Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from December 9, 2025 Through and Including January 31, 2025 [D.I. 1125, 3/17/25]

6. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Akin Gump Strauss Hauer & Feld LLP [D.I. 1244, 4/4/25]

7. Certification of Counsel Regarding First Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from December 9, 2025 Through and Including January 31, 2025 [D.I. 1278, 4/15/25]

8. Third Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from February 1, 2025 Through and Including February 28, 2025 [D.I. 1318, 4/25/25]

9. Certificate of No Objection Regarding Third Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from February 1, 2025 Through and Including February 28, 2025 [D.I. 1534, 5/19/25]

10. Fourth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from March 1, 2025 Through and Including March 31, 2025 [D.I. 1500, 5/16/25]

11. Certificate of No Objection Regarding Fourth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from March 1, 2025 Through and Including March 31, 2025 [D.I. 1614, 6/9/25]

12. Fifth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from April 1, 2025 Through and Including April 30, 2025 [D.I. 1652, 6/18/25]

13. Certificate of No Objection Regarding Fifth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from April 1, 2025 Through and Including April 30, 2025 [D.I. 1714, 7/10/25]

14. Sixth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from May 1, 2025 Through and Including May 31, 2025 [D.I. 1715, 7/10/25]

15. Certificate of No Objection Regarding Sixth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from May 1, 2025 Through and Including May 31, 2025 [D.I. 1786, 8/1/25]

16. Second Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Co-Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from December 9, 2024 Through and Including June 2, 2025 [D.I. 1745, 7/21/25]

17. Fee Examiner's Final Report Regarding Second Interim and Final Fee Application Request of Akin Gump Strauss Hauer & Feld LLP [D.I. 1795, 8/6/25]

O. **Ashby & Geddes, P.A.**

1. First Monthly Fee Application of Ashby & Geddes, P.A. as Delaware Special on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from December 19, 2024 Through and Including January 31, 2025 [D.I. 1065, 3/7/25]

2. Certificate of No Objection Regarding First Monthly Fee Application of Ashby & Geddes, P.A. as Delaware Special Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from December 19, 2024 Through and Including January 31, 2025 [D.I. 1208, 3/31/25]

3. Fee Examiner's Final Report Regarding First Monthly Fee Application Request of Ashby & Geddes, P.A. [D.I. 1126, 3/18/25]

4. Second Monthly Fee Application of Ashby & Geddes, P.A. as Delaware Special Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from February 1, 2025 Through and Including February 28, 2025 [D.I. 1316, 4/25/25]

5. Certificate of No Objection Regarding Second Monthly Fee Application of Ashby & Geddes, P.A. as Delaware Special Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from February 1, 2025 Through and Including February 28, 2025 [D.I. 1535, 5/19/25]

6. Third Monthly Fee Application of Ashby & Geddes, P.A. as Delaware Special Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from March 1, 2025 Through and Including March 31, 2025 [D.I. 1597, 6/2/25]

7. Certificate of No Objection Regarding Third Monthly Fee Application of Ashby & Geddes, P.A. as Delaware Special Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from March 1, 2025 Through and Including March 31, 2025 [D.I. 1669, 6/24/25]

8. Fourth Combined Monthly Fee Application of Ashby & Geddes, P.A. as Delaware Special Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from April 1, 2025 Through and Including May 31, 2025 [D.I. 1744, 7/21/25]

9. Certificate of No Objection Regarding Fourth Combined Monthly Fee Application of Ashby & Geddes, P.A. as Delaware Special Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from April 1, 2025 Through and Including May 31, 2025 [D.I. 1821, 8/12/25]

10. Final Fee Application of Ashby & Geddes, P.A. as Delaware Special Counsel on Behalf of and at the Sole Direction of the Independent Director, Michael J. Wartell, for the Period from December 19, 2025 Through and Including June 2, 2025 [D.I. 1747, 7/21/25]

11. Fee Examiner's Final Report Regarding Second Through Fourth Combined Monthly and Final Fee Application Request of Ashby & Geddes, P.A. [D.I. 1798, 8/6/25]

**P.**     **Chilmark Partners, LLC**

1. First Combined Monthly Fee Application of Chilmark Partners, LLC as Financial Advisor to Michael J. Wartell, for the Period from February 26, 2025 Through and Including April 30, 2025 [D.I. 1602, 6/3/25]

2. Certificate of No Objection Regarding First Combined Monthly Fee Application of Chilmark Partners, LLC as Financial Advisor to Michael J. Wartell, for the Period from February 26, 2025 Through and Including April 30, 2025 [D.I. 1674, 6/25/25]

3. Final Fee Application of Chilmark Partners, LLC as Financial Advisor to Michael J. Wartell, for the Period from February 26, 2025 Through and Including June 2, 2025 [D.I. 1746, 7/21/25]

4. Fee Examiner's Final Report Regarding Final Fee Application Request of Chilmark Partners, LLC [D.I. 1797, 8/6/25]

**FEE EXAMINER:**

**Q.**     **Direct Fee Review LLC (W.J. Dryer)**

1. First Combined Monthly Fee Application of Direct Fee Review LLC for Allowance of Compensation and Reimbursement of Expenses for the Period January 15, 2025 Through March 31, 2025 [D.I. 1310, 4/25/25]

2. Certificate of No Objection Regarding Docket No. 1310 [D.I. 1542, 5/20/25]

3. Second Combined Monthly and Final Fee Application of Direct Fee Review LLC for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from April 1, 2025 Through June 2, 2025 and the Final Period from January 15, 2025 Through June 2, 2025 [D.I. 1727, 7/15/25]

4. Certificate of No Objection Regarding Docket No. 1727 [D.I. 1792, 8/6/25]