# <u>EXHIBIT A</u>

**Amended and Superseded Claims**

Reorganized Debtors' First (1st) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

## Amended and Superseded Claims

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|---|
| 1 | All American Association, LLC c/o Fernand L. Laudumiey, IV 1100 Poydras St. Suite 2300 New Orleans LA 70163-2300 | 1044 | American Freight, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $944,501.43 (U) $944,501.43 (T) | 1/20/2025 |
| 2 | Arden Plaza Associates LLC c/o Gregory M. Finch 3400 Bradshaw Road Suite A4-A Sacramento CA 95827 | 1150 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) unliquidated (U) unliquidated (T) | 1/21/2025 |
| 3 | Arizona Mills Mall, LLC c/o Simon Property Group, Inc. 225 W. Washington St Indianapolis IN 46204 | 1098 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $2,152.25 (U) $2,152.25 (T) | 1/21/2025 |
| 4 | Arsenal Plaza Associates, LLC c/o Lippes Mathias LLP Attn: Joann Sternheimer, Esq. 54 State Street Suite 1001 Albany NY 12207 | 1892 | PSP Stores, LLC | $0.00 (S) $7,049.59 (A) $0.00 (P) $4,267.48 (U) $11,317.07 (T) | 1/23/2025 |
| 5 | Baldwin Gardens, Inc. Attn: Joseph B. Spero, Esq 3213 West 26th Street Erie PA 16506 | 1216 | American Freight, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $58,119.48 (U) $58,119.48 (T) | 1/22/2025 |
| 6 | Billy Jay McCord, B.J. McCord, DBA McCord Business Center 111 Lower Turtle Creek Rd Kerrville TX 78028 | 97 | American Freight Management Company, LLC | $0.00 (S) $10,264.21 (A) $10,264.21 (P) $0.00 (U) $10,264.21 (T) | 11/18/2024 |

### REMAINING CLAIMS

| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|
| All American Association, LLC c/o Fernand L. Laudumiey, IV 1100 Poydras St. Suite 2300 New Orleans LA 70163-2300 | 2549 | American Freight, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $432,728.43 (U) $432,728.43 (T) | 2/20/2025 |
| Arden Plaza Associates LLC c/o Gregory M. Finch 3400 Bradshaw Road Suite A4-A Sacramento CA 95827 | 2341 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) unliquidated (U) unliquidated (T) | 1/30/2025 |
| Arizona Mills Mall, LLC c/o Simon Property Group, Inc. 225 W. Washington St Indianapolis IN 46204 | 2560 | American Freight Outlet Stores, LLC | $0.00 (S) $100.00 (A) $0.00 (P) $17,194.75 (U) $17,294.75 (T) | 2/24/2025 |
| Arsenal Plaza Associates, LLC Lippes Mathias LLP, Attn: Joann Sternheimer, Esq. 54 State St. Suite 1001 Albany NY 12207 | 2911 | PSP Stores, LLC | $0.00 (S) $3,649.70 (A) $0.00 (P) $1,058.37 (U) $4,708.07 (T) | 5/7/2025 |
| Baldwin Gardens, Inc. c/o Joseph B. Spero Esquire 3213 West 26th Street Erie PA 16506 | 2800 | American Freight, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $62,358.48 (U) $62,358.48 (T) | 4/23/2025 |
| B.J. McCord D/B/A McCord Business Center 111 Lower Turtle Creek Road Kerrville TX 78028 | 1207 | American Freight Management Company, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $26,650.00 (U) $26,650.00 (T) | 1/21/2025 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors First (1st) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

## Amended and Superseded Claims

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
| 7 | BNG MiraclePet LLC 2425 W. Dorothy Lane Dayton OH 45439 | 143 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $58,542.46 (U) $58,542.46 (T) | 11/20/2024 | BNG MiraclePet LLC c/o David D. Farrell, Thompson Coburn LLP One US Bank Plaza Suite 2700 505 N. Seventh Street Saint Louis MO 63101 | 158 | PSP Distribution, LLC | $0.00 (S) $12,047.28 (A) $0.00 (P) $0.00 (U) $12,047.28 (T) | 11/21/2024 |
| 8 | Boswell Avenue I, LLC c/o Barclay Damon LLP Attn: Niclas A. Ferland, Esq. 545 Long Wharf Drive 9th Floor New Haven CT 06511 | 1032 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $19,815.32 (U) $19,815.32 (T) | 1/20/2025 | Boswell Avenue I, LLC c/o Barclay Damon LLP Attn: Niclas A. Ferland, Esq. 545 Long Wharf Drive 9th Floor New Haven CT 06511 | 2927 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $185,102.74 (U) $185,102.74 (T) | 5/14/2025 |
| 9 | Brunswick Plaza, LLC c/o Lippes Mathias LLP Attn: Joann Sternheimer, Esq. 54 State St. Suite 1001 Albany NY 12207 | 1856 | PSP Stores, LLC | $0.00 (S) $213.43 (A) $0.00 (P) $992.18 (U) $1,205.61 (T) | 1/23/2025 | Brunswick Plaza, LLC Lippes Mathias LLP c/o Joann Sternheimer, Esq. 54 State St. Suite 1001 Albany NY 12207 | 2326 | PSP Stores, LLC | $0.00 (S) $213.43 (A) $0.00 (P) $992.18 (U) $1,205.61 (T) | 1/30/2025 |
| 10 | Buddy Mac Holding, LLC and Affiliates Cliff Towns, Esq. 3524 Dartmouth Ave Dallas TX 75205 | 1831 | Buddy's Franchising and Licensing LLC | $0.00 (S) unliquidated (A) $0.00 (P) unliquidated (U) unliquidated (T) | 1/23/2025 | Buddy Mac Holdings, LLC and affiliates Cliff Towns, Esq. 3524 Dartmouth Ave. Dallas TX 75205 | 3009 | Buddy's Franchising and Licensing LLC | $0.00 (S) unliquidated (A) $0.00 (P) $38,317,445.50 (U) unliquidated (T) | 7/3/2025 |
| 11 | Buddy Mac Holding, LLC and Affiliates Cliff Towns, Esq. 3524 Dartmouth Ave Dallas TX 75205 | 1978 | Buddy's Newco, LLC | $0.00 (S) unliquidated (A) $0.00 (P) unliquidated (U) unliquidated (T) | 1/23/2025 | Buddy Mac Holdings, LLC and affiliates Cliff Towns, Esq. 3524 Dartmouth Ave Dallas TX 75205 | 3010 | Buddy's Newco, LLC | $0.00 (S) unliquidated (A) $0.00 (P) $38,317,445.50 (U) unliquidated (T) | 7/3/2025 |
| 12 | Charter Communications Attn: Kyla M Lehman 1600 Dublin Rd Columbus OH 43215 | 729 | American Freight Franchising, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $1,594.74 (U) $1,594.74 (T) | 1/13/2025 | Charter Communications Attn: Kyla M Lehman 1600 Dublin Rd Columbus OH 43215 | 730 | American Freight Franchising, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $1,594.74 (U) $1,594.74 (T) | 1/13/2025 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' First (1st) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

## Amended and Superseded Claims

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
| 13 | City of Fort Worth<br>100 Fort Worth Trail<br>Fort Worth TX 76102 | 362 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$153.83 (U)<br>$153.83 (T) | 12/4/2024 | City of Fort Worth<br>Attn: Stephen A. Cumbie<br>100 Fort Worth Trail<br>Fort Worth TX 76102 | 400 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$153.83 (U)<br>$153.83 (T) | 12/9/2024 |
| 14 | City of Tempe - Alarm Unit<br>c/o Tempe City Attorney<br>Attn: Eric Anderson, Esq.<br>21 E Sixth Street<br>#201<br>Tempe AZ 85281 | 618 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250.00 (U)<br>$250.00 (T) | 12/27/2024 | City of Tempe - Alarm Unit<br>c/o Tempe City Attorney<br>Eric Anderson, Esq.<br>21 E Sixth Street<br>#201<br>Tempe AZ 85281 | 2566 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250.00 (U)<br>$250.00 (T) | 2/24/2025 |
| 15 | City of Tempe - Alarm Unit<br>Eric Anderson, Esq.<br>c/o Tempe City Attorney<br>21 E Sixth Street<br>#201<br>Tempe AZ 85281 | 2225 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$550.00 (U)<br>$550.00 (T) | 1/24/2025 | City of Tempe - Alarm Unit<br>Eric Anderson, Esq.<br>c/o Tempe City Attorney<br>21 E Sixth Street<br>#201<br>Tempe AZ 85281 | 2566 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250.00 (U)<br>$250.00 (T) | 2/24/2025 |
| 16 | Clear Evaluations, LLC<br>15899 Hwy 105 W<br>Montgomery TX 77356 | 948 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$59,200.00 (U)<br>$59,200.00 (T) | 1/17/2025 | Clear Evaluations, LLC<br>15899 Hwy 105 W<br>Montgomery TX 77356 | 946 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$59,200.00 (U)<br>$59,200.00 (T) | 1/17/2025 |
| 17 | Commerce #9602 LLC f/k/a<br>Commerce Limited Partnership #9602<br>Reed Smith LLP<br>Attn: Jason D. Angelo, Esq.<br>Cameron A. Capp, Esq.<br>1201 N. Market Street<br>Suite 1500<br>Wilmington DE 19801 | 2165 | Vitamin Shoppe Industries LLC | $0.00 (S)<br>$10,101.67 (A)<br>$0.00 (P)<br>$57,009.08 (U)<br>$67,110.75 (T) | 1/23/2025 | Commerce #9602 LLC f/k/a<br>Commerce Limited Partnership #9602<br>Reed Smith LLP<br>Attn: Jason D. Angelo, Esq.<br>Cameron A. Capp, Esq.<br>1201 N. Market Street<br>Suite 1500<br>Wilmington DE 19801 | 2885 | Vitamin Shoppe Industries LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$91,369.09 (U)<br>$91,369.09 (T) | 5/2/2025 |
| 18 | Connectria, LLC<br>Mehdi Benhaila<br>909 Locust Street<br>Suite 301<br>Des Moines IA 50309 | 672 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$43,431.33 (U)<br>$43,431.33 (T) | 1/9/2025 | Connectria, LLC<br>Mehdi Benhaila<br>909 Locust Street<br>Suite 301<br>Des Moines IA 50309 | 3006 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$213,791.96 (U)<br>$213,791.96 (T) | 7/3/2025 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors First (1st) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

## Amended and Superseded Claims

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|
| 19 | Costco-Innovel Properties, LLC (Tucker, GA lease) c/o Bush Kornfeld LLP Attn: Aimee S. Willig 601 Union St Suite 5000 Seattle WA 98101 | 785 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $687,626.69 (U) $687,626.69 (T) | 1/14/2025 |
| 20 | CPEG Malta, L.L.C. c/o Lippes Mathias LLP Attn: Joann Sternheimer, Esq. 54 State St. Suite 1001 Albany NY 12207 | 1855 | PSP Stores, LLC | $0.00 (S) $14,530.43 (A) $0.00 (P) $5,262.51 (U) $19,792.94 (T) | 1/23/2025 |
| 21 | CRG Financial LLC as Transferee of Van Ness Plastic Molding Co., Inc. Dba Van Ness Pet Products Attn: Robert Axenrod 84 Herbert Ave. Building B Suite 202 Closter NJ 07624 | 29 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $58,301.40 (U) $58,301.40 (T) | 11/12/2024 |
| 22 | CRG Financial LLC as Transferee of Van Ness Plastic Molding Co., Inc. Dba Van Ness Pet Products Attn: Robert Axenrod 84 Herbert Ave. Building B Suite 202 Closter NJ 07624 | 29 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $58,301.40 (U) $58,301.40 (T) | 11/12/2024 |
| 23 | Docusign Inc 221 Main St. Suite 1550 San Francisco CA 94105 | 445 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $8,385.00 (U) $8,385.00 (T) | 12/12/2024 |

### REMAINING CLAIMS

| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|
| Costco-Innovel Properties, LLC (Tucker, GA lease) c/o Bush Kornfeld LLP Attn: Aimee S. Willig 601 Union St Suite 5000 Seattle WA 98101 | 2978 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $687,626.69 (U) $687,626.69 (T) | 6/20/2025 |
| CPEG Malta, L.L.C. Lippes Mathias LLP, Attn: Joann Sternheimer, Esq. 54 State St. Suite 1001 Albany NY 12207 | 2912 | PSP Stores, LLC | $0.00 (S) $7,137.13 (A) $0.00 (P) $1,411.83 (U) $8,548.96 (T) | 5/7/2025 |
| CRG Financial LLC as Transferee of Van Ness Plastic Molding Co., Inc. Dba Van Ness Pet Products Attn: Robert Axenrod 84 Herbert Ave. Building B Suite 202 Closter NJ 07624 | 1759 | PSP Distribution, LLC | $0.00 (S) $58,301.40 (A) $0.00 (P) $0.00 (U) $58,301.40 (T) | 1/23/202 |
| CRG Financial LLC as Transferee of Van Ness Plastic Molding Co., Inc. Dba Van Ness Pet Products Attn: Robert Axenrod 84 Herbert Ave. Building B Suite 202 Closter NJ 07624 | 1812 | Pet Supplies "Plus", LLC | $0.00 (S) $58,301.40 (A) $0.00 (P) $0.00 (U) $58,301.40 (T) | 1/23/202 |
| Docusign, Inc 221 Main St. Suite 1550 San Francisco CA 94105 | 2799 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $574.32 (U) $574.32 (T) | 4/22/202 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors First (1st) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

# Amended and Superseded Claims

Page 5

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| # | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|---|
| 24 | Doyle, Tamara A<br>Available upon request | 525 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | 12/19/2024 |
| 25 | Everon, LLC<br>4221 W. John Carpenter Fwy<br>Irving TX 75063 | 824 | Pet Supplies "Plus", LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,315.09 (U)<br>$19,315.09 (T) | 1/15/2025 |
| 26 | FranNet<br>6844 Bardstown Rd. #645<br>Louisville KY 40291 | 782 | Buddy's Franchising and Licensing LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | 1/14/2025 |
| 27 | Harmon Meadow Suites LLC<br>199 Lee Avenue<br>Suite 201<br>Brooklyn NY 11211 | 1358 | Vitamin Shoppe Industries LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$767,669.21 (U)<br>$767,669.21 (T) | 1/22/2025 |
| 28 | Howington, Shelly Faye<br>Available upon request | 551 | Franchise Group, Inc. | $0.00 (S)<br>$18,000,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$18,000,000.00 (T) | 12/21/2024 |
| 29 | IH 35 Loop 340 Tenancy-in-Common<br>c/o Timothy Mitchell<br>4422 Ridgeside Drive<br>Dallas TX 75244 | 1417 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$296,852.31 (U)<br>$296,852.31 (T) | 1/22/2025 |

## REMAINING CLAIMS

| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|
| Doyle, Tamara Alicia<br>Available upon request | 1712 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | 1/23/2025 |
| Everon, LLC<br>4221 W John Carpenter Fwy<br>Irving TX 75063 | 2734 | PSP Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,718.71 (U)<br>$20,718.71 (T) | 3/31/2025 |
| FranNet<br>6844 Bardstown Rd. #645<br>Louisville KY 40291 | 837 | Buddy's Franchising and Licensing LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | 1/15/2025 |
| Harmon Meadow Suites LLC<br>c/o Rubin LLC<br>11 Broadway<br>Suite 715<br>New York NY 10004 | 2646 | Vitamin Shoppe Industries LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,488,015.95 (U)<br>$1,488,015.95 (T) | 3/13/2025 |
| Howington, Shelly Faye<br>Available upon request | 1757 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,000,000.00 (U)<br>$11,000,000.00 (T) | 1/23/2025 |
| IH 35 Loop 340 Tenancy-in-Common<br>Rashti and Mitchell<br>c/o Timothy Mitchell<br>4422 Ridgeside Drive<br>Dallas TX 75244 | 2750 | American Freight, LLC | $0.00 (S)<br>$2,700.13 (A)<br>$0.00 (P)<br>$312,184.72 (U)<br>$314,884.85 (T) | 4/3/2025 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' First (1st) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

# Amended and Superseded Claims

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
| 30 Jordison, Michael D / Available upon request | 1049 | American Freight Management Company, LLC | $0.00 (S) / $0.00 (A) / $0.00 (P) / $130,000.00 (U) / $130,000.00 (T) | 1/20/2025 | Jordison, Michael D. / Available upon request | 2748 | American Freight Management Company, LLC | $0.00 (S) / $0.00 (A) / $130,000.00 (P) / $0.00 (U) / $130,000.00 (T) | 4/2/2025 |
| 31 Juliano, Sissel / Attn: Jack Small / 1650 Market Street / Suite 1200 / Philadelphia PA 19102 | 1295 | American Freight Outlet Stores, LLC | $0.00 (S) / $0.00 (A) / $0.00 (P) / $191,000.00 (U) / $191,000.00 (T) | 1/22/2025 | Juliano, Sissel / Attn: Jack Small / 1650 Market Street / Suite 1200 / Philadelphia PA 19102 | 1483 | American Freight Outlet Stores, LLC | $0.00 (S) / $0.00 (A) / $0.00 (P) / $191,100.00 (U) / $191,100.00 (T) | 1/23/2025 |
| 32 Keyspan Gas East Corporation DBA National Grid / 300 Erie Boulevard West / Syracuse NY 13202 | 1501 | Vitamin Shoppe Industries LLC | $0.00 (S) / $0.00 (A) / $0.00 (P) / $1,464.19 (U) / $1,464.19 (T) | 1/23/2025 | Keyspan Gas East Corporation DBA National Grid / 300 Erie Boulevard West / Syracuse NY 13202 | 2215 | Vitamin Shoppe Industries LLC | $0.00 (S) / $0.00 (A) / $0.00 (P) / $2,505.11 (U) / $2,505.11 (T) | 1/27/2025 |
| 33 KLDiscovery Ontrack, LLC / 9023 Columbine Road / Eden Prairie MN 55347 | 664 | Franchise Group, Inc. | $0.00 (S) / $0.00 (A) / $0.00 (P) / $7,900.69 (U) / $7,900.69 (T) | 1/8/2025 | KLDiscovery Ontrack, LLC / 9023 Columbine Road / Eden Prairie MN 55347 | 2398 | Franchise Group, Inc. | $0.00 (S) / $0.00 (A) / $0.00 (P) / $6,901.26 (U) / $6,901.26 (T) | 2/5/2025 |
| 34 Lee Harrison Limited Partnership / c/o A.J. Dwoskin & Associates, Inc. / 3201 Jermantown Road / Suite 700 / Fairfax VA 22030-2879 | 1896 | PSP Stores, LLC | $0.00 (S) / $0.00 (A) / $0.00 (P) / $776,426.23 (U) / $776,426.23 (T) | 1/23/2025 | Lee Harrison Limited Partnership / c/o A.J. Dwoskin & Associates, Inc. / 3201 Jermantown Road / Suite 700 / Fairfax VA 22030-2879 | 2077 | PSP Stores, LLC | $0.00 (S) / $0.00 (A) / $0.00 (P) / $776,426.23 (U) / $776,426.23 (T) | 1/23/2025 |
| 35 Louisiana Department of Revenue / Bankruptcy Section / P O Box 66658 / Attn: Amy Prather / Baton Rouge LA 70896 | 647 | American Freight Management Company, LLC | $0.00 (S) / $0.00 (A) / $4,441.77 (P) / $87.25 (U) / $4,529.02 (T) | 1/8/2025 | Louisiana Department of Revenue / c/o Bankruptcy Section / P.O. Box 66658 / Baton Rouge LA 70896 | 2535 | American Freight Management Company, LLC | $0.00 (S) / $0.00 (A) / $117.11 (P) / $87.25 (U) / $204.36 (T) | 2/19/2025 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors First (1st) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

## Amended and Superseded Claims

| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **REMAINING CLAIMS** | | | | |
| 36 | Manhattan Associates Inc Attn: Legal Dept. 2300 Windy Ridge Parkway 10th FL. Atlanta GA 30339 | 592 | PSP Distribution, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $64,340.00 (U) $64,340.00 (T) | 12/27/2024 | Manhattan Associates Inc 2300 Windy Ridge Parkway 10th FL Atlanta GA 30339 | 2725 | PSP Distribution, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $136,099.75 (U) $136,099.75 (T) | 3/28/2025 |
| 37 | MEL Indiana, LLC Attn: Michael Busenkell, Esq. 1201 N. Orange Street Suite 300 Wilmington DE 19801 | 348 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $56,881.85 (U) $56,881.85 (T) | 12/3/2024 | MEL Indiana, LLC Gellert Seitz Busenkell & Brown, LLC Michael Busenkell, Esq. 1201 N. Orange Street Suite 300 Wilmington DE 19801 | 2819 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $323,844.97 (U) $323,844.97 (T) | 4/24/202 |
| 38 | MEL Indiana, LLC Michael Busenkell, Esq. 1201 N.Orange Street Suite 300 Wilmington DE 19801 | 696 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $282,915.35 (U) $282,915.35 (T) | 1/10/2025 | MEL Indiana, LLC Gellert Seitz Busenkell & Brown, LLC Michael Busenkell, Esq. 1201 N. Orange Street Suite 300 Wilmington DE 19801 | 2819 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $323,844.97 (U) $323,844.97 (T) | 4/24/202 |
| 39 | Mississippi Power Company 2992 W Beach Blvd - Bin 1087A Gulfport MS 39501 | 402 | American Freight, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $1,522.92 (U) $1,522.92 (T) | 12/9/2024 | Mississippi Power Company 2992 W Beach Blvd - Bin 1087A Gulfport MS 39501 | 403 | American Freight, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $1,446.12 (U) $1,446.12 (T) | 12/9/202 |
| 40 | Missouri Department of Revenue PO Box 475 Jefferson City MO 65105 | 339 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $127.65 (P) $422.34 (U) $549.99 (T) | 12/3/2024 | Missouri Department Of Revenue PO Box 475 Jefferson City MO 65105 | 495 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $318.63 (U) $318.63 (T) | 12/17/2024 |
| 41 | Montgomery County Linebarger Goggan Blair & Sampson, LLP PO Box 3064 Houston TX 77253-3064 | 285 | PSP Stores, LLC | $19,651.07 (S) $0.00 (A) $0.00 (P) $0.00 (U) $19,651.07 (T) | 11/27/2024 | Montgomery County Linebarger Goggan Blair & Sampson LLP c/o Tara L. Grundemeier PO Box 3064 Houston TX 77253-3064 | 2628 | PSP Stores, LLC | $15,127.26 (S) $0.00 (A) $0.00 (P) $0.00 (U) $15,127.26 (T) | 3/12/202 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors First (1st) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

# Amended and Superseded Claims

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
| 42 | New York State Department of Labor 1220 Washington Ave State Campus Bldg 12-RM 256 Albany NY 12226 | 2255 | American Freight Management Company, LLC | $0.00 (S) $0.00 (A) $1,964.28 (P) $0.00 (U) $1,964.28 (T) | 1/27/2025 | New York State Department Of Labor 1220 Washington Ave Bldg 12-RM 256 Albany NY 12226 | 2715 | American Freight Management Company, LLC | $0.00 (S) $0.00 (A) $1,009.19 (P) $0.00 (U) $1,009.19 (T) | 3/26/2025 |
| 43 | New York State Dept. of Tax & Finance Bankruptcy Section P.O. Box 5300 Albany NY 12205-0300 | 187 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $9,100.58 (P) $4,397.59 (U) $13,498.17 (T) | 11/22/2024 | New York State Dept. of Tax & Finance Bankruptcy Section PO Box 5300 Albany NY 12205-0300 | 2571 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $14,464.11 (P) $4,397.59 (U) $18,861.70 (T) | 2/25/2025 |
| 44 | Niagara Mohawk Power Corporation DBA National Grid 300 Erie Boulevard West Syracuse NY 13202 | 1488 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $2,469.31 (U) $2,469.31 (T) | 1/23/2025 | Niagara Mohawk Power Corporation DBA National Grid 300 Erie Boulevard West Syracuse NY 13202 | 2371 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $3,753.69 (U) $3,753.69 (T) | 2/3/2025 |
| 45 | Niagara Mohawk Power Corporation DBA National Grid National Grid 300 Erie Boulevard West Syracuse NY 13202 | 1474 | PSP Stores, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $12,309.11 (U) $12,309.11 (T) | 1/23/2025 | Niagara Mohawk Power Corporation DBA National Grid 300 Erie Boulevard West Syracuse NY 13202 | 2366 | PSP Stores, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $15,812.78 (U) $15,812.78 (T) | 2/3/2025 |
| 46 | NNN REIT, LP 450 S. Orange Avenue Suite 900 Orlando FL 32801 | 1134 | Franchise Group, Inc. | $0.00 (S) $13,621.70 (A) $0.00 (P) $193,196.56 (U) $206,818.26 (T) | 1/21/2025 | NNN REIT, LP Attn: David Byrnes, Jr. 450 S. Orange Avenue Suite 900 Orlando FL 32801 | 2570 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $120,516.79 (P) $193,196.56 (U) $313,713.35 (T) | 2/25/2025 |
| 47 | NNN REIT, LP 450 S. Orange Avenue Suite 900 Orlando FL 32801 | 1100 | Franchise Group, Inc. | $0.00 (S) $17,793.15 (A) $0.00 (P) $229,073.56 (U) $246,866.71 (T) | 1/21/2025 | NNN REIT, LP Attn: David Byrnes 450 S. Orange Avenue Suite 900 Orlando FL 32801 | 2648 | Franchise Group, Inc. | $229,073.56 (S) $18,669.15 (A) $0.00 (P) $0.00 (U) $247,742.71 (T) | 3/13/2026 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' First (1st) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

## Amended and Superseded Claims

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Claim # | Debtor | Name and address of claimant | Claim amount and priority (1) | Date Filed |
| NNN REIT, LP<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | 1111 | Franchise Group, Inc. | $0.00 (S)<br>$37,213.22 (A)<br>$0.00 (P)<br>$288,385.26 (U)<br>$325,598.48 (T) | 1/21/2025 | 2651 | Franchise Group, Inc. | NNN REIT, LP<br>Attn: David Byrnes<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | $288,385.26 (S)<br>$39,248.04 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$327,633.30 (T) | 3/13/2025 |
| NNN REIT, LP<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | 1113 | Franchise Group, Inc. | $0.00 (S)<br>$5,109.49 (A)<br>$0.00 (P)<br>$109,716.81 (U)<br>$114,826.30 (T) | 1/21/2025 | 2649 | Franchise Group, Inc. | NNN REIT, LP<br>Attn: David Byrnes<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | $109,716.81 (S)<br>$6,016.99 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$115,733.80 (T) | 3/13/202 |
| NNN REIT, LP<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | 1114 | Franchise Group, Inc. | $0.00 (S)<br>$4,299.36 (A)<br>$0.00 (P)<br>$100,152.12 (U)<br>$104,451.48 (T) | 1/21/2025 | 2647 | Franchise Group, Inc. | NNN REIT, LP<br>c/o David Byrnes<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | $100,152.12 (S)<br>$38,042.36 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$138,194.48 (T) | 3/13/2025 |
| NNN REIT, LP<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | 1092 | Franchise Group, Inc. | $0.00 (S)<br>$53,280.50 (A)<br>$0.00 (P)<br>$476,679.37 (U)<br>$529,959.87 (T) | 1/21/2025 | 2657 | Franchise Group, Inc. | NNN REIT, LP<br>Attn: David Byrnes<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | $0.00 (S)<br>$57,709.50 (A)<br>$0.00 (P)<br>$476,679.37 (U)<br>$534,388.87 (T) | 3/14/202 |
| NNN REIT, LP<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | 1095 | Franchise Group, Inc. | $0.00 (S)<br>$32,450.81 (A)<br>$0.00 (P)<br>$385,579.57 (U)<br>$418,030.38 (T) | 1/21/2025 | 2659 | Franchise Group, Inc. | NNN REIT, LP<br>Attn: David Byrnes<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | $0.00 (S)<br>$38,725.81 (A)<br>$0.00 (P)<br>$385,579.57 (U)<br>$424,305.38 (T) | 3/14/2025 |
| NNN REIT, LP<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | 1227 | Franchise Group, Inc. | $0.00 (S)<br>$40,398.82 (A)<br>$0.00 (P)<br>$311,268.41 (U)<br>$351,667.23 (T) | 1/22/2025 | 2652 | Franchise Group, Inc. | NNN REIT, LP<br>Attn: David Byrnes<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | $311,268.41 (S)<br>$240,788.35 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$552,056.76 (T) | 3/13/2025 |
| NNN REIT, LP<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | 1076 | Franchise Group, Inc. | $0.00 (S)<br>$21,324.38 (A)<br>$0.00 (P)<br>$263,080.58 (U)<br>$284,404.96 (T) | 1/21/2025 | 2650 | Franchise Group, Inc. | NNN REIT, LP<br>Attn: David Byrnes<br>450 S. Orange Avenue<br>Suite 900<br>Orlando FL 32801 | $263,080.58 (S)<br>$22,154.50 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$285,235.08 (T) | 3/13/2025 |

Row numbers (leftmost): 48, 49, 50, 51, 52, 53, 54

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors First (1st) Omnibus
(Non-Substantive) Objection to Claims

# Amended and Superseded Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|
| Northern McFadden Limited Partnership, Best Best & Krieger LLP, Attn: Dustin Nirschl, 3390 University Ave., 5th Floor, Riverside CA 92501 | 1985 | American Freight Outlet Stores, LLC | $2,382.34 (S), $0.00 (A), $0.00 (P), $0.00 (U), $2,382.34 (T) | 1/23/2025 |
| Ontario Refrigeration Service, Inc., 635 S. Mountain Ave., Ontario CA 91762 | 938 | Franchise Group, Inc. | $0.00 (S), $0.00 (A), $0.00 (P), $2,463.00 (U), $2,463.00 (T) | 1/16/2025 |
| Orkin, LLC, 2170 Piedmont Road NE, Attn: Ryan Williams, Atlanta GA 30324 | 638 | Buddy's Newco, LLC | $0.00 (S), $0.00 (A), $0.00 (P), $2,610.29 (U), $2,610.29 (T) | 1/7/2025 |
| Peters, Kenneth R, Available upon request | 742 | American Freight Management Company, LLC | $0.00 (S), $0.00 (A), $105,000.00 (P), $0.00 (U), $105,000.00 (T) | 1/13/2025 |
| Pierce County Finance Department, Attn: Jason Thiessen, 950 Fawcett Ave, Suite 100, Tacoma WA 98402 | 214 | American Freight Outlet Stores, LLC | $42,656.00 (S), $0.00 (A), $0.00 (P), $0.00 (U), $42,656.00 (T) | 11/25/2024 |
| Pierce County Finance Department, Attn: Jason Thiessen, 950 Fawcett Ave, Suite 100, Tacoma WA 98402 | 215 | Vitamin Shoppe Industries LLC | $852.50 (S), $0.00 (A), $0.00 (P), $0.00 (U), $852.50 (T) | 11/25/2024 |

## REMAINING CLAIMS

| | Claim # | Debtor | Name and address of claimant | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|---|
| 55 | 2502 | American Freight Outlet Stores, LLC | Northern McFadden Limited Partnership, Dustin Nirschl, 3390 University Ave., 5th Floor, Riverside CA 92501 | $150,000.00 (S), $0.00 (A), $0.00 (P), $1,739,220.00 (U), $1,889,220.00 (T) | 2/14/2025 |
| 56 | 961 | Franchise Group, Inc. | Ontario Refrigeration Service, Inc. 635 S Mountain Ave. Ontario CA 91762 | $0.00 (S), $0.00 (A), $0.00 (P), $8,597.00 (U), $8,597.00 (T) | 1/17/2025 |
| 57 | 651 | Buddy's Newco, LLC | Orkin, LLC 2170 Piedmont Rd NE Atlanta GA 30324 | $0.00 (S), $0.00 (A), $0.00 (P), $5,600.69 (U), $5,600.69 (T) | 1/8/2025 |
| 58 | 2747 | American Freight Management Company, LLC | Peters, Kenneth R. Available upon request | $0.00 (S), $0.00 (A), $105,000.00 (P), $0.00 (U), $105,000.00 (T) | 4/2/2025 |
| 59 | 2442 | American Freight Outlet Stores, LLC | Pierce County Finance Department Attn: Jason Thiessen 950 Fawcett Ave Suite 100 Tacoma WA 98402 | $498.48 (S), $0.00 (A), $0.00 (P), $0.00 (U), $498.48 (T) | 2/7/2025 |
| 60 | 2445 | Vitamin Shoppe Industries LLC | Pierce County Finance Department Attn: Jason Thiessen 950 Fawcett Ave Suite 100 Tacoma WA 98402 | $549.51 (S), $0.00 (A), $0.00 (P), $0.00 (U), $549.51 (T) | 2/7/2025 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' First (1st) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

## Amended and Superseded Claims

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
| 61 | Pierce County Finance Department Attn: Jason Thiessen 950 Fawcett Ave Suite 100 Tacoma WA 98402 | 216 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $93,439.00 (U) $93,439.00 (T) | 11/25/2024 | Pierce County Finance Department Attn: Jason Thiessen 950 Fawcett Ave Suite 100 Tacoma WA 98402 | 2446 | Vitamin Shoppe Industries LLC | $961.72 (S) $0.00 (A) $0.00 (P) $0.00 (U) $961.72 (T) | 2/7/2025 |
| 62 | Pierce County Finance Department Attn: Jason Thiessen 950 Fawcett Ave Suite 100 Tacoma WA 98402 | 209 | Vitamin Shoppe Industries LLC | $791.71 (S) $0.00 (A) $0.00 (P) $0.00 (U) $791.71 (T) | 11/25/2024 | Pierce County Finance Department Attn: Jason Thiessen 950 Fawcett Ave Suite 100 Tacoma WA 98402 | 2441 | Vitamin Shoppe Industries LLC | $759.07 (S) $0.00 (A) $0.00 (P) $0.00 (U) $759.07 (T) | 2/7/2025 |
| 63 | Pinchback, Barbra Available upon request | 959 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $8,500.00 (P) $0.00 (U) $8,500.00 (T) | 1/16/2025 | Pinchback, Barbra Available upon request | 1000 | Franchise Group, Inc. | $20,000.00 (S) $0.00 (A) $8,500.00 (P) $2,500.00 (U) $31,000.00 (T) | 1/17/2025 |
| 64 | RetailNext, Inc. 307 Orchard City Cr #100 Campbell CA 95008 | 2492 | American Freight, LLC | $0.00 (S) $11,748.08 (A) $0.00 (P) $0.00 (U) $11,748.08 (T) | 2/13/2025 | RetailNext, Inc. 307 Orchard City Cr. #100 Campbell CA 95008 | 2806 | American Freight, LLC | $0.00 (S) $19,129.84 (A) $0.00 (P) $0.00 (U) $19,129.84 (T) | 4/23/2025 |
| 65 | Sayville Plaza Development LLC c/o Shipman & Goodwin LLP Eric S. Goldstein One Constitution Plaza Hartford CT 06103 | 711 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $826.50 (U) $826.50 (T) | 12/27/2024 | Sayville Plaza Development LLC c/o Shipman & Goodwin LLP Eric S. Goldstein One Constitution Plaza Hartford CT 06103 | 591 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $826.50 (U) $826.50 (T) | 12/27/2024 |
| 66 | Stax Investments LLC 24 CR 912 Brookland AR 72417 | 548 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $1,515,417.30 (U) $1,515,417.30 (T) | 12/20/2024 | Stax Investment LLC Greenberg Traurig, LLP c/o John D. Elrod 3333 Piedmont Road NE Suite 2500 Atlanta GA 30305 | 1485 | Vitamin Shoppe Franchising, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $3,353,233.47 (U) $3,353,233.47 (T) | 1/23/2025 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' First (1st) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

# Amended and Superseded Claims

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
| 67 | Susan D. Jones, Tax Collector, Tuscaloosa County, AL. 714 Greensboro Ave. Room 124 Tuscaloosa AL 35401 | 2875 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $480.51 (U) $480.51 (T) | 5/1/2025 | Susan D. Jones, Tax Collector, Tuscaloosa County, AL. 714 Greensboro Ave. Room 124 Tuscaloosa AL 35401 | 2890 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $480.51 (P) $0.00 (U) $480.51 (T) | 5/2/2025 |
| 68 | Taxing Districts Collected by Potter County Perdue, Brandon, Fielder, Collins & Mott, L.L.P. Alysia Cordova P.O. Box 9132 Amarillo TX 79105 | 2 | American Freight Outlet Stores, LLC | $40,725.91 (S) $0.00 (A) $0.00 (P) $0.00 (U) $40,725.91 (T) | 11/4/2024 | Taxing Districts Collected by Potter County Perdue, Brandon, Fielder, Collins & Mott, L.L.P. Alysia Cordova P.O. Box 9132 Amarillo TX 79105 | 3 | American Freight Outlet Stores, LLC | $40,725.91 (S) $0.00 (A) $0.00 (P) $0.00 (U) $40,725.91 (T) | 11/5/202_ |
| 69 | Texas Workforce Commission Office of Attorney General Bankruptcy and Collections PO Box 12548 MC-008 Austin TX 78711 | 372 | American Freight, LLC | $729,265.25 (S) $0.00 (A) $0.00 (P) $0.00 (U) $729,265.25 (T) | 12/5/2024 | Texas Workforce Commission Office of Attorney General Bankruptcy and Collections PO Box 12548 MC-008 Austin TX 78711 | 2481 | American Freight, LLC | $740,216.32 (S) $0.00 (A) $0.00 (P) $0.00 (U) $740,216.32 (T) | 2/12/2025 |
| 70 | The CIT Group/Commercial Services, Inc. Attn: Legal-Robert Franklin 201 S. Tryon St. 7th Floor Charlotte NC 28202 | 718 | Buddy's Newco, LLC | $0.00 (S) $649,327.95 (A) $4,061,864.40 (P) $0.00 (U) $4,711,192.35 (T) | 1/13/2025 | The CIT Group/Commercial Services, Inc. Attn: Legal-Robert Franklin 201 S. Tryon St. 7th Floor Charlotte NC 28277 | 827 | Buddy's Newco, LLC | $0.00 (S) $649,327.95 (A) $0.00 (P) $4,061,864.40 (U) $4,711,192.35 (T) | 1/15/2025 |
| 71 | The CIT Group/Commercial Services, Inc. Attn: Legal-Robert Franklin 201 S. Tryon St. 7th Floor Charlotte NC 28202 | 719 | American Freight, LLC | $0.00 (S) $649,327.95 (A) $4,061,864.40 (P) $0.00 (U) $4,711,192.35 (T) | 1/13/2025 | The CIT Group/Commercial Services, Inc. Attn: Legal-Robert Franklin 201 S. Tryon St. 7th Floor Charlotte NC 28202 | 828 | American Freight, LLC | $0.00 (S) $649,327.95 (A) $0.00 (P) $4,061,864.28 (U) $4,711,192.23 (T) | 1/15/2025 |
| 72 | Tomorrow's Nutrition 1601 Utica Ave S Suite 109 Minneapolis MN 55416 | 1124 | Vitamin Shoppe Industries LLC | $0.00 (S) $1,647.23 (A) $0.00 (P) $0.00 (U) $1,647.23 (T) | 1/21/2025 | Tomorrow's Nutrition 1601 Utica Ave S Suite 109 Minneapolis MN 55416 | 1347 | Vitamin Shoppe Procurement Services, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $1,647.23 (U) $1,647.23 (T) | 1/22/2025 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors First (1st) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

# Amended and Superseded Claims

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|
| United Parcel Service, Inc. / Faegre Drinker Biddle & Reath LLP / Attn: Roger Maldonado / 200 Wells Fargo Center / 90 South 7th St. / Minneapolis MN 55402 | 1289 | American Freight, LLC | $0.00 (S) / $57,579.26 (A) / $0.00 (P) / $59,387.65 (U) / $116,966.91 (T) | 1/22/2025 |
| Vestis Service, LLC fka ARAMARK Uniform & Career Apparel, LLC / c/o Devin G. Bray / P.O. Box 1617 / Boise ID 83701-1617 | 796 | PSP Stores, LLC | $0.00 (S) / $176,583.36 (A) / $0.00 (P) / $122,005.12 (U) / $298,588.48 (T) | 1/14/2025 |
| Vestis Services, LLC fka ARAMARK Uniform & Career Apparel, LLC / c/o Devin G. Bray / P.O. Box 1617 / Boise Idaho 83701-1617 | 797 | WNW Stores, LLC | $0.00 (S) / $6,800.22 (A) / $0.00 (P) / $3,665.50 (U) / $10,465.72 (T) | 1/14/2025 |
| Vital Amine, Inc. / c/o Procopio, Cory, Hargreaves & Savitch LLP / Attn: William A. Smelko / 525 B Street / Suite 2200 / San Diego CA 92101 | 793 | Franchise Group, Inc. | $0.00 (S) / $8,910.00 (A) / $0.00 (P) / $67,235.14 (U) / $76,145.14 (T) | 1/14/2025 |
| Vital Amine, Inc. / c/o Procopio, Cory, Hargreaves & Savitch LLP / Attn: William A. Smelko / 525 B Street / Suite 2200 / San Diego CA 92101 | 792 | Vitamin Shoppe Procurement Services, LLC | $0.00 (S) / $8,910.00 (A) / $0.00 (P) / $67,235.14 (U) / $76,145.14 (T) | 1/14/2025 |

## REMAINING CLAIMS

| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|
| United Parcel Service, Inc. / Faegre Drinker Biddle & Reath LLP / Attn: Roger Maldonado / 200 Wells Fargo Center / 90 South 7th St. / Minneapolis MN 55402 | 3022 | American Freight, LLC | $0.00 (S) / $0.00 (A) / $0.00 (P) / $59,387.65 (U) / $59,387.65 (T) | 7/16/2025 |
| Vestis Services, LLC fka ARAMARK Uniform & Career Apparel, LLC / c/o Devin G. Bray / Hawley Troxell Ennis & Hawley LLP / P.O. Box 1617 / Boise ID 83701-1617 | 2695 | PSP Stores, LLC | $0.00 (S) / $144,712.64 (A) / $0.00 (P) / $756,215.21 (U) / $900,927.85 (T) | 3/19/2025 |
| Vestis Service, LLC fka ARAMARK Uniform & Career Apparel, LLC / c/o Devin G. Bray / Hawley Troxell Ennis & Hawley LLP / P.O. Box 1617 / Boise ID 83701-1617 | 2694 | WNW Stores, LLC | $0.00 (S) / $5,096.61 (A) / $0.00 (P) / $18,298.13 (U) / $23,394.74 (T) | 3/19/2025 |
| Vital Amine, Inc. / c/o Procopio, Cory, Hargreaves & Savitch LLP / Attn: William A. Smelko / 525 B Street / Suite 2200 / San Diego CA 92101 | 1842 | Franchise Group, Inc. | $0.00 (S) / $8,910.00 (A) / $0.00 (P) / $91,293.02 (U) / $100,203.02 (T) | 1/23/2025 |
| Vital Amine, Inc. / c/o Procopio, Cory, Hargreaves & Savitch LLP / Attn: William A. Smelko / 525 B Street / Suite 2200 / San Diego CA 92101 | 1693 | Vitamin Shoppe Procurement Services, LLC | $0.00 (S) / $8,910.00 (A) / $0.00 (P) / $91,293.02 (U) / $100,203.02 (T) | 1/23/2025 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' First (1st) Omnibus
(Non-Substantive) Objection to Claims

## Amended and Superseded Claims

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|---|
| 78 | WA Department of Revenue 2101 4th Ave. Suite 1400 Seattle WA 98121 | 2580 | American Freight Management Company, LLC | $0.00 (S) $0.00 (A) $2,876.16 (P) $143.81 (U) $3,019.97 (T) | 2/26/2025 |
| 79 | Warner Robins Perlmix, LLC Rountree Leitman Klein & Geer, LLC Hal Leitman 2987 Clairmont Rd. Suite 350 Atlanta GA 30329 | 230 | American Freight, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $35,195.64 (U) $35,195.64 (T) | 11/26/2024 |
| **Total** | | | | **$37,769,208.78** | |

### REMAINING CLAIMS

| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|
| WA Department of Revenue 2101 4th Ave. Suite 1400 Seattle WA 98121 | 2807 | American Freight Management Company, LLC | $0.00 (S) $0.00 (A) $4,414.57 (P) $220.73 (U) $4,635.30 (T) | 4/23/2025 |
| Warner Robins Perlmix, LLC Rountree Leitman Klein & Geer, LLC Hal Leitman 2987 Clairmont Rd. Suite 350 Atlanta GA 30329 | 656 | American Freight, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $177,545.54 (U) $177,545.54 (T) | 1/9/2025 |
| | | | **$113,278,610.07** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

# EXHIBIT B

## Duplicative Claims

Reorganized Debtors' First (1st) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

## Duplicative Claims

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
| 1 | Baker, Kim<br>Available upon request | 813 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | 1/14/2025 | Baker, Kim<br>Available upon request | 815 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | 1/14/2025 |
| 2 | Boyd, Eddie<br>Available upon request | 574 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$620.00 (U)<br>$620.00 (T) | 12/27/2024 | Boyd, Eddie<br>Available upon request | 1770 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$620.00 (U)<br>$620.00 (T) | 1/23/2025 |
| 3 | Brown, James J<br>Available upon request | 2038 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>unliquidated (U)<br>unliquidated (T) | 1/23/2025 | Brown, James John<br>Available upon request | 1929 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>unliquidated (U)<br>unliquidated (T) | 1/23/2025 |
| 4 | Clark County Treasurer's Office<br>POB 5000<br>Vancouver WA 98666 | 2816 | Franchise Group, Inc. | $74,651.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$74,651.00 (T) | 4/14/2025 | Clark County Treasurer's Office<br>POB 5000<br>Vancouver WA 98666 | 2818 | Franchise Group, Inc. | $74,651.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$74,651.00 (T) | 4/15/2025 |
| 5 | Gregory Realty, GP<br>c/o Marathom Management, LLC<br>Hulet T. Gregory, President<br>P.O. Box 382366<br>Germantown TN 38183 | 2281 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$227,069.40 (U)<br>$227,069.40 (T) | 1/28/2025 | Gregory Realty, GP<br>c/o Marathom Management, LLC<br>Hulet T. Gregory, President<br>P.O. Box 382366<br>Germantown TN 38183 | 1594 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$227,069.40 (U)<br>$227,069.40 (T) | 1/22/2025 |
| 6 | Hernandez, Julio<br>Howard Adelsberg Esq<br>c/o Subin Associates<br>150 Broadway<br>22nd Floor<br>New York NY 10038 | 2240 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,000,000.00 (U)<br>$4,000,000.00 (T) | 1/17/2025 | Hernandez, Julio<br>c/o Subin Associates<br>Howard Adelsberg Esq<br>150 Broadway<br>22nd Floor<br>New York NY 10038 | 2242 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,000,000.00 (U)<br>$4,000,000.00 (T) | 1/17/2025 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

Page 2

Reorganized Debtors' First (1st) Omnibus
(Non-Substantive) Objection to Claims

# Duplicative Claims

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
| 7 | HYG Financial Services, Inc. Attn: La Neice Brown 800 Walnut Street MAC F0006-052 Des Moines IA 50309 | 383 | Franchise Group, Inc. | $72,090.00 (S) $0.00 (A) $0.00 (P) $36,640.37 (U) $108,730.37 (T) | 12/6/2024 | HYG Financial Services, Inc. 800 Walnut Street MAC F0006-052 Des Moines IA 50309 | 431 | Franchise Group, Inc. | $72,090.00 (S) $0.00 (A) $0.00 (P) $36,640.37 (U) $108,730.37 (T) | 12/11/2024 |
| 8 | Jenkins, Shannon Available upon request | 950 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $1,500.00 (U) $1,500.00 (T) | 1/17/2025 | Jenkins, Shannon Available upon request | 2354 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $1,500.00 (U) $1,500.00 (T) | 1/31/2025 |
| 9 | John Squared Capital LLC 5 Tennis Terr Sparta NJ 07871 | 2042 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) unliquidated (U) unliquidated (T) | 1/23/2025 | John Squared Capital LLC 5 Tennis Terr Sparta NJ 07871 | 1932 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) unliquidated (U) unliquidated (T) | 1/23/2025 |
| 10 | Mahr, Kriston David Available upon request | 2291 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $741.00 (U) $741.00 (T) | 1/28/2025 | Mahr, Kriston David Available upon request | 468 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $741.00 (U) $741.00 (T) | 12/15/2024 |
| 11 | Marler, Faith Silver Available upon request | 1012 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $1,350.00 (U) $1,350.00 (T) | 1/19/2025 | Marler, Faith Silver Available upon request | 1014 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $1,350.00 (U) $1,350.00 (T) | 1/19/2025 |
| 12 | Phillips, Jackie Available upon request | 1801 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $540.00 (U) $540.00 (T) | 1/23/2025 | Phillips, Jackie Available upon request | 2102 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $540.00 (U) $540.00 (T) | 1/23/2025 |
| 13 | Pleiades Partners, LLC 245 Meriwether Circle Suite 452 Alta WY 83414 | 2032 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $1,600,000.00 (U) $1,600,000.00 (T) | 1/23/2025 | Pleiades Partners, LLC 245 Meriwether Circle Alta WY 83414 | 2050 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $1,600,000.00 (U) $1,600,000.00 (T) | 1/23/2025 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

Reorganized Debtors' First (1st) Omnibus
(Non-Substantive) Objection to Claims

## Duplicative Claims

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Name and address of claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
| 14 SMECO PO Box 1937 Hughesville MD 20637 | 188 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $594.64 (U) $594.64 (T) | 11/22/2024 | SMECO PO Box 1937 Hughesville MD 20637 | 952 | Franchise Group, Inc. | $0.00 (S) $0.00 (A) $0.00 (P) $594.64 (U) $594.64 (T) | 1/17/2025 |
| 15 WLM-CB LLC, a California Limited Liability Company Douglas D. Alani, Attorney for WLM-CB LLC 419 Old Newport Blvd. Suite C Newport Beach CA 92663 | 1146 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $302,090.88 (U) $302,090.88 (T) | 1/21/2025 | WLM-CB LLC Douglas D. Alani 419 Old Newport Blvd Suite C Newport Beach CA 92663 | 2159 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $302,090.88 (U) $302,090.88 (T) | 1/23/2025 |
| 16 WLM-CB LLC Douglas D. Alani, Attorney for WLM-CB LLC 419 Old Newport Blvd. Suite C Newport Beach CA 92663 | 1767 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $302,090.88 (U) $302,090.88 (T) | 1/23/2025 | WLM-CB LLC Douglas D. Alani 419 Old Newport Blvd Suite C Newport Beach CA 92663 | 2159 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $302,090.88 (U) $302,090.88 (T) | 1/23/2025 |
| 17 WLM-CB LLC Attn: Douglas D. Alani 419 Old Newport Blvd Suite C Newport Beach CA 92663 | 2256 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $302,090.88 (U) $302,090.88 (T) | 1/27/2025 | WLM-CB LLC Douglas D. Alani 419 Old Newport Blvd Suite C Newport Beach CA 92663 | 2159 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $302,090.88 (U) $302,090.88 (T) | 1/23/2025 |
| 18 WLM-CB LLC Douglas D. Alani 419 Old Newport Blvd. Suite C Newport Beach CA 92663 | 2280 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $302,090.88 (U) $302,090.88 (T) | 1/28/2025 | WLM-CB LLC Douglas D. Alani 419 Old Newport Blvd Suite C Newport Beach CA 92663 | 2159 | Vitamin Shoppe Industries LLC | $0.00 (S) $0.00 (A) $0.00 (P) $302,090.88 (U) $302,090.88 (T) | 1/23/2025 |
| Total | | | $7,224,159.93 | | | | | $7,224,159.93 | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total