**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Seth E. Darmstadter to represent Lawrence R. Hirsh, as Litigation Trustee, acting on behalf of the litigation trust established pursuant to the *Litigation Trust Agreement and Declaration of Litigation Trust* dated as of June 6, 2025, in the above-captioned bankruptcy cases, and any related adversary proceedings.

Dated: September 29, 2025
Wilmington, Delaware

*/s/ Mark W. Eckard*
Mark W. Eckard (No. 4542)
RAINES FELDMAN LITTRELL LLP
824 North Market Street, Suite 805
Wilmington, DE 19801
302.647.1018
meckard@raineslaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for District Court.

*/s/ Seth E. Darmstadter*
Seth E. Darmstadter
**RAINES FELDMAN LITTRELL LLP**
30 N. LaSalle Street, Ste. 3100
Chicago, IL 60602
Email: sdarmstadter@raineslaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: October 3rd, 2025**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**