## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

At my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the date set forth on the Supplemental Affected Contract Counterparties Service List attached hereto as **Exhibit A**:

- Debtors' Motion for Entry of an Order (I) Authorizing Franchise Group Intermediate V, LLC to Enter Into and Perform Its Obligations Under the Asset Purchase Agreement, (II) Approving the Sale of Certain Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 1283]

At my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Affected Contract Counterparties List attached hereto as **Exhibit B**:

- Notice of Filing of Amended Schedule 1 to the Sale Order [Docket No. 1293]

On September 4, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Amended Contract Counterparties Service List attached hereto as **Exhibit C**:

- Notice of Filing of Second Amended Plan Supplement [Docket No. 1518]

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24- 12480 (LSS).

On September 4, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Mailing List attached hereto as **Exhibit D**:

- Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates [Docket No. 1605]

Dated: October 1, 2025

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 1, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

## Exhibit A

Exhibit A
Supplemental Affected Contract Counterparties Service List
Served via First-Class Mail

| ADRID | Name | Address1 | Address2 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|
| 29777213 | Hero Nutritional Products LLC | 1900 Carnegie Ave | Building A | Santa Ana | CA | 92705 | September 2, 2025 |
| 29627804 | Icon Meals Inc | Eddie Castillo | 4312 McEwen Road | Dallas | TX | 75244 | September 12, 2025 |
| 29777331 | Kimmerle Newman Architects | 1109 Mt Kemble Ave | | Morristown | NJ | 07960 | September 2, 2025 |
| 29778053 | Threshold Enterprises LTD | 23 Janis Way | | Scotts Valley | CA | 95066 | September 2, 2025 |

**Exhibit B**

Exhibit B
Supplemental Affected Contract Counterparties List
Served via First-Class Mail

| ADRID | Name | Address1 | Address2 | City | State | Postal Code | Date of Service |
|---|---|---|---|---|---|---|---|
| 29783761 | 1010data Retail Solutions LLC | 432 Park Ave South, 15th Floor | | New York, | NY | 10016 | September 3, 2025 |
| 29627883 | CTRL Holdings, LLC | 501 MADISON AVE RM 402 | | NEW YORK | NY | 10022-5635 | September 3, 2025 |
| 29776986 | Discovery Benefits, Inc. | 4310 17th Ave S | | Fargo | ND | 58103-3339 | September 3, 2025 |
| 29605519 | FORTNA INC | P. O. Box 735247 | | Chicago | IL | 60673-5247 | September 3, 2025 |
| 29627804 | Icon Meals Inc | Eddie Castillo | 4312 McEwen Road | DALLAS | TX | 75244 | September 19, 2025 |

In re: Franchise Group, Inc.
Case No. 24-12480 (LSS)

**<u>Exhibit C</u>**

Exhibit C
Supplemental Amended Contract Counterparties Service List
Served via First-Class Mail

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 29783763 | 1010data, Inc. | 3300 Hillview Ave | Ste B | | Palo Alto | CA | 94304-1251 |
| 30282177 | Kroll Information Assurance, LLC | One World Trade Center | 285 Fulton Street | 31st Floor | New York | NY | 10007 |

**<u>Exhibit D</u>**

Exhibit D
Supplemental Mailing List
Served via First-Class Mail

| ADRID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 29628332 | BMI WELLNESS CONCEPTS PLLC | 8041 BRIER CREEK PKWY | | RALEIGH | NC | 27617-7596 |
| 29904673 | IFRG Investors III, L.P. | 100 WEST PUTNAM AVE | | Greenwich | CT | 06830 |
| 29480543 | James, MICHELLE | ADDRESS ON FILE | | | | |
| 29490350 | Jones, NASCYAUNI | ADDRESS ON FILE | | | | |
| 29617201 | Trevonti, Nichols | ADDRESS ON FILE | | | | |
| 29647849 | Waters, Presley M | ADDRESS ON FILE | | | | |