IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline**: October 27, 2025 at 4:00 p.m. (ET)<br><br>**Hearing Date:** October 29, 2025 at 3:30 p.m. |

## SUPPLEMENTAL NOTICE OF LITIGATION TRUSTEE'S MOTION TO MODIFY PROTECTIVE ORDER

**PLEASE TAKE NOTICE** that on September 5, 2025, Lawrence R. Hirsh, Litigation Trustee of the Litigation Trust, filed the *Litigation Trustee's Motion to Modify Protective Order* [Docket No. 1851] (the "**Motion**"). A copy of the Motion is attached hereto.[2]

**PLEASE TAKE FURTHER NOTICE** that, if you object or otherwise desire to respond to the Motion, any objections or other responses to the Motion must be in writing, conform with all applicable rules, and be filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on or before **October 27, 2025 at 4:00 p.m. (Eastern)**.

**PLEASE TAKE FURTHER NOTICE** that, if any objections or other responses are timely filed as set forth above, a hearing to consider the Motion will be held on **October 29, 2025 at 3:30 p.m.** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING**.

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used and not defined in this Notice have the meaning ascribed in the Motion.

1

10634534.3

                                       **RAINES FELDMAN LITTRELL LLP**

| | |
|---|---|
| Dated: October 9, 2025<br>Wilmington, Delaware | */s/ Mark W. Eckard*<br>Thomas J. Francella, Jr. (No. 3835)<br>Mark W. Eckard (No. 4542)<br>824 North Market Street, Suite 805<br>Wilmington, DE 19801<br>Telephone: (302) 772-5803<br>Email: tfrancella@raineslaw.com<br>       meckard@raineslaw.com |

- and -

Hamid R. Rafatjoo (*pro hac vice*)
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Email: hrafatjoo@raineslaw.com

- and -

David S. Forsh (*pro hac vice*)
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Telephone: (917) 790-7100
Email: dforsh@raineslaw.com

*Counsel to the Litigation Trustee*