## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | ) ) ) | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | ) ) ) | |

### NOTICE OF AGENDA FOR
### HEARING OF MATTERS SCHEDULED FOR
### OCTOBER 15, 2025, AT 10:00 A.M. (PREVAILING EASTERN TIME)

**WITH PERMISSION FROM THE COURT, THIS HEARING HAS BEEN CANCELLED AS NO MATTERS ARE GOING FORWARD**

**MATTER UNDER CERTIFICATION**

1. Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1856, 9/15/25]

    Objection Deadline: October 6, 2025, at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    A. Certification of Counsel Regarding Proposed Order Sustaining Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1883, 10/8/25]

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

Responses Received:

    B. Informal Response from the Internal Revenue Service

    C. Response by the Tennessee Department of Revenue to the Reorganized Debtors' Second Omnibus Objection to Claims [D.I. 1881, 10/3/25]

Status: By agreement of the parties, this matter has been adjourned, solely with respect to items B and C, to the hearing scheduled on November 18, 2025. A certification of counsel has been filed. The Court has advised the Reorganized Debtor's undersigned counsel that it is reviewing this matter and will advise of any issues. A hearing is not required.

*[Remainder of Page Intentionally Left Blank]*

Dated:  October 10, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Shella Borovinskaya* | |
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone:     (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile:      (212) 446-4900 |
| Telephone:     (302) 571-6600 | Email:             joshua.sussberg@kirkland.com |
| Facsimile:      (302) 571-1253 |                         nicole.greenblatt@kirkland.com |
| Email:             emorton@ycst.com |                         derek.hunter@kirkland.com |
|                         mlunn@ycst.com | |
|                         amielke@ycst.com | - and - |
|                         sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone:     (415) 439-1400 |
| | Facsimile:      (415) 439-1500 |
| | Email:             mark.mckane@kirkland.com |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |