# UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF DELAWARE

In re: Franchise Group Inc., et al.

Debtor(s)

Case No. 24-12480

Lead Case No. 24-12480

☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2025

Petition Date: 11/03/2024

Plan Confirmed Date: 06/02/2025

Plan Effective Date: 06/06/2025

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

Allison S. Mielke
Signature of Responsible Party

10/17/2025
Date

Allison S. Mielke
Printed Name of Responsible Party

1000 North King Street, Wilmington, DE  19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                                       1

Debtor's Name: Franchise Group Inc., et al.    Case No. 24-12480

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $99,187,097 | $99,187,097 |
| b. Non-cash securities transferred | $314,868,872 | $314,868,872 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $414,055,969 | $414,055,969 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $0 | $4,665,894 | $31,626,363 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Akin Gump Strauss Hauer & Feld LLP | Other | $0 | $0 | $2,603,384 | $6,791,185 |
| | ii | Alix Partners LLP | Other | $0 | $0 | $0 | $8,759,830 |
| | iii | Ashby & Geddes, P.A. | Other | $0 | $0 | $207,991 | $322,659 |
| | iv | Deloitte & Touche LLP | Other | $0 | $0 | $671,275 | $2,041,700 |
| | v | Direct Fee Review LLC | Other | $0 | $0 | $0 | $19,104 |
| | vi | Ducera Partners LLC | Financial Professional | $0 | $0 | $0 | $1,200,483 |
| | vii | Ernst & Young LLP | Other | $0 | $0 | $352,589 | $1,083,432 |
| | viii | Hilco Dilgence Services, LLC | Other | $0 | $0 | $0 | $125,000 |
| | ix | Kirkland & Ellis LLP | Co-Counsel | $0 | $0 | $0 | $3,302,118 |
| | x | Kroll Restructuring Administration | Other | $0 | $0 | $33,388 | $3,142,418 |
| | xi | Petrillo Klein + Boxer LLP | Other | $0 | $0 | $797,267 | $2,801,812 |
| | xii | Young Conaway Stargatt & Taylor, LLP | Co-Counsel | $0 | $0 | $0 | $2,036,623 |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name: Franchise Group Inc., et al.                                                                 Case No. 24-12480

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name: Franchise Group Inc., et al.   Case No. 24-12480

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $273,919 | $1,341,583 | $273,919 | $1,341,583 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Ballard Spahr LLP | Special Counsel | $0 | $2,137 | $0 | $2,137 |
| | ii | Carle Mackie Powers & Ross, LLP | Special Counsel | $0 | $3,465 | $0 | $3,465 |
| | iii | Clarus Partners | Special Counsel | $45,408 | $267,507 | $45,408 | $267,507 |
| | iv | Clearbridge Compensation Group, LLC | Financial Professional | $190,019 | $321,444 | $190,019 | $321,444 |
| | v | Cole Schotz P.C. | Special Counsel | $0 | $176,700 | $0 | $176,700 |
| | vi | DLA Piper LLP (US) | Special Counsel | $13,960 | $25,745 | $13,960 | $25,745 |

UST Form 11-PCR (12/01/2021)         4

Debtor's Name: Franchise Group Inc., et al.　　　　　　　　　　　　　　　　Case No. 24-12480

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | vii | Dunn & Allsman, LLC | Special Counsel | $3,530 | $56,514 | $3,530 | $56,514 |
|  | viii | EXL Service (Ireland) Limited | Financial Professional | $0 | $19,745 | $0 | $19,745 |
|  | ix | Gordon Brothers Asset Advisors, LLC | Financial Professional | $0 | $113,983 | $0 | $113,983 |
|  | x | Gordon Rees Scully Mansukhani, LLP | Special Counsel | $1,980 | $34,757 | $1,980 | $34,757 |
|  | xi | Grant Thorton LLP | Financial Professional | $16,800 | $29,300 | $16,800 | $29,300 |
|  | xii | Honigman LLP | Special Counsel | $0 | $17,753 | $0 | $17,753 |
|  | xiii | Hunton Andrews Kurth LLP | Special Counsel | $0 | $96,288 | $0 | $96,288 |
|  | xiv | Jackson Lewis P.C. | Special Counsel | $0 | $13,382 | $0 | $13,382 |
|  | xv | Littler Mendelson P.C. | Special Counsel | $222 | $17,901 | $222 | $17,901 |
|  | xvi | REA & Associates, Inc. | Special Counsel | $0 | $15,000 | $0 | $15,000 |
|  | xvii | Reed Smith LLP | Special Counsel | $0 | $80,346 | $0 | $80,346 |
|  | xviii | Smalling and Buyrn, PA D/B/A Capital City Law | Special Counsel | $2,000 | $15,800 | $2,000 | $15,800 |
|  | xix | Stout Risius Ross, LLC | Financial Professional | $0 | $25,000 | $0 | $25,000 |
|  | xx | Troutman Pepper Hamilton Sanders LLP | Special Counsel | $0 | $8,815 | $0 | $8,815 |
|  | xxi |  |  |  |  |  |  |
|  | xxii |  |  |  |  |  |  |
|  | xxiii |  |  |  |  |  |  |
|  | xxiv |  |  |  |  |  |  |
|  | xxv |  |  |  |  |  |  |
|  | xxvi |  |  |  |  |  |  |
|  | xxvii |  |  |  |  |  |  |
|  | xxviii |  |  |  |  |  |  |
|  | xxix |  |  |  |  |  |  |
|  | xxx |  |  |  |  |  |  |
|  | xxxi |  |  |  |  |  |  |
|  | xxxii |  |  |  |  |  |  |
|  | xxxiii |  |  |  |  |  |  |
|  | xxxiv |  |  |  |  |  |  |
|  | xxxv |  |  |  |  |  |  |
|  | xxxvi |  |  |  |  |  |  |
|  | xxxvii |  |  |  |  |  |  |
|  | xxxviii |  |  |  |  |  |  |
|  | xxxix |  |  |  |  |  |  |
|  | xl |  |  |  |  |  |  |
|  | xli |  |  |  |  |  |  |
|  | xlii |  |  |  |  |  |  |
|  | xliii |  |  |  |  |  |  |
|  | xliv |  |  |  |  |  |  |
|  | xlv |  |  |  |  |  |  |
|  | xlvi |  |  |  |  |  |  |
|  | xlvii |  |  |  |  |  |  |
|  | xlviii |  |  |  |  |  |  |

Debtor's Name Franchise Group Inc., et al.                                             Case No. 24-12480

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name Franchise Group Inc., et al.　　　　　　　　　　　　　　　Case No. 24-12480

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $1,418,247 | $9,109,850 | $6,084,141 | $40,736,213 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $5,228,028 | $0 | $0 | $0 | 0% |
| b. Secured claims | $569,961,438 | $314,868,872 | $568,905,536 | $1,597,907,948 | 36% |
| c. Priority claims | $3,719,792 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $2,283,000 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?　　　　　　　　　　　　　　　　　　　　　　　　　Yes ○　　No ●

　　If yes, give date Final Decree was entered: _____

　　If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?　　Yes ●　　No ○

Debtor's Name Franchise Group Inc., et al.                                    Case No. 24-12480

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

Andrew Kaminsky                                        Andrew Kaminsky
Signature of Responsible Party                         Printed Name of Responsible Party

Chief Administrative Officer                           10/17/2025
Title                                                  Date

| Debtor's Name | Franchise Group Inc., et al. | Case No. | 24-12480 |
|---|---|---|---|


Page 1


Other Page 1


Page 2 Minus Tables



| Debtor's Name | Franchise Group Inc., et al. | Case No. | 24-12480 |
|---|---|---|---|

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)  9

Debtor's Name Franchise Group Inc., et al.                                           Case No.  24-12480

UST Form 11-PCR (12/01/2021)


Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

10