**EXHIBIT 1**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC.,[1]<br><br>Reorganized Debtor. | )<br>) Chapter 11<br>)<br>) Case No. 24-12480 (LSS)<br>)<br>)<br>)<br>) Re: Docket No. 1856<br>) |

## ORDER SUSTAINING REORGANIZED DEBTORS' SECOND (2ND) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

Upon consideration of the *Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims* (the "Objection")[2] for entry of an order (this "Order") disallowing and expunging certain claims, and the Kelsall Declaration; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334, the Amended Standing Order, and Article IX of the Plan; and having determined that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Reorganized Debtors, the Debtors' estates, their creditors, and other parties in interest; and it appearing that notice of the Objection was good and sufficient upon the particular circumstances

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Objection is SUSTAINED, as set forth herein.

2. The Disputed Claims identified on **Exhibit A** to this Order are hereby disallowed in their entirety.

3. The Reorganized Debtors' objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each Disputed Claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

4. Any and all rights of the Reorganized Debtors or of the Litigation Trust to amend, supplement, or otherwise modify the Objection and to file additional objections to any and all claims filed in these Chapter 11 Cases, including, without limitation, any and all of the Disputed Claims, shall be reserved. Any and all rights, claims, and defenses of the Reorganized Debtors or of the Litigation Trust with respect to any and all of the Disputed Claims shall be reserved, and nothing included in or omitted from the Objection, this Order, or **Exhibit A** hereto is intended or shall be deemed to impair, prejudice, waive, or otherwise affect any rights, claims, or defenses of the Reorganized Debtors or of the Litigation Trust with respect to the Disputed Claims.

3

5. This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

# **EXHIBIT A**

**No Liability Claims**

Case 24-12480-LSS    Doc 1893-1    Filed 10/21/25    Page 6 of 14

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims

No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | Allen ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 240 | Pet Supplies "Plus", LLC | 11/27/2024 | $5,109.48 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,109.48 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 2 | Arapahoe County Treasurer<br>5334 South Prince Street<br>Attn: Bankruptcy Division<br>Littleton CO 80120 | 2655 | Pet Supplies "Plus", LLC | 03/13/2025 | $2,861.07 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,861.07 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 3 | Benton County Collector<br>2113 W. Walnut St.<br>Rogers AR 72756 | 848 | Pet Supplies "Plus", LLC | 01/15/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,597.07 (P)<br>$0.00 (U)<br>$3,597.07 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 4 | Brazoria County Municipal Utility District #34<br>Attn: Michael J. Darlow<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 2316 | Pet Supplies "Plus", LLC | 01/29/2025 | $2,034.71 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,034.71 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 5 | Brazoria County, et al<br>Attn: Michael J. Darlow<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 2313 | Pet Supplies "Plus", LLC | 01/29/2025 | $9,304.13 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$9,304.13 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 6 | City of Allen<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 241 | Pet Supplies "Plus", LLC | 11/27/2024 | $1,894.84 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,894.84 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 7 | City of Carrollton<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 242 | Pet Supplies "Plus", LLC | 11/27/2024 | $1,744.17 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,744.17 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 8 | City of Frisco<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 244 | Pet Supplies "Plus", LLC | 11/27/2024 | $3,366.18 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,366.18 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims

Case 24-12480-LSS    Doc 1893-1    Filed 10/21/25    Page 7 of 14

No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 9 | City of Houston<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston TX 77253-3064 | 287 | PSP Stores, LLC | 11/27/2024 | $2,864.60 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,864.60 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 10 | City of Houston<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 519 | Pet Supplies "Plus", LLC | 12/16/2024 | $1,641.80 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,641.80 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 11 | City of McAllen<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin TX 78760-7428 | 304 | Pet Supplies "Plus", LLC | 11/29/2024 | $1,508.43 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,508.43 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 12 | City of Montgomery<br>Attn: Angela K. Randermann<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 669 | Pet Supplies "Plus", LLC | 01/09/2025 | $1,229.10 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,229.10 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 13 | City of Pasadena<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston TX 77253-3064 | 286 | PSP Stores, LLC | 11/27/2024 | $2,025.77 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,025.77 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 14 | City of Sulphur Springs<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 270 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $577.08 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$577.08 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 15 | City of Tomball<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 543 | Pet Supplies "Plus", LLC | 12/16/2024 | $423.70 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$423.70 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 16 | City of Wylie<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 245 | Pet Supplies "Plus", LLC | 11/27/2024 | $2,194.21 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,194.21 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |

Case 24-12480-LSS    Doc 1893-1    Filed 10/21/25    Page 8 of 14

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims

No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 17 | Collin County Tax Assessor/Collector<br>c/o Abernathy, Roeder, Boyd & Hullett, P.C.<br>Attn: Paul M. Lopez<br>1700 Redbud Blvd.<br>Suite 300<br>McKinney TX 75069 | 2883 | Pet Supplies "Plus", LLC | 05/02/2025 | $3,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,000.00 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 18 | Copperas Cove Independent School District<br>c/o Perdue Brandon Fielder Collins & Mott LLP<br>Attn: Sergio E. Garcia<br>3301 Northland Dr.<br>Suite 505<br>Austin TX 78731 | 6 | Pet Supplies "Plus", LLC | 11/06/2024 | $3,090.51 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,090.51 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 19 | County of Fresno Tax Collector<br>2281 Tulare St<br>Suite 105<br>Fresno CA 93721 | 2876 | Pet Supplies "Plus", LLC | 05/01/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,019.65 (P)<br>$0.00 (U)<br>$3,019.65 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 20 | County of Orange Treasurer - Tax Collector<br>PO Box 4515<br>Santa Ana CA 92702-4515 | 529 | PSP Stores, LLC | 12/17/2024 | $0.00 (S)<br>$0.00 (A)<br>$628.97 (P)<br>$0.00 (U)<br>$628.97 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 21 | Cypress-Fairbanks ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston TX 77253-3064 | 288 | PSP Stores, LLC | 11/27/2024 | $10,233.82 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,233.82 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 22 | Dallas County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 276 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $3,337.40 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,337.40 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 23 | Deer Park ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston TX 77253-3064 | 289 | PSP Stores, LLC | 11/27/2024 | $4,783.76 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,783.76 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 24 | Ellis County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 248 | Pet Supplies "Plus", LLC | 11/27/2024 | $11,102.08 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,102.08 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims

Case 24-12480-LSS   Doc 1893-1   Filed 10/21/25   Page 9 of 14

No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 25 | Fort Bend County<br>c/o Linebarger Goggain Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 363 | PSP Stores, LLC | 12/04/2024 | $8,386.87 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,386.87 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 26 | Grayson County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 273 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $1,193.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,193.00 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 27 | Gregg County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 264 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $2,447.52 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,447.52 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 28 | Harris County Municipal Utility District # 168<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 485 | Pet Supplies "Plus", LLC | 12/16/2024 | $2,177.15 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,177.15 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 29 | Harris County Municipal Utility District # 367<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 483 | Pet Supplies "Plus", LLC | 12/16/2024 | $524.70 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$524.70 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 30 | Harris County Municipal Utility District #70<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 504 | Pet Supplies "Plus", LLC | 12/16/2024 | $3,162.80 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,162.80 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 31 | Harris Co ESD # 08<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 291 | PSP Stores, LLC | 11/27/2024 | $123.13 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$123.13 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 32 | Harris Co ESD # 09<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 292 | PSP Stores, LLC | 11/27/2024 | $376.62 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$376.62 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims
Case 24-12480-LSS   Doc 1893-1   Filed 10/21/25   Page 10 of 14
No Liability Claims
Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 33 | Harris Co ESD # 11<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 293 | PSP Stores, LLC | 11/27/2024 | $48.71 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$48.71 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 34 | Harris Co ESD # 16<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3400 | 290 | PSP Stores, LLC | 11/27/2024 | $63.45 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$63.45 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 35 | Harris Co ESD # 48<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 295 | PSP Stores, LLC | 11/27/2024 | $316.31 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$316.31 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 36 | Hidalgo County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | 303 | Pet Supplies "Plus", LLC | 11/29/2024 | $6,352.67 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$6,352.67 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 37 | Hopkins County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 266 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $731.21 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$731.21 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 38 | Houston Comm Coll System<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 294 | PSP Stores, LLC | 11/27/2024 | $511.67 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$511.67 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 39 | Houston ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 278 | PSP Stores, LLC | 11/27/2024 | $4,619.11 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,619.11 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 40 | Katy ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 279 | PSP Stores, LLC | 11/27/2024 | $3,549.03 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,549.03 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims
Case 24-12480-LSS    Doc 1893-1    Filed 10/21/25    Page 11 of 14
No Liability Claims
Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 41 | Kaufman County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 246 | Pet Supplies "Plus", LLC | 11/27/2024 | $2,928.69 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,928.69 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 42 | King County Treasury<br>201 S. Jackson St, #710<br>Seattle WA 98104 | 2504 | PSP Group, LLC | 02/14/2025 | $1,831.79 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,831.79 (T) | Claim is incorrectly asserted against PSP Group, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 43 | Klein Independent School District<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 490 | Pet Supplies "Plus", LLC | 12/16/2024 | $1,287.14 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,287.14 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 44 | Lewisville ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 259 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $916.06 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$916.06 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 45 | Lewisville ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 243 | Pet Supplies "Plus", LLC | 11/27/2024 | $8,016.07 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,016.07 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 46 | Lone Star College System<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston TX 77253-3064 | 284 | PSP Stores, LLC | 11/27/2024 | $1,285.52 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,285.52 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 47 | Magnolia Independent School District<br>Attn: Angela K. Randermann<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 661 | Pet Supplies "Plus", LLC | 01/09/2025 | $2,105.76 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,105.76 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 48 | McLennan County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | 302 | Pet Supplies "Plus", LLC | 11/29/2024 | $2,501.73 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,501.73 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims

Case 24-12480-LSS    Doc 1893-1    Filed 10/21/25    Page 12 of 14

No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 49 | Montgomery County<br>c/o Linebarger Goggan Blair & Sampson LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 2628 | PSP Stores, LLC | 03/12/2025 | $15,127.26 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15,127.26 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 50 | Montgomery County MUD #95<br>Attn: Angela K. Randermann<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 668 | Pet Supplies "Plus", LLC | 01/09/2025 | $2,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,500.00 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 51 | Nacogdoches County CAD, et al.<br>c/o Perdue Brandon Fielder Collins & Mott<br>110 N College Ave<br>Suite 1202<br>Tyler TX 75702 | 2421 | Franchise Group, Inc. | 02/06/2025 | $1,182.41 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,182.41 (T) | Claim is incorrectly asserted against Franchise Group, Inc. which has no liability for amounts owed by non-Debtor franchisees. |
| 52 | Palm Beach County Tax Collector<br>Attn: Legal Services<br>PO Box 3715<br>West Palm Beach FL 33402 | 118 | Pet Supplies "Plus", LLC | 11/19/2024 | $3,896.43 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,896.43 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 53 | Palm Beach County Tax Collector<br>Attn: Legal Services<br>PO Box 3715<br>West Palm Beach FL 33402 | 119 | Pet Supplies "Plus", LLC | 11/19/2024 | $1,594.96 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,594.96 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 54 | Palm Beach County Tax Collector<br>Attn: Legal Services<br>PO Box 3715<br>West Palm Beach FL 33402 | 122 | Pet Supplies "Plus", LLC | 11/19/2024 | $1,002.69 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,002.69 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 55 | Pinellas County Tax Collector<br>Attn: Bankruptcy Dept<br>PO Box 6340<br>Clearwater FL 33758-6340 | 444 | Franchise Group, Inc. | 12/12/2024 | $8,422.48 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,422.48 (T) | Claim is incorrectly asserted against Franchise Group, Inc. which has no liability for amounts owed by non-Debtor franchisees. |
| 56 | Prosper ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 247 | Pet Supplies "Plus", LLC | 11/27/2024 | $11,556.79 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,556.79 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 57 | Rockwall CAD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 250 | Pet Supplies "Plus", LLC | 11/27/2024 | $3,699.54 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,699.54 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims  Case 24-12480-LSS    Doc 1893-1    Filed 10/21/25    Page 13 of 14

No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 58 | San Patricio County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | 307 | Pet Supplies "Plus", LLC | 11/29/2024 | $8,198.46 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,198.46 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 59 | Smith County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 271 | Pet Supplies "Plus", LLC | 11/27/2024 | $1,589.18 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,589.18 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 60 | Smith County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 257 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $492.36 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$492.36 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 61 | Spring Branch Independent School District<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 489 | Pet Supplies "Plus", LLC | 12/16/2024 | $3,403.82 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,403.82 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 62 | Stanislaus County Tax Collector<br>PO Box 859<br>Modesto CA 95353 | 2735 | Pet Supplies "Plus", LLC | 03/31/2025 | $2,565.27 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,565.27 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 63 | Sulphur Springs ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 256 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $1,297.78 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,297.78 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 64 | Tarrant County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 254 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $4,894.99 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,894.99 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 65 | Taxing Districts Collected by Randall County<br>c/o PBFCM<br>PO Box 9132<br>Amarillo TX 79105 | 374 | Pet Supplies "Plus", LLC | 12/05/2024 | $11,297.47 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,297.47 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims　　Case 24-12480-LSS    Doc 1893-1    Filed 10/21/25    Page 14 of 14　　Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

No Liability Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 66 | Tom Green CAD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 255 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $765.26 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$765.26 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 67 | Tomball Independent School District<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 511 | Pet Supplies "Plus", LLC | 12/16/2024 | $1,472.72 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,472.72 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 68 | Town of Prosper<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 263 | Pet Supplies "Plus", LLC | 11/27/2024 | $2,219.17 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,219.17 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 69 | Wise County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 252 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $1,353.11 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,353.11 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| | **Claims To Be Expunged Totals** | **Count: 69** | | | **$225,561.39** | |