# EXHIBIT A

**No Liability Claims**

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims

# No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | Allen ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 240 | Pet Supplies "Plus", LLC | 11/27/2024 | $5,109.48 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,109.48 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 2 | Arapahoe County Treasurer<br>5334 South Prince Street<br>Attn: Bankruptcy Division<br>Littleton CO 80120 | 2655 | Pet Supplies "Plus", LLC | 03/13/2025 | $2,861.07 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,861.07 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 3 | Benton County Collector<br>2113 W. Walnut St.<br>Rogers AR 72756 | 848 | Pet Supplies "Plus", LLC | 01/15/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,597.07 (P)<br>$0.00 (U)<br>$3,597.07 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 4 | Brazoria County Municipal Utility District #34<br>Attn: Michael J. Darlow<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 2316 | Pet Supplies "Plus", LLC | 01/29/2025 | $2,034.71 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,034.71 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 5 | Brazoria County, et al<br>Attn: Michael J. Darlow<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 2313 | Pet Supplies "Plus", LLC | 01/29/2025 | $9,304.13 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$9,304.13 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 6 | City of Allen<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 241 | Pet Supplies "Plus", LLC | 11/27/2024 | $1,894.84 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,894.84 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 7 | City of Carrollton<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 242 | Pet Supplies "Plus", LLC | 11/27/2024 | $1,744.17 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,744.17 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 8 | City of Frisco<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 244 | Pet Supplies "Plus", LLC | 11/27/2024 | $3,366.18 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,366.18 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims

# No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 9 | City of Houston<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston TX 77253-3064 | 287 | PSP Stores, LLC | 11/27/2024 | $2,864.60 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,864.60 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 10 | City of Houston<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 519 | Pet Supplies "Plus", LLC | 12/16/2024 | $1,641.80 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,641.80 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 11 | City of McAllen<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin TX 78760-7428 | 304 | Pet Supplies "Plus", LLC | 11/29/2024 | $1,508.43 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,508.43 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 12 | City of Montgomery<br>Attn: Angela K. Randermann<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 669 | Pet Supplies "Plus", LLC | 01/09/2025 | $1,229.10 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,229.10 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 13 | City of Pasadena<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston TX 77253-3064 | 286 | PSP Stores, LLC | 11/27/2024 | $2,025.77 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,025.77 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 14 | City of Sulphur Springs<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 270 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $577.08 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$577.08 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 15 | City of Tomball<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 543 | Pet Supplies "Plus", LLC | 12/16/2024 | $423.70 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$423.70 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 16 | City of Wylie<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 245 | Pet Supplies "Plus", LLC | 11/27/2024 | $2,194.21 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,194.21 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |

| | Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims | | No Liability Claims | | | Primary case number: 24-12480 (LSS) In re: Franchise Group, Inc., et al. |
|---|---|---|---|---|---|---|
| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
| 17 | Collin County Tax Assessor/Collector c/o Abernathy, Roeder, Boyd & Hullett, P.C. Attn: Paul M. Lopez 1700 Redbud Blvd. Suite 300 McKinney TX 75069 | 2883 | Pet Supplies "Plus", LLC | 05/02/2025 | $3,000.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $3,000.00 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 18 | Copperas Cove Independent School District c/o Perdue Brandon Fielder Collins & Mott LLP Attn: Sergio E. Garcia 3301 Northland Dr. Suite 505 Austin TX 78731 | 6 | Pet Supplies "Plus", LLC | 11/06/2024 | $3,090.51 (S) $0.00 (A) $0.00 (P) $0.00 (U) $3,090.51 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 19 | County of Fresno Tax Collector 2281 Tulare St Suite 105 Fresno CA 93721 | 2876 | Pet Supplies "Plus", LLC | 05/01/2025 | $0.00 (S) $0.00 (A) $3,019.65 (P) $0.00 (U) $3,019.65 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 20 | County of Orange Treasurer - Tax Collector PO Box 4515 Santa Ana CA 92702-4515 | 529 | PSP Stores, LLC | 12/17/2024 | $0.00 (S) $0.00 (A) $628.97 (P) $0.00 (U) $628.97 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 21 | Cypress-Fairbanks ISD c/o Linebarger Goggan Blair & Sampson, LLP PO Box 3064 Houston TX 77253-3064 | 288 | PSP Stores, LLC | 11/27/2024 | $10,233.82 (S) $0.00 (A) $0.00 (P) $0.00 (U) $10,233.82 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 22 | Dallas County c/o Linebarger Goggan Blair & Sampson, LLP Attn: John K. Turner 3500 Maple Ave Suite 800 Dallas TX 75219 | 276 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $3,337.40 (S) $0.00 (A) $0.00 (P) $0.00 (U) $3,337.40 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 23 | Deer Park ISD c/o Linebarger Goggan Blair & Sampson, LLP PO Box 3064 Houston TX 77253-3064 | 289 | PSP Stores, LLC | 11/27/2024 | $4,783.76 (S) $0.00 (A) $0.00 (P) $0.00 (U) $4,783.76 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 24 | Ellis County c/o Linebarger Goggan Blair & Sampson, LLP Attn: John K. Turner 3500 Maple Ave Suite 800 Dallas TX 75219 | 248 | Pet Supplies "Plus", LLC | 11/27/2024 | $11,102.08 (S) $0.00 (A) $0.00 (P) $0.00 (U) $11,102.08 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims

# No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 25 | Fort Bend County<br>c/o Linebarger Goggain Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 363 | PSP Stores, LLC | 12/04/2024 | $8,386.87 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,386.87 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 26 | Grayson County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 273 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $1,193.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,193.00 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 27 | Gregg County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 264 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $2,447.52 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,447.52 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 28 | Harris County Municipal Utility District # 168<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 485 | Pet Supplies "Plus", LLC | 12/16/2024 | $2,177.15 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,177.15 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 29 | Harris County Municipal Utility District # 367<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 483 | Pet Supplies "Plus", LLC | 12/16/2024 | $524.70 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$524.70 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 30 | Harris County Municipal Utility District #70<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 504 | Pet Supplies "Plus", LLC | 12/16/2024 | $3,162.80 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,162.80 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 31 | Harris Co ESD # 08<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 291 | PSP Stores, LLC | 11/27/2024 | $123.13 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$123.13 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 32 | Harris Co ESD # 09<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 292 | PSP Stores, LLC | 11/27/2024 | $376.62 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$376.62 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims

# No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 33 | Harris Co ESD # 11<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 293 | PSP Stores, LLC | 11/27/2024 | $48.71 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$48.71 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 34 | Harris Co ESD # 16<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3400 | 290 | PSP Stores, LLC | 11/27/2024 | $63.45 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$63.45 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 35 | Harris Co ESD # 48<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 295 | PSP Stores, LLC | 11/27/2024 | $316.31 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$316.31 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 36 | Hidalgo County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | 303 | Pet Supplies "Plus", LLC | 11/29/2024 | $6,352.67 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$6,352.67 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 37 | Hopkins County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 266 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $731.21 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$731.21 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 38 | Houston Comm Coll System<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 294 | PSP Stores, LLC | 11/27/2024 | $511.67 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$511.67 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 39 | Houston ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 278 | PSP Stores, LLC | 11/27/2024 | $4,619.11 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,619.11 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 40 | Katy ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 279 | PSP Stores, LLC | 11/27/2024 | $3,549.03 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,549.03 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims

# No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 41 | Kaufman County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 246 | Pet Supplies "Plus", LLC | 11/27/2024 | $2,928.69 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,928.69 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 42 | King County Treasury<br>201 S. Jackson St, #710<br>Seattle WA 98104 | 2504 | PSP Group, LLC | 02/14/2025 | $1,831.79 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,831.79 (T) | Claim is incorrectly asserted against PSP Group, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 43 | Klein Independent School District<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 490 | Pet Supplies "Plus", LLC | 12/16/2024 | $1,287.14 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,287.14 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 44 | Lewisville ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 259 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $916.06 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$916.06 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 45 | Lewisville ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 243 | Pet Supplies "Plus", LLC | 11/27/2024 | $8,016.07 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,016.07 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 46 | Lone Star College System<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston TX 77253-3064 | 284 | PSP Stores, LLC | 11/27/2024 | $1,285.52 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,285.52 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 47 | Magnolia Independent School District<br>Attn: Angela K. Randermann<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 661 | Pet Supplies "Plus", LLC | 01/09/2025 | $2,105.76 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,105.76 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 48 | McLennan County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | 302 | Pet Supplies "Plus", LLC | 11/29/2024 | $2,501.73 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,501.73 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims | | **No Liability Claims** | | | Primary case number: 24-12480 (LSS)<br>In re: Franchise Group, Inc., et al. |
|---|---|---|---|---|---|---|
| | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Date Filed** | **Claim amount and priority (1)** | **Reason for Disallowance** |
| 49 | Montgomery County<br>c/o Linebarger Goggan Blair & Sampson LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | 2628 | PSP Stores, LLC | 03/12/2025 | $15,127.26 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15,127.26 (T) | Claim is incorrectly asserted against PSP Stores, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 50 | Montgomery County MUD #95<br>Attn: Angela K. Randermann<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 668 | Pet Supplies "Plus", LLC | 01/09/2025 | $2,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,500.00 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 51 | Nacogdoches County CAD, et al.<br>c/o Perdue Brandon Fielder Collins & Mott<br>110 N College Ave<br>Suite 1202<br>Tyler TX 75702 | 2421 | Franchise Group, Inc. | 02/06/2025 | $1,182.41 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,182.41 (T) | Claim is incorrectly asserted against Franchise Group, Inc. which has no liability for amounts owed by non-Debtor franchisees. |
| 52 | Palm Beach County Tax Collector<br>Attn: Legal Services<br>PO Box 3715<br>West Palm Beach FL 33402 | 118 | Pet Supplies "Plus", LLC | 11/19/2024 | $3,896.43 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,896.43 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 53 | Palm Beach County Tax Collector<br>Attn: Legal Services<br>PO Box 3715<br>West Palm Beach FL 33402 | 119 | Pet Supplies "Plus", LLC | 11/19/2024 | $1,594.96 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,594.96 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 54 | Palm Beach County Tax Collector<br>Attn: Legal Services<br>PO Box 3715<br>West Palm Beach FL 33402 | 122 | Pet Supplies "Plus", LLC | 11/19/2024 | $1,002.69 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,002.69 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 55 | Pinellas County Tax Collector<br>Attn: Bankruptcy Dept<br>PO Box 6340<br>Clearwater FL 33758-6340 | 444 | Franchise Group, Inc. | 12/12/2024 | $8,422.48 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,422.48 (T) | Claim is incorrectly asserted against Franchise Group, Inc. which has no liability for amounts owed by non-Debtor franchisees. |
| 56 | Prosper ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 247 | Pet Supplies "Plus", LLC | 11/27/2024 | $11,556.79 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,556.79 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 57 | Rockwall CAD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 250 | Pet Supplies "Plus", LLC | 11/27/2024 | $3,699.54 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,699.54 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims

# No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 58 | San Patricio County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | 307 | Pet Supplies "Plus", LLC | 11/29/2024 | $8,198.46 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,198.46 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 59 | Smith County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 271 | Pet Supplies "Plus", LLC | 11/27/2024 | $1,589.18 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,589.18 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 60 | Smith County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 257 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $492.36 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$492.36 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 61 | Spring Branch Independent School District<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 489 | Pet Supplies "Plus", LLC | 12/16/2024 | $3,403.82 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,403.82 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 62 | Stanislaus County Tax Collector<br>PO Box 859<br>Modesto CA 95353 | 2735 | Pet Supplies "Plus", LLC | 03/31/2025 | $2,565.27 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,565.27 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 63 | Sulphur Springs ISD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 256 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $1,297.78 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,297.78 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 64 | Tarrant County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 254 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $4,894.99 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,894.99 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 65 | Taxing Districts Collected by Randall County<br>c/o PBFCM<br>PO Box 9132<br>Amarillo TX 79105 | 374 | Pet Supplies "Plus", LLC | 12/05/2024 | $11,297.47 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,297.47 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims

# No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 66 | Tom Green CAD<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 255 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $765.26 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$765.26 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 67 | Tomball Independent School District<br>Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | 511 | Pet Supplies "Plus", LLC | 12/16/2024 | $1,472.72 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,472.72 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 68 | Town of Prosper<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 263 | Pet Supplies "Plus", LLC | 11/27/2024 | $2,219.17 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,219.17 (T) | Claim is incorrectly asserted against Pet Supplies "Plus", LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 69 | Wise County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John K. Turner<br>3500 Maple Ave<br>Suite 800<br>Dallas TX 75219 | 252 | Buddy's Franchising and Licensing LLC | 11/27/2024 | $1,353.11 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,353.11 (T) | Claim is incorrectly asserted against Buddy's Franchising and Licensing LLC which has no liability for amounts owed by non-Debtor franchisees. |
| | **Claims To Be Expunged Totals** | **Count: 69** | | | **$225,561.39** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total