**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | ) ) ) | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | ) ) ) ) |  |

**NOTICE OF AGENDA FOR**
**HEARING OF MATTERS SCHEDULED FOR**
**OCTOBER 29, 2025, AT 3:30 P.M. (PREVAILING EASTERN TIME)**

---

**All hearings before Judge Silverstein are in person.**

**Permission to appear remotely at any hearing must be approved by chambers. Case participants who are permitted to attend remotely must register using the http://www.deb.uscourts.gov/ecourt-appearances tool described below.**

**The deadline to register for remote attendance is 4:00 P.M. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed. When registering, case participants may choose to attend remotely through video or audio access. Please be aware that if you choose audio access and the proceedings involve witness testimony, you may be disconnected entirely from the hearing or moved to a waiting room and unable to hear that portion of the proceedings. Once you register your appearance, a screen will appear that states "Thank you for registering your appearance in (Case number) (Case name)." An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

**Please do not contact the United States Bankruptcy Court**
**for the District of Delaware to confirm registration.**

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

**MATTER GOING FORWARD**

1. Litigation Trustee's Motion to Modify Protective Order [D.I. 1851, 9/5/25]

    Objection Deadline:    September 19, 2025, at 4:00 p.m. (prevailing Eastern Time); extended to October 27, 2025 at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    A. Certification of No Objection Regarding Litigation Trustee's Motion to Modify Protective Order [D.I. 1868, 9/22/25]

    B. Supplemental Notice of Litigation Trustee's Motion to Modify Protective Order [D.I. 1885, 10/9/25]

    Responses Received:

    C. Response from the United States Bankruptcy Court for the District of Delaware

    Status:    Counsel to the Litigation Trustee intends to file a renewed certificate of no objection in advance of the hearing and expects to seek permission from the United States Bankruptcy Court for the District of Delaware to cancel this hearing. Currently, this matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated:  October 27, 2025
Wilmington, Delaware

*/s/ Shella Borovinskaya*

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:    emorton@ycst.com
    mlunn@ycst.com
    amielke@ycst.com
    sborovinskaya@ycst.com

*Co-Counsel to the Reorganized Debtor*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    joshua.sussberg@kirkland.com
    nicole.greenblatt@kirkland.com
    derek.hunter@kirkland.com

- and -

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email:    mark.mckane@kirkland.com

*Co-Counsel to the Reorganized Debtor*