# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Mark W. Eckard certify that on October 28, 2025, I caused a copy of the *Motion for Entry of an Order (I) Extending the Time to File Notices of Removal of Related Proceedings and (II) Granting Related Relief* to be served via NEF upon all parties receiving such service. Additionally, on October 29, 2025, service was made via First Class mail upon the parties listed on the attached service list.

Dated: October 30, 2025

**RAINES FELDMAN LITTRELL, LLP**

*/s/ Mark W. Eckard*
Thomas J. Francella, Jr. (No. 3835)
Mark W. Eckard (No. 4542)
824 North Market Street, Suite 805
Wilmington, DE 19801
(302) 772-5803
tfrancella@raineslaw.com
meckard@raineslaw.com

*Counsel to the Litigation Trustee*

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

10647776.1

# SERVICE LIST

| Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|
| Adams, Jill | 308 Hutchinson Road | | | | Ellisville | MO | 63011-2029 |
| Albert Fayad | 1000 Woodbury Road | Suite 402 | | | Woodbury | NY | 11797 |
| Amber Taylor | 2218 Kausen Drive | Suite 100 | | | Elk Grove | CA | 95758 |
| AMG Properties, Inc. | c/o Roy W Foxall | 2429 1st St. | | | Fort Myers | FL | 33901-2905 |
| Angela Sawyer | 723 South 7th Street | | | | Las Vegas | NV | 89101 |
| Augutus, Beulah | Law Offices of Sean H. Rooney | Sean H. Rooney, Esq | 26 Court Street | Suite 1816 | Brooklyn | NY | 11242 |
| Blair Douglass | 6901 Lynn Way | Suite 215 | | | Pittsburgh | PA | 15208 |
| Boyer, Ora | 3681 N. Decatur Road, Apt. R23 | | | | Decatur | GA | 30032 |
| Boyer, Ora | Thomas Arthur Bound | Po Box 674946 | | | Marietta | GA | 30006 |
| Boyer, Ora | Amanda Howell | American Freight | 109 Innovation Court, Suite J | | Delaware | OH | 43015 |
| Boyer, Ora | Kathryn M. White | Jackson Lewis, P.C. | 171 17th St. NW, Ste,1200 | | Atlanta | GA | 30363 |
| Boyer, Ora | Chuck Jennings | American Freight | 109 Innovation Court, Suite J | | Delaware | OH | 43015 |
| Boyer, Ora | Penny Graf | American Freight | 2301-A Mt. Industrial Blvd | | Tucker | GA | 30084 |
| Boyer, Ora | Keely Jac Collins | Jackson Lewis, P.C. | 171 17th St. NW, Ste,1200 | | Atlanta | GA | 30363 |
| Brian Gale | 500 Delaware Avenue | Suite 901 | | | Wilmington | DE | 19801 |
| Buddy Mac Holding, LLC and Affiliates | Cliff Towns, Esq. | 3524 Dartmouth Ave | | | Dallas | TX | 75205 |
| Buddy Mac Holding, LLC and Affiliates | Aaron MacDonald, CFO | 400 East Centre Park Blvd | Suite 101 | | DeSoto | TX | 75115 |
| Calderon, Liliana | 17434 W Superior Ave | | | | Goodyear | AZ | 85338 |
| Carlos Martinez, et al | c/o Lynch Carpenter LLP | Attn: Todd D. Carpenter | 1350 Columbia Street, Ste. 603 | | San Diego | CA | 92101 |
| Cassidy, William | 3742 N Fremont St., Apt #3 | | | | Chicago | IL | 60613 |
| Cassidy, William | Shawn A. Latchford | Attorney/Bruster PLLC | 680 N. Carroll Ave., Suite 110 | | Southlake | TX | 76092 |
| Charles Knight | 150 Broadway | Suite 1517 | | | New York | NY | 10038 |
| Cindy Gatto as Class Rep | Attn: Kessler Matura P.C. | 534 Broadhollow Rd | Ste 275 | | Melville | NY | 11747 |
| Cindy Gatto as Class Rep | c/o Dundon Advisers LLC | Attn: April Kimm, Director | 10 Bank St, Ste 1100 | | White Plains | NY | 10606 |
| Communication Interface Technologies, LLC | Trevor Beaty | 514 North Elm Street | | | Sherman | TX | 75090 |
| Cortez, Kevin Bravo | 161 20th Street | | | | Richmond | CA | 94801 |
| Cortez, Kevin Bravo | Shawn A. Latchford | Attorney/Bruster PLLC | 680 N. Carroll Ave., Suite 110 | | Southlake | TX | 76092 |
| Crosner Legal PC | 9440 Santa Monica Blvd | Ste 301 | | | Beverly Hills | CA | 90210 |
| Crosner Legal PC | Dundon Advisers LLC | Attn: April Kimm | 10 Bank St | Ste 1100 | White Plains | NY | 10606 |
| Daniel Hernandez | 2000 Powell Street | Suite 1400 | | | Emeryville | CA | 94608 |
| Daniel Kocks | 319 N. Niles Avenue | Suite 150A | | | South Bend | IN | 46617 |
| Eixa Rivera and Lonnie Sanders | c/o Gregg A Rossi | P.O. Box 6045 | | | Youngstown | OH | 44501 |
| Elizabeth Nelson-Devenere, Ind. and on Behalf of Other | c/o Law Office of CHeryl L. Stengel | Attn: Cheryl L. Stengel | 402 W Broadway Ste 1230 | | San Diego | CA | 92101-8508 |
| Elizabeth Nelson-Devenere, Ind. and on Behalf of Other | c/o Lawyers for Justice, PC | 450 North Brand Blvd. | #900 | | Glendale | CA | 91203 |
| Elizabeth Nelson-Devenere, Ind. and on Behalf of Other | Cheryl L. Stengel | 402 W Broadway | Ste 1230 | | San Diego | CA | 92101-8508 |
| Elsa Del Aguila | 32 Old Slip | 8th Floor | | | New York | NY | 10005 |
| Emminger, Noah | 147 Linwood Ave. | | | | Buffalo | NY | 14209 |
| Eric A. Davis | 283-299 Market St | Suite 1703 | | | Newark | NJ | 07102 |
| Fayad, Albert | 31 Farnum Boulevard | | | | Franklin Square | NY | 11010 |
| Fayad, Albert | c/o Ardito Law Firm, PC | 100 Quentin Roosevelt Boulevard, Suite 513 | | | Garden City | NY | 11530 |
| Florida Dept. of Transportation | Haydon Burns Building | 605 Suwannee St | | | Tallahassee | FL | 32399-0450 |
| Frye, Andrew | 5 Sunnyside Dr | Unit # 5 | | | Plainville | MA | 02762 |
| Gatto, Cindy | 534 Broadhollow Road | Suite 275 | | | Melville | NY | 11747 |
| Gatto, Cindy | Attn: Kessler Matura P.C. | 534 Broadhollow Rd, Ste 275 | | | Melville | NY | 11747 |
| GATTO, CINDY | c/o Kessler Matura P.C. | 534 Broadhollow Rd | Ste 275 | | Melville | NY | 11747 |
| GATTO, CINDY | c/o Dundon Advisers LLC | Attn: April Kimm, Director | 10 Bank St | Ste 1100 | White Plains | NY | 10606 |
| Georgia Dept. of Transportation | 600 West Peachtree NW | | | | Atlanta | GA | 30308 |
| Glassburn, Kathy | Care of: Cloutier Law Offices, PC | 17150 State Road 23 | | | South Bend | IN | 46635 |
| Glenda Corbett | 150 Broadway - 23rd Floor | | | | New York | NY | 10038 |
| Grigsby, Richard | Joyce, LLC | c/o Michael J. Joyce | 1225 King Street | Suite 800 | Wilmington | DE | 19801 |
| Grigsby, Richard | c/o Michael J. Rose, Esq. | 4101 Perimeter Center Drive | Suite120 | | Oklahoma City | OK | 73112 |
| Harkoo, Kooldip | c/o Attorney Patrick J. Whalen, Esquire | 109 S Warren Street | | | Trenton | NJ | 08608 |
| Health Advocate | 3245 Ridge Pike | | | | Eagleville | PA | 19403 |
| Health Advocate | c/o Conway Schadler | 3245 Ridge Pike | | | Eagleville | PA | 19403 |
| Health Advocate | 3043 Walton Road | | | | Plymouth Meeting | PA | 19462 |
| Hernandez, Daniel | c/o Schneider Wallace Cottrell Konecky LLP | 2000 Powell St | Ste 1400 | | Emeryville | CA | 94608 |
| Hernandez, Daniel | c/o Dundon Advisers LLC | Attn: April Kimm, Director | 10 Bank St | Ste 1100 | White Plains | NY | 10606 |
| Hernandez, Julio | Howard Adelsberg Esq | c/o Subin Associates | 150 Broadway | 22nd Floor | New York | NY | 10038 |
| Hernandez, Julio | c/o Subin Associates | Howard Adelsberg Esq | 150 Broadway | 22nd Floor | New York | NY | 10038 |
| Hogue, Timothy | 1230 Rosecrans Avenue | Suite 200 | | | Manhattan Beach | CA | 90266 |
| Hogue, Timothy | Sara B. Tosdal of Matern Law Group, PC | 1330  Broadway | Suite 436 | | Oakland | CA | 94612 |
| Hogue, Timothy | Matern Law Group, PC | 2101 E. El Segundo Blvd. | Suite 403 | | El Segundo | CA | 90245 |
| Hogue, Timothy | Care of Sara B. Tosdal of Matern Law Group, PC | 1330 Broadway | Suite 436 | | Oakland | CA | 94612 |
| Hogue, Timothy | Care of Matern Law Group, PC | 2101 E. El Segundo Blvd. | Suite 403 | | El Segundo | CA | 90245 |
| Howard, Zayzay | 225 Broadway | 39th Floor | | | New York | NY | 10007 |
| Howington, Shelly Faye | 1055 Lawndale Lane | | | | Charleston | WV | 25314 |
| Humphrey, Amanda | 600 University Park Place | Suite 250 | | | Birmingham | AL | 35209 |
| JENNIFER WALKER as Class Rep | Attn: Stephan Zouras Attorneys at Law | 222 W Adams St | Ste 2020 | | Chicago | IL | 60606 |
| JENNIFER WALKER as Class Rep | April Kimm | Director/ Dundon Advisers LLC | 10 Bank St | Ste 1100 | White Plains | NY | 10606 |
| Jessica Reyes Whitt | 2000 Powell Street | Suite 1400 | | | Emeryville | CA | 94608 |
| Jessica Reyes Whitt as PAGA | Attn: Schneider Wallace Cottrell Konecky LLP | 2000 Powell St | Ste 1400 | | Emeryville | CA | 94608 |
| Jessica Reyes Whitt as PAGA | c/o Dundon Advisers LLC | Attn: April Kimm, Director | 10 Bank St | Ste 1100 | White Plains | NY | 10606 |
| John Ramunni | 34 Oak Lane | Suite 100 | | | Staten Island | NY | 10312-1327 |
| Jonathan Ortiz Munoz c/o Allen Law Firm | 2550 SW 76th Street Ste 150 | | | | Gainesville | FL | 32608 |
| Josan, Naum | 7954 Dana Butte Way | | | | Citrus Heights | CA | 95610 |
| Josan, Naum | Shawn A. Latchford | Attorney/Bruster PLLC | 680 N. Carroll Ave, Suite 110 | | Southlake | TX | 76092 |
| Joseph Gazzo III | 662 Howard Avenue | | | | Biloxi | MS | 39530 |
| Josiah Williams | 10050 Regency Circle Suite 400 | | | | Omaha | NE | 68114 |
| Kessler Matura P.C. | 534 Broadhollow Rd, Ste 275 | | | | Melville | NY | 11747 |
| Kessler Matura P.C. | c/o Dundon Advisers LLC | Attn: April Kimm, Director | 10 Bank St, Ste 1100 | | White Plains | NY | 10606 |
| Kimberly R. Scott | 835 Shadow Lake Dr | | | | Lithonia | GA | 30058 |
| Kinney, Sean | 58 Harrison Drive | | | | Berkeley Heights | NJ | 07922 |
| Kinney, Sean | Shawn A. Latchford | Attorney/Bruster PLLC | 680 N. Carroll Ave., Suite 110 | | Southlake | TX | 76092 |
| Knight, Charles | c/o Cerasia Law LLC | One South Church Ave. | Suite 1200 | | Tucson | AZ | 85701 |
| Kooldip Harkoo | PO Box 23653 | | | | Trenton | NJ | 08608 |
| L.P., A MINOR CHILD | C/O LAW OFFICES OF SAMUEL FISHMAN, P.C. | ATTN: SAMUEL FISHMAN, ESQUIRE | 11450 BUSTLETON AVENUE | | PHILADELPHIA | PA | 19116 |
| L.P., A MINOR CHILD | ATTN: GERALD PINKNEY, PARENT | 570 E. CARVER STREET | | | PHILADELPHIA | PA | 19120 |
| Larson, John | 806 Public Square | | | | Benton | IL | 62812 |
| Ludwig, Joseph | 4 Bud Ct. | | | | East Setsuket | NY | 11733 |
| Ludwig, Joseph | Shawn A. Latchford | Attorney/Bruster PLLC | 680 N. Carroll Ave., Suite 110 | | Southlake | TX | 76092 |
| Marcano vs PSP Group LLC | 18000 Horizon Way | Suite 800 | | | Mt. Laurel | NJ | 08054 |
| Margaret Stubbs Johns and Sherrod and Bernard, PC | 8470 Price Avenue | | | | Douglasville | GA | 30134 |
| McDonald, Brianna | 203 N LaSalle St. | Unit 2100 | | | Chicago | IL | 60601 |
| McDonald, Brianna | c/o Driscoll Law Group LLC | Courtney Morso Driscoll | 203 N. LaSalle Street | Suite 2100 | Chicago | IL | 60601 |
| MDP Contracting, Inc. | c/o Steven Goldberg, Esquire | 6404 Ivy Lane | Suite 820 | | Greenbelt | MD | 20770 |
| MDP Contracting, Inc. | 6531 Mid Cities Avenue | Suite 12 | | | Beltsville | MD | 20705 |
| Michelle and Darren Johnson | 730 Main Street | | | | Moosic | PA | 18507 |

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Mintz, Daniel | 31 Eaton Avenue, Unit 2 | | | | Norwich | NY | 13815 |
| Mintz, Daniel | Shawn A. Latchford | Attorney/Bruster PLLC | 680 N. Carroll Ave., Suite 110 | | Southlake | TX | 76092 |
| Moody, Hannah Shalom | c/o Allen Law Firm | 2550 SW 76th St #150 | | | Gainesville | FL | 32608 |
| Moody, Hannah Shalom | McElroy, Deutsch, Mulvaney & Carpenter LLP | Gaston Loomis / Attorney | 300 Delaware Ave | Suite 1014 | Wilmington | DE | 19801 |
| Moody, Hannah Shalom | Allen Law Firm ATTN TO: Abraham Banks | 2550 SW 76th Street | Ste. 150 | | Gainesville | FL | 32608 |
| Moody, Hannah Shalom | Anthony Livingston | Attorney | Allen Law Firm | 2550 SW 76th | Gainesville | FL | 32608 |
| Munoz, Jonathan Ortiz | Allen Law Firm ATTN TO: Abraham Banks | 2550 SW 76th Street | Suite 150 | | Gainesville | FL | 32608 |
| Munoz, Jonathan Ortiz | Anthony Livingston | Attorney | Allen Law Firm | 2550 SW 76th | Gainesville | FL | 32608 |
| Neill, Devin | 205 16th Ave | | | | Belmar | NJ | 07719 |
| Neill, Devin | Shawn A. Latchford | Attorney/Bruster PLLC | 680 N. Carroll Ave., Suite 110 | | Southlake | TX | 76092 |
| Nelson-Devenere, Elizabeth | 410 West Arden Avenue | Suite 203 | | | Glendale | CA | 91203 |
| OLSON, KAREN | C/O JOSEPH A. KOPACZ, ESQUIRE | MORGAN & MORGAN PALM HARBOR | 35686 US HIGHWAY 19 N | | PALM HARBOR | FL | 34683 |
| Olson, Karon | c/o Joseph Kopacz, Morgan & Morgan | 35686 US Highway 19 N | | | Palm Harbor | FL | 34684 |
| Parham, Randall | 1633 Vermont Street #4 | | | | Lawrence | KS | 66044 |
| Parham, Randall | 18650 MacArthur Blvd, Ste 300 | | | | Irvine | CA | 92612 |
| Perry, Adam | c/o Jonathan Rotstein | 309 Oakridge Blvd | | | Daytona Beach | FL | 32118-4072 |
| Perry, Adam Frank | Rotstein Shiffman & Broderick, LP | Attn: Jonathan I. Rotstein, Esq. | 309 Oakridge Blvd. | | Daytona Beach | FL | 32118 |
| PINKNEY, GERALD | C/O LAW OFFICES OF SAMUEL FISHMAN, P.C. | ATTN: SAMUEL FISHMAN, ESQUIRE | 11450 BUSTLETON AVENUE | | PHILADELPHIA | PA | 19116 |
| PINKNEY, LATRESE | C/O LAW OFFICES OF SAMUEL FISHMAN, P.C. | ATTN: SAMUEL FISHMAN, ESQUIRE | 11450 BUSTLETON AVENUE | | PHILADELPHIA | PA | 19116 |
| Popa, Ashley | 1133 Penn Avenue | 5th Floor | | | Pittsburg | PA | 15222 |
| Popa, Ashley | 1133 Penn Avenue | 5th Floor | | | Pittsburgh | PA | 15222 |
| Portera, Amanda | 23 Agassiz Circle | | | | BUFFALO | NY | 14214 |
| PORTICE, ANDREW | C/O SCHULER, HALVORSON, WEISSER, ZOELLER | BARRISTERS BUILDING, SUITE 4-D | 1615 FORUM PLACE | | WEST PALM BEACH | FL | 33401 |
| Proccor Pharmaceuticals | Conwell Business Law, LLLP | 12610 Race Track Road, Suite 200 | | | Tampa | FL | 33626 |
| Ravenne Chase | 10 West Main Street | Second Floor | | | Freehold | NJ | 07728 |
| Rivera, Eixa | c/o Gregg A. Rossi | P.O. Box 6045 | | | Youngstown | OH | 44501 |
| Rivera, Eixa | c/o Rossi & Rossi Co. | Attn: Gregg A. Rossi | 26 Market Street | Suite 307 | Youngstown | OH | 44503 |
| Rivera, Jodian | 747 N 4th St. | | | | San Jose | CA | 95112 |
| Rivera, Jodian | Shawn A. Latchford | Attorney/Bruster PLLC | 680 N. Carroll Ave., Suite 110 | | Southlake | TX | 76092 |
| Salazar, Corina | 232 Christopher Dr | | | | Eddy | TX | 76524-2560 |
| Salazar, Corina | 232 Christopher Drive | | | | Eddy | TX | 76524 |
| Sargeant, Nathaniel | Tamar Chobanian | Moon Law Group PC | 725 S. Figueroa St., 31st floor | | Los Angeles | CA | 90017 |
| Seth J. Feinstein | 600 Third Avenue | | | | New York | NY | 10016 |
| Shell, John O. | Attn: Beniamir Shehu | 383 Silas Deane Highway | Suite 4 | | Wethersfield | CT | 06109 |
| Smith, Legend | 3375 Spring Hill Pkwy SE, 1162 | | | | Smyrna | GA | 30080 |
| Stacey Wilson | 9440 Santa Monica Blvd | Ste.301 | | | Beverly Hills | CA | 90210 |
| Strutzel, Nicholas | 3837 N Lakewood Ave. | | | | Chicago | IL | 60613 |
| Strutzel, Nicholas | Shawn A. Latchford | Attorney/Bruster PLLC | 680 N. Carroll Ave., Suite 110 | | Dallas | TX | 76092 |
| Stumpf, David | Kelley Kaplan & Eller, PLLC | c/o C. Craig Eller | 1665 Palm Beach Lakes Blvd., Suite 1000 | | West Palm Beach | FL | 33401 |
| Stumpf, David | Searcy Denney Scarola Barnhart and Shipley, P.. | c/o Brian Patrick Sullivan | 2139 Palm Beach Lakes Blvd. | | West Palm Beach | FL | 33409 |
| SubroSmart | 12750 Merit Drive | | | | Dallas | TX | 75251 |
| Tarrah Negron | 8605 Santa Monica Blvd | PMB 97638 | | | West Hollywood | CA | 90069-4109 |
| The Settlement-related Liquidating Trust 2022-23 | Gavin/Solmonese | c/o Edward T. Gavin, Trustee | 1007 Orange Street, Suite 461 | | Wilmington | DE | 19801 |
| The Settlement-related Liquidating Trust 2022-23 | c/o Edward T. Gavin/ Solmonese | 1007 Orange Street, Suite 461 | | | Wilmington | DE | 19801 |
| The Settlement-Related Liquidating Trust 2022-23 | c/o Gavin/Solmonese | Attn: Edward T. Gavin, Trustee | 1007 Orange Street, Suite 461 | | Wilmington | DE | 19801 |
| The Settlement-Related Liquidating Trust 2022-23 | | | | | | | |
| The Settlement-Related Liquidating Trust 2022-23 | c/o Cozen O'Connor | Attn: Brian L. Shaw | 123 N. Wacker Dr., Suite 1800 | | Chicago | IL | 60606 |
| The Settlement-Related Liquidating Trust 2022-23 | c/o Gavin/Solmonese | Attn: Edward T. Gavin | 1007 Orange Street, Suite 461 | | Wilmington | DE | 19801 |
| The Settlement-Related Liquidating Trust 2022-23 | Cozen O'Connor | c/o Brian L. Shaw | 123 N. Wacker Dr., Suite 1800 | | Chicago | IL | 60606 |
| The Settlement-related Liquidating Trust 2022-23 | Gavin/Solmonese | c/o Edward T. Gavin | 1007 Orange Street, Suite 461 | | Wilmington | DE | 19801 |
| The Settlement-related Liquidating Trust 2022-23 | c/o Brian L. Shaw | Cozen O'Connor | 123 N. Wacker Dr., Suite 1800 | | Chicago | IL | 60606 |
| The Settlement-related Liquidating Trust 2022-23 | c/o Edward T. Gavin | Gavin/Solmonese | 1007 Orange Street, Suite 461 | | Wilmington | DE | 19801 |
| Twin City Fire Insurance Co | One Pennsylvania Plaza | 50th Floor, Suite 5004 | | | New York | NY | 10119 |
| Vasquez, Lisandro | 65 Broadway | 13th Floor | | | New York | NY | 10006 |
| Walker, Jennifer | 100 N. Riverside Plaza | Suite 2150 | | | Chicago | IL | 60606 |
| Walker, Jennifer | Attn: Stephan Zouras Attorneys at Law | 222 W Adams St, Ste 2020 | | | Chicago | IL | 60606 |
| Walker, Jennifer | April Kimm | 10 Bank St, Ste 1100 | | | White Plains | NY | 10606 |
| Ward, Angela | c/o Wright Injury Law LLC | 4214 Mayfair St. | Unit A | | Myrtle Beach | SC | 29577 |
| Wendy Rincon | 2000 Powell Street | Suite 1400 | | | Emeryville | CA | 94608 |
| Whitt, Jessica Reyes | Attn: Schneider Wallace Cottrell Konecky LLP | 2000 Powell St, Ste 1400 | | | Emeryville | CA | 94608 |
| Whitt, Jessica Reyes | c/o Dundon Advisers LLC | Attn: April Kimm, Director | 10 Bank St, Ste 1100 | | White Plains | NY | 10606 |
| Wilson, Stacey | Attn: Crosner Legal | 9440 Santa Monica Blvd | Ste 301 | | Beverly Hills | CA | 90210 |
| Wilson, Stacey | Dundon Advisers LLC | April Kimm, Director | 10 Bank St, Ste 1100 | | White Plains | NY | 10606 |
| Wincon, Wendy | Attn: Schneider Wallace Cottrell Konecky LLP | 2000 Powell St, Ste 1400 | | | Emeryville | CA | 94608 |
| Wincon, Wendy | Dundon Advisers LLC | April Kimm, Director | 10 Bank St, Ste 1100 | | White Plains | NY | 10606 |
| Wright, Juanita | 7450 Natural Bridge Road | P.O. Box 210764 | | | Saint Louis | MO | 63121 |
| Wright, Juanita | 130 Signal Hill Drive | | | | Saint Louis | MO | 63121 |
| Wright, Juanita | Cassandra E. Johnson | Law Office of Cassandra Johnson, P.C. | 7450 Natural Bridge Road | P.O. Box 2107 | Saint Louis | Missouri | 63121 |
| Your Gummy Vitamins, LLC | 2101 NW Corporate Blvd. | Suite 410 | | | Boca Raton | FL | 33431 |
| Zavala, Christian | 8532 Major Avenue | | | | Burbank | IL | 60459 |
| Zavala, Christian | c/o Bruster PLLC | Attn: Shawn A. Latchford | 680 N. Carroll Ave., Suite 110 | | Southlake | TX | 76092 |