# EXHIBIT A

10649892.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |
| | **Re: D.I.** |

**ORDER GRANTING LITIGATION TRUSTEE'S**
**MOTION TO EXTEND CLAIMS OBJECTION DEADLINE**

Upon the *Litigation Trustee's Motion to Extend Claims Objection Deadline* (the "**Motion**")[2] for the entry of an order (a) extending the deadline by which the Litigation Trustee and the Reorganized Debtors may file and serve objections to Claims by 180 days, from December 3, 2025 through and including June 1, 2026 and (b) granting such other and further relief as the Court deems just and proper; and the Court having found that it has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion and opportunity for a hearing thereon were appropriate and that no other notice need be provided; and the Court having reviewed

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used and not otherwise defined herein have the meanings ascribed in the Motion.

the Motion and any responses thereto; and the Court having considered the statements and arguments relating thereto at a hearing before the Court or having determined that no such hearing was necessary in the particular circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at any such hearing establish just cause for the relief granted herein; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and upon all of the proceedings had before this Court; and after due deliberation and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Claims Objection Deadline is extended through and including June 1, 2026 as to all parties that are authorized to object to Claims pursuant to the Plan, without prejudice to the right of the Litigation Trust, the Litigation Trustee, and the Reorganized Debtors to seek further extensions of the Claims Objection Deadline.

3. This Order shall be immediately effective and enforceable upon its entry.

4. The Court shall retain jurisdiction with respect to all matters related to or arising from the implementation, interpretation or enforcement of this Order.