IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

RENEWED[2] NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of B. Riley Principal Investments, LLC and its affiliates ("**B. Riley**"), and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended (the "**Bankruptcy Code**"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

---

[1] The last four digits of Franchise Group, Inc's federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of any of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Pursuant to the *Notice of Obligation to File Renewed Request for Service of Documents Pursuant to Bankruptcy Rule 2002 and the Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and its Debtor Affiliates* [Docket No. 1768], B. Riley (as defined herein) hereby files this renewed notice of appearance and demand for service of notices and papers in the above-captioned cases.

| | |
|---|---|
| Adam S. Paris<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, California 90067<br>Telephone: (310) 712-6600<br>Facsimile: (310) 712-8800<br>Email: parisa@sullcrom.com<br><br>James L. Bromley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Email: bromleyj@sullcrom.com | John H. Knight (No. 3848)<br>Amanda R. Steele (No. 5530)<br>Alexander R. Steiger (No. 7139)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: knight@rlf.com<br>            steele@rlf.com<br>            steiger@rlf.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this appearance and demand for notice is intended as nor is a consent of B. Riley to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) B. Riley's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) B. Riley's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) B. Riley's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (v) the right to an election of remedy, or (vi) any other rights, claims, actions, defenses, set-offs, or

recoupments to which B. Riley is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments B. Riley expressly reserves.

Respectfully submitted,

Dated: November 6, 2025
       Wilmington, Delaware

| | |
|---|---|
| Adam S. Paris (*pro hac vice*)<br>Sullivan & Cromwell LLP<br>1888 Century Park East<br>Los Angeles, California 90067<br>Telephone: (310) 712-6600<br>Facsimile: (310) 712-8800<br>Email: parisa@sullcrom.com<br><br>James L. Bromley (*pro hac vice*)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Email: bromleyj@sullcrom.com | /s/ *John H. Knight*<br>John H. Knight (No. 3848)<br>Amanda R. Steele (No. 5530)<br>Alexander R. Steiger (No. 7139)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: knight@rlf.com<br>       steele@rlf.com<br>       steiger@rlf.com<br><br>*Counsel to B. Riley Principal Investments, LLC and its affiliates* |

## CERTIFICATE OF SERVICE

I, John H. Knight, hereby certify that on November 6, 2025, a copy of the foregoing *Renewed Notice of Appearance and Demand for Services of Notices and Papers* was served upon the following parties in the manner indicated.

| | |
|---|---|
| *Via Email*<br>Shella Borovinskaya<br>Kristin L McElroy<br>Allison S Mielke<br>Edmon L. Morton<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: sborovinskaya@ycst.com<br>           kmcelroy@ycst.com<br>           amielke@ycst.com<br>           emorton@ycst.com | *Via Email*<br>Joshua A. Sussberg, P.C.<br>Nicole L. Greenblatt, P.C.<br>Derek I. Hunter<br>Willkie Farr & Gallagher LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Email: joshua.sussberg@kirkland.com<br>           nicole.greenblatt@kirkland.com<br>           derek.hunter@kirkland.com<br><br>-and-<br><br>Mark McKane, P.C.<br>Willkie Farr & Gallagher LLP<br>555 California Street<br>San Francisco, California 94104<br>Email: mark.mckane@kirkland.com |
| *Via Email*<br>Thomas J. Francella, Jr.<br>Mark W. Eckard<br>Raines Feldman Littrell LLP<br>824 North King Street, Suite 805<br>Wilmington, Delaware 19801<br>Email: tfrancella@raineslaw.com<br>           meckard@raineslaw.com<br>- and –<br><br>Hamid R. Rafatjoo<br>Raines Feldman Littrell LLP<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, California 92660<br>Email: hrafatjoo@raineslaw.com<br><br>- and –<br><br>David S. Forsh<br>Raines Feldman Littrell LLP<br>1350 Avenue of the Americas, 22nd Floor<br>New York, New York 10019<br>Email: dforsh@raineslaw.com | |