**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor | |
| | Adv. Pro. No. 25-52359 (LSS) |
| FRANCHISE GROUP, INC., | |
| Plaintiff, | |
| v. | |
| AF NEWCO I, LLC | |
| Defendant. | |
| AF NEWCO I, LLC | |
| Counterclaim Plaintiff, | |
| v. | |
| FRANCHISE GROUP, INC. AND AMERICAN FREIGHT, LLC | |
| Counterclaim Defendants. | |

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" or "Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims, and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24 12480 (LSS).

# NOTICE OF AGENDA FOR
# HEARING OF MATTERS SCHEDULED FOR
# NOVEMBER 18, 2025, AT 10:00 A.M. (PREVAILING EASTERN TIME)

> **AT THE DIRECTION OF THE COURT, THIS HEARING HAS BEEN CANCELLED AS NO MATTERS ARE GOING FORWARD**

## RESOLVED/ADJOURNED MATTERS

1. Reorganized Debtors' First (1st) Omnibus (Non-Substantive) Objection to Claims [D.I. 1845, 8/29/25]

    Objection Deadline:   September 19, 2025, at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    A. Certification of Counsel Regarding Proposed Order Sustaining Reorganized Debtors' First (1st) Omnibus (Non-Substantive) Objection to Claims [D.I. 1869, 9/23/25]

    B. Order Sustaining Reorganized Debtors' First (1st) Omnibus (Non-Substantive) Objection to Claims [D.I. 1873, 9/29/25]

    Responses Received:

    C. Informal Response from CRG Financial, LLC ("CRG")

    Status:   Item (C) is resolved.  An order has been entered.  A hearing is not required.

2. Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1856, 9/15/25]

    Objection Deadline:   October 6, 2025, at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    A. Certification of Counsel Regarding Proposed Order Sustaining Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1883, 10/8/25]

    B. Certification of Counsel Regarding Proposed Order Sustaining Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1893, 10/21/25]

    C. Order Sustaining Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1894, 10/21/25]

Responses Received:

    D. Informal Response from the Internal Revenue Service

    E. Response by the Tennessee Department of Revenue to the Reorganized Debtors' Second Omnibus Objection to Claims [D.I. 1881, 10/3/25]

Status:    The parties have agreed to further adjourn this matter to the omnibus hearing scheduled on December 17, 2025.

3. Litigation Trustee's Motion to Extend Claims Objection Deadline [D.I. 1889, 10/15/25]

Objection Deadline:    October 30, 2025, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

    A. Certification of Counsel Regarding Litigation Trustee's Motion to Extend Claims Objection Deadline [D.I. 1908, 11/3/25]

    B. Order Granting Litigation Trustee's Motion to Extend Claims Objection Deadline [D.I. 1912, 11/12/25]

Responses Received:

    C. Informal Response from the Reorganized Debtor

Status:    An order has been entered. A hearing is not required.

**MATTERS UNDER CERTIFICATION**

4. Litigation Trustee's First Omnibus Objection (Non-Substantive) to Certain Amended, Superseded or Duplicate Claims [D.I. 1862, 9/19/25]

Objection Deadline:    October 14, 2025, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

    A. Certification of No Objection Regarding Litigation Trustee's First Omnibus Objection (Non-Substantive) to Certain Amended, Superseded or Duplicate Claims [D.I. 1892, 10/21/25]

    B. Notice of Submission of Proofs of Claim Regarding Litigation Trustee's First Omnibus Objection (Non-Substantive) to Certain Amended, Superseded or Duplicate Claims [D.I. 1896, 10/22/25]

Responses Received:    None.

Status: The Court has advised the Reorganized Debtor's undersigned counsel that it is reviewing this matter and that no hearing is required.

5. Reorganized Debtors' Third (3rd) Omnibus (Substantive) Objection to Claims [D.I. 1890, 10/17/25]

   Objection Deadline: November 7, 2025, at 4:00 p.m. (prevailing Eastern Time)

   Related Documents:

   A. Certification of Counsel Regarding Revised Proposed Order Sustaining Reorganized Debtors' Third (3rd) Omnibus (Substantive) Objection to Claims [D.I. 1911, 11/10/25]

   Responses Received: None.

   Status: The Court has advised the Reorganized Debtor's undersigned counsel that it is reviewing this matter and that no hearing is required.

**ADVERSARY PRETRIAL CONFERENCE**

6. *Franchise Group, Inc. v. AF Newco I, LLC (25-52359)*

   A. Franchise Group, Inc.'s Adversary Complaint [Adv. D.I. 1, 9/24/25]

   B. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 3, 9/26/25]

   C. AF Newco I, LLC Answer and Counterclaims to Adversary Complaint [Adv. D.I. 4, 10/6/25]

   D. Plaintiff Franchise Group, Inc.'s Answer and Affirmative Defenses to Defendant AF Newco I, LLC's Counterclaims [Adv. D.I. 11, 10/27/25]

   E. AF Newco I, LLC's Amended Answer and Counterclaims to Adversary Complaint [Adv. D.I. 15, 211/10/25]

   F. Summons and Notice of Pretrial Conference [Adv. D.I. 16, 11/10/25]

   G. Certification of Counsel Regarding Proposed Adversary Proceeding Scheduling Order [Adv. D.I. 23, 11/13/25]

   H. Agreed Scheduling Order [Adv. D.I. 24, 11/14/25]

   Status: A scheduling order has been entered. A pre-trial conference is not required.

Dated: November 14, 2025
Wilmington, Delaware

*/s/ Shella Borovinskaya*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Edmon L. Morton (Del. No. 3856)<br>Matthew B. Lunn (Del. No. 4119)<br>Allison S. Mielke (Del. No. 5934)<br>Shella Borovinskaya (Del. No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  emorton@ycst.com<br>  mlunn@ycst.com<br>  amielke@ycst.com<br>  sborovinskaya@ycst.com<br><br>*Co-Counsel to the Reorganized Debtor* | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)<br>Derek I. Hunter (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  joshua.sussberg@kirkland.com<br>  nicole.greenblatt@kirkland.com<br>  derek.hunter@kirkland.com<br><br>- and -<br><br>Mark McKane, P.C. (admitted *pro hac vice*)<br>555 California Street<br>San Francisco, California 94104<br>Telephone:  (415) 439-1400<br>Facsimile:  (415) 439-1500<br>Email:  mark.mckane@kirkland.com<br><br>*Co-Counsel to the Reorganized Debtor* |