**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC.,[1] | ) | Case No. 24-12480 (LSS) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | **Hearing Date:** |
| | ) | **December 17, 2025 at 10:00 a.m. (ET)** |
| | ) | |
| | ) | **Objection Deadline:** |
| | ) | **December 8, 2025 at 4:00 p.m. (ET)** |
| | ) | |

**NOTICE OF REORGANIZED DEBTORS'**
**FIFTH (5TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS**

---

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE
THEIR NAMES AND THEIR DISPUTED CLAIMS
IDENTIFIED ON EXHIBIT A TO THE PROPOSED ORDER**

---

**PLEASE TAKE NOTICE** that the above captioned reorganized debtor (the "Reorganized Debtor", and, together with its affiliated reorganized debtors before the effective date of the chapter 11 plan,[2] the "Debtors") in the above-captioned case has filed the attached *Reorganized Debtors' Fifth (5th) Omnibus (Substantive) Objection to Claims* (the "Objection")[3] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses (each, a "Response") to the relief requested in the Objection must be filed on or before **December 8, 2025 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, any party submitting

---

[1]  The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876.  The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456.  The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/.  All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2]  On June 6, 2025, all of the Debtors with the exception of Freedom VCM Holdings, LLC ("TopCo") emerged from the chapter 11 cases as Reorganized Debtors [Docket No. 1605].  TopCo emerged from the chapter 11 cases as a Reorganized Debtor on July 3, 2025 [Docket No. 1689].

[3]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection or in the *Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliates* [Docket No. 1454], as applicable.

a Response (each, a "Respondent") must serve a copy of its Response upon the undersigned counsel to the Reorganized Debtor so as to be received on or before the Response Deadline.

   **PLEASE TAKE FURTHER NOTICE** that any Response must contain, at a minimum, the following:

   a. a caption setting forth the name of the Court, the above-referenced case number, and the title of the Objection to which the Response is directed;

   b. the name of the Respondent and a description of the basis for the amount and classification asserted in the Disputed Claims, if applicable;

   c. a concise statement setting forth the reasons why the particular Disputed Claim should not be disallowed, reclassified, or otherwise modified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the claimant will rely in opposing the Objection at the Hearing (as defined below);

   d. all documentation or other evidence of the particular Disputed Claim or asserted amount and classification thereof, to the extent not already included with the proof of claim previously filed, upon which the Respondent will rely in opposing the Objection; and

   e. the name, address, telephone number, and email address of the person(s) (who may be the Respondent or a legal representative thereof) (i) possessing ultimate authority to reconcile, settle, or otherwise resolve disputes related to the Disputed Claim on behalf of the Respondent, and (ii) to whom the Debtors should serve any reply to the Response.

   **PLEASE TAKE FURTHER NOTICE** THAT A HEARING (THE "HEARING") ON THE OBJECTION WILL BE HELD ON **DECEMBER 17, 2025 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2 WILMINGTON, DE 19801.

   **PLEASE TAKE FURTHER NOTICE** THAT, IF YOU ARE A CLAIMANT AND FAIL TO TIMELY FILE AND SERVE A RESPONSE IN ACCORDANCE WITH THE ABOVE REQUIREMENTS, YOU WILL BE DEEMED TO HAVE CONCURRED WITH AND CONSENTED TO THE OBJECTION AND THE RELIEF REQUESTED THEREIN, AND THE REORGANIZED DEBTORS WILL PRESENT TO THE COURT, WITHOUT FURTHER NOTICE TO YOU, THE PROPOSED ORDER SUSTAINING THE OBJECTION.

   **PLEASE TAKE FURTHER NOTICE** THAT QUESTIONS CONCERNING THE OBJECTION SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL FOR THE REORGANIZED DEBTOR. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF THEIR DISPUTED CLAIMS OR THE OBJECTION.

Dated:  November 17, 2025
Wilmington, Delaware

*/s/ Allison S. Mielke*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone:   (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile:   (212) 446-4900 |
| Telephone:   (302) 571-6600 | Email:         joshua.sussberg@kirkland.com |
| Facsimile:   (302) 571-1253 |                     nicole.greenblatt@kirkland.com |
| Email:         emorton@ycst.com |                     derek.hunter@kirkland.com |
|                     mlunn@ycst.com | |
|                     amielke@ycst.com | - and - |
|                     sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone:   (415) 439-1400 |
| | Facsimile:   (415) 439-1500 |
| | Email:         mark.mckane@kirkland.com |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |

3