IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On October 28, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Second Omnibus Affected Claimants Service List attached hereto as **Exhibit A**:

- Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [Docket No. 1856]

Dated: November 14, 2025

                                                */s/ Paul Pullo*
                                                Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 14, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24- 12480 (LSS).

**<u>Exhibit A</u>**

Exhibit A
Supplemental Second Omnibus Affected Claimants Service List
Served as First-Class Mail

| ADRID | Name | Address1 | City | State | Postal Code |
|---|---|---|---|---|---|
| 29711973 | City of Houston | P.O. Box 1562 | Houston | TX | 77251 |
| 29711966 | City of Pasadena | 100 North Garfield Ave | Pasadena | CA | 91101 |
| 29711981 | Deer Park ISD | 2800 Texas Avenue | Deer Park | TX | 77536 |
| 29715366 | Harris Co ESD # 11 | 18334 Stuebner Airline Road | Spring | TX | 77379 |
| 29714565 | Houston Comm Coll System | 3100 Main Street | Houston | TX | 77002 |
| 29715130 | Houston ISD | 4400 West 18th St | Houston | TX | 77092 |
| 29715212 | Katy ISD | 6301 S. Stadium Lane | Katy | TX | 77494 |
| 29711957 | Lone Star College System | 5000 Research Forest Drive | The Woodlands | TX | 77381 |