**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC. *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1419** |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Pentex RTO, LLC, EightSixThree RTO, LLC, Pentex Top Left, LLC and Pentex 1848, LLC (collectively, the "Pentex Franchisees"), by and through their undersigned counsel, hereby withdraw the *Objection and Reservation of Rights of Pentex Franchisees to Eighth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and its Debtor Affiliates* (the "Objection to Plan") [Docket No. 1419], as such objection has been resolved.

Dated:  November 19, 2025        **BURR & FORMAN LLP**

  */s/ J. Cory Falgowski*
  J. Cory Falgowski (No. 4546)
  222 Delaware Avenue, Suite 1030
  Wilmington, DE 19801
  Telephone:  302-830-2312
  Email:  jfalgowski@burr.com

  *Counsel for Pentex Franchisees*

63539288 v1