# **CERTIFICATE OF SERVICE**

       I hereby certify that on this 19th day of November 2025, a true and correct copy of the foregoing was served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system and to the persons listed below as indicated:

**Via Electronic Mail**

Edmon L. Morton
Matthew B. Lunn
Allison S. Mielke
Shella Borovinskaya
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com
(*Counsel to the Debtor*)

Debra M. Sinclair
Matthew A. Feldman
Betsy L. Feldman
Joseph R. Brandt
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
dsinclair@willkie.com
mfeldman@willkie.com
bfeldman@willkie.com
jbrandt@willkie.com
(*Counsel to the Debtor*)

Timothy J. Fox
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email: timothy.fox@usdoj.gov
(*U.S. Trustee*)

Joshua Sussberg
Nicole Greenblatt
Derek I. Hunter
Brian J. Nakhaimousa
Maddison Levine
Kirkland Ellis LLP
601 Lexinton Avenue
New York, NY 10022
Email: jsussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com
brian.nakhaimousa@kirkland.com
maddison.levine@kirkland.com
(*Counsel for the Debtors*)

Bradford J. Sandler
Colin R. Robinson
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
crobinson@pszjlaw.com
(*Counsel for Creditors' Committee*)

Robert J. Feinstein
Alan J. Kornfeld
Theodore S. Heckel
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Email:  rfeinstein@pszjlaw.com
akornfeld@pszjlaw.com
theckel@pszjlaw.com
(*Counsel for Creditors' Committee*)

Gregg Bateman
Sagar Patel
Michael Danenberg
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Email: bateman@sewkis.com
patel@sewkis.com
danenberg@sewkis.com
(*Counsel for DIP Agent*)

Jayme Goldstein
Jeremy Evans
Isaac Sasson
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Email: jaymegoldstein@paulhastings.com
jeremyevans@paulhastings.com
isaacsasson@paulhastings.com
(*Counsel for DIP Lenders and
Ad Hoc Group*)

Adam G. Landis
Matthew McGuire
Landis Rath & Cobb LLP
919 N. Market Street
Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com
mcguire@lrclaw.com
(*Counsel for DIP Lenders and
Ad Hoc Group*)

Jennifer Ezring
James Ktsanes
Andrew Sorkin
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Email: jennifer.ezring@lw.com
james.ktsanes@lw.com
andrew.sorkin@lw.com
(*Counsel to the ABL Lenders*)

Thomas Lauria
White & Case LLP
200 S. Biscayne Blvd
Miami, FL 33131
Email: tlauria@whitecase.com
(*Counsel to Second Lien Lenders
and HoldCo Lenders*)

Bojan Guzina
White & Case LLP
111 S. Wacker Drive, Suite 5100
Chicago, IL 60606
Email: bojan.guzina@whitecase.com
(*Counsel to Second Lien Lenders
and HoldCo Lenders*)

Don F. Oliver
Direct Fee Review LLC
24A Trolley Square, #1225
Wilmington, DE 19806
Email: dfr.dfo@gmail.com
(*Fee Examiner*)

/s/ *J. Cory Falgowski*
J. Cory Falgowski (No. 4546)