# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC. *et al.,* | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM
## NOS. 1574, 1595, 1612 AND 1663

**PLEASE TAKE NOTICE** that Pentex RTO, LLC, EightSixThree RTO, LLC, Pentex Top Left, LLC and Pentex 1848, LLC (collectively, the "Pentex Franchisees") hereby withdraw the following Proofs of Claim filed against Debtor Buddy's Franchising and Licensing LLC (Case No. 24-12512) on January 23, 2025:

i. Proof of claim number 1574 filed by Pentex 1848, LLC;

ii. Proof of claim number 1595 filed by EightSixThree RTO, LLC;

iii. Proof of claim number 1612 filed by Pentex RTO, LLC;

iv. Proof of claim number 1663 filed by Pentex Top Left, LLC.

Dated:  November 19, 2025         **BURR & FORMAN LLP**

*/s/ J. Cory Falgowski*
J. Cory Falgowski (No. 4546)
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
Telephone:  302-830-2312
Email:  jfalgowski@burr.com

*Counsel for Pentex Franchisees*

63540377 v1