In re Franchise Group, Inc. Case No. 24-12480 (LSS)
Schedule 1 - Amended Claims

| CLAIMS TO BE DISALLOWED AND EXPUNGED (AMENDED CLAIMS) | | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLAIMANT NAME & ADDRESS | CLAIM NO. | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT & PRIORITY[1] | DATE FILED | CLAIMANT NAME & ADDRESS | CLAIM NO. | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT & PRIORITY[1] | DATE FILED |
| 1 City of Danville<br>PO BOX 3308<br>Danville, VA 24543 | 2203 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,156.55 (U)<br>$2,156.55 (T) | 1/24/2025 | City of Danville<br>PO BOX 3308<br>Danville, VA 24543 | 2190* | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | 1/24/2025 |
| 2 HM PEACHTREE CORNERS I, LLC<br>C/O CAIOLA & ROSE, LLC<br>125 CLAIREMONT AVENUE,<br>SUITE 240<br>DECATUR, GA 30030 | 2479 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$182,699.12 (U)<br>$182,699.12 (T) | 2/12/2025 | HM PEACHTREE CORNERS I, LLC<br>C/O CAIOLA & ROSE, LLC<br>125 CLAIREMONT AVENUE,<br>SUITE 240<br>DECATUR, GA 30030 | 2768 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$140,996.04 (U)<br>$140,996.04 (T) | 4/17/2025 |
| 3 NNN REIT, LP<br>450 S. Orange Avenue<br>Suite 900<br>Orlando, FL 32801 | 1277 | Franchise Group, Inc. | $0.00 (S)<br>$28,269.62 (A)<br>$0.00 (P)<br>$250,112.47 (U)<br>$278,382.09 (T) | 1/22/2025 | NNN REIT, LP<br>450 S. Orange Avenue<br>Suite 900<br>Orlando, FL 32801 | 2656 | Franchise Group, Inc. | $0.00 (S)<br>$621,666.41 (A)<br>$0.00 (P)<br>$250,112.47 (U)<br>$871,778.88 (T) | 3/14/2025 |
| 4 Ohio Department of Taxation<br>ATTN: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 463 | Vitamin Shoppe Industries LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$121,239.71 (U)<br>$121,239.71 (T) | 12/13/2024 | Ohio Department of Taxation<br>ATTN: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | 2544 | Vitamin Shoppe Industries LLC | $0.00 (S)<br>$0.00 (A)<br>$94,660.60 (P)<br>$26,579.11 (U)<br>$121,239.71 (T) | 2/20/2025 |
| 5 TIMES PLAZA DEVELOPMENT L.P.<br>614 HEMPSTEAD GARDENS DRIVE<br>WEST HEMPSTEAD, NEW YORK 11552 | 1559 | Vitamin Shoppe Industries LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$89.41 (U)<br>$89.41 (T) | 1/23/2025 | TIMES PLAZA DEVELOPMENT L.P.<br>614 HEMPSTEAD GARDENS DRIVE<br>WEST HEMPSTEAD, NEW YORK 11552 | 1814 | Vitamin Shoppe Industries LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$89.41 (U)<br>$89.41 (T) | 1/23/2025 |

* Based on the time stamp, City of Danville filed Claim No. 2190 subsequently to Claim No. 2203

[1] (S) Secured; (A) Administrative and 503(b)(9); (P) Priority; (U) Unsecured; (T) Total

In re Franchise Group, Inc. Case No. 24-12480 (LSS)
Schedule 2 - Superseded Claims

| | CLAIMS TO BE DISALLOWED AND EXPUNGED (SUPERSEDED CLAIMS) | | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLAIMANT NAME & ADDRESS | CLAIM NO. | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT & PRIORITY[1] | DATE FILED | CLAIMANT NAME & ADDRESS | CLAIM NO. | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT & PRIORITY[1] | DATE FILED |
| 1 | Easter, Lora<br>Address on file | 954 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10.00 (U)<br>$10.00 (T) | 1/16/2025 | Easter, Lora<br>Address on file | 960 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,471.68 (U)<br>$1,471.68 (T) | 1/16/2025 |
| 2 | Humphrey, Paula<br>Address on file | 309 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,800.00 (U)<br>$3,800.00 (T) | 12/2/2024 | Humphrey, Paula<br>Address on file | 2330 | Franchise Group, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,570.00 (U)<br>$3,570.00 (T) | 2/4/2025 |
| 3 | Jackson, Tillina<br>Address on file | 1762 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$130.00 (U)<br>$130.00 (T) | 1/23/2025 | Jackson, Tillina<br>Address on file | 2236 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$260.00 (U)<br>$260.00 (T) | 1/24/2025 |
| 4 | John Squared Capital, LLC<br>5 Tennis Terr<br>Sparta, NJ 07871 | 2068 | Pet Supplies "Plus", LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$900,000.00 (U)<br>$900,000.00 (T) | 1/23/2025 | John Squared Capital, LLC<br>5 Tennis Terr<br>Sparta, NJ 07871 | 2035* | Pet Supplies "Plus", LLC | Unknown | 1/23/2025 |
| 5 | Tempur Sealy International, Inc.<br>Ronald E. Gold, Frost Brown Todd LLP<br>3300 Great American Tower, Suite 3300<br>Cincinnati, OH 45202 | 1238 | American Freight, LLC | $0.00 (S)<br>$9,977.00 (A)<br>$0.00 (P)<br>$330,407.00 (U)<br>$340,384.00 (T) | 1/22/2025 | Tempur Sealy International, Inc.<br>Ronald E. Gold, Frost Brown Todd LLP<br>3300 Great American Tower, Suite 3300<br>Cincinnati, OH 45202 | 1252** | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$330,407.00 (U)<br>$330,407.00 (T) | 1/22/2025 |
| 6 | Utah State Tax Commission<br>attn: Bankruptcy Unit<br>210 N 1950 W<br>SALT LAKE CITY, UT 84134-9000 | 13 | Franchise Group, Inc. | $5,241.93 (S)<br>$0.00 (A)<br>$26.37 (P)<br>$260.00 (U)<br>$528.30 (T) | 11/7/2024 | Utah State Tax Commission<br>attn: Bankruptcy Unit<br>210 N 1950 W<br>SALT LAKE CITY, UT 84134-9000 | 44 | Franchise Group, Inc. | $5,241.93 (S)<br>$0.00 (A)<br>$26.37 (P)<br>$260.00 (U)<br>$5,528.30 (T) | 11/13/2024 |
| 7 | XTGLOBAL Inc<br>2701 Dallas Parkway<br>Suite 550<br>Plano, TX 75093 | 1407 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$11,000.00 (P)<br>$2,748.00 (U)<br>$13,748.00 (T) | 1/22/2025 | XTGLOBAL Inc<br>2701 Dallas Parkway<br>Suite 550<br>Plano, TX 75093 | 2569 | American Freight, LLC | $0.00 (S)<br>$0.00 (A)<br>$12,400.00 (P)<br>$1,348.00 (U)<br>$13,748.00 (T) | 2/25/2025 |

\* Based on the time stamp, John Squared Capital, LLC filed Claim No. 2035 subsequently to Claim No. 2068
\*\* The $330,407.00 reflects the agreement between the Reorganized Debtors and Tempur Sealy International, Inc. that the $9,977.00 administrative amount asserted on Claim No. 1252 has been fully satisfied through payment. See also Notice of Withdrawal of the Motion of Tempur Sealy International, Inc. for Allowance and Payment of Administrative Expense Claim. [D.I. 1835]

[1] (S) Secured; (A) Administrative and 503(b)(9); (P) Priority; (U) Unsecured; (T) Total

Page 1 of 1

In re Franchise Group, Inc. Case No. 24-12480 (LSS)
Schedule 3 - Duplicative Claims

| CLAIMS TO BE DISALLOWED AND EXPUNGED (DUPLICATIVE CLAIMS) | | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLAIMANT NAME & ADDRESS | CLAIM NO. | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT & PRIORITY[1] | DATE FILED | CLAIMANT NAME & ADDRESS | CLAIM NO. | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT & PRIORITY[1] | DATE FILED |
| 1 DUPAGE COUNTY PUBLIC WORKS<br>P.O. BOX 4751<br>CAROL STREAM, IL 60197 | 2621 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$148.39 (U)<br>$148.39 (T) | 3/10/2025 | DUPAGE COUNTY PUBLIC WORKS<br>P.O. BOX 4751<br>CAROL STREAM, IL 60197 | 2627 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$148.39 (U)<br>$148.39 (T) | 3/10/2025 |
| 2 Kahn, Brian<br>c/o Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek Abbott<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801 | 1836 | Vitamin Shoppe Industries LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$322,377.53 (U)<br>$322,377.53 (T) | 1/23/2025 | Kahn, Brian<br>c/o Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek Abbott<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801 | 1829 | Vitamin Shoppe Industries LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$322,377.53 (U)<br>$322,377.53 (T) | 1/23/2025 |
| 3 Kahn, Brian<br>c/o Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek Abbott<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801 | 1996 | Home & Appliance Outlet, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$322,377.53 (U)<br>$322,377.53 (T) | 1/23/2025 | Kahn, Brian<br>c/o Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek Abbott<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801 | 1907 | Home & Appliance Outlet, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$322,377.53 (U)<br>$322,377.53 (T) | 1/23/2025 |
| 4 Kahn, Brian<br>c/o Morris, Nichols, Arsht & Tunnell, LLP<br>Attn: Derek C. Abbott, Esquire<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | 1754 | American Freight Holdings, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$322,377.53 (U)<br>$322,377.53 (T) | 1/23/2025 | Kahn, Brian<br>c/o Morris, Nichols, Arsht & Tunnell, LLP<br>Attn: Derek C. Abbott, Esquire<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | 1957 | American Freight Holdings, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$322,377.53 (U)<br>$322,377.53 (T) | 1/23/2025 |
| 5 Kelley Commercial Realty, LLC<br>425 West Capitol Avenue, Suite 300<br>Little Rock, AR 72201 | 1405 | American Freight Franchisor, LLC | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$2,2470,240.00 (U)<br>$2,473,590.00 (T) | 1/22/2025 | Kelley Commercial Realty, LLC<br>425 West Capitol Avenue, Suite 300<br>Little Rock, AR 72201 | 1402 | American Freight Franchisor, LLC | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$2,2470,240.00 (U)<br>$2,473,590.00 (T) | 1/22/2025 |
| 6 Laurence, Andrew M.<br>c/o Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek Abbott<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801 | 2130 | Home & Appliance Outlet, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$313,181.33 (U)<br>$313,181.33 (T) | 1/23/2025 | Laurence, Andrew M.<br>c/o Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek Abbott<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | 2053 | Home & Appliance Outlet, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$313,181.33 (U)<br>$313,181.33 (T) | 1/23/2025 |
| 7 Laurence, Andrew M.<br>c/o Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek Abbott<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | 2155 | WNW Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$313,181.33 (U)<br>$313,181.33 (T) | 1/23/2025 | Laurence, Andrew M.<br>c/o Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek Abbott<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | 2154 | WNW Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$313,181.33 (U)<br>$313,181.33 (T) | 1/23/2025 |
| 8 Laurence, Andrew M.<br>c/o Morris, Nichols, Arsht & Tunnell, LLP<br>Attn: Derek C. Abbott, Esquire<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | 1930 | Vitamin Shoppe Global, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$313,181.33 (U)<br>$313,181.33 (T) | 1/23/2025 | Laurence, Andrew M.<br>c/o Morris, Nichols, Arsht & Tunnell, LLP<br>Attn: Derek C. Abbott, Esquire<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | 1844 | Vitamin Shoppe Global, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$313,181.33 (U)<br>$313,181.33 (T) | 1/23/2025 |

[1] (S) Secured; (A) Administrative and 503(b)(9); (P) Priority; (U) Unsecured; (T) Total

In re Franchise Group, Inc. Case No. 24-12480 (LSS)
Schedule 3 - Duplicative Claims

| | CLAIMS TO BE DISALLOWED AND EXPUNGED (DUPLICATIVE CLAIMS) | | | | | SURVIVING CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT NAME & ADDRESS | CLAIM NO. | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT & PRIORITY [1] | DATE FILED | CLAIMANT NAME & ADDRESS | CLAIM NO. | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT & PRIORITY [1] | DATE FILED |
| 9 | LY, MONICA<br>Address on file | 2744 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,600.00 (U)<br>$1,600.00 (T) | 4/2/2025 | LY, MONICA<br>Address on file | 2745 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,600.00 (U)<br>$1,600.00 (T) | 4/2/2025 |
| 10 | Moore Properties Capital Blvd LLC<br>8001 Skycroft Commons Drive<br>Waxhaw, NC 28173 | 2923 | Vitamin Shoppe Industries LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$140,552.00 (U)<br>$140,552.00 (T) | 5/13/2025 | Moore Properties Capital Blvd LLC<br>8001 Skycroft Commons Drive<br>Waxhaw, NC 28173 | 2924 | Vitamin Shoppe Industries LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$140,552.00 (U)<br>$140,552.00 (T) | 5/13/2025 |
| 11 | Pleiades Partners, LLC<br>245 MERIWETHER CIRCLE<br>ALTA, WY 83414 | 1950 | Franchise Group Acquisition TM, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,600,000.00 (U)<br>$1,600,000.00 (T) | 1/23/2025 | Pleiades Partners, LLC<br>245 MERIWETHER CIRCLE<br>ALTA, WY 83414 | 2031 | Franchise Group Acquisition TM, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,600,000.00 (U)<br>$1,600,000.00 (T) | 1/23/2025 |

[1] (S) Secured; (A) Administrative and 503(b)(9); (P) Priority; (U) Unsecured; (T) Total