# EXHIBIT A

## Reclassified Claims

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | Abacus Corporation<br>Michael Brady, CAO<br>610 Gusryan Street<br>Baltimore MD 21224 | 570 | Vitamin Shoppe Industries LLC | 12/24/2024 | $0.00 (S)<br>$0.00 (A)<br>$8,530.07 (P)<br>$0.00 (U)<br>$8,530.07 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,530.07 (U)<br>$8,530.07 (T) | Claimant is a third-party contractor, and the claim relates to amounts owed under a staffing services contract, which is not entitled to priority under section 507(a)(4) of the Bankruptcy Code. Therefore, this claim should be reclassified as a general unsecured claim. |
| 2 | Altoona Water Authority<br>PO Box 3150<br>Altoona PA 16603 | 633 | Franchise Group, Inc. | 01/06/2025 | $1,114.47 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,114.47 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,114.47 (U)<br>$1,114.47 (T) | Claim asserts amounts owed in connection with utility services, which are not evidenced by a lien or secured by collateral. Therefore, this claim should be reclassified as a general unsecured claim. |
| 3 | American S.E.A.L Patrol Division LLC<br>15807 S, Alley Ct<br>Houston TX 77082 | 350 | Franchise Group, Inc. | 12/03/2024 | $0.00 (S)<br>$36,406.00 (A)<br>$15,150.00 (P)<br>$0.00 (U)<br>$51,556.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$51,556.00 (U)<br>$51,556.00 (T) | Claim asserts amounts owed under sections 503(b)(9) and 507(a)(4) of the Bankruptcy Code. This claim does not qualify for treatment under sections 503(b)(9) or 507(a)(4) of the Bankruptcy Code because claimant was not a provider of goods received by the Debtors in the twenty days prior to the Petition Date and claim relates to amounts owed under a security services agreement, which is not entitled to priority under section 507(a)(4) of the Bankruptcy Code. Therefore, this claim should be reclassified to a general unsecured claim. |
| 4 | APFS Staffing Inc<br>125 S Wacker Dr.<br>Suite 2700<br>Chicago IL 60606 | 129 | Franchise Group, Inc. | 11/19/2024 | $0.00 (S)<br>$0.00 (A)<br>$15,150.00 (P)<br>$91,667.65 (U)<br>$106,817.65 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$106,817.65 (U)<br>$106,817.65 (T) | Claimant is a third-party contractor, and the claim relates to amounts owed under a staffing services contract, which is not entitled to priority under section 507(a)(4) of the Bankruptcy Code. Therefore, this claim should be reclassified as a general unsecured claim. |
| 5 | Baker Bunch Inc.<br>15348 9th Avenue<br>Phoenix IL 60426 | 2244 | Franchise Group, Inc. | 01/27/2025 | $0.00 (S)<br>$4,335.00 (A)<br>$4,335.00 (P)<br>$0.00 (U)<br>$8,670.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$615.00 (P)<br>$8,055.00 (U)<br>$8,670.00 (T) | Claim asserts amounts owed under sections 507(a)(1) and 503(b)(9) of the Bankruptcy Code. Claimant is not entitled to domestic support obligations and was not a provider of goods received by the Debtors in the twenty days prior to the Petition Date. Therefore, this claim should be reclassified as a general unsecured claim. |
| 6 | CDW Direct, LLC<br>200 N. Milwaukee Ave<br>Vernon Hills IL 60061 | 298 | Franchise Group, Inc. | 11/25/2024 | $0.00 (S)<br>$0.00 (A)<br>$57,563.73 (P)<br>$0.00 (U)<br>$57,563.73 (T) | $0.00 (S)<br>$20,474.08 (A)<br>$0.00 (P)<br>$37,089.65 (U)<br>$57,563.73 (T) | The Reorganized Debtors' books and records reflect that the Debtors received goods from claimant during the twenty days prior to the Petition Date only in the amount of $20,474.08, which amount should be reclassified as an administrative claim, and the balance should be reclassified as a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Third (3rd) Omnibus (Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 7 | Co-Administrators of the Estate of Faye H. Gross<br>Attn: Douglas T. Logsdon<br>201 E. Main Street<br>Suite 900<br>Lexington KY 40503 | 1188 | American Freight, LLC | 01/22/2025 | $38,000.00 (S)<br>unliquidated (A)<br>$0.00 (P)<br>$98,646.48 (U)<br>$136,646.48 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$136,646.48 (U)<br>$136,646.48 (T) | Claim asserts that it is secured and that unliquidated amounts are owed under section 503(b)(9) of the Bankruptcy Code. The Reorganized Debtors' books and records do not reflect that the asserted claim is secured by any security interest in the Debtor's property and the claimant is not a provider of goods received by the Debtors within the twenty days prior to the Petition Date. Therefore, this claim should be reclassified as a general unsecured claim. |
| 8 | Doctor P LLC<br>262 S. Easton Rd. #596<br>Glenside PA 19038 | 190 | Vitamin Shoppe Industries LLC | 11/22/2024 | $0.00 (S)<br>$0.00 (A)<br>$10,000.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Claim asserts amounts owed under section 507(a)(4) of the Bankruptcy Code. Claimant provided wellness services, and its claim does not qualify for treatment under section 507(a)(4) of the Bankruptcy Code. Therefore, this claim should be reclassified to a general unsecured claim. |
| 9 | Easy Shipping 27/7 LLC<br>3845 Sierra Gold Drive<br>Antelope CA 95843 | 296 | Franchise Group, Inc. | 11/29/2024 | $0.00 (S)<br>$2,898.00 (A)<br>$2,898.00 (P)<br>$0.00 (U)<br>$5,796.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,796.00 (U)<br>$5,796.00 (T) | Claim asserts amounts owed for "services" under sections 507(a) and 503(b)(9) of the Bankruptcy Code. Claimant provided transportation services and its claim does not qualify for treatment under sections 507(a) or 503(b)(9) of the Bankruptcy Code. Therefore, this claim should be reclassified to a general unsecured claim. |
| 10 | Enterprise FM Trust/Enterprise Fleet Management, Inc.<br>Foley & Lardner LLP<br>c/o Geoffrey S. Goodman<br>321 N Clark St.<br>Suite 3000<br>Chicago IL 60654 | 1716 | American Freight, LLC | 01/23/2025 | $5,026,270.20 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,026,270.20 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,026,270.20 (U)<br>$5,026,270.20 (T) | Claimant asserts that its claim is secured. The Reorganized Debtors' books and records do not reflect that the asserted claim is secured by any security interest in the Debtor's property. Therefore, this claim should be reclassified as a general unsecured claim. |
| 11 | FLC&W, LLC<br>Kevin Keefner, Real Estate Manager<br>109 N. 6th Street<br>Fort Smith AR 72901 | 433 | Franchise Group, Inc. | 12/11/2024 | $0.00 (S)<br>$0.00 (A)<br>$30,450.26 (P)<br>$1,848,919.71 (U)<br>$1,879,369.97 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,879,369.97 (U)<br>$1,879,369.97 (T) | Claim asserts amounts owed under section 507(a)(8) of the Bankruptcy Code. Claimant is not a taxing authority or governmental unit to whom the Debtors could owe taxes. Therefore, this claim should be reclassified to a general unsecured claim. |
| 12 | Flexport<br>PO Box 22760<br>New York NY 10087 | 1888 | American Freight, LLC | 01/23/2025 | $116,708.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,069,789.40 (U)<br>$1,186,497.40 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,186,497.40 (U)<br>$1,186,497.40 (T) | Claimant asserts that its claim is secured. The Reorganized Debtors' books and records do not reflect that the asserted claim is secured by any security interest in the Debtor's property. Therefore, this claim should be reclassified as a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Third (3rd) Omnibus (Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 13 | Global IT & Recovery Services, LLC<br>5400 Laurel Springs Pkwy<br>Suite 1202<br>Suwanee GA 30024 | 756 | Vitamin Shoppe Industries LLC | 01/14/2025 | $0.00 (S)<br>$5,335.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,335.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,335.00 (U)<br>$5,335.00 (T) | Claim asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. Claimant provides information technology services and is not a provider of goods received by the Debtors within twenty days prior to the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |
| 14 | Handi Products, Inc.<br>5600 99th Ave.<br>Unit A<br>Kenosha WI 53144-7871 | 361 | Franchise Group, Inc. | 12/04/2024 | $0.00 (S)<br>$6,477.64 (A)<br>$0.00 (P)<br>$45,908.74 (U)<br>$52,386.38 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$52,386.38 (U)<br>$52,386.38 (T) | Claim asserts amounts owed under section 503(b)(9) of the Bankruptcy Code for freight and delivery charges, which are not goods received by the Debtors within twenty days of the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |
| 15 | Jackson, Shirley Ann<br>Available upon request | 810 | Franchise Group, Inc. | 01/14/2025 | unliquidated (S)<br>$1,290.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,290.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$1,290.00 (P)<br>$0.00 (U)<br>$1,290.00 (T) | Claim asserts that it is secured in an unliquidated amount, plus amounts owed under section 503(b)(9) of the Bankruptcy Code. The Reorganized Debtors' books and records do not reflect that the asserted claim is secured by any security interest in the Debtor's property, and the claimant is not a provider of goods received by the Debtors in the twenty days prior to the Petition Date. This claim is for a layaway deposit for furniture and qualifies for priority treatment under section 507(a)(7) of the Bankruptcy Code only in the amount indicated, and the claim should, therefore, be reclassified. |
| 16 | Kelley Commercial Partners, LLC<br>425 West Capitol Avenue<br>Suite 300<br>Little Rock AR 72201 | 1430 | American Freight, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$2,470,240.00 (U)<br>$2,473,590.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,473,590.00 (U)<br>$2,473,590.00 (T) | Claim asserts amounts owed under section 507(a)(7) of the Bankruptcy Code in connection with lease rejection damages. Claim is not related to a deposit toward the purchase, lease, or rental of property or services for personal, family, or household use. Therefore, this claim should be reclassified to a general unsecured claim. |
| 17 | Kelley Commercial Partners, LLC<br>425 West Capitol Avenue<br>Suite 300<br>Little Rock AR 72201 | 1408 | American Freight Group, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$2,470,240.00 (U)<br>$2,473,590.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,473,590.00 (U)<br>$2,473,590.00 (T) | Claim asserts amounts owed under section 507(a)(7) of the Bankruptcy Code in connection with lease rejection damages. Claim is not related to a deposit toward the purchase, lease, or rental of property or services for personal, family, or household use. Therefore, this claim should be reclassified to a general unsecured claim. |
| 18 | Kelley Commercial Partners, LLC<br>425 West Capitol Avenue<br>Suite 300<br>Little Rock AR 72201 | 1424 | American Freight Holdings, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$2,470,240.00 (U)<br>$2,473,590.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,473,590.00 (U)<br>$2,473,590.00 (T) | Claim asserts amounts owed under section 507(a)(7) of the Bankruptcy Code in connection with lease rejection damages. Claim is not related to a deposit toward the purchase, lease, or rental of property or services for personal, family, or household use. Therefore, this claim should be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Third (3rd) Omnibus (Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 19 | Kelley Commercial Partners, LLC<br>425 West Capitol Avenue<br>Suite 300<br>Little Rock AR 72201 | 1426 | American Freight Management Company, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$2,470,240.00 (U)<br>$2,473,590.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,473,590.00 (U)<br>$2,473,590.00 (T) | Claim asserts amounts owed under section 507(a)(7) of the Bankruptcy Code in connection with lease rejection damages. Claim is not related to a deposit toward the purchase, lease, or rental of property or services for personal, family, or household use. Therefore, this claim should be reclassified to a general unsecured claim. |
| 20 | Kelley Commercial Partners, LLC<br>425 West Capitol Avenue<br>Suite 300<br>Little Rock AR 72201 | 1379 | American Freight Outlet Stores, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$2,470,240.00 (U)<br>$2,473,590.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,473,590.00 (U)<br>$2,473,590.00 (T) | Claim asserts amounts owed under section 507(a)(7) of the Bankruptcy Code in connection with lease rejection damages. Claim is not related to a deposit toward the purchase, lease, or rental of property or services for personal, family, or household use. Therefore, this claim should be reclassified to a general unsecured claim. |
| 21 | Kelley Commercial Realty, LLC<br>425 West Capitol Avenue<br>Suite 300<br>Little Rock AR 72201 | 1393 | American Freight FFO, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$2,470,240.00 (U)<br>$2,473,590.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,473,590.00 (U)<br>$2,473,590.00 (T) | Claim asserts amounts owed under section 507(a)(7) of the Bankruptcy Code in connection with lease rejection damages. Claim is not related to a deposit toward the purchase, lease, or rental of property or services for personal, family, or household use. Therefore, this claim should be reclassified to a general unsecured claim. |
| 22 | Kelley Commercial Realty, LLC<br>425 West Capitol Avenue<br>Suite 300<br>Little Rock AR 72201 | 1402 | American Freight Franchisor, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$2,470,240.00 (U)<br>$2,473,590.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,473,590.00 (U)<br>$2,473,590.00 (T) | Claim asserts amounts owed under section 507(a)(7) of the Bankruptcy Code in connection with lease rejection damages. Claim is not related to a deposit toward the purchase, lease, or rental of property or services for personal, family, or household use. Therefore, this claim should be reclassified to a general unsecured claim. |
| 23 | Konze, Billie Jo<br>Available upon request | 2343 | Franchise Group, Inc. | 01/30/2025 | $0.00 (S)<br>$0.00 (A)<br>$800.00 (P)<br>$0.00 (U)<br>$800.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$800.00 (U)<br>$800.00 (T) | Claimant is a third-party contractor, and this claim relates to amounts owed under a services contract, which is not entitled to priority under section 507(a)(4) of the Bankruptcy Code. Therefore, this claim should be reclassified as a general unsecured claim. |
| 24 | LogRocket, Inc<br>87 Summer Street<br>3rd Floor<br>Boston MA 02110 | 375 | American Freight, LLC | 12/05/2024 | $0.00 (S)<br>$25,466.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$25,466.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,466.00 (U)<br>$25,466.00 (T) | Claim asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. Claimant is a provider of web services and did not provide goods received by the Debtors within twenty days prior to the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |
| 25 | O'Hara's Son Roofing Company<br>102 Main St.<br>Suite 200<br>Park Rige IL 60068 | 918 | American Freight, LLC | 01/16/2025 | $421,580.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$421,580.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$421,580.00 (U)<br>$421,580.00 (T) | The Debtors do not own the real property upon which the claimant has asserted a mechanic's lien. Therefore, the claimant does not have a claim secured by the Debtor's property, and such claim should be reclassified as a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Third (3rd) Omnibus (Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 26 | Peterson Technology Partners Inc<br>1030 W Higgins Rd<br>Suite 230<br>Park Ridge IL 60068 | 236 | Franchise Group, Inc. | 11/26/2024 | $0.00 (S)<br>$10,200.00 (A)<br>$0.00 (P)<br>$19,040.00 (U)<br>$29,240.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,240.00 (U)<br>$29,240.00 (T) | Claim asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. Claimant provides consulting services and is not a provider of goods received by the Debtors within twenty days prior to the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |
| 27 | Pinchback, Barbara<br>Available upon request | 1000 | Franchise Group, Inc. | 01/17/2025 | $20,000.00 (S)<br>unliquidated(A)<br>$8,500.00 (P)<br>$2,500.00 (U)<br>$31,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$680.00 (P)<br>$30,320.00 (U)<br>$31,000.00 (T) | Claim asserts that it is secured in addition to amounts owed in connection with a layaway deposit for furniture and unliquidated amounts owed under section 503(b)(9) of the Bankruptcy Code. The Reorganized Debtors' books and records do not reflect that the asserted claim is secured by any security interest in the Debtor's property, and the claimant is not a provider of goods received by the Debtors within twenty days prior to the Petition Date. This claim qualifies for priority treatment under section 507(a)(7) of the Bankruptcy Code only in the amount indicated, and the claim should, therefore, be reclassified. |
| 28 | PL&W Holdings Inc.<br>10 West Woodson Ave<br>Bonanza AR 72916 | 2991 | Franchise Group, Inc. | 06/30/2025 | $0.00 (S)<br>$25,236.02 (A)<br>$0.00 (P)<br>$237,570.13 (U)<br>$262,806.15 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,806.15 (U)<br>$262,806.15 (T) | Claim asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. Claimant is not a provider of goods received by the Debtors within twenty days prior to the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |
| 29 | Selby, Michael<br>Available upon request | 133 | Franchise Group, Inc. | 11/19/2024 | $0.00 (S)<br>$0.00 (A)<br>$3,914.98 (P)<br>$0.00 (U)<br>$3,914.98 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,914.98 (U)<br>$3,914.98 (T) | Claim asserts amounts owed under section 507(a)(4) of the Bankruptcy Code. Claimant is a delivery service provider and is not and has never been an employee of the Debtors. Therefore, any claim asserted by claimant could not be characterized as any form of wages and is not entitled to priority under section 507(a)(4) of the Bankruptcy Code. Therefore, this claim should be reclassified to a general unsecured claim. |
| 30 | Silk for Less Inc.<br>Luis D Cardenas Owner<br>1750 S Ronald Reagan Blvd<br>Altamonte Springs FL 32701 | 356 | Buddy's Franchising and Licensing LLC | 12/04/2024 | $0.00 (S)<br>$4,081.20 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,081.20 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,081.20 (U)<br>$4,081.20 (T) | Claim asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. Claimant is not a provider of goods received by the Debtors within twenty days prior to the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |
| 31 | Silk for Less Inc.<br>Luis Cardens, Owner<br>1750 S Ronald Reagan Blvd<br>Altamonte Springs FL 32701 | 420 | Buddy's Franchising and Licensing LLC | 12/04/2024 | $0.00 (S)<br>$4,081.20 (A)<br>$4,081.20 (P)<br>$0.00 (U)<br>$8,162.40 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,162.40 (U)<br>$8,162.40 (T) | Claim asserts amounts owed in under sections 503(b)(9) and 507(a) of the Bankruptcy Code. Claimant is not a provider of goods received by the Debtors within twenty days prior to the Petition Date and this claim does not qualify for priority treatment. Therefore, this claim should be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Third (3rd) Omnibus (Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 32 | Spark Communications Group, LLC<br>1057 Baxter Street<br>Suite 1<br>Athens GA 30606 | 626 | Buddy's Franchising and Licensing LLC | 01/03/2025 | $0.00 (S)<br>$15,485.53 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15,485.53 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,485.53 (U)<br>$15,485.53 (T) | Claim asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. Claimant is not a provider of goods received by the Debtors within twenty days prior to the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |
| 33 | Spark Data Solutions Inc<br>26077 Nelson Way 1102<br>Katy TX 77494 | 2898 | American Freight, LLC | 05/02/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,200.00 (P)<br>$0.00 (U)<br>$1,200.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,200.00 (U)<br>$1,200.00 (T) | Claim asserts amounts owed under section 507(a)(4) of the Bankruptcy Code. Claimant provided IT services/is a contracting agency, and is not and has never been an employee of the Debtors. Therefore, any claim asserted by claimant could not be characterized as any form of wages and is not entitled to priority under section 507(a)(4) of the Bankruptcy Code, and this claim should, therefore, be reclassified to a general unsecured claim. |
| 34 | Tart, Desiree<br>Available upon request | 673 | American Freight Franchising, LLC | 01/09/2025 | $4,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,000.00 (U)<br>$22,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,000.00 (U)<br>$22,000.00 (T) | Claimant asserts that its claim is secured. The Reorganized Debtors' books and records do not reflect that the asserted claim is secured by any security interest in the Debtor's property. Therefore, this claim should be reclassified as a general unsecured claim. |
| 35 | WLJ Holding<br>110 Halston Rdge<br>Easley SC 29642 | 320 | American Freight Franchising, LLC | 12/02/2024 | unliquidated (S)<br>$634.00 (A)<br>unliquidated (P)<br>$0.00 (U)<br>$634.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$634.00 (U)<br>$634.00 (T) | Claim asserts that it is secured in an unliquidated amount and asserts amounts owed under sections 503(b)(9) and 507(a) of the Bankruptcy Code. The Reorganized Debtors' books and records do not reflect that the asserted claim is secured by any security interest in the Debtor's property, and this claim does not qualify for priority treatment. Therefore, this claim should be reclassified as a general unsecured claim. |
| 36 | Woolpert, Inc.<br>4454 Idea Center Blvd.<br>Dayton OH 45430 | 613 | Franchise Group, Inc. | 01/02/2025 | $0.00 (S)<br>$4,454.73 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,454.73 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,454.73 (U)<br>$4,454.73 (T) | Claim asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. Claimant is not a provider of goods received by the Debtors within twenty days prior to the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |
| **Claims to be modified totals** | | **Count: 36** | | | **$26,683,798.34** | **$26,683,798.34** | |