## EXHIBIT B

**Reduced Claim**

Reorganized Debtors' Third (3rd) Omnibus
(Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

## Modified Amount Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reduction |
|---|---|---|---|---|---|---|---|
| 1 | Reyes, Lucinda Available upon request | 1161 | American Freight Franchising, LLC | 01/21/2025 | $0.00 (S) $0.00 (A) $1,000.00 (P) $0.00 (U) $1,000.00 (T) | $0.00 (S) $0.00 (A) $100.00 (P) $0.00 (U) $100.00 (T) | Claim should be reduced to match the Reorganized Debtors' books and records. |
| | **Claims to be modified totals** | **Count: 1** | | | **$1,000.00** | **$100.00** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total