# EXHIBIT C

**Reduced and Reclassified Claims**

Reorganized Debtors' Third (3rd) Omnibus (Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

## Modified Amount, Reclassified Claims

| # | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | Brydson, Briana<br>Available upon request | 1926 | American Freight, LLC | 01/23/2025 | $0.00 (S)<br>$370.88 (A)<br>$370.88 (P)<br>$0.00 (U)<br>$741.76 (T) | $0.00 (S)<br>$0.00 (A)<br>$370.88 (P)<br>$0.00 (U)<br>$370.88 (T) | Claim asserts amounts owed in connection with a layaway deposit for furniture, not goods delivered within twenty days of the Petition Date. This claim qualifies for priority treatment under section 507(a)(7) of the Bankruptcy Code. In addition, the amount of the claim is inconsistent with the Reorganized Debtors' books and records. Therefore, this claim should be reclassified and modified as indicated. |
| 2 | Coleman, Tomika<br>Available upon request | 1308 | Franchise Group, Inc. | 01/22/2025 | $130.00 (S)<br>unliquidated (A)<br>$650.00 (P)<br>$0.00 (U)<br>$780.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$130.00 (P)<br>$0.00 (U)<br>$130.00 (T) | Claim asserts amounts owed in connection with a layaway deposit for furniture, not goods delivered within twenty days of the Petition Date, and is not evidenced by a lien or secured by collateral. This claim qualifies for priority treatment under section 507(a)(7) of the Bankruptcy Code. In addition, the amount of the claim is inconsistent with the Reorganized Debtors' books and records. Therefore, this claim should be reclassified and modified as indicated. |
| 3 | Dukes, Teresa<br>Available upon request | 955 | American Freight FFO, LLC | 01/16/2025 | $1,500.00 (S)<br>unliquidated (A)<br>unliquidated (P)<br>$1,600.00 (U)<br>$3,100.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$300.00 (P)<br>$1,600.00 (U)<br>$1,900.00 (T) | Claim asserts amounts owed in connection with a layaway deposit for furniture, not goods delivered within twenty days prior to the Petition Date and is not evidenced by a lien or secured by collateral. This claim qualifies for priority treatment under section 507(a)(7) of the Bankruptcy Code. In addition, the amount of the claim is inconsistent with the Reorganized Debtors' books and records. Therefore, this claim should be reclassified and modified as indicated. |
| 4 | Generis Tek, Inc.<br>129 Fairfield Way<br>Suite #212<br>Bloomingdale IL 60108 | 233 | American Freight, LLC | 11/26/2024 | $167,200.00 (S)<br>$57,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$224,200.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$167,200.00 (U)<br>$167,200.00 (T) | Claim asserts amounts owed in connection with contract services, which are not evidenced by a lien or secured by collateral and do not qualify for treatment under section 503(b)(9) of the Bankruptcy Code. In addition, the amount of the claim is inconsistent with the Reorganized Debtors' books and records. Therefore, this claim should be reclassified and modified as indicated. |
| 5 | Hart, Jr, Melvin<br>Available upon request | 1189 | Franchise Group, Inc. | 01/21/2025 | $750.00 (S)<br>$750.00 (A)<br>$750.00 (P)<br>$0.00 (U)<br>$2,250.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$750.00 (P)<br>$0.00 (U)<br>$750.00 (T) | Claim asserts amounts owed in connection with a layaway deposit for furniture, not goods delivered within twenty days of the Petition Date, and is not evidenced by a lien or secured by collateral. This claim qualifies for priority treatment under section 507(a)(7) of the Bankruptcy Code. In addition, the amount of the claim is inconsistent with the Reorganized Debtors' books and records. Therefore, this claim should be reclassified and modified as indicated. |
| 6 | Jackson, Shirley<br>Available upon request | 2344 | Franchise Group, Inc. | 01/30/2025 | $0.00 (S)<br>$1,290.00 (A)<br>$1,290.00 (P)<br>$0.00 (U)<br>$2,580.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$1,290.00 (P)<br>$0.00 (U)<br>$1,290.00 (T) | Claim asserts amounts owed in connection with a layaway deposit for furniture, not goods delivered within twenty days of the Petition Date. This claim qualifies for priority treatment under section 507(a)(7) of the Bankruptcy Code. In addition, the amount of the claim is inconsistent with the Reorganized Debtors' books and records. Therefore, this claim should be reclassified and modified as indicated. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Third (3rd) Omnibus (Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

## Modified Amount, Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|---|
| 7 | Jackson, Shirley<br>Available upon request | 2345 | Franchise Group, Inc. | 01/30/2025 | $0.00 (S)<br>$1,581.00 (A)<br>$1,581.00 (P)<br>$0.00 (U)<br>$3,162.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$1,581.00 (P)<br>$0.00 (U)<br>$1,581.00 (T) | Claim asserts amounts owed in connection with a layaway deposit for furniture, not goods delivered within twenty days of the Petition Date. This claim qualifies for priority treatment under section 507(a)(7) of the Bankruptcy Code. In addition, the amount of the claim is inconsistent with the Reorganized Debtors' books and records. Therefore, this claim should be reclassified and modified as indicated. |
| 8 | Keys, Martaves D<br>Available upon request | 712 | American Freight, LLC | 01/13/2025 | $3,350.00 (S)<br>$3,350.00 (A)<br>$3,350.00 (P)<br>$0.00 (U)<br>$10,050.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$3,350.00 (P)<br>$0.00 (U)<br>$3,350.00 (T) | Claim asserts amounts owed in connection with a layaway deposit for furniture, not goods delivered within twenty days of the Petition Date, and is not evidenced by a lien or secured by collateral. This claim qualifies for priority treatment under section 507(a)(7) of the Bankruptcy Code. In addition, the amount of the claim is inconsistent with the Reorganized Debtors' books and records. Therefore, this claim should be reclassified and modified as indicated. |
| 9 | Leslie, Emma<br>Available upon request | 1163 | American Freight, LLC | 01/21/2025 | $1,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$208.44 (P)<br>$0.00 (U)<br>$208.44 (T) | Claim asserts amounts owed in connection with a layaway deposit for furniture, and is not evidenced by a lien or secured by collateral. This claim qualifies for priority treatment under section 507(a)(7) of the Bankruptcy Code. In addition, the amount of the claim is inconsistent with the Reorganized Debtors' books and records. Therefore, this claim should be reclassified and modified as indicated. |
| 10 | Shaw, Ebony<br>Available upon request | 1512 | Franchise Group, Inc. | 01/23/2025 | $0.00 (S)<br>$7,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$7,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$480.00 (P)<br>$0.00 (U)<br>$480.00 (T) | Claim asserts amounts owed in connection with a layaway deposit for furniture, not for goods delivered within twenty days prior to the Petition Date. This claim qualifies for priority treatment under section 507(a)(7) of the Bankruptcy Code. In addition, the amount of the claim is inconsistent with the Reorganized Debtors' books and records. Therefore, this claim should be reclassified and modified as indicated. |
| 11 | Yates, Carolyn<br>Available upon request | 2145 | American Freight FFO, LLC | 01/22/2025 | $0.00 (S)<br>$800.00 (A)<br>$800.00 (P)<br>$0.00 (U)<br>$1,600.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$800.00 (P)<br>$0.00 (U)<br>$800.00 (T) | Claim asserts amounts owed in connection with a layaway deposit for furniture, not goods delivered within twenty days of the Petition Date. This claim qualifies for priority treatment under section 507(a)(7) of the Bankruptcy Code. In addition, the amount of the claim is inconsistent with the Reorganized Debtors' books and records. Therefore, this claim should be reclassified and modified as indicated. |
| | **Claims to be modified totals** | **Count: 11** | | | **$256,463.76** | **$178,060.32** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total