IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FRANCHISE GROUP, INC., | ) Case No. 24-12480 (LSS) |
| Reorganized Debtor. | ) |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

Pursuant to Rule 2002-1(a) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, omnibus hearing dates in the above-captioned cases have been scheduled as follows:

**February 18, 2026, at 10:00 a.m. (prevailing Eastern Time)**

**March 24, 2026, at 10:00 a.m. (prevailing Eastern Time)**

**April 21, 2026, at 10:00 a.m. (prevailing Eastern Time)**

**Dated: November 24th, 2025**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**