## EXHIBIT A

**Franchise Group, Inc.**
**Case No. 24-12480 (LSS)**
**Summary of Committee Professionals' Final Fee Applications**

| Professional & Role in Case | Final Compensation Period & Docket No. | Final Fee Request | Fee Examiner's Recommended Fee Adjustment | Final Expense Request | Fee Examiner's Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP<br><br>*Counsel to the Committee* | 11/21/24 – 6/30/25<br>Dkt. No. 1730 | $5,058,739.50[1] | $4,900.00 | $68,735.55 | $100.00 | $5,053,839.50 | $68,635.55 |
| Perella Weinberg<br><br>*Investment Banker to the Committee* | 11/26/24 – 6/2/25<br>Dkt. No. 1743 | $5,570,416.67 | $0.00 | $152,065.91 | $0.00 | $5,570,416.67 | $152,065.91 |
| Province, LLC<br><br>*Financial Advisor to the Committee* | 11/21/24 – 6/30/25<br>Dkt. No. 1749 | $3,972,420.50[2] | $5,831.00 | $1,712.19 | $0.00 | $3,966,589.50 | $1,712.19 |
| Back Bay Management Corporation and its Division, the Michel-Shaked Group<br><br>*Expert Witness Services to the Committee* | 3/17/25 – 4/30/25<br>Dkt. No. 1705 | $944,955.50[3] | $0.00 | $6,586.11 | $0.00 | $944,955.50 | $6,586.11 |

---

[1] This amount includes an estimated amount of $20,000 for additional time and expenses incurred in connection with the final fee applications after June 30, 2025.

[2] This amount includes an estimated amount of $10,000 for fees incurred after the effective date.

[3] This amount includes as estimated amount of $7,500 for the preparation and prosecution of the final fee application.