**<u>Exhibit 1</u>**

**Franchise Group, Inc., et al.**
**Case No. 24-12480 (LSS)**
**Summary of Final Fee Applications**

| Professional & Role in Case | Final Compensation Period & Final Fee Application | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Expense Adjustments | Final Fees Approved (Inclusive of Reductions Requested by Fee Examiner) | Final Expenses Approved (Inclusive of Reductions Requested by Fee Examiner) |
|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP (Special Co-Counsel) | December 9, 2024 through and including June 2, 2025 D.I. 1745 | $8,847,376.00 | $24,409.50 | $525,711.87 | $511.98 | $8,822,966.50 | $525,199.89 |
| Chilmark Partners, LLC (Financial Advisor) | February 26, 2025 through and including June 2, 2025 D.I. 1746 | $405,654.00 | $0.00 | $0.00 | $0.00 | $405,654.00 | $0.00 |
| Ashby & Geddes, P.A. (Delaware Special Counsel) | December 19, 2024 through and including June 2, 2025 D.I. 1747 | $468,755.50 | $0.00 | $3,219.47 | $0.00 | $468,755.50 | $3,219.47 |