## EXHIBIT A

**Franchise Group, Inc., *et al.***
**Case No. 24-12480 (LSS)**
**Summary of Final Fee Applications**

| Professional & Role | Final Compensation Period & Final Fee Application | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Expense Adjustments | Final Fees Approved (Inclusive of Reductions Requested by Fee Examiner) | Final Expenses Approved (Inclusive of Reductions Requested by Fee Examiner) |
|---|---|---|---|---|---|---|---|
| Kirkland & Ellis LLP and Kirkland & Ellis | All Debtors: 2/14/25-6/2/25 D.I. 1751 | All Debtors: $29,587,461.50 | All Debtors: $88,139.50 | All Debtors: $179,553.54 | All Debtors: $9,419.08 | All Debtors: $29,398,728.25[1] | All Debtors: $170,134.46 |
| International LLP *Co-Counsel to the Debtors* | TopCo: 6/3/25-7/1/25 D.I. 1751 | TopCo: $106,344.50 | TopCo: $0.00 | TopCo: $10,117.75 | TopCo: $0.00 | TopCo: $106,344.50 | TopCo: $10,117.75 |
| Young Conaway Stargatt & Taylor, LLP, *Co-Counsel to the Debtors* | All Debtors: 11/3/24-6/2/25 D.I. 1750<br>TopCo: 6/3/25-7/1/25 D.I. 1750 | All Debtors: $3,243,615.50<br>TopCo: $16,320.00 | All Debtors: $656.50<br>TopCo: $0.00 | All Debtors: $110,342.54<br>TopCo: $0.00 | All Debtors: $3,455.95<br>TopCo: $0.00 | All Debtors: $3,242,959.00<br>TopCo: $16,320.00 | All Debtors: $106,886.59<br>TopCo: $0.00 |
| Ernst & Young LLP, *Tax, Valuation, and Accounting Services to the Debtors* | 11/3/24-6/2/25 D.I. 1740 | $1,723,067.00 | $1,050.00 | $0.00 | $0.00 | $1,722,017.00 | $0.00 |
| Petrillo Klein + Boxer LLP, *Special Counsel to the Debtors* | 11/3/24-6/2/25 D.I. 1725 | $2,106,582.50 | $15,228.00 | $1,204,780.50 | $0.00 | $2,091,354.50 | $1,204,780.50 |

---

1 As requested by the Office of the United States Trustee for the District of Delaware, this amount also reflects an agreed reduction of fees in the amount of $100,593.75.

| Professional & Role in Case | Final Compensation Period & Final Fee Application | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Expense Adjustments | Final Fees Approved (Inclusive of Reductions Requested by Fee Examiner) | Final Expenses Approved (Inclusive of Reductions Requested by Fee Examiner) |
|---|---|---|---|---|---|---|---|
| Kroll Restructuring Administration LLC, *Administrative Advisor to the Debtors* | 11/3/24–6/2/25 D.I. 1742 | $204,731.60 | $0.00 | $0.00 | $0.00 | $204,731.60 | $0.00 |
| Deloitte & Touche LLP, *Independent Auditor to the Debtors* | 11/3/24–6/2/25 D.I. 1659 | $2,550,940.00 | $6,704.00 | $8,299.65 | $120.00[2] | $2,544,236.00 | $8,179.65[2] |
| Hilco Real Estate, LLC, *Real Estate Consultant and Advisor to the Debtors* | 11/3/24–6/2/25 D.I. 1673 | $4,201,207.00 | $0.00 | $0.00 | $0.00 | $4,201,207.00 | $0.00 |

---

[2]  Amount has been adjusted to reflect typographical error in the Fee Examiner's Report, and amount adjustment reflects the agreed reduction in expenses between Deloitte & Touche LLP and the Fee Examiner.

2

| Professional & Role in Case | Final Compensation Period & Final Fee Application | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Expense Adjustments | Final Fees Approved (Inclusive of Reductions Requested by Fee Examiner) | Final Expenses Approved (Inclusive of Reductions Requested by Fee Examiner) |
|---|---|---|---|---|---|---|---|
| Hilco Diligence Services, LLC, *Field Examiner to the Debtors* | 2/10/25-6/2/25 D.I. 1728 | $125,000.00 | $0.00 | $1,450.00 | $0.00 | $125,000.00 | $1,450.00 |
| Direct Fee Review LLC *Fee Examiner* | 1/15/25-6/2/25 D.I. 1727 | $31,050.00 | $0.00 | $0.00 | $0.00 | $31,050.00 | $0.00 |

3