# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | ) Case No. 24-12480 (LSS) |
| Reorganized Debtor. | ) |
|  | ) Re: Docket No. 1921 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1921

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Reorganized Debtors' Motion for Order Further Extending the Administrative Claims Objection Deadline Under Confirmed Chapter 11 Plan* [Docket No. 1921] (the "Motion") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on November 21, 2025.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than 4:00 p.m. (prevailing Eastern Time) on December 5, 2025.

As no responses to the Motion have been received, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

Dated: December 8, 2025
Wilmington, Delaware

*/s/ Allison S. Mielke*

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|---|---|
| Edmon L. Morton (Del. No. 3856) <br> Matthew B. Lunn (Del. No. 4119) <br> Allison S. Mielke (Del. No. 5934) <br> Shella Borovinskaya (Del. No. 6758) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> Telephone: (302) 571-6600 <br> Facsimile: (302) 571-1253 <br> Email: emorton@ycst.com <br>         mlunn@ycst.com <br>         amielke@ycst.com <br>         sborovinskaya@ycst.com | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) <br> Derek I. Hunter (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> Email: joshua.sussberg@kirkland.com <br>         nicole.greenblatt@kirkland.com <br>         derek.hunter@kirkland.com <br><br> - and - <br><br> Mark McKane, P.C. (admitted *pro hac vice*) <br> 555 California Street <br> San Francisco, California 94104 <br> Telephone: (415) 439-1400 <br> Facsimile: (415) 439-1500 <br> Email: mark.mckane@kirkland.com |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |