## <u>EXHIBIT 1</u>

**Revised Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | )   | |
|---|---|---|
| In re: | )   | Chapter 11 |
| | )   | |
| FRANCHISE GROUP, INC.,[1] | )   | Case No. 24-12480 (LSS) |
| | )   | |
| Reorganized Debtor. | )   | |
| | )   | |
| | )   | Re: Docket No. 1914 |
| | )   | |
| | )   | |

## ORDER SUSTAINING REORGANIZED DEBTORS'
## FOURTH (4TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS

Upon consideration of the *Reorganized Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims* (the "Objection")[2] for entry of an order (this "Order") disallowing and expunging or reassigning certain claims, and the Kelsall Declaration; and this Court having jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334, the Amended Standing Order, and Article IX of the Plan; and having determined that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Reorganized Debtors, the Debtors' estates, their creditors, and other parties in interest; and it appearing that notice of the Objection was good and sufficient upon the particular circumstances

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Objection is SUSTAINED, as set forth herein.

2.      The Late Claims identified on **Exhibit A** to this Order are hereby disallowed and expunged.

3.      The Wrong Debtor Claims identified on **Exhibit B** to this Order are hereby reassigned to the appropriate Debtor as provided on **Exhibit B**.

4.      The Reorganized Debtors' objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate Order with respect to each Disputed Claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.      Any and all rights of the Reorganized Debtors or of the Litigation Trust to amend, supplement, or otherwise modify the Objection and to file additional objections to any and all claims filed in these Chapter 11 Cases, including, without limitation, any and all of the Disputed Claims, shall be reserved.  Any and all rights, claims, and defenses of the Reorganized Debtors or of the Litigation Trust with respect to any and all of the Disputed Claims shall be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive, or otherwise affect any rights, claims, or defenses of the Reorganized Debtors or of the Litigation Trust with respect to the Disputed Claims.

6.      This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

## EXHIBIT A

**Late Claims**

Reorganized Debtors' Fourth (4th) Omnibus
(Non-substantive) Objection to Claims

Late Filed

Omnibus case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|
| 1 | Benford, Shaletha<br>Available upon request | 2817 | Franchise Group, Inc. | 04/23/2025 | $800.00 (S)<br>$0.00 (A)<br>$800.00 (P)<br>$789.72 (U)<br>$2,389.72 (T) | Claim was filed after bar date of January 23, 2025. |
| 2 | Borner, Lakisha<br>Available upon request | 2703 | American Freight Group, LLC | 03/21/2025 | $1,765.00 (S)<br>$1,765.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,530.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 3 | Cantrell, Sarah N<br>Available upon request | 2786 | American Freight, LLC | 04/16/2025 | $0.00 (S)<br>$2,814.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,814.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 4 | Clemens, Yvonne<br>Available upon request | 2719 | Franchise Group, Inc. | 03/26/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,000.00 (P)<br>$0.00 (U)<br>$2,000.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 5 | Cochran, Todd<br>Available upon request | 2581 | American Freight Outlet Stores, LLC | 02/26/2025 | $0.00 (S)<br>$0.00 (A)<br>$869.99 (P)<br>$0.00 (U)<br>$869.99 (T) | Claim was filed after bar date of January 23, 2025. |
| 6 | Conner, Chardonnay D.<br>Available upon request | 2616 | American Freight FFO, LLC | 03/10/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,750.00 (P)<br>$0.00 (U)<br>$2,750.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 7 | Consolidated Elec Coop Inc.<br>5255 St Rt 95<br>Mt. Gilead OH 43338 | 2426 | Franchise Group, Inc. | 02/10/2025 | $0.00 (S)<br>$784.17 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$784.17 (T) | Claim was filed after bar date of January 23, 2025. |
| 8 | Consolidated Elec Coop Inc.<br>5255 St Rt 95<br>Mt. Gilead OH 43338 | 2452 | Franchise Group, Inc. | 02/10/2025 | $0.00 (S)<br>$751.17 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$751.17 (T) | Claim was filed after bar date of January 23, 2025. |
| 9 | Consolidated Elec Coop Inc.<br>5255 St Rt 95<br>Mt. Gilead OH 43338 | 2453 | Franchise Group, Inc. | 02/10/2025 | $0.00 (S)<br>$493.17 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$493.17 (T) | Claim was filed after bar date of January 23, 2025. |
| 10 | Consolidated Elec Coop Inc.<br>5255 St Rt 95<br>Mt. Gilead OH 43338 | 2454 | Franchise Group, Inc. | 02/10/2025 | $0.00 (S)<br>$3,056.99 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,056.99 (T) | Claim was filed after bar date of January 23, 2025. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Fourth (4th) Omnibus
(Non-substantive) Objection to Claims

Case 24-12480-LSS    Doc 1939-1    Filed 12/11/25    Page 7 of 15

Late Filed

Omnibus case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|
| 11 | Euler Hermes N.A - Agent for Pets + People Consumer Products, LLC<br>100 International Dr.<br>22nd Floor<br>Baltimore MD 21202 | 2412 | PSP Distribution, LLC | 02/06/2025 | $0.00 (S)<br>$83,237.70 (A)<br>$0.00 (P)<br>$51,505.92 (U)<br>$134,743.62 (T) | Claim was filed after bar date of January 23, 2025. |
| 12 | Euler Hermes - Agent for Retail Mechanical Services, Inc.<br>100 International Dr<br>22nd Floor<br>Baltimore MD 21202 | 2576 | American Freight, LLC | 02/25/2025 | $0.00 (S)<br>$25,855.23 (A)<br>$0.00 (P)<br>$63,923.09 (U)<br>$89,778.32 (T) | Claim was filed after bar date of January 23, 2025. |
| 13 | Flemings, Norgie<br>Available upon request | 2390 | Franchise Group, Inc. | 02/04/2025 | $1,562.00 (S)<br>$0.00 (A)<br>$1,562.00 (P)<br>$0.00 (U)<br>$3,124.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 14 | Ford, Amanda Jo<br>Available upon request | 2602 | American Freight Franchising, LLC | 03/04/2025 | $2,000.00 (S)<br>$0.00 (A)<br>$2,000.00 (P)<br>$0.00 (U)<br>$4,000.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 15 | Fungies LLC<br>905 Shotgun Road<br>Sunrise FL 33326 | 2798 | Franchise Group, Inc. | 04/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,220.94 (P)<br>$0.00 (U)<br>$1,220.94 (T) | Claim was filed after bar date of January 23, 2025. |
| 16 | Gates of the Promenade, LLC<br>c/o Hakimian Holdings, Inc.<br>Attn: Adina Pollan, Esq.<br>7077 Bonneval Road<br>Suite 400<br>Jacksonville FL 3216 | 2376 | Buddy's Franchising and Licensing LLC | 02/03/2025 | $0.00 (S)<br>$9,585.14 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$9,585.14 (T) | Claim was filed after bar date of January 23, 2025. |
| 17 | Hancock, Nicole<br>Available upon request | 3016 | American Freight, LLC | 07/08/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,148.00 (P)<br>$0.00 (U)<br>$1,148.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 18 | Hart, Catherine<br>Available upon request | 2709 | Franchise Group, Inc. | 03/23/2025 | $0.00 (S)<br>$529.98 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$529.98 (T) | Claim was filed after bar date of January 23, 2025. |
| 19 | Hinkle, Kevin Deshawn<br>Available upon request | 2802 | Franchise Group, Inc. | 04/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,752.16 (P)<br>$0.00 (U)<br>$1,752.16 (T) | Claim was filed after bar date of January 23, 2025. |
| 20 | Hudson, Marietta<br>Available upon request | 2476 | American Freight Group, LLC | 02/11/2025 | $0.00 (S)<br>$0.00 (A)<br>$650.00 (P)<br>$0.00 (U)<br>$650.00 (T) | Claim was filed after bar date of January 23, 2025. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|
| 21 | Jamerson, Setoya<br>Available upon request | 2303 | American Freight, LLC | 01/28/2025 | $0.00 (S)<br>$300.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$300.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 22 | Jones, Dorothy<br>Available upon request | 2777 | American Freight FFO, LLC | 04/11/2025 | $450.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$450.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 23 | King III, Lonnie E<br>Available upon request | 2915 | Franchise Group, Inc. | 05/07/2025 | $0.00 (S)<br>$850.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$850.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 24 | King, Lonnie<br>Available upon request | 2925 | Franchise Group, Inc. | 05/13/2025 | $0.00 (S)<br>$0.00 (A)<br>$850.00 (P)<br>$0.00 (U)<br>$850.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 25 | King, Lonnie E<br>Available upon request | 2914 | Franchise Group, Inc. | 05/07/2025 | $0.00 (S)<br>$850.00 (A)<br>$850.00 (P)<br>$0.00 (U)<br>$1,700.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 26 | Logan, Laashya<br>Available upon request | 2987 | American Freight, LLC | 06/27/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,100.00 (P)<br>$0.00 (U)<br>$2,100.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 27 | London, Jasamine<br>Available upon request | 2736 | American Freight Outlet Stores, LLC | 03/31/2025 | $1,000.00 (S)<br>$1,000.00 (A)<br>$1,000.00 (P)<br>$0.00 (U)<br>$3,000.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 28 | Maxwell, Alyscia<br>Available upon request | 2522 | American Freight Outlet Stores, LLC | 02/18/2025 | $0.00 (S)<br>$3,198.97 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,198.97 (T) | Claim was filed after bar date of January 23, 2025. |
| 29 | Miller, Kami<br>Available upon request | 2710 | Franchise Group, Inc. | 03/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,669.95 (P)<br>$0.00 (U)<br>$3,669.95 (T) | Claim was filed after bar date of January 23, 2025. |
| 30 | Murphy, Akiebia<br>Available upon request | 2862 | Franchise Group, Inc. | 04/30/2025 | $0.00 (S)<br>$970.00 (A)<br>$970.00 (P)<br>$0.00 (U)<br>$1,940.00 (T) | Claim was filed after bar date of January 23, 2025. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|
| 31 | Omar, Sherif<br>Available upon request | 2749 | Franchise Group, Inc. | 04/03/2025 | $599.99 (S)<br>$0.00 (A)<br>$599.99 (P)<br>$1,550.00 (U)<br>$2,749.98 (T) | Claim was filed after bar date of January 23, 2025. |
| 32 | Pitts, Linda<br>Available upon request | 2670 | Franchise Group, Inc. | 03/14/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 33 | Pitts, Linda M<br>Available upon request | 2675 | Franchise Group, Inc. | 03/14/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 34 | Pitts, Linda M.<br>Available upon request | 2691 | Franchise Group, Inc. | 03/18/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 35 | Pitts, Linda M.<br>Available upon request | 2701 | Franchise Group, Inc. | 03/20/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 36 | Rigein, Jennifer<br>Available upon request | 2775 | Franchise Group, Inc. | 04/11/2025 | $0.00 (S)<br>$30.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$30.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 37 | Robinson, Sharee Monique<br>Available upon request | 2766 | American Freight Group, LLC | 04/08/2025 | $0.00 (S)<br>$1,400.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,400.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 38 | Seegars, Karen<br>Available upon request | 2513 | American Freight Franchising, LLC | 02/13/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,338.44 (P)<br>$0.00 (U)<br>$3,338.44 (T) | Claim was filed after bar date of January 23, 2025. |
| 39 | Seegars, Karen<br>Available upon request | 2515 | American Freight Franchising, LLC | 02/13/2025 | $0.00 (S)<br>$3,338.44 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,338.44 (T) | Claim was filed after bar date of January 23, 2025. |
| 40 | Smoot, Debbie D<br>Available upon request | 2793 | American Freight Outlet Stores, LLC | 04/18/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,471.95 (P)<br>$200.00 (U)<br>$1,671.95 (T) | Claim was filed after bar date of January 23, 2025. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Fourth (4th) Omnibus
(Non-substantive) Objection to Claims

Late Filed

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|
| 41 | Tripp, Angela Denise<br>Available upon request | 2671 | Franchise Group, Inc. | 03/16/2025 | $0.00 (S)<br>$1,249.52 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,249.52 (T) | Claim was filed after bar date of January 23, 2025. |
| 42 | Turner, Kiana<br>Available upon request | 2921 | American Freight, LLC | 05/12/2025 | $1,003.31 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,003.31 (T) | Claim was filed after bar date of January 23, 2025. |
| 43 | Vomela Specialty Company<br>845 Minnehaha Ave East<br>St Paul MN 55106 | 2532 | Franchise Group, Inc. | 02/19/2025 | $0.00 (S)<br>$3,399.30 (A)<br>$0.00 (P)<br>$706.25 (U)<br>$4,105.55 (T) | Claim was filed after bar date of January 23, 2025. |
| 44 | Webb-Arnold, Charniece<br>Available upon request | 2764 | American Freight FFO, LLC | 04/08/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,400.00 (P)<br>$0.00 (U)<br>$2,400.00 (T) | Claim was filed after bar date of January 23, 2025. |
| | **Claims To Be Expunged Totals** | **Count: 44** | | | **$305,317.48** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

**<u>EXHIBIT B</u>**

**Wrong Debtor Claims**

Reorganized Debtors' Fourth (4th) Omnibus
(Non-substantive) Objection to Claims

Case 24-12480-LSS    Doc 1939-1    Filed 12/11/25    Page 12 of 15

Wrong Debtor

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 1 | Altoona Water Authority<br>PO Box 3150<br>Altoona PA 16603 | 633 | Franchise Group, Inc. | American Freight, LLC | 1/6/2025 | $1,114.47 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,114.47 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 2 | American S.E.A.L Patrol Division LLC<br>15807 S. Alley Ct<br>Houston TX 77082 | 350 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 12/3/2024 | $0.00 (S)<br>$36,406.00 (A)<br>$15,150.00 (P)<br>$0.00 (U)<br>$51,556.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 3 | APFS Staffing Inc<br>125 S Wacker Dr.<br>Suite 2700<br>Chicago IL 60606 | 129 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 11/19/2024 | $0.00 (S)<br>$0.00 (A)<br>$15,150.00 (P)<br>$91,667.65 (U)<br>$106,817.65 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 4 | Coleman, Tomeka<br>Available upon request | 1308 | Franchise Group, Inc. | American Freight, LLC | 1/22/2025 | $130.00 (S)<br>unliquidated (A)<br>unliquidated (P)<br>$0.00 (U)<br>unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 5 | Consumer Insights, Inc.<br>5455 Corporate Drive<br>Suite 120<br>Troy MI 48098 | 505 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 12/18/2024 | $0.00 (S)<br>$7,951.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$7,951.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 6 | Dukes, Teresa<br>Available upon request | 955 | American Freight FFO, LLC | American Freight, LLC | 1/16/2025 | $1,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,600.00 (U)<br>$3,100.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 7 | Easy Shipping 27/7 LLC<br>3845 Sierra Gold Drive<br>Antelope CA 95843 | 296 | Franchise Group, Inc. | American Freight, LLC | 11/29/2024 | $0.00 (S)<br>$2,898.00 (A)<br>$2,898.00 (P)<br>$0.00 (U)<br>$5,796.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 8 | FLC&W, LLC<br>Attn: Kevin Keefner, Real Estate Manager<br>109 N. 6th Street<br>Fort Smith AR 72901 | 433 | Franchise Group, Inc. | American Freight, LLC | 12/11/2024 | $0.00 (S)<br>$0.00 (A)<br>$30,450.26 (P)<br>$1,848,919.71 (U)<br>$1,879,369.97 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 9 | Handi Products, Inc.<br>5600 99th Ave.<br>Unit A<br>Kenosha WI 53144-7871 | 361 | Franchise Group, Inc. | American Freight, LLC | 12/4/2024 | $0.00 (S)<br>$6,477.64 (A)<br>$0.00 (P)<br>$45,908.74 (U)<br>$52,386.38 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 10 | Hart, Jr, Melvin<br>Available upon request | 1189 | Franchise Group, Inc. | American Freight, LLC | 1/21/2025 | $750.00 (S)<br>$750.00 (A)<br>$750.00 (P)<br>$0.00 (U)<br>$2,250.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 11 | Jackson, Shirley<br>Available upon request | 2344 | Franchise Group, Inc. | American Freight, LLC | 1/30/2025 | $0.00 (S)<br>$1,290.00 (A)<br>$1,290.00 (P)<br>$0.00 (U)<br>$2,580.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 12 | Jackson, Shirley<br>Available upon request | 2345 | Franchise Group, Inc. | American Freight, LLC | 1/30/2025 | $0.00 (S)<br>$1,581.00 (A)<br>$1,581.00 (P)<br>$0.00 (U)<br>$3,162.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 13 | Logix Biosciences (ManukaGuard)<br>Attn: Gavin Gear<br>80 Garden Court<br>Suite 100<br>Monterey CA 93940 | 1726 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 1/23/2025 | $0.00 (S)<br>$4,318.56 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,318.56 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 14 | Nolan, Monieyon Y<br>Available upon request | 866 | Franchise Group, Inc. | American Freight, LLC | 1/15/2025 | $0.00 (S)<br>$2,558.36 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,558.36 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Fourth (4th) Omnibus
(Non-substantive) Objection to Claims

Case 24-12480-LSS    Doc 1939-1    Filed 12/11/25    Page 14 of 15
Wrong Debtor

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 15 | Peterson Technology Partners Inc 1030 W Higgins Rd Suite 230 Park Ridge IL 60068 | 236 | Franchise Group, Inc. | American Freight, LLC | 11/26/2024 | $0.00 (S) $10,200.00 (A) $0.00 (P) $19,040.00 (U) $29,240.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 16 | Pickle, Makayla Leann Available upon request | 704 | Franchise Group, Inc. | American Freight, LLC | 1/12/2025 | $0.00 (S) $3,182.60 (A) $3,182.60 (P) $0.00 (U) $6,365.20 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 17 | Pinchback, Barbara Available upon request | 1000 | Franchise Group, Inc. | American Freight, LLC | 1/17/2025 | $20,000.00 (S) $0.00 (A) $8,500.00 (P) $2,500.00 (U) $31,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 18 | PL&W Holdings Inc. 10 West Woodson Ave Bonanza AR 72916 | 2991 | Franchise Group, Inc. | American Freight, LLC | 6/30/2025 | $0.00 (S) $25,236.02 (A) $0.00 (P) $237,570.13 (U) $262,806.15 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 19 | Reyes, Lucinda Available upon request | 1161 | Franchise Group, Inc. | American Freight, LLC | 1/21/2025 | $0.00 (S) $0.00 (A) $1,000.00 (P) $0.00 (U) $1,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 20 | Selby, Michael Available upon request | 133 | Franchise Group, Inc. | American Freight, LLC | 11/19/2024 | $0.00 (S) $0.00 (A) $3,914.98 (P) $0.00 (U) $3,914.98 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 21 | Shaw, Ebony Available upon request | 1512 | Franchise Group, Inc. | American Freight, LLC | 1/23/2025 | $0.00 (S) $7,000.00 (A) $0.00 (P) $0.00 (U) $7,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Fourth (4th) Omnibus
(Non-substantive) Objection to Claims

Case 24-12480-LSS    Doc 1939-1    Filed 12/11/25    Page 15 of 15

Wrong Debtor

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 22 | Tart, Desiree<br>Available upon request | 673 | American Freight Franchising, LLC | American Freight, LLC | 1/9/2025 | $4,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,000.00 (U)<br>$22,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 23 | WLJ Holding<br>110 Halston Rdge<br>Easley SC 29642 | 320 | American Freight Franchising, LLC | American Freight, LLC | 12/2/2024 | unliquidated (S)<br>unliquidated (A)<br>unliquidated (P)<br>$634.00 (U)<br>unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 24 | Woolpert, Inc.<br>4454 Idea Center Blvd.<br>Dayton OH 45430 | 613 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 1/2/2025 | $0.00 (S)<br>$4,454.73 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,454.73 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 25 | Yates, Carolyn<br>Available upon request | 2145 | American Freight FFO, LLC | American Freight, LLC | 1/22/2025 | $0.00 (S)<br>$800.00 (A)<br>$800.00 (P)<br>$0.00 (U)<br>$1,600.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |

| | Claims to be modified totals | Count: 25 | | | | $2,493,755.45 | |
|---|---|---|---|---|---|---|---|

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total