# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRANCHISE GROUP, INC.,[1] | ) Case No. 24-12480 (LSS) |
| | ) |
| Reorganized Debtor. | ) |
| | ) |

**NOTICE OF AGENDA FOR**
**HEARING OF MATTERS SCHEDULED FOR**
**DECEMBER 17, 2025, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

---

**All hearings before Judge Silverstein are in person.**

**Permission to appear remotely at any hearing must be approved by chambers. Case participants who are permitted to attend remotely must register using the http://www.deb.uscourts.gov/ecourt-appearances tool described below.**

**The deadline to register for remote attendance is 4:00 P.M. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed. When registering, case participants may choose to attend remotely through video or audio access. Please be aware that if you choose audio access and the proceedings involve witness testimony, you may be disconnected entirely from the hearing or moved to a waiting room and unable to hear that portion of the proceedings. Once you register your appearance, a screen will appear that states "Thank you for registering your appearance in (Case number) (Case name)." An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

**Please do not contact the United States Bankruptcy Court for the District of Delaware to confirm registration.**

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" or "Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims, and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

**ADJOURNED/RESOLVED MATTERS**

1. Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1856, 9/15/25]

   Objection Deadline:   October 6, 2025, at 4:00 p.m. (prevailing Eastern Time)

   Related Documents:

   A. Certification of Counsel Regarding Proposed Order Sustaining Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1883, 10/8/25]

   B. Certification of Counsel Regarding Proposed Order Sustaining Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1893, 10/21/25]

   C. Order Sustaining Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1894, 10/21/25]

   Responses Received:

   D. Informal Response from the Internal Revenue Service

   E. Response by the Tennessee Department of Revenue to the Reorganized Debtors' Second Omnibus Objection to Claims [D.I. 1881, 10/3/25]

   Status:   Item D has been adjourned to the omnibus hearing scheduled for February 18, 2026.  Item E has been consensually resolved.  An order has been entered as to the other claims subject to the objection.  A hearing is not required.

2. Reorganized Debtors' Motion for Order Further Extending the Administrative Claims Objection Deadline Under Confirmed Chapter 11 Plan [D.I. 1921, 11/21/25]

   Objection Deadline:   December 5, 2025, at 4:00 p.m. (prevailing Eastern Time)

   Related Documents:

   A. Certificate of No Objection Regarding Docket No. 1921 [D.I. 1935, 12/8/25]

   B. Order Further Extending the Administrative Claims Objection Deadline Under Confirmed Chapter 11 Plan [D.I. 1937, 12/9/25]

   Responses Received:   None.

   Status:   An order has been entered.  A hearing is not required.

3. Reorganized Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims [D.I. 1914, 11/17/25]

   Objection Deadline:   December 8, 2025, at 4:00 p.m. (prevailing Eastern Time)

   Related Documents:

   A. Certification of Counsel Regarding Revised Proposed Order Sustaining Reorganized Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims [D.I. 1939, 12/11/25]

   Responses Received:

   B. Informal Response of Munib Malik

   Status:   This matter has been adjourned, solely with respect to Item B, to the omnibus hearing scheduled for February 18, 2026. A certification of counsel has been filed as to all other claims subject to the objection. A hearing is not required unless the Court has questions or concerns.

4. Reorganized Debtors' Fifth (5th) Omnibus (Substantive) Objection to Claims [D.I. 1915, 11/17/25]

   Objection Deadline:   December 8, 2025, at 4:00 p.m. (prevailing Eastern Time)

   Related Documents:

   A. Certification of No Objection Regarding Docket No. 1915 [D.I. 1936, 12/9/25]

   Responses Received:   None.

   Status:   A certificate of no objection has been filed. A hearing is not required unless the Court has questions or concerns.

**MATTER GOING FORWARD**

5. Second Monthly Statement and Final Fee Application of Ducera Partners LLC for Payment of Compensation and Reimbursement of Expenses for the Monthly Period from April 1, 2025 Through June 2, 2025 and for the Final Fee Period from November 3, 2024 Through June 2, 2025 [D.I. 1708, 7/9/25]

   Objection Deadline:   July 30, 2025, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

    A. First Combined Monthly Fee Statement of Ducera Partners LLC for Payment of Compensation and Reimbursement of Expenses for the Period from November 3, 2024 Through March 31, 2025 [D.I. 1425, 5/7/25]

    B. Certificate of No Objection Regarding Docket No. 1425 [D.I. 1578, 5/29/25]

    C. Certificate of No Objection Regarding Docket No. 1708 [D.I. 1783, 8/1/25]

    D. Fee Examiner's Final Report Regarding First Combined and Second Monthly and Final Fee Application of Requests of Ducera Partners LLC [D.I. 1793, 8/6/25]

    E. Certification of Counsel Regarding Proposed Omnibus Order Approving Final Fee Applications of the Debtors' Professionals for the Final Fee Period from November 3, 2024 Through June 2, 2025 for all Debtors and from June 3, 2025 Through July 1, 2025 for the TopCo Debtor [D.I. 1847, 9/3/2025]

Responses Received:   None.

Status:   At the Court's direction, this matter is going forward by Zoom. Zoom registration instructions are listed above.

[*Signature Page Follows*]

Dated: December 15, 2025
Wilmington, Delaware

/s/ Allison S. Mielke

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|---|---|
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone: (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile: (212) 446-4900 |
| Telephone: (302) 571-6600 | Email: joshua.sussberg@kirkland.com |
| Facsimile: (302) 571-1253 | nicole.greenblatt@kirkland.com |
| Email: emorton@ycst.com | derek.hunter@kirkland.com |
| mlunn@ycst.com | |
| amielke@ycst.com | - and - |
| sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | Email: mark.mckane@kirkland.com |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |