# EXHIBIT A

**Late Claims**

Reorganized Debtors' Fourth (4th) Omnibus (Non-substantive) Objection to Claims

Case 24-12480-LSS    Doc 1943-1    Filed 12/17/25    Page 2 of 6

Late Filed

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|
| 1 | Benford, Shaletha<br>Available upon request | 2817 | Franchise Group, Inc. | 04/23/2025 | $800.00 (S)<br>$0.00 (A)<br>$800.00 (P)<br>$789.72 (U)<br>$2,389.72 (T) | Claim was filed after bar date of January 23, 2025. |
| 2 | Borner, Lakisha<br>Available upon request | 2703 | American Freight Group, LLC | 03/21/2025 | $1,765.00 (S)<br>$1,765.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,530.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 3 | Cantrell, Sarah N<br>Available upon request | 2786 | American Freight, LLC | 04/16/2025 | $0.00 (S)<br>$2,814.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,814.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 4 | Clemens, Yvonne<br>Available upon request | 2719 | Franchise Group, Inc. | 03/26/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,000.00 (P)<br>$0.00 (U)<br>$2,000.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 5 | Cochran, Todd<br>Available upon request | 2581 | American Freight Outlet Stores, LLC | 02/26/2025 | $0.00 (S)<br>$0.00 (A)<br>$869.99 (P)<br>$0.00 (U)<br>$869.99 (T) | Claim was filed after bar date of January 23, 2025. |
| 6 | Conner, Chardonnay D.<br>Available upon request | 2616 | American Freight FFO, LLC | 03/10/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,750.00 (P)<br>$0.00 (U)<br>$2,750.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 7 | Consolidated Elec Coop Inc.<br>5255 St Rt 95<br>Mt. Gilead OH 43338 | 2426 | Franchise Group, Inc. | 02/10/2025 | $0.00 (S)<br>$784.17 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$784.17 (T) | Claim was filed after bar date of January 23, 2025. |
| 8 | Consolidated Elec Coop Inc.<br>5255 St Rt 95<br>Mt. Gilead OH 43338 | 2452 | Franchise Group, Inc. | 02/10/2025 | $0.00 (S)<br>$751.17 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$751.17 (T) | Claim was filed after bar date of January 23, 2025. |
| 9 | Consolidated Elec Coop Inc.<br>5255 St Rt 95<br>Mt. Gilead OH 43338 | 2453 | Franchise Group, Inc. | 02/10/2025 | $0.00 (S)<br>$493.17 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$493.17 (T) | Claim was filed after bar date of January 23, 2025. |
| 10 | Consolidated Elec Coop Inc.<br>5255 St Rt 95<br>Mt. Gilead OH 43338 | 2454 | Franchise Group, Inc. | 02/10/2025 | $0.00 (S)<br>$3,056.99 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,056.99 (T) | Claim was filed after bar date of January 23, 2025. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Case 24-12480-LSS    Doc 1943-1    Filed 12/17/25    Page 3 of 6

Reorganized Debtors' Fourth (4th) Omnibus (Non-substantive) Objection to Claims — Late Filed

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|
| 11 | Euler Hermes N.A - Agent for Pets + People Consumer Products, LLC<br>100 International Dr.<br>22nd Floor<br>Baltimore MD 21202 | 2412 | PSP Distribution, LLC | 02/06/2025 | $0.00 (S)<br>$83,237.70 (A)<br>$0.00 (P)<br>$51,505.92 (U)<br>$134,743.62 (T) | Claim was filed after bar date of January 23, 2025. |
| 12 | Euler Hermes - Agent for Retail Mechanical Services, Inc.<br>100 International Dr<br>22nd Floor<br>Baltimore MD 21202 | 2576 | American Freight, LLC | 02/25/2025 | $0.00 (S)<br>$25,855.23 (A)<br>$0.00 (P)<br>$63,923.09 (U)<br>$89,778.32 (T) | Claim was filed after bar date of January 23, 2025. |
| 13 | Flemings, Norgie<br>Available upon request | 2390 | Franchise Group, Inc. | 02/04/2025 | $1,562.00 (S)<br>$0.00 (A)<br>$1,562.00 (P)<br>$0.00 (U)<br>$3,124.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 14 | Ford, Amanda Jo<br>Available upon request | 2602 | American Freight Franchising, LLC | 03/04/2025 | $2,000.00 (S)<br>$0.00 (A)<br>$2,000.00 (P)<br>$0.00 (U)<br>$4,000.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 15 | Fungies LLC<br>905 Shotgun Road<br>Sunrise FL 33326 | 2798 | Franchise Group, Inc. | 04/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,220.94 (P)<br>$0.00 (U)<br>$1,220.94 (T) | Claim was filed after bar date of January 23, 2025. |
| 16 | Gates of the Promenade, LLC<br>c/o Hakimian Holdings, Inc.<br>Attn: Adina Pollan, Esq.<br>7077 Bonneval Road<br>Suite 400<br>Jacksonville FL 3216 | 2376 | Buddy's Franchising and Licensing LLC | 02/03/2025 | $0.00 (S)<br>$9,585.14 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$9,585.14 (T) | Claim was filed after bar date of January 23, 2025. |
| 17 | Hancock, Nicole<br>Available upon request | 3016 | American Freight, LLC | 07/08/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,148.00 (P)<br>$0.00 (U)<br>$1,148.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 18 | Hart, Catherine<br>Available upon request | 2709 | Franchise Group, Inc. | 03/23/2025 | $0.00 (S)<br>$529.98 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$529.98 (T) | Claim was filed after bar date of January 23, 2025. |
| 19 | Hinkle, Kevin Deshawn<br>Available upon request | 2802 | Franchise Group, Inc. | 04/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,752.16 (P)<br>$0.00 (U)<br>$1,752.16 (T) | Claim was filed after bar date of January 23, 2025. |
| 20 | Hudson, Marietta<br>Available upon request | 2476 | American Freight Group, LLC | 02/11/2025 | $0.00 (S)<br>$0.00 (A)<br>$650.00 (P)<br>$0.00 (U)<br>$650.00 (T) | Claim was filed after bar date of January 23, 2025. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Fourth (4th) Omnibus (Non-substantive) Objection to Claims

Case 24-12480-LSS    Doc 1943-1    Filed 12/17/25    Page 4 of 6

Late Filed

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|
| 21 | Jamerson, Setoya<br>Available upon request | 2303 | American Freight, LLC | 01/28/2025 | $0.00 (S)<br>$300.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$300.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 22 | Jones, Dorothy<br>Available upon request | 2777 | American Freight FFO, LLC | 04/11/2025 | $450.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$450.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 23 | King III, Lonnie E<br>Available upon request | 2915 | Franchise Group, Inc. | 05/07/2025 | $0.00 (S)<br>$850.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$850.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 24 | King, Lonnie<br>Available upon request | 2925 | Franchise Group, Inc. | 05/13/2025 | $0.00 (S)<br>$0.00 (A)<br>$850.00 (P)<br>$0.00 (U)<br>$850.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 25 | King, Lonnie E<br>Available upon request | 2914 | Franchise Group, Inc. | 05/07/2025 | $0.00 (S)<br>$850.00 (A)<br>$850.00 (P)<br>$0.00 (U)<br>$1,700.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 26 | Logan, Laashya<br>Available upon request | 2987 | American Freight, LLC | 06/27/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,100.00 (P)<br>$0.00 (U)<br>$2,100.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 27 | London, Jasmine<br>Available upon request | 2736 | American Freight Outlet Stores, LLC | 03/31/2025 | $1,000.00 (S)<br>$1,000.00 (A)<br>$1,000.00 (P)<br>$0.00 (U)<br>$3,000.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 28 | Maxwell, Alyscia<br>Available upon request | 2522 | American Freight Outlet Stores, LLC | 02/18/2025 | $0.00 (S)<br>$3,198.97 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,198.97 (T) | Claim was filed after bar date of January 23, 2025. |
| 29 | Miller, Kami<br>Available upon request | 2710 | Franchise Group, Inc. | 03/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,669.95 (P)<br>$0.00 (U)<br>$3,669.95 (T) | Claim was filed after bar date of January 23, 2025. |
| 30 | Murphy, Akiebia<br>Available upon request | 2862 | Franchise Group, Inc. | 04/30/2025 | $0.00 (S)<br>$970.00 (A)<br>$970.00 (P)<br>$0.00 (U)<br>$1,940.00 (T) | Claim was filed after bar date of January 23, 2025. |

Reorganized Debtors' Fourth (4th) Omnibus (Non-substantive) Objection to Claims

Case 24-12480-LSS    Doc 1943-1    Filed 12/17/25    Page 5 of 6

Late Filed

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|
| 31 | Omar, Sherif<br>Available upon request | 2749 | Franchise Group, Inc. | 04/03/2025 | $599.99 (S)<br>$0.00 (A)<br>$599.99 (P)<br>$1,550.00 (U)<br>$2,749.98 (T) | Claim was filed after bar date of January 23, 2025. |
| 32 | Pitts, Linda<br>Available upon request | 2670 | Franchise Group, Inc. | 03/14/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 33 | Pitts, Linda M<br>Available upon request | 2675 | Franchise Group, Inc. | 03/14/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 34 | Pitts, Linda M.<br>Available upon request | 2691 | Franchise Group, Inc. | 03/18/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 35 | Pitts, Linda M.<br>Available upon request | 2701 | Franchise Group, Inc. | 03/20/2025 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 36 | Rigein, Jennifer<br>Available upon request | 2775 | Franchise Group, Inc. | 04/11/2025 | $0.00 (S)<br>$30.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$30.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 37 | Robinson, Sharee Monique<br>Available upon request | 2766 | American Freight Group, LLC | 04/08/2025 | $0.00 (S)<br>$1,400.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,400.00 (T) | Claim was filed after bar date of January 23, 2025. |
| 38 | Seegars, Karen<br>Available upon request | 2513 | American Freight Franchising, LLC | 02/13/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,338.44 (P)<br>$0.00 (U)<br>$3,338.44 (T) | Claim was filed after bar date of January 23, 2025. |
| 39 | Seegars, Karen<br>Available upon request | 2515 | American Freight Franchising, LLC | 02/13/2025 | $0.00 (S)<br>$3,338.44 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,338.44 (T) | Claim was filed after bar date of January 23, 2025. |
| 40 | Smoot, Debbie D<br>Available upon request | 2793 | American Freight Outlet Stores, LLC | 04/18/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,471.95 (P)<br>$200.00 (U)<br>$1,671.95 (T) | Claim was filed after bar date of January 23, 2025. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Fourth (4th) Omnibus (Non-substantive) Objection to Claims

Case 24-12480-LSS    Doc 1943-1    Filed 12/17/25    Page 6 of 6

Late Filed

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|
| 41 | Tripp, Angela Denise<br>Available upon request | 2671 | Franchise Group, Inc. | 03/16/2025 | $0.00 (S)<br>$1,249.52 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,249.52 (T) | Claim was filed after bar date of January 23, 2025. |
| 42 | Turner, Kiana<br>Available upon request | 2921 | American Freight, LLC | 05/12/2025 | $1,003.31 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,003.31 (T) | Claim was filed after bar date of January 23, 2025. |
| 43 | Vomela Specialty Company<br>845 Minnehaha Ave East<br>St Paul MN 55106 | 2532 | Franchise Group, Inc. | 02/19/2025 | $0.00 (S)<br>$3,399.30 (A)<br>$0.00 (P)<br>$706.25 (U)<br>$4,105.55 (T) | Claim was filed after bar date of January 23, 2025. |
| 44 | Webb-Arnold, Charniece<br>Available upon request | 2764 | American Freight FFO, LLC | 04/08/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,400.00 (P)<br>$0.00 (U)<br>$2,400.00 (T) | Claim was filed after bar date of January 23, 2025. |
| | **Claims To Be Expunged Totals** | **Count: 44** | | | **$305,317.48** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total