## EXHIBIT B

**Wrong Debtor Claims**

Reorganized Debtors' Fourth (4th) Omnibus (Non-substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

# Wrong Debtor

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 1 | Altoona Water Authority<br>PO Box 3150<br>Altoona PA 16603 | 633 | Franchise Group, Inc. | American Freight, LLC | 1/6/2025 | $1,114.47 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,114.47 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 2 | American S.E.A.L Patrol Division LLC<br>15807 S. Alley Ct<br>Houston TX 77082 | 350 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 12/3/2024 | $0.00 (S)<br>$36,406.00 (A)<br>$15,150.00 (P)<br>$0.00 (U)<br>$51,556.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 3 | APFS Staffing Inc<br>125 S Wacker Dr.<br>Suite 2700<br>Chicago IL 60606 | 129 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 11/19/2024 | $0.00 (S)<br>$0.00 (A)<br>$15,150.00 (P)<br>$91,667.65 (U)<br>$106,817.65 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 4 | Coleman, Tomeka<br>Available upon request | 1308 | Franchise Group, Inc. | American Freight, LLC | 1/22/2025 | $130.00 (S)<br>unliquidated (A)<br>unliquidated (P)<br>$0.00 (U)<br>unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 5 | Consumer Insights, Inc.<br>5455 Corporate Drive<br>Suite 120<br>Troy MI 48098 | 505 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 12/18/2024 | $0.00 (S)<br>$7,951.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$7,951.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 6 | Dukes, Teresa<br>Available upon request | 955 | American Freight FFO, LLC | American Freight, LLC | 1/16/2025 | $1,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,600.00 (U)<br>$3,100.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 7 | Easy Shipping 27/7 LLC<br>3845 Sierra Gold Drive<br>Antelope CA 95843 | 296 | Franchise Group, Inc. | American Freight, LLC | 11/29/2024 | $0.00 (S)<br>$2,898.00 (A)<br>$2,898.00 (P)<br>$0.00 (U)<br>$5,796.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Fourth (4th) Omnibus
(Non-substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

# Wrong Debtor

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 8 | FLC&W, LLC<br>Attn: Kevin Keefner, Real Estate Manager<br>109 N. 6th Street<br>Fort Smith AR 72901 | 433 | Franchise Group, Inc. | American Freight, LLC | 12/11/2024 | $0.00 (S)<br>$0.00 (A)<br>$30,450.26 (P)<br>$1,848,919.71 (U)<br>$1,879,369.97 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 9 | Handi Products, Inc.<br>5600 99th Ave.<br>Unit A<br>Kenosha WI 53144-7871 | 361 | Franchise Group, Inc. | American Freight, LLC | 12/4/2024 | $0.00 (S)<br>$6,477.64 (A)<br>$0.00 (P)<br>$45,908.74 (U)<br>$52,386.38 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 10 | Hart, Jr, Melvin<br>Available upon request | 1189 | Franchise Group, Inc. | American Freight, LLC | 1/21/2025 | $750.00 (S)<br>$750.00 (A)<br>$750.00 (P)<br>$0.00 (U)<br>$2,250.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 11 | Jackson, Shirley<br>Available upon request | 2344 | Franchise Group, Inc. | American Freight, LLC | 1/30/2025 | $0.00 (S)<br>$1,290.00 (A)<br>$1,290.00 (P)<br>$0.00 (U)<br>$2,580.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 12 | Jackson, Shirley<br>Available upon request | 2345 | Franchise Group, Inc. | American Freight, LLC | 1/30/2025 | $0.00 (S)<br>$1,581.00 (A)<br>$1,581.00 (P)<br>$0.00 (U)<br>$3,162.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 13 | Logix Biosciences (ManukaGuard)<br>Attn: Gavin Gear<br>80 Garden Court<br>Suite 100<br>Monterey CA 93940 | 1726 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 1/23/2025 | $0.00 (S)<br>$4,318.56 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,318.56 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 14 | Nolan, Monieyon Y<br>Available upon request | 866 | Franchise Group, Inc. | American Freight, LLC | 1/15/2025 | $0.00 (S)<br>$2,558.36 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,558.36 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Fourth (4th) Omnibus
(Non-substantive) Objection to Claims

## Wrong Debtor

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 15 | Peterson Technology Partners Inc<br>1030 W Higgins Rd<br>Suite 230<br>Park Ridge IL 60068 | 236 | Franchise Group, Inc. | American Freight, LLC | 11/26/2024 | $0.00 (S)<br>$10,200.00 (A)<br>$0.00 (P)<br>$19,040.00 (U)<br>$29,240.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 16 | Pickle, Makayla Leann<br>Available upon request | 704 | Franchise Group, Inc. | American Freight, LLC | 1/12/2025 | $0.00 (S)<br>$3,182.60 (A)<br>$3,182.60 (P)<br>$0.00 (U)<br>$6,365.20 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 17 | Pinchback, Barbara<br>Available upon request | 1000 | Franchise Group, Inc. | American Freight, LLC | 1/17/2025 | $20,000.00 (S)<br>$0.00 (A)<br>$8,500.00 (P)<br>$2,500.00 (U)<br>$31,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 18 | PL&W Holdings Inc.<br>10 West Woodson Ave<br>Bonanza AR 72916 | 2991 | Franchise Group, Inc. | American Freight, LLC | 6/30/2025 | $0.00 (S)<br>$25,236.02 (A)<br>$0.00 (P)<br>$237,570.13 (U)<br>$262,806.15 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 19 | Reyes, Lucinda<br>Available upon request | 1161 | Franchise Group, Inc. | American Freight, LLC | 1/21/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,000.00 (P)<br>$0.00 (U)<br>$1,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 20 | Selby, Michael<br>Available upon request | 133 | Franchise Group, Inc. | American Freight, LLC | 11/19/2024 | $0.00 (S)<br>$0.00 (A)<br>$3,914.98 (P)<br>$0.00 (U)<br>$3,914.98 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 21 | Shaw, Ebony<br>Available upon request | 1512 | Franchise Group, Inc. | American Freight, LLC | 1/23/2025 | $0.00 (S)<br>$7,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$7,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Fourth (4th) Omnibus (Non-substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

## Wrong Debtor

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 22 | Tart, Desiree<br>Available upon request | 673 | American Freight Franchising, LLC | American Freight, LLC | 1/9/2025 | $4,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,000.00 (U)<br>$22,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 23 | WLJ Holding<br>110 Halston Rdge<br>Easley SC 29642 | 320 | American Freight Franchising, LLC | American Freight, LLC | 12/2/2024 | unliquidated (S)<br>unliquidated (A)<br>unliquidated (P)<br>$634.00 (U)<br>unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 24 | Woolpert, Inc.<br>4454 Idea Center Blvd.<br>Dayton OH 45430 | 613 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 1/2/2025 | $0.00 (S)<br>$4,454.73 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,454.73 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 25 | Yates, Carolyn<br>Available upon request | 2145 | American Freight FFO, LLC | American Freight, LLC | 1/22/2025 | $0.00 (S)<br>$800.00 (A)<br>$800.00 (P)<br>$0.00 (U)<br>$1,600.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| **Claims to be modified totals** | | **Count: 25** | | | | **$2,493,755.45** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total