# EXHIBIT A

**No Liability Claims**

Reorganized Debtors' Fifth (5th) Omnibus (Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

# No Liability Claims

| | Name of Address of Claimant | Claim/schedule to be disallowed and expunged | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | CRG Financial LLC (As Assignee of Genepro Protein Inc.)<br>84 Herbert Avenue<br>Building B<br>Suite 202<br>Closter NJ 07624 | 530 | Vitamin Shoppe Procurement Services, LLC | 12/18/2024 | $0.00 (S)<br>$94,608.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$94,608.00 (T) | According to the Debtors' books and records and supporting documentation, the claimant is not entitled to payment from the Debtors' on account of the Claim. Accordingly, the Debtors have no liability for the asserted Claim. |
| 2 | Gatlin, Nakeima Reene<br>Available upon request | 2075 | American Freight FFO, LLC | 01/23/2025 | $1,000.00 (S)<br>$1,450.00 (A)<br>$1,450.00 (P)<br>$0.00 (U)<br>$3,900.00 (T) | Claim is incorrectly asserted against American Freight FFO, LLC. The Debtors have no liability for warranty obligations of non-Debtor Federal Warranty Service Corporation. |
| 3 | Gregg County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: John Kendrick Turner<br>3500 Maple Avenue<br>Suite 800<br>Dallas TX 75219 | 208 | American Freight, LLC | 11/25/2024 | $9,978.10 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$9,978.10 (T) | Claim is incorrectly asserted against American Freight, LLC which has no liability for amounts owed by non-Debtor franchisees. |
| 4 | James, Danielle<br>Available upon request | 2218 | American Freight Franchising, LLC | 01/24/2025 | $0.00 (S)<br>$4,000.00 (A)<br>$4,000.00 (P)<br>$0.00 (U)<br>$8,000.00 (T) | According to the Debtors' books and records, the Debtors have no record of ever receiving any goods or services from the claimant. Additionally, the Debtors' books and records show no customer relationship with the claimant which would entitle the claimant to payment from the Debtors, and there is no record of any outstanding balance owed by the Debtors to the claimant. Accordingly, the Debtors have no liability for the asserted Claim. |
| 5 | Levine, Nia<br>Available upon request | 870 | Franchise Group, Inc. | 01/15/2025 | $4,059.99 (S)<br>$0.00 (A)<br>unliquidated (P)<br>$0.00 (U)<br>unliquidated (T) | According to the Debtors' books and records, the claimant leased the furniture referenced in the Claim pursuant to a rent-to-own contract and such furniture was subsequently returned by the claimant on or about 8/21/2025. The Debtors' books and records show there is no outstanding balance owed by the Debtors on account of the returned furniture. Accordingly, the Debtors have no liability for the Claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Fifth (5th) Omnibus (Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

# No Liability Claims

| | Name of Address of Claimant | Claim/schedule to be disallowed and expunged | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 6 | Loumis, Angelo<br>Available upon request | 587 | Franchise Group, Inc. | 12/30/2024 | $0.00 (S)<br>$0.00 (A)<br>$500.00 (P)<br>$2,500.00 (U)<br>$3,000.00 (T) | Claim is incorrectly asserted against Franchise Group, Inc. The Debtors have no liability for warranty obligations of non-Debtor Federal Warranty Service Corporation. |
| 7 | Lubbock Central Appraisal District<br>Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock TX 79408 | 569 | Franchise Group, Inc. | 12/24/2024 | $1,232.22 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,232.22 (T) | Claim is incorrectly asserted against Franchise Group, Inc. which has no liability for amounts owed by non-Debtor franchisees. |
| 8 | Mickens, Prentice Deuane<br>Available upon request | 936 | American Freight Franchising, LLC | 01/16/2025 | $0.00 (S)<br>unliquidated (A)<br>$3,200.00 (P)<br>$0.00 (U)<br>unliquidated (T) | Claimant asserts liability for payments made on furniture which claimant asserts was never received. According to the Debtors' books and records, no outstanding balance is owed to claimant on account of the Claim. Accordingly, the Debtors have no liability for the Claim. |
| 9 | Moore, Robin<br>Available upon request | 699 | Buddy's Franchising and Licensing LLC | 01/11/2025 | $0.00 (S)<br>$6,000.00 (A)<br>unliquidated (P)<br>$0.00 (U)<br>unliquidated (T) | According to the Debtors' books and records, the claimant has received furniture from the Debtors pursuant to a rent-to-own contract, claimant has made all payments required under the rent-to-own contract, and claimant is not entitled to any payment from the Debtors. Additionally, the Debtors have no record of ever receiving any goods or services from the claimant. Accordingly, the Debtors have no liability for the asserted Claim. |
| 10 | Negron, Rosie<br>Available upon request | 1180 | Franchise Group, Inc. | 01/21/2025 | $0.00 (S)<br>$2,500.00 (A)<br>$2,500.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | The Debtors' books and records reflect an active rent-to-own agreement with the claimant which remains in good standing. Accordingly, the Debtors have no liability for the Claim. |
| 11 | Rushing, Lula<br>Available upon request | 956 | Buddy's Newco, LLC | 01/16/2025 | $0.00 (S)<br>unliquidated (A)<br>unliquidated (P)<br>$0.00 (U)<br>unliquidated (T) | According to the Debtors' books and records, the claimant leased the furniture referenced in the Claim pursuant to a rent-to-own contract and such furniture was subsequently returned by the claimant on or about 8/7/2025. The Debtors' books and records show there is no outstanding balance owed by the Debtors on account of the returned furniture. Accordingly, the Debtors have no liability for the Claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Fifth (5th) Omnibus
(Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
Project name: Franchise Group, Inc.

## No Liability Claims

| | Name of Address of Claimant | Claim/schedule to be disallowed and expunged | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 12 | Rushing, Sandra<br>Available upon request | 957 | Buddy's Newco, LLC | 01/16/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,500.00 (P)<br>$0.00 (U)<br>$2,500.00 (T) | According to the Debtors' books and records, the claimant leased the furniture referenced in the Claim pursuant to a rent-to-own contract and such furniture was subsequently returned by the claimant on or about 5/31/2025. The Debtors' books and records show there is no outstanding balance owed by the Debtors on account of the returned furniture. Accordingly, the Debtors have no liability for the Claim. |
| 13 | Shipp, Dishana<br>Available upon request | 2296 | Buddy's Franchising and Licensing LLC | 01/28/2025 | $624.00 (S)<br>$0.00 (A)<br>unliquidated (P)<br>$0.00 (U)<br>unliquidated (T) | The Debtors' books and records reflect an active rent-to-own agreement with the claimant which remains in good standing. Accordingly, the Debtors have no liability for the Claim. |
| 14 | Wiggins, Kevin<br>Available upon request | 1196 | Buddy's Newco, LLC | 01/21/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,385.00 (P)<br>$0.00 (U)<br>$1,385.00 (T) | According to the Debtors' books and records, claimant has received the furniture referenced in the Claim. Additionally, claimant has made all payments required under the rent-to-own contract and is not entitled to any payment from the Debtors. Accordingly, the Debtors have no liability for the asserted Claim. |
| 15 | Young, Angela<br>Available upon request | 2208 | Franchise Group, Inc. | 01/24/2025 | $0.00 (S)<br>$771.04 (A)<br>unliquidated (P)<br>$0.00 (U)<br>unliquidated (T) | According to the Debtors' books and records, the Debtors have no record of ever receiving any goods or services from the claimant. Additionally, the Debtors' books and records show no customer relationship with the claimant which would entitle the claimant to payment from the Debtors and there is no record of any outstanding balance owed by the Debtors to the claimant. Accordingly, the Debtors have no liability for the asserted Claim. |

| Claims To Be Expunged Totals | Count: 15 | | | | $140,258.35 | |