## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC.,[1] | ) | Case No. 24-12480 (LSS) |
| | ) | |
| Reorganized Debtor. | ) | **Re: Docket Nos. 1708 & 1793** |
| | ) | |
| | ) | |

### ORDER APPROVING SECOND MONTHLY STATEMENT AND FINAL FEE APPLICATION OF DUCERA PARTNERS LLC FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY PERIOD FROM APRIL 1, 2025 THROUGH JUNE 2, 2025 AND FOR THE FINAL FEE PERIOD FROM NOVEMBER 3, 2024 THROUGH JUNE 2, 2025

Upon consideration of the final fee application [Docket No. 1708], attached hereto as **Exhibit A** (the "Final Fee Application"), of Ducera Partners LLC ("Ducera"), which was retained by the above-captioned reorganized debtor (the "Reorganized Debtor") and its affiliated reorganized debtors (collectively with the Reorganized Debtor and before the effective date of the chapter 11 plan,[2] the "Debtors") in these chapter 11 cases, for allowance of compensation and reimbursement of expenses on a final basis; and Direct Fee Review LLC (the "Fee Examiner") having filed a final report [Docket No. 1793] (the "Fee Examiner's Report") with respect to the Final Fee Application; and it appearing to this Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, rule 2016 of the Federal Rules of

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] On June 6, 2025, all of the Debtors with the exception of Freedom VCM Holdings, LLC ("TopCo") emerged from the chapter 11 cases as Reorganized Debtors [Docket No. 1605]. TopCo emerged from the chapter 11 cases as a Reorganized Debtor on July 3, 2025 [Docket No. 1689].

Bankruptcy Procedure, and rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary; and that the notice of the Final Fee Application was appropriate; and the Fee Examiner having no objection to the relief requested herein; and after due deliberation and sufficient good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Final Fee Application is hereby APPROVED, on a final basis, with respect to the amounts set forth on **Exhibit A**, attached hereto.

2. Ducera is granted final allowance of compensation in the amounts set forth on **Exhibit A**, attached hereto.

3. Ducera is granted, on a final basis, reimbursement of reasonable and necessary expenses in the amounts set forth on **Exhibit A**, attached hereto.

4. The Reorganized Debtors are authorized and directed, as provided herein, to remit, or cause to be remitted, payment to Ducera in the amounts set forth on **Exhibit A**, attached hereto, less any and all amounts previously paid on account of such fees and expenses.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

**Dated: December 18th, 2025**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

2