**EXHIBIT A**

**Franchise Group, Inc., *et al.*
Case No. 24-12480 (LSS)
Summary of Final Fee Application of Ducera Partners LLC**

| Professional & Role | Final Compensation Period & Final Fee Application | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Expense Adjustments | Final Fees Approved (Inclusive of Reductions Requested by Fee Examiner) | Final Expenses Approved (Inclusive of Reductions Requested by Fee Examiner) |
|---|---|---|---|---|---|---|---|
| Ducera Partners LLC, *Investment Banker to the Debtors* | 11/3/24-6/2/25 D.I. 1708 | $16,343,008.39 | $0.00 | $630,975.86 | $68,073.21 | $16,343,008.39 | $562,902.65 |