UNITED STATES BANKRUPTCY COURT

IN THE DISTRICT OF DELAWARE

In re: Franchise Group Inc., et al.  §  Case No. 24-12480
§
§  Lead Case No. 24-12480
Debtor(s)  §
☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2025              Petition Date: 11/03/2024

Plan Confirmed Date: 06/02/2025              Plan Effective Date: 06/06/2025

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

Allison S. Mielke                                                                 Allison S. Mielke
Signature of Responsible Party                                       Printed Name of Responsible Party

12/19/2025
Date

1000 North King Street, Wilmington, DE  19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Franchise Group Inc., et al.　　　　Case No. 24-12480

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $61,123,011 | $160,310,108 |
| b. Non-cash securities transferred | $0 | $314,868,872 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $61,123,011 | $475,178,980 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor　　*Aggregate Total* | | $9,246,134 | $21,081,613 | $12,873,909 | $44,500,273 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Akin Gump Strauss Hauer & Feld LLP | Other | $2,934,395 | $2,934,395 | $519,978 | $7,311,163 |
| ii | Alix Partners LLP | Other | $1,614,134 | $10,373,964 | $1,614,134 | $10,373,964 |
| iii | Ashby & Geddes, P.A. | Other | $0 | $0 | $0 | $322,659 |
| iv | Chilmark Partners, LLC | Other | $0 | $0 | $324,523 | $324,523 |
| v | Deloitte & Touche LLP | Other | $451,676 | $451,676 | $0 | $2,041,700 |
| vi | Direct Fee Review LLC | Other | $0 | $0 | $0 | $19,104 |
| vii | Ducera Partners LLC | Financial Professional | $0 | $0 | $0 | $1,200,483 |
| viii | Ernst & Young LLP | Other | $386,800 | $386,800 | $0 | $1,083,432 |
| ix | Hilco Dilgence Services, LLC | Other | $0 | $0 | $0 | $125,000 |
| x | Kirkland & Ellis LLP | Co-Counsel | $0 | $0 | $9,940,072 | $13,242,190 |
| xi | Kroll Restructuring Administration | Other | $298,429 | $3,374,078 | $280,934 | $3,423,352 |
| xii | Petrillo Klein + Boxer LLP | Other | $2,004,545 | $2,004,545 | $0 | $2,801,812 |
| xiii | Young Conaway Stargatt & Taylor, LLP | Co-Counsel | $1,556,155 | $1,556,155 | $194,268 | $2,230,891 |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name: Franchise Group Inc., et al.    Case No. 24-12480

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

| Debtor's Name | Franchise Group Inc., et al. | Case No. | 24-12480 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | lxxii |  |  |  |  |  |
|  | lxxiii |  |  |  |  |  |
|  | lxxiv |  |  |  |  |  |
|  | lxxv |  |  |  |  |  |
|  | lxxvi |  |  |  |  |  |
|  | lxxvii |  |  |  |  |  |
|  | lxxviii |  |  |  |  |  |
|  | lxxix |  |  |  |  |  |
|  | lxxx |  |  |  |  |  |
|  | lxxxi |  |  |  |  |  |
|  | lxxxii |  |  |  |  |  |
|  | lxxxiii |  |  |  |  |  |
|  | lxxxiv |  |  |  |  |  |
|  | lxxxv |  |  |  |  |  |
|  | lxxxvi |  |  |  |  |  |
|  | lxxxvii |  |  |  |  |  |
|  | lxxxvii |  |  |  |  |  |
|  | lxxxix |  |  |  |  |  |
|  | xc |  |  |  |  |  |
|  | xci |  |  |  |  |  |
|  | xcii |  |  |  |  |  |
|  | xciii |  |  |  |  |  |
|  | xciv |  |  |  |  |  |
|  | xcv |  |  |  |  |  |
|  | xcvi |  |  |  |  |  |
|  | xcvii |  |  |  |  |  |
|  | xcviii |  |  |  |  |  |
|  | xcix |  |  |  |  |  |
|  | c |  |  |  |  |  |
|  | ci |  |  |  |  |  |

|  |  |  |  | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $32,359 | $1,356,805 | $40,445 | $1,382,028 |
|  | *Itemized Breakdown by Firm* | | | | | | |
|  |  | Firm Name | Role | | | | |
|  | i | Baker Tilly US LLP | Financial Professional | $0 | $0 | $2,750 | $2,750 |
|  | ii | Ballard Spahr LLP | Special Counsel | $0 | $0 | $441 | $2,578 |
|  | iii | Carle Mackie Powers & Ross, LLP | Special Counsel | $0 | $3,465 | $0 | $3,465 |
|  | iv | Clarus Partners | Special Counsel | $0 | $267,507 | $0 | $267,507 |
|  | v | Clearbridge Compensation Group, LLC | Financial Professional | $0 | $321,444 | $0 | $321,444 |
|  | vi | Cole Schotz P.C. | Special Counsel | $0 | $176,700 | $0 | $176,700 |

Debtor's Name: Franchise Group Inc., et al.                                                    Case No. 24-12480

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | DLA Piper LLP (US) | Special Counsel | $0 | $25,745 | $0 | $25,745 |
| | viii | Dunn & Allsman, LLC | Special Counsel | $0 | $56,514 | $0 | $56,514 |
| | ix | EXL Service (Ireland) Limited | Financial Professional | $0 | $19,745 | $0 | $19,745 |
| | x | Frost Brown Todd LLP | Special Counsel | $0 | $0 | $4,894 | $4,894 |
| | xi | Gordon Brothers Asset Advisors, LLC | Financial Professional | $0 | $113,983 | $0 | $113,983 |
| | xii | Gordon Rees Scully Mansukhan, LLP | Financial Professional | $0 | $34,757 | $0 | $34,757 |
| | xiii | Grant Thorton LLP | Financial Professional | $0 | $29,300 | $0 | $29,300 |
| | xiv | Honigman LLP | Special Counsel | $26,623 | $44,377 | $26,623 | $44,377 |
| | xv | Hunton Andrews Kurth LLP | Special Counsel | $0 | $96,288 | $0 | $96,288 |
| | xvi | Jackson Lewis P.C. | Special Counsel | $5,736 | $19,118 | $5,736 | $19,118 |
| | xvii | Littler Mendelson P.C. | Special Counsel | $0 | $17,901 | $0 | $17,901 |
| | xviii | REA & Associates, Inc. | Special Counsel | $0 | $0 | $0 | $15,000 |
| | xix | Reed Smith LLP | Special Counsel | $0 | $80,346 | $0 | $80,346 |
| | xx | Smalling and Buyrn, PA D/B/A Capital City Law | Special Counsel | $0 | $15,800 | $0 | $15,800 |
| | xxi | Stout Risius Ross, LLC | Financial Professional | $0 | $25,000 | $0 | $25,000 |
| | xxii | Troutman Pepper Hamilton Sanders LLP | Special Counsel | $0 | $8,815 | $0 | $8,815 |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

Debtor's Name: Franchise Group Inc., et al.  Case No. 24-12480

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

UST Form 11-PCR (12/01/2021)                              6

Debtor's Name Franchise Group Inc., et al.                                    Case No. 24-12480

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $9,278,493 | $22,438,418 | $12,914,354 | $53,650,567 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $5,228,028 | $84,168 | $9,197,417 | $31,315,073 | 29% |
| b. Secured claims | $569,961,438 | $4,692 | $569,827,947 | $1,596,505,879 | 36% |
| c. Priority claims | $3,719,792 | $2,859 | $546,503 | $9,664,512 | 6% |
| d. General unsecured claims | $2,283,000 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                 Yes ⦿   No ○
   If yes, give date Final Decree was entered:                          07/16/2025
   If no, give date when the application for Final Decree is anticipated: _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ○

Debtor's Name Franchise Group Inc., et al.                                              Case No. 24-12480

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

Andrew Kaminsky                                                                 Andrew Kaminsky
Signature of Responsible Party                                            Printed Name of Responsible Party

Chief Administrative Officer                                               12/19/2025
Title                                                                                      Date

| Debtor's Name | Franchise Group Inc., et al. | Case No. | 24-12480 |
|---|---|---|---|


Page 1


Other Page 1


Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name Franchise Group Inc., et al.　　　　　　　　　　　　　　　　Case No. 24-12480


Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

# GLOBAL NOTES TO POST-CONFIRMATION REPORT

**Part 2b.**

Certain payments in de minimis amounts were made in the ordinary course of business to various professionals that were never formally retained as ordinary course professionals in the debtors' chapter 11 cases (collectively, the "Chapter 11 Cases" and each, a "Chapter 11 Case"). Such amounts are reflected in the post-confirmation report (the "PCR") as paid but not approved.

**Part 4: Questionnaire.**

In consultation with the Office of the United States Trustee for the District of Delaware, the PCR has been filed on a consolidated basis for all debtors in the jointly administered Chapter 11 Cases. On July 16, 2025 [Docket No. 1731] and August 7, 2025 [Docket No. 1805], the United States Bankruptcy Court for the District of Delaware (the "Court") entered final decrees closing all of the Chapter 11 Cases other than the Chapter 11 Case of Franchise Group, Inc. Franchise Group, Inc. will continue to file a PCR on a quarterly basis until a final decree is entered by the Court.