**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>Hearing Date: To Be Determined<br>Obj. Deadline: January 16, 2026 at 4:00 p.m. (ET) |

**CERTIFICATE OF SERVICE REGARDING MOTION OF DANIEL LARSEN
AND NELIA LOPEZ FOR RELIEF FROM THE AUTOMATIC STAY
AND/OR ANY PLAN INJUNCTION**

I, Carl D. Neff, hereby certify that, on this 31st day of December 2025, I caused a true and correct copy of the foregoing *Motion of Daniel Larsen and Nelia Lopez for Relief from the Automatic Stay and/or Any Plan Injunction* to be served via CM/ECF on all parties who have registered for electronic service in this case.

Dated:  December 31, 2025        PIERSON FERDINAND LLP

 /s/ *Carl D. Neff*
Carl D. Neff (No. 4895)
Maura L. Burke (No. 5313)
CSC Station
112 S. French Street
Wilmington, Delaware 19801
Telephone: (302) 482-4244
carl.neff@pierferd.com
maura.burke@pierferd.com

*Counsel to Movants,*
*Daniel Larsen and Niela Lopez*

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).