**CERTIFICATE OF SERVICE**

I, Michael L. Vild, hereby certify that on January 5, 2026, a true and correct copy of the foregoing *Further Objection of bb BHF STORES LLC to Assumption of Certain Franchise Agreements* was served upon all interested parties by CM/ECF and the parties listed on the attached service list by electronic mail.

                                      */s/ Michael L. Vild*
                                      Michael L. Vild (No. 3042)

**SERVICE LIST**

| | |
|---|---|
| Kirkland & Ellis LLP<br>Attn: Joshua A. Sussberg, P.C.<br>Nicole L. Greenblatt, P.C.<br>Derek I. Hunter, Esq.<br>Brian J. Nakhaimousa, Esq.<br>Maddison Levine, Esq.<br>601 Lexington Avenue<br>New York, NY 10022<br>jsussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>derek.hunter@kirkland.com<br>brian.nakhaimousa@kirkland.com<br>maddison.levine@kirkland.com | Young Conaway Stargatt & Taylor, LLP<br>Attn: Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>emorton@ycst.com<br>mlunn@ycst.com |
| Pachulski Stang Ziehl & Jones LLP<br>Attn: Bradford J. Sandler, Esq.<br>Colin R. Robinson, Esq.<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>bsandler@pszjlaw.com<br>crobinson@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP<br>Attn: Robert J. Feinstein, Esq.<br>Alan J. Kornfeld, Esq.<br>Theodore S. Heckel, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>akornfeld@pszjlaw.com<br>theckel@pszjlaw.com |
| U.S. Trustee<br>Attn: Timothy J. Fox, Esq.<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>timothy.fox@usdoj.gov | Seward & Kissel LLP<br>Attn: Gregg Bateman, Esq.<br>Sagar Patel, Esq.<br>Michael Danenberg, Esq.<br>One Battery Park Plaza<br>New York, NY 10004<br>bateman@sewkis.com<br>patel@sewkis.com<br>danenberg@sewkis.com |
| Paul Hastings LLP<br>Attn: Jayme Goldstein, Esq.<br>Jeremy Evans, Esq.<br>Isaac Sasson, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>jaymegoldstein@paulhastings.com<br>jeremyevans@paulhastings.com<br>isaacsasson@paulhastings.com | Landis Rath & Cobb LLP<br>Attn: Adam G. Landis, Esq.<br>Matthew McGuire, Esq.<br>919 N. Market Street Suite 1800<br>Wilmington, DE 19801<br>landis@lrclaw.com<br>mcguire@lrclaw.com |

Latham & Watkins LLP
Attn: Jennifer Ezring, Esq.
James Ktsanes, Esq.
Andrew Sorkin, Esq.
1271 Avenue of the Americas
New York, NY 10020
Jennifer.Ezring@lw.com
James.Ktsanes@lw.com
andrew.sorkin@lw.com

White & Case LLP
Attn: Bojan Guzina, Esq.
111 S. Wacker Dr., Suite 5100
Chicago, IL 60606
bojan.guzina@whitecase.com

White & Case LLP
Attn: Thomas Lauria, Esq.
200 S Biscayne Blvd
Miami, FL 33131
tlauria@whitecase.com