**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I, Mark W. Eckard certify that on January 5, 2026, I caused a copy of the foregoing Motion to be served via NEF upon all parties receiving such service. Additionally, on January 5, 2026, service was made via e-mail upon Patrick Cozza.

Dated: January 5, 2026        **RAINES FELDMAN LITTRELL, LLP**

        */s/ Mark W. Eckard*
        Thomas J. Francella, Jr. (No. 3835)
        Mark W. Eckard (No. 4542)
        824 North Market Street, Suite 805
        Wilmington, DE 19801
        (302) 772-5803
        tfrancella@raineslaw.com
        meckard@raineslaw.com

        *Counsel to the Litigation Trustee*

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

10705898.2