**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*, | Case No. 24-12480 (LSS) |
| Debtor. | **Re: DI 820** |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL
FROM SERVICE LISTS AND ELECTRONIC NOTICING**

PLEASE TAKE NOTICE that Maliheh Zare of McCarter & English, LLP hereby withdraws her appearance as counsel for Lichtefeld Development Trust and Lichtefeld Properties LLC in the above-captioned bankruptcy case. Maliheh Zare also withdraws her request for receipt of all notices including electronic notices of documents in the above-captioned matter.

The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove her from the electronic noticing matrix for the above-captioned bankruptcy case.

All other current counsel of record will continue to represent Lichtefeld Development Trust and Lichtefeld Properties LLC and are not intended to be affected by this notice.

Date: January 8, 2026
Wilmington, DE

**McCARTER & ENGLISH, LLP**

*/s/ Maliheh Zare*
Kate Roggio Buck (No. 5140)
Maliheh Zare (No. 7133)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com
mzare@mccarter.com

*Counsel for Lichtefeld Development Trust and Lichtefeld Properties LLC*

ME1\59553882.v1