IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| | § | Case No. 24-12480(LSS) |
| FRANCHISE GROUP, INC., et al | § | |
| | § | |
| Reorganized Debtor. | § | Jointly Administered |

**RESPONSE OF IH 35 LOOP 340 TENANCY-IN-COMMON TO REORGANIZED DEBTOR'S SIXTH (6TH) OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS (DOCKET #1963) RELATING TO CLAIM #3008**

IH 35 Loop 340 Tenancy-in-Common ("Landlord") hereby submits this Response of IH 35 Loop 340 Tenancy-in-common to Reorganized Debtor's Sixth (6th) Omnibus Objection (Substantive) to Claims (Docket #1963) Relating to Claim #3008 and respectfully represents as follows:

### BACKGROUND

1. On January 15, 2025 Debtor Franchise Group, Inc. filed its Reorganized Debtor's Sixth (6th) Omnibus Objection (Substantive) to Claims (Docket #1963) Relating to Claim #3008.

2. Under Exhibit A "Reclassified Claims" Debtors objected as item 12 to IH 35 Loop 340 Tenancy-in-Common's claim number 3008 in the total amount of $2,700.13.

3. IH 35 Loop 340 Tenancy-in-Common responds that the objection to item 12 to IH 35 Loop 340 Tenancy-in-Common's claim number 3008 in the total amount of $2,700.13 is not well taken as the $2,700.13 is properly an administrative claim and the $2,700.13 administrative claim should be allowed and paid.

4. The $2,700.13 objected to IH 35 Loop 340 Tenancy-in-Common's claim number

3008 is proper and should be allowed. This $2,700.13 total unpaid priority administrative claims and expense is $2,700.13 and is for:

> Liability entitled to priority administrative claims and expense status under Section 11 U.S.C.S. Sections 503(b), 507(a)(1) and 365(d)(3) of the Bankruptcy Code for actual and necessary costs and expenses of operating Debtors' Store Number 121 located at 1000 N. Loop 340 in Bellmeade, Texas 76705, being unpaid obligations for the failure of the Debtor to return the Premises in "broom clean" condition as required by Section 21 of the Lease being amounts due pursuant to the Lease in the amount of $2,700.13, as evidenced by receipts and estimate attached to claim number 3008 as Exhibit "C" and incorporated herein by this reference.

5.      Section 21 of the Lease require this $2,700.13 to be paid under the specific provisions of the lease, and the lease is attached as Exhibit A to IH 35 Loop 340 Tenancy-in-Common proofs of claim filed in this case. In particular Section 21 of the Lease provides in part:

> Upon termination of the Lease Term or earlier termination of Tenant's right of possession, **Tenant shall surrender the Premises to Landlord in the same condition as received; broom clean, ordinary wear and tear** and casualty loss and condemnation covered by Paragraphs 15 and 16 **excepted**. Any Trade Fixtures, Tenant Made Alterations and property not so removed by Tenant as permitted or required herein shall be deemed abandoned and may be stored, removed, **and disposed of by Landlord at Tenant's expense**, and Tenant hereby waives all claims against Landlord for any damages resulting from Landlord's retention or disposition of such property. (Emphasis added)[1].

6.      Furthermore, the Landlord is entitled to attorneys' fees incurred in enforcing the terms of the Lease. Section 54 of the Store Number 415 Lease allows Landlord to recover its attorneys fees. Such fees will be by future supplementation properly included in the Landlord's cure amounts as actual pecuniary losses suffered by the Landlord. *See In re Williams*, 2011

---

[1] *See also In re: Trak Auto Cooperation,* 277 B.R. 655, 669-670 ( Eastern District, Virginia 2002 ) ("**Where the debtor's lease provides for the payment of counsel fees and late fees or interest, we will uphold the terms of the contract**") (emphasis added)*; In re: Muma Services, Inc.,* 279 B.R. 478, 488-89 (Bankr. D. Del. 2002); *In re: Valley Media,* 290 B.R. 73, 75-76 (Bankr. D. Del. 2003); *See also In re: Shangri-La Inc.,* 167 F.3d 843 ( 4th Cir. 1999 ).

Bankr. LEXIS 2463, *3 (Bankr. D. Del. June 24, 2011) (Shannon, B.J.) ("It is beyond cavil that attorneys' fees incurred because of actions taken to enforce the underlying lease or contract may be properly recoverable as part of a cure payment if such lease or contract provides for attorneys' fees."). *See In re: Trak Auto Cooperation,* 277 B.R. 655, 669-670 ( Eastern District, Virginia 2002 ) ("Where the debtor's lease provides for the payment of counsel fees and late fees or interest, we will uphold the terms of the contract"); *In re: Muma Services, Inc.,* 279 B.R. 478, 488-89 (Bankr. D. Del. 2002); *In re: Valley Media,* 290 B.R. 73, 75-76 (Bankr. D. Del. 2003); *See also In re: Shangri-La Inc.,* 167 F.3d 843 ( 4th Cir. 1999 ).

7. The bankruptcy court should deny the objection to IH 35 Loop 340 Tenancy-in-Common's claim number 3008 in the total amount of $2,700.13 as that amount should be allowed as a priority administrative claim and expense.

8. The undersigned has authority to reconcile, settle or otherwise resolve the claims on behalf of IH 35 Loop 340 Tenancy-in-Common, being:

> Timothy T. Mitchell, attorney for IH 35 Loop 340 Tenancy-in-Common
> 4422 Ridgeside Drive
> Dallas, Texas 75244
> Phone 972-661-9471
> E-mail tim@rashtiandmitchell.com
> Alternate e-mail tim.rashtiandmitchell@gmail.com.

9. IH 35 Loop 340 Tenancy-in-Common reserves its rights to supplement this response and make such other and further filings as it deems necessary or appropriate.

**WHEREFORE**, the Landlord, IH 35 Loop 340 Tenancy-in-Common respectfully requests that the Court modify any proposed order to **deny the objections to IH 35 Loop 340 Tenancy-in-Common's claim number 3009 and allow IH 35 Loop 340 Tenancy-in-**

**Common a priority administrative claim and expense claim of $2,700.13**, as consistent with the foregoing response to objections and that grant the landlord, IH 35 Loop 340 Tenancy-in-Common , such further and additional relief as the Court may deem just and proper.

**Respectfully submitted,**
**RASHTI AND MITCHELL**
**ATTORNEYS AT LAW**

/s/ Timothy T. Mitchell
Timothy T. Mitchell
Texas State Bar Number 14223000
Donna Kaye Rashti
Texas State Bar Number 16553400
4422 Ridgeside Drive
Dallas, Texas 75244
Phone 972-661-9471
Fax (972) 503-9611
tim@rashtiandmitchell.com
donna@rashtiandmitchell.com
**Attorneys for Creditor  IH 35 Loop 340**
**Tenancy-in-Common**

## CERTIFICATE OF SERVICE

I Timothy T. Mitchell do hereby certify that a true and correct copy of the above foregoing pleading was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all persons who have registered to receive notices through the CM/ECF system, on this 23rd day of January, 2026.

/s/ Timothy T. Mitchell
Timothy T. Mitchell
**Attorneys for Creditor  IH 35 Loop 340**
**Tenancy-in-Common**