**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | |
| ) | Chapter 11 |
| FRANCHISE GROUP, INC. ) | |
| ) | Case No. 24-12480 (LSS) |
| Reorganized Debtor. ) | |
| ) | **Re: Docket No. 1963** |
| ) | |
| ) | Hearing Date: |
| ) | February 18, 2026 at 10:00a.m. ET |
| ) | |
| ) | Objection Deadline: |
| ) | January 29, 2026 at 4:00p.m. ET |

**RESPONSE TO DEBTOR'S SIXTH (6th) OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS**

Architectural Graphics, Inc. ("AGI"), by counsel, submits the following as its written response to the *Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims* and the accompanying *Notice of Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims* (together, the "Claim Objection") filed in this reorganized, jointly administered chapter 11 case of Franchise Group, Inc. (the "Debtor") on January 15, 2026 [docket no. 1963].

**Response to Claim Objection**

1. The Claim Objection is predicated entirely upon the contention that the Debtor's books and records do not reflect AGI's furnishing of goods within the 20 days preceding the November 3, 2024 commencement of the Debtor's jointly administered chapter 11 cases, within the scope of the priority treatment afforded by 11 U.S.C. §503(b)(9). The Debtor, by its Claim Objection, accordingly seeks to reclassify the $20,563.60 portion of AGI's filed claim as a general, non-priority claim.

2. AGI filed a single claim on December 24, 2024, which identified goods and services furnished by AGI to some or all of (i) American Freight Outlet Stores, LLC [case no. 24-12503], (ii) American Freight, LLC [case no. 24-12527], and (iii) Franchise Group Newco S, LLC [case no. 24-22522]. The Debtor assigned three (3) separate claim numbers to AGI's claim: 563, 564 and 565. The Claim Objection references only the assigned claim no. 564.

3. The *Schedule of Indebtedness* accompanying AGI's filed claim identifies the invoice numbers for which the combined goods and services were furnished to the Debtor. Copies of these invoices are attached to this response as Exhibit A

4. AGI respectfully requests that the Debtor's representatives review the supporting invoices in the context of its initial cursory review of the Debtor's books and records in order to reconsider its Claim Objection.

5. If the Claim Objection is not voluntarily withdrawn based upon this supplemental information, AGI respectfully requests that these materials be considered by the Court for determination.

6. The person with ultimate authority to reconcile, settle or otherwise resolve any open disputes regarding AGI's filed claim is Mr. Michael Garofalo, Chief Financial Officer, Architectural Graphics, Inc., 2655 International Parkway, Virginia Beach, Virginia 23452; 757-716-3438 (office); 757-636-1251 (cell); mgarofalo@agi.net.

Date: January 29, 2026

                                                CAROTHERS &
                                                HAUSWIRTH LLP

                                                By: */s/ Gregory W. Hauswirth*
                                                Gregory W. Hauswirth (Bar No. 5679)
                                                1007 N. Orange Street, 4th Floor
                                                Wilmington, DE 19801

Tel: 302.332.7181
Facsimile: 412.910.7510
E-mail: ghauswirth@ch-legal.com

And

Peter G. Zemanian, VSB No. 24922
Zemanian Law Group
6464 Hampton Blvd., Suite A
Norfolk, VA  23508
Tel.:  (757) 622-0090
E-mail:  pete@zemanianlaw.com
Counsel for Agricultural Graphics, Inc.

Tel: 302.332.7181
Facsimile: 412.910.7510
E-mail: ghauswirth@ch-legal.com

And

Peter G. Zemanian, VSB No. 24922
Zemanian Law Group
6464 Hampton Blvd., Suite A
Norfolk, VA  23508
Tel.:  (757) 622-0090
E-mail:  pete@zemanianlaw.com
Counsel for Agricultural Graphics, Inc.