# **Exhibit A**

Architectural Graphics, Inc
2655 International Parkway
Virginia Beach VA 23452
USA

Phone: 757-427-1900
Fax: 757-427-6112

# INVOICE

Invoice: 667229

Page: 1 of 2
Date: 11/1/2024
Printed At: 1/21/2026 11:36:48 AM

**Sold To:**
American Freight
109 Innovation Court
Suite J
Delaware OH 43015 USA

**Ship To:**
Port St Lucie
7121 US-1
Port St Lucie FL 34952
USA

| PO Number: | Terms: Net 30 |
|---|---|
| Sales Rep: Jeremy Barker | Ship Date: 11/1/2024 |

USD

Legal Number: 667229

| Line | Part Number/Description Attribute Set | Revision | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | MNT-111-BILLABLE One tech 2nd trip - install new | | 1.00 DL | 150.00000/1 | 150.00 |
| 2 | MNT-111-BILLABLE 2nd tech 2nd trip-tenant panels | | 2.00 DL | 92.00000/1 | 184.00 |
| 3 | MNT-111-BILLABLE 24" letter | | 1.00 DL | 185.00000/1 | 185.00 |
| 4 | MNT-111-BILLABLE Trip charge | | 1.00 DL | 92.00000/1 | 92.00 |
| 5 | MNT-111-BILLABLE 2nd trip charge | | 1.00 DL | 92.00000/1 | 92.00 |
| 6 | MNT-111-BILLABLE 1st trip labor to survey assess | | 3.00 DL | 150.00000/1 | 450.00 |
| 7 | MNT-111-BILLABLE 3' x 8' panels | | 4.00 DL | 550.00000/1 | 2,200.00 |
| 8 | MNT-111-BILLABLE 1st tech 2nd trip-tenant panels | | 2.00 DL | 150.00000/1 | 300.00 |

ARForm:001:00

Architectural Graphics, Inc  
2655 International Parkway  
Virginia Beach VA 23452  
USA

Case 24-12480-LSS    Doc 1968-1    Filed 01/29/26    Page 3 of 7

Phone: 757-427-1900  
757-427-6112

INVOICE

Page: 2 of 2  
Date: 11/1/2024  
Printed At: 1/21/2026 11:36:48 AM

Invoice: 667229

| INVOICE | - Taxes - | | | |
|---|---|---|---|---|
| Line | Description | Taxable Amt | Percent | Amount |
| 1 | FLORIDA | 150.00 | 6.00 % | 9.00 |
| 2 | FLORIDA | 184.00 | 6.00 % | 11.04 |
| 3 | FLORIDA | 185.00 | 6.00 % | 11.10 |
| 4 | FLORIDA | 92.00 | 6.00 % | 5.52 |
| 5 | FLORIDA | 92.00 | 6.00 % | 5.52 |
| 6 | FLORIDA | 450.00 | 6.00 % | 27.00 |
| 8 | FLORIDA | 300.00 | 6.00 % | 18.00 |
| 1 | SAINT LUCIE | 150.00 | 1.00 % | 1.50 |
| 2 | SAINT LUCIE | 184.00 | 1.00 % | 1.84 |
| 3 | SAINT LUCIE | 185.00 | 1.00 % | 1.85 |
| 4 | SAINT LUCIE | 92.00 | 1.00 % | 0.92 |
| 5 | SAINT LUCIE | 92.00 | 1.00 % | 0.92 |
| 6 | SAINT LUCIE | 450.00 | 1.00 % | 4.50 |
| 8 | SAINT LUCIE | 300.00 | 1.00 % | 3.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/1/2024 | 3,754.71 |
| | Total | 3,754.71 |

Line(s) Subtotal: 3,653.00  
Miscellaneous Charges: 0.00  
Less Advance Billing: 0.00  
Total Tax: 101.71  
Reverse Charge Tax: 0.00  
Less Prepaid Deposits: 0.00  
Less Deposit: 0.00  
Rounding: 0.00  
Total  3,754.71 USD

ARForm:001:00

Architectural Graphics, Inc  
2655 International Parkway  
Virginia Beach VA 23452  
USA

Phone: 757-427-1900  
Fax: 757-427-6112

# INVOICE

Page: 1 of 2  
Date: 10/28/2024  
Printed At: 1/21/2026 11:35:17 AM

Invoice: 666267

**Sold To:**

American Freight  
109 Innovation Court  
Suite J  
Delaware OH 43015 USA

**Ship To:**

Lubbock  
4426 34th St.  
Suite B  
Lubbock TX 79410  
USA

PO Number:  
Sales Rep: Nickolas Hackett  
Terms: Net 30  
Ship Date: 10/28/2024

*USD*

Legal Number: 666267

| Line | Part Number/Description / Attribute Set | Revision | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | MNT-111-BILLABLE<br>Incurred labor 2nd tech | | 2.00 DL | 92.00000/1 | 184.00 |
| 2 | MNT-111-BILLABLE<br>Tech 1 labor- 120 hrs | | 120.00 DL | 92.00000/1 | 11,040.00 |
| 3 | MNT-111-BILLABLE<br>Incurred labor 1 tech | | 2.00 DL | 92.00000/1 | 184.00 |
| 4 | MNT-111-BILLABLE<br>Tech 2 labor- 120hrs | | 120.00 DL | 92.00000/1 | 11,040.00 |
| 5 | MNT-111-BILLABLE<br>lift rental | | 1.00 DL | 1,800.00000/1 | 1,800.00 |
| 6 | MNT-111-BILLABLE<br>1,164 New retrofit LED lamps | | 1,164.00 DL | 14.90000/1 | 17,343.60 |

ARForm:001:00

Architectural Graphics, Inc
2655 International Parkway
Virginia Beach VA 23452
USA

Case 24-12480-LSS    Doc 1968-1    Filed 01/29/26    Page 5 of 7

Phone: 757-427-1900
757-427-6112

**INVOICE**

Page: 2 of 2
Date: 10/28/2024
Printed At: 1/21/2026 11:35:17 AM

Invoice: 666267

### INVOICE - Taxes -

| Line | Description | Taxable Amt | Percent | Amount |
|---|---|---|---|---|
| 1 | TEXAS | 184.00 | 6.25 % | 11.50 |
| 2 | TEXAS | 11,040.00 | 6.25 % | 690.00 |
| 3 | TEXAS | 184.00 | 6.25 % | 11.50 |
| 4 | TEXAS | 11,040.00 | 6.25 % | 690.00 |
| 5 | TEXAS | 1,800.00 | 6.25 % | 112.50 |
| 6 | TEXAS | 17,343.60 | 6.25 % | 1,083.98 |
| 1 | LUBBOCK | 184.00 | 1.50 % | 2.76 |
| 2 | LUBBOCK | 11,040.00 | 1.50 % | 165.60 |
| 3 | LUBBOCK | 184.00 | 1.50 % | 2.76 |
| 4 | LUBBOCK | 11,040.00 | 1.50 % | 165.60 |
| 5 | LUBBOCK | 1,800.00 | 1.50 % | 27.00 |
| 6 | LUBBOCK | 17,343.60 | 1.50 % | 260.15 |
| 1 | LUBBOCK1 | 184.00 | 0.50 % | 0.92 |
| 2 | LUBBOCK1 | 11,040.00 | 0.50 % | 55.20 |
| 3 | LUBBOCK1 | 184.00 | 0.50 % | 0.92 |
| 4 | LUBBOCK1 | 11,040.00 | 0.50 % | 55.20 |
| 5 | LUBBOCK1 | 1,800.00 | 0.50 % | 9.00 |
| 6 | LUBBOCK1 | 17,343.60 | 0.50 % | 86.72 |

### Payment Schedule

| | Due Date | Amount |
|---|---|---|
| 1 | 11/27/2024 | 45,022.91 |
| | Total | 45,022.91 |

| | |
|---|---|
| Line(s) Subtotal: | 41,591.60 |
| Miscellaneous Charges: | 0.00 |
| Less Advance Billing: | 0.00 |
| Total Tax: | 3,431.31 |
| Reverse Charge Tax: | 0.00 |
| Less Prepaid Deposits: | 0.00 |
| Less Deposit: | 0.00 |
| Rounding: | 0.00 |
| Total | 45,022.91 USD |

ARForm:001:00

Architectural Graphics, Inc  
2655 International Parkway  
Virginia Beach VA 23452  
USA  

Phone: 757-427-1900  
757-427-6112  

# INVOICE

Page: 1 of 2  
Date: 10/23/2024  
Printed At: 1/21/2026 11:33:21 AM  

**Invoice: 665384**

**Sold To:**  
American Freight  
109 Innovation Court  
Suite J  
Delaware OH 43015 USA  

**Ship To:**  
Henderson NV  
1437 W. Sunset Rd.  
Henderson NV 89014  
USA  

PO Number:  
Sales Rep: Jeremy Barker  
Terms: Net 30  
Ship Date: 10/23/2024  

USD

Legal Number: 665384

| Line | Part Number/Description / Attribute Set | Revision | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | MNT-111-BILLABLE<br>2nd trip Labor to reinstall | | 2.00 DL | 150.00000/1 | 300.00 |
| 2 | MNT-111-BILLABLE<br>1st trip labor to survey | | 2.00 DL | 150.00000/1 | 300.00 |
| 3 | MNT-111-BILLABLE<br>Trip charge | | 1.00 DL | 97.00000/1 | 97.00 |
| 4 | MNT-111-BILLABLE<br>2nd trip charge | | 1.00 DL | 97.00000/1 | 97.00 |
| 5 | MNT-111-BILLABLE<br>Production of channel letter | | 1.00 DL | 835.00000/1 | 835.00 |
| 6 | MNT-111-BILLABLE | | 1.00 DL | 0.00000/1 | 0.00 |

**INVOICE** - *Taxes* -

| Line | Description | Taxable Amt | Percent | Amount |
|---|---|---|---|---|
| 5 | NEVADA | 835.00 | 4.60 % | 38.41 |
| 5 | CLARK2 | 835.00 | 3.78 % | 31.52 |

ARForm:001:00

Architectural Graphics, Inc
2655 International Parkway
Virginia Beach VA 23452
USA

Case 24-12480-LSS    Doc 1968-1    Filed 01/29/26    Page 7 of 7

Phone: 757-427-1900
Fax: 757-427-6112

**INVOICE**

Page: 2 of 2
Date: 10/23/2024
Printed At: 1/21/2026 11:33:21 AM

Invoice: 665384

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/22/2024 | 1,698.93 |
| | **Total** | 1,698.93 |

| | |
|---|---|
| Line(s) Subtotal: | 1,629.00 |
| Miscellaneous Charges: | 0.00 |
| Less Advance Billing: | 0.00 |
| Total Tax: | 69.93 |
| Reverse Charge Tax: | 0.00 |
| Less Prepaid Deposits: | 0.00 |
| Less Deposit: | 0.00 |
| Rounding: | 0.00 |
| Total | 1,698.93 USD |

ARForm:001:00