# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** ) | |
| ) | Chapter 11 |
| FRANCHISE GROUP, INC. ) | |
| ) | Case No. 24-12480 (LSS) |
| Reorganized Debtor. ) | |
| ) | **Re: Docket No. 1963** |
| ) | |
| ) | Hearing Date: |
| ) | February 18, 2026 at 10:00a.m. ET |
| ) | |
| ) | Objection Deadline: |
| ) | January 29, 2026 at 4:00p.m. ET |

## NOTICE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon the following on January 29, 2026, by the Court's electronic mail system and U.S. Mail, first class, postage prepaid, as follows:

Edmon L. Morton
Matthew B. Lunn
Allison S. Mielke
Shella Borovinskaya
YOUNG CONWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Email: emorton@ycst.com
   mlunn@ycst.com
   amielke@ycst.com
   sborovinskaya@ycst.com

Joshua A. Sussberg, P.C.
Nicole L. Greenblatt, P.C.
Derek I. Hunter
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Ave.
New York, NY 10022
Email: joshua.sussberg@kirkland.com
   nicole.greenblatt@kirkland.com
   derek.hunter@kirkland.com
- and –
Mark McKane, P.C. (admitted *pro hac vice*)
555 California St.
San Francisco, CA 94104
Email: markmckane@kirkland.com
*Co-Counsel to the Reorganized Debtor*

/s/ Gregory W. Hauswirth