IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | Re: D.I. 1960 |

**ORDER GRANTING MOTION OF THE LITIGATION TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL RULE 2004-1 (I) AUTHORIZING EXAMINATION OF PATRICK COZZA, (II) REQUIRING PRODUCTION OF DOCUMENTS, AND (III) GRANTING RELATED RELIEF**

Upon consideration of the *Motion Of The Litigation Trustee For Entry Of An Order Pursuant To Bankruptcy Rule 2004 And Local Rule 2004-1 (I) Authorizing Examination Of Patrick Cozza, (II) Requiring Production Of Documents, And (III) Granting Related Relief* (the "**Motion**")[2] and any responses thereto, any hearing on the Motion and the record thereof, and after due deliberation; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated February 29, 2012, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (iii) notice of the Motion was sufficient under the circumstances; and the Court having determined that good and sufficient cause having been shown;

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

10705898.2

**IT IS HEREBY ORDERED THAT**:

1. The Motion is hereby GRANTED as set forth herein.

2. The Examinee is directed to produce to the Litigation Trustee all Documents in the Examinee's possession, custody or control on or before the fourteenth (14th) day after the date of entry of this Order.

3. The Examinee shall produce to the Litigation Trustee all documents requested pursuant to each Additional Document Request on or before the fourteenth (14th) day after the Litigation Trustee's service of such Additional Document Request upon the Examinee.

4. Upon a notice of deposition issued by the Litigation Trustee, if any, the Examinee shall provide oral deposition testimony in accordance with applicable rules.

5. The Litigation Trustee is authorized but not required to issue one or more subpoenas to the Examinee to enforce compliance with this Order.

6. Nothing in this Order shall be deemed to limit or restrict the Litigation Trustee's right to seek further discovery or other additional examinations, including, but not limited to, under Bankruptcy Rule 2004 or in the context of contested matters or adversary proceedings.

7. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

[REMAINDER OF PAGE IS INTENTIONALLY LEFT BLANK]

8. The Court retains jurisdiction to resolve any disputes arising under or related to this Order, including any discovery disputes that may arise between or among the parties, and to interpret, implement, and enforce the provisions of this Order.

**Dated: February 2nd, 2026**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

10705898.2