**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | ) ) | Case No. 24-12480 (LSS) |
|  | ) |  |
| Reorganized Debtor. | ) ) | Re: Docket No. 1963, 1967 & 1968 |

**CERTIFICATION OF COUNSEL REGARDING *REVISED*
PROPOSED ORDER SUSTAINING REORGANIZED DEBTOR'S
SIXTH (6TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS**

On January 15, 2026, the above-captioned reorganized debtor (the "Reorganized Debtor") filed the *Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims* [Docket No. 1963] (the "Objection")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). A proposed form of order sustaining the Objection was attached thereto as Exhibit 2 (the "Proposed Order"). Attached to the Proposed Order as Exhibits A, B, and C, respectively, were schedules of the (i) Reclassified Claims, (ii) Reduced Claim, and (iii) Reduced and Reclassified Claim subject to the Objection (each a "Schedule" and collectively, the "Schedules").

The deadline for parties to file and serve responses to the relief requested was January 29, 2026, at 4:00 p.m. (prevailing Eastern Time) (as may have been extended for certain parties, the "Response Deadline"). Prior to the Response Deadline, the Reorganized Debtor received

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

informal and formal responses from (i) Louisville Gas & Electric Company; (ii) RetailNext, Inc.; (iii) Constellation NewEnergy, Inc.; (iv) IH 35 Loop 340 Tenancy-in-Common [Docket No. 1967]; and (v) Architectural Graphics, Inc. [Docket No. 1968] (collectively, the "<u>Respondents</u>").  No other responses to the Objection were filed or otherwise received by the Reorganized Debtor prior to the Response Deadline.

To resolve the Respondents' responses, the Reorganized Debtor removed the Respondents' claims from the Schedules, as applicable, and worked with the Respondents to resolve each of their respective claims informally.[3]  Attached hereto as **Exhibit 1** is a revised Proposed Order (including the Schedules thereto) (the "<u>Revised Proposed Order</u>") reflecting such changes.  For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order (including the revised Schedules) against the Proposed Order is attached hereto as **Exhibit 2**.

WHEREFORE, as the Reorganized Debtor did not receive any objections or responses other than as described herein, and the Respondents do not object to entry of the Revised Proposed Order, the Reorganized Debtor respectfully requests that the Court enter the Revised Proposed Order without further notice or a hearing at the Court's earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

---

[3] Subsequent to the filing of the Objection, Wichita County withdrew Proof of Claim No. 2389 (the "<u>Wichita County Claim</u>").  Accordingly, the Reorganized Debtor removed the Wichita County Claim from the Reduced Claim Schedule.

Dated: February 4, 2026
Wilmington, Delaware

*/s/ Shella Borovinskaya*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone: (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile: (212) 446-4900 |
| Telephone: (302) 571-6600 | Email: joshua.sussberg@kirkland.com |
| Facsimile: (302) 571-1253 | nicole.greenblatt@kirkland.com |
| Email: emorton@ycst.com | derek.hunter@kirkland.com |
| mlunn@ycst.com | |
| amielke@ycst.com | - and - |
| sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | Email: mark.mckane@kirkland.com |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |