**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | ) ) ) | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | ) ) | |

**NOTICE OF AGENDA FOR**
**HEARING OF MATTERS SCHEDULED FOR**
**FEBRUARY 18, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

> **All hearings before Judge Silverstein are in person.**
>
> **Permission to appear remotely at any hearing must be approved by chambers. Case participants who are permitted to attend remotely must register using the http://www.deb.uscourts.gov/ecourt-appearances tool described below.**
>
> **The deadline to register for remote attendance is 4:00 P.M. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed. When registering, case participants may choose to attend remotely through video or audio access. Please be aware that if you choose audio access and the proceedings involve witness testimony, you may be disconnected entirely from the hearing or moved to a waiting room and unable to hear that portion of the proceedings. Once you register your appearance, a screen will appear that states "Thank you for registering your appearance in (Case number) (Case name)." An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**
>
> **Please do not contact the United States Bankruptcy Court for the District of Delaware to confirm registration.**

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" or "Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims, and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24 12480 (LSS).

**ADJOURNED/RESOLVED MATTERS**

1.  Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1856, 9/15/25]

    Objection Deadline:   October 6, 2025, at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    A.  Certification of Counsel Regarding Proposed Order Sustaining Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1883, 10/8/25]

    B.  Certification of Counsel Regarding Proposed Order Sustaining Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1893, 10/21/25]

    C.  Order Sustaining Reorganized Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims [D.I. 1894, 10/21/25]

    Responses Received:

    D.  Informal Response from the Internal Revenue Service

    E.  Response by the Tennessee Department of Revenue to the Reorganized Debtors' Second Omnibus Objection to Claims [D.I. 1881, 10/3/25]

    Status:   Item D has been adjourned to a date and time to be determined.  Item E has been consensually resolved.  An order has been entered as to the other claims subject to the objection.  A hearing is not required.

2.  Reorganized Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims [D.I. 1914, 11/17/25]

    Objection Deadline:   December 8, 2025, at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

    A.  Certification of Counsel Regarding Revised Proposed Order Sustaining Reorganized Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims [D.I. 1939, 12/11/25]

    B.  Order Sustaining Reorganized Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims [D.I. 1943, 12/17/25]

Responses Received:

    C. Informal Response of Munib Malik

Status: This matter has been adjourned, solely with respect to Item C, to the omnibus hearing scheduled for March 24, 2026. An order has been entered as to all other claims subject to the objection.

3. Motion of the Litigation Trustee for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 (I) Authorizing Examination of Lisa Fairfax, (II) Requiring Production of Documents, and (III) Granting Related Relief [D.I. 1959, 1/5/26]

Objection Deadline: January 19, 2026, at 4:00 p.m. (prevailing Eastern Time)

Related Documents: None.

Responses Received: None.

Status: The Litigation Trustee is reviewing documents voluntarily produced by the proposed examinee. This matter has been adjourned to a date and time to be determined.

4. Motion of the Litigation Trustee for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 (I) Authorizing Examination of Patrick Cozza, (II) Requiring Production of Documents, and (III) Granting Related Relief [D.I. 1960, 1/5/26]

Objection Deadline: January 19, 2026, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

    A. Certification of No Objection Regarding Motion of the Litigation Trustee for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 (I) Authorizing Examination of Patrick Cozza, (II) Requiring Production of Documents, and (III) Granting Related Relief [D.I. 1966, 1/23/26]

    B. Order Granting Motion of the Litigation Trustee for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 (I) Authorizing Examination of Patrick Cozza, (II) Requiring Production of Documents, and (III) Granting Related Relief [D.I. 1969, 2/2/26]

Responses Received: None.

Status: An order has been entered. A hearing is not required.

**MATTER UNDER CERTIFICATION**

5. Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims [D.I. 1963, 1/15/26]

 Objection Deadline: January 29, 2026, at 4:00 p.m. (prevailing Eastern Time); as extended for certain parties.

 Related Documents:

 A. Certification of Counsel Regarding Revised Proposed Order Sustaining Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims [D.I. 1970, 2/4/26]

 Responses Received:

 B. Informal Responses from the following:

 1. Louisville Gas & Electric Company

 2. RetailNext, Inc.

 3. Constellation NewEnergy, Inc.

 C. Response of IH 35 Loop 340 Tenancy-in-Common to Reorganized Debtor's Sixth (6th) Omnibus Objection (Substantive) to Claims (Docket # 1963) Relating to Claim #3008 [D.I. 1967, 1/23/26]

 D. Response to Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims [D.I. 1968, 1/29/26]

 Status: A certification of counsel has been filed. A hearing is not required unless the Court has questions or concerns.

[*Signature Page Follows*]

Dated: February 13, 2026
Wilmington, Delaware

/s/ Shella Borovinskaya

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|---|---|
| Edmon L. Morton (Del. No. 3856) <br> Matthew B. Lunn (Del. No. 4119) <br> Allison S. Mielke (Del. No. 5934) <br> Shella Borovinskaya (Del. No. 6758) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> Telephone: (302) 571-6600 <br> Facsimile: (302) 571-1253 <br> Email: emorton@ycst.com <br> mlunn@ycst.com <br> amielke@ycst.com <br> sborovinskaya@ycst.com | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) <br> Derek I. Hunter (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> Email: joshua.sussberg@kirkland.com <br> nicole.greenblatt@kirkland.com <br> derek.hunter@kirkland.com <br> <br> - and - <br> <br> Mark McKane, P.C. (admitted *pro hac vice*) <br> 555 California Street <br> San Francisco, California 94104 <br> Telephone: (415) 439-1400 <br> Facsimile: (415) 439-1500 <br> Email: mark.mckane@kirkland.com |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |