# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | ) Case No. 24-12480 (LSS) |
| Reorganized Debtor. | ) |

## NOTICE OF CHANGE OF DEBTOR'S ADDRESS

**PLEASE TAKE NOTICE** that, effective as of the date hereof, the mailing address for Franchise Group, Inc., the reorganized debtor in the above-captioned case, will be as follows:

Franchise Group, Inc.
5835 NW 21st Way
Suite 200
Boca Raton, Florida 33496

[*Remainder of Page Intentionally Left Blank*]

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, Florida 33496. The term "Reorganized Debtors" or "Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims, and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24 12480 (LSS).

Dated: February 17, 2026
Wilmington, Delaware

*/s/ Allison S. Mielke*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** <br> Edmon L. Morton (Del. No. 3856) <br> Matthew B. Lunn (Del. No. 4119) <br> Allison S. Mielke (Del. No. 5934) <br> Shella Borovinskaya (Del. No. 6758) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> Telephone:   (302) 571-6600 <br> Facsimile:   (302) 571-1253 <br> Email:   emorton@ycst.com <br>            mlunn@ycst.com <br>            amielke@ycst.com <br>            sborovinskaya@ycst.com <br><br> *Co-Counsel to the Reorganized Debtor* | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) <br> Derek I. Hunter (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone:   (212) 446-4800 <br> Facsimile:   (212) 446-4900 <br> Email:   joshua.sussberg@kirkland.com <br>            nicole.greenblatt@kirkland.com <br>            derek.hunter@kirkland.com <br><br> - and - <br><br> Mark McKane, P.C. (admitted *pro hac vice*) <br> 555 California Street <br> San Francisco, California 94104 <br> Telephone:   (415) 439-1400 <br> Facsimile:   (415) 439-1500 <br> Email:   mark.mckane@kirkland.com <br><br> *Co-Counsel to the Reorganized Debtor* |