# **EXHIBIT 2**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | ) ) | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | ) ) ) ) ) | Re: Docket No. ___ |

**ORDER SUSTAINING REORGANIZED DEBTOR'S**
**SEVENTH (7TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS**

Upon consideration of the *Reorganized Debtor's Seventh (7th) Omnibus (Substantive) Objection to Claims* (the "Objection")[2] for entry of an order (this "Order") disallowing and expunging certain claims, and the Kelsall Declaration; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334, the Amended Standing Order, and Article IX of the Plan; and having determined that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Reorganized Debtors, the Debtors' estates, their creditors, and other parties in interest; and it appearing that notice of the Objection was good and sufficient upon the particular circumstances

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, Florida 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Objection is SUSTAINED, as set forth herein.

2. The Disputed Claims identified on **Exhibit A** to this Order are hereby disallowed in their entirety.

3. The Reorganized Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each Disputed Claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

4. This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

# **EXHIBIT A**

**No Liability Claims**

Reorganized Debtors' Seventh (7th) Omnibus (Substantive) Objection to Claims

Case 24-12480-LSS   Doc 1975-3   Filed 02/17/26   Page 5 of 5

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

## No Liability Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | Benford, Shaletha<br>Available upon request | 1443 | Franchise Group, Inc. | 01/22/2025 | $800.00 (S)<br>$0.00 (A)<br>$1,600.00 (P)<br>$0.00 (U)<br>$2,400.00 (T) | Claimant filed two claims against Debtor Franchise Group, Inc. – Claim Nos. 1443 and 2809. The Debtors' books and records reflect that the claim was satisfied through payment of Claim No. 2809 and no obligation or liability to claimant on account of such asserted claim remains. Therefore, Claim No. 1443 should be disallowed and expunged. |
| 2 | Ingram, Mary A<br>Available upon request | 906 | Buddy's Newco, LLC | 01/16/2025 | $0.00 (S)<br>Unliquidated (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | According to the Debtors' books and records, the Debtors have no record of ever receiving any goods or services from the claimant. Accordingly, the Debtors have no liability to the claimant under section 503(b)(9) of the Bankruptcy Code, as asserted in the claim. Additionally, the claimant leased furniture pursuant to a rent-to-own contract with the Debtors, and all payments owed by the claimant to the Debtors under the rent-to-own contract have been paid. According to the Debtors' books and records and the rent-to-own contract, the Debtors have no record of any outstanding financial or other obligation owed by the Debtors to the claimant on account of the claim. Accordingly, the Debtors have no liability for the asserted claim. |
| 3 | Jackson, Shirley Ann<br>Available upon request | 810 | Franchise Group, Inc. | 01/14/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,290.00 (P)<br>$0.00 (U)<br>$1,290.00 (T) | Claimant filed two claims against the Debtors – Claim Nos. 810 and 2344 – each filed against different Debtors. The Debtors' books and records reflect that the claim is properly asserted against Debtor American Freight, LLC (Claim No. 2344), and no other Debtor has any obligation or liability to claimant on account of such asserted claim. Therefore, Claim No. 810, asserted against Debtor Franchise Group, Inc., should be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total