## EXHIBIT 2

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  | ) |  |
| --- | --- | --- |
| In re: | ) | Chapter 11 |
|  | ) |  |
| FRANCHISE GROUP, INC.,[1] | ) | Case No. 24-12480 (LSS) |
|  | ) |  |
| Reorganized Debtor. | ) |  |
|  | ) |  |
|  | ) | **Re: Docket No. ___** |
|  | ) |  |

## ORDER SUSTAINING REORGANIZED DEBTOR'S
## EIGHTH (8TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS

Upon consideration of the *Reorganized Debtor's Eighth (8th) Omnibus (Non-Substantive) Objection to Claims* (the "Objection")[2] for entry of an order (this "Order") disallowing and expunging or reassigning certain claims, and the Kelsall Declaration; and this Court having jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334, the Amended Standing Order, and Article IX of the Plan; and having determined that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Reorganized Debtors, the Debtors' estates, their creditors, and other parties in interest; and it appearing that notice of the Objection was good and sufficient upon the particular circumstances

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, Florida 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Objection is SUSTAINED, as set forth herein.

2.      The Amended and Superseded Claims identified on **Exhibit A** to this Order are hereby disallowed and expunged.

3.      The Wrong Debtor Claims identified on **Exhibit B** to this Order are hereby reassigned to the appropriate Debtor as provided on **Exhibit B**.

4.      The Reorganized Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate Order with respect to each Disputed Claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.      Any and all rights of the Reorganized Debtor or of the Litigation Trust to amend, supplement, or otherwise modify the Objection and to file additional objections to any and all claims filed in these Chapter 11 Cases, including, without limitation, any and all of the Disputed Claims, shall be reserved.  Any and all rights, claims, and defenses of the Reorganized Debtors or of the Litigation Trust with respect to any and all of the Disputed Claims shall be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive, or otherwise affect any rights, claims, or defenses of the Reorganized Debtors or of the Litigation Trust with respect to the Disputed Claims.

6.      This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

# EXHIBIT A

**Amended and Superseded Claims**

Reorganized Debtors' Eighth (8th) Omnibus
(Non-Substantive) Objection to Claims

Amended and Superseded Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Name and Address of Claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Name and Address of Claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
| 1 | Arizona Department Of Revenue<br>Office of the Arizona Attorney General - BCE<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave<br>Suite 100<br>Phoenix AZ 85004 | 2934 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$199,367.28 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$199,367.28 (T) | 5/23/2025 | Arizona Department Of Revenue<br>Office of the Arizona Attorney General - BCE<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave<br>Suite 100<br>Phoenix AZ 85004 | 3053 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$203,060.33 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$203,060.33 (T) | 12/18/2025 |
| 2 | California Department of Tax and Fee Administration<br>PO Box 942879<br>Sacramento CA 94279-0029 | 2808 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$492,727.51 (P)<br>$364,729.31 (U)<br>$857,456.82 (T) | 4/23/2025 | California Department of Tax and Fee Administration<br>PO Box 942879<br>Sacramento CA 94279-0029 | 3057 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$427,657.63 (P)<br>$364,729.31 (U)<br>$792,386.94 (T) | 1/19/2026 |
| 3 | City of Redmond<br>PO Box 97010<br>MS:3NFN<br>Redmond WA 98073 | 2064 | Vitamin Shoppe Industries LLC | $614.48 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$614.48 (T) | 1/23/2025 | City of Redmond<br>PO Box 97010<br>MS: 3NFN<br>Redmond WA 98073 | 2207 | Vitamin Shoppe Industries LLC | $614.48 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$614.48 (T) | 1/24/2025 |
| 4 | Connecticut Department of Revenue Services<br>Attn: Litigation Division<br>450 Columbus Blvd<br>Suite 1<br>Hartford CT 06103 | 2850 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$240,566.05 (P)<br>$7,154.60 (U)<br>$247,720.65 (T) | 4/29/2025 | Connecticut Department of Revenue Services<br>Litigation Division<br>450 Columbus Blvd<br>Suite 1<br>Hartford CT 06103 | 2946 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$245,329.12 (P)<br>$7,154.60 (U)<br>$252,483.72 (T) | 6/6/2025 |
| 5 | Department of Taxation, State of Hawaii<br>Attn: Bankruptcy Unit<br>PO Box 259<br>Honolulu HI 96809-0259 | 2861 | American Freight Management Company, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | 4/30/2025 | Department of Taxation, State of Hawaii<br>Attn: Bankruptcy Unit<br>PO Box 259<br>Honolulu HI 96809-0259 | 3044 | American Freight Management Company, LLC | $0.00 (S)<br>$0.00 (A)<br>$13,633.25 (P)<br>$2,748.20 (U)<br>$16,381.45 (T) | 11/4/2025 |
| 6 | Department of Taxation, State of Hawaii<br>Attn: Bankruptcy Unit<br>PO Box 259<br>Honolulu HI 96809-0259 | 3043 | American Freight Management Company, LLC | $0.00 (S)<br>$0.00 (A)<br>$5,620.05 (P)<br>$1,119.50 (U)<br>$6,739.55 (T) | 10/17/2025 | Department of Taxation, State of Hawaii<br>Attn: Bankruptcy Unit<br>PO Box 259<br>Honolulu HI 96809-0259 | 3044 | American Freight Management Company, LLC | $0.00 (S)<br>$0.00 (A)<br>$13,633.25 (P)<br>$2,748.20 (U)<br>$16,381.45 (T) | 11/4/2025 |
| 7 | Employment Development Department of the State of California<br>Attn: Special Procedures Section<br>PO Box 826880<br>Mic 92E<br>Sacramento CA 94280-0001 | 2926 | American Freight Management Company, LLC | $0.00 (S)<br>$15,021.01 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15,021.01 (T) | 5/12/2025 | Employment Development Department of the State of California<br>Attn: Special Procedures Section<br>PO Box 826880<br>Mic 92E<br>Sacramento CA 94280-0001 | 3049 | American Freight Management Company, LLC | $0.00 (S)<br>$871.75 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$871.75 (T) | 11/12/2025 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Eighth (8th) Omnibus
(Non-Substantive) Objection to Claims

Case 24-12480-LSS    Doc 1976-3    Filed 02/17/26    Page 7 of 13
Amended and Superseded Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | REMAINING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Name and Address of Claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Name and Address of Claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
| 8 | Kim, Daniel<br>Available upon request | 314 | American Freight Management Company, LLC | $0.00 (S)<br>$0.00 (A)<br>$106,600.00 (P)<br>$54,000.00 (U)<br>$160,600.00 (T) | 12/2/2024 | Kim, Daniel<br>Available upon request | 379 | American Freight Management Company, LLC | $0.00 (S)<br>$0.00 (A)<br>$106,600.00 (P)<br>$0.00 (U)<br>$106,600.00 (T) | 12/5/2024 |
| 9 | Missouri Department Of Revenue<br>301 W High St<br>PO Box 475<br>Jefferson City MO 65105 | 343 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,434.66 (U)<br>$1,434.66 (T) | 12/3/2024 | Missouri Department Of Revenue<br>301 W High St<br>PO Box 475<br>Jefferson City MO 65105 | 3048 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$1,434.66 (P)<br>$0.00 (U)<br>$1,434.66 (T) | 11/5/2025 |
| 10 | Missouri Department Of Revenue<br>301 W High St<br>PO Box 475<br>Jefferson City MO 65105 | 345 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$392.38 (U)<br>$392.38 (T) | 12/3/2024 | Missouri Department Of Revenue<br>301 W High St<br>PO Box 475<br>Jefferson City MO 65105 | 3047 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$392.38 (P)<br>$0.00 (U)<br>$392.38 (T) | 11/5/2025 |
| | **Total** | | | **$1,489,346.83** | | | | | **$1,390,607.16** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

## EXHIBIT B

**Wrong Debtor Claims**

Reorganized Debtors' Eighth (8th) Omnibus
(Non-Substantive) Objection to Claims

Wrong Debtor

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 1 | Acosta, Alyssa Hope<br>Available upon request | 2247 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/27/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,384.45 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 2 | B.J. McCord D/B/A McCord Business Center<br>Available upon request | 1207 | American Freight Management Company, LLC | American Freight, LLC | 01/21/2025 | $0.00 (S)<br>$0.00 (A)<br>$26,650.00 (P)<br>$0.00 (U)<br>$26,650.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 3 | Baldwin, Benjamin<br>Available upon request | 2228 | Franchise Group, Inc. | American Freight, LLC | 01/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$12,000.00 (P)<br>$0.00 (U)<br>$12,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 4 | Boyd, Justin<br>Available upon request | 2192 | Franchise Group, Inc. | Buddy's Newco, LLC | 01/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$8,640.00 (P)<br>$0.00 (U)<br>$8,640.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Buddy's Newco, LLC. |
| 5 | Brown, A'Nyla Zandria<br>Available upon request | 2219 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/24/2025 | Unliquidated (S)<br>Unliquidated (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 6 | Brown, Deahjane<br>Available upon request | 2271 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/28/2025 | $0.00 (S)<br>$0.00 (A)<br>$550.00 (P)<br>$0.00 (U)<br>$550.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Eighth (8th) Omnibus
(Non-Substantive) Objection to Claims

Case 24-12480-LSS    Doc 1976-3    Filed 02/17/26    Page 10 of 13

Wrong Debtor

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 7 | Cammilleri, Linda<br>Available upon request | 2386 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 02/04/2025 | Unliquidated (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 8 | CDW Direct, LLC<br>Attn: Vida Krug<br>200 N. Milwaukee Ave<br>Vernon Hills IL 60061 | 298 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 11/25/2024 | $0.00 (S)<br>$20,474.08 (A)<br>$0.00 (P)<br>$37,089.65 (U)<br>$57,563.73 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 9 | Clear Pane<br>Attn: Thomas Pane<br>Available upon request | 349 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 12/03/2024 | $0.00 (S)<br>$254,654.89 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$254,654.89 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 10 | CVB Inc.<br>Attn: Nolan Stephen Andreasen<br>1525 West 2960 South<br>Nibley UT 84321 | 128 | Franchise Group, Inc. | American Freight, LLC | 11/19/2024 | $0.00 (S)<br>$36,798.00 (A)<br>$0.00 (P)<br>$309,949.00 (U)<br>$346,747.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 11 | Evans, Lakeisha<br>Available upon request | 1533 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,000.00 (P)<br>$0.00 (U)<br>$2,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 12 | Feliz, Anagy D.<br>Available upon request | 1798 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 01/23/2025 | $0.00 (S)<br>Unliquidated (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Eighth (8th) Omnibus
(Non-Substantive) Objection to Claims

Case 24-12480-LSS    Doc 1976-3    Filed 02/17/26    Page 11 of 13

Wrong Debtor

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 13 | Gateway Retail Partners III, LLC<br>Attn: Matthew Hayden, Manager<br>2960 Fairview Drive<br>Owensboro KY 42303 | 1247 | American Freight FFO, LLC | American Freight, LLC | 01/22/2025 | $0.00 (S)<br>$238,700.00 (A)<br>$0.00 (P)<br>$109,745.69 (U)<br>$348,445.69 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 14 | Green, Rebecca<br>Available upon request | 2101 | Franchise Group, Inc. | American Freight, LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,195.50 (P)<br>$0.00 (U)<br>$1,195.50 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 15 | Hensley, Jesse Richard<br>Available upon request | 2961 | Franchise Group, Inc. | American Freight, LLC | 06/16/2025 | $0.00 (S)<br>$2,500.00 (A)<br>$2,500.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 16 | Hernandez, Julie D.<br>Available upon request | 2162 | Franchise Group, Inc. | American Freight, LLC | 01/23/2025 | $0.00 (S)<br>$2,657.60 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 17 | Jacques, Lasalle<br>Available upon request | 2290 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/28/2025 | $0.00 (S)<br>$0.00 (A)<br>$650.00 (P)<br>$0.00 (U)<br>$650.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 18 | Martin, Paul J<br>Available upon request | 2298 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/28/2025 | $0.00 (S)<br>$0.00 (A)<br>$750.00 (P)<br>$0.00 (U)<br>$750.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Eighth (8th) Omnibus
(Non-Substantive) Objection to Claims

Case 24-12480-LSS    Doc 1976-3    Filed 02/17/26    Page 12 of 13

Wrong Debtor

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 19 | Minor, Demestra Denise Available upon request | 1037 | Franchise Group, Inc. | American Freight, LLC | 01/20/2025 | $0.00 (S) Unliquidated (A) Unliquidated (P) $0.00 (U) Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 20 | Pulaski County Treasurer PO Box 430 Little Rock AR 72203 | 2439 | Franchise Group, Inc. | American Freight, LLC | 02/07/2025 | $0.00 (S) $0.00 (A) $13,296.36 (P) $0.00 (U) $13,296.36 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 21 | Savage, Dakota S. Available upon request | 2095 | Franchise Group, Inc. | American Freight, LLC | 01/23/2025 | $0.00 (S) $0.00 (A) Unliquidated (P) $0.00 (U) Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 22 | Shepherd Jr., Brian Quincy Deshawn Available upon request | 2319 | American Freight Management Company, LLC | American Freight, LLC | 01/29/2025 | $0.00 (S) $0.00 (A) $2,500.00 (P) $0.00 (U) $2,500.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 23 | Shuler, Derrick Available upon request | 1931 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/23/2025 | $0.00 (S) $0.00 (A) $7,500.00 (P) $0.00 (U) $7,500.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 24 | Smalls, Shalika L Available upon request | 429 | Franchise Group Intermediate PSP, LLC | PSP Distribution, LLC | 12/11/2024 | $2,000.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $2,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against PSP Distribution, LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Eighth (8th) Omnibus
(Non-Substantive) Objection to Claims

Case 24-12480-LSS    Doc 1976-3    Filed 02/17/26    Page 13 of 13

Wrong Debtor

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 25 | Summers, Nelson S. Available upon request | 1164 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/21/2025 | $0.00 (S) $0.00 (A) Unliquidated (P) $0.00 (U) Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 26 | Visner, Linda Available upon request | 2355 | Franchise Group, Inc. | American Freight, LLC | 01/31/2025 | $0.00 (S) $0.00 (A) $1,000.00 (P) $0.00 (U) $1,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| | **Claims to be modified totals** | **Count: 26** | | | | **$1,091,143.17** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total