**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC.,[1] | ) | Case No. 24-12480 (LSS) |
| | ) | |
| Reorganized Debtor. | ) | **Re: Docket No. 1963 & 1970** |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING**
**PROPOSED ORDER SUSTAINING REORGANIZED DEBTOR'S**
**SIXTH (6TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS**

On January 15, 2026, the above-captioned reorganized debtor (the "Reorganized Debtor") filed the *Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims* [Docket No. 1963] (the "Objection")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). A proposed form of order sustaining the Objection was attached thereto as Exhibit 2. Attached to the proposed order as Exhibits A, B, and C, respectively, were schedules of the (i) Reclassified Claims, (ii) Reduced Claim, and (iii) Reduced and Reclassified Claim subject to the Objection (each a "Schedule" and collectively, the "Schedules").

On February 4, 2026, the Reorganized Debtor filed the *Certification of Counsel Regarding Revised Proposed Order Sustaining Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims* [Docket No. 1970] (the "Certification of Counsel"). Attached to the Certification of Counsel as Exhibit 1 was a revised Proposed Order (including Schedules thereto)

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

(the "Proposed Order"), which resolved all responding parties' informal and formal responses to the Objection.

On February 18, 2026, the Court held a hearing (the "Hearing") to consider the Objection. At the Hearing, the Court requested additional evidence to support the Reorganized Debtor's objection to certain Reclassified Claims (the "Removed Reclassified Claims"). Consequently, the Reorganized Debtor revised the Schedule of Reclassified Claims (the "Revised Reclassification Schedule") to remove the Removed Reclassified Claims therefrom. Consistent with the Court's request, the Reorganized Debtor intends to submit a supplemental declaration supporting the Objection to the Removed Reclassified Claims and will file a supplemental proposed order seeking to have the Objection to the Removed Reclassified Claims sustained subsequent thereto.

Attached hereto as **Exhibit 1** is the Proposed Order reflecting changes to the Revised Reclassification Schedule.[3] For the convenience of the Court and other interested parties, a blackline comparing the Reclassification Schedule against the Revised Reclassification Schedule is appended as Exhibit A to the Proposed Order attached hereto as **Exhibit 2**.

WHEREFORE, as the Proposed Order and the Schedules thereto reflect a resolution of all informal and formal comments to the Objection and are consistent with the Court's comments at the Hearing, the Reorganized Debtor respectfully requests that the Court enter the Proposed Order without further notice or a hearing at the Court's earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

---

[3] No changes were made to the Revised Proposed Order filed with the Certification of Counsel or to the Reduced and Reclassified Claim Schedule.

Dated: February 18, 2026
Wilmington, Delaware

*/s/ Shella Borovinskaya*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) <br> Matthew B. Lunn (Del. No. 4119) <br> Allison S. Mielke (Del. No. 5934) <br> Shella Borovinskaya (Del. No. 6758) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> Telephone: (302) 571-6600 <br> Facsimile: (302) 571-1253 <br> Email: emorton@ycst.com <br> mlunn@ycst.com <br> amielke@ycst.com <br> sborovinskaya@ycst.com | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) <br> Derek I. Hunter (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> Email: joshua.sussberg@kirkland.com <br> nicole.greenblatt@kirkland.com <br> derek.hunter@kirkland.com <br><br> - and - <br><br> Mark McKane, P.C. (admitted *pro hac vice*) <br> 555 California Street <br> San Francisco, California 94104 <br> Telephone: (415) 439-1400 <br> Facsimile: (415) 439-1500 <br> Email: mark.mckane@kirkland.com |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |