## <u>EXHIBIT 1</u>

**Revised Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRANCHISE GROUP, INC.,[1] | ) Case No. 24-12480 (LSS) |
| | ) |
| Reorganized Debtor. | ) |
| | ) |
| | ) |
| | ) Re:  Docket No. 1963 |

## ORDER SUSTAINING REORGANIZED DEBTOR'S
## SIXTH (6TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

Upon consideration of the *Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims* (the "Objection")[2] for entry of an order (this "Order") reclassifying and/or modifying certain claims, and the Kelsall Declaration; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334, the Amended Standing Order, and Article IX of the Plan; and having determined that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Reorganized Debtors, the Debtors' estates, their creditors, and other parties in interest; and it appearing that notice of the Objection was good and sufficient upon the particular circumstances

---

[1]    The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876.  The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456.  The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/.  All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1.      The Objection is SUSTAINED, as set forth herein.

2.      The Reclassified Claims identified on **Exhibit A** to this Order are hereby reclassified to the classification status set forth in the column titled *Modified Claim Amount and/or Priority* on **Exhibit A** to this Order.

3.      The Reduced and Reclassified Claim identified on **Exhibit B** to this Order is hereby modified and reclassified to the amount and classification status set forth in the column titled *Modified Claim Amount and/or Priority* on **Exhibit B** to this Order.

4.      The Reorganized Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each Disputed Claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.      This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

**<u>EXHIBIT A</u>**

**Reclassified Claims**

Reorganized Debtor's Sixth (6th) Omnibus
(Substantive) Objection to Claims

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | B.J. McCord D/B/A McCord Business Center<br>111 Lower Turtle Creek Road<br>Kerrville, TX 78028 | 1207 | American Freight Management Company, LLC | 01/21/2025 | $0.00 (S)<br>$0.00 (A)<br>$26,650.00 (P)<br>$0.00 (U)<br>$26,650.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,650.00 (U)<br>$26,650.00 (T) | Claimant asserts amounts owed in connection with rejection damages, which do not qualify for priority treatment under section 507(a)(5) of the Bankruptcy Code. Therefore, this claim should be reclassified as general unsecured claim. |
| 2 | Cindy Gatto as Class Rep<br>c/o Kessler Matura P.C.<br>534 Broadhollow Rd.<br>Suite 275<br>Melville, NY 11747 | 1454 | PSP Stores, LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$179,793.31 (P)<br>$4,270,261.04 (U)<br>$4,450,054.35 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,450,054.35 (U)<br>$4,450,054.35 (T) | Claimant asserts, on behalf of herself and a similarly situated class, $179,793.31 for unpaid wages allegedly owed to groomers working for PSP Stores, LLC between the years of 2016–2022 and claims that such amounts are entitled to priority status.  This claim is not for unpaid wages owed within the 180 days preceding the Petition Date and does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code.  Therefore, this claim should be reclassified to a general unsecured claim. |
| 3 | Electrolux Consumer Products, Inc.<br>Two Alliance Center<br>c/o Thompson Hine LLP<br>Attn: Austin B. Alexander, Esq.<br>3560 Lenox Rd. NE Suite 1600<br>Atlanta, GA 30326 | 1539 | American Freight Outlet Stores, LLC | 01/23/2025 | $0.00 (S)<br>$489,444.28 (A)<br>$0.00 (P)<br>$1,462,740.82 (U)<br>$1,952,185.10 (T) | $0.00 (S)<br>$478,365.74 (A)<br>$0.00 (P)<br>$1,473,819.36 (U)<br>$1,952,185.10 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records reflect that the Debtors received goods from claimant during the twenty days prior to the Petition Date only in the amount of $478,365.74, and the balance of the asserted administrative amount should be reclassified as a general unsecured claim. Therefore, this claim should be reclassified as indicated. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Sixth (6th) Omnibus
(Substantive) Objection to Claims

# Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 4 | Gatto, Cindy c/o Kessler Matura P.C. 534 Broadhollow Rd. Suite 275 Melville, NY 11747 | 1455 | PSP Stores, LLC | 01/23/2025 | $0.00 (S) $0.00 (A) $150,000.00 (P) $0.00 (U) $150,000.00 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $150,000.00 (U) $150,000.00 (T) | Claimant asserts amounts owed for damages allegedly owed for employment discrimination.  This claim is not for amounts owed for unpaid wages earned within the 180 days preceding the Petition Date and does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code.  Therefore, this claim should be reclassified to a general unsecured claim. |
| 5 | Hunkar Data & Barcode Systems, Inc. 2368 Victory Parkway Suite 210 Cincinnati, OH 45206 | 1244 | Vitamin Shoppe Procurement Services, LLC | 01/22/2025 | $0.00 (S) $20,114.80 (A) $0.00 (P) $0.00 (U) $20,114.80 (T) | $0.00 (S) $16,514.80 (A) $0.00 (P) $3,600.00 (U) $20,114.80 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records reflect that the Debtors received goods from claimant during the twenty days prior to the Petition Date only in the amount of $16,514.80, and the balance of the asserted administrative amount should be reclassified as a general unsecured claim. Therefore, this claim should be reclassified as indicated. |
| 6 | IQBAR, Inc. Attn: Grant Anderson 20755 Manchester Ct. Brookfield, WI 53045 | 2908 | Vitamin Shoppe Procurement Services, LLC | 05/06/2025 | $0.00 (S) $864.00 (A) $0.00 (P) $0.00 (U) $864.00 (T) | $0.00 (S) $0.00 (A) $0.00 (P) $864.00 (U) $864.00 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records do not reflect the receipt of any goods from the claimant within twenty days of the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Sixth (6th) Omnibus
(Substantive) Objection to Claims

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 7 | Nashua Wastewater<br>229 Main St.<br>Nashua, NH 03061 | 578 | Pet Supplies "Plus", LLC | 12/27/2024 | Unliquidated (S)<br>$0.00 (A)<br>$274.29 (P)<br>$0.00 (U)<br>$274.29 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$274.29 (U)<br>$274.29 (T) | Claimant asserts amounts owed in connection with utility services, which do not qualify for priority under section 507(a)(8) of the Bankruptcy Code and are not evidenced by a lien or secured by collateral. Therefore, this claim should be reclassified and modified as indicated. |
| 8 | Springfield Sign and Graphics, Inc.<br>Attn: Michael Payne<br>4825 E Kearney St.<br>Springfield, MO 65803 | 762 | American Freight, LLC | 01/13/2025 | $0.00 (S)<br>$43,194.07 (A)<br>$0.00 (P)<br>$82,841.17 (U)<br>$126,035.24 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$126,035.24 (U)<br>$126,035.24 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records do not reflect the receipt of any goods from the claimant within twenty days of the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |
| 9 | Steve Silver Company<br>PO Box 205262<br>Dallas, TX 75320-5262 | 1553 | American Freight, LLC | 01/23/2025 | $0.00 (S)<br>$160,372.31 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$160,372.31 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$160,372.31 (U)<br>$160,372.31 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records do not reflect the receipt of any goods from the claimant within twenty days of the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Sixth (6th) Omnibus
(Substantive) Objection to Claims

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 10 | XTGlobal, Inc.<br>2701 Dallas Parkway<br>Suite 300<br>Plano, TX 75093 | 2569 | American Freight, LLC | 02/25/2025 | $0.00 (S)<br>$0.00 (A)<br>$12,400.00 (P)<br>$1,348.00 (U)<br>$13,748.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,748.00 (U)<br>$13,748.00 (T) | Claimant is a third-party contractor asserting $12,400 owed in connection with a staffing services contract under section 507(a)(4) of the Bankruptcy Code.  Claimant was not the Debtors' employee and this claim does not qualify for priority treatment under section 507(a)(4) of the Bankruptcy Code.  Therefore, this claim should be reclassified as a general unsecured claim. |
| | **Claims to be modified totals** | **Count: 10** | | | **$6,900,298.09** | **$6,900,298.09** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

## EXHIBIT B

**Reduced and Reclassified Claim**

Reorganized Debtor's Sixth (6th) Omnibus
(Substantive) Objection to Claims

# Reduced and Reclassifed Claim

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | McCoy, Elijah J. Available upon request | 1797 | Franchise Group, Inc. | 01/23/2025 | $0.00 (S) $3,800.00 (A) $3,800.00 (P) $0.00 (U) $7,600.00 (T) | $0.00 (S) $0.00 (A) $3,800.00 (P) $0.00 (U) $3,800.00 (T) | Claimant is an employee asserting amounts owed in connection with wages and is not a supplier of goods.  Therefore, the $3,800 asserted under section 503(b)(9) of the Bankruptcy Code does not qualify for administrative status and should be reduced and reclassified as indicated herein. |
| | **Claims to be modified totals** | **Count: 1** | | | **$7,600.00** | **$3,800.00** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total