**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>**Re: Docket Nos. 1955** |

**CERTIFICATION OF COUNSEL REGARDING**
**STIPULATION GRANTING LIMITED RELIEF FOR**
**DANIEL LARSEN AND NELIA LOPEZ FROM THE PLAN INJUNCTION**

The undersigned hereby certifies as follows:

1. On December 31, 2025, Daniel Larsen and Nelia Lopez (the "**Plaintiffs**") filed a motion [Docket No. 1955] (the "**Motion**") seeking relief from the automatic stay and/or Plan injunction[2] to proceed in a pending state court action against certain Debtors.

2. Since the filing of the Motion, the Litigation Trustee and the Plaintiffs have agreed to a consensual resolution of the Motion as set forth in that certain *Stipulation Granting Daniel Larsen and Nelia Lopez Limited Relief from the Plan Injunction* (the "Stipulation"), which is attached as Exhibit 1 to the proposed form of order attached hereto as **Exhibit A** (the "Proposed Order"). The Stipulation, by its terms, is effective only upon entry of the Proposed Order.

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. The terms "Reorganized Debtors" or "Debtors" (as defined below), as applicable, also include certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used and not defined herein have the meaning ascribed in the Stipulation or in the *Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and its Debtor Affiliates* [D.I. 1596-1] (the "Plan"), as applicable.

3.      Counsel for the Reorganized Debtor, and counsel for the insurer identified in the Stipulation, have reviewed and have consented to, or have no objection to, the Stipulation and Proposed Order.

WHEREFORE, as the Litigation Trustee the Litigation Trustee respectfully requests entry of the Proposed Order at the Court's earliest convenience without further notice or a hearing.

| | |
|---|---|
| Dated: February 20, 2026<br>Wilmington, Delaware | **RAINES FELDMAN LITTRELL LLP**<br><br>*/s/ Mark W. Eckard*<br>Thomas J. Francella, Jr. (No. 3835)<br>Mark W. Eckard (No. 4542)<br>824 North King Street, Suite 805<br>Wilmington, DE 19801<br>(302) 772-5803<br>tfrancella@raineslaw.com<br>meckard@raineslaw.com<br><br>- and -<br><br>Hamid R. Rafatjoo (*pro hac vice*)<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Telephone: (310) 440-4100<br>Email: hrafatjoo@raineslaw.com<br><br>- and –<br><br>David S. Forsh (*pro hac vice*)<br>1350 Avenue of the Americas, 22nd Floor<br>New York, NY 10019<br>Telephone: (917) 790-7100<br>Email: dforsh@raineslaw.com<br><br>*Counsel to the Litigation Trustee* |