**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |
| | Re: Docket No. 1955, 1983 |

**ORDER APPROVING STIPULATION GRANTING LIMITED RELIEF**
**FOR DANIEL LARSEN AND NELIA LOPEZ FROM THE PLAN INJUNCTION**

Upon consideration of the *Stipulation Granting Daniel Larsen and Nelia Lopez Limited Relief from the Plan Injunction*, attached hereto as **Exhibit 1** (the "Stipulation"), by and between Lawrence R. Hirsh, as the Litigation Trustee of the Litigation Trust,[2] and Daniel Larsen and Nelia Lopez (together, the "Plaintiffs," and collectively with the Litigation Trustee, the "Parties" and each, a "Party"); all as more fully set forth in the Stipulation; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter of a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used and not otherwise defined herein have the meaning ascribed in the Stipulation or in the *Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and its Debtor Affiliates* [D.I. 1596-1] (the "Plan"), as applicable.

Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved in all respects and the terms of the Stipulation are incorporated by reference into this order (this "<u>Order</u>") as if fully set forth herein.

2. The Plan Injunction is hereby modified solely to the extent set forth in paragraph 2 of the Stipulation. Except as expressly set forth therein, the Plan Injunction shall remain in full force and effect with respect to the Debtors, the Reorganized Debtors, their estates, and all creditors.

3. Notwithstanding Bankruptcy Rule 4001(a)(3), the terms of this Order shall be immediately effective and enforceable upon its entry.

4. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate and implement the terms and provisions of the Stipulation.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the Stipulation.

**Dated:** February 24th, 2026
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE