# EXHIBIT A[1]

## Fully Satisfied Filed Claims

---

[1] Capitalized terms used but not otherwise defined on **Exhibit A** shall have the meanings ascribed to such terms in the Notice.

Satisfaction Schedule | Fully Satisfied Filed Claims | Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 1 | 84401 Newfoundland and Labrador Inc.<br>Attn: Lisa Wheeler<br>145 Aberdeen Avenue<br>Unit 1<br>St John's NL A1A 5P6<br>Canada | 153 | Vitamin Shoppe Procurement Services, LLC | 11/20/2024 | $0.00 | $2,102,607.07 | $0.00 | $1,176,419.47 | $3,279,026.54 | By agreement of the parties, claim was satisfied as follows:<br>- on 11/12/2024 in amount of $1,011,012.47;<br>- on 11/22/2024 in amount of $1,061,925.93;<br>- on 12/13/2024 in amount of $349,653.08;<br>- on 1/3/2025 in amount of $349,653.08; and<br>- on 2/7/2025 in amount of $403,671.80. |
| 2 | Acorn Pet Products, LLC<br>PO Box 15396<br>Scottsdale AZ 85267 | 4 | Pet Supplies "Plus", LLC | 11/6/2024 | $0.00 | $72,047.09 | $0.00 | $0.00 | unliquidated | Claim satisfied on 11/22/2024 in amount of $68,047.08 by agreement of the parties. |
| 3 | Ancient Brands, LLC<br>2000 Mallory Lane<br>Suite 130-307<br>Franklin TN 37067 | 12 | Franchise Group, Inc. | 11/7/2024 | $0.00 | $340,676.85 | $0.00 | $187,044.20 | $527,721.05 | By agreement of the parties, claim was satisfied as follows:<br>- on 11/12/2024 in amount of $59,733.40;<br>- on 11/15/2025 in amount of $21,859.02;<br>- on 11/22/2024 in amount of $523.43; and<br>- on 1/30/2025 in amount of $64,784.84. |
| 4 | Anderson, Sonia<br>Available upon request | 1444 | Franchise Group, Inc. | 1/22/2025 | $0.00 | $0.00 | $400.01 | $0.00 | $400.01 | Claim Satisfied on 10/2/2025 in amount of $400.01 via check. |
| 5 | Andrews, Lawrissa Briana<br>Available upon request | 697 | American Freight, LLC | 1/11/2025 | $0.00 | $0.00 | $1,088.73 | $0.00 | $1,088.73 | Claim satisfied on 10/2/2025 in amount of $1,088.73 via check. |
| 6 | Approved Freight Forwarders<br>9089 Clairemont Mesa Blvd.<br>Suite 301<br>San Diego CA 92123 | 470 | Franchise Group, Inc. | 12/13/2024 | $0.00 | $44,213.48 | $0.00 | $0.00 | $44,213.48 | Claim satisfied on 12/13/2024 in amount of $44,213.48 by agreement of the parties. |
| 7 | Arizona Nutritional Supplements<br>c/o Greenberg Traurig, LLP<br>Attn: Dennis A. Meloro<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington DE 19801 | 2170 | Vitamin Shoppe Procurement Services, LLC | 1/23/2025 | $0.00 | unliquidated | $0.00 | $0.00 | unliquidated | Claim satisfied on 1/12/2025 in amount of $916,111.36 by agreement of the parties. |

Satisfaction Schedule

# Fully Satisfied Filed Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 8 | Bargreen Ellingson Inc.<br>6626 Tacoma Mall Blvd<br>Suite B<br>Tacoma WA 98409 | 604 | Vitamin Shoppe Industries LLC | 12/30/2024 | $0.00 | $45,145.10 | $0.00 | $127,526.81 | $172,671.91 | Claim satisfied on 5/21/2025 in amount of $163,666.81 via check in accordance with contract cure obligations. |
| 9 | Bell, Danielle Edna<br>Available upon request | 1135 | Franchise Group, Inc. | 01/21/2025 | $0.00 | $0.00 | $555.00 | $0.00 | $555.00 | Claim satisfied on 11/24/2025 in amount of $555.00 via check. |
| 10 | Bello, Vincent<br>Available upon request | 671 | Franchise Group, Inc. | 01/09/2025 | $0.00 | $0.00 | $3,200.01 | $0.00 | $3,200.01 | Claim satisfied on 11/24/2025 in amount of $3,200.01 via check. |
| 11 | Benford, Shaletha<br>Available upon request | 2809 | Franchise Group, Inc. | 4/23/2025 | $0.00 | $0.00 | $800.00 | $0.00 | $800.00 | Claim satisfied on 10/2/2025 in amount of $800.00 via check. |
| 12 | BNG MiraclePet LLC<br>c/o Thompson Coburn LLP<br>Attn: David D. Farrell<br>One US Bank Plaza<br>Suite 2700<br>505 N. Seventh Street<br>Saint Louis MO 63101 | 158 | PSP Distribution, LLC | 11/21/2024 | $0.00 | $12,047.28 | $0.00 | $0.00 | $12,047.28 | Claim satisfied on 11/26/2024 in amount of $40,574.91 by agreement of the parties. |
| 13 | Buckeye Corrugated, Inc.<br>c/o Shumaker, Loop & Kendrick, LLP<br>101 S. Tryon Street<br>Suite 2200<br>Charlotte NC 28280 | 907 | Pet Supplies "Plus", LLC | 1/16/2025 | $0.00 | $43,558.88 | $0.00 | $0.00 | $43,558.88 | Claim satisfied on 12/16/2024 in amount of $43,852.02 via check. |
| 14 | Buckeye Corrugated, Inc.<br>c/o Shumaker, Loop & Kendrick, LLP<br>101 S. Tryon Street<br>Suite 2200<br>Charlotte NC 28280 | 914 | PSP Distribution, LLC | 1/16/2025 | $0.00 | $142,276.54 | $0.00 | $15,343.74 | $157,620.28 | Claim satisfied on 12/31/2024 in amount of $157,620.28. |
| 15 | Bum Energy, LLC<br>760 NW Enterprise Dr<br>Port St. Lucie FL 34985 | 82 | Vitamin Shoppe Procurement Services, LLC | 11/16/2024 | $0.00 | $353,952.00 | $0.00 | $0.00 | $353,952.00 | Claim satisfied on 12/5/2024 in amount of $105,840.00 by agreement of the parties. |

Satisfaction Schedule  Fully Satisfied Filed Claims  Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 16 | Burley, Carolyn<br>Available upon request | 1816 | Franchise Group, Inc. | 01/23/2025 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Claim satisfied on 11/24/2025 in amount of $1,000.00 via check. |
| 17 | Canidae LLC<br>c/o AR Department<br>Attn: Nicki Murnane<br>3101 Stephen F Austin Drive<br>Brownwood TX 76801 | 27 | Franchise Group, Inc. | 11/12/2024 | $0.00 | $38,886.50 | $0.00 | $224,065.94 | $262,952.44 | Claim satisfied on 11/25/2024 in amount of $254,686.28 by agreement of the parties. |
| 18 | Casey, Walter<br>Available upon request | 2235 | American Freight, LLC | 1/24/2025 | $0.00 | $0.00 | $1,179.88 | $0.00 | $1,179.88 | Claim satisfied on 10/2/2025 in amount of $1,179.88 via check. |
| 19 | Celsius, Inc.<br>c/o Cadwalader, Wickersham & Taft LLP<br>Attn: Anthony L. Greene<br>200 Liberty Street<br>New York NY 10281 | 1602 | Vitamin Shoppe Florida, LLC | 1/23/2025 | $0.00 | $521,174.08 | $0.00 | $386,820.45 | $907,994.53 | Claim satisfied on 1/31/2025 in amount of $540,312.37 by agreement of the parties. |
| 20 | Celsius, Inc.<br>c/o Cadwalader, Wickersham & Taft LLP<br>Attn: Anthony L. Greene<br>200 Liberty Street<br>New York NY 10281 | 1616 | Vitamin Shoppe Procurement Services, LLC | 1/23/2025 | $0.00 | $521,174.08 | $0.00 | $386,820.45 | $907,994.53 | Claim satisfied on 1/31/2025 in amount of $540,312.37 by agreement of the parties. |
| 21 | Celsius, Inc.<br>c/o Cadwalader, Wickersham & Taft LLP<br>Attn: Anthony L. Greene<br>200 Liberty Street<br>New York NY 10281 | 1618 | Vitamin Shoppe Franchising, LLC | 1/23/2025 | $0.00 | $521,174.08 | $0.00 | $386,820.45 | $907,994.53 | Claim satisfied on 1/31/2025 in amount of $540,312.37 by agreement of the parties. |
| 22 | Celsius, Inc.<br>c/o Cadwalader, Wickersham & Taft LLP<br>Attn: Anthony L. Greene<br>200 Liberty Street<br>New York NY 10281 | 1620 | Vitamin Shoppe Mariner, LLC | 1/23/2025 | $0.00 | $521,174.08 | $0.00 | $386,820.45 | $907,994.53 | Claim satisfied on 1/31/2025 in amount of $540,312.37 by agreement of the parties. |

| Satisfaction Schedule | | | Fully Satisfied Filed Claims | | | | | | Primary case number: 24-12480 (LSS) In re: Franchise Group, Inc., et al. |
|---|---|---|---|---|---|---|---|---|---|

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 23 | Celsius, Inc. c/o Cadwalader, Wickersham & Taft LLP Attn: Anthony L. Greene 200 Liberty Street New York NY 10281 | 1621 | Vitamin Shoppe Global, LLC | 1/23/2025 | $0.00 | $521,174.08 | $0.00 | $386,820.45 | $907,994.53 | Claim satisfied on 1/31/2025 in amount of $540,312.37 by agreement of the parties. |
| 24 | Celsius, Inc. c/o Cadwalader, Wickersham & Taft LLP Attn: Anthony L. Greene 200 Liberty Street New York NY 10281 | 1640 | Franchise Group New Holdco, LLC | 1/23/2025 | $0.00 | $521,174.08 | $0.00 | $386,820.45 | $907,994.53 | Claim satisfied on 1/31/2025 in amount of $540,312.37 by agreement of the parties. |
| 25 | Celsius, Inc. c/o Cadwalader, Wickersham & Taft LLP Attn: Anthony L. Greene 200 Liberty Street New York NY 10281 | 1650 | Vitamin Shoppe Industries LLC | 1/23/2025 | $0.00 | $521,174.08 | $0.00 | $386,820.45 | $907,994.53 | Claim satisfied on 1/31/2025 in amount of $540,312.37 by agreement of the parties. |
| 26 | Celsius, Inc. c/o Cadwalader, Wickersham & Taft LLP Attn: Anthony L. Greene 200 Liberty Street New York NY 10281 | 1668 | Franchise Group Intermediate V, LLC | 1/23/2025 | $0.00 | $521,174.08 | $0.00 | $386,820.45 | $907,994.53 | Claim satisfied on 1/31/2025 in amount of $540,312.37 by agreement of the parties. |
| 27 | Celsius, Inc. c/o Cadwalader, Wickersham & Taft LLP Attn: Anthony L. Greene 200 Liberty Street New York NY 10281 | 1753 | Valor Acquisition, LLC | 1/23/2025 | $0.00 | $521,174.08 | $0.00 | $386,820.45 | $907,994.53 | Claim satisfied on 1/31/2025 in amount of $540,312.37 by agreement of the parties. |

Satisfaction Schedule

Fully Satisfied Filed Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 28 | Celsius, Inc. c/o Cadwalader, Wickersham & Taft LLP Attn: Anthony L. Greene 200 Liberty Street New York NY 10281 | 1766 | Franchise Group Newco V, LLC | 1/23/2025 | $0.00 | $521,174.08 | $0.00 | $386,820.45 | $907,994.53 | Claim satisfied on 1/31/2025 in amount of $540,312.37 by agreement of the parties. |
| 29 | Celsius, Inc. c/o Cadwalader, Wickersham & Taft LLP Attn: Anthony L. Greene 200 Liberty Street New York NY 10281 | 1945 | Betancourt Sports Nutrition, LLC | 1/23/2025 | $0.00 | $521,174.08 | $0.00 | $386,820.45 | $907,994.53 | Claim satisfied on 1/31/2025 in amount of $540,312.37 by agreement of the parties. |
| 30 | Celsius, Inc. c/o Cadwalader, Wickersham & Taft LLP Attn: Anthony L. Greene 200 Liberty Street New York NY 10281 | 1986 | Franchise Group Intermediate Holdco, LLC | 1/23/2025 | $0.00 | $521,174.08 | $0.00 | $386,820.45 | $907,994.53 | Claim satisfied on 1/31/2025 in amount of $540,312.37 by agreement of the parties. |
| 31 | Celsius, Inc. c/o Cadwalader, Wickersham & Taft LLP Attn: Anthony L. Greene 200 Liberty Street New York NY 10281 | 1871 | Franchise Group, Inc. | 1/23/2025 | $0.00 | $521,174.08 | $0.00 | $386,820.45 | $907,994.53 | Claim satisfied on 1/31/2025 in amount of $540,312.37 by agreement of the parties. |
| 32 | ChromaDex, Inc. 1735 Flight Way Suite 200 Tustin CA 92782 | 16 | Franchise Group, Inc. | 11/7/2024 | $0.00 | $28,375.20 | $0.00 | $49,952.91 | $78,328.11 | Claim satisfied on 12/5/2024 in amount of $7,088.23, on 12/20/2024 in amount of $23,500.80, and on 1/17/2025 in amount of $28,339.20 by agreement of the parties. |
| 33 | Cleckler, Rose Marie Available upon request | 1031 | Franchise Group, Inc. | 01/20/2025 | $0.00 | $0.00 | $1,720.01 | $0.00 | $1,720.01 | Claim satisfied on 11/24/2025 in amount of $1,720.01 via check. |
| 34 | Collins, Tekesha Available upon request | 746 | American Freight FFO, LLC | 01/13/2025 | $0.00 | $162.94 | $0.00 | $0.01 | $162.95 | Claim satisfied on 10/2/2025 in amount of $162.94 via check. |

| Satisfaction Schedule | | | | Fully Satisfied Filed Claims | | | | | | Primary case number: 24-12480 (LSS)<br>In re: Franchise Group, Inc., et al. |
|---|---|---|---|---|---|---|---|---|---|---|

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 35 | Consumer Insights, Inc.<br>5455 Corporate Drive<br>Suite 120<br>Troy MI 48098 | 505 | Franchise Group, Inc. | 12/18/2024 | $0.00 | $7,951.00 | $0.00 | $0.00 | $7,951.00 | Claim satisfied on 5/22/2025 in amount of $7,951.00 in accordance with contract cure obligations. |
| 36 | Cooper, Ricky<br>Available upon request | 2618 | Franchise Group, Inc. | 3/10/2025 | $0.00 | $0.00 | $275.00 | $0.00 | $275.00 | Claim satisfied on 10/2/2024 in amount of $275.00 via check. |
| 37 | Craig, Michael F<br>Available upon request | 1228 | American Freight, LLC | 1/22/2025 | $0.00 | $0.00 | $790.00 | $0.00 | $790.00 | Claim satisfied on 10/2/2024 in amount of $790.00 via check. |
| 38 | Daniels, Jaletha<br>Available upon request | 737 | American Freight, LLC | 1/13/2025 | $449.00 | $0.00 | $0.00 | $0.00 | $449.00 | Claim satisfied on 10/2/2024 in amount of $449.00 via check. |
| 39 | Davis, Aboni<br>Available upon request | 1462 | Franchise Group, Inc. | 1/23/2025 | $0.00 | $0.00 | $420.00 | $0.00 | $420.00 | Claim satisfied on 10/2/2024 in amount of $420.00 via check. |
| 40 | De Jesus Morales, Neysha<br>Available upon request | 2213 | American Freight FFO, LLC | 1/26/2025 | $0.00 | $215.60 | $0.00 | $0.00 | $215.60 | Claim satisfied on 10/2/2024 in amount of $215.60 via check. |
| 41 | Direct Source Inc<br>8176 Mallory Court<br>Chanhassen MN 55317 | 2364 | Vitamin Shoppe Industries LLC | 02/03/2025 | $0.00 | $31,937.83 | $0.00 | $12,857.37 | $44,795.20 | Claim satisfied on 5/20/2025 in amount of $44,795.20 in connection with the assumption and assignment of the parties' underlying executory contract or unexpired lease and the satisfaction of outstanding cure amounts. |
| 42 | Eaton, Dangelo<br>Available upon request | 1073 | American Freight Outlet Stores, LLC | 01/21/2025 | $851.87 | $0.00 | $0.00 | $0.00 | $851.87 | Claim satisfied on 11/24/2025 in amount of $851.87 via check. |

| Satisfaction Schedule | | | | | Fully Satisfied Filed Claims | | | | Primary case number: 24-12480 (LSS) In re: Franchise Group, Inc., et al. | |
|---|---|---|---|---|---|---|---|---|---|---|

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 43 | Electrolux Consumer Products, Inc. c/o Thompson Hine LLP Attn: Austin B. Alexander Two Alliance 3560 Lenox Rd. NE, Suite 1600 Atlanta GA 30326 | 1548 | Buddy's Newco, LLC | 1/23/2025 | $0.00 | $14,221.81 | $0.00 | $26,995.81 | $41,217.62 | Claim satisfied via check as follows: - on 11/27/2025 in amount of $2,937.00; - on 12/12/2024 in amount of $11,621.00; - on 12/19/2024 in amount of $19,507.21; - on 1/5/2025 in amount of $6,007.00; and Any remaining balance was offset by credits in the amount of $1,145.41. |
| 44 | Felton, Trenica Available upon request | 973 | Franchise Group, Inc. | 1/17/2025 | $0.00 | $299.99 | $0.00 | $0.00 | $299.99 | Claim satisfied on 10/2/2025 in amount of $299.99 via check. |
| 45 | Foundever Operating Corporation c/o Frost Brown Todd LLP 400 West Market Street Suite 3200 Louisville KY 40202 | 791 | Vitamin Shoppe Industries LLC | 1/14/2025 | $0.00 | $189,702.76 | $0.00 | $190,175.05 | $379,877.81 | Claim satisfied on 5/21/2025 in amount of $379,977.81 via check in accordance with contract cure obligations. |
| 46 | Hay, John G. Available upon request | 1396 | Franchise Group, Inc. | 01/22/2025 | $0.00 | $725.00 | $0.00 | $0.00 | $725.00 | Claim satisfied on 11/24/2025 in amount of $725.00 via check. |
| 47 | HYG Financial Services, Inc. 800 Walnut Street MAC F0006-052 Des Moines IA 50309 | 431 | Franchise Group, Inc. | 12/11/2024 | $72,090.00 | $0.00 | $0.00 | $36,640.37 | $108,730.37 | Claim satisfied on 5/20/2025 in amount of $32,178.48 in connection with the assumption and assignment of the parties' underlying executory contract or unexpired lease and the satisfaction of outstanding cure amounts. |
| 48 | Iron Mountain Information Management, LLC 1101 Enterprise Drive Royersford PA 19468 | 1769 | Vitamin Shoppe Global, LLC | 1/23/2025 | $1,450.00 | $0.00 | $0.00 | $69,206.09 | $70,656.09 | Claim satisfied on 5/21/2025 in amount of $54,519.91 via check in accordance with contract cure obligations. |
| 49 | Isatori, Inc. 5214 S 136th St Omaha NE 68137 | 723 | Vitamin Shoppe Procurement Services, LLC | 1/13/2025 | $0.00 | $43,350.48 | $0.00 | $11,247.12 | $54,597.60 | Claim satisfied on 10/2/2025 in amount of $52,725.91 (check #342586) in accordance with contract cure obligations. |
| 50 | Jackson, Adrian Available upon request | 937 | Franchise Group, Inc. | 01/16/2025 | $0.00 | $0.00 | $992.49 | $0.00 | $992.49 | Claim satisfied on 11/24/2025 in amount of $992.49 via check. |

Satisfaction Schedule

# Fully Satisfied Filed Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount ||||| Reason for Satisfaction |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 51 | Jazwares, LLC<br>955 Shotgun Road<br>Sunrise FL 33326 | 2529 | Pet Supplies "Plus", LLC | 2/18/2025 | unliquidated | $238,788.00 | $0.00 | $0.00 | unliquidated | Claim satisfied on 3/25/2025 in amount of $215,104.69 via check. |
| 52 | Johnson, Chanel D<br>Available upon request | 2751 | Franchise Group, Inc. | 3/31/2025 | $0.00 | $100.00 | $100.00 | $0.00 | $200.00 | Claim satisfied on 10/2/2025 in amount of $200.00 via check. |
| 53 | Jones Naturals, LLC<br>4960 28th Avenue<br>Rockford IL 61109 | 108 | Franchise Group, Inc. | 11/18/2024 | $0.00 | $85,563.61 | $0.00 | $0.00 | $85,563.61 | Claim satisfied on 11/16/2024 in amount of $85,563.61 by agreement of the parties. |
| 54 | Kaged Muscle LLC<br>3080 Bristol St #540<br>Costa Mesa CA 92626 | 19 | Franchise Group, Inc. | 11/8/2024 | $0.00 | $456,226.67 | $0.00 | $0.00 | $456,226.67 | Claim satisfied on 11/12/2024 in amount of $104,844.16 and on 11/22/2024 in amount of $279,209.27 by agreement of the parties. |
| 55 | Kearse, Savannah<br>Available upon request | 766 | American Freight, LLC | 1/14/2025 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | Claim satisfied on 10/2/2025 in amount of $400.00 via check. |
| 56 | Kimbrough, Veondra<br>Available upon request | 1016 | American Freight, LLC | 1/19/2025 | $0.00 | $240.00 | $0.00 | $0.00 | $240.00 | Claim satisfied on 10/2/2025 in amount of $240.00 via check. |
| 57 | Kimbrough, Veondra<br>Available upon request | 1017 | American Freight, LLC | 1/19/2025 | $0.00 | $440.00 | $0.00 | $0.00 | $440.00 | Claim satisfied on 10/2/2025 in amount of $440.00 via check. |
| 58 | Knight, Christal Lee<br>Available upon request | 1300 | Franchise Group, Inc. | 01/22/2025 | $0.00 | $0.00 | $470.00 | $0.00 | $470.00 | Claim satisfied on 11/24/2025 in amount of $470.00 via check. |
| 59 | Largent, Charles<br>Available upon request | 2221 | Franchise Group, Inc. | 1/24/2025 | $0.00 | $0.00 | $710.01 | $0.00 | $710.01 | Claim satisfied on 10/2/2025 in amount of $710.01 via check. |

Satisfaction Schedule | Fully Satisfied Filed Claims | Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 60 | Little, Clara<br>Available upon request | 1097 | Franchise Group, Inc. | 01/21/2025 | $0.00 | $0.00 | $2,700.00 | $0.00 | $2,700.00 | Claim satisfied on 11/24/2025 in amount of $2,700.00 via check. |
| 61 | Living Essentials Corp.<br>1550 Valley Vista Drive<br>Suite 210<br>Diamond Bar CA 91765 | 55 | Franchise Group, Inc. | 11/14/2024 | $0.00 | $6,476.72 | $0.00 | $1,356.00 | $7,832.72 | Claim satisfied on 11/22/2024 in amount of $6,476.72 (Fedwire), on 1/3/2025 in amount $1,356.00 (Fedwire), and on 1/3/2025 in amount of $429.00 (Wire). |
| 62 | Livingston, Centry<br>Available upon request | 1948 | Franchise Group, Inc. | 01/23/2025 | $0.00 | $1,085.36 | $0.00 | $0.00 | $1,085.36 | Claim satisfied on 11/24/2025 in amount of $1,085.36 via check. |
| 63 | M & S Investment Group, LLC<br>4985 West Colonial Dr<br>Orlando FL 32808 | 2320 | Buddy's Newco, LLC | 01/30/2025 | $0.00 | $0.00 | $0.00 | $1,708.78 | $1,708.78 | Claim satisfied on 6/6/2025 in amount of $854.39 in connection with the assumption and assignment of the parties' underlying executory contract or unexpired lease and the satisfaction of outstanding cure amounts, and agreement of the parties. |
| 64 | Mabe, James<br>Available upon request | 2241 | Franchise Group, Inc. | 01/24/2025 | $0.00 | $591.29 | $591.29 | $0.00 | $1,182.58 | Claim satisfied on 11/24/2025 in amount of $1,182.58 via check. |
| 65 | May, Tiffany<br>Available upon request | 978 | American Freight, LLC | 01/17/2025 | $0.00 | $977.89 | $0.00 | $0.00 | $977.89 | Claim satisfied on 11/24/2025 in amount of $977.89 via check. |
| 66 | Mccall, Barbara<br>Available upon request | 997 | Franchise Group, Inc. | 01/17/2025 | $0.00 | $0.00 | $742.48 | $0.00 | $742.48 | Claim satisfied on 11/24/2025 in amount of $742.48 via check. |
| 67 | McDuffy, Rene<br>Available upon request | 1023 | Franchise Group, Inc. | 1/20/2025 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | Claim satisfied on 10/2/2025 in amount of $350.00 via check. |
| 68 | Mistur, Craig Jr.<br>Available upon request | 1166 | American Freight, LLC | 1/21/2025 | $0.00 | $0.00 | $290.00 | $0.00 | $290.00 | Claim satisfied on 10/2/2025 in amount of $290.00 via check. |

Satisfaction Schedule

# Fully Satisfied Filed Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount ||||| Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 69 | Mobley, Curtis<br>Available upon request | 1746 | Franchise Group, Inc. | 01/23/2025 | $0.00 | $0.00 | $1,470.00 | $0.00 | $1,470.00 | Claim satisfied on 11/24/2025 in amount of $1,470.00 via check. |
| 70 | Mooreland, Nancy<br>Available upon request | 1048 | American Freight, LLC | 1/20/2025 | $0.00 | $0.00 | $60.00 | $0.00 | $60.00 | Claim satisfied on 10/2/2025 in amount of $60.00 via check. |
| 71 | Mutcherson, Jennifer<br>Available upon request | 999 | American Freight, LLC | 1/17/2025 | $0.00 | $0.00 | $432.00 | $0.00 | $432.00 | Claim satisfied on 1/7/2025 in amount of $435.22. |
| 72 | N&P Realty Associates, LLC<br>PO Box 590291<br>Newton MA 02459 | 2509 | American Freight Holdings, LLC | 02/16/2025 | $0.00 | $0.00 | $1,248.00 | $0.00 | $1,248.00 | Claim satisfied on 5/22/2025 in amount of $1,248.00 in connection with the assumption and assignment of the parties' underlying executory contract or unexpired lease and the satisfaction of outstanding cure amounts. |
| 73 | N&P Realty Associates, LLC<br>PO Box 590291<br>Newton MA 02459 | 2586 | Franchise Group, Inc. | 02/27/2025 | $0.00 | $0.00 | $1,248.00 | $0.00 | $1,248.00 | Claim satisfied on 5/22/2025 in amount of $1,248.00 in connection with the assumption and assignment of the parties' underlying executory contract or unexpired lease and the satisfaction of outstanding cure amounts. |
| 74 | Natural Balance Pet Foods, LLC<br>c/o AR Deptartment<br>Attn: Nicki Murnane<br>3101 Stephen F Austin Drive<br>Brownwood TX 76801 | 35 | Franchise Group, Inc. | 11/12/2024 | $0.00 | $1,046,705.25 | $0.00 | $107.98 | $1,046,813.23 | Claim satisfied on 11/25/2024 in amount of $1,024,490.70 and on 12/13/2024 in amount of $1,143.07 by agreement of the parties. |
| 75 | Natural Organics, lnc.<br>548 Broadhollow Road<br>Melville NY 11747 | 1276 | Vitamin Shoppe Procurement Services, LLC | 1/22/2025 | $0.00 | $13,296.34 | $0.00 | $0.00 | $13,296.34 | Claim satisfied on 11/15/2024 in amount of $223,791.57 by agreement of the parties. |
| 76 | Nature's Answer, Inc.<br>c/o Rivkin Radler LLP<br>Attn. Matthew V. Spero, Esq.<br>926 RXR Plaza<br>Uniondale NY 11556 | 491 | Vitamin Shoppe Procurement Services, LLC | 12/16/2024 | $0.00 | $98,540.04 | $0.00 | $51,992.28 | $150,532.32 | Claim satisfied on 1/17/2025 in amount $147,385.32 by agreement of the parties. |

| Satisfaction Schedule | | | | Fully Satisfied Filed Claims | | | | | Primary case number: 24-12480 (LSS)<br>In re: Franchise Group, Inc., et al. | |
|---|---|---|---|---|---|---|---|---|---|---|

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 77 | Nolan, Monieyon Y<br>Available upon request | 866 | Franchise Group, Inc. | 01/15/2025 | $0.00 | $2,558.36 | $0.00 | $0.00 | $2,558.36 | Claim satisfied on 11/24/2025 in amount of $2,558.36 via check. |
| 78 | Nosco, Inc.<br>Attn: Finance (AR) department<br>11200 88th Ave<br>Pleasant Prairie WI 53158-2306 | 414 | Vitamin Shoppe Industries LLC | 12/10/2024 | $0.00 | $5,756.75 | $0.00 | $6,474.50 | $12,231.25 | Claim satisfied on 2/7/2025 in amount of $12,231.25 by agreement of the parties. |
| 79 | Nutraceutical Corporation<br>222 S. Main Street<br>Suite 1600<br>Salt Lake City UT 84101 | 1889 | Vitamin Shoppe Procurement Services, LLC | 1/23/2025 | $0.00 | $2,997.24 | $0.00 | $0.00 | $2,997.24 | Claim satisfied on 11/15/2024 in amount of $313,390.25 and on 12/13/2024 in amount of $313,390.25 by agreement of the parties. |
| 80 | Packaging Corporation of America<br>1 North Field Court<br>Attn: Vince Carrera<br>Lake Forest IL 60030 | 740 | Vitamin Shoppe Industries LLC | 1/13/2025 | $0.00 | $12,805.05 | $0.00 | $2,093.81 | $14,898.86 | Claim satisfied on 11/08/2024 in amount of $22,010.57 and on 12/13/2024 in amount of $22,010.57 by agreement of the parties. |
| 81 | Pickle, MaKayla Leann<br>Available upon request | 1056 | American Freight, LLC | 01/20/2025 | $0.00 | $3,182.60 | $0.00 | $0.00 | $3,182.60 | Claim satisfied on 11/24/2025 in amount of $3,182.60 via check. |
| 82 | Pierce, Brandon<br>Available upon request | 1340 | Franchise Group, Inc. | 1/22/2025 | $0.00 | $0.00 | $150.00 | $0.00 | $150.00 | Claim satisfied on 10/2/2025 in amount of $150.00 via check. |
| 83 | Powerhouse Dynamics, LLC<br>101 Federal Street<br>Suite 1900<br>Boston MA 02110 | 512 | PSP Stores, LLC | 12/18/2024 | $0.00 | $51,051.40 | $0.00 | $0.00 | $51,051.40 | Claim satisfied on 6/6/2025 in amount of $51,051.40. |
| 84 | Price, Jaqueese<br>Available upon request | 1002 | Franchise Group, Inc. | 01/18/2025 | $0.00 | $0.00 | $949.49 | $0.00 | $949.49 | Claim satisfied on 11/24/2025 in amount of $949.49 via check. |

Satisfaction Schedule | Fully Satisfied Filed Claims | Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 85 | Prince of Peace Enterprises, Inc.<br>751 N. Canyons Parkway<br>Livermore CA 94551 | 253 | Franchise Group, Inc. | 11/27/2024 | $0.00 | $38,583.00 | $22,312.08 | $0.00 | $60,895.08 | Claim satisfied on 12/13/2025 in amount of $18,683.30 and on 1/30/2025 in amount of $87,535.54. |
| 86 | Raw Sports Supplement Company<br>760 NW Enterprise Dr.<br>Port St. Lucie FL 34985 | 67 | Vitamin Shoppe Procurement Services, LLC | 11/15/2024 | $0.00 | $87,503.00 | $0.00 | $0.00 | $87,503.00 | Claim satisfied on 12/5/2024 in amount of $53,836.92 by agreement of the parties. |
| 87 | Regional Water Authority<br>Attn: Louise D' Amico<br>90 Sargent Dr<br>New Haven CT 06511 | 541 | Franchise Group, Inc. | 12/12/2024 | $46.06 | $0.00 | $0.00 | $0.00 | $46.06 | Claim satisfied on 10/2/2025 in amount of $46.06 via check. |
| 88 | Rene Cervantes Inc.<br>1203 Hancock Street<br>Brooklyn NY 11221 | 93 | Vitamin Shoppe Industries LLC | 11/18/2024 | $0.00 | $30,000.00 | $23,000.00 | $0.00 | $53,000.00 | Claim satisfied on 11/13/2024 in amount of $30,000.00 by agreement of the parties. |
| 89 | Salinas, Silvia<br>Available upon request | 1110 | Franchise Group, Inc. | 01/21/2025 | $0.00 | $0.00 | $3,350.00 | $0.00 | $3,350.00 | Claim satisfied on 11/24/2025 in amount of $3,350.00 via check. |
| 90 | Samsung Electronics America, Inc.<br>Attn: Legal Department<br>85 Challenger Road<br>Ridgefield Park NJ 07660 | 1787 | Buddy's Newco, LLC | 1/23/2025 | $0.00 | $2,664.39 | $0.00 | $388.25 | $3,052.64 | Claim satisfied on 6/4/2025 in amount of $3,052.64 via electronic fund transfer. |
| 91 | Santikos Legacy, LLC<br>4630 N. Loop<br>1604 W #501<br>San Antonio TX 78249 | 2198 | Vitamin Shoppe Industries LLC | 01/24/2025 | $0.00 | $0.00 | $493,833.49 | $50.00 | $493,883.49 | By agreement of the parties, the Claim has been satisfied in full pursuant to a postpetition lease amendment. |
| 92 | Sheriff & Treasurer of Harrison County<br>Attn: Robert G. Matheny<br>301 W. Main St.<br>Clarksburg WV 26301 | 559 | PSP Stores, LLC | 12/18/2024 | $4,358.62 | $0.00 | $0.00 | $0.00 | $4,358.62 | Claim satisfied on 9/26/2025 in amount of $4,618.55 via ACH. |

| Satisfaction Schedule | | | | Fully Satisfied Filed Claims | | | | | Primary case number: 24-12480 (LSS) In re: Franchise Group, Inc., et al. | |
|---|---|---|---|---|---|---|---|---|---|---|

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 93 | Sherman, Jada Available upon request | 1260 | American Freight, LLC | 1/22/2025 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | Claim satisfied on 10/2/2025 in amount of $300.00 via check. |
| 94 | Siblings Enterprises Ltd. Attn: Larry Adler 49 Ocean Drive Jupiter, FL 33469 | 2408 | Vitamin Shoppe Industries LLC | 2/5/2025 | $0.00 | $0.00 | $23,821.94 | $0.00 | $23,821.94 | Claim satisfied on 5/22/2025 in amount of $10,614.83 and on 5/28/2025 in amount of $13,207.11. |
| 95 | Stanley, Ciera Available upon request | 1564 | American Freight, LLC | 01/23/2025 | $0.00 | $1,400.00 | $0.00 | $0.00 | $1,400.00 | Claim satisfied on 11/24/2025 in amount of $1,400 via check. |
| 96 | Staple, Kristy Available upon request | 1903 | American Freight Group, LLC | 1/23/2025 | $0.00 | $450.00 | $0.00 | $0.00 | $450.00 | Claim satisfied on 10/2/2025 in amount of $450.00 via check. |
| 97 | Starmark Pet Products, Inc. Attn: Keith Benson 200 County Road 197 Hutto TX 78634 | 471 | Franchise Group, Inc. | 12/13/2024 | $0.00 | $53,514.23 | $0.00 | $0.00 | $53,514.23 | Claim satisfied on 12/13/2024 in amount of $51,532.38 by agreement of the parties. |
| 98 | Store Master Funding IV, LLC c/o Reed Smith LLP Attn: Jason D. Angelo, Esq. 1201 N. Market Street Suite 1500 Wilmington DE 19801 | 3015 | Buddy's Newco, LLC | 7/7/2025 | $0.00 | $54,370.66 | $0.00 | $0.00 | $54,370.66 | Claim satisfied on 5/30/2025 in amount of $54,370.66 via electronic fund transfer. |
| 99 | Sunwarrior Ventures, LLC Attn: Mari Phung 2250 N Coral Canyon Blvd Suite 100 Washington UT 84780 | 1504 | Vitamin Shoppe Procurement Services, LLC | 1/23/2025 | $0.00 | $2,997.00 | $0.00 | $173,477.46 | $176,474.46 | Claim satisfied on 11/22/2024 in amount of $183,463.52 by agreement of the parties. |

Satisfaction Schedule

# Fully Satisfied Filed Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount ||||| Reason for Satisfaction |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 100 | Sunwarrior Ventures, LLC<br>Attn: Mari Phung<br>2250 N Coral Canyon Blvd.<br>Suite 100<br>Washington UT 84780 | 1499 | Vitamin Shoppe Industries LLC | 1/23/2025 | $0.00 | $2,997.00 | $0.00 | $173,477.46 | $176,474.46 | Claim satisfied on 11/22/2024 in amount of $183,463.52 by agreement of the parties. |
| 101 | Szenczy, Jennifer<br>Available upon request | 217 | Franchise Group, Inc. | 11/25/2024 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Claim satisfied on 2/21/2025 in amount of $1,500.00 via check. |
| 102 | Talaria Digital<br>12400 Alcanza Dr<br>Austin TX 78739 | 112 | Vitamin Shoppe Industries LLC | 11/19/2024 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | Claim satisfied on 5/24/2025 in amount of $2,750.00 via check. |
| 103 | Tempur Sealy International, Inc.<br>c/o Frost Brown Todd LLP<br>Attn: Ronald E. Gold<br>3300 Great American Tower<br>Suite 3300<br>Cincinnati OH 45202 | 1299 | Buddy's Newco, LLC | 1/22/2025 | $0.00 | $81,925.54 | $0.00 | $0.00 | $81,925.54 | Upon the assumption and assignment of the underlying executory contract or unexpired lease, claim was satisfied in full and final satisfaction of all obligations as follows:<br>- on 1/16/2025 in amount of $21,100.36;<br>- on 1/22/2025 in amount of $2,401.18;<br>- on 1/30/2025 in amount of $6,197.00;<br>- on 2/6/2025 in amount of $35,916.00; and<br>- on 2/13/2025 in amount of $34,677.00. |
| 104 | Terryberry Company LLC<br>2033 Oak Industrial Dr NE<br>Grand Rapids MI 49505 | 625 | Buddy's Franchising and Licensing LLC | 1/3/2025 | $0.00 | $184.79 | $0.00 | $0.00 | $184.79 | Claim satisfied on 1/20/2025 in amount of $82.15 and on 1/23/2025 in amount of $82.15. |
| 105 | The Hershey Company<br>PO Box 819<br>Hershey PA 17033 | 227 | Franchise Group, Inc. | 11/26/2024 | $0.00 | $135,302.40 | $0.00 | $128,304.00 | $263,606.40 | Claim satisfied on 2/14/2025 in amount of $175,014.07, on 3/21/2025 in amount of $27,388.13, and on 3/27/2025 in amount of $80,698.43. |
| 106 | The Honest Kitchen, Inc.<br>1785 Hancock Street<br>Suite 100<br>San Diego CA 92110 | 99 | Franchise Group, Inc. | 11/18/2024 | $0.00 | $646,688.69 | $0.00 | $0.00 | $646,688.69 | Claim satisfied on 11/22/2024 in amount of $636,366.47 by agreement of the parties. |
| 107 | The Imagine Group, LLC<br>c/o Winthrop & Weinstine, PA<br>Attn: Cynthia L. Hegarty<br>225 South 6th St.<br>Suite 3500<br>Minneapolis MN 55402 | 1516 | Pet Supplies "Plus", LLC | 1/23/2025 | $0.00 | $4,894.09 | $0.00 | $168,549.62 | $173,443.71 | Claim satisfied on 11/26/2024 in amount of $39,302.95, on 1/3/2025 in amount of $146,294.06, and on 1/17/2025 in amount $9,417.85 by agreement of the parties. |

| | | | | | Claim Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Name and address of claimant** | **Claim #** | **Debtor** | **Date Filed** | **Secured** | **Adminstrative** | **Priority** | **Unsecured** | **Total** | **Reason for Satisfaction** |
| 108 | The Weeks Lerman Group LLC<br>5838 Page Place<br>Maspeth NY 11378 | 1091 | Vitamin Shoppe Industries LLC | 1/21/2025 | $0.00 | $159,718.27 | $0.00 | $96,388.98 | $256,107.25 | Claim satisfied on 5/21/2025 in amount of $256,107.25 in accordance with contract cure obligations. |
| 109 | Uline<br>12575 Uline Dr<br>Pleasant Prairie WI 53158 | 523 | PSP Distribution, LLC | 12/17/2024 | $0.00 | $2,214.59 | $0.00 | $818.80 | $3,033.39 | Claim satisfied on 11/26/2024 in amount of $3,033.39 by agreement of the parties. |
| 110 | VanHolten, Ashley<br>Available upon request | 1009 | American Freight, LLC | 1/19/2025 | $0.00 | $0.00 | $160.00 | $0.00 | $160.00 | Claim satisfied on 10/2/2025 in amount of $160.00 via check. |
| 111 | Vanhorn, Linda<br>Available upon request | 2893 | American Freight, LLC | 5/2/2025 | $0.00 | $965.97 | $0.00 | $0.00 | $965.97 | Claim satisfied on 10/2/2025 in amount of $956.97 via check. |
| 112 | Vaswani Inc.<br>Attn: Amit Nihalani<br>75 Carter Drive<br>Edison NJ 08817 | 1578 | Vitamin Shoppe Industries LLC | 01/23/2025 | $0.00 | $340.91 | $0.00 | $37,434.08 | $37,774.99 | Claim satisfied on 5/20/2025 in amount of $43,283.69 in connection with the assumption and assignment of the parties' underlying executory contract or unexpired lease and the satisfaction of outstanding cure amounts. |
| 113 | Wakunaga of America Co., Ltd.<br>Attn: General Counsel<br>23501 Madero<br>Mission Viejo CA 92691 | 417 | Vitamin Shoppe Procurement Services, LLC | 12/10/2024 | $0.00 | $104,385.36 | $0.00 | $93,256.32 | $197,641.68 | Claim satisfied on 11/22/2024 in amount of $170,153.05 and on 1/17/2025 in amount $170,153.05 by agreement of the parties. |
| 114 | Whetstone, Chiquita<br>Available upon request | 2859 | American Freight FFO, LLC | 04/30/2025 | $0.00 | $379.02 | $0.00 | $0.07 | $379.09 | Claim satisfied on 10/2/2025 in amount of $379.02 via check. |
| 115 | Whirlpool Corporation<br>c/o Quarles & Brady LLP<br>Attn: L. Katie Mason, Esq.<br>411 E. Wisconsin Ave.<br>Suite 2400<br>Milwaukee WI 53202 | 1132 | Buddy's Newco, LLC | 1/21/2025 | $2,486.00 | $3,184.00 | $0.00 | $0.00 | $5,670.00 | Claim satisfied on 1/3/2025 in amount of $2,650.00 and on 1/16/2025 in amount of $534.00. Any remaining balance was offset by credits in the amount of $2,486.00. |

Satisfaction Schedule

Fully Satisfied Filed Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | | | | | Claim Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Name and address of claimant** | **Claim #** | **Debtor** | **Date Filed** | **Secured** | **Adminstrative** | **Priority** | **Unsecured** | **Total** | **Reason for Satisfaction** |
| 116 | Whitaker, Melody<br>Available upon request | 2223 | American Freight, LLC | 01/24/2025 | $0.00 | $0.00 | $1,861.66 | $0.00 | $1,861.66 | Claim satisfied on 11/24/2025 in amount of $1,861.66 via check. |
| 117 | Williams, Ashton Nichole<br>Available upon request | 707 | American Freight Outlet Stores, LLC | 1/12/2025 | $0.00 | $0.00 | $1,302.78 | $0.00 | $1,302.78 | Claim satisfied on 10/2/2025 in amount of $1,302.78 via check. |
| 118 | Wilshire Yale Enterprises, LLC, a Delaware Limited Liability Company<br>c/o Donna Rifkind Purdy<br>5132 Babcock Ave.<br>Valley Village CA 91607 | 1415 | Vitamin Shoppe Industries LLC | 01/22/2025 | $0.00 | unliquidated | $0.00 | $762,972.76 | unliquidated | Claim has been satisfied in full. Claimant asserts in the corresponding proof of claim that no amounts are outstanding. To the extent that any monetary default existed under the parties' executory contract or unexpired lease, they were satisfied in connection with the assumption and assignment of such agreement to a third party buyer. |
| 119 | Windecker Construction LLC<br>2 Elizabeth Lane<br>Mahwah NJ 07430 | 2654 | Vitamin Shoppe Industries LLC | 03/13/2025 | $0.00 | $7,058.10 | $0.00 | $77,760.90 | $84,819.00 | Claim satisfied on 5/20/2025 in amount of $84,819.00 in connection with the assumption and assignment of the parties' underlying executory contract or unexpired lease and the satisfaction of outstanding cure amounts. |
| 120 | Zensen, Melissa<br>Available upon request | 2105 | American Freight, LLC | 1/23/2025 | $0.00 | $148.24 | $0.00 | $0.00 | $148.24 | Claim satisfied on 10/2/2025 in amount of $148.24 via check. |

Satisfaction Schedule

# Fully Satisfied Filed Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.