# EXHIBIT B[1]

**Partially Satisfied Filed Claims**

---

[1] Capitalized terms used but not otherwise defined on **Exhibit B** shall have the meanings ascribed to such terms in the Notice.

Satisfaction Schedule

## Partially Satisfied Filed Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc., et al.

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 1 | Alisan Trust, Diajeff Trust, Stowsan Limited Partnership<br>c/o Tayman Lane Chaverri LLP<br>Attn: Jeffrey Rhodes, Esq.<br>2001 L Street NW<br>Suite 500<br>Washington DC 20036 | 1991 | American Freight Outlet Stores, LLC | 01/23/2025 | $0.00 | $1,867.18 | $0.00 | $1,030,902.22 | $1,032,769.40 | Administrative portion of the claim was satisfied on 6/6/2025 in amount of $4,848.86 via check. |
| 2 | Arizona Mills Mall, LLC<br>c/o Simon Property Group, Inc.<br>225 W. Washington St<br>Indianapolis IN 46204 | 2560 | American Freight Outlet Stores, LLC | 02/24/2025 | $0.00 | $100.00 | $0.00 | $17,194.75 | $17,294.75 | Administrative portion of the claim was satisfied on 10/2/2025 in amount of $100.00 via check. |
| 3 | Bell Tower 24, LP, an Arizona limited partnership<br>c/o Capital Asset Management<br>2701 E. Camelback Rd<br>Suite 170<br>Phoenix AZ 85016 | 745 | American Freight, LLC | 01/13/2025 | $0.00 | $18,643.64 | $0.00 | $255,223.45 | $273,867.09 | Administrative portion of the claim was satisfied on 11/22/2024 in amount of $18,642.35 (check# 304564). |
| 4 | Comptroller of Maryland<br>7 St Paul Street<br>Attn: Bankrupty Unit, Room #230<br>Baltimore, MD 21202 | 2666 | PSP Group, LLC | 3/14/2025 | $0.00 | $0.00 | $7,686.00 | $598.00 | $8,284.00 | Priority portion of the claim was satisfied on 1/14/2026 in amount of $7,686.00 via check. |
| 5 | Curtis, Kimberleigh<br>Available upon request | 1717 | American Freight, LLC | 01/23/2025 | $270.01 | $0.00 | $0.00 | $548.98 | $818.99 | Secured portion of the claim was satisfied on 10/2/2025 in amount of $270.01 via check. |
| 6 | Fastenal Company<br>Attn: Legal<br>2001 Theurer Blvd.<br>Winona MN 55987 | 1659 | Pet Supplies "Plus", LLC | 01/23/2025 | $0.00 | $1,657.58 | $0.00 | $1,547.89 | $3,205.47 | Administrative portion of the claim was satisfied on 9/22/2025 in amount of $1,657.58 (check# 409806). |
| 7 | Hunter, Niaokia Caprice<br>Available upon request | 2448 | American Freight Outlet Stores, LLC | 02/08/2025 | $530.00 | $0.00 | $0.00 | $530.00 | $1,060.00 | Secured portion of the claim was satisfied on 11/24/2025 in amount of $530.00 via check. |
| 8 | HV Center LLC; HV Center TIC 1 LLC; and HV Center TIC 2 LLC<br>c/o Barclay Damon LLP<br>Attn: Scott L. Fleischer<br>1270 Avenue of the Americas<br>Suite 501<br>New York NY 10020 | 2488 | American Freight, LLC | 02/13/2025 | $0.00 | unliquidated | $0.00 | $0.00 | unliquidated | Administrative portion of the claim was satisfied on 11/22/2024 in amount of $12,102.50 (ACH 41698) and on 11/27/2024 in amount of $12,967.50 (ACH 41727). |
| 9 | L.W. Miller Holding Company<br>c/o Kevin V.B. Schumacher<br>533 South Grand Avenue<br>Lansing MI 48933 | 783 | American Freight, LLC | 01/14/2025 | $14,875.00 | $1,169.60 | $0.00 | $1,116,825.40 | $1,132,870.00 | Secured portion of the claim was satisfied in amount of $14,875.00 via setoff against the Debtors' security deposit and the administrative portion of the claim was satisfied on 10/2/2025 in amount of $1,169.60 via check. |

| Satisfaction Schedule | | | | | Partially Satisfied Filed Claims | | | | | Primary case number: 24-12480 (LSS) In re: Franchise Group, Inc., et al. |
|---|---|---|---|---|---|---|---|---|---|---|

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 10 | Mehan, Gary<br>Available upon request | 977 | American Freight, LLC | 01/17/2025 | $0.00 | $4,151.31 | $0.00 | $214,097.91 | $218,249.22 | Administrative portion of the claim was satisfied on 10/2/2025 in amount of $4,151.31 via check. |
| 11 | PK II El Camino North LP<br>c/o Kerry Carty<br>500 N. Broadway<br>Suite 201<br>Jericho NY 11753 | 2329 | American Freight Outlet Stores, LLC | 01/30/2025 | $0.00 | $11,004.15 | $0.00 | $619,534.40 | $630,538.55 | Administrative portion of the claim was satisfied on 11/22/2024 in amount of $45,734.98 (ACH# 41698). |
| 12 | Realty Income Corporation<br>11995 El Camino Real<br>San Diego CA 92130 | 2447 | American Freight, LLC | 02/07/2025 | $0.00 | $5,452.32 | $0.00 | $545,923.28 | $551,375.60 | Administrative portion of the claim was satisfied on 11/21/2025 in amount of $5,452.32 via ACH. |
| 13 | SS Tulsa Center LLC; SS Tulsa Center TIC 1 LLC; SS Tulsa Center TIC 2 LLC; SS Tulsa Center TIC 3 LLC; and SS Tulsa Center 4 LLC<br>c/o Barclay Damon LLP<br>Attn: Scott L. Fleischer<br>1270 Avenue of the Americas<br>Suite 501<br>New York NY 10020 | 2437 | American Freight Outlet Stores, LLC | 02/07/2025 | $0.00 | unliquidated | $0.00 | $0.00 | unliquidated | Administrative portion of claim was satisfied on 11/22/2024 in amount of $15,555.67 (ACH 41698) and on 11/27/2024 in amount of $16,666.67 (ACH 41727). |
| 14 | Xlear, Inc<br>Attn: Elizabeth Jones<br>723 S Auto Mall Drive<br>American Fork UT 84003 | 65 | Franchise Group, Inc. | 11/14/2024 | $0.00 | $34,406.76 | $0.00 | $51,996.05 | $86,402.81 | Administrative portion of the claim was satisfied on 12/24/2024 in amount of $34,406.76 via check. |