**EXHIBIT A**

**Reclassified Claims**

Reorganized Debtor's Sixth (6th) Omnibus
(Substantive) Objection to Claims

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | B.J. McCord D/B/A McCord Business Center<br>111 Lower Turtle Creek Road<br>Kerrville, TX 78028 | 1207 | American Freight Management Company, LLC | 01/21/2025 | $0.00 (S)<br>$0.00 (A)<br>$26,650.00 (P)<br>$0.00 (U)<br>$26,650.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,650.00 (U)<br>$26,650.00 (T) | Claimant asserts amounts owed in connection with rejection damages, which do not qualify for priority treatment under section 507(a)(5) of the Bankruptcy Code. Therefore, this claim should be reclassified as general unsecured claim. |
| 2 | Cindy Gatto as Class Rep<br>c/o Kessler Matura P.C.<br>534 Broadhollow Rd.<br>Suite 275<br>Melville, NY 11747 | 1454 | PSP Stores, LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$179,793.31 (P)<br>$4,270,261.04 (U)<br>$4,450,054.35 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,450,054.35 (U)<br>$4,450,054.35 (T) | Claimant asserts, on behalf of herself and a similarly situated class, $179,793.31 for unpaid wages allegedly owed to groomers working for PSP Stores, LLC between the years of 2016–2022 and claims that such amounts are entitled to priority status. This claim is not for unpaid wages owed within the 180 days preceding the Petition Date and does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. Therefore, this claim should be reclassified to a general unsecured claim. |
| 3 | Electrolux Consumer Products, Inc.<br>Two Alliance Center<br>c/o Thompson Hine LLP<br>Attn: Austin B. Alexander, Esq.<br>3560 Lenox Rd. NE Suite 1600<br>Atlanta, GA 30326 | 1539 | American Freight Outlet Stores, LLC | 01/23/2025 | $0.00 (S)<br>$489,444.28 (A)<br>$0.00 (P)<br>$1,462,740.82 (U)<br>$1,952,185.10 (T) | $0.00 (S)<br>$478,365.74 (A)<br>$0.00 (P)<br>$1,473,819.36 (U)<br>$1,952,185.10 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records reflect that the Debtors received goods from claimant during the twenty days prior to the Petition Date only in the amount of $478,365.74, and the balance of the asserted administrative amount should be reclassified as a general unsecured claim. Therefore, this claim should be reclassified as indicated. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Sixth (6th) Omnibus
(Substantive) Objection to Claims

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 4 | Gatto, Cindy<br>c/o Kessler Matura P.C.<br>534 Broadhollow Rd.<br>Suite 275<br>Melville, NY 11747 | 1455 | PSP Stores, LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$150,000.00 (P)<br>$0.00 (U)<br>$150,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$150,000.00 (U)<br>$150,000.00 (T) | Claimant asserts amounts owed for damages allegedly owed for employment discrimination. This claim is not for amounts owed for unpaid wages earned within the 180 days preceding the Petition Date and does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. Therefore, this claim should be reclassified to a general unsecured claim. |
| 5 | Hunkar Data & Barcode Systems, Inc.<br>2368 Victory Parkway<br>Suite 210<br>Cincinnati, OH 45206 | 1244 | Vitamin Shoppe Procurement Services, LLC | 01/22/2025 | $0.00 (S)<br>$20,114.80 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,114.80 (T) | $0.00 (S)<br>$16,514.80 (A)<br>$0.00 (P)<br>$3,600.00 (U)<br>$20,114.80 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records reflect that the Debtors received goods from claimant during the twenty days prior to the Petition Date only in the amount of $16,514.80, and the balance of the asserted administrative amount should be reclassified as a general unsecured claim. Therefore, this claim should be reclassified as indicated. |
| 6 | IQBAR, Inc.<br>Attn: Grant Anderson<br>20755 Manchester Ct.<br>Brookfield, WI 53045 | 2908 | Vitamin Shoppe Procurement Services, LLC | 05/06/2025 | $0.00 (S)<br>$864.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$864.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$864.00 (U)<br>$864.00 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records do not reflect the receipt of any goods from the claimant within twenty days of the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Sixth (6th) Omnibus
(Substantive) Objection to Claims

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 7 | Nashua Wastewater<br>229 Main St.<br>Nashua, NH 03061 | 578 | Pet Supplies "Plus", LLC | 12/27/2024 | Unliquidated (S)<br>$0.00 (A)<br>$274.29 (P)<br>$0.00 (U)<br>$274.29 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$274.29 (U)<br>$274.29 (T) | Claimant asserts amounts owed in connection with utility services, which do not qualify for priority under section 507(a)(8) of the Bankruptcy Code and are not evidenced by a lien or secured by collateral. Therefore, this claim should be reclassified and modified as indicated. |
| 8 | Springfield Sign and Graphics, Inc.<br>Attn: Michael Payne<br>4825 E Kearney St.<br>Springfield, MO 65803 | 762 | American Freight, LLC | 01/13/2025 | $0.00 (S)<br>$43,194.07 (A)<br>$0.00 (P)<br>$82,841.17 (U)<br>$126,035.24 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$126,035.24 (U)<br>$126,035.24 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records do not reflect the receipt of any goods from the claimant within twenty days of the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |
| 9 | Steve Silver Company<br>PO Box 205262<br>Dallas, TX 75320-5262 | 1553 | American Freight, LLC | 01/23/2025 | $0.00 (S)<br>$160,372.31 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$160,372.31 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$160,372.31 (U)<br>$160,372.31 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records do not reflect the receipt of any goods from the claimant within twenty days of the Petition Date. Therefore, this claim should be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Sixth (6th) Omnibus
(Substantive) Objection to Claims

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 10 | XTGlobal, Inc.<br>2701 Dallas Parkway<br>Suite 300<br>Plano, TX 75093 | 2569 | American Freight, LLC | 02/25/2025 | $0.00 (S)<br>$0.00 (A)<br>$12,400.00 (P)<br>$1,348.00 (U)<br>$13,748.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,748.00 (U)<br>$13,748.00 (T) | Claimant is a third-party contractor asserting $12,400 owed in connection with a staffing services contract under section 507(a)(4) of the Bankruptcy Code. Claimant was not the Debtors' employee and this claim does not qualify for priority treatment under section 507(a)(4) of the Bankruptcy Code. Therefore, this claim should be reclassified as a general unsecured claim. |
| | **Claims to be modified totals** | **Count: 10** | | | **$6,900,298.09** | **$6,900,298.09** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

# EXHIBIT B

**Reduced and Reclassified Claim**

Reorganized Debtor's Sixth (6th) Omnibus
(Substantive) Objection to Claims

# Reduced and Reclassifed Claim

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Modified Claim amount and/or priority (1) | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | McCoy, Elijah J.<br>Available upon request | 1797 | Franchise Group, Inc. | 01/23/2025 | $0.00 (S)<br>$3,800.00 (A)<br>$3,800.00 (P)<br>$0.00 (U)<br>$7,600.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$3,800.00 (P)<br>$0.00 (U)<br>$3,800.00 (T) | Claimant is an employee asserting amounts owed in connection with wages and is not a supplier of goods. Therefore, the $3,800 asserted under section 503(b)(9) of the Bankruptcy Code does not qualify for administrative status and should be reduced and reclassified as indicated herein. |
| | **Claims to be modified totals** | **Count: 1** | | | **$7,600.00** | **$3,800.00** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Page 1