## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | <u>Objection Deadline</u>:<br>**March 17, 2026, at 4:00 p.m. (ET)** |

### NOTICE OF REJECTION OF CERTAIN DISPUTED LEASES PURSUANT TO THE VITAMIN SHOPPE SALE ORDER AND THE NINTH AMENDED JOINT CHAPTER 11 PLAN OF FRANCHISE GROUP, INC. AND ITS DEBTOR AFFILIATES

> **PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR UNEXPIRED LEASE IDENTIFIED ON EXHIBIT A ATTACHED HERETO**

**PLEASE TAKE NOTICE** that, on November 11, 2024, the above captioned reorganized debtor (the "Reorganized Debtor", and together with its affiliated reorganized debtors before the Plan Effective Date (as defined below),[2] the "Debtors") filed a chapter 11 plan [Docket No. 150] (as amended, supplemented, or modified from time to time, the "Plan")[3] and a related disclosure statement [Docket No. 151], which were subsequently amended [Docket Nos. 654, 655, 894, 895, 925, 926, 957, 958, 995, 996, 1015, 1233, 1312, & 1454].

**PLEASE TAKE FURTHER NOTICE** that, on May 7, 2025, the Court entered an order [Docket No. 1429] (the "Sale Order") approving the sale (the "Sale") of substantially all of Debtor Franchise Group Intermediate V, LLC's assets to TVS Buyer, LLC (the "Buyer") pursuant to an asset purchase agreement attached thereto as Exhibit 1 (the "APA"). The Sale closed on May 19, 2025. Under the Sale Order and APA, the Debtors were permitted to amend the list of "Purchased Leases" to remove a Disputed Lease in the event that, among other things, a cure dispute could not

---

[1]    The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, Florida 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2]    On June 6, 2025, all of the Debtors with the exception of Freedom VCM Holdings, LLC ("TopCo") emerged from the chapter 11 cases as Reorganized Debtors [Docket No. 1605]. TopCo emerged from the chapter 11 cases as a Reorganized Debtor on July 3, 2025 [Docket No. 1689].

[3]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan, APA, or the Sale Order, as applicable.

be resolved.  Under the Sale Order, Disputed Leases were expressly <u>not</u> assumed and/or assigned until any applicable cure dispute had been resolved and the cure costs related thereto paid.

**PLEASE TAKE FURTHER NOTICE** that, on June 2, 2025, the Court entered an order confirming the Plan [Docket No. 1596] (the "<u>Confirmation Order</u>") for all Debtors except TopCo, and the Plan became effective on June 6, 2025.  On July 1, 2025, the Court entered an order confirming the Plan with respect to TopCo [Docket No. 1682], and the Plan as to TopCo became effective on July 3, 2025 (the "<u>Plan Effective Date</u>").  Pursuant to Article X of the Plan, all Executory Contracts and Unexpired Leases of the Debtors were assumed by the Debtors on the Plan Effective Date except for, among others, those Executory Contracts and Unexpired Leases related to the Vitamin Shoppe Debtors that were not assumed or included on the Assumed Contracts List.

**PLEASE TAKE FURTHER NOTICE** that, on April 29, 2025, Commerce 9005 LLC (f/k/a Commerce Limited Partnership #9005) and Commerce #9602 LLC (f/k/a Commerce Limited Partnership #9602) (together, "<u>Commerce</u>") filed a limited objection [Docket No. 1363] to the Debtors' proposed cure amounts for the Disputed Leases identified on **<u>Exhibit A</u>** attached hereto (the "<u>Rejected Leases</u>").  Subsequently, the Debtors, Buyer, and Commerce engaged in protracted negotiations to resolve the cure dispute.  However, despite such efforts, the parties have been unable to reach a resolution.  Accordingly, the Reorganized Debtors determined, in accordance with the Plan, APA, and Sale Order, to reject the Rejected Leases, effective as of February 24, 2026 (the "<u>Effective Date</u>").  On the Effective Date, the Reorganized Debtors vacated the real property associated with the Rejected Leases and surrendered such property to Commerce.

**PLEASE TAKE FURTHER NOTICE** that any objection to the proposed rejection of the Rejected Leases must be filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") by no later than **<u>4:00 p.m. prevailing Eastern Time on March 17, 2026</u>** (the "<u>Objection Deadline</u>") and served on the undersigned counsel for the Reorganized Debtor.

**PLEASE TAKE FURTHER NOTICE** that any party that fails to timely file and serve an objection as provided herein will be deemed to have consented to the Reorganized Debtors' proposed rejection of the Rejected Leases as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, if no objections are timely filed and served in accordance with this notice, then the Confirmation Order will constitute an order of the Court approving the rejection of the Rejected Leases as of the Effective Date pursuant to sections 365 and 1123 of the Bankruptcy Code.

THE LISTING OF AN UNEXPIRED LEASE ON **<u>EXHIBIT A</u>** HERETO DOES **<u>NOT</u>** CONSTITUTE AN ADMISSION BY THE REORGANIZED DEBTORS THAT THE CONTRACT OR LEASE IS AN UNEXPIRED LEASE OR THAT THE REORGANIZED DEBTORS HAVE ANY LIABILITY THEREUNDER OR RELATING THERETO.  THE REORGANIZED DEBTORS RESERVE ALL OF THEIR RIGHTS, CLAIMS, AND CAUSES OF ACTION WITH RESPECT TO THE REJECTED LEASES.

Dated:  March 3, 2026
Wilmington, Delaware

/s/ Allison S. Mielke
_____

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:        emorton@ycst.com
              mlunn@ycst.com
              amielke@ycst.com
              sborovinskaya@ycst.com


*Co-Counsel to the Reorganized Debtor*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              nicole.greenblatt@kirkland.com
              derek.hunter@kirkland.com

- and -

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email:        mark.mckane@kirkland.com

*Co-Counsel to the Reorganized Debtor*