## EXHIBIT A

**Rejected Leases**

| Counterparty | Counterparty Address | Debtor | Rejected Lease | Store | Rejection Date |
|---|---|---|---|---|---|
| Commerce Limited Partnership #9005 | Commerce Limited Partnership #9005 1280 West Newport Center Drive Deerfield Beach, FL 33442 | Vitamin Shoppe Industries LLC | Lease 0325—King of Prussia (including any ancillary documents, attachments, and exhibits, as amended, modified, or supplemented) | 0325 | 02/24/2026 |
| Commerce Limited Partnership #9602 | Commerce Limited Partnership #9602 1280 West Newport Center Drive Deerfield Beach, FL 33442 | Vitamin Shoppe Industries LLC | Lease 0506—Mobile (including any ancillary documents, attachments, and exhibits, as amended, modified, or supplemented) | 0506 | 02/24/2026 |