## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On March 4, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit A** and (2) email on the list of parties attached hereto as **Exhibit B**:

- Notice of Rejection of Certain Disputed Leases Pursuant to the Vitamin Shoppe Sale Order and the Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliates [Docket No. 1989]

Dated: March 5, 2026

/s/ Eladio Perez
Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 5, 2026, by Eladio Perez, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, Florida 33496. The term "Reorganized Debtors" or "Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims, and noticing agent, at https://cases.ra.kroll.com/FRG/.  All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24 12480 (LSS).

**<u>Exhibit A</u>**

Exhibit A

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 30356777 | Commerce #9602 LLC f/k/a Commerce Limited Partnership #9602 | Commerce Group | Attn: Martin E. O'Boyle | 1280 West Newport Center Drive | | Deerfield Beach | FL | 33442 |
| 30357481 | COMMERCE #9602 LLC f/k/a COMMERCE LIMITED PARTNERSHIP #9602 | Denise DeMartini | Chief Operating Officer | Commerce Group | 1280 West Newport Center Drive | Deerfield Beach | FL | 33442 |
| 29965374 | COMMERCE 9005 LLC f/k/a COMMERCE LIMITED PARTNERSHIP #9005 | Reed Smith LLP | Attn: Jason D. Angelo and Cameron A. Capp | 1201 North Market Street, Suite 1500 | | Wilmington | DE | 19801 |

**<u>Exhibit B</u>**

Exhibit B

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 30356777 | Commerce #9602 LLC f/k/a Commerce Limited Partnership #9602 | meo1@commerce-group.com ddemartini@commerce-group.com |
| 29965374 | COMMERCE 9005 LLC f/k/a COMMERCE LIMITED PARTNERSHIP #9005 | jangelo@reedsmith.com ccapp@reedsmith.com |