**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC.,[1] | ) | Case No. 24-12480 (LSS) |
| | ) | |
| Reorganized Debtor. | ) | **Re: Docket No. 1963 & 1998** |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING**
**SUPPLEMENTAL PROPOSED ORDER SUSTAINING REORGANIZED**
**DEBTOR'S SIXTH (6TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS**

On January 15, 2026, the above-captioned reorganized debtor (the "Reorganized Debtor") filed the *Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims* [Docket No. 1963] (the "Objection")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

On February 18, 2026, the Court held a hearing (the "Hearing") to consider the Objection. At the Hearing, the Court requested additional evidence to support the Reorganized Debtor's objection to certain Reclassified Claims (the "Specified Claims").

Concurrently herewith, the Reorganized Debtor submitted the *Supplemental Declaration of Daniel Kelsall in Support of Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims* [Docket No. 1998] (the "Supplemental Declaration") further supporting the Objection as to the Specified Claims.

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, FL 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Attached hereto as **Exhibit 1** is a supplemental proposed order (the "Supplemental Proposed Order") sustaining the Objection to the Specified Claims, as revised consistent with the Supplemental Declaration. For the convenience of the Court and all interested parties, attached hereto as **Exhibit 2** is a blackline showing the revisions made to the Reclassified Claims Schedule.

WHEREFORE, the Reorganized Debtor respectfully requests that the Court enter the Supplemental Proposed Order without further notice or hearing at the Court's earliest convenience.

Dated: March 13, 2026
Wilmington, Delaware

*/s/ Shella Borovinskaya*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone: (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile: (212) 446-4900 |
| Telephone: (302) 571-6600 | Email: joshua.sussberg@kirkland.com |
| Facsimile: (302) 571-1253 | nicole.greenblatt@kirkland.com |
| Email: emorton@ycst.com | derek.hunter@kirkland.com |
| mlunn@ycst.com | |
| amielke@ycst.com | - and - |
| sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | Email: mark.mckane@kirkland.com |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |