# **EXHIBIT 1**

**Supplemental Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | ) ) ) | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | ) ) ) | **Re: Docket Nos. 1963 & 1998** |

**SUPPLEMENTAL ORDER SUSTAINING REORGANIZED DEBTOR'S
SIXTH (6TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS**

Upon consideration of the *Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims* [Docket No. 1963] (the "Objection")[2] for entry of an order (this "Order") reclassifying and/or modifying certain claims, the Kelsall Declaration, and the *Supplemental Declaration of Daniel Kelsall in Support of Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims* [Docket No. 1998]; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334, the Amended Standing Order, and Article IX of the Plan; and having determined that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Reorganized Debtors, the Debtors' estates, their creditors, and other parties in interest; and it

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, FL 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

appearing that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Objection is SUSTAINED, as set forth herein.

2. The Reclassified Claims identified on **Exhibit A** to this Order are hereby reclassified to the classification status set forth in the column titled *Modified Claim Amount and/or Priority* on **Exhibit A** to this Order.

3. The Reorganized Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each Disputed Claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

4. This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

## **EXHIBIT A**

**Reclassified Claims**

Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | CVB Inc.<br>Attn: Nolan Stephen Andreasen<br>1525 West 2960 South<br>Nibley, UT 84321 | 128 | Franchise Group, Inc. | 11/19/2024 | $0.00 (S)<br>$36,798.00 (A)<br>$0.00 (P)<br>$309,949.00 (U)<br>$346,747.00 (T) | $0.00 (S)<br>$28,267.00 (A)<br>$0.00 (P)<br>$318,480.00 (U)<br>$346,747.00 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records reflect that the Debtors received goods from claimant during the twenty days prior to the Petition Date only in the amount of $28,267.00, and the balance of the asserted administrative amount should be reclassified as a general unsecured claim. Therefore, this claim should be reclassified as indicated. |
| 2 | Elbi of America dba NDA Distributors<br>Attn: Richard S. Price, II<br>1235 N Harbor Blvd.<br>Suite 200<br>Fullerton, CA 92832 | 18 | American Freight, LLC | 11/08/2024 | $0.00 (S)<br>$81,142.82 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$81,142.82 (T) | $0.00 (S)<br>$38,154.52 (A)<br>$0.00 (P)<br>$42,988.30 (U)<br>$81,142.82 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records reflect that the Debtors received goods from claimant during the twenty days prior to the Petition Date only in the amount of $34,916.50, and the balance of the asserted administrative amount should be reclassified as a general unsecured claim. However, at this time, the Reorganized Debtor seeks only to reclassify $42,988.30 to a general unsecured claim and reserves the right to further object to reclassify $3,238.02 asserted as entitled to priority for the reasons set forth in the *Supplemental Declaration of Daniel Kelsall in Support of Roerganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims*. Therefore, this claim should be reclassified as indicated. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 3 | Field Manufacturing Corporation<br>1864 Centro West Street<br>Tiburon, CA 94920 | 457 | American Freight Outlet Stores, LLC | 12/13/2024 | $0.00 (S)<br>$38,264.08 (A)<br>$0.00 (P)<br>$3,130.40 (U)<br>$41,394.48 (T) | $0.00 (S)<br>$184.20 (A)<br>$0.00 (P)<br>$41,210.28 (U)<br>$41,394.48 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records reflect that the Debtors received goods from claimant during the twenty days prior to the Petition Date only in the amount of $184.20, and the balance of the asserted administrative amount should be reclassified as a general unsecured claim. Therefore, this claim should be reclassified as indicated. |
| 4 | Living Style (Singapore) Pte. Limited<br>3 Kallang Junction<br>#05-02<br>Singapore 339265<br>Singapore | 2811 | American Freight, LLC | 04/24/2025 | $0.00 (S)<br>$719,006.52 (A)<br>$0.00 (P)<br>$1,135,323.90 (U)<br>$1,854,330.42 (T) | $0.00 (S)<br>$187,199.10 (A)<br>$0.00 (P)<br>$1,667,131.32 (U)<br>$1,854,330.42 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records reflect that the Debtors received goods from claimant during the twenty days prior to the Petition Date only in the amount of $187,199.10, and the balance of the asserted administrative amount should be reclassified as a general unsecured claim. Therefore, this claim should be reclassified as indicated. |
| | **Claims to be modified totals** | **Count: 4** | | | **$2,323,614.72** | **$2,323,614.72** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total