# EXHIBIT 2

**Blackline**

Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims

# Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | CVB Inc. <br> Attn: Nolan Stephen Andreasen <br> 1525 West 2960 South <br> Nibley, UT 84321 | 128 | Franchise Group, Inc. | 11/19/2024 | $0.00 (S) <br> $36,798.00 (A) <br> $0.00 (P) <br> $309,949.00 (U) <br> $346,747.00 (T) | $0.00 (S) <br> $~~20,274.00~~28,267.00 (A) <br> $0.00 (P) <br> $~~326,473.00~~318,480.00 (U) <br> $346,747.00 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records reflect that the Debtors received goods from claimant during the twenty days prior to the Petition Date only in the amount of $~~20,274.00~~28,267.00, and the balance of the asserted administrative amount should be reclassified as a general unsecured claim. Therefore, this claim should be reclassified as indicated. |
| 2 | Elbi of America dba NDA Distributors <br> Attn: Richard S. Price, II <br> 1235 N Harbor Blvd. <br> Suite 200 <br> Fullerton, CA 92832 | 18 | American Freight, LLC | 11/08/2024 | $0.00 (S) <br> $81,142.82 (A) <br> $0.00 (P) <br> $0.00 (U) <br> $81,142.82 (T) | $0.00 (S) <br> $38,154.52 (A) <br> $0.00 (P) <br> $42,988.30 (U) <br> $81,142.82 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records reflect that the Debtors received goods from claimant during the twenty days prior to the Petition Date only in the amount of $~~38,154.52~~34,916.50, and the balance of the asserted administrative amount should be reclassified as a general unsecured claim. However, at this time, the Reorganized Debtor seeks only to reclassify $42,988.30 to a general unsecured claim and reserves the right to further object to reclassify $3,238.02 asserted as entitled to priority for the reasons set forth in the Supplemental Declaration of Daniel Kelsall in Support of Roerganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims. Therefore, this claim should be reclassified as indicated. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Sixth (6th) Omnibus (Substantive) Objection to Claims

## Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 3 | Field Manufacturing Corporation<br>1864 Centro West Street<br>Tiburon, CA 94920 | 457 | American Freight Outlet Stores, LLC | 12/13/2024 | $0.00 (S)<br>$38,264.08 (A)<br>$0.00 (P)<br>$3,130.40 (U)<br>$41,394.48 (T) | $0.00 (S)<br>$~~0.00~~184.20 (A)<br>$0.00 (P)<br>$~~41,394.48~~41,210.28 (U)<br>$41,394.48 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records ~~do not~~ reflect that the ~~receipt of any~~ Debtors received goods from ~~the~~ claimant ~~within~~ during the twenty days ~~of~~ prior to the Petition Date only in the amount of $184.20, and the balance of the asserted administrative amount should be reclassified as a general unsecured claim. Therefore, this claim should be reclassified ~~to a general unsecured claim.~~ as indicated. |
| 4 | Living Style (Singapore) Pte. Limited<br>3 Kallang Junction<br>#05-02<br>Singapore 339265<br>Singapore | 2811 | American Freight, LLC | 04/24/2025 | $0.00 (S)<br>$719,006.52 (A)<br>$0.00 (P)<br>$1,135,323.90 (U)<br>$1,854,330.42 (T) | $0.00 (S)<br>$187,199.10 (A)<br>$0.00 (P)<br>$1,667,131.32 (U)<br>$1,854,330.42 (T) | Claimant asserts amounts owed under section 503(b)(9) of the Bankruptcy Code. However, the Reorganized Debtors' books and records reflect that the Debtors received goods from claimant during the twenty days prior to the Petition Date only in the amount of $187,199.10, and the balance of the asserted administrative amount should be reclassified as a general unsecured claim. Therefore, this claim should be reclassified as indicated. |
| **Claims to be modified totals** | | Count: 4 | | | $2,323,614.72 | $2,323,614.72 | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total