**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRANCHISE GROUP, INC.,[1] | ) Case No. 24-12480 (LSS) |
| | ) |
| Reorganized Debtor. | ) |
| | ) |

**NOTICE OF AGENDA FOR**
**HEARING OF MATTERS SCHEDULED FOR**
**MARCH 24, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

---

**WITH PERMISSION FROM THE COURT, THIS HEARING HAS BEEN
CANCELLED AS NO MATTERS ARE GOING FORWARD.**

---

**ADJOURNED MATTERS**

1.    Reorganized Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims [D.I. 1914, 11/17/25]

       Objection Deadline:    December 8, 2025, at 4:00 p.m. (prevailing Eastern Time)

       Related Documents:

           A.  Certification of Counsel Regarding Revised Proposed Order Sustaining Reorganized Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims [D.I. 1939, 12/11/25]

           B.  Order Sustaining Reorganized Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims [D.I. 1943, 12/17/25]

       Responses Received:

           C.  Informal Response of Munib Malik

---

[1]    The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876.  The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, FL 33496.  The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims, and noticing agent, at https://cases.ra.kroll.com/FRG/.  All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24 12480 (LSS).

Status:   This matter has been adjourned, solely with respect to Item C, to the omnibus hearing scheduled for April 21, 2026.  An order has been entered as to all other claims subject to the objection.

2.   Motion of the Litigation Trustee for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 (I) Authorizing Examination of Lisa Fairfax, (II) Requiring Production of Documents, and (III) Granting Related Relief [D.I. 1959, 1/5/26]

Objection Deadline:   January 19, 2026, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:   None.

Responses Received:   None.

Status:   The Litigation Trustee is reviewing documents voluntarily produced by the proposed examinee.  This matter has been adjourned to a date and time to be determined.

3.   Reorganized Debtor's Seventh (7th) Omnibus (Substantive) Objection to Claims [D.I. 1980, 2/19/26]

Objection Deadline:   March 5, 2026, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

   A.  Certificate of No Objection Regarding Docket No. 1980 [D.I. 1995, 3/6/26]

Responses Received:   None.

Status:   A proposed order has been filed under certificate of no objection.  No hearing is necessary unless the Court has questions.  To the extent the Court has questions, this matter is adjourned to the omnibus hearing scheduled for April 21, 2026.

4.   Reorganized Debtor's Eighth (8th) Omnibus (Non-Substantive) Objection to Claims [D.I. 1976, 2/17/26]

Objection Deadline:   March 3, 2026, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

   A.  Certificate of No Objection Regarding Docket No. 1976 [D.I. 1992, 3/4/26]

Responses Received:   None.

Status:      A proposed order has been filed under certificate of no objection.  No hearing is necessary unless the Court has questions.  To the extent the Court has questions, this matter is adjourned to the omnibus hearing scheduled for April 21, 2026.

Dated:  March 20, 2026
Wilmington, Delaware

*/s/ Allison S. Mielke*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 571-6600
Facsimile:      (302) 571-1253
Email:         emorton@ycst.com
               mlunn@ycst.com
               amielke@ycst.com
               sborovinskaya@ycst.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:         joshua.sussberg@kirkland.com
               nicole.greenblatt@kirkland.com
               derek.hunter@kirkland.com

- and -

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500
Email:         mark.mckane@kirkland.com

*Co-Counsel to the Reorganized Debtor*         *Co-Counsel to the Reorganized Debtor*