## EXHIBIT A

**Amended and Superseded Claims**

Reorganized Debtors' Eighth (8th) Omnibus (Non-Substantive) Objection to Claims

# Amended and Superseded Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **REMAINING CLAIMS** | | | | |
| | Name and Address of Claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed | Name and Address of Claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
| 1 | Arizona Department Of Revenue Office of the Arizona Attorney General - BCE c/o Tax, Bankruptcy and Collection Sct 2005 N Central Ave Suite 100 Phoenix AZ 85004 | 2934 | American Freight Outlet Stores, LLC | $0.00 (S) $199,367.28 (A) $0.00 (P) $0.00 (U) $199,367.28 (T) | 5/23/2025 | Arizona Department Of Revenue Office of the Arizona Attorney General - BCE c/o Tax, Bankruptcy and Collection Sct 2005 N Central Ave Suite 100 Phoenix AZ 85004 | 3053 | American Freight Outlet Stores, LLC | $0.00 (S) $203,060.33 (A) $0.00 (P) $0.00 (U) $203,060.33 (T) | 12/18/2025 |
| 2 | California Department of Tax and Fee Administration PO Box 942879 Sacramento CA 94279-0029 | 2808 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $492,727.51 (P) $364,729.31 (U) $857,456.82 (T) | 4/23/2025 | California Department of Tax and Fee Administration PO Box 942879 Sacramento CA 94279-0029 | 3057 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $427,657.63 (P) $364,729.31 (U) $792,386.94 (T) | 1/19/2026 |
| 3 | City of Redmond PO Box 97010 MS:3NFN Redmond WA 98073 | 2064 | Vitamin Shoppe Industries LLC | $614.48 (S) $0.00 (A) $0.00 (P) $0.00 (U) $614.48 (T) | 1/23/2025 | City of Redmond PO Box 97010 MS: 3NFN Redmond WA 98073 | 2207 | Vitamin Shoppe Industries LLC | $614.48 (S) $0.00 (A) $0.00 (P) $0.00 (U) $614.48 (T) | 1/24/2025 |
| 4 | Connecticut Department of Revenue Services Attn: Litigation Division 450 Columbus Blvd Suite 1 Hartford CT 06103 | 2850 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $240,566.05 (P) $7,154.60 (U) $247,720.65 (T) | 4/29/2025 | Connecticut Department of Revenue Services Litigation Division 450 Columbus Blvd Suite 1 Hartford CT 06103 | 2946 | American Freight Outlet Stores, LLC | $0.00 (S) $0.00 (A) $245,329.12 (P) $7,154.60 (U) $252,483.72 (T) | 6/6/2025 |
| 5 | Department of Taxation, State of Hawaii Attn: Bankruptcy Unit PO Box 259 Honolulu HI 96809-0259 | 2861 | American Freight Management Company, LLC | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | 4/30/2025 | Department of Taxation, State of Hawaii Attn: Bankruptcy Unit PO Box 259 Honolulu HI 96809-0259 | 3044 | American Freight Management Company, LLC | $0.00 (S) $0.00 (A) $13,633.25 (P) $2,748.20 (U) $16,381.45 (T) | 11/4/2025 |
| 6 | Department of Taxation, State of Hawaii Attn: Bankruptcy Unit PO Box 259 Honolulu HI 96809-0259 | 3043 | American Freight Management Company, LLC | $0.00 (S) $0.00 (A) $5,620.05 (P) $1,119.50 (U) $6,739.55 (T) | 10/17/2025 | Department of Taxation, State of Hawaii Attn: Bankruptcy Unit PO Box 259 Honolulu HI 96809-0259 | 3044 | American Freight Management Company, LLC | $0.00 (S) $0.00 (A) $13,633.25 (P) $2,748.20 (U) $16,381.45 (T) | 11/4/2025 |
| 7 | Employment Development Department of the State of California Attn: Special Procedures Section PO Box 826880 Mic 92E Sacramento CA 94280-0001 | 2926 | American Freight Management Company, LLC | $0.00 (S) $15,021.01 (A) $0.00 (P) $0.00 (U) $15,021.01 (T) | 5/12/2025 | Employment Development Department of the State of California Attn: Special Procedures Section PO Box 826880 Mic 92E Sacramento CA 94280-0001 | 3049 | American Freight Management Company, LLC | $0.00 (S) $871.75 (A) $0.00 (P) $0.00 (U) $871.75 (T) | 11/12/2025 |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Eighth (8th) Omnibus
(Non-Substantive) Objection to Claims

# Amended and Superseded Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| | Name and Address of Claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|---|
| 8 | Kim, Daniel<br>Available upon request | 314 | American Freight Management Company, LLC | $0.00 (S)<br>$0.00 (A)<br>$106,600.00 (P)<br>$54,000.00 (U)<br>$160,600.00 (T) | 12/2/2024 |
| 9 | Missouri Department Of Revenue<br>301 W High St<br>PO Box 475<br>Jefferson City MO 65105 | 343 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,434.66 (U)<br>$1,434.66 (T) | 12/3/2024 |
| 10 | Missouri Department Of Revenue<br>301 W High St<br>PO Box 475<br>Jefferson City MO 65105 | 345 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$392.38 (U)<br>$392.38 (T) | 12/3/2024 |
| **Total** | | | | **$1,489,346.83** | |

## REMAINING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim amount and priority (1) | Date Filed |
|---|---|---|---|---|
| Kim, Daniel<br>Available upon request | 379 | American Freight Management Company, LLC | $0.00 (S)<br>$0.00 (A)<br>$106,600.00 (P)<br>$0.00 (U)<br>$106,600.00 (T) | 12/5/2024 |
| Missouri Department Of Revenue<br>301 W High St<br>PO Box 475<br>Jefferson City MO 65105 | 3048 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$1,434.66 (P)<br>$0.00 (U)<br>$1,434.66 (T) | 11/5/2025 |
| Missouri Department Of Revenue<br>301 W High St<br>PO Box 475<br>Jefferson City MO 65105 | 3047 | American Freight Outlet Stores, LLC | $0.00 (S)<br>$0.00 (A)<br>$392.38 (P)<br>$0.00 (U)<br>$392.38 (T) | 11/5/2025 |
| | | | **$1,390,607.16** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

## EXHIBIT B

**Wrong Debtor Claims**

Reorganized Debtors' Eighth (8th) Omnibus
(Non-Substantive) Objection to Claims

# Wrong Debtor

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 1 | Acosta, Alyssa Hope<br>Available upon request | 2247 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/27/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,384.45 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 2 | B.J. McCord D/B/A McCord Business Center<br>Available upon request | 1207 | American Freight Management Company, LLC | American Freight, LLC | 01/21/2025 | $0.00 (S)<br>$0.00 (A)<br>$26,650.00 (P)<br>$0.00 (U)<br>$26,650.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 3 | Baldwin, Benjamin<br>Available upon request | 2228 | Franchise Group, Inc. | American Freight, LLC | 01/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$12,000.00 (P)<br>$0.00 (U)<br>$12,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 4 | Boyd, Justin<br>Available upon request | 2192 | Franchise Group, Inc. | Buddy's Newco, LLC | 01/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$8,640.00 (P)<br>$0.00 (U)<br>$8,640.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Buddy's Newco, LLC. |
| 5 | Brown, A'Nyla Zandria<br>Available upon request | 2219 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/24/2025 | Unliquidated (S)<br>Unliquidated (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 6 | Brown, Deahjane<br>Available upon request | 2271 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/28/2025 | $0.00 (S)<br>$0.00 (A)<br>$550.00 (P)<br>$0.00 (U)<br>$550.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Eighth (8th) Omnibus
(Non-Substantive) Objection to Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 7 | Cammilleri, Linda<br>Available upon request | 2386 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 02/04/2025 | Unliquidated (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 8 | CDW Direct, LLC<br>Attn: Vida Krug<br>200 N. Milwaukee Ave<br>Vernon Hills IL 60061 | 298 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 11/25/2024 | $0.00 (S)<br>$20,474.08 (A)<br>$0.00 (P)<br>$37,089.65 (U)<br>$57,563.73 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 9 | Clear Pane<br>Attn: Thomas Pane<br>Available upon request | 349 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 12/03/2024 | $0.00 (S)<br>$254,654.89 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$254,654.89 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |
| 10 | CVB Inc.<br>Attn: Nolan Stephen Andreasen<br>1525 West 2960 South<br>Nibley UT 84321 | 128 | Franchise Group, Inc. | American Freight, LLC | 11/19/2024 | $0.00 (S)<br>$36,798.00 (A)<br>$0.00 (P)<br>$309,949.00 (U)<br>$346,747.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 11 | Evans, Lakeisha<br>Available upon request | 1533 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,000.00 (P)<br>$0.00 (U)<br>$2,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 12 | Feliz, Anagy D.<br>Available upon request | 1798 | Franchise Group, Inc. | Vitamin Shoppe Industries LLC | 01/23/2025 | $0.00 (S)<br>Unliquidated (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Vitamin Shoppe Industries LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Eighth (8th) Omnibus
(Non-Substantive) Objection to Claims

Wrong Debtor

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|
| 13 Gateway Retail Partners III, LLC Attn: Matthew Hayden, Manager 2960 Fairview Drive Owensboro KY 42303 | 1247 | American Freight FFO, LLC | American Freight, LLC | 01/22/2025 | $0.00 (S) $238,700.00 (A) $0.00 (P) $109,745.69 (U) $348,445.69 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 14 Green, Rebecca Available upon request | 2101 | Franchise Group, Inc. | American Freight, LLC | 01/23/2025 | $0.00 (S) $0.00 (A) $1,195.50 (P) $0.00 (U) $1,195.50 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 15 Hensley, Jesse Richard Available upon request | 2961 | Franchise Group, Inc. | American Freight, LLC | 06/16/2025 | $0.00 (S) $2,500.00 (A) $2,500.00 (P) $0.00 (U) $5,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 16 Hernandez, Julie D. Available upon request | 2162 | Franchise Group, Inc. | American Freight, LLC | 01/23/2025 | $0.00 (S) $2,657.60 (A) Unliquidated (P) $0.00 (U) Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 17 Jacques, Lasalle Available upon request | 2290 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/28/2025 | $0.00 (S) $0.00 (A) $650.00 (P) $0.00 (U) $650.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 18 Martin, Paul J Available upon request | 2298 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/28/2025 | $0.00 (S) $0.00 (A) $750.00 (P) $0.00 (U) $750.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Eighth (8th) Omnibus
(Non-Substantive) Objection to Claims

**Wrong Debtor**

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 19 | Minor, Demestra Denise<br>Available upon request | 1037 | Franchise Group, Inc. | American Freight, LLC | 01/20/2025 | $0.00 (S)<br>Unliquidated (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 20 | Pulaski County Treasurer<br>PO Box 430<br>Little Rock AR 72203 | 2439 | Franchise Group, Inc. | American Freight, LLC | 02/07/2025 | $0.00 (S)<br>$0.00 (A)<br>$13,296.36 (P)<br>$0.00 (U)<br>$13,296.36 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 21 | Savage, Dakota S.<br>Available upon request | 2095 | Franchise Group, Inc. | American Freight, LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 22 | Shepherd Jr., Brian Quincy Deshawn<br>Available upon request | 2319 | American Freight Management Company, LLC | American Freight, LLC | 01/29/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,500.00 (P)<br>$0.00 (U)<br>$2,500.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| 23 | Shuler, Derrick<br>Available upon request | 1931 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$7,500.00 (P)<br>$0.00 (U)<br>$7,500.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 24 | Smalls, Shalika L<br>Available upon request | 429 | Franchise Group Intermediate PSP, LLC | PSP Distribution, LLC | 12/11/2024 | $2,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against PSP Distribution, LLC. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Eighth (8th) Omnibus (Non-Substantive) Objection to Claims

| | Name and Address of Claimant | Claim # | Asserted Debtor | Revised Debtor | Date Filed | Claim amount and priority (1) | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 25 | Summers, Nelson S. Available upon request | 1164 | Franchise Group, Inc. | Pet Supplies "Plus", LLC | 01/21/2025 | $0.00 (S) $0.00 (A) Unliquidated (P) $0.00 (U) Unliquidated (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against Pet Supplies "Plus", LLC. |
| 26 | Visner, Linda Available upon request | 2355 | Franchise Group, Inc. | American Freight, LLC | 01/31/2025 | $0.00 (S) $0.00 (A) $1,000.00 (P) $0.00 (U) $1,000.00 (T) | Claim is asserted against the wrong Debtor, which has no record of liability to such Claim in its books and records. According to the Debtors' books and records, the Claim should have been filed against American Freight, LLC. |
| | Claims to be modified totals | Count: 26 | | | | $1,091,143.17 | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total