## EXHIBIT A

**No Liability Claims**

Reorganized Debtors' Seventh (7th) Omnibus
(Substantive) Objection to Claims

No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | Benford, Shaletha<br>Available upon request | 1443 | Franchise Group, Inc. | 01/22/2025 | $800.00 (S)<br>$0.00 (A)<br>$1,600.00 (P)<br>$0.00 (U)<br>$2,400.00 (T) | Claimant filed two claims against Debtor Franchise Group, Inc. – Claim Nos. 1443 and 2809. The Debtors' books and records reflect that the claim was satisfied through payment of Claim No. 2809 and no obligation or liability to claimant on account of such asserted claim remains.  Therefore, Claim No. 1443 should be disallowed and expunged. |
| 2 | Ingram, Mary A<br>Available upon request | 906 | Buddy's Newco, LLC | 01/16/2025 | $0.00 (S)<br>Unliquidated (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | According to the Debtors' books and records, the Debtors have no record of ever receiving any goods or services from the claimant. Accordingly, the Debtors have no liability to the claimant under section 503(b)(9) of the Bankruptcy Code, as asserted in the claim. Additionally, the claimant leased furniture pursuant to a rent-to-own contract with the Debtors, and all payments owed by the claimant to the Debtors under the rent-to-own contract have been paid. According to the Debtors' books and records and the rent-to-own contract, the Debtors have no record of any outstanding financial or other obligation owed by the Debtors to the claimant on account of the claim. Accordingly, the Debtors have no liability for the asserted claim. |
| 3 | Jackson, Shirley Ann<br>Available upon request | 810 | Franchise Group, Inc. | 01/14/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,290.00 (P)<br>$0.00 (U)<br>$1,290.00 (T) | Claimant filed two claims against the Debtors – Claim Nos. 810 and 2344 – each filed against different Debtors. The Debtors' books and records reflect that the claim is properly asserted against Debtor American Freight, LLC (Claim No. 2344), and no other Debtor has any obligation or liability to claimant on account of such asserted claim. Therefore, Claim No. 810, asserted against Debtor Franchise Group, Inc., should be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Seventh (7th) Omnibus
(Substantive) Objection to Claims

# No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 4 | Jones, Brandon Michael<br>Available upon request | 3032 | Franchise Group, Inc. | 09/23/2025 | $1,383.80 (S)<br>$0.00 (A)<br>$1,474.97 (P)<br>$1,474.97 (U)<br>$4,333.74 (T) | Claimant asserts a claim for "goods sold, services performed". The Debtors' books and records reflect that the Debtors have never had a business relationship with the claimant which would result in any obligation of the Debtors to the claimant for any goods or services purportedly provided by the claimant to the Debtors. According to the Debtors' books and records, the claimant leased furniture from the Debtors pursuant to a 2013 rent-to-own contract and subsequently purchased an additional item of furniture, which was paid for in full by the claimant with store credit in 2014. According to the Debtors' books and records and the 2013 rent-to-own contract, the Debtors have no record of any outstanding financial or other obligation owed by the Debtors to the claimant on account of the claim. Accordingly, the Debtors have no liability for the asserted claim. |
| 5 | Kaftassa, Abraham Hirpo<br>Available upon request | 2197 | American Freight Holdings, LLC | 01/24/2025 | $0.00 (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant asserts a claim for an undetermined amount related to a purported employment relationship with the Debtors. The Debtors' books and records reflect that the Debtors have no business or employment relationship with the claimant and no record of any liabilities owed to the claimant. Accordingly, the Debtors have no liability for the claim, and the claim should be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Seventh (7th) Omnibus
(Substantive) Objection to Claims

# No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 6 | Kim, Daniel<br>Available upon request | 313 | American Freight Outlet Stores, LLC | 12/02/2024 | $0.00 (S)<br>$0.00 (A)<br>$106,600.00 (P)<br>$0.00 (U)<br>$106,600.00 (T) | Claimant filed three claims against the Debtors – Claim Nos. 313, 315, and 379 – each filed against different Debtors. The Debtors' books and records reflect that the claim is properly asserted against Debtor American Freight Management Company, LLC (Claim No. 379), and no other Debtor has any obligation or liability to claimant on account of such asserted claim. Therefore, Claim No. 313, asserted against Debtor American Freight Outlet Stores, LLC, should be disallowed and expunged. |
| 7 | Kim, Daniel<br>Available upon request | 315 | Franchise Group, Inc. | 12/02/2024 | $0.00 (S)<br>$0.00 (A)<br>$106,600.00 (P)<br>$0.00 (U)<br>$106,600.00 (T) | Claimant filed three claims against the Debtors – Claim Nos. 313, 315, and 379 – each filed against different Debtors. The Debtors' books and records reflect that the claim is properly asserted against Debtor American Freight Management Company, LLC (Claim No. 379), and no other Debtor has any obligation or liability to claimant on account of such asserted claim. Therefore, Claim No. 315, asserted against Debtor Franchise Group, Inc., should be disallowed and expunged. |
| 8 | Malik, Munib<br>Available upon request | 2975 | Vitamin Shoppe Industries LLC | 06/19/2025 | $0.00 (S)<br>$0.00 (A)<br>$45,000.00 (P)<br>$190,000.00 (U)<br>$235,000.00 (T) | The Debtors' books and records reflect that the claimant was employed by the Vitamin Shoppe Industries LLC from April 8, 2024 to August 15, 2024, at which time the claimant resigned. According to the Debtors' books and records, claimant was paid all earned wages and compensation by the end of August 2024, and there is no outstanding financial or other obligation owed to the claimant. Accordingly, the claim should be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Seventh (7th) Omnibus
(Substantive) Objection to Claims

# No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|
| 9 | Muebles Briss Sa De Cv<br>c/o Jackson Walker LLP<br>Attn: Zach McKay<br>1401 McKinney Street<br>Suite 1900<br>Houston TX 77010 | 1609 | Franchise Group, Inc. | 01/23/2025 | $0.00 (S)<br>$129,165.00 (A)<br>$0.00 (P)<br>$846,723.00 (U)<br>$975,888.00 (T) | Claimant filed two claims against the Debtors – Claim Nos. 1606 and 1609 – each filed against different Debtors. The Debtors' books and records reflect that the claim is properly asserted against Debtor American Freight, LLC (Claim No. 1606), and no other Debtor has any obligation or liability to claimant on account of such asserted claim. Therefore, Claim No. 1609, asserted against Debtor Franchise Group, Inc., should be disallowed and expunged. |
| 10 | Rawls, Ronnie<br>Available upon request | 1309 | Buddy's Franchising and Licensing LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | According to the Debtors' books and records, the claimant is leasing furniture pursuant to a rent-to-own contract with the Debtors, and such rent-to-own contract remains active and in good standing. The Debtors have no record of any outstanding balance owed by the Debtors to the claimant on account of the claim. Accordingly, the Debtors have no liability for the asserted claim. |
| 11 | Tempur Sealy International, Inc.<br>c/o Frost Brown Todd LLP<br>Attn: Ronald E. Gold<br>3300 Great American Tower<br>Suite 3300<br>Cincinnati OH 45202 | 1312 | Buddy's Newco, LLC | 01/22/2025 | $0.00 (S)<br>$81,925.54 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$81,925.54 (T) | Claimant filed two claims against Debtor Buddy's Newco, LLC – Claim Nos. 1299 and 1312. The Debtors' books and records reflect that the claim was satisfied through payment of Claim No. 1299 and no obligation or liability to claimant on account of such asserted claim remains. Therefore, Claim No. 1312 should be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtors' Seventh (7th) Omnibus
(Substantive) Objection to Claims

No Liability Claims

Primary case number: 24-12480 (LSS)
In re: Franchise Group, Inc.

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 12 | White, Christopher Tyrone<br>Available upon request | 811 | Franchise Group, Inc. | 01/14/2025 | $0.00 (S)<br>Unliquidated (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant asserts a claim in an undetermined amount, including under section 503(b)(9) of the Bankruptcy Code. According to the Debtors' books and records, the Debtors have no record of ever receiving any goods or services from the claimant. Accordingly, the Debtors have no liability to the claimant under section 503(b)(9) of the Bankruptcy Code. Additionally, the Debtors' books and records reflect that the Debtors have no record of ever having done business with the claimant, and have no record of any financial or other obligation owed to the claimant. Accordingly, the claim should be disallowed and expunged. |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Claims To Be Expunged Totals** | **Count: 12** | | | | **$1,514,037.28** | |

Case 24-12480-LSS    Doc 2004-1    Filed 03/23/26    Page 6 of 6

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total