**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES TO MONTHLY OPERATING REPORT FOR
FRANCHISE GROUP, INC. AND ITS DEBTOR AFFILIATES**

On November 3, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

The following notes and statements of limitations and disclaimers should be referred to, and referenced, in connection with any review of the Debtors' consolidated Monthly Operating Report (the "MOR").

In consultation with the Office of the United States Trustee for the District of Delaware, the MORs in the Chapter 11 Cases have been filed on a consolidated basis for all debtors in the jointly administered Chapter 11 Cases. On June 2, 2025, the Bankruptcy Court entered an order confirming the *Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliates* [Docket No. 1596-1] (the "Plan") of all Debtors except Freedom VCM Holdings, LLC

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 5835 NW 21st Way, Suite 200, Boca Raton, FL 33496.

("TopCo") and the Plan went effective on June 6, 2025 [Docket No. 1605]. Accordingly, TopCo disbursements and other reportable criteria for the month of June 2025 have been excluded from the MOR. A separate MOR for the month of June 2025 will be filed for TopCo.

**Introduction.** The MOR is unaudited and does not purport to represent a financial statement prepared in accordance with accounting principles generally accepted in the United States ("GAAP") and is not intended to fully reconcile to the consolidated financial statements prepared by the Debtors. Information contained in the MOR has been derived from the Debtors' books and records but does not reflect in all circumstances presentation for GAAP or other reporting purposes. To comply with their obligations during these Chapter 11 Cases, the Debtors have prepared the MOR using the best information presently available to them. The information presented in the MOR is true and accurate to the best of the Debtors' knowledge, information, and belief, based on currently available data.

The MOR is limited in scope, covers only the period referenced therein, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Chapter 11 Cases. The results of operations and financial positions contained herein are not necessarily indicative of results that may be expected for any period other than the applicable reporting period, or for the full year, and may not necessarily reflect the Debtors' future consolidated results of operations and financial position.

Given the complexity of the Debtors' business, inadvertent errors or omission may occur. Accordingly, the Debtors hereby reserve all of their rights to dispute the nature, validity, status, enforceability, or executory natures of any claim amount, agreement, representation, or other statement set forth in the MOR. Further, the Debtors reserve the right to amend or supplement the MOR, if necessary, but shall be under no obligation to do so.

1.  **Currency.** Unless otherwise indicated, all amounts listed in the MOR are reflected in U.S. dollars.

2.  **Consolidated Entity Accounts Payable and Disbursement Systems.** Cash is received and disbursed by the Debtors as described in the *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Waiving Certain Operating Guidelines; (III) Suspending Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief* [Docket No. 9] and the Debtors' receipt and disbursement of cash is consistent with the Debtors' historical cash management practices. Due to the Debtors' consolidated cash management system, certain cash payments may be paid out of a legal entity that is different than the legal entity at which the expenses were incurred. Disbursements attributed to each entity represent the entity on behalf of which payments were made.

3.  **Part 5: Professional Fees and Expenses.**

    *Tax Remittance.* In the ordinary course of business, the Debtors make certain payments to Kroll, LLC ("Kroll"), which are remitted by Kroll to applicable taxing authorities on behalf of the Debtors. Kroll is not a professional, and the Debtors do not pay any of

2

Kroll's fees or expenses in connection with such services. Therefore, any payments made to Kroll are not listed in Part 5 of the MOR.

***Ordinary Course Professional Payments.*** The Debtors inadvertently made certain payments in relatively de minimis amounts to certain of the Debtor's ordinary course professionals that have not yet been formally retained in the Chapter 11 Cases. The Debtors have worked diligently to retain such ordinary course professionals pursuant to the procedures established by the *Order Authorizing (A) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements of Local Rule 2016-2* [Docket No. 355].

4.      **Part 7 Questionnaire.**

***Part 7(a).*** Pursuant to certain orders of the Bankruptcy Court entered in the Chapter 11 Cases, the Debtors are authorized (but not directed) to pay, among other things, certain prepetition claims of their employees, taxing authorities, vendors, customers, and certain other prepetition creditors.

***Part 7(g).*** All postpetition borrowings since the inception of the Chapter 11 Cases, other than trade credit, are borrowings made under the Debtors' postpetition financing facility.

5.      **Supporting Documentation.**

***Statement of Cash Receipts and Disbursements.*** Based on guidance received from the Office of the United States Trustee for the District of Delaware, reported cash receipts and disbursements should exclude intercompany transactions. Therefore, for those Debtors with net intercompany cash outflows or inflows during the reporting period, the ending cash balances reported on Form 11-MOR Part 1 may not equal the ending cash balances per the Debtors' bank statements or the Debtors' books and records.

***Balance Sheet.*** Liabilities Subject to Compromise ("LSTC") represent the Debtors' estimate of prepetition liabilities. The payment of prepetition liabilities is subject to compromise or other treatment under a chapter 11 plan. The determination of how such liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan. Therefore, the ultimate amount of such liabilities is not determinable at this time. LSTC estimates are preliminary and may be subject to, among other things, future adjustments depending on Bankruptcy Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation, or other events.

**Franchise Group Inc., et al.**
**Lead Case 24-12480 (LSS)**
**Balance Sheet**
**as of June 6, 2025**

| GL Account Number | GL Account Name | Franchise Group, Inc., Consolidated |
|---|---|---|
| | | YTD |
| | | Jun-25 |
| A10100000 | Cash and Cash Equivalents | 408,132,001 |
| A12000000 | Current Receivables, Net | 85,118,026 |
| A12500000 | Current Securitized Receivables, Net | 16,975,008 |
| A13000000 | Inventory, Net | 162,495,156 |
| A13400000 | Other Current Assets | 21,754,070 |
| **A10001000** | **Current Assets** | **694,474,261** |
| A15000000 | Property, Plant and Equipment, Net | 83,954,580 |
| A15200000 | Notes Receivable, Non-Current | 500,000 |
| A15300000 | Non-Current Securitized Receivables, Net | - |
| A154000 | Goodwill | 154,934,151 |
| A15500000 | Intangible Assets, Net | 310,753,581 |
| A15600000 | Tradenames, Net | 282,400,000 |
| A15700000 | Operating Lease Right-of-Use Assets | 147,274,437 |
| A17500000 | Other Non-Current Assets | 11,093,650 |
| **A10002000** | **Non-Current Assets** | **990,910,398** |
| **A10000000** | **Total Assets** | **1,685,384,660** |
| A20100000 | Long-Term Obligations, Current | 778,421,984 |
| A210000 | Operating Lease Liabilities, Current | 24,095,308 |
| A21000000 | Accounts Payable and Accrued Expenses | 164,794,608 |
| A22500000 | Other Current Liabilities | 7,514,174 |
| **A20001000** | **Current Liabilities** | **974,826,074** |
| A25001000 | Long-Term Obligations, Non-Current | 8,970,800 |
| A260000 | Operating Lease Liabilities, Non-Current | 112,686,676 |
| A26100000 | Other Non-Current Liabilties | 60,905,773 |
| A27000000 | Liabilities Subject To Compromise | 72,139,149 |
| A270800 | LSTC Lease Guarantee | 1,790,671,509 |
| **A20005000** | **Non-Current Liabilities** | **1,973,234,758** |
| **A20000000** | **Total Liabilties** | **2,948,060,833** |
| A301000 | Common Stock | - |
| A302000 | Preferred Stock | - |
| **A30500000** | **Additional Paid-in Capital** | **886,669,007** |
| A31000000 | Accumulated Other Comprehensive Income/(Loss) | - |
| A3200000 | Retained Earnings, Net | (2,149,345,180) |
| A330000 | Noncontrolling Interest | - |
| **A30001000** | **Stockholders' Equity** | **(1,262,676,173)** |
| **A30000000** | **Total Liabilities and Stockholders' Equity** | **1,685,384,660** |

**Franchise Group Inc., et al.**
**Lead Case 24-12480 (LSS)**
**Statement of Operations (Profit or Loss)**
**as of June 6, 2025**

| Description | Franchise Group, Inc., Consolidated |
|---|---|
| | **Periodic** |
| | **Jun-25** |
| Product Revenue | 47,847,583 |
| Service and Other Revenue | 3,594,449 |
| Lease Revenue | 907,607 |
| **Revenue** | **52,349,639** |
| Product Cost of Sales | 37,634,476 |
| Service Cost of Sales | 87,705 |
| Leasing COS | 423,568 |
| Cost of Sales | 38,145,749 |
| Corp Allocation-Payroll & Compensation | - |
| Employee Compensation and Benefits | 5,098,773 |
| Dealer Commissions/AD Expense | - |
| Advertising Expense | 194,233 |
| Corp Allocation-Rent & Utilities | - |
| Other Utilities | - |
| Corp Allocation-State & Local Taxes | - |
| Taxes Other Than Income Taxes | 1,185,933 |
| Corp Allocation-Travel & Entertainment | - |
| Travel and Entertainment | 105,936 |
| Supplies Expense | 1,022,504 |
| Credit Card Fees | 374,531 |
| Bank Fees | 434,743 |
| Corp Allocation - Legal Fees | - |
| Professional Fees | 297,962 |
| Corp Allocation - Insurance | - |
| Insurance | 531,416 |
| Corp Allocation - Dues Subscriptions & Fees | - |
| Dues & Subscriptions | 2,529 |
| Other Expenses | 445,785 |
| DC Other Expenses Reclass - COS | - |
| Other Costs and Expenses | 3,719,801 |
| Other SG&A Expenses | 4,180,361 |
| Depreciation & Amortization | 1,210,062 |
| Selling, General and Administrative Expenses | 10,696,793 |
| **Operating Expenses** | **48,842,542** |
| **Operating Income** | **3,507,096** |
| Interest Expense, Net | (5,450,271) |
| Other Income (Expense) | (319,910) |
| Reorganization Items, net | 44,765,880 |
| **Non-Operating Income (Expense)** | **(50,536,062)** |
| **Pre-Tax Income** | **(47,028,965)** |
| Income Taxes | - |
| **Net Income** | **(47,028,965)** |
| **Net Income Attributable to NonControlling Interests** | **-** |
| **Net Income Attributable to Shareholders** | **(47,028,965)** |

**Franchise Group Inc., et al.**
**Lead Case 24-12480 (LSS)**
**Statement of Cash Receipts and Disbursement**
**as of June 6, 2025**

| | FRG Consolidated Cash Receipts and Disbursements |
|---|---:|
| **Cash Operating Receipts** | |
| Stores/DTC Receipts | $27,136,369 |
| Wholesale Receipts | 25,029,652 |
| Franchise Receipts | 2,067,159 |
| DIP Financing | - |
| Other Receipts | 23,727 |
| **Total Cash Operating Receipts** | **$54,256,907** |
| | |
| **Operating Disbursements** | |
| Merchandise | (29,480,447) |
| Freight | (272,387) |
| Occupancy | (770,622) |
| Payroll | (5,772,130) |
| OCP | (31,964) |
| Marketing | (78,419) |
| Insurance | (781,609) |
| Tax | (556,705) |
| *Income* | - |
| *Payroll* | *(471,469)* |
| *Property* | - |
| *Other* | *(85,236)* |
| Other Opex & Capex | (287,153,353) |
| **Total Operating Disbursements** | **($324,897,637)** |
| | |
| **Adjustments** | |
| Add: Monthly disbursements from next fiscal month | 46,032 |
| Less: May calendar/June fiscal disbursements reported in May MOR; UST fees already paid on these disbursements | (47,382,306) |
| Add: June Fiscal Intercompany Receipts | 8,812,851 |
| Less: June Fiscal Intercompany Disbursements | (8,812,851) |
| Add: June Fiscal Intracompany Receipts | 130,188,758 |
| Less: June Fiscal Intracompany Disbursements | (130,188,758) |
| Net impact of outstanding deposits | (203,432) |
| Net impact of reconciling items beginning of the month | - |
| Net impact of transaction in bank not reconciled to books | - |
| Net impact of transaction in books not reconciled to the bank | - |
| Reversing open cash position of sold entities | 249,294,075 |
| Net impact of balances to be researched - Variance | (9,775) |
| | |
| **Total Adjustments** | **($62,471,879)** |
| | |
| **Net Cash Flow** | **($333,112,610)** |
| | |
| **Book Cash:** | |
| BOP Book Cash Balance | 473,003,431 |
| Adjustment to 11/3/2024 opening balance | - |
| Add: Adj Net Cash Flow | (333,112,610) |
| **EOP Calc Book Cash Balance** | **$139,890,821** |

**Franchise Group Inc., et al.**
**Lead Case 24-12480 (LSS)**
**Bank Account Reconciliation**
**as of June 6, 2025**

| Bank Name | Last 4 Digits | Debtor | Book Balance |
|---|---|---|---|
| JPMorgan Chase, N.A. | x2060 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x1601 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x1643 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x1668 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x1692 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x3920 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4035 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4035 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4043 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4050 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4068 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4076 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4118 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4142 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4159 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4167 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4175 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4191 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4200 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4209 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4226 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4259 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4267 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4275 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4283 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4291 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4309 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4317 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x4423 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x5873 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x5899 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x5899 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x5915 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x5923 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x5931 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x5964 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x5965 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x5973 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x5980 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x5999 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x6250 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x6323 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x6860 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x6994 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x7372 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x7406 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x7448 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x7455 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x7959 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x9013 | American Freight Outlet Stores, LLC | - |
| Wells Fargo Bank, N.A. | x9047 | American Freight Outlet Stores, LLC | - |
| Arvest Bank (2) | x2809 | American Freight, LLC | - |
| Bank of America, N.A.(2) | x2211 | American Freight, LLC | - |
| Centennial Bank (2) | x9839 | American Freight, LLC | - |
| Citizens Bank, N.A. | x1211 | American Freight, LLC | - |
| Citizens Bank, N.A. (3) | x8964 | American Freight, LLC | - |
| Citizens Bank, N.A. | x8980 | American Freight, LLC | - |
| Equity Bank (2) | x1890 | American Freight, LLC | - |
| Fifth Third Bank (2) | x6917 | American Freight, LLC | - |
| First Commonwealth Bank (2) | x0231 | American Freight, LLC | - |
| First Financial Bank (2) | x0947 | American Freight, LLC | - |
| JPMorgan Chase, N.A. | x0258 | American Freight, LLC | 577,201.56 |
| JPMorgan Chase, N.A. | x2697 | American Freight, LLC | - |
| Keybank National Association | x0910 | American Freight, LLC | - |
| Keybank National Association | x0662 | American Freight, LLC | - |
| Keybank National Association | x0902 | American Freight, LLC | - |
| Keybank National Association | x0837 | American Freight, LLC | - |

**Franchise Group Inc., et al.**
**Lead Case 24-12480 (LSS)**
**Bank Account Reconciliation**
**as of June 6, 2025**

| Bank Name | Last 4 Digits | Debtor | Book Balance |
|---|---|---|---|
| Keybank National Association | x2856 | American Freight, LLC | - |
| Keybank National Association | x0779 | American Freight, LLC | - |
| Keybank National Association | x0670 | American Freight, LLC | - |
| Keybank National Association | x0894 | American Freight, LLC | - |
| Keybank National Association | x8931 | American Freight, LLC | - |
| Keybank National Association | x2864 | American Freight, LLC | - |
| Keybank National Association | x1411 | American Freight, LLC | - |
| Keybank National Association | x2849 | American Freight, LLC | 71,692.40 |
| Keybank National Association | x0236 | American Freight, LLC | - |
| Keybank National Association | x3720 | American Freight, LLC | 1,466,566.17 |
| Keybank National Association | x6684 | American Freight, LLC | - |
| Keybank National Association | x5377 | American Freight, LLC | 286,981.36 |
| M&T Bank (3) | x6732 | American Freight, LLC | - |
| PNC Bank, N.A. (2) | x6994 | American Freight, LLC | - |
| Regions Financial Corporation (2) | x0474 | American Freight, LLC | - |
| Simmons Bank (2) | x7640 | American Freight, LLC | - |
| Southern Bank (2) | x0463 | American Freight, LLC | - |
| US Bank (2) | x9422 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7108 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x5351 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x3152 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7229 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x4453 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x5910 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7153 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7070 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7344 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x9863 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7096 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7252 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7286 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x8002 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x3533 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x4289 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x3968 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x3950 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x8201 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7310 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7610 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7047 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7021 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x5344 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7116 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7294 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x4399 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x6535 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x0956 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x0964 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7628 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7013 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x5858 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7054 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7328 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x2389 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7260 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7203 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7062 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7179 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x4461 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7187 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x8396 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7195 | American Doan Freight, LLC | - |
| Wells Fargo Bank, N.A. | x8404 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7138 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x4509 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7005 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7039 | American Freight, LLC | - |

**Franchise Group Inc., et al.**
**Lead Case 24-12480 (LSS)**
**Bank Account Reconciliation**
**as of June 6, 2025**

| Bank Name | Last 4 Digits | Debtor | Book Balance |
|---|---|---|---|
| Wells Fargo Bank, N.A. | x8412 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x8438 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x6377 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7237 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x4479 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7284 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7362 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7211 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7302 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7146 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x9822 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7278 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7161 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x8316 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x6878 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x6072 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x7245 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x3685 | American Freight, LLC | - |
| Wells Fargo Bank, N.A. | x1999 | American Freight, LLC | - |
| Wells Fargo Bank, N.A.(3) | *7090 | American Freight, LLC | - |
| Wells Fargo Bank, N.A.(3) | *9423 | American Freight, LLC | 97,329.60 |
| Wells Fargo Bank, N.A. | | American Freight, LLC | - |
| Axos Bank | x1715 | Freedom Receivables II, LLC | 4,500.01 |
| Bank of America, N.A. | x4171 | Buddys Franchising & Licensing, LLC | 25,941.30 |
| Bank of America, N.A. | x0697 | Buddys Newco, LLC | 34,921.79 |
| Bank of America, N.A. | x0723 | Buddys Newco, LLC | 2,520.63 |
| Bank of America, N.A. | x0749 | Buddys Newco, LLC | 2,794.81 |
| Bank of America, N.A. | x3695 | Buddys Newco, LLC | 6,355.07 |
| Bank of America, N.A. | x3705 | Buddys Newco, LLC | 5,953.93 |
| Bank of America, N.A. | x7376 | Buddys Newco, LLC | 101,050.58 |
| First Bank of Clewiston | x5906 | Buddys Newco, LLC | 38,239.79 |
| JPMorgan Chase, N.A. | x1911 | Buddys Newco, LLC | 4,948,622.27 |
| JPMorgan Chase, N.A. | x2521 | Buddys Newco, LLC | (186,843.18) |
| JPMorgan Chase, N.A. | x2638 | Buddys Newco, LLC | - |
| JPMorgan Chase, N.A. | x2737 | Buddys Newco, LLC | 856,764.28 |
| Prosperity Bank | x9347 | Buddys Newco, LLC | 127,088.31 |
| TD Bank | x3478 | Buddys Newco, LLC | 50,148.74 |
| CIBC Bank USA | x4348 | Franchise Group Inc. | 639,395.51 |
| CIBC Bank USA | x0508 | Franchise Group New Holdco, LLC | - |
| CIBC Bank USA | x4767 | Franchise Group New Holdco, LLC | 7,909,227.45 |
| CIBC Bank USA | x8497 | Franchise Group New Holdco, LLC | 384,188.25 |
| CIBC Bank USA | X3859 | Franchise Group New Holdco, LLC | 50,961,417.60 |
| CIBC Bank USA | x9922 | Franchise Group New Holdco, LLC | 3,495,559.99 |
| JPMorgan Chase, N.A. | x0025 | Franchise Group New Holdco, LLC | 51,022,673.00 |
| JPMorgan Chase, N.A. | x9197 | Freedom VCM, Inc. | - |
| JPMorgan Chase, N.A. | x7256 | Freedom VCM Interco Holdings, Inc. | - |
| JPMorgan Chase, N.A. | x6296 | Freedom VCM Receivables, Inc. | - |
| JPMorgan Chase, N.A. | x2356 | Pet Supplies Plus, LLC | 17,021,485.35 |
| JPMorgan Chase, N.A. | x7212 | Pet Supplies Plus, LLC | - |
| JPMorgan Chase, N.A. | x6821 | Pet Supplies Plus, LLC | - |
| JPMorgan Chase, N.A. | x8801 | PSP Distribution, LLC | - |
| JPMorgan Chase, N.A. | x8819 | PSP Distribution, LLC | (714,970.88) |
| JPMorgan Chase, N.A. | x9166 | PSP Distribution, LLC | - |
| JPMorgan Chase, N.A. | x4431 | PSP Distribution, LLC | (14,806.53) |
| JPMorgan Chase, N.A. | x7386 | PSP Franchising, LLC | (51,356.97) |
| JPMorgan Chase, N.A. | x9285 | PSP Franchising, LLC | 49,900.00 |
| JPMorgan Chase, N.A. | x6169 | PSP Franchising, LLC | - |
| JPMorgan Chase, N.A. | x3418 | PSP Franchising, LLC | 100,468.14 |
| JPMorgan Chase, N.A. | x9602 | PSP Franchising, LLC | - |
| JPMorgan Chase, N.A. | x7985 | PSP Franchising, LLC | - |
| JPMorgan Chase, N.A. | x1010 | PSP Group, LLC | (109,371.09) |
| JPMorgan Chase, N.A. | x6300 | PSP Group, LLC | (8.93) |
| JPMorgan Chase, N.A. | x8553 | PSP Service Newco, LLC | - |
| Citizens Bank, N.A. (1) | x5621 | PSP Stores, LLC | - |
| JPMorgan Chase, N.A. | x9296 | PSP Stores, LLC | - |
| JPMorgan Chase, N.A. | x3179 | PSP Stores, LLC | 119,947.94 |
| JPMorgan Chase, N.A. | x8730 | PSP Stores, LLC | 129,658.21 |

**Franchise Group Inc., et al.**
**Lead Case 24-12480 (LSS)**
**Bank Account Reconciliation**
**as of June 6, 2025**

| Bank Name | Last 4 Digits | Debtor | Book Balance |
|---|---|---|---|
| JPMorgan Chase, N.A. | x9304 | PSP Stores, LLC | 96,210.65 |
| JPMorgan Chase, N.A. | x1101 | PSP Stores, LLC | 29,500.58 |
| JPMorgan Chase, N.A. | x9016 | PSP Stores, LLC | 20,932.19 |
| JPMorgan Chase, N.A. | x9320 | PSP Stores, LLC | (211,131.46) |
| JPMorgan Chase, N.A. | x9050 | PSP Stores, LLC | - |
| JPMorgan Chase, N.A. | x9529 | PSP Stores, LLC | - |
| JPMorgan Chase, N.A.(4) | x9312 | PSP Stores, LLC | - |
| JPMorgan Chase, N.A. | x5297 | PSP Stores, LLC | (73,214.92) |
| JPMorgan Chase, N.A. | x8361 | PSP Stores, LLC | - |
| Keybank National Association | x2833 | PSP Stores, LLC | 296,358.41 |
| PNC Bank, N.A. | x6682 | PSP Stores, LLC | 280,941.35 |
| JPMorgan Chase, N.A. | x9787 | WNW Franchising, LLC | - |
| JPMorgan Chase, N.A. | x9768 | WNW Franchising, LLC | 11,183.39 |
| JPMorgan Chase, N.A. | x1560 | WNW Stores, LLC | 2,444.23 |
| JPMorgan Chase, N.A. | x1610 | WNW Stores, LLC | (21,715.73) |
| JPMorgan Chase, N.A. | x1628 | WNW Stores, LLC | - |
| JPMorgan Chase, N.A. | x9839 | WNW Stores, LLC | - |
| JPMorgan Chase, N.A. | x1693 | WNW Stores, LLC | (1,923.97) |
| Bank of America, N.A. | x8570 | Valor Acquisition, LLC | - |
| JPMorgan Chase, N.A. | x1261 | Vitamin Shoppe Franchising, LLC | - |
| JPMorgan Chase, N.A. | x6255 | Vitamin Shoppe Franchising, LLC | - |
| JPMorgan Chase, N.A. | x8778 | Vitamin Shoppe Franchising, LLC | - |
| JPMorgan Chase, N.A. | x9179 | Vitamin Shoppe Global, LLC | - |
| American Savings Bank | x2750 | Vitamin Shoppe Industries LLC | - |
| Bank of America, N.A. | x8969 | Vitamin Shoppe Industries LLC | - |
| JPMorgan Chase, N.A. | x0541 | Vitamin Shoppe Industries LLC | - |
| JPMorgan Chase, N.A. | x1831 | Vitamin Shoppe Industries LLC | - |
| JPMorgan Chase, N.A. | x1849 | Vitamin Shoppe Industries LLC | - |
| JPMorgan Chase, N.A. | x1856 | Vitamin Shoppe Industries LLC | - |
| JPMorgan Chase, N.A. | x7733 | Vitamin Shoppe Industries LLC | - |
| Keybank National Association | x0048 | Vitamin Shoppe Industries LLC | - |
| PNC Bank, N.A. | x8844 | Vitamin Shoppe Industries LLC | - |
| Regions Financial Corporation | x5438 | Vitamin Shoppe Industries LLC | - |
| Truist Bank | x3006 | Vitamin Shoppe Industries LLC | - |
| US Bank | x2237 | Vitamin Shoppe Industries LLC | - |
| JPMorgan Chase, N.A. | x3933 | Vitamin Shoppe Procurement Services, LLC | - |
| JPMorgan Chase, N.A. | x3967 | Vitamin Shoppe Procurement Services, LLC | - |
| | | | **$ 139,890,821.18** |

**Reconciliation to Onestream:**
Other Cash Equivalents          -

                                                      **$ 139,890,821.18**

[1] **Accounts closed December 2024**

[2] **Accounts closed February 2025**

[3] **Accounts closed in March 2025**

[4] **Accounts closed in April 2025**

**Franchise Group Inc., et al.**
**Lead Case 24-12480 (LSS)**
**Certificate re: Payment of Post-Petition Taxes**
**as of June 6, 2025**

I, Andrew Kaminski, hereby certify that all post-petition taxes have been paid timely in accordance with the relevant tax regulations and requirements. To the best of my knowledge and belief, there are no outstanding tax liabilities post-petition.


Signed:   _Andrew Kaminski_   Date: _March 27, 2026_