**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., *et al.*,[1] | Case No. 24-12480 (LSS) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES TO MONTHLY OPERATING
REPORT FOR FREEDOM VCM HOLDINGS, LLC**

On November 3, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

The following notes and statements of limitations and disclaimers should be referred to, and referenced, in connection with any review of the Debtors' consolidated Monthly Operating Report (the "MOR").

In consultation with the Office of the United States Trustee for the District of Delaware, the MORs in the Chapter 11 Cases have been filed on a consolidated basis for all debtors in the jointly administered Chapter 11 Cases.  On June 2, 2025, the Bankruptcy Court entered an order confirming the *Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor*

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260); Franchise Group Newco BHF, LLC (4123); Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising , LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722).  The Debtors' headquarters is located at 5835 NW 21st Way, Suite 200, Boca Raton, FL 33496.

*Affiliates* [Docket No. 1596-1] (the "Plan") of all Debtors except Freedom VCM Holdings, LLC ("TopCo") and the Plan went effective on June 6, 2025 [Docket No. 1605]. Accordingly, TopCo disbursements and other reportable criteria for the month of June 2025 have been excluded from the consolidated MOR and the Debtors filed a separate MOR for the month of June 2025 solely with respect to TopCo.

On July 1, 2025, the Bankruptcy Court entered an order confirming the *Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliate* [Docket No. 1682-1] (the "TopCo Plan") with respect to TopCo and the TopCo Plan went effective on July 3, 2025 [Docket No. 1689]. The Debtors file this MOR for July 2025 solely with respect to TopCo.

**Introduction.** The MOR is unaudited and does not purport to represent a financial statement prepared in accordance with accounting principles generally accepted in the United States ("GAAP") and is not intended to fully reconcile to the consolidated financial statements prepared by the Debtors. Information contained in the MOR has been derived from the Debtors' books and records but does not reflect in all circumstances presentation for GAAP or other reporting purposes. To comply with their obligations during these Chapter 11 Cases, the Debtors have prepared the MOR using the best information presently available to them. The information presented in the MOR is true and accurate to the best of the Debtors' knowledge, information, and belief, based on currently available data.

The MOR is limited in scope, covers only the period referenced therein, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Chapter 11 Cases. The results of operations and financial positions contained herein are not necessarily indicative of results that may be expected for any period other than the applicable reporting period, or for the full year, and may not necessarily reflect the Debtors' future consolidated results of operations and financial position.

Given the complexity of the Debtors' business, inadvertent errors or omission may occur. Accordingly, the Debtors hereby reserve all of their rights to dispute the nature, validity, status, enforceability, or executory natures of any claim amount, agreement, representation, or other statement set forth in the MOR. Further, the Debtors reserve the right to amend or supplement the MOR, if necessary, but shall be under no obligation to do so.

1.  **Currency.** Unless otherwise indicated, all amounts listed in the MOR are reflected in U.S. dollars.

2.  **Consolidated Entity Accounts Payable and Disbursement Systems.** Cash is received and disbursed by the Debtors as described in the *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Waiving Certain Operating Guidelines; (III) Suspending Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief* [Docket No. 9] and the Debtors' receipt and disbursement of cash is consistent with the Debtors' historical cash management practices. Due to the Debtors' consolidated cash management system, certain cash payments may be paid out of a legal entity that is different than the legal entity at which the expenses were incurred. Disbursements attributed to each entity represent the entity

on behalf of which payments were made.

3.  **Part 5:  Professional Fees and Expenses.**

*Tax Remittance.*  In the ordinary course of business, the Debtors make certain payments to Kroll, LLC ("Kroll"), which are remitted by Kroll to applicable taxing authorities on behalf of the Debtors.  Kroll is not a professional, and the Debtors do not pay any of Kroll's fees or expenses in connection with such services.  Therefore, any payments made to Kroll are not listed in Part 5 of the MOR.

4.  **Part 7 Questionnaire.**

*Part 7(a).*  Pursuant to certain orders of the Bankruptcy Court entered in the Chapter 11 Cases, the Debtors are authorized (but not directed) to pay, among other things, certain prepetition claims of their employees, taxing authorities, vendors, customers, and certain other prepetition creditors.

*Part 7(g).*  All postpetition borrowings since the inception of the Chapter 11 Cases, other than trade credit, are borrowings made under the Debtors' postpetition financing facility.

5.  **Supporting Documentation.**

*Statement of Cash Receipts and Disbursements.*  Based on guidance received from the Office of the United States Trustee for the District of Delaware, reported cash receipts and disbursements should exclude intercompany transactions.  Therefore, for those Debtors with net intercompany cash outflows or inflows during the reporting period, the ending cash balances reported on Form 11-MOR Part 1 may not equal the ending cash balances per the Debtors' bank statements or the Debtors' books and records.

*Balance Sheet.*  Liabilities Subject to Compromise ("LSTC") represent the Debtors' estimate of prepetition liabilities. The payment of prepetition liabilities is subject to compromise or other treatment under a chapter 11 plan.  The determination of how such liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan.  Therefore, the ultimate amount of such liabilities is not determinable at this time.  LSTC estimates are preliminary and may be subject to, among other things, future adjustments depending on Bankruptcy Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation, or other events.

**Freedom VCM Holdings, Inc.**
**Case 24-12496 (LSS)**
**Balance Sheet**
**as of July 3, 2025**

| GL Account Number | GL Account Name | Freedom VCM Holdings, Inc. |
|---|---|---|
| | | YTD |
| | | Jul-25 |
| A101000 | Cash - Operating | - |
| A102000 | Cash - Store Deposit Accounts | - |
| A103000 | Cash - Store Change Funds | - |
| A104000 | Cash - Money Market | - |
| A105000 | Credit/Debit Card Receivables | - |
| A106000 | Cash - Payroll Accounts | - |
| A10100000 | Cash and Cash Equivalents | - |
| A120100 | Accounts Receivable | - |
| A120101 | Merchandise Vendor Receivables | - |
| A120102 | Contra Supply Vendor AR | - |
| A120120 | Franchisee Receivables | - |
| A120130 | Interest Receivable | - |
| A120140 | Financing Accounts Receivable | - |
| A120500 | Bad Debt Reserve, Current | - |
| A12001000 | Accounts Receivable, Net | - |
| A120601 | Intercompany - FRG & NHC | - |
| A120602 | Intercompany - FRG & Buddy's | - |
| A120603 | Intercompany - FRG & Liberty | - |
| A120701 | Intercompany - NHC & AF | - |
| A120702 | Intercompany - NHC & PSP | - |
| A120703 | Intercompany - NHC & Buddy's | - |
| A120704 | Intercompany - NHC & Liberty | - |
| A120705 | Intercompany - NHC & Sylvan | - |
| A120706 | Intercompany - NHC & Badcock | - |
| A120707 | Intercompany - NHC & VSI | - |
| A120708 | Intercompany - NHC & Outlet | - |
| A120709 | Intercompany - AF & AF Outlet | - |
| A120750 | Intercompany - Freedom VCM, Inc. | - |
| A120751 | Intercompany - Freedom VCM Holdings, LLC | - |
| A120801 | Intercompany - LTS | - |
| A12001100 | Intercompany Receivables | - |
| A121001 | Notes Receivable | - |
| A121002 | Notes Receivable - Franchise/Dealer | - |
| A121100 | Bad Debt Reserve, Notes Receivable, Current | - |
| A121800 | IC Note - Collateralized AR - Badcock | - |
| A121801 | 3rd Party Note - Collateralized AR - Badcock | - |
| A121901 | Intercompany Note - NHC & Outlet | - |
| A121902 | Intercompany Note - NHC & Buddy's | - |
| A121903 | Intercompany Note - Liberty | - |
| A12101000 | Intercompany Notes | - |
| A12100000 | Notes Receivable, Net | - |
| A122000 | Income Tax Receivable | - |
| A12000000 | Current Receivables, Net | - |
| A125000 | Securitized Receivables, Current | - |
| A125010 | Intercompany Securitized Receivables, Current | - |
| A125100 | AR PPA Discount, Current | - |

**Freedom VCM Holdings, Inc.**
**Case 24-12496 (LSS)**
**Balance Sheet**
**as of July 3, 2025**

| GL Account Number | GL Account Name | Freedom VCM Holdings, Inc. |
|---|---|---|
| | | YTD |
| | | Jul-25 |
| A125110 | Intercompany Securitized AR PPA Discount, Current | - |
| A125200 | Bad Debt Reserve - Sec Rec, Current | - |
| A125210 | Intercompany Bad Debt Reserve - Sec Rec, Current | - |
| A12500000 | Current Securitized Receivables, Net | - |
| A130000 | Inventory | - |
| A130001 | Inventory-Capitalized Freight | - |
| A130002 | Inventory-Reserves | - |
| A13000000 | Inventory, Net | - |
| A131000 | Prepaid Expenses | - |
| A131001 | Prepaid Advertising | - |
| A131002 | Prepaid Insurance | - |
| A13100000 | Prepaid Expenses | - |
| A132000 | Assets Held for Sale, Current | - |
| A133000 | Deferred Income Taxes, Current | - |
| A134000 | Short Term Investments | - |
| A135000 | Deposits - Current | - |
| A136000 | Misc Current Assets | - |
| A13400000 | Other Current Assets | - |
| **A10001000** | **Current Assets** | **-** |
| A150001 | Furniture & Fixtures | - |
| A150002 | IT Hardware | - |
| A150003 | Leasehold Improvements | - |
| A150004 | Buildings | - |
| A150005 | Building Improvements | - |
| A150006 | Land | - |
| A150007 | Land Improvements | - |
| A150008 | Property & Equipment | - |
| A150009 | Signs | - |
| A150010 | Signs Franchisees | - |
| A150011 | Vehicles | - |
| A150019 | Construction in Progress | - |
| A150100 | Right-of-Use Assets, Financing | - |
| A155008 | Software | - |
| A155009 | Software in Development | - |
| A15001000 | Property, Plant and Equipment | - |
| A151001 | Accum Depr - Furniture and Fixtures | - |
| A151002 | Accum Depr - IT Hardware | - |
| A151003 | Accum Depr - Leasehold Improvements | - |
| A151004 | Accum Depr - Buildings | - |
| A151005 | Accum Depr - Building Improvements | - |
| A151007 | Accum Depr - Land Improvements | - |
| A151008 | Accum Depr - Property & Equipment | - |
| A151009 | Accum Depr - Signs | - |
| A151010 | Accum Depr - Vehicles | - |
| A151100 | Accum Depr - ROU Assets, Financing | - |
| A156008 | Accum Amort - Software | - |
| A15101000 | Accum Depr - PP&E | - |

**Freedom VCM Holdings, Inc.**
**Case 24-12496 (LSS)**
**Balance Sheet**
**as of July 3, 2025**

| GL Account Number | GL Account Name | Freedom VCM Holdings, Inc. |
|---|---|---|
| | | YTD |
| | | Jul-25 |
| A15000000 | Property, Plant and Equipment, Net | - |
| A152000 | Notes Receivable, Non-Current | - |
| A152001 | Notes Receivable - Franchise/Dealer, Non-Current | - |
| A152100 | Bad Debt Reserve, Non-Current | - |
| A15200000 | Notes Receivable, Non-Current | - |
| A153000 | Securitized Receivables, Non-Current | - |
| A153010 | Intercompany Securitized Receivables, Non-Current | - |
| A153100 | PPA Discount, Non-Current | - |
| A153110 | Intercompany AR PPA Discount, Non-Current | - |
| A153200 | Bad Debt Reserve - Sec Rec, Non-Current | - |
| A153210 | Intercompany Bad Debt Reserve, Sec Rec, Non-Current | - |
| A15300000 | Non-Current Securitized Receivables, Net | - |
| A154000 | Goodwill | - |
| A155001 | Area Developer Rights | - |
| A156001 | Accum Amort - Area Developer Rights | - |
| A15501000 | Area Developer Rights, Net | - |
| A155002 | Customer Lists | - |
| A156002 | Accum Amort - Customer Lists | - |
| A15502000 | Customer Lists, Net | - |
| A155003 | Book Content | - |
| A156003 | Accum Amort - Book Content | - |
| A15503000 | Book Content, Net | - |
| A155004 | Reacquired Rights | - |
| A156004 | Accum Amort - Reacquired Rights | - |
| A15504000 | Reacquired Rights, Net | - |
| A155005 | Non-Compete Agreements | - |
| A156005 | Accum Amort - Non-Compete Agreements | - |
| A15505000 | Non-Compete Agreements, Net | - |
| A155006 | Franchise Agreements | - |
| A156006 | Accum Amort - Franchise Agreements | - |
| A15506000 | Franchised Agreements, Net | - |
| A155007 | Customer Contracts | - |
| A156007 | Accum Amort - Customer Contracts | - |
| A15507000 | Customer Contracts, Net | - |
| A15500000 | Intangible Assets, Net | - |
| A155100 | Tradename | - |
| A156100 | Accum Amort - Tradename | - |
| A15600000 | Tradenames, Net | - |
| A157000 | Operating Lease Right-of-Use Assets | - |
| A157100 | Operating Lease Right-of-Use Assets, Prepaid Rent | - |
| A15700000 | Operating Lease Right-of-Use Assets | - |
| A158000 | Deposits | - |
| A158001 | Deposits-Rent | - |
| A158002 | Deposits-Utilities | - |
| A15800000 | Deposits | - |
| A159000 | Deferred Financing Costs | - |
| A159100 | Accum Amort - Deferred Financing Costs | - |

**Freedom VCM Holdings, Inc.**
**Case 24-12496 (LSS)**
**Balance Sheet**
**as of July 3, 2025**

| GL Account Number | GL Account Name | Freedom VCM Holdings, Inc. |
|---|---|---|
| | | YTD |
| | | Jul-25 |
| A15900000 | Deferred Financing Costs | - |
| A160000 | Restricted Cash | - |
| A161000 | Deferred Income Taxes, Non-Current | - |
| | Assets Held for Sale, Non-Current | - |
| A161100 | Employee Advances, Long-Term | - |
| A162000 | Investment in Subsidaries | - |
| A162001 | Investment in NHC | - |
| A162002 | Investment in Buddy's | - |
| A162003 | Investment in American Freight Outlet | - |
| A162004 | Investment in Vitamin Shoppe | - |
| A162005 | Investment in American Freight | - |
| A162006 | Investment in Pet Supplies Plus | - |
| A162007 | Investment in Sylvan | - |
| A162008 | Investment in Badcock | - |
| A162101 | Investment in Freedom VCM Interco Holdings, Inc. | - |
| A162102 | Investment in B Riley Receivables II, LLC | - |
| A162103 | Investment in Freedom VCM Receivables, Inc | - |
| A162104 | Investment in Freedom VCM, Inc. | - |
| A162105 | Investment in Franchise Group, Inc | - |
| A162106 | Investment in Freedom VCM Interco | - |
| A162107 | Investment in Conn's | - |
| A162500 | Investment in Nextpoint | - |
| A16200000 | Investment in Subsidaries | - |
| A170000 | Misc Non-Current Assets | - |
| A17500000 | Other Non-Current Assets | - |
| **A10002000** | **Non-Current Assets** | **-** |
| **A10000000** | **Total Assets** | **-** |
| A201001 | Mortgages, Current | - |
| A202000 | Term Loans, Current | - |
| A202100 | Deferred Financing Costs, Current | - |
| A20200000 | Term Loans, Net, Current | - |
| A203000 | Securitized AR Debt, Current | - |
| A203010 | Intercompany Securitized AR Debt, Current | - |
| A203100 | Securitized AR Debt Accretion, Current | - |
| A203110 | Intercompany Securitized AR Debt Accretion, Current | - |
| A20300000 | Current Securitized Receivables Debt, Net | - |
| A204000 | Revolving Credit Facilities | - |
| A205000 | Finance Lease Liability, Current | - |
| A20100000 | Long-Term Obligations, Current | - |
| A210000 | Operating Lease Liabilities, Current | - |
| A211000 | Accounts Payable | - |
| A212000 | Misc Accrued Expenses | - |
| A212001 | Sales Tax Payable | - |
| A212002 | Accrued Utilties Payable | - |
| A212003 | Accrued Merchandise | - |
| A212004 | Accrued Freight | - |
| A212005 | Accrued Advertising | - |

**Freedom VCM Holdings, Inc.**
**Case 24-12496 (LSS)**
**Balance Sheet**
**as of July 3, 2025**

| GL Account Number | GL Account Name | Freedom VCM Holdings, Inc. |
|---|---|---|
| | | YTD |
| | | Jul-25 |
| A212006 | Accrued Real Estate Taxes | - |
| A212007 | Accrued Professional Fees | - |
| A212008 | Accrued Legal Fees | - |
| A230000 | Unclaimed Property | - |
| A21200000 | Accounts Payable, Net | - |
| A215000 | Accrued Salaries & Wages | - |
| A215001 | Accrued Bonuses | - |
| A215002 | Accrued Payroll Taxes | - |
| A215003 | 401(k) Payable | - |
| A215004 | Accrued Employee Benefits | - |
| A215005 | Flexible Spending Payable | - |
| A215006 | HSA Payable | - |
| A215007 | Accrued Health IBNR Reserve | - |
| A215008 | Accrued Workers Comp | - |
| A215009 | Accrued LTIP | - |
| A215010 | Employee Donations | - |
| A21500000 | Accrued Compensation & Benefits | - |
| A220000 | Other Accrued Expenses | - |
| A220001 | Accrued Dividends Payable | - |
| A220002 | Accrued Interest Payable | - |
| A220003 | Interest Rate Swap | - |
| A22000000 | Other Accrued Expenses | - |
| A21000000 | Accounts Payable and Accrued Expenses | - |
| A225000 | Deferred Revenue, Current | - |
| A225001 | Gift Card Liability | - |
| A226000 | Income Tax Payable | - |
| A227000 | Sales Returns Reserve | - |
| A228000 | Accrued Legal Settlements | - |
| | Liabilities Held for Sale, Current | - |
| A229000 | Due to Area Developers | - |
| A231000 | Other Current Liabilities | - |
| A22500000 | Other Current Liabilities | - |
| **A20001000** | **Current Liabilities** | **-** |
| A250000 | Term Loans, Non-Current | - |
| A250100 | Deferred Financing Costs, Non-Current | - |
| A25000000 | Term Loans, Net, Non-Current | - |
| A251000 | Securitized AR Debt, Non-Current | - |
| A251010 | Intercompany Securitized AR Debt, Non-Current | - |
| A251100 | Securitized AR Debt Accretion, Non-Current | - |
| A251110 | Intercompany Securitized AR Debt Accretion, Non-Current | - |
| A25100000 | Securitized AR Debt, Net, Non-Current | - |
| A252000 | Revolving Credit Facility - Non-Current | - |
| A253000 | Mortgages, Non-Current | - |
| A254000 | Finance Lease Liability, Non-Current | - |
| A255000 | Notes Payable ADs, Franchisees, and Third Parties, Non-Current | - |
| A25001000 | Long-Term Obligations, Non-Current | - |
| A260000 | Operating Lease Liabilities, Non-Current | - |

**Freedom VCM Holdings, Inc.**
**Case 24-12496 (LSS)**
**Balance Sheet**
**as of July 3, 2025**

| GL Account Number | GL Account Name | Freedom VCM Holdings, Inc. |
|---|---|---|
| | | YTD |
| | | Jul-25 |
| A261000 | Deferred Revenue, Non-Current | - |
| A261001 | Gift Card Liability, Non-Current | - |
| A262000 | Deferred Tax Liability, Non-Current | - |
| A263000 | Income Tax Payable, Non-Current | - |
| A264000 | Tax Receivable Agreement | - |
| A265000 | Accrued Workers Comp, Non-Current | - |
| A266000 | Accrued Payroll Taxes, Non-Current | - |
| | Liabilities Held for Sale, Non-Current | - |
| A267000 | Other Non-Current Liabilties | - |
| A26100000 | Other Non-Current Liabilties | - |
| A270100 | LSTC Debt | - |
| A270200 | LSTC Operating Leases | - |
| A270300 | LSTC Accounts Payable | - |
| A270350 | LSTC Intercompany | - |
| A270400 | LSTC Accrued Expenses | - |
| A270500 | LSTC Accrued Interest | - |
| A270600 | LSTC Other Liabilities | - |
| A27000000 | Liabilities Subject To Compromise | - |
| A270800 | LSTC Lease Guarantee | - |
| **A20005000** | **Non-Current Liabilities** | **-** |
| **A20000000** | **Total Liabilties** | **-** |
| A301000 | Common Stock | - |
| A302000 | Preferred Stock | - |
| A305000 | APIC, Common Stock | - |
| A306000 | APIC, Preferred Stock | - |
| **A30500000** | **Additional Paid-in Capital** | **-** |
| A310000 | Foreign Currency | - |
| A311000 | Foreign Currency Adjustment | - |
| A312000 | Interest Rate Swap | - |
| A31000000 | Accumulated Other Comprehensive Income/(Loss) | - |
| A320000 | Current Year Profit | - |
| A321000 | Retained Earnings | - |
| A322000 | Retained Earnings Hold | - |
| A3200000 | Retained Earnings, Net | - |
| A330000 | Noncontrolling Interest | - |
| **A30001000** | **Stockholders' Equity** | **-** |
| **A30000000** | **Total Liabilities and Stockholders' Equity** | **-** |

**Freedom VCM Holdings, Inc.**
**Case 24-12496 (LSS)**
**Statement of Operations (Profit or Loss)**
**as of July 3, 2025**

| Description | Freedom VCM Holdings, Inc. |
|---|---|
| | Periodic |
| | Jul-25 |
| Product Revenue | - |
| Service and Other Revenue | - |
| Lease Revenue | - |
| **Revenue** | **-** |
| Product Cost of Sales | - |
| Service Cost of Sales | - |
| Leasing COS | - |
| Cost of Sales | - |
| Corp Allocation-Payroll & Compensation | - |
| Employee Compensation and Benefits | - |
| Dealer Commissions/AD Expense | - |
| Advertising Expense | - |
| Corp Allocation-Rent & Utilities | - |
| Other Utilities | - |
| Corp Allocation-State & Local Taxes | - |
| Taxes Other Than Income Taxes | - |
| Corp Allocation-Travel & Entertainment | - |
| Travel and Entertainment | - |
| Supplies Expense | - |
| Credit Card Fees | - |
| Bank Fees | - |
| Corp Allocation - Legal Fees | - |
| Professional Fees | - |
| Corp Allocation - Insurance | - |
| Insurance | - |
| Corp Allocation - Dues Subscriptions & Fees | - |
| Dues & Subscriptions | - |
| Other Expenses | - |
| DC Other Expenses Reclass - COS | - |
| Other Costs and Expenses | - |
| Other SG&A Expenses | - |
| Depreciation & Amortization | - |
| Selling, General and Administrative Expenses | - |
| **Operating Expenses** | **-** |
| **Operating Income** | **-** |
| Interest Expense, Net | - |
| Other Income (Expense) | - |
| Reorganization Items, net | - |
| **Non-Operating Income (Expense)** | **-** |
| **Pre-Tax Income** | **-** |
| Income Taxes | - |
| **Net Income** | **-** |
| **Net Income Attributable to NonControlling Interests** | **-** |
| **Net Income Attributable to Shareholders** | **-** |

**Freedom VCM Holdings, Inc.**
**Case 24-12496 (LSS)**
**Statement of Cash Receipts and Disbursement**
**as of July 3, 2025**

| | Freedom VCM Holdings, Inc. |
|---|---|
| **Cash Operating Receipts** | |
| Stores/DTC Receipts | $0 |
| Wholesale Receipts | - |
| Franchise Receipts | - |
| DIP Financing | - |
| Other Receipts | - |
| **Total Cash Operating Receipts** | **$0** |
| | |
| **Operating Disbursements** | |
| Merchandise | - |
| Freight | - |
| Occupancy | - |
| Payroll | - |
| OCP | - |
| Marketing | - |
| Insurance | - |
| Tax | - |
| *Income* | - |
| *Payroll* | - |
| *Property* | - |
| *Other* | - |
| Other Opex & Capex | - |
| **Total Operating Disbursements** | **$0** |
| | |
| **Net Cash Flow** | **$0** |
| | |
| **Book Cash:** | |
| BOP Book Cash Balance | - |
| Add: Adj Net Cash Flow | - |
| **EOP Calc Book Cash Balance** | **$0** |

**Freedom VCM Holdings, Inc.**
**Case 24-12496 (LSS)**
**Certificate re: Payment of Post-Petition Taxes**
**as of July 3, 2025**

I, Andrew Kaminski, hereby certify that all post-petition taxes have been paid timely in accordance with the relevant tax regulations and requirements. To the best of my knowledge and belief, there are no outstanding tax liabilities post-petition.


Signed:  ___Andrew Kaminski_____  Date:  __March 27, 2026__