RECEIVED

2026 APR -8  A 9: 58

CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    Bankruptcy Case No. |
| American Freight, LLC | ) |
| Lead Debtor: Franchise Group | ) |
| | )    24-12527  lss |
| | )    24-12480 |
| Debtor | ) |

## NOTICE OF WITHDRAWAL OF CLAIM

U.S. Customs and Border Protection (CBP) timely filed its proof of claim with respect to Case

No.24-12527 jointly administered with lead case, Case No. 24-12480.  The claim was listed on the claims

register as Claim No. 2776.  U.S. Customs and Border Protection hereby withdraws in its entirety its

claim (#2776) previously filed in this case.

DATE: ____4/1/2026____

_____

John Peak
Supervisory Financial Program Specialist
Long-Term Debt Team
Office of Finance/Revenue Protection Branch
U.S. Customs and Border Protection



8899 E 56th Street
Indianapolis, IN 46249
**U.S. Customs and
Border Protection**

District of Delaware Clerks Office
824 Market Street North
3rd Floor
Wilmington, DE   19801

Re:   American Freight, LLC       Lead Debtor: Franchise Group, Inc.
      Case Number: 24-12527    Case Number:24-12480

Dear Sir/Madam:

Enclosed are our Notice of Withdrawal of Claim for the above referenced bankruptcy cases.
Please file the notices.

If you have any questions regarding these cases, please make immediate contact by sending an
e-mail to Bankruptcyteam@cbp.dhs.gov.

Sincerely,

John Peak
Supervisory Financial Program Specialist
Long-Term Debt Team
Office of Finance/Revenue Protection Branch
U.S. Customs and Border Protection

*Enclosures*