

8899 E 56th Street
Indianapolis, IN 46249
**U.S. Customs and
Border Protection**

RECEIVED

2026 APR 14 A 8: 37

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

District of Delaware Clerks Office
824 Market Street North
3rd Floor
Wilmington, DE   19801

Re:   PSP Distribution, LLC                Lead Debtor: Franchise Group, Inc.
      Case Number: 24-12526                Case Number:24-12480

Dear Sir/Madam:

Enclosed are our Notice of Withdrawal of Claim for the above referenced bankruptcy cases.
Please file the notices.

If you have any questions regarding these cases, please make immediate contact by sending an
e-mail to Bankruptcyteam@cbp.dhs.gov.

Sincerely,

John Peak
Supervisory Financial Program Specialist
Long-Term Debt Team
Office of Finance/Revenue Protection Branch
U.S. Customs and Border Protection

*Enclosures*

RECEIVED

2026 APR 14 A 8: 37

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                )
                                                       )          Bankruptcy Case No.
PSP Distribution, LLC                                  )
Lead Debtor: Franchise Group                           )
                                                       )          24-12526
                                                       )          24-12480
Debtor                                                 )

NOTICE OF WITHDRAWAL OF CLAIM

U.S. Customs and Border Protection (CBP) timely filed its proof of claim with respect to Case No.24-

12526 jointly administered with lead case, Case No. 24-12480.  The claim was listed on the claims

register as Claim No. 2770.  U.S. Customs and Border Protection hereby withdraws in its entirety its

claim (#2770) previously filed in this case.

DATE:  4/1/2026

John Peak
Supervisory Financial Program Specialist
Long-Term Debt Team
Office of Finance/Revenue Protection Branch
U.S. Customs and Border Protection

PRESS FIRMLY TO SEAL

# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

te specified for domestic use.

include $100 of insur

vice included for dom

insurance.**

onally, a customs dec

ertain items. For details re

tp://pe.usps.com.

nue at http://pe.usps.com

## ENVELOPE

WEIGHT

## INSURED

**UNITED STATES POSTAL SERVICE®**   pitney bowes

### USPS TRACKING #

Label 888-PB, Oct. 2015

9488 8090 0027 6345 3532 48

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PAPER POUCH

EP14F October 2023
OD: 12 1/2 x 9 1/2

FROM:

U.S. Customs and Border Protection
Revenue Division, Bankruptcy Team
Attn: Mail Stop 203 JA
8899 E. 16th Street
Indianapolis, IN 46249-3300

ID TAG

5177 94

XXXX          2024

Label          3109

TO:

District of Delaware Clerks
824 Market St. North
3rd Floor
Wilmington, DE 19801

PRIORITY MAIL® and Priority Mail International® shipments.
This package is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. EP14F © U.S. Postal Service; October 2023; All rights reserved.