# UNITED STATES BANKRUPTCY COURT
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                      **Case No.:** 24–12480–LSS

Franchise Group, Inc.

Freedom VCM, Inc.                                              **Chapter:** 11

Notice of Filing Fee(s) Due
Re: Docket #

Dear Michelle & Darren Johnson

☐ On you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 199 is now due.

☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

☑ On 4/14/2026 you filed a document in the above–captioned case that requires a filing fee of $ 199 be paid to the Court.

Notes: Motion for Relief from Stay

**Please remit funds to the Court at the following address by no later than 4/21/2026**

**United States Bankruptcy Court**
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252–2887.

Stephen L Grant, Clerk of Court

Date: 4/14/26                                    By:  Brandon J. McCarthy Deputy Clerk

(VAN–441)

United States Bankruptcy Court

District of Delaware

In re:                                                                                              Case No. 24-12480-LSS

Franchise Group, Inc.                                                                      Chapter 11

Jonathan Ortiz Munoz and Hannah Shalom M

   Debtors

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 27 |
|---|---|---|
| Date Rcvd: Apr 14, 2026 | Form ID: van441 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

**Recip ID                    Recipient Name and Address**
aty                    +  Joseph E. Mariotti, Caputo & Mariotti Law Offices, 730 Main Street, Moosic, PA 18507-1024

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

**Name                              Email Address**

Adam Gold
                    on behalf of Interested Party Matthew Avril jparry@ramllp.com

Adam G. Landis
                    on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders landis@lrclaw.com
                    Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
                    on behalf of Interested Party Ad Hoc Group of First Lien Lenders landis@lrclaw.com
                    Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
                    on behalf of Plaintiff Wilmington Trust  National Association, as First Lien Administrative Agent and First Lien Collateral Agent
                    landis@lrclaw.com, Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
                    on behalf of Interested Party Ad Hoc Group of Prepetition First Lien Lenders landis@lrclaw.com

District/off: 0311-1

Date Rcvd: Apr 14, 2026

User: admin

Form ID: van441

Page 2 of 27

Total Noticed: 1

Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Alan J. Taylor

on behalf of Creditor Brookdale Shopping Center L.L.C. ataylor@smsm.com, tpope@smsm.com,gleskie@smsm.com

Alexander Benisatto

on behalf of Creditor Riverdale Square LLC. abenisatto@shapirocroland.com

Alexander R. Steiger

on behalf of Interested Party B. Riley Principal Investments LLC and its affiliates steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Alexis R. Gambale

on behalf of Creditor Jack W. Eichelberger Trust agambale@pashmanstein.com lsalcedo@pashmanstein.com

Allison S Mielke

on behalf of Debtor Franchise Group Intermediate BHF LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

on behalf of Debtor Franchise Group Intermediate SL LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

on behalf of Debtor Franchise Group Intermediate L LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

on behalf of Plaintiff Franchise Group Inc. amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

on behalf of Debtor Franchise Group New Holdco LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

on behalf of Debtor Franchise Group Intermediate V LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

on behalf of Debtor Franchise Group Intermediate Holdco LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

on behalf of Debtor WNW Franchising LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

on behalf of Debtor Franchise Group Newco PSP LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

on behalf of Debtor Franchise Group Intermediate PSP LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

on behalf of Debtor Franchise Group Intermediate S LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

on behalf of Debtor Franchise Group Newco Intermediate AF LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

on behalf of Debtor Franchise Group Newco BHF LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke

on behalf of Debtor Franchise Group Inc. amielke@ycst.com, bankfilings@ycst.com

Amanda R. Steele

on behalf of Interested Party B. Riley Principal Investments LLC and its affiliates steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amy Tryon

on behalf of Interested Party Elanco US Inc. amy.tryon@btlaw.com kathleen.lytle@btlaw.com

Amy Christine Quartarolo

on behalf of Interested Party JP Morgan Chase N.A., as Prepetition ABL Agent amy.quartarolo@lw.com, amy-quartarolo-2972@ecf.pacerpro.com

Amy D. Brown

on behalf of Creditor MEL Indiana LLC adbrown@moodklaw.com, mfriedman@gsbblaw.com

Andrew Behlmann

on behalf of Interested Party AF Newco I LLC aBehlmann@lowenstein.com

Andrew Behlmann

on behalf of Defendant AF Newco I LLC aBehlmann@lowenstein.com

Andrew Matott

on behalf of Interested Party Wilmington Trust National Association matott@sewkis.com

Andrew T Zatz

on behalf of Interested Party Ad Hoc Group of Freedom Lenders azatz@whitecase.com isilverbrand@whitecase.com;mco@whitecase.com

Belkys Escobar

on behalf of Creditor County of Loudoun  Virginia belkys.escobar@loudoun.gov

Benjamin Joseph Steele

on behalf of Other Prof. Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin Joseph Steele

on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin Wiley Butterfield

on behalf of Debtor Franchise Group  Inc. bbutterfield@mofo.com, benjamin-butterfield-4183@ecf.pacerpro.com

Brad M. Kahn

on behalf of Other Prof. Michael J. Wartell bkahn@akingump.com
pdublin@akingump.com;sbrauner@akingump.com;akordas@akingump.com;jszydlo@akingump.com;llopez@akingump.com;doc
ketingautonotify@akingump.com

Bradford J. Sandler

on behalf of Attorney Pachulski Stang Ziehl & Jones LLP bsandler@pszjlaw.com  abates@pszjlaw.com

Bradford J. Sandler

on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS bsandler@pszjlaw.com
abates@pszjlaw.com

Brett Michael Haywood

on behalf of Interested Party JP Morgan Chase  N.A., as Prepetition ABL Agent bhaywood@potteranderson.com,
leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m

Brian E Farnan

on behalf of Interested Party Ad Hoc Group of Freedom Lenders bfarnan@farnanlaw.com  tfarnan@farnanlaw.com

Brian J. McLaughlin

on behalf of Creditor Rockfirm  LLC brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

Brian L Shaw

on behalf of Creditor Prophecy Settlement-related Liquidating Trust 2022-23 bshaw@cozen.com
cknez@cozen.com;brian-shaw-5749@ecf.pacerpro.com

Brian Thomas FitzGerald

on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hcfl.gov  stroupj@hcfl.gov;leema@hcfl.gov

Bruce W. McCullough

on behalf of Interested Party Brian Kahn bmccullough@bodellbove.com

Bruce W. McCullough

on behalf of Interested Party Lauren Kahn bmccullough@bodellbove.com

Bryan J Hall

on behalf of Creditor Newington Corner  LLC and Staten Island Richmond Avenue, LLC hall@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com;whalen@chipmanbrown.com

Cameron Alexis Capp

on behalf of Creditor Commerce 9005 LLC ccapp@reedsmith.com  kcleveland@reedsmith.com

Cameron Alexis Capp

on behalf of Creditor Commerce #9602 LLC ccapp@reedsmith.com  kcleveland@reedsmith.com

Carl D. Neff

on behalf of Interested Party Daniel Larsen carl.neff@pierferd.com

Carl D. Neff

on behalf of Interested Party Nelia Lopez carl.neff@pierferd.com

Carl N. Kunz, III

on behalf of Interested Party University Realty Associates  LLC ckunz@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Carl N. Kunz, III

on behalf of Interested Party Tride Family Holdings  LLC ckunz@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Charles S. Stahl, Jr.

on behalf of Creditor Raymond Leasing Corporation cstahl@smbtrials.com

Christopher L. Carter

on behalf of Creditor Bank of America  N.A., as Prepetition ABL Agent christopher.carter@morganlewis.com

Christopher M. Donnelly

on behalf of Creditor Frontier Osceola LC cdonnelly@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Christopher M. Donnelly

District/off: 0311-1

User: admin

Page 4 of 27

Date Rcvd: Apr 14, 2026

Form ID: van441

Total Noticed: 1

Christopher M. Donnelly

on behalf of Creditor Frontier Bel Air LLC cdonnelly@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Christopher M. Donnelly

on behalf of Interested Party Tride Family Holdings LLC cdonnelly@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Christopher M. Donnelly

on behalf of Creditor Frontier Kissimmee LLC cdonnelly@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Christopher M. Donnelly

on behalf of Creditor Frontier Dania LLC cdonnelly@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Christopher M. Donnelly

on behalf of Creditor Frontier Dover LLC cdonnelly@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Christopher M. Donnelly

on behalf of Interested Party University Realty Associates LLC cdonnelly@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Christopher M. Winter

on behalf of Creditor Ahuja Development LLC cmwinter@duanemorris.com

Christopher Page Simon

on behalf of Interested Party Glanbia Performance Nutrition Inc. csimon@crosslaw.com,
smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers LLC csimon@crosslaw.com,
smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Woodbolt Distribution LLC csimon@crosslaw.com,
smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Counter-Claimant AF Newco I LLC csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Defendant AF Newco I LLC csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher S. Baxter

on behalf of Creditor Jack W. Eichelberger Trust cbaxter@ssdlaw.com  khemm@ssdlaw.com

Christopher S. Murphy

on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division hristopher.murphy@oag.texas.gov,
sherri.simpson@oag.texas.gov

Colin R. Robinson

on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS robinson@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;kittinger@lrclaw.com

Colin R. Robinson

on behalf of Attorney Pachulski Stang Ziehl & Jones LLP robinson@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;kittinger@lrclaw.com

Dana S. Plon

on behalf of Creditor Paoli Shopping Center Limited Partnership Phase II dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor 4405 Milestrip HD Lessee LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Feasterville Realty Associates LP dplon@sirlinlaw.com

Daniel Fliman

on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders danfliman@paulhastings.com
michaelmagzamen@paulhastings.com;matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;jeremyevans@paulha
stings.com;jaymegoldstein@paulhastings.com

Daniel K. Hogan

on behalf of Creditor Front Street Kansas City LLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,

David Shim

on behalf of Creditor Bank of America N.A., as Prepetition ABL Agent david.shim@dentons.com

David A Shapiro

on behalf of Creditor Parm Golf Center LLC dshapiro@mckenna-law.com

David E Cohen

District/off: 0311-1
Date Rcvd: Apr 14, 2026
User: admin
Form ID: van441
Page 5 of 27
Total Noticed: 1

on behalf of Interested Party MJK Real Estate Holding Company  LLC dcohen@swkattorneys.com

David P. Primack

on behalf of Creditor THF Clarksburg Development Two  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor THF St. Clairsville Development  LP dprimack@mgmlaw.com, scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Paxton Towne Center Development LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor TKG Fairhaven Commons LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack

on behalf of Creditor GKT Shoppes At Legacy Park  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David R. Hurst

on behalf of Interested Party TVS Buyer  LLC dhurst@mwe.com,
dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David S Forsh

on behalf of Interested Party the Litigation Trustee dforsh@raineslaw.com

Dean Farley

on behalf of Creditor GKI Industrial Dallas LLC dfarley@brennanllc.com

Deborah M. Perry

on behalf of Creditor BC Exchange Salt Pond dperry@munsch.com

Dennis A. Meloro

on behalf of Interested Party Arizona Nutritional Supplements Dennis.Meloro@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com;zerber@gtlaw.com

Diane W. Sanders

on behalf of Creditor City of McAllen austin.bankruptcy@publicans.com

Diane W. Sanders

on behalf of Creditor Kerr County austin.bankruptcy@publicans.com

Diane W. Sanders

on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane W. Sanders

on behalf of Creditor McLennan County austin.bankruptcy@publicans.com

Diane W. Sanders

on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Domenic E. Pacitti

on behalf of Interested Party BCDC Portfolio Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

on behalf of Interested Party BCHQ Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

on behalf of Interested Party Blue Owl Real Estate Capital LLC dpacitti@klehr.com

Don Stecker

on behalf of Creditor City of El Paso don.stecker@lgbs.com  don.stecker@ecf.courtdrive.com

Don Stecker

on behalf of Creditor Bexar County don.stecker@lgbs.com  don.stecker@ecf.courtdrive.com

Douglas B. Rosner

on behalf of Creditor STAG Industrial Holdings  LLC drosner@goulstonstorrs.com

Douglas B. Rosner

on behalf of Creditor Redstone Operating Limited Partnership drosner@goulstonstorrs.com

Douglas B. Rosner

on behalf of Creditor Garden City Leasehold Properties  LLC drosner@goulstonstorrs.com

Drew McGehrin

on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com  drew-mcgehrin-5282@ecf.pacerpro.com

Edmon L. Morton

on behalf of Debtor Freedom VCM Holdings  LLC bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor Home & Appliance Outlet  LLC bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor Pet Supplies "Plus" LLC bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor Freedom VCM Interco Holdings Inc. bankfilings@ycst.com

Edmon L. Morton

on behalf of Plaintiff Franchise Group Inc. bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor PSP Distribution LLC bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor Freedom VCM Inc. bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor WNW Stores LLC bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor Freedom VCM Interco Inc. bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor Freedom VCM Receivables Inc. bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor Franchise Group Newco S LLC bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor Franchise Group Inc. bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor Franchise Group Newco V LLC bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor American Freight FFO LLC bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor Freedom Receivables II LLC bankfilings@ycst.com

Edmon L. Morton

on behalf of Debtor Franchise Group Newco SL LLC bankfilings@ycst.com

Elihu Ezekiel Allinson, III

on behalf of Creditor Sun Life Assurance Company of Canada ZAllinson@SHA-LLC.com
ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elizabeth A. Rogers

on behalf of Interested Party Ad Hoc Group of First Lien Lenders erogers@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers

on behalf of Plaintiff Wilmington Trust National Association, as First Lien Administrative Agent and First Lien Collateral Agent
erogers@lrclaw.com, ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elliot M. Smith

on behalf of Creditor The ChildSmiles Group LLC a/k/a Abra Health ESmith@beneschlaw.com, Docket2@beneschlaw.com

Eric S. Goldstein

on behalf of Creditor Sayville Plaza Development LLC egoldstein@goodwin.com,
bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Ericka Fredricks Johnson

on behalf of Interested Party Kin Properties Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC,
Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc.,
ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Erin Powers Severini

on behalf of Creditor WPG Legacy LLC eseverini@fbtgibbons.com

Ethan H. Sulik

on behalf of Interested Party JP Morgan Chase N.A., as Prepetition ABL Agent esulik@potteranderson.com,
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Frederick Brian Rosner

on behalf of Creditor Walt Whitman Road LLC rosner@teamrosner.com,
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party Harmon Meadow Suites LLC rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party Daniel P. Hagaman rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

District/off: 0311-1      User: admin      Page 7 of 27

Date Rcvd: Apr 14, 2026      Form ID: van441      Total Noticed: 1

Frederick Brian Rosner
on behalf of Creditor Daniel P. Hagaman rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Gary F. Seitz
on behalf of Creditor SW 17th Street 1010  LLC, Niagara Falls 778, LLC Rodi Road 501, LLC, and Merchant 33, LLC gseitz@gsbblaw.com, gary.seitz@gmail.com;mfriedman@gsbblaw.com

Gary F. Seitz
on behalf of Creditor 4116 OBT Investments  LLC and 1230 Zion, LLC gseitz@gsbblaw.com, gary.seitz@gmail.com;mfriedman@gsbblaw.com

Gaston P Loomis, II
on behalf of Plaintiff Jonathan Ortiz Munoz and Hannah Shalom Moody gloomis@mdmc-law.com  csentman@mdmc-law.com

Geoffrey Peters
on behalf of Creditor The Commons at Southpark LLC bronationalecf@weltman.com

Geoffrey Peters
on behalf of Creditor Sangamon North LLC. bronationalecf@weltman.com

Gerald James Landon
on behalf of Creditor Dell Financial Services L.L.C. landon@slollp.com  rangel@slollp.com

Gregory V. Demo
on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS gdemo@pszjlaw.com

Gregory W. Hauswirth
on behalf of Creditor Architectural Graphics  Inc. ghauswirth@ch-legal.com, pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

Heather L. Donald
on behalf of Creditor State of Michigan Department of Treasury donaldh@michigan.gov

Hiram Abif Gutierrez
on behalf of Creditor Brownsville Independent School District edinburgbankruptcy@pbfcm.com

Hugh K. Murtagh
on behalf of Interested Party JP Morgan Chase  N.A., as Prepetition ABL Agent hugh.murtagh@lw.com

Ian J Bambrick
on behalf of Creditor Prologis  L.P. ian.bambrick@faegredrinker.com, cathy.greer@faegredrinker.com

Isaac Sasson
on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders isaacsasson@paulhastings.com Franchise.ECF.PH@paulhastings.com

J. David Forsyth
on behalf of Creditor Shanri Holdings Corporation dforsyth@sessions-law.com

James C. Carignan
on behalf of Creditor Ahuja Development LLC  jcarignan@mgmlaw.com

Jason Daniel Angelo
on behalf of Creditor Commerce #9602 LLC JAngelo@reedsmith.com jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jason Daniel Angelo
on behalf of Creditor STORE Master Funding IV  LLC JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jason Daniel Angelo
on behalf of Creditor Commerce 9005 LLC JAngelo@reedsmith.com jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jason Daniel Angelo
on behalf of Creditor Bank of America  N.A., as Prepetition ABL Agent JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jeffrey Kurtzman
on behalf of Creditor Oxford Valley Road Associates LP kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor Oxford Valley Road Associates  L.P. kurtzman@kurtzmansteady.com

Jeffrey Rhodes
on behalf of Interested Party Kin Properties  Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., jrhodes@tlclawfirm.com

Jeffrey C. Wisler
on behalf of Creditor Blue Yonder  Inc. jwisler@connollygallagher.com

District/off: 0311-1        User: admin        Page 8 of 27

Date Rcvd: Apr 14, 2026        Form ID: van441        Total Noticed: 1

Jennifer R. Hoover

on behalf of Creditor The ChildSmiles Group  LLC a/k/a Abra Health jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jeremy W. Ryan

on behalf of Interested Party JP Morgan Chase  N.A., as Prepetition ABL Agent jryan@potteranderson.com, bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

John Christopher Shore

on behalf of Interested Party Ad Hoc Group of Freedom Lenders cshore@whitecase.com caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Daniel McLaughlin, Jr.

on behalf of Interested Party Shelby Boulevard Fifty Nine  L.L.C. jack@mclaughlincounsel.com, jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Henry Knight

on behalf of Interested Party B. Riley Principal Investments  LLC and its affiliates knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

John Kendrick Turner

on behalf of Creditor Smith County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Irving ISD dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Dallas County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Kaufman County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Northwest ISD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Rockwall CAD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor City of Frisco dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Hopkins County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor City of Carrollton dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor City Of Sulphur Springs dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Ellis county dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Tarrant County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Parker CAD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Navarro County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor City of Wylie dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Tom Green CAD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

District/off: 0311-1                          User: admin                                    Page 9 of 27
Date Rcvd: Apr 14, 2026                  Form ID: van441                              Total Noticed: 1

John Kendrick Turner

on behalf of Creditor Allen ISD dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Gregg County dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Wise County dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Sulphur Springs ISD dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Grayson County dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Lewisville ISD dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor City Of Allen dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Town of Prosper dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Prosper ISD dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John R. Ashmead

on behalf of Interested Party Wilmington Trust  National Association ashmead@sewkis.com,
matott@sewkis.com;managingclerkoffice@sewkis.com

Jordan L. Williams

on behalf of Interested Party Wilmington Trust  National Association jordan.williams@blankrome.com

Joseph C. Barsalona II

on behalf of Defendant Brian Gale jbarsalona@pashmanstein.com  joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

on behalf of Defendant Lawrence Bass jbarsalona@pashmanstein.com  joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

on behalf of Defendant Mark Noble jbarsalona@pashmanstein.com  joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

on behalf of Interested Party Former Stockholders jbarsalona@pashmanstein.com  joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

on behalf of Defendant John Does 1-20 jbarsalona@pashmanstein.com  joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

on behalf of Defendant Terry Philippas jbarsalona@pashmanstein.com  joseph--barsalona-5332@ecf.pacerpro.com

Joseph H Lemkin

on behalf of Creditor Peoria Rental Properties  LLC jlemkin@stark-stark.com

Joseph H. Baldiga

on behalf of Creditor New Westgate Mall LLC jbaldiga@miricklaw.com

Joshua A Sussberg

on behalf of Plaintiff Franchise Group  Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua A Sussberg

on behalf of Debtor Franchise Group  Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joy D Kleisinger

on behalf of Creditor WPG Legacy  LLC jkleisinger@fbtlaw.com

Juan E Martinez

on behalf of Creditor TM2  LLC jmartinez@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Juan E Martinez

on behalf of Creditor Babson Macedonia Partners  LLC jmartinez@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Julia Bettina Klein

District/off: 0311-1        User: admin        Page 10 of 27
Date Rcvd: Apr 14, 2026        Form ID: van441        Total Noticed: 1

on behalf of Interested Party AF Newco I LLC klein@kleinllc.com

Julie Anne Parsons

on behalf of Creditor Guadalupe County jparsons@mvbalaw.com  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor Brazos County jparsons@mvbalaw.com  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor Julie Anne Parsons Bowie Central Appraisal District jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor Williamson County jparsons@mvbalaw.com  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor Tax Appraisal District of Bell County jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor Hays County jparsons@mvbalaw.com  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor Midland Central Appraisal District jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor City of Waco/Waco ISD/La Vega ISD jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor Denton County jparsons@mvbalaw.com  kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor Burnet Central Appraisal District jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Justin Cory Falgowski

on behalf of Creditor Sylvan Park Apartments LLC jfalgowski@burr.com

Justin Cory Falgowski

on behalf of Creditor CTO23 Rockwall LLC as successor in interest to Excel Rockwall LLC jfalgowski@burr.com

Justin Cory Falgowski

on behalf of Creditor Pentex RTO LLC; EightSixThree RTO, LLC; Pentex Top Left, LLC; Pentex 1848, LLC
jfalgowski@burr.com

Justin Cory Falgowski

on behalf of Creditor CTO24 Carolina LLC as successor in interest to DDR Carolina Pavilion, LP jfalgowski@burr.com

Justin Cory Falgowski

on behalf of Creditor Comenity Capital Bank jfalgowski@burr.com

Justin Cory Falgowski

on behalf of Creditor Ventura Gateway LLC jfalgowski@burr.com

Kaan Ekiner

on behalf of Creditor Prophecy Settlement-related Liquidating Trust 2022-23 kekiner@cozen.com
sshidner@cozen.com;kaan-ekiner-7206@ecf.pacerpro.com

Karen C. Bifferato

on behalf of Creditor STAG Industrial Holdings LLC kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Creditor Redstone Operating Limited Partnership kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Creditor Garden City Leasehold Properties LLC kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Creditor Easton Market SC LLC kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Creditor Garden City Owner LLC kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Creditor Turkey Creek Holdings LLC kbifferato@connollygallagher.com

Karen M. Grivner

on behalf of Creditor Lansing Square LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor Surprise Towne Center Holdings LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

District/off: 0311-1                         User: admin                              Page 11 of 27
Date Rcvd: Apr 14, 2026                      Form ID: van441                          Total Noticed: 1

Karen M. Grivner

on behalf of Creditor Vestar-CPT Tempe Marketplace  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor VS Tempe  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor Outer Drive 39 Development Co. LLC kgrivner@clarkhill.com  kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor RingCentral  Inc. kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor Crossroads Centre II  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Kate R. Buck

on behalf of Interested Party Shelbyville Road Plaza LLC kbuck@mccarter.com

Kate R. Buck

on behalf of Interested Party Lichtefeld Development Trust kbuck@mccarter.com

Kate R. Buck

on behalf of Interested Party Lichtefeld Properties LLC kbuck@mccarter.com

Kevin G. Collins

on behalf of Interested Party Drink LMNT  Inc. kcollins@bayardlaw.com, rhudson@bayardlaw.com

Kevin J. Mangan

on behalf of Interested Party CorVel Enterprise Comp  Inc. kevin.mangan@wbd-us.com,
Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;Rachel.metzger@wbd-us.com;nichole.wilcher@wbd-us.com

Kevin M. Capuzzi

on behalf of Creditor TM2  LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor Babson Macedonia Partners  LLC kcapuzzi@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Newman

on behalf of Creditor DLC Management Corporation knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Wheeler REIT  LP knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor National Realty & Development Corp. knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Inland Commercial Real Estate Services LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor HV Center LLC  et al. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Grove City Plaza  L.P. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Benenson Capital Partners LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor SS Tulsa Center LLC  et al. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor First National Realty Partners knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Northridge Crossing L.P. knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor CRI New Albany Square  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin S. Mann

on behalf of Creditor Kawips Delaware Cuyahoga Falls  LLC kmann@crosslaw.com,
smacdonald@crosslaw.com,cgreen@crosslaw.com

Kristen N. Pate

on behalf of Creditor Brookfield Properties Retail Inc. ggpbk@ggp.com

Kristi JoLynn Doughty

on behalf of Interested Party Arsenal Plaza Associates  LLC; Brunswick Center Associates, L.L.C.; CPEG Malta, L.L.C. and
University Plaza Associates, L.L.C. kdoughty@sterneisenberg.com, dero@chipmanbrown.com;whalen@chipmanbrown.com

Kristin L Cardoza

District/off: 0311-1

Date Rcvd: Apr 14, 2026

User: admin

Form ID: van441

Page 12 of 27

Total Noticed: 1

on behalf of Debtor Franchise Group  Inc. kcardoza@ycst.com, bankfilings@ycst.com

Kroll Restructuring Administration LLC
info@ra.kroll.com

Kurt F. Gwynne
on behalf of Creditor Bank of America  N.A., as Prepetition ABL Agent kgwynne@reedsmith.com, jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

L Katie Mason
on behalf of Creditor Whirlpool Corporation katie.mason@quarles.com  docketwi@quarles.com

Laura J. Monroe
on behalf of Creditor Lubbock Central Appraisal District  et al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Laura L. McCloud
on behalf of Creditor Tennessee Department of Revenue agbankdelaware@ag.tn.gov

Laurel D. Roglen
on behalf of Creditor Brixmor Operating Partnership LP roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor National Realty & Development Corp. roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Continental Realty Corporation roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Prime/FRIT Mission Hills  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Northridge Crossing L.P. roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor CRI New Albany Square  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor DLC Management Corporation roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Azalea Joint Venture  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor SS Tulsa Center LLC  et al. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor HV Center LLC  et al. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Wheeler REIT  LP roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Grove City Plaza  L.P. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor FR Grossmont  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Benenson Capital Partners LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Inland Commercial Real Estate Services LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor First National Realty Partners roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor River Oaks El Mercado  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor IREIT Pittsburgh Settlers Ridge  L.L.C. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Boswell Avenue I  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor PF Portfolio 2  LP roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor ShopOne Centers REIT  Inc. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

District/off: 0311-1       User: admin       Page 13 of 27

Date Rcvd: Apr 14, 2026       Form ID: van441       Total Noticed: 1

Laurel D. Roglen

on behalf of Creditor Northlake Village Owner  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Lawrence Joel Kotler

on behalf of Creditor A-Team Leasing  LLC ljkotler@duanemorris.com, lawrence-kotler-7511@ecf.pacerpro.com

Leslie C. Heilman

on behalf of Creditor ShopOne Centers REIT  Inc. HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor New Plan Property Holding Company HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Brixmor Burlington Square LLC HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Deutsche Asset & Wealth Management HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor ARG LSSALMD001 LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Gerrity Group  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Federal Realty OP LP HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Realty Income Corporation HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Malco TIC HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Brixmor SPE 5  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor ARC CPFAYNC001  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Prime/FRIT Mission Hills  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Azalea Joint Venture  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor The Sterling Organization  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Acadia Realty Limited Partnership HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor RD Management  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Great Hills Retail  Inc. HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Brixmor Operating Partnership LP HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor FR Grossmont  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor ARC MCLVSNV001  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor SUP II Red Top Plaza  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor ARC TSKCYMO001  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Continental Realty Corporation HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Prattville Partners Limited Partnership HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor The Macerich Company HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor BMA Springhurst  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Lindsay Sklar

on behalf of Defendant AF Newco I LLC lsklar@lowenstein.com

Lisa Bonsall

on behalf of Interested Party Capital Management LLC Heritage lbonsall@mccarter.com

Lisa Bittle Tancredi

on behalf of Interested Party Buddy Mac Holdings LLC lisa.tancredi@wbd-us.com,
cindy.giobbe@wbd-us.com;michelle.dero@wbd-us.com

Lisa Caryl Cohen

on behalf of Creditor Brierwood Villages LLC lcohen@ruffcohen.com

Louis F. Solimine

on behalf of Interested Party LU Candlers Station Holdings LLC louis.solimine@thompsonhine.com,
Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Buddys Rollco LLC marcy.smith@wbd-us.com,
cindy.giobbe@wbd-us.com;michelle.dero@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Interested Party MMS Group LLC marcy.smith@wbd-us.com,
cindy.giobbe@wbd-us.com;michelle.dero@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Joseph Gazzo marcy.smith@wbd-us.com cindy.giobbe@wbd-us.com;michelle.dero@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Interested Party 1st Choice Home Furnishings of Donaldsonville L.L.C., marcy.smith@wbd-us.com,
cindy.giobbe@wbd-us.com;michelle.dero@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Bi-Rite Holdings LLC marcy.smith@wbd-us.com,
cindy.giobbe@wbd-us.com;michelle.dero@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Interested Party 1st Choice Home Furnishings of Baton Rouge L.L.C. marcy.smith@wbd-us.com,
cindy.giobbe@wbd-us.com;michelle.dero@wbd-us.com

Margaret A. Vesper

on behalf of Creditor Prime/FRIT Mission Hills LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor ShopOne Centers REIT Inc. vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor FR Grossmont LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Azalea Joint Venture LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Continental Realty Corporation vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Brixmor Operating Partnership LP vesperm@ballardspahr.com

Maria Aprile Sawczuk

on behalf of Creditor 6001 Powerline Road LLC marias@goldmclaw.com, marias@ecf.courtdrive.com

Mark Minuti

on behalf of Creditor Shanri Holdings Corporation mark.minuti@saul.com robyn.warren@saul.com

Mark Minuti

on behalf of Creditor Laurel Lakes LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti

on behalf of Creditor Beral LLLP mark.minuti@saul.com, robyn.warren@saul.com

Mark A Salzberg

on behalf of Creditor Blue Yonder Inc. mark.salzberg@squirepb.com,
sarah.conley@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com

Mark L. Desgrosseilliers

on behalf of Interested Party Hilco Merchant Resources LLC desgross@chipmanbrown.com,
fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Mark W. Eckard

on behalf of Interested Party the Litigation Trustee meckard@raineslaw.com sshidner@raineslaw.com;kcallahan@raineslaw.com

Marla S. Benedek
on behalf of Creditor Prophecy Settlement-related Liquidating Trust 2022-23 mbenedek@cozen.com
marla-benedek-0597@ecf.pacerpro.com

Marla S. Benedek
on behalf of Creditor The Settlement-Related Liquidating Trust 2022-23 mbenedek@cozen.com
marla-benedek-0597@ecf.pacerpro.com

Marla S. Benedek
on behalf of Interested Party Settlement-related Liquidating Trust 2022-23 mbenedek@cozen.com
marla-benedek-0597@ecf.pacerpro.com

Marla S. Benedek
on behalf of Creditor Granite Telecommunications  LLC mbenedek@cozen.com, marla-benedek-0597@ecf.pacerpro.com

Matthew Rifino
on behalf of Creditor Heritage Seymour I  LLC mrifino@mccarter.com, kmcdonnell@mccarter.com

Matthew Rifino
on behalf of Creditor Heritage Seymour II  LLC mrifino@mccarter.com, kmcdonnell@mccarter.com

Matthew B. McGuire
on behalf of Interested Party Ad Hoc Group of First Lien Lenders mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Plaintiff Wilmington Trust  National Association, as First Lien Administrative Agent and First Lien Collateral Agent
mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew Barry Lunn
on behalf of Debtor American Freight Management Company  LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Plaintiff Franchise Group  Inc. mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Franchise Group Acquisition TM  LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Betancourt Sports Nutrition  LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor American Freight Outlet Stores  LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor American Freight Franchisor  LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Franchise Group  Inc. mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor American Freight Franchising  LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Buddy's Newco  LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor American Freight Group  LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Educate  Inc. mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Vitamin Shoppe Procurement Services  LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Buddy's Franchising and Licensing LLC mlunn@ycst.com  bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Franchise Group Intermediate B  LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor American Freight Holdings  LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew O Talmo

on behalf of Interested Party Brian Kahn mtalmo@mnat.com
matthew-talmo-2348@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew P. Austria

on behalf of Creditor Dell Financial Services L.L.C. maustria@austriallc.com

Matthew P. Ward

on behalf of Interested Party Buddy Mac Holdings LLC matthew.ward@wbd-us.com,
Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;Michelle.Dero@wbd-us.com

Melissa E. Valdez

on behalf of Creditor Magnolia Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Brazoria County et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael Papandrea

on behalf of Interested Party Glanbia Performance Nutrition Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com

Michael Papandrea

on behalf of Interested Party Woodbolt Distribution LLC mpapandrea@lowenstein.com, dclaussen@lowenstein.com

Michael Papandrea

on behalf of Interested Party Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers LLC
mpapandrea@lowenstein.com, dclaussen@lowenstein.com

Michael David DeBaecke

on behalf of Other Prof. Michael J. Wartell mdebaecke@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael G. Busenkell

on behalf of Creditor MEL Indiana LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Nature's Answer Inc. mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Columbia-BBB Westchester Shopping Center Associates mbusenkell@gsbblaw.com
mfriedman@gsbblaw.com

Michael J. Farnan

on behalf of Interested Party Ad Hoc Group of Freedom Lenders mfarnan@farnanlaw.com tfarnan@farnanlaw.com

Michael Joseph Joyce

on behalf of Creditor Richard Grigsby mjoyce@mjlawoffices.com

Michael L Schlepp

on behalf of Creditor Wilson AmCap II LLC mschlepp@s-d.com

Michael L. Vild

on behalf of Creditor bb BHF Stores LLC mvild@crosslaw.com smacdonald@crosslaw.com,cgreen@crosslaw.com

Michael S. Stamer

on behalf of Other Prof. Michael J. Wartell mstamer@akingump.com

Michael S. Tucker

on behalf of Creditor MLO Great South Bay LLC mtucker@ubglaw.com

Michael S. Tucker

on behalf of Creditor Siegen Lane Properties LLC of Delaware mtucker@ubglaw.com

Michael Seth Etkin

on behalf of Interested Party Woodbolt Distribution LLC metkin@lowenstein.com

Michael Seth Etkin

on behalf of Interested Party Glanbia Performance Nutrition Inc. metkin@lowenstein.com

Michael Seth Etkin

on behalf of Interested Party Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers LLC metkin@lowenstein.com

Michelle E. Shriro

on behalf of Creditor Bridge33 Capital LLC mshriro@singerlevick.com scotton@singerlevick.com

Michelle E. Shriro

on behalf of Creditor Village at the Mall Holdings LLC mshriro@singerlevick.com, scotton@singerlevick.com

Monique Bair DiSabatino

on behalf of Creditor Village Mooresville Station LLC monique.disabatino@saul.com robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Atlantic Plaza Station LLC monique.disabatino@saul.com robyn.warren@saul.com

District/off: 0311-1                          User: admin                                   Page 17 of 27
Date Rcvd: Apr 14, 2026                       Form ID: van441                               Total Noticed: 1

Monique Bair DiSabatino
                  on behalf of Creditor Summerville Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Memorial Kirkwood Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Harvest Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Shoregate Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Rainbow Station North LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Golden Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Stone Gate Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Hamilton Ridge Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Five Town Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Fairfield Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Southfield Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Fairlawn Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Lakewood (Ohio) Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Phillips Edison & Company monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Harpers Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Edgewood Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Hartville Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Wheat Ridge Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Valrico Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Orchard Square Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Irmo Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Chapel Hill North Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Jensen Beach Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
                  on behalf of Creditor Hampton Village Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Morgan L. Patterson
                  on behalf of Creditor BCDPF RADAR DISTRIBUTION CENTER LLC mpatterson@fbtgibbons.com
                  Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;Michelle.Dero@wbd-us.com

Morgan L. Patterson
                  on behalf of Creditor BC Exchange Salt Pond mpatterson@fbtgibbons.com
                  Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;Michelle.Dero@wbd-us.com

Morton R. Branzburg
                  on behalf of Interested Party BCDC Portfolio Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

District/off: 0311-1

Date Rcvd: Apr 14, 2026

User: admin

Form ID: van441

Page 18 of 27

Total Noticed: 1

Morton R. Branzburg

on behalf of Interested Party Blue Owl Real Estate Capital LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Interested Party BCHQ Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Noelle Torrice

on behalf of Creditor DoorDash G&C  LLC NTorrice@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Noelle Torrice

on behalf of Creditor DoorDash  Inc. NTorrice@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Patrick A. Jackson

on behalf of Creditor United Parcel Service Patrick.jackson@faegredrinker.com  cathy.greer@faegredrinker.com

Paul H. Aloe

on behalf of Interested Party Lauren Kahn paloe@kudmanlaw.com
yali@kudmanlaw.com;dsaponara@kudmanlaw.com;5572152420@filings.docketbird.com

Paul H. Aloe

on behalf of Interested Party Brian Kahn paloe@kudmanlaw.com
yali@kudmanlaw.com;dsaponara@kudmanlaw.com;5572152420@filings.docketbird.com

Phillip Wesley Nelson

on behalf of Creditor Alter Domus (US) LLC phillip.nelson@hklaw.com  hapi@hklaw.com

R. Grant Dick, IV

on behalf of Creditor Fifth & Alton (Edens) LLC gdick@coochtaylor.com
gdick@ecf.courtdrive.com;grant-dick-1014@ecf.pacerpro.com

Rachel B. Mersky

on behalf of Creditor Kimco Realty Corporation rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor 2205 Federal Investors  LLC rmersky@monlaw.com

Raeann Warner

on behalf of Creditor Karen L Olson raeann@cpwwlaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Rasmeet Kaur Chahil

on behalf of Defendant AF Newco I  LLC rchahil@lowenstein.com

Reliable Companies

gmatthews@reliable-co.com

Richard J. McCord

on behalf of Creditor 3644 Long Beach Road LLC
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;jmayall@certilmanbalin.com;rnosek@certilmanbalin.com

Richard W. Riley

on behalf of Creditor Centerpoint 550  LLC rriley@pashmanstein.com, gkarnick@pashmanstein.com

Richardo Kilpatrick

on behalf of Creditor Wayne County Treasurer ecf@kaalaw.com

Robert Radasevich

on behalf of Interested Party ML-MJW Port Chester SC Owner LLC rradasevich@nge.com
acaulk@nge.com,ecfdocket@nge.com

Robert Drake Wilcox

on behalf of Creditor Brierwood Villages  LLC rw@wlflaw.com, eb@wlflaw.com

Robert J. Feinstein

on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS rfeinstein@pszjlaw.com

Robert L. LeHane

on behalf of Interested Party BCDC Portfolio Owner LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party Shamrock A. Owner LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party GCP Bloom LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party SITE Centers Corp.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party JLL Property Management (Franklin Mall)
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party Kite Realty Group  L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Creditor Brookfield Properties Retail Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party Curbline Properties Corp.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party Regency Centers  L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party First Washington Realty
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party NNN REIT  Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party BCHQ Owner LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Ronald Brown, Jr

on behalf of Interested Party PC San Ysidro PB  LLC, PC International PB, LLC & PC Iagio PB, LLC ron@rkbrownlaw.com

Ronald M Tucker

on behalf of Creditor Simon Property Group  Inc. rtucker@simon.com, bankruptcy@simon.com

Ronald S. Gellert

on behalf of Creditor Granite Telecommunications  LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Creditor GKI Industrial Dallas LLC rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Sabrina L. Streusand

on behalf of Creditor Dell Financial Services L.L.C. streusand@slollp.com  prentice@slollp.com

Samuel Paul Hershey

on behalf of Interested Party Ad Hoc Group of Freedom Lenders sam.hershey@whitecase.com

Sarah Silveira

on behalf of Creditor United Parcel Service sarah.silveira@faegredrinker.com  cathy.greer@faegredrinker.com

Scott A Bachert

on behalf of Creditor Frontier Bel Air LLC sbachert@kerricklaw.com

Scott A Bachert

on behalf of Creditor Frontier Osceola LC sbachert@kerricklaw.com

Scott A Bachert

on behalf of Creditor Frontier Dania LLC sbachert@kerricklaw.com

Scott A Bachert

on behalf of Creditor Frontier Kissimmee LLC sbachert@kerricklaw.com

Scott A Bachert

on behalf of Creditor Frontier Dover LLC sbachert@kerricklaw.com

Scott D. Cousins

on behalf of Creditor 400 Success  LLC by its Receiver, CBRE, Inc. scott.cousins@lewisbrisbois.com,
susan.brown@lewisbrisbois.com

Scott E. Blakeley

on behalf of Creditor Doctor's Best Inc. seb@blakeleylc.com  ecf@blakeleyllp.com

Scott L. Fleischer

on behalf of Creditor Wheeler REIT  LP sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor HV Center LLC  et al. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor Boswell Avenue I  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor Benenson Capital Partners LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor Northridge Crossing L.P. sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor Inland Commercial Real Estate Services LLC sfleischer@barclaydamon.com
scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor DLC Management Corporation sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor Kempner Properties  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor CRI New Albany Square  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com
scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor SS Tulsa Center LLC  et al. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor Grove City Plaza  L.P. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Sergio E. Garcia

on behalf of Creditor c/o Sergio E. Garcia Kerrville Independent School District austinbankruptcy@pbfcm.com

Sergio E. Garcia

on behalf of Creditor Copperas Cove Independent School District austinbankruptcy@pbfcm.com

Sergio E. Garcia

on behalf of Creditor Kerrville Independent School District austinbankruptcy@pbfcm.com

Shannah L. Colbert

on behalf of Creditor New Westgate Mall LLC scolbert@miricklaw.com

Shannon Dougherty Humiston

on behalf of Creditor Heritage Seymour I  LLC shumiston@burr.com

Shannon Dougherty Humiston

on behalf of Creditor Heritage Seymour II  LLC shumiston@burr.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shella Borovinskaya

on behalf of Debtor Vitamin Shoppe Florida  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor PSP Stores  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor PSP Subco  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor Valor Acquisition  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor PSP Service Newco  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor PSP Midco  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor Vitamin Shoppe Industries LLC sborovinskaya@ycst.com  bankfilings@ycst.com

Shella Borovinskaya

on behalf of Plaintiff Franchise Group  Inc. sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor PSP Group  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor Vitamin Shoppe Mariner  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor Franchise Group Intermediate B  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor Franchise Group  Inc. sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Counter-Defendant American Freight  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Counter-Defendant Franchise Group  Inc. sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor American Freight  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor Vitamin Shoppe Global  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor PSP Franchising  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor Vitamin Shoppe Franchising  LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Sloane B. O'Donnell

on behalf of Creditor Cintas Corporation No. 2 sodonnell@fbtlaw.com

Sophie Rogers Churchill

on behalf of Interested Party Brian Kahn srchurchill@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Stanley B. Tarr

on behalf of Interested Party Wilmington Trust  National Association stanley.tarr@blankrome.com

Stephanie Slater Ward

on behalf of Creditor Coyote Logistics LLC sslater@foxrothschild.com
rsolomon@foxrothschild.com;msteen@foxrothschild.com;de.dkt@foxrothschild.com

Stephen A. Smith

on behalf of Creditor Champion Petfoods USA Inc. sasmith@polsinelli.com
lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Stephen A. Smith

on behalf of Creditor Mars Fishcare North America  Inc. sasmith@polsinelli.com,
lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Stephen A. Smith

on behalf of Creditor Mars Petcare US  Inc. sasmith@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Stephen A. Smith

on behalf of Creditor Royal Canin U.S.A.  Inc. sasmith@polsinelli.com,
lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Stephen B Gerald

on behalf of Creditor Amazing Organics LLC t/a Amazing Herbs sgerald@tydings.com

Stephen B Gerald

on behalf of Creditor Amazing Organics  LLC d/b/a Amazing Herbs sgerald@tydings.com

Stephen B Gerald

on behalf of Creditor The J. M. Smucker Company sgerald@tydings.com

Stephen B. Porterfield

on behalf of Creditor Kings Mountain Investments Inc. stephen.porterfield@dentons.com  pcastleberry@sirote.com

Susan E. Kaufman

on behalf of Interested Party ShopCore Properties skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party BCDC Portfolio Owner LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party C. Gershon Company  Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Shamrock A. Owner LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Nuveen Real Estate skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Newmark Merrill Companies  Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Curbline Properties Corp. skaufman@skaufmanlaw.com

District/off: 0311-1                                  User: admin                                  Page 22 of 27
Date Rcvd: Apr 14, 2026                              Form ID: van441                              Total Noticed: 1

Susan E. Kaufman
                    on behalf of Interested Party GCP Bloom LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party Centerco Realty Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party BCHQ Owner LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Creditor W. Silver Products  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party SITE Centers Corp. skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party Regency Centers  L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Cred. Comm. Chair NNN REIT  LP (fka National Retail Properties) skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party Brookfield Properties Retail  Inc skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Creditor WPG Legacy  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party MJK Real Estate Holding Company  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party Win Properties  Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party NNN REIT  Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Creditor Brookfield Properties Retail Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party 5Rivers CRE  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party Philips International Holding Corp. skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Creditor Tempur Sealy International  Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Creditor Simon Property Group  Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party Benderson Development Company skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party First Washington Realty skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party Kite Realty Group  L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman
                    on behalf of Interested Party JLL Property Management (Franklin Mall) skaufman@skaufmanlaw.com

Susan R Fuertes
                    on behalf of Creditor Harris County  ATTN: Property Tax Division susan.fuertes@harriscountytx.gov

Tara L. Grundemeier
                    on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor Harris Co ESD #48 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor Katy ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris Co ESD #09 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris Co ESD #11 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Deer Park ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris Co ESD #08 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris Co ESD #16 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor City of Pasadena houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Thomas E Lauria

on behalf of Interested Party Ad Hoc Group of Freedom Lenders tlauria@whitecase.com  mco@whitecase.com

Thomas Joseph Francella, Jr.

on behalf of Interested Party the Litigation Trustee TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Timothy Jay Fox, Jr.

on behalf of U.S. Trustee U.S. Trustee timothy.fox@usdoj.gov

Timothy T Mitchell

on behalf of Debtor Franchise Group  Inc. dkrm@aol.com, donna@rashtiandmitchell.com

Turner Falk

on behalf of Creditor Harpers Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Fairfield Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Five Town Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Hartville Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Phillips Edison & Company turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Rainbow Station North LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Atlantic Plaza Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Hampton Village Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Shoregate Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Memorial Kirkwood Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Edgewood Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Orchard Square Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Valrico Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Chapel Hill North Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Hamilton Ridge Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Stone Gate Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Harvest Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Wheat Ridge Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Jensen Beach Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Summerville Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Irmo Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Southfield Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Fairlawn Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Golden Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Village Mooresville Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Lakewood (Ohio) Station LLC turner.falk@saul.com  tnfalk@recap.email

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

William Ehrlich

on behalf of Creditor Cielo Paso Las Tiendas  L.P. william@ehrlichlawfirm.com

William McDonald, III

on behalf of Creditor BREIT Canarsie Owner LLC wmcdonald@shopcore.com

William A. Hazeltine

on behalf of Creditor Whirlpool Corporation whazeltine@sha-llc.com

William F. Taylor, Jr

on behalf of Creditor American Electric Power wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor KeySpan Energy Delivery Long Island wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor NStar Electric Company Western Massachusetts wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor KeySpan Energy Deliver New York wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com

clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Entergy Mississippi  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor NStar Electric Company - Western Massachusetts wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Tampa Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Constellation NewEnergy Gas Division  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor New York State Electric and Gas Corporation wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor The Connecticut Light & Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Salt River Project wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor CenterPoint Energy Resources Corp. wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor San Diego Gas and Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Monongahela Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Massachusetts Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Niagara Mohawk Power Corporation wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Eversource Gas of Massachusetts wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Florida Power & Light Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Metropolitan Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Peoples Gas System  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Boston Gas Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Pennsylvania Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Entergy Texas  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Dominion Energy South Carolina  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Tucson Electric Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Constellation NewEnergy  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Constellation NewEnergy - Gas Division  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Consolidated Edison Company of New York  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Rochester Gas & Electric Corporation wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Entergy Louisiana  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Gexa Energy  LP wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Yankee Gas Services Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Public Service Company of New Hampshire wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

District/off: 0311-1

User: admin

Page 27 of 27

Date Rcvd: Apr 14, 2026

Form ID: van441

Total Noticed: 1

William F. Taylor, Jr

on behalf of Creditor PSEG Long Island wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Orange & Rockland Utilities  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Entergy Arkansas  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William J. Burnett

on behalf of Creditor Oxford Valley Road Associates  L.P. william.burnett@flastergreenberg.com,
william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

William J. Burnett

on behalf of Creditor Capital Enterprises  Inc. william.burnett@flastergreenberg.com,
william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

William J. Levant

on behalf of Creditor 100 Brentwood Associates  L.P. wlevant@kaplaw.com

William L. Siegel

on behalf of Creditor Korber Supply Chain US  Inc. bsiegel@cowlesthompson.com, brodela@cowlesthompson.com

William Matthew Uptegrove

on behalf of Interested Party U.S. Securities and Exchange Commission uptegrovew@sec.gov

Yan Borodanski

on behalf of Creditor Heritage Seymour I  LLC Yan.Borodanski@hklaw.com

Yan Borodanski

on behalf of Creditor Heritage Seymour II  LLC Yan.Borodanski@hklaw.com

TOTAL: 644