**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC.,[1] | ) | Case No. 24-12480 (LSS) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

**NOTICE OF AMENDED[2] AGENDA FOR**
**HEARING OF MATTERS SCHEDULED FOR**
**APRIL 21, 2026, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE NOTE THAT AT THE DIRECTION OF THE COURT,**
**THE HEARING TIME HAS BEEN CHANGED TO 11:00 A.M. (ET)**
**AND THE HEARING WILL NOW BE CONDUCTED VIA ZOOM ONLY.**

**Permission to appear remotely at any hearing must be approved by chambers. Case participants who are permitted to attend remotely must register using the http://www.deb.uscourts.gov/ecourt-appearances tool described below.**

**The deadline to register for remote attendance is 4:00 P.M. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed. When registering, case participants may choose to attend remotely through video or audio access. Please be aware that if you choose audio access and the proceedings involve witness testimony, you may be disconnected entirely from the hearing or moved to a waiting room and unable to hear that portion of the proceedings. Once you register your appearance, a screen will appear that states "Thank you for registering your appearance in (Case number) (Case name)." An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

**Please do not contact the United States Bankruptcy Court**
**for the District of Delaware to confirm registration.**

---

[1]  The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, FL 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims, and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24 12480 (LSS).

[2]  **All amendments appear in bold.**

**ADJOURNED MATTER**

1.   Motion of the Litigation Trustee for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 (I) Authorizing Examination of Lisa Fairfax, (II) Requiring Production of Documents, and (III) Granting Related Relief [D.I. 1959, 1/5/26]

     Objection Deadline:   January 19, 2026, at 4:00 p.m. (prevailing Eastern Time)

     Related Documents:   None.

     Responses Received:   None.

     Status:   The Litigation Trustee is reviewing documents voluntarily produced by the proposed examinee.  This matter has been adjourned to a date and time to be determined.

**MATTER GOING FORWARD**

2.   Reorganized Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims [D.I. 1914, 11/17/25]

     Objection Deadline:   December 8, 2025, at 4:00 p.m. (prevailing Eastern Time)

     Related Documents:

     A. Certification of Counsel Regarding Revised Proposed Order Sustaining Reorganized Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims [D.I. 1939, 12/11/25]

     B. Order Sustaining Reorganized Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims [D.I. 1943, 12/17/25]

     Responses Received:

     C. Supplemental Statement of Munib Malik

     Status:   All of the claims that are the subject of this matter, other than the claim filed by Munib Malik, have been resolved by an order previously entered by the Court.  *See* D.I. 1943.   Pursuant to Item C, claimant has requested that the matter proceed "on the written record" and apparently does not intend to participate in the hearing.  The Reorganized Debtors propose to withdraw the objection as to Mr. Malik's claim because it has been rendered moot by entry of the *Order Sustaining Reorganized Debtor's Seventh (7th) Omnibus (Substantive) Objection to Claims* [D.I. 2004].  **This matter is going forward to address the Court's questions.**

Dated:  April 20, 2026
Wilmington, Delaware

/s/ Allison S. Mielke

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:        emorton@ycst.com
              mlunn@ycst.com
              amielke@ycst.com
              sborovinskaya@ycst.com

**KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              nicole.greenblatt@kirkland.com
              derek.hunter@kirkland.com

- and -

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email:        mark.mckane@kirkland.com

*Co-Counsel to the Reorganized Debtor*          *Co-Counsel to the Reorganized Debtor*

3