**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FRANCHISE GROUP, INC., [1] | ) | Case No. 24-12480 (LSS) |
|  | ) |  |
| Reorganized Debtor. | ) | **Re: Docket No. 1914** |
|  | ) |  |

**NOTICE OF PARTIAL WITHDRAWAL OF DOCKET NO. 1914**

**PLEASE TAKE NOTICE** that on November 17, 2025, the above captioned reorganized debtor (the "Reorganized Debtor") filed the *Reorganized Debtors' Fourth (4th) Omnibus (Non-Substantive) Objection to Claims* [Docket No. 1914] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that on April 21, 2026, the United States Bankruptcy Court for the District of Delaware held a hearing (the "Hearing") on the Objection solely as it relates to Claim No. 2975 submitted by Munib Malik ("Claim No. 2975").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the record at the Hearing, the Reorganized Debtor hereby withdraws the Objection solely it relates to Claim No. 2975.

[*Signature Page Follows*]

---

[1]    The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876.  The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, Florida 33496.  The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/.  All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

Dated:  April 21, 2026
Wilmington, Delaware

/s/ Allison S. Mielke

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone:    (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile:    (212) 446-4900 |
| Telephone:    (302) 571-6600 | Email:          joshua.sussberg@kirkland.com |
| Facsimile:    (302) 571-1253 |                  nicole.greenblatt@kirkland.com |
| Email:          emorton@ycst.com |                  derek.hunter@kirkland.com |
|                  mlunn@ycst.com | |
|                  amielke@ycst.com | - and - |
|                  sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone:    (415) 439-1400 |
| | Facsimile:    (415) 439-1500 |
| | Email:          mark.mckane@kirkland.com |
| | |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |

2