**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Franchise Group, Inc., | Case No. 24-12480 (LSS) |
| Debtor. | |

**ENTRY OF APPEARANCE AND REQUEST FOR
<u>NOTICES AND SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that David M. Klauder, Esquire hereby enters his appearance

pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law

as counsel to Michelle Johnson and Darren Johnson in the above referenced case; and hereby

request that copies of all notices and pleadings given or filed in this case be given and served

upon the following:

David M. Klauder, Esquire
**BIELLI & KLAUDER, LLC**
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without

limitation, any notice, application, complaint, demand, motion, petition, pleading, or request,

whether formal or informal, written or oral, and whether transmitted or conveyed by mail,

delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-

referenced case and all proceeding therein.

1

Dated: April 23, 2026          **BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

*Counsel to Michelle Johnson and Darren Johnson*