**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC., [1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Morris James LLP hereby withdraws its appearance as counsel for Tride Family Holdings, LLC ("Tride"), in this bankruptcy case, and requests that Morris James LLP be removed from any applicable service lists herein on behalf of Tride including the Court's CM/ECF electronic notification list.

Tride has no controversy currently pending before the Court, and the undersigned certifies that Tride consents to this withdrawal of appearance.

**PLEASE TAKE FURTHER NOTICE** that all future notices, papers and pleadings related to Tride should be forwarded to them directly, as follows:

Tride Family Holdings, LLC
c/o Richard Waserstein
1124 Kane Concourse
Bay Harbor Islands, FL 33154

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, FL 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims, and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24 12480 (LSS).

17889623/1

2

Dated: April 30, 2026

**MORRIS JAMES LLP**

*/s/ Carl N. Kunz, III*
Carl N. Kunz, III (DE Bar No. 3201)
3205 Avenue North Blvd., Suite 100
Wilmington, DE  19803
Telephone: (302) 888-6800
E-mail: ckunz@morrisjames.com

*Counsel to Tride Family Holdings, LLC*

2

17889623/1