**EXHIBIT 2**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC.,[1] | ) | Case No. 24-12480 (LSS) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| | ) | **Re: Docket No. ___** |
| | ) | |

**ORDER SUSTAINING REORGANIZED DEBTOR'S
NINTH (9TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS**

Upon consideration of the *Reorganized Debtor's Ninth (9th) Omnibus (Substantive) Objection to Claims* (the "Objection")[2] for entry of an order (this "Order") disallowing and expunging certain claims, and the Kelsall Declaration; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334, the Amended Standing Order, and Article IX of the Plan; and having determined that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Reorganized Debtors, the Debtors' estates, their creditors, and other parties in interest; and it appearing that notice of the Objection was good and sufficient upon the particular circumstances

---

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, Florida 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1.      The Objection is SUSTAINED, as set forth herein.

2.      The No Liability Claims identified on **Exhibits A-1**, **A-2**, and **A-3** to this Order are hereby disallowed in their entirety.

3.      The Reclassified Claims identified on **Exhibit B** to this Order are hereby modified and reclassified to the amounts and classification statuses set forth in the column titled *Modified Claim Amount and/or Priority* on **Exhibit B** to this Order.

4.      The Reduced Claims identified on **Exhibit C** to this Order are hereby modified to the amounts set forth in the Modified Claim Amount on **Exhibit C** to this Order.

5.      The Reorganized Debtor's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate Order with respect to each Disputed Claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

6.      This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

## EXHIBIT A

### No Liability Claims

**EXHIBIT A-1**

| Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|
| 1 Boyer, Ora<br>Available upon request | 1692 | Franchise Group, Inc. | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant asserts an undetermined amount for employment discrimination, including an undetermined amount owed under section 507(a)(4) of the Bankruptcy Code. Pursuant to the Separation Agreement and General Release executed by claimant on September 8, 2025, claimant agreed that she resigned from her employment with the Debtors effective January 23, 2024. As claimant's agreed termination date is outside of the 180-day priority window and claimant is not entitled to any type of compensation after such period, including severance or other similar payments, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. Moreover, upon review of (i) the documentation provided by claimant, (ii) the Debtors' employment discrimination policies, and (iii) the Debtors' investigation of the claimant's employment discrimination allegation and determination that such allegation was without merit, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim and the claim should, therefore, be disallowed and expunged. To the extent the Court determines that the Debtors are liable for the asserted claim to any extent (which the Reorganized Debtor denies), the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should, therefore, be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 2 | Brown, A'Nyla Zandria<br>Available upon request | 2219 | Pet Supplies "Plus", LLC | 01/24/2025 | Unliquidated (S)<br>Unliquidated (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under section 503(b)(9) of the Bankruptcy Code and unliquidated amounts alleged as secured. This claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. Additionally, the Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC-1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 3 | Brown, Deahjane<br>Available upon request | 2271 | Pet Supplies "Plus", LLC | 01/28/2025 | Unliquidated (S)<br>$0.00 (A)<br>$550.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code and a claim for unliquidated amounts alleged as secured. The Debtors' books and records reflect that this claimant was not employed by the Debtors within the 180 days of the Petition Date. Additionally, the Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC-1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Ninth (9th) Omnibus
(Substantive) Objection to Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 4 | Buchanan, Bianca<br>Available upon request | 2023 | Franchise Group, Inc. | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$13,150.00 (P)<br>$0.00 (U)<br>$13,150.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 5 | Butler, Crystal Domita<br>Available upon request | 2564 | Pet Supplies "Plus", LLC | 02/24/2025 | Unliquidated (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code and a claim for unliquidated amounts alleged as secured. The Debtors' books and records reflect that this claimant was not employed by the Debtors within the 180 days of the Petition Date. Additionally, the Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC-1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 6 | Collins, Danyele Rose<br>Available upon request | 2248 | Pet Supplies "Plus", LLC | 01/27/2025 | $0.00 (S)<br>Unliquidated (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under sections 503(b)(9) and 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within the 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Additionally, this claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 7 | Diguiseppe, Adam<br>Available upon request | 732 | Pet Supplies "Plus", LLC | 01/13/2025 | $0.00 (S)<br>$0.00 (A)<br>$100.00 (P)<br>$0.00 (U)<br>$100.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 8 | Dorsey, Nuymar<br>Available upon request | 2232 | American Freight, LLC | 01/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$10,000.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Ninth (9th) Omnibus
(Substantive) Objection to Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 9 | Evans, Lakeisha<br>Available upon request | 1533 | Pet Supplies "Plus", LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,000.00 (P)<br>$0.00 (U)<br>$2,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 10 | Feliz, Anagy D.<br>Available upon request | 1798 | Vitamin Shoppe Industries LLC | 01/23/2025 | $0.00 (S)<br>Unliquidated (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employe asserting a claim for unliquidated amounts owed under section 503(b)(9) of the Bankruptcy Code.  This claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 11 | Gilmore, Jerome<br>Available upon request | 2396 | Pet Supplies "Plus", LLC | 02/05/2025 | $0.00 (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting an unliquidated claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Ninth (9th) Omnibus
(Substantive) Objection to Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 12 | Gilmore, Zyan S<br>Available upon request | 2416 | Pet Supplies "Plus", LLC | 02/07/2025 | $0.00 (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting an unliquidated claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 13 | Heerd, Dakota Michael<br>Available upon request | 1626 | PSP Stores, LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,240.37 (P)<br>$0.00 (U)<br>$1,240.37 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 14 | Hensley, Jesse Richard<br>Available upon request | 2961 | American Freight, LLC | 06/16/2025 | $0.00 (S)<br>$2,500.00 (A)<br>$2,500.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Claimant is a former employee asserting a claim for amounts under sections 503(b)(9) and 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within the 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Additionally, this claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Ninth (9th) Omnibus
(Substantive) Objection to Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 15 | Jacques, Lasalle<br>Available upon request | 2290 | Pet Supplies "Plus", LLC | 01/28/2025 | $0.00 (S)<br>$0.00 (A)<br>$650.00 (P)<br>$0.00 (U)<br>$650.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 16 | Kelly, James<br>Available upon request | 2284 | Franchise Group, Inc. | 01/28/2025 | $0.00 (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting an unliquidated claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 17 | McCarthy, Sean A<br>Available upon request | 701 | Vitamin Shoppe Industries LLC | 01/11/2025 | $0.00 (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Ninth (9th) Omnibus
(Substantive) Objection to Claims

A-I - No Liability Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 18 | McCoy, Elijah J. Available upon request | 1797 | Franchise Group, Inc. | 01/23/2025 | $0.00 (S) $0.00 (A) $3,800.00 (P) $0.00 (U) $3,800.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 19 | McCoy-Thomas, Elijah J Available upon request | 859 | Franchise Group, Inc. | 01/15/2025 | $0.00 (S) $0.00 (A) $3,800.00 (P) $0.00 (U) $3,800.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 20 | Miller, Kathrine Ann Available upon request | 1193 | Pet Supplies "Plus", LLC | 01/21/2025 | $0.00 (S) $0.00 (A) Unliquidated (P) $0.00 (U) Unliquidated (T) | Claimant is a former employee asserting an unliquidated claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 21 | Monteverde, Giuseppe Martin<br>Available upon request | 1357 | Pet Supplies "Plus", LLC | 01/22/2025 | $0.00 (S)<br>$500.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$500.00 (T) | Claimant is a former employee asserting a claim for amounts owed under section 503(b)(9) of the Bankruptcy Code. This claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 22 | Robinson, Cheree<br>Available upon request | 867 | American Freight Outlet Stores, LLC | 01/15/2025 | $0.00 (S)<br>$7,000.00 (A)<br>$7,000.00 (P)<br>$0.00 (U)<br>$14,000.00 (T) | Claimant is a former employee asserting a claim for amounts under sections 503(b)(9) and 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within the 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Additionally, this claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 23 | Robinson, Cheree Jasmine<br>Available upon request | 1005 | American Freight, LLC | 01/18/2025 | $0.00 (S)<br>$0.00 (A)<br>$13,000.00 (P)<br>$0.00 (U)<br>$13,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Ninth (9th) Omnibus
(Substantive) Objection to Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 24 | Smalls, Shalika L Available upon request | 429 | PSP Distribution, LLC | 12/11/2024 | $2,000.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $2,000.00 (T) | Claimant is a former employee asserting a claim for unliquidated amounts alleged as secured. The Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC-1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 25 | Sturm, Dylan Asher Available upon request | 1641 | Pet Supplies "Plus", LLC | 01/23/2025 | $0.00 (S) $0.00 (A) Unliquidated (P) $0.00 (U) Unliquidated (T) | Claimant is a former employee asserting an unliquidated claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

| **Claims To Be Expunged Totals** | **Count: 25** | | | | **$74,240.37** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

**EXHIBIT A-2**

Reorganized Debtor's Ninth (9th) Omnibus
(Substantive) Objection to Claims

# A-II - No Liability Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | Acosta, Alyssa Hope<br>Available upon request | 2247 | Pet Supplies "Plus", LLC | 01/27/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,384.45 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 2 | Baldwin, Benjamin<br>Available upon request | 2228 | American Freight, LLC | 01/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$12,000.00 (P)<br>$0.00 (U)<br>$12,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 3 | Boyd, Justin<br>Available upon request | 2192 | Buddy's Newco, LLC | 01/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$8,640.00 (P)<br>$0.00 (U)<br>$8,640.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 4 | Brocher, Lee<br>Available upon request | 2282 | Franchise Group, Inc. | 01/28/2025 | Unliquidated (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under section 507(a)(4) of the Bankruptcy Code and a claim for unliquidated amounts alleged as secured.  The Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC 1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 5 | Cammilleri, Linda<br>Available upon request | 2386 | Pet Supplies "Plus", LLC | 02/04/2025 | Unliquidated (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts alleged as secured.  The Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC 1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Ninth (9th) Omnibus
(Substantive) Objection to Claims

A-II - No Liability Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 6 | Cole, Jacarrio<br>Available upon request | 868 | Franchise Group, Inc. | 01/15/2025 | Unliquidated (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under section 507(a)(4) of the Bankruptcy Code and a claim for unliquidated amounts alleged as secured.  The Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC 1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 7 | Doyle, Tamara Alicia<br>Available upon request | 1712 | Franchise Group, Inc. | 01/23/2025 | Unliquidated (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under section 507(a)(4) of the Bankruptcy Code and a claim for unliquidated amounts alleged as secured.  The Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC 1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 8 | Esdras, Burgos Cruz<br>Available upon request | 1381 | American Freight Management Company, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,600.00 (P)<br>$0.00 (U)<br>$1,600.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Ninth (9th) Omnibus
(Substantive) Objection to Claims

A-II - No Liability Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 9 | Hill, Lannis<br>Available upon request | 965 | Franchise Group, Inc. | 01/17/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,500.00 (P)<br>$0.00 (U)<br>$2,500.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 10 | Kimbro, Takeeta<br>Available upon request | 1447 | American Freight Outlet Stores, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,245.59 (P)<br>$0.00 (U)<br>$3,245.59 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 11 | Lexion Jr., Marino<br>Available upon request | 2230 | Franchise Group, Inc. | 01/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 12 | Lofton, Corey<br>Available upon request | 772 | Franchise Group, Inc. | 01/14/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,250.00 (P)<br>$0.00 (U)<br>$1,250.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Ninth (9th) Omnibus
(Substantive) Objection to Claims

A-II - No Liability Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 13 | Martin, Paul J<br>Available upon request | 2298 | Pet Supplies "Plus", LLC | 01/28/2025 | $0.00 (S)<br>$0.00 (A)<br>$750.00 (P)<br>$0.00 (U)<br>$750.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 14 | Mayorga, Maria R<br>Available upon request | 1040 | Vitamin Shoppe Industries LLC | 01/20/2025 | $0.00 (S)<br>$10,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | Claimant is a former employee asserting a claim for amounts owed under section 503(b)(9) of the Bankruptcy Code. This claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 15 | Meredith, Daimon<br>Available upon request | 1243 | American Freight, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$14,000.00 (P)<br>$15,000.00 (U)<br>$29,000.00 (T) | Claimant is a former employee asserting a $14,000 claim entitled to priority under section 507(a)(4) of the Bankruptcy Code and a $15,000 general unsecured claim.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 16 | Minor, Demestra Denise<br>Available upon request | 1037 | American Freight, LLC | 01/20/2025 | $0.00 (S)<br>Unliquidated (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts owed under sections 503(b)(9) and 507(a)(4) of the Bankruptcy Code.  This claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 17 | Mullen, Kelly<br>Available upon request | 2631 | PSP Stores, LLC | 03/12/2025 | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 18 | Norris, Glover<br>Available upon request | 1403 | American Freight Outlet Stores, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,320.00 (P)<br>$0.00 (U)<br>$1,320.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 19 | Powell, Phillip V<br>Available upon request | 1446 | Franchise Group, Inc. | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,000.00 (P)<br>$0.00 (U)<br>$3,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Reorganized Debtor's Ninth (9th) Omnibus
(Substantive) Objection to Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 20 | Savage, Dakota S. Available upon request | 2095 | American Freight, LLC | 01/23/2025 | $0.00 (S) $0.00 (A) Unliquidated (P) $0.00 (U) Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 21 | Shepherd Jr., Brian Quincy Deshawn Available upon request | 2319 | American Freight, LLC | 01/29/2025 | $0.00 (S) $0.00 (A) $2,500.00 (P) $0.00 (U) $2,500.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 22 | Shuler, Derrick Available upon request | 1931 | Pet Supplies "Plus", LLC | 01/23/2025 | $0.00 (S) $0.00 (A) $7,500.00 (P) $0.00 (U) $7,500.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 23 | Summers, Nelson S. Available upon request | 1164 | Pet Supplies "Plus", LLC | 01/21/2025 | $0.00 (S) $0.00 (A) Unliquidated (P) $0.00 (U) Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 24 | Tassinari, Jennifer<br>Available upon request | 1885 | American Freight Outlet Stores, LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$7,500.00 (P)<br>$0.00 (U)<br>$7,500.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| | **Claims To Be Expunged Totals** | **Count: 24** | | | **$120,805.59** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

**EXHIBIT A-3**

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | Department of Treasury - Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | 2587 | PSP Stores, LLC | 02/27/2025 | $0.00 (S) $0.00 (A) $3,862.54 (P) $979.90 (U) $4,842.44 (T) | Claimant asserts excise tax liability against PSP Stores, LLC ("PSP") for the 2018 tax period. PSP was not subject to the payment of excise taxes during the 2018 tax period, has not paid or been subject to the payment of excise taxes to date, and has sought clarification from the Internal Revenue Service as to how this liability was assessed but has not received a response. Moreover, this tax obligation, which predates the Debtors' 2021 acquisition of PSP, to the extent owed, is expressly a seller obligation under the applicable equity purchase agreement and not the Debtors' liability. Accordingly, this claim should be disallowed and expunged. |
| 2 | Department of Treasury - Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | 2589 | PSP Distribution, LLC | 02/27/2025 | $254,455.92 (S) $0.00 (A) $0.00 (P) $0.00 (U) $254,455.92 (T) | Claimant asserts excise tax liability against PSP Distribution, LLC ("PSP") for the 2018 and 2019 tax periods. PSP was not subject to the payment of excise taxes during the 2018 and 2019 tax periods, has not paid or been subject to the payment of excise taxes to date, and has sought clarification from the Internal Revenue Service as to how this liability was assessed but has not received a response. Moreover, this tax obligation, which predates the Debtors' 2021 acquisition of PSP, to the extent owed, is expressly a seller obligation under the applicable equity purchase agreement and not the Debtors' liability. Accordingly, this claim should be disallowed and expunged. |

**Claims To Be Expunged Totals**   **Count: 2**   **$259,298.36**

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

## EXHIBIT B

**Reclassified Claims**

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | Etter, Philip Mark<br>Available upon request | 2857 | American Freight Management Company, LLC | 04/30/2025 | $0.00 (S)<br>$0.00 (A)<br>$150,000.00 (P)<br>$0.00 (U)<br>$150,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$150,000.00 (U)<br>$150,000.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| 2 | Gray, Michael<br>Available upon request | 2868 | American Freight Management Company, LLC | 05/01/2025 | $0.00 (S)<br>$0.00 (A)<br>$400,000.00 (P)<br>$0.00 (U)<br>$400,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400,000.00 (U)<br>$400,000.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| 3 | Jordison, Michael D.<br>Available upon request | 2748 | American Freight Management Company, LLC | 04/02/2025 | $0.00 (S)<br>$0.00 (A)<br>$130,000.00 (P)<br>$0.00 (U)<br>$130,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$130,000.00 (U)<br>$130,000.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 4 | Kim, Daniel<br>Available upon request | 379 | American Freight Management Company, LLC | 12/05/2024 | $0.00 (S)<br>$0.00 (A)<br>$106,600.00 (P)<br>$0.00 (U)<br>$106,600.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$106,600.00 (U)<br>$106,600.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| 5 | Lesso, Michael Wayne<br>Available upon request | 2834 | American Freight Management Company, LLC | 04/28/2025 | $0.00 (S)<br>$0.00 (A)<br>$142,500.00 (P)<br>$0.00 (U)<br>$142,500.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$142,500.00 (U)<br>$142,500.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| 6 | Peters, Kenneth R.<br>Available upon request | 2747 | American Freight Management Company, LLC | 04/02/2025 | $0.00 (S)<br>$0.00 (A)<br>$105,000.00 (P)<br>$0.00 (U)<br>$105,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$105,000.00 (U)<br>$105,000.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 7 | Seghi, Jeff<br>Available upon request | 2863 | American Freight Management Company, LLC | 04/30/2025 | $0.00 (S)<br>$0.00 (A)<br>$340,000.00 (P)<br>$0.00 (U)<br>$340,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$340,000.00 (U)<br>$340,000.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| 8 | Simpkins, Brian M<br>Available upon request | 2942 | American Freight, LLC | 05/29/2025 | $0.00 (S)<br>$0.00 (A)<br>$15,150.00 (P)<br>$102,350.00 (U)<br>$117,500.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$117,500.00 (U)<br>$117,500.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| 9 | Turjeman, Lauri Joffe<br>Available upon request | 820 | American Freight Management Company, LLC | 01/15/2025 | $0.00 (S)<br>$0.00 (A)<br>$15,150.00 (P)<br>$0.00 (U)<br>$15,150.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,150.00 (U)<br>$15,150.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 10 | Waters, Jonathan<br>Available upon request | 2852 | American Freight Management Company, LLC | 04/29/2025 | $0.00 (S)<br>$0.00 (A)<br>$112,500.00 (P)<br>$0.00 (U)<br>$112,500.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$112,500.00 (U)<br>$112,500.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| | **Claims to be modified totals** | **Count: 10** | | | **$1,619,250.00** | **$1,619,250.00** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

**EXHIBIT C**

**Reduced Claims**

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reduction |
|---|---|---|---|---|---|---|---|
| 1 | Duckworth, Drexster<br>Available upon request | 2097 | American Freight Management Company, LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$7,250.00 (P)<br>$0.00 (U)<br>$7,250.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$1,250.00 (P)<br>$0.00 (U)<br>$1,250.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that claimant is entitled to $1,250 on account of a liquidation bonus. The remaining $6,000 asserted for an alleged inventory bonus is not supported by the Debtors' books and records. Specifically, the American Freight Debtors did not pay inventory bonuses, and claimant has provided no evidence demonstrating that claimant is entitled to a $6,000 inventory bonus. Therefore, this claim should be reduced to $1,250 and the balance disallowed and expunged. |
| 2 | Hernandez, Julie D.<br>Available upon request | 2162 | American Freight, LLC | 01/23/2025 | $0.00 (S)<br>$2,657.60 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | $0.00 (S)<br>$0.00 (A)<br>$597.98 (P)<br>$0.00 (U)<br>$597.98 (T) | Claimant is a former employee asserting a claim for amounts owed under section 503(b)(9) of the Bankruptcy Code and unliquidated amounts owed under section 507(a)(4) of the Bankruptcy Code. This claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. The Debtors' books and records reflect that claimant is entitled to $597.98 on account of accrued but unpaid paid time off, which may give rise to a claim under section 507(a)(4), and that all other amounts owed to claimant have been satisfied. Therefore, this claim should be reduced to $597.98 and the balance disallowed and expunged. |
| | **Claims to be modified totals** | **Count: 2** | | | **$7,250.00** | **$1,847.98** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total