**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | **Re: Docket Nos. 2036 & 2039** |

**CERTIFICATION OF COUNSEL REGARDING**
**REVISED PROPOSED ORDER SUSTAINING REORGANIZED**
**DEBTOR'S NINTH (9TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS**

On May 15, 2026, the above-captioned reorganized debtor (the "Reorganized Debtor") filed the *Reorganized Debtor's Ninth (9th) Omnibus (Substantive) Objection to Claims* [Docket No. 2036] (the "Objection")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). A proposed form of order sustaining the Objection was attached thereto as Exhibit 2 (the "Proposed Order"). Responses to the Objection, if any, were required to be filed and served no later than 4:00 p.m. (ET) on June 5, 2026 (the "Objection Deadline").

Prior to the Objection Deadline, the Reorganized Debtor received a formal response (the "Response") from the Internal Revenue Service (the "IRS") [Docket No. 2039].[3] No other formal or informal responses or objections to the Objection or Proposed Order were received.

---

[1]   The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, FL 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

[3]   The Reorganized Debtor also received two informal responses to the Objection, which were resolved informally.

To afford the Reorganized Debtor and the IRS additional time to resolve the Response, to the extent possible, the Reorganized Debtor and the IRS agreed to adjourn the Objection to a date and time to be determined, solely with respect to the IRS's claims.  Therefore, the Reorganized Debtor has revised the Proposed Order (the "Revised Proposed Order"), a copy of which is attached hereto as **Exhibit 1**, to remove Exhibit A-3.  For the convenience of the Court and other interested parties, a redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit 2**.

WHEREFORE, the Reorganized Debtor respectfully requests that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

2

Dated: June 9, 2026
Wilmington, Delaware

*/s/ Shella Borovinskaya*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone:    (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile:    (212) 446-4900 |
| Telephone:    (302) 571-6600 | Email:    joshua.sussberg@kirkland.com |
| Facsimile:    (302) 571-1253 |         nicole.greenblatt@kirkland.com |
| Email:    emorton@ycst.com |         derek.hunter@kirkland.com |
|         mlunn@ycst.com | |
|         amielke@ycst.com | - and - |
|         sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone:    (415) 439-1400 |
| | Facsimile:    (415) 439-1500 |
| | Email:    mark.mckane@kirkland.com |
| | |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |