**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | **Re: D.I. 1596** |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION**
**GRANTING DAVID STUMPF LIMITED RELIEF FROM THE PLAN INJUNCTION**

The undersigned hereby certifies as follows:

1.      On July 1, 2025, the Court entered an order confirming the *Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and its Debtor Affiliate*s [D.I. 1596-1] (the "Plan").

2.      The Litigation Trustee and David Stumpf, a plaintiff in a prepetition personal injury lawsuit pending against certain of the Reorganized Debtors, have since agreed to limited relief with respect to certain applicable Plan provisions, all as set forth in that certain *Stipulation Granting David Stumpf Limited Relief from the Plan Injunction* (the "Stipulation"), which is attached as Exhibit 1 to the proposed form of order attached hereto as Exhibit A (the "Proposed Order").  The Stipulation, by its terms, is effective only upon entry of the Proposed Order.

3.      Counsel for the Reorganized Debtor, and counsel for the insurer identified in the Stipulation, have reviewed and have consented to, or have no objection to, the Stipulation and Proposed Order.

---

[1]    The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876.  The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456.  The terms "Reorganized Debtors" or "Debtors" (as defined below), as applicable, also include certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/.  All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

WHEREFORE, as the Litigation Trustee respectfully requests entry of the Proposed Order at the Court's earliest convenience without further notice or a hearing.

Dated: June 9, 2026
      Wilmington, Delaware

**RAINES FELDMAN LITTRELL LLP**

*/s/ Mark W. Eckard*
Thomas J. Francella, Jr. (No. 3835)
Mark W. Eckard (No. 4542)
824 North King Street, Suite 805
Wilmington, DE 19801
(302) 772-5803
tfrancella@raineslaw.com
meckard@raineslaw.com

- and -

Hamid R. Rafatjoo (*pro hac vice*)
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Email: hrafatjoo@raineslaw.com

- and -

David S. Forsh (*pro hac vice*)
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Telephone: (917) 790-7100
Email: dforsh@raineslaw.com

*Counsel to the Litigation Trustee*

2

10825016.1