**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC. | ) | |
| | ) | Case No**.** 24-12480 (LSS) |
| Debtor(s). | ) | |
| ———————————————— | ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE** enter the appearance of H. Justin Park, Assistant United States Attorney for the District of Delaware, as lead counsel for the United States in the above-captioned case and remove Dylan J. Steinberg, Assistant United States Attorney for the District of Delaware.

Respectfully submitted,

Benjamin L. Wallace
United States Attorney

BY:    */s/ Justin Park*
H. JUSTIN PARK
Assistant United States Attorney
1313 N. Market Street
P.O. Box 2046
Wilmington, Delaware 19899-2046
Telephone 302-573-6287
Facsimile 302-573-6220
justin.park@usdoj.gov

Dated: 6/10/26

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC. | ) | |
| | ) | Case No. 24-12480 (LSS) |
| Debtor(s). | ) | |
| ————————————— | ) | |

## CERTIFICATE OF SERVICE

I, Montasha K. Saunders, an employee with the United States Attorney's

Office, hereby certify that on June 10, 2026, I caused to be electronically filed:

**Substitution of Counsel**

with the Clerk of the Court using CM/ECF.   Said document is available for viewing

and downloading from CM/ECF.

*/s/Montasha Saunders*
Montasha Saunders, Legal Admin. Spec.