**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FRANCHISE GROUP, INC.,[1] | ) | Case No. 24-12480 (LSS) |
|  | ) |  |
| Reorganized Debtor. | ) |  |
|  | ) |  |

**NOTICE OF AGENDA FOR
HEARING OF MATTERS SCHEDULED FOR
JUNE 16, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

> **All hearings before Judge Silverstein are in person.**
>
> **Parties may observe the hearing remotely by registering with the Zoom link below no later than 4:00 p.m. (ET) the business day before the scheduled hearing.**
>
> **To attend this hearing remotely, please register using the eCourtAppearances tool (available here or on the Court's website https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl).  After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**ADJOURNED MATTER**

1.     Motion of Michelle Johnson and Darren Johnson for Relief from the Automatic Stay and/or Discharge Order [D.I. 2017, 4/14/26]

       Objection Deadline:   May 5, 2026, at 4:00 p.m. (prevailing Eastern Time)

---

[1]     The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876.  The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, FL 33496.  The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims, and noticing agent, at https://cases.ra.kroll.com/FRG/.  All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24 12480 (LSS).

Related Documents:

    A. Notice of Hearing [D.I. 2019, 4/15/26]

Responses Received:

    B. Informal Response of the Litigation Trustee

Status:        The parties are negotiating a consensual resolution which contemplates the filing of an agreed proposed form of order.  By agreement of the parties, this matter has been adjourned to a date and time to be determined.

**MATTERS UNDER CERTIFICATION OF COUNSEL AND CERTIFICATION OF NO OBJECTION**

2.     Reorganized Debtor's Ninth (9th) Omnibus (Substantive) Objection to Claims [D.I. 2036, 5/15/26]

Objection Deadline:   June 5, 2026, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

    A. Certification of Counsel Regarding Revised Proposed Order Sustaining Reorganized Debtor's Ninth (9th) Omnibus (Substantive) Objection to Claims [D.I. 2040, 6/9/26]

Responses Received:

    B. Informal Response of Benjamin M. Baldwin, Sr.

    C. Informal Response of Cheree Robinson

    D. Department of Treasury – Internal Revenue Service's Response to Debtors' Objection to Claim Nos. 2587 and 2589 [D.I. 2039, 6/5/26]

Status:        Items B and C were informally resolved without changes to the proposed order filed with the objection or the exhibits thereto.  By agreement of the parties, the objection has been adjourned solely with respect to Item D to a date and time to be determined.  A revised proposed form of order has been filed under certification of counsel.  A hearing is not required unless the Court has questions or concerns.

3.     Joint Motion of the Litigation Trustee and Reorganized Debtor to Further Extend the Claims Objection Deadline [D.I. 2038, 5/28/26]

Objection Deadline:   June 9, 2026, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

    A.  Certification of No Objection Regarding Joint Motion of the Litigation Trustee and Reorganized Debtor to Further Extend the Claims Objection Deadline [D.I. 2043, 6/12/26]

Responses Received:  None.

Status:      A certificate of no objection has been filed.  A hearing is not required unless the Court has questions or concerns.

Dated:  June 12, 2026
Wilmington, Delaware

*/s/ Shella Borovinskaya*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone:  (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile:  (212) 446-4900 |
| Telephone:  (302) 571-6600 | Email:  joshua.sussberg@kirkland.com |
| Facsimile:  (302) 571-1253 | nicole.greenblatt@kirkland.com |
| Email:  emorton@ycst.com | derek.hunter@kirkland.com |
| mlunn@ycst.com | |
| amielke@ycst.com | - and - |
| sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone:  (415) 439-1400 |
| | Facsimile:  (415) 439-1500 |
| | Email:  mark.mckane@kirkland.com |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |