## EXHIBIT A

**No Liability Claims**

## EXHIBIT A-1

| Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|
| Boyer, Ora<br>Available upon request | 1692 | Franchise Group, Inc. | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant asserts an undetermined amount for employment discrimination, including an undetermined amount owed under section 507(a)(4) of the Bankruptcy Code. Pursuant to the Separation Agreement and General Release executed by claimant on September 8, 2025, claimant agreed that she resigned from her employment with the Debtors effective January 23, 2024. As claimant's agreed termination date is outside of the 180-day priority window and claimant is not entitled to any type of compensation after such period, including severance or other similar payments, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code. Moreover, upon review of (i) the documentation provided by claimant, (ii) the Debtors' employment discrimination policies, and (iii) the Debtors' investigation of the claimant's employment discrimination allegation and determination that such allegation was without merit, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim and the claim should, therefore, be disallowed and expunged. To the extent the Court determines that the Debtors are liable for the asserted claim to any extent (which the Reorganized Debtor denies), the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should, therefore, be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 2 | Brown, A'Nyla Zandria<br>Available upon request | 2219 | Pet Supplies "Plus", LLC | 01/24/2025 | Unliquidated (S)<br>Unliquidated (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under section 503(b)(9) of the Bankruptcy Code and unliquidated amounts alleged as secured. This claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. Additionally, the Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC-1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 3 | Brown, Deahjane<br>Available upon request | 2271 | Pet Supplies "Plus", LLC | 01/28/2025 | Unliquidated (S)<br>$0.00 (A)<br>$550.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code and a claim for unliquidated amounts alleged as secured. The Debtors' books and records reflect that this claimant was not employed by the Debtors within the 180 days of the Petition Date. Additionally, the Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC-1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 4 | Buchanan, Bianca<br>Available upon request | 2023 | Franchise Group, Inc. | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$13,150.00 (P)<br>$0.00 (U)<br>$13,150.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 5 | Butler, Crystal Domita<br>Available upon request | 2564 | Pet Supplies "Plus", LLC | 02/24/2025 | Unliquidated (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code and a claim for unliquidated amounts alleged as secured. The Debtors' books and records reflect that this claimant was not employed by the Debtors within the 180 days of the Petition Date. Additionally, the Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC-1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Page 3

| Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|
| 6 | Collins, Danyele Rose<br>Available upon request | 2248 | Pet Supplies "Plus", LLC | 01/27/2025 | $0.00 (S)<br>Unliquidated (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under sections 503(b)(9) and 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within the 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Additionally, this claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 7 | Diguiseppe, Adam<br>Available upon request | 732 | Pet Supplies "Plus", LLC | 01/13/2025 | $0.00 (S)<br>$0.00 (A)<br>$100.00 (P)<br>$0.00 (U)<br>$100.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 8 | Dorsey, Nuymar<br>Available upon request | 2232 | American Freight, LLC | 01/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$10,000.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

Case 24-12480-LSS    Doc 2046-1    Filed 06/12/26    Page 6 of 28

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 9 | Evans, Lakeisha<br>Available upon request | 1533 | Pet Supplies "Plus", LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,000.00 (P)<br>$0.00 (U)<br>$2,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 10 | Feliz, Anagy D.<br>Available upon request | 1798 | Vitamin Shoppe Industries LLC | 01/23/2025 | $0.00 (S)<br>Unliquidated (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employe asserting a claim for unliquidated amounts owed under section 503(b)(9) of the Bankruptcy Code. This claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 11 | Gilmore, Jerome<br>Available upon request | 2396 | Pet Supplies "Plus", LLC | 02/05/2025 | $0.00 (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting an unliquidated claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|
| 12 Gilmore, Zyan S Available upon request | 2416 | Pet Supplies "Plus", LLC | 02/07/2025 | $0.00 (S) $0.00 (A) Unliquidated (P) $0.00 (U) Unliquidated (T) | Claimant is a former employee asserting an unliquidated claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 13 Heerd, Dakota Michael Available upon request | 1626 | PSP Stores, LLC | 01/23/2025 | $0.00 (S) $0.00 (A) $1,240.37 (P) $0.00 (U) $1,240.37 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 14 Hensley, Jesse Richard Available upon request | 2961 | American Freight, LLC | 06/16/2025 | $0.00 (S) $2,500.00 (A) $2,500.00 (P) $0.00 (U) $5,000.00 (T) | Claimant is a former employee asserting a claim for amounts under sections 503(b)(9) and 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within the 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Additionally, this claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 15 | Jacques, Lasalle<br>Available upon request | 2290 | Pet Supplies "Plus", LLC | 01/28/2025 | $0.00 (S)<br>$0.00 (A)<br>$650.00 (P)<br>$0.00 (U)<br>$650.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 16 | Kelly, James<br>Available upon request | 2284 | Franchise Group, Inc. | 01/28/2025 | $0.00 (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting an unliquidated claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 17 | McCarthy, Sean A<br>Available upon request | 701 | Vitamin Shoppe Industries LLC | 01/11/2025 | $0.00 (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 18 | McCoy, Elijah J. Available upon request | 1797 | Franchise Group, Inc. | 01/23/2025 | $0.00 (S) $0.00 (A) $3,800.00 (P) $0.00 (U) $3,800.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 19 | McCoy-Thomas, Elijah J Available upon request | 859 | Franchise Group, Inc. | 01/15/2025 | $0.00 (S) $0.00 (A) $3,800.00 (P) $0.00 (U) $3,800.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 20 | Miller, Kathrine Ann Available upon request | 1193 | Pet Supplies "Plus", LLC | 01/21/2025 | $0.00 (S) $0.00 (A) Unliquidated (P) $0.00 (U) Unliquidated (T) | Claimant is a former employee asserting an unliquidated claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 21 | Monteverde, Giuseppe Martin<br>Available upon request | 1357 | Pet Supplies "Plus", LLC | 01/22/2025 | $0.00 (S)<br>$500.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$500.00 (T) | Claimant is a former employee asserting a claim for amounts owed under section 503(b)(9) of the Bankruptcy Code. This claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 22 | Robinson, Cheree<br>Available upon request | 867 | American Freight Outlet Stores, LLC | 01/15/2025 | $0.00 (S)<br>$7,000.00 (A)<br>$7,000.00 (P)<br>$0.00 (U)<br>$14,000.00 (T) | Claimant is a former employee asserting a claim for amounts under sections 503(b)(9) and 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within the 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Additionally, this claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 23 | Robinson, Cheree Jasmine<br>Available upon request | 1005 | American Freight, LLC | 01/18/2025 | $0.00 (S)<br>$0.00 (A)<br>$13,000.00 (P)<br>$0.00 (U)<br>$13,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

Case 24-12480-LSS    Doc 2046-1    Filed 06/12/26    Page 11 of 28

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 24 | Smalls, Shalika L<br>Available upon request | 429 | PSP Distribution, LLC | 12/11/2024 | $2,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,000.00 (T) | Claimant is a former employee asserting a claim for unliquidated amounts alleged as secured. The Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC-1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 25 | Sturm, Dylan Asher<br>Available upon request | 1641 | Pet Supplies "Plus", LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting an unliquidated claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that this claimant was not employed by the Debtors within 180 days of the Petition Date and that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| | **Claims To Be Expunged Totals** | | **Count: 25** | | **$74,240.37** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

# EXHIBIT A-2

Case 24-12480-LSS    Doc 2046-1    Filed 06/12/26    Page 14 of 28

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | Acosta, Alyssa Hope<br>Available upon request | 2247 | Pet Supplies "Plus", LLC | 01/27/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,384.45 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 2 | Baldwin, Benjamin<br>Available upon request | 2228 | American Freight, LLC | 01/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$12,000.00 (P)<br>$0.00 (U)<br>$12,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 3 | Boyd, Justin<br>Available upon request | 2192 | Buddy's Newco, LLC | 01/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$8,640.00 (P)<br>$0.00 (U)<br>$8,640.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| # | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 4 | Brocher, Lee<br>Available upon request | 2282 | Franchise Group, Inc. | 01/28/2025 | Unliquidated (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under section 507(a)(4) of the Bankruptcy Code and a claim for unliquidated amounts alleged as secured.  The Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC 1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 5 | Cammilleri, Linda<br>Available upon request | 2386 | Pet Supplies "Plus", LLC | 02/04/2025 | Unliquidated (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts alleged as secured.  The Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC 1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 6 | Cole, Jacarrio<br>Available upon request | 868 | Franchise Group, Inc. | 01/15/2025 | Unliquidated (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under section 507(a)(4) of the Bankruptcy Code and a claim for unliquidated amounts alleged as secured. The Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC 1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 7 | Doyle, Tamara Alicia<br>Available upon request | 1712 | Franchise Group, Inc. | 01/23/2025 | Unliquidated (S)<br>$0.00 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under section 507(a)(4) of the Bankruptcy Code and a claim for unliquidated amounts alleged as secured. The Reorganized Debtor has not identified any record of a lien or security interest in the Debtors' property in favor of this claimant, including in any UCC 1 financing statement, and the claimant has not alleged what property or other collateral secures the claim or identified the alleged security interest. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 8 | Esdras, Burgos Cruz<br>Available upon request | 1381 | American Freight Management Company, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,600.00 (P)<br>$0.00 (U)<br>$1,600.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Case 24-12480-LSS   Doc 2046-1   Filed 06/12/26   Page 16 of 28

| Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|
| 9 Hill, Lannis<br>Available upon request | 965 | Franchise Group, Inc. | 01/17/2025 | $0.00 (S)<br>$0.00 (A)<br>$2,500.00 (P)<br>$0.00 (U)<br>$2,500.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 10 Kimbro, Takeeta<br>Available upon request | 1447 | American Freight Outlet Stores, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,245.59 (P)<br>$0.00 (U)<br>$3,245.59 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 11 Lexion Jr., Marino<br>Available upon request | 2230 | Franchise Group, Inc. | 01/24/2025 | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 12 Lofton, Corey<br>Available upon request | 772 | Franchise Group, Inc. | 01/14/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,250.00 (P)<br>$0.00 (U)<br>$1,250.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 13 | Martin, Paul J<br>Available upon request | 2298 | Pet Supplies "Plus", LLC | 01/28/2025 | $0.00 (S)<br>$0.00 (A)<br>$750.00 (P)<br>$0.00 (U)<br>$750.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 14 | Mayorga, Maria R<br>Available upon request | 1040 | Vitamin Shoppe Industries LLC | 01/20/2025 | $0.00 (S)<br>$10,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | Claimant is a former employee asserting a claim for amounts owed under section 503(b)(9) of the Bankruptcy Code. This claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 15 | Meredith, Daimon<br>Available upon request | 1243 | American Freight, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$14,000.00 (P)<br>$15,000.00 (U)<br>$29,000.00 (T) | Claimant is a former employee asserting a $14,000 claim entitled to priority under section 507(a)(4) of the Bankruptcy Code and a $15,000 general unsecured claim. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

Case 24-12480-LSS  Doc 2046-1  Filed 06/12/26  Page 18 of 28

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 16 | Minor, Demestra Denise<br>Available upon request | 1037 | American Freight, LLC | 01/20/2025 | $0.00 (S)<br>Unliquidated (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts owed under sections 503(b)(9) and 507(a)(4) of the Bankruptcy Code. This claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 17 | Mullen, Kelly<br>Available upon request | 2631 | PSP Stores, LLC | 03/12/2025 | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 18 | Norris, Glover<br>Available upon request | 1403 | American Freight Outlet Stores, LLC | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$1,320.00 (P)<br>$0.00 (U)<br>$1,320.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 19 | Powell, Phillip V<br>Available upon request | 1446 | Franchise Group, Inc. | 01/22/2025 | $0.00 (S)<br>$0.00 (A)<br>$3,000.00 (P)<br>$0.00 (U)<br>$3,000.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

Case 24-12480-LSS    Doc 2046-1    Filed 06/12/26    Page 19 of 28

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 20 | Savage, Dakota S. Available upon request | 2095 | American Freight, LLC | 01/23/2025 | $0.00 (S) $0.00 (A) Unliquidated (P) $0.00 (U) Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 21 | Shepherd Jr., Brian Quincy Deshawn Available upon request | 2319 | American Freight, LLC | 01/29/2025 | $0.00 (S) $0.00 (A) $2,500.00 (P) $0.00 (U) $2,500.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 22 | Shuler, Derrick Available upon request | 1931 | Pet Supplies "Plus", LLC | 01/23/2025 | $0.00 (S) $0.00 (A) $7,500.00 (P) $0.00 (U) $7,500.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| 23 | Summers, Nelson S. Available upon request | 1164 | Pet Supplies "Plus", LLC | 01/21/2025 | $0.00 (S) $0.00 (A) Unliquidated (P) $0.00 (U) Unliquidated (T) | Claimant is a former employee asserting a claim for unliquidated amounts under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied. Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |

Case 24-12480-LSS   Doc 2046-1   Filed 06/12/26   Page 20 of 28

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim amount and priority (1) | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 24 | Tassinari, Jennifer<br>Available upon request | 1885 | American Freight Outlet Stores, LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$7,500.00 (P)<br>$0.00 (U)<br>$7,500.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code.  The Debtors' books and records reflect that all obligations owed to this claimant, including, without limitation, any compensation or related obligations, were satisfied.  Accordingly, the Reorganized Debtor has determined that the Debtors have no liability for the asserted claim, and the claim should, therefore, be disallowed and expunged. |
| | **Claims To Be Expunged Totals** | **Count: 24** | | | **$120,805.59** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

Case 24-12480-LSS    Doc 2046-1    Filed 06/12/26    Page 21 of 28

## EXHIBIT B

**Reclassified Claims**

# B - Reclassified Claims

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | Etter, Philip Mark<br>Available upon request | 2857 | American Freight Management Company, LLC | 04/30/2025 | $0.00 (S)<br>$0.00 (A)<br>$150,000.00 (P)<br>$0.00 (U)<br>$150,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$150,000.00 (U)<br>$150,000.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| 2 | Gray, Michael<br>Available upon request | 2868 | American Freight Management Company, LLC | 05/01/2025 | $0.00 (S)<br>$0.00 (A)<br>$400,000.00 (P)<br>$0.00 (U)<br>$400,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400,000.00 (U)<br>$400,000.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| 3 | Jordison, Michael D.<br>Available upon request | 2748 | American Freight Management Company, LLC | 04/02/2025 | $0.00 (S)<br>$0.00 (A)<br>$130,000.00 (P)<br>$0.00 (U)<br>$130,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$130,000.00 (U)<br>$130,000.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 4 | Kim, Daniel<br>Available upon request | 379 | American Freight Management Company, LLC | 12/05/2024 | $0.00 (S)<br>$0.00 (A)<br>$106,600.00 (P)<br>$0.00 (U)<br>$106,600.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$106,600.00 (U)<br>$106,600.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| 5 | Lesso, Michael Wayne<br>Available upon request | 2834 | American Freight Management Company, LLC | 04/28/2025 | $0.00 (S)<br>$0.00 (A)<br>$142,500.00 (P)<br>$0.00 (U)<br>$142,500.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$142,500.00 (U)<br>$142,500.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| 6 | Peters, Kenneth R.<br>Available upon request | 2747 | American Freight Management Company, LLC | 04/02/2025 | $0.00 (S)<br>$0.00 (A)<br>$105,000.00 (P)<br>$0.00 (U)<br>$105,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$105,000.00 (U)<br>$105,000.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 7 | Seghi, Jeff<br>Available upon request | 2863 | American Freight Management Company, LLC | 04/30/2025 | $0.00 (S)<br>$0.00 (A)<br>$340,000.00 (P)<br>$0.00 (U)<br>$340,000.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$340,000.00 (U)<br>$340,000.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| 8 | Simpkins, Brian M<br>Available upon request | 2942 | American Freight, LLC | 05/29/2025 | $0.00 (S)<br>$0.00 (A)<br>$15,150.00 (P)<br>$102,350.00 (U)<br>$117,500.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$117,500.00 (U)<br>$117,500.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| 9 | Turjeman, Lauri Joffe<br>Available upon request | 820 | American Freight Management Company, LLC | 01/15/2025 | $0.00 (S)<br>$0.00 (A)<br>$15,150.00 (P)<br>$0.00 (U)<br>$15,150.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,150.00 (U)<br>$15,150.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

| Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Waters, Jonathan<br>Available upon request | 2852 | American Freight Management Company, LLC | 04/29/2025 | $0.00 (S)<br>$0.00 (A)<br>$112,500.00 (P)<br>$0.00 (U)<br>$112,500.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$112,500.00 (U)<br>$112,500.00 (T) | Claimant asserts amounts owed under section 507(a)(4) of the Bankruptcy Code for severance under an executive severance agreement (the "ESA"). The Debtors and the claimant entered into the ESA prior to the 180-day priority window and the claimant was terminated postpetition. Therefore, the claim does not qualify for priority status under section 507(a)(4) of the Bankruptcy Code and should be reclassified to a general unsecured claim. |
| **Claims to be modified totals** | **Count: 10** | | | **$1,619,250.00** | **$1,619,250.00** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total

## EXHIBIT C

**Reduced Claims**

| | Name and Address of Claimant | Claim # | Debtor | Date Filed | Claim Amount and Priority (1) | Modified Claim Amount and/or Priority (1) | Reason for Reduction |
|---|---|---|---|---|---|---|---|
| 1 | Duckworth, Drexster<br>Available upon request | 2097 | American Freight Management Company, LLC | 01/23/2025 | $0.00 (S)<br>$0.00 (A)<br>$7,250.00 (P)<br>$0.00 (U)<br>$7,250.00 (T) | $0.00 (S)<br>$0.00 (A)<br>$1,250.00 (P)<br>$0.00 (U)<br>$1,250.00 (T) | Claimant is a former employee asserting a claim under section 507(a)(4) of the Bankruptcy Code. The Debtors' books and records reflect that claimant is entitled to $1,250 on account of a liquidation bonus. The remaining $6,000 asserted for an alleged inventory bonus is not supported by the Debtors' books and records. Specifically, the American Freight Debtors did not pay inventory bonuses, and claimant has provided no evidence demonstrating that claimant is entitled to a $6,000 inventory bonus. Therefore, this claim should be reduced to $1,250 and the balance disallowed and expunged. |
| 2 | Hernandez, Julie D.<br>Available upon request | 2162 | American Freight, LLC | 01/23/2025 | $0.00 (S)<br>$2,657.60 (A)<br>Unliquidated (P)<br>$0.00 (U)<br>Unliquidated (T) | $0.00 (S)<br>$0.00 (A)<br>$597.98 (P)<br>$0.00 (U)<br>$597.98 (T) | Claimant is a former employee asserting a claim for amounts owed under section 503(b)(9) of the Bankruptcy Code and unliquidated amounts owed under section 507(a)(4) of the Bankruptcy Code. This claimant is not a provider of goods, has never supplied the Debtors with goods, and the Debtors did not receive goods from this claimant within twenty days of the Petition Date. The Debtors' books and records reflect that claimant is entitled to $597.98 on account of accrued but unpaid paid time off, which may give rise to a claim under section 507(a)(4), and that all other amounts owed to claimant have been satisfied. Therefore, this claim should be reduced to $597.98 and the balance disallowed and expunged. |
| **Claims to be modified totals** | | **Count: 2** | | | **$7,250.00** | **$1,847.98** | |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total