**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC.,[1] | ) | Case No. 24-12480 (LSS) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

**NOTICE OF AMENDED[2] AGENDA FOR
HEARING OF MATTERS SCHEDULED FOR
JUNE 16, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

---

**WITH PERMISSION FROM THE COURT, THIS HEARING HAS BEEN
CANCELLED AS NO MATTERS ARE GOING FORWARD.**

---

**ADJOURNED MATTER**

1.    Motion of Michelle Johnson and Darren Johnson for Relief from the Automatic Stay and/or Discharge Order [D.I. 2017, 4/14/26]

Objection Deadline:    May 5, 2026, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

   A.  Notice of Hearing [D.I. 2019, 4/15/26]

Responses Received:

   B.  Informal Response of the Litigation Trustee

---

[1]    The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876.  The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, FL 33496.  The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims, and noticing agent, at https://cases.ra.kroll.com/FRG/.  All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24 12480 (LSS).

**2**    **Amended items appear in bold.**

Status:         The parties are negotiating a consensual resolution which contemplates the filing of an agreed proposed form of order.  By agreement of the parties, this matter has been adjourned to a date and time to be determined.

## MATTERS UNDER CERTIFICATION OF COUNSEL AND CERTIFICATION OF NO OBJECTION

2.      Reorganized Debtor's Ninth (9th) Omnibus (Substantive) Objection to Claims [D.I. 2036, 5/15/26]

Objection Deadline:   June 5, 2026, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

A. Certification of Counsel Regarding Revised Proposed Order Sustaining Reorganized Debtor's Ninth (9th) Omnibus (Substantive) Objection to Claims [D.I. 2040, 6/9/26]

Responses Received:

B. Informal Response of Benjamin M. Baldwin, Sr.

C. Informal Response of Cheree Robinson

D. Department of Treasury – Internal Revenue Service's Response to Debtors' Objection to Claim Nos. 2587 and 2589 [D.I. 2039, 6/5/26]

**Additional Related Documents:**

E. **Order Sustaining Reorganized Debtor's Ninth (9th) Omnibus (Substantive) Objection to Claims [D.I. 2046, 6/12/26]**

**Status:**         **An order has been entered.  A hearing is not required.**

3.      Joint Motion of the Litigation Trustee and Reorganized Debtor to Further Extend the Claims Objection Deadline [D.I. 2038, 5/28/26]

Objection Deadline:   June 9, 2026, at 4:00 p.m. (prevailing Eastern Time)

Related Documents:

A. Certification of No Objection Regarding Joint Motion of the Litigation Trustee and Reorganized Debtor to Further Extend the Claims Objection Deadline [D.I. 2043, 6/12/26]

B. **Order Granting Litigation Trustee's and Reorganized Debtor's Joint Motion to Further Extend Claims Objection Deadline [D.I. 2047, 6/12/26]**

     <u>Responses Received</u>:  None.

     **<u>Status</u>:**          **An order has been entered.  A hearing is not required.**


Dated:  June 12, 2026
Wilmington, Delaware

/s/ Shella Borovinskaya

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edmon L. Morton (Del. No. 3856) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Matthew B. Lunn (Del. No. 4119) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Allison S. Mielke (Del. No. 5934) | Derek I. Hunter (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. No. 6758) | 601 Lexington Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Telephone:   (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile:   (212) 446-4900 |
| Telephone:   (302) 571-6600 | Email:       joshua.sussberg@kirkland.com |
| Facsimile:   (302) 571-1253 |            nicole.greenblatt@kirkland.com |
| Email:       emorton@ycst.com |            derek.hunter@kirkland.com |
|            mlunn@ycst.com | |
|            amielke@ycst.com | - and - |
|            sborovinskaya@ycst.com | |
| | Mark McKane, P.C. (admitted *pro hac vice*) |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone:   (415) 439-1400 |
| | Facsimile:   (415) 439-1500 |
| | Email:       mark.mckane@kirkland.com |
| *Co-Counsel to the Reorganized Debtor* | *Co-Counsel to the Reorganized Debtor* |