# EXHIBIT A[1]

## Fully Satisfied Filed Claims

[1] Capitalized terms used but not otherwise defined on **Exhibit A** shall have the meanings ascribed to such terms in the Notice.

# Fully Satisfied Filed Claims

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 1 | 175 Memorial Avenue, LLC<br>181 Park Ave.<br>Suite 1<br>West Springfield, MA 01089 | 1313 | PSP Stores, LLC | 01/22/2025 | $0.00 | $0.00 | $13,281.92 | $0.00 | $13,281.92 | Claim satisfied on 2/18/2025 in amount of $13,281.92 (check# 197012). |
| 2 | Ambrosia Collective<br>2570 W 600 N<br>4th Floor<br>Lindon, UT 84042 | 430 | Franchise Group, Inc. | 12/11/2024 | Unliquidated | $110,389.68 | $0.00 | $0.00 | Unliquidated | Claim satisfied on 1/9/2025 in amount of $110,389.68 (check# 340861). |
| 3 | Brock, Alexis<br>Available upon request | 2370 | Franchise Group, Inc. | 02/03/2025 | $0.00 | $865.73 | $0.00 | $0.00 | $865.73 | Claim satisfied on 5/19/2026 in amount of $865.73 (check# 488825). |
| 4 | Brydson, Briana<br>Available upon request | 1926 | American Freight, LLC | 01/23/2025 | $0.00 | $0.00 | $370.88 | $0.00 | $370.88 | Claim satisfied on 2/4/2026 in amount of $370.88 (check# 485747). |
| 5 | Canterbury, David<br>c/o Bound Law Firm<br>Attn: Thomas A. Bound, Esq.<br>P.O. Box 674946<br>Marietta, GA 30006 | 1664 | Franchise Group, Inc. | 01/23/2025 | $0.00 | $0.00 | Unliquidated | $0.00 | Unliquidated | Claim satisfied on 9/5/2025 with total payments of $15,000 by agreement of the parties. Payment to claimant in amount of $10,626 (check# 1015895) and payment to claimant counsel in amount of $4,374 (check# 1015894). |
| 6 | Coleman, Tomika<br>Available upon request | 1308 | American Freight, LLC | 01/22/2025 | $0.00 | $0.00 | $130.00 | $0.00 | $130.00 | Claim satisfied on 2/4/2026 in amount of $130.00 (check# 485752). |
| 7 | Colorado Department of Labor & Employment<br>P.O. Box 8789<br>Denver, CO 80201-8789 | 2503 | American Freight Management Company, LLC | 02/14/2025 | $0.00 | $0.00 | $4,695.36 | $0.00 | $4,695.36 | Claim satisfied on 2/4/2026 in amount of $4,695.36 (check# 485753). |
| 8 | Duckworth, Drexster<br>Available upon request | 2097 | American Freight Management Company, LLC | 01/23/2025 | $0.00 | $0.00 | $1,250.00 | $0.00 | $1,250.00 | Claim satisfied on 7/13/2026 in amount of $1,250.00 (check# 487391). |
| 9 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | 2895 | Educate, Inc. | 05/02/2025 | $0.00 | $0.00 | $856.78 | $0.00 | $856.78 | Claim satisfied on 7/13/2026 in amount of $856.78 (check# 487393). |
| 10 | Gore, Leander<br>Available upon request | 3059 | Franchise Group, Inc. | 02/17/2026 | $0.00 | $0.00 | $1,657.00 | $0.00 | $1,657.00 | Claim satisfied on 5/19/2026 in amount of $1,657.00 (check# 488826). |
| 11 | Green, Rebecca<br>Available upon request | 2101 | American Freight, LLC | 01/23/2025 | $0.00 | $0.00 | $1,195.50 | $0.00 | $1,195.50 | Claim satisfied on 7/13/2026 in amount of $1,195.50 (check# 487394). |
| 12 | Hernandez, Julie D.<br>Available upon request | 2162 | American Freight, LLC | 01/23/2025 | $0.00 | $0.00 | $597.98 | $0.00 | $597.98 | Claim satisfied on 7/13/2026 in amount of $597.98 (check# 487395). |
| 13 | Jackson, Shirley<br>Available upon request | 2344 | American Freight, LLC | 01/30/2025 | $0.00 | $0.00 | $1,290.00 | $0.00 | $1,290.00 | Claim satisfied on 2/4/2026 in amount of $1,290.00 (check# 485760). |
| 14 | Jackson, Shirley<br>Available upon request | 2345 | American Freight, LLC | 01/30/2025 | $0.00 | $0.00 | $1,581.00 | $0.00 | $1,581.00 | Claim satisfied on 2/4/2026 in amount of $1,581.00 (check# 485761). |
| 15 | Jones, Susan D.<br>Available upon request | 2873 | American Freight, LLC | 05/01/2025 | $0.00 | $0.00 | $208.00 | $0.00 | $208.00 | Claim satisfied on 7/13/2026 in amount of $208.00 (check# 487396). |
| 16 | Keys, Martaves D<br>Available upon request | 712 | American Freight, LLC | 01/13/2025 | $0.00 | $0.00 | $3,350.00 | $0.00 | $3,350.00 | Claim satisfied on 2/4/2026 in amount of $3,350.00 (check# 485762). |
| 17 | Leslie, Emma<br>Available upon request | 1163 | American Freight, LLC | 01/21/2025 | $0.00 | $0.00 | $208.44 | $0.00 | $208.44 | Claim satisfied on 2/4/2026 in amount of $208.44 (check# 485763). |
| 18 | Missouri Department Of Revenue<br>301 W High St.<br>P.O. Box 475<br>Jefferson City, MO 65105 | 3046 | American Freight Outlet Stores, LLC | 11/05/2025 | $0.00 | $0.00 | $252.90 | $0.00 | $252.90 | Claim satisfied on 7/13/2026 in amount of $252.90 (check# 487398). |
| 19 | Missouri Department Of Revenue<br>301 W High St.<br>P.O. Box 475<br>Jefferson City, MO 65105 | 3047 | American Freight Outlet Stores, LLC | 11/05/2025 | $0.00 | $0.00 | $392.38 | $0.00 | $392.38 | Claim satisfied on 7/13/2026 in amount of $392.38 (check# 487399). |

# Fully Satisfied Filed Claims

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 20 | Reyes, Lucinda<br>Available upon request | 1161 | American Freight, LLC | 01/21/2025 | $0.00 | $0.00 | $100.00 | $0.00 | $100.00 | Claim satisfied on 2/4/2026 in amount of $100.00 (check# 485774). |
| 21 | Rhode Island Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908 | 2840 | Franchise Group, Inc. | 04/29/2025 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | Claim satisfied on 6/29/2026 in amount of $143.69 (check# 410223) by agreement of the parties. |
| 22 | Shaw, Ebony<br>Available upon request | 1512 | American Freight, LLC | 01/23/2025 | $0.00 | $0.00 | $480.00 | $0.00 | $480.00 | Claim satisfied on 2/4/2026 in amount of $480.00 (check# 485775). |
| 23 | Visner, Linda<br>Available upon request | 2355 | American Freight, LLC | 01/31/2025 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Claim satisfied on 7/13/2026 in amount of $1,000.00 (check# 488883). |
| 24 | Yates, Carolyn<br>Available upon request | 2145 | American Freight, LLC | 01/22/2025 | $0.00 | $0.00 | $800.00 | $0.00 | $800.00 | Claim satisfied on 2/4/2026 in amount of $800.00 (check# 485779). |