# EXHIBIT B[1]

## Partially Satisfied Filed Claims

[1] Capitalized terms used but not otherwise defined on **Exhibit B** shall have the meanings ascribed to such terms in the Notice.

# Partially Satisfied Filed Claims

| | Name and address of claimant | Claim # | Debtor | Date Filed | Claim Amount | | | | | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Adminstrative | Priority | Unsecured | Total | |
| 1 | Baker Bunch Inc.<br>15348 9th Avenue<br>Phoenix, IL 60426 | 2244 | Franchise Group, Inc. | 1/27/2025 | $0.00 | $0.00 | $615.00 | $8,055.00 | $8,670.00 | Priority portion of the claim satisfied on 2/27/2026 in the amount of $615.00 via ACH. |
| 2 | Buy Supply Corp<br>388 South Ave<br>Staten Island, NY 10303 | 96 | American Freight, LLC | 11/18/2024 | $0.00 | $19,368.35 | $0.00 | $19,002.43 | $38,370.78 | Administrative portion of the claim satisfied on 11/27/2024 in amount of $8,233.92 (ACH# 41714) and on 4/22/2026 in amount of $11,134.43 (wire reference number# 20260422MMQFMPTZ001766). |
| 3 | Cedar Golden Triangle, LLC<br>c/o Barclay Damon LLP<br>Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202 | 2259 | American Freight, LLC | 1/28/2025 | $0.00 | Unliquidated | $0.00 | $0.00 | Unliquidated | Administrative portion of the claim satisfied on 2/27/2026 in amount of $78.20 via ACH. |
| 4 | CVB Inc.<br>Attn: Nolan Stephen Andreasen<br>1525 West 2960 South<br>Nibley, UT 84321 | 128 | American Freight, LLC | 11/19/2024 | $0.00 | $28,267.00 | $0.00 | $318,480.00 | $346,747.00 | Administrative portion of the claim satisfied on 4/22/2026 in amount of $28,267.00 (wire reference number# 20260422MMQFMPTZ001779). |
| 5 | Dukes, Teresa<br>Available upon request | 955 | American Freight, LLC | 1/16/2025 | $0.00 | $0.00 | $300.00 | $1,600.00 | $1,900.00 | Priority portion of the claim satisfied on 2/4/2026 in the amount of $300.00 (check# 485757). |
| 6 | Elbi of America dba NDA Distributors<br>Attn: Richard S. Price, II<br>1235 N Harbor Blvd.<br>Suite 200<br>Fullerton, CA 92832 | 18 | American Freight, LLC | 11/8/2024 | $0.00 | $38,154.52 | $0.00 | $42,988.30 | $81,142.82 | Administrative portion of the claim satisfied on 4/6/2026 in amount of $38,154.52 (wire reference number# 20260422MMQFMPTZ001760). |
| 7 | Field Manufacturing Corporation<br>1864 Centro West Street<br>Tiburon, CA 94920 | 457 | American Freight Outlet Stores, LLC | 12/13/2024 | $0.00 | $184.20 | $0.00 | $41,210.28 | $41,394.48 | Administrative portion of the claim satisfied on 4/22/2026 in amount of $184.20 (wire reference number# 20260422MMQFMPTZ001588). |
| 8 | Franklin Mills Associates Limited Partnership<br>c/o Kelley Drye & Warren LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007 | 2406 | American Freight Outlet Stores, LLC | 2/5/2025 | $0.00 | $5,556.86 | $0.00 | $5,000.00 | $10,556.86 | Administrative portion of the claim satisfied on 2/25/2026 in the amount of $5,556.86 (check# 486349). The check posted on 3/11/2026 and has been executed by the payee. |
| 9 | NM Taxation & Revenue Department<br>Attn: Compliance Bureau<br>P.O. Box 50129<br>Albuquerque, NM 87181-0129 | 2624 | American Freight Management Company, LLC | 3/10/2025 | $0.00 | $0.00 | $22.37 | $217.75 | $240.12 | Priority portion of the claim satisfied on 7/13/2026 in amount of $22.37 (check# 487400). |
| 10 | NM Taxation & Revenue Department<br>Attn: Compliance Bureau<br>P.O. Box 50129<br>Albuquerque, NM 87181-0129 | 2672 | Educate, Inc. | 3/14/2025 | $0.00 | $0.00 | $339.35 | $57.98 | $397.33 | Priority portion of the claim satisfied on 7/13/2026 in amount of $339.35 (check# 488876). |
| 11 | Pinchback, Barbara<br>Available upon request | 1000 | American Freight, LLC | 1/17/2025 | $0.00 | $0.00 | $680.00 | $30,320.00 | $31,000.00 | Priority portion of the claim satisfied on 2/4/2026 in the amount of $680.00 (check# 485773). |
| 12 | Riverplace Shopping Center, LLC<br>Kimco Real Estate<br>c/o Kerry Carty<br>500 North Broadway<br>Suite 201<br>Jericho, NY 11753 | 2327 | American Freight Outlet Stores, LLC | 1/30/2025 | $0.00 | $13,988.05 | $0.00 | $607,882.29 | $621,870.34 | Priority portion of the claim satisfied on 7/13/2026 in amount of $13,988.05 (check# 488880). |
| 13 | Tops Holding, LLC<br>Attn: Amanda Cutler<br>2110 Executive Drive<br>Salisbury, NC 28147 | 1585 | American Freight Outlet Stores, LLC | 1/23/2025 | $0.00 | $1,497.59 | $0.00 | $367,056.01 | $368,553.60 | Administrative portion of the claim satisfied on 2/4/2026 in the amount of $1,497.59 (check# 485778). |