**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | **Re: Docket No. 2017** |

**ORDER APPROVING STIPULATION GRANTING LIMITED RELIEF FOR MICHELLE JOHNSON AND DARREN JOHNSON FROM THE PLAN INJUNCTION**

Upon consideration of the *Stipulation Granting Michelle Johnson and Darren Johnson Limited Relief from the Plan Injunction*, attached hereto as **Exhibit 1** (the "**Stipulation**"), by and between Lawrence R. Hirsh, as the Litigation Trustee of the Litigation Trust in the above-captioned case (the "**Litigation Trustee**")[2] and Michelle Johnson and Darren Johnson (the "**Plaintiffs**" and, collectively with the Litigation Trustee, the "**Parties**" and each, a "**Party**"); all as more fully set forth in the Stipulation; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, Florida 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used and not otherwise defined herein have the meaning ascribed in the Stipulation or in the *Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and its Debtor Affiliates* [D.I. 1596-1] (the "Plan"), as applicable.

having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved in all respects and the terms of the Stipulation are incorporated by reference into this order (this "**Order**") as if fully set forth herein.

2. The Plan Injunction is hereby modified solely to the extent set forth in paragraph 2 of the Stipulation. Except as expressly set forth therein, the Plan Injunction shall remain in full force and effect with respect to the Debtors, the Reorganized Debtors, their estates, and all creditors and parties in interest.

3. Notwithstanding Bankruptcy Rule 4001(a)(3), the terms of this Order shall be immediately effective and enforceable upon its entry.

4. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate and implement the terms and provisions of the Stipulation.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the Stipulation.

**Dated: September 14th, 2026**
**Wilmington, Delaware**

Laurie Selber Silverstein

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**