**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRANCHISE GROUP, INC., *et al.*,[1] | ) | Case No. 24-12480 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF TARA L. BUSH AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

PLEASE TAKE NOTICE that pursuant to Rule 9010-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Tara L. Bush hereby withdraws her respective appearance as attorney of record for Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, Lansing Square, LLC, Outer Drive 39 Development Co. LLC, and Vestar-CPT Tempe Marketplace, LLC (collectively,

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are Franchise Group, Inc. (1876), Freedom VCM Holdings, LLC (1225), Freedom VCM Interco Holdings, Inc. (2436), Freedom Receivables II, LLC (4066), Freedom VCM Receivables, Inc. (0028), Freedom VCM Interco, Inc. (3661), Freedom VCM, Inc. (3091), Franchise Group New Holdco, LLC (0444), American Freight FFO, LLC (5743), Franchise Group Acquisition TM, LLC (3068), Franchise Group Intermediate Holdco, LLC (1587), Franchise Group Intermediate L, LLC (9486), Franchise Group Newco Intermediate AF, LLC (8288), American Freight Group, LLC (2066), American Freight Holdings, LLC (8271), American Freight, LLC (5940), American Freight Management Company, LLC (1215), Franchise Group Intermediate S, LLC (5408), Franchise Group Newco S, LLC (1814), American Freight Franchising, LLC (1353), Home & Appliance Outlet, LLC (n/a), American Freight Outlet Stores, LLC (9573), American Freight Franchisor, LLC (2123), Franchise Group Intermediate B, LLC (7836), Buddy's Newco, LLC (5404), Buddy's Franchising and Licensing LLC (9968), Franchise Group Intermediate V, LLC (5958), Franchise Group Newco V, LLC (9746), Franchise Group Intermediate BHF, LLC (8260), Franchise Group Newco BHF, LLC (4123), Valor Acquisition, LLC (3490), Vitamin Shoppe Industries LLC (3785), Vitamin Shoppe Global, LLC (1168), Vitamin Shoppe Mariner, LLC (6298), Vitamin Shoppe Procurement Services, LLC (8021), Vitamin Shoppe Franchising, LLC (8271), Vitamin Shoppe Florida, LLC (6590), Betancourt Sports Nutrition, LLC (0470), Franchise Group Intermediate PSP, LLC (5965), Franchise Group Newco PSP, LLC (2323), PSP Midco, LLC (6507), Pet Supplies "Plus", LLC (5852), PSP Group, LLC (5944), PSP Service Newco, LLC (6414), WNW Franchising, LLC (9398), WNW Stores, LLC (n/a), PSP Stores, LLC (9049), PSP Franchising, LLC (4978), PSP Subco, LLC (6489), PSP Distribution, LLC (5242), Franchise Group Intermediate SL, LLC (2695), Franchise Group Newco SL, LLC (7697), and Educate, Inc. (5722). The Debtors' headquarters is located at 109 Innovation Court, Suite J, Delaware, Ohio 43015.

the "Landlords") in the above-captioned, jointly administered bankruptcy cases and requests that service upon her of all future notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further requests that she be removed from the electronic (CM/ECF) service list. Karen M. Grivner and Audrey L. Hornisher of Clark Hill PLC will continue to represent the Landlords in this matter.

Date: October 8, 2026

Respectfully submitted,

**CLARK HILL PLC**
By: *_/s/ Karen M. Grivner_*
Karen M. Grivner (Bar No. 4372)
Audrey L. Hornisher (SBN 24094369)
824 N. Market St., Suite 710
Wilmington, Delaware 19801
Telephone: 302-250-4749
Facsimile: 302-421-9439
Email: kgrivner@clarkhill.com
Email: ahornisher@clarkhill.com

*Attorneys for Crossroads Centre II, LLC, Surprise Towne Center Holdings, LLC, Lansing Square, LLC, Outer Drive 39 Development Co. LLC and Vestar-CPT Tempe Marketplace, LLC*

**CERTIFICATE OF SERVICE**

I, Karen M. Grivner, hereby certify that on this 8th day of October, 2026, a true and correct copy of the *NOTICE OF WITHDRAWAL OF APPEARANCE OF TARA L. BUSH AND REQUEST FOR REMOVAL FROM SERVICE LISTS* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated: October 8, 2026

*/s/ Karen M. Grivner*
Karen M. Grivner (No. 4372)