**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | ) | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | ) | **Re: Docket Nos. 1269, 1361, 1364, 1447 & 2062** |

**CERTIFICATION OF COUNSEL**
**REGARDING PROPOSED ORDER GRANTING**
**MOTION OF GRANITE TELECOMMUNICATIONS, LLC, FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

On April 9, 2025, Granite Telecommunications, LLC ("Granite") filed the *Motion of Granite Telecommunications, LLC for Allowance and Payment of Administrative Expense Claim* [Docket No. 1269]. On April 29, 2025, the debtors and debtors in possession before the effective date of the chapter 11 plan filed the *Debtors' Objection to Motion of Granite Telecommunications, LLC for Allowance and Payment of Administrative Expense Claim* [Docket No. 1361] (the "Debtors' Objection") and the Ad Hoc Group of First Lien Lenders filed the *Ad Hoc Group of First Lien Lenders' Joinder to Debtors' Objection to Motion of Granite Telecommunications, LLC for Allowance and Payment of Administrative Expense Claim* [Docket No. 1364] (the "Joinder"). Granite filed its reply to the Debtors' Objection and the Joinder on May 12, 2025.

On May 20, 2025, the Court held an evidentiary hearing.

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, FL 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

On October 2, 2026, the Court issued its *Memorandum (Granite Telecommunications, LLC administrative claim)* [Docket No. 2062] (the "Memorandum Opinion"). The Memorandum Opinion directed counsel to confer and settle an order consistent with the Memorandum Opinion. Counsel for Granite and the above-captioned reorganized debtor (the "Reorganized Debtor") engaged in discussions in an attempt to reach an agreement on a form of order. However, those discussions were unsuccessful. The only open issue is Granite's request that the order include the requirement that the Reorganized Debtor escrow the amount of the claim before the order allowing Granite's claim becomes a final and non-appealable order.

As Granite noted in its certification of counsel filed at Docket No. 2066, the Reorganized Debtor has sufficient funds to pay Granite should the order become final and non-appealable, and such funds have been reserved for payment to Granite for its administrative expense claim. Neither the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliates and (II) Approving the Global Settlement and Release of Claims and Causes of Action by and among the Global Settlement Parties* [Docket No. 1596] (the "Confirmation Order") entered by the Court on June 2, 2025, nor the *Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and its Debtor Affiliates* [Docket No. 1596-1] (the "Plan")[2] require the establishment or funding of an escrow account prior to any administrative expense claim, including Granite's, becoming Allowed. Section 3.2(b) of the Plan, which controls the timing of payment of Allowed Administrative Expenses Claims, provides thirty (30) days to effectuate payment of claims Allowed after the Effective Date.

Attached hereto as **Exhibit 1** is the Reorganized Debtor's proposed order (the "Reorganized Debtor's Proposed Order"), granting Granite an outstanding administrative

---

2 Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to such terms in the Plan.

claim in the amount of $5,699,820.27, the amount agreed upon by counsel for Granite and the Reorganized Debtor. As noted above, the Proposed Order does not include the requirement to establish an escrow account.

On October 15, 2026, Granite filed its proposed order ("Granite's Proposed Order") under certification of counsel [Docket No. 2066], to include the requirement for the Reorganized Debtor to establish an escrow account. For the convenience of the Court and other interested parties, a redline comparing the Reorganized Debtor's Proposed Order against Granite's Proposed Order is attached hereto as **Exhibit 2**.

WHEREFORE, the Reorganized Debtor respectfully requests that the Court enter the Reorganized Debtor's Proposed Order without further notice or hearing at the Court's earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 15, 2026
Wilmington, Delaware

*/s/ Matthew B. Lunn*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

*Co-Counsel to the Reorganized Debtor*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com

\- and -

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: mark.mckane@kirkland.com

*Co-Counsel to the Reorganized Debtor*