**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| FRANCHISE GROUP, INC.,[1] | Chapter 11 |
| Reorganized Debtor. | Case No. 24-12480 (LSS) |

**NOTICE OF APPEAL**

American Freight Outlet Stores, LLC and its affiliated debtors (collectively, the "Reorganized Debtors") submit this Notice of Appeal and Statement of Election in conformity with Official Bankruptcy Form 417A.

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

Franchise Group, Inc.; Freedom VCM Holdings, LLC; Freedom VCM Interco Holdings, Inc.; Freedom Receivables II, LLC; Freedom VCM Receivables, Inc.; Freedom VCM Interco, Inc.; Freedom VCM, Inc.; Franchise Group New Holdco, LLC; American Freight FFO, LLC; Franchise Group Acquisition TM, LLC; Franchise Group Intermediate Holdco, LLC; Franchise Group Intermediate L, LLC; Franchise Group Newco Intermediate AF, LLC; American Freight Group, LLC; American Freight Holdings, LLC; American Freight, LLC; American Freight Management Company, LLC; Franchise Group Intermediate S, LLC; Franchise Group Newco S, LLC; American Freight Franchising, LLC; Home & Appliance Outlet, LLC; American Freight Outlet Stores, LLC; American Freight Franchisor, LLC; Franchise Group Intermediate B, LLC; Buddy's

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, Florida 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

Newco, LLC; Buddy's Franchising and Licensing LLC; Franchise Group Intermediate V, LLC; Franchise Group Newco V, LLC; Franchise Group Intermediate BHF, LLC; Valor Acquisition, LLC; Vitamin Shoppe Industries LLC; Vitamin Shoppe Global, LLC; Vitamin Shoppe Mariner, LLC; Vitamin Shoppe Procurement Services, LLC; Vitamin Shoppe Franchising, LLC; Vitamin Shoppe Florida, LLC; Betancourt Sports Nutrition, LLC; Franchise Group Newco BHF, LLC; Franchise Group Intermediate PSP, LLC; Franchise Group Newco PSP, LLC; PSP Midco, LLC; Pet Supplies "Plus", LLC; PSP Group, LLC; PSP Service Newco, LLC; WNW Franchising, LLC; WNW Stores, LLC; PSP Stores, LLC; PSP Franchising, LLC; PSP Subco, LLC; PSP Distribution, LLC; Franchise Group Intermediate SL, LLC; Franchise Group Newco SL, LLC; and Educate, Inc.

2. <u>Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal</u>:

Appellants were the debtors and debtors in possession.

**<u>Part 2: Identify the subject of this appeal</u>**

1. <u>Describe the judgment, order, or decree appealed from</u>:

Under 28 U.S.C. § 158 and Fed. R. Bankr. P. 8001, 8002, and 8003, Appellants hereby give notice of appeal from the *Order Granting Motion of Granite Telecommunications, LLC, for Allowance and Payment of Administrative Expense Claim* [Bankr. D.I. 2068], attached hereto as **<u>Exhibit A</u>** (the "<u>Order</u>"), issued by the United States Bankruptcy Court for the District of Delaware. The appeal of the Order relates to the determination that all fees and damages assessed under an agreement between American Freight Outlet Stores, LLC and Granite Telecommunications, LLC are entitled to administrative expense priority under 11 U.S.C. § 503(b). The memorandum [Bankr. D.I. 2062] stating the reasons for the Order is attached hereto as **<u>Exhibit B</u>**.

2. State the date on which the judgment, order, or decree was entered:

The Order was entered on October 19, 2026.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

**1. Appellants:**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com

- and -

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: mark.mckane@kirkland.com

-and-

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edmon L. Morton
Matthew B. Lunn
Allison S. Mielke
Shella Borovinskaya
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

**2. Appellee Granite Telecommunications, LLC:**

COZEN O'CONNOR
Marla S. Benedek
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email: mbenedek@cozen.com

**Part 4: Optional election to have appeal heard by District Court**

Not applicable.

[*Remainder of Page Intentionally Left Blank*]

**Part 5: Sign below**

Dated: October 23, 2026
Wilmington, Delaware

*/s/ Allison S. Mielke*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

*Co-Counsel to the Appellants*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com

\- and -

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: mark.mckane@kirkland.com

*Co-Counsel to the Appellants*