UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

**Case Number:** 24-12480 **BK** (●) **AP** ( )

If AP, related BK case number:

**Title of Order Appealed:** Order Granting Motion of Granite Telecommunications, LLC, for Allowance and Payment of Administrative Expense Claim; Memorandum

**Docket #:** 2068; 2062 **Date Entered:** 10/19/26; 10/2/2026

Item Transmitted:

| | Item | Docket # | Date Filed |
|---|---|---|---|
| ☑ | **Notice of Appeal** | 2069 | 10/23/26 |
| ☐ | **Amended Notice of Appeal** | | |
| ☐ | **Cross Appeal** | | |
| ☐ | **Motion for Leave to Appeal** | | |
| ☐ | **Request for Certification of Direct Appeal** | | |

**Appellant/Cross Appellant:**

Franchise Group, Inc et al
(Re-organized Debtor)

**Appellee/Cross Appellee**

Granite Telecommunications, LLC

**Counsel for Appellant/Cross Appellant:**

Edmon L. Morton, Matthew B. Lunn, Allison S. Mielke
and Shella Borovinskaya
Young Conaway Stargaat & Taylor LLP
1000 N. King St
Wilmington, DE 19801
(additional attorneys listed on appeal)

**Counsel for Appellee/Cross Appellee:**

Marla S. Benedek
Cozen O'Connor
1201 N. Market St, Suite 1001
Wilmington, DE 19801

| Question | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ○ | ● |
| ***If Yes, has District Court assigned a Civil Action Number?** | ○ | ● |

**Civil Action Number:**

*(continued on next page)*

**Notes:**

***I hereby certify that all designated items are available electronically through CM/ECF.***

**Date:** 10/23/26

/s/ Kimberly Ross

**by:**______________________________________

**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: 26-62