# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Franchise Group, Inc.
Freedom VCM, Inc.

**Case No.:**24−12480−LSS

**Chapter:**11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

Stephen L Grant, Clerk of Court

Date: 10/23/26
(VAN−440)

United States Bankruptcy Court
District of Delaware

In re: Case No. 24-12480-LSS
Franchise Group, Inc. Chapter 11
Jonathan Ortiz Munoz and Hannah Shalom M
Debtors

# CERTIFICATE OF NOTICE

District/off: 0311-1 User: admin Page 1 of 27
Date Rcvd: Nov 01, 2026 Form ID: van440 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Marla S. Benedek, Cozen O'Connor, 1201 N. Market Street, Suite 1001, Wilmington, DE 19801-1166 |
| aty | + | Timothy Jay Fox, Jr., Office of the United States Trustee, U. S. Department of Justice, 844 King Street, Suite 2207, Lockbox #35 Wilmington, DE 19801-3519 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Gold | on behalf of Interested Party Matthew Avril agold@ramllp.com |
| Adam G. Landis | on behalf of Interested Party Ad Hoc Group of Prepetition First Lien Lenders landis@lrclaw.com Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com |
| Adam G. Landis | on behalf of Interested Party Ad Hoc Group of First Lien Lenders landis@lrclaw.com Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com |
| Adam G. Landis | on behalf of Plaintiff Wilmington Trust National Association, as First Lien Administrative Agent and First Lien Collateral Agent |

landis@lrclaw.com, Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders landis@lrclaw.com Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Alan J. Taylor
on behalf of Creditor Brookdale Shopping Center L.L.C. ataylor@smsm.com, tpope@smsm.com,gleskie@smsm.com

Alexander Benisatto
on behalf of Creditor Riverdale Square LLC. abenisatto@shapirocroland.com

Alexander R. Steiger
on behalf of Interested Party B. Riley Principal Investments LLC and its affiliates steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Alexis R. Gambale
on behalf of Creditor Jack W. Eichelberger Trust agambale@pashmanstein.com lsalcedo@pashmanstein.com

Allison S Mielke
on behalf of Debtor Franchise Group Intermediate Holdco LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
on behalf of Debtor Franchise Group Intermediate S LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
on behalf of Debtor WNW Franchising LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
on behalf of Debtor Franchise Group Intermediate V LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
on behalf of Debtor Franchise Group Intermediate BHF LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
on behalf of Debtor Franchise Group Intermediate PSP LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
on behalf of Debtor Franchise Group New Holdco LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
on behalf of Debtor Franchise Group Newco Intermediate AF LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
on behalf of Debtor Franchise Group Intermediate SL LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
on behalf of Plaintiff Franchise Group Inc. amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
on behalf of Debtor Franchise Group Newco BHF LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
on behalf of Debtor Franchise Group Newco PSP LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
on behalf of Debtor Franchise Group Intermediate L LLC amielke@ycst.com, bankfilings@ycst.com

Allison S Mielke
on behalf of Debtor Franchise Group Inc. amielke@ycst.com, bankfilings@ycst.com

Amanda R. Steele
on behalf of Interested Party B. Riley Principal Investments LLC and its affiliates steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Amy Tryon
on behalf of Interested Party Elanco US Inc. amy.tryon@btlaw.com kathleen.lytle@btlaw.com

Amy Christine Quartarolo
on behalf of Interested Party JP Morgan Chase N.A., as Prepetition ABL Agent amy.quartarolo@lw.com, amy-quartarolo-2972@ecf.pacerpro.com

Amy D. Brown
on behalf of Creditor MEL Indiana LLC abrown@mccabeesq.com, mfriedman@gsbblaw.com

Andrew Behlmann
on behalf of Interested Party AF Newco I LLC aBehlmann@lowenstein.com

Andrew Behlmann
on behalf of Defendant AF Newco I LLC aBehlmann@lowenstein.com

Andrew Matott
on behalf of Interested Party Wilmington Trust National Association matott@sewkis.com

Andrew T Zatz
on behalf of Interested Party Ad Hoc Group of Freedom Lenders azatz@whitecase.com isilverbrand@whitecase.com;mco@whitecase.com

Belkys Escobar
on behalf of Creditor County of Loudoun Virginia belkys.escobar@loudoun.gov

Benjamin Joseph Steele
on behalf of Other Prof. Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin Joseph Steele
on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin Wiley Butterfield
on behalf of Debtor Franchise Group Inc. bbutterfield@mofo.com, benjamin-butterfield-4183@ecf.pacerpro.com

Brad M. Kahn
on behalf of Other Prof. Michael J. Wartell bkahn@akingump.com pdublin@akingump.com;sbrauner@akingump.com;akordas@akingump.com;jszydlo@akingump.com;llopez@akingump.com;docketingautonotify@akingump.com

Bradford J. Sandler
on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS bsandler@pszjlaw.com abates@pszjlaw.com

Bradford J. Sandler
on behalf of Attorney Pachulski Stang Ziehl & Jones LLP bsandler@pszjlaw.com abates@pszjlaw.com

Brett Michael Haywood
on behalf of Interested Party JP Morgan Chase N.A., as Prepetition ABL Agent bhaywood@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Brian E Farnan
on behalf of Interested Party Ad Hoc Group of Freedom Lenders bfarnan@farnanlaw.com tfarnan@farnanlaw.com

Brian J. McLaughlin
on behalf of Creditor Rockfirm LLC brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

Brian L Shaw
on behalf of Creditor Prophecy Settlement-related Liquidating Trust 2022-23 bshaw@cozen.com cknez@cozen.com;brian-shaw-5749@ecf.pacerpro.com

Brian Thomas FitzGerald
on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hcfl.gov stroupj@hcfl.gov;leema@hcfl.gov

Bruce W. McCullough
on behalf of Interested Party Lauren Kahn bmccullough@bodellbove.com

Bruce W. McCullough
on behalf of Interested Party Brian Kahn bmccullough@bodellbove.com

Bryan J Hall
on behalf of Creditor Newington Corner LLC and Staten Island Richmond Avenue, LLC hall@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com;whalen@chipmanbrown.com

Cameron Alexis Capp
on behalf of Creditor Commerce 9005 LLC ccapp@reedsmith.com kcleveland@reedsmith.com

Cameron Alexis Capp
on behalf of Creditor Commerce #9602 LLC ccapp@reedsmith.com kcleveland@reedsmith.com

Carl D. Neff
on behalf of Interested Party Daniel Larsen carl.neff@pierferd.com

Carl D. Neff
on behalf of Interested Party Nelia Lopez carl.neff@pierferd.com

Carl N. Kunz, III
on behalf of Interested Party University Realty Associates LLC ckunz@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Charles S. Stahl, Jr.
on behalf of Creditor Raymond Leasing Corporation cstahl@smbtrials.com

Christopher L. Carter
on behalf of Creditor Bank of America N.A., as Prepetition ABL Agent christopher.carter@morganlewis.com

Christopher M. Donnelly
on behalf of Creditor Frontier Bel Air LLC cdonnelly@morrisjames.com

Christopher M. Donnelly
on behalf of Creditor Frontier Kissimmee LLC cdonnelly@morrisjames.com

Christopher M. Donnelly
on behalf of Creditor Frontier Osceola LC cdonnelly@morrisjames.com

Christopher M. Donnelly
on behalf of Creditor Frontier Dania LLC cdonnelly@morrisjames.com

Christopher M. Donnelly
on behalf of Creditor Frontier Dover LLC cdonnelly@morrisjames.com

Christopher M. Winter
on behalf of Creditor Ahuja Development LLC cmwinter@duanemorris.com

Christopher Page Simon
on behalf of Interested Party Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers LLC csimon@crosslaw.com, smacdonald@crosslaw.com,clucian@crosslaw.com

Christopher Page Simon
on behalf of Counter-Claimant AF Newco I LLC csimon@crosslaw.com, smacdonald@crosslaw.com,clucian@crosslaw.com

Christopher Page Simon
on behalf of Interested Party Glanbia Performance Nutrition Inc. csimon@crosslaw.com, smacdonald@crosslaw.com,clucian@crosslaw.com

Christopher Page Simon
on behalf of Interested Party Woodbolt Distribution LLC csimon@crosslaw.com, smacdonald@crosslaw.com,clucian@crosslaw.com

Christopher Page Simon
on behalf of Defendant AF Newco I LLC csimon@crosslaw.com, smacdonald@crosslaw.com,clucian@crosslaw.com

Christopher S. Baxter
on behalf of Creditor Jack W. Eichelberger Trust cbaxter@ssdlaw.com khemm@ssdlaw.com

Christopher S. Murphy
on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division hristopher.murphy@oag.texas.gov, sherri.simpson@oag.texas.gov

Colin R. Robinson
on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS robinson@lrclaw.com ford@lrclaw.com;ramirez@lrclaw.com;kittinger@lrclaw.com

Colin R. Robinson
on behalf of Attorney Pachulski Stang Ziehl & Jones LLP robinson@lrclaw.com ford@lrclaw.com;ramirez@lrclaw.com;kittinger@lrclaw.com

Dana S. Plon
on behalf of Creditor 4405 Milestrip HD Lessee LLC dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Paoli Shopping Center Limited Partnership Phase II dplon@sirlinlaw.com

Dana S. Plon
on behalf of Creditor Feasterville Realty Associates LP dplon@sirlinlaw.com

Daniel Fliman
on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders danfliman@paulhastings.com michaelmagzamen@paulhastings.com;matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;jeremyevans@paulhastings.com;jaymegoldstein@paulhastings.com

Daniel K. Hogan
on behalf of Creditor Front Street Kansas City LLC dkhogan@dkhogan.com, gdurstein@dkhogan.com,

David Shim
on behalf of Creditor Bank of America N.A., as Prepetition ABL Agent david.shim@dentons.com

David A Shapiro
on behalf of Creditor Parm Golf Center LLC dshapiro@mckenna-law.com

David E Cohen
on behalf of Interested Party MJK Real Estate Holding Company LLC dcohen@swkattorneys.com

David M. Klauder
on behalf of Interested Party Darren Johnson dklauder@bk-legal.com DE17@ecfcbis.com

David M. Klauder
on behalf of Interested Party Michelle Johnson dklauder@bk-legal.com DE17@ecfcbis.com

David P. Primack
on behalf of Creditor TKG Paxton Towne Center Development LP dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor THF Clarksburg Development Two LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

| | |
|---|---|
| David P. Primack | on behalf of Creditor GKT Shoppes At Legacy Park LLC dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack | on behalf of Creditor THF St. Clairsville Development LP dprimack@mgmlaw.com, scarney@mdmc-law.com |
| David P. Primack | on behalf of Creditor TKG Fairhaven Commons LLC dprimack@mgmlaw.com scarney@mdmc-law.com |
| David R. Hurst | on behalf of Interested Party TVS Buyer LLC dhurst@mcdermottlaw.com, dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nalindogan@mcdermottlaw.com;nolley-rainey-0153@ecf.pacerpro.com;nrainey@mcdermottlaw.com |
| David S Forsh | on behalf of Interested Party the Litigation Trustee dforsh@raineslaw.com |
| Dean Farley | on behalf of Creditor GKI Industrial Dallas LLC dfarley@brennanllc.com |
| Deborah M. Perry | on behalf of Creditor BC Exchange Salt Pond dperry@munsch.com |
| Dennis A. Meloro | on behalf of Interested Party Arizona Nutritional Supplements Dennis.Meloro@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com;zerber@gtlaw.com |
| Diane W. Sanders | on behalf of Creditor Kerr County austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor Nueces County austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor City of McAllen austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com |
| Diane W. Sanders | on behalf of Creditor McLennan County austin.bankruptcy@publicans.com |
| Domenic E. Pacitti | on behalf of Interested Party Blue Owl Real Estate Capital LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Interested Party BCHQ Owner LLC dpacitti@klehr.com |
| Domenic E. Pacitti | on behalf of Interested Party BCDC Portfolio Owner LLC dpacitti@klehr.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com don.stecker@ecf.courtdrive.com |
| Don Stecker | on behalf of Creditor City of El Paso don.stecker@lgbs.com don.stecker@ecf.courtdrive.com |
| Douglas B. Rosner | on behalf of Creditor Redstone Operating Limited Partnership drosner@goulstonstorrs.com |
| Douglas B. Rosner | on behalf of Creditor Garden City Leasehold Properties LLC drosner@goulstonstorrs.com |
| Douglas B. Rosner | on behalf of Creditor STAG Industrial Holdings LLC drosner@goulstonstorrs.com |
| Drew McGehrin | on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com drew-mcgehrin-5282@ecf.pacerpro.com |
| Edmon L. Morton | on behalf of Debtor WNW Stores LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Freedom VCM Holdings LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Plaintiff Franchise Group Inc. bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Freedom Receivables II LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor PSP Distribution LLC bankfilings@ycst.com |

Edmon L. Morton
on behalf of Debtor Franchise Group Newco SL LLC bankfilings@ycst.com

Edmon L. Morton
on behalf of Debtor Pet Supplies "Plus" LLC bankfilings@ycst.com

Edmon L. Morton
on behalf of Debtor Freedom VCM Inc. bankfilings@ycst.com

Edmon L. Morton
on behalf of Debtor Freedom VCM Receivables Inc. bankfilings@ycst.com

Edmon L. Morton
on behalf of Debtor Freedom VCM Interco Holdings Inc. bankfilings@ycst.com

Edmon L. Morton
on behalf of Debtor Home & Appliance Outlet LLC bankfilings@ycst.com

Edmon L. Morton
on behalf of Debtor Freedom VCM Interco Inc. bankfilings@ycst.com

Edmon L. Morton
on behalf of Debtor Franchise Group Inc. bankfilings@ycst.com

Edmon L. Morton
on behalf of Debtor Franchise Group Newco V LLC bankfilings@ycst.com

Edmon L. Morton
on behalf of Debtor Franchise Group Newco S LLC bankfilings@ycst.com

Edmon L. Morton
on behalf of Debtor American Freight FFO LLC bankfilings@ycst.com

Elihu Ezekiel Allinson, III
on behalf of Creditor Sun Life Assurance Company of Canada ZAllinson@SHA-LLC.com
ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elizabeth A. Rogers
on behalf of Interested Party Ad Hoc Group of First Lien Lenders erogers@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers
on behalf of Plaintiff Wilmington Trust National Association, as First Lien Administrative Agent and First Lien Collateral Agent
erogers@lrclaw.com, ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elliot M. Smith
on behalf of Creditor The ChildSmiles Group LLC a/k/a Abra Health ESmith@beneschlaw.com, Docket2@beneschlaw.com

Eric S. Goldstein
on behalf of Creditor Sayville Plaza Development LLC egoldstein@goodwin.com,
bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Ericka Fredricks Johnson
on behalf of Interested Party Kin Properties Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC,
Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc.,
ejohnson@bayardlaw.com, rhudson@bayardlaw.com

Erin Powers Severini
on behalf of Creditor WPG Legacy LLC eseverini@fbtgibbons.com

Ethan H. Sulik
on behalf of Interested Party JP Morgan Chase N.A., as Prepetition ABL Agent esulik@potteranderson.com,
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Frederick Brian Rosner
on behalf of Interested Party Harmon Meadow Suites LLC rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
on behalf of Interested Party Daniel P. Hagaman rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
on behalf of Creditor Daniel P. Hagaman rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
on behalf of Creditor Walt Whitman Road LLC rosner@teamrosner.com,
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Gary F. Seitz
on behalf of Creditor SW 17th Street 1010 LLC, Niagara Falls 778, LLC Rodi Road 501, LLC, and Merchant 33, LLC
gseitz@gsbblaw.com, gary.seitz@gmail.com;mfriedman@gsbblaw.com

Gary F. Seitz
on behalf of Creditor 4116 OBT Investments LLC and 1230 Zion, LLC gseitz@gsbblaw.com, gary.seitz@gmail.com;mfriedman@gsbblaw.com

Gaston P Loomis, II
on behalf of Plaintiff Jonathan Ortiz Munoz and Hannah Shalom Moody gloomis@mdmc-law.com csentman@mdmc-law.com

Geoffrey Peters
on behalf of Creditor The Commons at Southpark LLC bronationalecf@weltman.com

Geoffrey Peters
on behalf of Creditor Sangamon North LLC. bronationalecf@weltman.com

Gerald James Landon
on behalf of Creditor Dell Financial Services L.L.C. landon@slollp.com rangel@slollp.com

Gregory V. Demo
on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS gdemo@pszjlaw.com

Gregory W. Hauswirth
on behalf of Creditor Architectural Graphics Inc. ghauswirth@ch-legal.com, pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

H. Justin Park
on behalf of Creditor United States/USAO justin.park@usdoj.gov usade.ecf@usdoj.gov

Heather L. Donald
on behalf of Creditor State of Michigan Department of Treasury donaldh@michigan.gov

Hiram Abif Gutierrez
on behalf of Creditor Brownsville Independent School District edinburgbankruptcy@pbfcm.com

Hugh K. Murtagh
on behalf of Interested Party JP Morgan Chase N.A., as Prepetition ABL Agent hugh.murtagh@lw.com

Ian J Bambrick
on behalf of Creditor Prologis L.P. ian.bambrick@faegredrinker.com, cathy.greer@faegredrinker.com

Isaac Sasson
on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders isaacsasson@paulhastings.com Franchise.ECF.PH@paulhastings.com

J. David Forsyth
on behalf of Creditor Shanri Holdings Corporation dforsyth@sessions-law.com

James C. Carignan
on behalf of Creditor Ahuja Development LLC jcarignan@mgmlaw.com

Jason Daniel Angelo
on behalf of Creditor Bank of America N.A., as Prepetition ABL Agent JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jason Daniel Angelo
on behalf of Creditor Commerce #9602 LLC JAngelo@reedsmith.com jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jason Daniel Angelo
on behalf of Creditor STORE Master Funding IV LLC JAngelo@reedsmith.com, jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jason Daniel Angelo
on behalf of Creditor Commerce 9005 LLC JAngelo@reedsmith.com jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jeffrey Kurtzman
on behalf of Creditor Oxford Valley Road Associates LP kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
on behalf of Creditor Oxford Valley Road Associates L.P. kurtzman@kurtzmansteady.com

Jeffrey Rhodes
on behalf of Interested Party Kin Properties Inc., Jefan LLC, Aberdeen Oklahoma Associates, Pasan LLC, Esan LLC, Fundamentals Company LLC, Muffrey LLC, Fundamentals Company, Kinpark Associates, Laurie Industries Inc., jrhodes@tlclawfirm.com

Jeffrey C. Wisler
on behalf of Creditor Blue Yonder Inc. jwisler@connollygallagher.com

Jennifer R. Hoover
on behalf of Creditor The ChildSmiles Group LLC a/k/a Abra Health jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jeremy W. Ryan

on behalf of Interested Party JP Morgan Chase N.A., as Prepetition ABL Agent jryan@potteranderson.com, bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jessica L Cousineau
on behalf of Creditor Midland Central Appraisal District jessica.cousineau@mvbalaw.com karla.alexander@mvbalaw.com

Jessica L Cousineau
on behalf of Creditor Burnet Central Appraisal District jessica.cousineau@mvbalaw.com karla.alexander@mvbalaw.com

Jessica L Cousineau
on behalf of Creditor Tax Appraisal District of Bell County jessica.cousineau@mvbalaw.com karla.alexander@mvbalaw.com

Jessica L Cousineau
on behalf of Creditor Williamson County jessica.cousineau@mvbalaw.com karla.alexander@mvbalaw.com

Jessica L Cousineau
on behalf of Creditor City of Waco/Waco ISD/La Vega ISD jessica.cousineau@mvbalaw.com karla.alexander@mvbalaw.com

Jessica L Cousineau
on behalf of Creditor Denton County jessica.cousineau@mvbalaw.com karla.alexander@mvbalaw.com

Jessica L Cousineau
on behalf of Creditor Brazos County jessica.cousineau@mvbalaw.com karla.alexander@mvbalaw.com

Jessica L Cousineau
on behalf of Creditor Hays County jessica.cousineau@mvbalaw.com karla.alexander@mvbalaw.com

Jessica L Cousineau
on behalf of Creditor Guadalupe County jessica.cousineau@mvbalaw.com karla.alexander@mvbalaw.com

Jessica L Cousineau
on behalf of Creditor Julie Anne Parsons Bowie Central Appraisal District jessica.cousineau@mvbalaw.com karla.alexander@mvbalaw.com

John Christopher Shore
on behalf of Interested Party Ad Hoc Group of Freedom Lenders cshore@whitecase.com caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Daniel McLaughlin, Jr.
on behalf of Interested Party Shelby Boulevard Fifty Nine L.L.C. jack@mclaughlincounsel.com, jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Henry Knight
on behalf of Interested Party B. Riley Principal Investments LLC and its affiliates knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

John Kendrick Turner
on behalf of Creditor Ellis county dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Wise County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Dallas County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Town of Prosper dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Lewisville ISD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Irving ISD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Prosper ISD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Grayson County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Navarro County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor City of Carrollton dallas.bankruptcyr@lgbs.com

Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Hopkins County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Smith County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor City of Wylie dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Tarrant County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor City Of Allen dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Gregg County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor City of Frisco dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Sulphur Springs ISD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Tom Green CAD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Rockwall CAD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Allen ISD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Parker CAD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Kaufman County dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Northwest ISD dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor City Of Sulphur Springs dallas.bankruptcyr@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John R. Ashmead
on behalf of Interested Party Wilmington Trust National Association ashmead@sewkis.com, matott@sewkis.com;managingclerkoffice@sewkis.com

Jordan L. Williams
on behalf of Interested Party Wilmington Trust National Association jordan.williams@blankrome.com

Joseph C. Barsalona II
on behalf of Defendant Lawrence Bass jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II
on behalf of Interested Party Former Stockholders jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II
on behalf of Defendant Terry Philippas jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II
on behalf of Defendant Brian Gale jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II
on behalf of Defendant John Does 1-20 jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II
on behalf of Defendant Mark Noble jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com

Joseph H Lemkin
on behalf of Creditor Peoria Rental Properties LLC jlemkin@stark-stark.com

Joseph H. Baldiga
on behalf of Creditor New Westgate Mall LLC jbaldiga@miricklaw.com

Joshua A Sussberg
on behalf of Plaintiff Franchise Group Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua A Sussberg
on behalf of Debtor Franchise Group Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joy D Kleisinger
on behalf of Creditor WPG Legacy LLC jkleisinger@fbtlaw.com

Juan E Martinez
on behalf of Creditor Babson Macedonia Partners LLC jmartinez@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Juan E Martinez
on behalf of Creditor TM2 LLC jmartinez@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Julia Bettina Klein
on behalf of Interested Party AF Newco I LLC klein@kleinllc.com

Julie Anne Parsons
on behalf of Creditor Williamson County jparsons@mvbalaw.com

Julie Anne Parsons
on behalf of Creditor Tax Appraisal District of Bell County jparsons@mvbalaw.com

Julie Anne Parsons
on behalf of Creditor Julie Anne Parsons Bowie Central Appraisal District jparsons@mvbalaw.com

Julie Anne Parsons
on behalf of Creditor Midland Central Appraisal District jparsons@mvbalaw.com

Julie Anne Parsons
on behalf of Creditor City of Waco/Waco ISD/La Vega ISD jparsons@mvbalaw.com

Julie Anne Parsons
on behalf of Creditor Burnet Central Appraisal District jparsons@mvbalaw.com

Julie Anne Parsons
on behalf of Creditor Guadalupe County jparsons@mvbalaw.com

Julie Anne Parsons
on behalf of Creditor Denton County jparsons@mvbalaw.com

Julie Anne Parsons
on behalf of Creditor Brazos County jparsons@mvbalaw.com

Julie Anne Parsons
on behalf of Creditor Hays County jparsons@mvbalaw.com

Justin Cory Falgowski
on behalf of Creditor Sylvan Park Apartments LLC jfalgowski@burr.com

Justin Cory Falgowski
on behalf of Creditor Pentex RTO LLC; EightSixThree RTO, LLC; Pentex Top Left, LLC; Pentex 1848, LLC jfalgowski@burr.com

Justin Cory Falgowski
on behalf of Creditor Ventura Gateway LLC jfalgowski@burr.com

Justin Cory Falgowski
on behalf of Creditor Comenity Capital Bank jfalgowski@burr.com

Justin Cory Falgowski
on behalf of Creditor CTO24 Carolina LLC as successor in interest to DDR Carolina Pavilion, LP jfalgowski@burr.com

Justin Cory Falgowski
on behalf of Creditor CTO23 Rockwall LLC as successor in interest to Excel Rockwall LLC jfalgowski@burr.com

Kaan Ekiner
on behalf of Creditor Prophecy Settlement-related Liquidating Trust 2022-23 kekiner@cozen.com sshidner@cozen.com;kaan-ekiner-7206@ecf.pacerpro.com

Karen C. Bifferato
on behalf of Creditor STAG Industrial Holdings LLC kbifferato@connollygallagher.com

| | |
|---|---|
| Karen C. Bifferato | on behalf of Creditor Turkey Creek Holdings LLC kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor Garden City Leasehold Properties LLC kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor Easton Market SC LLC kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor Garden City Owner LLC kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor Redstone Operating Limited Partnership kbifferato@connollygallagher.com |
| Karen M. Grivner | on behalf of Creditor Vestar-CPT Tempe Marketplace LLC kgrivner@clarkhill.com, kwebster@clarkhill.com |
| Karen M. Grivner | on behalf of Creditor Lansing Square LLC kgrivner@clarkhill.com, kwebster@clarkhill.com |
| Karen M. Grivner | on behalf of Creditor Outer Drive 39 Development Co. LLC kgrivner@clarkhill.com kwebster@clarkhill.com |
| Karen M. Grivner | on behalf of Creditor Surprise Towne Center Holdings LLC kgrivner@clarkhill.com, kwebster@clarkhill.com |
| Karen M. Grivner | on behalf of Creditor RingCentral Inc. kgrivner@clarkhill.com, kwebster@clarkhill.com |
| Karen M. Grivner | on behalf of Creditor Crossroads Centre II LLC kgrivner@clarkhill.com, kwebster@clarkhill.com |
| Karen M. Grivner | on behalf of Creditor VS Tempe LLC kgrivner@clarkhill.com, kwebster@clarkhill.com |
| Kate R. Buck | on behalf of Interested Party Lichtefeld Development Trust kbuck@mccarter.com |
| Kate R. Buck | on behalf of Interested Party Shelbyville Road Plaza LLC kbuck@mccarter.com |
| Kate R. Buck | on behalf of Interested Party Lichtefeld Properties LLC kbuck@mccarter.com |
| Kevin G. Collins | on behalf of Interested Party Drink LMNT Inc. kcollins@bayardlaw.com, rhudson@bayardlaw.com |
| Kevin J. Mangan | on behalf of Interested Party CorVel Enterprise Comp Inc. kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;Rachel.metzger@wbd-us.com;michelle.dero@wbd-us.com |
| Kevin M. Capuzzi | on behalf of Creditor Babson Macedonia Partners LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Capuzzi | on behalf of Creditor TM2 LLC kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin M. Newman | on behalf of Creditor Wheeler REIT LP knewman@barclaydamon.com, kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor First National Realty Partners knewman@barclaydamon.com kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor CRI New Albany Square LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor Grove City Plaza L.P. knewman@barclaydamon.com, kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor SS Tulsa Center LLC et al. knewman@barclaydamon.com, kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor Northridge Crossing L.P. knewman@barclaydamon.com kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor DLC Management Corporation knewman@barclaydamon.com kmnbk@barclaydamon.com |
| Kevin M. Newman | on behalf of Creditor National Realty & Development Corp. knewman@barclaydamon.com kmnbk@barclaydamon.com |

Kevin M. Newman
on behalf of Creditor Benenson Capital Partners LLC knewman@barclaydamon.com kmnbk@barclaydamon.com

Kevin M. Newman
on behalf of Creditor Inland Commercial Real Estate Services LLC knewman@barclaydamon.com kmnbk@barclaydamon.com

Kevin M. Newman
on behalf of Creditor HV Center LLC et al. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin S. Mann
on behalf of Creditor Kawips Delaware Cuyahoga Falls LLC kmann@crosslaw.com, smacdonald@crosslaw.com,clucian@crosslaw.com

Kristen N. Pate
on behalf of Creditor Brookfield Properties Retail Inc. ggpbk@ggp.com

Kristi JoLynn Doughty
on behalf of Interested Party Arsenal Plaza Associates LLC; Brunswick Center Associates, L.L.C.; CPEG Malta, L.L.C. and University Plaza Associates, L.L.C. kdoughty@sterneisenberg.com, dero@chipmanbrown.com;whalen@chipmanbrown.com

Kristin L Cardoza
on behalf of Debtor Franchise Group Inc. kcardoza@ycst.com, bankfilings@ycst.com

Kroll Restructuring Administration LLC
info@ra.kroll.com

Kurt F. Gwynne
on behalf of Creditor Bank of America N.A., as Prepetition ABL Agent kgwynne@reedsmith.com, jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

L Katie Mason
on behalf of Creditor Whirlpool Corporation katie.mason@quarles.com docketwi@quarles.com

Laura J. Monroe
on behalf of Creditor Lubbock Central Appraisal District et al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Laura L. McCloud
on behalf of Creditor Tennessee Department of Revenue agbankdelaware@ag.tn.gov

Laurel D. Roglen
on behalf of Creditor Continental Realty Corporation roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor HV Center LLC et al. roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Brixmor Operating Partnership LP roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor SS Tulsa Center LLC et al. roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor CRI New Albany Square LLC roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Azalea Joint Venture LLC roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor ShopOne Centers REIT Inc. roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Prime/FRIT Mission Hills LLC roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor River Oaks El Mercado LLC roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Benenson Capital Partners LLC roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Northlake Village Owner LLC roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor National Realty & Development Corp. roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Grove City Plaza L.P. roglenl@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor DLC Management Corporation roglenl@ballardspahr.com

| | |
|---|---|
| Laurel D. Roglen | on behalf of Creditor First National Realty Partners roglenl@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Wheeler REIT LP roglenl@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor PF Portfolio 2 LP roglenl@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Inland Commercial Real Estate Services LLC roglenl@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Boswell Avenue I LLC roglenl@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor IREIT Pittsburgh Settlers Ridge L.L.C. roglenl@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor Northridge Crossing L.P. roglenl@ballardspahr.com |
| Laurel D. Roglen | on behalf of Creditor FR Grossmont LLC roglenl@ballardspahr.com |
| Lawrence Joel Kotler | on behalf of Creditor A-Team Leasing LLC ljkotler@duanemorris.com, lawrence-kotler-7511@ecf.pacerpro.com |
| Leslie C. Heilman | on behalf of Creditor Malco TIC HeilmanL@ballardspahr.com brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor ARG LSSALMD001 LLC HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Azalea Joint Venture LLC HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Prattville Partners Limited Partnership HeilmanL@ballardspahr.com brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Prime/FRIT Mission Hills LLC HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor New Plan Property Holding Company HeilmanL@ballardspahr.com brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Great Hills Retail Inc. HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Brixmor SPE 5 LLC HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor FR Grossmont LLC HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor ARC TSKCYMO001 LLC HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Continental Realty Corporation HeilmanL@ballardspahr.com brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Brixmor Operating Partnership LP HeilmanL@ballardspahr.com brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor The Sterling Organization LLC HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor BMA Springhurst LLC HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Gerrity Group LLC HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor ShopOne Centers REIT Inc. HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor RD Management LLC HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Acadia Realty Limited Partnership HeilmanL@ballardspahr.com brothmanb@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Brixmor Burlington Square LLC HeilmanL@ballardspahr.com brothmanb@ballardspahr.com |

Leslie C. Heilman
on behalf of Creditor ARC CPFAYNC001 LLC HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor SUP II Red Top Plaza LLC HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor The Macerich Company HeilmanL@ballardspahr.com brothmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Realty Income Corporation HeilmanL@ballardspahr.com brothmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Deutsche Asset & Wealth Management HeilmanL@ballardspahr.com brothmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor ARC MCLVSNV001 LLC HeilmanL@ballardspahr.com, brothmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Federal Realty OP LP HeilmanL@ballardspahr.com brothmanb@ballardspahr.com

Lindsay Sklar
on behalf of Defendant AF Newco I LLC lsklar@lowenstein.com

Lisa Bonsall
on behalf of Interested Party Capital Management LLC Heritage lbonsall@mccarter.com

Lisa Caryl Cohen
on behalf of Creditor Brierwood Villages LLC lcohen@ruffcohen.com

Louis F. Solimine
on behalf of Interested Party LU Candlers Station Holdings LLC louis.solimine@thompsonhine.com, Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

Marcy J. McLaughlin Smith
on behalf of Interested Party 1st Choice Home Furnishings of Donaldsonville L.L.C., marcy.smith@wbd-us.com, michelle.dero@wbd-us.com;julie.lawrence@wbd-us.com

Marcy J. McLaughlin Smith
on behalf of Interested Party 1st Choice Home Furnishings of Baton Rouge L.L.C. marcy.smith@wbd-us.com, michelle.dero@wbd-us.com;julie.lawrence@wbd-us.com

Marcy J. McLaughlin Smith
on behalf of Interested Party MMS Group LLC marcy.smith@wbd-us.com, michelle.dero@wbd-us.com;julie.lawrence@wbd-us.com

Marcy J. McLaughlin Smith
on behalf of Interested Party Buddys Rollco LLC marcy.smith@wbd-us.com, michelle.dero@wbd-us.com;julie.lawrence@wbd-us.com

Marcy J. McLaughlin Smith
on behalf of Interested Party Joseph Gazzo marcy.smith@wbd-us.com michelle.dero@wbd-us.com;julie.lawrence@wbd-us.com

Marcy J. McLaughlin Smith
on behalf of Interested Party Bi-Rite Holdings LLC marcy.smith@wbd-us.com, michelle.dero@wbd-us.com;julie.lawrence@wbd-us.com

Margaret A. Vesper
on behalf of Creditor ShopOne Centers REIT Inc. vesperm@ballardspahr.com, brothmanb@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Brixmor Operating Partnership LP vesperm@ballardspahr.com brothmanb@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com brothmanb@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor FR Grossmont LLC vesperm@ballardspahr.com, brothmanb@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Prime/FRIT Mission Hills LLC vesperm@ballardspahr.com, brothmanb@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Azalea Joint Venture LLC vesperm@ballardspahr.com, brothmanb@ballardspahr.com

Margaret A. Vesper
on behalf of Creditor Continental Realty Corporation vesperm@ballardspahr.com brothmanb@ballardspahr.com

Maria Aprile Sawczuk
on behalf of Creditor 6001 Powerline Road LLC maria.sawczuk@esbrook.com, marias@ecf.courtdrive.com

Mark Minuti
on behalf of Creditor Shanri Holdings Corporation mark.minuti@saul.com robyn.warren@saul.com

Mark Minuti
on behalf of Creditor Beral LLLP mark.minuti@saul.com, robyn.warren@saul.com

Mark Minuti
on behalf of Creditor Laurel Lakes LLC mark.minuti@saul.com, robyn.warren@saul.com

Mark A Salzberg
on behalf of Creditor Blue Yonder Inc. mark.salzberg@squirepb.com, sarah.conley@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com

Mark L. Desgrosseilliers
on behalf of Interested Party Hilco Merchant Resources LLC desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Mark W. Eckard
on behalf of Interested Party the Litigation Trustee Mark.Eckard@wbd-us.com julie.lawrence@wbd-us.com;michelle.dero@wbd-us.com

Marla S. Benedek
on behalf of Interested Party Settlement-related Liquidating Trust 2022-23 mbenedek@cozen.com marla-benedek-0597@ecf.pacerpro.com

Marla S. Benedek
on behalf of Creditor The Settlement-Related Liquidating Trust 2022-23 mbenedek@cozen.com marla-benedek-0597@ecf.pacerpro.com

Marla S. Benedek
on behalf of Creditor Prophecy Settlement-related Liquidating Trust 2022-23 mbenedek@cozen.com marla-benedek-0597@ecf.pacerpro.com

Marla S. Benedek
on behalf of Creditor Granite Telecommunications LLC mbenedek@cozen.com, marla-benedek-0597@ecf.pacerpro.com

Matthew Rifino
on behalf of Creditor Heritage Seymour II LLC mrifino@mccarter.com, kmcdonnell@mccarter.com

Matthew Rifino
on behalf of Creditor Heritage Seymour I LLC mrifino@mccarter.com, kmcdonnell@mccarter.com

Matthew B. McGuire
on behalf of Plaintiff Wilmington Trust National Association, as First Lien Administrative Agent and First Lien Collateral Agent mcguire@lrclaw.com, rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Interested Party Ad Hoc Group of First Lien Lenders and DIP Lenders mcguire@lrclaw.com rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire
on behalf of Interested Party Ad Hoc Group of First Lien Lenders mcguire@lrclaw.com rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew Barry Lunn
on behalf of Debtor American Freight Franchising LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor American Freight Franchisor LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Buddy's Newco LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor American Freight Group LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Betancourt Sports Nutrition LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor American Freight Holdings LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor American Freight Management Company LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Plaintiff Franchise Group Inc. mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Buddy's Franchising and Licensing LLC mlunn@ycst.com bankfilings@ycst.com

Matthew Barry Lunn

on behalf of Debtor Franchise Group Acquisition TM LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Franchise Group Inc. mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Vitamin Shoppe Procurement Services LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Franchise Group Intermediate B LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor Educate Inc. mlunn@ycst.com, bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Debtor American Freight Outlet Stores LLC mlunn@ycst.com, bankfilings@ycst.com

Matthew O Talmo
on behalf of Interested Party Brian Kahn mtalmo@mnat.com
matthew-talmo-2348@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew P. Austria
on behalf of Creditor Dell Financial Services L.L.C. maustria@austriallc.com

Matthew P. Milana
on behalf of Plaintiff Lawrence R. Hirsh mmilana@raineslaw.com sshidner@raineslaw.com;kcallahan@raineslaw.com

Melissa E. Valdez
on behalf of Creditor Magnolia Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Brazoria County et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael Papandrea
on behalf of Interested Party Glanbia Performance Nutrition Inc. mpapandrea@lowenstein.com, dclaussen@lowenstein.com

Michael Papandrea
on behalf of Interested Party Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers LLC
mpapandrea@lowenstein.com, dclaussen@lowenstein.com

Michael Papandrea
on behalf of Interested Party Woodbolt Distribution LLC mpapandrea@lowenstein.com, dclaussen@lowenstein.com

Michael David DeBaecke
on behalf of Other Prof. Michael J. Wartell mdebaecke@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael G. Busenkell
on behalf of Creditor Columbia-BBB Westchester Shopping Center Associates mbusenkell@gsbblaw.com
mfriedman@gsbblaw.com

Michael G. Busenkell
on behalf of Creditor Nature's Answer Inc. mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell
on behalf of Creditor MEL Indiana LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael J. Farnan
on behalf of Interested Party Ad Hoc Group of Freedom Lenders mfarnan@farnanlaw.com tfarnan@farnanlaw.com

Michael Joseph Joyce
on behalf of Creditor Richard Grigsby mjoyce@mjlawoffices.com

Michael L Schlepp
on behalf of Creditor Wilson AmCap II LLC mschlepp@s-d.com

Michael L. Vild
on behalf of Creditor bb BHF Stores LLC mvild@crosslaw.com smacdonald@crosslaw.com

Michael S. Stamer
on behalf of Other Prof. Michael J. Wartell mstamer@akingump.com

Michael S. Tucker
on behalf of Creditor Siegen Lane Properties LLC of Delaware mtucker@ubglaw.com

Michael S. Tucker
on behalf of Creditor MLO Great South Bay LLC mtucker@ubglaw.com

Michael Seth Etkin
on behalf of Interested Party Sunwarrior Ventures LLC d/b/a Sunwarrior LLC and Sun Brothers LLC metkin@lowenstein.com

| | |
|---|---|
| Michael Seth Etkin | on behalf of Interested Party Woodbolt Distribution LLC metkin@lowenstein.com |
| Michael Seth Etkin | on behalf of Interested Party Glanbia Performance Nutrition Inc. metkin@lowenstein.com |
| Michelle E. Shriro | on behalf of Creditor Village at the Mall Holdings LLC mshriro@singerlevick.com, scotton@singerlevick.com |
| Michelle E. Shriro | on behalf of Creditor Bridge33 Capital LLC mshriro@singerlevick.com scotton@singerlevick.com |
| Monique Bair DiSabatino | on behalf of Creditor Summerville Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Five Town Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Orchard Square Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Harvest Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Hartville Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Southfield Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Hampton Village Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Fairfield Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Memorial Kirkwood Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Rainbow Station North LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Edgewood Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Lakewood (Ohio) Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Village Mooresville Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Shoregate Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Chapel Hill North Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Fairlawn Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Valrico Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Hamilton Ridge Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Phillips Edison & Company monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Wheat Ridge Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Golden Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Atlantic Plaza Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Harpers Station LLC monique.disabatino@saul.com robyn.warren@saul.com |
| Monique Bair DiSabatino | on behalf of Creditor Stone Gate Station LLC monique.disabatino@saul.com robyn.warren@saul.com |

Monique Bair DiSabatino
on behalf of Creditor Jensen Beach Station LLC monique.disabatino@saul.com robyn.warren@saul.com

Monique Bair DiSabatino
on behalf of Creditor Irmo Station LLC monique.disabatino@saul.com robyn.warren@saul.com

Morgan L. Patterson
on behalf of Creditor BC Exchange Salt Pond mpatterson@fbtgibbons.com cgiobbe@fbtgibbons.com

Morgan L. Patterson
on behalf of Creditor BCDPF RADAR DISTRIBUTION CENTER LLC mpatterson@fbtgibbons.com cgiobbe@fbtgibbons.com

Morton R. Branzburg
on behalf of Interested Party Blue Owl Real Estate Capital LLC mbranzburg@klehr.com jtaylor@klehr.com

Morton R. Branzburg
on behalf of Interested Party BCDC Portfolio Owner LLC mbranzburg@klehr.com jtaylor@klehr.com

Morton R. Branzburg
on behalf of Interested Party BCHQ Owner LLC mbranzburg@klehr.com jtaylor@klehr.com

Noelle Torrice
on behalf of Creditor DoorDash G&C LLC NTorrice@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Noelle Torrice
on behalf of Creditor DoorDash Inc. NTorrice@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Patrick A. Jackson
on behalf of Creditor United Parcel Service Patrick.jackson@faegredrinker.com cathy.greer@faegredrinker.com

Paul H. Aloe
on behalf of Interested Party Lauren Kahn paloe@kudmanlaw.com
yali@kudmanlaw.com;dsaponara@kudmanlaw.com;5572152420@filings.docketbird.com,5572152420@filings.docketbird.com

Paul H. Aloe
on behalf of Interested Party Brian Kahn paloe@kudmanlaw.com
yali@kudmanlaw.com;dsaponara@kudmanlaw.com;5572152420@filings.docketbird.com,5572152420@filings.docketbird.com

Phillip Wesley Nelson
on behalf of Creditor Alter Domus (US) LLC phillip.nelson@hklaw.com hapi@hklaw.com

R. Grant Dick, IV
on behalf of Creditor Fifth & Alton (Edens) LLC gdick@coochtaylor.com
gdick@ecf.courtdrive.com;grant-dick-1014@ecf.pacerpro.com

Rachel B. Mersky
on behalf of Creditor Kimco Realty Corporation rmersky@monlaw.com

Rachel B. Mersky
on behalf of Creditor 2205 Federal Investors LLC rmersky@monlaw.com

Raeann Warner
on behalf of Creditor Karen L Olson raeann@cpwwlaw.com

Rasmeet Kaur Chahil
on behalf of Defendant AF Newco I LLC rchahil@lowenstein.com

Reliable Companies
gmatthews@reliable-co.com

Richard J. McCord
on behalf of Creditor 3644 Long Beach Road LLC
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;jmayall@certilmanbalin.com;rnosek@certilmanbalin.com

Richard W. Riley
on behalf of Creditor Centerpoint 550 LLC rriley@pashmanstein.com, gkarnick@pashmanstein.com

Richardo Kilpatrick
on behalf of Creditor Wayne County Treasurer ecf@kaalaw.com

Robert Radasevich
on behalf of Interested Party ML-MJW Port Chester SC Owner LLC rradasevich@nge.com
acaulk@nge.com,ecfdocket@nge.com

Robert Drake Wilcox
on behalf of Creditor Brierwood Villages LLC rw@wlflaw.com, eb@wlflaw.com

Robert J. Feinstein
on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS rfeinstein@pszjlaw.com

Robert L. LeHane
on behalf of Interested Party Shamrock A. Owner LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party First Washington Realty
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party BCHQ Owner LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party Kite Realty Group L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party BCDC Portfolio Owner LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party Curbline Properties Corp.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party NNN REIT Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party JLL Property Management (Franklin Mall)
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Creditor Brookfield Properties Retail Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party GCP Bloom LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party SITE Centers Corp.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party Regency Centers L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Ronald Brown, Jr
on behalf of Interested Party PC San Ysidro PB LLC, PC International PB, LLC & PC Iagio PB, LLC ron@rkbrownlaw.com

Ronald M Tucker
on behalf of Creditor Simon Property Group Inc. rtucker@simon.com, bankruptcy@simon.com

Ronald S. Gellert
on behalf of Creditor Granite Telecommunications LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ronald S. Gellert
on behalf of Creditor GKI Industrial Dallas LLC rgellert@gsbblaw.com mfriedman@gsbblaw.com

Sabrina L. Streusand
on behalf of Creditor Dell Financial Services L.L.C. streusand@slollp.com prentice@slollp.com

Samuel Paul Hershey
on behalf of Interested Party Ad Hoc Group of Freedom Lenders sam.hershey@whitecase.com

Sarah Silveira
on behalf of Creditor United Parcel Service sarah.silveira@faegredrinker.com cathy.greer@faegredrinker.com

Scott A Bachert
on behalf of Creditor Frontier Kissimmee LLC sbachert@kerricklaw.com

Scott A Bachert
on behalf of Creditor Frontier Osceola LC sbachert@kerricklaw.com

Scott A Bachert
on behalf of Creditor Frontier Bel Air LLC sbachert@kerricklaw.com

Scott A Bachert
on behalf of Creditor Frontier Dover LLC sbachert@kerricklaw.com

Scott A Bachert
on behalf of Creditor Frontier Dania LLC sbachert@kerricklaw.com

Scott D. Cousins
on behalf of Creditor 400 Success LLC by its Receiver, CBRE, Inc. scott.cousins@lewisbrisbois.com,
susan.brown@lewisbrisbois.com

| | |
|---|---|
| Scott E. Blakeley | on behalf of Creditor Doctor's Best Inc. seb@blakeleylc.com ecf@blakeleyllp.com |
| Scott L. Fleischer | on behalf of Creditor Boswell Avenue I LLC scott.fleischer@saul.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | on behalf of Creditor SS Tulsa Center LLC et al. scott.fleischer@saul.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | on behalf of Creditor DLC Management Corporation scott.fleischer@saul.com scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | on behalf of Creditor Benenson Capital Partners LLC scott.fleischer@saul.com scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | on behalf of Creditor Northridge Crossing L.P. scott.fleischer@saul.com scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | on behalf of Creditor HV Center LLC et al. scott.fleischer@saul.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | on behalf of Creditor Wheeler REIT LP scott.fleischer@saul.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | on behalf of Creditor Kempner Properties LLC scott.fleischer@saul.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | on behalf of Creditor National Realty & Development Corp. scott.fleischer@saul.com scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | on behalf of Creditor CRI New Albany Square LLC scott.fleischer@saul.com, scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | on behalf of Creditor Inland Commercial Real Estate Services LLC scott.fleischer@saul.com scott-fleischer-2734@ecf.pacerpro.com |
| Scott L. Fleischer | on behalf of Creditor Grove City Plaza L.P. scott.fleischer@saul.com, scott-fleischer-2734@ecf.pacerpro.com |
| Sergio E. Garcia | on behalf of Creditor Copperas Cove Independent School District austinbankruptcy@pbfcm.com |
| Sergio E. Garcia | on behalf of Creditor c/o Sergio E. Garcia Kerrville Independent School District austinbankruptcy@pbfcm.com |
| Sergio E. Garcia | on behalf of Creditor Kerrville Independent School District austinbankruptcy@pbfcm.com |
| Shannah L. Colbert | on behalf of Creditor New Westgate Mall LLC scolbert@miricklaw.com |
| Shannon Dougherty Humiston | on behalf of Creditor Heritage Seymour I LLC shumiston@burr.com |
| Shannon Dougherty Humiston | on behalf of Creditor Heritage Seymour II LLC shumiston@burr.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Shella Borovinskaya | on behalf of Debtor Valor Acquisition LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor Vitamin Shoppe Franchising LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Counter-Defendant Franchise Group Inc. sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor American Freight LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor PSP Group LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor Franchise Group Intermediate B LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | on behalf of Debtor Vitamin Shoppe Florida LLC sborovinskaya@ycst.com, bankfilings@ycst.com |
| Shella Borovinskaya | |

on behalf of Debtor Vitamin Shoppe Industries LLC sborovinskaya@ycst.com bankfilings@ycst.com

Shella Borovinskaya
on behalf of Debtor Vitamin Shoppe Mariner LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya
on behalf of Debtor Franchise Group Inc. sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya
on behalf of Debtor PSP Subco LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya
on behalf of Debtor Vitamin Shoppe Global LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya
on behalf of Debtor PSP Stores LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya
on behalf of Debtor PSP Midco LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya
on behalf of Debtor PSP Service Newco LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya
on behalf of Debtor PSP Franchising LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya
on behalf of Counter-Defendant American Freight LLC sborovinskaya@ycst.com, bankfilings@ycst.com

Shella Borovinskaya
on behalf of Plaintiff Franchise Group Inc. sborovinskaya@ycst.com, bankfilings@ycst.com

Sloane B. O'Donnell
on behalf of Creditor Cintas Corporation No. 2 sodonnell@fbtlaw.com

Sophie Rogers Churchill
on behalf of Interested Party Brian Kahn srchurchill@morrisnichols.com john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Stanley B. Tarr
on behalf of Interested Party Wilmington Trust National Association stanley.tarr@blankrome.com

Stephanie Slater Ward
on behalf of Creditor Coyote Logistics LLC sslater@foxrothschild.com rsolomon@foxrothschild.com;msteen@foxrothschild.com;de.dkt@foxrothschild.com

Stephen A. Smith
on behalf of Creditor Champion Petfoods USA Inc. stephen.smith@akerman.com

Stephen A. Smith
on behalf of Creditor Royal Canin U.S.A. Inc. stephen.smith@akerman.com

Stephen A. Smith
on behalf of Creditor Mars Petcare US Inc. stephen.smith@akerman.com

Stephen A. Smith
on behalf of Creditor Mars Fishcare North America Inc. stephen.smith@akerman.com

Stephen B Gerald
on behalf of Creditor Amazing Organics LLC t/a Amazing Herbs sgerald@tydings.com

Stephen B Gerald
on behalf of Creditor The J. M. Smucker Company sgerald@tydings.com

Stephen B Gerald
on behalf of Creditor Amazing Organics LLC d/b/a Amazing Herbs sgerald@tydings.com

Stephen B. Porterfield
on behalf of Creditor Kings Mountain Investments Inc. stephen.porterfield@dentons.com pcastleberry@sirote.com

Susan E. Kaufman
on behalf of Interested Party Shamrock A. Owner LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
on behalf of Interested Party ShopCore Properties skaufman@skaufmanlaw.com

Susan E. Kaufman
on behalf of Interested Party Win Properties Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
on behalf of Interested Party Curbline Properties Corp. skaufman@skaufmanlaw.com

| | |
|---|---|
| Susan E. Kaufman | on behalf of Creditor Simon Property Group Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party BCDC Portfolio Owner LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party GCP Bloom LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor Brookfield Properties Retail Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Newmark Merrill Companies Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Kite Realty Group L.P. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Nuveen Real Estate skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Philips International Holding Corp. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor WPG Legacy LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Brookfield Properties Retail Inc skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Cred. Comm. Chair NNN REIT LP (fka National Retail Properties) skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor Tempur Sealy International Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party NNN REIT Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party BCHQ Owner LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Centerco Realty Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party C. Gershon Company Inc. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party 5Rivers CRE LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Regency Centers L.P. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party JLL Property Management (Franklin Mall) skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Benderson Development Company skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party SITE Centers Corp. skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party MJK Real Estate Holding Company LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party First Washington Realty skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Creditor W. Silver Products LLC skaufman@skaufmanlaw.com |
| Susan R Fuertes | on behalf of Creditor Harris County ATTN: Property Tax Division susan.fuertes@harriscountytx.gov |
| Tara L. Grundemeier | on behalf of Creditor Harris Co ESD #11 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Harris Co ESD #16 houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |

Tara L. Grundemeier
on behalf of Creditor Harris Co ESD #09 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Deer Park ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Katy ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Harris Co ESD #08 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Harris Co ESD #48 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
on behalf of Creditor City of Pasadena houston_bankruptcy@lgbs.com

Thomas E Lauria
on behalf of Interested Party Ad Hoc Group of Freedom Lenders tlauria@whitecase.com mco@whitecase.com

Thomas Joseph Francella, Jr.
on behalf of Interested Party the Litigation Trustee TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Timothy Jay Fox, Jr.
on behalf of U.S. Trustee U.S. Trustee timothy.fox@usdoj.gov

Timothy T Mitchell
on behalf of Debtor Franchise Group Inc. dkrm@aol.com, donna@rashtiandmitchell.com

Turner Falk
on behalf of Creditor Fairfield Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Creditor Harpers Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Creditor Hartville Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Creditor Golden Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Creditor Lakewood (Ohio) Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Creditor Wheat Ridge Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Creditor Jensen Beach Station LLC turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Creditor Stone Gate Station LLC turner.falk@saul.com tnfalk@recap.email

| | |
|---|---|
| Turner Falk | on behalf of Creditor Phillips Edison & Company turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Hampton Village Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Memorial Kirkwood Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Orchard Square Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Atlantic Plaza Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Valrico Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Five Town Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Southfield Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Irmo Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Shoregate Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Chapel Hill North Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Village Mooresville Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Summerville Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Fairlawn Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Harvest Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Rainbow Station North LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Hamilton Ridge Station LLC turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Edgewood Station LLC turner.falk@saul.com tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William Ehrlich | on behalf of Creditor Cielo Paso Las Tiendas L.P. william@ehrlichlawfirm.com |
| William McDonald, III | on behalf of Creditor BREIT Canarsie Owner LLC wmcdonald@shopcore.com |
| William A. Hazeltine | on behalf of Creditor Whirlpool Corporation whazeltine@sha-llc.com |
| William F. Taylor, Jr | on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | on behalf of Creditor The Connecticut Light & Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |

on behalf of Creditor Rochester Gas & Electric Corporation wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Pennsylvania Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Massachusetts Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor PSEG Long Island wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Florida Power & Light Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Constellation NewEnergy - Gas Division LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Monongahela Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Orange & Rockland Utilities Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Entergy Louisiana LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor San Diego Gas and Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Constellation NewEnergy Gas Division LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Entergy Arkansas LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor NStar Electric Company - Western Massachusetts wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Peoples Gas System Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Yankee Gas Services Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor New York State Electric and Gas Corporation wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Tucson Electric Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Dominion Energy South Carolina Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Entergy Mississippi LLC wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor NStar Electric Company Western Massachusetts wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor KeySpan Energy Deliver New York wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Niagara Mohawk Power Corporation wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor American Electric Power wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Tampa Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Public Service Company of New Hampshire wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor KeySpan Energy Delivery Long Island wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Constellation NewEnergy Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Metropolitan Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Boston Gas Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor CenterPoint Energy Resources Corp. wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Eversource Gas of Massachusetts wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Consolidated Edison Company of New York Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Salt River Project wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Gexa Energy LP wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Entergy Texas Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William J. Burnett
on behalf of Creditor Oxford Valley Road Associates L.P. william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

William J. Burnett
on behalf of Creditor Capital Enterprises Inc. william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

William J. Levant
on behalf of Creditor 100 Brentwood Associates L.P. wlevant@kaplaw.com

William L. Siegel
on behalf of Creditor Korber Supply Chain US Inc. bsiegel@cowlesthompson.com, brodela@cowlesthompson.com

William Matthew Uptegrove
on behalf of Interested Party U.S. Securities and Exchange Commission uptegrovew@sec.gov

Yan Borodanski
on behalf of Creditor Heritage Seymour I LLC yborodanski@bronsterllp.com

Yan Borodanski
on behalf of Creditor Heritage Seymour II LLC yborodanski@bronsterllp.com

TOTAL: 653