**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Gregory Depalma, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On October 23, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) via First-Class Mail on the list of parties attached hereto as **Exhibit A**, and (2) via email on the list of parties attached hereto as **Exhibit B**:

- Notice of Appeal [Docket No. 2069]

Dated: October 26, 2026

*/s/ Gregory Depalma*
Gregory Depalma

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 26, 2026, by Gregory Depalma, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, Florida 33496. The term "Reorganized Debtors" or "Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims, and noticing agent, at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24 12480 (LSS).

**Exhibit A**

Exhibit A

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 30814418 | Granite Telecommunications, LLC | c/o Cozen O'Connor | Attn: Marla S. Benedek | 1201 North Market Street, Suite 1001 | | Wilmington | DE | 19801 |
| 29495326 | United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox, Esq | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 |

**Exhibit B**

# Exhibit B

| AddressID | Name | Email |
|---|---|---|
| 30814418 | Granite Telecommunications, LLC | mbenedek@cozen.com |
| 29495326 | United States Trustee for the District of Delaware | timothy.fox@usdoj.gov |