**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC.,<br><br>Reorganized Debtor. | Chapter 11<br>Bankr. Case No. 24-12480-LSS<br>Bankr. BAP No. 26-62 |
| In re:<br><br>FRANCHISE GROUP, INC., *et al.*[1]<br><br>Appellants,<br><br>v.<br><br>GRANITE TELECOMMUNICATIONS, LLC<br><br>Appellee. | C.A. No. 26-1371 (CFC) |

**THE REORGANIZED DEBTORS' DESIGNATION OF**
**THE RECORD AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, appellants American Freight Outlet Stores, LLC and its affiliated debtors (collectively, the "Appellants" or the "Reorganized Debtors", and before the effective date of the chapter 11 plan, the "Debtors")

[1] The Appellants are: Franchise Group, Inc.; Freedom VCM Holdings, LLC; Freedom VCM Interco Holdings, Inc.; Freedom Receivables II, LLC; Freedom VCM Receivables, Inc.; Freedom VCM Interco, Inc.; Freedom VCM, Inc.; Franchise Group New Holdco, LLC; American Freight FFO, LLC; Franchise Group Acquisition TM, LLC; Franchise Group Intermediate Holdco, LLC; Franchise Group Intermediate L, LLC; Franchise Group Newco Intermediate AF, LLC; American Freight Group, LLC; American Freight Holdings, LLC; American Freight, LLC; American Freight Management Company, LLC; Franchise Group Intermediate S, LLC; Franchise Group Newco S, LLC; American Freight Franchising, LLC; Home & Appliance Outlet, LLC; American Freight Outlet Stores, LLC; American Freight Franchisor, LLC; Franchise Group Intermediate B, LLC; Buddy's Newco, LLC; Buddy's Franchising and Licensing LLC; Franchise Group Intermediate V, LLC; Franchise Group Newco V, LLC; Franchise Group Intermediate BHF, LLC; Valor Acquisition, LLC; Vitamin Shoppe Industries LLC; Vitamin Shoppe Global, LLC; Vitamin Shoppe Mariner, LLC; Vitamin Shoppe Procurement Services, LLC; Vitamin Shoppe Franchising, LLC; Vitamin Shoppe Florida, LLC; Betancourt Sports Nutrition, LLC; Franchise Group Newco BHF, LLC; Franchise Group Intermediate PSP, LLC; Franchise Group Newco PSP, LLC; PSP Midco, LLC; Pet Supplies "Plus", LLC; PSP Group, LLC; PSP Service Newco, LLC; WNW Franchising, LLC; WNW Stores, LLC; PSP Stores, LLC; PSP Franchising, LLC; PSP Subco, LLC; PSP Distribution, LLC; Franchise Group Intermediate SL, LLC; Franchise Group Newco SL, LLC; and Educate, Inc.

hereby submit the following statement of issues to be presented on appeal and designation of items for inclusion in the record on appeal in connection with the Reorganized Debtors' appeal from the (i) *Memorandum (Granite Telecommunications, LLC Administrative Claim)* [Bankr. D.I. 2062] and (ii) *Order Granting Motion of Granite Telecommunications, LLC, for Allowance and Payment of Administrative Expense Claim* [Bankr. D.I. 2068].

## I. STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL

This appeal presents the following issues:

1. Whether the Bankruptcy Court erroneously construed the contract rate for telecommunications services by including liquidated damages for early termination of such services notwithstanding that the express terms of the governing contract provided for a different rate.
2. Whether the Bankruptcy Court erroneously afforded liquidated damages for early termination of telecommunications services administrative expense priority status under 11 U.S.C. § 503(b).
3. Whether the Bankruptcy Court erroneously concluded that the Debtors committed the tort of conversion and afforded equipment replacement costs administrative expense priority status under 11 U.S.C. § 503(b).

## II. DESIGNATION OF THE RECORD ON APPEAL

The Reorganized Debtors hereby submit the following designation of items to be included in the record on appeal (including any exhibits, annex, appendix, addendum, or schedule thereto):

| Filing Date/Hearing Date | Bankr. Docket No. | Description |
| --- | --- | --- |
| 12/06/24 | 350 | First Omnibus Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases and Executory Contracts and (II) Abandon Personal Property |

| Filing Date/Hearing Date | Bankr. Docket No. | Description |
|---|---|---|
| 12/06/24 | 352 | Second Omnibus Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases and Executory Contracts and (II) Abandon Personal Property |
| 12/16/24 | 446 | Third Omnibus Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases and (II) Abandon Personal Property |
| 01/08/25 | 677 | Fourth Omnibus Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases and Executory Contracts and (II) Abandon Personal Property |
| 01/10/25 | 713 | Sixth Omnibus Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases and (II) Abandon Personal Property |
| 01/10/25 | 714 | Eighth Omnibus Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases and (II) Abandon Personal Property |
| 01/15/25 | 746 | Seventh Omnibus Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases and (II) Abandon Personal Property |
| 04/09/25 | 1269 | Motion of Granite Telecommunications, LLC for Allowance and Payment of Administrative Expense Claim |
| 04/29/25 | 1361 | Debtors' Objection to Motion of Granite Telecommunications, LLC for Allowance and Payment of Administrative Expense Claim |
| 05/12/25 | 1447 | Reply in Support of Motion of Granite Telecommunications, LLC for Allowance and Payment of Administrative Expense Claim |
| 05/14/25 | 1454 | Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliates |
| 05/19/25 | 1521 | Granite Telecommunications, LLC's Witness and Exhibit List for Hearing |
| 06/02/25 | 1596 | Findings of Fact, Conclusions of Law, and Order (I) Confirming the Ninth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and Its Debtor Affiliates and (II) Approving the Global Settlement and Release of Claims and Causes of Action by and Among the Global Settlement Parties |
| 06/06/25 | 1604-2 | Notice of Filing of Third Amended Plan Supplement |
| 07/03/25 | 1688 | Transcript for Hearing Held on 05/20/25 |
| 5/20/25 | N/A | Master Services Agreement (Exhibit G-1) |
| 5/20/25 | N/A | Adoption Agreement (Exhibit G-2) |
| 5/20/25 | N/A | Amendment No. 2 to Master Services Agreement (Exhibit G-3) |

| Filing Date/Hearing Date | Bankr. Docket No. | Description |
|---|---|---|
| 5/20/25 | N/A | Amendment No. 3 to Master Services Agreement (Exhibit G-4) |
| 5/20/25 | N/A | Amendment No. 4 to Master Services Agreement (Exhibit G-5) |
| 5/20/25 | N/A | Amendment No. 5 to Master Services Agreement (Exhibit G-6) |
| 5/20/25 | N/A | Amendment No. 6 to Master Services Agreement (Exhibit G-7) |
| 5/20/25 | N/A | Amendment No. 7 to Master Services Agreement (Exhibit G-8) |
| 5/20/25 | N/A | Invoice Dated 11/1/24, Account No. 04722562 (Exhibit G-9) |
| 5/20/25 | N/A | Invoice Dated 1/1/25, Account No. 04722562 (Exhibit G-10) |
| 5/20/25 | N/A | Invoice Dated 2/1/25, Account No. 04722562 (Exhibit G-11) |
| 5/20/25 | N/A | Invoice Dated 3/1/25, Account No. 04722562 (Exhibit G-12) |
| 5/20/25 | N/A | Invoice Dated 4/1/25, Account No. 04722562 (Exhibit G-13) |
| 5/20/25 | N/A | Invoice Dated 2/1/25, Account No. 04001072 (Exhibit G-14) |
| 5/20/25 | N/A | Invoice Dated 3/1/25, Account No. 04001072 (Exhibit G-15) |
| 5/20/25 | N/A | Invoice Dated 4/1/25, Account No. 04001072 (Exhibit G-16) |
| 5/20/25 | N/A | Fortinet Unreturned Equipment Spreadsheet (Exhibit G-17) |
| 5/20/25 | N/A | Fortinet Returned Equipment Spreadsheet (Exhibit G-18) |
| 5/20/25 | N/A | Meraki Unreturned Equipment Spreadsheet (Exhibit G-19) |
| 5/20/25 | N/A | Calculation of Replacement Cost of Equipment (Demonstrative Exhibit G-20) |
| 5/20/25 | N/A | Declaration of Amanda Christoforo in Support of Motion of Granite Telecommunications, LLC for Allowance and Payment of Administrative Expense Claim (Exhibit G-21) |
| 5/20/25 | N/A | Declaration of Kayla Zbinden in Support of Motion of Granite Telecommunications, LLC for Allowance and Payment of Administrative Expense Claim (Exhibit G-22) |

| Filing Date/Hearing Date | Bankr. Docket No. | Description |
|---|---|---|
| 5/20/25 | N/A | April 2025 Email Correspondence — Sale of Equipment on eBay (Exhibit G-23) |
| 5/20/25 | N/A | May 2025 Email Correspondence — Sale of Equipment on eBay (Exhibit G-24) |
| 5/20/25 | N/A | Email Correspondence Between Debtors and Granite Regarding Equipment Recovery — December 2024 (Exhibit G-25) |
| 5/20/25 | N/A | Email Correspondence Among Counsel Regarding Equipment Recovery/Correspondence to Landlords (Exhibit G-26) |
| 5/20/25 | N/A | Calculation of Value of Services (Exhibit G-27) |
| 10/02/26 | 2062 | Memorandum (Granite Telecommunications, LLC Administrative Claim) |
| 10/15/26 | 2066 | Granite's Certification of Counsel Regarding Proposed Order and Declaration in Connection with the Allowed Administrative Claim of Granite Telecommunications, LLC |
| 10/15/26 | 2067 | Reorganized Debtors' Certification of Counsel Regarding Proposed Order Granting Motion of Granite Telecommunications, LLC, for Allowance and Payment of Administrative Expense Claim |
| 10/19/26 | 2068 | Order Granting Motion of Granite Telecommunications, LLC, for Allowance and Payment of Administrative Expense Claim (with edits) |
| 10/23/26 | 2069 | Notice of Appeal |

## III. CERTIFICATION PURSUANT TO BANKRUPTCY RULE 8009(b)

In an appeal from a bankruptcy court ruling, Bankruptcy Rule 8009(b) requires an appellant to either: (i) order from the court reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal and file a copy of the order with the bankruptcy clerk; or (ii) file a certificate with the bankruptcy clerk stating that the appellant is not ordering a transcript. Pursuant to Bankruptcy Rule 8009(b), the Reorganized Debtors certify that

all relevant transcripts of the proceedings are available on the Bankruptcy Court's docket and are included in these designations.

## IV. RESERVATION OF RIGHTS

The Reorganized Debtors expressly reserve, and do not waive, the right to amend, supplement, or otherwise modify the foregoing designations, to adopt the designation of any items designated or counter-designated by the appellee to this appeal, and/or to object to or move to strike the items designated or counter-designated for inclusion in the record on appeal by appellee. This filing is made expressly subject to, and without waiver of, any and all rights, remedies, challenges, and objections.

[*Signature Page Follows*]

Dated: November 6, 2026
Wilmington, Delaware

*/s/ Shella Borovinskaya*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

*Co-Counsel to the Appellants*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com

\- and -

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: mark.mckane@kirkland.com

*Co-Counsel to the Appellants*