**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 24-12480 (LSS) |

**CERTIFICATE OF SERVICE**

I, Matthew P. Milana, certify that, on November 6, 2026, I caused a copy of the *Second Joint Motion of the Litigation Trustee and Reorganized Debtor to Further Extend the Claims Objection Deadline* to be served via NEF upon all parties receiving such service. Additionally, service was made via First Class mail upon the parties listed on the attached service list.

Dated: November 6, 2026

**RAINES FELDMAN LITTRELL, LLP**

*/s/ Matthew P. Milana*
Thomas J. Francella, Jr. (No. 3835)
Matthew P. Milana (No. 6681)
824 North Market Street, Suite 805
Wilmington, DE 19801
(302) 772-5803
tfrancella@raineslaw.com
mmilana@raineslaw.com

*Counsel to the Litigation Trustee*

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, Florida 33496. The term "**Reorganized Debtors**" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

**SERVICE LIST**

Audrey L. Hornisher
Tara L. Bush
CLARK HILL PLC
901 Main Street, Suite 6000
Dallas, Texas 75202

ZARCO EINHORN SALKOWSKI, P.A.
Robert M. Einhorn, Esq.
One Biscayne Tower
2 S. Biscayne Blvd. 34th Floor
Miami, FL 33131

Barclay Damon LLP
Attn: Niclas A. Ferland
555 Long Wharf Drive, Sixth Floor
New Haven, CT 06511

Michael B. Pugh
Thompson, O'Brien, Kappler & Nasuti, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

WILLKIE FARR & GALLAGHER LLP
James C. Dugan
Stuart R. Lombardi
787 Seventh Avenue
New York, New York 10019

PAUL HASTINGS LLP
Jayme Goldstein
Daniel Fliman
Jeremy D. Evan
Isaac Sasson
200 Park Avenue
New York, New York 10166

And

Nicholas A. Bassett
2050 M. Street NW
Washington, DC 20036

Akin Gump Strauss Hauer & Feld LLP
Marty L. Brimmage, Jr.
2300 N. Field Street, Suite 1800
Dallas, TX 75201

DUPAGE COUNTY PUBLIC WORKS
P.O. BOX 4751
CAROL STREAM, IL 60197

Kahn, Brian
c/o Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek Abbott
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Kelley Commercial Realty, LLC
425 West Capitol Avenue, Suite 300
Little Rock, AR 72201

Laurence, Andrew M.
c/o Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek Abbott
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

LY, MONICA
1321 E. Randolph Ct.
Milwaukee, WI 53212

Moore Properties Capital Blvd LLC
8001 Skyecroft Commons Drive
Waxhaw, NC 28173

Pleiades Partners, LLC
245 MERIWETHER CIRCLE
ALTA, WY 83414

Easter, Lora
167 W. Main Street
Lucas, OH 44843-9563

Humphrey, Paula
6016 Portsmouth Ct.
Montgomery, AL 3616

Jackson, Tillina
5389 Bonniehill Rd.
Chattahoochee, FL 32324

John Squared Capital, LLC
5 Tennis Terr
Sparta, NJ 07871

Tempur Sealy International, Inc.
Ronald E. Gold, Frost Brown Todd LLP
3300 Great American Tower, Suite 3300
Cincinnati, OH 45202

Utah State Tax Commission
attn: Bankruptcy Unit
210 N 1950 W
SALT LAKE CITY, UT 84134−9000

XTGLOBAL Inc
2701 Dallas Parkway
Suite 550
Plano, TX 75093

City of Danville
PO BOX 3308
Danville, VA 24543

HM PEACHTREE CORNERS I, LLC
C/O CAIOLA & ROSE, LLC
125 CLAIREMONT AVENUE,
SUITE 240
DECATUR, GA 30030

NNN REIT, LP
450 S. Orange Avenue
Suite 900
Orlando, FL 32801

Ohio Department of Taxation
ATTN: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

TIMES PLAZA DEVELOPMENT L.P.
614 HEMPSTEAD GARDENS DRIVE
WEST HEMPSTEAD, NEW YORK 11552