**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | ) | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | ) | |
| | ) | **Re: Docket Nos. 1454, 1596, 1604** |

**CERTIFICATION OF COUNSEL**
**REGARDING STIPULATION AND AGREED**
**ORDER WITH ONESTREAM SOFTWARE LLC**

The undersigned counsel to the Reorganized Debtor hereby certifies as follows:

1. On November 3, 2024, the above-captioned reorganized debtor and its affiliated reorganized debtors (collectively, the "Reorganized Debtors", and before the effective date of the chapter 11 plan, the "Debtors") each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On June 6, 2025 (the "Effective Date of the Plan"), the Debtors filed the *Notice of Filing of Third Amended Plan Supplement* [Docket No. 1604] (the "Third Amended Plan Supplement"). Exhibit M to the Third Amended Plan Supplement provided for the assumption and assignment to Franchise Group New Holdco, LLC of that certain agreement between Debtor Franchise Group, Inc. and OneStream Software LLC ("OneStream") effective as of December 10,

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, Florida 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent, https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

2021 (together with any related statements of work, amendments, schedules, order forms, and attachments, the "SaaS Agreement").

3. Following the Effective Date of the Plan, a dispute arose between Franchise Group New Holdco, LLC and OneStream regarding alleged obligations under the SaaS Agreement. The Reorganized Debtors, including Franchise Group New Holdco, LLC, and OneStream have agreed to the terms and conditions for resolution of the dispute and cancellation and termination of the SaaS Agreement (the "Stipulation"). A copy of the Stipulation is attached as Exhibit 1 to the proposed form of order attached hereto as **Exhibit A** (the "Proposed Order"). Franchise Group New Holdco, LLC and OneStream have no objection to the Court's entry of the Proposed Order.

WHEREFORE, as Franchise Group New Holdco, LLC and OneStream consent to entry of the Proposed Order, the Reorganized Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience and without further notice or a hearing.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 11, 2026
Wilmington, Delaware

*/s/ Allison S. Mielke*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Shella Borovinskaya (Del. No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

*Co-Counsel to the Reorganized Debtors*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com

\- and -

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: mark.mckane@kirkland.com

*Co-Counsel to the Reorganized Debtors*