**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re: Chapter 11

Case No. 24-12480 (LSS)

Debtor: FRANCHISE GROUP, INC.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Karl Barth, Esquire to represent Lawrence R. Hirsh, in his capacity as Trustee of the Litigation Trust in this action.

/s/ Jason C. Powell, Esquire (No. 3768)

Firm Name: The Powell Firm, LLC
Address: 1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
Phone: (302)650-1572
Email: jpowell@delawarefirm.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Washington and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Karl Barth

Firm Name: Hagens Berman Sobol Shapiro LLP
Address: 1301 Second Avenue
Suite 2000
Seattle, WA 98101
Phone: (206)268-9313
Email: karlb@hbsslaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.