**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FRANCHISE GROUP, INC.,[1] | Case No. 24-12480 (LSS) |
| Reorganized Debtor. | **Re: D.I. 1701** |

**NOTICE OF WITHDRAWAL OF REQUEST OF BMA SPRINGHURST LLC, BRIXMOR BURLINGTON SQUARE LLC, BRIXMOR SPE 5, LLC, GREAT HILLS RETAIL, INC., MALCO TIC, NEW PLAN PROPERTY HOLDING COMPANY, PRATTVILLE PARTNERS LIMITED PARTNERSHIP, REALTY INCOME CORPORATION, AND SUP II RED TOP PLAZA, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

**PLEASE TAKE NOTICE** that on July 7, 2025, BMA Springhurst LLC, Brixmor Burlington Square LLC, Brixmor SPE 5, LLC, Great Hills Retail, Inc., Malco TIC, New Plan Property Holding Company, Prattville Partners Limited Partnership, Realty Income Corporation, and SUP II Red Top Plaza, LLC (collectively, the "Landlords"), by and through their undersigned counsel, filed the *Request of BMA Springhurst LLC, Brixmor Burlington Square LLC, Brixmor SPE 5, LLC, Great Hills Retail, Inc., Malco TIC, New Plan Property Holding Company, Prattville Partners Limited Partnership, Realty Income Corporation, and SUP II Red Top Plaza, LLC for Allowance and Payment of Administrative Expense Claims* (the "Request") (D.I. 1701).

**PLEASE TAKE FURTHER NOTICE** that the Landlords hereby withdraw the Request.

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, FL 33496. The term "Reorganized Debtors" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims, and noticing agent, at https://cases.ra.kroll.com/FRG. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of any of the Reorganized Debtors' cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24 12480 (LSS).

Dated: November 19, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Leslie C. Heilman*
Leslie C. Heilman (DE No. 4716)
Laurel D. Roglen (DE No. 5759)
Margaret A. Vesper (DE No. 6995)
**BALLARD SPAHR LLP**
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com
and

Dustin P. Branch, Esquire
Nahal Zarnighian, Esquire
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915
Telephone: (424) 204-4400
Facsimile: (424) 204-4350
E-mail: branchd@ballardspahr.com
zarnighiann@ballardspahr.com

*Counsel to BMA Springhurst LLC, Brixmor Burlington Square LLC, Brixmor SPE 5, LLC, Great Hills Retail, Inc., Malco TIC, New Plan Property Holding Company, Prattville Partners Limited Partnership, Realty Income Corporation, and SUP II Red Top Plaza, LLC*