# CERTIFICATE OF SERVICE

I, Leslie C. Heilman, hereby certify that on November 19, 2026, I caused a true and correct copy of the foregoing ***Request of BMA Springhurst LLC, Brixmor Burlington Square LLC, Brixmor SPE 5, LLC, Great Hills Retail, Inc., Malco TIC, New Plan Property Holding Company, Prattville Partners Limited Partnership, Realty Income Corporation, and SUP II Red Top Plaza, LLC for Allowance and Payment of Administrative Expense Claims*** to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.

Dated: November 19, 2026
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Leslie C. Heilman (DE No. 4716)
BALLARD SPAHR LLP