**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>Bankr. BAP No. 26-62 |
| In re:<br><br>FRANCHISE GROUP, INC., *et al.,*[1]<br><br>Appellants,<br><br>v.<br><br>GRANITE TELECOMMUNICATIONS, LLC,<br><br>Appellee. | C.A. No. 26-1371 (CFC) |

**APPELLEE GRANITE TELECOMMUNICATIONS, LLC'S COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Granite

[1] The Appellants are: Franchise Group, Inc.; Freedom VCM Holdings, LLC; Freedom VCM Interco Holdings, Inc.; Freedom Receivables II, LLC; Freedom VCM Receivables, Inc.; Freedom VCM Interco, Inc.; Freedom VCM, Inc.; Franchise Group New Holdco, LLC; American Freight FFO, LLC; Franchise Group Acquisition TM, LLC; Franchise Group Intermediate Holdco, LLC; Franchise Group Intermediate L, LLC; Franchise Group Newco Intermediate AF, LLC; American Freight Group, LLC; American Freight Holdings, LLC; American Freight, LLC; American Freight Management Company, LLC; Franchise Group Intermediate S, LLC; Franchise Group Newco S, LLC; American Freight Franchising, LLC; Home & Appliance Outlet, LLC; American Freight Outlet Stores, LLC; American Freight Franchisor, LLC; Franchise Group Intermediate B, LLC; Buddy's Newco, LLC; Buddy's Franchising and Licensing LLC; Franchise Group Intermediate V, LLC; Franchise Group Newco V, LLC; Franchise Group Intermediate BHF, LLC; Valor Acquisition, LLC; Vitamin Shoppe Industries LLC; Vitamin Shoppe Global, LLC; Vitamin Shoppe Mariner, LLC; Vitamin Shoppe Procurement Services, LLC; Vitamin Shoppe Franchising, LLC; Vitamin Shoppe Florida, LLC; Betancourt Sports Nutrition, LLC; Franchise Group Newco BHF, LLC; Franchise Group Intermediate PSP, LLC; Franchise Group Newco PSP, LLC; PSP Midco, LLC; Pet Supplies "Plus", LLC; PSP Group, LLC; PSP Service Newco, LLC; WNW Franchising, LLC; WNW Stores, LLC; PSP Stores, LLC; PSP Franchising, LLC; PSP Subco, LLC; PSP Distribution, LLC; Franchise Group Intermediate SL, LLC; Franchise Group Newco SL, LLC; and Educate, Inc.

Telecommunications, LLC, the named appellee in the above-captioned matter, by its undersigned counsel, hereby designates the following additional items to be included in the record on the above-captioned Appellants' appeal of the (i) *Memorandum (Granite Telecommunications, LLC Administrative Claim)* [D.I. 2062] and (ii) *Order Granting Motion of Granite Telecommunications, LLC, for Allowance and Payment of Administrative Expense Claim* [D.I. 2068]:[2]

| **Filing Date** | **Docket No.** | **Description** |
|---|---|---|
| 11/03/2024 | 7 | Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Resolving Objections by Utility Companies and Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief |
| 11/03/2024 | 13 | Debtors' First Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code, Authorizing the Debtors to (I) Reject Certain (A) Unexpired Leases of Nonresidential Real Property, (B) Unexpired Leases of Nonresidential Non-Real Property, and (C) Executory Contracts, Effective as of the Petition Date; and (II) Abandon Personal Property |
| 11/04/2024 | 14 | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief |
| 11/04/2024 | 15 | Declaration of David Orlofsky in Support of Debtors' Chapter 11 Petitions and First Day Pleadings |
| 11/06/2024 | 128 | Interim Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Resolving Objections by Utility Companies and Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief |
| 11/11/2024 | 150 | Joint Chapter 11 Plan of Franchise Group, Inc. and its Affiliated Debtors |
| 12/09/2024 | 384 | Final Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) |

[2] All items designation herein by Granite include all exhibits, schedules, attachments, and other documents included within each docket entry for each item.

| | | |
|---|---|---|
| | | Establishing Procedures for Resolving Objections by Utility Companies and Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief |
| 12/13/2024 | 435 | Motion of Debtors for Entry of Order (A) Approving the Private Sale of Certain of Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, with Such Interests to Attach to the Proceeds, and (B) Granting Related Relief |
| 12/20/2024 | 484 | Declaration of David Orlofsky in Support of Motion of Debtors for Entry of an Order (A) Approving the Private Sale of Certain of Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, with Such Interests to Attach to the Proceeds, and (B) Granting Related Relief |
| 12/30/2024 | 590 | Debtors' Ninth Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Unexpired Executory Contracts, Effective as of the Rejection Date |
| 01/10/2025 | 712 | Order (A) Authorizing Debtors to Sell by Private Sale Certain of Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, with Such Interests to Attach to the Proceeds, and (B) Granting Related Relief |
| 01/17/2025 | 773 | Joint Reply of Debtors and AF Newco I, LLC in Support of Motion of Debtors for Entry of Order (A) Approving the Private Sale of Certain of Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, with Such Interests to Attach to the Proceeds, and (B) Granting Related Relief |
| 01/17/2025 | 774 | Supplemental Declaration of Michael S. Piper in Further Support of Motion of Debtors for Entry of an Order (A) Approving the Private Sale of Certain of Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, with Such Interests to Attach to the Proceeds, and<br>(B) Granting Related Relief |
| 01/29/2025 | 864 | Supplemental Order (A) Authorizing Debtors to Sell by Private Sale Certain of Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances, with Such Interests to Attach to the Proceeds, and (B) Granting Related Relief |
| 04/09/2025 | 1269 | Motion of Granite Telecommunications, LLC for Allowance and Payment of Administrative Expense Claim |
| 04/30/2025 | 1371 | Amended Plan Supplement for the Eighth Amended Joint Chapter 11 Plan of Franchise Group, Inc. and its Debtor Affiliates |
| 05/12/2025 | 1447 | Reply in Support of Motion of Granite Telecommunications, LLC for Allowance and Payment of Administrative Expense Claim |
| 05/19/2025 | 1518 | Notice of Filing of Second Amended Plan Supplement |
| 06/06/2025 | 1604 | Notice of Filing of Third Amended Plan Supplement |
| 06/06/2025 | 1605 | Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates |

| | | |
|---|---|---|
| 10/17/2025 | 1891 | Chapter 11 Post-Confirmation Report for the Quarter Ending: 6/30/2025 |
| 12/19/2025 | 1948 | Chapter 11 Post-Confirmation Report for the Quarter Ending: 09/30/2025 |
| 2/05/2026 | 1971 | Chapter 11 Post-Confirmation Report for the Quarter Ending: 12/31/2025 |
| 4/15/2026 | 2020 | Chapter 11 Post-Confirmation Report for the Quarter Ending: 03/31/2026 |
| 7/17/2026 | 2055 | Chapter 11 Post-Confirmation Report for the Quarter Ending: 06/30/2026 |
| 10/15/2026 | 2065 | Chapter 11 Post-Confirmation Report for the Quarter Ending: 09/30/2026 |

**RESERVATION OF RIGHTS**

This counter-designation is made without waiver of any arguments on appeal, and Granite expressly reserves the right to amend, supplement, or otherwise modify this counter-designation and the record on appeal with any relevant materials from the above-captioned bankruptcy cases.

Dated: November 20, 2026
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ Marla S. Benedek*
Marla S. Benedek (No. 6638)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
E-mail: mbenedek@cozen.com

-and-

Alban Beqiri
(Admitted in IL/ Not admitted in DE)
123 N Wacker Drive, Ste. 1800
Chicago, Illinois 60606
Telephone: (312) 382-3100
E-mail: abeqiri@cozen.com

*Counsel to Granite Telecommunications, LLC*