**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>**RE: D.I. 2126** |

**CERTIFICATION OF NO OBJECTION REGARDING SECOND JOINT MOTION OF THE LITIGATION TRUSTEE AND REORGANIZED DEBTOR TO FURTHER EXTEND THE CLAIMS OJBECTION DEADLINE**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or otherwise responsive pleading to the *Second Joint Motion of the Litigation Trustee and Reorganized Debtor to Further Extend the Claims Objection Deadline* [D.I. 2126] (the "**Motion**"). The undersigned further certifies that he has caused review of the docket in this case, and no objection or other response to the Motion appears thereon.

Pursuant to the notice filed with the Motion, any objections or other responses to the Motion were to be filed with the Court and served on undersigned counsel on or before November 20, 2026 at 4:00 p.m. (Eastern).

WHEREFORE, counsel for the Litigation Trustee respectfully requests that the proposed form of order, as filed with the Motion, be entered at the earliest convenience of the Court.

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

**RAINES FELDMAN LITTRELL LLP**

Dated: November 24, 2026

*/s/ Matthew P. Milana*

Thomas J. Francella, Jr. (No. 3835)
Matthew P. Milana (No. 6681)
824 North King Street, Suite 805
Wilmington, DE 19801
(302) 772-5803
tfrancella@raineslaw.com
meckard@raineslaw.com

- and -

Hamid R. Rafatjoo (*pro hac vice*)
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Email: hrafatjoo@raineslaw.com

- and -

David S. Forsh (*pro hac vice*)
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Telephone: (917) 790-7100
Email: dforsh@raineslaw.com

*Counsel to the Litigation Trustee*