**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>**Re: Docket No. 2126** |

**ORDER GRANTING SECOND JOINT MOTION OF THE LITIGATION TRUSTEE AND REORGANIZED DEBTOR TO FURTHER EXTEND THE CLAIMS OBJECTION DEADLINE**

Upon the *Second Joint Motion of the Litigation Trustee and Reorganized Debtor to Further Extend the Claims Objection Deadline* (the "**Motion**")[2] for the entry of an order (this "**Order**") (a) further extending the deadline (the "**Claims Objection Deadline**") by which the Litigation Trustee and the Reorganized Debtor, as applicable, may file and serve objections to claims filed in the Chapter 11 Cases, including General Unsecured Claims, Administrative Claims, Priority Tax Claims, Priority Non-Tax Claims, and Secured Claims, and (b) granting such other and further relief as this Court deems just and proper; and this Court having found that it has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 5835 NW 21st Way, Suite 200, Boca Raton, Florida 33496. The term "**Reorganized Debtors**" includes Franchise Group, Inc. and certain reorganized debtor affiliates, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All of the motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

[2] Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Motion.

and opportunity for a hearing thereon were appropriate and that no other notice need be provided; and this Court having reviewed the Motion, and any responses thereto; and upon the record of the Chapter 11 Cases; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and is in the best interests of the estates, creditors, and other parties in interest; and upon all of the proceedings had before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Claims Objection Deadline is extended through and including June 1, 2027, without prejudice to the rights of the Litigation Trustee and the Reorganized Debtor to seek further extensions of the Claims Objection Deadline, as applicable.

3. This Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction with respect to all matters related to or arising from the implementation, interpretation or enforcement of this Order.

**Dated: November 24th, 2026**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**