**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 24-12480 (LSS)<br><br>Bankr. BAP No. 26-62 |
| In re:<br><br>FRANCHISE GROUP, INC., et al.,<br><br>Appellants,<br><br>v.<br><br>GRANITE TELECOMMUNICATIONS, LLC,<br><br>Appellee. | C.A. No. 26-1371 (CFC) |

**CERTIFICATE OF SERVICE**

I, Marla S. Benedek, counsel to Granite Telecommunications, LLC, hereby certify that on November 20, 2026, *Appellee Granite Telecommunications, LLC's Counter-Designation of Items to be Included in the Record on Appeal* [D.I. 2131] (the "Counter-Designation") was electronically filed in the above-captioned bankruptcy case using the Court's Case Management/Electronic Case Files System (CM/ECF). Notification of the filing was provided via transmission of a Noice of Electronic Filing (NEF) through the Court's CM/ECF system on all parties registered to receive such notifications.

[*Remainder of Page Intentionally Omitted*]

I further certify that on November 20, 2026, I caused a copy of the Counter-Designation to be served on the parties listed on the attached Service List in the manner indicated.

**COZEN O'CONNOR**

Dated: November 24, 2026

*/s/ Marla S. Benedek*
Marla S. Benedek (No. 6638)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email: mbenedek@cozen.com

*Counsel to Granite Telecommunications, LLC*

**SERVICE LIST**

***Service by Email & U.S. Mail:***

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Attn: Edmon L. Morton
Attn: Matthew B. Lunn
Attn: Allison S. Mielke
Attn: Shella Borovinskaya
1000 North King Street
Wilmington, Delaware 19801
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
sborovinskaya@ycst.com

*Co-Counsel to the Appellants*

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Joshua A. Sussberg, P.C.
Nicole L. Greenblatt, P.C.
Derek I. Hunter
601 Lexington Avenue
New York, New York 10022
Joshua.sussberg@kirkland.com
Nicole.greenblatt@kirkland.com
derek.hunter@kirkland.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Mark McKane
555 California Street
San Francisco, California 94104
mark.mckane@kirkland.com

*Co-Counsel to the Appellants*

Office of The United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
ustpregions03.wl.ecf@usdoj.gov

*Office of the United States Trustee*