**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRANCHISE GROUP, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 24-12480 (LSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 2, 2026 AT 3:00 P.M. (ET) BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, COURTROOM 2, 6TH FLOOR**

**WITH PERMISSION FROM THE COURT, THIS HEARING HAS BEEN CANCELED AS NO MATTERS ARE GOING FORWARD.**

**RESOLVED MATTER**

1. Second Joint Motion of the Litigation Trustee and Reorganized Debtor to Further Extend the Claims Objection Deadline [D.I. 2126; Filed 11/6/2026]

   Related Documents:

   A) Order Granting Second Joint Motion of the Litigation Trustee and Reorganized Debtor to Further Extend the Claims Objection Deadline [D.I. 2133; Entered 11/24/2026]

   Response Deadline: November 20, 2026 at 4:00 p.m. (ET)

   Objection/Informal Responses Received: None

   Status: An order has been entered; no hearing is necessary.

[1] The last four digits of Franchise Group, Inc.'s federal tax identification number are 1876. The mailing address for Franchise Group, Inc. is 2371 Liberty Way, Virginia Beach, Virginia 23456. In addition to the foregoing Reorganized Debtor, the "Reorganized Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FRG/. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Franchise Group, Inc., Case No. 24-12480 (LSS).

Dated: November 25, 2026

**RAINES FELDMAN LITTRELL LLP**

*/s/ Matthew P. Milana*
Thomas J. Francella, Jr. (No. 3835)
Matthew P. Milana (No. 6681)
824 North King Street, Suite 805
Wilmington, DE 19801
(302) 772-5803
tfrancella@raineslaw.com
meckard@raineslaw.com

- and -

Hamid R. Rafatjoo (*pro hac vice*)
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Email: hrafatjoo@raineslaw.com

- and -

David S. Forsh (*pro hac vice*)
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Telephone: (917) 790-7100
Email: dforsh@raineslaw.com

*Counsel to the Litigation Trustee*